# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | Case No. 5:20-cv-05799 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| WILBUR L. ROSS, et al., | |
| Defendants. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 5:20-cv-05167 LHK *City of San Jose, et al. v. Donald J. Trump, et al.,* and 5:20-cv-05169 LHK, *State of California, et al v. Donald J. Trump, et al.*

IT IS SO ORDERED.

Date: August 18, 2020

Nathanael M. Cousins
United States Magistrate Judge

Case No. 20-cv-05799 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES