| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Steven M. Bauer (Bar No. 135067) steven.bauer@lw.com |
| 3 | Sadik Huseny (Bar No. 224659) sadik.huseny@lw.com |
| 4 | Shannon D. Lankenau (Bar No. 294263) shannon.lankenau@lw.com |
| 5 | 505 Montgomery Street, Suite 2000 San Francisco, CA 94111 |

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice* pending)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice* pending)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice* pending)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice* pending)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice* pending)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice* pending)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis and Adrian Garcia*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE; LEAGUE OF WOMEN VOTERS; BLACK ALLIANCE FOR JUST IMMIGRATION; HARRIS COUNTY, TEXAS; KING COUNTY, WASHINGTON; CITY OF LOS ANGELES, CALIFORNIA; CITY OF SALINAS, CALIFORNIA; CITY OF SAN JOSE, CALIFORNIA; RODNEY ELLIS; and ADRIAN GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; U.S. DEPARTMENT OF COMMERCE; STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; and U.S. CENSUS BUREAU, <br><br> Defendants. | CASE NO. 20-cv-5799 <br><br> **NOTICE OF APPEARANCE OF STEVEN M. BAUER** |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that Steven M. Bauer of LATHAM & WATKINS LLP hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis and Adrian Garcia.

He respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> Steven M. Bauer
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111
> Telephone: +1.415.391.0600
> Facsimile: +1.415.395.8095
> Email: steven.bauer@lw.com

Dated: August 18, 2020

LATHAM & WATKINS LLP

By: __/s/ Steven M. Bauer__
   Steven. M. Bauer (Bar No. 135067)
   505 Montgomery Street, Suite 2000
   San Francisco, California 94111
   Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095
   Email: steven.bauer@lw.com

*Attorney for Plaintiffs*
*National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis and Adrian Garcia*