1  [Counsel identified on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE; LEAGUE OF WOMEN VOTERS; BLACK ALLIANCE FOR JUST IMMIGRATION; HARRIS COUNTY, TEXAS; KING COUNTY, WASHINGTON; CITY OF LOS ANGELES, CALIFORNIA; CITY OF SALINAS, CALIFORNIA; CITY OF SAN JOSE, CALIFORNIA; RODNEY ELLIS; and ADRIAN GARCIA,<br><br>            Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; U.S. DEPARTMENT OF COMMERCE; STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; and U.S. CENSUS BUREAU,<br><br>    Defendants. | CASE NO. 20-cv-5799-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:        August 26, 2020<br>Time:       2:00 p.m.<br>Courtroom:  Videoconference<br>Judge:      Hon. Lucy H. Koh |

Pursuant to the Court's August 21, 2020 Order (Dkt. 31), the parties in the above-captioned case, by their respective counsel, respectfully submit the following Joint Case Management Statement for the Initial Case Management Conference set for August 26, 2020 at 2:00 p.m. This Joint Case Management Statement only addresses the topics identified in the Court's Order (Dkt. 31), and not the sections required by the Standing Order for All Judges of the Northern District of California.

## I. BRIEFING AND HEARING SCHEDULE

Earlier today, August 25, 2020, Plaintiffs filed a Motion for Stay and Preliminary Injunction ("Motion"). Prior to filing the Motion, the parties conferred and filed a stipulation requesting the below schedule and page counts. The parties believe that the Court and both sides will benefit from additional pages beyond those provided by the Local Rules, in light of the complexities and importance of the issues. Because the parties wanted to begin the briefing as soon as practicable to allow the Court sufficient time to rule prior to September 30, 2020, Plaintiffs filed the Motion with more pages than allowed by the Local Rules without first waiting for the Court to rule on the joint stipulation. Plaintiffs respectfully request that the Court accept Plaintiffs' brief and grant the parties' stipulation.

| Event | Date | Pages |
| --- | --- | --- |
| Plaintiffs' Preliminary Injunction Motion/Opening Brief | August 25, 2020 | 35 |
| Defendants' Opposition Brief | September 4, 2020 | 35 |
| Plaintiffs' Reply Brief | September 10, 2020 | 20 |
| Hearing | September 17, 2020 | |

## II. DEFENDANTS' RESPONSE TO THE COMPLAINT

Prior to Plaintiffs having filed their Motion, the parties also stipulated that Defendants' deadline to respond to the Complaint, including by filing any dispositive motion, should be stayed until the Court rules on Plaintiffs' Motion for Stay and Preliminary Injunction. Having had an initial opportunity to review Plaintiffs' Motion, which seeks preliminary relief on all three claims asserted in the Complaint, Defendants now believe that there may be overlap between the briefing on the Motion and briefing on a motion to dismiss under Fed. R. Civ. P. 12. Defendants

1  are prepared to discuss a schedule that preserves the briefing schedule regarding the preliminary

2  injunction motion while promoting judicial economy at tomorrow's status conference.

3

4

5  Dated: August 25, 2020                    LATHAM & WATKINS LLP

6                                            By:  /s/ Sadik Huseny
7                                                 Sadik Huseny

8                                            Steven M. Bauer (Bar No. 135067)
                                             steven.bauer@lw.com
9                                            Sadik Huseny (Bar No. 224659)
                                             sadik.huseny@lw.com
10                                           Shannon D. Lankenau (Bar. No. 294263)
                                             shannon.lankenau@lw.com
11                                           **LATHAM & WATKINS LLP**
                                             505 Montgomery Street, Suite 2000
12                                           San Francisco, CA 94111
                                             Telephone:  415.391.0600
13                                           Facsimile:  415.395.8095

14                                           Richard P. Bress (admitted *pro hac vice*)
                                             rick.bress@lw.com
15                                           Melissa Arbus Sherry (admitted *pro hac vice*)
                                             melissa.sherry@lw.com
16                                           Anne W. Robinson (admitted *pro hac vice*)
                                             anne.robinson@lw.com
17                                           Tyce R. Walters (admitted *pro hac vice*)
                                             tyce.walters@lw.com
18                                           Genevieve P. Hoffman (admitted *pro hac vice*)
                                             genevieve.hoffman@lw.com
19                                           Gemma Donofrio (admitted *pro hac vice*)
                                             gemma.donofrio@lw.com
20                                           **LATHAM & WATKINS LLP**
                                             555 Eleventh Street NW, Suite 1000
21                                           Washington, D.C. 20004
                                             Telephone:  202.637.2200
22                                           Facsimile:  202.637.2201

23                                           *Attorneys for Plaintiffs National Urban League;
                                             League of Women Voters; Black Alliance for
24                                           Just Immigration; Harris County, Texas; King
                                             County, Washington; City of San Jose,
25                                           California; Rodney Ellis; and Adrian Garcia*

26                                           Kristen Clarke (*pro hac vice* forthcoming)
                                             kclarke@lawyerscommittee.org
27                                           Jon M. Greenbaum (Bar No. 166733)
                                             jgreenbaum@lawyerscommittee.org
28                                           Ezra D. Rosenberg (*pro hac vice* forthcoming)

erosenberg@lawyerscommittee.org
Dorian L. Spence (*pro hac vice* forthcoming)
dspence@lawyerscommittee.org
Maryum Jordan (*pro hac vice* forthcoming)
mjordan@lawyerscommittee.org
Ajay Saini (*pro hac vice* forthcoming)
asaini@lawyerscommitee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; and Adrian Garcia*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; and Adrian Garcia*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 25, 2020 | By: /s/ Danielle Goldstein |
| | | Michael N. Feuer (Bar No. 111529) |
| 3 | | mike.feuer@lacity.org |
| | | Kathleen Kenealy (Bar No. 212289) |
| 4 | | kathleen.kenealy@lacity.org |
| | | Danielle Goldstein (Bar No. 257486) |
| 5 | | danielle.goldstein@lacity.org |
| | | Michael Dundas (Bar No. 226930) |
| 6 | | mike.dundas@lacity.org |
| | | **CITY ATTORNEY FOR THE CITY OF** |
| 7 | | **LOS ANGELES** |
| | | 200 N. Main Street, 8th Floor |
| 8 | | Los Angeles, CA 90012 |
| | | Telephone: 213.473.3231 |
| 9 | | Facsimile: 213.978.8312 |

Dated: August 25, 2020

*Attorneys for Plaintiff City of Los Angeles*

By: /s/ Christopher A. Callihan
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*


ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS (SBN 220932)
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors


Dated:  August 25, 2020

*/s/ Daniel D. Mauler*
DANIEL D. MAULER
(Va. Bar No. 73190)

1  Trial Attorney
2  Civil Division, Federal Programs Branch
   U.S. Department of Justice
3  1100 L St. NW
   Washington, DC 20005
4  Phone: (202) 616-0773
   Fax: (202) 616-8470
5  E-mail: dan.mauler@usdoj.gov

6  *Counsel for Executive Branch Defendants*

7

8

9

10

11  **<u>ATTESTATION</u>**

12  I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of
13  this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have
14  concurred in this filing.

15  DATED: August 25, 2020                **LATHAM & WATKINS** LLP

16                                        By: */s/ Sadik Huseny*
                                               Sadik Huseny
17

18

19

20

21

22

23

24

25

26

27

28