| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Shannon D. Lankenau (Bar. No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 1900<br>San Francisco, California 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (admitted *pro hac vice*)<br>    rick.bress@lw.com<br>  Melissa Arbus Sherry (admitted *pro hac vice*)<br>    melissa.sherry@lw.com<br>  Anne W. Robinson (admitted *pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (admitted *pro hac vice*)<br>    tyce.walters@lw.com<br>  Genevieve P. Hoffman (admitted *pro hac vice*)<br>    genevieve.hoffman@lw.com<br>  Gemma Donofrio (admitted *pro hac vice*)<br>    gemma.donofrio@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice* forthcoming)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (*pro hac vice*<br>    forthcoming)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (*pro hac vice*<br>    forthcoming)<br>    dspence@lawyerscommittee.org<br>  Maryum Jordan (*pro hac vice* forthcoming)<br>    mjordan@lawyerscommittee.org<br>  Ajay Saini (*pro hac vice* forthcoming)<br>    asaini@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; and Adrian Garcia*<br>*[additional counsel on docket]* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE; LEAGUE OF WOMEN VOTERS; BLACK ALLIANCE FOR JUST IMMIGRATION; HARRIS COUNTY, TEXAS; KING COUNTY, WASHINGTON; CITY OF LOS ANGELES, CALIFORNIA; CITY OF SALINAS, CALIFORNIA; CITY OF SAN JOSE, CALIFORNIA; RODNEY ELLIS; and ADRIAN GARCIA,<br><br>                              Plaintiffs,<br><br>        v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce; U.S. DEPARTMENT OF COMMERCE; STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; and U.S. CENSUS BUREAU,<br><br>Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION REGARDING PRELIMINARY INJUNCTION BRIEFING, PAGE COUNTS, AND DEFENDANTS' RESPONSE TO COMPLAINT** |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
[PROPOSED] ORDER RE STIP. RE PRELIM. INJ.
SCHED., PG. COUNTS, AND DEFS.' RESP. TO COMPL.

Case 5:20-cv-05799-LHK   Document 43   Filed 08/25/20   Page 2 of 2

# [~~PROPOSED~~] ORDER

The parties have stipulated to a briefing schedule and page counts for Plaintiffs' Motion for Stay and Preliminary Injunction as set forth below.

| Event | Date | Pages |
| --- | --- | --- |
| Plaintiffs' Preliminary Injunction Motion/Opening Brief | August 25, 2020 | 35 |
| Defendants' Opposition Brief | September 4, 2020 | 35 |
| Plaintiffs' Reply Brief | September 10, 2020 | 20 |
| Hearing | September 17, 2020 | |

The parties have also stipulated that Defendants' deadline to respond to the Complaint be stayed until Plaintiffs' Motion for Stay and Preliminary Injunction is resolved, and the Court holds a further case management conference to set a schedule.

The parties' joint stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: August 25, 2020

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
[~~PROPOSED~~] ORDER RE STIP. RE PRELIM. INJ. SCHED., PG. COUNTS, AND DEFS.' RESP. TO COMPL.