UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **CASE MANAGEMENT ORDER** |

Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; and Adrian Garcia: Melissa Sherry, Richard Bress, Ezra Rosenberg, Thomas Wolf, Ajay Saini, and Kelly Percival

Attorney for Plaintiff City of Los Angeles, California: Danielle Goldstein

Attorney for Plaintiff City of Salinas, California: Michael Mutalipassi

Defendants' Attorneys: Daniel Mauler, Brad Rosenberg

     An initial case management conference was held on August 26, 2020.  A further case management conference is set for September 14, 2020 at 2:00 p.m.  The parties shall file their joint case management statement by September 11, 2020 at 5:00 p.m. The times in this order are Pacific time.

     Pursuant to the parties' stipulation at the initial case management conference, amici are GRANTED leave to file briefs within five days of the opening brief that an amicus wishes to

1

Case No. 20-CV-05799-LHK
CASE MANAGEMENT ORDER

support. Amicus briefs shall be limited to 18 pages, double-spaced, in 12-point Times New Roman font.

The Court set the following case schedule:

| Scheduled Event | Deadline |
| --- | --- |
| Defendants to notify Plaintiffs of any objection to the addition of the NAACP, the Navajo Nation, the City of Chicago, and the County of Los Angeles as plaintiffs | Thursday, August 27, 2020 |
| Plaintiffs to identify the names of additional plaintiffs to be added in a First Amended Complaint | Monday, August 31, 2020 at noon |
| Plaintiffs to provide Defendants the First Amended Complaint in redlined and clean versions | Monday, August 31, 2020 at 5 p.m. |
| Defendants to notify Plaintiffs of any objection to the filing of the First Amended Complaint | Tuesday, September 1, 2020 at 2:00 p.m. |
| Plaintiffs to file First Amended Complaint | Tuesday, September 1, 2020 |
| Defendants to file a statement identifying when the Census Bureau will begin taking steps to conclude its field operations | Wednesday, September 2, 2020 at 5:00 p.m. |
| Defendants' Stay/Preliminary Injunction Opposition Brief | Friday, September 4, 2020 |
| Plaintiffs' Stay/Preliminary Injunction Reply Brief | Thursday, September 10, 2020 |
| Joint Case Management Statement | Friday, September 11, 2020 at 5:00 p.m. |
| Further Case Management Conference | Monday, September 14, 2020 at 2:00 p.m. |
| Hearing on Preliminary Injunction Motion | Thursday, September 17, 2020 at 1:30 p.m. |

**IT IS SO ORDERED.**


Dated: August 26, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 20-CV-05799-LHK
CASE MANAGEMENT ORDER