1  ETHAN P. DAVIS
   Acting Assistant Attorney General
2  DAVID MORRELL
   Deputy Assistant Attorney General
3  ALEXANDER K. HAAS
   Branch Director
4  DIANE KELLEHER
   BRAD P. ROSENBERG
5  Assistant Branch Directors
   DANIEL D. MAULER
6  Trial Attorney
   Civil Division, Federal Programs Branch
7  U.S. Department of Justice
   1100 L St. NW
8  Washington, DC 20005
   Phone: (202) 616-0773
9  Fax: (202) 616-8470
   E-mail: dan.mauler@usdoj.gov
10
11
12 *Attorneys for Defendants*

13

14

15                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                        SAN JOSE DIVISION

17

18 NATIONAL URBAN LEAGUE, *et al*.,        Case No. 5:20-cv-05799-LHK

19          Plaintiff,                      **DEFENDANTS' STATEMENT IN
                                            RESPONSE TO CASE MANAGEMENT
20     v.                                   ORDER**

21 WILBUR L. ROSS, JR., *et al.*,

22          Defendants.

23

24

25

26      Pursuant to the Court's Case Management Order of August 26, 2020, ECF No. 45,

27 Defendants state that the Census Bureau has already begun taking steps to conclude field

28 operations.  Those operations are scheduled to be wound-down throughout September by

1  geographic regions based on response rates within those regions.  As will be described in

2  Defendants' forthcoming filing on Friday, September 4, 2020, any order by the Court to extend

3  field operations, regardless of whether those operations in a particular geographic location are

4  scheduled to be wound-down by September 30 or by a date before then, could not be implemented

5  at this point without significant costs and burdens to the Census Bureau.

6

7

8  DATED:  September 2, 2020                                  Respectfully submitted,

9

10                                                           ETHAN P. DAVIS
                                                             Acting Assistant Attorney General
11
                                                             DAVID MORRELL
12                                                           Deputy Assistant Attorney General

13
                                                             ALEXANDER K. HAAS
14                                                           Branch Director

15
                                                             DIANE KELLEHER
16                                                           BRAD P. ROSENBERG
                                                             Assistant Branch Directors
17
                                                             */s/ Daniel D. Mauler*
18                                                           DANIEL D. MAULER (Va. Bar No. 73190)
                                                             Trial Attorney
19                                                           Civil Division, Federal Programs Branch
                                                             U.S. Department of Justice
20                                                           1100 L St. NW
                                                             Washington, DC 20005
21                                                           Phone: (202) 616-0773
                                                             Fax: (202) 616-8470
22                                                           E-mail: dan.mauler@usdoj.gov

23
                                                             *Attorneys for Defendants*
24

25

26

27

28

DEFENDANTS' STATEMENT IN RESPONSE TO CASE MANAGEMENT ORDER
Case No. 5:20-cv-05799-LHK

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.


*/s/ Daniel D. Mauler*
DANIEL D. MAULER