
ETHAN P. DAVIS
Acting Assistant Attorney General
DAVID MORRELL
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
DANIEL D. MAULER
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:  (202) 616-0773
Facsimile:  (202) 616-8470
E-mail: dan.mauler@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Case No. 5:20-cv-05799-LHK <br><br> **DEFENDANTS' NOTICE OF INTENT TO REPOND TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Date: TBD <br> Time: TBD <br> Judge: Hon. Lucy H. Koh |

Defendants respectfully inform the Court that they will be responding to Plaintiffs' motion for a temporary restraining order before midnight (Pacific) tonight, as part of Defendants' overall response to Plaintiffs' motion for a preliminary injunction.

Plaintiffs' counsel Amit Makker sent an email informing Defendants of Plaintiffs' intent to seek a temporary restraining order yesterday, which was received by the undersigned counsel with a timestamp of 8:52 p.m. Pacific (11:52 p.m. on the East Coast). Plaintiffs then filed their TRO motion ten minutes later, at 9:01 p.m. Pacific (12:01 a.m. on the East Coast). Defendants disagree with numerous statements in Plaintiffs' submission, which in any event, presents no argument not contained in their preliminary injunction motion. Had Plaintiffs properly met and conferred with Defendants, the parties may well have been able to reach agreement on an accelerated schedule, insofar as that is what Plaintiffs ultimately seek. Nonetheless, to the extent Plaintiffs believe that a further acceleration of the schedule in this case is necessary, including an accelerated hearing date, they can choose to forego filing a reply brief.

DATED: September 4, 2020                    Respectfully submitted,

                                            ETHAN P. DAVIS
                                            Acting Assistant Attorney General

                                            DAVID MORRELL
                                            Deputy Assistant Attorney General

                                            ALEXANDER K. HAAS (SBN 220932)
                                            Branch Director

                                            DIANE KELLEHER
                                            BRAD P. ROSENBERG
                                            Assistant Branch Director

                                            /s/ Daniel D. Mauler

                                            DANIEL D. MAULER
                                            (Va.  Bar No.: 73190)
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division - Federal Programs Branch

1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8470
E-mail: dan.mauler@usdoj.gov

*COUNSEL FOR DEFENDANT*