UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, et al.,<br><br>　　　　Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER RE: COMMUNICATIONS WITH THE COURT** |

An anonymous caller has called the Courtroom Deputy and claimed to be a federal employee who wished to be a whistleblower. The Courtroom Deputy informed the caller that the Courtroom Deputy and the caller could not discuss the case, the caller may wish to obtain a lawyer, and the caller may contact the President of the Federal Bar Association's Northern District of California Chapter for any assistance in locating a lawyer. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

**IT IS SO ORDERED.**

Dated: September 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 20-CV-05799-LHK
ORDER RE: COMMUNICATIONS WITH THE COURT