UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: REPLY** <br><br> Re: Dkt. Nos. 66, 75 |

Plaintiffs may file a reply in support of Plaintiffs' motion for temporary restraining order not to exceed five pages no later than Saturday, September 5, 2020, at 1 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 4, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 20-CV-05799-LHK
ORDER RE: REPLY

1