UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, et al.,<br><br>Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER TO RESPOND TO DEFENDANTS' OBJECTIONS AS TO THE SCOPE OF THE ADMINISTRATIVE RECORD**<br><br>Re: Dkt. Nos. 88, 89 |

Plaintiffs shall file a response to Defendants' objections as to the scope of the administrative record no later than Wednesday, September 9, 2020, at 10 a.m. Pacific Time. The response shall not exceed one page.

**IT IS SO ORDERED.**

Dated: September 8, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER TO RESPOND TO DEFENDANTS' OBJECTIONS AS TO THE SCOPE OF THE ADMINISTRATIVE RECORD