1  LATHAM & WATKINS LLP
     Steven M. Bauer (Bar No. 135067)
2        steven.bauer@lw.com
     Sadik Huseny (Bar No. 224659)
3        sadik.huseny@lw.com
     Amit Makker (Bar No. 280747)
4        amit.makker@lw.com
     Shannon D. Lankenau (Bar No. 294263)
5        shannon.lankenau@lw.com
   505 Montgomery Street, Suite 2000
6  San Francisco, CA 94111
   Telephone: 415.391.0600
7  Facsimile: 415.395.8095

8  LATHAM & WATKINS LLP
     Richard P. Bress (*pro hac vice*)
9        rick.bress@lw.com
     Melissa Arbus Sherry (*pro hac vice*)
10       melissa.sherry@lw.com
     Anne W. Robinson (*pro hac vice*)
11       anne.robinson@lw.com
     Tyce R. Walters (*pro hac vice*)
12       tyce.walters@lw.com
     Genevieve P. Hoffman (*pro hac vice*)
13       genevieve.hoffman@lw.com
     Gemma Donofrio (*pro hac vice*)
14       gemma.donofrio@lw.com
   555 Eleventh Street NW, Suite 1000
15 Washington, D.C. 20004
   Telephone: 202.637.2200
16 Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
     kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
     jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
     erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
     dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
     asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
     mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
     pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE et al.,<br><br>                         Plaintiffs,<br>         v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                         Defendants. | CASE NO.  5:20-cv-05799-LHK<br><br>**PLAINTIFFS' SUBMISSION REGARDING SCOPE OF ADMINISTRATIVE RECORD**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 8<br>Judge:  Hon. Lucy H. Koh |

The administrative record ("AR") includes "all documents and materials directly or *indirectly* considered by agency decision-makers and includes evidence contrary to the agency's position." *Thompson v. U.S. Dep't of Labor*, 885 F.2d 551, 555 (9th Cir. 1989); *Inst. For Fisheries Res. v. Burwell*, 2017 WL 89003, at *1 (N.D. Cal. Jan. 10, 2017). It does not matter that this was informal agency action and so there is no preexisting record. *New York v. United States Dep't of Commerce*, 351 F. Supp. 3d 502, 631 (S.D.N.Y. 2019). For the AR to be complete, it must include any documents and materials considered by agency decision-makers when making the decision to replace the COVID-19 Plan with the Replan.

Defendants' objections to scope are purely practical in nature: they cannot do what the law requires in "two days." That is a problem of their own making; this Court told them, on August 26, that "[i]f there's an administrative record, it should be produced." Tr. 10:12-13. But given the upcoming September 17 PI hearing, Plaintiffs have no objection to a two-stage production that will, ultimately, result in a complete AR. The portion of the AR most important to the current PI motion, and which should be producible and produced in two days, should include:

- Subject matter: All documents (1) comprising the Replan and its various components for conducting the Census in a shortened time period, including guidance, directives, and communications regarding same; and (2) all documents and materials directly or indirectly considered when making the decision to replace the COVID-19 Plan with the Replan.
- Date Range: Apr. 13–Aug. 3, 2020. The AR cannot be artificially constrained in time. If the Replan was "informed" by the Bureau's "prior planning," then such documents must be included. But for purposes of the most immediate production, Defendants can limit their review to documents and materials directly or indirectly considered during these four months, as it seems most likely that any decision to replace the COVID-19 Plan (adopted April 13) with the Replan (adopted August 3) occurred during this time.
- Custodians: The first tranche of custodians can appropriately be limited to (1) Defendants Dillingham and Ross and all of their direct reports/subordinates, and (2) Deputy Director Fontenot, his subordinates, and the individuals engaged with Mr. Fontenot to consider and prepare the Replan.

