UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, et al.,<br><br>    Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER RE: COMMUNICATIONS WITH THE COURT** |

    Another individual has called the Courtroom Deputy about the above-captioned case. The Courtroom Deputy informed the caller that the Courtroom Deputy and the caller could not discuss the case, the caller may wish to obtain a lawyer, and the caller may contact the President of the Federal Bar Association's Northern District of California Chapter for any assistance in locating a lawyer. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

**IT IS SO ORDERED.**

Dated: September 9, 2020

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge