UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: COMMUNICATIONS WITH THE COURT** |

An individual has emailed the Court's proposed order inbox. The individual's email and three email attachments are reproduced below on the next four pages. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

In addition, Plaintiffs and Defendants shall file a response to the individual's email and attachments by Monday, September 14, 2020 at 8:00 a.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 12, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

> **Census layoff contempt of court**
>
> Steve Wave <stevewavestudios@gmail.com>
> Fri 9/11/2020 2:34 AM
> To: CAND LHKpo <lhkpo@cand.uscouts.gov>
>
> 3 attachments (5 MB)
> 20200910_205229.jpg; 20200910_205209.jpg; 20200910_212127.jpg;
>
> Hello,
>
> My name is Stephen Fabian and I am a census field enumerator. This evening I received a notice from the census instructing enumerator to set our availability to one hour or less. I believe that it is in contempt of your injunction, and may be an attempt to defraud the court by presenting enumerator as not available to work. I am including a screenshot

> 14 People
>
> iMessage
> Today 8:33 PM
>
> +1 (832) 690-2304
>
> ALERT. ALERT. ALERT. !
>
> Do this now. Set your availability tomorrow through Monday as either NOT AVAILABLE or 1 hour daily.
>
> Do this now!!!
>
> You were assigned to my team today with no explanation. There are very few cases to work on. We are spreading them out to be as fair as possible.
>
> My boss is away. When she returns next week I will try to get back to you promptly with a plan.

3

Case No. 20-CV-05799-LHK
ORDER RE: COMMUNICATIONS WITH THE COURT



> 14 People
>
> zero for the next few days just because someone with my phone number sends me a text. With a promise of "maybe a plan" "sometime next week." That's several hundred dollars out of my pocket on the say so of someone I've never heard of.
>
> I'm sorry to be so blunt, but I'm getting pretty tired of getting my chain yanked around randomly.
>
> +1 (313) 917-8927
>
> He was my CFS before Estela.
>
> +1 (832) 690-2304
>
> I will be dealing with Mr. Robertson outside of this group text. I encourage everyone to communicate individually from here on out.

5

Case No. 20-CV-05799-LHK
ORDER RE: COMMUNICATIONS WITH THE COURT