UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILBUR L. ROSS, et al.,<br><br>  Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER TO IDENTIFY KEY DOCUMENTS IN THE ADMINISTRATIVE RECORD** |

Because of the need for the Court to rule on Plaintiffs' motion for stay and preliminary injunction as promptly as possible after the September 17, 2020 hearing, the parties are ordered to file on Monday, September 14, 2020 by 1 p.m. Pacific Time/4 p.m. Eastern Time a one page statement, with no argument, that identifies the Bates ranges for the five documents that Defendants produce on Sunday, September 13, 2020 that each side believes best supports their position. The Court requests narrowly tailored Bates ranges because the Court will have less than an hour to review the documents before the September 14, 2020 Case Management Conference at 2 p.m.

To assist in planning the review of the documents that Defendants will produce on Sunday, September 13, 2020, Defendants are ordered to file a statement on Sunday, September 13, 2020 by

noon Pacific Time/3 p.m. Eastern Time indicating what approximate time Defendants will file their administrative record documents that day.

**IT IS SO ORDERED.**

Dated: September 12, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge