# 2020 Census Operational Plan

*A New Design for the 21st Century*

Issued December 2018
Version 4.0



United States® **Census** | U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU

United States®
**Census 2020**

Note to Reader:

Please note that the *2020 Census Operational Plan v4.0* reflects the operational design for the 2020 Census as of October 31, 2018, unless noted otherwise.

## TABLE OF CONTENTS

1. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
  1.1   Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
  1.2   Design Approach . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
  1.3   Document Scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
  1.4   Document Development Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  1.5   Document Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

2. The 2020 Census Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  2.1   Purpose and Goal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  2.2   Uses of Decennial Census Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  2.3   The Changing Environment and Escalating Costs . . . . . . . . . . . . . . . . . . . . . . . . . 6
  2.4   Four Key Innovation Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
  2.5   A New Design for the 21st Century . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
  2.6   What the Public Can Expect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  2.7   The 2020 Census Operations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

3. The Four Key Innovation Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
  3.1   Reengineering Address Canvassing. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
  3.2   Optimizing Self-Response . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
  3.3   Utilizing Administrative Records and Third-Party Data. . . . . . . . . . . . . . . . . . . . . . 21
  3.4   Reengineering Field Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
  3.5   Summary of Innovations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

4. Key Tests, Milestones, and Production Dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
  4.1   Tests to Inform the Operational Design and Prepare for Conducting the Census. . . . . . . . . 31
    4.1.1   Tests in 2012–2014 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
    4.1.2   Tests in 2015. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
    4.1.3   Tests in 2016. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    4.1.4   Tests in 2017. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
    4.1.5   Tests in 2018. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    4.1.6   Tests Between the 2018 End-to-End Census Test and the 2020 Census . . . . . . . . . . . 51
  4.2   Key Decision Points and Milestones. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
  4.3   2020 Census Production Operational Schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

5. The 2020 Census Operations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
  5.1   Operations Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
    5.1.1   Frame. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
    5.1.2   Response Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
    5.1.3   Publish Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
  5.2   Program Management. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
    5.2.1   Program Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
  5.3   Census/Survey Engineering. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
    5.3.1   Systems Engineering and Integration. . . . . . . . . . . . . . . . . . . . . . . . . . . . 66
    5.3.2   Security, Privacy, and Confidentiality. . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
    5.3.3   Content and Forms Design . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75
    5.3.4   Language Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
  5.4   Frame . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81
    5.4.1   Geographic Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

5.4.2 Local Update of Census Addresses .......................................... 87
5.4.3 Address Canvassing .................................................... 91
5.5 Response Data ............................................................ 95
5.5.1 Forms Printing and Distribution. .......................................... 95
5.5.2 Paper Data Capture .................................................... 97
5.5.3 Integrated Partnership and Communications .................................. 99
5.5.4 Internet Self-Response. ................................................. 103
5.5.5 Non-ID Processing ..................................................... 108
5.5.6 Update Enumerate ..................................................... 112
5.5.7 Group Quarters ....................................................... 114
5.5.8 Enumeration at Transitory Locations ....................................... 118
5.5.9 Census Questionnaire Assistance .......................................... 119
5.5.10 Nonresponse Followup ................................................. 123
5.5.11 Response Processing .................................................. 132
5.5.12 Federally Affiliated Count Overseas ....................................... 135
5.5.13 Update Leave ........................................................ 137
5.6 Publish Data ............................................................. 138
5.6.1 Data Products and Dissemination ......................................... 139
5.6.2 Redistricting Data Program .............................................. 141
5.6.3 Count Review. ........................................................ 144
5.6.4 Count Question Resolution .............................................. 147
5.6.5 Archiving ............................................................ 148
5.7 Other Censuses .......................................................... 149
5.7.1 Island Areas Censuses ................................................. 149
5.8 Test and Evaluation ....................................................... 151
5.8.1 Coverage Measurement Design and Estimation ............................... 151
5.8.2 Coverage Measurement Matching. ......................................... 153
5.8.3 Coverage Measurement Field Operations .................................... 155
5.8.4 Evaluations and Experiments. ............................................ 157
5.9 Infrastructure ........................................................... 161
5.9.1 Decennial Service Center ............................................... 161
5.9.2 Field Infrastructure ................................................... 163
5.9.3 Decennial Logistics Management .......................................... 166
5.9.4 IT Infrastructure. ..................................................... 168

6. Key 2020 Census Risks ........................................................ 173
6.1 Public Perception of Ability to Safeguard Response Data ........................... 173
6.2 Cybersecurity Incidents .................................................... 174
6.3 Administrative Records and Third-Party Data—External Factors ...................... 174
6.4 Operations and Systems Integration ........................................... 175
6.5 Late Operational Design Changes ............................................. 175
6.6 Insufficient Levels of Staff With Subject-Matter Skill Sets .......................... 176
6.7 Ability of IT Solutions to Support the 2020 Census. ............................... 176
6.8 Administrative Records and Third-Party Data—Access and Constraints ................. 177
6.9 Internet Self-Response Instrument ............................................ 177
6.10 Systems Scalability ....................................................... 178

7. Quality Analysis. ............................................................ 179
7.1 Reengineering Address Canvassing. ........................................... 181

DOC_0000004

|       | 7.2 | Optimizing Self-Response | 185 |
|       | 7.3 | Using Administrative Records | 188 |
|       | 7.4 | Reengineering Field Operations | 188 |
| **8.** | **Approval Signature** | | 191 |
| **9.** | **Document Logs** | | 193 |
|       | 9.1 | Sensitivity Assessment | 193 |
|       | 9.2 | Review and Approvals | 193 |
|       | 9.3 | Version History | 193 |
| **Appendix A. List of Acronyms** | | | 195 |
| **Appendix B. 2020 Census Operational Design: An Integrated Design for Hard-to-Count Populations** | | | 201 |

## LIST OF FIGURES

| Figure 1: Approach to the Operational Design | 1 |
| Figure 2: 2020 Census Program Documentation Structure | 2 |
| Figure 3: Organizations and Governance Boards for the 2020 Census Operational Plan | 3 |
| Figure 4: 2020 Census Environment | 6 |
| Figure 5: The 2020 Census—A New Design for the Twenty-First Century | 9 |
| Figure 6: Operations by Work Breakdown Structure | 14 |
| Figure 7: Summary of Reengineering Address Canvassing | 15 |
| Figure 8: Operations That Contribute to Reengineering Address Canvassing | 17 |
| Figure 9: Summary of Optimizing Self-Response | 19 |
| Figure 10: Operations That Contribute to Optimizing Self-Response | 20 |
| Figure 11: Summary of Utilizing Administrative Records and Third-Party Data | 22 |
| Figure 12: Operations That Contribute to Utilizing Administrative Records and Third-Party Data | 23 |
| Figure 13: Summary of Reengineering Field Operations | 25 |
| Figure 14: Operations That Contribute to Reengineering Field Operations | 26 |
| Figure 15: Operations With Significant Innovations Since the 2010 Census | 28 |
| Figure 16: High-Level View of Tests | 31 |
| Figure 17: Tests in 2012–2014 | 32 |
| Figure 18: Tests and Key Decisions in 2015 | 38 |
| Figure 19: Tests Planned in 2016 | 43 |
| Figure 20: Schedule for the 2017 Census Test | 47 |
| Figure 21: Schedule for the 2018 End-to-End Census Test | 48 |
| Figure 22: 2020 Census Performance and Scalability Testing | 51 |
| Figure 23: Key Decision Points and Milestones | 52 |
| Figure 24: 2020 Census Operations—Production Timeline | 53 |
| Figure 25: High-Level Integrated Schedule | 54 |
| Figure 26: The 2020 Census Operations by Test | 55 |
| Figure 27: Operational Overview by Work Breakdown Schedule | 58 |
| Figure 28: High-Level Integration of Operations | 59 |
| Figure 29: Program Management Framework | 62 |
| Figure 30: Summary of Geographic Program Components | 82 |
| Figure 31: Response Processing Operation | 132 |
| Figure 32: 2020 Census Risk Matrix | 173 |

DOC_0000005

## LIST OF FIGURES—Con.

### Appendix B

Figure 1: 2020 Census Hard-to-Count Framework . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 201
Figure 2: 2020 Census Operational Placemat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 203
Figure 3: 2020 Census Race Question . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 204
Figure 4: 2020 Census Hispanic Origin Question . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 205
Figure 5: 2020 Census Relationship Question . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 205
Figure 6: 2020 Census Undercount Question. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 205
Figure 7: Screenshot From the Response Outreach Area Mapper . . . . . . . . . . . . . . . . . . . . . . . . . . . . 214

## LIST OF TABLES

Table 1: Operations and Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Table 2: Description of Operations That Contribute to Reengineering Address Canvassing . . . . . . . . 18
Table 3: Description of Operations That Contribute to Optimizing Self-Response. . . . . . . . . . . . . . . . 21
Table 4: Description of Operations That Contribute to Utilizing Administrative Records and
      Third-Party Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Table 5: Description of Operations That Contribute to Reengineering Field Operations. . . . . . . . . . . 27
Table 6: Summary of Key Innovations by Operation—Con. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Table 7: Operational Tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
Table 8: Summary of Quality Parameters Collected for Reengineering Address Canvassing . . . . . . . 182
Table 9: Summary of Quality Parameters Collected for Initial Frame. . . . . . . . . . . . . . . . . . . . . . . . . . 182
Table 10: Summary of Key Quality Parameters Collected for the In-Office Address Canvassing
      and MAF Coverage Study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 183
Table 11: Geographic Programs Quality Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185
Table 12: Summary of Quality Parameters Collected for Enumeration . . . . . . . . . . . . . . . . . . . . . . . . . 186
Table 13: Summary of Self-Response Workloads for Housing Units. . . . . . . . . . . . . . . . . . . . . . . . . . . . 187
Table 14: Summary of Key Quality Parameters Collected for Self-Response Person Error. . . . . . . . . . 188
Table 15: Summary of Key Quality Parameters Collected for Using Administrative Records Error
      for Persons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 188
Table 16: Summary of Key Quality Parameters Collected for Update Leave and
      Update Enumerate for Person Error . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189

DOC_0000006

# 1. Introduction

## 1.1 PURPOSE

The U.S. Census Bureau's 2020 Census Operational Plan documents the design for conducting the 2020 Census. It reflects and supports evidence-based decision-making by describing design concepts and their rationale, identifying decisions made and remaining decisions, and describing remaining risks related to the implementation of the 2020 Census Operational Plan.

## 1.2 DESIGN APPROACH

As shown in Figure 1, the operational design comprises a set of design decisions that drive how the 2020 Census will be conducted. These design decisions have been informed through research, testing, and analysis conducted from 2012 through 2018. The operational design also drives the requirements for Information Technology (IT) capabilities and acquisitions.

The 2020 Census has been designed and developed in an iterative fashion, incorporating results from various tests conducted over the decade. Most design decisions have been made and are reflected in this document. Adjustments to the design may be required based on analysis and final tests conducted in 2018, in particular the 2018 End-to-End Census Test.

An important aspect of the design approach for the 2020 Census is an increased reliance on enterprise standards and solutions. Specifically, the design of all IT capabilities adheres to the Enterprise Systems Development Life Cycle (eSDLC) and IT Guiding Principles. Furthermore, the 2020 Census Program's budget, schedule, and work activities align with the eSDLC/Mission Enabling and Support Work Breakdown Structure. The 2020 Census design also leverages enterprise shared services, including the Census Enterprise



**Figure 1: Approach to the Operational Design**



**Figure 2: 2020 Census Program Documentation Structure**

Data Collection and Processing (CEDCaP) solution and the Center for Enterprise Dissemination Services and Consumer Innovation (CEDSCI) solution.[1] These two initiatives provide the technology solutions required to support significant portions of the innovations for the 2020 Census.

## 1.3 DOCUMENT SCOPE

This document is version 4.0 of the 2020 Census operational design and covers all operations required to execute the 2020 Census, starting with precensus address and geographic feature updates, and ending once census data products are disseminated and coverage and quality are measured.

It describes what will be done during the 2020 Census and, at a high level, how the work will

be conducted. Additional specifics of how each operation will be performed are documented in individual 2020 Census Detailed Operational Plans, which are created on a rolling schedule, as noted in Chapter 5. These detailed plans include the business process models that have been developed for each operation. They also identify the set of activities that comprise the operation and the interactions among related operations.

As shown in Figure 2, this 2020 Census Operational Plan, shaded in yellow, is part of a broader set of documentation for the 2020 Census Program. Particular design documents related to this 2020 Census Operational Plan are shown in outline, while general categories of supporting documents are shaded blue. Operational interactions are described in a set of Operational Design Integration artifacts. These are new to this document in this version and included in Appendix C.

---

[1] Throughout this document, references are made to specific CEDCaP systems (i.e., MOJO, PRIMUS, and COMPASS Census operations) that were only used to support the early 2020 Census tests.

DOC_0000008



**Figure 3: Organizations and Governance Boards for the 2020 Census Operational Plan**

## 1.4 DOCUMENT DEVELOPMENT PROCESS

Many organizations across the Decennial Census Programs Directorate and the Census Bureau have worked together to develop the 2020 Census operational design. Figure 3 illustrates these organizations. The development of the 2020 Census Operational Plan is led by the Decennial Census Management Division (DCMD), in particular a set of Assistant Division Chiefs responsible for the 2020 Census operations. These Assistant Division Chiefs are supported by several DCMD functional areas, including program management and scheduling and performance management. The DCMD operational design work also relies on operational subject matter experts from throughout the Census Bureau and the quality analysis staff within the Decennial Statistical Studies Division. DCMD also has a team responsible for overseeing operational testing and reporting on test results, which inform operational design decisions. The Decennial Budget Office

provides the life-cycle cost estimate, which reflects the latest version of the design. They also analyze the cost impacts of alternative designs.

The 2020 Census Operational Plan has been reviewed and approved by the 2020 Census Portfolio Management Governing Board and the 2020 Census Executive Steering Committee. Operational Integrated Project Teams develop the Detailed Operational Plans. These teams are composed of subject matter experts from across the Census Bureau, including the IT and Field Directorates.

## 1.5 DOCUMENT ORGANIZATION

This document is organized into seven sections:

1.    Introduction

2.    The 2020 Census Overview

3.    The Four Key Innovation Areas

DOC_0000009

4.  Key Tests, Milestones, and Production Dates

5.  The 2020 Census Operations

6.  Key Program-Level Risks

7.  Quality Analysis

Section 5 describes each of the 35 census operations and constitutes the bulk of this 2020 Census Operational Plan. All decisions in this section are current as of October 31, 2018.

In addition, two sections have been added to this version. The first is an appendix with a description of operations and efforts that contribute to improving the count of populations that could be classified as hard-to-count. The second provides some of the key integration artifacts that have been developed up to the date of publication of this document. Some of these artifacts need to be rendered at larger than page size and will be included in a separate supplement document.

DOC_0000010

# 2.  The 2020 Census Overview

## 2.1  PURPOSE AND GOAL

The purpose of the 2020 Census is to conduct a census of population and housing and disseminate the results to the President, the states, and the American people. The goal of the 2020 Census is to count everyone once, only once, and in the right place.

## 2.2  USES OF DECENNIAL CENSUS DATA

As the 2020 Census draws near, it is important to keep in mind the purpose of the census and how the data will be used.

The primary requirement served by the decennial census is the apportionment of seats allocated to the states for the House of Representatives. This requirement is mandated in the U.S. Constitution:

> Article I, Section 2;
> The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years

> Fourteenth Amendment, Section 2;
> Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State

Decennial census data at the census block level are used by governmental entities for redistricting, i.e., defining the representative boundaries for congressional districts, state legislative districts, school districts, and voting precincts. Additionally, decennial data are used to enforce voting rights and civil rights legislation.

The Census Bureau also uses the decennial census results to determine the statistical sampling frames for the American Community Survey (ACS), which replaced the long form in the decennial census and is part of the Decennial Program, and the dozens of current surveys conducted by the Census Bureau. The results of these surveys are used to support important government functions, such as appropriating federal funds to local communities (an estimated $675 billion annually)[1]; calculating monthly unemployment, crime, and poverty rates; and publishing health and education data.

Finally, decennial census data play an increasingly important role in U.S. commerce and the economy. As people expand their use of data to make decisions at the local and national levels, they increasingly depend on data from the Census Bureau to make these decisions. Today, local businesses look at data provided by the Census Bureau on topics like population growth and income levels to make decisions about whether or where to locate their restaurants or stores. Similarly, a real estate investor who is considering investing significant funds to develop a piece of land in the community relies on Census Bureau data to measure the demand for housing, predict future need, and review aggregate trends. Big businesses also rely heavily on Census Bureau data to make critical decisions that impact their success and shape the economy at the national level. As noted above, the decennial census is the foundation for the Census Bureau's demographic survey data.

The decennial census data must meet high quality standards to ensure good decision-making and to continue building confidence in the government, society, and the economy. Studying the balance between cost and quality is an important focus of the census design.

---

[1] "Uses of Census Bureau Data in Federal Funds Distribution," prepared by Marisa Hotchkiss and Jessica Phelan, U.S. Census Bureau, Washington, DC, September 2017, <www.census.gov/library/working-papers/2017/decennial/census-data-federal-funds.html>.

DOC_0000011



**Figure 4: 2020 Census Environment**

## 2.3 THE CHANGING ENVIRONMENT AND ESCALATING COSTS

The 2020 Census challenge is exacerbated by multiple environmental factors that have the potential to impact its success. The Census Bureau is committed to proactively addressing the challenges that follow (see Figure 4):

- **Constrained fiscal environment:** Budget deficits place significant pressure on funding available for the research, testing, design, and development work required for successful innovation.

- **Rapidly changing use of technology:** Stakeholders expect the decennial census to use technology innovation, yet the rapid pace of change makes it challenging to plan for and adequately test the use of these technologies before they become obsolete.

- **Information explosion:** Rapid changes in information technology (IT) create stakeholder

expectations for how the Census Bureau interacts with the public to collect data and disseminate data products.

- **Distrust in government:** The public's concerns about information security and privacy, the confidentiality of information given to the government, and how government programs use the information they collect continue to grow. This impacts response rates and could make it more difficult for government agencies to collect important demographic survey information.

- **Declining response rates:** Response rates for Census Bureau surveys, and for surveys and censuses in general, have declined as citizens are overloaded with requests for information and become increasingly concerned about sharing information.

- **Increasingly diverse population:** The demographic and cultural make-up of the United States continues to increase in complexity, including a growing number of households and

DOC_0000012

individuals of Limited English Proficiency, who may experience language barriers to enumeration and who may have varying levels of comfort with government involvement.

- **Informal, complex living arrangements:** Households are becoming more diverse and dynamic, making it a challenge to associate an identified person with a single location. For example, blended families may include children who have two primary residences. Additionally, some households include multiple relationships and generations.

- **A mobile population:** The United States continues to be a highly mobile nation as about 14.3 percent of the population moves in a given year, based on results from the ACS conducted in 2017. Continued growth in the use of cellular telephone technology and an associated reduction in landline telephones tied to physical locations may also complicate enumeration.

Several of the societal, demographic, and technological trends listed above can result in a population that is harder and more expensive to enumerate. As it becomes more challenging to locate individuals and solicit their participation through traditional methods, the Census Bureau must decade after decade spend more money simply to maintain the same level of accuracy as in previous censuses. With the innovations described in the 2020 Census Operational Plan, the Census Bureau estimates that billions of dollars can be saved relative to replicating a design similar to that of the 2010 Census.

DOC_0000013

## 2.4 FOUR KEY INNOVATION AREAS

The 2020 Census team focused on four key innovation areas in redesigning the census:

Reengineering Address Canvassing

Optimizing Self-Response

Utilizing Administrative Records and Third-Party Data

Reengineering Field Operations

Field costs associated with Address Canvassing (ADC) and Nonresponse Followup (NRFU) operations comprise the most expensive parts of the 2020 Census. All four innovation areas are aimed at reducing the costs of fieldwork. A reengineered ADC Operation is expected to reduce the field workload for address updating.

Self-response innovations, which are aimed at generating the largest possible self-response rate, coupled with the use of administrative records and third-party data, are intended to reduce the field workload associated with NRFU. Finally, the reengineered field operations are intended to increase the efficiency of those operations, allowing managers and fieldworkers to be more productive and effective.

Each innovation area is described further in Section 3.

## 2.5 A NEW DESIGN FOR THE 21ST CENTURY

Figure 5 describes at a high-level how the 2020 Census will be conducted. This design reflects a flexible approach that takes advantage of new technologies and data sources while minimizing risk.

The first step in conducting the 2020 Census is to identify all of the addresses where people could live, or **Establish Where to Count**. An accurate address list helps ensure that everyone is counted. For the 2020 Census, the Census Bureau began an in-office review of 100 percent of the nation's addresses in September 2015 and continually updates the address list based on contin- data from multiple sources, including the U.S. Postal Service; tribal, state, and local governments; satellite imagery; and third-party data providers. This office work will also determine which parts

of the country require fieldwork to verify address information. In-Field ADC will begin in 2019 and is anticipated to cover approximately 38 percent of all addresses, a significant reduction from the nearly 100 percent that were reviewed in the field during the 2010 Census.

As noted on page 6, response rates to surveys and censuses have been declining. To **Motivate People to Respond**, the 2020 Census will include a nationwide communications and partnership campaign. This campaign is focused on getting people to respond on their own (self-respond). It costs significantly less to process a response provided via the Internet or through a paper form than it does to send a fieldworker to someone's home to collect a response. Advertising will make heavy use of digital media, tailoring the message to the audience.

The Census Bureau **Counts the Population** by collecting information from all households, including those residing in group or unique living arrangements. The Census Bureau wants to make it easy for people to respond anytime and anywhere. To this end, the 2020 Census will offer the opportunity and encourage people to respond via the Internet and will encourage, but not require, people to enter a unique Census identification with their response. Online responses will be accurate, secure, and convenient.

For those who do not respond, the Census Bureau will use the most cost-effective strategy for contacting and counting people. The goal for the 2020 Census is to reduce the average number of visits to nonresponding households by using available data from government administrative records and third-party sources. These data will be used to identify vacant households; to predict the best time of day to visit a particular household; for households that do not respond and cannot be

DOC_0000014

# The 2020 Census Operational Overview



**Count everyone once, only once, and in the right place.**



**ESTABLISH WHERE TO COUNT**

Identify all addresses where people could live.

Conduct a 100-percent review and update of the nation's address list.

Minimize in-field work with in-office updating.

Use multiple data sources to identify areas with address changes.

Get local government input.

**MOTIVATE PEOPLE TO RESPOND**

Conduct a nationwide communications and partnership campaign.

Work with trusted sources to increase participation.

Maximize outreach using traditional and new media.

Target advertisements to specific audiences.

**COUNT THE POPULATION**

Collect data from all households, including group and unique living arrangements.

Make it easy for people to respond anytime, anywhere.

Encourage people to use the online response option.

Use the most cost-effective strategy to contact and count nonrespondents.

Streamline in-field census taking.

Knock on doors only when necessary.

**RELEASE CENSUS RESULTS**

Process and provide Census data.

Deliver apportionment counts to the President by December 31, 2020.

Release counts for redistricting by April 1, 2021.

Make it easier for the public to get information.

**Figure 5: The 2020 Census—A New Design for the Twenty-First Century**

interviewed after multiple attempts; and to count and provide characteristics for the people in the household using high-quality data from trusted sources. A reduced number of visits will lead to significant cost savings.

In addition, the majority of fieldworkers will use mobile devices for collecting the data. Operations such as recruiting, training, and payroll will be automated, reducing the time required for these activities. New operational control centers will rely on automation to manage most of the field-work, enabling more efficient case assignment, automatic determination of optimal travel routes, and reduction of the number of physical offices. In general, a streamlined operation and management structure is expected to increase productivity and save costs.

The last step in the 2020 Census is to **Release the 2020 Census Results**. The 2020 Census data will be processed and sent to the President (for apportionment) by December 31, 2020, to the states (for redistricting) by April 1, 2021, and to the public beginning in December 2021.

## 2.6 WHAT THE PUBLIC CAN EXPECT

The 2020 Census will be easy to respond to—at any time and from anywhere.

Most households in the continental United States will receive a mailed invitation from the U.S. Census Bureau asking residents to complete the census questionnaire online. The questionnaire asks just a few questions and takes about 10 minutes to answer. Respondents will be able to respond using one of a number of devices, includ-ing a desktop computer, a laptop, a tablet, or a smartphone.

For areas of the country with low Internet con-nectivity or other characteristics that make it less likely the respondents will complete the census questionnaire online, we will be sending a paper

DOC_0000015

questionnaire. For other areas of the country des-ignated for self-response, a paper questionnaire will be mailed to nonresponding households in the fourth mailing. Paper questionnaires can be mailed back postage-free. Respondents can also call a toll-free number for assistance or to give their information to a call center representative. If an area has predominantly noncity-style addresses, such as rural route numbers, a census worker will deliver a paper questionnaire to the door. In more remote areas, a census taker will enumerate at the households in person. For household ques-tionnaires and responses, everyone who usually lives and sleeps in the home—including babies and small children—should be included.

During this time, there will be many different kinds of advertisements encouraging response to the 2020 Census. There could be public service announcements, social media ads, print ads, and television commercials. Many community organi-zations, small businesses, and large corporations are also pledging support to spread the word about the importance of responding and being counted in the census. In addition, many commu-nities may organize local efforts to help their resi-dents respond, such as providing help at libraries and other community centers.

We have designed a secure Web site to make it safer and easier than ever to be counted. All of our IT systems are certified and accredited in accordance with federal IT security requirements.

**Census answers are protected by law**. It's against the law for the Census Bureau to publicly release responses in any way that could identify any per-son or household. The census is secure. We take strong precautions to keep responses safe from hacking and other cyberthreats.

The online questionnaire will be available in 12 non-English languages, and call center help will also be available in those same languages. The 12 non-English languages are Spanish, Chinese, Vietnamese, Korean, Russian, Arabic, Tagalog, Polish, French, Haitian Creole, Portuguese, and Japanese. (The online questionnaire will be avail-able in simplified Chinese; the over-the-phone help will be available in Mandarin and Cantonese.)

It's important that the public responds as soon as possible so the Census Bureau won't need to expend additional effort to receive the responses, thereby saving taxpayer dollars. After a certain amount of time, census takers (also known as enumerators) will visit nonresponding house-holds to do the important work of collecting the information.

People who do not live in traditional housing units, such as group quarters (e.g., dormitories, prisons, nursing homes) or people experiencing homeless-ness, will be counted in other census data collec-tion operations. All 2020 Census operations are described in the next section.

DOC_0000016

## 2.7 THE 2020 CENSUS OPERATIONS

The 2020 Census includes 35 operations that are organized into eight major areas that correspond with the Census Bureau's standard Work Breakdown Structure. The term operation refers to both support and business functions. For example, Program Management is considered a support function, and ADC is considered a business function. Table 1 provides a high-level purpose statement for each operation.

### Table 1: Operations and Purpose

| Operations | Purpose |
|---|---|
| **Program Management** | |
| Program Management (PM) | Define and implement program management policies, processes, and the control functions for planning and implementing the 2020 Census in order to ensure an efficient and well-managed program. |
| **Census/Survey Engineering** | |
| Systems Engineering and Integration (SEI) | Manage the delivery of a System of Systems that meets the 2020 Census Program business and capability requirements. |
| Security, Privacy, and Confidentiality (SPC) | Ensure that all operations and systems used in the 2020 Census adhere to laws, policies, and regulations that ensure appropriate systems and data security, and protect respondent and employee privacy and confidentiality. |
| Content and Forms Design (CFD) | Identify and finalize content and design of questionnaires and other associated nonquestionnaire materials, ensure consistency across data collection modes and operations, and provide the optimal design and content of the questionnaires to encourage high response rates. |
| Language Services (LNG) | Assess and support language needs of non-English speaking populations, determine the number of non-English languages and level of support for the 2020 Census, optimize the non-English content of questionnaires and associated nonquestionnaire materials across data collection modes and operations, and ensure cultural relevancy and meaningful translation of 2020 Census questionnaires and associated nonquestionnaire materials. |
| **Frame** | |
| Geographic Programs (GEOP) | Provide the geographic foundation in support of the 2020 Census data collection and tabulation activities, within the Master Address File (MAF)/ Topologically Integrated Geographic Encoding and Referencing (TIGER) System. The MAF/TIGER System (software applications and databases) serves as the national repository for all of the spatial, geographic, and residential address data needed for census and survey data collection, data tabulation, data dissemination, geocoding services, and map production. Components of this operation include Geographic Delineations, Geographic Partnership Programs, and Geographic Data Processing. |
| Local Update of Census Addresses (LUCA) | Provide an opportunity for tribal, state, and local governments to review and improve the address lists and maps used to conduct the 2020 Census as required by Public Law (P.L.) 103-430. |
| Address Canvassing (ADC) | Deliver a complete and accurate address list and spatial database for enumeration and determine the type and address characteristics for each living quarter. |
| **Response Data** | |
| Forms Printing and Distribution (FPD) | Print and distribute Internet invitation letters, reminder cards or letters or both, questionnaire mailing packages, and materials for other special operations, as required. Other materials required to support field operations are handled in the Decennial Logistics Management Operation. |
| Paper Data Capture (PDC) | Capture and convert data from the 2020 Census paper questionnaires, including mail receipt, document preparation, scanning, Optical Character Recognition, Optical Mark Recognition, Key From Image, data delivery, checkout, and form destruction. |

DOC_0000017

| Operations | Purpose |
|---|---|
| Integrated Partnership and Communications (IPC) | Communicate the importance of participating in the 2020 Census to the entire population of the 50 states, the District of Columbia, and Puerto Rico to engage and motivate people to self-respond (preferably via the Internet), raise and keep awareness high throughout the entire 2020 Census to encourage response, support field recruitment efforts, and effectively support dissemination of census data to stakeholders and the public. |
| Internet Self-Response (ISR) | Maximize online response to the 2020 Census via contact strategies and improved access for respondents and collect response data via the Internet to reduce paper and the Nonresponse Followup Operation workload. |
| Non-ID Processing (NID) | Make it easy for people to respond anytime, anywhere to increase self-response rates by providing response options that do not require a unique Census ID, maximizing real-time matching of non-ID respondent addresses to the census living quarters address inventory, and accurately assigning nonmatching addresses to census blocks. |
| Update Enumerate (UE) | Update the address and feature data and enumerate respondents in person. UE is designated to occur in areas where the initial visit requires enumerating while updating the address frame, in particular in remote geographic areas that have unique challenges associated with accessibility. |
| Update Leave (UL) | Update the address and feature data and leave a choice questionnaire package at every housing unit identified to allow the household to self-respond. UL occurs in areas where the majority of housing units do not have a city-style address to receive mail. |
| Group Quarters (GQ) | Enumerate people living or staying in group quarters and provide an opportunity for people experiencing homelessness and receiving service at service-based locations, such as soup kitchens, to be counted in the census. |
| Enumeration at Transitory Locations (ETL) | Enumerate individuals in occupied units at transitory locations who do not have a usual home elsewhere. Transitory locations include recreational vehicle parks, campgrounds, racetracks, circuses, carnivals, marinas, hotels, and motels. |
| Census Questionnaire Assistance (CQA) | Provide questionnaire assistance for respondents by answering questions about specific items on the census form or other frequently asked questions about the 2020 Census and provide an option for respondents to complete a census interview over the telephone. Also provide outbound calling support of Coverage Improvement. |
| Nonresponse Followup (NRFU) | Determine housing unit status for nonresponding addresses that do not self-respond to the 2020 Census and enumerate households that are determined to have a housing unit status of occupied. |
| Response Processing (RPO) | Create and distribute the initial 2020 Census enumeration universe, assign the specific enumeration strategy for each living quarter based on case status and associated paradata, create and distribute workload files required for enumeration operations, track case enumeration status, run postdata collection processing actions in preparation for producing the final 2020 Census results, and check for suspicious returns. |
| Federally Affiliated Count Overseas (FACO) | Obtain counts by home state of U.S. military and federal civilian employees stationed or assigned overseas and their dependents living with them. |
| Publish Data | |
| Data Products and Dissemination (DPD) | Prepare and deliver the 2020 Census apportionment data to the President of the United States to provide to Congress, tabulate 2020 Census data products for use by the states for redistricting, and tabulate and disseminate 2020 Census data for use by the public. |
| Redistricting Data (RDP) | Provide to each state the legally required P.L. 94-171 redistricting data tabulations by the mandated deadline of April 1, 2021, 1 year from Census Day. |

DOC_0000018

| Operations | Purpose |
|---|---|
| Count Review (CRO) | Enhance the accuracy of the 2020 Census through remediating potential gaps in coverage by implementing an efficient and equitable process to identify and incorporate housing units that are missing from the Census Bureau Master Address File, identify and include or correct large group quarters that are missing from the Master Address File or geographically misallocated, and position unresolved cases for a smooth transition to the Count Question Resolution Operation. |
| Count Question Resolution (CQR) | Provide a mechanism for governmental units to challenge their official 2020 Census results. |
| Archiving (ARC) | Coordinate storage of materials and data and provide 2020 Census records deemed permanent, include files containing individual responses, to the National Archives and Records Administration and provide similar files to the National Processing Center to use as source materials to conduct the Age Search Service. Also store data to cover in-house needs. |

Other Censuses

| | |
|---|---|
| Island Areas Censuses (IAC) | Enumerate all residents of American Samoa, the Commonwealth of the Northern Mariana Islands, Guam, and the U.S. Virgin Islands; process and tabulate the collected data; and disseminate data products to the public. |

Test and Evaluation

| | |
|---|---|
| Coverage Measurement Design and Estimation (CMDE) | Develop the survey design and sample for the Post-Enumeration Survey of the 2020 Census and produce estimates of census coverage based on the Post-Enumeration Survey. |
| Coverage Measurement Matching (CMM) | Identify matches, nonmatches, and discrepancies between the 2020 Census and the Post-Enumeration Survey for both housing units and people in the same areas. Both computer and clerical components of matching are conducted. |
| Coverage Measurement Field Operations (CMFO) | Collect person and housing unit information (independent from the 2020 Census operations) for the sample of housing units in the Post-Enumeration Survey to provide estimates of census net coverage error and components of census coverage for the United States and Puerto Rico, excluding Remote Alaska. |
| Evaluations and Experiments (EAE) | Document how well the 2020 Census was conducted, and analyze, interpret, and synthesize the effectiveness of census components and their impact on data quality, coverage, or both. Assess the 2020 Census operations. Formulate and execute an experimentation program to support early planning and inform the transition and design of the 2030 Census and produce an independent assessment of population and housing unit coverage. |

Infrastructure

| | |
|---|---|
| Decennial Service Center (DSC) | Support 2020 Census Field operations for decennial staff (i.e., Headquarters, paper data capture centers, Regional Census Center, Area Census Office, Island Areas Censuses, remote workers, and listers/enumerators.) |
| Field Infrastructure (FLDI) | Provide the administrative infrastructure for data collection operations covering the 50 states, the District of Columbia, and Puerto Rico. |
| Decennial Logistics Management (DLM) | Coordinate space acquisition and lease management for the regional census centers, area census offices, and the Puerto Rico area office; provide logistics management support services (e.g., kit assembly and supplies and interfaces to field staff). |
| IT Infrastructure (ITIN) | Provide the IT-related Infrastructure support to the 2020 Census, including enterprise systems and applications, 2020 Census-specific applications, Field IT infrastructure, mobile computing, and cloud computing. |

Figure 6 presents a graphic representation of the 35 operations organized into the eight areas described above. See Section 5 for details about the design and decisions for each of these operations.

DOC_0000019

| Program Management | Census/Survey Engineering | SUPPORT | | PUBLISH DATA |
|---|---|---|---|---|
| 1. Program Management (PM) | 2. Systems Engineering and Integration (SEI) | 3. Security, Privacy, and Confidentiality (SPC) | 4. Content and Forms Design (CFD) | 5. Language Services (LNG) |
| Infrastructure | | | | |
| 31. Decennial Service Center (DSC) | 32. Field Infrastructure (FLDI) | 33. Decennial Logistics Management (DLM) | 34. IT Infrastructure (ITIN) | 21. Data Products and Dissemination (DPD) |
| FRAME | RESPONSE DATA | | | 22. Redistricting Data Program (RDP) |
| 6. Geographic Programs (GEOP) | 9. Forms Printing and Distribution (FPD) | 13. Non-ID Processing (NID) | 17. Census Questionnaire Assistance (CQA) | 23. Count Review (CRO) |
| 7. Local Update of Census Addresses (LUCA) | 10. Paper Data Capture (PDC) | 14. Update Enumerate (UE) | 18. Nonresponse Followup (NRFU) | 24. Count Question Resolution (CQR) |
| 8. Address Canvassing (ADC) | 11. Integrated Partnership and Communications (IPC) | 15. Group Quarters (GQ) | 19. Response Processing (RPO) | 25. Archiving (ARC) |
| | 12. Internet Self-Response (ISR) | 16. Enumeration at Transitory Locations (ETL) | 20. Federally Affiliated Count Overseas (FACO) | |
| | | | 35. Update Leave (UL) | |
| OTHER CENSUSES | TEST AND EVALUATION | | | |
| 26. Island Areas Censuses (IAC) | 27. Coverage Measurement Design and Estimation (CMDE) | 28. Coverage Measurement Matching (CMM) | 29. Coverage Measurement Field Operations (CMFO) | 30. Evaluations and Experiments (EAE) |

Figure 6: Operations by Work Breakdown Structure

DOC_0000020

# 3. The Four Key Innovation Areas

The Census Bureau plans to conduct the most automated, modern, and dynamic decennial census in history. The 2020 Census includes design changes in four key areas, including new methodologies to conduct Address Canvassing, innovative ways of optimizing self-response, the use of administrative records and third-party data to reduce the Nonresponse Followup (NRFU) workload, and the use of technology to reduce the manual effort and improve the productivity of field operations. The primary goal is to achieve efficiency by:

- Adding new addresses to the Census Bureau's address frame using geographic information systems and aerial imagery instead of sending Census Bureau employees to walk and physically check 11 million census blocks.

- Encouraging the population to respond to the 2020 Census using the Internet, reducing the need for more expensive paper data capture.

- Using data the public has already provided to the government and data available from commercial sources, allowing realized savings to focus additional visits in areas that have traditionally been hard to enumerate.

- Using sophisticated operational control systems to send Census Bureau employees to follow up with nonresponding housing units and to track daily progress.

## 3.1 REENGINEERING ADDRESS CANVASSING

The goal of Reengineering Address Canvassing is to eliminate the need to canvass every census block. Instead, the Census Bureau has developed innovative methodologies for updating the Master Address File/Topologically Integrated Geographic Encoding and Referencing (MAF/TIGER) System throughout the decade. Figure 7 highlights the key concepts in the Reengineering Address Canvassing approach.



**In-Field Canvassing**
Limited In-Field Address Canvassing in 2019 for those areas where address updates cannot be obtained or verified or areas that are undergoing rapid change.

**Continual In-Office Canvassing**
Update and verify the MAF using aerial imagery, administrative records, and commercial data.

**Master Address File (MAF) Coverage Study***
Ongoing fieldwork to measure coverage, validate in-office procedures, and improve in-field data collection methodologies.

**2020 Census Begins**
Updated MAF used to conduct 2020 Census.

| 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |

* The MAF Coverage Study was paused in FY2017 due to budget considerations.

**Figure 7: Summary of Reengineering Address Canvassing**

DOC_0000021

Continual research and updating through In-Office Address Canvassing began in September 2015 and will continue through 2019 with the establishment of the frame for the 2020 Census. Every year clerks will start with the most recent Census Bureau address list and update it based on new information from the United States Postal Service (USPS) and data from tribal, state, and local governments and third parties (i.e., commercial vendors). Clerks will review satellite imagery to determine where changes in addresses are occurring, and based on these changes, the Census Bureau will develop a plan for capturing those changes. This plan will include In-Field Address Canvassing where address updates cannot be obtained or verified or in areas undergoing rapid change. Based on continued testing and refinement of the Address Canvassing Operation, the Census Bureau estimates that

approximately 38 percent of the housing units in the Self-Response Type of Enumeration Area (TEA) will require In-Field Address Canvassing. This new estimate is greater than previous estimates primarily because of the need to ensure a high-quality address frame. In addition, operational smoothing of TEAs to identify reasonable listing workloads and collection geography areas resulted in additions to the In-Field Address Canvassing workload. Note that areas designated for a response methodology that includes a frame update at the time of the census will not also be included in the In-Field Address Canvassing.

The operations shaded in darker blue in Figure 8 include innovations related to Reengineering Address Canvassing.

DOC_0000022

## SUPPORT

**Program Management**

1. Program Management (PM)

**Infrastructure**

31. Decennial Service Center (DSC)

**Census/Survey Engineering**

2. Systems Engineering and Integration (SEI)

32. Field Infrastructure (FLDI)

3. Security, Privacy, and Confidentiality (SPC)

33. Decennial Logistics Management (DLM)

4. Content and Forms Design (CFD)

34. IT Infrastructure (ITIN)

5. Language Services (LNG)

## FRAME

6. Geographic Programs (GEOP)

7. Local Update of Census Addresses (LUCA)

8. Address Canvassing (ADC)

## RESPONSE DATA

9. Forms Printing and Distribution (FPD)

10. Paper Data Capture (PDC)

11. Integrated Partnership and Communications (IPC)

12. Internet Self-Response (ISR)

13. Non-ID Processing (NID)

14. Update Enumerate (UE)

15. Group Quarters (GQ)

16. Enumeration at Transitory Locations (ETL)

17. Census Questionnaire Assistance (CQA)

18. Nonresponse Followup (NRFU)

19. Response Processing (RPO)

20. Federally Affiliated Count Overseas (FACO)

35. Update Leave (UL)

## PUBLISH DATA

21. Data Products and Dissemination (DPD)

22. Redistricting Data Program (RDP)

23. Count Review (CRO)

24. Count Question Resolution (CQR)

25. Archiving (ARC)

## TEST AND EVALUATION

27. Coverage Measurement Design and Estimation (CMDE)

28. Coverage Measurement Matching (CMM)

29. Coverage Measurement Field Operations (CMFO)

30. Evaluations and Experiments (EAE)

## OTHER CENSUSES

26. Island Areas Censuses (IAC)

**Figure 8: Operations That Contribute to Reengineering Address Canvassing**

DOC_0000023

Documented below are brief descriptions of how each operation contributes to the Reengineering Address Canvassing innovation area:

**Table 2: Description of Operations That Contribute to Reengineering Address Canvassing**

| Operation | Contributions |
|---|---|
| Geographic Programs (GEOP) | • Simplified collection geography.<br>• Simplified Type of Enumeration Area delineation.<br>• More data sources to validate and augment the frame.<br>• More frequent engagement with partners to improve quality of the MAF/TIGER System. |
| Local Update of Census Addresses (LUCA) | Local Update of Census Addresses submissions validated as part of In-Office Address Canvassing. |
| Address Canvassing (ADC) | • 100 percent of addresses canvassed in In-Office Address Canvassing.<br>• Target 38 percent of living quarters for In-Field Address Canvassing.<br>• Ongoing in-office and in-field improvement process.<br>• Classification of living quarter types during in-office review.<br>• Increased productivity of field staff due to automated case assignment and route optimization. |
| Update Enumerate (UE) | Reduced In-Field Address Canvassing workload because Update Enumerate areas excluded. |
| Update Leave (UL) | Reduced In-Field Address Canvassing workload because Update Leave areas excluded. |
| Field Infrastructure (FLDI) | Automated administrative functions. |
| Decennial Logistics Management (DLM) | Reduced office infrastructure needed for In-Field Address Canvassing. |
| IT Infrastructure (ITIN) | • Listing applications for In-Field Address Canvassing supported by decennial Device as a Service (dDaaS).<br>• Enterprise solutions with flexible architecture.<br>• Additional IT infrastructure to support In-Office Address Canvassing. |

## 3.2 OPTIMIZING SELF-RESPONSE

The goal of this innovation area is to make it as easy and efficient as possible for people to respond to the 2020 Census by offering response options through the Internet and telephone, in addition to paper questionnaires that are returned through the mail. Self-response reduces the need to conduct expensive in-person follow-up for the enumeration. The importance of responding to the 2020 Census will be communicated in a variety of ways.

As shown in Figure 9, the Census Bureau will motivate people to respond by using technology and administrative records and third-party data to target advertisements and tailor contact strategies to different demographic groups and geographic areas. The Census Bureau also will use its partnership program, providing information to government agencies and hosting events at community, recreation, and faith-based organizations. Communication and contact strategies will encourage the use of the Internet as the primary response mode through a sequence of invitations and postcard mailings. In addition, Census Bureau enumerators will leave materials to encourage self-response. Response by telephone is being encouraged for the first time, especially for those with low Internet connectivity and those less likely to use the Internet. Paper questionnaires will be mailed to some households in the first mailing and to all nonresponding households in self-response areas in the fourth mailing.

DOC_0000024



**Figure 9: Summary of Optimizing Self-Response**

A second key aspect of Optimizing Self-Response is to make it easy for people to respond from any location at any time. This is done in several ways:

- By enabling people to respond via multiple modes (Internet, paper, or telephone if they call the Census Questionnaire Assistance Center).
- By allowing respondents to submit a questionnaire without a unique census identification code.

- By providing online forms in multiple languages.

For these innovations to be successful, respondents must know that their personal information is protected. Thus, a key element of this innovation area is to assure respondents that their data are secure and treated as confidential.

The operations shaded in darker blue in Figure 10 include innovations related to Optimizing Self-Response.

Figure 10: Operations That Contribute to Optimizing Self-Response

SUPPORT

Program Management

1. Program Management (PM)

Census/Survey Engineering

2. Systems Engineering and Integration (SEI)

3. Security, Privacy, and Confidentiality (SPC)

4. Content and Forms Design (CFD)

5. Language Services (LNG)

Infrastructure

31. Decennial Service Center (DSC)

32. Field Infrastructure (FLDI)

33. Decennial Logistics Management (DLM)

34. IT Infrastructure (ITIN)

FRAME

6. Geographic Programs (GEOP)

7. Local Update of Census Addresses (LUCA)

8. Address Canvassing (ADC)

RESPONSE DATA

9. Forms Printing and Distribution (FPD)

10. Paper Data Capture (PDC)

11. Integrated Partnership and Communications (IPC)

12. Internet Self-Response (ISR)

13. Non-ID Processing (NID)

14. Update Enumerate (UE)

15. Group Quarters (GQ)

16. Enumeration at Transitory Locations (ETL)

17. Census Questionnaire Assistance (CQA)

18. Nonresponse Followup (NRFU)

19. Response Processing (RPO)

20. Federally Affiliated Count Overseas (FACO)

35. Update Leave (UL)

PUBLISH DATA

21. Data Products and Dissemination (DPD)

22. Redistricting Data Program (RDP)

23. Count Review (CRO)

24. Count Question Resolution (CQR)

25. Archiving (ARC)

TEST AND EVALUATION

27. Coverage Measurement Design and Estimation (CMDE)

28. Coverage Measurement Matching (CMM)

29. Coverage Measurement Field Operations (CMFO)

30. Evaluations and Experiments (EAE)

OTHER CENSUSES

26. Island Areas Censuses (IAC)

Documented below are brief descriptions of how each operation contributes to the Optimizing Self-Response innovation area:

**Table 3: Description of Operations That Contribute to Optimizing Self-Response**

| Operation | Contributions |
|---|---|
| Content and Forms Design (CFD) | Questionnaire designed for multiple modes and devices. |
| Language Services (LNG) | • Non-English questionnaires available across modes.<br>• Non-English content development of contact materials (e.g., invitation letters and postcards). |
| Forms Printing and Distribution (FPD) | Census mailings that encourage people to respond via the Internet. |
| Paper Data Capture (PDC) | Paper available as a response mode. |
| Integrated Partnership and Communications (IPC) | • Micro-targeted advertising.<br>• Multichannel outreach.<br>• Integrated Partnership and Communications Program adjusted based on customer response, behavior, and feedback.<br>• National and local partnerships promoting self-response.<br>• Educational awareness campaign through traditional and new media sources (e.g., social media). |
| Internet Self-Response (ISR) | • Internet instrument optimized for mobile devices.<br>• Multiple languages available.<br>• Contact approach tailored based on prior response rates, Internet access data, and demographics (up to five self-response mailings).<br>• Real-time edit checks for Internet Self-Response to improve quality. |
| Non-ID Processing (NID) | • Public can respond anytime, anywhere without a unique Census ID.<br>• Real-time geocoding of responses.<br>• Real-time validation of responses without a unique Census ID.<br>• Real-time soft edits and checks for addresses.<br>• Administrative records and third-party data used to validate identity and validate and augment address data. |
| Census Questionnaire Assistance (CQA) | • Flexible and adaptive language support.<br>• Respondent-initiated telephone response collection. |
| Response Processing (RPO) | • Single operational control system that tracks case status across all modes.<br>• Cases can be removed from NRFU whenever responses are received and processed. |
| Update Leave (UL) | • Paper forms left at housing units to encourage self-response. |
| IT Infrastructure (ITIN) | • Infrastructure built and sized to meet demand and ensure adequate performance for Internet Self-Response.<br>• Secure Internet response capability. |

## 3.3 UTILIZING ADMINISTRATIVE RECORDS AND THIRD-PARTY DATA

The goal of this innovation area is to use information that people have already provided to improve the efficiency and effectiveness of the 2020 Census, and in particular, reduce expensive in-person follow-up activities. Administrative record data refers to information from federal and state governments. Third-party data refers to information from commercial sources. As shown in Figure 11, data from both sources help to improve the quality of the address list (frame), increase the effectiveness of advertising and contact strategies, validate respondent submissions, and reduce field workload for follow-up activities.

DOC_0000027

As has been done in prior decades, administrative data from the USPS and other government records are used to update the address frame and reflect changes to the housing stock that occur over time. Additional administrative records sources, as well as third-party data from commercial companies, will also be used for this purpose. In addition, these data sources will be used to validate incoming data from tribal, federal, state, and local governments.

To increase the effectiveness of advertising and contact strategies, the Census Bureau will use demographic and geographic information from various administrative record and third-party data sources to help target the advertising to specific populations.

Administrative records and third-party data will also be used to validate respondent addresses for all Internet responses.

Finally, a primary use of administrative records is to reduce the field workload for follow-up

activities. To this end, the Census Bureau will use data from internal and external sources, such as the 2010 Census, the USPS, the Internal Revenue Service, the Social Security Administration, the Centers for Medicare and Medicaid Services, and the American Community Survey to identify when nonresponding housing units should be classified as occupied, vacant, or nonexistent, and that high-quality administrative data could be used for the enumeration. These units will be visited one time in NRFU and, if not enumerated during that visit, will be mailed a postcard encouraging self-response and removed from the NRFU workload for all subsequent activity. Data from these sources will also be used to tailor work assignments related to the best time of day to contact a household.

The operations shaded in darker blue in Figure 12 include innovations related to Utilizing Administrative Records and Third-Party Data.

| | | |
|---|---|---|
| **Improve the quality of the address list.** | Update the address list. | Validate incoming data from tribal, federal, state, and local governments. |
| **Increase effectiveness of advertising and contact strategies.** | Support the micro-targeted advertising campaign. | |
| **Validate respondent submissions.** | Assess self-responses through a rigorous Self-Response Quality Assurance process. | |
| **Reduce field workload for follow-up activities.** | Remove vacant and nonresponding occupied housing units from the NRFU workload under specific criteria. | Tailor work assignments with predicted best time of day to contact. |

**Figure 11: Summary of Utilizing Administrative Records and Third-Party Data**

DOC_0000028

**Figure 12: Operations That Contribute to Utilizing Administrative Records and Third-Party Data**

SUPPORT

Program Management

1. Program Management (PM)

Infrastructure

31. Decennial Service Center (DSC)

Census/Survey Engineering

2. Systems Engineering and Integration (SEI)

32. Field Infrastructure (FLDI)

3. Security, Privacy, and Confidentiality (SPC)

33. Decennial Logistics Management (DLM)

4. Content and Forms Design (CFD)

34. IT Infrastructure (ITIN)

5. Language Services (LNG)

PUBLISH DATA

21. Data Products and Dissemination (DPD)

22. Redistricting Data Program (RDP)

23. Count Review (CRO)

24. Count Question Resolution (CQR)

25. Archiving (ARC)

FRAME

6. Geographic Programs (GEOP)

7. Local Update of Census Addresses (LUCA)

8. Address Canvassing (ADC)

RESPONSE DATA

9. Forms Printing and Distribution (FPD)

10. Paper Data Capture (PDC)

11. Integrated Partnership and Communications (IPC)

12. Internet Self-Response (ISR)

13. Non-ID Processing (NID)

14. Update Enumerate (UE)

15. Group Quarters (GQ)

16. Enumeration at Transitory Locations (ETL)

17. Census Questionnaire Assistance (CQA)

18. Nonresponse Followup (NRFU)

19. Response Processing (RPO)

20. Federally Affiliated Count Overseas (FACO)

35. Update Leave (UL)

OTHER CENSUSES

26. Island Areas Censuses (IAC)

TEST AND EVALUATION

27. Coverage Measurement Design and Estimation (CMDE)

28. Coverage Measurement Matching (CMM)

29. Coverage Measurement Field Operations (CMFO)

30. Evaluations and Experiments (EAE)

DOC_0000029

Documented below are brief descriptions of how each operation contributes to the Utilizing Administrative Records and Third-Party Data innovation area:

**Table 4: Description of Operations That Contribute to Utilizing Administrative Records and Third-Party Data**

| Operation | Contributions |
|---|---|
| Geographic Programs (GEOP) | Administrative records and third-party data used to determine types of enumeration areas, basic collection units, and geographic boundaries. |
| Local Update of Census Addresses (LUCA) | Administrative records and third-party data used to validate incoming data from tribal, federal, state, and local governments. |
| Address Canvassing (ADC) | Additional sources of administrative records and third-party data used to update the address frame in lieu of fieldwork. |
| Integrated Partnership and Communications (IPC) | Expanded use of administrative records and third-party data to support micro-targeted Integrated Partnership Communications Program. |
| Internet Self-Response (ISR) | Administrative records and third-party data used to tailor the contact strategy. |
| Non-ID Processing (NID) | For NID cases not matched in real time, use of administrative records and third-party data in an attempt to augment respondent-provided address data, followed by an additional address matching attempt. |
| Group Quarters (GQ) | Electronic transfer and expanded use of administrative records to enumerate group quarters where possible. |
| Nonresponse Followup (NRFU) | • Expanded use of administrative records and third-party data to reduce the Nonresponse Followup workload.<br>• Administrative records and third-party data used to reduce the number of contact attempts made.<br>• Administrative records and third-party data used to tailor work assignments based on language and "best time of day" for contact. |
| Response Processing (RPO) | • Increased use of administrative records and third-party data to impute response data (in whole or in part).<br>• Increased use of libraries from past surveys and censuses to support editing and coding.<br>• Increased use of administrative records and third-party data to enhance libraries for Primary Selection Algorithm and Invalid Return Detection. |
| Federally Affiliated Count Overseas (FACO) | Administrative records used to complete this count of federally affiliated persons overseas. |
| Count Question Resolution (CQR) | Administrative records and third-party data used to resolve Count Question Resolution challenges. |
| Coverage Measurement Design and Estimation (CMDE) | • Administrative records and third-party data used for estimation.<br>• Administrative records and third-party data used for sample design. |
| Coverage Measurement Field Operations (CMFO) | • Administrative records and third-party data used to reduce the number of contact attempts made.<br>• Administrative records and third-party data used to tailor work assignments based on "best time of day" for contact. |

DOC_0000030

## 3.4 REENGINEERING FIELD OPERATIONS

The goal of this innovation area is to use technology to efficiently and effectively manage the 2020 Census fieldwork, and as a result, reduce the staffing, infrastructure, and brick and mortar footprint required for the 2020 Census. Figure 13 shows the three main components of the reengineered field operations: streamlined office and staffing structure, increased use of technology, and increased management and staff productivity.

The 2020 Census field operations will rely heavily on automation. For example, the Census Bureau plans to provide most listers and enumerators with the capability to work completely remotely and perform all administrative and data collection tasks directly from a mobile device. Supervisors will also be able to work remotely from the field and communicate with their staff via these devices. These enhanced capabilities significantly reduce the number of offices required to support 2020 Census fieldwork. In the 2010 Census, the Census Bureau established 12 Regional Census Centers (RCCs) and nearly 500 Area Census Offices (ACOs). The agency hired more than

516,000 enumerators to conduct NRFU activities. The new design for the 2020 Census field operations includes six RCCs with 248 ACOs.

In addition, automation enables significant changes to how cases are assigned and the supervision of field staff. By making it easier for supervisors to monitor and manage their workers, the ratio of workers to supervisor can be increased, reducing the number of supervisors required. This streamlines the staffing structure. Other design changes include optimized case assignment and routing.

All administrative functions associated with most field staff will be automated, including recruiting, hiring, training, time and attendance, and payroll. Finally, the new capabilities allow for quality to be infused into the process through alerts to supervisors when there is an anomaly in an enumerator's performance (e.g., the Global Positioning System indicator on an enumerator's handheld device indicates that she or he is not near the assigned location) and real-time edits on data collection. Accordingly, the quality assurance process used in the 2010 Census has been reengineered to account for changes in technology.

The operations shaded in darker blue in Figure 14 include innovations related to Reengineering Field Operations.



| Streamlined Office and Staffing Structure | Increased Use of Technology | Increased Management and Staff Productivity |
|---|---|---|
| Area Census Office Manager<br><br>Census Field Managers<br><br>Census Field Supervisors<br><br>Listers and Enumerators | • Automated and optimized work assignments<br><br>• Automated recruiting, training, payroll, and expense reporting<br><br>• Automated applications for address canvassing and enumeration on mobile devices | • Increased visibility into case status for improved workforce management<br><br>• Redesigned quality assurance operations<br><br>• Improved communications |

**Figure 13: Summary of Reengineering Field Operations**

DOC_0000031

Figure 14: Operations That Contribute to Reengineering Field Operations

Documented below are brief descriptions of how each operation contributes to the Reengineering Field operations innovation area. The field data collection operations are grouped together as they all contribute similarly.

**Table 5: Description of Operations That Contribute to Reengineering Field Operations**

| Operation | Contributions |
|---|---|
| Field Infrastructure (FLDI) | • Streamlined staffing structure.<br>• Automated use of real-time data by the field operations control system to enable better management of the field workforce.<br>• Automated training for field staff.<br>• Automated administrative functions, including recruiting and payroll.<br>• Supervisory support for listers and enumerators available during all hours worked. |
| Decennial Logistics Management (DLM) | Reduced office infrastructure. |
| IT Infrastructure (ITIN) | • Enterprise solutions with flexible architecture.<br>• Listing and enumeration applications using dDaaS. |
| Integrated Partnership and Communications (IPC) | Enhanced communications to support field recruitment. |
| Field Data Collection Operations:<br>• Address Canvassing<br>• Update Leave<br>• Nonresponse Followup | • Reduced paper through automated online training, field data collection, time and expense, etc.<br>• Reduced field workload as measured by cases and attempts.<br>• Near real-time case status updates.<br>• Automated and optimized assignment of work.<br>• Fieldwork assigned based on field staff members' declaration of work availability and geographic location along with existing case assignments.<br>• Flexibility built into work assignment process based on in-field feedback or observations.<br>• Data on household language and "best time of day to contact" standardized and available at central location for work assignments.<br>• Redesigned quality assurance process.<br>• Automated applications for address canvassing and enumeration on mobile devices. |

## 3.5  SUMMARY OF INNOVATIONS

This section summarizes the key innovations being implemented for the 2020 Census. Innovations are considered significant changes to the operational design as compared with the 2010 Census. The operations shaded in darker blue in Figure 15 indicate those that reflect major innovations as compared with the 2010 Census.

DOC_0000033

| Program Management | Census/Survey Engineering | SUPPORT | | |
|---|---|---|---|---|
| 1. Program Management (PM) | 2. Systems Engineering and Integration (SEI) | 3. Security, Privacy, and Confidentiality (SPC) | 4. Content and Forms Design (CFD) | 5. Language Services (LNG) |

**Infrastructure**

| | | | | PUBLISH DATA |
|---|---|---|---|---|
| 31. Decennial Service Center (DSC) | 32. Field Infrastructure (FLD) | 33. Decennial Logistics Management (DLM) | 34. IT Infrastructure (ITIN) | 21. Data Products and Dissemination (DPD) |

**FRAME** — **RESPONSE DATA**

| | | | | |
|---|---|---|---|---|
| 6. Geographic Programs (GEOP) | 9. Forms Printing and Distribution (FPD) | 13. Non-ID Processing (NID) | 17. Census Questionnaire Assistance (CQA) | 22. Redistricting Data Program (RDP) |
| 7. Local Update of Census Addresses (LUCA) | 10. Paper Data Capture (PDC) | 14. Update Enumerate (UE) | 18. Nonresponse Followup (NRFU) | 23. Count Review (CRO) |
| 8. Address Canvassing (ADC) | 11. Integrated Partnership and Communications (IPC) | 15. Group Quarters (GQ) | 19. Response Processing (RPO) | 24. Count Question Resolution (CQR) |
| | 12. Internet Self-Response (ISR) | 16. Enumeration at Transitory Locations (ETL) | 20. Federally Affiliated Count Overseas (FACO) | 25. Archiving (ARC) |
| | | | 35. Update Leave (UL) | |

**OTHER CENSUSES** — **TEST AND EVALUATION**

| | | | |
|---|---|---|---|
| 26. Island Areas Censuses (IAC) | 27. Coverage Measurement Design and Estimation (CMDE) | 28. Coverage Measurement Matching (CMM) | 29. Coverage Measurement Field Operations (CMFO) |
| | | | 30. Evaluations and Experiments (EAE) |

**Figure 15: Operations With Significant Innovations Since the 2010 Census**

DOC_0000034

Documented below are brief descriptions of how each operation contributes to the specific innovations for each of these operations. Note that these innovations are dependent upon funding.

**Table 6: Summary of Key Innovations by Operation**

| Operation | Contributions |
|---|---|
| Local Update of Census Addresses (LUCA) | • Reduced complexity for participants.<br>• Elimination of the full address list submission options to improve quality and reduce burden and cost. |
| Address Canvassing (ADC) | • Use of a combination of in-office and in-field methods with 100 percent In-Office Address Canvassing and an estimated 38 percent of addresses going to the field.<br>• Use of automation and data (imagery, administrative records, and third-party data) for In-Office Address Canvassing.<br>• Ongoing fieldwork (Master Address File Coverage Study) to validate in-office procedures, measure coverage, and improve in-field data collection methodologies.<br>• Use of reengineered field management structure and approach to managing fieldwork, including new field office structure and new staff positions. |
| Integrated Partnership and Communications (IPC) | • Microtargeted messages and placement for digital advertising, especially for hard-to-count populations.<br>• Advertising and partnership campaign adjusted based on respondent actions.<br>• Expanded predictive modeling to determine propensity to respond by geographic areas.<br>• Expanded use of social media. |
| Internet Self-Response (ISR) | • Internet data capture, providing real-time edits, ability to capture unlimited household size entries, and multiaccess methods across different technologies (e.g., computers, phones, tablets).<br>• Online questionnaires available in multiple languages.<br>• Contact approach tailored based on prior response rates, Internet access data, and demographics (up to five self-response mailings).<br>• Validation of Internet responses. |
| Non-ID Processing (NID) | • Ability for public to respond anytime, anywhere.<br>• Real-time matching and geocoding of responses.<br>• Use of administrative records and third-party data to validate identity and validate and augment address data for non-ID submissions. |
| Nonresponse Followup (NRFU) | • Use of administrative records and third-party data to reduce nonresponse follow-up contacts for vacant housing units.<br>• Use of administrative records and third-party data to reduce nonresponse follow-up contacts for occupied housing units.<br>• Use of reengineered field management structure and approach to managing fieldwork.<br>• Use of a variable contact strategy and stopping rules to control the number of attempts made for each address.<br>• Assignment and route optimization.<br>• Automated training for field staff.<br>• Automation of the field data collection.<br>• Automation of administrative functions such as recruiting, onboarding, and payroll.<br>• Reengineered quality assurance approach. |

DOC_0000035

Documented below are brief descriptions of how each operation contributes to the specific innovations for each of these operations. Note that these innovations are dependent upon funding.

**Table 6: Summary of Key Innovations by Operation**—Con.

| Operation | Contributions |
|---|---|
| Field Infrastructure (FLDI) | • Automated job application and recruiting processes, payroll submission and approval process, and other administrative processes resulting in reduced staffing requirements.<br>• Automated training.<br>• Reduced number of listers, enumerators, and supervisors due to reengineered design for field operations. |
| Decennial Logistics Management (DLM) | • Reduced number of RCCs managing a reduced number of ACOs tasked with managing field operations and support activities.<br>• Implementation of an online, real-time Enterprise Resource Planning system with extended access for the RCCs and field offices.<br>• Implementation of a wireless network and bar code technology that will automate inventory transactions. |
| IT Infrastructure (ITIN) | • Early development of solutions architecture.<br>• Use of enterprise solutions as appropriate.<br>• Iterative deployment of infrastructure aligned with and based on testing.<br>• Implementation of dDaaS.<br>• Use of demand models to help predict Internet response volume, Census Questionnaire Assistance center staffing, etc.<br>• Scalable design.<br>• Agile development of applications. |

# 4.  Key Tests, Milestones, and Production Dates

The 2020 Census has multiple decision points, milestones, and production dates that must be met to deliver the final apportionment and redistricting data. Informing the decision points are a series of tests. More detailed information about each test is captured in formal research and test plan documents. An integrated master schedule facilitates the integration and coordination of activities across tests and operations. Refer to Figure 2 in Section 1.3 for how this documentation fits into the broader set of documentation for the 2020 Census Program. Test reports on specific research topics are available at the Census Bureau Web site <www.census.gov>.

The first part of this section describes the tests used to inform the operational design and prepare for conducting the 2020 Census. The second part highlights key decision points and milestones beginning with the research and testing phase in late 2011 through the completion of the 2020 Census in 2023. The third part provides the planned production timeline for primary 2020 Census operations, and the final section shows an integrated schedule of the tests, milestones, and production operations.

## 4.1  TESTS TO INFORM THE OPERATIONAL DESIGN AND PREPARE FOR CONDUCTING THE CENSUS

As shown in Figure 16, the tests conducted early in the decade (2012–2015) were aimed at answering specific research questions (objectives) needed to make decisions on important aspects of the operational design for the four key innovation areas. In 2016, the focus shifted to validating and refining the design by testing the interactions across operations and determining the proposed methodology for the operations. Testing of production systems began in 2017 and continued through 2018, with final performance testing to ensure scalability occurring in 2019. The End-to-End Census Test in 2018 tested the integration of major operations and systems. High-level lessons learned from the 2018 End-to-End Census Test appear in this version of the document.

In May 2016, the Census Bureau announced that the 2020 Census Program will use a commercial off-the-shelf platform for the data collection component of the 2020 Census.[1] Prototype systems (e.g., in-field operational control system [MOJO],

[1] Blumerman, L., 2020 Census Business Solution Architecture, 2020 Census Program Memorandum Series: 2016.06.



**Figure 16: High-Level View of Tests**

DOC_0000037

Census Operations Mobile Platform for Adaptive Services and Solutions [COMPASS], and PRIMUS) were used for the 2020 Census tests in 2014–2016. Beginning in 2017, 2020 Census tests included systems per the revised Business Solution Architecture.

Table 7 lists the operational tests executed or planned for the 2020 Census.

**Table 7: Operational Tests**

| Calendar Year | Test |
|---|---|
| 2012 | • Public-Opinion Polling (ongoing as needed throughout the decade).<br>• 2012 National Census Test. |
| 2013 | • 2013 National Census Contact Test.<br>• 2013 Census Test. |
| 2014 | • 2014 Census Test.<br>• Continuous Small-Scale testing (ongoing as needed throughout the decade).<br>• Local Update of Census Addresses Focus Groups.<br>• 2014 Human-in-the-Loop Test. |
| 2015 | • Address Validation Test (started in late 2014).<br>• 2015 Optimizing Self-Response Test.<br>• 2015 Census Test.<br>• 2015 National Content Test.<br>• 2015 Group Quarters Electronic Capability Test Survey. |
| 2016 | • 2016 Census Test.<br>• Address Canvassing Test.<br>• 2016 eResponse Data Transfer Test.<br>• 2016 Service-Based Enumeration Census Test. |
| 2017 | • 2017 Census Test.<br>• 2017 eResponse Data Transfer Test. |
| 2018 | • 2018 End-to-End Census Test.<br>• Census Barriers, Attitudes, and Motivators Study. |
| 2019 | Post End-to-End Testing. |

The following sections describe the tests listed above. Tests for calendar years 2012 through 2014 (the Research and Testing Phase) are combined into one section. For each test, a short description of the purpose, scope, and timing is presented, followed by a table with objectives of the tests, findings, and where applicable, design implications based on these findings.

### 4.1.1   Tests in 2012–2014

As shown in Figure 17, eight tests were conducted between 2012 and 2014.



**Figure 17: Tests in 2012–2014**

DOC_0000038

### 4.1.1.1 Public Opinion Polling

The Public Opinion Polling Test is a public opinion survey of attitudes toward statistics produced by the federal government that focuses on trust in the federal statistical system, the credibility of federal statistics, and attitudes toward and knowledge of the statistical uses of administrative records and third-party data. The Census Bureau used the Nightly Gallup Polling for this survey and collected data by telephone from a sample of nationally representative housing units daily. Data collection started in February 2012 and ended in July 2018. Findings from this survey are being used to inform approaches to communication about administrative records, privacy, and confidentiality.

| Public Opinion Polling Test | |
|---|---|
| Objectives | • Determine if the public's perception of the Census Bureau's commitment and ability to protect privacy and confidentiality are impacted if administrative records are used in the 2020 Census design. |
| | • Determine what the public is most concerned about with regard to privacy and confidentiality, in general and as related to government data collection. |
| | • Determine if attitudes toward the federal statistical system have changed over time or in relation to specific events. |
| | • Collect data on hiring practices for the decennial census and on awareness of the Office of Personnel Management (OPM) data breach. |
| Findings | • Reported belief in the credibility of statistics predicts reported trust in federal statistics. |
| | • Respondents are more likely to favor using administrative records and third-party data when questions regarding administrative records and third-party data are framed to indicate that the use of records can save the government money or provide a social good. |
| | • Respondents are more likely to favor combining government data sets when questions regarding combining data sources are framed to indicate that combined data would make better use of funds and improve government services. |
| | • Respondents who report being concerned with responding to the census online cite concerns with security or hacking and access to the Internet or a computer. |
| | • Respondents who report knowledge of the statistical system, using data, or believing that data are relevant, that data are kept confidential, and that agencies respect privacy also report increased trust in statistical products. |
| | • Continue to see declines in reported trust of federal statistics and in the belief that federal statistical agencies keep data confidential. |
| | • Awareness of the OPM data breach negatively influences respondents' trust in federal statistics. |
| | • Hiring people with criminal backgrounds for 2020 Census jobs has the potential to erode trust for many and would hardly ever earn trust. |
| Design Implications | • Continue to pursue research and testing related to the use of administrative records and third-party data. |
| | • Continue efforts to use partnership and communications activities to increase trust. |
| | • Suggest efforts to increase knowledge about the statistical system and increase data users, which could help by increasing confidence in the federal statistical system. |
| | • Continue plans for a rapid response team to use communications to mitigate negative impacts on trust from any data breaches or similar events. |
| | • Do not hire people with criminal backgrounds for the 2020 Census. |

DOC_0000039

### 4.1.1.2 2012 National Census Test

The 2012 National Census Test studied overall self-response rates and Internet self-response rates. The test was conducted from August 2012 to October 2012 and included 80,000 nationally representative housing units.

| 2012 National Census Test | |
| --- | --- |
| Objectives | • Assess relative self-response rates and Internet self-response rates.<br>• Evaluate the performance of combined race and origin questions on the Internet.<br>• Assess the Telephone Questionnaire Assistance Operation. |
| Findings | • Total self-response rate was 56.9 percent, and the Internet self-response rate was 36.5 percent.<br>• An advance letter resulted in no significant difference in overall response rate as compared with no advance letter.<br>• Providing a telephone number in the initial mailing resulted in no significant difference in overall response, but did result in an increase of telephone interviews.<br>• A second reminder to answer the 2012 National Census Test performed well.<br>• Tailoring the content of the reminder materials resulted in no significant difference in overall response.<br>• Response distributions of the combined race and origin questions were similar across the two question versions.<br>• Results did not indicate expected benefit of enhanced reporting of detailed race and origin groups.<br>• Of the calls to the Telephone Questionnaire Assistance Operation, 69 percent were because the respondent did not have a computer or Internet access. |

| 2012 National Census Test | |
| --- | --- |
| Design Implications | • Continue tests to determine response rates and optimal contact strategies.<br>• Further study of the collection of detailed race and origin groups in a national mailout test.<br>• The 2020 Census Questionnaire Assistance Operation must account for increased call volumes. |

### 4.1.1.3 2013 National Census Contact Test

The 2013 National Census Contact Test studied two key areas related to strategies for contacting respondents: the quality of the Contact Frame (a list of supplemental contact information such as email addresses and phone numbers, built from third-party data sources) and automated processing of census responses lacking a preassigned Census identification number (Non-ID Processing). The study included 39,999 nationally representative addresses.

| 2013 National Census Contact Test | |
| --- | --- |
| Objectives | • Evaluate the quality of phone and email contact information acquired from third-party data sources.<br>• Test proposed enhancements to automated processing of responses lacking a preassigned Census identification number. |
| Findings | • Respondents were not able to validate contact information for other household members.<br>• The use of administrative records and third-party data was effective in enhancing non-ID addresses to allow for a match to the MAF. |
| Design Implications | • Continue testing the quality of the Contact Frame.<br>• Continue enhancing the functionality associated with Non-ID Processing. |

DOC_0000040

### 4.1.1.4 2013 Census Test

The 2013 Census Test was an operational study of Nonresponse Followup (NRFU) procedures. This test was conducted in late 2013 and involved 2,077 housing units in Philadelphia, PA.

| 2013 Census Test | |
|---|---|
| Objectives | • Evaluate the use of administrative records and third-party data to identify vacant housing units and remove them from the NRFU workload. |
| | • Evaluate the use of administrative records and third-party data to enumerate nonresponding occupied housing units to reduce the NRFU workload. |
| | • Test an adaptive design approach for cases not enumerated with administrative records and third-party data. |
| | • Test methods for reducing the number of enumeration contact attempts as compared with the 2010 Census. |
| | • Test the use of the telephone to make initial enumeration contact attempts. |
| Findings | • Successfully used administrative records and third-party data to identify vacant and occupied housing units and removed cases from the NRFU workload. |
| | • Successfully used administrative records and third-party data as part of an adaptive design approach to designate cases for one to three contact attempts. |
| | • Adaptive design strategies as implemented did not work. |
| | • Design added complexity to training of enumerators. |
| Design Implications | • Continue refinement of adaptive design methods and administrative records and third-party data usage. |
| | • Continue refinement of training methods. |

### 4.1.1.5 2014 Census Test

The 2014 Census Test was an operational study of self-response and NRFU procedures. For this test, Census Day was July 1, 2014. The test involved 192,500 housing units in portions of Montgomery County, MD, and Washington, DC.

| 2014 Census Test | |
|---|---|
| Objectives | • Test various self-response modes, including the Internet, Census Questionnaire Assistance, and paper, and response without a preassigned Census identifier. |
| | • Evaluate the value of a preregistration option using "Notify Me" (a Web site that allows respondents to indicate a preferred mode of contact for the 2020 Census). |
| | • Test the use of mobile devices for NRFU enumeration in the field. |
| | • Test the use of Bring Your Own Device (BYOD) to conduct enumeration in the field. |
| | • Continue evaluating the use of administrative records and third-party data to remove cases (vacant and nonresponding occupied housing units) from the NRFU workload. |
| | • Test the effectiveness of applying adaptive design methodologies in managing the way field enumerators are assigned their work. |
| | • Examine reactions to the alternate contacts, response options, administrative record use, and privacy or confidentiality concerns (including how the Census Bureau might address these concerns through micro- or macro-messaging) through focus groups. |

DOC_0000041

| 2014 Census Test | |
|---|---|
| Findings | • Total self-response rate was 65.9 percent, and the Internet self-response rate was 50.6 percent. |
| | • Email contact attempts did not work due to large number of incorrect email addresses (bounce-backs). |
| | • The address collection interface in the Internet instrument yielded a much greater proportion of higher quality address data from respondents without a unique Census ID than in 2010. |
| | • Use of administrative records and third-party data matching improved the overall address matching rate. |
| | • "Notify Me" had low participation, with only about 3 percent of the sample choosing to preregister. |
| | • Higher than projected in-bound phone workloads due to respondent questions and issues primarily related to Internet access. |
| | • Problems with coordinating contact with gated communities resulting in inefficient enumeration. |
| | • Need to strengthen training and procedures on contacting nonresponding housing units, specifically as related to proxy interviews. |
| | • Need improved business rules and improved rule-based models for administrative records and third-party data. |
| Design Implications | • Conduct another test of "Notify Me" to determine if more people use this capability when advertising is used to inform the public about the 2020 Census, and specifically about the "Notify Me" option. |
| | • Determine optimal use of adaptive design and administrative records and third-party data. |
| | • Further explore the use of BYOD. |

### 4.1.1.6 Continuous Small-Scale Testing

The Continuous Small-Scale Testing is a study of respondent and nonrespondent reactions to new modes of decennial census contact and response. The study focuses on reactions related to privacy and confidentiality of these modes. This study started in January 2014 and is ongoing as needed. It has included emails to 1,000–2,200 housing units sampled from an opt-in frame.

| Continuous Small-Scale Testing | |
|---|---|
| Objectives | • Determine how new contact and response modes will impact the public's perception of the Census Bureau's commitment and ability to protect privacy and confidentiality. |
| | • Determine how the public feels about each new mode being tested, specifically with regard to privacy and confidentiality. |
| Findings | • A text-based email outperformed graphical emails. |
| | • Longer email content with "Dear Resident" and signature of the Director outperformed a shorter email invitation without the greeting and signature. |
| | • Respondents report preferring reporting online to a decennial census with a mailed invitation with the link over all other options. |
| | • Experimenting with an idea for publicity for the 2020 Census, very few respondents (less than 4 percent) forwarded a survey request to friend and family. |
| | • In an experiment with Non-ID Processing, asking an explicit question about collecting location data in addition to the smartphone's own question appeared to increase the percentage of people who allowed their mobile phone's location to be accessed compared to when only the phone's own location message appeared. |
| | • The source of the administrative data has more impact on a favorable opinion toward its use than any other attribute, including the amount of time saved by the respondent if administrative data are used instead of a survey response. |
| | • Data use statements are more important to respondents than other messages contained in the survey invitation. |
| Design Implications | Continue to monitor respondent and nonrespondent reactions to various contact and response modes. |

DOC_0000042

### 4.1.1.7 LUCA Focus Groups

The Local Update of Census Addresses (LUCA) Focus Groups collected input on potential LUCA models for the 2020 Census. Focus groups consisted of eligible LUCA participants representing various sizes and types of governments across the nation. Forty-six governmental entities participated. The focus groups were conducted from March 2014 through June 2014.

| LUCA Focus Groups | |
|---|---|
| Objectives | Obtain feedback on potential LUCA models for the 2020 Census through a series of focus groups with 2010 Census LUCA participants. |
| Findings | • Continue the 2010 Census LUCA Operation improvements that were successful:<br><br>　° 120-day review time for participants.<br>　° 6-month advance notice about the LUCA Operation registration.<br>　° Comprehensive communication program with participants.<br>　° Provide a variety of LUCA media types.<br>　° Improve the partnership software application.<br>　° State participation in the LUCA Operation.<br>• Eliminate the full address list submission options that were available in 2010 LUCA (Options 2 and 3). This will:<br><br>　° Reduce the number of deleted LUCA addresses in field verification activities.<br>　° Reduce the burden and cost of processing addresses and LUCA address validation.<br>　° Reduce the complexity of the LUCA Operation.<br>• Include census housing unit location coordinates in the census address list and allow partners to return their housing unit location coordinates as part of their submission.<br>• Provide any ungeocoded United States Postal Service Delivery Sequence File address to state and county partners.<br>• Provide the address list in more standard formats.<br>• Conduct an in-office validation of LUCA-submitted addresses.<br>• Utilize Geographic Support System data and tools to validate LUCA submissions.<br>• Encourage governments at the lowest level to work with higher level governments to consolidate their submission.<br>• Eliminate the Block Count Challenge.<br>• Eliminate the use of the asterisk (*) designation for multiunits submitted without unit designations.<br>• Encourage LUCA participants to identify addresses used for mailing, location, or both. |
| Design Implications | • Develop in-office validation processes, procedures, and tools.<br>• Define relationship between Address Canvassing and LUCA, taking into consideration the timing of LUCA feedback and the appeals operation.<br>• Determine the feasibility of technical recommendations for the 2020 Census LUCA Operation:<br><br>　° Use of background imagery on paper maps.<br>　° Ability to provide structure locations within LUCA materials.<br>　° Feasibility of Web-based registration.<br>• Determine feasibility of using areas where the Census Bureau has planned field activities to validate LUCA addresses. |

DOC_0000043

### 4.1.1.8 2014 Human-in-the-Loop Test

The 2014 Human-in-the-Loop Test consisted of a simulation of reengineered field operations using an Operational Control Center and the enhanced operational control system. The purpose was to test proposed devices, systems, and the field structure for staff and management processes. The Simulation Experiment occurred in November 2014. In this test, real-time field operations and field management structure were tested by 87 field and office staff members.

| 2014 Human-in-the-Loop Test | |
|---|---|
| Objectives | • Exercise field reengineering methods (staffing ratios and enhanced operational control system) in a simulated environment.<br>• Refine methods and get input from field staff to improve business processes prior to the 2015 Census Test. |
| Findings | • The new design for managing field operations was successful, including the use of an Operational Control Center and operational control system to manage the NRFU workload.<br>• The ratio of enumerators to supervisors can be increased from the 2010 Census.<br>• Instant notification to enumerators and supervisors is feasible and serves as a successful means of communication. |

| 2014 Human-in-the-Loop Test | |
|---|---|
| Design Implications | • Employ the new design for reengineered field operations during the 2015 Census Test.<br>• Increase the ratio of enumerators to supervisors—further testing required. |

## 4.1.2    Tests in 2015

A key milestone in October 2015 was the release of the preliminary operational design for the 2020 Census as documented in version 1.1 of this plan and supporting materials. This original design was informed by tests conducted from 2012 through 2015.

Figure 18 shows the schedule for the four tests in 2015 and the 2020 Census Operational Plan milestone. Each test is described below.

### 4.1.2.1 Address Validation Test

The Address Validation Test was conducted to assess the performance of methods and models to help develop the 2020 Census address list and to estimate the In-Field Address Canvassing workloads for the 2020 Census. The test contained two components, the Master Address File (MAF) Model Validation Test (MMVT) and the Partial-Block Canvassing (PBC) Test.



**Figure 18: Tests and Key Decisions in 2015**

DOC_0000044

## MAF Model Validation Test

The MMVT evaluated methods that are part of the reengineered Address Canvassing innovation area. The test was conducted from September 2014 to December 2014 and included 10,100 nationally representative blocks (100 blocks with no addresses), which included approximately 1.04 million addresses in the sample blocks.

| MAF Model Validation Test | |
|---|---|
| Objectives | • Test In-Office and In-Field Address Canvassing procedures. <br> • Determine the ability to ensure an accurate MAF. <br> • Assess the ability of two sets of statistical models to predict blocks that have experienced address changes. |
| Findings | • In-Office Address Canvassing was effective. <br> • Statistical models were not effective at identifying blocks with changes. <br> • Statistical models were not effective at predicting national coverage errors. |
| Design Implications | • Statistical models are not being pursued for determining blocks with changes or MAF coverage. <br> • Continue with In-Office and In-Field Address Canvassing approaches. |

## Partial-Block Canvassing

The PBC Test evaluated the feasibility of canvassing portions of blocks, rather than entire blocks, using both in-office and in-field methods. This test was conducted from December 2014 to February 2015. The staff conducted an interactive review of aerial imagery over time and geographic quality indicators. Six hundred fifteen blocks with national distribution were listed by 35 professional staff.

| Partial-Block Canvassing | |
|---|---|
| Objectives | • Measure unrecorded changes in blocks and identify portions of blocks where change is likely. <br> • Determine ability to accurately canvass partial blocks. <br> • Evaluate an interactive review of various materials—primarily aerial imagery over time and geographic quality indicators. |
| Findings | • Operationally feasible to canvass portions of blocks. <br> • In-office imagery review of blocks has utility. |
| Design Implications | Continue to evaluate risks vs. benefits of PBC approach. (Note: subsequent to this test, a decision was made to do only full-block address canvassing. See the Address Canvassing Operation section for more information.) |

DOC_0000045

### 4.1.2.2 2015 Optimizing Self-Response Test

The 2015 Optimizing Self-Response Test was an operational study of self-response procedures. For this test, Census Day was April 1, 2015. In the Savannah, GA, media market, 407,000 housing units were included in this test, with 120,000 sampled self-responding housing units.

| 2015 Optimizing Self-Response Test | |
| --- | --- |
| Objectives | • Determine use of digital and targeted advertising, promotion, and outreach to engage and motivate respondents.<br><br>• Test value of "Notify Me" when partnerships and traditional and targeted advertising are used to promote early engagement of respondents.<br><br>• Offer opportunity to respond without a Census ID (Non-ID Processing) and determine operational feasibility and potential workloads around real-time Non-ID Processing.<br><br>• Determine self-response and Internet response rates. |
| Findings | • The total response rate was 47.5 percent, and the Internet response rate was 33.4 percent.<br><br>• An additional 35,249 Internet responses came from housing units not selected in mail panels as a result of advertising and promotional efforts.<br><br>• Continued low participation in "Notify Me."<br><br>• Successful implementation of real-time Non-ID Processing, matching 98.5 percent of cases.<br><br>• A new postcard panel, designed to test how housing units not originally included in the sample would respond to an invitation after being exposed to advertising, generated a response of approximately 8 percent. |
| Design Implications | • Discontinue "Notify Me."<br><br>• Continue testing related to partnerships, advertising, and promotional efforts.<br><br>• Continue use of offering the non-ID option to respondents. |

### 4.1.2.3 2015 Census Test

The 2015 Census Test was an operational study of NRFU procedures. Census Day was April 1, 2015. This test included 165,000 sampled housing units in Maricopa County, AZ.

| 2015 Census Test | |
| --- | --- |
| Objectives | • Continue testing of fully utilized field operations management system that leverages planned automation and available real-time data, as well as data households have already provided to the government, to transform the efficiency and effectiveness of data collection operations.<br><br>• Begin examining how regional offices can remotely manage local office operations in an automated environment, the extent to which enumerator and manager interactions can occur without daily face-to-face meetings, and revised field staffing ratios.<br><br>• Reduce NRFU workload and increase productivity with the use of administrative records and third-party data, field reengineering, and adaptive design.<br><br>• Test operational implementation of BYOD.<br><br>• Explore reactions to the NRFU contact methods, administrative records and third-party data use, and privacy or confidentiality concerns. |

| 2015 Census Test | |
|---|---|
| Findings | • The total self-response rate was 54.9 percent and the Internet self-response rate was 39.7 percent.<br><br>   ° Coverage questions increased respondent burden.<br>• Field Staff Training<br><br>   ° Combination of online and classroom training provided standardization of the information, provided tracking capabilities, and offered various learning methods.<br>   ° Reduced training hours compared with the 2010 Census NRFU enumerator training from 32 hours to 18 hours.<br>   ° Deployment of YouTube videos efficiently provided supplemental training to enumerators.<br>   ° Topics requiring additional training in future tests were identified.<br>• Field Reengineering<br><br>   ° Area Operations Support Center and staffing of the Area Operations Support Center were successful.<br>   ° Electronic payroll was successful.<br>   ° Enumerator entry of availability for work and office operational system workload optimization were effective.<br>   ° Operational Control System alerts were effective in bringing attention to situations that required follow-up and possible corrective action.<br>   ° Optimized routing was successful overall, but uncovered need for modifications to the routing algorithm.<br>• COMPASS was effectively used as the application for enumerating nonresponding housing units.<br><br>   ° COMPASS application was easy to use.<br>   ° COMPASS application experienced crashes and freezes; further investigation into root causes is needed.<br>• Field Test Procedures<br><br>   ° Work needed to define a coordinated approach to enumeration within multiunits and gated communities.<br>   ° Refinement to data collection application "pathing" needed to better assist enumerators in cases on proxy responses and noninterviews.<br>• BYOD<br><br>   ° Training was fairly labor-intensive.<br>   ° Based on observations, no adverse respondent reactions to the device being used for data collection.<br>   ° A variety of logistical and security risks related to implementation of BYOD were identified.<br>• Administrative Records use in NRFU.<br><br>   ° The team successfully implemented the usage of predictive models and optimization approaches to identify the administrative record vacant and administrative record occupied units. These approaches show promise and will continue to be researched in future census tests.<br>   ° The team successfully used Internal Revenue Service information from the current tax year in the administrative record identification. The Census Bureau successfully processed the administrative record sources before the start of the NRFU field operation.<br>   ° The delivery and processing of monthly Internal Revenue Service information was successful, so an additional identification of administrative record occupied units in the middle of NRFU has been added. |
| Design Implications | • Employ the use of automated training.<br><br>• Continue to test the use of administrative records and third-party data in reducing the NRFU workload.<br><br>• Optimize the number of visits and phone contacts for nonresponding housing units.<br><br>• Make at least one contact for nonresponding housing units.<br><br>• Continue to test field procedures for contacting nonresponding housing units.<br><br>• The decision to stop testing BYOD and move forward with decennial Device as a Service (dDaaS) was made in January 2016 because of the risks related to BYOD. The decision discussion and risks are documented in the "2020 Census Program Memorandum Series: 2016.01." |

DOC_0000047

### 4.1.2.4 2015 National Content Test

The 2015 National Content Test evaluated and compared different census questionnaire content. It assumed a Census Day of September 1, 2015. The test included 1.2 million nationally representative households, including 20,000 households in Puerto Rico and 100,000 reinterviews. Two major reports of results from this test have been released publicly at <www.census.gov>. These are the 2015 National Content Test Relationship Question Experiment Analysis at 2020 Census Program Memorandum Series 2017.07 and the 2015 National Content Test Race Ethnicity Analysis Report at 2020 Census Program Memorandum Series 2017.08.

| 2015 National Content Test | |
|---|---|
| Objectives | • Evaluate and compare different census questionnaire content, including questions on race and Hispanic origin (e.g., combining race and Hispanic origin into a single question versus using separate questions, and introducing a Middle Eastern North African category), relationship (introducing same-sex relationship categories), and within-household coverage (streamlined approach for ensuring accurate within-household coverage).<br>• Refine estimates of national self-response and Internet response rates.<br>• Continue to test self-response modes and contact strategies (see 2014 Census Test objectives).<br>• Reinterview a subsample of respondents to further assess the accuracy and reliability of the question alternatives for race, Hispanic origin, and within-household coverage. |
| Findings | • The total self-response rate was 51.9 percent, and the Internet self-response rate was 35.6 percent.<br>• Adding a final mailing, a reminder sent after the paper questionnaire, significantly increased response rates.<br>• Sending the final reminder sooner by a few days prompted quicker responses, thus reducing the size of the third mailing.<br>• In low response areas, the "choice" strategy of sending a paper questionnaire in the final mailing is effective.<br>• Providing the letters in English and Spanish, rather than just English with a Spanish sentence, elicits more Spanish language responses.<br>• The new relationship question (with same-sex and opposite-sex categories) showed the same distributions as the old relationship question.<br>• Analysis of the race and ethnicity questions appears in an external report. |
| Design Implications | • Send a fifth mailing to nonrespondents.<br>• Send the final reminder mailing a few days sooner.<br>• Provide more language support in the mail materials.<br>• Continue research on identifying which areas should receive the paper questionnaire in the first mailing.<br>• Use the new relationship categories. |

DOC_0000048

### 4.1.3   Tests in 2016

In 2016, the Census Bureau moved from small-scale individual tests using proof of concept and pro-totype systems to more refined tests and the building and integration of systems that will support the 2020 Census. As shown in Figure 19, two major tests were completed in 2016. The 2016 Census Test focused on the integration of self-response and NRFU. The Address Canvassing Test expanded early address canvassing tests to refine the in-office and in-field methods. Each test is described below.

The following operations and systems were tested in 2016 through these two tests:

| Key Innovation Area | Operations | Systems |
|---|---|---|
| Reengineering Address Canvassing | Address listing. | Enterprise Listing and Mapping System/ Listing and Mapping Instrument. |
| Optimizing Self-Response | • Internet Response.<br>• Telephone Response.<br>• Paper Response.<br>• Non-ID Processing.<br>• Language Service. | • PRIMUS Prototype.<br>• Census Bureau Call Centers.<br>• Integrated Capture and Data Entry.<br>• Real-time Non-ID Processing. |
| Utilizing Administrative Records and Third-Party Data | • Identification of vacant and occupied units.<br>• Removal of cases with high-quality data from other sources from the NRFU workload. | • Headquarters' servers.<br>• Control and Response Processing Data System. |
| Reengineering Field Operations | • Workload Control.<br>• Enumeration.<br>• Quality Assurance. | • MOJO (in-field operational control system) prototype begins interfacing with Multimode Operational Control System.<br>• COMPASS Prototype. |



**Figure 19: Tests Planned in 2016**

DOC_0000049

### 4.1.3.1 2016 Census Test

The 2016 Census Test was an operational study of both self-response and NRFU procedures. It had a Census Day of April 1, 2016, and included a planned 250,000 housing units per site in Los Angeles County, CA, and Harris County, TX.

| 2016 Census Test | |
|---|---|
| Objectives | • Self-response<br>   ° Test provision of language support to Limited English Proficient populations through partnerships and bilingual questionnaires.<br>   ° Test ability to reach demographically diverse populations.<br>   ° Test deployment of non-English data collection instruments and contact strategies.<br>   ° Refine Real-Time Non-ID Processing methods, including respondent validation.<br>• NRFU<br>   ° Refine the reengineered field operations.<br>   ° Refine the field management staffing structure.<br>   ° Test enhancements to the Operational Control System and COMPASS.<br>   ° Refine the path in COMPASS to conduct proxy interviews.<br>   ° Test improved procedures for multiunit accessibility and contact.<br>• Reengineered quality assurance<br>   ° Evaluate the use of paradata and Global Positioning System points collected during interview.<br>   ° Test reinterview functionality.<br>• Measure the systems' abilities to manage a significant number of concurrent users during self-response.<br>• Test a combination of government-furnished equipment and dDaaS strategies for supplying enumerators with hardware devices.<br>• Test scalability of Internet and Non-ID Processing during self-response using enterprise solutions. |
| Findings and Design Implications | Findings:<br>• Sending a letter instead of a postcard as the first reminder has a positive impact on improving response rates.<br>• Sending a paper questionnaire in the first mailing (Internet choice) to areas expected to have lower Internet usage is beneficial.<br>• Further understanding gained about how to connect with people and encourage self-response.<br>• Continuing to utilize and refine approach to using administrative records and third-party data to reduce the NRFU workload is productive.<br>• Progressing along path to leverage automation across the 2020 Census Program.<br>   ° Balance emphasis on controlling and managing attempts with emphasis on completing interviews.<br>   ° Routing rules need to be refined.<br>Design implications:<br>• In the 2020 Census, about 20 percent of the country will receive the Internet-choice methodology, with all areas receiving a paper questionnaire if they have not yet responded in the fourth mailing.<br>• Priority focus areas for continuing development:<br>   ° Operational/management reports.<br>   ° Operational Control System/Optimizer enhancements.<br>   ° Training.<br>   ° Closeout procedures. |

DOC_0000050

### 4.1.3.2 Address Canvassing Test

The primary objective of the Address Canvassing Test was to examine the effectiveness of the In-Office Address Canvassing through the results of the In-Field Address Canvassing. In addition, the test provided the opportunity to measure the effectiveness of integrated systems, field staff training, and the use of new collection geography in the field. The Address Canvassing Test occurred in Buncombe County, NC, and city of St. Louis, MO. Both Address Canvassing components, In-Office and In-Field, were conducted for all areas of the test sites. All data collection activities for the test occurred from August through December of 2016, with In-Office Address Canvassing data collection from August through October of 2016, In-Field Address Canvassing data collection from October through mid-November of 2016, and In-Field Relisting from mid-November through mid-December of 2016.

| Address Canvassing Test | |
|---|---|
| Objectives | • Implement all In-Office Address Canvassing processes, including Interactive Review, Active Block Resolution, MAF Updating and Identification of the In-Field Address Canvassing workload. |
| | • Evaluate the effectiveness of online training for Field Supervisors and Field Representatives. |
| | • Measure the effectiveness of In-Office Address Canvassing through In-Field Address Canvassing. |
| | • Integrate multiple information technology applications to create one seamless operational data collection, control and management system. |

| Address Canvassing Test | |
|---|---|
| Findings and Design Implications | • The Census Bureau should continue pursuing the use of In-Office Address Canvassing processes for identification of the In-Field Address Canvassing workload. |
| | • In-Office Address Canvassing methods are generally effective in detecting where the MAF has remained accurate, where it is keeping pace with changes on the ground, and where fieldwork is needed to acquire address updates. |
| | • Assumptions about situations that pose challenges to detect change through imagery analysis are generally correct. |

### 4.1.3.3 Group Quarters Tests

Group Quarters were not included in any of the testing that occurred early in the decade. However, there were three small-scale tests in 2015 and 2016 that were primarily efforts to test automation in collection of response data through electronic means. These tests were the 2015 Group Quarters Electronic Capability Test Survey, the 2016 eResponse Data Transfer Test, and the 2016 Service-Based Enumeration Census Test.

*Group Quarters Electronic Capability Test Survey*

Purpose: Explore GQ administrators' ability and willingness to send resident-level data electronically to the Census Bureau.

Findings: Of 260 GQ umbrella organizations and agencies contacted, 40 percent responded. Of those that responded, the majority reported: the availability of eResponse data records, the ability to transmit eResponse data records to the Census Bureau, the ability to provide an electronic file in an Excel format, and willingness to participate in the Group Quarters Electronic Response Data Transfer Test (or eResponse Test).

DOC_0000051

### eResponse Data Transfer Test

Purpose: Explore the capabilities for enumeration using electronic response data; evaluate the ability of GQ administrators to link residents/clients to the correct GQ address.

Findings: All data files were successfully uploaded; all administrators were able to use the Excel spreadsheet provided by the Census Bureau; files linked residents/clients to the correct GQ address, as specified; some data parsing was required for formatting submitted data into usable enumeration data.

Lesson Learned: Test with a standardized template and test across multiple GQ types.

### Service-Based Enumeration Census Test

Purpose: Explore the feasibility of enumerating the service-based population using an automated instrument; explore the availability of administrative records for enumerating at service-based locations; determine the staffing needs when using a mix of enumeration instruments at these locations.

Findings: Almost 100 percent of participants were enumerated using the automated instrument and provided the required data items; the automation and administrative record enumeration effort was strongly supported by GQ administrators.

### Lessons Learned:

Only shelters have the capability to provide listings containing client-level information.

A different staffing ratio is required depending on type of service-based location and whether automation is used for enumeration.

Design Implications:

Although the 2016 Service-Based Enumeration Census test revealed that automation worked well for this population, it was determined that additional research was necessary to be able to use automation across all group quarter types. After factoring in budget constraints, it was decided to continue the use of paper for service-based locations and also to allow the option for facility administrators to use eResponse.

DOC_0000052

### 4.1.4    Tests in 2017

One major test was completed in 2017: the 2017 Census Test. This test is described below and shown in Figure 20.

#### 4.1.4.1 2017 Census Test

The 2017 Census Test was a nationwide self-response test of 80,000 households, testing the integration of operations and systems for self-response. In particular, Internet Self-Response was tested in the cloud and Census Questionnaire Assistance was tested at two call centers. The test oversampled areas with relatively high populations of American Indians and Alaska Natives as a mechanism for testing potential use of tribal enrollment questions nationwide. This test had a Census Day of April 1, 2017.

| 2017 Census Test | |
|---|---|
| Objectives | • Test the integration of operations and systems for self-response.<br>• Test the feasibility of collecting tribal enrollment information. |
| Findings and Design Implications | • Successfully fielded the public-facing production systems for the 2020 Census, which included:<br> ° Internet Self-Response Rapid response mechanisms (e.g., escalation procedures, issue resolution points of contact) were refined during the test and will be further refined and documented.<br> ° Census Questionnaire Assistance (two call centers) The primary call processing system components were proven in and will be used in 2018.<br>• The tribal enrollment question was not proposed for the 2020 Census. Analysis of the tribal enrollment questions will appear in an external report. |



**Figure 20: Schedule for the 2017 Census Test**

DOC_0000053

### 4.1.5 Tests in 2018

One major test was planned for 2018, the 2018 End-to-End Census Test. The goal was to have the entire operational design for the major operations ready for production—from a systems, operational, and architectural perspective. The 2018 End-to-End Census Test included significant field data collection components, and the timing of the field operations will mimic the 2020 Census (see Figure 21).

Findings and lessons from prior tests were used to develop the test plans to the extent possible. Other efforts in preparation of this test included introducing enterprise systems that were not in place for earlier tests, expanding and enhancing systems already in use, and expanding and enhancing the systems using cloud technologies.

Any problems found during the 2018 End-to-End Census Test will be addressed using careful regression testing and change control procedures in 2019.

In addition to the 2018 End-to-End Census Test that tested major systems and operations in an integrated fashion, the Integrated Partnerships and Communications Operation did a survey to understand public opinion about participating in the 2020 Census, known as the Census Barriers, Attitudes, and Motivators Study.

#### 4.1.5.1 2018 End-to-End Census Test

The 2018 End-to-End Census Test tested and validated 2020 Census operations, procedures, systems, and infrastructure together. This test had a Census Day of April 1, 2018, and as conducted in Providence County, RI. The Address Canvassing Operation was conducted in the prior calendar year because this operation is responsible for producing the census frame, which has to be done before the data collection. Address canvassing was performed in three areas: Pierce County, WA; Providence County, RI; and Bluefield-Beckley-Oak Hill, WV.



**Figure 21: Schedule for the 2018 End-to-End Census Test**

DOC_0000054

| 2018 Census End-to-End Test | |
|---|---|
| Objectives | • Test and validate 2020 Census operations, procedures, systems, and field infrastructure together to ensure proper integration and conformance with functional and nonfunctional requirements.<br><br>• Pilot test Self-Response Kiosk and Informed Delivery to explore the utilization of the United States Postal Service-Census Bureau partnership to increase Internet self-response by providing additional methods of accessing the Internet self-response Web site.<br><br>• Produce a prototype of geographic and data products. |
| Findings and Design Implications | Successes:<br><br>Integration of most of the systems that will be used in the 2020 Census.<br><br>Address Canvassing:<br><br>• Implemented 2020 Census Address Canvassing approach to listing using Listing and Mapping Application (LiMA).<br><br>Printing and Mailing:<br><br>• Implemented a staggered mail strategy to multiple cohorts with conditional mailings to non-responding households.<br><br>Self-Response:<br><br>• Deployed multiple modes of self-response: Internet, paper, and telephone.<br><br>• Fielded questions via Census Questionnaire Assistance, offering respondents an opportunity to provide their responses to customer service representatives on the telephone.<br><br>Update/Leave:<br><br>• Implemented the operation using the LiMA for address list updates.<br><br>Census Questionnaire Assistance:<br><br>• Supported inbound telephone calls for assistance and self-response, outbound calls for the Coverage Improvement activity, and outbound calling for the NRFU Reinterview.<br><br>• Supported calls in English, Spanish, Mandarin, Cantonese, Russian, Arabic, Tagalog, Korean, and Vietnamese.<br><br>NRFU:<br><br>• Implemented a field data collection enumeration application to conduct interviews.<br><br>• Identified Administrative Records Occupied cases and removed cases from the workload after one contact attempt.<br><br>Group Quarters:<br><br>• Demonstrated the integration of systems supporting a paper-based operation.<br><br>• Conducted the Service-Based Enumeration using two methods (in-person interviews and paper listings from the facility)<br><br>• Demonstrated use of a variety of methods for enumeration at group quarters.<br><br>Recruiting and Hiring:<br><br>• Deployed and used the online job application and assessment for peak operations (not for Address Canvassing).<br><br>USPS testing:<br><br>• Self-response kiosks were installed in 30 post offices across Providence County, RI. Due to limited usage, self-response kiosks will not be implemented as part of the 2020 Census.<br><br>• The USPS' Informed Delivery service provided free, advance notification of Census Bureau mail via e-mail to subscribers with a direct link to the Internet Self-Response Web site. Will be implemented as part of the 2020 Census.<br><br>Geographic and Data Products: In progress |

DOC_0000055

### 4.1.5.2 Census Barriers, Attitudes, and Motivators Study

For the 2020 Census, the Census Bureau has placed a premium on outreach and communications to reach every person throughout the United States, no matter where they live or what language they speak. The 2020 Census Integrated Communications Campaign is instrumental to accomplishing that goal.

This effort included the Census Barriers, Attitudes, and Motivators Study (CBAMS), which had the objective of understanding the attitudes, barriers, and motivators toward the census, with the goal of designing outreach and communications that increase the census response rate. The 2020 CBAMS provides a much stronger and more robust foundation for our communications strategy than available in prior decennial censuses. It included a national mailout survey in February to April 2018 with oversampling of Asian, Blacks, Hispanics, and other small sample races. In addition, there were focus groups with various audiences in a number of sites and conducted in five languages in March and April of 2018.

| 2018 Census Barriers, Attitudes, and Motivators Study | |
|---|---|
| Objectives | • Complete research that informs the 2020 Census Integrated Communications Campaign. |
| Findings | • Overall trust in government has been declining for decades, and there has also been an erosion of trust in major institutions. |
| | • There are persistent knowledge gaps about the 2020 Census scope, purpose, and constitutional foundation. |
| | • Connecting census participation to a better future for communities is a powerful motivator. |
| Design Implications | • Engaging trusted voices for census communications addresses trust-based concerns, especially among the most skeptical and disaffected. |
| | • Informing the public on the census' scope, purpose, and process addresses privacy and confidentiality concerns and fear of repercussions. |
| | • Connecting census participation to support for local communities addresses apathy and lack of efficacy. |

DOC_0000056

### 4.1.6   Tests Between the 2018 End-to-End Census Test and the 2020 Census

For the period between the 2018 End-to-End Census Test and the 2020 Census, performance and scalability testing will occur, consisting of Defect Resolution Testing and Post End-to-End Performance Testing. The Defect Resolution Testing will ensure that any changes made to correct defects identified in the 2018 End-to-End Census Test are correct. The objective of Performance and Scalability Testing is to ensure that systems will scale to meet the workloads, or volumes, of the 2020 Census. Dates shown in Figure 22 represent testing for the field operations.

The Census Bureau is planning a test in the summer of 2019 to better plan for the Nonresponse Followup Operation and communications strategies for the 2020 Census. The randomized control test will ask a nationally representative sample of households to answer the planned 2020 Census questions—the number of people, tenure, sex, age, date of birth, Hispanic origin, race, citizenship, relationship, and coverage questions. The test is designed to measure the operational effect of including a citizenship question on self-response rates. This test has a Census Day of July 1, 2019.

### 4.2  KEY DECISION POINTS AND MILESTONES

Figure 23 shows the key planning and preparation milestones for the full life cycle of the 2020 Census. Milestones include public facing milestones, such as launching the 2020 Census Web site, delivery of topics and questions to Congress, as well as delivery of 2020 Census products to the President, states, and the public.

### 4.3  2020 CENSUS PRODUCTION OPERATIONAL SCHEDULE

Figure 24 describes the planned timing for the major production field operations for the 2020 Census.

Figure 25 provides an integrated schedule for the tests, key milestones, and production operations in one chart. Different types of tests (research, readiness, performance, end-to-end, and post end-to-end) are shown in different colors as noted in the legend. Key milestones, including Census Day and the delivery of apportionment counts and redistricting data are also shown.

Figure 26 provides a consolidated view of which operations were tested in which tests, as either a focus of the test or a supporting operation for the test. Early tests were focused on research on individual operations, while tests from 2016 and on added integration of operations and systems.



**Figure 22: 2020 Census Performance and Scalability Testing**

DOC_0000057

Task
2011
2012
2013
2014
2015
2016
2017
2018
2019
2020
2021
2022
2023
Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1 Q2 Q3 Q4 Q1
Begin 2020 Census Planning
11/1/11
Launch 2020 Cenus Website
1/1/15
Begin In-Office Address Canvassing
9/24/15
2020 Census Operational Plan
Complete 2020 Census Operational Plan, v1
10/1/15
Complete 2020 Census Operational Plan, v2
9/30/16
Complete 2020 Census Operational Plan, v3
9/30/17
Complete 2020 Census Operational Plan, v4
12/31/18
Finalize Locations of Area Census Offices
1/17/17
Deliver Final Definition of Field Staffing Structure
3/31/17
Deliver 2020 Census Topics to Congress
4/1/17
Deliver Final Residence Criteria
12/5/17
Begin Delivery of LUCA Review Materials
2/15/18
Deliver 2020 Census Questions to Congress
3/30/18
Go Live of Online Job Application and Website
9/4/18
Receive OMB Clearance for 2020 Census
11/30/18
Begin Delivery of LUCA Feedback Materials
8/30/19
Complete In-Field Address Canvassing and QC
10/11/19
Launch Advertising Campaign
11/1/19
First In-Home Mailing
3/12/20
Complete In-Office Address Canvassing
(incl. Ungeocoded Resolution)
3/31/20
2020 Census Day
4/1/20
Deliver Apportionment Counts to the President
12/31/20
Complete Delivery of Redistricting Counts to States
3/31/21
Begin Accepting Challenges from Governmental Units
6/1/21
Release Final 2020 Census Data Products
4/30/23
Complete 2020 Census
9/30/23

Figure 23: Key Decision Points and Milestones



**Figure 24: 2020 Census Operations—Production Timeline**

DOC_0000059



Figure 25: High-Level Integrated Schedule

| Op # | Op Acronym | 2012 National Census Test | 2013 Census Test | 2013 National Census Contact Test | 2014 Census Test | 2015 Census Test | 2015 Address Validation Test | 2015 National Content Test | 2015 Optimizing Self-Response Test | 2016 Census Test | 2016 Group Quarters Tests | Address Canvassing Test | 2017 Census Test | 2018 End-to-End Census Test |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PM | S | S | S | S | S | S | S | S | S | S | S | S | F |
| 2 | SEI | S | S | S | S | S | S | S | S | S | S | S | S | F |
| 3 | SPC | F | S | S | S | S | S | S | S | S | S | F | S | F |
| 4 | CFD | F | N | S | N | S | N | N | S | S | S | N | F | S |
| 5 | LNG | N | N | N | N | N | N | N | S | N | N | N | S | S |
| 6 | GEOP | S | S | N | N | S | F | S | N | F | N | F | S | F |
| 8 | ADC | N | N | N | N | N | N | N | N | N | N | S | S | F |
| 9 | FPD | N | N | N | S | S | N | S | S | S | S | N | S | F |
| 10 | PDC | N | N | N | S | S | N | S | S | S | N | N | S | S |
| 11 | IPC | N | N | N | N | N | N | N | F | F | N | N | F | S |
| 12 | ISR | F | N | F | F | F | N | F | F | F | N | N | N | N |
| 13 | NID | N | N | F | F | S | N | S | F | F | N | N | S | N |
| 14 | UE | N | N | N | N | N | N | N | N | N | N | N | F | N |
| 15 | GQ | N | N | N | N | N | N | N | N | N | F | N | N | F |
| 17 | CQA | N | N | N | N | N | N | N | S | S | N | N | N | F |
| 18 | NRFU | F | F | N | F | F | F | N | N | F | N | N | F | F |
| 19 | RPO | N | N | N | N | N | N | N | N | N | N | N | S | F |
| 21 | DPD | N | N | N | N | N | N | N | N | N | N | N | N | F |
| 22 | RDP | N | N | N | N | N | N | N | N | N | N | N | N | F |
| 25 | ARC | N | N | N | N | N | N | N | N | N | N | N | N | F |
| 31 | DSC | N | N | N | N | S | S | N | N | S | N | S | S | F |
| 32 | FLDI | N | S | N | F | F | N | N | N | N | N | S | N | F |
| 33 | DLM | N | N | N | N | N | N | N | N | N | N | N | S | F |
| 34 | ITIN | S | N | N | F | F | F | S | S | S | S | S | S | F |
| 35 | UL | N | N | N | N | N | N | N | N | N | N | N | N | F |

LEGEND

- Focus of the Test
- S  Required to Support the Test
- N  Not Included in the Test

Figure 26: The 2020 Census Operations by Test

[This page intentionally left blank]

# 5. The 2020 Census Operations

This section of the document provides the current state of the operational design. An overview of the 35 operations is presented, followed by more detailed descriptions of each operation that include the following:

- **Purpose:** A concise description of the operation.

- **Changes Made Since Version 3.0 Operational Plan Release:** A brief summary of significant changes made for this operation.

- **Lessons Learned:** Selected lessons learned from the 2010 Census or tests or studies that have occurred since the 2010 Census.[2]

- **Operational Innovations:** Major innovations expected to be implemented for this operation.

- **Description of Operation:** A basic description of the operation.

- **Research Completed:** Research completed and the major findings from this research.

- **Decisions Made:** A list of the design decisions made based on research completed.

- **Design Issues to Be Resolved:** A list of the outstanding design decisions and the date by which they are expected to be made.

- **Cost and Quality:** The expected cost and quality impacts of the design for this operation on the overall 2020 Census.

- **Risks:[3]** The top risks associated with this operation.

- **Milestones:** Important dates associated with this operation, to include decision points and production dates.

For support and similar operations that do not require a research-based design, the research and decision sections focus on work completed.

---

[2] The Knowledge Management Database contains the lessons learned from the 2010 Census and is available for review upon request.

[3] Each operation has its own program-level risk register, which includes the full list of program and project risks for each operation.

## 5.1 OPERATIONS OVERVIEW

Figure 26 illustrates all 35 operations organized by the 2020 Census Work Breakdown Structure (WBS) elements. As noted by the shading on the diagram, the degree to which detailed planning has been conducted for each operation varies.

Detailed Operational Plans (DOPs) are being produced for most of the 35 operations. The development of the DOPs is not only further refining the design for those individual operations, but also helping clarify scope, boundaries, and interaction points among operations.

Integrated Operations Diagrams (IODs) have been developed to describe how a group of related operations work together to perform key functions of the 2020 Census (e.g., frame development, response data collection, and data products and dissemination). The IODs are included in the relevant DOPs. Additional operational integration artifacts are being developed, as time and funding allow, to ensure a full understanding of the integrated operational design. Other specific operational integration artifacts are included in Appendix C.

The operations must work together to achieve a successful census. Information flows among the operations as the census proceeds from frame development through collection of response data to the publishing and release of the data. Key information flows among the primary business operations are highlighted in Figure 27. Major interactions and flows are shown with the arrows in the diagram, and the key external interfaces are depicted in blue text.

The integration of these business operations requires integration of the IT systems that support them. This significant effort is underway. The Systems Engineering and Integration (SEI) Operation will complete the 2020 Census Solution Architecture based upon Capability Requirements.

DOC_0000063



Figure 27: Operational Overview by Work Breakdown Schedule

DOC_0000064



Figure 28: High-Level Integration of Operations

DOC_0000065

### 5.1.1  Frame

As shown in Figure 27 from the previous page, the basic flow of information begins in the frame area with the **Geographic Programs (GEOP)** Operation, which maintains the Master Address File (MAF) and spatial and boundary data used to create the frame for the 2020 Census. Data from the United States Postal Service (USPS) and other administrative records and third-party data are used to maintain the MAF and spatial data. State and local governments provide address updates to GEOP during the **Local Update of Census Addresses (LUCA)** program. These governments also provide updates to GEOP on block boundaries and voting districts during the first two phases of the **Redistricting Data Program (RDP)**. GEOP provides the most current address list to the **Address Canvassing (ADC)** Operation, where staff make updates to the list via in-office and in-field procedures. These updates are processed by GEOP on an ongoing basis throughout the decade. Once the frame updates are complete, GEOP provides the address and spatial data to the Response Processing Operation, which creates the initial universe of Basic Collection Units for listing operations and cases for self-response and enumeration operations.

### 5.1.2  Response Data

**Enumeration at Transitory Locations (ETL) Operation:** Enumerates individuals in occupied units at transitory locations (TLs) who do not have a Usual Home Elsewhere. TLs include recreational vehicle parks, campgrounds, racetracks, circuses, carnivals, marinas, hotels, and motels.

**Update Enumerate (UE) Operation:** Updates the address and feature data and enumerates at housing units (HUs) in areas where the initial visit requires enumerating while updating the address frame (primarily remote geographic areas that have unique challenges associated with accessibility).

**Update Leave (UL) Operation:** Updates the address and feature data for the area assigned and leaves a choice questionnaire package (contact materials) at every HUs identified to allow the household to self-respond. UL occurs in areas where the majority of HUs do not have a city-style address to receive mail.

**Group Quarters (GQ) Operation:** Enumerates people living or staying in GQs, people experiencing homelessness, and people receiving service at service-based locations, people living on maritime vessels, and people living on military bases.

**Federally Affiliated Count Overseas (FACO) Operation:** Obtains counts by home state of U.S. military and federal civilian employees stationed or assigned overseas and their dependents living with them.

Most responses from these operations are collected on paper questionnaires, provided by the **Forms Printing and Distribution (FPD)** Operation. Responses for the military and some GQs and the count of federally affiliated persons overseas are provided in electronic files. Paper questionnaires are sent to the **Paper Data Capture (PDC)** Operation, where they are scanned and imaged before being sent electronically to the **Response Processing (RPO)** Operation.

Address updates collected during these operations are sent to RPO, which sends the data back to GEOP.

A key goal for the 2020 Census is to optimize self-response. The **Integrated Partnership and Communications (IPC)** Operation helps do this by creating awareness and educating the public about the importance of the 2020 Census. FPD serves as the primary mechanism for mailing the materials (letters, postcards, and paper questionnaires) needed for self-response. The **Internet Self-Response (ISR)** Operation collects respondent information through an online questionnaire. For those Internet respondents who do not provide a Census ID, the U.S. Census Bureau conducts real-time (during the interview) processing to identify the correct block for the respondent's address using methods in the **Non-ID Processing (NID)** Operation. Households that do not respond on the Internet are given the opportunity to respond with paper questionnaires, which are mailed to and processed by PDC. Some people will call with questions. The **Census Questionnaire Assistance (CQA)** Operation responds to these questions and, if appropriate, offers to collect the responses through a telephone interview. All Internet and electronically captured paper questionnaire responses are sent to the RPO, which manages the status of cases across the universe. HU addresses in self-response or Update Leave Type of Enumeration Areas for

which the Census Bureau did not receive a self-response are sent to the **Nonresponse Followup (NRFU)** Operation, which determines the most cost-effective way of enumerating those households (personal visit, use of administrative records and third-party data, or proxy responses). Any new addresses identified during NRFU are sent to RPO, which in turn sends them back to GEOP.

### 5.1.3   Publish Data

Preliminary counts created near the end of data collection are sent from RPO to the **Count Review (CRO)** Operation, which provides Federal-State Cooperative for Population Estimates (FSCPE) members the opportunity to review the counts to ensure the accuracy of the 2020 Census. Any geographic updates resulting from CRO are sent to GEOP (as shown by the circled A connector in Figure 27). Once all of the data processing is complete, RPO delivers the processed data to the **Data Products and Dissemination (DPD)** Operation to prepare the final 2020 Census data products. This operation creates and delivers:

- Apportionment counts to the President and statistical data to the public.

- Redistricting data to the state legislatures (in coordination with the RDP) so state governments can define the geographic boundaries for Congressional and legislative districts.

- Final counts to the **Count Question Resolution (CQR)** so challenges to 2020 Census counts can be resolved.

- Data products to the **Archiving (ARC)** Operation.

ARC also receives responses from RPO and image data from PDC, as well as other archival data from other operations, including time and expense data and paradata. By law, decennial census results are archived and released to the public 72 years after the census.

This integrated view only depicts high-level data flows and interactions. The IODs in the DOPs and other diagrams in Appendix D provide more detail related to operational integration.

## 5.2   PROGRAM MANAGEMENT

### 5.2.1   Program Management

| Detailed Planning Status: | **In Production** |
| --- | --- |

*Purpose*

The Program Management (PM) Operation defines and implements program management policies, processes, and the control functions for planning and implementing the 2020 Census in order to ensure an efficient and well-managed program.

*Changes Made Since Version 3.0 Operational Plan Release:* There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census and other reviews, the following recommendations were made:

- Develop a life cycle schedule for the 2020 Census, and complete it earlier in the decade.

- Place more emphasis and resources on updating cost and schedule estimates throughout the life cycle.

- Obtain independent cost estimates and use them to validate cost estimates (that include contingency reserves) developed by stakeholder organizations.

- Improve strategic planning and early implementation of the 2020 Census Risk Management process.

- Align system development schedules with operational deadlines to allow adequate time to test systems before their deployment.

- Reevaluate the practice of frontloading and develop a better process for developing workload and cost assumptions.

- Rethink and rework stakeholder engagement, education, and management. The Census Bureau needs to better define, and then clearly articulate, its expectations with regard to roles and responsibilities between the Census Bureau, contractors, and stakeholder groups.

- Set a clear and publicly announced goal to reduce the inflation-adjusted per-housing-unit cost relative to 2010 Census totals.

DOC_0000067



**Figure 29: Program Management Framework**

***Operational Innovations***

Following an analysis and review of the 2010 Census program management practices, the 2020 Census improved its program management capabilities and defined program management processes earlier in the decade to support 2020 Census Research and Testing activities. New and improved program management practices integrated into the 2020 Census that were not part of the 2010 Census include the following:

• Iterative operational planning to allow for periodic design refinements based on findings from research and testing, as well as external changes in legislation and technology.

• Evidence-based decision-making to ensure that operational designs are based on solid evidence from research, testing, analysis, and previous survey and census experience.

• Integration of schedule, scope, and budget using a common WBS.

• An integrated life cycle master schedule that uses best practices based on the Government Accountability Office (GAO) schedule assessment guide.

• Cost and schedule estimates updated throughout the 2020 Census life cycle based on GAO best practices:

  º Publication GAO-09-3SP Cost Estimating and Assessment Guide: Best Practices for Developing and Managing Capital Program Costs.

  º Publication GAO-12-120G Schedule Assessment Guide: Best Practices for Project Schedules.

• A Knowledge Management process and database for lessons learned from the 2010 Census, 2020 Census Research and Testing Program, advisory committees, and audit and oversight reports.

DOC_0000068

- Alignment with the Census Bureau's approach to implement activity-based management and earned-value management techniques.

- Formal risk management kicked off earlier in decade (2012) and occurs at both the program level and project level.

- Increased transparency and collaboration with internal and external stakeholders about the 2020 Census.

- Increased international stakeholder communications to leverage learnings of other countries' census efforts and to share the Census Bureau's best practices and challenges.

- Governance that bridges organizational silos.

- Performance Management includes a focus on key cost drivers.

- Workforce that is appropriately skilled and trained.

### Description of Operation

The PM Operation is responsible for the planning and implementation of the 2020 Census. Specifically, this operation defines the overall 2020 Census program and project management policies, framework, and control processes used across the entire 2020 Census and all projects established within the program.

The established PM framework is shown in Figure 28.

General activities are required to manage multiple, ongoing, interdependent projects to fulfill the 2020 Census mission and objectives. The PM Operation defines and manages the following 12 program management processes:

1. **Governance:** The overall management structure, decision-making authority, priority setting, resource utilization, and performance verification at each level of the program.

2. **Strategic Communications:** The engagement with internal and external stakeholders, including Congress and the general public, in the planning, research and analysis, progress, and decisions related to the 2020 Census. This activity also includes collaboration with international organizations, particularly the International Census Forum and the United Nations Statistics Division (for the global

view of censuses) and the United Nations Economic Commission for Europe (for the regional view).

3. **Strategic Management:** The process for determining and documenting the 2020 Census strategic direction regarding strategies, goals, objectives, performance, and investments.

4. **Document Management:** Activities for consistent and centralized management of program documentation produced in support of the 2020 Census.

5. **Change Management:** Activities for managing and controlling the 2020 Census strategic baseline, including control of charters, process plans, design documents, operational plans, project plans, requirements, and schedules.

6. **Knowledge Management:** Practices used to identify, create, represent, distribute, and enable adoption of insights and experiences.

7. **Acquisition and Sourcing Management:** Activities to provide and support acquisition principles and guidelines.

8. **Budget Management:** Activities used to establish and manage future-year budget formulations, current-year budget execution, and cost estimating and cost modeling.

9. **Schedule Management:** Activities used to identify and schedule activities required to produce program deliverables, identify interdependencies among activities, and determine activity resource requirements and duration.

10. **Performance Management:** Practices used to monitor the progress of the 2020 Census to identify variances, assign corrective actions, and make timely changes.

11. **Human Capital Management:** Activities to ensure that human competencies and skills are present and available to the organization.

12. **Risk and Issue Management:** Activities to facilitate the identification, analysis, mitigation, and contingency planning for risks and issues related to achieving the program's objectives.

DOC_0000069

Each component of the framework is documented in detail in a separate process plan. The PM process plans are revised based primarily on lessons learned, other feedback received from process owners and users, and as the program evolves.

### Work Completed

The following work has been completed for this operation:

The program management processes listed above were approved in 2011, funded, established, and utilized during the 2020 Census Research and Testing Phase. Program Management has now successfully transitioned to the implementation phase of the 2020 Census with the completion of the following:

- Baselined 2020 Census Integrated Master Schedule (December 2017).
- Baselined 2020 Census Life-Cycle Cost Estimate (December 2017).
- Completion of the Department of Commerce Scalable Project Management Framework Milestone Review 3—granting implementation approval (July 2018).
- Release of the 2020 Census Operational Plan v4.0 (December 2018).

### Decisions Made

The following decisions have been made for this operation:

✓ Strategies for each program management element were defined and approved in 2011 and formed the basis for the management of the 2020 Census Program.

✓ The 2020 Census will be managed by using a fully integrated master schedule designed and built using best practices based on the GAO schedule assessment guide (GAO-12-12G, May 2012).

✓ The 2020 Census will follow the Enterprise Systems Development Life Cycle (eSDLC) process for all decennial IT projects. The Census Bureau Project Life Cycle will be followed for all projects (IT and non-IT projects).

✓ The 2020 Census will manage portfolio-level risks via assigned risk owners and risk monitors, who will report to a risk review board. The 2020 Census will brief the Portfolio Management

Governing Board regularly on the top portfolio risks and escalate risks and issues as necessary for guidance. The 2020 Census program-level risks will be managed by the Integrated Project Teams that were formed for each operation supporting the 2020 Census.

✓ The program will have a finalized and integrated governance and performance measurement reporting mechanism.

✓ The risk management plan includes both the portfolio and program-level processes.

✓ A formal memorandum series will be used to document significant program decisions.

✓ The program will actively engage with stakeholders and advisors on major aspects of the 2020 Census.

✓ Quarterly 2020 Census Program Management Reviews will be conducted by live Webcast, so stakeholders can watch live or on demand later.

✓ The 2020 Census Monthly Status Reports will be delivered to key oversight entities.

✓ A Decennial Policy Team will be developed and managed to ensure interdisciplinary, interdirectorate communication in regard to legal, policy, and IT security sensitivities.

✓ The 2020 Census Web site will be developed and supported.

✓ Frequently Asked Questions about the test program will be developed along with other supporting materials.

✓ Talking Points for customer assistance for internal phone and correspondence support centers will be developed.

✓ A directorate representative to Census Bureau's International Collaboration Steering Committee will be appointed to communicate and coordinate international collaboration across the agency.

✓ The Census Bureau will actively participate with international and national statistical and geographic organizations for key learnings and to share the Census Bureau's experiences.

✓ The Census Bureau will ensure the full utilization of performance management to better facilitate early identification and correction of problems.

DOC_0000070

✓ The Census Bureau will use change management processes to better ensure impact assessment.

✓ The Census Bureau will use human capital management outlined in the 2020 Census Human Capital Management Plan to better plan, facilitate, and monitor a workforce that has the required competencies and skills.

✓ The Census Bureau will mature the use of the Primavera scheduling tool for the program and Microsoft Project interaction for the enterprise.

✓ The Census Bureau will ensure the integration of 2020 Census schedules with enterprise efforts and enterprise schedules as outlined in the 2020 Census Schedule Management Plan.

✓ The Performance Measurement Branch will manage a SharePoint site that holds all performance report requirement documents, as well as links to all cost and progress reports.

✓ The 2020 Census Program has used Earned Value Management (EVM) to track and monitor its IT projects for a number of years. EVM data for IT projects are shared on a monthly basis with the Department of Commerce, Office of Management and Budget, and other oversight entities through the Capital Planning and Investment Control process. The 2020 Census Program has a standard work breakdown structure (WBS) and the budget is applied at level 3 of the WBS, which are the planning packages. The 2020 Census employs a progressive elaboration process to continuously improve and detail a plan, on a fiscal year basis.

✓ The 2020 Census Program has defined criteria for creating new work packages within the Integrated Master Schedule (IMS) for the implementation of major risk mitigation plans:

º If the dollar value of the mitigation plan is greater than $1,000,000; and

º If the effort is not already accounted for in the schedule.

When a mitigation plan meets this criteria, then the baseline IMS will be modified by a change request to incorporate the plan. However, if the mitigation plan does not meet the criteria, then a specific link between the IMS and the risk is not created.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in PM helps ensure an efficient 2020 Census, which is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs. Specific examples are noted below.

⬇ Investment in establishing a robust and formal program management office that develops and manages processes that minimize potential negative cost, schedule, and scope impacts.

⬇ Ongoing stakeholder engagement reduces the likelihood of unplanned design changes late in the decade, which can prevent additional costs.

The PM does not directly impact the quality of the 2020 Census results.

*Risks*

The PM Operation identifies and manages all portfolio-level risks. The risks listed below are specific to this operation.

Commitment by the 2020 Census senior managers to mature the program management processes used for the 2010 Census Program requires dedicated resources, including staff with certain skill sets. **IF** the dedicated resources are not available and funded to implement program management processes, **THEN** critical support functions, such as schedule, budget, scope, and risk management will be jeopardized.

As part of the 2020 Census PM Operation, a framework of various program management processes have been developed for ensuring the implementation of consistent and thorough program management controls. **IF** staff working on the 2020 Census operations do not follow the program management processes, **THEN** the 2020 Census operations may not be able to properly meet the objectives and goals of the program.

Performance measurement is a critical function needed by managers to track the status of the planning, development, and implementation of the operations supporting the 2020 Census. **IF** performance measures are inadequately defined

DOC_0000071

or monitored or both, **THEN** managers will have difficulty assessing and reporting accurate cost and progress status.

*Milestones*

| Date | Activity |
|------|----------|
| September 2010 | Baseline the initial 2020 Census Strategic Plan. |
| June 2011 | Baseline the initial 2020 Census Life Cycle Rough Order of Magnitude Cost Estimation (or Estimate). |
| September 2011 | Develop and gain approval for 2020 Census Program Management Process Strategies for each component described in this operation. |
| September 2012 | Baseline the initial 2020 Census Program-Project Management Plans for each component described in this section. |
| December 2012 | Begin the quarterly 2020 Census Program Management Reviews. |
| May 2013 | Baseline the initial 2020 Census Mission-Level Requirements. |
| April 2014 | Baseline the initial 2020 Census Life Cycle Integrated Schedule. |
| October 2015 | Issue the Baseline of the 2020 Census Operational Plan. |
| October 2015– summer 2019* | Baseline the 2020 Census Detailed Operational Plans (DOPs). There is one for each operation, except PM and Systems Engineering and Integration. Geographic Programs published a DOP for each operation subcategory. Operations with significant overlap produce combined DOPs (i.e., Field Infrastructure and Decennial Logistics Management; all three Coverage Measurement Operations). |
| Periodically/ Annually | Issue the updated/current version of the 2020 Census Operational Plan. |
| Annually | Refresh and reissue strategic program documentation and the 2020 Census Operational Plan based on lessons learned, test results, and other feedback. |
| Annually | Conduct project management process training to process users. |

\* The dates for each of the DOPs vary depending on the timing of the operation. For example, the DOP for the Address Canvassing Operation v1.0 was produced in December 2015, and the DOP for the Count Question Resolution Operation is due in 2019.

## 5.3 CENSUS/SURVEY ENGINEERING

The support operations in this area provide the foundation for conducting the 2020 Census. This area consists of four operations: Systems Engineering and Integration (SEI); Security, Privacy, and Confidentiality (SPC); Content and Forms Design (CFD); and Language Services (LNG). Each is described below.

### 5.3.1 Systems Engineering and Integration

| Detailed Planning Status: | **In Production** |
|------|------|

*Purpose*

The Systems Engineering and Integration Operation (SEI) is an IT operation that manages the delivery of a System of Systems that meets 2020 Census Program business and capability requirements.

***Changes Made Since Version 3.0 Operational Plan Release:*** The Integration and Implementation Plan (IIP) was enhanced to better align to 2020 Census operations. The new IIP is comprised of 16 operational deliveries.

*Lessons Learned*

Based on lessons learned from the 2010 Census, 2018 End-to-End Census Test, and other reviews, the following recommendations were made:

- Need to have a well-documented plan that describes the development of the business architecture and the solution architecture. The architecture plan must have buy-in and adoption by all stakeholders.

- Consider greater flexibility for requirements configuration management in the early design and development processes to help minimize the necessity to make subsequent corrections, potentially saving resources and costs associated with unplanned resource needs.

- Implement a plan for achieving data lineage for key data categories and operations.

- Perform accounting through service-oriented architecture, Enterprise Service Bus capabilities, and software as needed.

DOC_0000072

- Expand the framework of the testing program to include additional test phases.
- Build soft launches for every significant 2020 Census operation.

***Operational Innovations***

Operational innovations include the following:

- Application of the Census Bureau's enterprise Systems Development Life Cycle (eSDLC).
- Align with the Census Bureau's Enterprise Architecture.
- Definition and implementation of performance measurement (performance metrics and reporting).
- Integration with Enterprise systems, as appropriate.
- Dedicated resources for key positions, including Chief Architect, Chief Engineer, Chief IT Security Engineer, and Performance Engineer.
- Early and incremental development of solutions architecture.

***Description of Operation***

The SEI Program Area serves as a centralized functional group with the Decennial Census Programs Directorate to manage development of the System of Systems that meets 2020 Census business and capability requirements. SEI has five major components: Requirements Engineering, Solution Architecture, Technical Integration and Solution Development Oversight, Test and Evaluation, and Deployment Operations and Maintenance. As part of all of these efforts, SEI will use the following standard program management concepts to manage these tasks: Schedule Management, Risk Management, Issue Management, Configuration Management, and Quality Assurance.

*Requirements Engineering*

Based on the design of the 2020 Census and plans documented in the 2020 Census Operational Plan, the SEI Operation defines and executes a requirements engineering approach for the 2015–2018 Census Tests and 2020 Census that aligns with the Census Bureau's eSDLC, meets agency and Department of Commerce standards and guidelines, and emphasizes a consistent approach across the portfolio of 2020 Census projects. The

scope of the Requirements Engineering effort includes the following:

- Ensuring the controlled and consistent application of a standardized approach to requirements engineering throughout the program and project life cycles.
- Creating the Requirements Engineering Management Plan.
- Establishing the requirements engineering methodology and tools that must be applied across the decennial and supporting programs:
  - º Developing Business Process Models (BPMs) in concert with subject matter experts for each operation for each of the 2015–2018 Census Tests and the 2020 Census as a tool to begin the requirements elicitation process.
  - º Extracting Project-Level Business Requirements (PLBR) and drafting capability requirements (CAP) from the BPM and reviewing with subject matter experts to finalize the initial baseline of PLBR and CAP.
- Facilitating broad program- and project-level understanding of needs for all phases of the 2020 Census.
- Developing 2015–2018 Census Tests and 2020 Census Workload Demand Models, which will aid the 2020 Census Operational Integrated Project Teams in identifying the nonfunctional performance PLBR and CAP. This supports the scalability of the System of Systems by enabling the identification of infrastructure requirements.
- Conducting Program Systems Requirements Reviews (SRRs) for each major census test and 2020 Census.
  - º Providing technical oversight and monitoring to ensure that solutions appropriately address the business requirements and specifications.

*Solution Architecture*

The SEI Operation is responsible for the 2020 Census Solution Architecture and Systems, including Interfaces. The development of the solution architecture is comprised of the following:

- Building upon lessons learned from the 2010 Census, as well as the results and findings of the 2020 Census Research and Testing phase.

DOC_0000073

- Reviewing and revising BPMs developed as part of the requirements engineering effort to create the Business Architecture.

- Analyzing the CAP and BPMs, identifying IT solutions, and allocating requirements to these IT solutions in order to support 2020 Census operations.

- Designing the workflows with data exchange between systems, based on the business requirements and using collaboration diagrams.

- Identifying the deployment environments for the 2020 System of Systems, including on-premise and Cloud, and using Infrastructure as a Service, Platform as a Service, and Software as a Service.

- Creating the Solution Architecture document including the Systems and Interface Inventory based on the "to be" business processes and capabilities, as well as the Architecture Transition Plan and Systems Engineering Management Plan.

- Providing technical oversight of the 2020 Census IT Project Portfolio to ensure confor- mance to the prescribed solution architecture.

- Conducting Program Critical Design Reviews for each major census test and 2020 Census.

- Developing the scalability plan for the overall solution architecture to meet the demand mod- els and high availability requirements of the 2020 Census.

- Refining and delivering subsequent baselines of the 2020 Census Solution Architecture and Systems and Interface Inventories.

- Mediating gaps in capabilities between solution providers and operations representatives where required, and subsequently refining architecture to represent output of mediation.

- Establishing data integration and lineage by developing a tool that can provide clear insight and traceability regarding data elements' col- lection, transformation, and processing through the System of Systems data workflow.

*Technical Integration and Solution Development Direction*

During solution development, the requirements, architecture, and technical design are used to develop the end-product System of Systems and required interfaces. As part of Technical Integration and Solution Development, the SEI Operation performs the following activities:

- Develops and tracks progress against the IIP.

- Provides support as it relates to interpretation of PLBR, CAP, and BPM.

- Ensures development is completed according to the 2020 Census Solution.

- Oversees the Solution Development process to ensure that the overall solution is developed within cost and schedule constraints in compli- ance with the Census Bureau's eSDLC process.

- Conducts weekly systems integration meet- ings with system providers to ensure progress (teams for each system report status, issues, and risks).

- Oversees Interface Working Groups to ensure the systems as developed will function cohe- sively when exercised in an end-to-end fashion.

- Works with enterprise programs (such as Census Enterprise Data Collection and Processing system [CEDCaP] and Center for Enterprise Dissemination Services and Customer Innovation [CEDSCI]) to ensure that they are meeting the 2020 Census schedule and functional requirements.

*Test and Evaluation*

As part of Test and Evaluation area, SEI will per- form the following:

- Oversee integration tests of programs that are comprised of multiple projects (CEDCaP, CEDSCI, etc.).

- Oversee integration tests of projects that are not part of a larger enterprise program or col- lection of projects.

- Conduct Test Readiness Reviews (TRRs) for each program release and operational delivery.

- Conduct Integration and Test activities across programs and independent projects to ensure the 2020 Census System of Systems, as a whole, performs as expected. This level of testing could comprise many different types of tests as defined in the Test and Evaluation Management Plan.

- Conduct Performance and Scalability Test activ- ities that start at the systems level and end with integration across all the major systems and operations running concurrently to ensure the

2020 Census System of Systems, as a whole, performs as expected. There is a four-phased approach to testing defined in the Performance and Scalability Test Plan.

- Conduct Section 508 testing to demonstrate system compliance to Section 508 Standards and to the Web Content Accessibility Guidelines (WCAG) 2.0. Section 508 standards contain scoping and technical requirements for information and communication technology to ensure accessibility and usability by individuals with disabilities. Compliance with these standards is mandatory for federal agencies subject to Section 508 of the Rehabilitation Act of 1973, as amended (29 U.S.C. 794d). Section 508 requires WCAG alignment. WCAG covers a wide range of recommendations for making Web content more accessible.

- Document System Integration, Performance and Scalability, and Section 508 test readiness in a Test Analysis Report.

*Deployment and Operations and Maintenance (O&M)*

The SEI Operation provides oversight and structure around the deployment of systems as well as O&M processes. As part of the Deployment and O&M activities, the SEI Operation will perform the following:

- Provide oversight to ensure that all systems are deployed and ready to support 2015–2018 Census Tests and 2020 Census activities.

- Conduct Production Readiness Reviews (PRRs) for each program release.

- Provide oversight to ensure all supporting organizations are set up and ready to support all operational activities.

**Work Completed**

The following work has been completed for this operation:

2017 Census Test:

- Conducted Printing and Mailing Release TRRs.
- Conducted Self-Response TRRs.

2018 End-to-End Census Test:

Two Systems Requirements Reviews (SRRs), one Critical Design Review (CDR), eight TRRs were conducted.

- Utilized commercial Cloud Service Provider.

- Integrated 44 of 52 2020 Census systems— approximately 87 percent have completed development.

- Supported operations, including new operations such as Address Canvassing (ADC), Coverage Improvement (CI), Update Leave (UL), Nonresponse Followup (NRFU), and Group Quarters (GQs).

- Utilized optimized assignment for NRFU Operation.

- Utilized a centralized repository of response data.

- Utilized mobile devices for the NRFU Operation.

- Stood up Internet-based application for recruiting applicants.

- Stood up Network Operations Center and Security Operations Center.

- Stood up a software deployment process and testing framework.

- Stood up service-oriented architecture system for transacting data between systems.

- Captured responses from all modes, paper, Internet, and telephony.

- The following releases were deployed to Production:

  º In-Field Address Canvassing.

  º Self-Response, which included printing, mailing, workload, and Census Questionnaire Assistance (CQA), Self-Response, GQs Advanced Contact, all GQs training, and CQA training.

  º Field Enumeration, which included UL, GQs, Service-Based Enumeration, NRFU, and CI.

  º Tabulation, Dissemination, and Self-Response Quality Assurance.

2020 Census:

- Four SRRs, four CDRs, and one TRR for 2020 Census have been conducted.

DOC_0000075

- Conducted business operations for In-Office ADC Operation, Geographic Programs Operation, and Local Update of Census Addresses Operation.

- BPMs and business and capability requirements are baselined for all business operations.

- Solutions for the 2015 Optimizing Self-Response Test, 2015 Census Test, 2015 National Content Test, 2016 Census Test, 2017 Census Test, and 2018 End-to-End Census Test were delivered.

- The solution architectures for the 2016 Census Test, the ADC Test, 2017 Census Test, and 2018 End-to-End Census Test were baselined.

- Developed the 2020 Census backlog to iden-tify, manage, and track all remaining develop-ment activities for the 2020 Census System of Systems

- The IIP was developed and several key IIP Reviews were held, including:

  º SRRs for the 2017 Census Test and 2018 End-to-End Census Test.

  º CDRs for the ADC Test, 2017 Census Test, and 2018 End-to-End Census Test.

  º TRRs for 2016 Census Test, ADC releases, 2017 Census Test, and 2018 End-to-End Census Test.

  º PRRs for the 2016 Census Test releases, 2017 Census Test, and 2018 End-to-End Census Test.

- In August 2018, the 2020 Census IIP was enhanced from the original four releases into 16 Operational Deliveries (ODs). This enhancement provides additional development and testing time along with better alignment to the dates that each system is used by an operation.

- Early Operations Preparation (OD 1.0) TRR was held in July 2018.

- A new Initial Baseline Review milestone was added before TRR to mark formal scope defini-tion and requirements allocations to each OD.

### Decisions Made

The following decisions have been made for this operation:

- ✓ The following key roles were filled to support the SEI Operation:

  º 2020 Systems Coordinator.

  º Chief Program Engineer.

  º Lead Program Engineer.

  º Business Integration Manager.

  º Release Manager.

  º Integration Test Lead.

  º Mobile Test Lead.

  º Chief Program Architect.

  º Chief IT Security Engineer.

  º Chief Data Architect.

  º Mobile Engineering Lead.

  º IT Infrastructure Lead.

  º Performance and Scalability Lead.

  º Performance Engineer.

- ✓ The sourcing approach of the 2020 Census CAPs has been determined by a combina-tion of factors. The BPMs and requirements that support a given operation serve as input to the requirement allocations process. The sourcing approach maximizes the utilization of Enterprise programs and existing IT solutions and services. Acquired services are also con-sidered for sourcing capabilities. The Technical Integrator Architecture Team Lead and the Chief Architect finalize and approve draft allocations.

- ✓ The 2020 Census Program will leverage the enterprise infrastructure and enterprise solu-tions as appropriate.

- ✓ Specific tools to support program-level testing have been selected that will cover testing needs for functional, accessibility, mobility, scalabil-ity, and performance aspects of the decen-nial supporting system. Test materials from project-level testing and simulated data will be used during program-level testing.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

SEI activities have a critical impact on the 2020 Census. Because many of the innovations aimed at reducing the cost of the census rely on IT solutions, the effectiveness of this operation could have an effect on the overall cost of the 2020 Census.

DOC_0000076

Impacts of this operation on overall 2020 Census quality include the following:

↑ Increase quality by setting up robust processes for system development.

  º Integration Test.

  º Performance and Scalability.

  º Design.

  º Architecture.

  º Testing.

### Risks

Major concerns for the SEI Operation are covered by the IT-related 2020 Census Program risks listed in Chapter 6.

### Milestones

| Date | Activity |
|------|----------|
| 2012 | Baseline the initial 2020 Census SEI Plans for each component described in this section. |
| 2013 | Create architecture and requirements artifacts for the 2014 Census Tests. |
| 2014 | Initial Baseline PLBR and CAP (to be updated as design matures). |
| 2015 | Establish Baseline 1 of Solution Architecture.<br><br>Establish Baseline 1 of PLBR and CAP, which includes requirements for 2016 Census Test.<br><br>Determine the approach for conducting integrated tests for 2016, 2017, and 2018 Census Tests (Design Decision 1).<br><br>Determine tools and test materials required to support the integrated tests (Performance, Test Services, Representative Test Data, etc.) (Design Decision 2). |
| April 2016 | Complete a deployment of systems supporting 2016 Census Test. |
| July 2016 | Conduct CDR and TRR for Address Canvassing Test.<br><br>Conduct SRR and CDR for 2017 Census Test and establish Baseline 2 of PLBR, CAP and Solution Architecture. |
| August 2016 | Conduct SRR and CDR for 2018 End-to-End Census Test and establish Baseline 3 of PLBR, CAP and Solution Architecture.<br><br>Conduct PRR and complete deployment of systems supporting Address Canvassing Test. |

| Date | Activity |
|------|----------|
| October 2016 | Complete a deployment of systems supporting 2016 Census Test. |
| November 2016 | Complete TRR for 2017 Census Test.<br><br>Complete TRR for 2018 End-to-End Census Test for ADC Recruiting. |
| December 2016 | Complete PRR for 2018 End-to-End Census Test for ADC Recruiting/Deployment. |
| January 2017 | Complete PRR and deployment of systems supporting 2017 Census Test recruiting, training and self-response releases.<br><br>Complete TRR for 2017 Census Test. |
| March 2017 | Complete TRR for 2018 End-to-End Census Test ADC Training. |
| May 2017 | Complete SRR for 2020 Census Release 1. |
| May 2017 | Complete TRR for 2018 End-to-End Census Test In-Field ADC. |
| June 2017 | Conduct Initial SRR for 2020 Census.<br><br>Complete CDR for 2020 Census Release 1. |
| June 2017 | Conduct TRR for 2018 End-to-End Census Test Peak Operation Recruiting.<br><br>Complete PRR for 2018 End-to-End Census Test ADC Training. |
| July 2017 | Complete deployment for 2018 End-to-End Census Test ADC Training and PRR for 2018 End-to-End Census Test In-Field ADC.<br><br>Conduct 2018 End-to-End Census Test PRR for Peak Operation Recruiting. |
| July 2017 | Complete SRR for 2020 Census Release 2. |
| August 2017 | Complete CDR for 2020 Census Release 2. |
| August 2017 | Complete deployment for 2018 End-to-End Census Test In-Field ADC and Peak Operation Recruiting.<br><br>Complete second SRR and CDR for 2020 Census. |
| October 2017 | Complete PRRs and deployment of systems supporting first four releases of the 2018 End-to-End Census Test.<br><br>Conduct TRR for systems supporting self-response and field enumeration releases of the 2018 End-to-End Census Test.<br><br>Complete TRR for systems supporting 2018 End-to-End Census Test self-response and field enumeration training. |
| November 2017 | Complete SRR for 2020 Census Release 3. |

DOC_0000077

| Date | Activity |
|------|----------|
| December 2017 | Complete TRR for systems supporting 2018 End-to-End Census Test field enumeration. |
| January 2018 | Complete PRR and deployment of systems supporting self-response and field enumerations releases of the 2018 End-to-End Census Test. |
| January 2018 | Complete SRR for 2020 Census Release 4. |
| February 2018 | Complete CDR for 2020 Census Release 4. |
| February 2018 | Complete PRR for 2018 End-to-End Census Test field enumeration. |
| April 2018 | Complete TRR for tabulation/dissemination release of 2018 End-to-End Census Test. |
| July 2018 | Complete TRR for Early Operations Recruiting, Selection, Hiring, and Training. |
| August 2018 | Complete PRR for Early Operations Recruiting. |
| October 2018 | Complete PRR and deployment of systems supporting tabulation and dissemination for the 2018 End-to-End Census Test. |
| October 2018 | Complete PRR for Early Operations Selection, Hiring, and Training. |
| March 2021 | Release final, as-built, and operated Solution Architecture. |
| Annually | Refresh and reissue strategic program documentation based on lessons learned, test results, and other feedback. |

### 5.3.2   Security, Privacy, and Confidentiality

| Detailed Planning Status: | **In Production DOP published in FY 2017** |
|---|---|

*Purpose*

The Security, Privacy, and Confidentiality (SPC) Operation ensures that all operations and systems used in the 2020 Census adhere to laws, policies, and regulations that:

- Ensure appropriate systems and data security.
- Protect respondent and employee privacy and confidentiality.

***Changes Made Since Version 3.0 Operational Plan Release:*** There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census and other reviews, the following recommendations were made:

- Ensure IT systems and applications supporting the 2020 Census have the proper security authorization prior to start of operations.
- Ensure all 2020 Census accepted IT security risks are in alignment with the Census Bureau's security program policies.
- Ensure all of the 2020 Census IT system security risks are monitored by the 2020 Census Risk Review Board, as well as an Information System Security Officer and the Office of Information Security.
- Embed an Office of Information Security security engineer in the 2020 Census Program to ensure compliance with the IT security program and integration with the Census Bureau's Enterprise environments.
- Ensure all employees supporting IT security are certified in accordance with the Census Bureau's IT security program.

*Operational Innovations*

Operational innovations include the following:

- Implement an IT Security Program Risk Management Framework in accordance with National Institute of Standards and Technology guidelines.
- Hire a 2020 Census Chief IT Security Engineer to support application development, mobile computing, and enterprise systems.
- Increase staff in the Census Bureau Office of Information Security to provide penetration testing services and more extensive scanning for vulnerabilities and configuration management.
- Align all Privacy Impact Assessments and Privacy Threshold Analyses to the System Security Plans.

*Description of Operation*

The SPC Operation ensures that all operations and systems used in the 2020 Census adhere to the appropriate systems and data security, respondent

DOC_0000078

and employee privacy and confidentiality policies, laws, and regulations. Specific requirements are outlined below.

*Security*

Ensure Compliance with the following laws and Census Bureau policies:

- IT Security Program Policy: Ensure all 2020 Census systems meet federal, Department of Commerce, and Census Bureau IT security policy requirements as identified in the Census Bureau IT Security Program Policy and relevant National Institute of Standards and Technology documentation.

- Ensure that the 2020 Census only collects information necessary for complying with the 2020 Census mission and legal requirements.

- Ensure all 2020 Census systems have an Authority to Operate.

- Ensure each system has a designated Information System Security Officer.

- Ensure all 2020 Census Program systems are covered by the Risk Management Framework, which includes processes to ensure systems undergo a security review before testing and a full security assessment before obtaining an Authority to Operate (ATO).

- Ensure Appropriate Suitability Screening Processes are in place.

*Privacy and Confidentiality*

- Ensure that the Census Bureau meets its legal obligations to protect privacy and confidentiality as prescribed by Title 5 and the Privacy Act of 1974, the E-Government Act of 2002, the Census Act (Title 13 United States Code [U.S.C.]) and the Internal Revenue Code (Title 26 U.S.C.); and adheres to the data stewardship policies that support these legal obligations.

- Ensure that all employees of the Census Bureau and temporary staff authorized under Title 13 U.S.C. §23(c) supporting 2020 Census operations have sworn to uphold the confidentiality provisions of Title 13 U.S.C. §9. These individuals must:

  º Sign an affidavit of nondisclosure and receive Special Sworn Status.

  º Complete the necessary Data Stewardship and IT Security Awareness training.

- Ensure that all employees and temporary staff working with data protected by Title 26 U.S.C. have completed the necessary Title 26 Awareness training and that their access is controlled and tracked per Internal Revenue Service standards.

- Ensure that the 2020 Census complies with the Census Bureau's data stewardship policies including:

  º The Census Bureau's Privacy Principles.

  º Controlling Nonemployee Access to Title 13 Data Policy (DS-006).

  º Safeguarding and Managing Information Policy (DS-007).

  º Data Linkage Policy (DS-014).

  º Administrative Data Acquisition, Access, and Use Policy (DS-001).

  º Respondent Identification and Sensitive Topics in Dependent Interviewing Policy (DS-016).

  º Control of Access to Personally Identified Survey and Decennial Census Data: Unauthorized Browsing Policy (DS-018).

  º Policy On Conducting Privacy Impact Assessments (DS-019).

  º Data Breach Policy (DS-022).

- Ensure Decennial Privacy Impact Assessments and Privacy Threshold Analyses are current.

- Ensure that each system of record has an appropriate System of Record Notice published in the Federal Register.

- Establish a System of Record Notice for Device as a Service technology to be used in the 2020 Census.

- Ensure a privacy notice is available on all Census Bureau social media sites and other third-party Web sites operated by or on behalf of the agency.

- Align the Privacy Impact Assessments and Privacy Threshold Analyses to security plans as part of the accreditation process; work with training operations to ensure 2020 Census managers and staff are prepared to notify the respondents about the purpose and planned statistical uses of the information collected.

- Ensure that the Privacy Act statement is present on all documents, forms, and questionnaires

DOC_0000079

(paper and electronic) that collect personally identifiable information.

- Support the Paperwork Reduction Act submission process for decennial collections.

- Ensure Personally Identifiable Information Incident Handling process is operational.

- Recharter the decennial policy team as a subcommittee of the Data Stewardship Executive Policy Committee to serve as an interdisciplinary body of experts in the area of security, privacy, confidentiality, law, policy, methodology, information technology, and communications to advise the 2020 Census in policy issues that arise during the planning and execution of the program.

### Work Completed

The following work has been completed for this operation:

#### Encryption

- Researched securely managing data on mobile devices using Mobile Application Manager (MAM) software solution.

#### Cloud Technology

- Adopted the "Cloud First" strategy.

- Examined the requirements of the applications and underlying infrastructure from a security compliance perspective.

- Examined the requirements for hybrid cloud capabilities to allow flexibility in leveraging cloud technology to meet future program requirements.

- Enabled the deployment of cloud-based services.

- Documentation.

- Worked with Office in Information Security (OIS) and Decennial Contracts Execution Office (DCEO) to develop the ATO schedules for future integration releases.

- Worked with OIS, Systems Engineering and Integration Operation, and DCEO/Technical Integrator on a plan which supports the mitigation and monitoring of Plan of Action and Milestones to reduce security risk of the systems supporting the 2020 Census.

### Decisions Made

The following decisions have been made for this operation:

- ✓ The 2020 Census will access Title 13 and Title 26 data, including administrative records and third-party data, remotely using the Virtual Desktop Infrastructure, Virtual Private Network, and other secure infrastructure.

- ✓ In Decision Memorandum 2016.01, the Census Bureau decided to implement the Device as a Service strategy for provisioning equipment to enumerators in the 2020 Census. The mobile devices that will be provisioned to enumerators in the 2020 Census through the Device as a Service strategy will be managed by an Enterprise Mobility Management[4] (EMM) solution that offers Mobile Device Management (MDM) and MAM capabilities.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in SPC is projected to have minimal influence on the overall cost and quality of the 2020 Census.

### Risks

In accordance with the Census Bureau's security policy, all IT systems must undergo an independent security assessment and acquire the authorization to operate prior to operating in the production environment. In addition, all systems must meet the Census Bureau's Risk Management Framework continuous monitoring requirements. **IF** an IT system supporting the 2020 Census encounters an unexpected configuration change, which affects the system's security posture, **THEN** additional security assessments are required, which may result in an increase in security support costs, an increase in the system security risk rating, and schedule delays.

---

[4] Both MDM and MAM fall under the umbrella term of EMM. MDM and MAM each perform different functions. MDM manages device functions such as connectivity and device policies. MAM typically involves a secure workspace to manage and protect mobile applications and its data.

DOC_0000080

*Milestones*

| Date | Security Activity |
|------|-------------------|
| April 2015 | Monitored security of systems used in the 2015 Census Test. |
| January 2016 | Conducted security reviews and assessments on system releases for the 2016 Census Test. |
| October 2016 | Conducted security reviews and assessments on system releases for the 2017 Census Test. |
| March 2017 | Released SPC Detailed Operational Plan. |
| October 2017 | Conducted security reviews and assessments on system releases for the 2018 End-to-End Census Test. |
| October 2018 | Conduct security reviews and assessments on system releases for the defect resolution testing and post end-to-end performance testing in 2019. |

### 5.3.3   Content and Forms Design

| Detailed Planning Status: | **In Production** **DOP published in FY 2016** |
|---------------------------|------------------------------------------------|

*Purpose*

The Content and Forms Design (CFD) Operation performs the following activities:

- Identify and finalize content and design of questionnaires and associated nonquestionnaire materials such as letters, postcards, inserts, envelopes, and field enumeration materials.

- Ensure consistency across data collection modes and operations, including (but not limited to) questionnaire content, help text, mailing materials, and field enumeration materials.

- Provide the optimal design and content of the questionnaires to encourage high response rates.

*Changes Made Since Version 3.0 Operational Plan Release:* Although there have been no major changes to this operation, in this fiscal year, the Census Bureau finalized the questions planned for the 2020 Census and submitted this documentation to Congress.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Ensure sufficient time for testing the question-naire content. Also include testing of associated nonquestionnaire materials.

- Consider forms design elements (size, color, spacing implications, etc.), mode, and language when finalizing questionnaire content and design. Also test for successful data capture before implementation.

- Conduct comprehensive testing of optimized content in the usability lab and in a field test to prevent unanticipated negative impacts on data quality.

- Determine if a bilingual initial or replacement questionnaire in bilingual selected tracts is beneficial.

*Operational Innovations*

Operational innovations include the following:

- Create consistent content for automated data collection instruments needed for Internet Self-Response and Nonresponse Followup (NRFU) Operations.

- Redesign the bilingual paper questionnaires to flip-style design.

*Description of Operation*

The CFD Operation is responsible for identifying and finalizing the content and design of question-naires and associated nonquestionnaire materials. To support the 2020 Census, the CFD Operation ensures content consistency across data collection modes and operations, as wording may vary depending on mode of data collection. The CFD Operation is responsible for creating, refining, and finalizing instrument specifications for all data collection modes—Internet, phone, paper, and field enumeration. This is a significant departure from the 2010 Census, which relied on paper for data collection.

Specific activities of the CFD Operation include the following:

- Developing content specifications for all data collection modes: Internet, phone, paper, and field enumeration.

- Pretesting questionnaire content (e.g., cognitive testing, focus groups).

DOC_0000081

- Finalizing content development and design of questionnaires across all modes: Internet, phone, paper, and field enumeration.

- Finalizing content development and design of associated nonquestionnaire materials including letters, postcards, inserts, envelopes, notice of visit, and confidentiality notice.

- Optimizing questionnaire designs for each mode and all supporting materials, in alignment with systems specifications.

- Ensuring questionnaire content and supporting materials are accurate, appropriate, consistent, inviting, and easy to understand across self-response and nonresponse data collection modes.

### Research Completed

The following research has been completed for this operation:

- Qualitative Research on Content:
  - Conducted qualitative research on alternative questionnaire wording for the following topics: race and Hispanic origin, relationship, within-household coverage.
    - Findings: Informed questionnaire wording (for content variations) tested in the 2015 National Content Test and other Research and Testing Phase testing.
  - Conducted expert review of paper questionnaire design and inclusion of write-in fields for all race categories.
    - Findings: Informed layout of paper questionnaire design for the 2015 National Content Test.

- Usability and Systems Testing:
  - Conducted usability testing of automated data collection instruments (Internet, field enumeration).
    - Findings: Informed final instrument layout and navigation for 2014, 2015, and 2016 Census Tests and the 2015 National Content Test.
  - Conducted testing on data capture of paper questionnaire responses.
    - Findings: Informed paper questionnaire layout for the 2014, 2015, and 2016 Census Tests and the 2015 National Content Test.

- Conducted 2014 Census Test (relationship response categories).
  - Findings: Continue testing new relationship response categories.

- Conducted 2015 Census Tests (content and questionnaire design).
  - Findings: Coverage questions added to respondent burden (based on observations of field operations and respondents' reactions to questionnaire content).

- 2015 National Content Test (content and questionnaire design):
  - Finalized content to be tested during the 2015 National Content Test.
  - Developed content specifications for Internet data collection instrument.
  - Developed English and Spanish bilingual paper questionnaires (10 versions: eight for stateside, two for Puerto Rico).
  - Developed Computer-Assisted Telephone Interview instrument specifications for the 2015 National Content Test Race and Coverage Reinterview.

- 2016 Census Test (content and questionnaire design):
  - Finalized content to be tested during the 2016 Census Test.

- 2017 Census Test (content and questionnaire design).
  - Finalized content to be tested during the 2017 Census Test.

- 2018 End-to-End Census Test (content and questionnaire design).
  - Finalized content for the 2018 End-to-End Census Test.

### Decisions Made

The following decisions have been made for this operation:

- ✓ Flip-style bilingual paper questionnaires will be used for household enumeration.

- ✓ Coverage questions will be streamlined to reduce respondent burden while maintaining data quality (based on 2014 and 2015 Census Test field observations).

DOC_0000082

✓ The subjects planned for the 2020 Census were submitted to Congress on March 28, 2017. The subjects planned for the 2020 Census include age, gender, race/ethnicity, relationship to householder, and tenure of occupied housing unit.

✓ The paper questionnaire layout for the respondents living in residences other than households, such as group quarters and transitory locations, will be 9 x 11 inches in size, similar to the housing unit questionnaires.

✓ The Questions Planned for the 2020 Census and American Community Survey document was submitted to Congress on March 29, 2018.

✓ The 2020 Census questionnaires will be 9 x 11 inches in size. Questionnaire layout will be person-based and bilingual questionnaires will use a flip-style design. Letters, language assistance sheets, and information sheets will be 8.5 x 11 inches in size. Inserts, confidentiality notices, and notices of visit will be a half sheet, 8.5 x 5.5 inches in size. The language identification card will feature an accordion-fold of 8.5-x-11-inch pages.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in CFD is projected to have minimal influence on the overall cost of the 2020 Census.

Impacts of this operation on overall 2020 Census quality include the following:

↑ Internet questionnaire design is anticipated to improve the quality of self-response.

↑ Automated NRFU instrument is anticipated to improve quality of response

*Risks*

The questions planned for the 2020 Census were submitted to Congress in March of 2018. Any additional changes to this content will substantially impact scope, schedule, and resources for the 2020 Census. These impacts include, but are not limited to, the following:

• Automated data collection instrument content specifications will need to be updated, including any necessary residual updates to the flow of the instrument.

• Updated automated data collection instruments will need to be programmed, usability-tested, and redeployed.

• Updated automated data collection instruments will need to be tested to ensure responses are accurately captured and processed.

• Paper questionnaires will need to be updated.

• Updated paper questionnaires will need to be tested to ensure responses can be accurately captured.

• Questionnaire print files will be need to be updated, and some questionnaires may need to be reprinted.

• Non-English automated data collection instrument content specifications in 12 languages will need to be updated, and those translations will need to be reviewed and pretested.

• Non-English updated automated data collection instruments will need to be programmed, usability-tested, and redeployed.

• Language assistance guides in 59 non-English languages will need to be updated and reviewed.

• Content-related training of Census Questionnaire Assistance agents and enumerators will need to be updated, reviewed, and redeployed.

• Content-related nonquestionnaire materials will need to be updated and reviewed.

• Downstream systems that capture data or receive responses, process data, and create reports and data products need to be updated.

**IF** there are any additional changes to the content, **THEN** the resulting updates will require additional time in the schedule, potentially delaying deliverables and increasing cost.

*Milestones*

| Date | Activity |
| --- | --- |
| May 2015 | Complete cognitive testing of paper questionnaire content for 2015 National Content Test (English, Spanish). |
| | Complete cognitive testing of paper questionnaire content and associated nonquestionnaire materials in multiple languages. |

DOC_0000083

| Date | Activity |
|------|----------|
| August 2015 | Complete cognitive testing of Internet questionnaire content for 2015 National Content Test for English and Spanish. |
| | Start conducting the 2015 National Content Test. |
| October 2015 | Complete the 2015 National Content Test (data collection). |
| | Final questionnaire content for the 2016 Census Test: Race, Relationship, Coverage Baselined instrument specifications for the 2016 Census Test. |
| February 2016 | Complete cognitive and usability testing of Chinese and Korean Internet and NRFU instruments and associated nonquestionnaire materials. |
| June 2016 | Receive analysis of 2015 National Content Test results. |
| | Cognitive testing of possible additional topics (e.g., tribal enrollment). |
| August 2016 | Receive results from cognitive test of possible additional topics (e.g., tribal enrollment). |
| September 2016 | Release the CFD Detailed Operational Plan. |
| October 2016 | Analysis of the 2016 Census Test results. |
| | Finalize questionnaire content for the 2017 Census Test. |
| | Baselined instrument specifications for the 2017 Census Test. |
| April 2017 | Submit 2020 Census topics to Congress. |
| October 2017 | Finalize questionnaire content for the 2018 End-to-End Census Test. |
| | Baselined instrument specifications for the 2018 End-to-End Census Test. |
| April 2018 | Submit 2020 Census question wording to Congress. |
| May 2019 | Finalize 2020 Census paper questionnaires for print. |
| | Finalize 2020 Census questionnaires design and layout across all modes. |
| March 2020 | Deploy 2020 Census self-response data collection instruments and materials. |

### 5.3.4  Language Services

| Detailed Planning Status: | **In Production DOP published in FY 2016** |
|---|---|

*Purpose*

The Language Services (LNG) Operation performs the following activities:

- Assess and support language needs of non-English speaking populations.

- Determine the number of non-English languages and level of support for the 2020 Census.

- Optimize the non-English content of questionnaires and associated nonquestionnaire materials across data collection modes and operations.

- Ensure cultural relevancy and meaningful translation of 2020 Census questionnaires and associated nonquestionnaire materials.

*Changes Made Since Version 3.0 Operational Plan Release:* The Census Bureau issued the 2020 Census Non-English Language Support memorandum in February 2018. The memorandum documents the 2020 Census Program decision regarding the number of non-English languages that will be supported, and the level of support, during the 2020 Census operations.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Conduct further research on language selection criteria.

- Conduct cognitive testing earlier in the decade to allow for high-quality translation of questionnaires and nonquestionnaire materials.

- Optimize non-English materials to ensure cultural relevance for intended audiences.

DOC_0000084

- Allow Internet responses in English and other languages.
- Test a Spanish version of the questionnaire on the Internet.

### Operational Innovations

Automated data collection instruments available in non-English languages.

### Description of Operation

The LNG Operation is responsible for assessing language needs of the nation and identifying ways to reduce language barriers to enumeration for respondents within limited English-speaking households. To support the 2020 Census, the LNG Operation will determine the number of non-English languages and level of support and optimize the non-English content of questionnaires and associated nonquestionnaire materials. The operation will ensure cultural relevancy and meaningful translation of these materials across data collection modes and operations.

To achieve the goal of reducing language barriers to enumeration, the LNG Operation supports the 2020 Census operations by providing data collection instruments in non-English languages, optimizing the format of bilingual paper questionnaires, and enhancing the content of all non-English mailing and field materials—such as questionnaires, letters, postcards, the notice of visit, and the confidentiality notice—through pretesting to ensure question wording and messages are consistent and culturally relevant.

To achieve the goals of assisting and creating multiple modes of collecting information from non-English-speaking respondents, the LNG Operation conducts research on language needs and trends and relies on sociolinguistic approaches to provide language operations and assistance and to identify, create, and refine non-English materials for Limited English Proficiency (LEP) respondents. The operation also includes a National Advisory Committee Language Working Group for National Advisory Committee members and subject-matter experts to jointly strategize on language operations for the 2020 Census.

Specific activities of the LNG Operation include the following:

- Determining the number of non-English languages and level of support during the 2020 Census.
- Optimizing the content of non-English questionnaires for each data collection mode, as appropriate, for LEP populations.
- Ensuring culturally and functionally appropriate questionnaire design and content across translations (e.g., through pretesting).
- Optimizing non-English content of mailing materials to: (1) ensure non-English speakers receive the same message as English speakers prior to going online; (2) determine whether non-English speakers respond differently to number and ordering of contacts than English speakers; and (3) determine whether or not adding multilanguage public-use forms increases participation by non-English speakers.
- Providing language guides in multiple languages, including American Sign Language, large print, and braille.

### Research Completed

The following research has been completed for this operation:

- Qualitative Research on Non-English Content:
  º Tested for accuracy and cultural appropriateness of translated questionnaire content for the following languages: Spanish, Chinese, Korean, Vietnamese, Russian, Arabic.
    - Findings: Informed questionnaire wording for 2015 National Content Test and other mid-decade testing.
  º Conducted joint cognitive and usability testing of non-English Internet Self-Response (ISR) instrument in Chinese, Vietnamese, Korean, Russian, Arabic, Tagalog, Polish, French, Haitian Creole, Portuguese, and Japanese.
    - Findings: Informed the 2020 Census ISR non-English wording
- In-House Review of Materials:
  º Conducted expert review of field materials in non-English languages.
    - Findings: Informed translated content of Notice of Visit for the 2015 Census Test; Revised Language Identification Card.

DOC_0000085

- º Conducted expert review of 2020 Census materials, including Language Assistance Sheet, scripts for Census Questionnaire Assistance (CQA) agents, and language guide templates.
  - • Findings: Informed translated content of 2020 Census materials.
- • Language Needs Assessment:
  - º Assessed current language needs using American Community Survey (ACS) data.
    - • Findings: Informed non-English support for 2015, 2016, 2017 End-to-End Census Tests and the 2015 National Content Test.
  - º Analyzed the 2016 ACS, 5-year estimates to identify language groups with at least 2,000 limited-English-speaking households, and assessed these languages for translation feasibility.
    - • Findings: Informed 2020 Census Non-English Language Support.
- • Research on Translation Technology:
  - º Conducted research on translation machines.
    - • Findings: Machine translations generally show severe structural, grammatical, and contextual errors and should not replace human translations.
- • Usability and Systems Testing:
  - º Conducted usability testing of Spanish auto-mated data-collection instruments (Internet, field enumeration).
    - • Findings: Informed final instrument layout and navigation for the 2014, 2015, 2016, and 2017 Census Tests and the 2015 National Content Test.
  - º Conducted usability testing of Chinese and Korean automated data-collection instruments (Internet, field enumeration) for the 2016 Census Test.
    - • Findings: Informed final instrument layout and navigation for the 2016 Census Test.
  - º Conducted testing on data capture for mid-decade testing.
    - • Findings: Informed paper questionnaire layout for the 2014, 2015, 2016, and 2017 Census Tests and the 2015 National Content Test.

- • Field Testing of Non-English Instruments and Materials:
  - º Conducted testing of data collection instru-ments (Internet, phone, paper, field enumer-ation) and mailing/field materials in Spanish, Chinese, and Korean.
    - • Findings: Informed final instrument layout and navigation for the 2016 Census Test.
  - º Conducted testing of non-English data collection through CQA in Spanish, Chinese, Vietnamese, Korean, Russian, Arabic, and Tagalog.
    - • Findings: Informed 2020 Census CQA non-English content.

### Decisions Made

The following decisions have been made for this operation:

- ✓ Flip-style bilingual paper questionnaires will be used instead of the swimlane style.
- ✓ The LNG Operation utilized a National Advisory Committee Language Working Group for early engagement on language assistance plans for the 2020 Census.
- ✓ During the 2020 Census, CQA will support English, Spanish, Chinese (Mandarin and Cantonese), Vietnamese, Korean, Russian, Arabic, Tagalog, Polish, French, Haitian Creole, Portuguese, and Japanese.
- ✓ During the 2020 Census, the ISR instrument and CQA will be provided in 12 non-English lan-guages. In addition, language guides, language glossaries, and language identification cards will be provided in 59 non-English languages.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in LNG is projected to have minimal influence on the overall cost of the 2020 Census.

Impacts of this operation on overall 2020 Census quality include the following:

- ↑ Automated data collection instruments in non-English languages anticipated to improve quality of responses from non-English speaking respondents.

DOC_0000086

↑ Culturally appropriate, translated questionnaires and associated nonquestionnaire materials anticipated to improve quality of responses of non-English speaking respondents.

*Risks*

Any changes to the 2020 Census English ISR content specification will impact all non-English content specifications. **IF** final English content changes less than 15 working days before the Release 3 TRR, **THEN** there will not be adequate time in the schedule to translate, develop, pretest, and produce non-English Internet questionnaires for the 2020 Census before that TRR date.

*Milestones*

| Date | Activity |
|------|----------|
| March 2016 | Deploy Internet and NRFU instruments in Spanish, Chinese, and Korean for the 2016 Census Test. |
| | Deploy bilingual paper questionnaire and associated nonquestionnaire materials in Spanish, Chinese, and Korean for the 2016 Census Test. |
| September 2016 | Release the LNG Detailed Operational Plan. |
| 2016–2019 (ongoing) | Conduct qualitative research on data collection instruments and materials in additional languages. |
| September 2017 | Determine number of non-English languages and level of support for the 2020 Census. |
| February 2018 | Issue 2020 Census Non-English Language Support through the 2020 Census Memorandum series. |
| March 2018–2019 | Continue development of Internet instrument in additional non-English languages for 2020. |
| March 2020 | Deploy 2020 Census non-English self-response data collection instruments and materials. |

## 5.4 FRAME

The operations in this area have the goal of developing a high-quality geospatial frame that serves as the universe for the enumeration activities. This area consists of three operations: Geographic Programs (GEOP), Local Update of Census Addresses (LUCA), and Address Canvassing (ADC). Each is described below.

### 5.4.1 Geographic Programs

| Detailed Planning Status: | **In Production** **DOPs published in FY 2016** |
|---------------------------|-------------------------------------------------|

*Purpose*

The Geographic Programs (GEOP) Operation provides the geographic foundation in support of the 2020 Census data collection and tabulation activities within the Master Address File/Topologically Integrated Geographic Encoding and Referencing (MAF/TIGER) System. The MAF/TIGER System (software applications and databases) serves as the national repository for all of the spatial, geographic, and residential address data needed for census and survey data collection, data tabulation, data dissemination, geocoding services, and map production.

Components of this operation include:

* Geographic Delineations.
* Geographic Partnership Programs.
* Geographic Data Processing.

*Changes Made Since Version 3.0 Operational Plan Release:* There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

* Consider consolidation of field operations, and Types of Enumeration Areas (TEA) values used to support field operations.
* To the greatest extent possible, attempt geographic reconciliation activities of boundaries on an ongoing basis throughout the decade.
* To the greatest extent possible, geographic extracts and updates should be made in an electronic form to reduce the production, shipping, and handling of paper maps and paper listings by the Census Bureau and its program participants.
* Update the MAF through partnership programs in order to increase the Census Bureau's ability to geocode addresses from the United States

DOC_0000087

 **Geographic Delineations**

- Type of Enumeration Area (TEA) development and delineation
- Basic Collection Unit (BCU) development and testing
- Delineation of Special Land-Use Areas
- Field management area delineation

 **Geographic Partnership Programs**

- Boundary and Annexation Survey (BAS)
- Participant Statistical Areas Program/Tribal Statistical Areas Program (PSAP/TSAP)
- Boundary Validation Program (BVP)
- Public-Use Microdata Areas (PUMAs)

 **Geographic Data Processing**

- Augmentation of MAF/TIGER System with addresses from administrative records and third party data
- MAF/TIGER Extract Support
- Geographic Data Processing
- Geographic Area Reconciliation Program

**Figure 30: Summary of Geographic Program Components**

Postal Service (USPS) Delivery Sequence File (DSF).

*Operational Innovations*

Operational innovations include the following:

- Use of varied data sources (e.g., imagery and third-party data) to validate and augment the MAF/TIGER System throughout the decade:
  - As part of the Geographic Support System Initiative (GSS-I) the Census Bureau has obtained address and road center-line data from state and local partnerships and has updated the MAF/TIGER System with these data since 2013.
  - Ongoing investigation of potential use of third-party data sources.
- Development of a modular, multimode, Geographic Update Partnership Software (GUPS) to streamline partners' participation.
- Delineation of Basic Collection Units (BCUs) to:
  - Eliminate operation specific Assignment Area delineations.
  - Incorporate data and information not previously used in delineation such as predominant housing unit (HU) characteristics [e.g., single unit, group quarters (GQs), and mobile homes].

*Description of Operation*

The GEOP Operation includes components of the 2020 Census that are geographic in nature. The

components of the GEOP project fall into three general categories as shown in Figure 29:

- Geographic Delineations.
- Geographic Partnership Programs.
- Geographic Data Processing.

*Geographic Delineations*

The Geographic Delineation component of the GEOP determines, delineates, and updates the geographic area boundaries for 2020 Census data collection and data tabulation. Census data collection relies on the delineation of various geographic areas, known as "collection geography," to support the capture of data during census activities. This includes both the delineation of the methods used to enumerate households and the definition of field management areas. The following collection geography is delineated during the 2020 Census:

- **TEA:** In an effort to ensure the most cost effective and efficient process to enumerate households, every BCU in the United States is assigned to one specific TEA. The TEA reflects the methodology used to enumerate the households within the block. The TEA assignment utilizes a variety of information to identify the most cost effective enumeration approach for all of the United States, District of Columbia, Puerto Rico, and the Island Areas.
- **BCU:** BCU serves as the smallest unit of collection geography for all 2020 Census listing operations. The BCU replaces both the collection

DOC_0000088

block and assignment area geographies used for the 2010 Census.

- **Special Land-Use Area:** A key component of collection geography is the delineation of land areas that may require unique field treatment or tabulation. This includes military areas, GQ areas (e.g., correctional facilities and colleges and universities), and public lands. The main purpose of the special land use delineation is to improve tabulation block boundaries, to allow field operations to manage special land use areas in the field effectively, to assist in maintaining the GQ address list, to allow for public lands to be removed from In-Field Address Canvassing (ADC) (see Section 5.4.3) and other field operations, and to maintain relationships between these areas and other geographic entities such as incorporated places and American Indian Areas.

- **Field Management Area Delineation:** This component of collection geography includes delineation of geographic areas, other than BCUs and TEA, which are necessary to manage and accomplish fieldwork for the 2020 Census. In past censuses, this has included Crew Leader Districts, Field Operation Supervisor Districts, and Area Census Office boundaries. For the 2020 Census, this will consist of the Area Census Office boundaries, the Census Field Management areas, and on an operation-by-operation basis, Census Field Supervisor areas.

Census results are dependent on the delineation of various geographic areas to both tabulate and report person and household statistics. The delineation of these geographic areas, known as "tabulation geography" is based on input from partnership programs (such as the Participant Statistical Areas Program/Tribal Statistical Areas Program [PSAP/TSAP]), or internally defined tabulation criteria, such as the Urbanized Area delineation. After rules are defined or tabulation geographies are proposed by partners, the tabulation geography is delineated in the MAF/TIGER System through a series of batch and interactive delineations and then followed by a series of data integrity validations, renumbering, and certification steps. Once the tabulation geographic areas are certified, they are loaded into the MAF/TIGER database and used for the tabulation of statistical data and as the base for various geographic data

products that support the 2020 Census. Tabulation geography planned for the 2020 Census includes:

- American Indian Areas.
- Metropolitan and Micropolitan Statistical Areas and Related Statistical Areas.
- Counties.
- County Subdivisions.
- Census Designated Places.
- Census Tracts.
- Block Groups.
- Blocks.
- Congressional Districts.
- State Legislative Districts.
- Voting Districts.
- Zone Improvement Plan Code Tabulation Areas.
- Urban Areas.

These geographies are used to tabulate and disseminate data from the decennial census, the American Community Survey (ACS), and other censuses and surveys, and are used outside of the Census Bureau by other government agencies in program administration and in determining program eligibility and fund allocation.

*Geographic Partnership Programs*

Prior to the 2020 Census, the Census Bureau will conduct geographic partnership programs to make the address list as up-to-date as possible and ensure complete coverage of all HUs. The geographic partnership programs also help define statistical geographic area boundaries that will provide meaningful data from the 2020 Census. Following are the 2020 Census Geographic Partnership Programs:[5]

- **Boundary and Annexation Survey (BAS):** An ongoing survey for collecting and maintaining information about the inventory of the legal boundaries for, and the legal actions affecting the boundaries of, counties and equivalent governments, incorporated places, Minor Civil Divisions, Consolidated Cities, Urban Growth Areas, Census Areas of Alaska,

---

[5] Components of the Redistricting Data Program (RDP) and the Local Update of Census Addresses (LUCA) are also Geographic Program Partnership Programs, but they are covered in other sections of this document.

DOC_0000089

Hawaiian Homelands, and federally recognized legal American Indian and Alaska Native areas (including the Alaska Native Regional Corporations). This information provides an accurate identification and depiction of geographic areas for the Census Bureau to use in conducting the decennial and economic censuses and ongoing surveys such as the ACS.

- **PSAP/TSAP:** Programs that allow designated participants, following Census Bureau guidelines, to review and suggest modifications to the boundaries of block groups, census tracts, Census County Divisions, and Census Designated Places. Participants can also propose new Census Designated Places based on specific criteria. The 2020 Census PSAP includes all tribal statistical boundaries, which were administered through the TSAP in the 2010 Census, combining the two programs. The TSAP geographies are Oklahoma Tribal Statistical Areas, Tribal Designated Statistical Areas, State Designated Tribal Statistical Areas, tribal census tracts, tribal block groups, statistical tribal subdivisions, Alaska Native Village Statistical Areas, and for administrative purposes, one legal area, state reservations.

- **Boundary Validation Program (BVP):** The intent of the BVP is to provide the Highest Elected Official a last opportunity to review the entity boundary, and any address range breaks where the boundary of their jurisdiction intersects a road, before the tabulation of census data.

- **Public-Use Microdata Areas (PUMA):** PUMAs are statistical geographic areas defined for the tabulation and dissemination of decennial census and ACS Public Use Microdata Sample (PUMS) data. PUMS data use PUMAs in publications for the decennial census, and the ACS uses PUMAs for period estimate publications. The delineation of PUMAs occurs in the United States, Puerto Rico, and the Island Areas that meet criteria guidelines. (The Commonwealth of the Northern Mariana Islands and American Samoa do not meet population criteria for PUMS and therefore are not delineated in the PUMA program.) The PUMA Program provides participating State Data Centers an opportunity to delineate PUMAs with input from regional, state, local, and tribal organizations and agencies.

*Geographic Data Processing*

The Geographic Data Processing component of GEOP includes all activities that relate to the extract, update, and maintenance of the features, boundaries, and addresses in the MAF/TIGER System. Geographic data captured as part of the 2020 Census, including address updates, structure coordinate locations, boundaries, and roads data will be processed to ensure that the MAF/TIGER System is up to date. Following are the major geographic data processing activities that will occur in the 2020 Census:

- **Frame Development** includes the receipt and processing of various address records from sources such as the USPS, state and local governments, and third-party data sources. These data help ensure accurate address coverage within the 2020 Census Frame.

- **MAF/TIGER Extract Support** includes activities related to preparing extracts or services enabling 2020 Census systems access to addresses from the MAF/TIGER System, as well as activities related to the production of spatial extracts or services for use in various field data-collection instruments and control systems and printing of paper.

- **Geographic Data Processing** includes activities related to extract from and update to the features, boundaries, and addresses within the MAF/TIGER System. The MAF/TIGER updates include any changes to the features, addresses, or boundaries that result from 2020 Census data collection operations or geographic partnership programs. The geographic data processing activities establish benchmarks from the MAF/TIGER System by taking a snapshot of the database at various points during the decade. Each benchmark becomes the foundation on which future updates are applied. These benchmarks support the collection, tabulation, and dissemination of census and survey information and providing geocoding services and geospatial data products.

- **Geographic Area Reconciliation Program (GARP)** includes editing and reconciliation of boundaries within the MAF/TIGER System. This reconciliation resolves boundary and feature discrepancies provided by separate partnership programs at different points in time or updates

DOC_0000090

prior to release of 2020 Census tabulation products.

- **Paper Map Creation and Plotting/Printing** includes the creation of large- and small-format maps for use electronically and potentially for plotting or printing.

### Research Completed

The following research has been completed for this operation:

- Research conducted and completed within the initial phases of the GSS-I program:
  - **Findings:** Demonstrated that commercial spatial data are a valuable additional source when a local spatial file is not available or the local spatial file does not meet our feature minimum guidelines.
- Research on use of public lands data:
  - **Findings:** Demonstrated that public lands data will be useful in the delineation of 2020 Census TEAs and collection geography.
- Post Census analysis of 2010 Census Assignment Area definitions:
  - **Findings:** Helped lay the foundation for establishing a consistent assignment unit— the BCUs.

### Decisions Made

The following decisions have been made for this operation:

Geographic Delineations:

- ✓ BCUs have been used for tests since the 2016 ADC Test.
- ✓ Special Land-Use Areas and public lands will be used in the delineation of collection geographies. The current focus is on military and national park lands.
- ✓ The Statistical Areas programs (PSAP/TSAP) will be used in the delineation of 2020 Census tabulation geography.
- ✓ The 2020 Census will include delineation of:
  - º Tabulation geography (Blocks, Block Groups, Tracts, etc.).
  - º Zone Improvement Plan Code Tabulation Areas.

- º Urban Areas as defined by the 2020 Census Urban Area Delineation Program.
- ✓ The following are the TEA required for the 2020 Census:
  - º TEA 1 = Self Response.
  - º TEA 2 = Update Enumerate (UE).
  - º TEA 3 = Island Areas.
  - º TEA 4 = Remote Alaska.
  - º TEA 5 = Military.
  - º TEA 6 = Update Leave (UL).

Geographic Partnership Programs:

- ✓ The geographic programs conducted in the 2010 Census will occur in the 2020 Census. New Construction will be a part of the 2020 Census and will be conducted similar to the LUCA operation.
- ✓ The GUPS will support:
  - º All geographic partnership programs (i.e., BAS, PSAP/TSAP, BVP, and PUMAs).
  - º RDP
  - º LUCA
  - º Count Question Resolution
  - º GARP
  - º New Construction
  - º Count Review
  - º Address and spatial updates from the paper-based UE (including Remote Alaska) and Island Areas operations.
- ✓ Partnership programs will offer limited paper materials.
- ✓ Data received from partnership programs will be processed at the National Processing Center (NPC).

Geographic Data Processing:

- ✓ Enterprise solutions will be used to capture relevant geographic data.
- ✓ Imagery will be available as a backdrop in field listing and field enumeration instruments.
- ✓ The MAF/TIGER System will leverage a service-oriented architecture for dissemination products and tools.

DOC_0000091

✓ The USPS DSF will continue to be used as the primary source of address updates for the MAF/TIGER System.

✓ Frame development will include the receipt and processing of administrative records and third-party data sources.

✓ Boundary reconciliation within the MAF/TIGER System will be ongoing.

✓ MAF/TIGER will interact with other systems using service-oriented architecture.

✓ MAF/TIGER is the source for all data collection and field management applications.

✓ The MAF/TIGER systems contribute to all reengineered field operations covering both In-Office and In-Field ADC components. We continue to evaluate the unique deadlines of delivery and ingestion of frame-related data for each field operation, and timing for all internal benchmarking to assure that processes align. The current proposal involves completing In-Office ADC for TEA 1 areas by mid-April 2019 to prepare the In-Field ADC workload for delivery by the end of June 2019.

✓ The Census Bureau expects to update structure coordinates during the In Field ADC, UL, GQ, Nonresponse Followup, and Enumeration at Transitory Locations Operations. The Census Bureau expects to update structure coordinates, and potentially street feature updates from small format paper maps annotated during the Remote Alaska, UE, and Island Areas Censuses Operations. The field updates will not be available in real time, but will be available within the time frame of the operations. The field updates will be available for the next operation and final tabulation.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in GEOP is projected to have minimal influence on the overall cost of the 2020 Census.

Impacts of this operation on overall 2020 Census quality include the following:

↑ Address and spatial data in the MAF/TIGER System are validated using multiple data sources.

↑ Address and spatial data in the MAF/TIGER System are updated continuously.

↑ Ongoing reconciliation of boundaries across programs, such as the BAS and the RDP, will result in higher quality tabulation boundaries.

### Risks

The Census Bureau is submitting drafts of the PSAP respondent guides to the Office of Management and Budget (OMB), but the final baselined version of respondent guides will have to be submitted via a nonsubstantive change (NSC) addendum that must route through the OMB/NSC approval process. **IF** the final respondent guides are not approved by the PSAP baselined schedule finish date, **THEN** they may not receive OMB approval by the PSAP mailout deadline.

### Milestones

| Date | Activity |
| --- | --- |
| **Geographic Delineation Programs** | |
| April 2014 | Initiate Development of Tabulation Block Criteria. |
| March 2016 | Initiate Conducting Initial BCU Delineation. |
| June 2016 | Initiate Conducting Initial TEA Delineation. |
| August 2016 | Initiate Delineation of Field Offices. |
| September 2016 | Release the Geographic Delineation Programs Detailed Operational Plan, version 1.0. |
| January 2017 | Complete Delineation of Field Offices. |
| December 2017 | Initiate Delineation of Field Management Areas. |
| December 2018 | Release the Geographic Delineation Programs Detailed Operational Plan, version 2.0 (delayed). |
| April 2019 | Update and Finalize BCUs. |
| July 2019 | Update and Finalize 2020 TEA Delineation. |
| September 2020 | Complete Delineation of Field Management Areas. |
| **Geographic Partnership Programs** | |
| December 2015 | Initiate Delivery and Maintenance of GUPS. |
| September 2016 | Release the Geographic Partnership Programs Detailed Operational Plan. |

DOC_0000092

| Date | Activity |
|---|---|
| October 2016 | Open Geographic Partnership Support Desk. |
| August 2017 | Complete 2017 BAS. |
| August 2018 | Complete 2018 BAS. |
| May 2019 | Complete PSAP Delineation. |
| August 2019 | Complete 2019 BAS. |
| February 2020 | Complete PSAP Verification. |
| August 2020 | Complete 2020 BAS. |
| August 2022 | Complete BVP. |
| September 2022 | Complete Public Use Microdata Area. |
| | Complete Delivery and Maintenance of GUPS. |
| | Close Geographic Partnership Support Desk. |
| **Geographic Data Processing** | |
| December 2015 | Initiate Geographic Data Processing. |
| September 2016 | Release the Geographic Data Processing Detailed Operational Plan. |
| June 2019 | Deliver Address Canvassing In-Field Universe. |
| January 2020 | Deliver 2020 Census Enumeration Universe (Internet Self-Response, UE). |
| June 2020 | Initiate GARP. |
| August 2020 | Complete 2020 Census Field Operations Updates (Addresses, Mapspots, and Features). |
| November 2020 | Deliver Final Tabulation Geographic Products. |
| September 2022 | Complete Geographic Data Processing. |

### 5.4.2   Local Update of Census Addresses

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2016** |
|---|---|

*Purpose*

The Local Update of Census Addresses (LUCA) Operation provides an opportunity for tribal, state, and local governments to review and improve the address lists and maps used to conduct the 2020 Census. Similarly, the New Construction (NC) Program utilizes the expertise

of tribal, state, and local governments to submit city-style addresses for newly built housing units (HUs) in self-response areas. Following LUCA and Address Canvassing, the NC serves as a conclusive effort to complete the update of the 2020 Census Address List. LUCA and NC satisfy the Census Address List Improvement Act of 1994 (Public Law (P.L.) 103-430).

*Changes Made Since Version 3.0 Operational Plan Release:* The 2020 Census NC Program is conducted within the LUCA Operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Provide program materials (i.e., address lists and maps) in standard, off-the-shelf commercial software formats.

- Simplify the process for small (6,000 or fewer HUs), lower-level governments (i.e., minor civil divisions and places).

- Explain the definition and use of addresses and HUs better, so that participants will understand why post office boxes and rural route numbers are not in scope for the Census Bureau's LUCA Operation and the NC Program.

*Operational Innovations*

Considering recommendations from the 2010 Census and the 2020 Census Research and Testing Phase, and the design of a reengineered 2020 Census, operational innovations include the following:

- Reduce the complexity of the LUCA Program as compared with the 2010 Census program.

- Eliminate the full address list submission options that were available in 2010 Census LUCA in order to:

  ⁹ Reduce the number of deleted LUCA records during verification activities.

  ⁹ Reduce the burden and cost of processing addresses and LUCA address validation.

  ⁹ Provide early access to the address count list, detailing the count of every address in each block.

---

DOC_0000093

- Provide partners with automated tools for geocoding and reviewing their address list.

*Description of Operation*

The LUCA Operation provides the opportunity for tribal, state, and local governments to review and comment on the Census Bureau's address list and maps to ensure an accurate and complete enumeration of their communities. The Census Address List Improvement Act of 1994 (P.L. 103-430) authorized the Census Bureau to provide individual addresses to designated local officials of tribal, state, and local governments who agreed to conditions of confidentiality in order to review and comment on the Census Bureau's address list and maps prior to the decennial census. The basic process for LUCA includes:

- Census Bureau provides address list and maps to the governmental entities.
- Governmental entities review and add, delete, or change address records or features.
- Census Bureau incorporates the updates to the Master Address File/Topologically Integrated Geographic Encoding and Referencing System (MAF/TIGER).
- Census Bureau validates the updates through a clerical review, automated address matching, and Address Canvassing (ADC) Operation.
- Census Bureau provides feedback to the governmental entities.
- Governmental entities can appeal the ADC validation outcomes.

The NC Program utilizes the expertise of tribal, state, and local governments to improve the accuracy and completeness of the address list used for the 2020 Census. NC participants submit city-style addresses for newly built HUs in self-response areas or those being constructed and may be complete on or before Census Day (April 1, 2020). NC is the conclusive effort to catch any new address not previously reported or not yet constructed during the ADC and LUCA operations. The basic process for NC includes:

- Census Bureau provides address list template and eligibility maps to the governmental entities.
- Governmental entities add new HU records.

- Census Bureau incorporates the updates to the MAF/TIGER System.

*Research Completed*

The following research has been completed for this operation:

- The LUCA Program Improvement Project completed their recommendations for the 2020 Census LUCA Operation. The research focused on improving the LUCA Operation with research by the following four research areas (2020 Census LUCA Operation Recommendations 4/13/2015):
    - Looking back at previous LUCA and related programs.
        - Findings: Simplify the 2020 Census LUCA Operation as the 2010 Census LUCA program was too complicated.
    - Validating LUCA records without using a field operation, such as ADC, as was done for the 2010 Census.
        - Findings: It is possible to validate LUCA addresses in an office environment.
    - Utilizing the Geographic Support System (GSS) for LUCA.
        - Findings: Data and tools used for GSS activities should be used and repurposed for the LUCA Operation.
    - Focus Groups.
        - Findings: Focus group participants agreed with the proposal to remove the full address list submission options for the 2020 Census LUCA Operation.
- As part of the 2020 Census Research and Development efforts, staff evaluated the 2010 LUCA lessons learned and conducted a series of focus groups with former LUCA participants. This effort resulted in 12 major recommendations for the 2020 Census LUCA Operation. (Note: These recommendations are described in more detail in the 2020 Census LUCA Project Improvement Report):
    1. Continue the 2010 Census LUCA Program improvements that were successful:
        - Continue to provide a 120-day review time for participants.

DOC_0000094

- º Continue the 6-month advance notice about the LUCA program registration.
- º Continue a comprehensive communication program with participants.
- º Continue to provide a variety of LUCA media types.
- º Continue to improve the Partnership Software application.
- º Continue state participation in the LUCA program.

2. Eliminate the full address list submission options that were available in 2010 LUCA. This will:

- º Reduce the number of deleted LUCA records in field verification activities.
- º Reduce the burden and cost of processing addresses and LUCA address validation.

3. Reduce the complexity of the LUCA Operation as compared with the 2010 Census program.

4. Include census structure coordinates in the census address list and allow partners to return their structure coordinates as part of their submission:

- º Benefits participants and the Census Bureau in the review of materials because it enables more information about each address to be considered in both the participants review and the Census Bureau's validation of the submitted addresses.

5. Provide ungeocoded U.S. Postal Service Delivery Sequence File addresses to state and county partners in LUCA materials:

- º Provides more complete data for participants to review.
- º May result in participants being able to geocode previously ungeocoded addresses for the census.
- º Should reduce the number of duplicate addresses submitted by LUCA participants.

6. Provide the address list in more standard file formats so that lists are easier to load into common software packages.

7. Include an in-house verification of LUCA submitted addresses to align within ADC.

8. Utilize and modify existing GSS tools and data to validate LUCA submission.

9. Encourage governments at the lowest level to work with larger governments to consolidate their submission.

10. Eliminate the Block Count Challenge, as previously this did not result in useful information for the Census Bureau to determine specifically what addresses were missing from a block.

11. Eliminate the option for participants to use an asterisk (*) for multiunits submitted without unit designations.

12. Encourage LUCA participants to identify E911 Addresses used for mailing, location, or both addresses so that the Census Bureau has more information available during MAF update.

***Decisions Made***

The following decisions have been made for this operation:

- ✓ Conduct a comprehensive communication program with LUCA participants.
- ✓ Include census structure coordinates in the census address list and allow partners to return their structure coordinates as part of their submission.
- ✓ Provide ungeocoded addresses to state and county partners in LUCA materials.
- ✓ Provide the address list in more standard file formats so that lists are easier to load into common software packages.
- ✓ Encourage governments at the lowest level to work with larger governments to consolidate their submissions.
- ✓ Provide a variety of LUCA media types.
- ✓ Simplify the 2020 Census LUCA Operation and make it compatible with the GSS and ADC.

✓ Utilize administrative records and third-party data to improve validation process.

✓ Use the Geographic Update Partnership Software (GUPS) to support automated exchange of information for LUCA participants.

✓ Validation of LUCA submissions will occur primarily by matching to existing MAF, GSS, and administrative records. Those LUCA addresses needing further validation will go to In-Office Address Canvassing. There will be no In-Field Address Canvassing validation for LUCA submissions.

✓ The Census Bureau will provide an option for partners to access registration materials online and return them by email. Scanned signatures will be accepted, but not E-signatures.

✓ LUCA will instruct participants to provide mailing address, location address, or both. All data will be used to match to the Census Bureau's MAF.

✓ The strategy for late decade GSS activities during LUCA is to continue GSS partner file activities through the 2020 Census and beyond. GSS is an ongoing program.

✓ There will be a separate New Construction Program for the 2020 Census.

✓ The Census Bureau and the Office of Management and Budget (OMB) are committed to implementing an appeals process that is substantially similar to the 2010 LUCA appeals process. While the Census Bureau and OMB meet regularly to define the process, by law, OMB is ultimately responsible for implementing the independent appeals process.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in LUCA is projected to have minimal influence on the 2020 Census overall costs in the following ways:

Impacts of this operation on overall 2020 Census quality include the following:

↑ Removing the full address list submission options, thereby reducing the number of addresses that need to be validated.

↑ Use of administrative records and third-party data to validate incoming addresses from tribal, federal, state, and local governments to independently validate submitted addresses prior to adding them to the MAF.

### Risks

The feedback module for GUPS is not complete yet. **IF** the feedback module is not completed on time, **THEN** this will delay LUCA's ability to provide feedback to partners using GUPS.

There is a limited window to create and QC feedback materials. **IF** materials are not created on time, **THEN** this will delay LUCA's ability to provide feedback to partners in a timely manner.

### Milestones

2020 Census LUCA Operation

| Date | Activity |
|---|---|
| September 2016 | Release the LUCA Detailed Operational Plan, version 2.0. |
| February 2017 | Mail Advance Notice Package. |
| July 2017 | Mail Invitation Package. |
| February 2018 | Mail Participant Review Materials. |
| September 2018 | Release the LUCA Detailed Operational Plan, version 2.0. |
| October 2018 | Complete Initial Processing of LUCA submissions for delivery to ADC. |
| March 2019 | Complete ADC validation of LUCA addresses. |
| August 2019 | Deliver Feedback Materials. |
| March 2020 | Complete the processing of LUCA Appeal addresses. |
| September 2021 | Complete LUCA. |

2020 Census NC Program

| Date | Activity |
|---|---|
| September 2018 | Release the LUCA version 2.0 Detailed Operational Plan to include NC Program. |
| April 2019 | Mail NC Invitation Package. |
| September 2019 | NC Materials Mailout. Mail NC Participant Review. |
| September 2020 | Process NC Submissions. |

DOC_0000096

### 5.4.3   Address Canvassing

| Detailed Planning Status: | **In Production** **DOP published in FY 2016** |
|---|---|

*Purpose*

The Address Canvassing (ADC) Operation serves two purposes:

- Deliver a complete and accurate address list and spatial database for enumeration.

- Determine the type and address characteristics for each living quarter (LQ).

*Changes Made Since Version 3.0 Operational Plan Release:* To support the 2020 Census, In-Field ADC will begin 2 weeks early in select Area Census Offices (ACO) in each of the six regions. The early start will begin with Census Field Supervisor training and will be a full start to the operation in those select ACOs. All other ACOs will begin activities as scheduled.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Continuously update the maps and address lists throughout the decade, supplementing these activities with ADC at the end of the decade.

- Allow more time in the schedule to fully develop and test the listing instrument.

- Improve the ADC training to emphasize working from the ground to the Handheld Computer.

*Operational Innovations*

Operational Innovations include the following:

- Conducted In-Office ADC for the entire nation.

- Select an estimated 38 percent of LQs in the self-response areas for In-Field ADC.

- Use automation and data (imagery, administrative records, and third-party data) for In-Office ADC.

- Implement Master Address File (MAF) Coverage Study to validate In-Office ADC procedures, measure coverage, and improve In-Field ADC data collection methodologies.

- Use reengineered field management structure and approach to managing fieldwork, including

new field office structure and new staff positions.

*Description of Operation*

The Census Bureau needs the address and physical location of each LQ in the United States to conduct the census. During ADC, the Census Bureau verifies that its master address list and maps are accurate so the tabulation for all housing units (HUs), group quarters (GQs), and transitory locations (TLs) is correct. A complete and accurate address list is the cornerstone of a successful census.

The Census Bureau has determined that while there will be a full ADC of the nation in 2020, a full In-Field ADC of the nation is no longer necessary. Advancements in technology have enabled continual address and spatial updates to occur throughout the decade as part of the In-Office ADC effort. This has made it possible to limit In-Field ADC to only the most challenging areas. The scope of the ADC Operation for the 2020 Census includes:

- In-Office ADC: Process of using empirical geographic evidence (e.g., imagery, comparison of the Census Bureau's address list to partner-provided lists) to assess the current address list. This process also removes geographic areas from the In-Field ADC workload based on the availability of administrative data sets (e.g., military lands, national forests) and the method of enumeration planned for the 2020 Census (e.g., areas that will be subject to Update Leave (UL) or Update Enumerate (UE) Operations, which will not be part of In-Field ADC). This process detects and identifies change from high-quality administrative and third-party data sources to reduce the In-Field ADC workload. This process determines the In-Field ADC universe.

  - In-Office ADC assesses the extent to which the number of addresses—both HUs and GQs—in the census address list is consistent with the number of addresses visible in current imagery. This process is known as Interactive Review.

  - A follow-up process seeks to research and update areas identified with growth, decline, undercoverage of addresses, or overcoverage of addresses from the comparison of the two different vintages of imagery and counts of addresses in the MAF. This process

DOC_0000097

is known as Active Block Resolution (ABR). ABR was suspended in support of the 2020 Census in early 2017. All other In-Office ADC processes are fully operational.

º In-Office ADC also includes three additional components that review address-level records:

- **Ungeocoded Resolution** geocodes addresses in the Master Address File/ Topologically Integrated Geographic Encoding and Referencing (MAF/TIGER) System that are not currently assigned to a specific block.

- **In-Office ADC GQ** reviews and updates GQ and TL addresses and their associated information.

- **Local Update of Census Addresses (LUCA) Operation Address Validation** confirms the existence of the LUCA address submissions by tribal, federal, state, and local governments.

- In-Field ADC: Process of doing a dependent listing in the field to identify where people live, stay, or could live or stay. Field staff compare what they see on the ground to the existing census address list and either verify or correct the address and location information, adding addresses to the list as necessary. Field staff also classify each LQ as a HU or GQ.

- Quality Assurance: Process of reviewing the work of field and office staff. Both In-Field ADC and In-Office ADC work will be validated using quality assurance techniques.

- MAF Coverage Study: A field activity that validates In-Office procedures, measures coverage, improves In-Field data collection methodologies, and updates the MAF on a continuous basis.

### Research Completed

The following research has been completed for this operation:

- September 2014: Released the *Address Canvassing Recommendation Report.*

  º Findings: A recommendation was made to not walk every block and to implement the reengineered ADC (In-Field and In-Office).

- February 2015: Completed the 2015 Address Validation Test, which consists of the MAF Model Validation Test and the Partial Block Canvassing (PBC) Test.

  º Findings:

  - The statistical models were not effective at identifying specific blocks with many adds or deletes.

  - The statistical models were not effective at predicting national totals of MAF coverage errors.

  - PBC was successfully implemented as an alternative field data collection methodology; future work will determine how the PBC method impacts cost and quality.

  - Imagery Review successfully identified areas requiring updates; future research is needed to refine the process and determine impacts on quality.

- November 2016: Completed the ADC Test, which included the Buncombe County, North Carolina, and the St. Louis, Missouri, test sites.

  º Findings:

  - The Census Bureau should continue pursuing the use of In-Office ADC methods to reduce the workload for In-Field ADC.

  - In-Office ADC methods are generally effective in detecting where the MAF has remained accurate, where it is keeping pace with changes on the ground, and where fieldwork is needed to acquire address updates.

  - Assumptions about situations that pose challenges to detecting change through imagery analysis are generally correct.

- December 2016: Completed the 2016 MAF Coverage Study.

  º Findings:

  - For the census frame, the national estimate of overcoverage is 5.5 percent and the national estimate of undercoverage is 6.6 percent.

  - The MAF Coverage Study estimated that there were 7.4 million addresses in the census frame that are deletes, duplicates, or nonresidential.

DOC_0000098

- The MAF Coverage Study estimated that the census frame and the MAF were missing 3.3 million new addresses.

• October 2017: Completed the ADC Operation of the 2018 End-to-End Census Test.

  º Findings:

    - In-Office ADC successfully identified and created the In-Field ADC workload, which allowed In-Field ADC to perform targeted fieldwork.

    - Census successfully implemented and tested an automated In-Field listing Quality Control process.

    - A number of systems challenges and technical issues, due to a lack of coordinated system integration and testing, contributed to listing challenges during In-Field ADC. The Census Bureau plans to implement a more rigorous testing program in advance of the 2020 operation to identify systems anomalies ahead of the start of the ADC Operation.

*Decisions Made*

The following decisions have been made for this operation:

✓ The ADC Operation consists of:

  º In-Office ADC.

  º In-Field ADC.

  º MAF Coverage Study.

  º Quality Assurance.

✓ Administrative records and third-party data sources will be used to validate addresses within each block.

✓ GQs will be identified and classified during ADC.

✓ Geographic areas (e.g., LQs and feature), which are covered by enumeration operations that include a listing component, will no longer be canvassed by In-Field ADC (e.g., UE, UL, and Remote Alaska areas).

✓ Based on funding uncertainty and reprioritization of critical components of the 2020 Census, the Census Bureau will not be able to meet the 25 percent In-Field ADC goal. ABR was discontinued in the winter of 2017 in order to evaluate and redesign the operation to streamline

production and improve quality control. The discontinuation of ABR will result in a larger workload being sent to In-Field ADC.

✓ The current estimate is that 38 percent of the LQs in the Self-Response Type of Enumeration Area will be canvassed during In-Field ADC.

✓ Production ADC began in September 2015.

✓ ADC provides training for both production and quality assurance processes for in-office work.

✓ ADC relies on automated training for production and quality assurance processes for in-field work.

✓ ADC updates the Census Bureau's address list using a dependent canvass (from ground to list).

✓ ADC validates and collects coordinates for every structure with a LQs.

✓ The MAF Coverage Study is planned for implementation throughout the decade. The Census Bureau completed the first MAF Coverage Study during FY 2016. Based on funding uncertainty and reprioritization of critical components of the 2020 Census, the Census Bureau completed the first half of the 2017 MAF Coverage Study but paused it on April 1, 2017.

✓ In-Office ADC creates the universe for In-Field ADC.

✓ In-Office ADC will review public lands.

✓ Results from In-Office ADC can add and remove Basic Collection Units (BCUs) into and from the In-Field ADC universe.

✓ All BCUs in the In-Field ADC universe will be identified prior to the start of In-Field ADC.

✓ Statistical modeling will not be used in ADC.

✓ Imagery will be available on the Listing and Mapping Instrument to use during In-Field ADC.

✓ ADC will validate LUCA submissions.

✓ Validation of LUCA submissions will occur during In-Office ADC.

✓ The Census Bureau will canvass the whole block (or BCU) during In-Field ADC.

✓ ADC will leverage the same capabilities developed for Nonresponse Followup Operation for In-Field ADC including automated payroll, routing to assignments, and various alerts.

---

DOC_0000099

✓ Ungeocoded addresses will be worked via the In-Office ADC Operation. See the 2020 Detailed Operational Plan for the ADC Operation for details on the process.

✓ Coordinates captured for features and LQs will be collected using available technology. Metadata will be collected and provided for use in improving the spatial accuracy if deemed necessary.

✓ Spatial feature data will not be captured in the field. Field staff will identify where features are missing and report that back to Headquarters (HQ) for processing.

✓ In-Field ADC Quality Control will be conducted in the field, with specific BCUs selected primarily based on their characteristics.

✓ The business processes that the Census Bureau will use to handle TLs during In-Field ADC are conceptually based on the 2010 Census. Field staff will attempt to verify the address, name, and contact information for the TL while canvassing. TLs will also be handled as part of the In-Office ADC GQ Review project.

***Design Issues to Be Resolved***

There are no remaining design issues to be resolved for this operation.

***Cost and Quality***

Investment in ADC is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

⬇ Reduction in the amount of In-Field ADC and associated infrastructure by implementing In-Office ADC.

⬇ Use of additional sources of administrative records and third-party data to validate the frame.

In addition:

⬆ ADC is expected to require additional people, process activities, data, technology, and facilities to support In-Office ADC, including the resolution of ungeocoded addresses, review of GQ and TL addresses, and validation of LUCA submissions.

Impacts of this operation on overall 2020 Census quality include the following:

⬆ The MAF Coverage Study will provide a continuous improvement process to:

º Test In-Field ADC methodologies.

º Verify in-office methodologies.

º Update the MAF with results.

⬆ Better detection of changes in the address list resulting from new ADC approach.

***Risks***

External data sources, including Geographic Information System viewers, will be used in the 2020 In-Office ADC Ungeocoded Resolution (UR) project as a source to update the MAF/TIGER database, where needed. Ungeocoded records that are not spatially linked to a block location are not included in the 2020 Census address frame for enumeration. **IF** sufficient external data sources are not available for use in UR, **THEN** the ungeocoded records within the areas lacking local data sources may not be resolved and therefore, not included as part of the address frame for enumeration during 2020 Census operations.

In-Office ADC is a new approach for the 2020 Census, and there are concerns that some higher levels of government (i.e., state and federal) believe an In-Field ADC may yield a greater "quality" canvassing than In-Office ADC and they may be concerned about the lack of census jobs within their jurisdiction because of a decreased In-Field ADC. **IF** the Census Bureau is required to conduct an increased In-Field ADC effort due to pressure from higher levels of government, **THEN** the workload for In-Field ADC will increase dramatically.

***Milestones***

| Date | Activity |
| --- | --- |
| August 2015 | Release Address Validation Test Results. |
| September 2015 | Begin 2020 Census ADC (In-Office Interactive Review). |
| December 2015 | Release ADC Detailed Operational Plan, version 1.0. |
| April 2016 | Begin MAF Coverage Study (In-Field). MAF Coverage Study was paused on April 1, 2017. |
| April 2016 | Begin ABR. ABR work was paused in February 2017. |
| October 2016 | Begin ADC Test (In-Field). |

DOC_0000100

| Date | Activity |
|------|----------|
| April 2017 | Begin ungeocoded resolution. |
| June 2017 | Complete first review of all blocks by Interactive Review project of In-Office ADC. |
| September 2017 | Begin In-Office ADC GQ Review. |
| August 2017 | Begin In-Field ADC for 2018 End-to-End Census Test. |
| December 2017 | Release ADC Detailed Operational Plan, version 2.0. |
| May 2018 | Begin LUCA Address Validation process. |
| March 2019 | Define universe of addresses to be sent for In-Field ADC. |
| August 2019 | Begin In-Field ADC for 2020 Census. |

## 5.5  RESPONSE DATA

The Response Data area includes all operations associated with the collection of responses, management of the cases, and initial processing of the data. This area consists of 13 operations that are described in the following sections:

1.   Forms Printing and Distribution
2.   Paper Data Capture
3.   Integrated Partnership and Communications
4.   Internet Self-Response
5.   Non-ID Processing
6.   Update Enumerate
7.   Group Quarters
8.   Enumeration at Transitory Locations
9.   Census Questionnaire Assistance
10.  Nonresponse Followup
11.  Response Processing
12.  Federally Affiliated Count Overseas
13.  Update Leave

### 5.5.1   Forms Printing and Distribution

| Detailed Planning Status: | **In Production** |
|---------------------------|-------------------|

#### Purpose

The Forms Printing and Distribution (FPD) Operation prints and distributes the following paper forms to support the 2020 Census mailing strategy and enumeration of the population:

- Internet invitation letters.
- Reminder cards or letters or both.
- Questionnaire mailing packages.
- Materials for other special operations, as required.

Other materials required to support field operations are handled in the Decennial Logistics Management (DLM) Operation.

***Changes Made Since Version 3.0 Operational Plan Release:*** There have been no major changes to this operation.

#### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Use United States Postal Service (USPS) tracing data to monitor large-scale inbound and outbound census mailings.
- Provide a comprehensive 2020 Census forms list to be used by the contractor for printing planning.

#### Operational Innovations

Operational Innovations include the following:

- Shifting from paper questionnaires to the Internet as the primary response mode to the 2020 Census, thus reducing the number of questionnaires that will be processed through the PDC Operation.
- Using paper questionnaires for the enumeration of Internet nonrespondents and targeted areas or populations with low Internet usage.

#### Description of Operation

The FPD Operation is responsible for the printing and distribution of mailed Internet invitations, reminder cards or letters, and questionnaire mail packages in multiple languages as determined by the Language Services Operation.

- The contact strategy will include printing and mailing of paper invitations and reminder cards or letters.
- Paper questionnaires will be printed and mailed initially to a portion of the population.

DOC_0000101

Nonresponding households in the self-response Type of Enumeration Area 1 will also receive paper questionnaires.

- Printing and mailing will be acquired through the Government Publishing Office.

- The print requirements will include the capability to produce and deliver conditional mailings to nonresponding households.

- A serialized barcode will be printed on each sheet of a questionnaire to ensure all pages for a household are properly captured.

- The questionnaires for nonresponding households will be addressed in near real time to minimize distribution to households who have engaged in the digital or other nonpaper response channels.

### Research Completed

The following research has been completed for this operation:

- Multiple studies on the use of USPS tracing:

  º 2010 Census Paper: Optimizing Integrated Technologies and Multimode Response to achieve a Dynamic Census, February 29, 2012.

  º 2010 Census Assessment: 2010 Census Postal Tracking Assessment, April 2, 2012.

  º Cost assessment for the PDC check-in operation.

    - Findings:

      º USPS tracing data are cost-effective and accurate.

      º Postal tracing services are deemed reliable and could be used on a nationwide scale.

### Decisions Made

The following decisions have been made for this operation:

- ✓ Paper questionnaires, which will be available in English and bilingual English/Spanish, will be printed and mailed to some portions of the population as part of the initial contact strategy.

- ✓ Printing and mailing of 2020 Census invitation letters, reminder postcards, questionnaires, and other self-response materials (questionnaires for Group Quarters (GQ) Operation, Island Area Censuses (IAC) Operation, and other operations) will be contracted out through the Government Publishing Office.

- ✓ USPS barcodes will be used for various postal services, such as tracing and identification of vacant or other undeliverable addresses.

- ✓ Print contract requirements are written to enable addressing mail packages that are pre-assembled before address files are available. Successful vendor(s) must have demonstrated ability and capacity to adhere to the Census mailings schedule.

- ✓ In addition to supporting self-response, which includes Puerto Rico, the FPD Operation will print materials for the Update Leave, Update Enumerate, Enumeration at Transitory Locations, GQ, Nonresponse Followup, and IAC Operations.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in FPD is projected to have minimal influence on the overall cost of the 2020 Census.

Impacts of this operation on the overall 2020 Census quality include the following:

- ↑ Robust printing quality assurance measures have a direct positive impact on the quality of data from PDC.

### Risks

The 2020 Census mailout materials will be printed and assembled at multiple secure facilities. **IF** an event (natural or otherwise) prevents or impedes the timely printing and assembly of materials for the 2020 Census without an alternative, **THEN** the mailout of materials could be delayed.

### Milestones

| Date | Activity |
| --- | --- |
| October 2016 | Receive final contact strategies from the ISR Operation. |
| | Receive design concepts for questionnaires and other mailing materials from the CFD Operation. |
| | Define the printing and mailing workload estimates. |

DOC_0000102

| Date | Activity |
|---|---|
| June 2017 | Release the FPD Detailed Operational Plan, version 1.0 (delayed). |
| October 2018 | Refine the printing and mailing workload estimates. |
| January 2017–March 2019 | Start print contract planning. Start USPS mailing planning. |
| June 2019–April 2020 | Implement printing, addressing, and mailing of Internet invitations, reminder cards or letters, and paper questionnaire packages. |

### 5.5.2   Paper Data Capture

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2017** |
|---|---|

*Purpose*

The Paper Data Capture (PDC) Operation captures and converts data from 2020 Census paper questionnaires. This operation includes:

- Mail receipt
- Document preparation
- Scanning
- Optical Character Recognition (OCR)
- Optical Mark Recognition (OMR)
- Key from Image (KFI)
- Data delivery
- Checkout
- Form destruction

***Changes Made Since Version 3.0 Operational Plan Release:*** There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- A timely and comprehensive forms list is required.
- Every field on a questionnaire must have an owner.
- Realistic and timely contingency planning is essential in order to properly estimate the PDC workload.

- Postal tracing monitors inbound and outbound mailings.
- Barcode serialization retains the integrity of separated booklets, i.e., single sheets, within batches and offers an essential automated data component to data capture and batching processes.

*Operational Innovations*

Operational innovations include:

- A reduction in PDC operational workloads and associated infrastructure by using Internet Self Response and automating field operations.
- Using an in-house system, i.e., the integrated Capture-Assisted Data Entry (iCADE), for PDC.
- Using United States Postal Service (USPS) tracing data to identify questionnaires prior to arrival at the processing centers. This information may be used to reduce follow-up workloads.

*Description of Operation*

The PDC Operation is responsible for the capture and conversion of data from self-response and personal visit paper questionnaires. Papers delivered by the USPS are processed by the National Processing Center at one of two PDC sites. For the 2020 Census, there will be a site in Jeffersonville, Indiana, and a site in Phoenix, Arizona.

Questionnaires go through several steps described in the Detailed Operational Plan (DOP) for PDC. Note that questionnaire images are archived. The paper questionnaires themselves are stored until verification that data are received by Headquarters (HQ) and then they are destroyed per security regulations.

The PDC Operation is largely driven by the timing of the questionnaire mailout, volume of forms received, timing of the nonresponse workload universe cut, and any priority capture requirements needed for the 2020 Census. Data are captured from the paper forms in the most efficient manner possible, and both data and images of the forms are maintained. The data are sent to the Response Processing Operation area for further work. The images are sent to the Archiving Operation.

Mail returns are identified using USPS postal tracing to indicate that a form is en route to the processing office. Upon receipt at the processing

DOC_0000103

office, mail return questionnaires will be processed in First-In-First-Out order, unless otherwise specified.

The document preparation area removes mail returns from the envelopes and prepares them for scanning. Booklet forms have the binding (spine) removed.

The questionnaires are delivered to scanning to begin the data capture process. All questionnaires are scanned by iCADE. There is no key from paper. Once scanned, the questionnaires are physically moved to the checkout operation. There, questionnaires await confirmation that questionnaire data are deemed valid responses (see Response Processing in Section 5.5.11).

Scanned images are sent forward for further processing using the iCADE system where OMR and OCR are performed. Data fields with low confidence OMR and OCR results are sent to the KFI process. Both data and images are maintained. Data are sent to response processing and images are archived locally. Once data have been received at HQ, questionnaires will be checked out to ensure the data from each questionnaire have been captured. Once confirmation is received, questionnaires are then eligible for destruction per security regulations.

### Research Completed

The following research has been completed for this operation:

- Conducted Improving Operational Efficiency technical evaluation project:
  - Expanding the use of iCADE system to support the 2020 Census.
    - Findings:
      - iCADE has the capability to be the paper capture solution for the 2020 Census.
      - Additional testing will be conducted to determine scalability.
- Multiple studies on the use of USPS tracing:
  - 2010 Census Paper: Optimizing Integrated Technologies and Multimode Response to achieve a Dynamic Census, February 29, 2012.
  - 2010 Census Assessment: 2010 Census Postal Tracking Assessment, April 2, 2012.

  - Cost assessment for the PDC check-in operation.
    - Findings:
      - USPS tracing data are cost-effective and accurate.
      - Postal tracing services are deemed reliable and could be used on a nationwide scale.
- New equipment testing:
  - NPC investigated the use of extractors for potential use in improving mail processing operations.
    - Finding:
      - Extractors did not perform as expected.

### Decisions Made

The following decisions have been made for this operation:

- ✓ iCADE is the planned paper capture system for the 2020 Census.
- ✓ Paper questionnaires will be mailed to targeted areas or populations with low Internet usage as part of the initial contact strategy and Internet nonrespondents.
- ✓ All housing unit questionnaires are booklets that require separation.
- ✓ USPS tracing data will be used to identify questionnaires in the mail stream prior to arrival at the PDC centers.
- ✓ All questionnaires will be scanned by iCADE.
- ✓ The 2010 Census target quality levels will be used for OMR (99 percent), OCR (97 percent), and KFI (99 percent).
- ✓ There will be two PDC centers.
- ✓ Contingency planning is underway and will continue to mature in the coming year.
- ✓ The 2020 Census paper questionnaire will be a booklet format with dimensions of 9 by 11 inches. The PDC workloads are identified in the PDC DOP, and will be further refined before the 2020 Census.
- ✓ In addition to the operations supporting self-response, the following 2020 Census operations require data capture of paper questionnaires by the PDC operation:
  - Update Enumerate

DOC_0000104

- º Update Leave
- º Group Quarters
- º Island Areas Censuses
- º Enumeration at Transitory Locations

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in PDC is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

⬇ Use of an enterprise solution iCADE for PDC.

⬇ Provision of a low-cost response mode (other than the Internet) to increase self-response rates.

⬇ Use of postal tracing to reduce field operation follow-up workloads for Nonresponse Followup (NRFU.)

Impacts of this operation on overall 2020 Census quality include the following:

- Plan to maintain the same quality level as the 2010 Census for OCR, OMR, and KFI.

### Risks

The expected workload per Paper Data Capture Center (PDCC) determines the equipment and staff needed to meet 2020 Census paper processing Service Level Agreements (SLAs). **IF** the volume of paper responses exceeds the design capacity of 15 million forms per site, **THEN** capture processing SLAs would be impacted.

The expected workload per PDCC indicates the storage requirements for paper questionnaires until they can be destroyed. **IF** the volume of paper responses exceeds the design capacity of 15 million forms per site, **THEN** the PDCC storage footprint may not be sufficient to meet the increased physical storage capacity needed.

Each of the two PDCCs will need to be staffed in a relatively short timeframe to meet 2020 Census production requirements. **IF** NPC staffing requirements at each PDCC are not met, **THEN** 2020 Census operations will be significantly impacted.

### Milestones

| Date | Activity |
| --- | --- |
| October 2016 | Develop PDC NRFU plan. |
| March 2017 | Release the PDC Detailed Operational Plan, version 1.0. |
| December 2017 | Determine which other operations require PDC. |
| December 2018 | Release the PDC Detailed Operational Plan, version 2.0 (delayed). |
| March–August 2020 | Conduct PDC Operation. |

### 5.5.3   Integrated Partnership and Communications

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2016** |
| --- | --- |

### Purpose

The Integrated Partnership and Communications (IPC) Operation communicates the importance of participating in the 2020 Census to the entire population of the 50 states, the District of Columbia, and Puerto Rico to:

- Engage and motivate the public to self-respond, preferably via the Internet.
- Raise and keep awareness high throughout the entire 2020 Census to encourage response.
- Support field recruitment efforts for a diverse, qualified census workforce.
- Effectively support dissemination of census data to stakeholders and the public.

### Changes Made Since Version 3.0 Operational Plan Release: There will not be an online portal for the sharing of partner materials. Instead a partnership Web site will provide partners with access to materials for promoting the census in their communities.

### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Integrate Census Bureau subject-matter experts into all phases of the 2020 Census IPC Program.

DOC_0000105

- Improve coordination of communications among the Decennial, Field, and Communications Directorates and others.

- Align timing, funding, and design decisions between the development of the IPC Program Plan and the Census Bureau's operational milestones to effectively support all phases of the 2020 Census.

- Establish more specific program metrics for the IPC Program to assist in evaluation and assessment.

Based on the lessons learned from the 2015 Census Test studies and reviews, the following recommendations were made:

- Prioritize minimizing break-offs from the landing page of the online survey instrument.

- Create tailored, customizable, and changeable landing pages in the online survey instrument for each audience that also captures the "look and feel" of advertisements.

- Use digital advertisements to push decennial census response and raise awareness.

- Use digital advertisements and communications and the Internet specifically to reach and increase response from young, single mobiles.

- Perform additional research and testing to determine the appropriate balance between advertisements for a general audience and hard-to-survey audiences.

- Integrate the "look and feel" of mail materials with other communications including advertisements.

- Perform additional research to test which communication channels and messages most increase awareness.

- Perform additional research to test the use of messages targeted to specific audiences via addressable media outlets, such as digital advertising.

### Operational Innovations

Operational innovations include the following:

- Microtargeted messages and placement for digital advertising, especially for hard-to-count populations at a census-tract level.

- Advertising and partnership campaign adjusted based on respondent performance.

- Expanded predictive modeling to determine the propensity to respond.

- Expanded use of social media to encourage response.

- Localized advertising to encourage response.

- Promotion of a teamwork environment among partners through the Census Solutions Workshops.

### Description of Operation

Inspiring every household in the country to complete the census is an enormous, increasingly complex, and unparalleled challenge. With an increasingly diverse population and a drop in public participation, an effective communications strategy is critical to the success of the census.

The IPC Program must reach every household in the nation, delivering the right messages to the right audiences at the right time. It must allocate messages and resources efficiently, ensuring consistent messaging, as well as look and feel, across all public-facing materials across communication efforts as well as operations.

An IPC Program contractor has been engaged to support the 2020 Census Program from recruitment through data dissemination. The program will offer the following components:

- Advertising, using print, radio, digital, television, and out-of-home.

- Earned media and public relations.

- Partnerships, including both regional and national efforts.

- Social media, to include blogs and messages on platforms such as Facebook, Twitter, Instagram, Snapchat, etc.

- Statistics in Schools.

- Rapid Response.

- Web site.

These and other potential components of the IPC Operation will communicate the importance of participating in the 2020 Census to the entire population.

### Research Completed

The following research has been completed for this operation:

DOC_0000106

- Notify Me:
  - º Promote "Notify Me," allowing individuals to provide contact information to receive future email and text message notifications when it is time to participate in the test.
  - º Measured the effects of different mailing contact strategies including mail that encouraged potential respondents to preregister for reminder emails or texts and a postcard sent to residents who had yet to submit a form.
    - Findings: "Notify Me" is not a successful contact strategy as designed and tested with a very low percentage of mail panel responding.

- The 2015 Census Test:
  - º Measured the effects of digital advertising and communications techniques on increasing self-response rates. The test assessed various levels and types of digital advertising (e.g., social media ads, keyword search ads, and display ads), as well as the use of recorded influencer phone calls on increasing self-response.
  - º Simulated a decennial census environment through traditional advertising (e.g., television, radio, and print ads) and included a partnership program for outreach and information dissemination through the entire Designated Market Area.
    - Findings: Results from this test show considerable promise for the use of digital and targeted digital advertising as a primary means to increase awareness about the 2020 Census, motivate respondents and connect them directly to the online response instruments, and to reach hard-to-survey populations. Finally, the influencer phone calls were less successful at encouraging response, and attempting to use prominent local figures to deliver the messages had no affect either. Overall, partnership activities were successful.

- Census Barriers Attitudes and Motivators Study (CBAMS)
  - º This study combined qualitative focus groups and a quantitative survey that together will provide us with hypotheses for which messages resonate (and don't resonate) with each audience, as well as

where these audiences are located. These hypotheses will be tested during creative development, which will rely on pretesting to refine messages.

- º Quantitative Component: This survey was conducted with a mail and Internet option in two languages: English and Spanish. The study over-sampled difficult Low Response Score tracts and tracts with a high percentage of Hispanic, Black, and Asian populations. This is a similar sampling strategy to the 2015 National Content Test where 50,000 households were sampled and we expected a response rate of 30 percent. The actual response rate was 36.6 percent. The survey tested messaging frames that will be used to shape the campaign platform rather than the actual messages themselves. The following topics were covered:
  - Census familiarity, importance, and likelihood to participate.
  - Internet and addressable media use.
  - Basic demographics.
  - Other civic participation such as voting.
  - Attitudes toward:
    - º State, local, and federal government.
    - º Data confidentiality.
    - º Basic messaging frames.
- º Qualitative Component: The focus groups provide better reach for small and hard-to-count communities. They will provide deeper insights that will further inform message development and creation. The 42 CBAMS focus groups were comprised of six to eight participants per group.

We conducted the following English language focus groups:

- Focus groups with rural, economically disadvantaged individuals.
- Focus groups with low Internet proficiency individuals.
- Focus groups with Black/African Americans with a hard-to-count focus.
- Focus groups with American Indian and Alaska Native individuals. They will be in Alaska and in the continental United States.

- Focus groups with Middle East and North African individuals.
- Focus groups with Native Hawaiian and Pacific Islander individuals.
- Focus groups with young, single, mobile individuals with mixed race/ethnicity.

And the following non-English-speaking focus groups:

- Focus groups with Spanish-speaking individuals who live on the U.S. mainland.
- Focus groups with Spanish-speaking individuals in Puerto Rico.
- Focus groups with Chinese-speaking individuals.
- Focus groups with Vietnamese-speaking individuals.

CBAMS results will be available early in FY 2019 and will be used in the development of creative materials in support of the 2020 Census.

*Decisions Made*

The following decisions have been made for this operation:

✓ The Census Bureau will use partnerships to communicate the importance of the 2020 Census to the entire population of the 50 states, the District of Columbia, and Puerto Rico to encourage self-response.

✓ The 2020 Census will use digital advertising and social media.

✓ The 2020 Census will use a variety of modes of communication to motivate self-response. Research into the most appropriate methods to reach and motivate self-response among different audiences, especially hard-to-count areas, were conducted in late 2017 to early 2018. The results will be incorporated into the 2020 Census Integrated Communications Campaign Plan v2.0, which is expected to be released in the summer of 2019.

✓ The 2020 Census will use traditional advertising methods, including the use of local advertising.

✓ A partnership Web site will be developed that will allow for downloading partnership materials.

✓ Where available, the partnership specialists and local partners will provide an Internet connection through the use of tablets or laptops that will be made available in public spaces for respondents to complete their census questionnaire online.

✓ The IPC Operation encompasses an integrated communications campaign with multiple components. The main components of the operation are advertising, earned media and public relations, partnerships, Statistics in Schools, social media, rapid response, and a Web site.

✓ The segmentation scheme will enable the Census Bureau to develop messaging that will most resonate with each group, purchase media by group in the appropriate channels, and to monitor performance by segment during campaign execution. The Census Bureau will develop self-response propensity models to determine each households' likelihood to respond, when, and by which mode.

✓ The IPC will be communicating the possibility of answering the 2020 Census using the Census Questionnaire Assistance (CQA) Operation in several areas of the communications campaign, such as paid advertising, partnerships, social media, information on our Web site and through interviews landed through media outreach. Most of these tactics will start to be used during the Motivation Phase of the IPC which will occur between March and April 2020. However, communications efforts will start during the Strategic Early Education Phase (for hard-to-count populations during the whole year in 2019) and Awareness Phase (January–February 2020), and respondents may start hearing about CQA during those phases.

*Design Issues to Be Resolved*

Additional work is required to make decisions on the following questions:

| Question | Expected Date |
|---|---|
| What metrics will be used to evaluate the success of the IPC Operation as well as each individual component? Microtargeted digital advertising? Automated telephone messaging by local influencers? Providing donated thank you incentives to respondents? Social media? Email? | March 2019 |

DOC_0000108

## Cost and Quality

Investment in IPC is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

⬇ A campaign aimed at promoting self-response may reduce census data collection costs.

Impacts of this operation on overall 2020 Census quality include the following:

⬆ Increase in overall self-response rates.

⬆ Potential increase in self-response from traditional hard-to-count populations.

⬆ Ability to adjust advertising using real-time metrics to focus advertising in low response areas.

### Risks

Adequate staffing is needed to implement the National Partnership Program, but the program was significantly understaffed through FY 2018. **IF** the National Partnership Program is not adequately staffed in FY 2019, **THEN** it will be difficult to secure national partners, preventing the implementation of innovative outreach approaches to raise awareness to the 2020 Census and promote self-response.

There is a lot of press coverage surrounding the 2020 Census questionnaire. **IF** the Census Bureau is given negative media coverage about the 2020 Census, **THEN** national partners may choose not to partner for the 2020 Census.

The Census Bureau has faced challenges hiring enough partnership specialists needed to promote Census Awareness and increase the self-response rate. Those challenges include having adequate human resources staff in place to process applications for potential partnership specialists and the Census Investigative Services Branch being unable to process background checks in a timely manner due to a backlog of applications. **IF** there are continued delays in hiring partnership specialists, **THEN** the Regional Census Centers will have a difficult time fully onboarding partnership specialists for FY 2019 that are prepared to carry out outreach efforts, motivating the public to respond to the 2020 Census.

### Milestones

| Date | Activity |
| --- | --- |
| August 2016 | Award the IPC contract. |
| September 2016 | Release the IPC Detailed Operational Plan, version 1.0. |
| October 2016 | Kick off the IPC contract. |
| October 2016 | Release the 2020 Census Community Partnership and Engagement Program Plan. |
| June 2017 | Start the 2020 Census Partnership Program. |
| July 2017 | Release the 2020 IPC Plan, version 1.0. |
| March 2019 | Release the IPC Detailed Operational Plan, version 2.0. |
| August 2019 | Release the 2020 IPC Plan, version 2.0 |

## 5.5.4   Internet Self-Response

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2018** |
| --- | --- |

### Purpose

The Internet Self-Response (ISR) Operation performs the following functions:

• Maximize online response to the 2020 Census via contact strategies and improved access for respondents.

• Collect response data via the Internet to reduce paper and Nonresponse Followup (NRFU).

***Changes Made Since Version 3.0 Operational Plan Release:*** There have been no major changes to this operation.

### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

• Determine optimal contact strategies for eliciting responses to the 2020 Census for Internet and other response modes.

- Optimize the instrument for mobile devices to provide for better user experiences and to improve overall response rates.

- Determine if a bilingual initial or replacement questionnaire in bilingual selected tracts is beneficial.

***Operational Innovations***

Operational innovations include the following:

- Internet Data Capture:
  - Real-time edits.
  - Ability to capture larger households than is possible in a traditional paper-based survey.
  - Develop and deploy an application that can be used across most modern Internet devices and browsers.
  - Develop an application user interface that is available in English and non-English languages identified by the Language (LNG) Operation.
  - Self-response mail contact strategy:
    - Tailored to demographic or geographic area.
    - Designed to encourage Internet self-response.
    - Integrated messaging with the Integrated Partnership and Communications (IPC) Operation.

***Description of Operation***

Two significant pieces of the program reside in this operation: Internet Self-Response and Contact Strategies.

*Internet Self-Response*

High Internet response is critical for cost savings and major efforts are underway to minimize the amount of self-response via telephone, paper questionnaire, and in-person visits. Internet response was not available in previous decennial censuses and, therefore, represents a substantial innovation for the enterprise. The Census Bureau recognizes that the Internet response option is not feasible or acceptable to the entire population. Therefore, alternate modes will be provided for respondents to complete their 2020 Census questionnaire, such as the paper methods used in the past.

Planning and development activities to support ISR are centered around four organizing principles: (1) providing a responsively designed application, (2) providing the best user experience possible, (3) utilizing the Internet to increase data quality, and (4) ensuring that the ISR systems have the capacity to support anticipated volumes of responses and other systems usage, while following the most robust procedures for ensuring data security. Each is discussed below.

The first way to maximize ISR is to design and develop a Web application that can be used across multiple Internet devices and browsers. The ISR application will be responsibly designed so that it is convenient and easy to use on most modern Internet devices (from desktop to mobile devices) and on most modern Web browsers. A responsibly designed Web application makes response more convenient, a user can respond anywhere, at any time, provided they have a connected Internet device.

Secondly, designing and developing an ISR application that is centered on the best possible user experience also facilitates higher rates of Internet response. The overall user experience includes such factors as a person's perception of the system aspects (i.e., utility, ease of use, and efficiency). The survey questions and response options will be displayed within the ISR user interface such that they are as intuitive and straightforward as possible. The user experience will be further enhanced by including non-English user interfaces in the application. Additional information on the LNG program, which determines the languages in which the ISR instrument will be available, is described in section 5.3.4.

Thirdly, the Internet as a medium for data collection lends itself to improvements in data quality. For example, the ISR application will include built-in data validation checks to identify user error as the user is inputting responses and progressing through the survey. These checks will include messaging to respondents indicating missing or incomplete data, as well as messages alerting respondents when incorrect or inconsistent information is entered. These functionalities will help ensure high-quality data in the 2020 Census. To further improve data quality, users will be able to contact a Census Questionnaire

DOC_0000110

Assistance (CQA) agent for assistance while completing their questionnaire online.

Lastly, the ISR application and all support systems will be designed to handle the volume of responses that are expected. It is imperative that the ISR application and other systems are built to service the scale of the operation in order to ensure that users do not experience delays when completing the survey, or that the application is unavailable during the self-response period. Also of note, in order to increase self-response through Internet response, the ISR application and other associated systems are being developed to adhere to the highest standards of data security. All respondent data are encrypted throughout the data collection process, and all encrypted data are made inaccessible as soon as possible. Every effort is made to ensure that any data provided by the respondent is secure and confidential throughout the data collection process.

### Contact Strategies

All attempts by the Census Bureau to make direct contact with individual households by mail are referred to as "contact strategies." These are complementary but distinct from the community-level outreach described under the IPC Operation. Types of contact strategies include invitation letters, postcards, and questionnaires mailed to households.

Prior to the 2010 Census, research yielded distinct attitudinal segments or messaging mindsets. A primary objective of the 2020 Census is for a majority of respondents to complete their census questionnaire online. Achievement of this objective is the purpose of the Census Bureau's mail contact strategies.

One approach, termed "Internet First," has been developed to encourage respondents to use the Internet. Currently, this model includes the mailing of a letter inviting respondents to complete the questionnaire online, two follow-up reminders and, if necessary, a mailed paper questionnaire followed by a final reminder. All correspondence will contain a telephone number respondents may use to complete the questionnaire over the telephone.

This approach, however, may not be appropriate for all respondent types. The "Internet Choice" contact strategy will be utilized in areas with low Internet connectivity or other characteristics that make it less likely the respondents will complete the census questionnaire online. In Internet Choice areas, a paper questionnaire is provided on the first contact in addition to the information about how to respond online or by phone.

### Research Completed

The following research has been completed for this operation:

- American Community Survey (ACS) ISR Research.
  - Findings:
    - People living in areas with lower Internet usage and accessibility require paper or telephone questionnaire assistance or both.
    - Certain messaging strategies are more effective in motivating self-response.
- 2012 National Census Test tested contact strategy and Internet option.
  - Findings:
    - Initial contact to invite participation, followed by two reminder prompts as needed, and subsequent mailing of a paper questionnaire was a promising strategy (Internet First).
    - Advance letter was not shown to improve response rates.
    - Telephone assistance needed for respondents without Internet access.
- 2014 Census Test tested "Notify Me" mailed invitation, contact strategies, and Internet option.
  - Findings:
    - Neither email nor automated voice messages showed a significant impact on response rates.
    - Low participation rate for "Notify Me" component, but high questionnaire completion rate among those who preregistered.
- The 2015 Optimizing Self-Response (OSR) Test offered an Internet response option, including

DOC_0000111

real-time NID processing, and again tested the "Notify Me" option, along with advertising and partnerships support.

º Findings:

- The total response rate was 47.5 percent, and the Internet response rate was 33.4 percent.

- An additional 35,249 Internet responses from housing units (HUs) not selected in mail panels as a result of advertising and promotional efforts.

- "Notify Me" again had low participation.

- A new postcard panel, designed to test how HUs not originally included in the sample would respond to an invitation after being exposed to advertising, generated response of approximately 8 percent.

- 2015 National Content Test.

º Findings:

- The total self-response rate was 51.9 percent, and the Internet response rate was 35.6 percent.

- Adding a fifth mailing, a reminder sent after the paper questionnaire, significantly increased response rates.

- Sending the first reminder sooner by a few days prompted quick responses, thus reducing the size of the third mailing.

- In low response areas, the "choice" strategy of sending a paper questionnaire in the first mailing is effective.

- Providing the letters in English and Spanish, rather than just English with a Spanish sentence, elicits more Spanish-language responses.

- Small-scale, opt-in email testing experimented with email messaging, including subject lines, timing of delivery, and look and feel.

º Findings:

- A text-based email outperformed graphical emails.

- Short email subject lines that include the "10-minute" burden and the "U.S. Census Bureau" name seem to perform better than other subject lines, especially those including the word "Help" as the first word in the subject line.

- Longer email content with "Dear Resident" and signature of the Director email outperformed a shorter email invitation without the greeting and signature.

- Response rates did not differ by link type (i.e., the full Uniform Resource Locator or "Click here") with this population.

- The time of day the email is sent did not appear to have a big impact on the response rate.

- Respondents prefer a mailed invitation, including a link to respond over all other options.

- 2016 Census Test.

º Findings:

- The total self-response rate was 53.4 percent, and the Internet response rate was 31.4 percent at the Los Angeles County, California, test site.

- The total self-response rate was 39.6 percent, and the Internet response rate was 27.4 percent at the Harris County, Texas, test site.

- Continued mail strategy deployed in the 2015 National Content Test.

- Building on the success of providing some mail material in English and Spanish in the 2015 National Content Test, all mail materials were available in English and Spanish.

- ISR application user interface was made available in four languages (English, Spanish, Korean, and Chinese).

- 2017 Census Test.

º Findings:

- The total weighted self-response rate was 50.3 percent, and the Internet self-response rate was 31.7 percent.

- Utilized a commercial off-the-shelf product for development of the ISR application.

- ISR application was deployed in the cloud for the first time.

- ISR application was developed using Web design best practices and guidelines developed by U.S. Digital Standards.

DOC_0000112

- Continued the mail strategy used in the previous two tests.
- 2018 End-to-End Census Test.
  - º Findings:
    - The total self-response rate was 52.3 percent and the Internet response rate was 32.6 percent.
    - Utilized the same commercial off-the-shelf product that was used in the 2017 Census Test.
    - ISR application was deployed in the cloud.
    - Refined the stratified mail strategy to include one Internet Choice cohort and three Internet First cohorts.

### Decisions Made

The following decisions have been made for this operation:

ISR:

- ✓ An ISR option will be provided for the 2020 Census.

- ✓ Invitation letters and mailed materials will encourage people to respond using a unique census identifier (ID); however, the 2020 Census will allow people to respond without a unique Census ID.

- ✓ The Census Bureau will offer an Internet response option in 12 non-English languages: Spanish, Chinese, Vietnamese, Korean, Russian, Arabic, Tagalog, Polish, French, Haitian Creole, Portuguese, and Japanese. The languages selected were based on national estimates of limited-English-speaking households.

- ✓ The Census Bureau will not provide a mobile application for ISR.

Contact Strategy:

- ✓ An advance letter will not be used; most HUs will receive a letter inviting online response to the census. The Census Bureau will provide a paper questionnaire (including bilingual questionnaires) for populations where Internet access and usage prompts us to offer Internet Choice (questionnaire and Internet invitation) and for whom language assistance optimizes self-response.

- ✓ The 2020 Census will offer alternative response options to respondents without Internet access.

- ✓ Messaging will be coordinated with the IPC Campaign.

- ✓ A formal "Notify Me" option will not be offered.

- ✓ Respondents will receive direct contacts inviting their participation in the census. Contacts may include some or all of the following: postcard mailings, letter mailings, questionnaire mailings, and in-person visits by an enumerator.

- ✓ Respondents more likely to respond online will receive the "Internet First" mailing strategy, where they will receive invitations to respond online. Those who do not respond online will receive reminders to respond, and a paper questionnaire before NRFU begins. Respondents least likely to respond online (as determined by modeling response likelihood, using ACS data in the planning database tool and Federal Communications Commission Internet connectivity data), will receive the "Internet Choice" mailing strategy. The Choice strategy consists of receiving an invitation to respond online, but with a paper questionnaire in the first mailing. Respondents will then receive reminders to respond either online or via the questionnaire they received earlier. Those who do not respond will receive another paper questionnaire before NRFU begins. Anyone who does not either respond online, by CQA, or with a paper return will be sent a final reminder to respond before NRFU begins.

- ✓ The Census Bureau will not use United States Postal Service barcode scanning technology to optimize the respondent access to Internet.

- ✓ The Census Bureau looked into the benefits and risk associated with using a contact frame and will not be using it to reach respondents via email and text message. .

- ✓ ISR will use a mailed contact approach to invite multimode self-response (responding by Internet, completing a paper questionnaire, or by calling CQA). The primary purpose of the stratified self-response contact strategy is to inform and invite the public to respond to the census, and to remind non-responders to respond. The mail strategy that the ISR operation will deploy in the 2020 Census will mail invitations, reminders, and questionnaires over the course of approximately 6 weeks. These mailings are divided into two panels: the "Internet First" panel and the "Internet Choice" panel.

DOC_0000113

Other Self-Response:

✓ Text messaging will not be used as a data collection mode.

✓ HUs from whom an Internet questionnaire is not received will be mailed a paper questionnaire.

✓ ISR will not be part of the Group Quarters (GQ) Operation enumeration. While GQ enumeration cannot prevent GQ residents from responding via the Internet, this method of data collection is not part of 2020 GQ enumeration plans.

✓ The 2020 Census printing and mailing workload as part of the OSR strategy is identified in the Life Cycle Cost Estimate.

✓ The response rate projections for all self-response modes are in the Life Cycle Cost Estimate that was released in December 2017 and will be updated for release in early 2019.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in ISR is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

⬇ Reduced amount of self-response through paper questionnaire.

⬇ Increased self-response, which will decrease the NRFU workload, thereby reducing field costs.

In addition:

⬆ ISR is expected to increase the workload for CQA.

Impacts of this operation on overall 2020 Census quality include the following:

⬆ Increase in overall self-response rates.

⬆ Real-time edits to respondent data.

⬆ More complete self-response for large households.

⬆ Potential increase in self-response from traditionally hard-to-count populations.

*Risks*

Major concerns for the ISR Operation are covered by the 2020 Census risks listed in Chapter 6.

*Milestones*

| Date | Activity |
|------|----------|
| March 2016 | Begin the 2016 Census Test. |
| June 2017 | Release the ISR Detailed Operational Plan. |
| March 2017 | Begin the 2017 Census Test. |
| March 2018 | Begin the 2018 End-to-End Census Test. |
| March 2020 | Begin 2020 Census ISR data collection. |
| July 2020 | End 2020 Census ISR data collection. |

### 5.5.5   Non-ID Processing

| Detailed Planning Status: | **In Production** **DOP published in FY 2016** |
|---------------------------|-----------------------------------------------|

*Purpose*

The Non-ID Processing (NID) Operation is focused on making it easy for people to respond anytime, anywhere to increase self-response rates. The operation accomplishes this by:

• Providing response options that do not require a unique Census Identifier (ID).

• Maximizing real-time matching of NID respondent addresses to the census living quarters (LQs) address inventory.

• Accurately assigning nonmatching addresses to census basic collection units.

*Changes Made Since Version 3.0 Operational Plan Release:*

There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

• The automated and manual NID processes should be planned and developed in parallel, rather than sequentially, as was done when preparing for the 2010 Census NID Operation.

• Involve the National Processing Center (NPC) throughout the life cycle of the 2020 Census NID Process to help prepare for the Clerical Processing component of the operation.

DOC_0000114

- The delivery of addresses from NID processing that require independent verification should occur on a flow basis during Internet Self-Response (ISR) and Nonresponse Followup (NRFU) Operations, rather than at the end of these operations.

*Operational Innovations*

Operational innovations include the following:

- Public can respond to the census anytime, anywhere without a unique Census ID.
- Mechanism that could increase self-response from traditionally hard-to-count populations.
- Real-time matching and geocoding of responses.
- Use of administrative records and third-party data in an attempt to augment respondent-provided address data.
- Use of available geographic reference sources, such as aerial imagery and local government address records, to verify the existence and location of addresses provided by NID respondents that do not match to the census LQ address inventory, significantly reducing the need for fieldwork to perform this task.

*Description of Operation*

During the self-response phase, the NID Operation will allow respondents to complete a questionnaire without a Census ID. By collecting the address from the respondent and then matching it in real-time to the census LQ address inventory, the Census Bureau will attempt to associate a Census ID with the response. The address collection interface facilitates obtaining complete and accurate data from a NID response.

Key capabilities of NID are:

- Address standardization and a feedback loop with the respondent to confirm the address data they provide.
- Automated address matching during the response.
- Automated address geocoding during the response.
- For NID cases not matched in real time, use of administrative records and third-party data in an attempt to augment respondent-provided

address data, followed by an additional address matching attempt.

- Interactive matching and geocoding of respondent-provided address.
- Office-based address verification for nonmatching addresses.
- Manual matching and geocoding when automated NID Processing has not determined an acceptable match or geocode.

*Research Completed*

The following research has been completed for this operation:

- 2013 National Census Contact Test:
  º Findings: The use of administrative records and third-party data was effective in enhancing NID addresses to allow for a match to the MAF/TIGER System.
- 2014 Census Test:
  º Findings:
    - The address collection interface in the Internet instrument yielded a much greater proportion of higher quality address data from NID responses than in 2010.
    - Use of administrative records and third-party data matching improved the overall address matching rate.
    - There was no significant benefit to applying the administrative record matching process to all NID responses. Therefore, the use of administrative records and third-party data matching should follow an initial matching attempt using the MAF/TIGER System.
- 2015 OSR Test:
  º Findings:
    - When a NID respondent address matches a record in the census address inventory, rules can be applied for accepting the geocode or subjecting it to further verification. These rules can account for the source of the geocode, whether or not coordinates were collected in the field for the address location.

- Respondents geocoded themselves accurately only about one third of the time. However, before making a recommendation on the use of the map interface during self-response, results from 2015 testing will be compared with those from the 2016 Census Test.

- Use of administrative records and third-party data continued to result in an increase in the match rate for NID cases compared to the census LQ address inventory during automated processing.

- 2016 Census Test.
  - º Findings:
    - Respondents geocoded themselves accurately only about one quarter of the time. Based on this information, results from 2015 testing, and research conducted on the collection of users' location, a decision was made to remove the map interface during NID self-response.

    - Use of administrative records and third-party data continued to increase the match rate during automated processing for NID cases compared to the census LQ address inventory.

### Decisions Made

The following decisions have been made for this operation:

✓ The 2020 Census will offer a NID option for self-response and telephone agent-assisted response.

✓ The 2020 Census ISR instrument and the Census Questionnaire Assistance Operation interviewer instrument will utilize capabilities and requirements for the address collection interface as specified for NID responses, as used in the 2014, 2015, and 2016 Census Tests.

✓ The NID work flow will include real-time matching and geocoding, post real-time processing that will utilize administrative records and third-party data, and manual (interactive) matching and geocoding.

✓ NID respondents can help confirm the location of their LQ descriptive information (i.e., cross streets) provided to the NID Operation. This method, which was used in the 2000 Census and 2010 Census, has also been tested during

the 2015 and 2016 Census Tests. Clerks from NPC call NID respondents when they are unable to match or geocode the respondent-provided address using available geographic reference materials. This will enable the Census Bureau to associate the respondent's address with the correct block for tabulation purposes.

✓ Administrative records and third-party data will be used to attempt to enhance the respondent's address data if the initial attempt to match to a MAF record was not successful.

✓ Testing of Office-Based Address Verification (OBAV) during 2015 and 2016 indicated that this approach should be used for 2020. However, each test had varying results, and only 2017 had 100 percent of the OBAV cases worked, so specific proportions of addresses verified have been different for each test.

✓ Based on data from census testing between 2015 and 2017, the 2020 Census will produce an estimated 1.05 to 2.1 million cases for Clerical NID Processing. This is based on a range of 5 to 10 percent of 2020 Census self-response being NID cases, and following the earlier assumption of 20 percent of the NID responses requiring manual matching and geocoding, and another 10 percent requiring office based address verification.

✓ All of self-response will be subject to a quality assurance process, including NID responses.

✓ The level of impact on downstream operations will depend on the order of magnitude of NID response to the 2020 Census. It is possible that a backlog will be created during self-response that will impact the Clerical component of the NID Processing Operation, which could also lead to an impact on NRFU. However, a project-level risk is being tracked, and a contingency plan is in place that can be followed to reduce the impact on NRFU (e.g., minimize the number of cases sent out to NRFU because Clerical NID Processing has not yet matched the response to an address in the census inventory).

✓ The expected scale of the 2020 Census NID workload is estimated to be between 5 percent and 20 percent of self-response, or approximated 3.75 million to 15 million responses. The NID team has collaborated with the staff working on the optimizing self-response efforts and the agreed-upon point estimate is 10 percent.

DOC_0000116

IT infrastructure planners have been made aware of the workload estimates, and are also informed by the response modeling work that projects response by day, peak hours, and so forth. They are planning accordingly.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in NID is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

⬇ Increased self-response rates.

⬇ Improved coverage through self-response may decrease the NRFU workload.

Impacts of this operation on overall 2020 Census quality include the following:

⬆ May increase self-response from traditionally hard-to-count populations.

⬆ May increase overall self-response rates, which can contribute to higher quality for the overall census.

*Risks*

Significant delays in processing of the clerical workload could lead to duplication of efforts in contacted households that may have already responded via NID, and the inability to send assignments to Field Verification before the cutoff when Office Address-Based Verification could not verify the address. There are two areas of concern regarding the ability of the NID Processing Operation keeping up with the backlog of NID cases not resolved during automated processing: the amount of clerical workload and average production rate for clerks. Regarding the amount of clerical workload for 2020 NID Processing, it will be driven by several factors: the amount of marketing/promotion of the option to respond without a Census ID, the proportion of self-response that will lack Census IDs, and the amount of addresses from NID responses that match to a Census Master Address File record during automated processing. The marketing and promotional efforts for the 2020 Census are still being planned, and regardless of that outcome, the impact of promotion of the NID response option is unknown.

In other words, there is no way to know if people will opt to use their Census ID or not. Regarding the proportion of self-response that will lack a Census ID, while there are workload models based on self-response from census tests that occurred from 2013 to 2017 that can help estimate this, there are limits to extrapolating to a national level what occurs during site tests or national tests with small samples. Similarly, while NID has data from the census tests on the typical match rate during automated processing, the test sites and sample addresses may not be representative of the match rate at a national level. In addition to concerns about overall NID workload, the production rate for clerks is also largely unknown. There has not been sufficient opportunity to test clerical processing; therefore, there is insufficient data to serve as a basis for estimating average production rates for 2020. As a result, it is difficult to estimate how long it will take to eliminate the backlog of cases from automated processing, even given a reasonable estimate of overall workload. **IF** the 2020 NID Processing workload exceeds the high end of the estimated workload range, **THEN** there may be duplication of effort in contacting households and an inability to send all assignments to Field Verification prior to the cutoff.

*Milestones*

| Date | Activity |
|---|---|
| April 2015 | Deliver real-time address matching and geocoding for the 2015 Optimizing Self-Response Test. |
| April 2016 | Utilize multiple respondent validation methods for the 2016 Census Test. |
| September 2016 | Release the NID Detailed Operational Plan, version 1.0. |
| April 2017 | Deliver real-time processing in the cloud for the 2017 Census Test. |
| March 2018 | Release the NID Detailed Operational Plan, version 2.0. |
| May–June 2018 | Conduct manual matching and geocoding at the NPC for the 2018 End-To-End Census Test. |
| April–July 2020 | Conduct the 2020 Census NID Processing. |
| August 2021 | Complete the 2020 Census NID Assessment Report. |

DOC_0000117

### 5.5.6   Update Enumerate

| Detailed Planning Status: | **Underway**<br>**DOP published in FY 2019** |
|---|---|

#### Purpose

The Update Enumerate (UE) Operation is designated to occur in areas where the initial visit requires enumerating while updating the address frame. The majority of the operation will occur in remote geographic areas that have unique challenges associated with accessibility. This operation includes both the UE Type of Enumeration Area (TEA) and the Remote Alaska TEA. In the UE Operation, field staff update the address and feature data and enumerate respondents in person. The primary functions of UE include:

- Verifying and updating the address list and feature data for tabulation of the 2020 Census.

- Determining the type and address characteristics for each living quarters (LQs).

- Enumerating respondents at housing units (HUs) within the UE TEA. HUs, group quarters (GQs), and transitory locations (TLs) will be enumerated in the Remote Alaska TEA during this operation.

UE can occur in the following geographic areas:

- Remote Alaska.

- Areas that were a part of the 2010 Census Remote UE Operation, such as northern parts of Maine and southeast Alaska.

- Select American Indian areas that request to be enumerated in person during the initial visit.

Note that some areas included in the 2010 Remote UE operations might be delineated into TEA 1 or TEA 6 for the 2020 Census, based on changes in address type or mailability.

#### Changes Made Since Version 3.0 Operational Plan Release: There have been changes to the quality control process for the operation.

#### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Develop a robust method to enumerate GQs in UE areas.

- Do not require a 100-percent certification of vacant and deleted addresses.

#### Operational Innovations

Operational innovations include the following:

- Combine methodologies from the 2010 UL, Remote Update/Enumerate, Remote Alaska, and UE Operations.

- Use a reengineered field management structure and approach to managing fieldwork, including a new field office structure and new staff positions.

- Reuse processes and procedures from In-Field Address Canvassing and Nonresponse Followup (NRFU) Operations to the extent feasible.

In addition, the following operational design assumptions result in an innovative UE Operation:

- UE utilizes a reengineered field management structure.

- UE areas will not have an In-Field Address Canvassing.

- UE will be able to assign a final HU status of vacant.

#### Description of Operation

The UE Operation is comprised of the following components: UE Production, UE Listing QC, and UE Reinterview.

#### UE Production

The UE enumerators visit every place where people could live or stay, comparing what they see on the ground to the existing census address list and either verifying or correcting the address and location information. Much like ADC, enumerators classify each LQ as a HU, a GQ, a TL, or as nonresidential. If the LQ is not classified as a HU in the UE TEA, it is either reassigned to the appropriate enumeration operation or removed from the list for enumeration. (In the Remote Alaska TEA, an enumerator will attempt to conduct an interview at all LQ types, including HU, GQ, and TL.)

For both UE TEA and Remote Alaska TEA, at each HU an enumerator will attempt to conduct an interview. If someone answers the door, the enumerator will provide a Confidentiality Notice and ask about the address in order to verify or update the information, as appropriate. The enumerator will then ask if there are any additional LQs in the

DOC_0000118

structure or on the property and collect or update that information, as appropriate. The enumerator will then interview the respondent using a paper questionnaire. If no one is home, the enumerator will return to the nonresponding HU for two additional attempts. If there is still no response, the enumerator can contact a proxy to complete the interview.

*UE Listing QC*

The listing operation is conducted in pairs to ensure quality. After a block is completed, the supervisor reviews the address list for completeness. If the listing is incomplete or incorrect, then a full canvass of the block is conducted.

*UE Reinterview*

The UE Operation is conducted in pairs to ensure quality. As questionnaires are completed, the supervisor reviews the data for any signs of potential falsification. If falsification is identified, interviews are recollected on any affected households.

**Research Completed**

Research that directly supports this operation has not yet been completed.

**Decisions Made**

The following decisions have been made for this operation:

✓ Based on funding uncertainty and reprioritization of critical components of the 2020 Census, the Census Bureau replanned the UE operation and will deploy a paper-based solution for UE. The Census Bureau will use paper-based solutions to enumerate GQs for Remote Alaska.

✓ Based on funding uncertainty and reprioritization of critical components of the 2020 Census, the Census Bureau replanned the UE operation and will deploy a paper-based solution for UE. The Census Bureau will use paper-based solutions to enumerate TLs for Remote Alaska.

✓ There will be a universe of processing identifiers (IDs) created before the UE Operation begins. Enumerators will select a unique processing ID for all newly identified LQs.

✓ The UE Operation will not attempt to contact respondents by mail.

✓ The UE Operation will not leave a notice-of-visit form. If no one is home during a contact attempt, the Census Bureau will leave a record of visit and return to complete the enumeration at a later time.

✓ The UE Operation will use the same business rules implemented for the ADC Operation. For example, UE will add, delete, verify, move, etc.

✓ UE address and map updating will occur during daylight hours. If during daylight hours, a respondent is home and willing to respond, the enumerator will capture that data at that time. If no one is home, the follow-up enumeration will occur using some of the same business rules established for NRFU.

✓ UE enumerators will conduct all follow-up enumeration in person. The UE Operation will not make outbound phone calls.

✓ The UE Operation will not leave a notice-of-visit form at a HU for a household to self-respond. An enumerator will conduct the enumeration at every HU during the operation.

✓ Administrative records and third-party data will not be used in UE areas to validate units' occupancy status.

✓ UE is often conducted in remote areas with logistical constraints. As a result, UE enumerators will travel to these areas once to conduct all listing and enumeration activities. During the visit, the enumerators will make multiple attempts to each housing unit to ensure a complete enumeration.

✓ The operation will have a unique Census ID for each HU. It is preprinted on the address list and the questionnaire. It will be the unique ID for the HU throughout the census.

✓ Remote Alaska will use the same listing and enumeration methodologies as in the 2010 Census.

**Design Issues to Be Resolved**

There are no remaining design issues to be resolved for this operation.

**Cost and Quality**

Investment in UE is projected to have minimal influence on the overall cost and quality of the 2020 Census.

### Risks

It is essential that in-field production assignments for UE be closed out on time at the end of each assignment period so that the schedule stays on course with minimal delays in completing the Master Address File (MAF) update process and all other future activities. **IF** there are significant delays in completing the in-field production assignments for UE, **THEN** this will affect the start date of the MAF update process, which may contribute to substantial delays in future schedule activities and downstream activities.

The UE Operation was descoped from the 2018 End-to-End Census Test. Subsequently on May 16, 2017, the 2020 Census Executive Steering Committee approved a proposal to redesign the UE Operation. As a result of that redesign, the plan is to use methodologies similar to those used for 2010 Remote Alaska and remote UE. **IF** the UE Operation deviates from the methods used in 2010 or cannot utilize other operational methods being tested in 2018, **THEN** the UE Operation will have difficulty completing the goals and objectives for the 2020 Census.

### Milestones

| Date | Activity |
|------|----------|
| April 2016 | Begin detailed planning of UE. |
| May 2017 | UE redesign approved. |
| December 2017 | Release the UE Detailed Operational Plan. |
| January 2020 | Begin UE for the 2020 Census in Remote Alaska. |
| March 2020 | Begin UE for 2020 Census. |
| July 2020 | End UE for 2020 Census. |

## 5.5.7   Group Quarters

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2017** |
|---|---|

### Purpose

The 2020 Census Group Quarters (GQ) Operation will:

- Enumerate people living or staying in GQs.
- Provide an opportunity for people experiencing homelessness and receiving service at a service-based location, such as a soup kitchen, to be counted in the census.

***Changes Made Since Version 3.0 Operational Plan Release:*** The Advance Contact will have two components: In-Office Advance Contact and In-Field Advance Contact.

### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Integrate GQ frame validation and enumeration data collection methodologies.
- Research and test automation to collect GQ data to reduce data capture and processing time, which incorporates tracking and linkage capabilities (eliminates manual transcription of administrative records and third-party data onto paper instrument).
- Explore ways to reduce the number of visits on military installations. (Research and test the enumeration of military personnel through the use of administrative records and third-party data.)
- Maintain consistent answer categories regarding the question on having a UHE on all census data collection instruments, the Individual Census Report, and Shipboard Census Report (now referred to as the Individual Census Questionnaire [ICQ] and Maritime Vessel Questionnaire).
- Conduct outreach to professional organizations, such as education, health care, and tribal organizations, as part of the 2020 Census GQ planning.

### Operational Innovations

Operational innovations include the following:

- Use of an integrated approach including administrative records, third-party data, and Address Canvassing (ADC) (In-Field and In-Office) to improve the GQ frame.
- Use of multiple modes of enumeration, including electronic exchange of client-level data, and automated field listing and enumeration.
- Integration of GQ Validation and enumeration in all field operations that allow for accurate classification of living quarters (LQ).

DOC_0000120

- Staff trained in multiple operational steps increase efficiency for completing the operation.
- Use of both in-office and in-field methods for enumeration.

***Description of Operation***

Before the enumeration at GQs can occur, the Census Bureau must validate the GQ frame. This validation activity is part of the 2020 Census ADC Operation.

The 2020 Census GQ Operation consists of these components:

- **GQ Advance Contact (known as GQ Advance Visit in the 2010 Census):** For the 2020 Census, this will be both in-office and in-field function. In cases for which the staff is unable to contact or resolve during the In-Office Advance Contact, Field Supervisors will make an in-field visit to the GQs. The functions of GQ Advance Contact include:
  - º Verifying the GQ name, address information, contact name, and phone number.
  - º Collecting an expected Census Day population count and addressing concerns related to privacy, confidentiality, and security.
  - º Collecting a preferred enumeration method, including if the GQs have a data file that can be transmitted electronically to the Census Bureau for enumeration.
  - º Obtaining an agreed-upon date and time to conduct the enumeration.
- **GQ Enumeration:** This includes enumeration of all group quarters through in-field visits or administrative records data.

The Residence Criteria and Residence Situations for the 2020 Census will determine what are considered GQs. The following types of enumeration will be included in the GQ Enumeration Operation:

- **General GQ Enumeration:** Enumeration of people living in group living arrangements that are owned or managed by an entity or organization providing housing or services for the residents (e.g., college/university student housing, residential treatment centers, nursing/skilled nursing facilities, group homes, correctional facilities, workers' dormitories, and domestic violence shelters).

Planned data collection modes for GQ Enumeration include:

- º In-Office GQ Enumeration mode:
  - Electronic Response Data Transfer (eResponse) enumeration.
  - The eResponse involves the electronic transfer of client-level data from systems maintained by GQ administrators that will be transferred to a standardized Census Bureau system that will accept electronically transmitted data in a standardized template.
- º In-Field GQ Enumeration modes include:
  - In-Person interview using a paper ICQ.
  - Facility Self-Enumeration—This method will be offered only to medical facilities and correctional facilities. A GQ administrator or point of contact is sworn in and trained to collect the response data from the GQ residents/clients using paper ICQs.
  - Drop Off/Pick up paper questionnaires.
  - Paper listings—Field staff pick up a paper listing from the GQ administrator. Paper listings are keyed at the National Processing Center (NPC).
- **Service-Based Enumeration:** Enumeration of people experiencing homelessness or utilizing transitional shelters, soup kitchens, regularly scheduled mobile food vans, and targeted non-sheltered outdoor locations.
  - º The planned modes of data collection for Service-Based Enumeration are:
    - In-person interview using paper ICQs.
    - Pick up paper roster listing to be used as a supplemental tool to ensure data collection of the entire facility on Census Day—transitional shelters only.
- **Military GQ Enumeration:** Enumeration of people living in a GQ or housing unit (HU) on military installations, defined as a fenced, secured area used for military purposes and the enumeration of people residing on U.S. military ships at the time of the 2020 Census. A military vessel is defined as a United States Navy or United States Coast Guard vessel assigned to a homeport in the United States.

º The mode of enumeration for military data collection is similar to general GQ data collection, with the exception of the deployed civilian and military population.

- **Maritime Vessel (Shipboard) Enumeration:** Enumeration of people living on U.S. maritime vessels in operation at the time of the 2020 Census. A maritime vessel is defined as a U.S. Flag vessel that is a commercial vessel registered and operated under the laws of the United States, owned and operated by U.S. citizens, and used in the commercial trade of the United States.

    º Data collection will be managed by staff at the NPC using 2010 Census procedures.

*Research Completed*

- Issued Federal Register Notice on May 20, 2015, requesting public comment on the 2020 Census Residence Rule and Residence Situations. Published the final 2020 Census Residence Rule and Residence Situations in late 2017.

- Ongoing partnership with the Department of Defense's Defense Manpower Data Center to discuss 2020 Census goals and objectives for enumerating personnel living on stateside military installations.

    º Findings:

    - Census Bureau received a sample of administrative records from one military installation.

    - Defense Manpower Data Center identified military installations for administrative record testing.

- Conducted a small-scale data collection test at several service-based locations (soup kitchens, regularly scheduled mobile food van stops, and transitional shelters).

    º Findings:

    - An automated data collection device successfully replicated the content of the GQ paper questionnaire.

    - There are minimal challenges associated with the use of an automated instrument for enumerating persons at service-based locations (soup kitchens, regularly scheduled mobile food vans, transitional shelters), which are equal to the challenges of

the use of a paper data collection instrument. However, the decision of the Census Bureau is to use paper data collection instruments for all In-Field GQ operations.

*Decisions Made*

The following decisions have been made for this operation:

✓ The GQ frame development and validation will be integrated with the ADC Operation.

✓ The GQ Operation will allow GQ administrators to self-identify the GQ type for the facility.

✓ An electronic data exchange of GQs and client-level response data records will be part of the GQ methodology.

✓ The Census Bureau will design a standardized system that will accept electronically transmitted response data files in a standardized template.

✓ During field enumeration operations, newly identified GQs will be validated and enumerated using a combination of methodologies.

✓ Current goals for various types of GQs include the following:

    º Enumerate 25 to 30 percent of people residing in GQs through in-office methodologies (i.e., electronic transfer of response data files) and the remainder in the field using paper.

    º Enumerate military GQs using general GQ data collection modes.

✓ Administrative records will be pursued from Federal State Cooperative Population Estimate and Internet research for frame building but not for enumeration.

✓ A standardized template will be used to receive data from GQ administrators. This will be tested in the 2017 independent eResponse data transfer test.

✓ The current assumption is that approximately 70 to 75 percent of GQ enumeration will be in-field.

✓ Cases for quality control interviews are sampled by the Sampling, Matching, Reviewing, and Coding System according to requirements provided by subject-matter experts.

✓ There are multiple ways administrative records will be processed in the GQ Operation. The Census Bureau plans to enumerate personnel residing in GQs and HUs on the military installations using administrative records received from the DMDC of the Department of Defense. For all GQs, the response data will be processed based on the format of the response data. If the response is via eResponse, the data will be received in Centurion and sent to the CDL for processing. If it is a paper response, then the data will be captured in the NPC Data Capture Tracking System, tracked through NPC's Automated Tracking System, and then sent to the CDL.

✓ The GQ enumerators will be dedicated to the GQ Operation during the GQ data collection period and will not conduct multiple operations.

✓ The Census Bureau established a method using the field operational control system to link self-response data to the correct GQs. This method was tested in the 2018 End-to-End Census Test and it successfully linked self-response data to the parent GQ facility. The Census Bureau will use the same method for the 2020 Census.

✓ The Census Bureau will use a Browse Living Quarters to determine if a GQ facility is already in the GQ universe for data collection. If a GQ facility is found during one of the multiple HU enumeration operations, the enumerator will be able to determine if the GQs is already captured in the GQ Operation. If it was not captured in the GQ Operation, the enumerator will have the opportunity to send the case to the GQ Operation, or enumerate it.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved.

### Cost and Quality

Investment in GQs is projected to have minimal influence on the overall cost of the 2020 Census.

Impacts of this operation on overall 2020 Census quality include the following:

⬆ Electronic transfer of administrative records and response data reduces transcription errors.

⬆ Administrative records and response data may provide more comprehensive demographic information.

⬇ Administrative records and response data may provide less current data than data received through in-field enumeration.

### Risks

Each person from a GQs must be linked to a GQ address, as it is part of the GQ enumeration process. **IF** the linkage to electronically associate each ICQ to its GQ identification number does not work, **THEN** this negatively impacts the ability to tabulate GQ residents in their correct geography.

The Memorandum of Agreement data sharing agreement between the Census Bureau, Commander Navy Installations, and the DMDC will allow the Census Bureau to receive a file twice yearly until 2020 that includes data elements as of April 1 and October 1. These files will be sent to the Census Bureau as soon as possible after the files are available and can be compiled by DMDC. The Census Bureau plans to use this administrative data as the enumeration methodology for the military. The Military Enumeration Operation needs to process and test data in the files to ensure it meets quality standards for enumeration. **IF** the files are not received from the DMDC in the timeframe expected, **THEN** the Census Bureau may not be able to fully process and test the administrative records military enumeration methodology and provide detailed specifications for carrying out this enumeration methodology in a timely manner for the 2020 Census.

### Milestones

| Date | Activity |
| --- | --- |
| June 2015 | Conduct Electronic Transfer Capability Survey—Puerto Rico. |
| December 2015 | Conduct Electronic Transfer Capability Survey—Stateside. |
| May 2016 | Conduct 2016 Service-Based Enumeration Census. |
| December 2016 | Conduct Electronic Response Independent Census Test. |
| July 2017 | Conduct 2017 Electronic Response Data Independent Census Test. |

DOC_0000123

| Date | Activity |
| --- | --- |
| September 2017 | Release the GQ Detailed Operational Plan. |
| June 2018–August 2018 | Conduct the 2018 End-to-End Census Test. |
| February 2020 | Conduct GQ Advance Contact. |
| April 2020 | Conduct GQ Enumeration. |

### 5.5.8  Enumeration at Transitory Locations

| Detailed Planning Status: | **Underway** **DOP published in FY 2018** |
| --- | --- |

#### Purpose

The 2020 Census Enumeration at Transitory Locations (ETL) Operation enumerates individuals in occupied units at Transitory Locations (TLs) who do not have a Usual Home Elsewhere (UHE). TLs include Recreational Vehicle (RV) parks, campgrounds, racetracks, circuses, carnivals, marinas, hotels, and motels.

**Changes Made Since Version 3.0 Operational Plan Release:** There have been no major changes to this operation.

#### Lessons Learned

Based on lessons learned from the 2010 Census, the following recommendations were made:

- Automate the questionnaire and all related sources of paradata used to record contact details during an interview.

- Learn more about the living situations of people counted in the ETL Operation.

- Clearly define and identify TLs, as well as procedures on how to list transitory units appropriately in operations that feed the ETL universe.

- Conduct intercensal testing of the TL population.

#### Operational Innovations

Operational innovations include the following:

- Use of reengineered field management structure, staff positions, and approach to managing fieldwork.

- Use of automation and technology for data collection.

#### Description of Operation

The goal of the ETL Operation is the enumeration of individuals in occupied units at TLs who do not have a UHE.

The ETL Operation will:

- Use automation, where possible, to facilitate data collection and streamline operations.

- Use reengineered staffing and management of the field operation.

- Use in-person enumeration as the primary mode of data collection.

- Have Quality Assurance infused throughout workload management and data collection.

#### Research Completed

The 2020 Census ETL Operation will implement a similar design and methodologies as those used in the 2010 Census. While enhancements will be pursued, the planning and design of the 2020 Census ETL Operation is about the operational implementation rather than research into new or different methodologies. Automated solutions were pursued this decade, but this operation will remain a paper-based operation for the 2020 Census.

#### Decisions Made

The following decisions have been made for this operation:

- ✓ The goals and objectives of the ETL field operation is to enumerate individuals at occupied units at TLs who do not have a UHE. The ETL Operation is designed to enumerate eligible populations that inhabit TLs, such as RV parks, campgrounds, hotels, motels, marinas, racetracks, circuses, and carnivals.

- ✓ The Census Bureau will follow an approach similar to the approaches used in other operations, which will involve a comprehensive approach to quality. All cases will be subject to edits and checks within the Operational Control System and, as needed, the chance at being selected for a "reinterview" involving telephone contact in the Area Census Offices.

- ✓ The success of the 2020 Census ETL Operation will be the ability to identify the TL location and enumerate the units at the TL the day of the enumerator's visit.

✓ The Census Bureau plans to conduct ETL advance contact from February 24, 2020, to March 21, 2020. The ETL data collection operation will be conducted from April 9, 2020, to May 4, 2020. Respondents who do not have a UHE are counted where they are enumerated at the time of enumeration, not where they are on April 1, 2020. ETL reinterview will be conducted from April 13, 2020, to May 6, 2020. These dates could change slightly as we get closer to 2020.

✓ The Census Bureau is considering leaving a notice-of-visit form at housing units that are not available at the time of field enumeration. The Census Bureau is evaluating if the enumerator will leave a questionnaire and then follow up, or direct them to respond through the Internet.

✓ The Census Bureau is not using administrative records or third-party data sources for the ETL frame development, however, the ETL frame development is a multiple phase approach of updating and verifying TL addresses. The Census Bureau plans to use several methods to update the frame (1) Address Canvassing In-Office Group Quarters review; (2) Address Canvassing In-Field; (3) ETL Carnival research; (4) Census Field Manager/Enumerator updates; and (5) through the Local Update of Census Addresses Operation and New Construction Program.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in ETL is projected to have minimal influence on the overall cost and quality of the 2020 Census.

### Risks

One of the lessons learned from the 2010 Census ETL Operation is the importance of field testing. **IF** field testing of the ETL Operation is not conducted before the 2020 Census, **THEN** the operation may encounter unforeseen operational issues, potentially increasing cost and reducing data quality.

A complete and accurate address frame is required to implement an efficient ETL Operation. The ETL frame development and validation will be integrated with the Address Canvassing Operation along with efforts from ongoing geographic update operations and other 2020 Census operations. **IF** the address frame does not contain all the instances of the types of living quarters (LQs) covered by the ETL Operation, **THEN** some LQs may not get enumerated by the ETL Operation and the people living at those TLs may not get included in the final 2020 Census population count.

### Milestones

| Date | Activity |
| --- | --- |
| October 2015 | Initiated the 2020 Census ETL Integrated Project Team. |
| September 2018 | Release the ETL Detailed Operational Plan. |
| April 2020 | Begin 2020 Census ETL enumeration. |
| May 2020 | Conclude 2020 Census ETL enumeration. |
| April 2021 | Issue 2020 Census ETL operational assessment. |

## 5.5.9  Census Questionnaire Assistance

| Detailed Planning Status: | **Underway**<br>**DOP published in FY 2016** |
| --- | --- |

### Purpose

The Census Questionnaire Assistance (CQA) Operation has three primary functions:

• Provide questionnaire assistance for respondents by answering questions about specific items on the census form or other frequently asked questions about the census:

  º Tier 1: Provide telephone assistance via an automated menu (Interactive Voice Response, or IVR).

  º Tier 2: Provide real-time assistance by CQA agents via the telephone.

• Provide an option for respondents to complete a census interview over the telephone.

• Provide outbound calling in support of Coverage Improvement.

DOC_0000125

*Changes Made Since Version 3.0 Operational Plan Release:*

- Web chat, as a formal communication channel, was eliminated based on logistics and feasibility.

- Support for callers requesting information about 2020 Census jobs was moved out of the CQA Operation and into the Field Infrastructure Operation.

- Outbound telephone calling to collect Nonresponse Followup (NRFU) Reinterview data for NRFU quality control was eliminated. Findings in the 2018 End-to-End Census Test led to the decision.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- CQA Operation requires very specialized contact center personnel throughout the development and operational cycles.

- CQA Operation needs to be synchronized with the Integrated Partnership and Communications Program.

- Agent desktop applications need to have the ability to easily update Frequently Asked Questions content so that all relevant information is in one place.

*Operational Innovations*

Operational innovations include the following:

- Speech and text analytics to determine what is trending in real-time across CQA.

*Description of Operation*

The main objective of CQA is to assist Internet and paper self-respondents by answering questions coming from telephone calls. CQA will provide support through the following:

- A toll-free telephone number for respondents to call for help completing the 2020 Census questionnaire.

- IVR to resolve basic questions from respondents calling on the telephone to minimize the number of agents required.

- Real-time assistance to callers (inbound) in completing the 2020 Census questionnaire

(with and without a unique Census identification number).

- Outbound telephone calls made by agents to respondents for quality follow-up (coverage improvement).

Scope of 2020 Census CQA includes:

- Managing the day-to-day CQA Operations and analyzing data trends to improve the customer experience and ensure the most efficient and accurate assistance is provided.

- Opening multichannel contact centers with a central command functionality.
  - Voice channel (telephone via IVR).
  - Voice channel (telephone via agents).

- Staffing of contact center.

- Training of contact center staff.

- Assistance in multiple languages.

- Assistance for individuals with special needs (visual- or hearing-impaired).

- Assistance for individuals in Puerto Rico.

- Assistance for individuals receiving experimental forms.

- Integration with the Internet questionnaire development team to deliver assistance.

- Determination of expected call volumes (inbound and outbound), including timing of peak volumes and a rollover plan for unanticipated volumes.

*Research Completed*

The following research has been completed for this operation:

- Market Research:
  - Conducted vendor meetings to benchmark contact center industry and identify best practices.
  - Released a Request for Information to identify industry capabilities and a Request for Proposal (RFP) to evaluate and hire expertise suitable to assist the Census Bureau with developing adequate systems and call center operations.
    - Findings: Most large contact center providers have the capacity to provide all services identified in the Request for Information. Small businesses do not have

the facilities, staff, or experience to meet the full range of services and size required by CQA. However, the Census Bureau did specify small business goals within the RFP and allow the contact center service providers and system integrators to determine how to best meet the small business goals.

- Call Workload Modeling:
  - º Looked at call data from the 2014 Census Test, the 2015 Census Test, the 2015 Optimizing Self Response Test, the 2015 National Content Test, the 2016 Census Test, the 2017 Census Test, and the 2018 End-to-End Census Test to assist in forecasting workload for the 2020 Census.
    - Findings:
      - º The mailing strategy of pushing respondents to answer the Census on the Internet has created an increase in assistance calls, specifically related to lack of Internet access and technical issues.
      - º Experienced call volume increases at the beginning of the NRFU Operation due to Census enumerators beginning to visit nonrespondents.

### Decisions Made

The following decisions have been made for this operation:

- ✓ CQA will use an acquisition with the RFP release date of November 2015.
- ✓ CQA will complete interviews by telephone.
- ✓ CQA will provide respondent assistance relating to specific items on the questionnaire.
- ✓ CQA will handle calls relating to general questions on 2020 Census processes and frequently asked questions.
- ✓ CQA telephone number will be provided in selected materials.
- ✓ The contractor will be required to provide an adaptive infrastructure (e.g., staffing levels and communications capabilities) that can be adjusted on demand as data collection occurs.
- ✓ The contract will include options to provide flexibility to support future operations or capabilities that have not yet been fully defined.

- ✓ The RFP will require the vendor to develop the application that the agents use to respond to calls, including the data collection instrument to complete the questionnaire.
- ✓ CQA agents will be available to provide assistance and complete 2020 Census questionnaires for all specified languages.
- ✓ CQA will assist individuals with special needs (visual- or hearing-impaired).
- ✓ CQA will handle calls from respondents experiencing technical issues (e.g., Internet problems, lack of access to Internet) and will have the capability to complete a 2020 Census questionnaire, if requested.
- ✓ The contract includes service-level agreements and quality standards.
- ✓ The 2020 Census language requirements are in the CQA contract.
- ✓ CQA will support the Coverage Improvement Operation by providing a centralized quality outbound calling operation.
- ✓ The 2020 Census Self Response Contact Strategy model was included in the CQA contract.
- ✓ CQA Operations will go live with the IVR only on February 1, 2020. For inbound calling operations using live CQA agents, operational dates are aligned with the Internet Self-Response Operation and are documented in the 2020 Census Integrated Master Schedule. For outbound calling in support of Coverage Improvement, operational dates are aligned with the Coverage Improvement period documented in the 2020 Census Integrated Master Schedule.
- ✓ CQA will not mail paper questionnaires to people who call to request them, but they will refer people to materials on the 2020 Census Web site or collect the interview over the phone. As part of the overall contract strategy, all nonresponding housing units in self-response areas will receive a paper questionnaire in the forth mailing.
- ✓ CQA will not utilize and integrate a nonvoice communication channel, such as Web chat, to support in-bound census questions.

DOC_0000127

✓ CQA will not collect 2020 Census questionnaire information by texting or Web chat communication channels.

✓ CQA will not accept emails, faxes, or Internet uploads of completed 2020 Census questionnaire. Respondents will be directed to mail their responses.

✓ CQA will not support centralized outbound calling for NRFU production cases.

✓ CQA will not include the ability to offer respondents an option to check on the status of the questionnaire they submitted.

✓ CQA will not offer a Web chat functionality to provide assistance to respondents while completing their questionnaire online.

✓ CQA will not take calls directly from census field enumerators encountering language barriers. Instead, during NRFU, enumerators will show a language identification card to the respondents to identify the language(s) they speak. If respondents identify a language supported by CQA, census field enumerators will leave a paper Language Assistance Sheet with the respondents, which contains instructions for reaching the supported CQA language lines.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in CQA is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

⬇ Increased self-response rates resulting from increased promotion of telephone response decreases the NRFU workload, eliminating costly in-person enumerations by census enumerators.

⬇ Reduced quantities of paper questionnaires because of increased self-response by telephone.

In addition:

⬆ Internet Self-Response is expected to increase the workload for CQA.

Impacts of this operation on overall 2020 Census quality include the following:

⬆ Increase in overall self-response rates.

⬆ Real-time edits to respondent data collected over the phone.

⬆ More complete self-response for large households.

⬆ Potential increase in self-response from traditionally hard-to-count populations.

These four items are also included in the ISR section (5.5.4).

### Risks

Multiple Census Bureau and other stakeholders will be involved throughout the CQA Operation. Emerging requirements, lessons learned, and changing conditions have the potential to alter the requirements of the operation in order for the larger 2020 Census Program to be successful. **IF** CQA stakeholders request new requirements, **THEN** the CQA Operation may need to accept higher costs, greater risks to quality, or both.

Due to the rapidly tightening labor market, it is becoming more difficult to recruit the non-English, non-Spanish customer service representative and Quality Assurance Monitor positions for the call centers. Competitors at other contact centers and retail markets have increased hourly wages and are offering $1,000 signing bonuses to find similarly skilled entry-level resources. **IF** CQA is unable to recruit and hire enough staff for the non-English, non-Spanish positions, **THEN** calls on some language lines may not be answered in a timely fashion for the 2020 Census.

The CQA Operation spans multiple fiscal years and is incrementally funded. Adequate funding for the CQA Operation is not guaranteed and fluctuates each fiscal year. **IF** adequate incremental funding is not provided on a timely basis to support the CQA Operation, **THEN** contractor work may be suspended during critical scale-up activities.

### Milestones

For acquisition purposes, the major milestone dates are:

| Date | Activity |
|---|---|
| January 2016 | Release RFP for 2020 CQA acquisition. |
| July 2016 | Award contract for 2020 CQA. |
| September 2016 | Release the CQA Detailed Operational Plan, version 1.0. |

DOC_0000128

| Date | Activity |
|------|----------|
| April 2017 | Participate in 2017 Census Test. |
| December 2017 | Release CQA Detailed Operational Plan, version 2.0. |
| March 2018 | Participate in 2018 End-to-End Census Test. |
| February 2020 | Go live with CQA IVR system. |
| March–July 2020 | Conduct CQA Operations with live customer service representatives. |
| September 2020-June 2021 | Conduct CQA Post Production Analysis and Close-out. |

### 5.5.10   Nonresponse Followup

| Detailed Planning Status: | **In Production**<br>**DOP Published in FY 2018** |
|---------------------------|--------------------------------------------------|

*Purpose*

The Nonresponse Followup (NRFU) Operation serves two primary purposes:

- Determines or resolves housing unit (HU) status for addresses included in the NRFU workload.
- Enumerates HUs that are determined to have a HU status of occupied.

The NRFU workload includes nonresponding addresses in both the self-response Type of Enumeration Areas (TEA) and the Update Leave (UL) TEA.

In addition, NRFU data collection will also:

- Verify the existence and location of addresses received through the 2020 Census Non-ID Processing (NID) Operation that could not be reconciled through automated or clerical methods. These are known as Field Verification cases.
- Resolve potential erroneous enumerations and omissions from the initial self-response and field enumeration data collection. These are known as Coverage Improvement cases.
- Resolve the status from some categories of self-responses, such as self-reported vacants, paper returns that were returned blank, etc., and enumerate, as appropriate.
- Re-collect the census responses in select instances to ensure the accuracy of self-response census returns. These are known as Self-Response Quality Assurance (SRQA) cases.

Documentation of the various types of cases included in the NRFU workload is found below.

***Changes Made Since Version 3.0 Operational Plan Release:*** The operational scope of NRFU was modified to remove phone contact attempts for reinterview cases. All reinterview cases will be completed by field staff.

Addresses determined to be vacant or nonexistent from the administrative records modeling will receive at least one visit during NRFU. If the one NRFU visit indicates that the HU is occupied, that address will remain in the NRFU workload for subsequent visits, as necessary. If the NRFU visit indicates that the HU is indeed vacant or nonexistent, the address will be removed from the NRFU workload and will not receive any additional visits.

The contact strategy for NRFU will include three phases—Phase1, Phase 2, and Closeout. Phase 1 will use fully automated routing and assignment of cases with the emphasis on making contact with all NRFU households early in the operation. Phase 2 will restrict assignments to high-performing interviewers with the emphasis on successfully completing interviews with all households. The final phase, Closeout, will continue to restrict assignments to high-performing interviewers, but the focus will change to getting minimal information for all households to achieve an orderly completion of the operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Traditional enumeration and management of workload, as implemented in the 2010 Census, is no longer viable in an era of an ever-evolving, demographically, culturally, and technologically diverse nation.
- Reduce the maximum number of NRFU contact attempts.
- Include the use of a handheld enumeration device that would have the ability to track when an enumerator opens a case.

- Explore additional sources and criteria for inferring occupancy status and population size of HUs from administrative records or third-party data.

- Avoid having to add late-planned operations and procedures.

### Operational Innovations

Operational innovations include the following:

- Use of administrative records and third-party data to reduce NRFU contacts for vacant HUs.

- Use of administrative records and third-party data to reduce NRFU contacts for occupied HUs when sufficient information about the HU and its members are known.

- Automation of administrative functions such as recruiting, onboarding, and payroll.

- Automated training for field staff.

- Automation of the field data collection.

- Use of a reengineered field management structure and approach to managing fieldwork.

- Assignment and route optimization.

- Use of Device-as-a-Service as an alternative to traditional procurement methods for smartphone and tablet devices used in the operation.

- Use of a manager interview for multiunit dwellings to determine vacancy status of units before the enumerator interview attempts at nonresponding addresses.

- Reengineered quality assurance approach.

### Description of Operation

For the 2020 Census, the NRFU Operation will be different from the NRFU Operation conducted in the 2010 Census. The Census Bureau will implement a NRFU operational design that utilizes a combination of the following:

- Administrative records and third-party data usage to reduce the workload by removing occupied, vacant, and nonexistent HUs from additional follow-up when high-quality information about the HU and its occupants is known.

- Reengineering of staffing and management of field operations.

- A Best-Time-to-Contact model to increase the likelihood of making contact attempts when an enumerator will find people at home.

- Automation to facilitate data collection, including: automation of administrative functions, such as recruiting, onboarding, and payroll; automated training for field staff; automation of the field data collection; and automated assignment and route optimization.

- Use of Device-as-a-Service as an alternative to traditional procurement methods for smartphone and tablet devices used in the operation.

- Use of a manager interview for multiunit dwellings to determine vacancy status of units before the enumerator interview attempts at nonresponding addresses.

- Reengineered quality assurance approach.

The NRFU workload is comprised of addresses from a number of sources, including:

- Nonresponding addresses in the self-response and UL TEAs.

- Blank mail returns or mail returns otherwise deemed to be insufficient.

- Addresses from operations such as New Construction and HU Count Review, the spring 2020 United States Postal Service (USPS) Delivery Sequence File, addresses upheld in the Local Update of Census Addresses (LUCA) appeals process, and potentially other addresses, determined after the initial enumeration universe is established.

- Self-reported vacants from Internet Self-Response.

- Field Verification cases.

- Coverage Improvement cases.

- SRQA cases.

After giving the population an opportunity to self-respond to the 2020 Census, the Census Bureau will use the most cost-effective strategy for contacting and counting people to ensure fair representation of every person in the United States and Puerto Rico. Once we know the addresses that did not respond through Internet, telephone, or paper, we will use administrative records to identify vacant addresses and addresses that do not exist to reduce the number of contact attempts at those addresses. Undeliverable-as-Addressed (UAA) information from the USPS will provide the primary administrative records source for the identification of vacant addresses and addresses that do not exist.

DOC_0000130

For the addresses in the initial NRFU workload, enumerators will make an in-person contact attempt to determine the status of the address (vacant, occupied, does not exist) and, when occupied, collect the census response. If the contact attempt was unsuccessful and the administrative records and UAA information identified the address as vacant or not a HU, then the address will be resolved as vacant or not a HU and no further contact will be attempted. If the contact attempt was unsuccessful and the address is believed to be occupied, and where the Census Bureau has high-quality administrative records from trusted sources, administrative records will be used as the response data for the household and no further contacts will be attempted. Examples of source of administrative records and third-party data used to enumerate occupied HUs include Internal Revenue Service Individual Tax Returns, Internal Revenue Service Information Returns, and Center for Medicare and Medicaid Statistics Medicare Enrollment Database.

Addresses removed from the NRFU workload as administrative records vacant, administrative records nonexistent, or administrative records occupied will receive a final mailing that encourages occupants to self-respond to the 2020 Census. Those addresses that are determined to be administrative records vacant or administrative records nonexistent will immediately be mailed a final postcard encouraging self-response; for those addresses that are determined to be occupied and are incomplete after one personal visit attempt, a final postcard encouraging self-response will be mailed within 7 days.

Addresses will also be removed from the workload throughout the course of the NRFU Operation as self-responses are received. Addresses may be added to the NRFU workload from other census operations, such as addresses from the LUCA Appeals process and addresses received through the NID Processing Operation that require a field visit for final resolution. See other sources contributing to the NRFU workload, listed above.

The NRFU Operation will use a reengineered field management structure and approach to managing fieldwork, which includes:

- Using a new field structure, including field staff roles and staffing ratios.

- Using automation for:
  - Training of enumerators and managers.
  - Enhanced operational control system.
  - Optimization of daily enumerator assignments.
  - Near real-time operational information for decision making.
  - Payroll submission and approval processing.

A foundational innovation of the NRFU operational design is the optimization of enumerator assignments. On a daily basis, based on an enumerator's home location, work availability, the availability and location of NRFU workload, and other operational business rules, the enumerator will be assigned NRFU addresses. The enumerator will work the addresses in a prescribed order to determine the Census Day status of the HUs, and when occupied, enumerate the HUs. Enumerators will use an automated data collection application on a handheld device to record the Census Day HU status and to enumerate occupied HUs. If a respondent is not at home, a notice of visit will be left directing the respondent to the Internet or Census Questionnaire Assistance (CQA) to self-respond.

The assignment and completion of the NRFU workload are also governed by:

- Best-Time-to-Contact probabilities that are considered in making assignments and are used to increase the likelihood of finding people at home.

- Business rules that prescribe the number of contact attempts for an address and when a proxy response is acceptable. A proxy response is a response provided by a knowledgeable source, such as a neighbor.

- Modifications to business rules as the end of the operation approaches to ensure an efficient and successful operational close-out.

Operational efficiencies are also gained through the use of manager visits. When a number of NRFU addresses share the same street address, such as an apartment or condominium building, the cases will be grouped together for a manager visit. In the manager visit interview, the enumerator will ask the building manager to identify which units were occupied, vacant, or not a HU on Census Day. Units identified as vacant or not

DOC_0000131

a HU will be enumerated as such, reducing the number of enumerator visits and respondent burden. Addresses the building manager identifies as occupied are subject to contact attempts by an enumerator to collect their census response.

The 2020 Census NRFU operational design will infuse quality throughout the workload management and data collection processes. Examples of aspects of the NRFU Operation designed to maintain or improve quality include:

- Use of real-time paradata and editing capabilities to increase accuracy and data quality.
- Use of a Best-Time-to-Contact model in assigning work to increase the likelihood of finding respondents at home.
- Capabilities available through an enhanced operational control system with real-time supervisory alerts to provide early opportunities to identify and take corrective action in defined situations.

In addition, the NRFU Operation will include a reinterview component designed to deter and detect enumerator falsification. Reinterviews will be completed by field staff. Administrative records will also be used as a quality control tool to validate data collected during interviews. A roster match between the NRFU case and the administrative records does not need to be verified by field reinterview.

Since the October 2016 release of version 2.0 of the 2020 Census Operation Plan, a decision was reached to include a coverage improvement operation component. The coverage improvement component is to resolve erroneous enumerations and omissions from the initial census self-response data collection operation and all field enumeration operations to achieve the overall objective to count all people and HUs once and in the right place. Coverage improvement cases will be completed through a telephone follow-up interview. The interview is conducted with a household respondent to determine if changes should be made to their household roster as reported on their initial census return. The questions in the interview probe are used to determine if people were missed or if people were counted in error because they should be counted at a different address.

In the past, the coverage improvement interview collected missing demographic data for everyone in the household, especially for those in the continuation roster in large households. For 2020, the proposed coverage improvement design will:

- Only send large households to coverage improvement if another coverage issue is identified.
- Only collect demographic items for people added to the roster during the coverage improvement telephone operation. Only collect a subset of demographic items.
- Not collect missing demographics for people on the initial response roster.
- For electronic modes, including the Internet, collect initial census response data only. The Census Bureau hopes to use the capabilities of electronic modes to allow the respondent to resolve count discrepancies during the initial census response, thus reducing the number of count discrepancy cases to send to coverage improvement. Therefore, the Census Bureau expects far fewer count discrepancies to come from electronic modes.
- Not use administrative records to identify cases with potential coverage issues or for telephone number lookup.

### Research Completed

The following research has been completed for this operation:

- The 2013 Census Test (Philadelphia, PA) explored methods for using administrative records and third-party data to reduce the NRFU workload:
  - º Findings:
    - The Census Bureau was able to remove approximately 8 percent of vacant units and 31 percent of occupied units prior to NRFU using administrative records and third-party data.
    - The use of administrative records and third-party data and the implementation of an adaptive design case management approach have the potential to reduce costs.
- The 2014 Census Test (Montgomery County, MD, and Washington, DC) built upon the results

of the 2013 Census Test specific to administrative records and third-party data usage to reduce the NRFU workload:

º Findings: A high self-response rate of 65.9 percent resulted in a NRFU universe of 46,247 HUs. The Census Bureau was able to identify approximately 4 percent of the NRFU cases as vacant and 55 percent of NRFU cases as occupied based on administrative records and third-party data.

- The 2014 Human-in-the-Loop Simulation Experiment (SIMEX).

 º Findings:

  - The field management structure can be streamlined and supervisor-to-enumerator ratios increased.

  - Messaging and alerts within the operational control system provide real-time and consistent communication.

  - The enhanced operational control system, or MOJO, is intuitive—users were able to use the system with a small amount of up-front training.

  - Smartphones were usable by all people—even those with little technology experience were able to adjust and adapt.

- The 2015 Census Test (Maricopa County, AZ) explored the reengineering of the roles, responsibilities, and infrastructure for conducting field data collection. It also tested the feasibility of fully utilizing the advantages of planned automation and available real-time data to transform the efficiency and effectiveness of data collection operations. The test continued to explore the use of administrative records and third-party data to reduce the NRFU workload and tested the technical implementation of a Bring Your Own Device (BYOD) option.

 º Findings:

  - A high self-response rate of 54.9 percent resulted in a NRFU universe of 72,072 HUs. The Census Bureau was able to identify approximately 12 percent of the NRFU cases as vacant and 20 percent of NRFU cases as occupied based on administrative records and third-party data.

  - Successfully removed vacant HUs and enumerated occupied HUs using administrative records and third-party data.

  - A combination of automated online training and classroom training enabled a reduction in the overall number of training hours, compared with the 2010 Census NRFU Operation, from 32 to 18 hours.

  - Management of the field data collection utilizing new roles, responsibilities, and staffing ratios were successfully implemented.

  - Entry of enumerator work availability, workload optimization, and electronic payroll were effective and efficient.

  - Use of a BYOD option did not generate any observable concerns from respondents. Please see decisions made section.

- The 2016 Census Test (portions of Los Angeles County, CA, and Harris County, TX) was the first opportunity to operationally test the new manager visit procedures for enumeration of multiunit structures. Also tested were different supervisor to enumerator staffing ratios, and incremental improvements and updates to the field data collection software that guided an enumerator through the interviews. Finally, this test allowed the continued evaluation of the use of administrative records to reduce the NRFU workload, with the new addition of a postcard mailout to any cases removed from the NRFU workload in this way. Findings are underway and will be forthcoming.

- The 2018 End-to-End Census Test (Providence, RI) focused on the system and operational integration needed to support the NRFU Operation. Nearly all 2020 system solutions supporting the NRFU Operation were deployed allowing for the first test of key functionality like reinterview computer matching and operation management in the Field Operational Control System. This test also allowed the continued evaluation of the NRFU contact strategy and close-out procedures.

### Decisions Made

The following decisions have been made for this operation:

✓ The NRFU Operation will consist of production and quality assurance components.

DOC_0000133

✓ The NRFU Operation will utilize automated tools and systems for:

- º Recruiting, onboarding, and training.
- º Time and attendance and payroll.
- º Case load management.
- º Data collection.
- º Cost and progress monitoring.

✓ The NRFU Operation will utilize a reengineered field management and staffing structure.

✓ Administrative records and third-party data will be used to identify vacant units.

✓ Administrative records and third-party data will be used to enumerate nonresponding HUs, as appropriate.

✓ A contact attempt will be made prior to using administrative records or third-party data for determination of vacant/nonexistent status and enumeration of occupied units.

✓ A final postcard, encouraging self-response, will be mailed to NRFU cases that are removed from the workload based on the administrative records modeling.

✓ Telephone contact attempts from a central location (i.e., CQA) will not be part of the initial NRFU contact strategy.

✓ All administrative records and third-party data will be used in compliance with data-use agreements.

✓ The core set of administrative records and third-party data to support the 2020 Census NRFU operations include the following:

- º Internal Revenue Service Individual Tax Returns.
- º Internal Revenue Service Information Returns.
- º Center for Medicare and Medicaid Statistics Medicare Enrollment Database.
- º Indian Health Service Patient Database.
- º Social Security Number Identification File.
- º USPS DSF.
- º USPS Undeliverable-as-Addressed Information.
- º Targus Federal Consumer File.
- º 2010 Census Data.
- º American Community Survey Data.

✓ Detailed agreements with each data provider for the core administrative record and third-party data sources are established. The agreements document details, such as delivery cycles, duration of agreements, renewal cycles, etc. Each agreement includes text that allows the data to be used by the Census Bureau for statistical purposes including activities that support the Decennial Census Program.

✓ The Census Bureau will pursue multiple avenues to minimize error associated with administrative records usage. The use of USPS UAA information is the core source in our usage of administrative records determination of vacant addresses and addresses that do not exist. To minimize error in the use of the USPS UAA information in determining the status of an address, the Census Bureau is partnering with the USPS to understand the procedures and steps used by letter carriers when assigning specific reasons to mail pieces that are UAA. The Census Bureau observed the USPS assignment of the UAA reasons/codes and participated in focus groups with USPS carriers to discuss their process.

✓ The Census Bureau will apply specific, preidentified criteria for each HU to make a determination regarding its status.

✓ Enumerators will not make specific appointments with respondents to conduct interviews.

✓ Administrative records and third-party data will be stored and accessed through a repository known as Production Environment for Administrative Record Staging, Integration, and Storage (PEARSIS). The Current Analysis and Estimation System will access data in PEARSIS to support administrative records modeling for the NRFU Operation. The Decennial Response Processing System will provide the response processing capabilities to identify and ingest administrative records and third-party data for the purposes of providing case status (vacant and nonexistent) and census responses (occupied).

✓ The Census Bureau will build upon the approach used in the 2016 Census Test involving an upfront Manager Visit to ascertain the unit status for nonresponding addresses in the NRFU workload.

DOC_0000134

✓ Proxy responses are used in the NRFU Operation when a resident of the nonresponding address is not available or cannot be found. Proxy responses will be allowed after the third unsuccessful contact attempt to reach a resident of a nonresponding address. Proxy responses are allowable on the first unsuccessful contact attempt for addresses deemed to be vacant or not meeting the definition of a HU.

✓ Based on results from the 2016 Census Test, the following staffing structure will be used: Census Field Manager, Census Field Supervisor, and enumerator. The ratio of Census Field Supervisor to enumerator will be 1:20.

✓ Administrative records and third-party data will be used for the identification of addresses in the NRFU workload deemed to be vacant or delete to reduce contact attempts to those addresses before any contact attempts. Administrative records and third-party data will be used for the identification and enumeration of addresses deemed to be occupied after one unsuccessful attempt at in-person enumeration. All other addresses in the NRFU workload will be subject to up to six contact attempts with cases becoming proxy eligible after the third unsuccessful attempt. Refinement of this contact strategy (e.g., additional contact attempts) may be possible if necessary to ensure an efficient and successful operational close-out.

✓ Field verification will be conducted using NRFU enumerators with case assignment interspersed with their NRFU assignments. For Field Verification, enumerators will be expected to locate the problem address and collect GPS coordinates for the HU using the automated instrument. There does not need to be contact with HUs.

✓ The operational design for the NRFU quality assurance component includes the following:

  º Use of an improved contact strategy to increase the likelihood of self-response.

  º Use of an automated data collection application for conducting NRFU.

  º Use of real-time paradata and editing capabilities to validate and ensure data quality.

  º Use of Best-Time-to-Contact model in the assignment optimization to increase the likelihood of finding respondents at home.

  º Use of Notices of Visit to push to self-response.

  º Use of follow-up postcard mailings to encourage self-response in the case of administrative records and third-party data vacant/nonexistent removal and occupied removal.

  º A reinterview component designed to deter and detect enumerator falsification.

✓ All units identified as vacant or delete will be verified by either a proxy response or a second enumerator. Vacants from self-response will be verified by an enumerator.

✓ The Census Bureau will have the capability to keep cases active throughout the enumeration process to aid in obtaining adequate response rates.

✓ Enumerators, as part of their normal work on NRFU assignments, will not be looking for missing addresses and adding them to their workload, but they will have the capability to add addresses and enumerate those HUs if appropriate. Staff in the Area Census Offices will also have the capability to add addresses to the NRFU workload that have been deemed to be missing from the address list and require enumeration.

✓ Case assignments are optimized based on the location of enumerators, the location of the NRFU cases, the hours the enumerators are available to work, and Best-Time-to-Contact probabilities associated with the NRFU cases.

✓ The NRFU field data collection will occur from early-April 2020 through the end of July 2020. Field work in preidentified geographic areas surrounding colleges or universities with concentrations of off-campus housing will begin in early April. This is necessitated in areas where the spring semester will conclude prior to mid-May when the bulk of the NRFU workload begins.

✓ NRFU will receive supplemental addresses from sources such as LUCA appeals, Count Review, New Construction, and a refresh from the spring 2020 Delivery Sequence File from the Postal Service. Other sources of cases contributing to the NRFU workload include, but are not limited to, Reverse Check-ins, SRQA cases, and Self-Responding Vacant cases.

✓ Enumerator performance indicators include:

- º Number of completed interviews.
- º Completed interview rate.
- º Number of attempts.
- º Resolved cases per attempt.
- º Hours worked.
- º Resolved cases per hour.
- º Number of alerts triggered.
- º Number of refusal conversions.
- º Results of reinterviews.

✓ Priority capture of paper responses will not be required in support of the NRFU Operation. Postal tracking information will be used to inform the cut for the NRFU workload resulting in the removal of cases for which postal tracking indicates a paper response is on its way back to the Census Bureau. If upon data capture, it is determined that the paper response has insufficient data to be considered a complete response, those cases will be added back into the NRFU workload.

✓ The final set of administrative records for use in the NRFU Operation consists of a combination of federal files from the Internal Revenue Service, Social Security Administration, Center for Medicare Services, Housing and Urban Development, Indian Health Service, Selective Services, and the U.S. Postal Service. In addition, we are using third-party datasets including Veterans Service Group of Illinois, and CoreLogic or comparable files.

✓ Federal and state administrative records agreements are in place with source agencies to provide timely delivery of data and to describe the allowable uses, including modeling, validation, and where feasible, direct substitution. The third-party datasets are acquired through purchase agreements and are generally used at the government's discretion. Detailed information concerning each administrative record or third-party dataset used in the NRFU Operation are documented in the Risk Register for Data Sources used in the 2020 Census, along with links to the individual agreements or purchase information.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

The investment in NRFU, which includes the use of administrative records and third-party data and reengineered field operations, is projected to influence (reduce ↓ or increase ↑) the 2020 Census overall costs in the following ways:

↓ Reducing field workload by:

- º Using administrative records and third-party data to reduce the number of contact attempts.
- º Using administrative records and third-party data to enumerate nonresponding HUs.
- º Removing self-responses on a near-real-time basis.
- º Interviewing managers of multiunit buildings to identify and remove vacant units from the NRFU workload.

↓ Improving productivity of field staff by:

- º Streamlining staffing structure through the use of automation.
- º Automating and optimizing the assignment process.
- º Using language information from the planning database to match enumerator language skills to neighborhood language needs.
- º Using administrative records and third-party data to determine the best time of day for contact attempts.

↓ Reducing the reinterview workload through a reengineered quality assurance approach.

↓ Reducing the number of hours devoted to classroom training through the use of online training.

Impacts of this operation on overall 2020 Census quality include the following:

↑ Use of an improved contact strategy to increase the likelihood of self-response.

↑ Use of an automated data collection application for conducting NRFU.

⬆ Use of real-time paradata and editing capabilities to validate and ensure data quality.

⬆ Use of Best-Time-to-Contact model in the assignment optimization to increase the likelihood of finding respondents at home.

⬆ Use of Notice of Visit to encourage self-response.

⬆ Use of follow-up postcard mailing to encourage self-response in the case of administrative records and third-party data vacant/delete removal and occupied removal.

⬇ Use of administrative records and third-party data to reduce contact attempts for vacant, nonexistent, and occupied HUs may impact HU coverage.

↔ Use of new or revised methodologies will change results in ways not yet determined.

↔ Use of adaptive design protocol and proxy rules may impact the quality of response data in ways not yet determined.

*Risks*

For the 2018 End-to-End Census Test, the limited resources within the Sampling, Matching, Review, and Coding System team focused on bug fixes in production and development for the GQ operation. As a result, system development and testing was delayed and reduced for NRFU Reinterview, and the NRFU QC program had less than full functionality in place for the 2018 End-to-End Census Test. **IF** the NRFU QC program is not fully tested prior to the 2020 Census, **THEN** its viability cannot be ensured and quality control for the 2020 Census may be compromised.

A key component of the NRFU Operation is the QC program. The program consists of sampling a percentage of NRFU cases for Reinterview, matching results of that Reinterview to production case, reviewing that match, providing a resolution for the case, and taking corrective actions as necessary. In previous census tests, only pieces of the QC program could be fully tested. Without fully testing the QC program in the decade leading up to the 2020 Census, particularly as an integrated component of the NRFU Operation, there is a very significant impact to quality. The NRFU QC program is at a much higher risk of not identifying large-scale data quality issues and the Census Bureau needs to have confidence in NRFU's ability to identify poor-performing enumerators in a

timely fashion to minimize data errors and possible rework. **IF** the NRFU QC program is not fully tested prior to the 2020 Census, **THEN** the quality of the NRFU Operations may be compromised.

Personnel directives, such as rules governing premium pay for night differential for evening times, and Sunday work, may affect data collection costs. **IF** it is determined that premium pay is required, **THEN** the costs of enumerating during premium times will increase, which increases the overall NRFU budget.

Enumerator hiring is estimated to be a 60-day process. **IF** the NRFU Operation needs to hire more enumerators during field data collection, **THEN** the time required for hiring would make it difficult to complete the operation in the time allotted, and NRFU may need to recruit and get clearance for more potential enumerators than will be hired, which will increase the cost of recruitment.

The general public may be reluctant to respond to the 2020 Census because of a general mistrust of the government, which may result in lower response rates, an increase in the NRFU workload, and an increase in operational costs. It may also result in more refusals during NRFU interviews. **IF** the 2020 Census self-response rate decreases, **THEN** the NRFU workload will increase, as will the cost of the operation.

Many aspects related to the NRFU operational design and the infrastructure necessary to support it are based on workload assumptions. A key input to those workload assumptions is the self-response rate. **IF** the 2020 Census self-response rate falls below expectations, **THEN** the initial NRFU workload will be higher than expected and the infrastructure and staffing to support an increased field data collection volume may be insufficient.

*Milestones*

| Date | Activity |
|---|---|
| November 2013 | Begin NRFU for 2013 Census Test. |
| August 2014 | Begin NRFU for 2014 Census Test. |
| November 2014 | Conduct 2014 SIMEX. |
| May 2015 | Begin NRFU for the 2015 Census Test. |
| September 2015 | Determine preliminary NRFU Design. |
| May 2016 | Begin NRFU for 2016 Census Test. |

| Date | Activity |
|------|----------|
| September 2016 | Determine strategy for use of administrative records and third-party data in NRFU. |
| June 2017 | Release the NRFU Detailed Operational Plan, version 1.0. |
| May 2018 | Begin NRFU for 2018 End-to-End Census Test. |
| March 2019 | Release the NRFU Detailed Operational Plan, version 2.0. |
| April 2020 | Begin NRFU data collection for the 2020 Census. |
| July 2020 | End NRFU data collection for the 2020 Census. |
| August 2021 | Issue operational assessment of the 2020 Census NRFU Operation. |

### 5.5.11 Response Processing

| Detailed Planning Status: | **In Production DOP published in FY 2017** |
|---------------------------|--------------------------------------------|

*Purpose*

The Response Processing Operation (RPO) supports the three major components of the 2020 Census: pre-data collection activities, data collection activities, and post-data collection activities:

Specifically, the operation supports the following:

- Create and distribute the initial 2020 Census enumeration universe of living quarters (LQs).

- Assign the specific enumeration strategy for each LQ based on case status and associated paradata.

- Create and distribute workload files required for enumeration operations.

- Track case enumeration status.

- Run post-data collection processing actions in preparation for producing the final 2020 Census results.

- Check for suspicious returns.

***Changes Made Since Version 3.0 Operational Plan Release:*** The scope of the operation no longer includes the creation and delivery of the Microdata Detail File. This process is now being managed by the Data Products and Dissemination Operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Make response data available as soon as possible to the data review teams in order to facilitate a more thorough review.

- Include more staff members from more areas in the Primary Selection Algorithm determination

| **Pre-Data Collection Activities** | **Data Collection Activities** | **Post-Data Collection Activities** |
|------------------------------------|--------------------------------|-------------------------------------|
| • Receive address and geographical input data for all known living quarters.<br><br>• Apply criteria to create the initial 2020 Census enumeration universe.<br><br>• Assign the specific contact strategy for each living quarters based on defined criteria. | • Receive updates to the initial 2020 Census Universe.<br><br>• Create the 2020 Census self-response universe.<br><br>• Create and distribute workloads to data collection modes based on modeling results or specification criteria.<br><br>• Record response data and enumeration case status.<br><br>• Deliver response data to Postdata Collection Activities. | • Apply data codes to write-in responses to facilitate data tabulation.<br><br>• Identify potential fraudulent returns from self-responses and record final fraud investigation disposition.<br><br>• Resolve potential duplicate responses.<br><br>• Identify the return of record for housing units with multiple returns.<br><br>• Repair missing or conflicting data.<br><br>• Provide final census results. |

**Figure 31: Response Processing Operation**

DOC_0000138

process. This will result in broader expertise for design planning, rather than limiting to a small team of mathematical statisticians or analysts.

- Make user testing of the Quality Control program component part of the schedule for residual coding, to facilitate development of procedures and training of data coding staff.

**Operational Innovations**

Operational innovations include the following:

- Use of enterprise-developed tools to facilitate intelligent business decisions prior to and during data collection:
  - Interface with all printing systems for production of paper products.
  - Serve as the overall integration "manager" of response data collection, including Internet, telephone, and paper.
  - Create models based on established business rules to determine the appropriate course of enumeration action for cases (e.g., person visit, use of administrative records and third-party data, or imputation) and assign each case to the specific mode for data collection.

- Expanded use of administrative records and third-party data in post-data collection processing activities to support improved data coverage.

- Expand the use of automated technology, communications monitoring, and improved computational modeling and data analytic techniques to provide early warnings of potentially suspicious returns.

**Description of Operation**

*Pre-Data Collection Activities*

The pre-data collection phase of RPO creates and populates a respondent data collection universe of LQ for use during the later data collection and post-data collection phases of RPO. This universe contains census addresses and geographic attributes for all known housing units (HUs), group quarters (GQs), and transitory locations within the boundaries of the United States and Puerto Rico. Each known LQ in the universe is populated with address information, a Census identifier (ID), geocoding information, case management

information, and a contact strategy. The Census ID will be used during later phases of RPO to associate a particular set of response data back to a specific LQ.

*Data Collection Activities*

For data collection activities, the RPO starts with receiving and managing updates to the initial 2020 Census universe. These updates come from various address frame update operations including Local Update of Census Addresses and some Geographic Programs activities. The results from the address updates establish a revised 2020 Census enumeration universe. The RPO uses this universe to control and track questionnaire response data. As responses are received, cases containing a Census ID are designated as received in the universe. Cases returned without Census IDs are sent to the non-ID (NID) Processing Operation for matching and geocoding. All cases are returned to the RPO and those that were successfully resolved are removed from further enumeration follow-up.

For nonresponding cases, the RPO supports the Nonresponse Followup (NRFU) Operation by facilitating administrative records modeling techniques to determine the most effective and efficient enumeration strategy, including removal of vacant and deleted cases before follow-up, provision of a "best time to contact" recommendation to be used by the operational control system, and removal of cases from the workload based on established "stopping rules" to maximize efficiency in the NRFU Operation.

Additionally, the RPO provides response collection support to Update Leave, Update Enumerate, GQ, and Enumeration of Transitory Locations Operations. In general, the activities include creating and managing the enumeration workloads and follow-up universes, as well as the enumeration and, as applicable, address listing quality control functions.

*Post-Data Collection Activities*

The RPO supports post-data collection activities by preparing the data for tabulation. The Self-Response Quality Assurance (SRQA) process will perform automated and interactive checks to

identify potentially suspicious returns from self-response that require analyst investigation and/or field follow-up to ensure quality. It will also ensure a final disposition for each response processed by SRQA is recorded prior to tabulation. As the data are received, write-in responses (i.e., alpha characters for race and ethnicity responses) are coded for tabulation purposes. Coding is conducted by both automated and computer-assisted manual processes. RPO also applies computer-based person matching software to unduplicate multiple responses for the same person across census records. Then, a Primary Selection Algorithm is run to establish the single enumeration record for a case when multiple responses are received. Following the Primary Selection Algorithm, count imputations are applied and missing data resolved to fix discrepancies in household population counts and the status of HUs. This output is called the Census Unedited File. The Census Unedited File is used as a data source for coverage measurement operations and a final independent Count Review Operation. Finally, the Census Unedited File is the source used to produce the apportionment counts delivered to the President of the United States via the Data Products and Dissemination Operation.

The next steps are to perform preliminary and complex consistency edits and impute missing values (imputation and allocation) that results in the Census Edited File. As part of a final closeout, RPO prepares census response data for delivery by the Archiving Operation to the National Archives and Records Administration for the Title 13 prescribed 72-year secured storage.

Figure 30 summarizes the RPO by component.

### Research Completed

The following research has been completed for this operation:

- The 2014 Census Test evaluated the interface between the response processing system and the matching and geocoding system. In addition, it tested the data file exchange.

  - Findings: The tests concluded with no major system or workload-related issues.

### Decisions Made

The following decisions have been made for this operation:

- ✓ The RPO will use the enterprise-developed system solution Control and Response Data System for universe creation, the Enterprise Census and Survey Enabling Operational Control System for data collection control and management, and the Decennial Response Processing System for final data processing.

- ✓ The enterprise-developed Concurrent Analysis and Estimation System and its modeling output will use established business rules to determine the appropriate course of enumeration action for cases and assign the case to the specific mode for data collection to improve efficiency and reduce cost.

- ✓ Administrative records and third-party data will be used to improve post-data collection activities, such as SRQA coding and editing, Primary Selection Algorithm, and imputation.

- ✓ The RPO will comply with Title 13 and Title 26 security requirements.

- ✓ Methodology, processes, and systems have been defined. Methodology will continue to be adjusted as operational development, integration, and demand models are refined through conducting and evaluating results from the 2017 and 2018 tests.

- ✓ The specific use of administrative records and third party data in support of reducing the field workload associated with the NRFU Operation is known and has been effectively utilized during past census tests. In addition, usage of the records is known regarding address enhancement to improve matching NID responses through the asynchronous NID process. Finally, SRQA's (including response validation) use of administrative records and third-party data has been defined. However, the Census Bureau will continue to adjust as integrated operations and demand models are refined throughout the conduct and evaluating the results from the 2017 and 2018 tests.

- ✓ Character sets have been defined and will continue to be adjusted as integrated operations, language options, and data architecture are refined throughout conducting and evaluating results from the 2017 and 2018 tests.

✓ Inputs to the response file layout have been defined and will continue to be adjusted as integrated operations and the data architecture are refined throughout conducting and evaluating results from the 2017 and 2018 tests.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in RPO is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs through:

⬇ Real-time adjustment of the universe based on response status.

⬇ Use of administrative records and third-party data (see NRFU).

⬇ Flexible, rule-based decisions on most cost-effective approach for collecting responses (expected to reduce in-field workloads).

Impacts of this operation on overall 2020 Census quality include the following:

⬆ Use of administrative records and third-party data to improve imputation, editing and coding, Primary Selection Algorithm, and SRQA processing.

### Risks

Changes to the 2020 Census specifications are expected after completion of the 2018 End-to-End Census Test. **IF** these changes are not incorporated and delivered to the systems in time for system development, **THEN** there may be delays or change in scope needed to complete these systems on time for the 2020 Census.

The RPO is responsible for any administrative record (AdRec) enumerations needed for occupied, vacant, and deleted HUs. RPO systems must develop AdRec processing techniques to create enumeration records for nonresponding HUs unresolved by field operations at the end of the data collection phase. **IF** RPO systems do not develop AdRec processing techniques for unresolved nonresponding HUs, **THEN** necessary enumeration records including status, person records (if occupied), and characteristics will not be accurately reflected in the final 2018 End-To-End Census Test results.

### Milestones

| Date | Activity |
|------|----------|
| March 2015 | Establish the development, test, beta, staging, and production environments for RPO. |
| December 2015 | Go live to support the 2016 Census Test universe creation and response tracking. |
| December 2016 | Go live for the 2017 Census Test. |
| January 2017 | Deliver revised 2020 Census business requirements for RPO. |
| April 2017 | Release the RPO Detailed Operational Plan, version 1.0. Note: This initial release reflects the state of the RPO as of January 13, 2017. In addition, the post-data collection phase of this operation is not fully presented, as some details about the process continue to be worked out. |
| June 2018 | Release the updated RPO Detailed Operational Plan, version 2.0 (delayed). |
| September 2018 | Deliver final 2020 Census business requirements for RPO. |
| October 2019 | Create the initial 2020 Census enumeration universe for early census operations. |
| January 2020 | Create the 2020 Census enumeration universe. Begin the 2020 Census RPO. |
| November 2020 | Deliver the 2020 Census Unedited File for apportionment counts. |
| February 2021 | Deliver the 2020 Census Edited File for Differential Privacy protection. |

## 5.5.12  Federally Affiliated Count Overseas

| Detailed Planning Status: | **Underway** **DOP to be published in FY 2019** |
|---|---|

### Purpose

The Federally Affiliated Count Overseas (FACO) Operation obtains counts by home state of U.S. military and federal civilian employees stationed or assigned overseas and their dependents living with them.

*Changes Made Since Version 3.0 Operational Plan Release:* There have been no major changes to this operation.

*Lessons Learned:*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Explore new technology, including an Internet option for collecting data on the federally affiliated population living overseas.

- Automate this operation fully.

- Consider new data fields to identify the residency of the military personnel living overseas.

- Maintain a strong relationship with the Department of Defense.

*Operational Innovations*

Operational innovations include creating a secure file transfer protocol for the Department of Defense to submit their enumeration counts to the Census Bureau, and the development of a Web server application for departments and agencies to submit their counts to the Census Bureau.

*Description of Operation*

For the 2020 Census, overseas is defined as anywhere outside the 50 states and the District of Columbia. Counts are obtained from administrative records and are used to allocate the federally affiliated population living overseas.

FACO performs the following activities:

- Engages and communicates the Census Bureau's methodology and procedures with the Defense Manpower Data Center.

- Compiles address list of federal agencies with personnel overseas.

- Prepares letters and data collection materials.

- Requests the name of a contact person for each agency.

- Obtains agencies' overseas counts by state.

- Uses the tabulated data file from the Department of Defense to obtain total counts of military and civilian personnel stationed or assigned overseas and their dependents living with them.

- Submits final counts in the apportionment counts.

*Decisions Made*

✓ Data sharing agreement between the Department of Defense and the Census Bureau stipulated that the Department of Defense will electronically send the Census Bureau a secure tabulated file that includes total counts of its military and civilian personnel who are stationed or assigned overseas (and their dependents living with them at the overseas post/duty station).

✓ Overseas counts will be gathered in several ways. The Defense Manpower Data Center will send counts for military and civilian personnel stationed or assigned overseas under the authority of Memorandum of Understanding between the Census Bureau and the Department of Defense to a secure census Web server. Federal agencies will send counts for civilian personnel to a secure census Web application.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in the FACO Operation is projected to have minimal influence on the overall cost and quality of the 2020 Census.

*Risks*

The FACO Operation plans to use an external-facing portal as an automated data collection system for the 2020 Census overseas count. **IF** there is a cybersecurity incident with the external-facing portal, **THEN** the information collected for the FACO Operation may be compromised.

*Milestones*

| Date | Activity |
|---|---|
| February 2014 | Established contact with Defense Manpower Data Center. |
| February 2017 | Reviewed final guidelines for counting federally affiliated population living overseas. |

| Date | Activity |
|---|---|
| May 2018–July 2020 | Design and prepare agency/department head contact letters, agency/department point of contact count request letters and instructions, and follow-up letters for nonresponding agency/department heads and agency/department points of contact. |
| December 2018 | Release the FACO Detailed Operational Plan (delayed). |
| September 2019 | Review and finalize list of departments and agencies to receive participation letter. |
| April—May 2020 | Receive overseas counts. |
| September 2020 | Review and reconcile overseas counts. |
| November 2020 | Deliver overseas counts to Population Division. Population Division will include these counts in the apportionment count. These counts will be allocated to a home state for the purposes of apportioning seats in the U.S. House of Representatives. |

## 5.5.13 Update Leave

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2018** |
|---|---|

### Purpose

The Update Leave (UL) Operation is designed to occur in areas where the majority of Housing Units (HUs) either do not have mail delivered to the physical location of the HU or the mail delivery information for the HU cannot be verified. The purpose of the operation is to update the address and feature data for the area assigned, and to leave a choice questionnaire package at every HU identified to allow the household to self-respond. Occupants will be offered three different ways to complete the questionnaire including Internet, telephone, or by mailing back a completed paper questionnaire.

The primary functions of UL include:

- Verifying and updating the address list and feature data for tabulation of the 2020 Census.

- Determining the type and address characteristics for each living quarter (LQ).

- Leaving a questionnaire package at every HU for the household to respond to the census.

UL can occur in geographic areas that:

- Do not have city-style addresses.

- Do not receive mail through city-style addresses.

- Receive mail at post office boxes.

- Have been affected by major disasters.

- Have high concentrations of seasonally vacant housing.

### Changes Made Since Version 3.0 Operational Plan Release:

UL was introduced as a new operation in late May 2017. A new Type of Enumeration Area (TEA) was created for the UL Operation (TEA 6). The majority of the HUs originally delineated in the Update Enumerate TEA (TEA 2) were redelineated to the new UL TEA in the final TEA delineation.

### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, it has been recommended to determine ways to closely track the fieldwork during the UL field operation in order to monitor any falsification or procedural issues that may arise during production.

### Operational Innovations

- Use a reengineered field management structure and approach to managing fieldwork, including a new field office structure and new staff positions.

- Reuse processes and procedures from In-Field Address Canvassing (ADC) Operation to the extent feasible.

- Use software to update the address list and collect feature data to provide updates in real time and reduce back-end paper processing.

- Have the ability to link questionnaires to addresses at the time of the update so a response is later linked to the correct address.

### Description of Operation

During the UL operation, enumerators will compare address information on the ground to their address list, and verify, correct, delete, or add addresses. UL will utilize software on a device for an automated listing process. The UL Operation will use the same business rules implemented for the ADC Operation.

After updating the address information, enumerators will link a paper questionnaire to a HU, and then leave the questionnaire package at the HU for the household to self-respond. UL will leave a choice questionnaire package at every HU. When the enumerator adds a new address, the system will create an Identifier (ID) in real time. (This was tested in the 2018 End-to-End Census Test.)

Occupants will be offered three different ways to complete the questionnaire, including Internet, phone, or by mailing back a completed paper questionnaire.

UL instructs enumerators to visit each HU only once. If the household does not respond using the information left by the enumerator, the HU will be visited again by an enumerator during the Nonresponse Followup Operation.

### Research Completed

The UL Operation was researched and tested during the 2018 End-to-End Census Test in Providence County, Rhode Island. UL Operation results from the 2018 End-to-End Census Test will be published in the 2018 End-to-End Census Test: Update Leave Operational Assessment Study Plan.

### Decisions Made

The following decisions have been made for this operation:

- Group quarters (GQ) will not be enumerated during the UL Operation. Those cases will be enumerated via the GQ Operation.
- Transitory locations will not be enumerated during the UL Operation. Those cases will be enumerated via the Enumeration at Transitory Locations Operation.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in UL is projected to have minimal influence on the overall cost and quality of the 2020 Census.

### Risks

Major disasters in the form of hurricanes, floods, epidemics, etc., are uncontrolled events that could affect the willingness and ability of the population in TEA 1 designated areas to participate in the 2020 Census. **IF** a major disaster occurs in a TEA 1 designated area at or around the time of the 2020 Census, and the decision is made to redesignate the area as TEA 6, transferring the workload to the UL Operation, **THEN** UL will need the ability to be expanded in time to provide full coverage of the impacted geographic area.

Remedy tickets opened during production field work must be prioritized, routed properly, and resolved in a timely manner once submitted. During the 2018 End-to-End Census Test UL field work, field staff were unable to use the You Are Here Indicator (YAHI) to capture GPS mapspots. A ticket was submitted to the Decennial Service Center for research and issue resolution. However, the problem was not addressed nor properly investigated (still pending review and investigation as of May 8) and, as a result, there was no opportunity to correct the YAHI issue and minimize its impact on production. **IF** any technical problems occur during the 2020 UL Operation and the process for addressing technical anomalies has not been greatly improved beyond that of the 2018 End-to-End Census Test, **THEN** technical problems occurring in 2020 may not be resolved in a timely manner, potentially affecting the accuracy of data collected and resulting in a delay in the completion of the operation.

### Milestones

| Date | Activity |
|---|---|
| May 2017 | Create the UL Operation. |
| September 2017 | Release the UL Detailed Operational Plan, version 1.0. |
| March 2018 | Begin UL for 2018 End-to-End Census Test. |
| April 2018 | End UL for 2018 End-to-End Census Test. |
| March 2020 | Begin UL for 2020 Census. |
| April 2020 | End UL for 2020 Census. |

## 5.6 PUBLISH DATA

The Response Processing (RPO) Operation provides to the Count Review Operation preliminary counts before census operations are completed so that Federal-State Cooperative Population Estimate members have an opportunity to ensure the counts appear correct.

After census operations are completed through the RPO post-data collection phase, RPO delivers the data to the Data Products and Dissemination (DPD) Operation to prepare the final 2020 Census data products, including apportionment counts, redistricting data, and other data products for the public. DPD coordinates the dissemination of the redistricting data with the Redistricting Data Program Operation. DPD also delivers final counts to the Count Question Resolution Operation so challenges to Census Counts can be resolved.

All data products and response data are sent to the Archiving Operation for public release 72 years after the census.

### 5.6.1 Data Products and Dissemination

| Detailed Planning Status: | **In Production** **DOP to be published in FY 2019** |
|---|---|

*Purpose*

The Data Products and Dissemination (DPD) Operation performs three primary functions:

- Prepare and deliver the 2020 Census apportionment data for the President of the United States to provide to Congress by December 31, 2020.
- Tabulate 2020 Census data products for use by the states for redistricting.
- Tabulate and disseminate 2020 Census data for use by the public.

***Changes Made Since Version 3.0 Operational Plan Release:*** DPD now includes the application of the 2020 disclosure avoidance methodology to the microdata in order to produce the Microdata Detail File. The process was previously part of the Response Processing Operation (RPO). The disclosure avoidance methodology that will be implemented for the 2020 Census is known as differential privacy. Differential privacy is the scientific term for a method that adds "statistical noise" to data tables we publish in a way that protects each respondent's identity.

The implementation of this new privacy protection method caused the need to conduct a comprehensive review of how data products from prior decennial censuses were used to help determine plans for the 2020 Census data products. Public feedback is essential for this comprehensive review and will assist the Census Bureau in prioritizing products from the 2020 Census. Feedback via the Federal Register Notice, "Soliciting Feedback From Users on 2020 Census Data Products" (Federal Register volume 83 FR 34111) and the reopening of the Federal Register Notice (volume 83 FR 50636) was solicited in the late summer/early fall 2018.

*Lessons Learned*

Based on lessons learned from the 2010 Census assessments and reviews, the following recommendations were made:

- Provide an approach to restructure and enhance data dissemination activities across the entire agency.
- Improve customer satisfaction.
- Expand the Census Bureau's audience and customer base.
- Utilize an enhanced confidentiality system based on differential privacy where we can precisely control and tailor the amount of noise injection that we add to the data.

*Operational Innovations*

Operational innovations include the following:

- Use of enterprise solutions for preparing the 2020 Census data products and disseminating the information to the public.
- Enhancements to existing tabulation systems to support 2020 Census tabulation as an enterprise solution.
- Leveraging new solutions to allow data users greater flexibility in using 2020 Census data for research, analytics, application development, etc. The focus is on user-centric capabilities and dissemination functionality.
- Move to a new, advanced, and far more powerful confidentiality protection system that precisely controls the amount of statistical noise added to data products using sophisticated mathematical formulas. This allows the Census Bureau to assure enough noise is added to protect privacy, but not so much as to damage the statistical validity of our data products.

### Description of Operation

The DPD Operation covers the application of differential privacy protection to the response data, aggregation and tabulation of the processed response data, employs any additional guidance from the Disclosure Review Board, and prepares these data for delivery to the President, the states, and the public.

As the leader in statistical data protection, we take steps to prevent any outside entity from identifying individuals or businesses in statistics we publish. Historical methods to protect data cannot completely defend against the threats posed by today's technology. When data are tabulated, a process called "noise injection" is implemented to help prevent tracking statistics back to specific respondents. It has been a key feature of the Census Bureau's confidentiality protection systems for decades and has been done in every decennial census since 1980, as well as many other Census Bureau data products. This process is a delicate balancing act and enough noise must be added to protect confidentiality, but too much noise could damage the statistic's fitness-for-use.

With growth in computing power, advances in mathematics, and easy access to large, public databases pose a significant threat to confidentiality. These forces have made it possible for sophisticated users to ferret out common data points between databases using only our published statistics. To combat this threat, the Census Bureau is implementing the new differential privacy method. This new methodology will be tested and implemented with the 2018 End-to-End Census Test.

To complete the implementation of the new disclosure methodology for 2020 Production, the entire 2020 Census data products suite must be defined in advance. The process for determining the 2020 Census data products began with the announcement of the Federal Register Notice to solicit data user feedback. The assessment phase is now underway with a final determination of 2020 Census products expected to be completed in early 2019. The Census Bureau anticipates publishing the plans for the 2020 Census data products in a future notice.

For the 2018 End-to-End Census Test, the prototype Public Law (P.L.) 94-171 (Redistricting data) is the only data product that will be tabulated and released by April 1, 2019.

An enterprise-level dissemination system, Center for Enterprise Dissemination Services and Customer Innovation (CEDSCI), will provide access to prepackaged data products via an interactive Web site. Data users will have access to the prepackaged data products, application programming interfaces (API), and metadata documentation. This system is the replacement for the previous dissemination system known as American FactFinder.

### Research Completed

Research was conducted to test the feasibility of using the American Community Survey (ACS) tabulation system as the solution for the 2020 Census. In late summer of 2016, testing of the tabulation system using select 2010 Census data products proved the feasibility of scaling to 2020 Census production.

### Assumptions Made

Based on planning of other operations, the following assumptions have been made:

- The apportionment for the 2020 Census will be calculated using the method of equal proportions, according to the provisions of Title 2, U.S. Code. Congress decides the method used to calculate the apportionment. This method has been used in every census since the 1940 census.
- This operation will:
  º Define data products.
  º Define metadata.
  º Implement differential privacy methodology.
  º Generate metadata and mapping for API.
  º Generate data products (Apportionment, Redistricting data, and all other products) and associated data documentation.

### Decisions Made

✓ The CEDSCI data user interface will be developed and released in a 40-day cadence called "Program Increments" based on prioritized functionality identified at the enterprise level and guided by CEDSCI's Integration and Implementation Plan.

DOC_0000146

✓ The tabulation system supporting the ACS will be generalized and enhanced to support both the ACS and the 2020 Census. The generalized system will be scaled to support both ACS and decennial tabulation needs during the 2020 Census production.

✓ The 2020 Census data products will be determined following the analysis of the feedback from the Federal Register Notice "Soliciting Feedback from Users on 2020 Census Data Products" and its extension and consultation with the Data Stewardship Executive Policy. For the 2018 End-to-End Census Test, the prototype P.L. 94-171 is the only data product that will be tabulated and released by April 1, 2019.

### Design Issues to Be Resolved

There are no remaining design issues that need to be resolved for this operation.

### Cost and Quality

Investment in DPD is projected to have minimal influence on the overall cost and quality of the 2020 Census.

### Risks

The 2018 and 2020 Disclosure Avoidance System (DAS) algorithms are highly complex, under active development, address subtle though precisely stated mathematical privacy issues, and solve genuinely novel outstanding scientific problems. All of these factors create an environment where only rigorous software engineering standards, code review, and formal external auditing of internal code can be expected to reasonably remove major bugs from the code. In a highly unlikely scenario, a coding error may lead to noise not being infused in some subset of census geographies, implying that each datum released in these geographies in the final Microdata Detailed File would constitute a Title 13 violation. **IF** there are errors in the implementation of the DAS software, **THEN** it might result in Title 13 data being improperly disclosed.

Congress establishes the method of calculating apportionment. Also, legislation has been proposed (but not passed) in recent decades that might have provided statehood (or at least a seat in the U.S. House of Representatives) to the District of Columbia or Puerto Rico. **IF** any bill that affects either the apportionment calculation method or the allocation of U.S. House seats is passed before the legal apportionment results deadline of December 31, 2020, **THEN** the Census Bureau will need to change the 2020 Apportionment calculation programs to accommodate this change, and if it happens at the last minute, the 2020 Apportionment schedule and workflow must be condensed and/or refactored, potentially jeopardizing the quality assurance of the 2020 Apportionment results.

### Milestones

| Date | Activity |
|---|---|
| March 2014 | Release the concept of operations for a more customer-centric, streamlined, and flexible enterprise solution for data dissemination. |
| July 2014 | Establish the Center for Enterprise Dissemination Services and Consumer Innovation. |
| October 2017 | Release the DPD Detailed Operational Plan (delayed). |
| February 2019 | Complete comprehensive review of data products and finalize 2020 Census Data Products Suite. |
| December 2018–April 1, 2019 | Deploy DAS tabulation system and dissemination platform for production and release of the P.L. 94-171 Redistricting Data Prototype. |
| December 2020 | Provide apportionment counts to the President of the United States. |
| By April 1, 2021 | Complete the release of the P.L. 94-171 Redistricting Data to the states, the District of Columbia, and Puerto Rico. |
| May 2021–September 2022 | Deliver 2020 Census statistical data to the enterprise data dissemination platform for the release of quick tables and API. |
| April 2023 | Complete release of 2020 Census data products. |

## 5.6.2  Redistricting Data Program

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2016** |
|---|---|

### Purpose

The purpose of the 2020 Census Redistricting Data Program (RDP) is to provide to each state the legally required Public Law (P.L.) 94-171 redistricting data tabulations by the mandated deadline of 1 year from Census Day: April 1, 2021.

DOC_0000147

*Changes Made Since Version 3.0 Operational Plan Release:*

There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Provision of a prototype product is necessary.
- The ability to provide legal boundary updates is needed.
- Delivery of the data prior to public release is necessary.

*Operational Innovations*

Operational innovations include the following:

- Separation of the program's Block Boundary Suggestion Project from the Voting District Project to allow greater external participation.
- Inclusion of a Boundary Annex Survey (BAS) component to capture and improve underlying geography.
- Processing at headquarters and the National Processing Center to provide states with consistent guidance, to enhance coordination between BAS and RDP, and to reduce burden on the Geographic Area Reconciliation Program.
- State legislative district updates captured at the time of collection of Congressional district updates to reduce the need for multiple efforts.

*Description of Operation*

The RDP Operation provides the 50 states, the District of Columbia, and Puerto Rico with the opportunity to identify, delineate, and update geographic boundaries for data tabulation. It also allows for continuous process improvement through an evaluation of the program with recommendations for the next cycle in an official publication called "The View From the States."

The five major components in the 2020 Census RDP include:

- Phase 1—Block Boundary Suggestion Project.
- Phase 2—Voting District Project.

- Phase 3—P.L. 94-171 data and geographic support products design and delivery.
- Phase 4—Collection of changes to Congressional and State Legislative Districts.
- Phase 5—Evaluation of the 2020 Census RDP and recommendations for the 2030 RDP.

*Research Completed*

The following research has been completed for this operation:

- January 2015: Released the *Designing P.L. 94-171 Redistricting Data for the Year 2020 Census—The View From the States.*
  - º Findings:
    - Need for a "one number" census.
    - Need for a prototype data product.
    - Need for data delivery prior to public release.
    - Need for Group Quarters (GQs) Operation data.
    - Need for support products using the most current (2020) geography.
    - Need for tabulation block and voting district data.
    - Need for states to have the option to use their resident Geographic Information Systems for program participation.

*Decisions Made*

The following decisions have been made for this operation:

- ✓ Prototype P.L. 94-171 redistricting data tabulations and geographic support products from the 2018 Census End-to-End Test will be generated and distributed to official liaisons by April 1, 2019.
- ✓ Use Geographic Update Partnership Software as one of the methods for interaction with and collection of partner updates.
- ✓ GQ tabulations by race for the seven main GQ types will be included as part of the official P.L. 94-171 redistricting data file for total population only.
- ✓ The Block, Block Group, and Tract crosswalk files can be released prior to the April 1, 2021, P.L. 94-171 redistricting data file deadline.

DOC_0000148

✓ The race and ethnicity questions will continue to be separate and not changed to a combined question for the 2018 End-to-End Census Test or the 2020 Census. Nor will a Middle Eastern/North African category be added as a minimum reporting category or ethnicity. Therefore, no changes will be necessary to the structure of the P.L. 94-171 Redistricting Data File from the 2010 file design, other than the unrelated and documented decision to add a table for GQs Population by GQs Type.

✓ The Citizen Voting Age Population by Race and Ethnicity tabulation from the American Community Survey that is planned for production in early 2021, can be produced using the new 2020 Census tabulation block and tract geography. However, if tabulations are already available for citizenship by voting age by race and ethnicity at the block group and tract level as part of planned 2020 Census products, then this special tabulation will remain on the 2010 block group and tract geography for release in 2021.

### Design Issues to Be Resolved

Additional work is required to make decisions on the following questions:

| Question | Expected Date |
|---|---|
| What IT capabilities and data distribution methodology will be used for the 2020 Census (including maps)? | June 2019 |

### Cost and Quality

Investment in RDP is projected to have minimal influence on the overall cost of the 2020 Census.

Impacts of this operation on overall 2020 Census quality include the following:

↑ Improvements in underlying geography through iterated update cycles.

↑ Improvements in the P.L. 94-171 data product design, including the addition of a GQ table, will better meet the needs of the states for small area tabulations to conduct legislative redistricting.

### Risks

As part of its mission to provide the states with the small area tabulations needed to conduct

legislative redistricting and to deliver that product within 1 year of Census Day, the Census Bureau produces a full suite of prototype products. **IF** the P.L. 94-171 prototype data products for small-area population totals are not accessible for stakeholders through the Center for Enterprise Dissemination Services and Consumer Innovation after the 2018 End-to-End Census Test, **THEN** the delivery will be delayed and/or the Census Redistricting and Voting Rights Data Office will have to expend resources to develop an alternative method to disseminate data to its stakeholders, such as providing products on removable media.

A lack of institutional knowledge and new data disclosure avoidance methodology for P.L. 94-171 data tabulation and review could prevent a timely release of data prior to the April 1, 2021, official deadline. **IF** institutional knowledge is not acquired by the start of the review of the P.L. 94-171 data tabulation, **THEN** processing of P.L. 94-171 data and creation of products could take longer, causing the RDP to miss the legal deadline for P.L. 94-171 data release of April 1, 2021.

### Milestones

| Date | Activity |
|---|---|
| July 2014 | Submit Federal Register Notice proposing the 2020 Census RDP. |
| January 2015 | Publish "Designing P.L. 94-171 Redistricting Data for the Year 2020 Census—The View From the States." |
| December 2015– May 2017 | Conduct Phase 1: Block Boundary Suggestion Project. |
| September 2016 | Release the RDP Detailed Operational Plan, version 1.0. |
| October 2017 | Finalize the P.L. 94-171 prototype products design. |
| December 2017– May 2019 | Conduct Phase 2: The Voting District Project. |
| March 2018 | Release the RDP Detailed Operational Plan, version 2.0. |
| March 2019 | Deliver P.L. 94-171 prototype products. |
| November 2020– March 2021 | Conduct Phase 3: Data Delivery for the 2020 Census RDP. |
| April 1, 2021 | Deliver the P.L. 94-171 data (legal deadline). |

DOC_0000149

### 5.6.3   Count Review

| Detailed Planning Status: | **Underway** **DOP to be published in FY 2019** |
|---|---|

*Purpose*

The 2020 Census Count Review Operation (CRO) enhances the accuracy of the 2020 Census through remediating potential gaps in coverage by:

- Implementing an efficient and equitable process to identify and incorporate housing units (HUs) that are missing from the Census Master Address File (MAF).

- Identifying and including or correcting large group quarters (GQs), such as college/university student housing, that are missing from the MAF or geographically misallocated.

- Positioning unresolved cases for a smooth transition to the Census Question Resolution (CQR) Operation.

- ***Changes Made Since Version 3.0 Operational Plan Release:*** The Data Stewardship Executive Policy Committee approved a remote review option for both Federal-State Cooperative for Population Estimates (FSCPE) Count Review events. FSCPE members will have the opportunity to conduct reviews remotely or travel to Census Bureau headquarters to conduct them. Special Sworn Status and Title 13 training will be provided to the participants, as well as an IT account to access the data, Geographic Update Partnership Software (GUPS) and other tools that will help them to conduct the review and communicate with the Census Bureau liaisons.

*Lessons Learned*

Based on lessons learned from the 2010 Census, the following recommendations were made:

- Planning for the CRO Program needs to begin earlier in the decennial planning cycle to be more easily and fully integrated with decennial census operations.

- Address-level precision is essential to an effective count review program.

- Consider working with the Emergency Services data (E911) system, tax assessor records, and other federal agencies to develop a common format and address updating protocol.

- Have both GQ and HU address information available during the review.

*Operational Innovations*

For the 2020 Census, the CRO will be timed such that the results of the reviews are fully integrated with the other operations. For example, the review of HUs will be conducted in time to include any changes resulting from the review into the supplemental universe for potential mailings and for nonresponse followup (NRFU). It will also allow time to follow up or to conduct data collection at misallocated or missed GQs.

*Description of Operation*

The operational description provided below is based primarily on the operational design of the 2010 Census CRO. As was the case in past censuses, the 2020 Census CRO relies heavily on participation from members of the FSCPE. For the 2020 Census CRO, the FSCPE/2020 Census Working Group was established to explore opportunities to leverage the knowledge and experience of the FSCPE members to benefit the overall 2020 Census Program. The working group includes representatives from the FSCPE Steering Committee, as well as Census Bureau subject-matter experts from Field Division, Decennial Census Management Division, Geography Division (GEO), and Population Division.

The CRO consists of the following:

- A pre-2020 Census review of HU and GQ addresses to identify HUs that are potentially missing from the MAF, or large GQs that are potentially missing from the MAF or geographically misallocated to the wrong census block. Missing HU addresses that meet CRO requirements will be forwarded to NRFU. Missing or misallocated GQ addresses that meet CRO requirements will be transmitted to GQ enumeration. Members of the FSCPE from all 50 states, the District of Columbia, and Puerto Rico are invited to participate in this event.

   The FSCPE participants will obtain address and coordinate data from various sources, with the historically most common sources being tax assessor records and E911 data. State participants will be required to provide their addresses and Global Positioning System (GPS) coordinate data in a specified digital format so that these

data can be used in an application that enables a review and comparison of the state-provided data to Census Bureau data.

Census Bureau staff will perform quality checks on the data, ensuring that all records have state and county codes, GPS coordinates, etc. The data will then be sent to GEO to be standardized and matched against the MAF. The output from this matching process will be the input files for the review tool (GUPS).

This application will be made available to the FSCPE reviewers, and will provide information showing the differences between tallies of the Census Bureau and FSCPE HU and GQ addresses in a given county, tract, or block. The prescribed review process will focus the reviewers on the geographies where the FSCPE counts of HU or GQ address were higher than those of the Census Bureau.

Similar to the 2010 Census CRO, the GQ types in-scope for the review are expected to include nursing/skilled-nursing facilities, college/university student housing, military barracks, adult correctional facilities, and workers' dormitories, and job corp centers with populations of 50 or more. The primary reason these GQ types will be selected for the review is because they represent more than 80 percent of the nation's GQ population and comprise the majority of large GQs. After a potentially missing GQ is identified, a second research step will be conducted to determine if the GQ record was under another GQ type code that was ineligible for the review.

- A post-enumeration review of GQ addresses will occur to identify those addresses that are still potentially missing from the MAF or geographically misallocated to the wrong census block. The GQ post-enumeration review data will come from a file of the GQ records enumerated in the 2020 Census available at the time of the review. The purpose of the GQ post-enumeration review is to identify any missing or misallocated GQ addresses while GQ enumeration is still underway. Both GQ reviews (early and post-enumeration) allow the Census Bureau to collect demographic characteristics data of the population living in those GQs. As with the first event, members of the FSCPE from all 50 states,

the District of Columbia, and Puerto Rico are invited to participate in this review.

Review by Census Bureau staff of the following census files for systematic or large anomalies in population, HU, and GQs counts (Census Count and File Review [CCFR]):

º  Decennial Response Files 1 and 2

º  Census Unedited File

º  Census Edited File (CEF)

º  Microdata Detail File.

The objective of the CCFR is to determine how reasonable the results of our decennial census data collection efforts appear to be at several levels of geography compared to multiple sets of benchmark data. If CCFR finds anomalies or unexpected results, they will report their finding to the Response Processing Operation so they can review their processing steps to determine if the issues are correctable.

CCFR also includes the edit review process which verifies that each person and HU on the CEF have valid values in the person and housing items, and ensures consistencies among characteristics. Edit review focuses on path tracers (tallies) and hot deck matrix reports, and verifies that the edits and imputations processes have been applied correctly.

*Work Completed*

- Developed the Business Process Model and requirements.

- Selected FSCPE early participants from Colorado, New York, Pennsylvania, and Washington.

- Engaged with FSCPE early participants in biweekly meetings with the subject-matter experts.

- Completed development of the GUPS for the FSCPE review process (currently undergoing testing).

- Awarded contract to one of the four FSCPE early participant states (currently in the security clearance portion of the onboarding process).

- Assigned Census Data Lake to develop review tool for the CCFR.

*Decisions Made*

The following decisions have been made for this operation:

✓ Similar to the approach used in the 2010 Census CRO, there will be two distinct opportunities for FSCPE knowledge and experience to remediate potential gaps in coverage associated with missing HU and missing or misallocated GQ addresses. FSCPE representatives will leverage information from their respective states along with MAF data and GUPS software provided by the Census Bureau to identify clusters of missing HUs and missing or misallocated GQs.

✓ The 2020 Census CRO will be deemed successful if a majority of states participate and complete their review on time, and the Census Bureau is able to investigate and resolve the majority of identified address issues before the 2020 Census is complete.

✓ The planned levels of geography for conducting HU and GQ address count review are counties, tracts, and blocks. The planned levels of geography for the CCFR are nation, states, counties, tracts, and blocks.

✓ In 2020, the Census Bureau will host two GQ reviews. The early GQ review will take place concurrently with the HU review from January to February 2020, after address canvassing. FSCPEs will identify missing and misallocated GQs, which will be sent to GQ enumeration. The post-enumeration GQ review will happen when GQ enumeration is nearly completed (mid to late June 2020) to ensure that there are no missing GQs. Any missing GQs will be sent to GQ enumeration.

✓ The approaches that will be used for validating missing HUs provided by FSCPEs will be aerial imagery and alternative sources (property tax files, etc.).

✓ The approaches that will be used for validating missing and misallocated GQs provided by FSCPEs will be aerial imagery and alternative sources (property tax files, etc.).

✓ Current plans are for FSCPE stakeholders to review the HU and early GQ counts from January to February 2020, and the post-enumeration GQ counts in the summer 2020.

✓ The objectives and scope will be included in the Detailed Operational Plan scheduled to be released in March 2019. A decision was recently made to develop the GUPS for the 2020 Census CRO.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in the CRO is projected to have minimal influence on the overall cost of the 2020 Census, but will contribute to improving the quality of the results.

### Risks

Contracts with FSCPE state representatives are required for their participation in 2020 Census CRO. **IF** the contracts for FSCPE state representatives are not funded, **THEN** the 2020 Census CRO will not be completed with the local expertise needed and the review may not be as precise or efficient without local knowledge.

It has been recommended that FSCPE personnel have the capability to conduct the data review remotely. **IF** FSCPE representatives are not able to review data remotely, **THEN** the review may be delayed and will incur additional costs.

### Milestones

| Date | Activity |
| --- | --- |
| October 2015 | Initiate the 2020 Census CRO Integrated Project Team. |
| March 2019 | Release the CRO Detailed Operational Plan. |
| January to February 2020 | Conduct first 2020 Census CRO review event: HU and GQ addresses. |
| June 2020 | Conduct second 2020 Census CRO review event: census post-enumeration GQ addresses. |
| September 2020 to March 2021 | Conduct 2020 Census Count and Files Review of Decennial Response Files 1 and 2, Census Unedited File, Census Edited File, and Micro-Data Detail File. |
| August 2021 | Issue 2020 Census Count Review Program Operational Assessment. |

DOC_0000152

### 5.6.4   Count Question Resolution

| Detailed Planning Status: | **Recently Begun DOP to be published in FY 2019** |
|---|---|

*Purpose*

The Count Question Resolution (CQR) Operation provides a mechanism for governmental units to challenge their official 2020 Census results.

*Changes Made Since Version 3.0 Operational Plan Release:* There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census, studies and reviews, the following recommendations were made:

- Create a milestone schedule and ensure it is followed.
- Meet early and often so that all stakeholders involved make decisions up front, before beginning to program control systems or write procedures.
- Make sure planning tasks are completed on time and everyone is aware of key decisions.

*Operational Innovations*

No specific operational innovations have been identified for this operation.

*Description of Operation*

The CQR Operation provides a mechanism for governmental units to challenge the accuracy of their final 2020 Census counts.

The CQR Operation includes the following activities:

- Draft proposed process and rules and publish in the Federal Register.
- Finalize process and rules and publish in the Federal Register.
- Identify staffing needs and make temporary appointments and reassignments.
- Receive, investigate, and respond to all challenges, including correcting errors found within the established guidelines of the program.

- Certify revised population and housing counts for governmental unit(s).

*Research Completed*

Because detailed planning for this operation has not yet started, research that directly supports this operation has not yet been completed.

*Assumptions Made*

Based on initial discussions, the following assumption has been made:

- This program will be conducted in a similar manner to both the 2000 and 2010 Censuses.

*Decisions Made*

No decisions have been finalized for this operation.

*Design Issues to Be Resolved*

Additional work is required to make decisions on the following questions:

| Question | Expected Date |
|---|---|
| What is the approach for addressing unexpected issues related to count or geographic discrepancies? For example, in the 2010 Census, there were some very specific issues with the way the Census Bureau geocoded Navy ships in U.S. harbors. | June 2019 |
| Will the Census Bureau require challenging governments to provide location information for each housing unit (HU) they provide on their list? | June 2019 |
| What types of challenges will be in scope? | June 2019 |
| What documents and systems will be needed to research and respond to challenges? | June 2019 |

*Cost and Quality*

Investment in CQR is projected to have minimal influence on the overall cost of the 2020 Census, but is designed to improve the quality of the 2020 Census results.

*Risks*

No risks have been identified to date for this operation.

---

DOC_0000153

*Milestones*

| Date | Activity |
|------|----------|
| January 2017 | Begin planning and development of program schedule, process, and initial Federal Register Notice. |
| June 2019 | Release the CQR Detailed Operational Plan. |
| August 2020 | Publish initial Federal Register Notice identifying process and types of challenges to be considered. |
| May 2021 | Publish final Federal Register Notice to establish process, timing, and types of challenges in scope for the program. |
| June 2021 | Begin accepting challenges from governmental units. |
| 2021–2023 | Issue revised certified counts as appropriate and make available on <census.gov>. |
| June 2023 | Deadline for governmental units to submit challenges. |
| Sept 2024 | End program and issue assessment and lessons learned report. |

### 5.6.5 Archiving

| Detailed Planning Status: | **Underway** **DOP published in FY 2018** |
|---|---|

*Purpose*

The Archiving (ARC) Operation performs the following functions:

- Coordinates storage of materials and data and provides records deemed permanent as the official data of the 2020 Census, including files containing the individual responses to the 2020 Census, to the National Archives and Records Administration (NARA).

- Provides similar files to the National Processing Center (NPC) to use as source materials to conduct the Age Search Service.

- Stores data to cover in-house needs.

***Changes Made Since Version 3.0 Operational Plan Release:*** There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Make sure staff are regularly reminded of their records management responsibilities. They need to understand the distinction between permanent and temporary records, and the Census Bureau's legal obligation to archive permanent records.

- Start archiving planning (with an interdivisional team) earlier in the life cycle—suggest FY 2018 at the latest.

- Keep a log or spreadsheet on which materials the records schedule requires be sent to NARA, how they will be sent, dates promised, and actual transfer date.

*Operational Innovations*

Participate in cloud implementation as a solution for storing and transferring electronic records for archiving.

*Description of Operation*

The Census Bureau must provide copies of the individual responses to the 2020 Census (including names and addresses) to the NARA. The specific format, media, and timing for the delivery is negotiated between the Census Bureau and NARA. Because the primary use of this information is for genealogical searches (to be released no sooner than 72 years after Census Day), the Census Bureau may also have to provide a linkage between the individual response data and the copies of questionnaires on paper, microfilm, or through electronic data. This operation also provides similar data to support the Census Bureau Age Search Program at the NPC in Jeffersonville, Indiana.

The ARC Operation is responsible for the Census Bureau Records Schedule relating to the 2020 Census. The 2020 Census Records Schedule established with NARA is only intended to encompass final records used to capture, process, and tabulate respondent data, and final records used to collect and update address and map information.

*Research Completed*

Planning for this operation has started, but research that directly supports this operation has not yet been completed.

*Decisions Made*

The individual responses will be delivered electronically to NARA no later than 15 years from the census year, in 2035. The individual responses will be delivered to NARA in the format outlined in the 2020 Census Records Schedule that will be finalized in 2019.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in ARC is necessary to support legislative and constitutional mandates and will require funding for 15 years after the census to support all archiving solutions that will influence the cost and quality of the 2020 Census.

*Risks*

The archiving solution for 2020 Census-related data will need to support the storage of data and materials from several large sources, as well as provide access to the data and materials. Because of the length of time that the archiving materials and data have to be maintained, there will be significant cost associated with supporting the systems for storage and providing access to data stored in the archiving solution. **IF** the funding is not provided for the systems supporting the archiving solution, **THEN** the solution may not be able to store all the required 2020 Census data required by law to send to NARA nor provide the access necessary to reference for legal inquiries or to conduct research for planning future censuses.

*Milestones*

| Date | Activity |
| --- | --- |
| Annually, beginning in 2016 | Update official records plan performed by Records Manager for each participating division. |
| August 2016 | Begin identification and review of all records that will be generated by or for the 2020 Census. |
| October 2016 | Begin negotiations with NARA to make preliminary determinations of which records will be deemed permanent, and must be archived. |
| September 2018 | Release the ARC Detailed Operational Plan. |

| Date | Activity |
| --- | --- |
| April 2021 | Develop final records schedule with NARA and submit for approval by the Archivist. |
| July 2022 | Begin transfer of permanent records to NARA. |
| January 2023 | Complete transfer of all permanent records to NARA. Complete destruction of all temporary records no longer needed by the Census Bureau. |

## 5.7  OTHER CENSUSES

Other Censuses comprises all functions associated with the decennial censuses for American Samoa, the Commonwealth of the Northern Mariana Islands (CNMI), Guam, and the U.S. Virgin Islands, collectively known as the Island Areas. There is one operation in this area: Island Areas Censuses.

### 5.7.1  Island Areas Censuses

| Detailed Planning Status: | **Underway** **DOP published in FY 2018 (delayed)** |
| --- | --- |

*Purpose*

The purpose of the Island Areas Censuses (IAC) Operation is to enumerate all residents of American Samoa, the Commonwealth of the Northern Mariana Islands (CNMI), Guam, and the U.S. Virgin Islands; process and tabulate the collected data; and disseminate data products to the public.

*Changes Made Since Version 3.0 Operational Plan Release:* There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- The contracts with the Island Areas' local governments need to stipulate the roles and responsibilities of the census office managers, the onsite Census Advisors, the officials of the local governments, and the officials at Census Bureau headquarters.

- The IAC data collection operations and data processing needs to be more in-line with state-side operations and data processing.

DOC_0000155

- The planning phase of the IAC should involve data processing staff who can help create testing strategies.

### Operational Innovations

Use of enterprise solutions for processing data, creating data products, and disseminating the information to the public.

### Description of Operation

The Census Bureau will conduct the 2020 Island Areas censuses through contract agreements with local government agencies in American Samoa, CNMI, Guam, and the U.S. Virgin Islands. The Census Bureau will provide the materials and guidance to the local government agencies that are then responsible for recruiting and hiring the staff to conduct the data collection activities. The data collection activities include (but not limited to):

- Address listing.
- Enumeration.
- Field follow-up.

### Research Completed

Detailed planning for this operation is integrated with many of the stateside operations. This collaboration leverages the results obtained through the stateside operations' research and testing activities.

### Decisions Made

The following decisions have been made for this operation:

- ✓ Continuously engage and communicate the Census Bureau's plans with liaisons in the local Island Areas' governments, and with the Office of Insular Affairs in the Department of Interior.

- ✓ Establish agreements with the local Island Areas' governments to conduct the census data collection.

- ✓ Establish five Census Offices: two in the U.S. Virgin Islands and one in each of the Pacific Island Areas.

- ✓ Use a "long-form like" questionnaire.

- ✓ Use the American Community Survey (ACS) questionnaire with minor wording changes to accommodate time reference differences, incorporate the final 2020 Census questions taking into account Island Area local government concerns where possible.

- ✓ Due to funding uncertainty and reprioritization of critical components of the 2020 Census, the Census Bureau is no longer planning to produce a Master Address File of Island Areas' addresses prior to the 2020 Census. The Census Bureau will conduct an address listing operation instead.

- ✓ Use existing systems whenever possible; some modifications may be needed.

- ✓ Deploy Census Advisors in 2019 to provide guidance throughout the data collection process and to report back to Census Bureau headquarters—one advisor for each of the Pacific Island Areas (American Samoa, CNMI, and Guam), and two advisors for the U.S. Virgin Islands (one for St. Thomas and St. John, and one for St. Croix).

- ✓ Field enumerators will list addresses using paper address registers and paper maps, using the same listing procedures used in Remote Alaska and Update Enumerate Operation. For every living quarter the enumerators visit, they will conduct interviews with household members and follow up as necessary.

- ✓ The IAC will use paper questionnaires, paper maps, and paper address registers.

- ✓ The Automated Tracking and Control System currently used by the NPC will be used as a control system in the Island Areas. The NPC will receive bulk shipments of completed data collection materials, and use Integrated Computer-Assisted Data Entry to capture the data.

- ✓ The questionnaires for the IAC will align with ACS questionnaires with some modifications, such as the addition of questions on parents' place of birth, reasons for migration, sewage disposal, and source of water.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in IAC is projected to have minimal influence on the overall cost and quality of the 2020 Census.

DOC_0000156

*Risks*

Due to the increased usage of digital advertising and social media planned for the 2020 Census, Island Areas residents are likely to be exposed to the stateside messaging of a shorter questionnaire content with Internet self-response and mailback options. **IF** the 2020 Census media message for stateside cannot be effectively counteracted, **THEN** public trust and customer expectations may be adversely affected in the Island Areas.

*Milestones*

| Date | Activity |
|------|----------|
| June 2018 | Finalize plans for the IAC operations. |
| June 2018 | Determine what stateside systems will be used for the 2020 IAC operations. |
| September 2018 | Release the IAC Detailed Operational Plan (delayed). |
| December 2018 | Finalize contract with the Island Areas governments. |
| March 2019 | Identify sites for Census Offices. |
| September 2019 | Open Census Offices. |
| February 2020 | Begin address listing. |
| March 2020 | Begin enumeration. |
| April 2020 | Begin field follow-up. |
| July 2020 | Close data collections. |

## 5.8 TEST AND EVALUATION

The Test and Evaluation area performs two primary functions:

- Evaluate the quality of the 2020 Census.
- Prepare for the 2030 Census.

This area includes four operations:

- **Coverage Measurement Design and Estimation (CMDE):** Designs the Post-Enumeration Survey (PES), including sampling and estimation.
- **Coverage Measurement Matching (CMM):** Identifies matches and nonmatches between the 2020 Census and the PES for the enumerated housing units (HUs) and people.

- **Coverage Measurement Field Operations (CMFO):** Collects person and HU information (independent from the 2020 Census operations) for the sample of HUs in the Coverage Measurement Survey.
- **Evaluations and Experiments (EAE):** Measure the success of critical 2020 Census operations. Formulate and execute an experimentation program to support early planning and inform the transition and design of the 2030 Census.

Each operation is described below.

### 5.8.1 Coverage Measurement Design and Estimation

| Detailed Planning Status: | **Underway** <br> **DOP to be published in FY 2019** |
|------|------|

*Purpose*

The Coverage Measurement Design and Estimation (CMDE) Operation develops the survey design and sample for the Post Enumeration Survey (PES) of the 2020 Census. It also produces estimates of census coverage based on the PES.

*Changes Made Since Version 3.0 Operational Plan Release:* There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Simplify the sampling operations, the data collection, the matching operations, and the estimation by eliminating the creation and use of block cluster, provided the basic collection unit (BCU) concept is similar to 2010 block cluster.
- Follow best practices from the 2010 Census Coverage Measurement operations where the Census Bureau anticipated potential changes in implementing the sample design, allowing changes to sample design requirements to be easily handled given the implementation approach.
- Use the Planning Database for designing the PES sample.

DOC_0000157

### Operational Innovations

The 2020 PES will use the BCU instead of the block cluster as the primary sampling unit. This will reduce the need for creating block clusters and simplify operations.

The 2020 PES sample will be allocated based on state-specific measures of size, instead of national measures of size. This will improve the within-state stratification and allocation.

The CMDE Operation is currently researching methods to:

- Improve coverage estimates for young children and babies by using demographic analysis results by age in the correlation bias adjustment.
- Improve the saliency and timeliness of estimates by researching the feasibility of releasing coverage estimates in Fiscal Year 2021.

### Description of Operation

The operational design of the 2020 PES will be based on the 2010 Census Coverage Measurement operational design.

The CMDE Operation performs the following functions:

- Develop the survey design for the PES.
- Design and implement the sample to support the estimation of coverage estimates in the 2020 Census for the United States and Puerto Rico, excluding Remote Alaska.
- Produce estimates of net coverage error and the components of census coverage for housing units (HUs) and people living in HUs for the United States and Puerto Rico, excluding Remote Alaska.
- Similar to the 2010 Census Coverage Measurement approach, net coverage estimates will be made using the capture-recapture, dual-system estimation methodology.

### Research Completed

Research concluding that BCUs were a suitable replacement for the block clusters.

Research concluded that using American Community Survey and Planning Database variables did not outperform stratification using 2010 tenure (owner vs. nonowner status) and BCU size.

### Assumptions Made

Based on the 2010 Census design and planning of other operations for the 2020 Census, the following assumptions have been made:

- Maintain the independence of the PES operations from the 2020 Census operations.
- Continue to use Demographic Analysis as an input to coverage measurement estimation as in the 2010 Census.

### Decisions Made

The following decisions have been made for this operation:

- ✓ The Census Bureau will estimate the net coverage error and the components of census coverage for HUs and people living in HUs. The components of census coverage will include correct enumerations, erroneous enumerations (which include census duplicates), whole-person imputations, and omissions.

- ✓ Based on funding uncertainty and reprioritization of critical components of the 2020 Census, the Census Bureau may experience a delay in releasing the estimates as compared to the original 2020 Census plan.

- ✓ First drafts of the sampling research results reports were complete by September 30, 2016. These reports document the findings to the research questions outlined in the "2020 Coverage Measurement: Sample Design Research Plan."

  The "2020 Coverage Measurement: Sample Design" memo has been drafted. This memo documents the sample design for the 2020 Coverage Measurement. It describes the methodology that will be used to select the sample. The design recommended for 2020 is similar to 2010.

- ✓ The Census Bureau will produce estimates for the United States (including Washington, DC) and Puerto Rico by major demographic subgroups and by specified census operations. Other domains are being considered.

- ✓ The Census Bureau will implement processes and procedures as they were done in the 2010 Census.

- ✓ The systems will undergo standard testing prior to the 2020 Census operations.

DOC_0000158

✓ The Census Bureau cannot determine the effect of design changes from the 2010 Census Coverage Measurement Survey on the estimates until the estimation systems are in place. Furthermore, the burden of running the 2010 data through the 2020 systems is quite high because the 2020 software would have to be modified to read in and account for different variables in the 2010 data. We will not be able to determine what the effects on estimates of potential operational and system changes are, due to the additional resources necessary to revise the 2020 systems to ingest the 2010 data, as well as the burden required to get an answer.

*Design Issues to Be Resolved*

There are no more remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in CMDE is projected to have minimal influence on the overall cost and quality of the 2020 Census.

*Risks*

CMDE Operation was descoped from the 2018 End-to-End Census Test. Funding and resources for the 2020 Census CMDE Operation are uncertain. **IF** sufficient resources are not provided for the 2020 Census CMDE Operation, **THEN** all expected innovations for CMDE may not be fully implemented for the 2020 Census.

To meet the release date for coverage estimates, the CMDE Integrated Project Team needs software development and production within a specified timeframe. It is possible that resources will be pulled from the PES to work on other decennial-related projects. **IF** the PES developers are pulled off development or not available to implement change requests during production, **THEN** coverage estimates may be delayed.

Ratios from demographic analysis are used to reduce correlation bias in the dual system estimates. This requires matching tabulations from demographic analysis, the 2020 Census, and PES by age-race-sex. Differences in the reporting and classification of race in these systems can add measurement error to the correlation bias adjustment. For 2020, this would relate to the Black vs.

non-Black tabulations for age groups. Changes in the census questions for 2020, especially with regard to Hispanic origin, could reduce the integrity of the correlation bias adjustment. **IF** the difference between the demographic analysis and 2020 Census race classifications is large enough, **THEN** the PES may not be able to accurately correct for correlation bias within race.

Any changes to the PES design will likely require changes to the sampling and estimation. **IF** changes are made to the PES design any time after specifications and requirements have been started, **THEN** estimates may be delayed, staff morale may be reduced, and development resources will be increased to rewrite the specifications and software.

*Milestones*

| Date | Activity |
|---|---|
| January 2016 | Start CMDE. |
| March 2019 | Release the CMDE Detailed Operational Plan. |
| June 2019– July 2019 | Select PES BCUs. |
| April 2020 | Conduct small BCUs subsampling. |
| May 2020– August 2020 | Identify PES Person Interview sample. |
| June 2021 | Release National Net Person Coverage Error and National Components of Person Coverage Estimates. |
| October 2021 | Release National Net Housing Unit Coverage Error and National Components of Housing Unit Coverage Estimates. |
| October 2021 | Release State Results of Net Error and Components of Coverage for People and Housing Units. |

### 5.8.2   Coverage Measurement Matching

| Detailed Planning Status: | **Underway** **DOP to be published in FY2019** |
|---|---|

*Purpose*

The Coverage Measurement Matching (CMM) Operation identifies matches and nonmatches and discrepancies between the 2020 Census and the Post Enumeration Survey (PES), for both housing units (HUs) and people in the sample areas. Both

DOC_0000159

computer and clerical components of matching are conducted.

***Changes Made Since Version 3.0 Operational Plan Release:*** The Clerical Match and Map Update system will be developed for the Housing Unit Clerical Matching System.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

• Simplify the Coverage Measurement clerical matching tasks.

• Rely more on the automated matching systems than the clerical matchers.

• Move HU matching and follow-up operations closer to the listing operation.

• Automate the assignment of status codes and address information where possible.

*Operational Innovations*

The person who is computer matching will use telephone numbers from administrative records for census records in the sample areas when no telephone number was reported in the census. As a result, the use of the updated telephone numbers could improve computer match rates, thereby reducing the need for clerical matching and potential HU follow-up operations. Also, to simplify the PES clerical matching tasks, the Census Bureau will reengineer the business process to improve the efficiency of the analyst by relying more on the automation of the clerical matching system.

*Description of Operation*

The PES design has three phases: Initial Housing Unit Phase, Person Phase, and Final Housing Unit Phase. In each phase, PES data that are independently collected are compared to census collected data to check the accuracy and completeness of the census data. Within the three phases the matching operations contains 11 suboperations:

• Initial Housing Unit Computer Matching: The file of addresses developed during PES Independent Listing in each basic collection unit (BCU) is computer-matched against the census HU and group quarters addresses in

the Census HU Matching Universe files in the same BCU plus one ring of surrounding BCUs. Addresses are assigned a match, possible match, possible duplicate, or nonmatch code for clerical matching.

• Initial Housing Unit Before Follow-Up Clerical Matching: The National Processing Center (NPC) technicians and analysts use clerical matching techniques, along with PES and census maps, to verify the computer matching and attempt to locate matches, possible matches, or possible duplicates that the computer could not. Since analysts perform Quality Assurance (QA) on technicians' work, they need to acquire the level of expertise required in the QA model that will only be gained through extensive training and experience.

• Initial Housing Unit After Follow-Up Clerical Matching: The NPC technicians and analysts will use the results of the Initial Housing Unit Follow-Up to resolve all remaining cases. Since analysts perform QA on technicians' work, they need to acquire the level of expertise required in the QA model that will only be gained through extensive training and experience.

• Clerical Geocoding: Clerical matching staff will assign census geography to alternate addresses collected in the personal interview to determine search areas for matching.

• Residence Status Coding: Clerical matching staff will assign a code that indicates where each person should be counted in the census. The software also displays maps of the locations (mapspots) assigned to addresses in the sample area by 2020 Census Operations versus the PES.

• Person Computer Matching: The rosters of people collected during the personal interview are computer matched against the census rosters collected across the nation and Puerto Rico. The computer also conducts a search for duplicates in the personal interview rosters collected for each BCU and in the census rosters across the nation and Puerto Rico. Using these results, people are assigned match codes (match, possible match, possible duplicate, or nonmatch) for clerical matching.

• Person Before Follow-Up Clerical Matching: The NPC technicians and analysts use clerical matching techniques, along with maps, to geocode alternate addresses, assign residence

status codes, and find matches, possible matches, duplicates, and possible duplicates that the computer could not.

- Person After Follow-Up Clerical Matching: The NPC technicians and analysts will use the results of the Person Follow-Up to resolve all remaining cases.

- Final Housing Unit Computer Matching and Processing: The computer will process and match the late adds and deletes from the census listing of HU and GQ addresses in the Census HU Matching Universe files. Addresses are assigned a match, possible match, possible duplicate, or nonmatch code for clerical matching.

- Final Housing Unit Before Follow-Up Clerical Matching: The NPC technicians and analysts use clerical matching techniques, along with PES and census maps, to verify the computer matching, attempt to locate matches, possible matches or possible duplicates that the computer could not, and reconcile any resulting discrepancies from the census adds and deletes.

- Final Housing Unit After Follow-Up Clerical Matching: The NPC technicians and analysts will use the results of the Final Housing Unit Follow-Up to resolve all remaining cases.

### Research Completed

Research was undertaken to determine if the Initial Housing Unit Follow-Up and Final Housing Unit Follow-Up Operations are needed. A decision was made to conduct both Initial Housing Unit Follow-Up and Final Housing Unit Follow-Up.

### Decisions Made

The following decisions have been made for this operation:

- ✓ The systems will undergo standard testing prior to the 2020 Census operations.

- ✓ The contract was awarded on September 30, 2016, to use the "person" Matching, Coding, and Review system to assist Coverage Measurement clerical matchers on matching the PES to census HUs and people living in HUs.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in CMM is projected to have minimal influence on the overall cost and quality of the 2020 Census.

### Risks

The development has not started for the PES Housing Unit Clerical Matching System to date. **IF** the development and testing of the PES Housing Unit Clerical Matching System is not completed in time for training and production, **THEN** this could create delays in matching production for the 2020 PES.

### Milestones

| Date | Activity |
| --- | --- |
| March 2019 | Release the CMM Detailed Operational Plan. |
| April 2020 | Conduct Initial Housing Unit Computer Matching. |
| April–July 2020 | Conduct Initial Housing Unit Clerical Matching. |
| December 2020 | Conduct Person Computer Matching. |
| January–April 2021 | Conduct Person Clerical Matching. |
| March–April 2021 | Conduct Final Housing Unit Computer Processing and Matching. |
| April–July 2021 | Conduct Final Housing Unit Clerical Matching. |

## 5.8.3   Coverage Measurement Field Operations

| Detailed Planning Status: | **Underway**<br>**DOP to be published in FY 2019** |
| --- | --- |

### Purpose

The Coverage Measurement Field Operation (CMFO) collects person and housing unit (HU) information (independent from 2020 Census operations) for the sample of Post-Enumeration Survey (PES) HUs in selected basic collection units (BCUs). The PES collects the same data as the 2020 Census for both HUs and persons. Additional information is collected by PES to provide estimates of census net coverage error and

DOC_0000161

components of census coverage for the United States and Puerto Rico, excluding Remote Alaska.

***Changes Made Since Version 3.0 Operational Plan Release:*** Independent Listing will use the Listing and Mapping Application automated listing instrument. Person Interview will use the BLAISE instrument. Initial Housing Unit Followup, Person Followup, and Final Housing Unit Followup will use paper maps.

### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Automate all Coverage Measurement data collection instruments.
- To ensure more accurate data, minimize the time lag between the follow-up operations where beneficial.
- Consider including an early telephone phase prior to personal visit for the Person Interview.

### Operational Innovations

Operational innovations include the following:

The initial plan for 2020 Census PES field data collection was for full automation of the five PES collection activities. However, due to funding uncertainty and reprioritization of critical components of the 2020 Census, only two of the five PES data collection activities (Independent Listing and Person Interview) will use automated data collection instruments. The other three operations will use paper questionnaires.

### Description of Operation

This operation collects person and HU information for the sample of PES HUs. The Coverage Measurement Program for the 2020 Census will follow the design of the 2010 Census Coverage Measurement Program with some minor differences discussed in Coverage Measurement Design and Estimation Operation. Accordingly, this operation includes the following five PES field data collection suboperations:

- **Independent Listing:** In this operation, listers walk all areas of the sample BCUs and list all the HUs in the sample area from scratch, that is, without using Master Address File information. This is an independent listing. Listers knock on

all HUs to inquire if there is more than one HU at the address (like a basement or garage apartment, and if so, these are listed separately).

- **Initial Housing Unit Followup:** Following Independent Listing, the Coverage Measurement Matching (CMM) Operation matches the list of PES HU addresses collected during PES Independent Listing to the initial census list of addresses in the same sample areas to identify matches, possible matches, duplicates, and possible duplicates and non-matches between the two lists. The cases (addresses) that are identified as nonmatches, possible matches, or possible duplicates are sent back to the field for an Initial Housing Unit Followup interview. Additional clerical matching is conducted in CMM using the results of the Initial Housing Unit Followup.

- **Person Interview:** Collects person information for the PES sample HUs by performing in-person interviews using a computer-assisted data collection instrument. The enumerators collect data similar to that collected in the 2020 Census, as well as additional data about people in the household to determine if any of these people may have been counted at other addresses on Census Day.

- **Person Followup:** Following Person Interview, the CMM Operation matches the list of PES HU people collected during PES Person Interview to the list of people in the census in the same sample areas to identify matches, possible matches, duplicates, and possible duplicates and nonmatches between the two lists. The nonmatched persons (those in only one list) and those identified as possible matches or possible duplicates are sent back to the field for the Person Follow-up interview to obtain additional information. The collected information is used in the CMM Person After Follow-up clerical matching operation to resolve the cases, and the results are used in the estimation of person coverage.

- **Final Housing Unit Followup:** After completion of census operations, CMM matches the updated list of census addresses to the PES list of addresses to identify matches, possible matches, duplicates, and possible duplicates and nonmatches between the two lists. Unresolved cases are sent back to the field

DOC_0000162

to conduct the Final Housing Unit Followup Interview. The collected information is used in the CMM Final Housing Unit Matching, where clerical matchers try to resolve remaining matching, duplication, and HU status issues. The results of Final Housing Unit Matching are then used in the estimation of HU coverage.

### Research Completed

The CMFO will leverage research conducted to support other field operations such as In-Field Address Canvassing and Nonresponse Followup (NRFU) Operations.

### Assumptions Made

Based on planning of other operations, the following assumptions have been made:

- Directorate and enterprise automation processes will be leveraged whenever possible.
- The operational independence must be maintained between PES and 2020 Census data collection operations.

### Decisions Made

The following decisions have been made for this operation:

✓ The Coverage Measurement data collection field staff will be issued laptops to record time and expense data.

✓ There will be no additional telephone operation prior to the Coverage Measurement Person Interview.

✓ The systems will undergo standard testing prior to the 2020 Census operations.

### Design Issues to Be Resolved:

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in CMFO is projected to have minimal influence on the overall cost and quality of the 2020 Census.

### Risks

CMFO was descoped from the 2018 End-to-End Census Test, and there are no plans in place to test collection and processing of real-world data before CMFO goes live. **IF** CMFO does not

participate in a field test prior to the start of the operation, **THEN** the operation may encounter unforeseen operational issues, potentially increasing cost and reducing data quality.

PES Person Interview operations cannot start in the field until NRFU operations are complete in a BCU due to potential bias and contamination. **IF** NRFU operations are delayed or extended, **THEN** this will impact the timing of the PES Person Interview and later PES operations.

### Milestones

| Date | Activity |
|------|----------|
| March 2019 | Release the CMFO Detailed Operational Plan. |
| January–March 2020 | Conduct PES Independent Listing and Quality Control. |
| May–June 2020 | Conduct Initial Housing Followup and Quality Control. |
| June–September 2020 | Conduct PES Person Interview and Reinterview. |
| February–March 2021 | Conduct PES Person Followup and Reinterview. |
| May–June 2021 | Conduct Final Housing Followup and Quality Control. |

## 5.8.4   Evaluations and Experiments

| Detailed Planning Status: | **Underway**<br>**DOP to be published in FY 2019** |
|---|---|

### Purpose

The 2020 Census Evaluations and Experiments (EAE) Operation covers operational assessments that document how well the 2020 Census was conducted; evaluations that analyze, interpret, and synthesize the effectiveness of census components and their impact on data quality, coverage, or both; and experiments that identify potential designs for early 2030 Census life cycle research and testing. Experiments are quantitative or qualitative studies that must occur during a decennial census in order to have meaningful results to inform planning for future decennial censuses. In general, experiments involve response comparisons between test treatments, new or modified methods, or procedures against 2020 Census production methods or procedures.

The EAE Operation performs the following functions:

DOC_0000163

- Assess the 2020 Census operations through Demographic Analysis, operational assessments, and evaluations.

- Formulates a 2020 Census experimental program that will further refine 2030 Census operational design options.

- Captures and manages knowledge stemming from decennial research recommendations.

- Contributes to the formulation of the 2030 Census Research and Testing phase objectives.

- Develops a transition plan and appropriate organizational structures to establish 2030 Census life cycle planning.

- Initiates other early planning activities for the 2030 Census, including the monitoring of policy concerns and technological, societal, and public cooperation trends.

- Produces an independent assessment of population and housing unit coverage.

### Changes Made Since Version 3.0 Operational Plan Release:

The Decennial Research Objectives and Methods (DROM) working group completed an assessment of each proposal using predefined criteria, and recommended a final scope to 2020 Census Executive Leadership. In May 2018, the scope of 2020 Census evaluations and experiments was formally baselined by the DROM working group and the 2020 Census Executive Steering Committee.

### Lessons Learned

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations associated with the development and management of the 2020 Census EAE Operation were made:

- Deployment of a Knowledge Management database to capture and track 2010 Census recommendations, recommendations from oversight bodies, and early 2020 Census research and testing results would be valuable for connecting past experiences and research to future research and planning objectives.

- Dedicated resources are needed earlier in the 2020 Census life cycle to initiate 2030 Census life cycle planning efforts to enable a smooth transition from the 2020 Census implementation to the 2030 Census research.

### Operational Innovations

At its core, the scope of the 2020 Census EAE Operation will focus on aspects of the 2020 Census design that could lead to 2030 Census innovations. As the 2020 Census operational design solidifies, the EAE operational process will define the 2020 Census EAE Operation, identify data requirements, and document methods to address research objectives.

To date, opportunities to innovate, as documented below, focus primarily on aspects of the planning and scope definition process. These opportunities to innovate include the following:

- Implementing a Knowledge Management system and application for the Decennial Census Programs Directorate.

- Formulating 2020 Census evaluations and experiments that are more formally guided by the decisions on the 2020 Census operational design and the 2030 Census planning and objectives.

- Evaluating how administrative records can be better used or combined with other data sources to improve the Demographic Analysis estimates by age and sex, and to estimate or expand the race and Hispanic origin categories for which the Demographic Analysis estimates are produced.

- Formulating fiscal years 2022–2024 research and testing objectives that are more formally guided by 2030 planning and objectives.

- Formulating 2030 Census life cycle budget simulations that are more formally aligned with strategic planning and research objectives.

### Description of Operation

The 2020 Census EAE Operation is unlike other 2020 Census operations in that, at its start, the Census Bureau followed a process to establish and reach consensus on the set of evaluations and experiments to be conducted as part of the 2020 Census Program. In May 2018, the 2020 EAE scope was approved to move forward.

The details that follow address various aspects of the planning process more so than the detailed

DOC_0000164

scope of the 2020 Census evaluations and experiments themselves. The detailed scope of evaluations and experiments will result from the 2020 Census evaluations and experiments formulation process. The initial planning, formation of governing bodies, solicitation of input, and the agreement on scope of the 2020 Census EAE Operation is dependent upon funding.

Phases of the EAE Operation include the formulation of research projects; the delivery of requirements to 2020 systems, operations, and independent data collections; implementation of evaluation and experiment activities; data analysis; the publishing of results; and the identification of 2022 to 2024 research and testing objectives.

To initiate the formulation of the 2020 Census EAE Operation, an understanding of the 2020 Census operational design is necessary. In general, the scope for the 2020 Census operations sets the landscape for identifying evaluations. Some aspects of the 2020 Census design options, deemed out-of-scope, provide the initial canvas for potential experiments. The formulation phase involves:

- Executive staff guidance on strategic principles and high-level research targets.

- Feedback from internal program managers, operational subject-matter experts, and senior researchers/methodologists.

- Feedback from oversight groups, advisory committees, the international collaboration consortium, the National Academies of Science, and other external experts.

- Recommendations from census research and testing as captured in the Knowledge Management database.

- Establishment of parameters (e.g., cost, quality, risks, and visibility) and criteria for selecting evaluations and experiment proposals.

- Management of the scope of the 2020 Census program for evaluations and experiments.

The conduct and coordination of the phases and activities that follow program formulation will be described in future versions of the operational plan.

In addition, the Demographic Analysis Program is included within the scope of the EAE Operation. Demographic analysis refers to a set of methods that have historically been used to develop national-level estimates of the population for comparison with decennial census counts.

Demographic Analysis estimates are developed from historical vital statistics, estimates of international migration, and other sources that are essentially independent of the census. The estimates are then compared with the census counts by age, sex, and limited race and/or ethnicity groups to evaluate net coverage error in the census. The EAE Operation will also sponsor the derivation of housing unit estimates for comparison to the decennial frame used for the 2020 Census.

### Research Completed

While the ultimate set of 2020 Census evaluations and experiments is considered research, the process for reaching agreement on the scope of the evaluations and experiments and the underlying governance of the formulation process, are not considered research. As such, no research occurs at this stage in the EAE Operation.

### Decisions Made

✓ The 2030 guiding principles were applied to the solicitation, proposal, and selection processes to formulate the scope of 2020 Census evaluations and experiments. In April 2018, the DROM working group recommended the final scope of the research program. In May 2018, the program scope was approved by the Executive Steering Committee. The summary of the 13 approved research projects was released through the 2020 Census Memorandum Series on July 6, 2018 and is located at <www.census.gov /programs-surveys/decennial-census /2020-census/planning-management /memo-series/2020-memo-2018_16.html>.

✓ A core set of strategic questions/assumptions to guide the formulation of the evaluations and experiments for the 2020 Census include such factors as whether the evaluation or experiment perfects and improves on the innovations of the 2020 Census operation plan, and explores the possibility of eliminating decennial operations, etc.

✓ Criteria and considerations for assessing proposed 2020 Census Evaluations and Experiments have been defined. Criteria will include cost, quality, new to census, feasibility,

DOC_0000165

attainment, risk to census, burden, etc. Considerations will include such things as sensitivity, traceability, and whether the scope has benefit to the enterprise.

✓ It has been determined that the best use of administrative records in the production of the demographic analysis estimates by age and sex and expanded race categories is through the same component-based historical model used in previous decades. Data continue to be available to allow for the production of demographic analysis estimates for the Black/non-Black race categories for all ages as in past years. Currently available data support the expansion of the estimates for the Black Alone or in Combination and Not Black Alone or in Combination race categories to include ages zero through 39. Data are also available to expand the demographic analysis estimates by Hispanic origin to include ages zero through 29.

✓ It has also been determined that data are available to support the production of estimates for the Asian and Pacific Islander population ages zero through 29 on an experimental basis as part of the 2020 demographic analysis effort. In addition to the data previously used in demographic analysis (vital statistics, Medicare records, American Community Survey data), a legal permanent resident file maintained by the Office of Immigration Statistics and Internal Revenue Service tax return data may also be used to assess the uncertainty of the demographic analysis estimates.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in EAE is projected to have minimal influence on the overall cost and quality of the 2020 Census.

*Risks*

Yearly budget formulation for the EAE Operation reflects an expectation for a robust 2020 Census research agenda to evaluate 2020 innovation areas and to experiment with future design alternatives. **IF** the budget operating plans for the EAE Operation continue to be significantly less than what was formulated, **THEN** critical research

questions and hypotheses will not be studied, which will greatly minimize meaningful examination of the 2020 Census and plans to inform research and testing leading toward 2030.

The U.S. population continues to become more racially and ethnically diverse. A challenge for the Demographic Analysis Program is that the vital records, which are the core of the demographic analysis method, have limited information on race and Hispanic origin. **IF** the Demographic Analysis Program does not research how to expand the race and Hispanic origin detail of the estimates, **THEN** the 2020 demographic analysis estimates will not reflect the characteristics of the U.S. population and will not provide a useful evaluation of the 2020 Census.

*Milestones*

| Date | Activity |
|---|---|
| June 2017 | • Finalize content requirements and instructions for submitting 2020 Census EAE proposals.<br>• Finalize plan for soliciting for 2020 Census EAE proposals. |
| June–July 2017 | Formally solicit 2020 Census EAE proposals within the Census Bureau. |
| August–January 2018 | DROM working group analyze and prioritize 2020 Census EAE proposals by groupings. |
| January 2018 | DROM working group call for round 2 revised 2020 Census EAE proposals. |
| February–March 2018 | If requested, DROM holds special sessions with proposers on the grouping topic. |
| February–April 2018 | DROM working group analyze and prioritize round 2 2020 Census EAE proposals—Final Recommendation of EAE Scope. |
| March 2018 | DROM receives final research proposals. |
| March–April 2018 | 2020 Census EAE research leads meet with Decennial Architecture Requirements teams to assess 2020 Census systems' support. |
| April–May 2018 | Participating divisions and offices validate needed resources and identify 2020 Census EAE research leads. |
| May 2018 | DROM working group presents for approval the recommended program-level scope of 2020 Census EAE to the 2020 Executive Steering Committee—Final Approval of EAE Scope. |

DOC_0000166

| Date | Activity |
|------|----------|
| May–June 2018 | Obtain 2020 Census Memorandum Clearance to baseline program-level research plans for 2020 Census EAE. |
| June 2018 | • 2020 Census EAE research leads begin developing detailed study plans.<br>• Finalize cost impacts involving 2020 Census systems and operations.<br>• Demographic Analysis Conference. |
| December 2018 | Release the EAE Detailed Operational Plan (delayed). |
| January 2019 | Begin receiving Office of Management and Budget clearances for 2020 Census Evaluations. |
| October 2019 | Begin receiving Office of Management and Budget clearances for 2020 Census Experiments. |
| March 2023 | Begin issuing results for 2020 Census Experiments. |
| July 2023 | Begin issuing results for 2020 Census Evaluations. |

## 5.9  INFRASTRUCTURE

The following four operations support the infrastructure of the 2020 Census:

- **Decennial Service Center (DSC):** Supports 2020 Census field operations for decennial staff.

- **Field Infrastructure (FLDI):** Provides the administrative infrastructure for data collection operations covering the 50 states, the District of Columbia, and Puerto Rico.

- **Decennial Logistics Management (DLM):** Coordinates space acquisition for and lease management of the regional census centers (RCCs), area census offices (ACOs), and the Puerto Rico Area Office (PRAO) and provides logistics support services.

- **IT Infrastructure (ITIN):** Provides the ITIN to support the 2020 Census, including enterprise systems and applications, 2020 Census-specific applications, field ITIN, and mobile computing.

Each operation is described below.

### 5.9.1  Decennial Service Center

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2018** |
|---|---|

*Purpose*

The Decennial Service Center (DSC) will support 2020 Census field operations for decennial staff (i.e., Headquarters, Paper Data Capture (PDC) Operation, Regional Census Center (RCC), Area Census Office (ACO), Island Area Censuses Operation, remote workers, and listers/enumerators).

*Changes Made Since Version 3.0 Operational Plan Release:* There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2014, 2015, and 2016 Census Tests, the following recommendations are made:

- Implementing the DSC during annual census tests provides insight into potential issues which may arise during full 2020 Census operations.

- Including service center staff in user acceptance testing helps them gain a better understanding of possible issues which may occur in the field.

- Secure funding for DSC staff support from the beginning of texting to enhance knowledge transfer, training, and appropriate scaling of resources throughout the decennial operation.

*Operational Innovations*

Operational innovations include the following:

- Centralized service center system provides call, incident, and service management systems supporting decentralized service center technicians (e.g., technicians based in ACO answering any call to the DSC).

- Provides online training for service center technicians as opposed to classroom training. Online training is more accessible and less time-consuming than classroom training.

DOC_0000167

• Cloud technology will support the centralized service center system for call and incident management.

### Description of Operation

The overall goal of the 2020 Census DSC Operation is the design and deployment of an integrated service center, which will support field operations and handle all help or service requests initiated by decennial staff during the 2020 Census. Some of the services include the following:

• Application access issues.

• Resolution of software and hardware issues.

• Safety, security, and cyber incident management.

• Communications to and from field sites.

The DSC has three major areas:

• Safety, security, and cyber incident management

  º Provides nontechnical help desk services for safety, security, and cyber incident data entry for all 2020 Census operations.

• Decennial support

  º Provides technical help desk services for 2020 Census field operations.

• PDC IT services

  º Provides on-site technical help desk services and systems administration for all 2020 Census PDC operations (PDC IT support and systems administration).

### Work Completed

The following research has been completed for this operation:

• Tested DSC use as part of the 2014, 2015, and 2016 Census Tests.

  º Findings:

    • Changes to PIN and password configurations for enumerators have reduced the number of calls expected for password resets.

    • There was a lower-than-expected call volume for online training-related issues.

### Decisions Made

The following decisions have been made for this operation:

✓ The DSC will be limited to providing service center support for 2020 Census field staff with technical issues related to 2020 Census enterprise organization applications.

✓ The DSC will provide support to field staff for the 2020 Census systems and applications.

✓ The DSC will provide support for various types of mobile devices and mobile operating systems.

✓ Automated training will increase volume and it will occur earlier in the schedule. This expected increased volume of calls will lead to additional staff needed for a longer period of time to field additional calls. Telephone, Internet, Paper External Demand Model outputs have been developed. The model has been updated in several significant ways and will continue to be refined.

✓ Based on the changes in the business process, the Census Bureau will no longer support Control Panel field procedures for enumerators. There is no impact to call volume. Field staff will be available during classroom training to assist with IT support.

✓ The methods for contacting DSC will be through online submission and telephone.

✓ The Census Bureau did not release a request for proposal but added a Technical Directive to the Technical Integrator contract for the Technical Support Remedy System in December 2017.

✓ The Census Bureau is planning to use a centralized IT service manager and call manager solution. Staff will be located in the field offices and will access both systems. The Census Bureau is still working on the optimal staffing ratios since the online training schedule changed during the 2016 Address Canvassing Test, and additional information will be gathered during the 2018 End-to-End Census Test. The field offices will have tier 1 clerks for troubleshooting calls. The offices will have Wi-Fi access to the Internet only. There will be minimal impact to DSC since Wi-Fi will not be used for the workstations and phones.

### Design Issues to Be Resolved

There are no remaining design issues that need to be resolved for this operation.

DOC_0000168

*Cost and Quality*

Investment in DSC is projected to have minimal influence on the overall cost of the 2020 Census.

Impacts of this operation on overall 2020 Census quality include the following:

⬆ Providing an efficient DSC Operation will enhance quality of data collection by enumerators during the 2020 Census.

*Risks*

Finalized documentation for systems and applications needs to be provided to DSC by scheduled deadlines in order to create training material and sufficiently train DSC staff. **IF** finalized documentation for systems and applications, requiring DSC support, are not obtained by scheduled deadlines, **THEN** preparation of training materials may not be completed in time for scheduled training, which would decrease the quality, efficiency, and effectiveness of DSC support.

The number of staff hired for the DSC will be heavily based on the expected volume of calls received. **IF** call volumes are not accurately forecast, **THEN** staffing levels for the DSC may be inaccurate.

Adjustments to DSC staffing levels and roles are based on the schedule and scope for the 2020 Census field operations. **IF** late or frequent changes to the 2020 Census field operations schedule or scope occur, **THEN** there may not be sufficient time to hire and train additional DSC staff as needed.

*Milestones*

| Date | Activity |
|------|----------|
| September 2015 | Open DSC to support the 2016 Census Test. |
| September 2016 | Start support for the 2017 Census Tests. |
| July 2017 | Start support for the 2018 End-to-End Census Test. |
| December 2017 | Release the DSC Detailed Operational Plan. |
| April 2018 | Start support for the 2020 Census RCC. |
| January 2019 | Start support for the 2020 Census Area Census Offices. |
| June 2021 | Close the DSC. |

## 5.9.2   Field Infrastructure

| Detailed Planning Status: | **In Production**<br>**DOP published in FY 2018** |
|---------------------------|--------------------------------------------------|

*Purpose*

The Field Infrastructure (FLDI) Operation performs the following functions:

- Provides the administrative infrastructure for data collection covering the 50 states, the District of Columbia, and Puerto Rico including:
  º Recruiting
  º Hiring and onboarding
  º Personnel and payroll administration
  º Training
  º Staffing
  º Management and supervision
  º Clerical support.

*Changes Made Since Version 3.0 Operational Plan Release:*

There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Streamline and automate the job application process to replace the paper-based recruitment and testing process.

*Operational Innovations*

Operational innovations include the following:

- Streamlined field management structure using automation and technology to manage the Nonresponse Followup (NRFU) Operation caseload.

- Use of automation for the job application and recruiting processes, payroll submission and approval process, and other administrative processes to streamline personnel processes and reduce staffing requirements and related costs.

- Use of automation for training, including providing newly hired staff with electronic training modules.

DOC_0000169

- Use of a third-party vendor (3PV) to collect fingerprints and potentially take pictures for badging.

**Description of Operation**

FLDI includes:

- Providing human resources and personnel management support functions, including recruiting, hiring and onboarding (i.e., suitability and background checks), training, payroll, and out-processing (i.e., separation management).

**Research Completed**

The following research has been completed for this operation:

- Review of other countries' census field infrastructure.
  - º Findings: Best practices include consolidation of support functions in the field, specifically payroll, recruiting, and other administrative functions.
- Develop a new concept of operations for field infrastructure and test in the 2015 Census Test.
  - º Findings: Field Staff Training:
    - Combination of online and classroom training provided standardization of the information, provided tracking capabilities, and offered various learning methods.
    - Reduced training hours compared with the 2010 Census NRFU enumerator training from 32 hours to 20 hours.
    - Deployment of online videos to provide targeted training to enumerators quickly and efficiently.
    - Identified topics requiring additional training in future tests.
  - º Findings: Field Reengineering.
    - Area Operations Support Center and staffing of the Area Operations Support Center successful.
    - Electronic payroll successful.

**Decisions Made**

The following decisions have been made for this operation:

- ✓ As of June 2018, the Regional Census Center staffing model is as follows:

  - º General Management: one Regional Director and one Deputy Regional Director.
  - º Field Operations: four Assistant Regional Census Managers (ARCM), eight Area Managers (average two per ARCM), and one Quality Assurance Manager.
  - º Other Operations (Geography, IT, and Space Leasing): one ARCM, one Geographic Coordinator, one Supervisory IT Specialist, and one Space Leasing Coordinator.
  - º Other Operations (Administrative and Recruiting): one ARCM, one Administrative Coordinator for National Finance Center (NFC) staff, one Administrative Coordinator for non-NFC staff, and one Recruiting Coordinator.
  - º Partnership: one ARCM and multiple Partnership Coordinators per region.

- ✓ The Area Census Office (ACO) staff model is as follows:
  - º General Management: one ACO Manager, one Administrative Manager, one Recruiting Manager, and one IT Manager.
  - º Data Collection: one Lead Census Field Manager, multiple Census Field Managers, Census Field Supervisors, and Enumerators; specific numbers based on workload; supervisory ratios to be determined.

- ✓ In-Field Address Canvassing will be managed out of the ACOs.

- ✓ Recruiting activities will be automated.

- ✓ The job application and assessment (testing) process will be automated.

- ✓ Field staff training will employ the use of online training capabilities.

- ✓ The training pay rate will be lower than the production pay rate.

- ✓ The time and expense recording and approval process for data-collection field staff will be automated for field operations.

- ✓ Recruiting for staff out of the ACOs will be conducted by recruiting assistants with help from local partnership staff and through the use of paid advertisement and earned media (news reports, etc.). Recruiting of potential employees will be conducted throughout the ACOs geographic area, based on projected operational

DOC_0000170

workloads and staffing models developed for 2020 Census operations. New to the 2020 Census will be the use of the Recruiting and Assessment application, which is part of the Census Schedule A Human Resources and Recruiting Payroll System (C-SHaRPS). For the first time this decade, candidates will apply and take a skills assessment online, as opposed to attending recruiting sessions in person and taking a written test. Candidates will be selected for employment based on the information provided in their online application, the results of the skills assessment, and other factors depending upon the position for which they apply. Selected candidates will be invited to be fingerprinted and submit selected appointment paperwork prior to attending classroom training. The candidates will be sworn in and hired during the first day of training.

✓ The USPS will not perform fingerprinting and on-boarding functions for temporary field staff selected during the 2018 End-to-End Census Test or the 2020 Census.

*Design Issues to Be Resolved*

There are no remaining design issues to be resolved for this operation.

*Cost and Quality*

Investment in FLDI is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

⬇ Increased efficiencies due to automated administrative functions, including recruiting, onboarding, training, and payroll.

⬇ Increased cost savings due to reduced field staffing.

Impacts of this operation on overall 2020 Census quality include:

⬆ Fewer enumerator errors resulting from use of automation to improve training methodology and supervision capabilities using:

- Automated Job Application and Employment Assessment Testing.

- Automated Personnel and Payroll Administration (e.g., Time and Attendance Submission).

*Risks*

Currently, the Emergency Notification System (ENS) does not have employee work phone numbers nor work mobile numbers. **IF** employees do not have their work phone numbers nor work mobile numbers in ENS, **THEN** they may not be able to be reached during an emergency.

In the ENS, once the fields for employee work phone and work mobile phone are ready, the data will have to be entered. **IF** the employee work phone number and work mobile number have to be manually entered into ENS, **THEN** data entry errors could cause some employees to not be able to be reached during an emergency.

The 2020 Census Web site will have a limitation, if it goes down, the only possibility is for a temporary static page to be put in its place until the site is back up. **IF** the 2020 Census Web site goes down, **THEN** the job application site will be unreachable causing negative effects on the recruitment process.

*Milestones*

| Date | Activity |
|------|----------|
| June 2017 | Begin 2020 Census recruiting campaign and partnership programs. |
| December 2017 | Release the FLDI Detailed Operational Plan, version 1.0. |
| December 2018 | Release the FLDI Detailed Operational Plan, version 2.0 (delayed). |
| January 2019 | Begin recruiting for address canvassing field staff. |
| July 2019 | Begin early operations training. |
| September 2019 | Begin recruiting for peak operations. |
| September 2019 | Launch advertising campaign. |
| December 2019 | Begin training for peak operations. |

DOC_0000171

### 5.9.3   Decennial Logistics Management

| Detailed Planning Status: | **Underway** **DOP published in FY 2018** |
|---|---|

*Purpose*

The Decennial Logistics Management (DLM) Operation performs the following functions:

- Coordinates space acquisition for and lease management of the Regional Census Centers (RCCs), Area Census Offices (ACOs), and the Puerto Rico Area Office (PRAO) in collaboration with Field Division (FLD) and the General Services Administration.

- Provides logistics management support services (e.g., kit assembly, supplies to field staff) in collaboration with FLD and the National Processing Center (NPC).

*Changes Made Since Version 3.0 Operational Plan Release:*

There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census studies and reviews, the following recommendations were made:

- Establish an interagency working group to identify and develop effective strategies for space acquisition and build communication among stakeholders.

- Open some field offices earlier than others allowed for a "test" run of implementation in the space acquisition effort and improved the process for opening the remaining (majority) of offices.

- Purchase and deploy an Integrated Logistics Management System to gain cost benefits generated from bulk purchasing and significantly improve inventory control.

- Utilize barcode technology entirely, in conjunction with an Integrated Logistics Management System, to improve inventory control and reduce costs.

- Conduct training at local offices for inventory control, in conjunction with use of an Integrated Logistics Management System.

- Continue the belt-driven kit assembly line process.

*Operational Innovations*

Operational innovations include the following:

- Implemented an Integrated Logistics Management System at NPC to facilitate better inventory management of decennial supplies and procurements.

*Description of Operation*

The DLM Operation for the 2020 Census consists of:

- Space acquisition and lease management for RCCs, ACO, and the PRAO (secure bids, award contracts/leases).

- Building-out space (i.e., specifications, schemas, designs, etc.).

- Physical security.

- Procuring and setting-up warehouse space to support RCCs, ACOs, and PRAO.

- Provisioning RCCs, ACOs, and the PRAO with office furniture, supplies, operating materials, and non-IT equipment.

- Provisioning RCC, ACO, and PRAO field staff with supplies.

- Inventory management.

- Kit assembly (e.g., recruiting, hiring, and training kits).

- Deploying materials to RCCs, ACOs, and the PRAO.

- Receiving and excessing remaining materials after the operation concludes.

- Printing and shipping—NPC or external print vendor.

*Work Completed*

The following research has been completed for this operation:

- Study of current literature regarding Third-Party Logistics Organizations.

   º Findings: Third-Party Logistics Organizations need well-defined and finalized requirements up front to effectively provide decennial census logistics support. The iterative development of the 2020 Census logistics

requirements prevents the Census Bureau from meeting that criterion.

- Study of current literature on other logistics support models that may fit the characteristics of the 2020 Census:
  - º Findings:
    - There were no new logistics models that align with the major characteristics of the 2020 Census: limited and short duration, high variety and high mix of Operating Materials and Supplies per operation, evolving data availability regarding quantities of Operating Materials and Supplies.
    - Distributed warehousing will likely not work for the 2020 Census. The strong implication with distributed warehousing is that whatever is needed in each warehouse is well known ahead of time, which is not characteristic of a decennial census.
- The NPC has implemented the first phase of the Integrated Logistics Management System project, to include inventory management.

### Decisions Made

The following decisions have been made for this operation:

- ✓ Logistics support for procurement, assembly, receiving, and deployment of non-IT operating materials, supplies, and equipment will be conducted by the NPC.
- ✓ Field Logistics support conducted by the NPC will occur at an off-site location due to space limitations within the current facility.
- ✓ The preliminary plans for the Operating Materials and Supplies have been developed based on requirements from the census tests to date.
- ✓ The preliminary plans for the quantities of Operating Materials and Supplies have been developed based on requirements from prior census tests (e.g., 2015, 2016) and continued analysis of 2020 Census staffing needs.
- ✓ The 2020 Census field office infrastructure will include six RCCs.
- ✓ The RCCs will be located in the same metropolitan areas as the regional offices, with the exception of the Denver region, where the RCC will be located in Dallas, Texas.

- ✓ Separate office space will be needed in the RCC to support and manage the coverage measurement operations.
- ✓ The 2020 Census field office infrastructure will include 248 field offices, a subset of which will open a few months early to support early census operations, including In-Field Address Canvasing.
- ✓ The plan for locating the 248 ACOs takes into account a variety of factors, which determine the actual number of offices and their associated boundaries. Further information is outlined in the 2020 Census ACOs decision memorandum.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in DLM is projected to influence (reduce ⬇ or increase ⬆) the 2020 Census overall costs in the following ways:

- ⬇ Reduced office infrastructure due to automation. Increased efficiencies due to automated administrative functions, including recruiting, onboarding, and payroll. Increased efficiencies due to automation in operations versus paper processes.

Investment in DLM is expected to have minimal influence on the overall quality of the 2020 Census.

### Risks

NPC delivered baselined space requirements for the logistics operation to the General Services Administration on April 1, 2016, to accommodate an 18-month lead-time before occupancy. Major changes to these requirements could mean issues with space available or the need to increase the amount of space to meet the changes in material requirements. **IF** the NPC receives significant changes to requirements for Operating Materials and Supplies after the requirements for warehousing logistics have been baselined, **THEN** this may result in a change in space requirements necessitating additional warehousing space.

The more information NPC receives about operational requirements early on in the planning and development stages tends to mitigate the need

for, and the magnitude of, additional resources and costs. **IF** the NPC receives changes to operational requirements as the 2020 Census work progresses, **THEN** this may change the cost of logistics operational support, due to the need to add staff or implement overtime to avoid schedule delays.

The Census Bureau plans for every state to include at least one ACO (currently 248 ACOs are planned). These ACOs will meet a variety of boundary and delineation criteria (areas of consideration) provided by the six regional offices (i.e., high population density and strong likelihood of finding office space; centrally located in the state; close to major transportation networks; located in areas with a diverse labor force and substantial applicant pool). The Census Bureau also considers other related factors. **IF** there are no submitted bids that meet the ACO requirements, **THEN** the area of consideration will have to be expanded.

The Census Bureau plans for every state to include at least one ACO (currently 248 ACOs are planned). These ACOs will meet a variety of boundary and delineation criteria (areas of consideration) provided by the six regional offices (i.e., high population density and strong likelihood of finding office space; centrally located in the state; close to major transportation networks; located in areas with a diverse labor force and substantial applicant pool). The Census Bureau also considers other related factors. **IF** the Census Bureau receives a request that changes the criteria for an ACO location, **THEN** the Census Bureau will have to incur additional costs so that field operations will not be impacted.

NPC's Document Services Branch (DSB) has seven high-volume printers used for their current work. The existing printer lease will expire in early 2019, and NPC is working with the Government Printing Office for a solution to extend/renew the current lease. NPC DSB plans to lease four or five black and white printers (which will likely require an ATO), although they have not been provided with specific information regarding color printing needs from the field data collection operational areas to date. NPC DSB also needs a designated climate-controled room to accommodate storage of the paper and the additional printers, and staffing for the management and implementation of the printing, as well as the paper. It has

been determined that funding for printers will be provided via a click charge for each page printed. **IF** NPC cannot quickly and accurately determine workloads and timelines for when and how many additional printers/staff are needed, **THEN** printing and kit delivery challenges/delays may be experienced.

*Milestones*

| Date | Activity |
|------|----------|
| April 2016 | Initiate search and build-out activities for NPC logistics space. |
| March 2017 | Initiate equipment leases for logistics functions. |
| July 2017 | Initiate search for ACO space for Wave 1 offices. |
| December 2017 | Release the DLM Detailed Operational Plan, version 1.0. |
| February 2018– August 2019 | Design and build-out ACO space. |
| April 2018 | Open RCCs. |
| October 2018 | Occupy NPC logistics space: installations complete and ready to operate. |
| December 2018 | Release the DLM Detailed Operational Plan, version 2.0 (delayed). |
| January 2019– August 2019 | Accept field office space for ACOs. |
| January– September 2019 | Open ACOs (flow basis): installations complete and ready to operate. |
| December 2020 | Close ACOs. |
| June 2021 | Close RCCs. |

### 5.9.4   IT Infrastructure

| Detailed Planning Status: | **In Production DOP published in FY 2017** |
|---|---|

*Purpose*

The purpose of the IT Infrastructure (ITIN) Operation is to provide the IT-related systems and infrastructure support to the 2020 Census, including:

- Enterprise systems and applications.
- Decennial-specific systems, applications, and interfaces.

- Field ITIN (Regional Census Center [RCC], Field Office, Work at Home [WAH], and Paper Data Capture Operation).
- Mobile computing.
- Cloud computing.

***Changes Made Since Version 3.0 Operational Plan Release:*** There have been no major changes to this operation.

*Lessons Learned*

Based on lessons learned from the 2010 Census, as well as the 2014, 2015, 2016, Address Canvassing (ADC) Operation Test, 2017 Census Test, and 2018 End-to-End Census Test the following recommendations were made:

- Use of prototypes and a test local census office help validate the design of the IT infrastructure.
- Opening some field offices earlier than the others allowed for a "test" run of the deployment of the IT infrastructure, including the equipment and the telecommunications.
- ITIN readiness preparation and assessment process for the 2015 Census Test was instrumental and should continue to be used to improve remaining tests for the 2020 Census.
- Improvements are needed in assessing and approving requested changes to business and technical requirements.
- Thread testing alone may not be enough to assure quality products.
- Cloud computing has its own limitations.
- Automate deployments.
- Infrastructure authorizations across environment levels to allow for greater flexibility of applications within environments and reduction of authorization processing times for the application in the future.

*Description of Operation*

Each component of the ITIN Operation is described below.

**Enterprise Systems and Applications**: This support area includes the planning and implementation of all hardware and software to support operations for the 2020 Census, as well as the management and monitoring of those systems, including, but not limited to, the following:

- Census Enterprise Data Collection and Processing (CEDCaP) system.
- Center for Enterprise Dissemination Services and Consumer Innovation system.
- Census–Schedule A Human Resources and Recruiting Payroll System.
- Census Data Lake system (future Enterprise Data Lake).
- Demographic Survey Systems to support Post-Enumeration Survey (PES).
- Shared Services (Virtual Desktop Infrastructure [VDI], etc.).

**Decennial Specific Applications:** This support area includes the planning and implementation of all hardware and software to support operations for the 2020 Census, as well as the management and monitoring of those systems, including, but not limited to, the following:

- Real Time Non-ID Processing system.
- Production Environment for Administrative Records Staging, Integration, and Storage system.
- Sampling, Matching, Reviewing, and Coding System.
- Matching and Coding Software system.
- Decennial Response Processing system.
- Data Editing, Imputation, and Estimation systems.
- Evaluation systems.

**RCC and Field Office IT Infrastructure:** This support area covers the deployment of IT capabilities in the form of office automation services to any RCC, field office, facility, or work location opened as part of the 2020 Census operations. It includes support for all field data collection operations through automated recruiting, hiring, staffing, training, fingerprinting, and mobile device support, including the following:

- Definition of functional and nonfunctional solution requirements for field offices.
- Development of the IT computing environment design.
- Procurement of circuits and IT equipment for the census field offices.
- Shipping, configuration, testing, and staging of IT equipment for the census field offices.

DOC_0000175

- Tear-down and disposition of IT equipment and circuits at the conclusion of the 2020 Census activities.

Field IT infrastructure requirements will provide, at a minimum, for the following:

- Decennial Service Center Operation.
- National Processing Center (NPC).
- RCC.
- Area Census Office (ACO).
- Data Capture Centers.
- Partnerships, if needed.
- Mobile offices and vehicles, if needed.
- Census offices in the Island Areas.
- Regional technicians.

A summary of operational highlights is:

- Alignment to the Enterprise Architecture.
- Use of enterprise solutions.
- Iterative deployment of infrastructure aligned with and based on testing and the Integration and Implementation Plan.
- Use of workload demand models to size IT solutions appropriately.
- Scalable IT solutions.
- Agile development of applications.
- Use of cloud computing.
- Standardized IT infrastructure components and baselines to provide common building blocks for emerging application development efforts.
- Service Oriented Architecture.

**Mobile Computing:** The Census Bureau will leverage technology innovations such as decennial Device-as-a-Service (dDaaS), the Mobile Application Manager (MAM), and Mobile Device Management (MDM) programs and secure applications provided through Device-as-a-Service. This will result in a flexible and efficient acquisition strategy to procure mobile devices and services for fieldworkers.

**Cloud Computing:** The Census Bureau will leverage cloud-computing capabilities to transition workloads onto FedRAMP-certified commercial cloud service providers. The Census Bureau will implement cloud computing with configuration-managed automated deployments,

automated testing, and auto-scaling to meet demands with a cloud consumption model for cost and billing. Continuity of Operations Planning will also leverage the cloud.

***Work Completed***

The following work has been completed for this operation:

- Established the Field IT infrastructure for the 2014 Census Test, 2014 Simulation Experiment (SIMEX), 2015 Census Tests, 2016 Census Test, 2017 Census Test, and 2018 End-to-End Census Test.
- Established the Headquarters IT infrastructure to support the 2014 Census Test, 2014 SIMEX, 2015 Census Tests, 2016 Census Test, 2017 Census Test, and 2018 End-to-End Census Test. Mapped the IT infrastructure to each operational component tested to evaluate and ensure readiness.
- Used MDM solution and MAM solution to push and securely manage mobile applications on mobile devices.
- Automated deployment and configuration of Field Office IT systems and components.
- Established VDI to provide Office Computing Environment capabilities to Field Office and WAH staff.
- Established national, regional, and local file share system to support the secure exchange of documents between Field Office and Headquarters staff.
- Deployed Decennial Voice over Internet Protocol system to provide telephony services to Field Offices.
- Deployed Field Office IT systems for the six RCCs.
- Provided cloud infrastructure for systems planned to be hosted in the cloud services.

***Decisions Made***

The following decisions have been made for this operation:

- ✓ An incremental approach will be used to define, deploy, and test the IT Infrastructure.
- ✓ Mobile devices will be used for field data collection.

✓ Whenever technically feasible and cost effective, enterprise solutions will be used in support of the 2020 Census.

✓ A hybrid cloud design will be used for all 2020 Census systems requiring scaling wherever possible.

✓ VDI will be used for all RCC and field office staff.

✓ The demand models that the IT Infrastructure and systems need to accommodate have been developed based on data from past census tests and other surveys. These models are being used to support future tests and the System of Systems architecture. Future data will be used to refine these models.

✓ The solution architecture was formalized in FY 2016 and was officially presented by the Decennial IT Division Chief at the July 22, 2016, 2020 Census Program Management Review.

✓ Bring Your Own Device (BYOD) will not be used moving forward, but lessons learned will inform how we structure and use the decennial dDaaS program. The dDaaS approach will be used to provide mobile devices, accessories, cellular connectivity, and device provisioning for each 2020 Census operation beginning with the 2018 End-to-End Census Test through 2020 Census Coverage Measurement survey.

✓ Amazon Web Services GovCloud will be used as the 2020 Census cloud service provider.

✓ The 2020 Census will use a variety of mobile devices. For primary data collection, smartphones will be used. Field supervisory staff will use tablets for oversight and for operation control system functionality. Laptops (or tablets) will also be used by field recruiters and outreach staff for ADC, PES, and Update Leave (UL) Operation. The security approach will be to encrypt data at rest and in transit through a Federal Information Processing Standard 140-2 solution. Mobile devices will also have a secure authentication protocol. BYOD efforts in earlier tests will serve as lessons learned in going forward with a government-furnished equipment approach via the dDaaS acquisition vehicle.

✓ The NPC will not have a role in IT deployments to the RCCs and ACOs. The decision is that IT deployments (e.g., keyboards, monitors) will be provided through a contracted service.

### Design Issues to Be Resolved

There are no remaining design issues to be resolved for this operation.

### Cost and Quality

Investment in ITIN is projected to influence (reduce ↓ or increase ↑) the 2020 Census overall costs through:

↓ Leveraging enterprise solutions.

↓ Leveraging cloud computing to address peak performance requirements.

Impacts of this operation on overall 2020 Census quality include the following:

↑ Use of automation to collect real-time data, enabling better monitoring and management of the data collection activities.

↑ Automated Training and Knowledge Base.

↑ Sufficient mobile and networking infrastructure to effectively support field operations.

↑ Sufficient IT infrastructure to provide necessary levels of performance, to include acceptable interactions by the public, partners, and others.

### Risks

Major concerns for the ITIN Operation are covered by the IT-related 2020 Census risks listed in Chapter 6.

### Milestones

*IT Infrastructure Milestones*

| Date | Activity |
| --- | --- |
| September 2016 | Finalize definition of Field ITIN solution requirements. |
| December 2016 | Award contract for Field ITIN. Finalize Field Office ITIN design. |
| April 2017 | Release the ITIN Detailed Operational Plan. |
| November 2017 | Begin Installation of ITIN for the RCCs. |
| June 2019 | Begin Installation of ITIN for the ACOs. |

DOC_0000177

*Cloud Testing and Readiness Milestones*

| Date | Activity |
|---|---|
| January 2015 | Identify cloud computing as the assumed technical solution in support of the CEDCaP Decennial Infrastructure Scale-Up Project. |
| June 2015 | Conduct initial testing of ISR instrument using cloud computing services. |
| September 2015 | Acquire cloud-computing services in place to support the 2016 Census Tests. Deliver initial output from the 2020 Census workload demand models, including Internet Response. |
| December 2015 | Deliver initial baseline of decomposed 2020 Census solution-level performance requirements provided by 2020 Census Integrated Project Teams. |
| June 2016 | Deliver analyses of alternatives and recommended solutions architecture, to include cloud computing as a solution alternative, in support of technical solution-level requirements. Acquire cloud-computing services to support the 2017 Census tests and future census tests. |
| August 2016 | Complete 2020 Census technical solution-level requirements, including performance requirements. |
| September 2016 | Provision cloud-computing services to support the 2017 Census tests and future census tests. Rebaseline and deliver demand models based on 2016 Census Test results. |

| Date | Activity |
|---|---|
| December 2016 | Phase 2 Cloud contract available, analysis to transition or migrate 2020 Cloud Solutions to Cloud Service Providers for 2020 Census production completed. Conduct performance and scalability testing in the cloud (2017 Census Test Solution). |
| April 2017 | Leverage cloud-computing in support of 2017 Census Test. |
| June 2017 | Modify technical solution architecture—plan for larger-scale performance, scalability, and resilience testing in the cloud. |
| September 2017 | Rebaseline workload-demand models based on 2017 Census Test results. |
| December 2017 | Initiate performance, scalability, and resilience testing in the cloud. |
| June 2018 | Leverage cloud-computing in support of 2018 End-to-End Census Test and analyze test results. Modify workload demand models and technical solution architecture. |
| September 2018 | Review performance, scalability, and resilience testing in the cloud. |
| September 2019 | Ensure readiness of final cloud-computing solution for 2020 Census. |

DOC_0000178

# 6.  Key 2020 Census Risks

The 2020 Census Risk Management process consists of activities performed to reduce the probability and consequences of events that could negatively affect the ability to meet the objectives of the 2020 Census. The goal of the risk management process is to ensure a common, systematic, and repeatable assessment approach so that risks can be effectively identified and managed, and clearly communicated to management, stakeholders, and executive-level decision-makers. Risk management is iterative and designed to be performed continuously throughout the 2020 Census life cycle. Therefore, the 2020 Census Risk Register is revisited regularly and changes are made on an ongoing basis, including the addition of new risks.

Figure 31 shows the current risk matrix for all risks in the 2020 Census Risk Register, as of October 31, 2018.

From the 2020 Census Risk Register, 10 key risks are highlighted in the sections below. These risks were selected from the risk register by the members of the 2020 Census Risk Review Board as a broad representation of the major concerns that could affect the design or the successful implementation of the 2020 Census. Along with the risk statement, the probability rating, the impact rating, the risk exposure level, and the risk color are provided for each risk. Mitigation strategies are also provided. For information about all of the risks, the full risk register is available upon request.

## 6.1  PUBLIC PERCEPTION OF ABILITY TO SAFEGUARD RESPONSE DATA

The accuracy and usefulness of the data collected for the 2020 Census are dependent upon



**Figure 32: 2020 Census Risk Matrix**

DOC_0000179

the ability to obtain information from the public, which is influenced partly by the public's perception of how well their privacy and confidentiality concerns are being addressed. The public's perception of the Census Bureau's ability to safeguard their response data may be affected by security breaches or the mishandling of data at other government agencies or in the private sector.

**IF** a substantial segment of the public is not convinced that the Census Bureau can safeguard their response data against data breaches and unauthorized use, **THEN** response rates may be lower than projected, leading to an increase in cases for follow-up and cost increases.

| Probability 3 (Moderately likely) | Impact 5 (Major impact) | Exposure level HIGH |
|---|---|---|

Mitigation Strategies include the following:

- Develop and implement a strategy to build and maintain the public's confidence in the Census Bureau's ability to keep their data safe.
- Follow the IT security-related mitigation strategies of 2020 Census Risk Cybersecurity Incidents.
- Continually monitor the public's confidence in data security in order to gauge their probable acceptance of the Census Bureau's methods for enumeration.

## 6.2 CYBERSECURITY INCIDENTS

Cybersecurity incidents (e.g., breach, denial-of-service attack) could impact the Census Bureau's authorized IT systems, such as the Internet self-response instrument, mobile devices used for fieldwork, and data processing and storage systems. IT security controls will be put in place to protect the confidentiality, integrity, and availability of the IT data, ensuring the 2020 Census operations will not be negatively impacted by the incidents.

**IF** a cybersecurity incident occurs to the systems supporting the 2020 Census, **THEN** additional technological efforts may be required to repair or replace the systems affected in order to maintain secure services and data.

| Probability 3 (Moderately likely) | Impact 5 (Major impact) | Exposure level HIGH |
|---|---|---|

Mitigation Strategies include the following:

- Monitor system development efforts to ensure the proper Census Bureau IT security guidelines are followed during the system development phase.
- Research other Census Bureau programs, other government agencies, other countries, and the private sector to understand how they effectively mitigate cybersecurity incidents.
- Audit systems and check logs to help in detecting and tracing an outside infiltration.
- Perform threat and vulnerability analysis through testing.
- Prepare for rapid response to address any detected cybersecurity incidents.
- Leverage data stewardship and information safeguarding policies and procedures of Census Bureau programs, other government agencies, other countries, and the private sector to understand how to mitigate cybersecurity incidents.

## 6.3 ADMINISTRATIVE RECORDS AND THIRD-PARTY DATA—EXTERNAL FACTORS

The Census Bureau is planning to use administrative records and third-party data to reduce need to follow-up with nonrespondents through the identification of vacant and deleted housing units (those that do not meet the Census Bureau's definition of a housing unit), the enumeration of non-responding housing units, and the improvement of the quality of imputation for demographic characteristics that are missing for person and housing unit records. Administrative records will also be used to update the Master Address File (MAF), predict the best times to contact nonresponding households, and verify the information provided by respondents and enumerators.

**IF** external factors or policies prevent the Census Bureau from utilizing administrative records and third-party data as planned, **THEN** the Census Bureau may not be able to fully meet the strategic goal of containing the overall cost of the 2020 Census or to fully utilize the data quality benefits

of using administrative records in characteristic imputation.

| Probability 3 (Moderately likely) | Impact 4 (Substantial impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

- Identify external stakeholders that have an interest in Census Bureau policies regarding administrative record and third-party data usage.
- Develop a stakeholder communications plan for identified external stakeholders.
- Regularly communicate to and seek feedback from identified external stakeholders on design decisions and research and testing results related to the use of administrative records and third-party data for the 2020 Census.
- Assess impacts of any changes to the design based on feedback from external stakeholders and update plans accordingly.
- Monitor external factors and policies that may impact the Census Bureau's planned use of administrative records and third-party data for the 2020 Census.

Changes since the last version of the 2020 Census Operational Plan:

> The Cost Impact rating was lowered from 5 to 4. Even though there would be a cost increase associated with a higher Nonresponse Followup workload, there are processes in place to assist with rapidly up-scaling the operation as necessary. This changed the overall Impact rating to 4.

## 6.4  OPERATIONS AND SYSTEMS INTEGRATION

Due to the critical timing of 2020 Census operations and the potential impact of systems not being ready to support them, managers must have an accurate gauge of the progress made towards integrating the various operations and systems that support the 2020 Census. Progress towards integration must take place throughout the planning, development, and testing stages of the operations and systems.

**IF** the various operations and systems are not properly integrated prior to implementation,

**THEN** the strategic goals and objectives of the 2020 Census may not be met.

| Probability 3 (Moderately likely) | Impact 4 (Substantial impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

- Leverage Decennial Information Technology Division's Systems Engineering and Integration (SEI) System Development Life Cycle system readiness/phase gate review process, the SEI program metrics dashboard, and various 2020 Census governance forums to provide a current sense of where all solutions providers are in the system development process and to raise issues quickly for corrective action.
- Conduct regularly scheduled reviews of the 2020 Census operations.
- Ensure all operational areas and their associated Integrated Project Teams have adequate resources assigned to integration efforts and required project artifacts are developed and approved.
- Ensure each planned census test has an approved Goals, Objectives, and Success Criteria document, adequate resources to plan and conduct are identified and assigned, a detailed test plan is developed and approved (including key milestones and roles and responsibilities), and deadlines are being met through a regular management review with the test team.
- Ensure adequate technical review sessions are planned and conducted in conjunction with SEI staff, including the systems engineers responsible for developing the solutions).
- Create an operational integration design team to support the 2020 Census through creation and distribution of artifacts which depict integration between the operations.

## 6.5  LATE OPERATIONAL DESIGN CHANGES

After key planning and development milestones are completed, stakeholders may disagree with the planned innovations behind the 2020 Census and propose modifications to the design, possibly resulting in late operational design changes.

**IF** operational design changes are required following the completion of key planning and development milestones, **THEN** costly design changes may have to be implemented, increasing the risk for not conducting a timely and successful 2020 Census.

| Probability 3 (Moderately likely) | Impact 4 (Substantial impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

• Identify internal and external stakeholders that have an interest in the 2020 Census operational design.

• Develop a stakeholder communications plan for identified internal and external stakeholders.

• Regularly communicate with and seek feedback from identified external stakeholders on design decisions and research and testing results.

• Monitor external factors and policies that may impact the Census Bureau's planned innovations for the 2020 Census operational design.

• Establish a change-control management process to assess impacts of change requests to facilitate decision-making.

• Prepare for rapid response to address potential changes and make decisions based on the results of the change-control process.

## 6.6 INSUFFICIENT LEVELS OF STAFF WITH SUBJECT-MATTER SKILL SETS

The 2020 Census consists of programs and projects that require subject-matter skill sets to complete the work. The potential of not having the necessary staffing levels and staff with the appropriate competencies to satisfy objectives is an ongoing concern. This is the result of a lack of consistent strategic workforce planning throughout the 2020 Census life cycle. Staff with the necessary skill sets leave due to retirements and movement within and out of the Decennial Census Programs Directorate, hiring freezes and processes that delay or cause an inability to recruit and hire candidates that possess the knowledge, skills, and abilities to perform core functions of the 2020 Census, and budgetary constraints. In addition, with increasing numbers of staff eligible for retirement before 2020, there is also the potential of losing valuable institutional knowledge, as employees in key positions may not be accessible to share their knowledge and participate in succession planning.

**IF** the 2020 Census does not hire and retain staff with the necessary subject-matter skill sets at the levels required, **THEN** the additional staffing shortages may occur, making it difficult to meet the goals and objectives of the 2020 Census.

| Probability 3 (Moderately likely) | Impact 4 (Substantial impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

• Identify high priority competencies and staffing positions needed for the work of the 2020 Census.

• Decennial Directorate Support Services Office will continue to collaborate with the Human Resources Division to facilitate hiring.

• Employ various strategies to facilitate staff retention, development, and knowledge-sharing.

## 6.7 ABILITY OF IT SOLUTIONS TO SUPPORT THE 2020 CENSUS

There are 52 systems supporting the 2020 Census, including enterprise systems, vendor-developed systems, and in-house-developed systems. There is the possibility that one or more of these systems does not address all of the baselined requirements and does not function as required, negatively impacting the operations being supported. Proper development and testing is needed for each system, as well as integration testing between systems, in order to ensure a successful deployment of the IT solutions supporting the implementation of the 2020 Census operations.

**IF** the IT solutions supporting the 2020 Census cannot meet the baselined requirements or workloads, **THEN** the systems may require substantial modifications or manual workarounds may have to be developed, adding complexity and increasing risk for a timely and successful 2020 Census.

DOC_0000182

| Probability 3 (Moderately likely) | Impact 4 (Substantial impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

- Engage with enterprise efforts to ensure that solutions architectures align and provide continued support for 2020 Census systems development and management.
- Ensure that contingencies are planned ahead of time and exercised when necessary.
- Design IT solutions based on clearly understood requirements to ensure minimal design changes.
- Revamp of the integrated testing framework based on 2018 End-to-End Census Test lessons learned.

## 6.8 ADMINISTRATIVE RECORDS AND THIRD-PARTY DATA—ACCESS AND CONSTRAINTS

The Census Bureau is planning to use administrative records and third-party data to reduce the need to follow up with nonrespondents through the identification of vacant and deleted housing units (those that do not meet the Census Bureau's definition of a housing unit) and the enumeration of nonresponding occupied housing units and the improvement of the quality of imputation for demographic characteristics that are missing for person and housing unit records. Administrative records will also be used to update the MAF, predict the best times to contact nonresponding households, and verify the information provided by respondents and enumerators. The use of administrative records data requires special handling and security protocols that affect the development of the systems and infrastructure supporting the 2020 Census.

**IF** the Census Bureau does not have timely and continual access to administrative records and third-party data, or the data providers place constraints on the use of the data that conflict with planned 2020 Census operations, **THEN** the Census Bureau may not be able to fully meet the challenge of containing the overall cost of the 2020 Census or to fully utilize the data quality benefits of using administrative records in characteristic imputation.

| Probability 2 (Not likely) | Impact 5 (Major impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

- Identify all required administrative records and third-party data sets needed for the 2020 Census, including data providers and points-of-contact.
- Review data sharing agreements/contracts in order to understand all the conditions assigned to the administrative records and third-party data sets and to ensure conditions are appropriate.
- Ensure requirements for administrative records and third-party data usage are developed and documented.
- Inform data providers that data agreements/contracts need to be updated.
- Disseminate updated data agreements/contracts to internal stakeholders.
- Negotiate with the source providers to ensure required administrative records and third-party data are available when needed.
- Ensure the build-out for all systems supporting the 2020 Census takes into account the handling of administrative records and third-party data.
- Ensure the security requirements, including physical security, for all systems supporting the 2020 Census cover the handling of administrative records and third-party data.
- Ensure staff has been trained in the proper handling of administrative records and third-party data.

## 6.9 INTERNET SELF-RESPONSE INSTRUMENT

For the 2020 Census, it is anticipated that online self-response will be the primary mode of data collection, with a goal of 45 percent of households responding online. Therefore, it is required that the Internet self-response solution sustain a positive user experience while ensuring the confidentiality and privacy of respondent data from security threats. Under the current plan, the Internet self-response instrument is a public-facing application that represents a possible single point of failure for 2020 Census data collection.

DOC_0000183

Cybersecurity threats are expected, and any performance issues may disrupt electronic collection of respondent data.

**IF** the Internet self-response instrument experiences lengthy disruptions during the data collection period for the 2020 Census, **THEN** public confidence may decline sharply and the entire 2020 design could be negatively impacted, leading to lower public response, higher cost, and delayed completion of the 2020 Census.

| Probability 2 (Moderately likely) | Impact 5 (Moderate impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

- Develop a backup Internet self-response instrument that can perform data collection to meet the needs of the 2020 Census.

- Conduct ongoing user acceptance testing, usability testing, output testing, performance testing, and program-level testing to ensure the ability to support a primarily electronic and successful 2020 Census.

## 6.10 SYSTEMS SCALABILITY

All systems supporting the 2020 Census must be able to handle the large, dynamic demands of the operations and support the system of systems.

**IF** systems are not properly designed, tested, and implemented with the ability to scale, **THEN** critical issues may arise during the production window of operations when the need to scale-up (or down) any system in the environment occurs, thus potentially eliminating the ability to scale and resulting in a limited capacity to support the operations or system failure.

| Probability 3 (Moderately likely) | Impact 3 (Moderate impact) | Exposure level MEDIUM |
|---|---|---|

Mitigation Strategies include the following:

- Under direction of SEI Chief Architect, conduct scalability assessment with the Technical Integrator team.

- Provide accurate demand models to the systems to ensure proper system of systems design.

DOC_0000184

# 7. Quality Analysis

As the Census Bureau continues to evaluate the 2020 Census operational design, an analysis of the impact on the quality of the census results is required to ensure that innovations designed to reduce cost do not have an unacceptable impact on quality. This section describes the processes and analysis performed to date on the quality impacts of the four key innovation areas: Reengineering Address Canvassing, Optimizing Self-Response (OSR), Utilizing Administrative Records and Third-Party Data, and Reengineering Field Operations. The analysis focused on impacts of innovations. For example, the analysis related to administrative records and third-party data focuses on the impact of these innovations on Nonresponse Followup (NRFU), as that operation is where the innovations are expected to provide the greatest cost savings. The Census Bureau analyzed all major frame development and enumeration operations in the 2020 Census design.

This section is organized as follows with supporting operations for the analysis:

- Quality Impacts for Reengineering Address Canvassing
  - Address Canvassing (ADC)
  - Local Update of Census Addresses (LUCA)
  - Geographic Programs (GEOP)
- Quality Impacts for Optimizing Self-Response (OSR)
  - Paper Data Capture (paper as a response mode) (PDC)
  - Internet Self-Response (ISR)
  - Non-ID Processing (NID)
  - Census Questionnaire Assistance (CQA)
- Quality Impacts of Utilizing Administrative Records and Third-Party Data
  - Nonresponse Followup (NRFU)
- Quality Impacts of Reengineering Field Operations
  - Update Leave (UL)
  - Update Enumerate (UE)
  - Group Quarters (GQ)
  - Nonresponse Followup (NRFU)

This release expands prior analysis in version 3.0 of the 2020 Census Operational Plan by including analysis of the 2018 End-to-End Census Test data; modifications in the Type of Enumeration Areas; incorporating the new mailing contact strategy; updated self-response rate projections; and updated housing unit (HU) projections for the 2020 Census.

This analysis produces two major outputs: estimated housing-unit coverage error and person-level coverage error. Reengineering Address Canvassing studies only HU coverage. Enumeration includes integration of both subsections—one for HUs and one for people. As was done in the 2010 Census enumeration, final quality metrics for people are divided into three major parts: estimated correct enumerations, estimated erroneous enumerations, and estimated omissions. Although all of these estimates for both HUs and people in 2018 are reported at the national level, lower levels of geography could be analyzed in 2019 before 2020.

This quality analysis leverages data from the 2010 Census Coverage Measurement Survey (CCM), 2010 Census, census tests conducted from 2012 through 2018, and the American Community Survey (ACS) to produce specific parameters. A parameter is a measure of X or Y or Z. For example, one parameter for an operation could be an estimated workload, and another parameter could be the number of estimated errors it will produce of a given kind. In some cases, expert judgment was used when data were not available. Expert judgment varies from team to team, but in general, the experts for each parameter were asked to predict a value of the parameter for the 2020 Census as accurately as possible. Typically, a parameter is based on data but then adjusted based on expert judgment to account for deficiencies in the data. An example is provided below in the Methodology Example section.

The integration of cost and quality drove the quality methodology. In past years, the cost estimation team used parameters produced by subject-matter experts (SMEs) to define workloads and estimate costs across the operations. To be consistent with cost models, a complex set of parameters

DOC_0000185

drives this quality methodology, and each parameter includes five important components from SMEs:

1. Minimum value.
2. Middle value (typically mean, median, or mode).
3. Maximum value.
4. Distribution (normal, uniform, triangular, log-normal, etc.).
5. Source.

Two models integrate the parameters—one for frame and the other for enumeration. The models interact with each other and produce quality estimates of an **integrated design of the 2020 Census**. In other words, the effects of Address Canvassing quality can be traced through the various self-response methods and all the way down to the nonresponse operations to see the impacts Address Canvassing has on cost and quality of all the later operations of the design. This analysis reviewed the impacts and interactions of all the major operations in the design. This analysis includes HUs and population for the 50 states, the District of Columbia, and Puerto Rico.

These analyses are potentially valuable in several ways, not only to measure quality, but also to predict operational and technical workloads. First, they point out dependencies and gaps among the operations that warrant consideration as the census design moves from planning to implementation. For example, this analysis reviews the impacts of decisions on LUCA to later operations like paper self-response through workloads. If LUCA adds a million correct or erroneous addresses, then paper operations have to prepare to mail materials to them. Second, they help determine which factors (parameters) are the key drivers of cost or quality and must be constantly considered and monitored, versus which factors must be addressed but play a less important role in the design. By changing many parameters together and reviewing impacts, the Census Bureau can prepare for and mitigate extreme circumstances that may arise (risk management). For example, if a major government security breach occurs in early 2020, then all of the parameters for self-response, especially for Internet, may drop considerably. We can very quickly model these possibilities and see extreme examples with relatively minor effort. Finally, by

changing the values of one parameter while keeping all others fixed (performing sensitivity analyses), one can study potential effects on quality under alternative operational designs. If we change the percentage of addresses visited in the In-Field Address Canvassing (IFAC) Operation, we can see the impacts of that change to cost and quality for other operations and the overall design of the 2020 Census.

### Baseline

The quality of the 2010 Census was measured using the CCM survey.[12] The CCM was a post-enumeration survey designed to assess the coverage of the census for HUs and persons, producing estimates of omissions and erroneous enumerations. The CCM estimated a net overcount of 0.01 percent, or 36,000 persons, which was not statistically different from zero. There were an estimated 10.0 million erroneous enumerations for the household population and 10.0 million omissions, after removing the 6.0 million whole-person imputations. To predict the potential cost and quality implications of the 2020 Census design, the Census Bureau does not have the benefit of a post-enumeration survey. However, the analysis presented here uses some findings from the 2010 CCM survey to make assumptions about what to expect given the 2020 Census design plans. In addition, census test results and simulations with 2010 Census data are used to assess potential cost and quality effects.

The Census Bureau produces quarterly estimates of residential vacancy rates and HU counts. The quality analysis presented in this report used these quarterly estimates from 1965 to 2018 to predict the number of HUs on the ground in 2020, using time series analysis. This process yielded quarters in the future with a 95 percent confidence interval. The projection for the third quarter in 2020 for the United States and Puerto Rico is 141,415,000. This will be the estimated true number of HUs in 2020.

### Methodology Example

2020 Census operational teams prepared and provided parameters for predicting the quality of their operations. This example will focus on the Self-Response Team, but all the teams followed a similar process to provide parameters. We focus

---

[12] The scope of the 2010 CCM excluded people living in GQ and in Remote Alaska.

on paper self-response and the impacts that paper self-response has on the overall quality of the 2020 Census design. The entire country is divided into three basic parts for the purposes of mail contact—Type of Enumeration Area (TEA) 1, which are Self-Response areas; TEA 6, which are UL areas; and TEAs 2 through 5, which are the rest of the country.[13]

The five parameters for paper self-response include:

1.  Percentage of paper questionnaires completed in TEA 1 (Self-response).

2.  Percentage of paper questionnaires completed in TEA 6 (UL).

3.  Percentage of paper questionnaires with erroneous people (called erroneous enumerations).

4.  Percentage of paper questionnaires with omitted people (called omissions).

5.  Percentage of paper questionnaires with missing race or Hispanic origin.

Focusing on the first parameter, percentage of paper questionnaires completed in TEA 1, the Self-Response Team provided the following information:

1.  Minimum value—13.2 percent.

2.  Middle value—17.2 percent.

3.  Maximum value—21.2 percent.

4.  Distribution (normal, uniform, triangular, log-normal, etc.)—triangular.

5.  Source—2012 National Census Test, 2014 Census Test, 2015 Census Test, 2015 National Content Test, 2018 End-to-End Census Test, ACS, 2010 Census, Pew Research, and expert judgment.

These estimates are based on analysis involving multiple tests and survey data. However, the test and survey data do not yield the same self-response rates that have been seen in past censuses. Based on expert judgment, a factor was applied to the self-response rate to account for the "Census Environment" that is not replicable in any census test or survey. The middle-value estimate of this

parameter was applied to the total TEA 1 universe (140.0 million addresses). The second parameter for TEA 6 was applied to the TEA 6 universe (6.6 million addresses) and then the estimates were added together to get approximately 26,200,000. This total, 26.2 million, represents the current point estimate of the number of completed paper questionnaires expected in the 2020 Census. This estimate has uncertainty around it, based on the minimum and maximum values of the parameters. The minimum and maximum, as well as the distribution, are used to feed the Monte Carlo simulation. The outputs of the Monte Carlo simulation, after they are integrated with all other parameters, provide a basis for uncertainty around the parameters and the 2020 Census design as a whole. Finally, the source information helps people outside the team understand the supporting documentation and methodology behind each estimate.

## 7.1 REENGINEERING ADDRESS CANVASSING

Throughout the entire Reengineering Address Canvassing section, the analysis focuses on three ultimate estimates:

1.  **Total living quarters** on the enumeration frame at the beginning of enumeration.

2.  **Missed adds**—addresses expected on the ground that are missing from the frame (missed adds include addresses that are on the frame but lack a geocode).[14]

3.  **Missed deletes**—addresses on the frame that are not actually valid living quarters on the ground.

The final outputs from Reengineering Address Canvassing are the starting point for enumeration (approximately January 1, 2020). The specific parameters collected to define the Reengineering Address Canvassing outputs are summarized in Table 8. Table 8 gives a rough approximation of the level of detail and complexity of the various operations for this analysis.

---

[13] TEAs 2 through 5 are not included in this analysis and they make up 0.7 percent of the addresses in the country.

[14] A geocoded address is one that has a block code. This code is critical for the 2020 Census because we must count people and living quarters in a block.

DOC_0000187

**Table 8: Summary of Quality Parameters Collected for Reengineering Address Canvassing**

| Operation | Number of parameters collected for quality analysis |
|---|---|
| Initial frame development . . . . . . . . . . | 20 |
| MAFCS. . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| IOAC. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| LUCA . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| IFAC . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |
| GEOP . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| **Total** . . . . . . . . . . . . . . . . . . . . . . . . . | **52** |

To simplify the analysis, the starting point is the beginning of calendar year 2017, with the estimated number of the three main aggregates. The numbers evolve though the subsequent fiscal years by incorporating growth in the housing stock, and cleaning up the frame by resolving missed adds and missed deletes—errors on the frame. These errors are resolved through several operations, including Ungeocoded Resolution, IOAC, the MAFCS, the LUCA program, and IFAC. The critical point is January 1, 2020, when the enumeration frame is defined and created for census enumerations, such as Self-Response, UL, and others.

This analysis integrates operations. As an example, the errors on the frame are tracked across operations down to the NRFU Operation, so that the same error is not fixed by more than one operation.

*Initial Frame Development*

The starting point for the frame quality analysis begins with estimates of the state of the frame as of January 1, 2015. Based on analysis of the MAF and using results of the MAFCS that occurred in 2016, some parameters for estimating the initial state of the MAF ar

**Table 9: Summary of Quality Parameters Collected for Initial Frame**

| Parameter | Source |
|---|---|
| Number of HUs on the frame in 2015 and addresses in 2017 (United States only)—four parameters | Decennial extracts of total addresses and ungeocoded addresses. |
| Estimated number of HUs in 2020 (Puerto Rico only)—three parameters | HU projections. |
| Estimated number of actual addresses on the ground in 2020 | Decennial Statistical Studies Division. |
| Errors already on the frame—percentage of missed adds in frame | From analysis of the MAFCS. |
| Errors already on the frame—percentage of missed deletes in frame. | From analysis of the MAFCS. |
| Estimated percentage of growth missing from the frame | From analysis of the MAFCS. |
| Estimated percentage of the growth that is ungeocoded | From analysis of the MAFCS. |
| Estimated percentage of growth to be overcoverage (missed deletes) | From analysis of the MAFCS. |
| Expected filter changes—two parameters | ACS extracts and expert judgment. |
| Number of ungeocoded addresses on the frame in 2017—two parameters | Decennial extracts. |
| Estimated workload of ungeocoded addresses through 2020 | Trend analysis by Geography Division. |
| Estimates of resolution of geocoding results—two parameters | Past tests, MAFCS results, reports from Geocoding Operation, and expert judgment. |

These 20 parameters, once integrated, represent the state of the frame in 2017 including data from the IOAC and the MAFCS, which both started in full production in FY 2016 and for which portions were paused in 2017.

The number of addresses on the frame in 2020 is projected by taking the projected estimate of HUs in 2020, adding an estimate of the missed adds that will be resolved during 2017 to 2020, and subtracting an estimate of the missed deletes that will be resolved in 2017 to 2020. The missed adds and missed deletes are resolved through the

DOC_0000188