JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

NATIONAL URBAN LEAGUE, *et al.*,

Plaintiff,

v.

WILBUR L. ROSS, JR., *et al.*,

Defendants.

Case No. 5:20-cv-05799-LHK

**DEFENDANTS' NOTICE OF FILING CORRECTED INDEX AND PRIVILEGE LOG FOR THE DOCUMENTS PROVIDED IN RESPONSE TO THE COURT'S SEPTEMBER 10, 2020 ORDER**

Earlier today Defendants submitted a notice (ECF No. 104) identifying documents that they were providing pursuant to this Court's Order dated September 10, 2020 (ECF No. 96). That notice included two attachments. The first was an attachment that Defendants identified as an index of "[d]ocuments that Defendants have been able to identify as responsive and over which they are not asserting privilege." ECF No. 104 at 1; Attach. 1. The second attachment included what Defendants identified as the "privilege log for withheld documents." *Id.* Attach. 2.

However, because of the way it was generated, the index at ECF No. 104, Attachment 1, actually includes some documents that Defendants have identified as privileged. Accordingly, the index at ECF No. 104, Attachment 1, reflects documents that Defendants have been able to identify as responsive. An index of responsive *and non-privileged* documents is attached to *this* notice, ECF No. 106, as Attachment 1.

Further, due to an inadvertent error in computer processing, the page numbers in the privilege log Defendants submitted in Attachment 2 to ECF No. 104, their original notice, were incorrect. A privilege log with the correct pages numbers is included as Attachment 2 to this notice, ECF No. 106.

Defendants sincerely apologize for any inconvenience their inadvertent errors might have caused.

DATED: September 13, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
(New York Bar No. 4918793)
M. ANDREW ZEE (SBN 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV

# Attachment 1

# INDEX OF PRODUCED DOCUMENTS

**Page**


2020 Census Operational Plan v4.0 (tagged).pdf
February 6, 2019 .......... DOC_0000001

DRAFT talking points for 11:30 call
April 13, 2020 .......... DOC_0000221

Background Materials: Hill Talking Points and Draft Legislative Text
April 13, 2020 .......... DOC_0000223

Please Review- Updated Briefing Points w/ Next Steps
April 13, 2020 .......... DOC_0000225

DOC Exec Report Slides for April 13 2020 100pm.pdf
April 13, 2020 .......... DOC_0000227

Census talking points
April 13, 2020 .......... DOC_0000247

QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE
April 13, 2020 .......... DOC_0000249

RE: QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE
April 13, 2020 .......... DOC_0000252

Re: QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE
April 13, 2020 .......... DOC_0000256

Backgroiund
April 20, 2020 .......... DOC_0000267

DOC Exec Report Slides for April 20 2020 ver 2.pdf
April 20, 2020 .......... DOC_0000270

DOC Exec Report Slides for April 20 2020 ver 2.pdf
April 21, 2020 .......... DOC_0000290

2. DOC Exec Report Slides for April 27 2020 ver 1.pdf
April 27, 2020 .......... DOC_0000310

Fwd: Census Phased Resumption of Field Activities
May 2, 2020 .......... DOC_0000332

Fwd: Census Phased Resumption of Field Activities
May 2, 2020 .......... DOC_0000334

1. DOC Exec Report Slides for 2020.05.04.pdf
May 4, 2020 .......... DOC_0000336

Fwd: Census Phased Resumption of Field Activities
May 4, 2020 .......... DOC_0000358

Fwd: Census Phased Resumption of Field Activities
May 4, 2020 .......... DOC_0000361

Re: Timeline Update
May 8, 2020 .......... DOC_0000365

Census DRAFT
May 8, 2020 .......... DOC_0000370

1.a. 2020 Census DOC Exec Report Slides for 2020.05.11.pdf
May 11, 2020 .......... DOC_0000372

1.b. 2020 Census Phased Restart DOC Exec Slides 2020.05.11.pdf
May 11, 2020 .......... DOC_0000394

2. 2020 Census APG Action Plan FY2020 Q2 2020.05.11.pdf
May 11, 2020 .......... DOC_0000415

