JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' RESPONSE TO THE COURT'S ORDER RE: COMMUNICATIONS WITH THE COURT (ECF No. 100)** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

Pursuant to this Court's Order of September 12, 2020 (ECF No. 100), Defendants respectfully state as follows.

1. The Court's Order attached email correspondence that had been received at the Court's general inbox. In that correspondence, a Census enumerator named "Stephen Fabian" (at stevewavestudio@gmail.com) reported that "this evening I received an email from the census instructing enumerators to set out availability at one hour or less." ECF No. 100 at 2. Mr. Fabian alleged that this instruction was in violation of the Court's temporary restraining order of September 5, 2020 (ECF No. 84).

2. Defendants have not yet been able to fully investigate these allegations.

3. Defendants note that there has never been a mandate under any census plan (meaning the 2020 Plan, the COVID-19 Plan, or the Replan) to pay enumerators for census work that does not need to be performed. Or to allow a single enumerator to dictate how census officials are to assign work. Per the materials supplied by Mr. Fabian, it appears as if the request for a one-hour maximum time allocation resulted from (i) the fact that Mr. Fabian had been assigned to a field operations team somewhat unexpectedly; (ii) that there were "very few cases" to assign to the enumerators; and (iii) that a supervisor made a decision to distribute the assignments among different enumerators in an effort to be "fair." ECF No. 100 at 2-5. This appears, on its face, to be a single individual's unhappiness about losing "several hundred dollars" and not receiving the work schedule he preferred. *Id.* at 5. In addition, Mr. Fabian's submission also suggests that the individual communicating with him was acting while another official was out of the office, perhaps an indication that the direction may have been the result of confusion, not purposefulness.

4. None of this suggests any effort to violate the Court's September 5, 2020 Order. And any reading of the Order that would require Defendants to account for the hours and compensation of individual employees (out of a work force of more than 280,000 individuals)[1] would, respectfully, illustrate why judicial intrusion upon census operations is inappropriate.

---

[1] *See* https://www.census.gov/content/dam/Census/newsroom/press-kits/2020/2020-census-weekly-hires.pdf.

DEFENDANTS' RESPONSE TO THE COURT'S ORDER
RE: COMMUNICATIONS WITH THE COURT (ECF No. 100)
Case No. 5:20-cv-05799-LHK

1

| | |
|---|---|
| DATED: September 14, 2020 | Respectfully submitted, |
| | |
| | JEFFREY BOSSERT CLARK |
| | Acting Assistant Attorney General |
| | |
| | ALEXANDER K. HAAS |
| | Branch Director |
| | |
| | DIANE KELLEHER |
| | BRAD P. ROSENBERG |
| | Assistant Branch Directors |
| | |
| | */s/ Alexander V. Sverdlov* |
| | ALEXANDER V. SVERDLOV |
| |   (New York Bar No. 4918793) |
| | M. ANDREW ZEE (SBN 272510) |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Division - Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 305-0550 |
| | |
| | *Attorneys for Defendants* |

DEFENDANTS' RESPONSE TO THE COURT'S ORDER
RE: COMMUNICATIONS WITH THE COURT (ECF No. 100)
Case No. 5:20-cv-05799-LHK

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV