LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                              Plaintiffs,<br><br>         v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                              Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**PLAINTIFFS' RESPONSE TO COURT'S ORDER RE: COMMUNICATIONS WITH COURT (DKT. 100)** |

Plaintiffs submit this Response as required in the Order Re: Communications with the Court (Dkt. 100). For the reasons set forth below, Plaintiffs believe that the email and evidence submitted by the census field enumerator to the Court raise concerns about Defendants' full compliance with the Court's TRO. Plaintiffs had asked Defendants to provide details to the Court in the parties' Joint Case Management Statement (Dkt. 99) on their ongoing compliance efforts regarding the TRO. Defendants declined. In light of the communication sent to the Court, and some additional (as of yet unverified) information Plaintiffs have received in unsolicited communications from other census employees throughout the country, Plaintiffs respectfully request that the Court require Defendants to provide a detailed compliance report, including addressing the issues raised below.

## I.   EMAIL AND SCREENSHOTS SENT DIRECTLY TO THE COURT (DKT. 100)

It appears from internet research that the person who contacted the Court is a census field enumerator in the Austin, Texas area. The text messages suggest that he was assigned to a new Census Field Supervisor and has been directed to artificially reduce his availability to conduct field work. Plaintiffs do not have enough information to tell if this violates the Court's TRO because the levels of NRFU completion in Austin and in surrounding areas varies, with some over the 90% threshold and others below the threshold. But at the very least, the email raises questions about the Census Bureau's own post-TRO directive to "[c]ontinue to have staff travel from areas that are at higher levels of completion to areas that are underperforming because of insufficient staffing numbers." Dkt. 86, Attachment C. As of September 12, many regions in Texas are far below the threshold. For example, the Bureau's Texas statistics report only 62.0% NRFU completion in the Fort Bend County Area Census Office (ACO) #3178 and 64.3% NRFU completion for the Laredo ACO #3187. The email suggests Mr. Fabian would be willing to be redeployed to an area that needs more work, but that is not happening.

## II.   ADDITIONAL UNSOLICITED COMMUNICATIONS RECEIVED BY PLAINTIFFS

As noted, additional individuals identifying themselves as Census Bureau employees have contacted Plaintiffs over the last week with reports bearing on the accuracy of the census and compliance with the Court's TRO. Plaintiffs did not solicit these contacts. Plaintiffs have not

received permission to identify these individuals nor have Plaintiffs independently investigated their claims. But in light of the Court's Order, Plaintiffs set forth below the issues raised by these communications should it bear on the Court's need for additional information from Defendants concerning TRO compliance.

**New York**. An enumerator working in Brooklyn, New York (ACO #2292) has reported that she and other enumerators in her group were told to cease counting in Brooklyn and to relocate to unspecified southern states through the end of September because, she was told, there was a shortage of assignments in Brooklyn. At that time, the Bureau's statistics reported only around 60% NRFU completion. After the Court entered the TRO, a supervisor told her that the office was shutting down operations soon, again because of few open cases in the area. Yet the Bureau's statistics at that time reported only 65.6% NRFU completion for her area. Even so, during the week of September 7, the enumerator and her colleagues apparently were assigned no cases despite being available to work. As of September 12, the Bureau's statistics report only 73.8% NRFU completion for that ACO.

**Illinois**. Just days before the Court entered the TRO, an enumerator in the Chicago area reported that the "Optimizer" software system had been down for the previous three weeks. This is the software program Mr. Fontenot discussed in his declaration: "the Optimizer (a software program that both schedules work for our enumerators and then routes them in the most effective routing)" led to "observed higher levels of overall staff productivity" during the "early start of NRFU operations." Dkt. 81-1, Fontenot Decl. ¶ 85. According to Mr. Fontenot, "[t]he increased productivity that we observed during the soft launch period was a factor in our ability to design the replanned field operations to end by September 30, 2020." *Id.* The Chicago-area enumerator reported that when the Optimizer was working, he would be assigned more than 50 cases a day. But he receives only a handful of cases when the Optimizer is down—as it reportedly was leading up to the TRO hearing.

