1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (admitted *pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (admitted *pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (admitted *pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (admitted *pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (admitted *pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (admitted *pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice*
forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation
information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NATIONAL URBAN LEAGUE et al.,

                              Plaintiffs,

        v.

WILBUR L. ROSS, JR., et al.,

                              Defendants.

CASE NO.  5:20-cv-05799-LHK

**DECLARATION OF ANNE W.
ROBINSON IN SUPPORT OF
PLAINTIFFS' RESPONSE TO ORDER
RE: BRIEFING AND DEADLINE FOR
PRODUCTION**

Date:    TBD
Time:    TBD
Place:   Courtroom 8
Judge:   Hon. Lucy H. Koh

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
ROBINSON  DECL. ISO PLTFS.' RESPONSE TO ORDER
RE; BRIEFING and DEADLINE FOR PRODUCTION

1   I, Anne W. Robinson, declare as follows:

2        1.     I am an active member of the Bar of the District of Columbia, a partner at Latham

3   & Watkins LLP, and counsel for Plaintiffs in the above-titled action.  I make this declaration in

4   support of Plaintiffs' Response to the Court's Order Regarding Briefing and Deadline for

5   Production (Dkt. 101).  I have personal, first-hand knowledge of the matters set forth below and,

6   if called as a witness, I could and would testify competently thereto.

7        2.     Attached hereto as Annex A is a true and correct copy of a letter from Inspector

8   General Peggy E. Gustafson, titled "Request for Information and Notice of Interview Pursuant to

9   the Inspector General Act of 1978, as Amended," available at

10   https://www.oig.doc.gov/Pages/Request-for-Information-and-Notice-of-Interview-to-Secretary-

11   Wilbur-Ross-from-the-Inspector-General-re-2020-Census-Schedule.aspx, from the Office of

12   Inspector General, dated August 13, 2020.

13

14   I declare under penalty of perjury that the foregoing is true and correct.

15

16   Executed on: September 14, 2020       LATHAM & WATKINS LLP

17                   By:  /s/ Anne W. Robinson
                       Anne W. Robinson

18

19                 Anne W. Robinson
                 **LATHAM & WATKINS** LLP

20               555 Eleventh Street NW, Suite 1000
                 Washington, D.C. 20004

21               Telephone:  202.637.2200
                 Facsimile:  202.637.2201

22               *Attorney for Plaintiffs National Urban League;*

23               *League of Women Voters; Black Alliance for
               Just Immigration; Harris County, Texas; King*

24               *County, Washington; City of San Jose,
               California; Rodney Ellis; Adrian Garcia; and*

25               *NAACP*

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
ROBINSON  DECL. ISO PLTFS.' RESPONSE TO ORDER
RE; BRIEFING and DEADLINE FOR PRODUCTION