UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: COMMUNICATIONS WITH THE COURT** |

An individual has called the Clerk's Office about the above-captioned case. The Courtroom Deputy has informed the caller that the caller cannot discuss the case with the Court, the caller may wish to obtain a lawyer, and the caller may contact the President of the Federal Bar Association's Northern District of California Chapter for any assistance in locating a lawyer. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

**IT IS SO ORDERED.**

Dated: September 14, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-05799-LHK
ORDER RE: COMMUNICATIONS WITH THE COURT