UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILBUR L. ROSS, et al.,<br><br>  Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER RE: ALLEGATIONS OF POTENTIAL NON-COMPLIANCE WITH COURT'S TEMPORARY RESTRAINING ORDER** |

On September 12, 2020, the Court filed an ex parte email alleging Defendants' potential non-compliance with the Court's Temporary Restraining Order and ordered the parties to respond to the email by September 14, 2020. ECF No. 100. On September 14, 2020, the parties filed their responses. ECF Nos. 107–08. Defendants stated they "have not yet been able to fully investigate these allegations." ECF No. 107 at 2. Plaintiffs provided more allegations of Defendants' potential non-compliance with the Court's Temporary Restraining order from unsolicited "additional individuals identifying themselves as Census Bureau employees [that] have contacted Plaintiffs over the last week." ECF No. 108 at 1. Defendants are hereby ordered to investigate all the allegations of potential non-compliance with the Court's Temporary Restraining Order in the email the Court filed on September 12, 2020, ECF No. 100, as well as in Plaintiff's September 14,

1

Case No. 20-CV-05799-LHK
ORDER RE: ALLEGATIONS OF POTENTIAL NON-COMPLIANCE WITH COURT'S TEMPORARY RESTRAINING ORDER

2020 response, ECF No. 108, and to file a response by 1 p.m. Pacific Time/4 p.m. Eastern Time on Tuesday, September 15, 2020.

The Court will hold a hearing on these allegations on Tuesday, September 15, 2020 at 2 p.m. Pacific time.

**IT IS SO ORDERED.**

Dated: September 14, 2020

_____
LUCY H. KOH
United States District Judge