LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation
information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE et al., | CASE NO.  5:20-cv-05799-LHK |
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO ORDER TO IDENTIFY KEY DOCUMENTS IN THE ADMINISTRATIVE RECORD** |
| v. | |
| WILBUR L. ROSS, JR., et al., | Date:   TBD |
| Defendants. | Time:   TBD<br>Place:  Courtroom 8<br>Judge: Hon. Lucy H. Koh |

Plaintiffs respectfully respond to the Court's Order of September 12, 2020, requiring Plaintiffs to identify the Bates range for the five documents produced by Defendants on Sunday, September 13, 2020, that best support Plaintiffs' position.  Although Defendants' production is admittedly not complete, and Plaintiffs have separately identified their concerns with the production, for purposes of this filing Plaintiffs identify the following:

| BATES # | DESCRIPTION | RELEVANCE |
|---|---|---|
| 857-868 | July 27 Periodic Status Report | Describes current state of operations on July 27 and lists October 31, 2020 as the end of self-response and NRFU operations, without reference to statutory deadlines |
| 870-883 | PowerPoint: Operational and Processing Options To Meet Statutory Dates of December 31, 2020 For Apportionment | New version of August 3 presentation, which includes additional statements not in previously-filed version |
| 898-911 | Revised PowerPoint: Operational and Processing Options To Meet Statutory Dates of December 31, 2020 For Apportionment | Previously-filed version of August 3 presentation noting compressed and eliminated operations and resulting impact on accuracy |
| 915 | Email regarding revisions to Replan PowerPoint | Discusses revision to Slide 12 of the August 3 presentation, pertaining to the President's Apportionment Exclusion Order, which is not reflected in any of the presentation drafts produced |
| 933-935 | August 3, 2020 Statement from Director Dillingham Announcing Replan | Announcement of Replan without explanation and with assertions contrary to internal documents |

1     Dated: September 14, 2020             LATHAM & WATKINS LLP

2                                             By:   /s/ Sadik Huseny
3                                                 Sadik Huseny

4                                       Steven M. Bauer (Bar No. 135067)
                                           steven.bauer@lw.com
5                                       Sadik Huseny (Bar No. 224659)
                                           sadik.huseny@lw.com
6                                       Amit Makker (Bar No. 280747)
                                           amit.makker@lw.com
7                                       Shannon D. Lankenau (Bar. No. 294263)
                                           shannon.lankenau@lw.com
8                                       **LATHAM & WATKINS LLP**
                                           505 Montgomery Street, Suite 2000
9                                       San Francisco, CA 94111
                                           Telephone:  415.391.0600
10                                      Facsimile:  415.395.8095

11                                      Richard P. Bress (admitted *pro hac vice*)
                                           rick.bress@lw.com
12                                      Melissa Arbus Sherry (admitted *pro hac vice*)
                                           melissa.sherry@lw.com
13                                      Anne W. Robinson (admitted *pro hac vice*)
                                           anne.robinson@lw.com
14                                      Tyce R. Walters (admitted *pro hac vice*)
                                           tyce.walters@lw.com
15                                      Genevieve P. Hoffman (admitted *pro hac vice*)
                                           genevieve.hoffman@lw.com
16                                      Gemma Donofrio (admitted *pro hac vice*)
                                           gemma.donofrio@lw.com
17                                      **LATHAM & WATKINS LLP**
                                           555 Eleventh Street NW, Suite 1000
18                                      Washington, D.C. 20004
                                           Telephone:  202.637.2200
19                                      Facsimile:  202.637.2201

20                                      *Attorneys for Plaintiffs National Urban League;*
                                           *League of Women Voters; Black Alliance for*
21                                      *Just Immigration; Harris County, Texas; King*
                                           *County, Washington; City of San Jose,*
22                                      *California; Rodney Ellis; Adrian Garcia; and*
                                           *the NAACP*

23     Dated: September 14, 2020             By: /s/ Jon M. Greenbaum
24                                      Kristen Clarke (*pro hac vice* forthcoming)
                                           kclarke@lawyerscommittee.org
25                                      Jon M. Greenbaum (Bar No. 166733)
                                           jgreenbaum@lawyerscommittee.org
26                                      Ezra D. Rosenberg (admitted *pro hac vice*)
                                           erosenberg@lawyerscommittee.org
27                                      Dorian L. Spence (*pro hac vice* forthcoming)
                                           dspence@lawyerscommittee.org
28                                      Maryum Jordan (*pro hac vice* forthcoming)

