United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL URBAN LEAGUE, et al.,

Plaintiffs,

v.

WILBUR L. ROSS, et al.,

Defendants.

Case No. 20-CV-05799-LHK

**ORDER RE: DOCUMENT PRODUCTION**

The parties shall come prepared to discuss the following issues at today's 2 p.m. hearing on allegations of potential non-compliance with the TRO:

(1) The number of documents and pages in the Defendant's OIG production.

(2) The method in which Defendants would produce the OIG documents.

(3) When Defendants would make the OIG production along with an index of all documents with titles, dates, persons involved, and bates ranges.

(4) Whether the parties would consent to having United States Magistrate Judges' privilege rulings be final and appealable to the Ninth Circuit or the U.S. Supreme Court.

(5) Whether any OIG documents fall outside the scope of the administrative record.

(6) Whether the government would assert any privilege other than deliberative process privilege.

**IT IS SO ORDERED.**

Dated: September 15, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-05799-LHK
ORDER RE: DOCUMENT PRODUCTION