| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (*pro hac vice*)<br>    rick.bress@lw.com<br>  Melissa Arbus Sherry (*pro hac vice*)<br>    melissa.sherry@lw.com<br>  Anne W. Robinson (*pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (*pro hac vice*)<br>    tyce.walters@lw.com<br>  Genevieve P. Hoffman (*pro hac vice*)<br>    genevieve.hoffman@lw.com<br>  Gemma Donofrio (*pro hac vice*)<br>    gemma.donofrio@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice* forthcoming)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (*pro hac vice* forthcoming<br>    dspence@lawyerscommittee.org<br>  Ajay P. Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>  Maryum Jordan (Bar No. 325447)<br>    mjordan@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Additional counsel and representation information listed in signature block* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                           Plaintiffs,<br>    v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                           Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**PLAINTIFFS' STATEMENT REGARDING CASE MANAGEMENT ISSUES**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  Courtroom 8<br>Judge:  Hon. Lucy H. Koh |

During the Case Management Conference ("CMC") yesterday, the Court and the parties discussed a number of related issues including the incomplete and non-compliant production of the Administrative Record ("AR"), the possible production and *in camera* review of the Office of Inspector General ("OIG") Documents ("OIG Documents") in the immediate term, and a possible extension of the Temporary Restraining Order ("TRO"). Last night, the parties made several filings on those same topics.

Solely for ease of reference, and for the Court's consideration, Plaintiffs thought it might be efficient to propose a consolidated way forward in advance of today's hearing. Plaintiffs do not presume to decide the appropriate course for the Court, but merely to provide some suggestions that may be easier to digest in writing than during the hearing itself. Plaintiffs will also be prepared to address the issues raised in the Court's just filed Order re: Document Production. Dkt. 128.

For the limited purpose set forth above, Plaintiffs propose the following:

1. The Court orders production of the OIG Documents **today**. At the time of production, Defendants shall file a declaration from a knowledgeable source attesting to the following: (1) whether the production included materials from the Secretary and his subordinates, in addition to the Census Bureau; (2) what time frame was searched for these documents; (3) what custodians were searched; (4) whether the Department complied *fully* with the scope of the production request; (5) the exact date on which the documents were produced to OIG; (6) whether any portion of the production to OIG is still outstanding; and (7) how many documents were produced. This attestation will help Plaintiffs understand the size and scope of the OIG Documents vis-à-vis the complete administrative record.

2. As previously ordered by the Court, Plaintiffs will file their PI Reply brief on September 15, 2020 (today). Dkt. 96 at 21. Plaintiffs are prepared to file the reply brief now, and will do so during today's hearing with the Court's permission.

3. Defendants must ultimately produce the complete AR, and should continue efforts to compile the AR expeditiously as the Court previously ordered. As stated in the September 12, 2020 Order to Produce the AR (Dkt. 96, at 22), the Court "will consult with the parties on a

schedule for production of the complete administrative record after the Court's ruling on Plaintiffs' motion for preliminary injunction." If Defendants continue to compile the AR, and produce the OIG Documents today, the Court will remove the September 16 deadline for production of the Fontenot Documents from the calendar. If the OIG Documents production appears deficient or incomplete based on the attestation required above, the Court will revisit the AR production deadlines and Defendants' violation of the Court's Order to Produce the AR.

4. Upon production of the OIG Documents, the Court will "treat all such documents as privileged and conduct in camera review." Order Re: Production of Inspector General Document Production ("OIG Order") (Dkt. 119) at 3. "If the Court determines a document is not privileged, Defendants shall have an opportunity to object to the Court's determination," but shall be required to do so expeditiously. *Id.* Any documents that the Court determines are not privileged will be produced to Plaintiffs if and when such objections are overruled.

5. Within two days after such production and review is complete, and the non-privileged documents have been produced to Plaintiffs, the parties shall file simultaneous briefs of not more than five pages addressing the OIG Documents portion of the AR.

6. Within two days following receipt of the supplemental briefs, the Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction (Dkt. 36). The Court will set the hearing date and time as soon as the privilege review is complete, but anticipates holding it on Monday, September 21. The Court will "issue a ruling very promptly" after the hearing. September 14, 2020 CMC Transcript at 62:19; Order re: Briefing and Deadline for Production (Dkt. 101) at 2.

7. To provide the Court sufficient time to review the OIG Documents *in camera*, for Defendants to object to any production of non-privileged material, for the parties to file supplemental briefs, for the Court to hold a hearing on the PI motion, and for the Court to issue a ruling promptly thereafter, the Court will extend the TRO for "good cause" for one week, until September 24, 2020.

| | | |
|---|---|---|
| 1 | Dated: September 15, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Melissa Arbus Sherry |
| 3 | | Melissa Arbus Sherry |
| 4 | | Steven M. Bauer (Bar No. 135067) |
| | | steven.bauer@lw.com |
| 5 | | Sadik Huseny (Bar No. 224659) |
| | | sadik.huseny@lw.com |
| 6 | | Amit Makker (Bar No. 280747) |
| | | amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263) |
| | | shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP** |
| | | 505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111 |
| | | Telephone:  415.391.0600 |
| 10 | | Facsimile:  415.395.8095 |
| 11 | | Richard P. Bress (admitted *pro hac vice*) |
| | | rick.bress@lw.com |
| 12 | | Melissa Arbus Sherry (admitted *pro hac vice*) |
| | | melissa.sherry@lw.com |
| 13 | | Anne W. Robinson (admitted *pro hac vice*) |
| | | anne.robinson@lw.com |
| 14 | | Tyce R. Walters (admitted *pro hac vice*) |
| | | tyce.walters@lw.com |
| 15 | | Genevieve P. Hoffman (admitted *pro hac vice*) |
| | | genevieve.hoffman@lw.com |
| 16 | | Gemma Donofrio (admitted *pro hac vice*) |
| | | gemma.donofrio@lw.com |
| 17 | | **LATHAM & WATKINS LLP** |
| | | 555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004 |
| | | Telephone:  202.637.2200 |
| 19 | | Facsimile:  202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 21 | | |
| 22 | | |
| 23 | Dated: September 15, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (*pro hac vice* forthcoming) |
| | | kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733) |
| | | jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (admitted *pro hac vice*) |
| | | erosenberg@lawyerscommittee.org |
| 27 | | Dorian L. Spence (*pro hac vice* forthcoming) |
| | | dspence@lawyerscommittee.org |
| 28 | | Maryum Jordan (*pro hac vice* forthcoming) |

mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

|   |   |
|---|---|
|   | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice* forthcoming)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345<br><br>*Attorneys for Navajo Nation* |
| Dated: September 15, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: September 15, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |

| | |
|---|---|
| Dated: September 15, 2020 | By: */s/ Rafey S. Balabanian*<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com<br>**EDELSON P.C.**<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (admitted *pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |
| Dated: September 15, 2020 | By: */s/ Donald R. Pongrace*<br>Donald R. Pongrace (*pro hac vice* pending)<br>dpongrace@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2001 K St., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4000<br>Facsimile: 202-887-4288<br><br>Dario J. Frommer (Bar No. 161248)<br>dfrommer@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br>Phone: 213.254.1270<br>Fax: 310.229.1001<br><br>*Attorneys for Plaintiff Gila River Indian Community* |

Dated: September 15, 2020

By: /s/ David I. Holtzman
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

## ATTESTATION

I, Melissa Arbus Sherry, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 15, 2020

**LATHAM & WATKINS LLP**

By: /s/ Melissa Arbus Sherry
Melissa Arbus Sherry