LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (admitted *pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (admitted *pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (admitted *pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (admitted *pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (admitted *pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (admitted *pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in docket*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE et al., <br><br> Plaintiffs, <br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **DECLARATION OF SADIK HUSENY IN SUPPORT OF PLAINTIFFS' REPLY BRIEF FOR MOTION FOR STAY AND PRELIMINARY INJUNCTION** <br><br> Date: September 17, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 8, 4th Floor, San Jose <br> Judge: Hon. Lucy H. Koh |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
HUSENY DECL. ISO PLTFS.' REPLY FOR MOT. FOR
STAY AND PRELIM. INJUNCTION

I, Sadik Huseny, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, a partner at Latham & Watkins LLP, and counsel for Plaintiffs in the above-titled action. I make this declaration in support of Plaintiffs' Reply Brief for Motion for Stay and Preliminary Injunction. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 16** is a true and correct copy of Congressional Research Service Report R43520, Community Development Block Grants and Related Programs: A Primer, dated April 30, 2014, available at https://crsreports.congress.gov/product/pdf/R/R43520.

3. Attached hereto as **Exhibit 17** is a true and correct copy of screenshots taken on September 14, 2020 from the website https://www.censushardtocountmaps2020.us/.

4. Attached hereto as **Exhibit 18** is a true and correct copy of 2020 Census Housing Unit Enumeration Progress by State dated September 11, 2020, available at https://2020census.gov/content/dam/2020census/news/daily-nrfu-rates/nrfu-rates-report-09-11.pdf.

5. Attached hereto as **Exhibit 19** is a true and correct copy of a post, dated July 6, 2020, from the Rose Institute, *Southern California Faces Loss of One Congressional District, May narrowly hold on to second*, available at https://roseinstitute.org/southern-california-faces-loss-of-one-congressional-district-may-narrowly-hold-on-to-second/.

6. Attached hereto as **Exhibit 20** is a true and correct copy of a press release from Election Data Services, *Montana Gains California's Seat With New 2019 Census Estimates; But Alabama & Ohio to also lose by 2020*, dated December 30, 2019, available at https://www.electiondataservices.com/wp-content/uploads/2019/12/NR_Appor19wTablesMaps.pdf.

7. Attached hereto as **Exhibit 21** is a true and correct copy of GAO-20-671R regarding the 2020 Census, titled "Recent Decision to Compress Census Timeframes Poses Additional Risks to an Accurate Count," available at

https://www.gao.gov/assets/710/709015.pdf, from the U.S. Government Accountability Office, dated August 27, 2020.

8. Attached hereto as **Exhibit 22** is a true and correct copy of an internal Census Bureau document, dated August 3, 2020, released in connection with Exhibit 26, and available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/documents/Census%20Slide%20Deck%20Aug%203%202020.pdf. A press release regarding the letter that also links to the document is available at https://oversight.house.gov/news/press-releases/oversight-committee-releases-new-internal-census-bureau-document-warning-of-risk.

9. Attached hereto as **Exhibit 23** is a true and correct copy of the Declaration of Albert E. Fontenot, Jr., filed on September 11, 2020 in *La Unión del Pueblo Entero, et al. v. Donald J. Trump, et al.*, Case No. 8:19-cv-02710-PX-PAH-ELH (D. Md.).

10. Attached hereto as **Exhibit 23-B** is a true and correct copy of a redline prepared by counsel, comparing the substantive numbered paragraphs from Exhibit 33 with the substantive numbered paragraphs from Mr. Fontenot's declaration in this case, Dkt. 81-1.

11. Attached hereto as **Exhibit 24** is a true and correct copy of a New York Times article by Katie Rogers and Peter Baker, *Trump Seeks to Stop Counting Unauthorized Immigrants in Drawing House Districts*, dated July 23, 2020, available at https://www.nytimes.com/2020/07/21/us/politics/trump-immigrants-census-redistricting.html.

12. Attached hereto as **Exhibit 25** is a true and correct copy of a letter from Speaker Pelosi and Senator Schumer to Secretary of Commerce Ross and Census Bureau Director Dillingham, dated September 4, 2020, available at https://www.democrats.senate.gov/imo/media/doc/Census%20letter%20-%20Speaker%20Leader%20Final.pdf.

13. Attached hereto as **Exhibit 26** is a true and correct copy of a letter from Carolyn B. Maloney, Chairwoman of the House Committee on Oversight and Reform to Speaker Pelosi, Minority Leader McCarthy, Majority Leader McConnell, and Minority Leader Schumer, dated September 2, 2020, available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/documents/2020-09-

02.CBM%20to%20%20House%20and%20Senate%20Leadership%20re%20Census.pdf. A press release regarding the letter that also links to the letter is available at https://oversight.house.gov/news/press-releases/oversight-committee-releases-new-internal-census-bureau-document-warning-of-risk.

14. Attached hereto as **Exhibit 27** is a true and correct copy of a weather.com article by Ron Brackett and Jan Wesner Childs, *Hurricane Laura: Two C-130s Land in Port Arthur, Texas for "Last Chance" Evacuation; Louisiana Prepares for Storm Surge*, dated August 26, 2020, available at https://weather.com/news/news/2020-08-26-hurricane-laura-texas-louisiana-evacuations-preparations.

15. Attached hereto as **Exhibit 28** is a true and correct copy of a USA Today article by Wyatte Grantham-Philips and Joel Shannon, *About 560 wildfires burn in California as more than 100,000 people evacuate: Here's what we know*, dated August 21, 2020, available at https://www.usatoday.com/story/news/nation/2020/08/21/california-wildfires-how-many-burning-what-we-know/3406246001/.

16. Attached hereto as **Exhibit 29** is a true and correct copy of Hansi Lo Wang, *'We're Running Out of Time': Census Turns to Congress to Push Deadlines*, NPR, dated May 27, 2020, available at https://www.npr.org/sections/coronavirus-live-updates/2020/05/27/863290458/we-re-running-out-of-time-census-turns-to-congress-to-push-deadlines/.

17. Attached hereto as **Exhibit 30** is a true and correct copy of Hansi Lo Wang, Trump Officials Ask to Delay Census Data for Voting Districts, House Seats, NPR, April 13, 2020, available at https://www.npr.org/2020/04/13/833546675/trump-officials-ask-to-delay-census-data-for-voting-districts-house-seats/.

18. Attached hereto as **Exhibit 31** is a true and correct copy of testimony by J. Christopher Mihm, Managing Director of Strategic Issues at the U.S. Government Accountability Office, to the Committee on Oversight and Reform of the U.S. House of Representatives, dated September 10, 2020, available at https://www.gao.gov/assets/710/709291.pdf.

19. Attached hereto as **Exhibit 32** is a true and correct copy of 2020 Census Housing Unit Enumeration Progress by State dated September 13, 2020, available at https://2020census.gov/content/dam/2020census/news/daily-nrfu-rates/nrfu-rates-report-09-13.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

*Attorney for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*