JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DECLARATION OF JAMES T. CHRISTY** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

DECLARATION OF JAMES T. CHRISTY
Case No. 5:20-cv-05799-LHK

I, James T. Christy, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1.    The number of enumerators employed by the Census Bureau on the following dates are as follows:

    August 29, 2020: 239,595

    September 5, 2020: 231,700

    September 15, 2020: 224,406

2.    These numbers are a snapshot in time.  They change frequently as enumerators leave and we hire additional enumerators.

3.    The enumerator position is temporary.  Most enumerators work 8 weeks or less, and average 19 hours per week.

4.    It is not possible under the Census Bureau's systems to identify the precise reasons for the reduction in the number of enumerators stated in paragraph 1 above.  This is because the Decennial Applicant Personnel and Payroll System (DAPPS) aggregates and provides reasons for termination for all temporary field staff (Enumerators, Census Field Supervisors, Clerks, Office Operations Supervisors, and Recruiting Assistants).  The system does not, however, allow me to isolate just enumerator positions.  Below is information reflected in DAPPs from September 7 to the present regarding departures of all staff (including, but not limited to, enumerators).

| Action Type | Number |
| --- | --- |
| Death | 5 |
| Expiration of Appointment | 233 |
| Lack of Work | 520 |
| Misconduct | 640 |
| Resignation | 16,069 |
| Unsatisfactory Performance | 349 |
| Total | 17,816 |

5.        The table above does not reflect new hires during this period.  The Census Bureau hired 14,599 new temporary field staff since September 7, 2020.

6.        The "Lack of Work" reason on termination actions is used primarily to release staff when no more work is available for the employee.  This can be the result of all work in an area being completed or the scheduled end of an operation.  This reason is also used for employees who are not interested in other work assignments, for example, working in a different Census Field Manager (CFM) area or traveling to another Area Census Office.

7.        I retrieved the data reflected in the chart above following the submission of my declaration on September 15, 2020, ECF 127-1, where I stated that "we are only separating enumerators who voluntarily resign or those with a conduct or performance problem." Accordingly, we will be reiterating our guidance to field managers to remind them of their obligations under the TRO.

I have read the foregoing and it is all true and correct.

DATED this _16__ day of September, 2020

_____

James T. Christy

Assistant Director for Field Operations

United States Bureau of the Census