| | |
|---|---|
| 1 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW |
| 2 | Kristen Clarke (*pro hac vice* forthcoming) kclarke@lawyerscommittee.org |
| 3 | Jon M. Greenbaum (Bar No. 166733) jgreenbaum@lawyerscommittee.org |
| 4 | Ezra D. Rosenberg (admitted *pro hac vice*) erosenberg@lawyerscommittee.org |
| 5 | Dorian L. Spence (*pro hac vice* forthcoming) dspence@lawyerscommittee.org |
| 6 | Ajay P. Saini (admitted *pro hac vice*) asaini@lawyerscommittee.org |
| 7 | Maryum Jordan (Bar No. 325447) mjordan@lawyerscommittee.org |
| 8 | Pooja Chaudhuri (Bar No. 314847) pchaudhuri@lawyerscommittee.org |
| 9 | 1500 K Street NW, Suite 900 Washington, D.C. 20005 |
| 10 | Telephone:  202.662.8600 Facsimile:  202.783.0857 |

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                                         Plaintiffs,<br>            v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                                         Defendants. | CASE NO.  5:20-cv-05799-LHK<br><br>**NOTICE OF APPEARANCE OF POOJA CHAUDHURI** |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:** PLEASE TAKE NOTICE that Pooja Chaudhuri of LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW hereby enters her appearance in the above-captioned matter as counsel for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis, Adrian Garcia, National Association for the Advancement of Colored People, and Navajo Nation. She respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> Pooja Chaudhuri
> Lawyers' Committee for Civil Rights Under Law
> 1500 K Street, NW
> Washington, D.C. 20005
> Telephone: 202.662.8600
> Facsimile: 202.783.0857
> Email: pooja.chaudhuri@lawyerscommittee.org

Dated: September 16, 2020

LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW

By: /s/ Pooja Chaudhuri
Pooja Chaudhuri (Bar No. 314847)
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857
pchaudhuri@lawyerscommittee.org

*Attorney for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*