[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | CASE NO.  20-cv-5799-LHK |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| WILBUR L. ROSS, JR., et al., | Date:       September 18, 2020 |
| Defendants. | Time:       10:00 a.m. |
| | Courtroom:  Videoconference |
| | Judge:      Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Pursuant to the Court's instructions at the September 15, 2020 Case Management

2  Conference, the parties in the above-captioned case, by their respective counsel, respectfully

3  submit the following Joint Case Management Statement for the Further Case Management

4  Conference set for September 18, 2020 at 10:00 a.m.

5  As directed by the Court at the September 15 CMC, the parties discussed whether there

6  are any issues that would be helpful to address at tomorrow's CMC.  Given the current state of

7  the proceedings and the Court's recent orders (Dkts. 132, 140, 142), the parties do not believe a

8  CMC needs to be held tomorrow.

9

10

11

12  Dated: September 17, 2020                    LATHAM & WATKINS LLP

13                                              By:   /s/ Sadik Huseny
                                                       Sadik Huseny
14

15                                              Steven M. Bauer (Bar No. 135067)
                                                steven.bauer@lw.com
16                                              Sadik Huseny (Bar No. 224659)
                                                sadik.huseny@lw.com
17                                              Amit Makker (Bar No. 280747)
                                                amit.makker@lw.com
18                                              Shannon D. Lankenau (Bar. No. 294263)
                                                shannon.lankenau@lw.com
19                                              **LATHAM & WATKINS LLP**
                                                505 Montgomery Street, Suite 2000
20                                              San Francisco, CA 94111
                                                Telephone:  415.391.0600
21                                              Facsimile:  415.395.8095

22                                              Richard P. Bress (admitted *pro hac vice*)
                                                rick.bress@lw.com
23                                              Melissa Arbus Sherry (admitted *pro hac vice*)
                                                melissa.sherry@lw.com
24                                              Anne W. Robinson (admitted *pro hac vice*)
                                                anne.robinson@lw.com
25                                              Tyce R. Walters (admitted *pro hac vice*)
                                                tyce.walters@lw.com
26                                              Genevieve P. Hoffman (admitted *pro hac vice*)
                                                genevieve.hoffman@lw.com
27                                              Gemma Donofrio (admitted *pro hac vice*)
                                                gemma.donofrio@lw.com
28                                              **LATHAM & WATKINS LLP**
                                                555 Eleventh Street NW, Suite 1000

1  Washington, D.C. 20004
   Telephone:  202.637.2200
2  Facsimile:  202.637.2201

3  *Attorneys for Plaintiffs National Urban League;*
   *League of Women Voters; Black Alliance for*
4  *Just Immigration; Harris County, Texas; King*
   *County, Washington; City of San Jose,*
5  *California; Rodney Ellis; Adrian Garcia; and*
   *the NAACP*
6

7  Dated: September 17, 2020            By: /s/ Jon M. Greenbaum
                                        Kristen Clarke (*pro hac vice* forthcoming)
8                                       kclarke@lawyerscommittee.org
                                        Jon M. Greenbaum (Bar No. 166733)
9                                       jgreenbaum@lawyerscommittee.org
                                        Ezra D. Rosenberg (admitted *pro hac vice*)
10                                      erosenberg@lawyerscommittee.org
                                        Dorian L. Spence (*pro hac vice* forthcoming)
11                                      dspence@lawyerscommittee.org
                                        Maryum Jordan (*pro hac vice* forthcoming)
12                                      mjordan@lawyerscommittee.org
                                        Ajay Saini (admitted *pro hac vice*)
13                                      asaini@lawyerscommitee.org
                                        Pooja Chaudhuri (Bar No. 314847)
14                                      pchaudhuri@lawyerscommittee.org
15                                      **LAWYERS' COMMITTEE FOR CIVIL**
                                        **RIGHTS UNDER LAW**
16                                      1500 K Street NW, Suite 900
                                        Washington, DC 20005
17                                      Telephone:  202.662.8600
                                        Facsimile:  202.783.0857
18

19                                      *Attorneys for Plaintiffs National Urban League;*
                                        *City of San Jose, California; Harris County,*
20                                      *Texas; League of Women Voters; King County,*
                                        *Washington; Black Alliance for Just*
21                                      *Immigration; Rodney Ellis; Adrian Garcia; the*
                                        *NAACP; and Navajo Nation*
22

23                                      Wendy R. Weiser (admitted *pro hac vice*)
                                        weiserw@brennan.law.nyu.edu
24                                      Thomas P. Wolf (admitted *pro hac vice*)
                                        wolf@brennan.law.nyu.edu
25                                      Kelly M. Percival (admitted *pro hac vice*)
                                        percivalk@brennan.law.nyu.edu
26                                      **BRENNAN CENTER FOR JUSTICE**
                                        120 Broadway, Suite 1750
27                                      New York, NY 10271
                                        Telephone: 646.292.8310
28                                      Facsimile: 212.463.7308

