UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, et al.,<br><br>    Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER RE: PRIVILEGE DECLARATION AND DOCUMENTS FOR *IN CAMERA* REVIEW** |

Defendants' declaration in support of their privilege assertions, which is due on September 19, 2020 at 10 a.m. Pacific Time, shall address all documents on Defendants' September 13, 2020 privilege log and Defendants' September 18, 2020 privilege log. Defendants' production of privileged documents for *in camera* review, which are due on September 19, 2020 at noon Pacific Time, shall include all documents on Defendants' September 13, 2020 privilege log and Defendants' September 18, 2020 privilege log.

**IT IS SO ORDERED.**

Dated: September 18, 2020

_____
LUCY H. KOH
United States District Judge