JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' NOTICE OF FILING DOCUMENTS IN RESPONSE TO THE COURT'S SEPTEMBER 15, 2020 ORDER, ECF No. 132** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

1  Defendants respectfully notify the Court that they are filing with the Court documents
2  responsive to the Court's Order dated September 15, 2020 (ECF No. 132).  Those documents
3  accompany this notice.
4  A declaration from Michael A. Cannon authenticating the documents is submitted with this
5  notice.  An index of the documents produced and a log of the documents withheld on the basis of
6  privilege is attached as Attachment A.

DATED:  September 18, 2020                             Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
ALEXANDER V. SVERDLOV
   (New York Bar No. 4918793)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF FILING DOCUMENTS IN RESPONSE
TO THE COURT'S SEPTEMBER 16, 2020 ORDER, ECF No. 140
Case No. 5:20-cv-05799-LHK

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

                                            */s/ M. Andrew Zee*
                                            M. ANDREW ZEE