This would not be "years" of data. Nor does it cover hundreds of employees. But it will allow the Court to see what the Replan was conceived to be and is; when the decision was made; and what was considered when making the decision to shorten the data collection and processing timeframes. Plaintiffs are prepared to file their reply brief within 48 hours of receiving this subset of the AR, or at any other time preferred by the Court, and respectfully submit that the complete AR should be compiled and lodged with the Court by September 16, 2020.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com |
| 5 | | Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com |
| 6 | | Amit Makker (Bar No. 280747)<br>amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095 |
| 11 | | Richard P. Bress (admitted *pro hac vice*)<br>rick.bress@lw.com |
| 12 | | Melissa Arbus Sherry (admitted *pro hac vice*)<br>melissa.sherry@lw.com |
| 13 | | Anne W. Robinson (admitted *pro hac vice*)<br>anne.robinson@lw.com |
| 14 | | Tyce R. Walters (admitted *pro hac vice*)<br>tyce.walters@lw.com |
| 15 | | Genevieve P. Hoffman (admitted *pro hac vice*)<br>genevieve.hoffman@lw.com |
| 16 | | Gemma Donofrio (admitted *pro hac vice*)<br>gemma.donofrio@lw.com |
| 17 | | **LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 19 | | Facsimile: 202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for* |
| 21 | | *Just Immigration; Harris County, Texas; King County, Washington; City of San Jose,* |
| 22 | | *California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 23 | Dated: September 9, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (*pro hac vice* forthcoming)<br>kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (admitted *pro hac vice*)<br>erosenberg@lawyerscommittee.org |
| 27 | | Dorian L. Spence (*pro hac vice* forthcoming)<br>dspence@lawyerscommittee.org |
| 28 | | Maryum Jordan (*pro hac vice* forthcoming) |

| | |
|---|---|
| 1 | mjordan@lawyerscommittee.org |
| 2 | Ajay Saini (admitted *pro hac vice*)<br>asaini@lawyerscommitee.org |
| 3 | Pooja Chaudhuri (Bar No. 314847)<br>pchaudhuri@lawyerscommittee.org |
| 4 | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW** |
| 5 | 1500 K Street NW, Suite 900<br>Washington, DC 20005 |
| 6 | Telephone:  202.662.8600<br>Facsimile:  202.783.0857 |
| 7 | |
| 8 | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County,* |
| 9 | *Texas; League of Women Voters; King County, Washington; Black Alliance for Just* |
| 10 | *Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |
| 11 | |
| 12 | Wendy R. Weiser (admitted *pro hac vice*)<br>weiserw@brennan.law.nyu.edu |
| 13 | Thomas P. Wolf (admitted *pro hac vice*)<br>wolf@brennan.law.nyu.edu |
| 14 | Kelly M. Percival (admitted *pro hac vice*)<br>percivalk@brennan.law.nyu.edu |
| 15 | **BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750 |
| 16 | New York, NY 10271<br>Telephone: 646.292.8310 |
| 17 | Facsimile: 212.463.7308 |
| 18 | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County,* |
| 19 | *Texas; League of Women Voters; King County, Washington; Black Alliance for Just* |
| 20 | *Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |
| 21 | |
| 22 | Mark Rosenbaum (Bar No. 59940)<br>mrosenbaum@publiccounsel.org |
| 23 | **PUBLIC COUNSEL**<br>610 South Ardmore Avenue |
| 24 | Los Angeles, California 90005<br>Telephone:  213.385.2977 |
| 25 | Facsimile:  213.385.9089 |
| 26 | *Attorneys for Plaintiff City of San Jose* |
| 27 | |
| 28 | |

| | |
|---|---|
| | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice* forthcoming)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345<br><br>*Attorneys for Navajo Nation* |
| Dated: September 9, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: September 9, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |

| | |
|---|---|
| Dated: September 9, 2020 | By: */s/ Rafey S. Balabanian*<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com<br>**EDELSON P.C.**<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (*pro hac vice* forthcoming)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |
| Dated: September 9, 2020 | By: */s/ Donald R. Pongrace*<br>Donald R. Pongrace (*pro hac vice* pending)<br>dpongrace@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2001 K St., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4000<br>Facsimile: 202-887-4288<br><br>Dario J. Frommer (Bar No. 161248)<br>dfrommer@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067-6022<br>Phone:  213.254.1270<br>Fax: 310.229.1001<br><br>*Attorneys for Plaintiff Gila River Indian Community* |

Dated: September 9, 2020

By: */s/ David I. Holtzman*
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 9, 2020

**LATHAM & WATKINS LLP**

By: */s/ Sadik Huseny*
Sadik Huseny