Re: CENSUS APG Update
May 11, 2020 .......... DOC_0000440

2. DOC Exec Report Slides for May 26 2020 ver 1.pdf
May 26, 2020 .......... DOC_0000443

1. Phased Restart DOC Exec Slides for May 26 2020 ver 1 (6).pdf
May 26, 2020 .......... DOC_0000461

1. Phased Restart DOC Exec Report Slides for June 1 2020 ver 1.pdf
June 1, 2020 .......... DOC_0000482

1. Phased Restart DOC Exec Report Slides for June 1 2020 ver 1.pdf
June 1, 2020 .......... DOC_0000497

2. DOC Exec Report Slides for June 1 2020 ver 1.pdf
June 1, 2020 .......... DOC_0000512

2. DOC Exec Report Slides for June 1 2020 ver 1.pdf
June 1, 2020 .......... DOC_0000528

OMB feedback is addressed and DOC FINAL APG Q1/Q2 Updates submitted...
June 5, 2020 .......... DOC_0000544

2. DOC Exec Report Slides for June 8 2020 ver 1.pdf
June 8, 2020 ........ DOC_0000547

1. Phased Restart DOC Exec Report Slides for June 9 2020.pdf
June 9, 2020 ........ DOC_0000563

05 NRFU Soft Launch 6.10.20 Final.pptx
June 10, 2020 ........ DOC_0000579

05 NRFU Soft Launch 6.10.20 Final (2).pdf
June 10, 2020 ........ DOC_0000583

1a. NRFU Soft Launch 6.10.20 Final (2).pdf
June 10, 2020 ........ DOC_0000587

1. Phased Restart DOC Exec Report Slides for June 9 2020.pdf
June 10, 2020 ........ DOC_0000591

2. Phased Restart DOC Exec Report Slides for June 15 2020 ver 1.pdf
June 15, 2020 ........ DOC_0000609

3. DOC Exec Report Slides for June 15 2020 ver 1.pdf
June 15, 2020 ........ DOC_0000625

3. DOC Exec Report Slides for June 15 2020 ver 1.pdf
June 15, 2020 ........ DOC_0000641

2. Phased Restart DOC Exec Report Slides for June 15 2020 ver 1.pdf
June 16, 2020 ........ DOC_0000657

2. DOC Exec Report Slides for 2020.06.22.pdf
June 22, 2020 ........ DOC_0000671

1. Phased Restart DOC Exec Report Slides for 2020.06.22.pdf
June 22, 2020 ........ DOC_0000687

2. DOC Exec Report Slides for June 29 2020 ver 1.pdf
June 29, 2020 ........ DOC_0000710

1. Phased Restart DOC Exec Report Slides for June 29 2020 ver 1 (5).pdf
June 29, 2020 ........ DOC_0000725

census-counts-homeless.pdf
July 1, 2020 ........ DOC_0000736

5. 2020 Census DOC Exec Report Slides for 2020.07.06.pdf
July 7, 2020 ........ DOC_0000738

4. 2020 Census Phased Restart DOC Exec Report Slides for 2020.07.06.pdf
July 7, 2020 ........ DOC_0000753

1. 2020 Census High Level Summary 2020.07.13.pdf
July 13, 2020 ........ DOC_0000772

3. 2020 Census DOC Exec Report Slides for 2020.07.13.pdf
July 13, 2020 ........ DOC_0000773

2. 2020 Census Phased Restart DOC Exec Report Slides for 2020.07.13.pdf
July 13, 2020 ........ DOC_0000785

1. 2020 Census High Level Summary 07162020.docx
July 16, 2020 ........ DOC_0000810

Re: OMB Supp Request
July 18, 2020 ........ DOC_0000812

2020 Census High Level Summary 2020.07.20.pdf
July 20, 2020 ........ DOC_0000814

2. 2020 Census Phased Restart DOC Exec Report Slides for 2020.07.20.pdf
July 20, 2020 ........ DOC_0000815

3. 2020 Census DOC Exec Report Slides for 2020.07.20.pdf
July 20, 2020 ........ DOC_0000826