**California**. A Census Field Supervisor in Southern California reported supervising 40 to 50 enumerators at one point, but said that in the weeks leading up to the Court's TRO, the

Bureau had deactivated most local enumerators.[1] A couple of days after the Court's TRO, this individual was supervising only two enumerators. This Supervisor also confirmed that the Optimizer was down for several weeks, which caused many new enumerators to receive no assignments.

In addition, the Associated Press reported that after the TRO was entered, a California field manager instructed supervisors to rate enumerators with letters "A," "B," and "C," and to terminate those with a "C" rating.[2] The Bureau's spokesperson commented only that "no directive to make such ratings has been made from headquarters or the six regional offices," but did not challenge the accuracy of the report.

**Tennessee**. An enumerator in Tennessee reported numerous problems with his Bureau-issued technology, including malfunctioning GPS and being totally locked out of his device altogether. He also confirmed problems with the Optimizer software. He reports that he was terminated by the Bureau over a dispute with his managers about whether his pay could be docked when the technology did not work, and has filed a complaint with the Inspector General.

## III.    CONCLUSION

Plaintiffs regret not having had the time or ability to investigate these reports, or to learn any details about whether Bureau operations are being performed at the field office level to comply with the Court's TRO. Since the urgency of this matter and logistical impediments make investigative discovery impractical, Plaintiffs respectfully request that the Court require Defendants to provide a detailed compliance report, including addressing the issues raised by the individuals described above.

---

[1] See also Dartunorro Clark, *"Beyond Negligent:"Census Workers Decribe Logistical Nightmare As Deadline Approaches*, NBC News (Sept. 14, 2020), available at https://www.nbcnews.com/news/us-news/beyond-negligent-census-workers-describe-logistical-nightmare-deadline-approaches-n1239924; Caroline Champlin, *Amid Layoffs And Changing End Dates, Confusion Over When Census Work Will Wrap Up In LA*, LAist.com (Sept. 4, 2020), available at https://laist.com/2020/09/04/census-2020-bureau-layoffs-enumerators.php; and Tyche Hendricks, *Cutting Census Staff in Wildfire Zones Threatens Accurate Count, Workers Warn*, KQED.org (Sept. 8, 2020), available at https://www.kqed.org/news/11836966/cutting-census-staff-in-wildfire-zones-threatens-accurate-count-workers-warn, for additional reports regarding enumerator layoffs.

[2] *See* Mike Schneider, *Despite judge's order, plans being made for census layoffs*, Associated Press (Sept. 10, 2020), available at https://apnews.com/fba134758e9631b80a8110aedd3bc6df.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 14, 2020 | LATHAM & WATKINS LLP |
| 3 | | By: /s/ Sadik Huseny |
| 4 | | Sadik Huseny |
| 5 | | Steven M. Bauer (Bar No. 135067) steven.bauer@lw.com |
| 6 | | Sadik Huseny (Bar No. 224659) sadik.huseny@lw.com |
| 7 | | Amit Makker (Bar No. 280747) amit.makker@lw.com |
| 8 | | Shannon D. Lankenau (Bar. No. 294263) shannon.lankenau@lw.com |
| 9 | | **LATHAM & WATKINS LLP** 505 Montgomery Street, Suite 2000 |
| 10 | | San Francisco, CA 94111 Telephone: 415.391.0600 |
| 11 | | Facsimile: 415.395.8095 |
| 12 | | Richard P. Bress (admitted *pro hac vice*) rick.bress@lw.com |
| 13 | | Melissa Arbus Sherry (admitted *pro hac vice*) melissa.sherry@lw.com |
| 14 | | Anne W. Robinson (admitted *pro hac vice*) anne.robinson@lw.com |
| 15 | | Tyce R. Walters (admitted *pro hac vice*) tyce.walters@lw.com |
| 16 | | Genevieve P. Hoffman (admitted *pro hac vice*) genevieve.hoffman@lw.com |
| 17 | | Gemma Donofrio (admitted *pro hac vice*) gemma.donofrio@lw.com |
| 18 | | **LATHAM & WATKINS LLP** 555 Eleventh Street NW, Suite 1000 |
| 19 | | Washington, D.C. 20004 Telephone: 202.637.2200 |
| 20 | | Facsimile: 202.637.2201 |
| 21 | | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for* |
| 22 | | *Just Immigration; Harris County, Texas; King County, Washington; City of San Jose,* |
| 23 | | *California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 24 | Dated: September 14, 2020 | By: /s/ Jon M. Greenbaum |
| 25 | | Kristen Clarke (*pro hac vice* forthcoming) kclarke@lawyerscommittee.org |
| 26 | | Jon M. Greenbaum (Bar No. 166733) jgreenbaum@lawyerscommittee.org |
| 27 | | Ezra D. Rosenberg (admitted *pro hac vice*) erosenberg@lawyerscommittee.org |
| 28 | | Dorian L. Spence (*pro hac vice* forthcoming) |