1  mjordan@lawyerscommittee.org
   Ajay Saini (admitted *pro hac vice*)
2  asaini@lawyerscommittee.org
   Pooja Chaudhuri (Bar No. 314847)
3  pchaudhuri@lawyerscommittee.org
   **LAWYERS' COMMITTEE FOR CIVIL**
4  **RIGHTS UNDER LAW**
   1500 K Street NW, Suite 900
5  Washington, DC 20005
   Telephone:  202.662.8600
6  Facsimile:  202.783.0857

7
   *Attorneys for Plaintiffs National Urban League;*
8  *City of San Jose, California; Harris County,*
   *Texas; League of Women Voters; King County,*
9  *Washington; Black Alliance for Just*
   *Immigration; Rodney Ellis; Adrian Garcia; the*
10 *NAACP; and Navajo Nation*

11 Wendy R. Weiser (admitted *pro hac vice*)
   weiserw@brennan.law.nyu.edu
12 Thomas P. Wolf (admitted *pro hac vice*)
   wolf@brennan.law.nyu.edu
13 Kelly M. Percival (admitted *pro hac vice*)
   percivalk@brennan.law.nyu.edu
14 **BRENNAN CENTER FOR JUSTICE**
   120 Broadway, Suite 1750
15 New York, NY 10271
   Telephone: 646.292.8310
16 Facsimile: 212.463.7308

17
   *Attorneys for Plaintiffs National Urban League;*
18 *City of San Jose, California; Harris County,*
   *Texas; League of Women Voters; King County,*
19 *Washington; Black Alliance for Just*
   *Immigration; Rodney Ellis; Adrian Garcia; the*
20 *NAACP; and Navajo Nation*

21
   Mark Rosenbaum (Bar No. 59940)
22 mrosenbaum@publiccounsel.org
   **PUBLIC COUNSEL**
23 610 South Ardmore Avenue
   Los Angeles, California 90005
24 Telephone:  213.385.2977
   Facsimile:  213.385.9089
25
26 *Attorneys for Plaintiff City of San Jose*

27

28

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice* forthcoming)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: September 14, 2020

By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: September 14, 2020

By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

1   Dated: September 14, 2020                By: */s/ Rafey S. Balabanian*

2                                            Rafey S. Balabanian (Bar No. 315962)
                                             rbalabanian@edelson.com
3                                            Lily E. Hough (Bar No. 315277)
                                             lhough@edelson.com
4                                            **EDELSON P.C.**
                                             123 Townsend Street, Suite 100
5                                            San Francisco, CA 94107
                                             Telephone: 415.212.9300
6                                            Facsimile: 415.373.9435

7                                            Rebecca Hirsch (*pro hac vice* forthcoming)
                                             rebecca.hirsch2@cityofchicago.org
8                                            **CORPORATION COUNSEL FOR THE
                                             CITY OF CHICAGO**
9                                            Mark A. Flessner
                                             Stephen J. Kane
10                                           121 N. LaSalle Street, Room 600
                                             Chicago, IL 60602
11                                           Telephone: (312) 744-8143
                                             Facsimile: (312) 744-5185
12

13                                           *Attorneys for Plaintiff City of Chicago*

14
    Dated: September 14, 2020                By: */s/ Donald R. Pongrace*
15                                           Donald R. Pongrace (*pro hac vice* pending)
                                             dpongrace@akingump.com
16                                           **AKIN GUMP STRAUSS HAUER & FELD
                                             LLP**
17                                           2001 K St., N.W.
                                             Washington, D.C. 20006
18                                           Telephone: (202) 887-4000
                                             Facsimile: 202-887-4288
19

20                                           Dario J. Frommer (Bar No. 161248)
                                             dfrommer@akingump.com
21                                           **AKIN GUMP STRAUSS HAUER & FELD
                                             LLP**
22                                           1999 Avenue of the Stars, Suite 600
                                             Los Angeles, CA  90067-6022
23                                           Phone:  213.254.1270
                                             Fax: 310.229.1001
24

25                                           *Attorneys for Plaintiff Gila River Indian
                                             Community*

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESPONSE RE: KEY DOCUMENTS

Dated: September 14, 2020

By: _/s/ David I. Holtzman_
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 14, 2020

**LATHAM & WATKINS LLP**

By: _/s/ Sadik Huseny_
Sadik Huseny