1    *Attorneys for Plaintiffs National Urban League;*
     *City of San Jose, California; Harris County,*
2    *Texas; League of Women Voters; King County,*
     *Washington; Black Alliance for Just*
3    *Immigration; Rodney Ellis; Adrian Garcia; the*
     *NAACP; and Navajo Nation*
4

5    Mark Rosenbaum (Bar No. 59940)
     mrosenbaum@publiccounsel.org
6    **PUBLIC COUNSEL**
     610 South Ardmore Avenue
7    Los Angeles, California 90005
     Telephone:  213.385.2977
8    Facsimile:  213.385.9089

9    *Attorneys for Plaintiff City of San Jose*

10   Doreen McPaul, Attorney General
     dmcpaul@nndoj.org
11   Jason Searle (*pro hac vice* pending)
     jasearle@nndoj.org
12   **NAVAJO NATION DEPARTMENT OF**
     **JUSTICE**
13   P.O. Box 2010
     Window Rock, AZ 86515
14   Telephone: (928) 871-6345

15
     *Attorneys for Navajo Nation*
16

17   Dated: September 17, 2020          By: /s/ Danielle Goldstein
                                        Michael N. Feuer (Bar No. 111529)
18                                      mike.feuer@lacity.org
                                        Kathleen Kenealy (Bar No. 212289)
19                                      kathleen.kenealy@lacity.org
                                        Danielle Goldstein (Bar No. 257486)
20                                      danielle.goldstein@lacity.org
                                        Michael Dundas (Bar No. 226930)
21                                      mike.dundas@lacity.org
                                        **CITY ATTORNEY FOR THE CITY OF**
22                                      **LOS ANGELES**
                                        200 N. Main Street, 8th Floor
23                                      Los Angeles, CA 90012
                                        Telephone: 213.473.3231
24                                      Facsimile: 213.978.8312

25                                      *Attorneys for Plaintiff City of Los Angeles*

26

27

28

Dated: September 17, 2020

By: /s/ Christopher A. Callihan
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

Dated: September 17, 2020

By: /s/ Rafey S. Balabanian
Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (admitted *pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE
CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: September 17, 2020

By: /s/ Donald R. Pongrace
Donald R. Pongrace (admitted *pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

| | |
|---|---|
| 1 | Dario J. Frommer (Bar No. 161248) |
| | dfrommer@akingump.com |
| 2 | **AKIN GUMP STRAUSS HAUER & FELD** |
| | **LLP** |
| 3 | 1999 Avenue of the Stars, Suite 600 |
| | Los Angeles, CA  90067-6022 |
| 4 | Phone:  213.254.1270 |
| | Fax: 310.229.1001 |
| 5 | |
| 6 | *Attorneys for Plaintiff Gila River Indian* |
| | *Community* |
| 7 | |
| | Dated: September 17, 2020          By:  /s/ David I. Holtzman |
| 8 | David I. Holtzman (Bar No. 299287) |
| | David.Holtzman@hklaw.com |
| 9 | **HOLLAND & KNIGHT LLP** |
| | Daniel P. Kappes |
| 10 | Jacqueline N. Harvey |
| | 50 California Street, 28th Floor |
| 11 | San Francisco, CA 94111 |
| | Telephone: (415) 743-6970 |
| 12 | Fax: (415) 743-6910 |
| 13 | |
| | *Attorneys for Plaintiff County of Los Angeles* |
| 14 | |
| 15 | JEFFREY BOSSERT CLARK |
| | Acting Assistant Attorney General |
| 16 | |
| 17 | DAVID MORRELL |
| | Deputy Assistant Attorney General |
| 18 | |
| 19 | ALEXANDER K. HAAS |
| | Branch Director |
| 20 | |
| | DIANE KELLEHER |
| 21 | BRAD P. ROSENBERG |
| | Assistant Branch Directors |
| 22 | |
| | Dated: September 17, 2020          By: /s/ Alexander V. Sverdlov |
| 23 | ALEXANDER V. SVERDLOV |
| | (New York Bar No. 4918793) |
| 24 | M. ANDREW ZEE (SBN 272510) |
| 25 | Trial Attorneys |
| | U.S. Department of Justice |
| 26 | Civil Division - Federal Programs Branch |
| | 1100 L Street, NW |
| 27 | Washington, D.C. 20005 |
| | Telephone: (202) 305-0550 |
| 28 | |

1

2

*Attorneys for Defendants*

3

4

5

6

## **ATTESTATION**

7

8

        I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of

9

this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have

concurred in this filing.

10

DATED:  September 17, 2020                    **LATHAM & WATKINS** LLP

11

                                              By: */s/ Sadik Huseny*

12                                                   Sadik Huseny

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28