RE: Email for Census Staff
July 23, 2020 ........ DOC_0000839

1. 2020 Census High Level Summary 07232020.pdf
July 24, 2020 ........ DOC_0000842

1. 2020 Census High Level Summary 07272020.pdf
July 27, 2020 ........ DOC_0000844

2b.Phased Restart DOC Exec Report Slides for July 27 2020 ver 1 (2).pdf
July 27, 2020 ........ DOC_0000846

3.DOC Exec Report Slides for July 27 2020 ver 1.pdf
July 27, 2020 ........ DOC_0000857

operational and processing options to meet september 30 final notes.pdf
August 2, 2020 ........ DOC_0000870

operational and processing options to meet september 30 final.pdf
August 2, 2020 ........ DOC_0000884

Operational and Processing Options to meet September 30 Final.pdf
August 2, 2020 .................................................................... DOC_0000898

Re: Revised Replan Deck
August 3, 2020 .................................................................... DOC_0000913

Re: Revised Replan Deck
August 3, 2020 .................................................................... DOC_0000915

Fwd: Revised Replan Deck
August 3, 2020 .................................................................... DOC_0000917

Fwd: Revised Replan Deck
August 3, 2020 .................................................................... DOC_0000920

respond-2020-census.pdf
August 10, 2020 .................................................................. DOC_0000927

2020-09-11_12-28-21.pdf
September 11, 2020 ............................................................ DOC_0000933

2020-09-11_12-28-52.pdf
September 11, 2020 ............................................................ DOC_0000936

2020-09-11_15-15-33.pdf
September 11, 2020 ............................................................ DOC_0000939