dspence@lawyerscommittee.org
Maryum Jordan (*pro hac vice* forthcoming)
mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommitee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

|   |   |
|---|---|
|   | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice* forthcoming)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345<br><br>*Attorneys for Navajo Nation* |
| Dated: September 14, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: September 14, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 14, 2020 | By: /s/ Rafey S. Balabanian |
| | | Rafey S. Balabanian (Bar No. 315962) |
| 3 | | rbalabanian@edelson.com |
| | | Lily E. Hough (Bar No. 315277) |
| 4 | | lhough@edelson.com |
| 5 | | **EDELSON P.C.** |
| | | 123 Townsend Street, Suite 100 |
| 6 | | San Francisco, CA 94107 |
| | | Telephone: 415.212.9300 |
| 7 | | Facsimile: 415.373.9435 |
| 8 | | Rebecca Hirsch (*pro hac vice* pending) |
| | | rebecca.hirsch2@cityofchicago.org |
| 9 | | **CORPORATION COUNSEL FOR THE** |
| 10 | | **CITY OF CHICAGO** |
| | | Mark A. Flessner |
| 11 | | Stephen J. Kane |
| | | 121 N. LaSalle Street, Room 600 |
| 12 | | Chicago, IL 60602 |
| | | Telephone: (312) 744-8143 |
| 13 | | Facsimile: (312) 744-5185 |
| 14 | | *Attorneys for Plaintiff City of Chicago* |
| 15 | | |
| 16 | Dated: September 14, 2020 | By: /s/ Donald R. Pongrace |
| | | Donald R. Pongrace (admitted *pro hac vice*) |
| 17 | | dpongrace@akingump.com |
| | | **AKIN GUMP STRAUSS HAUER & FELD** |
| 18 | | **LLP** |
| | | 2001 K St., N.W. |
| 19 | | Washington, D.C. 20006 |
| | | Telephone: (202) 887-4000 |
| 20 | | Facsimile: 202-887-4288 |
| 21 | | Dario J. Frommer (Bar No. 161248) |
| | | dfrommer@akingump.com |
| 22 | | **AKIN GUMP STRAUSS HAUER & FELD** |
| | | **LLP** |
| 23 | | 1999 Avenue of the Stars, Suite 600 |
| 24 | | Los Angeles, CA  90067-6022 |
| | | Phone:  213.254.1270 |
| 25 | | Fax: 310.229.1001 |
| 26 | | *Attorneys for Plaintiff Gila River Indian Community* |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: September 14, 2020 | By: */s/ David I. Holtzman*<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

| | |
|---|---|
| Dated: September 14, 2020 | **LATHAM & WATKINS** LLP<br><br>By: */s/ Sadik Huseny*<br>   Sadik Huseny |