# Attachment 2

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000222 | DOC_0000222 | DOC_0000221 | DOC_0000222 | | | | 4/13/2020 11:00 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations draft talking points on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000223 | DOC_0000223 | DOC_0000223 | DOC_0000224 | Ahmad, Ali M [ali.m.ahmad@census.gov] | Kelley, Karen (Federal) [KKelley@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov];Foti, Anthony (Federal) [AFoti@doc.gov] | Dillingham, Steven [steven.dillingham@census.gov];Jarmin, Ron S [ron.s.jarmin@census.gov] | 4/13/2020 11:48 | Ahmad, Ali M | Background Materials: Hill Talking Points and Draft Legislative Text | Predecisional and Deliberative | Email communication containing pre-decisional deliberations draft talking points on proposed Department action/decision/policy. | Redacted |
| DOC_0000224 | DOC_0000224 | DOC_0000223 | DOC_0000224 | | | | 4/13/2020 11:48 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Draft document reflecting mental processes of advisor to decisionmaker draft talking points on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000225 | DOC_0000225 | DOC_0000225 | DOC_0000226 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Kelley, Karen (Federal) [KKelley@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov];Dillingham, Steven [steven.dillingham@census.gov];Jarmin, Ron S [ron.s.jarmin@census.gov];Lamas, Enrique [enrique.lamas@census.gov];Jones, Christa D [christa.d.jones@census.gov];Page, Benjamin J [benjamin.j.page@census.gov];Christy, James T [james.t.christy@census.gov] | | 4/13/2020 14:04 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Please Review- Updated Briefing Points w/ Next Steps | Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker draft talking points on proposed Department action/decision/policy. | Redacted |
| DOC_0000226 | DOC_0000226 | DOC_0000225 | DOC_0000226 | | | | 4/13/2020 14:04 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Updated Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker proposed updates to Census schedule. | Withheld in full |
| DOC_0000248 | DOC_0000248 | DOC_0000247 | DOC_0000248 | | | | 4/13/2020 16:27 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker draft talking points on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000249 | DOC_0000249 | DOC_0000249 | DOC_0000251 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Gorey, Lauren (Federal) [LGorey@doc.gov];Foti, Anthony (Federal) [AFoti@doc.gov];Ding, Michael (Federal) [MDing@doc.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov];Rockas, James (Federal) [JRockas@doc.gov];Paranzino, Anthony (Federal) [AParanzino@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov];Kelley, Karen (Federal) [KKelley@doc.gov];Dillingham, Steven [steven.dillingham@census.gov];Jarmin, Ron S [ron.s.jarmin@census.gov] | 4/13/2020 16:50 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted |
| DOC_0000250 | DOC_0000250 | DOC_0000249 | DOC_0000251 | | | | 4/13/2020 16:50 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- DRAFT Working Statement re 2020 Census Shift.docx | Predecisional and Deliberative | Document reflecting mental processes of decisionmaker a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000251 | DOC_0000251 | DOC_0000249 | DOC_0000251 | | | | 4/13/2020 16:50 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- Operational Adjustment and Activities- WORKING DOCUMENT.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed updates to Census schedule. | Withheld in full |
| DOC_0000252 | DOC_0000253 | DOC_0000252 | DOC_0000255 | Gorey, Lauren (Federal) [LGorey@doc.gov] | Ding, Michael (Federal) [MDing@doc.gov];Jarmin, Ron S [ron.s.jarmin@census.gov];Ahmad, Ali M [ali.m.ahmad@census.gov];Foti, Anthony (Federal) [AFoti@doc.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov];Rockas, James (Federal) [JRockas@doc.gov];Paranzino, Anthony (Federal) [AParanzino@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov];Kelley, Karen (Federal) [KKelley@doc.gov];Dillingham, Steven [steven.dillingham@census.gov] | 4/13/2020 17:06 | Gorey, Lauren (Federal) | RE: QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Redacted |
| DOC_0000254 | DOC_0000254 | DOC_0000252 | DOC_0000255 | | | | 4/13/2020 17:06 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- DRAFT Working Statement re 2020 Census Shift +OPA.docx | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000255 | DOC_0000255 | DOC_0000252 | DOC_0000255 | | | | 4/13/2020 17:06 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | 20-069751 Oman- Cisco_sec_03062020 +OPA 4.13.2020.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000256 | DOC_0000258 | DOC_0000256 | DOC_0000260 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Paranzino, Anthony (Federal) [AParanzino@doc.gov];Gorey, Lauren (Federal) [LGorey@doc.gov];Ding, Michael (Federal) [MDing@doc.gov];Jarmin, Ron S [ron.s.jarmin@census.gov];Foti, Anthony (Federal) [AFoti@doc.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov];Rockas, James (Federal) [JRockas@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov];Kelley, Karen (Federal) [KKelley@doc.gov];Dillingham, Steven [steven.dillingham@census.gov] | 4/13/2020 17:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Redacted |
| DOC_0000259 | DOC_0000259 | DOC_0000256 | DOC_0000260 | | | | 4/13/2020 17:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- DRAFT Working Statement re 2020 Census Shift +OPA.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000260 | DOC_0000260 | DOC_0000256 | DOC_0000260 | | | | 4/13/2020 17:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- WORKING OPERATIONAL UPDATE w LG edits.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000261 | DOC_0000261 | DOC_0000261 | DOC_0000261 | | | | 4/18/2020 16:16 | johns225 | 3- DRAFT DOC Exec Report Slides- Data Updated Monday 4-20-20.pdf | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000262 | DOC_0000262 | DOC_0000262 | DOC_0000263 | Olson, Stephanie (Federal) [SOlson@doc.gov] | Grossman, Beth (Federal) [bgrossman@doc.gov];Page, Benjamin J [benjamin.j.page@census.gov];Cannon, Michael (Federal) [MCannon@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov] | 4/18/2020 20:06 | Olson, Stephanie (Federal) | CUI//PRIV FW: Census Legislative Proposal for OMB Review | Attorney-Client Privilege; Predecisional and Deliberative | Email communication providing legal advice from Department counsel proposed updates to Census schedule. | Withheld in full |
| DOC_0000263 | DOC_0000263 | DOC_0000262 | DOC_0000263 | | | | 4/18/2020 20:06 | | Draft Census Legislative Text for Congress 04.14.20 + OLC.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document reflecting legal analysis proposed updates to Census schedule. | Withheld in full |

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000264 | DOC_0000264 | DOC_0000264 | DOC_0000264 | Walsh, Michael (Federal) [MWalsh@doc.gov] | Olson, Stephanie (Federal) [SOlson@doc.gov];Grossman, Beth (Federal) [bgrossman@doc.gov];Page, Benjamin J [benjamin.j.page@census.gov];Cannon, Michael (Federal) [MCannon@doc.gov] | | 4/18/2020 20:08 | Walsh, Michael (Federal) | Re: CUI//PRIV FW: Census Legislative Proposal for OMB Review | Attorney-Client Privilege; Predecisional and Deliberative | Email communication providing legal advice from Department counsel proposed updates to Census schedule. | Withheld in full |
| DOC_0000265 | DOC_0000265 | DOC_0000265 | DOC_0000265 | | | | 4/20/2020 0:36 | Deborah Stempowski (CENSUS/DCMD FED) | TPs (high level) on post processing v.6.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed updates to Census schedule. | Withheld in full |
| DOC_0000266 | DOC_0000266 | DOC_0000266 | DOC_0000266 | | | | 4/20/2020 15:56 | James T Christy (CENSUS/LA FED) | Copy of Post Processing Calculator.xlsx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions internal briefing materials on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000267 | DOC_0000267 | DOC_0000267 | DOC_0000269 | Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov] | Ahmad, Ali M [ali.m.ahmad@census.gov];Walsh, Michael (Federal) [MWalsh@doc.gov];Kelley, Karen (Federal) [KKelley@doc.gov] | Fontenot, Albert E [albert.e.fontenot@census.gov];Christy, James T [james.t.christy@census.gov];Lamas, Enrique [enrique.lamas@census.gov] | 4/20/2020 15:59 | Ron S Jarmin (CENSUS/DEPDIR FED) | Backgroiund | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted |
| DOC_0000268 | DOC_0000268 | DOC_0000267 | DOC_0000269 | | | | 4/20/2020 15:59 | James B Treat (CENSUS/ADDC FED) | Post Data Collecxtion Narravtive-1.docx | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000269 | DOC_0000269 | DOC_0000267 | DOC_0000269 | | | | 4/20/2020 15:59 | James T Christy (CENSUS/LA FED) | Copy of Post Processing Calculator.xlsx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed updates to Census schedule. | Withheld in full |
| DOC_0000329 | DOC_0000329 | DOC_0000329 | DOC_0000329 | | | | 4/27/2020 16:53 | jeff bryant | 4. NPC Reopening Status 2020.04.27.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed Department action/decision/policy. | Withheld in full |
| DOC_0000330 | DOC_0000330 | DOC_0000330 | DOC_0000330 | | | | 4/27/2020 17:33 | johns225 | 1. Notional Phased Restart DOC Exec Slides Apr 27 2020 ver 1 (6).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations proposed updates to Census schedule. | Withheld in full |
| DOC_0000331 | DOC_0000331 | DOC_0000331 | DOC_0000331 | | | | 5/1/2020 19:38 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker internal briefing materials on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000332 | DOC_0000332 | DOC_0000332 | DOC_0000333 | DRisko@doc.gov | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/2/2020 19:59 | DRisko@doc.gov | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions a draft presentation on proposed Department action/decision/policy. | Redacted |
| DOC_0000333 | DOC_0000333 | DOC_0000332 | DOC_0000333 | | | | 5/2/2020 19:59 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000334 | DOC_0000334 | DOC_0000334 | DOC_0000335 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=69966F04F7414063BA61A760CA5EAE61-DANIEL RISK] | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/2/2020 19:59 | Risko, Daniel (Federal) | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication containing pre-decisional deliberations draft correspondence communicating proposed Department action/decision/policy. | Redacted |
| DOC_0000335 | DOC_0000335 | DOC_0000334 | DOC_0000335 | | | | 5/2/2020 19:59 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000355 | DOC_0000355 | DOC_0000355 | DOC_0000355 | | | | 5/4/2020 22:26 | johns225 | 2. Phased Restart DOC Exec Slides for 2020.05.04 Updated (5).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations proposed updates to Census schedule. | Withheld in full |
| DOC_0000356 | DOC_0000356 | DOC_0000356 | DOC_0000356 | | | | 5/4/2020 22:51 | johns225 | Phased Restart DOC Exec Slides for 2020.05.04 Updated 2 al late.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000357 | DOC_0000357 | DOC_0000357 | DOC_0000357 | | | | 5/4/2020 22:53 | johns225 | DOC Exec Report Slides for 2020.05.04 al late.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000358 | DOC_0000359 | DOC_0000358 | DOC_0000360 | DRisko@doc.gov | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/4/2020 23:13 | DRisko@doc.gov | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker a draft presentation on proposed Department action/decision/policy. | Redacted |
| DOC_0000360 | DOC_0000360 | DOC_0000358 | DOC_0000360 | | | | 5/4/2020 23:13 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000361 | DOC_0000362 | DOC_0000361 | DOC_0000363 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=69966F04F7414063BA61A760CA5EAE61-DANIEL RISK] | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/4/2020 23:13 | Risko, Daniel (Federal) | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker a draft presentation on proposed Department action/decision/policy. | Redacted |
| DOC_0000363 | DOC_0000363 | DOC_0000361 | DOC_0000363 | | | | 5/4/2020 23:13 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000364 | DOC_0000364 | DOC_0000364 | DOC_0000364 | | | | 5/7/2020 12:20 | CENSUS | Three Page Narrative-1editARJ.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations proposed updates to Census schedule. | Withheld in full |
| DOC_0000365 | DOC_0000368 | DOC_0000365 | DOC_0000369 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Foti, Anthony (Federal) [AFoti@doc.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov];Olson, Stephanie (Federal) [SOlson@doc.gov] | 5/8/2020 19:29 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Timeline Update | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted |

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000369 | DOC_0000369 | DOC_0000365 | DOC_0000369 | | | | 5/8/2020 19:29 | CENSUS | 2020 Operaitonal Timeline v5 Clean.docx | Predecisional and Deliberative | Draft document reflecting information provided to facilitate deliberative discussions draft talking points on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000371 | DOC_0000371 | DOC_0000370 | DOC_0000371 | | | | 5/8/2020 19:38 | CENSUS | 2020 Operaitonal Timeline v5 Clean.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing communications among agency staff, including counsel, providing legal advice and analysis from counsel draft talking points on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000441 | DOC_0000441 | DOC_0000440 | DOC_0000441 | | | | 5/11/2020 17:32 | Akshay.Gupta@treasury.gov | attachment 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000442 | DOC_0000442 | DOC_0000442 | DOC_0000442 | | | | 5/14/2020 12:36 | Dominic R Beamer (CENSUS/DCMD FED) | 2. 2020 Nonresponse Followup Overview Presentation 05.18.20.pdf | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000475 | DOC_0000475 | DOC_0000475 | DOC_0000475 | | | | 5/28/2020 13:00 | Ron Jarmin | External Review of COVID response.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000476 | DOC_0000476 | DOC_0000476 | DOC_0000476 | | | | 5/28/2020 13:39 | Paul Krutsch (CENSUS/DCMD FED) | Decision Criteria for Reopening ACOs.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000477 | DOC_0000477 | DOC_0000477 | DOC_0000477 | | | | 5/28/2020 13:40 | Meghan Lee Philbin (CENSUS/CTO CTR) | State_Reopening_Supporting Data Al AK_01 MAY 2020v3.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000478 | DOC_0000478 | DOC_0000478 | DOC_0000478 | | | | 5/28/2020 14:18 | Ron Jarmin | External Review of COVID response v2.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations draft correspondence communicating proposed Department action/decision/policy. | Withheld in full |
| DOC_0000479 | DOC_0000479 | DOC_0000479 | DOC_0000479 | | | | 5/28/2020 15:00 | Dora B Durante (CENSUS/DCMD FED) | 2020 Census SBE Options 051920 (Late July or Late September only).docx | Predecisional and Deliberative | Document containing pre-decisional deliberations proposed Department action/decision/policy. | Withheld in full |
| DOC_0000480 | DOC_0000480 | DOC_0000480 | DOC_0000480 | | | | 5/28/2020 22:17 | johns225 | 2. DRAFT DOC Exec Report Slides for June 1 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000481 | DOC_0000481 | DOC_0000481 | DOC_0000481 | | | | 5/29/2020 12:44 | johns225 | 1. DRAFT Phased Restart DOC Exec Report Slides for June 1 2020 ver 2.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000544 | DOC_0000545 | DOC_0000544 | DOC_0000545 | Knight, Harry (Federal) [HKnight@doc.gov] | Rafiekian, Christine [Christine.Rafiekian@trade.gov];Brooke, Beatrice E. (Federal) [BBrooke1@doc.gov];Risko, Daniel (Federal) [DRisko@doc.gov] | Memmott-Kern,Kendra (Federal) [KMemmott-Kern@doc.gov] | 6/5/2020 19:52 | Knight, Harry (Federal) | OMB feedback is addressed and DOC FINAL APG Q1/Q2 Updates submitted... | Predecisional and Deliberative | Email communication containing pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted |
| DOC_0000546 | DOC_0000546 | DOC_0000546 | DOC_0000546 | | | | 6/8/2020 13:37 | johns225 | DRAFT Phased Restart DOC Exec Report Slides for June 8 2020 ver 1 (1).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000607 | DOC_0000607 | DOC_0000607 | DOC_0000607 | | | | 6/11/2020 17:51 | johns225 | 2. DRAFT DOC Exec Report Slides for June 15 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000608 | DOC_0000608 | DOC_0000608 | DOC_0000608 | | | | 6/11/2020 18:22 | johns225 | 1. DRAFT Phased Restart DOC Exec Report Slides for June 15 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000669 | DOC_0000669 | DOC_0000669 | DOC_0000669 | | | | 6/18/2020 19:08 | johns225 | 2. DRAFT DOC Exec Report Slides for June 22 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000670 | DOC_0000670 | DOC_0000670 | DOC_0000670 | | | | 6/18/2020 21:15 | johns225 | 1. DRAFT Phased Restart DOC Exec Report Slides for June 22 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000708 | DOC_0000708 | DOC_0000708 | DOC_0000708 | | | | 6/25/2020 18:09 | johns225 | 2. DRAFT DOC Exec Report Slides for June 29 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000709 | DOC_0000709 | DOC_0000709 | DOC_0000709 | | | | 6/25/2020 18:11 | johns225 | 1. DRAFT Phased Restart DOC Exec Report Slides for June 29 2020 ver 2.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000770 | DOC_0000770 | DOC_0000770 | DOC_0000770 | | | | 7/9/2020 20:27 | johns225 | 2. DRAFT DOC Exec Report Slides for July 13 2020 ver 1 (5).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000771 | DOC_0000771 | DOC_0000771 | DOC_0000771 | | | | 7/9/2020 21:04 | johns225 | 1. DRAFT Phased Restart DOC Exec Report Slides for July 13 2020 ver 1 (1).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000809 | DOC_0000809 | DOC_0000809 | DOC_0000809 | | | | 7/16/2020 19:03 | johns225 | 3. DRAFT DOC Exec Report Slides for July 20 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000811 | DOC_0000811 | DOC_0000811 | DOC_0000811 | | | | 7/16/2020 21:52 | johns225 | 2. DRAFT Phased Restart DOC Exec Report Slides for July 20 2020 ver 1 (3).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000812 | DOC_0000813 | DOC_0000812 | DOC_0000813 | Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov] | Olson, Timothy P [timothy.p.olson@census.gov] | Kelley, Karen (Federal) [KKelley@doc.gov];Risko, Daniel (Federal) [DRisko@doc.gov];Dillingham, Steven [steven.dillingham@census.gov];Jarmin, Ron S [ron.s.jarmin@census.gov];Lamas, Enrique [enrique.lamas@census.gov];Fontenot, Albert E [albert.e.fontenot@census.gov];Christy, James T [james.t.christy@census.gov];Jones, Christa D [christa.d.jones@census.gov];Smith, Steven K [steven.k.smith@census.gov];Ahmad, Ali M [ali.m.ahmad@census.gov];Stanley, Christopher J [christopher.j.stanley@census.gov] | 7/18/2020 16:44 | Benjamin J Page (CENSUS/CFO FED) | Re: OMB Supp Request | Predecisional and Deliberative | Email communication containing pre-decisional deliberations proposed Department action/decision/policy. | Redacted |
| DOC_0000838 | DOC_0000838 | DOC_0000838 | DOC_0000838 | | | | 7/23/2020 16:52 | johns225 | 2. DRAFT Phased Restart DOC Exec Report Slides for July 27 2020 ver 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000839 | DOC_0000840 | DOC_0000839 | DOC_0000840 | Burris, Meghan (Federal) [MBurris@doc.gov] | Ahmad, Ali M [ali.m.ahmad@census.gov] | Risko, Daniel (Federal) [DRisko@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov] | 7/23/2020 18:26 | Burris, Meghan (Federal) | RE: Email for Census Staff | Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker draft correspondence communicating proposed Department action/decision/policy. | Redacted |
| DOC_0000841 | DOC_0000841 | DOC_0000841 | DOC_0000841 | | | | 7/24/2020 0:39 | johns225 | 3. DRAFT DOC Exec Report Slides for July 27 2020 ver 2.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000869 | DOC_0000869 | DOC_0000869 | DOC_0000869 | | | | 8/1/2020 22:44 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | DRAFT Interim Statement (SD-v2) 8_1_20.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000912 | DOC_0000912 | DOC_0000912 | DOC_0000912 | | | | 8/2/2020 23:44 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Statement v 5 clean ss+ms+RJ.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000914 | DOC_0000914 | DOC_0000913 | DOC_0000914 | | | | 8/3/2020 13:39 | Christopher Denno | operational and processing options to meet september 30 final.pdf | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions internal briefing materials on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000916 | DOC_0000916 | DOC_0000915 | DOC_0000916 | | | | 8/3/2020 13:39 | Christopher Denno | operational and processing options to meet september 30 final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000919 | DOC_0000919 | DOC_0000917 | DOC_0000919 | | | | 8/3/2020 13:39 | Christopher Denno | operational and processing options to meet september 30 final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000922 | DOC_0000922 | DOC_0000920 | DOC_0000922 | | | | 8/3/2020 13:39 | Christopher Denno | operational and processing options to meet september 30 final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000923 | DOC_0000923 | DOC_0000923 | DOC_0000924 | Burris, Meghan (Federal) [MBurris@doc.gov] | Wilbur Ross [wlr@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov];Barranca, Steven (Federal) [SBarranca1@doc.gov] | 8/3/2020 15:56 | Burris, Meghan (Federal) | Draft Census Statement | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000924 | DOC_0000924 | DOC_0000923 | DOC_0000924 | | | | 8/3/2020 15:56 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Statement_cd.docx | Predecisional and Deliberative | Draft document reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000925 | DOC_0000925 | DOC_0000925 | DOC_0000925 | | | | 8/4/2020 0:11 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Embargoed Till Posting- Statement from Director Dillingham on 2020 Census Updates.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000926 | DOC_0000926 | DOC_0000926 | DOC_0000926 | | | | 8/4/2020 0:11 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Embargoed Till Posting- Statement from Director Dillingham on 2020 Census Updates.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000929 | DOC_0000929 | DOC_0000929 | DOC_0000929 | | | | 9/10/2020 20:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Statement (f).docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000930 | DOC_0000930 | DOC_0000930 | DOC_0000930 | | | | 9/10/2020 20:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Statement (f).docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000931 | DOC_0000931 | DOC_0000931 | DOC_0000931 | | | | 9/10/2020 20:21 | Christopher Denno | Operational and Processing Options to meet September 30 Final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |
| DOC_0000932 | DOC_0000932 | DOC_0000932 | DOC_0000932 | | | | 9/10/2020 20:21 | Christopher Denno | Operational and Processing Options to meet September 30 Final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full |