| | |
|---|---|
| **From:** | Gorey, Lauren (Federal) |
| **To:** | Wilbur Ross |
| **Cc:** | Walsh, Michael (Federal); Rockas, James (Federal) |
| **Subject:** | Census Talkers on COVID-19 Efforts |
| **Date:** | Tuesday, March 10, 2020 4:55:47 PM |

Secretary Ross,

Please find below talking points from Census, and cleared by The WH, on 2020 Census COVID-19 efforts. They have several 5:00 pm ET deadlines, including a NPR interview, but I wanted to make you aware of what they are saying. This is based off of what you said at the hearing and prior language on general contingency planning.

Thank you,
Lauren

· The Census Bureau will follow the guidance of Federal, State, and local health authorities. We have also established the U.S. Census Bureau COVID-19 Internal Task Force to continuously monitor the situation and update our Pandemic Addendum to the Census Bureau Continuity of Operations (COOP) Plan.

· Our preparation and contingency planning centers on two key principles:

o The health and safety of our staff and the American public is of the utmost consideration and importance.

o We must fulfill our constitutional obligation to deliver the 2020 Census counts to the President of the United States on schedule, and we must adhere to our core task of counting everyone once, only once, and in the right place.

· The key message right now for anyone with questions about how COVID-19 will affect the 2020 Census: **it has never been easier to respond on your own, whether online, over the phone, or by mail—all without having to meet a census taker.**

o From March 12 through March 20, households will receive their first of many invitations to participate in the 2020 Census.

o We are encouraging everyone to respond online as soon as they receive their invitation with the provided instructions to go online. Instructions will include the web address for the online questionnaire in English as well as instructions for where to respond online in the 12 additional languages—ensuring over 99% of U.S. households can respond online in their preferred language.

o The invitation will also include phone numbers for English and the 12 additional languages—ensuring over 99% of U.S. households can respond over the phone in their preferred language. Telephone assistance is available seven days a week from 7:00am to 2:00am EDT for those who prefer to respond by

phone.

    o  Some households—in areas less likely to respond online—will receive a paper questionnaire in the first mailing, but all households that have not responded online or by phone will receive a paper questionnaire on or <u>between April 8 and April 16.</u> The paper questionnaire includes a pre-paid postage envelope to return by mail.

·    Census takers plan to conduct the nonresponse followup operation, which begins in a handful of communities as early as <u>April 9</u>, and starts across the country <u>on May 13.</u> However, households can still respond on their own during this phase (online and phone response is available <u>through July 31</u>).

    o  The Census Bureau will closely follow guidance from public health authorities when conducting this operation, as we do when conducting all field operations.

    o  If we need to delay or discontinue nonresponse follow-up visits in a particular community, we will adapt our operation to ensure we get a complete and accurate count.

    o  Currently, fieldwork for some of our non-Decennial surveys is successfully being conducted by phone where we are seeing an outbreak.

    o  Similarly, partnership specialists are working with local partners and conducting meetings that may have been in person by phone and teleconference.

·    We designed our 2020 operations precisely so we could offer multiple ways to respond. In so doing, we are able to make necessary adaptations at the local level for special operations as well. For instance, "group quarters," the operation which counts people in nursing homes, college dorms, prisons, and other institutional living facilities, includes a myriad of ways to respond, such as via eResponse, paper listing, or self-enumeration by the facility. The same is true for "service-based enumeration" which counts persons experiencing homelessness at the site where they receive services. The site administrators have multiple options for response.

·    In short, where a community, facility, or service organization makes a change that would affect any field operation, we will adapt to make sure we are getting the same population counted another way.

·    We will work to share information about any change in operations with local authorities, community partners, and the media. We will also work with community partners to continue to encourage self-response through the end of the nonresponse followup phase.

·    We also have significant contingency budget to address costs of operational

changes. As needed, we will hire additional workers, manage operations out of different offices, or mail additional reminders or questionnaires to areas affected by an outbreak.

·       We will continue to monitor the situation and take appropriate steps in consultation with public health authorities.

| | |
|---|---|
| **From:** | Christopher M Denno (CENSUS/ADDC FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Ron S Jarmin (CENSUS/DEPDIR FED); James T Christy (CENSUS/LA FED); Christa D Jones (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Enrique Lamas (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED); Kevin Smith (CENSUS/CIO FED); Steven Dillingham (CENSUS/DEPDIR FED); Timothy P Olson (CENSUS/ADFO FED); Burton H Reist (CENSUS/ADCOM FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Michael T Thieme (CENSUS/ADDC FED) |
| **Cc:** | Laura K Furgione (CENSUS/CAO FED) |
| **Subject:** | Re: Crisis Management Team Recap of High Level Operational Plans |
| **Date:** | Friday, March 13, 2020 1:11:37 PM |
| **Attachments:** | COVID-19 Contingency Planning.pptx |

Most current deck, also attached to the invite.

**Christopher Denno**, Special Assistant
Decennial Census Programs
U.S. Census Bureau
Room 8H143| Office: 301.763.4092| Mobile: 
census.gov | @censusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Albert E Fontenot (CENSUS/ADDC FED)
**Sent:** Thursday, March 12, 2020 11:22 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Kevin Smith (CENSUS/CIO FED) <kevin.b.smith@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael T Thieme (CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>; Christopher M Denno (CENSUS/ADDC FED) <christopher.m.denno@census.gov>
**Cc:** Laura K Furgione (CENSUS/CAO FED) <laura.furgione@census.gov>
**Subject:** Crisis Management Team Recap of High Level Operational Plans
**When:** Friday, March 13, 2020 1:00 PM-2:00 PM.
**Where:** Director's Conference Room 8H008; ;;;;Conf Call-in PII

# 2020 Census Program
# COVID-19 Contingency Planning

**March 13, 2020**

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

2020 Census Program COVID-19 Contingency Planning

## Overview

- **2020 Census Operations**
- **IT Security and Support**
- **Major Contract Support**
- **Communications**
- **Facilities**

Shape
your future
START HERE >

United States
Census
2020

DOC_0000951

## 2020 Census Program COVID-19 Contingency Planning - Operational Prioritization

**Operational Priority:** High

- **Mobile Questionnaire Assistance (MQA)**
- **Service Based Enumeration / Group Quarters Enumeration**
- **Partnership**
- **Census Questionnaire Assistance (CQA)**
- **Early Nonresponse followup**
- **Nonresponse followup**

**Operational Priority:** Medium

- **Mailout**
- **Update Enumerate**
- **Data Capture**
- **Nonresponse followup Re-Interview Matching**
- **Non-ID Clerical**

**Operational Priority:** Low

- **Update Leave**
- **Remote Alaska**
- **Island Areas**
- **Post Enumerator Survey – Independent Listing, Initial Housing Unit Follow-up, and Person Interview**

3
2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

**Mobile Questionnaire Assistance (MQA) – Scheduled to begin mid-April**

<u>Concerns:</u>

- Exposure presumed to be high for Census Response Representatives (CRRs)

- Operation designed around gatherings of groups of people

<u>Contingency Considerations:</u>

- Delay start of operation

- Display posters and banners in gathering areas

- Paper questionnaires at kiosks

<u>Additional Considerations:</u>

- Operation was not originally included as a 2020 Census operation

4      2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

Census
2020

## 2020 Census Program COVID-19 Contingency Planning -- High Priority Operations

**Service Based Enumeration (SBE) & Group Quarters Enumeration (GQE)**
**Scheduled to begin March 30 / April 2 (respectively)**

<u>Concerns:</u>

• Face-to-face contact is necessary in SBE/Targeted Non-Sheltered Outdoor Location (TNSOL)

• SBE/TNSOL locations are high exposure risk and possibly unsafe to enumerators

• Some GQE and SBE facilities are likely to restrict or prohibit access to Census employees

• SBE respondents may be unlikely to cooperate in high-risk areas

• Larger chance of missing college students (schools closing early)

• Large groups of people are quarantined on cruise ships, newly established housing facilities that were not accounted in advanced contact

<u>Contingency Considerations:</u>

• Notifying GQ types who selected in-person or self-enumeration to opt for e-response, paper response, or drop-off/pick-up -- already underway

• Contact SBE locations to determine status of local conditions (commencing week of March 16)

5      2020CENSUS.GOV

Shape
your future
START HERE >

Census
2020

**2020 Census Program COVID-19 Contingency Planning -- High Priority Operations**

**Partnership – Currently in production**

<u>Concerns:</u>

- Operation is designed to interact with the public at events

- Public concern is rising about attending gatherings

- Many local and national events are being cancelled

<u>Contingency Considerations:</u>

- Postpone and/or cancel events.

- Conduct conferences/events virtually.

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

DOC_0000955

## 2020 Census Program COVID-19 Contingency Planning -- High Priority Operations

**Census Questionnaire Assistance -- Currently in production**

**Concerns:**

- Increased call volume due to concerns about field work / face-to-face interaction
- Employee absenteeism
- CQA facility quarantine

**Contingency Considerations:**

- Call surges can be addressed through IVR, overtime, and callback capabilities
- Route calls to remaining call centers
- Delay/curtail outbound calling

**Additional Considerations:**

- Ten unique sites nationwide

7        2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning – High Priority Operations**

**Early Nonresponse Followup – Scheduled to begin April 9**

<u>Concerns:</u>

• Early NRFU requires in-person face-to-face interviewing.

• Early NRFU colleges may close early and students may no longer be in the area.

• Training is currently conducted in-person.  Device procurement and swearing-in must be conducted in-person.

<u>Contingency Considerations:</u>

• Messaging to off-campus college students encouraging self-response and providing guidance to respond for themselves at their school address even if they're not there due to school closures

• Delay start of operation, either overall or in specifically impacted areas

• Conduct enumerator training virtually or delay training

• Implement additional enumeration via administrative records

<u>Additional Considerations:</u>

• Possible infection/contamination in later weeks remains unknown.  Situation could improve or worsen.

For Internal Use Only

Shape your future START HERE >

Census 2020

## 2020 Census Program COVID-19 Contingency Planning -- High Priority Operations

**Nonresponse Followup -- Scheduled to begin May 13**

**Concerns:**

- NRFU requires in-person face-to-face interviewing.
- Training is currently conducted in-person.  Device procurement and swearing-in must be conducted in-person.

**Contingency Considerations:**

- Emergency messaging to encourage self response, particular in early NRFU areas.
- Delay start of operation, either overall or in specifically impacted areas.
- Extend operation.
- Conduct enumerator training virtually.
- Delay training.
- Conduct additional enumeration via administrative records.

**Additional Considerations:**

- Possible infection/contamination level next month remains unknown. Situation could become worse or better.

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations

**Mailout – Currently in Production**

<u>**Concerns:**</u>

- Delay of mailings could impact NRFU workload.
- Possible R.R. Donnelley facility quarantine and/or increased staff absenteeism.
- Possible USPS facility quarantine and/or increased staff absenteeism.

<u>**Contingency Considerations:**</u>

- Delay mailings
- Implement additional mailings (e.g., EDDM postcard)
- Bring in replacement staffing to do the mailings (Census cleared staff)
- Send out emergency postcard from alternative location

10      2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

DOC_0000959

**2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations**

**Update Enumerate – Scheduled to begin March 16**

<u>Concerns:</u>
- Face-to-face interviewing is necessary
- Early timing during peak of virus

<u>Contingency Considerations:</u>
- Could delay operation due to small workload

**Data Capture – Currently in production**

<u>Concerns:</u>
- Employee absenteeism
- PDCC facility quarantine

<u>Contingency Considerations:</u>
- Implement overtime and/or additional shifts to accelerate scanning
- Route keying work to alternative PDCC location

<u>Additional Considerations:</u>
- Cases still get removed from NRFU from USPS notifications.

11        2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations

**NRFU Re-interview (RI) – Scheduled to being May 14**

<u>Concerns:</u>

•   Only one site for RI – NPC main campus.

<u>Contingency Considerations:</u>

•   Delay matching work

•   Implement alternatives to clerical matching (e.g., send cases to RCCs based on automated matching only)

**Non-ID Clerical – Scheduled to begin March 12**

<u>Concerns:</u>

•   Cases not worked will proceed to field verification.  This is NRFU work that does not involve face-to-face contact.

<u>Contingency Considerations:</u>

•   Delay matching

•   Float work to an alternative site

•   Let cases flow to field verification as necessary

•   NPC is working on a contingency plan for main campus activities

<u>Additional Considerations:</u>

•   Work can be conducted in three sites (two stateside)

12      2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning – Low Priority Operations**

**Update Leave – Scheduled to begin March 16**

<u>Concerns:</u>

- Employee absenteeism
- Public face-to-face contact

<u>Contingency Considerations:</u>

- Make procedural change to just leave package and update address from observation
- Delay operation – could lead to additional NRFU workload

13       2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Low Priority Operations

**Remote Alaska – Currently in production**

Concerns:

- Employee absenteeism
- Public face-to-face contact

Contingency Considerations:

- Delay completion of operation
- Implement overtime to counter any absenteeism

**Island Areas – Currently in production**

Concerns:

- No current COVID-19 outbreaks in the Islands

14       2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE ›

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning – Low Priority Operations**

**Post Enumerator Survey Independent Listing – Currently in production**

**Concerns:**

- Employee absenteeism

**Contingency Considerations:**

- Closeout without finishing quality control

**Additional Considerations:**

- Production is nearly complete and quality control is finishing soon.

**Post Enumeration Survey Initial Housing Unit Follow-up, and Person Interview – Schedule to being mid-May**

**Concerns:**

- None at this time.

15      2020CENSUS.GOV                          For Internal Use Only

Shape
your future
START HERE >

Census
2020

DOC_0000964

## 2020 Census Program COVID-19 Contingency Planning – IT Security and Support

### Systems Readiness and Support

- Technical Integrator (TI) provides 2020 technical infrastructure and ensures the 2020 Census System of Systems integrates, scales, performs, is secure, and meets 2020 Census business objectives.

- TI is telework ready including Network Operations Center (NOC) and Security Operations Center (SOC) with no degradation of capabilities.

- Decennial Service Center (DSC) Tier 3 is telework ready.

- The Census Enterprise SOC (ESOC) continues to work closely with TI SOC. ESOC can be managed remotely with the exception of the FBI tool that is only in the ESOC.

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

DOC_0000965

**2020 Census Program COVID-19 Contingency Planning – Census Questionnaire Assistance (CQA)**

**Census Questionnaire Assistance (CQA)**

- CQA is telework ready and can work 100% remotely if necessary to ensure uninterrupted availability.

- CQA maintains 10 contact centers: Jacksonville, FL; Pueblo, CO; Irving, TX; Blythewood, SC; Tampa, FL; Tamarac, FL; Nashville, TN; Kansas City, MO; El Paso, TX; and, New York, NY.

- If any one of the 10 sites must close, the remaining contact centers are skilled and staffed to take incoming calls.

- The call routing technology enables calls to be directed to the next available agent skilled (by language) to take the call, regardless of the location the call comes from.

- Plans and procedures at the ready to handle unexpected call surges to include Interactive Voice Response (IVR) messaging, overtime, and callback capabilities.

- The CQA operational command center is located in Washington, DC and provides command and control capabilities for the overall CQA operations including quality control capabilities.

- The CQA data centers are located in Highlands Ranch, CO and Sterling, VA and provide the underlying CQA technical infrastructure.

17      2020CENSUS.GOV                          For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning – Major Contract Support**

**Decennial Device as a Service (dDaaS) – CDW-G**

- Configure, provision, ship, manage, and decommission all mobile devices and provide reliable network coverage for 2020 Census operations.
- Two logistic centers (Las Vegas, NV and Chicago, IL) provision and ship devices for the 2020 Census. If one site closes, CDW will continue to conduct operations from the alternative site.
- Scheduled to complete provisioning and kitting NRFU devices by March 31 (drop-dead date is April 15). As of March 12, CDW is ahead of their production schedule by 95,000 devices, equivalent to 10 full production days.
- CDW is telework ready for Tier 3 and Workspace One support.
- Production Staff have been cross trained for device provisioning. Additional "surge staff" has been cleared at each site, in the event they are needed to supplement usual provisioning technicians.

**Census Schedule A Human Resources and Recruiting, Payroll System (C-SHaRPS) - Recruiting and Assessment (R&A), Learning Management System (LMS), and Fingerprinting – GDIT**

- Provides online job application/assessment system, and automated learning management system for Schedule A field staff for decennial operations.
  - C-Sharps R&A and LMS helpdesks are telework ready.
- Collect fingerprints of selected applicants for Schedule A selectees, and fingerprints for CQA and Island Area contractor.
- Fingerprint vendor appointment scheduler is online and will not be impacted. All systems team members and management are telework ready.
- Physical fingerprinting must be conducted in person. Vendor has a daily management meeting and are communicating with Site Operators.
- 624 fixed fingerprinting locations, with vendor able to provide additional 200 temporary "pop-up" sites in the event a site is closed.
- 300 mobile fingerprinting units deployed to field.

18    2020CENSUS.GOV         For Internal Use Only

Shape your future START HERE ›

## 2020 Census Program COVID-19 Contingency Planning – Major Contract Support

**Field IT Deployment Contract (FITd) – Unisys Corp**

- Provide and support IT equipment in the regional census centers (RCCs) (support only), area census offices (ACOs), Island Area offices (IAOs), paper data capture centers (PDCCs), and remote workers.
- Field IT Deployment (FITd) has completed IT buildout of all offices (ACOs, RCCs, PDDCs, and Island Areas) and is now in support mode.

**Amazon Web Services (AWS)**

- AWS provides cloud-based computer system infrastructure for 2020 Census data collection and processing operations. It provides highly available, geographically diverse support to ensure resilient system function and accessibility.
- AWS has confirmed that services are not impacted.

**2020 Enterprise Census and Survey Enabling (CEDCaP ECaSE) Platform – ImmixGroup/Pega**

- Design, develop, test, systems engineering, maintenance, and operational support for ISR for CQA, Operational Control System (Field OCS and Survey OCS), and Enumeration application.
- Majority of Pega contractors are based on Boston, are telework ready, and already work remotely.
- Minimized travel and have determined Census "mission critical" to support travel if needed.
- Onsite support was planned at CQA and DSC to help triage problems during production.

**Integrated Communications Contract (ICC) – Young & Rubicam (Y&R)**

- Plan, design, integrate, produce, implement, monitor, and assess the integrated communications program for the 2020 Census.
- Instructed employees not to attend gatherings of more than 50 people, and to limit travel to essential travel only.
- Full-time telework in all New York and DC Offices.
- The other seven subcontractors are taking precautionary measures at their own discretion.

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Communications

**Communicating with stakeholders**

- Communications Directorate has developed a list of Internal and External stakeholders to notify of possible developments related to the impact of COVID-19 on 2020 Census Operations.

- Mode of communication will vary based on audience, message, and current on-ground conditions.

**Messaging would include**
- Building closures
- Leave and telework policies
- Travel guidance
- Healthy/safety precautions
- Operational changes, especially GQ/College enumerator methods, NRFU, MQA, and advertising
- Status of 2020 Census events
- Census Headquarters building status

**Internal Stakeholders**
- All employees
- Union
- Contractors (all contractors including building support services)
- FPS/Office of Security
- New hires in the onboarding process
- Department of Commerce

**External Stakeholders**
- Congress
- Media
- Other federal agencies, specifically public health agencies
- State/local elected officials (governors, mayors, city council, etc.)
- Oversight (GAO/OIG)
- Advisory Committees (NAC, CSAC)
- Complete Count Committees
- Official partners
- State Data Centers
- Census Information Centers
- All GQ facilities, especially with regard to colleges/universities
- All higher education associations
- Technology company trust and safety teams
- Philanthropic organizations

20      2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Communications

<u>Communicating with the public</u>

- The virus will cause operational changes for the census, and may necessitate changes in our planned communications approach.

**Paid Media**

- Evaluating whether to buy more paid media and for what time frame
- Exploring possibility of new creative, increased use of existing assets, and/or recutting existing assets with new audio
- Partnering with Team Y&R on ability to buy slots in coming weeks, given cancellations of existing ad placements.
- Will re-examine reminder ads in light of current dynamics to ensure tone of ads is sensitive.

**Research**

- Considering need for focus groups on any alternative messages. We have added new questions to the tracking survey on this topic.

**Partnership**

- Developing talking points to share with our partners.

21     2020CENSUS.GOV

Shape
your future
START HERE >

Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**Headquarters (HQ) - Suitland**

**Function**

- Program management and control, systems management, internal and external communications

**Capabilities in the event of closure**

- HQ employees and contractors are telework ready
  - ○ 91% of employees are telework ready and 86% telework regularly.
- Mission-critical staff can continue to perform primary functions remotely to keep the 2020 Census and other programs on-track

**Bowie Computer Center (BCC) – Bowie, MD**

**Function**

- Tier 2 Federal Data Center that provides on premise computing infrastructure for Census Bureau operations

**Capabilities in the event of closure**

- BCC employees and contractors are telework ready
- BCC staff can continue to perform virtually all functions remotely to keep the 2020 Census and other programs on-track

**Limitations in the event of closure**

- Hardware failure is not addressable during complete closure
- New FBI monitoring needs occasional human interaction

22    2020CENSUS.GOV

Shape
your future
START HERE ›

United States
Census
2020

### 2020 Census Program COVID-19 Contingency Planning – Facilities

**National Processing Center Main Campus – Jeffersonville, IN**

**Functions**

- Multiple large 2020 Census operations including: Non-ID clerical, NRFU-RI, Residual Coding, Group Quarters; Paper Data Quality, Island Areas, PES, and CPEX
- Time-limited intake, sorting, scanning, image and data capture of questionnaires and field enumeration materials
- Title 13 storage and disposition of 2020 Census materials

**Capabilities in the event of closure**

- NPC workloads for decennial programs will be delayed
- Additional work shifts can be implemented once facility reopens to increase capacity

**Limitations in the event of closure**

- Very limited telework opportunities due to warehouse/production floor environments and lack of VDI compatible software applications (Non-ID, NRFU-RI, etc.) for decennial programs
- Uncaptured decennial workload already onsite would be stuck in a closed facility and unavailable to be processed

23        2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

DOC_0000972

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**Paper Data Capture Center, East (PDCC-East) – Jeffersonville, IN; Paper Data Capture Center, West – Phoenix, AZ (two facilities)**

**Functions**

- Large 2020 Census paper data capture facilities
- High-volume, time-limited intake, sorting, scanning, image and data capture of 2020 Census paper questionnaires
- Title 13 storage and disposition of scanned 2020 Census Questionnaires

**Capabilities in the event of closure**

- Workload can be redirected and moved from one PDCC to the other or the NPC main campus if extended closure occurs
- Additional work shifts can be implemented to increase throughput capacity if full-country workload shifts to a single PDCC but timelines could be delayed

**Limitations in the event of closure**

- PDCC-East and West employees cannot work remotely
- Uncaptured Questionnaire workload already onsite would be stuck in a closed facility and unavailable to be processed
- Intake from USPS would need to be quickly redirected to alternate PDCC or the NPC main campus

24    2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE ›

United States
Census
2020

DOC_0000973

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**Regional Offices (ROs)**

**Functions**
- Data collection, data dissemination and geographic operations for continuous surveys

**Capabilities in the event of closure**
- Capability to work remotely for majority of staff
- Transition restricted activities to HQ staff

**Limitations in the event of closure**
- No capability to work remotely for mailroom staff and restricted activities for certain positions

**Regional Census Centers (RCCs)**

**Functions**
- Oversee local data collection, data dissemination and geographic operations for 2020 Census

**Capabilities in the event of closure**
- Work remotely capabilities for majority of staff
- Transition restricted activities to ACO in area not impacted or to HQ staff

**Limitations in the event of closure**
- No remote work capabilities for clearance staff and restricted activities for certain positions

25     2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Facilities

### Area Census Offices (ACOs)

**Functions**

- Local support for data collection, data dissemination and geographic operations for 2020 Census

**Capabilities in the event of closure**

- Lead Census Field Manager/Census Field Manager remote work capabilities/remote work capabilities for limited number of Recruiting Assistants and Mobile Questionnaire Assistant staff
- Transition restricted activities to ACO in area not impacted or to HQ staff

**Limitations in the event of closure**

- No remote work capabilities for Area Census Managers, Administration and IT Support staff

26   2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

| From: | Christopher M Denno (CENSUS/ADDC FED) |
|---|---|
| To: | Steven Dillingham (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); James T Christy (CENSUS/LA FED); Christa D Jones (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Benjamin J Page (CENSUS/CFO FED); Kevin Smith (CENSUS/CIO FED); Timothy P Olson (CENSUS/ADFO FED); Burton H Reist (CENSUS/ADCOM FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Michael T Thieme (CENSUS/ADDC FED); Jennifer Shopkorn (CENSUS/ADCOM FED) |
| Cc: | Laura K Furgione (CENSUS/CAO FED); Paul Krutsch (CENSUS/DCMD FED) |
| Subject: | Re: Crisis Management Team Recap of High Level Operational Plans |
| Date: | Friday, March 13, 2020 6:25:51 PM |
| Attachments: | COVID-19 Contingency Planning Final.pdf |
|  | COVID-19 Contingency Planning Final.pptx |

Good Evening,

Attached is a revised copy of the 2020 Census COVID-19 Contingency Planning deck that we discussed this afternoon.  This deck will be sent to DOC on Monday morning.  If you have any additional comments or input, please let me know.

Have a great weekend and remember to wash your hands!

**Christopher Denno**, Special Assistant
Decennial Census Programs
U.S. Census Bureau
Room 8H143| Office: 301.763.4092| Mobile: [ **PII** ]
census.gov | @censusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Christopher M Denno (CENSUS/ADDC FED) <christopher.m.denno@census.gov>
**Sent:** Friday, March 13, 2020 1:11 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Kevin Smith (CENSUS/CIO FED) <kevin.b.smith@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael T Thieme (CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>
**Cc:** Laura K Furgione (CENSUS/CAO FED) <laura.furgione@census.gov>
**Subject:** Re: Crisis Management Team Recap of High Level Operational Plans

Most current deck, also attached to the invite.

**Christopher Denno**, Special Assistant

Decennial Census Programs
U.S. Census Bureau
Room 8H143| Office: 301.763.4092| Mobile: **PII**
census.gov | @censusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Albert E Fontenot (CENSUS/ADDC FED)
**Sent:** Thursday, March 12, 2020 11:22 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Ron S Jarmin
(CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Deborah Stempowski (CENSUS/ADDC FED)
<Deborah.M.Stempowski@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>;
Kevin Smith (CENSUS/CIO FED) <kevin.b.smith@census.gov>; Steven Dillingham (CENSUS/DEPDIR
FED) <steven.dillingham@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Burton H Reist (CENSUS/ADCOM FED)
<burton.h.reist@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Michael T Thieme (CENSUS/ADDC FED)
<Michael.T.Thieme@census.gov>; Christopher M Denno (CENSUS/ADDC FED)
<christopher.m.denno@census.gov>
**Cc:** Laura K Furgione (CENSUS/CAO FED) <laura.furgione@census.gov>
**Subject:** Crisis Management Team Recap of High Level Operational Plans
**When:** Friday, March 13, 2020 1:00 PM-2:00 PM.
**Where:** Director's Conference Room 8H008; ;;;;Conf Call-in **PII**

# 2020 Census Program
# COVID-19 Contingency Planning

**March 16, 2020**



For Internal Use Only

## 2020 Census Program COVID-19 Contingency Planning

<u>Overview</u>

- **2020 Census Operations**

- **IT Security and Support**

- **Major Contract Support**

- **Communications**

- **Facilities**

**2020CENSUS.GOV**                                   For Internal Use Only

Shape
your future
START HERE ›

United States®
**Census
2020**

# 2020 Census Program COVID-19 Contingency Planning - Operational Prioritization

## Operational Priority: High

- **Mobile Questionnaire Assistance (MQA)**
- **Service Based Enumeration / Group Quarters Enumeration**
- **Partnership**
- **Census Questionnaire Assistance (CQA)**
- **Early Nonresponse followup**
- **Nonresponse followup**

## Operational Priority: Medium

- **Mailout**
- **Update Enumerate**
- **Data Capture**
- **Nonresponse followup Re-Interview Matching**
- **Non-ID Clerical**

## Operational Priority: Low

- **Update Leave**
- **Remote Alaska**
- **Island Areas**
- **Post Enumerator Survey – Independent Listing, Initial Housing Unit Follow-up, and Person Interview**

3    2020CENSUS.GOV

Shape your future START HERE >



United States® Census 2020

# 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

**Mobile Questionnaire Assistance (MQA) – Rescheduled from March 30 to mid-April**

**\*Dates are subject to change as necessary.**

## Concerns:

- Exposure presumed to be high for Census Response Representatives (CRRs)

- Operation designed around gatherings of groups of people

## Action Taken:

- Delayed start of operation

- CRRs are assisting partnership specialists in contacting our over 300,000 partners to keep them engaged and informed about operational contingencies that have been put in place

## Additional Considerations:

- Operation was not originally included as a 2020 Census operation

- Revisit operational timeline NLT April 7

For Internal Use Only




DOC_0000981

# 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

**Group Quarters Enumeration (GQE) – College/Universities**
**Scheduled to begin April 2**
*Dates are subject to change as necessary.*

## Concerns:

- Several Colleges/Universities have closed, prompting students to leave school.

- Some Colleges/Universities are likely to restrict or prohibit access to Census employees

## Actions Taken:

- Contacting Colleges/Universities that selected in-person or self-enumeration to opt for e-response, paper response, or drop-off/pick-up

- Partnering with Department of Education to ensure accurate enumeration of College/University students



For Internal Use Only

DOC_0000982

# 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

**Service Based Enumeration (SBE) & Group Quarters Enumeration (GQE)**
**Scheduled to begin March 30 / April 2 (respectively)**
**\*Dates are subject to change as necessary.**

## Concerns:

- Face-to-face contact is necessary in SBE/Targeted Non-Sheltered Outdoor Location (TNSOL)

- SBE/TNSOL locations are high exposure risk and possibly unsafe to enumerators

- Some GQE and SBE facilities are likely to restrict or prohibit access to Census employees

- SBE respondents may be unlikely to cooperate in high-risk areas

- Large groups of people are quarantined on cruise ships, newly established housing facilities that were not accounted in advanced contact

## Actions Taken:

- Contacting GQs that selected self-response enumeration methods that include the in-person interview (56,713) and drop off/pick up (55,088) approach to opt for eResponse and Paper Response

- Contacting SBE locations to determine status of local conditions and availability of lists

## Additional Considerations:

- Revisit operational timeline NLT March 20



Shape
your future
START HERE >

# 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

## Partnership – Currently in production

### Concerns:

- Operation is designed to interact with the public at events

- Public concern is rising about attending gatherings

- Many local and national events are being cancelled

### Actions Taken:

- Partnership specialists are contacting partners to keep them appraised of any operational changes

- Postponing and/or cancelling events based on local conditions

- Conducting conferences/events virtually

Shape
your future
START HERE >

United States®
Census
2020

For Internal Use Only

DOC_0000984

# 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

**Census Questionnaire Assistance – Currently in production**

**Concerns:**

- CQA facility quarantine

- Increased call volume due to concerns about field work / face-to-face interaction

- Employee absenteeism

**Contingency Considerations:**

- Call surges can be addressed through IVR, overtime, and callback capabilities

- Route calls to remaining call centers

- Delay/curtail outbound calling

**Additional Considerations:**

- Ten unique sites nationwide

- CQA agents cannot work remotely

8      2020CENSUS.GOV




## 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

**Early Nonresponse Followup – Rescheduled from April 9 to April 23**

*Dates are subject to change as necessary.

### Concerns:

- Early NRFU requires in-person face-to-face interviewing

- Early NRFU colleges/universities may close early and students may no longer be in the area

- Training is currently conducted in-person.  Device procurement and swearing-in must be conducted in-person

### Actions Taken:

- Delayed start of operation

- Conducting enumerator training virtually

- Messaging to off-campus college students encouraging self-response and providing guidance to respond for themselves at their school address even if they're not there due to school closures

- Focus additional communication to encourage self response

### Additional Considerations:

- Possible infection/contamination in later weeks remains unknown.  Situation could improve or worsen.

- Revisit operational timeline NLT April 7

9        2020CENSUS.GOV



## 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

### Nonresponse Followup – Scheduled to begin May 13

*Dates are subject to change as necessary.

### Concerns:

- NRFU requires in-person face-to-face interviewing

- Training is currently conducted in-person.  Device procurement and swearing-in must be conducted in-person

### Contingency Considerations:

- Emergency messaging to encourage self response, particular in early NRFU areas

- Extend operation

- Conduct enumerator training virtually

- Conduct additional enumeration via administrative records

### Additional Considerations:

- Possible infection/contamination level next month remains unknown. Situation could become worse or better

10        2020CENSUS.GOV



# 2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations

## Mailout – Currently in Production

### Concerns:

- Delay of mailings could impact NRFU workload.

- Possible R.R. Donnelley facility quarantine and/or increased staff absenteeism.

- Possible USPS facility quarantine and/or increased staff absenteeism.

### Contingency Considerations:

- Delay mailings

- Accelerate mailings

- Implement additional mailings (e.g., EDDM postcard)

- Bring in replacement staffing to do the mailings (Census cleared staff)

- Send out emergency postcard from alternative location

For Internal Use Only




DOC_0000988

# 2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations

**Update Enumerate – Scheduled to begin March 16**

**Concerns:**

- Face-to-face interviewing is necessary

- Early timing during peak of virus

**Contingency Considerations:**

- Could delay operation due to small workload

- Move workload into NRFU supplemental

- Extended operation

**Data Capture – Currently in production**

**Concerns:**

- Employee absenteeism

- PDCC facility quarantine

**Contingency Considerations:**

- Implement overtime and/or additional shifts to accelerate scanning

- Route keying work to alternative PDCC location

**Additional Considerations:**

- Cases still get removed from NRFU from USPS notifications.

12      2020CENSUS.GOV




# 2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations

**NRFU Re-interview (RI) – Scheduled to being May 14**

**Concerns:**

- Only one site for RI – NPC main campus.

**Contingency Considerations:**

- Delay matching work

- Implement alternatives to clerical matching (e.g., send cases to RCCs based on automated matching only)

**Non-ID Clerical – Scheduled to begin March 12**

**Concerns:**

- Cases not worked will proceed to field verification.  This is NRFU work that does not involve face-to-face contact.

**Contingency Considerations:**

- Delay matching

- Float work to an alternative site

- Let cases flow to field verification as necessary

- NPC is working on a contingency plan for main campus activities

**Additional Considerations:**

- Work can be conducted in three sites (two stateside)

For Internal Use Only

Shape
your future
START HERE >

United States®
Census
2020

DOC_0000990

## 2020 Census Program COVID-19 Contingency Planning – Low Priority Operations

**Update Leave – Scheduled to begin March 16**

**Concerns:**

- Employee absenteeism

- Public face-to-face contact

**Action Taken:**

- Made procedural change to leave package and update address from observation

14        2020CENSUS.GOV



# 2020 Census Program COVID-19 Contingency Planning – Low Priority Operations

**Remote Alaska – Currently in production**

## Concerns:

- Employee absenteeism

- Public face-to-face contact

## Contingency Considerations:

- Delay completion of operation

- Implement overtime to counter any absenteeism

**Island Areas – Currently in production**

## Concerns:

- No current COVID-19 outbreaks in the Islands

For Internal Use Only



# 2020 Census Program COVID-19 Contingency Planning – Low Priority Operations

**Post Enumerator Survey Independent Listing – Currently in production**

**Concerns:**

- Employee absenteeism

**Contingency Considerations:**

- Closeout without finishing quality control

**Additional Considerations:**

- Production is nearly complete and quality control is finishing soon.

**Post Enumeration Survey Initial Housing Unit Follow-up, and Person Interview – Schedule to being mid-May**

**Concerns:**

- None at this time.

For Internal Use Only




DOC_0000993

# 2020 Census Program COVID-19 Contingency Planning – IT Security and Support

## Systems Readiness and Support

- Technical Integrator (TI) provides 2020 technical infrastructure and ensures the 2020 Census System of Systems integrates, scales, performs, is secure, and meets 2020 Census business objectives.

- TI is telework ready including Network Operations Center (NOC) and Security Operations Center (SOC) with no degradation of capabilities.

- Decennial Service Center (DSC) Tier 3 is telework ready.

- The Census Enterprise SOC (ESOC) continues to work closely with TI SOC.  ESOC can be managed remotely with the exception of the FBI tool that is only in the ESOC.

For Internal Use Only



Shape
your future
START HERE >

# 2020 Census Program COVID-19 Contingency Planning – Census Questionnaire Assistance (CQA)

## Census Questionnaire Assistance (CQA)

- CQA management is telework ready and can work 100% remotely if necessary to ensure uninterrupted availability.

- CQA maintains 10 contact centers: Jacksonville, FL; Pueblo, CO; Irving, TX; Blythewood, SC; Tampa, FL; Tamarac, FL; Nashville, TN; Kansas City, MO; El Paso, TX; and, New York, NY.

- If any one of the 10 sites must close, the remaining contact centers are skilled and staffed to take incoming calls.

- The call routing technology enables calls to be directed to the next available agent skilled (by language) to take the call, regardless of the location the call comes from.

- Plans and procedures at the ready to handle unexpected call surges to include Interactive Voice Response (IVR) messaging, overtime, and callback capabilities.

- The CQA operational command center is located in Washington, DC and provides command and control capabilities for the overall CQA operations including quality control capabilities.

- The CQA data centers are located in Highlands Ranch, CO and Sterling, VA and provide the underlying CQA technical infrastructure.



For Internal Use Only

DOC_0000995

# 2020 Census Program COVID-19 Contingency Planning – Major Contract Support

## Decennial Device as a Service (dDaaS) – CDW-G

- Configure, provision, ship, manage, and decommission all mobile devices and provide reliable network coverage for 2020 Census operations.

- Two logistic centers (Las Vegas, NV and Chicago, IL) provision and ship devices for the 2020 Census.  If one site closes, CDW will continue to conduct operations from the alternative site.

- Scheduled to complete provisioning and kitting NRFU devices by March 31 (drop-dead date is April 15). As of March 12, CDW is ahead of their production schedule by 95,000 devices, equivalent to 10 full production days.

- CDW is telework ready for Tier 3 and Workspace One support.

- Production Staff have been cross trained for device provisioning.  Additional "surge staff" has been cleared at each site, in the event they are needed to supplement usual provisioning technicians.

## Census Schedule A Human Resources and Recruiting, Payroll System (C-SHaRPS) - Recruiting and Assessment (R&A), Learning Management System (LMS), and Fingerprinting – GDIT

- Provides online job application/assessment system, and automated learning management system for Schedule A field staff for decennial operations.

    o   C-Sharps R&A and LMS helpdesks are telework ready.

- Collect fingerprints of selected applicants for Schedule A selectees, and fingerprints for CQA and Island Area contractor.

- Fingerprint vendor appointment scheduler is online and will not be impacted.  All systems team members and management are telework ready.

- Physical fingerprinting must be conducted in person. Vendor has a daily management meeting and are communicating with Site Operators.

- 624 fixed fingerprinting locations, with vendor able to provide additional 200 temporary "pop-up" sites in the event a site is closed.

- 300 mobile fingerprinting units deployed to field.

19        2020CENSUS.GOV



Shape
your future
START HERE >

# 2020 Census Program COVID-19 Contingency Planning – Major Contract Support

**Field IT Deployment Contract (FITd) – Unisys Corp**

- Provide and support IT equipment in the regional census centers (RCCs) (support only), area census offices (ACOs), Island Area offices (IAOs), paper data capture centers (PDCCs), and remote workers.

- Field IT Deployment (FITd) has completed IT buildout of all offices (ACOs, RCCs, PDDCs, and Island Areas) and is now in support mode.

**Amazon Web Services (AWS)**

- AWS provides cloud-based computer system infrastructure for 2020 Census data collection and processing operations. It provides highly available, geographically diverse support to ensure resilient system function and accessibility.

- AWS has confirmed that services are not impacted.

**2020 Enterprise Census and Survey Enabling (CEDCaP ECaSE) Platform – ImmixGroup/Pega**

- Design, develop, test, systems engineering, maintenance, and operational support for ISR for CQA, Operational Control System (Field OCS and Survey OCS), and Enumeration application.

- Majority of Pega contractors are based on Boston, are telework ready, and already work remotely.

- Minimized travel and have determined Census "mission critical" to support travel if needed.

- Onsite support was planned at CQA and DSC to help triage problems during production.

**Integrated Communications Contract (ICC) – Young & Rubicam (Y&R)**

- Plan, design, integrate, produce, implement, monitor, and assess the integrated communications program for the 2020 Census.

- Instructed employees not to attend gatherings of more than 50 people, and to limit travel to essential travel only.

- Full-time telework in all New York and DC Offices.

- The other seven subcontractors are taking precautionary measures at their own discretion.

Shape
your future
START HERE >

United States®
Census
2020

DOC_0000997

# 2020 Census Program COVID-19 Contingency Planning – Communications

### Communicating with stakeholders

- Communications Directorate has developed a list of Internal and External stakeholders to notify of possible developments related to the impact of COVID-19 on 2020 Census Operations.

- Mode of communication will vary based on audience, message, and current on-ground conditions.

### Messaging would include
- Building closures
- Leave and telework policies
- Travel guidance
- Healthy/safety precautions
- Operational changes, especially GQ/College enumerator methods, NRFU, MQA, and advertising
- Status of 2020 Census events
- Census Headquarters building status

### Internal Stakeholders
- All employees
- Union
- Contractors (all contractors including building support services)
- FPS/Office of Security
- New hires in the onboarding process
- Department of Commerce

### External Stakeholders
- Congress
- Media
- Other federal agencies, specifically public health agencies
- State/local elected officials (governors, mayors, city council, etc.)
- Oversight (GAO/OIG)
- Advisory Committees (NAC, CSAC)
- Complete Count Committees
- Official partners
- State Data Centers
- Census Information Centers
- All GQ facilities, especially with regard to colleges/universities
- All higher education associations
- Technology company trust and safety teams
- Philanthropic organizations

For Internal Use Only

Shape
your future
START HERE >

United States®
Census
2020

# 2020 Census Program COVID-19 Contingency Planning – Communications

## Communicating with the public

- The virus will cause operational changes for the census, and will necessitate changes in our planned communications and outreach approach. Those changes are underway.  Communication will need to be frequent, straightforward and timely. Census Bureau is establishing two single authoritative source pages for all external audiences and internal audiences.

## Paid Media

- Increasing paid media in motivation phase based on tracking survey data, evaluating additional increases and extended time frames.

- Tasked Y&R new creative, increased use of existing assets, and/or recutting existing assets with new audio

- Partnering with Team Y&R on ability to buy slots in coming weeks, given cancellations of existing ad placements (NBA, MLB, etc)

- Re-examining reminder ads in light of current dynamics to ensure tone of ads is sensitive.

## Research

- Added new question to tracking survey. May employ virtual focus groups for testing new messaging.

## Upcoming Communications

- Director Dillingham Statement 3/?

- Census Bureau Extended Statement 3/?

- GQ/College TPs (sent to DOC clearance 3/12)

- SWLR Statement 3/13

- Letter to Congress/Stakeholders w/operational updates – 3/15 draft

- **Targeted SMT/RMT (states w/ school closures) – 3/16 week**

- Operational Press Briefing w/ staff speakers – 3/20

- Response Rate Map Online – 3/20

- Update Congress/Stakeholder Letter week of 3/23



# 2020 Census Program COVID-19 Contingency Planning – Facilities

## Headquarters (HQ) - Suitland

**Function**

- Program management and control, systems management, internal and external communications

**Capabilities in the event of closure**

- HQ employees and contractors are telework ready
  - 91% of employees are telework ready and 86% telework regularly.
- Mission-critical staff can continue to perform primary functions remotely to keep the 2020 Census and other programs on-track


## Bowie Computer Center (BCC) – Bowie, MD

**Function**

- Tier 2 Federal Data Center that provides on premise computing infrastructure for Census Bureau operations

**Capabilities in the event of closure**

- BCC employees and contractors are telework ready
- BCC staff can continue to perform virtually all functions remotely to keep the 2020 Census and other programs on-track

**Limitations in the event of closure**

- Hardware failure is not addressable during complete closure
- New FBI monitoring needs occasional human interaction

For Internal Use Only



# 2020 Census Program COVID-19 Contingency Planning – Facilities

## National Processing Center Main Campus – Jeffersonville, IN

**Functions**

- Multiple large 2020 Census operations including: Non-ID clerical, NRFU-RI, Residual Coding, Group Quarters; Paper Data Quality, Island Areas, PES, and CPEX

- Time-limited intake, sorting, scanning, image and data capture of questionnaires and field enumeration materials

- Title 13 storage and disposition of 2020 Census materials

**Capabilities in the event of closure**

- NPC workloads for decennial programs will be delayed

- Additional work shifts can be implemented once facility reopens to increase capacity

**Limitations in the event of closure**

- Very limited telework opportunities due to warehouse/production floor environments and lack of VDI compatible software applications (Non-ID, NRFU-RI, etc.) for decennial programs

- Uncaptured decennial workload already onsite would be stuck in a closed facility and unavailable to be processed

2020CENSUS.GOV

For Internal Use Only



# 2020 Census Program COVID-19 Contingency Planning – Facilities

## Paper Data Capture Center, East (PDCC-East) – Jeffersonville, IN; Paper Data Capture Center, West – Phoenix, AZ (two facilities)

### Functions

- Large 2020 Census paper data capture facilities

- High-volume, time-limited intake, sorting, scanning, image and data capture of 2020 Census paper questionnaires

- Title 13 storage and disposition of scanned 2020 Census Questionnaires

### Capabilities in the event of closure

- Workload can be redirected and moved from one PDCC to the other or the NPC main campus if extended closure occurs

- Additional work shifts can be implemented to increase throughput capacity if full-country workload shifts to a single PDCC but timelines could be delayed

### Limitations in the event of closure

- PDCC-East and West employees cannot work remotely

- Uncaptured Questionnaire workload already onsite would be stuck in a closed facility and unavailable to be processed

- Intake from USPS would need to be quickly redirected to alternate PDCC or the NPC main campus

For Internal Use Only



DOC_0001002

# 2020 Census Program COVID-19 Contingency Planning – Facilities

## Regional Offices (ROs)

### Functions

- Data collection, data dissemination and geographic operations for continuous surveys

### Capabilities in the event of closure

- Capability to work remotely for majority of staff
- Transition restricted activities to HQ staff

### Limitations in the event of closure

- No capability to work remotely for mailroom staff and restricted activities for certain positions

## Regional Census Centers (RCCs)

### Functions

- Oversee local data collection, data dissemination and geographic operations for 2020 Census

### Capabilities in the event of closure

- Work remotely capabilities for majority of staff
- Transition restricted activities to ACO in area not impacted or to HQ staff

### Limitations in the event of closure

- No remote work capabilities for clearance staff and restricted activities for certain positions

For Internal Use Only



# 2020 Census Program COVID-19 Contingency Planning – Facilities

## Area Census Offices (ACOs)

**Functions**

- Local support for data collection, data dissemination and geographic operations for 2020 Census

**Capabilities in the event of closure**

- Lead Census Field Manager/Census Field Manager remote work capabilities/remote work capabilities for limited number of Recruiting Assistants and Mobile Questionnaire Assistant staff

- Transition restricted activities to ACO in area not impacted or to HQ staff

- Payroll can be certified remotely

**Limitations in the event of closure**

- No remote work capabilities for Area Census Managers, Administration and IT Support staff

For Internal Use Only



DOC_0001004

# 2020 Census Program
# COVID-19 Contingency Planning

**March 16, 2020**

Shape
your future
START HERE >

United States
**Census**
**2020**

For Internal Use Only

2020 Census Program COVID-19 Contingency Planning

## Overview

- **2020 Census Operations**
- **IT Security and Support**
- **Major Contract Support**
- **Communications**
- **Facilities**

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning - Operational Prioritization

**Operational Priority:** High

- **Mobile Questionnaire Assistance (MQA)**
- **Service Based Enumeration / Group Quarters Enumeration**
- **Partnership**
- **Census Questionnaire Assistance (CQA)**
- **Early Nonresponse followup**
- **Nonresponse followup**

**Operational Priority:** Medium

- **Mailout**
- **Update Enumerate**
- **Data Capture**
- **Nonresponse followup Re-Interview Matching**
- **Non-ID Clerical**

**Operational Priority:** Low

- **Update Leave**
- **Remote Alaska**
- **Island Areas**
- **Post Enumerator Survey – Independent Listing, Initial Housing Unit Follow-up, and Person Interview**

3    2020CENSUS.GOV

Shape
your future
START HERE >

Census
2020

**2020 Census Program COVID-19 Contingency Planning -- High Priority Operations**

**Mobile Questionnaire Assistance (MQA) – Rescheduled from March 30 to mid-April**

*Dates are subject to change as necessary.

<u>Concerns:</u>

- Exposure presumed to be high for Census Response Representatives (CRRs)

- Operation designed around gatherings of groups of people

<u>Action Taken:</u>

- Delayed start of operation

- CRRs are assisting partnership specialists in contacting our over 300,000 partners to keep them engaged and informed about operational contingencies that have been put in place

<u>Additional Considerations:</u>

- Operation was not originally included as a 2020 Census operation

- Revisit operational timeline NLT April 7



4    2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning -- High Priority Operations**

**Group Quarters Enumeration (GQE) -- College/Universities**
**Scheduled to begin April 2**
*Dates are subject to change as necessary.

**Concerns:**

- Several Colleges/Universities have closed, prompting students to leave school.

- Some Colleges/Universities are likely to restrict or prohibit access to Census employees

**Actions Taken:**

- Contacting Colleges/Universities that selected in-person or self-enumeration to opt for e-response, paper response, or drop-off/pick-up

- Partnering with Department of Education to ensure accurate enumeration of College/University students

5      2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

Census
2020

DOC_0001009

**2020 Census Program COVID-19 Contingency Planning -- High Priority Operations**

**Service Based Enumeration (SBE) & Group Quarters Enumeration (GQE)**
**Scheduled to begin March 30 / April 2 (respectively)**
*Dates are subject to change as necessary.*

<u>Concerns:</u>

• Face-to-face contact is necessary in SBE/Targeted Non-Sheltered Outdoor Location (TNSOL)

• SBE/TNSOL locations are high exposure risk and possibly unsafe to enumerators

• Some GQE and SBE facilities are likely to restrict or prohibit access to Census employees

• SBE respondents may be unlikely to cooperate in high-risk areas

• Large groups of people are quarantined on cruise ships, newly established housing facilities that were not accounted in advanced contact

<u>Actions Taken:</u>

• Contacting GQs that selected self-response enumeration methods that include the in-person interview (56,713) and drop off/pick up (55,088) approach to opt for eResponse and Paper Response

• Contacting SBE locations to determine status of local conditions and availability of lists

<u>Additional Considerations:</u>

• Revisit operational timeline NLT March 20

6    2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

Census
2020

DOC_0001010

**2020 Census Program COVID-19 Contingency Planning -- High Priority Operations**

**Partnership – Currently in production**

<u>Concerns:</u>

• Operation is designed to interact with the public at events

• Public concern is rising about attending gatherings

• Many local and national events are being cancelled

<u>Actions Taken:</u>

• Partnership specialists are contacting partners to keep them appraised of any operational changes

• Postponing and/or cancelling events based on local conditions

• Conducting conferences/events virtually

Shape
your future
START HERE >



**2020 Census Program COVID-19 Contingency Planning – High Priority Operations**

**Census Questionnaire Assistance – Currently in production**

<u>Concerns:</u>

- CQA facility quarantine
- Increased call volume due to concerns about field work / face-to-face interaction
- Employee absenteeism

<u>Contingency Considerations:</u>

- Call surges can be addressed through IVR, overtime, and callback capabilities
- Route calls to remaining call centers
- Delay/curtail outbound calling

<u>Additional Considerations:</u>

- Ten unique sites nationwide
- CQA agents cannot work remotely

8        2020CENSUS.GOV                                For Internal Use Only                    Shape
                                                                                                your future
                                                                                                START HERE >

## 2020 Census Program COVID-19 Contingency Planning -- High Priority Operations

**Early Nonresponse Followup – Rescheduled from April 9 to April 23**

*Dates are subject to change as necessary.

**Concerns:**

- Early NRFU requires in-person face-to-face interviewing
- Early NRFU colleges/universities may close early and students may no longer be in the area
- Training is currently conducted in-person.  Device procurement and swearing-in must be conducted in-person

**Actions Taken:**

- Delayed start of operation
- Conducting enumerator training virtually
- Messaging to off-campus college students encouraging self-response and providing guidance to respond for themselves at their school address even if they're not there due to school closures
- Focus additional communication to encourage self response

**Additional Considerations:**

- Possible infection/contamination in later weeks remains unknown.  Situation could improve or worsen.
- Revisit operational timeline NLT April 7

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – High Priority Operations

**Nonresponse Followup – Scheduled to begin May 13**

*Dates are subject to change as necessary.

**Concerns:**

- NRFU requires in-person face-to-face interviewing
- Training is currently conducted in-person.  Device procurement and swearing-in must be conducted in-person

**Contingency Considerations:**

- Emergency messaging to encourage self response, particular in early NRFU areas
- Extend operation
- Conduct enumerator training virtually
- Conduct additional enumeration via administrative records

**Additional Considerations:**

- Possible infection/contamination level next month remains unknown. Situation could become worse or better

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations

**Mailout – Currently in Production**

**Concerns:**

- Delay of mailings could impact NRFU workload.

- Possible R.R. Donnelley facility quarantine and/or increased staff absenteeism.

- Possible USPS facility quarantine and/or increased staff absenteeism.

**Contingency Considerations:**

- Delay mailings

- Accelerate mailings

- Implement additional mailings (e.g., EDDM postcard)

- Bring in replacement staffing to do the mailings (Census cleared staff)

- Send out emergency postcard from alternative location

11        2020CENSUS.GOV                          For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning -- ~~Medium~~ Priority Operations

**Update Enumerate – Scheduled to begin March 16**

<u>Concerns:</u>

• Face-to-face interviewing is necessary

• Early timing during peak of virus

<u>Contingency Considerations:</u>

• Could delay operation due to small workload

• Move workload into NRFU supplemental

• Extended operation

**Data Capture – Currently in production**

<u>Concerns:</u>

• Employee absenteeism

• PDCC facility quarantine

<u>Contingency Considerations:</u>

• Implement overtime and/or additional shifts to accelerate scanning

• Route keying work to alternative PDCC location

<u>Additional Considerations:</u>

• Cases still get removed from NRFU from USPS notifications.

12      2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Medium Priority Operations

**NRFU Re-interview (RI) – Scheduled to being May 14**

<u>Concerns:</u>

• Only one site for RI – NPC main campus.

<u>Contingency Considerations:</u>

• Delay matching work

• Implement alternatives to clerical matching (e.g., send cases to RCCs based on automated matching only)

**Non-ID Clerical – Scheduled to begin March 12**

<u>Concerns:</u>

• Cases not worked will proceed to field verification.  This is NRFU work that does not involve face-to-face contact.

<u>Contingency Considerations:</u>

• Delay matching

• Float work to an alternative site

• Let cases flow to field verification as necessary

• NPC is working on a contingency plan for main campus activities

<u>Additional Considerations:</u>

• Work can be conducted in three sites (two stateside)

Shape
your future
START HERE >

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning – Low Priority Operations**

**Update Leave – Scheduled to begin March 16**

<u>Concerns:</u>

• Employee absenteeism

• Public face-to-face contact

<u>Action Taken:</u>

• Made procedural change to leave package and update address from observation

14        2020CENSUS.GOV                        For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

DOC_0001018

**2020 Census Program COVID-19 Contingency Planning – Low Priority Operations**

**Remote Alaska – Currently in production**

<u>Concerns:</u>

- Employee absenteeism
- Public face-to-face contact

<u>Contingency Considerations:</u>

- Delay completion of operation
- Implement overtime to counter any absenteeism

**Island Areas – Currently in production**

<u>Concerns:</u>

- No current COVID-19 outbreaks in the Islands

15     2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning – Low Priority Operations**

**Post Enumerator Survey Independent Listing – Currently in production**

<u>Concerns:</u>

- Employee absenteeism

<u>Contingency Considerations:</u>

- Closeout without finishing quality control

<u>Additional Considerations:</u>

- Production is nearly complete and quality control is finishing soon.

**Post Enumeration Survey Initial Housing Unit Follow-up, and Person Interview – Schedule to being mid-May**

<u>Concerns:</u>

- None at this time.

16    2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE ›



DOC_0001020

**2020 Census Program COVID-19 Contingency Planning – IT Security and Support**

<u>**Systems Readiness and Support**</u>

- Technical Integrator (TI) provides 2020 technical infrastructure and ensures the 2020 Census System of Systems integrates, scales, performs, is secure, and meets 2020 Census business objectives.

- TI is telework ready including Network Operations Center (NOC) and Security Operations Center (SOC) with no degradation of capabilities.

- Decennial Service Center (DSC) Tier 3 is telework ready.

- The Census Enterprise SOC (ESOC) continues to work closely with TI SOC.  ESOC can be managed remotely with the exception of the FBI tool that is only in the ESOC.

Shape
your future
START HERE >

United States
Census
2020

**2020 Census Program COVID-19 Contingency Planning – Census Questionnaire Assistance (CQA)**

<u>Census Questionnaire Assistance (CQA)</u>

- CQA management is telework ready and can work 100% remotely if necessary to ensure uninterrupted availability.

- CQA maintains 10 contact centers: Jacksonville, FL; Pueblo, CO; Irving, TX; Blythewood, SC; Tampa, FL; Tamarac, FL; Nashville, TN; Kansas City, MO; El Paso, TX; and, New York, NY.

- If any one of the 10 sites must close, the remaining contact centers are skilled and staffed to take incoming calls.

- The call routing technology enables calls to be directed to the next available agent skilled (by language) to take the call, regardless of the location the call comes from.

- Plans and procedures at the ready to handle unexpected call surges to include Interactive Voice Response (IVR) messaging, overtime, and callback capabilities.

- The CQA operational command center is located in Washington, DC and provides command and control capabilities for the overall CQA operations including quality control capabilities.

- The CQA data centers are located in Highlands Ranch, CO and Sterling, VA and provide the underlying CQA technical infrastructure.

18    2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Major Contract Support

**Decennial Device as a Service (dDaaS) – CDW-G**

- Configure, provision, ship, manage, and decommission all mobile devices and provide reliable network coverage for 2020 Census operations.
- Two logistic centers (Las Vegas, NV and Chicago, IL) provision and ship devices for the 2020 Census. If one site closes, CDW will continue to conduct operations from the alternative site.
- Scheduled to complete provisioning and kitting NRFU devices by March 31 (drop-dead date is April 15). As of March 12, CDW is ahead of their production schedule by 95,000 devices, equivalent to 10 full production days.
- CDW is telework ready for Tier 3 and Workspace One support.
- Production Staff have been cross trained for device provisioning. Additional "surge staff" has been cleared at each site, in the event they are needed to supplement usual provisioning technicians.

**Census Schedule A Human Resources and Recruiting, Payroll System (C-SHaRPS) - Recruiting and Assessment (R&A), Learning Management System (LMS), and Fingerprinting – GDIT**

- Provides online job application/assessment system, and automated learning management system for Schedule A field staff for decennial operations.
  - C-Sharps R&A and LMS helpdesks are telework ready.
- Collect fingerprints of selected applicants for Schedule A selectees, and fingerprints for CQA and Island Area contractor.
- Fingerprint vendor appointment scheduler is online and will not be impacted. All systems team members and management are telework ready.
- Physical fingerprinting must be conducted in person. Vendor has a daily management meeting and are communicating with Site Operators.
- 624 fixed fingerprinting locations, with vendor able to provide additional 200 temporary "pop-up" sites in the event a site is closed.
- 300 mobile fingerprinting units deployed to field.

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Major Contract Support

**Field IT Deployment Contract (FITd) – Unisys Corp**

- Provide and support IT equipment in the regional census centers (RCCs) (support only), area census offices (ACOs), Island Area offices (IAOs), paper data capture centers (PDCCs), and remote workers.
- Field IT Deployment (FITd) has completed IT buildout of all offices (ACOs, RCCs, PDDCs, and Island Areas) and is now in support mode.

**Amazon Web Services (AWS)**

- AWS provides cloud-based computer system infrastructure for 2020 Census data collection and processing operations. It provides highly available, geographically diverse support to ensure resilient system function and accessibility.
- AWS has confirmed that services are not impacted.

**2020 Enterprise Census and Survey Enabling (CEDCaP ECaSE) Platform – ImmixGroup/Pega**

- Design, develop, test, systems engineering, maintenance, and operational support for ISR for CQA, Operational Control System (Field OCS and Survey OCS), and Enumeration application.
- Majority of Pega contractors are based on Boston, are telework ready, and already work remotely.
- Minimized travel and have determined Census "mission critical" to support travel if needed.
- Onsite support was planned at CQA and DSC to help triage problems during production.

**Integrated Communications Contract (ICC) – Young & Rubicam (Y&R)**

- Plan, design, integrate, produce, implement, monitor, and assess the integrated communications program for the 2020 Census.
- Instructed employees not to attend gatherings of more than 50 people, and to limit travel to essential travel only.
- Full-time telework in all New York and DC Offices.
- The other seven subcontractors are taking precautionary measures at their own discretion.

For Internal Use Only

Shape
your future
START HERE >

Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Communications

**Communicating with stakeholders**

- Communications Directorate has developed a list of Internal and External stakeholders to notify of possible developments related to the impact of COVID-19 on 2020 Census Operations.

- Mode of communication will vary based on audience, message, and current on-ground conditions.

**Messaging would include**
- Building closures
- Leave and telework policies
- Travel guidance
- Healthy/safety precautions
- Operational changes, especially GQ/College enumerator methods, NRFU, MQA, and advertising
- Status of 2020 Census events
- Census Headquarters building status

**Internal Stakeholders**
- All employees
- Union
- Contractors (all contractors including building support services)
- FPS/Office of Security
- New hires in the onboarding process
- Department of Commerce

**External Stakeholders**
- Congress
- Media
- Other federal agencies, specifically public health agencies
- State/local elected officials (governors, mayors, city council, etc.)
- Oversight (GAO/OIG)
- Advisory Committees (NAC, CSAC)
- Complete Count Committees
- Official partners
- State Data Centers
- Census Information Centers
- All GQ facilities, especially with regard to colleges/universities
- All higher education associations
- Technology company trust and safety teams
- Philanthropic organizations

21      2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Communications

**Communicating with the public**

- The virus will cause operational changes for the census, and will necessitate changes in our planned communications and outreach approach. Those changes are underway.  Communication will need to be frequent, straightforward and timely. Census Bureau is establishing two single authoritative source pages for all external audiences and internal audiences.

**Paid Media**

- Increasing paid media in motivation phase based on tracking survey data, evaluating additional increases and extended time frames.

- Tasked Y&R new creative, increased use of existing assets, and/or recutting existing assets with new audio

- Partnering with Team Y&R on ability to buy slots in coming weeks, given cancellations of existing ad placements (NBA, MLB, etc)

- Re-examining reminder ads in light of current dynamics to ensure tone of ads is sensitive.

**Research**

- Added new question to tracking survey. May employ virtual focus groups for testing new messaging.

**Upcoming Communications**

- Director Dillingham Statement 3/?
- Census Bureau Extended Statement 3/?
- GQ/College TPs (sent to DOC clearance 3/12)
- SWLR Statement 3/13
- Letter to Congress/Stakeholders w/operational updates – 3/15 draft
- **Targeted SMT/RMT (states w/ school closures) – 3/16 week**
- Operational Press Briefing w/ staff speakers – 3/20
- Response Rate Map Online – 3/20
- Update Congress/Stakeholder Letter week of 3/23

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**Headquarters (HQ) - Suitland**

**Function**

- Program management and control, systems management, internal and external communications

**Capabilities in the event of closure**

- HQ employees and contractors are telework ready
  - ○ 91% of employees are telework ready and 86% telework regularly.
- Mission-critical staff can continue to perform primary functions remotely to keep the 2020 Census and other programs on-track

**Bowie Computer Center (BCC) – Bowie, MD**

**Function**

- Tier 2 Federal Data Center that provides on premise computing infrastructure for Census Bureau operations

**Capabilities in the event of closure**

- BCC employees and contractors are telework ready
- BCC staff can continue to perform virtually all functions remotely to keep the 2020 Census and other programs on-track

**Limitations in the event of closure**

- Hardware failure is not addressable during complete closure
- New FBI monitoring needs occasional human interaction

23      2020CENSUS.GOV                          For Internal Use Only

Shape
your future
START HERE >

United States®
Census
2020

DOC_0001027

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**National Processing Center Main Campus – Jeffersonville, IN**

**Functions**

- Multiple large 2020 Census operations including: Non-ID clerical, NRFU-RI, Residual Coding, Group Quarters; Paper Data Quality, Island Areas, PES, and CPEX
- Time-limited intake, sorting, scanning, image and data capture of questionnaires and field enumeration materials
- Title 13 storage and disposition of 2020 Census materials

**Capabilities in the event of closure**

- NPC workloads for decennial programs will be delayed
- Additional work shifts can be implemented once facility reopens to increase capacity

**Limitations in the event of closure**

- Very limited telework opportunities due to warehouse/production floor environments and lack of VDI compatible software applications (Non-ID, NRFU-RI, etc.) for decennial programs
- Uncaptured decennial workload already onsite would be stuck in a closed facility and unavailable to be processed

Shape
your future
START HERE >

United States
Census
2020

DOC_0001028

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**Paper Data Capture Center, East (PDCC-East) – Jeffersonville, IN; Paper Data Capture Center, West – Phoenix, AZ (two facilities)**

**Functions**

- Large 2020 Census paper data capture facilities
- High-volume, time-limited intake, sorting, scanning, image and data capture of 2020 Census paper questionnaires
- Title 13 storage and disposition of scanned 2020 Census Questionnaires

**Capabilities in the event of closure**

- Workload can be redirected and moved from one PDCC to the other or the NPC main campus if extended closure occurs
- Additional work shifts can be implemented to increase throughput capacity if full-country workload shifts to a single PDCC but timelines could be delayed

**Limitations in the event of closure**

- PDCC-East and West employees cannot work remotely
- Uncaptured Questionnaire workload already onsite would be stuck in a closed facility and unavailable to be processed
- Intake from USPS would need to be quickly redirected to alternate PDCC or the NPC main campus

25   2020CENSUS.GOV

For Internal Use Only

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**Regional Offices (ROs)**

**Functions**

- Data collection, data dissemination and geographic operations for continuous surveys

**Capabilities in the event of closure**

- Capability to work remotely for majority of staff
- Transition restricted activities to HQ staff

**Limitations in the event of closure**

- No capability to work remotely for mailroom staff and restricted activities for certain positions

**Regional Census Centers (RCCs)**

**Functions**

- Oversee local data collection, data dissemination and geographic operations for 2020 Census

**Capabilities in the event of closure**

- Work remotely capabilities for majority of staff
- Transition restricted activities to ACO in area not impacted or to HQ staff

**Limitations in the event of closure**

- No remote work capabilities for clearance staff and restricted activities for certain positions

26      2020CENSUS.GOV

Shape
your future
START HERE >

United States
Census
2020

## 2020 Census Program COVID-19 Contingency Planning – Facilities

**Area Census Offices (ACOs)**

**Functions**

- Local support for data collection, data dissemination and geographic operations for 2020 Census

**Capabilities in the event of closure**

- Lead Census Field Manager/Census Field Manager remote work capabilities/remote work capabilities for limited number of Recruiting Assistants and Mobile Questionnaire Assistant staff
- Transition restricted activities to ACO in area not impacted or to HQ staff
- Payroll can be certified remotely

**Limitations in the event of closure**

- No remote work capabilities for Area Census Managers, Administration and IT Support staff

Shape
your future
START HERE >

Census
2020

**From:**      U.S. Census Bureau
**To:**        Timothy P Olson (CENSUS/ADFO FED)
**Subject:**   Statement on Modifying 2020 Census Operations
**Date:**      Sunday, March 15, 2020 5:51:43 PM



United States Census 2020

# Census Bureau Statement on Modifying 2020 Census Operations to Make Sure College Students are Counted

*Census Bureau also announces updates to special operations, assistance program and early nonresponse followup*

**MARCH 15, 2020** — The U.S. Census Bureau continues to carefully monitor the coronavirus (COVID-19) situation and follow the guidance of federal, state, and local health authorities. We are adjusting some operations as outlined below with two key principles in mind: protecting the health and safety of our staff and the public, and fulfilling our statutory requirement to deliver the 2020 Census counts to the President on schedule.

As of today, over 5 million have responded online to the 2020 Census. Currently, the planned completion date for data collection for the 2020 Census is July 31, 2020, but that date can and will be adjusted if necessary as the situation dictates in order to achieve a complete and accurate count.

It has never been easier to respond on your own, whether online, over the phone or by mail—all without having to meet a census taker.

**Read More**

**We are adjusting operations to make sure college students are counted.**

- College students living in on-campus housing are counted through their

university as part of our <u>Group Quarters operation</u>, which counts all students living in university-owned housing. In addition to college dormitories, the Group Quarters operation also includes places like nursing homes, group homes, halfway houses and prisons.

- During our recent 2020 Census <u>Group Quarters Advance Contact operation</u>, we contacted administrators of college/university student housing to get their input on the enumeration methods that will allow students to participate in the 2020 Census.

- The majority, about 47 percent, chose the eResponse methodology and about 7 percent chose paper listings, both of which provide the Census Bureau directory information (electronically or via paper records) about each student. About 35 percent, however, chose drop-off/pick-up, which allows students to self-respond using an Individual Census Questionnaire (or ICQ). We are <u>contacting those schools</u> to ask whether they would like to change that preference in light of the emerging situation.

- In general, students in colleges and universities temporarily closed due to COVID-19 will still be counted as part of this process. Even if they are home on Census Day, <u>April 1</u>, they should be counted according to the residence criteria that states they should be counted where they live and sleep most of the time. We are asking schools to contact their students and remind them to respond.

- Per the Census Bureau's residence criteria, students living away from home at school should be counted at school in most cases, even if they are temporarily elsewhere due to the COVID-19 pandemic.

**We are working with group quarters administrators to ensure we count their residents.**

- The 2020 Census is designed to offer multiple ways to respond. We're encouraging administrators of group housing to choose a way to count their residents that requires less in-person contact.

- For the Group Quarters operation, which counts people in nursing homes, college dorms, prisons, and other institutional living facilities, we offer a myriad of ways to respond, such as via eResponse, paper listing, or self-enumeration by the facility.

- We're contacting all group quarters administrators that have requested an in-person visit and asking them to consider an eResponse or offering to drop off and later pick up paper forms to minimize in-person contact with our census staff.

**We are working with service providers to determine the best way forward.**

- We are working with service providers at emergency and transitional shelters, soup kitchens, and regularly scheduled mobile food vans to adapt plans to count the populations they serve.
- The plan has been to interview each person served a meal or staying at the facility at a date and time the service providers choose <u>between March 30 and April 1</u>.
- We are now contacting the service providers to determine whether they will be open <u>between March 30 and April 1</u> and whether they would be able to provide a paper listing of census response data for each person served or staying at the facility instead.

**We are delaying the start of our Mobile Questionnaire Assistance program.**

- We plan to offer assistance with responding to the 2020 Census at events and locations where people naturally gather as part of our <u>Mobile Questionnaire Assistance</u>.
- We now plan to offer this assistance fully across the country <u>on April 13</u>, delaying from the previously planned start of <u>March 30</u>.

**We are delaying our Early Nonresponse Followup operation.**

- In this operation, census takers begin following up with households that haven't responded yet around some colleges and universities. By starting early, we can count households in areas with off-campus housing before the end of the spring semester when students may leave for another residence. We're delaying the start of this effort <u>from April 9 to April 23</u>.

The Census Bureau is also making changes to its paid media campaign, earned media efforts, and partnership outreach efforts to adapt to changing

conditions while continuing to promote self-response. The key message right now for anyone with questions about how COVID-19 will affect the 2020 Census: **It has never been easier to respond on your own, whether online, over the phone, or by mail—all without having to meet a census taker.**

We will continue to monitor the situation, take appropriate steps in consultation with public health authorities, and provide ongoing updates.

## About the 2020 Census

The U.S. Constitution mandates a census of the population every 10 years. The 2020 Census will count everyone who lives in the U.S. as of April 1, 2020. Census statistics help determine the number of seats each state holds in the U.S. House of Representatives and how billions of dollars in federal funds will be allocated by state, local, and federal lawmakers every year for the next 10 years.

**Stay connected with us!**
Join the conversation on social media.

| facebook | twitter | linkedin | youtube | instagram |
|----------|---------|----------|---------|-----------|

SUBSCRIBER SERVICES:
Subscriber Settings  |  Remove me from All Subscriptions  |  Help

This is an official email from the U.S. Census Bureau. If you have any questions or comments, please contact us (http://www.census.gov/about/contact-us.html).

| | |
|---|---|
| **From:** | Virginia Hyer (CENSUS/PIO FED) |
| **To:** | Timothy P Olson (CENSUS/ADFO FED) |
| **Cc:** | Christine E Taylor (CENSUS/PIO FED); Lisa J Cochrane (CENSUS/PIO FED); [PII] @bcw-global.com |
| **Subject:** | Re: Media Tour |
| **Date:** | Tuesday, March 17, 2020 6:26:41 AM |
| **Attachments:** | EvergreenMessaging.docx |
| | March 17 TPs_SMT_RMT.docx |

Good morning,

> # DP

Thanks,

**Virginia Hyer**, Chief, Public Relations Branch
Public Information Office
U.S. Census Bureau
O: 301.763.5407 | M: [PII]
**census.gov** | **@uscensusbureau**

**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Tuesday, March 17, 2020 6:18 AM
**To:** Virginia Hyer (CENSUS/PIO FED) <virginia.hyer@census.gov>
**Cc:** Christine E Taylor (CENSUS/PIO FED) <christine.e.taylor@census.gov>; Lisa J Cochrane
(CENSUS/PIO FED) <Lisa.J.Cochrane@census.gov> [PII] @bcw-global.com
[PII]
**Subject:** Re: Media Tour

> # DP

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[PII] (mobile)
301-763-2072


On Mar 16, 2020, at 8:28 PM, Virginia Hyer (CENSUS/PIO FED)
<virginia.hyer@census.gov> wrote:


Hi Tim,

> # DP

**Dial-In**

- [PII]

- Do not use speaker or headphones. Instead talk on the phone like you normally would.
- Please go to a place in your home where your cell signal is strong.

**Staffing**

- Lisa and Strauss Media will be on the line.
- A Strauss media operator will let you know who you'll be speaking to.
- Lisa will be able to skype you with any cues.

**Contact information**

- Lisa: [PII]
- Lauren: [PII]
- Virginia: [PII]

[DP]

Thanks,

**Virginia Hyer**, Chief, Public Relations Branch
Public Information Office
U.S. Census Bureau
O: 301.763.5407 | M: [PII]
**census.gov | @uscensusbureau**

| | |
|---|---|
| **From:** | Timothy.P.Olson@census.gov |
| **To:** | PII - Timothy Olson |
| **Subject:** | Fwd: Media Tour |
| **Date:** | Tuesday, March 17, 2020 6:36:05 AM |
| **Attachments:** | EvergreenMessaging.docx |
| | ATT00001.htm |
| | March 17 TPs_SMT_RMT.docx |
| | ATT00002.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
PII (mobile)
301-763-2072

Begin forwarded message:

> **From:** "Virginia Hyer (CENSUS/PIO FED)" <virginia.hyer@census.gov>
> **Date:** March 17, 2020 at 6:26:40 AM EDT
> **To:** "Timothy P Olson (CENSUS/ADFO FED)" <Timothy.P.Olson@census.gov>
> **Cc:** "Christine E Taylor (CENSUS/PIO FED)" <christine.e.taylor@census.gov>,
> "Lisa J Cochrane (CENSUS/PIO FED)" <Lisa.J.Cochrane@census.gov>,
> "lauren.williams@bcw-global.com" <lauren.williams@bcw-global.com>
> **Subject: Re:  Media Tour**
>
>
>
> Good morning,
>
> Attached are the talking points. The March 17 are the ones we should focus on
> today. The evergreen messaging goes into additional points like DP
> DP
>
> Thanks,
> **Virginia Hyer**, Chief, Public Relations Branch
> Public Information Office
> U.S. Census Bureau
> O: 301.763.5407 | M| PII
> **census.gov | @uscensusbureau**

**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Tuesday, March 17, 2020 6:18 AM
**To:** Virginia Hyer (CENSUS/PIO FED) <virginia.hyer@census.gov>
**Cc:** Christine E Taylor (CENSUS/PIO FED) <christine.e.taylor@census.gov>; Lisa J
Cochrane (CENSUS/PIO FED) <Lisa.J.Cochrane@census.gov>; lauren.williams@bcw-
global.com <lauren.williams@bcw-global.com>
**Subject:** Re: Media Tour

Hey, have the talking points been sent?   I'm worried I missed them in my inbox.

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[PII] mobile)
301-763-2072

> On Mar 16, 2020, at 8:28 PM, Virginia Hyer (CENSUS/PIO FED) <virginia.hyer@census.gov> wrote:
>
> Hi Tim,
>
> Instead of going into a building for a hard-line telephone, we've confirmed that the use of a cell phone works. Here's some instructions for tomorrow. Please call Lisa Cochrane or Lauren Williams if you have any technical issues.
>
> **Dial-In**
>
> - [PII] verbal passcode [PII]
> - Do not use speaker or headphones. Instead talk on the phone like you normally would.
> - Please go to a place in your home where your cell signal is strong.
>
> **Staffing**
>
> - Lisa and Strauss Media will be on the line.
> - A Strauss media operator will let you know who you'll be speaking to.
> - Lisa will be able to skype you with any cues.
>
> **Contact information**
>
> - Lisa: [PII]
> - Lauren: [PII]
> - Virginia: [PII]
>
> **Talking points**
>
> - Apologize for the delay, I should be able to send something to you this evening. These are in final exec. clearance.
>
> Thanks,
> **Virginia Hyer**, Chief, Public Relations Branch
> Public Information Office
> U.S. Census Bureau
> O: 301.763.5407 | M: [PII]
> **census.gov** | **@uscensusbureau**

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: Media Tour |
| **Date:** | Tuesday, March 17, 2020 6:36:05 AM |
| **Attachments:** | EvergreenMessaging.docx |
| | ATT00001.htm |
| | March 17 TPs_SMT_RMT.docx |
| | ATT00002.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[PII] (mobile)
301-763-2072

Begin forwarded message:

> **From:** "Virginia Hyer (CENSUS/PIO FED)" <virginia.hyer@census.gov>
> **Date:** March 17, 2020 at 6:26:40 AM EDT
> **To:** "Timothy P Olson (CENSUS/ADFO FED)" <Timothy.P.Olson@census.gov>
> **Cc:** "Christine E Taylor (CENSUS/PIO FED)" <christine.e.taylor@census.gov>,
> "Lisa J Cochrane (CENSUS/PIO FED)" <Lisa.J.Cochrane@census.gov>,
> "lauren.williams@bcw-global.com" <lauren.williams@bcw-global.com>
> **Subject: Re:  Media Tour**
>
>
>
> Good morning,
>
> Attached are the talking points. The March 17 are the ones we should focus on
> today. The evergreen messaging goes into additional points like [DP]
> [DP]
>
> Thanks,
> **Virginia Hyer**, Chief, Public Relations Branch
> Public Information Office
> U.S. Census Bureau
> O: 301.763.5407 | M: [PII]
> **census.gov | @uscensusbureau**

**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Tuesday, March 17, 2020 6:18 AM
**To:** Virginia Hyer (CENSUS/PIO FED) <virginia.hyer@census.gov>
**Cc:** Christine E Taylor (CENSUS/PIO FED) <christine.e.taylor@census.gov>; Lisa J
Cochrane (CENSUS/PIO FED) <Lisa.J.Cochrane@census.gov>; lauren.williams@bcw-
global.com <lauren.williams@bcw-global.com>
**Subject:** Re: Media Tour

Hey, have the talking points been sent?   I'm worried I missed them in my inbox.

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ PII ](mobile)
301-763-2072

> On Mar 16, 2020, at 8:28 PM, Virginia Hyer (CENSUS/PIO FED)
> <virginia.hyer@census.gov> wrote:

Hi Tim,

Instead of going into a building for a hard-line telephone, we've confirmed that the use of a cell phone works. Here's some instructions for tomorrow. Please call Lisa Cochrane or Lauren Williams if you have any technical issues.

**Dial-In**

- [ PII ] verbal passcode [ PII ]
- Do not use speaker or headphones. Instead talk on the phone like you normally would.
- Please go to a place in your home where your cell signal is strong.

**Staffing**

- Lisa and Strauss Media will be on the line.
- A Strauss media operator will let you know who you'll be speaking to.
- Lisa will be able to skype you with any cues.

**Contact information**

- Lisa [ PII ]
- Lauren [ PII ]
- Virginia [ PII ]

**Talking points**

- Apologize for the delay, I should be able to send something to you this evening. These are in final exec. clearance.

Thanks,
**Virginia Hyer**, Chief, Public Relations Branch
Public Information Office
U.S. Census Bureau
O: 301.763.5407 | M: [ PII ]
**census.gov** | **@uscensusbureau**

| | |
|---|---|
| **From:** | James T Christy (CENSUS/LA FED) |
| **To:** | Timothy P Olson (CENSUS/ADFO FED) |
| **Subject:** | Fw: See attachment : Briefing on FLD Data Operations Suspension |
| **Date:** | Wednesday, March 18, 2020 2:14:56 PM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03182020 1050am.docx |

FYI

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell $\boxed{\text{PII}}$
census.gov  Connect with us on Social Media
**Shape Your Future | Start Here** 2020census.gov

---

**From:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Sent:** Wednesday, March 18, 2020 1:00 PM
**To:** Jeff T Behler (CENSUS/NY FED) <jeff.t.behler@2020census.gov>; Fernando E Armstrong
(CENSUS/PH FED) <fernando.e.armstrong@2020census.gov>; Marilyn A Sanders (CENSUS/CG FED)
<Marilyn.A.Sanders@2020census.gov>; George Grandy Jr(CENSUS/AT FED)
<george.grandy.jr@2020census.gov>; Cathy Lynn Lacy (CENSUS/DN FED)
<cathy.lynn.lacy@2020census.gov>; Julie A Lam (CENSUS/LA FED) <julie.a.lam@2020census.gov>
**Cc:** Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED)
<John.R.Magruder@census.gov>; Megan Catherine Kindelan (CENSUS/FLD FED)
<megan.c.kindelan@census.gov>
**Subject:** Fw: See attachment : Briefing on FLD Data Operations Suspension



**DP**

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell $\boxed{\text{PII}}$
census.gov  Connect with us on Social Media
**Shape Your Future | Start Here** 2020census.gov

**From:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Sent:** Wednesday, March 18, 2020 11:29 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Michael T Thieme
(CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>; Kathleen M Styles (CENSUS/ADDC FED)
<kathleen.m.styles@census.gov>; James B Treat (CENSUS/DEPDIR FED)
<James.B.Treat@census.gov>; Deirdre Bishop (CENSUS/GEO FED)
<Deirdre.Dalpiaz.Bishop@census.gov>; Patrick J Cantwell (CENSUS/DSSD FED)
<Patrick.J.Cantwell@census.gov>; Phani-Kumar Atri Kalluri (CENSUS/ADDC FED) <Phani-
Kumar.Atri.Kalluri@census.gov>; Barbara M LoPresti (CENSUS/CIO FED)
<Barbara.M.LoPresti@census.gov>; Donna M Daily (CENSUS/ACSO FED)
<Donna.M.Daily@census.gov>; Luis J Cano (CENSUS/DCEO FED) <luis.j.cano@census.gov>; Jennifer
W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Darlene M Ursitti (CENSUS/ADDC FED)
<Darlene.M.Ursitti@census.gov>; Christopher M Denno (CENSUS/ADDC FED)
<christopher.m.denno@census.gov>; James L Dinwiddie (CENSUS/ADDC FED)
<James.L.Dinwiddie@census.gov>; Suzanne Fratino (CENSUS/DCMD FED)
<Suzanne.Fratino@census.gov>; Ann M Tozzi (CENSUS/ADDC FED) <Ann.M.Tozzi@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED)
<Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>;
Benjamin Taylor (CENSUS/ADDC FED) <benjamin.k.taylor@census.gov>; Vincent T Mule Jr
(CENSUS/DSSD FED) <Vincent.T.Mule.Jr@census.gov>; Michael Bentley (CENSUS/DSSD FED)
<Michael.Bentley@census.gov>; Deborah A Fenstermaker (CENSUS/DSSD FED)
<Deborah.A.Fenstermaker@census.gov>; Joan Marie Hill (CENSUS/DSSD FED)
<Joan.Marie.Hill@census.gov>; Timothy L Kennel (CENSUS/DSSD FED)
<Timothy.L.Kennel@census.gov>; Thuy Trang Ta Nguyen (CENSUS/DSSD FED)
<Thuy.Trang.Ta.Nguyen@census.gov>; FLD ADCs <fld.adcs@census.gov>; Jay M Occhiogrosso
(CENSUS/FLD FED) <Jay.M.Occhiogrosso@census.gov>; John T Baker II (CENSUS/FLD FED)
<John.T.Baker.II@census.gov>; Megan Catherine Kindelan (CENSUS/FLD FED)
<megan.c.kindelan@census.gov>; Willette Allen (CENSUS/FLD FED) <Willette.Allen@census.gov>;
Sneha Thakor Desai (CENSUS/FLD FED) <Sneha.Thakor.Desai@census.gov>; Karen C Field
(CENSUS/FLD FED) <Karen.C.Field@census.gov>; Kimberly L Canada (CENSUS/FLD FED)
<Kimberly.L.Canada@census.gov>; Crystal L Miller (CENSUS/FLD FED)
<Crystal.L.Miller@census.gov>; Amy L Fischer (CENSUS/FLD FED) <Amy.L.Fischer@census.gov>
**Subject:** See attachment : Briefing on FLD Data Operations Suspension

A constantly changing draft document is attached.  We will use it as the basis for our
discussion.

**Deborah Stempowski, PMP**
Assistant Director for Decennial Programs, Operations and Schedule Management
U.S. Census Bureau
Office ⌐⎯⎯⎯⎯⎯⎯ PII ⎯⎯⎯⎯⎯⎯¬
deborah.m.stempowski@census.gov
**Shape Your Future | Start Here**  2020census.gov

**From:** Albert E Fontenot (CENSUS/ADDC FED)
**Sent:** Wednesday, March 18, 2020 10:47 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Michael T Thieme (CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Deirdre Bishop (CENSUS/GEO FED) <Deirdre.Dalpiaz.Bishop@census.gov>; Patrick J Cantwell (CENSUS/DSSD FED) <Patrick.J.Cantwell@census.gov>; Phani-Kumar Atri Kalluri (CENSUS/ADDC FED) <Phani-Kumar.Atri.Kalluri@census.gov>; Barbara M LoPresti (CENSUS/CIO FED) <Barbara.M.LoPresti@census.gov>; Donna M Daily (CENSUS/ACSO FED) <Donna.M.Daily@census.gov>; Luis J Cano (CENSUS/DCEO FED) <luis.j.cano@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Darlene M Ursitti (CENSUS/ADDC FED) <Darlene.M.Ursitti@census.gov>; Christopher M Denno (CENSUS/ADDC FED) <christopher.m.denno@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Suzanne Fratino (CENSUS/DCMD FED) <Suzanne.Fratino@census.gov>; Ann M Tozzi (CENSUS/ADDC FED) <Ann.M.Tozzi@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>; Benjamin Taylor (CENSUS/ADDC FED) <benjamin.k.taylor@census.gov>; Vincent T Mule Jr (CENSUS/DSSD FED) <Vincent.T.Mule.Jr@census.gov>; Michael Bentley (CENSUS/DSSD FED) <Michael.Bentley@census.gov>; Deborah A Fenstermaker (CENSUS/DSSD FED) <Deborah.A.Fenstermaker@census.gov>; Joan Marie Hill (CENSUS/DSSD FED) <Joan.Marie.Hill@census.gov>; Timothy L Kennel (CENSUS/DSSD FED) <Timothy.L.Kennel@census.gov>; Thuy Trang Ta Nguyen (CENSUS/DSSD FED) <Thuy.Trang.Ta.Nguyen@census.gov>; FLD ADCs <fld.adcs@census.gov>; Jay M Occhiogrosso (CENSUS/FLD FED) <Jay.M.Occhiogrosso@census.gov>; John T Baker II (CENSUS/FLD FED) <John.T.Baker.II@census.gov>; Megan Catherine Kindelan (CENSUS/FLD FED) <megan.c.kindelan@census.gov>; Willette Allen (CENSUS/FLD FED) <Willette.Allen@census.gov>; Sneha Thakor Desai (CENSUS/FLD FED) <Sneha.Thakor.Desai@census.gov>; Karen C Field (CENSUS/FLD FED) <Karen.C.Field@census.gov>; Kimberly L Canada (CENSUS/FLD FED) <Kimberly.L.Canada@census.gov>; Crystal L Miller (CENSUS/FLD FED) <Crystal.L.Miller@census.gov>; Amy L Fischer (CENSUS/FLD FED) <Amy.L.Fischer@census.gov>
**Subject:** Briefing on FLD Data Operations Suspension
**When:** Wednesday, March 18, 2020 11:30-12:00.
**Where:** [ PII ]

Invite any of your key staff as necessary

| From: | 2020 Census Crisis Management Support Team |
|---|---|
| To: | Albert E Fontenot (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Timothy P Olson (CENSUS/ADFO FED); Kevin Smith (CENSUS/CIO FED); Michael T Thieme (CENSUS/ADDC FED); Deborah Stempowski (CENSUS/ADDC FED); Stephen L Buckner (CENSUS/ADCOM FED); James T Christy (CENSUS/LA FED); Gregg D Bailey (CENSUS/CIO FED); Luis J Cano (CENSUS/DCEO FED); Jennifer W Reichert (CENSUS/DCMD FED) |
| Cc: | Kathleen M Styles (CENSUS/ADDC FED); Phani-Kumar Atri Kalluri (CENSUS/ADCOM FED); Everett G Whiteley (CENSUS/BUD FED); Benjamin J Page (CENSUS/CFO FED); Christa D Jones (CENSUS/DEPDIR FED); Laura K Furgione (CENSUS/CAO FED); Jennifer Shopkorn (CENSUS/ADCOM FED); Burton H Reist (CENSUS/ADCOM FED); Deidre C Hicks (CENSUS/DCMD FED); Paul Krutsch (CENSUS/DCMD FED) |
| Subject: | Documents for 3/20 3:30p 2020 Crisis Management Team Meeting |
| Date: | Friday, March 20, 2020 9:14:57 AM |
| Attachments: | 2020 Census - Impacts of COVID19 03202020 830am.pdf<br>03200730 Census Response to DOC - COVID-19 Reporting.pdf<br>COVID-19 FLD and NPC Announcements.pdf |

Please find the following three documents attached for the 2020 Crisis Management Team meeting this afternoon at 3:30pm. The teleconference number is 1 PII

- 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities.
- The two press releases re: Field operations and NPC.
- CAO's COVID-19 Census Incident Reporting Information Sheet (3/20, 7:30am EDT).

These, along with the updated Common Operating Picture (COP) will be added to the meeting invite this afternoon.

If you have any questions, please contact me or Paul Krutsch.


Thank you,
Nathaniel

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: PII | 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov  | @uscensusbureau
**Shape your future. START HERE >**2020census.gov

**Controlled Unclassified Information**

**CENSUS INCIDENT REPORTING INFORMATION SHEET**
March 20, 2020
0730 EDT

**FROM:**   Laura Furgione
laura.furgione@census.gov
office 301-763-0264  cell  ⌐ PII ¬

**TO:**   DOC EOC

**RE:**   **Commerce Leadership Brief:  Bureau Reporting of COVID-19 Related Impacts and Activities – New, Updated, or Pending Items in Red Font**

**BACKGROUND:**
The Office of Security (OSY) maintains the 24/7 Emergency Operations Center for the Department of Commerce.  The goal of the EOC is to provide around the clock situational awareness as well as a coordination function for the Department as a whole.

The EOC is located at the Herbert C. Hoover Building (HCHB) in room 1066 and can be reached 24/7 at 202-482-5100 or eoc@doc.gov.

**COVID 19 RELATED REPORTING:**

In order to provide DOC leadership with a common operational picture of COVID-19 related impact and activities, the EOC will be consolidating a report comprised of information from the bureaus.  The information should be reported by bureaus in the following categories/criteria:

- Personnel:  Report the number of individuals assigned to your bureau that are on telework, Administrative Leave, Sick Leave and quarantined as a result of COVID 19; identify the geographic location as well.
  - **Remote Access for Thursday, March 19**
    - 16,435 Users with Remote Access Sessions
      - 8,200 Census VPN sessions
      - 5,369 CAPI VPN sessions
      - 2,866 VDI sessions

    - 6,735 peak concurrent users with Remote Access
    - Peak Network Bandwidth (46% of total) (4.6G/10G)
    - Average Bandwidth (25% of total) (2.5G/10G)

| Office Name/Position | Location | Additional Comments |
|---|---|---|
| Census Field Supervisor (CFS) – confirmed positive | Denison, IA | CFS employee/trainee is currently in isolation at the University of Nebraska Medical Center as of March 12.  Trained with two Census Field Managers and |

**Controlled Unclassified Information**

**Controlled Unclassified Information**

| | | |
|---|---|---|
| | | seven other trainees March 9-11 at a library. Local health department was notified and the office is following their guidance.  At this point they were told to wait for a call back for additional information. |
| National Processing Center (NPC) – presumptive positive | Jeffersonville, IN | Temporary federal employee informed NPC on March 17.  No mission impact or impact to infrastructure or facilities. |
| Dallas RCC- two presumptive positives | Dallas, TX | Three temporary federal employees are presumed positive for the COVID-19, GSA is cleaning the facility and teleworkers will continue working from home, non-teleworkers will go home. <br><br>• Case 1- March 14 <br>• Case 2 – March 16 <br>• Case 3 – March 18 tested negative. <br><br>The building is planned to reopen on Monday, March 23, although additional cases are potentially pending. |
| Conroe Area Census Office (ACO) – presumptive positive | Conroe, TX | Temporary federal employee presumed positive on March 18. |
| Suitland Federal Center – presumptive positive | Suitland, MD | Federal employee in the process of testing on March 19.  In the process of determining next steps.  GSA was given a courtesy notification. |
| Tacoma ACO, Clerk – being tested | Tacoma, WA | Clerk at Tacoma ACO notified supervisor March 15, of the positive test by a family member. Employee also being tested.  Last day at work was March 14.  Staff have been asked to self-quarantine for possible remote exposure. |
| SFC – Contractors | Suitland, MD | MetroStar (MSS) employee who is NOT on the Center for Enterprise Dissemination. Services and Consumer Innovation (CEDSCI) contract has tested positive for the COVID-19.  That employee has been in contact with senior MSS staff who are on the CEDSCI contract and were in SFC March 9-12.  Approximately 40 Census staff who may have been exposed have been asked to self-quarantine. |

**Controlled Unclassified Information**

**Controlled Unclassified Information**

| NPC | Jeffersonville, IN | One employee who also worked for Humana was told by Humana HR on March 12, not a public health authority, to self-quarantine because she worked on the same floor as a COVID + colleague. |
|---|---|---|
| Suitland Federal Center - Accounting | Suitland, MD | Employee came in contact with non-Census employee who has tested positive on March 10.  He is on self-quarantine.  It was reported to the Nurse's Office. |
| The Hagerstown ACO – Clerk | Hagerstown, MD | March 15 relative/roommate has tested positive with COVID19.  As per guidance, Clerk has gone home to Self-Quarantine.  Contacted the Maryland State Health Department.  Guidance is as follows:<br><br>• No action based on the "contact of a contact" that is asymptomatic.<br>No one in office should be tested unless and until they experience symptoms. |
| Los Angeles Regional Census Center (RCC) | Los Angeles, CA | • The LA RCC property manager notified the tenants that an individual has tested presumptive positive for the novel coronavirus (COVID-19) and had visited the building's 35th and 36th floor on March 6.  Our RCC is located on the 30th floor.  In compliance with their Influenza Pandemic Response Plan, they are in the process of closing and evacuating the impacted floor location(s) as well as additional floors they occupy, and will then perform cleaning in compliance with pandemic cleaning protocols.  Due to the low risk, employees have been notified and are allowed to take sick leave if they do not feel comfortable staying in the building. |

- Decennial Mission:
  - 2020 Decennial Specific High Impacts
    - Until April 1, the National Processing Center and the Paper Data Capture Center East will transition to the minimum number of on-site staff necessary to continue operations.  Operations at the Tucson and Phoenix NPC facilities continue with enhanced social distancing.

**Controlled Unclassified Information**

**Controlled Unclassified Information**

- Closure of Kansas City (KC) and New York City (NYC) Census Questionnaire Assistance Call Centers. We have ten third party contract Call Centers provided by a third party vendor, MAXIMUS, and they support up to 26 languages.
  - KC – Confirmed positive case of a contractor. The facility hosts 600 contractors and is conducting an orderly shutdown. They will be closed for cleaning until further notice and contractors. The confirmed case was last in the building on March 13. One of our employees observed the operation on March 15 and 16 and has been advised to self-quarantine.
  - NYC – Call Center in Times Square plans to close March 27 and hosts 177 contractors. Primary access to the facility requires workers to commute via the NYC Subway.
- At the request of the Governor the Commonwealth of Puerto Rico, and in compliance with her Executive Order, we are suspending operations in Puerto Rico for the next fourteen days, with a plan to resume on March 30.
- 2020 Census field operations will be suspended until April 1. We are taking this step to help protect the health and safety of the American public, Census Bureau employees, and everyone going through the hiring process for temporary census taker positions.
- We will continue to evaluate all 2020 Census operations.

- Mission Impacts: Report any event or situation that degrades or alters your ability to perform your Primary Mission Essential Functions, Mission Essential Functions, Essential Support Activities and/or Command and Control.
  - The 29 Federal Statistical Research Data Centers have been closed until further notice, effective March 16. The 800 researchers working on approximately 360 FSRDC research projects use restricted-access micro-data from the Census Bureau (50%), National Center for Health Statistics (48%), and the Agency for Healthcare Research and Quality, Bureau of Labor Statistics, and Bureau of Economic Analysis. The FSRDC closure will cause work on all projects to cease.
  - Much of the Census Center for Behavioral Science Methods work involves contact with human research participants. Suspending all face-to-face research activities with members of the public. Although technically possible to conduct such research through remote means (e.g. Skype) there are some logistical issues to work out regarding informed consent forms and remuneration.

- Infrastructure/Facilities Impacts: Report any degradations and/or impacts to facilities (i.e. closures), Information Systems, aircraft, ships, and other critical infrastructure.
  - SFC operating on limited staffing and services – 130 and 115 employees and contractors, respectively, accessed the building on March 19.
  - Developed POCs for all sites to ensure proper delivery of mail and other services as well as limited visitor access. This includes SFC, NPC, 6 Regional Offices, 6 Regional Census Centers, and 248 Area Census Offices.

**Controlled Unclassified Information**

**Controlled Unclassified Information**

- Preparation Activities:  List any on-going activities your Bureau is conducting to prepare for COVID-19.  How is the Census Bureau preparing for the effects of COVID-19?
  - Convened an internal task force to examine all policy related issues affecting employee activities including telework, travel, and public events.  Laura Furgione, Chief Administrative Officer, is leading the task force.
  - Developed an internal web page to reference all emails and broadcasts as well as SFC building services and closures.
  - The Suitland Federal Center and other field offices have employed extra cleaning and disinfecting.
  - All directorates are practicing Max Telework.
  - Collaborating with CDC COVID-19 Community Intervention team to discuss how to ensure outreach worker safety and mitigate disruption of 2020 Census outreach plans.  Other 2020 Decennial specifics reported directly to the Secretary and Deputy Secretary.

Travel, Training, and Conferences
  - Any travel will be considered on a case-by-case basis.  Managers and supervisors should determine if travel activities can be accomplished remotely or postponed.
  - Currently, all non-decennial travel, conferences and visitors have been deferred, remoted or canceled.
  - Asking all vendors to move to virtual training sessions for the foreseeable future.

- Response Activities: Report any on-going activities that have been requested and under your authorities in support of COVID-19.
  - Economic Development Administration requested modeling regarding the potential economic effects of the virus.  Created a working group to examine all possibilities of measuring the economic and demographic impact.
  - Federal Emergency Management Agency (FEMA), National Business Emergency Operations Center (NBEOC) requested Census participate on a conference call on March 13 to **DP**
  - FEMA Modeling Data Working Group meeting March 18 to discuss what agencies can provide to assist in Coronavirus was cancelled.  Will provide answers in writing.
  - Responded to Small Business Administration request for Census economic data regarding **DP**

- Un-met Needs:  Report any needs or guidance you require to take care of your personnel and/or to perform your mission.
  - We are seeking clarity on pay and attendance policies for staff affected by COVID-19.  Most Decennial Census workers are not eligible for leave and work for very short periods of time (less than 60 days).  **DP**

**Controlled Unclassified Information**

**Controlled Unclassified Information**



   o  Due to 2020 Decennial Census operations, requesting prioritized cleaning for the Suitland Federal Center if an individual with a confirmed case of COVID-19 has been in a GSA-controlled facility.

If you have questions about what information you are to report, please contact Nicholas Schnare, Assistant Director, Office of Security at 202-482-8333 or nschnare1@doc.gov.  Additionally you may contact the EOC at 202-482-5100 or eoc@doc.gov.

**Controlled Unclassified Information**

FOR IMMEDIATE RELEASE: WEDNESDAY, MARCH 18, 2020

# U.S. Census Bureau Director Steven Dillingham on Operational Updates

March 18, 2020
Release Number CB20-RTQ.08

**MARCH 18, 2020** — Less than one week ago, the 2020 Census fully kicked off, and invitations continue to arrive in mailboxes across the nation. **As of this morning, more than eleven million households have responded. America is stepping up to shape our future and ensure families and communities are counted.**

Beginning today, in support of guidance on what we can all do to help slow the spread of coronavirus, 2020 Census field operations will be suspended for two weeks until April 1, 2020. The Census Bureau is taking this step to help protect the health and safety of the American public, Census Bureau employees, and everyone going through the hiring process for temporary census taker positions.

During this pause in field operations, the Census Bureau will continue to evaluate all 2020 Census operations. Should any additional adjustments need to be made, the Census Bureau will communicate these changes broadly and promptly.

In late May, census takers around the nation will begin visiting households that have not yet responded to the 2020 Census to help complete the count. As we continue to monitor the evolving COVID-19 outbreak, we will adjust census taker and survey operations as necessary in order to follow the guidance of federal, state and local health authorities.

The public is strongly encouraged to respond to the 2020 Census online using a desktop computer, laptop, smartphone, or tablet, and can also respond by phone or mail. Everyone should respond to the 2020 Census as soon as they receive their invitation — and when they're finished, they can make sure their friends, families and social networks know about the importance of responding.

It has never been easier to respond to the census, and the 2020 Census will count everyone accurately. We recognize that many people plan to access the 2020 Census through other response modes, such as phone or paper, which is why the 2020 Census has such a nimble design.

On March 15, 2020, the Census Bureau announced several adaptations to our group quarters operations to accommodate recent scheduling changes on college campuses as leadership takes action to keep students and faculty safe.

 For all other Census Bureau household and economic surveys separate from the 2020 Decennial Census, Bureau personnel will begin using phone calls instead of in-person visits. In the limited number of instances where an in-person visit is necessary, we are working closely with public health authorities to ensure each visit is accomplished safely.

Once again, we encourage everyone to respond online today at 2020Census.gov.  With the flexibility and support of the American people, we will achieve a complete and accurate count which helps guide funding decisions for things like hospitals, roads and emergency services. Respondents can also respond by calling the number provided in their invitation or by mail once they have received a paper form.

**FOR IMMEDIATE RELEASE: WEDNESDAY, MARCH 18, 2020**

# Census Bureau Statement on Facility in Jeffersonville, Indiana

March 18, 2020
Release Number CB20-RTQ10

**MARCH 18, 2020** — Earlier today, the U.S. Census Bureau <u>announced a two-week suspension</u> of 2020 Census field operations to help protect the American public and our employees from the coronavirus outbreak.

Today, the Census Bureau is also making temporary adjustments to operations at two Census Bureau facilities in Jeffersonville, Indiana: the National Processing Center and Paper Data Capture Center East. For the next two weeks, until April 1, these two facilities will transition to the minimum number of on-site staff necessary to continue operations.

These temporary adjustments will help protect the health and safety of our employees in Jeffersonville as they continue to process 2020 Census responses from all around the country.

The Census Bureau continues to evaluate all 2020 Census operations and is incorporating guidance from federal, state and local health authorities. Should any additional adjustments need to be made, the Census Bureau will communicate these changes broadly and promptly.

As of this morning, more than eleven million households have responded. America is stepping up to shape our future and ensure families and communities are counted.

Once again, the American public is strongly encouraged to respond online to the 2020 Census at 2020Census.gov. Households can also respond by calling the phone number provided in their invitation or by mail once they receive a paper form. With the flexibility and support of the American people, we will achieve a complete and accurate 2020 Census count. It has never been easier to respond to the census and the 2020 Census will count everyone accurately.

DOC_0001146

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: Documents for 3/20 3:30p 2020 Crisis Management Team Meeting |
| **Date:** | Friday, March 20, 2020 9:18:13 AM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03202020 830am.pdf |
| | ATT00001.htm |
| | 03200730 Census Response to DOC - COVID-19 Reporting.pdf |
| | ATT00002.htm |
| | COVID-19 FLD and NPC Announcements.pdf |
| | ATT00003.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ PII ](mobile)
301-763-2072

Begin forwarded message:

**From:** 2020 Census Crisis Management Support Team
<2020.census.crisis.management.support.team@census.gov>
**Date:** March 20, 2020 at 9:14:57 AM EDT
**To:** "Albert E Fontenot (CENSUS/ADDC FED)"
<Albert.E.Fontenot@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM
FED)" <ali.m.ahmad@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
<Timothy.P.Olson@census.gov>, "Kevin Smith (CENSUS/CIO FED)"
<kevin.b.smith@census.gov>, "Michael T Thieme (CENSUS/ADDC FED)"
<Michael.T.Thieme@census.gov>, "Deborah Stempowski (CENSUS/ADDC
FED)" <Deborah.M.Stempowski@census.gov>, "Stephen L Buckner
(CENSUS/ADCOM FED)" <Stephen.L.Buckner@census.gov>, "James T Christy
(CENSUS/LA FED)" <James.T.Christy@census.gov>, "Gregg D Bailey
(CENSUS/CIO FED)" <gregg.d.bailey@census.gov>, "Luis J Cano
(CENSUS/DCEO FED)" <luis.j.cano@census.gov>, "Jennifer W Reichert
(CENSUS/DCMD FED)" <Jennifer.W.Reichert@census.gov>
**Cc:** "Kathleen M Styles (CENSUS/ADDC FED)"
<kathleen.m.styles@census.gov>, "Phani-Kumar Atri Kalluri (CENSUS/ADDC
FED)" <Phani-Kumar.Atri.Kalluri@census.gov>, "Everett G Whiteley
(CENSUS/BUD FED)" <Everett.G.Whiteley@census.gov>, "Benjamin J Page
(CENSUS/CFO FED)" <benjamin.j.page@census.gov>, "Christa D Jones
(CENSUS/DEPDIR FED)" <Christa.D.Jones@census.gov>, "Laura K Furgione
(CENSUS/CAO FED)" <laura.furgione@census.gov>, "Jennifer Shopkorn
(CENSUS/ADCOM FED)" <jennifer.shopkorn@census.gov>, "Burton H Reist
(CENSUS/ADCOM FED)" <burton.h.reist@census.gov>, "Deidre C Hicks
(CENSUS/DCMD FED)" <Deidre.C.Hicks@census.gov>, "Paul Krutsch
(CENSUS/DCMD FED)" <paul.krutsch@census.gov>
**Subject: Documents for 3/20 3:30p 2020 Crisis Management Team Meeting**

Please find the following three documents attached for the 2020 Crisis Management Team meeting this afternoon at 3:30pm. The teleconference number is PII

- 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities.
- The two press releases re: Field operations and NPC.
- CAO's COVID-19 Census Incident Reporting Information Sheet (3/20, 7:30am EDT).

These, along with the updated Common Operating Picture (COP) will be added to the meeting invite this afternoon.

If you have any questions, please contact me or Paul Krutsch.

Thank you,
Nathaniel

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: PII | 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

March 20, 2020 8:30am

## 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities
## The Impact of COVID-19

As the impact of the COVID-19 pandemic continues and further federal, state, and local government guidance is issued pertaining to steps to contain the spread of the virus, the Department of Commerce and the Census Bureau are implementing adjustments to the 2020 Census.  This document outlines decisions and outstanding questions associated with operational impacts of a temporary stoppage of 2020 Census field data collection and other associated activities.   Effective immediately, the Census Bureau will take steps toward implementation of a two-week work stoppage.  As we progress through the two week time period, we will closely monitor the status of the COVID-19 pandemic and reach a determination if an additional two-week delay is necessary.

Protecting the population and protecting our staff, as well as ensuring a high quality census, have driven the actions as outlined below.  The two week time frame will be used to investigate and prepare for operational changes such as conducting remote training that would reduce the need for large concentrations of people in a confined area.

**Facilities/Infrastructure:**

**Regional Census Center (RCC) and Area Census Office (ACO):**
RCC – remains open
- Max telework for eligible staff.
- Staff may use leave if not at work.
- Work at Home (WAH) staff (Regional Techs, Partnership) continue to work remotely.
- Travel severely limited.

ACO – remains open
- Managers report and incorporate social distancing.
- Census Field Managers (CFMs) (and others as available) telework.
- Office Operations Supervisors (OOSs) and clerks do not report (will receive pay – working on details).
- Recruiting Assistants continue to work remotely.
- Census Field Supervisors (CFSs) and Enumerators do not work (will receive pay – working on details).

2

**National Processing Center and Paper Data Capture Center-East:**
- The National Processing Center will close for a period of two weeks, until 4/1/20.
- The Paper Data Capture Center - East (PDCCE) facility will close for a period of two weeks, until 4/1/20.
- NPC transitioned to limited operations at both Jeffersonville facilities for a period of two weeks consistent with other decennial field activities.
- Management staff at the PDCCE facility will receive mail deliveries and take the necessary steps to get mail receipts through the sorting process.
- Cleaning and sanitization of the facilities will occur.
- No Decennial Service Center Support for reports of Lost, Missing, or Stolen devices.

**Paper Data Capture Center-West:**
- Work continues as planned.
- Incorporating social distancing strategies.

**Census Questionnaire Assistance Centers:**
- Work continues as planned.

**Self-Response:** March 12, 2020 – July 31, 2020
- **Online response to the 2020 Census will continue, as planned.**
- **All mailings will continue, as scheduled.**
- **Telephone response, via Census Questionnaire Assistance (CQA) Centers, will continue, as planned.**
- **Data capture of 2020 Census paper responses will continue.** Pace may slow resulting from diminished capacity with PDCCE closed.
- **Self-Response will be extended to August 14, 2020 to coincide with the end of field data collection.**

**Field Data Collection Currently Underway:**

- **Remote Alaska:** January 21, 2020 – April 30, 2020
  - **Enumeration in the Remote Alaska Villages will continue, to the extent that villages will support work continuing**.
  - Data collection is approximately 65% complete.
  - Only one Region and one ACO are impacted.
  - Decisions on completing the Remote Alaska enumerations will be at the discretion of the Los Angeles Regional Census Center.
  - Should a two-week extension to the Remote Alaska enumeration be needed, no significant impact is expected.

Pre-decisional – Internal Use Only

- **Update Enumerate:**  March 16, 2020 – April 30, 2020
  - **A two-week work stoppage implemented on March 18.**
  - **New operational end date:  May 14, 2020.**
  - Work is concentrated in some areas of Alaska and remote areas of Maine.  All tribes previously in the Update Enumerate workload have change to self-response enumeration.
  - There are villages in South East Alaska that are under quarantine. Five ACOs contain Update Enumerate workload.
  - As needed, the data collection time frame can be extended without significant impact.
  - Unlike other operations where non-responding addresses are incorporated into the Nonresponse Followup, the Update Enumerate workload must be completed through the planned in-person enumeration.

- **Update Leave:**  March 15, 2020 – April 17, 2020
  - **A two-week work stoppage has been implemented in Puerto Rico, effective March 16, 2020.**
  - **A two-week work stoppage implemented stateside on March 18.**
  - **New operational end date:  May 1, 2020.**
  - The Update Leave workload is in 169 of the 248 Area Census Offices.
  - Approximately 12% of the workload (blocks) is complete.
  - Work completed to date has not involved knocking on doors.  Questionnaire packages have been dropped off with updating of addresses by observation.
  - In advance of a resumption of work, we must revisit whether or not to knock on doors.
  - This work stoppage results in UL addresses (those not already visited) not receiving their invitation to respond.
  - Messaging associated with the work stoppage could include information about the delay in people receiving their invitation to respond/questionnaire and direct them to Non-ID response online or via Census Questionnaire Assistance.
  - As planned, nonresponding address in the Update Leave workload will be incorporated in the Nonresponse Followup workload.

- **Transitory Location Advance Contact:**  February 24, 2020 – March 21, 2020
  - **The operation will conclude on March 18, 2020.**
  - Work is approximately 99% complete.
  - ACO Staff will complete as much work as possible on March 17 and March 18.  Any Transitory Locations that have not been contacted will be included in the workload for the Enumeration of Transitory Locations.

Pre-decisional – Internal Use Only

- **Island Area Enumeration:** March 1, 2020 – May 31, 2020
  - o **Two-week work stoppage in Guam.  Military enumeration in Guam was completed.**
  - o **Two-week work stoppage in the Commonwealth of the Northern Marianas.**
  - o New operational end date: June 14, 2020.
  - o **U.S. Virgin Islands (USVI)**.
    - ▪ USVI is using the List/Enumerate methodology.
    - ▪ **Enumeration work suspended. Address listing work continues.**
    - ▪ Return visits will be completed at a later date for completion of enumerations.
  - o **Work continues, as planned, in American Samoa.**


**Field Data Collection Operations Not Yet in the Field:**

- **Group Quarters Enumeration (GQE):**
  - o **Implement a two week delay to field data collection.**
  - o New operational timing:  April 16, 2020 - June 19, 2020.
  - o Original Timing:  April 2, 2020 – June 5, 2020.
  - o Implement an immediate pause in the Census Field Supervisor (CFS) Assistant training that began March 17, 2020.
  - o Delay the start of enumerator training.
  - o ACO Staff will notify GQE staff and identify/secure new training locations.  A conversation is needed with the RCCs to discuss the specific tasks that the skeleton staff in the ACOs will complete. They may or may not work on identifying and securing new training locations.

- **Service Based Enumeration (SBE)/Targeted Non-Sheltered Outdoor Locations (TNSOLs):**
  - o **Implement a one-month delay in field data collection.**
  - o **New operational timing:  April 29, 2020 -- May 1, 2020.**
  - o Original Timing:  March 30, 2020 – April 1, 2020.
  - o The SBE/TNSOL operation is unlike other field data collection operations.  It involves sending groups of enumerators to shelters and areas with concentrations of persons experiencing homelessness.
  - o  *(need to verify)*
  - o The month delay for this operation could introduce data quality and/or coverage issues due to changes in how and where people experiencing homelessness make use of SBE locations in early April vs. early May.

- **Enumeration at Transitory Locations (ETL):**
  - **Implement a two week delay to field data collection.**
  - **New operational timing:  April 23, 2020 – May 18, 2020.**
  - Original Timing: April 9, 2020 – May 4, 2020.
  - CFS training scheduled to begin on March 23, 2020 will be moved to April 6, 2020.
  - ACO staff will notify ETL staff and identify/secure new training locations.

- **Early Nonresponse Followup (NRFU):**
  - **Implement an additional two week delay to field data collection.**
  - **New operational timing:  May 7, 2020 – August 14, 2020.**
  - Original Timing:  April 9, 2020 – July 31, 2020.
  - Operational start has already been delayed by two weeks from April 9, 2020 to April 23, 2020 as a result of colleges and universities extending spring breaks, moving to online classes, or decisions to suspend the balance of the spring semester.
  - Some college/university students will remain in their off-campus college housing.
  - If college students living off-campus do not self-respond and are no longer in their off-campus housing at the time a NRFU enumerator visits, data may be obtained from a building manager, a proxy, use of administrative records, or, if all else fails, be subject to count imputation.
  - Self-Response Quality Assurance (SRQA) will identify addresses to include in the NRFU workload.  Original plans were to include some addresses in the Early NRFU workload. With a two-week or a delay beyond two weeks, SRQA recollect cases will accumulate until the start of NRFU without significant detriment to the SRQA operation.

- **Nonresponse Followup:**
  - **Implement a two week delay to field data collection.**
  - **New operational Timing:  May 27, 2020 – August 14, 2020.**
  - Original Timing: May 13, 2020 – July 31, 2020.
  - A significant concern is the ability to fingerprint and process the volume of staff needed for NRFU.  Some vendors are pushing to close fingerprint locations.
  - CDWG will support continued deployment of devices.

- **Mobile Questionnaire Assistance (MQA):**
  - **Revisit a further delay to the start of MQA in two weeks, including whether or not to implement a soft launch.**
  - **New operational timing:  April 13, 2020 – August 14, 2020.**
  - Original Timing:  March 30, 2020 – July 31, 2020.
  - Operational start has already been delayed from March 30, 2020 to April 13, 2020.
  - Many questions remain regarding the value of MQA.  It is unknown whether gatherings of people will occur given pandemic concerns.

Pre-decisional – Internal Use Only

**COVID-19 Pay for DAPPS Field Employees:**
This includes:

- Area Census Office staff including OOSs and Clerks.
- Field workers including CFSs, RAs, and Enumerators.

This staff does not earn leave.  In the event staff are directed to stop work activities as a result of COVID-19, employees may be able to receive pay in lieu of work.  There may be further guidance on implementing COVID-19 pay in situations involving quarantine or medically-directed isolation.  If a decision is made to pay staff, the rate of pay is based on their hourly rate in DAPPS.   We will use the following assumptions:

- Enumerators – 19 hours/week or 4 hours/day.
- Census Field Supervisors– 19 hours/week or 4 hours/day.
- Clerks – 40 hours/week or 7.5 hours/day.
- Office Operations Supervisors – 40 hours/week or 8 hours/day.
- Recruiting Assistants – 30 hours/week or 6 hours/day.

We will only pay the regular hourly rate.  We will not pay overtime hours – meaning the claim cannot exceed 40 hours per week, nor will we pay other premium pay - Night Differential or Sunday Premium.  We also will not pay miscellaneous expenses – such as mileage, per diem, doctor's bills, insurance co-pays or other expenses.

**Capacity to Expand Field Data Collection Staff:**
- Field can add additional staff to compensate for time lost in enumeration operations.
- We have a robust pool of applicants and in most areas, we have sufficient staff identified to over hire for the enumerator and CFS positions.
- There are two key limitations:
  - First, there are a fixed number of devices.  Currently, our pool of available iPhones is 415,677.
  - Second, the hiring process requires 60 days for an applicant to complete the full process.  We have been successful in shortening this process in some instances.
- The Department of Commerce has submitted a request to allow the Census Bureau to implement a direct-hire authority to dramatically shrink the 60-day timeframe – essentially allowing us to hire people on the spot.
- Depending on the distribution of additional work, we would need to add management and support infrastructure.  If areas are saturated with work, we can move these support activities to an adjacent ACO.
- Push staffing authorization out to the maximum number of devices available.
- Pursue avenues to secure up to an additional 75,000 devices.

Pre-decisional – Internal Use Only

**Additional Concerns and Unresolved Items:**

DP

Pre-decisional – Internal Use Only



Pre-decisional – Internal Use Only

**Controlled Unclassified Information**

**CENSUS INCIDENT REPORTING INFORMATION SHEET**
March 20, 2020
0730 EDT

**FROM:**     Laura Furgione
laura.furgione@census.gov
office 301-763-0264  cell `PII`

**TO:**     DOC EOC

**RE:**     **Commerce Leadership Brief:  Bureau Reporting of COVID-19 Related
Impacts and Activities – New, Updated, or Pending Items in Red Font**

**BACKGROUND:**
The Office of Security (OSY) maintains the 24/7 Emergency Operations Center for the
Department of Commerce.  The goal of the EOC is to provide around the clock situational
awareness as well as a coordination function for the Department as a whole.

The EOC is located at the Herbert C. Hoover Building (HCHB) in room 1066 and can be reached
24/7 at 202-482-5100 or eoc@doc.gov.

**COVID 19 RELATED REPORTING:**

In order to provide DOC leadership with a common operational picture of COVID-19 related
impact and activities, the EOC will be consolidating a report comprised of information from the
bureaus.  The information should be reported by bureaus in the following categories/criteria:

- Personnel:  Report the number of individuals assigned to your bureau that are on
  telework, Administrative Leave, Sick Leave and quarantined as a result of COVID 19;
  identify the geographic location as well.
  - **Remote Access for Thursday, March 19**
    - 16,435 Users with Remote Access Sessions
      - 8,200 Census VPN sessions
      - 5,369 CAPI VPN sessions
      - 2,866 VDI sessions
    - 6,735 peak concurrent users with Remote Access
    - Peak Network Bandwidth (46% of total) (4.6G/10G)
    - Average Bandwidth (25% of total) (2.5G/10G)

| Office Name/Position | Location | Additional Comments |
|---|---|---|
| Census Field Supervisor (CFS) – confirmed positive | Denison, IA | CFS employee/trainee is currently in isolation at the University of Nebraska Medical Center as of March 12.  Trained with two Census Field Managers and |

**Controlled Unclassified Information**

**Controlled Unclassified Information**

| | | |
|---|---|---|
| | | seven other trainees March 9-11 at a library. Local health department was notified and the office is following their guidance.  At this point they were told to wait for a call back for additional information. |
| National Processing Center (NPC) – presumptive positive | Jeffersonville, IN | Temporary federal employee informed NPC on March 17.  No mission impact or impact to infrastructure or facilities. |
| Dallas RCC- two presumptive positives | Dallas, TX | Three temporary federal employees are presumed positive for the COVID-19, GSA is cleaning the facility and teleworkers will continue working from home, non-teleworkers will go home.<br><br>• Case 1- March 14<br><br>• Case 2 – March 16<br><br>• Case 3 – March 18 tested negative.<br><br>The building is planned to reopen on Monday, March 23, although additional cases are potentially pending. |
| Conroe Area Census Office (ACO) – presumptive positive | Conroe, TX | Temporary federal employee presumed positive on March 18. |
| Suitland Federal Center – presumptive positive | Suitland, MD | Federal employee in the process of testing on March 19.  In the process of determining next steps.  GSA was given a courtesy notification. |
| Tacoma ACO, Clerk – being tested | Tacoma, WA | Clerk at Tacoma ACO notified supervisor March 15, of the positive test by a family member. Employee also being tested. Last day at work was March 14.  Staff have been asked to self-quarantine for possible remote exposure. |
| SFC – Contractors | Suitland, MD | MetroStar (MSS) employee who is NOT on the Center for Enterprise Dissemination. Services and Consumer Innovation (CEDSCI) contract has tested positive for the COVID-19.  That employee has been in contact with senior MSS staff who are on the CEDSCI contract and were in SFC March 9-12.  Approximately 40 Census staff who may have been exposed have been asked to self-quarantine. |

**Controlled Unclassified Information**

**Controlled Unclassified Information**

| NPC | Jeffersonville, IN | One employee who also worked for Humana was told by Humana HR on March 12, not a public health authority, to self-quarantine because she worked on the same floor as a COVID + colleague. |
|---|---|---|
| Suitland Federal Center - Accounting | Suitland, MD | Employee came in contact with non-Census employee who has tested positive on March 10.  He is on self-quarantine.  It was reported to the Nurse's Office. |
| The Hagerstown ACO – Clerk | Hagerstown, MD | March 15 relative/roommate has tested positive with COVID19.  As per guidance, Clerk has gone home to Self-Quarantine. Contacted the Maryland State Health Department.  Guidance is as follows:<br><br>• No action based on the "contact of a contact" that is asymptomatic.<br>No one in office should be tested unless and until they experience symptoms. |
| Los Angeles Regional Census Center (RCC) | Los Angeles, CA | • The LA RCC property manager notified the tenants that an individual has tested presumptive positive for the novel coronavirus (COVID-19) and had visited the building's 35th and 36th floor on March 6.  Our RCC is located on the 30th floor.  In compliance with their Influenza Pandemic Response Plan, they are in the process of closing and evacuating the impacted floor location(s) as well as additional floors they occupy, and will then perform cleaning in compliance with pandemic cleaning protocols.  Due to the low risk, employees have been notified and are allowed to take sick leave if they do not feel comfortable staying in the building. |

- Decennial Mission:
  - 2020 Decennial Specific High Impacts
    - Until April 1, the National Processing Center and the Paper Data Capture Center East will transition to the minimum number of on-site staff necessary to continue operations.  Operations at the Tucson and Phoenix NPC facilities continue with enhanced social distancing.

**Controlled Unclassified Information**

**Controlled Unclassified Information**

- Closure of Kansas City (KC) and New York City (NYC) Census Questionnaire Assistance Call Centers. We have ten third party contract Call Centers provided by a third party vendor, MAXIMUS, and they support up to 26 languages.
  - KC – Confirmed positive case of a contractor. The facility hosts 600 contractors and is conducting an orderly shutdown. They will be closed for cleaning until further notice and contractors. The confirmed case was last in the building on March 13. One of our employees observed the operation on March 15 and 16 and has been advised to self-quarantine.
  - NYC – Call Center in Times Square plans to close March 27 and hosts 177 contractors. Primary access to the facility requires workers to commute via the NYC Subway.
- At the request of the Governor the Commonwealth of Puerto Rico, and in compliance with her Executive Order, we are suspending operations in Puerto Rico for the next fourteen days, with a plan to resume on March 30.
- 2020 Census field operations will be suspended until April 1. We are taking this step to help protect the health and safety of the American public, Census Bureau employees, and everyone going through the hiring process for temporary census taker positions.
- We will continue to evaluate all 2020 Census operations.

- Mission Impacts: Report any event or situation that degrades or alters your ability to perform your Primary Mission Essential Functions, Mission Essential Functions, Essential Support Activities and/or Command and Control.
  - The 29 Federal Statistical Research Data Centers have been closed until further notice, effective March 16. The 800 researchers working on approximately 360 FSRDC research projects use restricted-access micro-data from the Census Bureau (50%), National Center for Health Statistics (48%), and the Agency for Healthcare Research and Quality, Bureau of Labor Statistics, and Bureau of Economic Analysis. The FSRDC closure will cause work on all projects to cease.
  - Much of the Census Center for Behavioral Science Methods work involves contact with human research participants. Suspending all face-to-face research activities with members of the public. Although technically possible to conduct such research through remote means (e.g. Skype) there are some logistical issues to work out regarding informed consent forms and remuneration.

- Infrastructure/Facilities Impacts: Report any degradations and/or impacts to facilities (i.e. closures), Information Systems, aircraft, ships, and other critical infrastructure.
  - SFC operating on limited staffing and services – 130 and 115 employees and contractors, respectively, accessed the building on March 19.
  - Developed POCs for all sites to ensure proper delivery of mail and other services as well as limited visitor access. This includes SFC, NPC, 6 Regional Offices, 6 Regional Census Centers, and 248 Area Census Offices.

**Controlled Unclassified Information**

**Controlled Unclassified Information**

- Preparation Activities:  List any on-going activities your Bureau is conducting to prepare for COVID-19.  How is the Census Bureau preparing for the effects of COVID-19?
    - Convened an internal task force to examine all policy related issues affecting employee activities including telework, travel, and public events.  Laura Furgione, Chief Administrative Officer, is leading the task force.
    - Developed an internal web page to reference all emails and broadcasts as well as SFC building services and closures.
    - The Suitland Federal Center and other field offices have employed extra cleaning and disinfecting.
    - All directorates are practicing Max Telework.
    - Collaborating with CDC COVID-19 Community Intervention team to discuss how to ensure outreach worker safety and mitigate disruption of 2020 Census outreach plans.  Other 2020 Decennial specifics reported directly to the Secretary and Deputy Secretary.

Travel, Training, and Conferences
    - Any travel will be considered on a case-by-case basis.  Managers and supervisors should determine if travel activities can be accomplished remotely or postponed.
    - Currently, all non-decennial travel, conferences and visitors have been deferred, remoted or canceled.
    - Asking all vendors to move to virtual training sessions for the foreseeable future.

- Response Activities: Report any on-going activities that have been requested and under your authorities in support of COVID-19.
    - Economic Development Administration requested modeling regarding the potential economic effects of the virus.  Created a working group to examine all possibilities of measuring the economic and demographic impact.
    - Federal Emergency Management Agency (FEMA), National Business Emergency Operations Center (NBEOC) requested Census participate on a conference call on March 13 to DP
    - FEMA Modeling Data Working Group meeting March 18 to discuss what agencies can provide to assist in Coronavirus was cancelled.  Will provide answers in writing.
    - Responded to Small Business Administration request for Census economic data regarding DP

- Un-met Needs:  Report any needs or guidance you require to take care of your personnel and/or to perform your mission.
    - We are seeking clarity on pay and attendance policies for staff affected by COVID-19.  Most Decennial Census workers are not eligible for leave and work for very short periods of time (less than 60 days). DP

**Controlled Unclassified Information**

**Controlled Unclassified Information**



- o  Due to 2020 Decennial Census operations, requesting prioritized cleaning for the
   Suitland Federal Center if an individual with a confirmed case of COVID-19 has
   been in a GSA-controlled facility.

If you have questions about what information you are to report, please contact Nicholas Schnare,
Assistant Director, Office of Security at 202-482-8333 or nschnare1@doc.gov.  Additionally you
may contact the EOC at 202-482-5100 or eoc@doc.gov.

**Controlled Unclassified Information**

**FOR IMMEDIATE RELEASE: WEDNESDAY, MARCH 18, 2020**

# U.S. Census Bureau Director Steven Dillingham on Operational Updates

March 18, 2020
Release Number CB20-RTQ.08

**MARCH 18, 2020** — Less than one week ago, the 2020 Census fully kicked off, and invitations continue to arrive in mailboxes across the nation**. As of this morning, more than eleven million households have responded. America is stepping up to shape our future and ensure families and communities are counted.**

Beginning today, in support of guidance on what we can all do to help slow the spread of coronavirus, 2020 Census field operations will be suspended for two weeks until April 1, 2020. The Census Bureau is taking this step to help protect the health and safety of the American public, Census Bureau employees, and everyone going through the hiring process for temporary census taker positions.

During this pause in field operations, the Census Bureau will continue to evaluate all 2020 Census operations. Should any additional adjustments need to be made, the Census Bureau will communicate these changes broadly and promptly.

In late May, census takers around the nation will begin visiting households that have not yet responded to the 2020 Census to help complete the count. As we continue to monitor the evolving COVID-19 outbreak, we will adjust census taker and survey operations as necessary in order to follow the guidance of federal, state and local health authorities.

The public is strongly encouraged to respond to the 2020 Census online using a desktop computer, laptop, smartphone, or tablet, and can also respond by phone or mail. Everyone should respond to the 2020 Census as soon as they receive their invitation — and when they're finished, they can make sure their friends, families and social networks know about the importance of responding.

It has never been easier to respond to the census, and the 2020 Census will count everyone accurately. We recognize that many people plan to access the 2020 Census through other response modes, such as phone or paper, which is why the 2020 Census has such a nimble design.

On March 15, 2020, the Census Bureau announced several adaptations to our group quarters operations to accommodate recent scheduling changes on college campuses as leadership takes action to keep students and faculty safe.

For all other Census Bureau household and economic surveys separate from the 2020 Decennial Census, Bureau personnel will begin using phone calls instead of in-person visits. In the limited number of instances where an in-person visit is necessary, we are working closely with public health authorities to ensure each visit is accomplished safely.

Once again, we encourage everyone to respond online today at 2020Census.gov.  With the flexibility and support of the American people, we will achieve a complete and accurate count which helps guide funding decisions for things like hospitals, roads and emergency services. Respondents can also respond by calling the number provided in their invitation or by mail once they have received a paper form.

**FOR IMMEDIATE RELEASE: WEDNESDAY, MARCH 18, 2020**

# Census Bureau Statement on Facility in Jeffersonville, Indiana

March 18, 2020
Release Number CB20-RTQ10

**MARCH 18, 2020** — Earlier today, the U.S. Census Bureau <u>announced a two-week suspension</u> of 2020 Census field operations to help protect the American public and our employees from the coronavirus outbreak.

Today, the Census Bureau is also making temporary adjustments to operations at two Census Bureau facilities in Jeffersonville, Indiana: the National Processing Center and Paper Data Capture Center East. For the next two weeks, until April 1, these two facilities will transition to the minimum number of on-site staff necessary to continue operations.

These temporary adjustments will help protect the health and safety of our employees in Jeffersonville as they continue to process 2020 Census responses from all around the country.

The Census Bureau continues to evaluate all 2020 Census operations and is incorporating guidance from federal, state and local health authorities. Should any additional adjustments need to be made, the Census Bureau will communicate these changes broadly and promptly.

As of this morning, more than eleven million households have responded. America is stepping up to shape our future and ensure families and communities are counted.

Once again, the American public is strongly encouraged to respond online to the 2020 Census at 2020Census.gov. Households can also respond by calling the phone number provided in their invitation or by mail once they receive a paper form. With the flexibility and support of the American people, we will achieve a complete and accurate 2020 Census count. It has never been easier to respond to the census and the 2020 Census will count everyone accurately.

DOC_0001166

| From: | Timothy.P.Olson@census.gov |
|---|---|
| To: | Timothy Olson |
| Subject: | Fwd: Documents for 3/20 3:30p 2020 Crisis Management Team Meeting |
| Date: | Friday, March 20, 2020 9:18:11 AM |
| Attachments: | 2020 Census - Impacts of COVID19 03202020 830am.pdf |
| | ATT00001.htm |
| | 03200730 Census Response to DOC - COVID-19 Reporting.pdf |
| | ATT00002.htm |
| | COVID-19 FLD and NPC Announcements.pdf |
| | ATT00003.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
4 ⌐ PII ⌐ (mobile)
301-763-2072

Begin forwarded message:

**From:** 2020 Census Crisis Management Support Team
<2020.census.crisis.management.support.team@census.gov>
**Date:** March 20, 2020 at 9:14:57 AM EDT
**To:** "Albert E Fontenot (CENSUS/ADDC FED)"
<Albert.E.Fontenot@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM
FED)" <ali.m.ahmad@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
<Timothy.P.Olson@census.gov>, "Kevin Smith (CENSUS/CIO FED)"
<kevin.b.smith@census.gov>, "Michael T Thieme (CENSUS/ADDC FED)"
<Michael.T.Thieme@census.gov>, "Deborah Stempowski (CENSUS/ADDC
FED)" <Deborah.M.Stempowski@census.gov>, "Stephen L Buckner
(CENSUS/ADCOM FED)" <Stephen.L.Buckner@census.gov>, "James T Christy
(CENSUS/LA FED)" <James.T.Christy@census.gov>, "Gregg D Bailey
(CENSUS/CIO FED)" <gregg.d.bailey@census.gov>, "Luis J Cano
(CENSUS/DCEO FED)" <luis.j.cano@census.gov>, "Jennifer W Reichert
(CENSUS/DCMD FED)" <Jennifer.W.Reichert@census.gov>
**Cc:** "Kathleen M Styles (CENSUS/ADDC FED)"
<kathleen.m.styles@census.gov>, "Phani-Kumar Atri Kalluri (CENSUS/ADDC
FED)" <Phani-Kumar.Atri.Kalluri@census.gov>, "Everett G Whiteley
(CENSUS/BUD FED)" <Everett.G.Whiteley@census.gov>, "Benjamin J Page
(CENSUS/CFO FED)" <benjamin.j.page@census.gov>, "Christa D Jones
(CENSUS/DEPDIR FED)" <Christa.D.Jones@census.gov>, "Laura K Furgione
(CENSUS/CAO FED)" <laura.furgione@census.gov>, "Jennifer Shopkorn
(CENSUS/ADCOM FED)" <jennifer.shopkorn@census.gov>, "Burton H Reist
(CENSUS/ADCOM FED)" <burton.h.reist@census.gov>, "Deidre C Hicks
(CENSUS/DCMD FED)" <Deidre.C.Hicks@census.gov>, "Paul Krutsch
(CENSUS/DCMD FED)" <paul.krutsch@census.gov>
**Subject: Documents for 3/20 3:30p 2020 Crisis Management Team Meeting**

Please find the following three documents attached for the 2020 Crisis Management Team meeting this afternoon at 3:30pm. The teleconference number is: **PII**

- 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities.
- The two press releases re: Field operations and NPC.
- CAO's COVID-19 Census Incident Reporting Information Sheet (3/20, 7:30am EDT).

These, along with the updated Common Operating Picture (COP) will be added to the meeting invite this afternoon.

If you have any questions, please contact me or Paul Krutsch.

Thank you,
Nathaniel

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: **PII** | 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov | @uscensusbureau
**Shape your future. START HERE >**2020census.gov

March 20, 2020 8:30am

## 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities
## The Impact of COVID-19

As the impact of the COVID-19 pandemic continues and further federal, state, and local government guidance is issued pertaining to steps to contain the spread of the virus, the Department of Commerce and the Census Bureau are implementing adjustments to the 2020 Census.  This document outlines decisions and outstanding questions associated with operational impacts of a temporary stoppage of 2020 Census field data collection and other associated activities.   Effective immediately, the Census Bureau will take steps toward implementation of a two-week work stoppage.  As we progress through the two week time period, we will closely monitor the status of the COVID-19 pandemic and reach a determination if an additional two-week delay is necessary.

Protecting the population and protecting our staff, as well as ensuring a high quality census, have driven the actions as outlined below.  The two week time frame will be used to investigate and prepare for operational changes such as conducting remote training that would reduce the need for large concentrations of people in a confined area.

**Facilities/Infrastructure:**

**Regional Census Center (RCC) and Area Census Office (ACO):**
RCC – remains open
- Max telework for eligible staff.
- Staff may use leave if not at work.
- Work at Home (WAH) staff (Regional Techs, Partnership) continue to work remotely.
- Travel severely limited.

ACO – remains open
- Managers report and incorporate social distancing.
- Census Field Managers (CFMs) (and others as available) telework.
- Office Operations Supervisors (OOSs) and clerks do not report (will receive pay – working on details).
- Recruiting Assistants continue to work remotely.
- Census Field Supervisors (CFSs) and Enumerators do not work (will receive pay – working on details).

Pre-decisional – Internal Use Only

**National Processing Center and Paper Data Capture Center-East:**
- The National Processing Center will close for a period of two weeks, until 4/1/20.
- The Paper Data Capture Center - East (PDCCE) facility will close for a period of two weeks, until 4/1/20.
- NPC transitioned to limited operations at both Jeffersonville facilities for a period of two weeks consistent with other decennial field activities.
- Management staff at the PDCCE facility will receive mail deliveries and take the necessary steps to get mail receipts through the sorting process.
- Cleaning and sanitization of the facilities will occur.
- No Decennial Service Center Support for reports of Lost, Missing, or Stolen devices.


**Paper Data Capture Center-West:**
- Work continues as planned.
- Incorporating social distancing strategies.

**Census Questionnaire Assistance Centers:**
- Work continues as planned.


**Self-Response:**  March 12, 2020 – July 31, 2020
- **Online response to the 2020 Census will continue, as planned.**
- **All mailings will continue, as scheduled.**
- **Telephone response, via Census Questionnaire Assistance (CQA) Centers, will continue, as planned.**
- **Data capture of 2020 Census paper responses will continue.**  Pace may slow resulting from diminished capacity with PDCCE closed.
- **Self-Response will be extended to August 14, 2020 to coincide with the end of field data collection.**

**Field Data Collection Currently Underway:**

- **Remote Alaska:**  January 21, 2020 – April 30, 2020
    - **Enumeration in the Remote Alaska Villages will continue, to the extent that villages will support work continuing**.
    - Data collection is approximately 65% complete.
    - Only one Region and one ACO are impacted.
    - Decisions on completing the Remote Alaska enumerations will be at the discretion of the Los Angeles Regional Census Center.
    - Should a two-week extension to the Remote Alaska enumeration be needed, no significant impact is expected.

Pre-decisional – Internal Use Only

- **Update Enumerate:** March 16, 2020 – April 30, 2020
  - **A two-week work stoppage implemented on March 18.**
  - **New operational end date: May 14, 2020.**
  - Work is concentrated in some areas of Alaska and remote areas of Maine.  All tribes previously in the Update Enumerate workload have change to self-response enumeration.
  - There are villages in South East Alaska that are under quarantine. Five ACOs contain Update Enumerate workload.
  - As needed, the data collection time frame can be extended without significant impact.
  - Unlike other operations where non-responding addresses are incorporated into the Nonresponse Followup, the Update Enumerate workload must be completed through the planned in-person enumeration.

- **Update Leave:** March 15, 2020 – April 17, 2020
  - **A two-week work stoppage has been implemented in Puerto Rico, effective March 16, 2020.**
  - **A two-week work stoppage implemented stateside on March 18.**
  - **New operational end date: May 1, 2020.**
  - The Update Leave workload is in 169 of the 248 Area Census Offices.
  - Approximately 12% of the workload (blocks) is complete.
  - Work completed to date has not involved knocking on doors.  Questionnaire packages have been dropped off with updating of addresses by observation.
  - In advance of a resumption of work, we must revisit whether or not to knock on doors.
  - This work stoppage results in UL addresses (those not already visited) not receiving their invitation to respond.
  - Messaging associated with the work stoppage could include information about the delay in people receiving their invitation to respond/questionnaire and direct them to Non-ID response online or via Census Questionnaire Assistance.
  - As planned, nonresponding address in the Update Leave workload will be incorporated in the Nonresponse Followup workload.

- **Transitory Location Advance Contact:** February 24, 2020 – March 21, 2020
  - **The operation will conclude on March 18, 2020.**
  - Work is approximately 99% complete.
  - ACO Staff will complete as much work as possible on March 17 and March 18.  Any Transitory Locations that have not been contacted will be included in the workload for the Enumeration of Transitory Locations.

Pre-decisional – Internal Use Only

- **Island Area Enumeration:** March 1, 2020 – May 31, 2020
  - **Two-week work stoppage in Guam.  Military enumeration in Guam was completed.**
  - **Two-week work stoppage in the Commonwealth of the Northern Marianas.**
  - New operational end date: June 14, 2020.
  - **U.S. Virgin Islands (USVI)**.
    - USVI is using the List/Enumerate methodology.
    - **Enumeration work suspended. Address listing work continues.**
    - Return visits will be completed at a later date for completion of enumerations.
  - **Work continues, as planned, in American Samoa.**


**Field Data Collection Operations Not Yet in the Field:**

- **Group Quarters Enumeration (GQE):**
  - **Implement a two week delay to field data collection.**
  - **New operational timing:  April 16, 2020 - June 19, 2020.**
  - Original Timing:  April 2, 2020 – June 5, 2020.
  - Implement an immediate pause in the Census Field Supervisor (CFS) Assistant training that began March 17, 2020.
  - Delay the start of enumerator training.
  - ACO Staff will notify GQE staff and identify/secure new training locations.  A conversation is needed with the RCCs to discuss the specific tasks that the skeleton staff in the ACOs will complete. They may or may not work on identifying and securing new training locations.

- **Service Based Enumeration (SBE)/Targeted Non-Sheltered Outdoor Locations (TNSOLs):**
  - **Implement a one-month delay in field data collection.**
  - **New operational timing:  April 29, 2020 -- May 1, 2020.**
  - Original Timing:  March 30, 2020 – April 1, 2020.
  - The SBE/TNSOL operation is unlike other field data collection operations.  It involves sending groups of enumerators to shelters and areas with concentrations of persons experiencing homelessness.
  - Any shift in timing requires a decision on "Reference Date."  Should the language used be:  Today, tonight, yesterday, or "As of April 1"?  The reference data printed on the ICQ is April 1, 2020.  However, this may pose a recall challenge for persons experiencing homelessness.  If a reference date other than April 1 is used, this would be the only census operation that does not use April 1.  Use of April 1 may be the law.  *(need to verify)*
  - The month delay for this operation could introduce data quality and/or coverage issues due to changes in how and where people experiencing homelessness make use of SBE locations in early April vs. early May.

Pre-decisional – Internal Use Only

- **Enumeration at Transitory Locations (ETL):**
  - o **Implement a two week delay to field data collection.**
  - o **New operational timing:  April 23, 2020 – May 18, 2020.**
  - o Original Timing: April 9, 2020 – May 4, 2020.
  - o CFS training scheduled to begin on March 23, 2020 will be moved to April 6, 2020.
  - o ACO staff will notify ETL staff and identify/secure new training locations.

- **Early Nonresponse Followup (NRFU):**
  - o **Implement an additional two week delay to field data collection.**
  - o **New operational timing:  May 7, 2020 – August 14, 2020.**
  - o Original Timing:  April 9, 2020 – July 31, 2020.
  - o Operational start has already been delayed by two weeks from April 9, 2020 to April 23, 2020 as a result of colleges and universities extending spring breaks, moving to online classes, or decisions to suspend the balance of the spring semester.
  - o Some college/university students will remain in their off-campus college housing.
  - o If college students living off-campus do not self-respond and are no longer in their off-campus housing at the time a NRFU enumerator visits, data may be obtained from a building manager, a proxy, use of administrative records, or, if all else fails, be subject to count imputation.
  - o Self-Response Quality Assurance (SRQA) will identify addresses to include in the NRFU workload.  Original plans were to include some addresses in the Early NRFU workload. With a two-week or a delay beyond two weeks, SRQA recollect cases will accumulate until the start of NRFU without significant detriment to the SRQA operation.

- **Nonresponse Followup:**
  - o **Implement a two week delay to field data collection.**
  - o **New operational Timing:  May 27, 2020 – August 14, 2020.**
  - o Original Timing: May 13, 2020 – July 31, 2020.
  - o A significant concern is the ability to fingerprint and process the volume of staff needed for NRFU.  Some vendors are pushing to close fingerprint locations.
  - o CDWG will support continued deployment of devices.

- **Mobile Questionnaire Assistance (MQA):**
  - o **Revisit a further delay to the start of MQA in two weeks, including whether or not to implement a soft launch.**
  - o **New operational timing:  April 13, 2020 – August 14, 2020.**
  - o Original Timing:  March 30, 2020 – July 31, 2020.
  - o Operational start has already been delayed from March 30, 2020 to April 13, 2020.
  - o Many questions remain regarding the value of MQA.  It is unknown whether gatherings of people will occur given pandemic concerns.

Pre-decisional – Internal Use Only

**COVID-19 Pay for DAPPS Field Employees:**
This includes:

- Area Census Office staff including OOSs and Clerks.
- Field workers including CFSs, RAs, and Enumerators.

This staff does not earn leave.  In the event staff are directed to stop work activities as a result of COVID-19, employees may be able to receive pay in lieu of work.  There may be further guidance on implementing COVID-19 pay in situations involving quarantine or medically-directed isolation.  If a decision is made to pay staff, the rate of pay is based on their hourly rate in DAPPS.   We will use the following assumptions:

- Enumerators – 19 hours/week or 4 hours/day.
- Census Field Supervisors– 19 hours/week or 4 hours/day.
- Clerks – 40 hours/week or 7.5 hours/day.
- Office Operations Supervisors – 40 hours/week or 8 hours/day.
- Recruiting Assistants – 30 hours/week or 6 hours/day.

We will only pay the regular hourly rate.  We will not pay overtime hours – meaning the claim cannot exceed 40 hours per week, nor will we pay other premium pay - Night Differential or Sunday Premium.  We also will not pay miscellaneous expenses – such as mileage, per diem, doctor's bills, insurance co-pays or other expenses.

**Capacity to Expand Field Data Collection Staff:**
- Field can add additional staff to compensate for time lost in enumeration operations.
- We have a robust pool of applicants and in most areas, we have sufficient staff identified to over hire for the enumerator and CFS positions.
- There are two key limitations:
  - First, there are a fixed number of devices.  Currently, our pool of available iPhones is 415,677.
  - Second, the hiring process requires 60 days for an applicant to complete the full process.  We have been successful in shortening this process in some instances.
- The Department of Commerce has submitted a request to allow the Census Bureau to implement a direct-hire authority to dramatically shrink the 60-day timeframe – essentially allowing us to hire people on the spot.
- Depending on the distribution of additional work, we would need to add management and support infrastructure.  If areas are saturated with work, we can move these support activities to an adjacent ACO.
- Push staffing authorization out to the maximum number of devices available.
- Pursue avenues to secure up to an additional 75,000 devices.

Pre-decisional – Internal Use Only

**Additional Concerns and Unresolved Items:**

- **Deadline for Delivery of Apportionment Counts:** With an unforgiving deadline of December 31, 2020 for delivery of the apportionment counts, how and where can a two week (or longer) delay be accounted for? The burden of a shortened window between the completion of field data collection and delivery of apportionment counts must be shared.
  - Was the target delivery date December 31, 2020 or were we planning on an earlier delivery, as in the 2010 Census (December 21, 2010)?
  - How will geographic and CUF processing absorb fieldwork delays without increasing data quality risk caused by reduced time for Geographic Processing, POP data review, and GEO/DITD correction time?
  - Should fieldwork delays have commensurate processing delays in order to help ensure final 2020 Census data quality?
  - Relief from the December 31, 2020 deadline to deliver apportionment counts would require Congressional action.
  - Requesting relief from the December 31, 2020 is risky. It may invite scrutiny on Title 13. A discussion with Christa Jones should be had before taking any steps toward requesting relief.
- **Geographic Data Processing:** In addition to understanding the implications to a two-week extension to field data collection on activities required to support delivery of apportionment count (which includes all of the operations listed above, as well as Non ID processing, processing associated with Domestic Violence Shelters, Maritime Enumeration, etc), we need to identify the implications to Geographic Data Processing for programs such as BAS, BVP, etc.
- **Data Review**
- **IT considerations:** The shift in the schedule will impact some systems.
  - The Unified Tracking System (UTS) has dates hard-coded; these would require revision.
  - Goals, as documented in the UTS reports, would need to be updated to coincide with the new dates.
  - Consideration to changing the dates for the NRFU phase transitions is needed.
  - Need to touch base with system owners to determine if dates are hard-coded, beyond those instances outlined above. And, to ascertain if there are additional concerns about changing operational dates.
- Payment/Retention of Field Staff during the work stoppage
  - Will the delay in operations impact our responsibilities related to Affordable Care Act coverage?
- **Military Enumeration**
- **CQA Outbound Calling**
- **Facilities and Leasing:** Do leases for spaces such as Area Census Offices, Regional Census Centers, Paper Data Capture Centers, etc. need to be extended? Can they be extended?
- **Impacts to Contracts** such as the Technical Integrator Contract, Decennial Device as a Service, CQA etc.

Pre-decisional – Internal Use Only

- **Paid Advertising Campaign:** Are changes needed to messaging and/or the timing of messaging related under a two-week delay?
  - o Team Young and Rubicam (TYR) and the Communications Directorate are working on messaging and securing trusted voices to deliver messaging about the importance of self-response in our current environment with a focus in the messaging about self-response reducing the need to knock on doors.
- **Mailing Strategy:** With the temporary closure of Paper Data Capture Center – East combined with falling short of expected response, we may find ourselves with an insufficient volume of questionnaire packages for mailing four. Options, such as not mailing another questionnaire to addresses in the Internet Choice Panel, should be discussed.
- **Post Enumeration Survey Field Data Collection Operations**
  - o Independent Listing: Completion imminent
  - o Initial Housing Unit Followup: May 6, 2020 – June 12, 2020
  - o Person Interview: June 17, 2020 – September 11, 2020
  - o Person Followup: February 3, 2021 – March 19, 2021
  - o Final Housing Unit Followup: May 19, 2021 – June 11, 2021
- **Post Enumeration Survey Matching Operations**

Pre-decisional – Internal Use Only

## Controlled Unclassified Information

**CENSUS INCIDENT REPORTING INFORMATION SHEET**
March 20, 2020
0730 EDT

**FROM:**     Laura Furgione
laura.furgione@census.gov
office 301-763-0264  cell ⌐ PII ⌐

**TO:**          DOC EOC

**RE:**          **Commerce Leadership Brief:  Bureau Reporting of COVID-19 Related
Impacts and Activities – New, Updated, or Pending Items in Red Font**

**BACKGROUND:**
The Office of Security (OSY) maintains the 24/7 Emergency Operations Center for the
Department of Commerce.  The goal of the EOC is to provide around the clock situational
awareness as well as a coordination function for the Department as a whole.

The EOC is located at the Herbert C. Hoover Building (HCHB) in room 1066 and can be reached
24/7 at 202-482-5100 or eoc@doc.gov.

**COVID 19 RELATED REPORTING:**

In order to provide DOC leadership with a common operational picture of COVID-19 related
impact and activities, the EOC will be consolidating a report comprised of information from the
bureaus.  The information should be reported by bureaus in the following categories/criteria:

- Personnel:  Report the number of individuals assigned to your bureau that are on
  telework, Administrative Leave, Sick Leave and quarantined as a result of COVID 19;
  identify the geographic location as well.
  - **Remote Access for Thursday, March 19**
    - 16,435 Users with Remote Access Sessions
      - 8,200 Census VPN sessions
      - 5,369 CAPI VPN sessions
      - 2,866 VDI sessions

    - 6,735 peak concurrent users with Remote Access
    - Peak Network Bandwidth (46% of total) (4.6G/10G)
    - Average Bandwidth (25% of total) (2.5G/10G)

| Office Name/Position | Location | Additional Comments |
|---|---|---|
| Census Field Supervisor (CFS) – confirmed positive | Denison, IA | CFS employee/trainee is currently in isolation at the University of Nebraska Medical Center as of March 12.  Trained with two Census Field Managers and |

## Controlled Unclassified Information

**Controlled Unclassified Information**

| | | |
|---|---|---|
| | | seven other trainees March 9-11 at a library. Local health department was notified and the office is following their guidance.  At this point they were told to wait for a call back for additional information. |
| National Processing Center (NPC) – presumptive positive | Jeffersonville, IN | Temporary federal employee informed NPC on March 17.  No mission impact or impact to infrastructure or facilities. |
| Dallas RCC- two presumptive positives | Dallas, TX | Three temporary federal employees are presumed positive for the COVID-19, GSA is cleaning the facility and teleworkers will continue working from home, non-teleworkers will go home.<br><br>• Case 1- March 14<br><br>• Case 2 – March 16<br><br>• Case 3 – March 18 tested negative.<br><br>The building is planned to reopen on Monday, March 23, although additional cases are potentially pending. |
| Conroe Area Census Office (ACO) – presumptive positive | Conroe, TX | Temporary federal employee presumed positive on March 18. |
| Suitland Federal Center – presumptive positive | Suitland, MD | Federal employee in the process of testing on March 19.  In the process of determining next steps.  GSA was given a courtesy notification. |
| Tacoma ACO, Clerk – being tested | Tacoma, WA | Clerk at Tacoma ACO notified supervisor March 15, of the positive test by a family member. Employee also being tested. Last day at work was March 14.  Staff have been asked to self-quarantine for possible remote exposure. |
| SFC – Contractors | Suitland, MD | MetroStar (MSS) employee who is NOT on the Center for Enterprise Dissemination. Services and Consumer Innovation (CEDSCI) contract has tested positive for the COVID-19.  That employee has been in contact with senior MSS staff who are on the CEDSCI contract and were in SFC March 9-12. Approximately 40 Census staff who may have been exposed have been asked to self-quarantine. |

**Controlled Unclassified Information**

**Controlled Unclassified Information**

| NPC | Jeffersonville, IN | One employee who also worked for Humana was told by Humana HR on March 12, not a public health authority, to self-quarantine because she worked on the same floor as a COVID + colleague. |
|---|---|---|
| Suitland Federal Center - Accounting | Suitland, MD | Employee came in contact with non-Census employee who has tested positive on March 10. He is on self-quarantine. It was reported to the Nurse's Office. |
| The Hagerstown ACO – Clerk | Hagerstown, MD | March 15 relative/roommate has tested positive with COVID19. As per guidance, Clerk has gone home to Self-Quarantine. Contacted the Maryland State Health Department. Guidance is as follows: <br><br> • No action based on the "contact of a contact" that is asymptomatic. <br> No one in office should be tested unless and until they experience symptoms. |
| Los Angeles Regional Census Center (RCC) | Los Angeles, CA | • The LA RCC property manager notified the tenants that an individual has tested presumptive positive for the novel coronavirus (COVID-19) and had visited the building's 35th and 36th floor on March 6. Our RCC is located on the 30th floor. In compliance with their Influenza Pandemic Response Plan, they are in the process of closing and evacuating the impacted floor location(s) as well as additional floors they occupy, and will then perform cleaning in compliance with pandemic cleaning protocols. Due to the low risk, employees have been notified and are allowed to take sick leave if they do not feel comfortable staying in the building. |

- Decennial Mission:
  - 2020 Decennial Specific High Impacts
    - Until April 1, the National Processing Center and the Paper Data Capture Center East will transition to the minimum number of on-site staff necessary to continue operations. Operations at the Tucson and Phoenix NPC facilities continue with enhanced social distancing.

**Controlled Unclassified Information**

**Controlled Unclassified Information**

- Closure of Kansas City (KC) and New York City (NYC) Census Questionnaire Assistance Call Centers.  We have ten third party contract Call Centers provided by a third party vendor, MAXIMUS, and they support up to 26 languages.
  - KC – Confirmed positive case of a contractor. The facility hosts 600 contractors and is conducting an orderly shutdown.  They will be closed for cleaning until further notice and contractors.  The confirmed case was last in the building on March 13.  One of our employees observed the operation on March 15 and 16 and has been advised to self-quarantine.
  - NYC – Call Center in Times Square plans to close March 27 and hosts 177 contractors.  Primary access to the facility requires workers to commute via the NYC Subway.
- At the request of the Governor the Commonwealth of Puerto Rico, and in compliance with her Executive Order, we are suspending operations in Puerto Rico for the next fourteen days, with a plan to resume on March 30.
- 2020 Census field operations will be suspended until April 1.  We are taking this step to help protect the health and safety of the American public, Census Bureau employees, and everyone going through the hiring process for temporary census taker positions.
- We will continue to evaluate all 2020 Census operations.

- Mission Impacts:  Report any event or situation that degrades or alters your ability to perform your Primary Mission Essential Functions, Mission Essential Functions, Essential Support Activities and/or Command and Control.
  - The 29 Federal Statistical Research Data Centers have been closed until further notice, effective March 16. The 800 researchers working on approximately 360 FSRDC research projects use restricted-access micro-data from the Census Bureau (50%), National Center for Health Statistics (48%), and the Agency for Healthcare Research and Quality, Bureau of Labor Statistics, and Bureau of Economic Analysis.  The FSRDC closure will cause work on all projects to cease.
  - Much of the Census Center for Behavioral Science Methods work involves contact with human research participants.  Suspending all face-to-face research activities with members of the public.  Although technically possible to conduct such research through remote means (e.g. Skype) there are some logistical issues to work out regarding informed consent forms and remuneration.

- Infrastructure/Facilities Impacts: Report any degradations and/or impacts to facilities (i.e. closures), Information Systems, aircraft, ships, and other critical infrastructure.
  - SFC operating on limited staffing and services – 130 and 115 employees and contractors, respectively, accessed the building on March 19.
  - Developed POCs for all sites to ensure proper delivery of mail and other services as well as limited visitor access.  This includes SFC, NPC, 6 Regional Offices, 6 Regional Census Centers, and 248 Area Census Offices.

**Controlled Unclassified Information**

**Controlled Unclassified Information**

- Preparation Activities:  List any on-going activities your Bureau is conducting to prepare for COVID-19.  How is the Census Bureau preparing for the effects of COVID-19?
  - Convened an internal task force to examine all policy related issues affecting employee activities including telework, travel, and public events.  Laura Furgione, Chief Administrative Officer, is leading the task force.
  - Developed an internal web page to reference all emails and broadcasts as well as SFC building services and closures.
  - The Suitland Federal Center and other field offices have employed extra cleaning and disinfecting.
  - All directorates are practicing Max Telework.
  - Collaborating with CDC COVID-19 Community Intervention team to discuss how to ensure outreach worker safety and mitigate disruption of 2020 Census outreach plans.  Other 2020 Decennial specifics reported directly to the Secretary and Deputy Secretary.

Travel, Training, and Conferences
  - Any travel will be considered on a case-by-case basis.  Managers and supervisors should determine if travel activities can be accomplished remotely or postponed.
  - Currently, all non-decennial travel, conferences and visitors have been deferred, remoted or canceled.
  - Asking all vendors to move to virtual training sessions for the foreseeable future.

- Response Activities: Report any on-going activities that have been requested and under your authorities in support of COVID-19.
  - Economic Development Administration requested modeling regarding the potential economic effects of the virus.  Created a working group to examine all possibilities of measuring the economic and demographic impact.
  - Federal Emergency Management Agency (FEMA), National Business Emergency Operations Center (NBEOC) requested Census participate on a conference call on March 13 to **DP**
  - FEMA Modeling Data Working Group meeting March 18 to discuss what agencies can provide to assist in Coronavirus was cancelled.  Will provide answers in writing.
  - Responded to Small Business Administration request for Census economic data regarding **DP**

- Un-met Needs:  Report any needs or guidance you require to take care of your personnel and/or to perform your mission.
  - We are seeking clarity on pay and attendance policies for staff affected by COVID-19.  Most Decennial Census workers are not eligible for leave and work for very short periods of time (less than 60 days). **DP**

**Controlled Unclassified Information**

**Controlled Unclassified Information**



- o   Due to 2020 Decennial Census operations, requesting prioritized cleaning for the Suitland Federal Center if an individual with a confirmed case of COVID-19 has been in a GSA-controlled facility.

If you have questions about what information you are to report, please contact Nicholas Schnare, Assistant Director, Office of Security at 202-482-8333 or nschnare1@doc.gov.  Additionally you may contact the EOC at 202-482-5100 or eoc@doc.gov.

**Controlled Unclassified Information**

**FOR IMMEDIATE RELEASE: WEDNESDAY, MARCH 18, 2020**

# U.S. Census Bureau Director Steven Dillingham on Operational Updates

March 18, 2020
Release Number CB20-RTQ.08

**MARCH 18, 2020** — Less than one week ago, the 2020 Census fully kicked off, and invitations continue to arrive in mailboxes across the nation. **As of this morning, more than eleven million households have responded. America is stepping up to shape our future and ensure families and communities are counted.**

Beginning today, in support of guidance on what we can all do to help slow the spread of coronavirus, 2020 Census field operations will be suspended for two weeks until April 1, 2020. The Census Bureau is taking this step to help protect the health and safety of the American public, Census Bureau employees, and everyone going through the hiring process for temporary census taker positions.

During this pause in field operations, the Census Bureau will continue to evaluate all 2020 Census operations. Should any additional adjustments need to be made, the Census Bureau will communicate these changes broadly and promptly.

In late May, census takers around the nation will begin visiting households that have not yet responded to the 2020 Census to help complete the count. As we continue to monitor the evolving COVID-19 outbreak, we will adjust census taker and survey operations as necessary in order to follow the guidance of federal, state and local health authorities.

The public is strongly encouraged to respond to the 2020 Census online using a desktop computer, laptop, smartphone, or tablet, and can also respond by phone or mail. Everyone should respond to the 2020 Census as soon as they receive their invitation — and when they're finished, they can make sure their friends, families and social networks know about the importance of responding.

It has never been easier to respond to the census, and the 2020 Census will count everyone accurately. We recognize that many people plan to access the 2020 Census through other response modes, such as phone or paper, which is why the 2020 Census has such a nimble design.

On March 15, 2020, the Census Bureau announced several adaptations to our group quarters operations to accommodate recent scheduling changes on college campuses as leadership takes action to keep students and faculty safe.

For all other Census Bureau household and economic surveys separate from the 2020 Decennial Census, Bureau personnel will begin using phone calls instead of in-person visits. In the limited number of instances where an in-person visit is necessary, we are working closely with public health authorities to ensure each visit is accomplished safely.

Once again, we encourage everyone to respond online today at 2020Census.gov.  With the flexibility and support of the American people, we will achieve a complete and accurate count which helps guide funding decisions for things like hospitals, roads and emergency services. Respondents can also respond by calling the number provided in their invitation or by mail once they have received a paper form.

**FOR IMMEDIATE RELEASE: WEDNESDAY, MARCH 18, 2020**

# Census Bureau Statement on Facility in Jeffersonville, Indiana

March 18, 2020
Release Number CB20-RTQ10

**MARCH 18, 2020** — Earlier today, the U.S. Census Bureau announced a two-week suspension of 2020 Census field operations to help protect the American public and our employees from the coronavirus outbreak.

Today, the Census Bureau is also making temporary adjustments to operations at two Census Bureau facilities in Jeffersonville, Indiana: the National Processing Center and Paper Data Capture Center East. For the next two weeks, until April 1, these two facilities will transition to the minimum number of on-site staff necessary to continue operations.

These temporary adjustments will help protect the health and safety of our employees in Jeffersonville as they continue to process 2020 Census responses from all around the country.

The Census Bureau continues to evaluate all 2020 Census operations and is incorporating guidance from federal, state and local health authorities. Should any additional adjustments need to be made, the Census Bureau will communicate these changes broadly and promptly.

As of this morning, more than eleven million households have responded. America is stepping up to shape our future and ensure families and communities are counted.

Once again, the American public is strongly encouraged to respond online to the 2020 Census at 2020Census.gov. Households can also respond by calling the phone number provided in their invitation or by mail once they receive a paper form. With the flexibility and support of the American people, we will achieve a complete and accurate 2020 Census count. It has never been easier to respond to the census and the 2020 Census will count everyone accurately.

DOC_0001186

| | |
|---|---|
| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **To:** | Ron S Jarmin (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Fw: Impacts and possible schedule changes to accommodate delays in P.L. |
| **Date:** | Friday, March 20, 2020 9:47:20 AM |
| **Attachments:** | Implications of schedule delays on PL.docx |

Attached is an version of the impact on redistricting of COVID.  This is what James put together yesterday.  Deb, Tori, James and I will have a discussion at 11:30.  DP

# DP

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

**From:** James Whitehorne (CENSUS/ADDC FED) <James.Whitehorne@census.gov>
**Sent:** Friday, March 20, 2020 9:36 AM
**To:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Cc:** Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Impacts and possible schedule changes to accommodate delays in P.L.

Attached is the impact document I was able to put together.
Best Regards
James


***************************
**James Whitehorne, Chief**
Redistricting & Voting Rights Data Office/ADDC/HQ
U.S. Census Bureau
O: 301-763-4039 | M: PII
census.gov | census.gov/rdo | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov


**From:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>
**Sent:** Friday, March 20, 2020 9:26 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James Whitehorne (CENSUS/ADDC FED) <James.Whitehorne@census.gov>
**Subject:** Re: Meeting

Yes I have one. I will set it up


**Victoria Velkoff, PhD**
Associate Director for Demographic Programs
U.S. Census Bureau
o: 301-763-1372
**Shape your future. START HERE >**2020census.gov
census.gov  |  @uscensusbureau


**From:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Sent:** Friday, March 20, 2020 9:25 AM
**To:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Victoria
Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; James Whitehorne (CENSUS/ADDC
FED) <James.Whitehorne@census.gov>
**Subject:** Re: Meeting

Do you have a conference line we could use?  If not, I will get one.

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811


**From:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Sent:** Friday, March 20, 2020 9:01 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Victoria Velkoff
(CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; James Whitehorne (CENSUS/ADDC FED)
<James.Whitehorne@census.gov>
**Subject:** Re: Meeting


11:30 works.  Some other work was being done on [ **DP** ] and that group is
getting back together at 10am.  I think this will marry up with that.


**Deborah Stempowski, PMP**
Assistant Director for Decennial Programs, Operations and Schedule Management
U.S. Census Bureau
Office 301.763.1417

deborah.m.stempowski@census.gov
**Shape Your Future | Start Here**  2020census.gov

---

**From:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Sent:** Friday, March 20, 2020 9:00 AM
**To:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James Whitehorne (CENSUS/ADDC
FED) <James.Whitehorne@census.gov>
**Subject:** Re: Meeting

I would prefer we talk in the morning.  If Deb can do 11:30, lets talk then.  Hold 11:30 until
Deb lets us know.

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

---

**From:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>
**Sent:** Friday, March 20, 2020 8:51 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James Whitehorne (CENSUS/ADDC
FED) <James.Whitehorne@census.gov>
**Subject:** Re: Meeting

I can meet at 11:30 or at 3.

**Victoria Velkoff, PhD**
Associate Director for Demographic Programs
U.S. Census Bureau
o: 301-763-1372
**Shape your future. START HERE >**2020census.gov
census.gov  |  @uscensusbureau

---

**From:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Sent:** Friday, March 20, 2020 8:41 AM

**To:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James Whitehorne (CENSUS/ADDC FED) <James.Whitehorne@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>
**Subject:** Meeting

What time would be good to get a meeting about Ron's request?  What works for after 10:00 today?


Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

| | |
|---|---|
| **From:** | Gorey, Lauren (Federal) |
| **To:** | Wilbur Ross |
| **Cc:** | Walsh, Michael (Federal); Rockas, James (Federal) |
| **Subject:** | To Clear: Census Operations Tables |
| **Date:** | Saturday, March 21, 2020 11:19:32 AM |
| **Attachments:** | 2020 census operational adjustments-new.pdf |
| | 2020 census operational adjustments-long version_new.pdf |

Secretary Ross,

# DP

Thank you,
Lauren

| | |
|---|---|
| **From:** | B Nathaniel Miller (CENSUS/DCMD FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Deborah Stempowski (CENSUS/ADDC FED); Gregg D Bailey (CENSUS/CIO FED); James T Christy (CENSUS/LA FED); Jennifer W Reichert (CENSUS/DCMD FED); Kevin Smith (CENSUS/CIO FED); Luis J Cano (CENSUS/DCEO FED); Michael T Thieme (CENSUS/ADDC FED); Stephen L Buckner (CENSUS/ADCOM FED); Timothy P Olson (CENSUS/ADFO FED); Everett G Whiteley (CENSUS/BUD FED); Benjamin J Page (CENSUS/CFO FED); Christa D Jones (CENSUS/DEPDIR FED); Jennifer Shopkorn (CENSUS/ADCOM FED); Phani-Kumar Atri Kalluri (CENSUS/ADDC FED); Burton H Reist (CENSUS/ADCOM FED); Laura K Furgione (CENSUS/CAO FED) |
| **Cc:** | Paul Krutsch (CENSUS/DCMD FED); Deidre C Hicks (CENSUS/DCMD FED); 2020 CMST; 2020 Census Crisis Management Support Team |
| **Subject:** | 2020 CMT - Roadmap/Impacts 03202020 430pm |
| **Date:** | Saturday, March 21, 2020 8:04:03 AM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03202020 430pm.pdf |

Good morning,

Here's the Roadmap on the Impact and Implications document as of 3/20/2020 4:30pm.

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: PII 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

| From: | James B Treat (CENSUS/DEPDIR FED) |
|---|---|
| To: | Ron S Jarmin (CENSUS/DEPDIR FED) |
| Cc: | Albert E Fontenot (CENSUS/ADDC FED); Deborah Stempowski (CENSUS/ADDC FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Enrique Lamas (CENSUS/DEPDIR FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| Subject: | Re: Schedule Impacts of the two week delay |
| Date: | Monday, March 23, 2020 9:56:08 AM |

# DP

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609      Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

---

**Ron S Jarmin, PhD.,** Deputy Director

U.S. Census Bureau
o: 301-763-1858 | m: PII
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

## DP

The currently schedule without the delay with the field data collection operations in the schedule we have the following:

1. Deliver Apportionment Counts to the President on December 28, 2020
2. Public Release on December 31, 2020
3. Release the P.L. 94-171 Products by March 31, 2021



# DP

If you want to talk I am available for a conference call and/or you can call me at 716.283.7837.

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

<u>census.gov</u>
Connect with us on <u>Social Media</u>

| | |
|---|---|
| **From:** | Albert E Fontenot (CENSUS/ADDC FED) |
| **To:** | James B Treat (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED) |
| **Cc:** | Deborah Stempowski (CENSUS/ADDC FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Enrique Lamas (CENSUS/DEPDIR FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 10:01:34 AM |

# DP



**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [ PII ]

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

Thanks Jim.    **DP**

**DP**

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: **PII**
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)

<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

**DP**

If you want to talk I am available for a conference call and/or you can call me at
PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| From: | James B Treat (CENSUS/DEPDIR FED) |
|---|---|
| To: | Albert E Fontenot (CENSUS/ADDC FED); Ron S Jarmin (CENSUS/DEPDIR FED) |
| Cc: | Deborah Stempowski (CENSUS/ADDC FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Enrique Lamas (CENSUS/DEPDIR FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| Subject: | Re: Schedule Impacts of the two week delay |
| Date: | Monday, March 23, 2020 10:05:32 AM |

# DP

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

*AI*

**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce

Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell ⬚ **PII** ⬚

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM

**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

Thanks Jim.  I want to push for an answer to the following question: [ **DP** ]

[ **DP** ]

————————————————
**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m:[ **PII** ]
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

[ **DP** ]



If you want to talk I am available for a conference call and/or you can call me at

PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| From: | B Nathaniel Miller (CENSUS/DCMD FED) |
|---|---|
| To: | Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Kevin Smith (CENSUS/CIO FED); Deborah Stempowski (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James T Christy (CENSUS/LA FED); Stephen L Buckner (CENSUS/ADCOM FED); Gregg D Bailey (CENSUS/CIO FED); Jennifer W Reichert (CENSUS/DCMD FED); Luis J Cano (CENSUS/DCEO FED) |
| Cc: | Paul Krutsch (CENSUS/DCMD FED); Jennifer Shopkorn (CENSUS/ADCOM FED) |
| Subject: | Common Operating Picture (COP) - 2020 CMT 3/20 Meeting |
| Date: | Monday, March 23, 2020 10:19:10 AM |
| Attachments: | COVID-19 COP 03202020 500pm.pdf |

Please find attached the updated Common Operating Picture (COP) from the 2020 CMT meeting last Friday, 3/20.

Thanks,
Nathaniel

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: ⌐ **PII** ¬ | 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

| | |
|---|---|
| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED) |
| **Cc:** | Deborah Stempowski (CENSUS/ADDC FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 10:34:13 AM |



These thoughts are at a very high level. **DP**

**DP**

My going in thought is that if **DP**,

**DP**.

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>

**Subject:** Re: Schedule Impacts of the two week delay

> # DP



**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell `PII`

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

> # DP

thanks - jim

**James B. Treat**

Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

Thanks Jim.  I want to push for an answer to the following question: DP

# DP

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)

&lt;ali.m.ahmad@census.gov&gt;
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

**DP**

If you want to talk I am available for a conference call and/or you can call me at
PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
|---|---|
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED) |
| **Cc:** | Deborah Stempowski (CENSUS/ADDC FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 10:34:14 AM |



Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>

**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell PII

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**

Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609      Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes
(CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)

<ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

We have done an assessment of the two delay in the schedule.  Given the amount of time we had it is not as complete as I would have liked.

The currently schedule without the delay with the field data collection operations in the schedule we have the following:

1. Deliver Apportionment Counts to the President on December 28, 2020
2. Public Release on December 31, 2020
3. Release the P.L. 94-171 Products by March 31, 2021

With the shift of field data collection operations (mostly NRFU) by two weeks, if we did nothing to crash the schedule, the new dates would be:

1. Deliver Apportionment Counts to the President on January 11, 2021
2. Public Release on January 11, 2021
3. Release the P.L. 94-171 Products by April 6, 2021



If you want to talk I am available for a conference call and/or you can call me at
PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
**To:** Enrique Lamas (CENSUS/DEPDIR FED)
**Cc:** Albert E Fontenot (CENSUS/ADDC FED)
**Subject:** Re: Schedule Impacts of the two week delay
**Date:** Monday, March 23, 2020 10:41:00 AM

# DP

On Mar 23, 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov> wrote:



Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin
(CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>;
Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W
Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



DP



**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell  224-422-7372

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media


---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: 301-980-8140
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **To:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 10:43:43 AM |

DP

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Monday, March 23, 2020 10:40 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

On Mar 23, 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov> wrote:

# DP



Enrique Lamas
Senior Advisor
Director's Office
**U.S. Census Bureau**
Office:  301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell  224-422-7372

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858   |   m: 301-980-8140
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

DP

DP



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | James T Christy (CENSUS/LA FED) |
| **To:** | Timothy P Olson (CENSUS/ADFO FED) |
| **Subject:** | Fw: Temporary Work Stoppage Roadmap 3/23/20 9:15am |
| **Date:** | Monday, March 23, 2020 11:12:57 AM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03232020 915am.docx |

FYI

**James Christy**

**U.S. Census Bureau**

LA 818.267.1700  HQ 301.763.6228  Cell 818.268.4395

census.gov   Connect with us on Social Media

**Shape Your Future | Start Here**  2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>
**Sent:** Monday, March 23, 2020 9:17 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Erika H Becker Medina (CENSUS/ADDC FED) <Erika.H.Becker.Medina@census.gov>
**Subject:** Re: Temporary Work Stoppage Roadmap 3/23/20 9:15am

An updated version is attached with some clarifications about the USVIs (as I understand them).

**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M:  ┌──────────────┐
                        │    **PII**    │
                        └──────────────┘
census.gov  |  @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>
**Sent:** Monday, March 23, 2020 8:52 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T Christy (CENSUS/LA FED)

<James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Re: Temporary Work Stoppage Roadmap 3/23/20 8:45am

Just received word that the U.S. Virgin Island Offices are closed.

Updated document attached.

**Maryann M. Chapin**
Decennial Census Programs Directorate
U.S. Census Bureau
O: 301.763.3933 | M: [ PII ]
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED)
**Sent:** Monday, March 23, 2020 8:45 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Temporary Work Stoppage Roadmap 3/23/20 8:30am

Good Morning,

Attached is an updated Temporary Work Stoppage Roadmap document.   The new content this morning is a table (see page 2) that shows RCCs and ACOs impacted.  For the RCCs, I included a line for each RCC with a status.    For the ACOs, I will include an entry when an ACO is "closed" or I can show other information (depending on what you would like shared).  I am sending this version to a limited distribution, for review and concurrence prior to a wider distribution.

Thanks,

**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: [ **PII** ]

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

| From: | Deborah Stempowski (CENSUS/ADDC FED) |
|---|---|
| To: | Enrique Lamas (CENSUS/DEPDIR FED) |
| Cc: | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| Subject: | Re: Schedule Impacts of the two week delay |
| Date: | Monday, March 23, 2020 11:23:50 AM |



Deb Stempowski
Assistant Director for Decennial Programs, Operations and Schedule Management
phone 301-763-1417
email deborah.m.stempowski@census.gov

Sent from my iPhone

On 23 Mar 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov> wrote:





Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



*Al*

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668

PII

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: 301-980-8140
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay





thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| **From:** | Deborah Stempowski (CENSUS/ADDC FED) |
|---|---|
| **To:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 11:23:50 AM |



Deb Stempowski
Assistant Director for Decennial Programs, Operations and Schedule Management
phone 301-763-1417
email deborah.m.stempowski@census.gov

Sent from my iPhone

> On 23 Mar 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
> <Enrique.Lamas@census.gov> wrote:



**DP**

Enrique Lamas
Senior Advisor
Director's Office
**U.S. Census Bureau**
Office: 301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

**DP**



**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [ PII ]

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

DP

# DP

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

We have done an assessment of the two delay in the schedule.  Given the amount
of time we had it is not as complete as I would have liked.

The currently schedule without the delay with the field data collection operations
in the schedule we have the following:

1. Deliver Apportionment Counts to the President on December 28, 2020
2. Public Release on December 31, 2020
3. Release the P.L. 94-171 Products by March 31, 2021

With the shift of field data collection operations (mostly NRFU) by two weeks, if
we did nothing to crash the schedule, the new dates would be:

1. Deliver Apportionment Counts to the President on January 11, 2021
2. Public Release on January 11, 2021
3. Release the P.L. 94-171 Products by April 6, 2021



If you want to talk I am available for a conference call and/or you can call me at
PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | Ron S Jarmin (CENSUS/DEPDIR FED) |
| **To:** | Deborah Stempowski (CENSUS/ADDC FED); Enrique Lamas (CENSUS/DEPDIR FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 11:31:31 AM |

# DP

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858 | m: **PII**
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Sent:** Monday, March 23, 2020 11:23 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James B Treat
(CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED)
<Jacqueline.Moore.Eanes@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

Deb Stempowski
Assistant Director for Decennial Programs, Operations and Schedule Management
phone 301-763-1417
email deborah.m.stempowski@census.gov

Sent from my iPhone

On 23 Mar 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov> wrote:



Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin
(CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>;
Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W
Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin

(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell PII

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: 301-980-8140
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin

(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

# DP

If you want to talk I am available for a conference call and/or you can call me at

PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | Ron S Jarmin (CENSUS/DEPDIR FED) |
| **To:** | Deborah Stempowski (CENSUS/ADDC FED); Enrique Lamas (CENSUS/DEPDIR FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 11:31:31 AM |

# DP

_____

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m[ PII ]
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Sent:** Monday, March 23, 2020 11:23 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James B Treat
(CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED)
<Jacqueline.Moore.Eanes@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED)
<Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

Deb Stempowski
Assistant Director for Decennial Programs, Operations and Schedule Management
phone 301-763-1417
email deborah.m.stempowski@census.gov

Sent from my iPhone

On 23 Mar 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov> wrote:

**DP**

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin
(CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>;
Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W
Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin

(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell    PII

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: **PII**
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin

(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

We have done an assessment of the two delay in the schedule.  Given the amount
of time we had it is not as complete as I would have liked.

The currently schedule without the delay with the field data collection operations
in the schedule we have the following:

1. Deliver Apportionment Counts to the President on December 28, 2020
2. Public Release on December 31, 2020
3. Release the P.L. 94-171 Products by March 31, 2021

With the shift of field data collection operations (mostly NRFU) by two weeks, if
we did nothing to crash the schedule, the new dates would be:

1. Deliver Apportionment Counts to the President on January 11, 2021
2. Public Release on January 11, 2021
3. Release the P.L. 94-171 Products by April 6, 2021



If you want to talk I am available for a conference call and/or you can call me at
PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | James B Treat (CENSUS/DEPDIR FED) |
| **To:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); Ron S Jarmin (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 11:36:53 AM |

I agree with Enrique

Sent from my iPhone

> On Mar 23, 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
> <Enrique.Lamas@census.gov> wrote:



Enrique Lamas
Senior Advisor
Director's Office
**U.S. Census Bureau**
Office:  301-763-3811

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell PII

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media


**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad

(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

## DP

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: **PII**
census.gov  |  @uscensusbureau

**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

**DP**

If you want to talk I am available for a conference call and/or you can call me at

PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    Room 2K276
james.b.treat@census.gov

census.gov
**Connect with us on** Social Media

| | |
|---|---|
| **From:** | James B Treat (CENSUS/DEPDIR FED) |
| **To:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); Ron S Jarmin (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 11:36:53 AM |

**DP**

Sent from my iPhone

On Mar 23, 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov> wrote:

**DP**

Enrique Lamas
Senior Advisor
Director's Office
**U.S. Census Bureau**
Office:  301-763-3811

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [ PII ]

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media



**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad

(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m PII
census.gov  |  @uscensusbureau

**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

We have done an assessment of the two delay in the schedule.  Given the amount
of time we had it is not as complete as I would have liked.

The currently schedule without the delay with the field data collection operations
in the schedule we have the following:

1. Deliver Apportionment Counts to the President on December 28, 2020
2. Public Release on December 31, 2020
3. Release the P.L. 94-171 Products by March 31, 2021

With the shift of field data collection operations (mostly NRFU) by two weeks, if
we did nothing to crash the schedule, the new dates would be:

1. Deliver Apportionment Counts to the President on January 11, 2021
2. Public Release on January 11, 2021
3. Release the P.L. 94-171 Products by April 6, 2021



If you want to talk I am available for a conference call and/or you can call me at

PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **To:** | Ron S Jarmin (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 11:39:37 AM |

# DP

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office: 301-763-3811

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 11:31 AM
**To:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: 301-980-8140
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

**From:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Sent:** Monday, March 23, 2020 11:23 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



Deb Stempowski
Assistant Director for Decennial Programs, Operations and Schedule Management
phone 301-763-1417
email deborah.m.stempowski@census.gov

Sent from my iPhone

> On 23 Mar 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED)
> <Enrique.Lamas@census.gov> wrote:





Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office: 301-763-3811

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell  224-422-7372

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    PII
james.b.treat@census.gov

census.gov
Connect with us on Social Media

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline

Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: 301-980-8140
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay





thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609   PII
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **To:** | Ron S Jarmin (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); Jacqueline Moore Eanes (CENSUS/DCMD FED); Jennifer W Reichert (CENSUS/DCMD FED); Maryann M Chapin (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Schedule Impacts of the two week delay |
| **Date:** | Monday, March 23, 2020 11:39:38 AM |

# DP

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 11:31 AM
**To:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay

# DP

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: [ PII ]
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

**From:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Sent:** Monday, March 23, 2020 11:23 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



Deb Stempowski
Assistant Director for Decennial Programs, Operations and Schedule Management
phone 301-763-1417
email deborah.m.stempowski@census.gov

Sent from my iPhone

> On 23 Mar 2020, at 10:34 AM, Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov> wrote:





Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Ron S Jarmin
(CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>;
Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W
Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay





**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell ⌐ **PII** ¬

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:56 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, March 23, 2020 9:45 AM
**To:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline

Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Schedule Impacts of the two week delay



**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Monday, March 23, 2020 9:38 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Jacqueline
Moore Eanes (CENSUS/DCMD FED) <Jacqueline.Moore.Eanes@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Jennifer W Reichert
(CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Maryann M Chapin
(CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Schedule Impacts of the two week delay

Ron - per your request here is an update on the schedule.

We have done an assessment of the two delay in the schedule.  Given the amount
of time we had it is not as complete as I would have liked.

The currently schedule without the delay with the field data collection operations
in the schedule we have the following:

1. Deliver Apportionment Counts to the President on December 28, 2020
2. Public Release on December 31, 2020
3. Release the P.L. 94-171 Products by March 31, 2021

With the shift of field data collection operations (mostly NRFU) by two weeks, if we did nothing to crash the schedule, the new dates would be:

1. Deliver Apportionment Counts to the President on January 11, 2021
2. Public Release on January 11, 2021
3. Release the P.L. 94-171 Products by April 6, 2021



If you want to talk I am available for a conference call and/or you can call me at
PII

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609    Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: Temporary Work Stoppage Roadmap 3/23/20 9:15am |
| **Date:** | Monday, March 23, 2020 11:40:33 AM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03232020 915am.docx |
| | ATT00001.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ PII ] (mobile)
301-763-2072

Begin forwarded message:

> **From:** "James T Christy (CENSUS/LA FED)" <James.T.Christy@census.gov>
> **Date:** March 23, 2020 at 11:12:56 AM EDT
> **To:** "Timothy P Olson (CENSUS/ADFO FED)" <Timothy.P.Olson@census.gov>
> **Subject: Fw:  Temporary Work Stoppage Roadmap 3/23/20 9:15am**

FYI

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell [ PII ]
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here**  2020census.gov

**From:** Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>
**Sent:** Monday, March 23, 2020 9:17 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T
Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD
FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED)
<John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED)
<kathleen.m.styles@census.gov>; Erika H Becker Medina (CENSUS/ADDC FED)
<Erika.H.Becker.Medina@census.gov>
**Subject:** Re: Temporary Work Stoppage Roadmap 3/23/20 9:15am

An updated version is attached with some clarifications about the USVIs (as I
understand them).

**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: [ PII ]

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>
**Sent:** Monday, March 23, 2020 8:52 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Re: Temporary Work Stoppage Roadmap 3/23/20 8:45am

Just received word that the U.S. Virgin Island Offices are closed.

Updated document attached.

**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: [ PII ]

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED)
**Sent:** Monday, March 23, 2020 8:45 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah

Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T
Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD
FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED)
<John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED)
<kathleen.m.styles@census.gov>
**Subject:** Temporary Work Stoppage Roadmap 3/23/20 8:30am

Good Morning,

Attached is an updated Temporary Work Stoppage Roadmap document.   The
new content this morning is a table (see page 2) that shows RCCs and ACOs
impacted.  For the RCCs, I included a line for each RCC with a status.    For the
ACOs, I will include an entry when an ACO is "closed" or I can show other
information (depending on what you would like shared).  I am sending this version
to a limited distribution, for review and concurrence prior to a wider distribution.

Thanks,


**Maryann M. Chapin**
Decennial Census Programs Directorate
U.S. Census Bureau
O: 301.763.3933 | M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

March 23, 2020 8:45am

## 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities
## The Impact of COVID-19

As the impact of the COVID-19 pandemic continues and further federal, state, and local government guidance is issued pertaining to steps to contain the spread of the virus, the Department of Commerce and the Census Bureau are implementing adjustments to the 2020 Census.  This document outlines decisions and outstanding questions associated with operational impacts of a temporary stoppage of 2020 Census field data collection and other associated activities.   Effective immediately, the Census Bureau will take steps toward implementation of a two-week work stoppage.  As we progress through the two week time period, we will closely monitor the status of the COVID-19 pandemic and reach a determination if an additional two-week delay is necessary.

Protecting the population and protecting our staff, as well as ensuring a high quality census, have driven the actions as outlined below.  The two week time frame will be used to investigate and prepare for operational changes such as conducting remote training that would reduce the need for large concentrations of people in a confined area.

**Facilities/Infrastructure:**

**Regional Census Center (RCC) and Area Census Office (ACO):**
  RCC – remains open
  - Max telework for eligible staff.
  - Staff may use leave if not at work.
  - Work at Home (WAH) staff (Regional Techs, Partnership) continue to work remotely.
  - Travel severely limited.

  ACO – remains open
  - Managers report and incorporate social distancing.
  - Census Field Managers (CFMs) (and others as available) telework.
  - Office Operations Supervisors (OOSs) and clerks do not report (will receive pay – working on details).
  - Recruiting Assistants continue to work remotely.
  - Census Field Supervisors (CFSs) and enumerators that have begun training will receive pay during a stoppage. Those that are pre-training will not.

Pre-decisional – Internal Use Only

**Regional Census Centers and Area Census Offices**

| Impacted Facility | Status |
|---|---|
| **Regional Census Centers** | |
| New York | Re-opened:  March 23, 2020; operating with skeleton staff |
| Philadelphia | Operating with skeleton staff |
| Atlanta | Operating with skeleton staff |
| Chicago | Operating with skeleton staff |
| Dallas | Operating with skeleton staff |
| Los Angeles | Operating with skeleton staff |
| | |
| **Area Census Offices:** | |
| Albany, NY ACO | ACO Re-opened:  March 23, 2020 |
| | |
| **Island Areas** | |
| US Virgin Islands – St. Thomas | Closed – as of March 24, 2020; Expected re-opening April 7, 2020. |
| US Virgin Islands – St. Croix | Closed – as of March 24, 2020; Expected re-opening April 7, 2020. |

**National Processing Center:**
- All National Processing Center facilities in Indiana and Arizona transitioned to limited operations until 4/1/20.
- Management staff at the Paper Data Capture Centers (East and West) facilities will receive mail deliveries and take the necessary steps to get mail receipts through the sorting process.
- Onboard staff will be paid (administrative-type leave) during the work suspension period.

**Census Questionnaire Assistance (CQA) Contact Centers:**
- As of March 20, 2020, two of the ten CQA Contact Centers have temporarily closed due to COVID-19.  Work continues in the remaining eight call centers.
    - The Kansas City, Missouri CQA Contact Center closed on March 18, 2020 due to a confirmation of COVID-19 exposure. The contact center will open on Sunday, March 22 with limit support and remaining support will resume operation on Monday, March 23, 2020.  The facility was cleaned and sanitized as of March 20.
    - As of March 20, 2020, the Non-English Non-Spanish (NENS) Contact Center location in New York City is closed for two weeks.  While the New York City contact center is closed, limited NENS support will be offered at four of the other locations.
    - The balance of the contact centers are operating while experiencing higher than anticipated absentee rates.
    - All contact centers are implementing social distancing protocols.

Pre-decisional – Internal Use Only

**Self-Response:** March 12, 2020 – July 31, 2020
- **Online response to the 2020 Census will continue, as planned.**
- **All mailings will continue, as scheduled.**
- **Telephone response, via Census Questionnaire Assistance (CQA) Centers, will continue, as planned.**
- **Data capture of 2020 Census paper responses will continue.**  Pace may slow resulting from diminished capacity with PDCCE closed.
- **Self-Response will be extended to August 14, 2020 to coincide with the end of field data collection.**


**Field Data Collection Currently Underway:**

- **Remote Alaska:**  January 21, 2020 – April 30, 2020
  - **As on March 20, the 17 teams working in the Alaska Native Villages will wrap up current work.  Enumeration in the Remote Alaska Villages will be suspended for two weeks.**
  - **New operational end date:  May 14, 2020.**
  - Data collection is over 67% complete, as of March 20, 2020.
  - Only one Region and one ACO are impacted.
  - Decisions on completing the Remote Alaska enumerations will be at the discretion of the Los Angeles Regional Census Center.
  - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Enumerate:**  March 16, 2020 – April 30, 2020
  - **A two-week work stoppage implemented on March 18.**
  - **New operational end date:  May 14, 2020.**
  - Work is concentrated in some areas of Alaska and remote areas of Maine.  All tribes previously in the Update Enumerate workload have change to self-response enumeration.
  - Five ACOs contain Update Enumerate workload.
  - Unlike other operations where non-responding addresses are incorporated into the Nonresponse Followup, the Update Enumerate workload must be completed through the planned in-person enumeration.
  - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Leave:**  March 15, 2020 – April 17, 2020
  - **A two-week work stoppage has been implemented in Puerto Rico, effective March 16, 2020.**
  - **A two-week work stoppage implemented stateside on March 18.**
  - **New operational end date:  May 1, 2020.**
  - The Update Leave workload is in 169 of the 248 Area Census Offices.

- o As of March 20, 2020, approximately 16% of the workload (blocks) is complete.
- o Work completed to date has not involved knocking on doors.  Questionnaire packages have been dropped off with updating of addresses by observation.
- o In advance of a resumption of work, we must revisit whether or not to knock on doors.
- o This work stoppage results in UL addresses (those not already visited) not receiving their invitation to respond.
- o Messaging associated with the work stoppage could include information about the delay in people receiving their invitation to respond/questionnaire and direct them to Non-ID response online or via Census Questionnaire Assistance.
- o As planned, nonresponding address in the Update Leave workload will be incorporated in the Nonresponse Followup workload.
- o Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Transitory Location Advance Contact:**  February 24, 2020 – March 21, 2020
  - o **The operation will conclude on March 18, 2020.**
  - o ACO Staff will complete as much work as possible on March 17 and March 18.  Any Transitory Locations that have not been contacted will be included in the workload for the Enumeration of Transitory Locations.

- **Island Area Enumeration:**  March 1, 2020 – May 31, 2020
  - o **Two-week work stoppage in Guam.  Military enumeration in Guam was completed.**
  - o **Two-week work stoppage in the Commonwealth of the Northern Marianas.**
  - o **New operational end date: June 14, 2020.**
  - o **U.S. Virgin Islands (USVI).**
    - ▪ USVI is using the List/Enumerate methodology.
    - ▪ **Enumeration work suspended. Address listing work continues.**
    - ▪ Return visits will be completed at a later date for completion of enumerations.
  - o **Work continues, as planned, in American Samoa.**

- **Post Enumeration Survey  - Independent Listing:**  January 16, 2020 – March 20, 2020
  - o Field data collection will occur as scheduled.

**Field Data Collection Operations Not Yet in the Field:**

- **Group Quarters Enumeration (GQE):**
  - o **Implement a two week delay to field data collection.**
  - o **New operational timing:  April 16, 2020 - June 19, 2020.**
  - o Original Timing:  April 2, 2020 – June 5, 2020.
  - o Implement an immediate pause in the Census Field Supervisor (CFS) Assistant training that began March 17, 2020.
  - o Those staff that began training will continue to receive pay consistent with their prior week (or revert to LCCE assumption per week if not applicable).

Pre-decisional – Internal Use Only

- o Delay the start of enumerator training.
- o ACO Staff will notify GQE staff and identify/secure new training locations.  A conversation is needed with the RCCs to discuss the specific tasks that the skeleton staff in the ACOs will complete. They may or may not work on identifying and securing new training locations.

- **Service Based Enumeration (SBE)/Targeted Non-Sheltered Outdoor Locations (TNSOLs):**
    - o **Implement a one-month delay in field data collection.**
    - o **New operational timing:  April 29, 2020 -- May 1, 2020.**
    - o Original Timing:  March 30, 2020 – April 1, 2020.
    - o The SBE/TNSOL operation is unlike other field data collection operations.  It involves sending groups of enumerators to shelters and areas with concentrations of persons experiencing homelessness.
    - o 
    - o The month delay for this operation could introduce data quality and/or coverage issues due to changes in how and where people experiencing homelessness make use of SBE locations in early April vs. early May.

- **Enumeration at Transitory Locations (ETL):**
    - o **Implement a two week delay to field data collection.**
    - o **New operational timing:  April 23, 2020 – May 18, 2020.**
    - o Original Timing: April 9, 2020 – May 4, 2020.
    - o CFS training scheduled to begin on March 23, 2020 will be moved to April 6, 2020.
    - o ACO staff will notify ETL staff and identify/secure new training locations.

- **Early Nonresponse Followup (NRFU):**
    - o **Implement an additional two week delay to field data collection.**
    - o **New operational timing: May 7, 2020 – August 14, 2020.**
    - o Original Timing:  April 9, 2020 – July 31, 2020.
    - o Operational start has already been delayed by two weeks from April 9, 2020 to April 23, 2020 as a result of colleges and universities extending spring breaks, moving to online classes, or decisions to suspend the balance of the spring semester.
    - o Some college/university students will remain in their off-campus college housing.
    - o If college students living off-campus do not self-respond and are no longer in their off-campus housing at the time a NRFU enumerator visits, data may be obtained from a building manager, a proxy, use of administrative records, or, if all else fails, be subject to count imputation.
    - o Self-Response Quality Assurance (SRQA) will identify addresses to include in the NRFU workload.  Original plans were to include some addresses in the Early NRFU workload.

Pre-decisional – Internal Use Only

With a two-week or a delay beyond two weeks, SRQA recollect cases will accumulate until the start of NRFU without significant detriment to the SRQA operation.

- **Nonresponse Followup:**
  - o **Implement a two week delay to field data collection.**
  - o **New operational Timing:  May 27, 2020 – August 14, 2020.**
  - o Original Timing:  May 13, 2020 – July 31, 2020.
  - o A significant concern is the ability to fingerprint and process the volume of staff needed for NRFU.  Some vendors are pushing to close fingerprint locations.
  - o CDWG will support continued deployment of devices.

- **Mobile Questionnaire Assistance (MQA):**
  - o **Revisit a further delay to the start of MQA in two weeks, including whether or not to implement a soft launch.**
  - o **New operational timing:  April 13, 2020 – August 14, 2020.**
  - o Original Timing:  March 30, 2020 – July 31, 2020.
  - o Operational start has already been delayed from March 30, 2020 to April 13, 2020.
  - o Many questions remain regarding the value of MQA.  It is unknown whether gatherings of people will occur given pandemic concerns.

- **Post Enumeration Survey  - Initial Housing Unit Followup**
  - o Original Timing:  May 6, 2020 – June 12, 2020
  - o Staff selections are temporarily suspended.

- **Post Enumeration Survey  - Person Interview**
  - o Original Timing:  June 17, 2020 – September 11, 2020
  - o Staff selections are temporarily suspended.

**Facilities and Leasing:**
- **Area Census Offices:**  Current lease terms permit us to occupy ACO space until December 31, 2020.  Extensions beyond December 31, 2020 will require work with GSA.  GSA, in turn, will need to discuss with each ACO Lessor to request/negotiate an extension.
  - o Considerations: **DP** We are seeking a recommendation: **DP**
- **Regional Census Centers:**  Current lease terms permit us to occupy the leased space until December 31, 2021 - at a minimum (with the exception of the PRAO) The following is the list of RCC lease end dates:
  - o **ATLANTA:**  49 months, commencing 2/12/2018 (ends 3/11/2022)
  - o **CHICAGO:**  49 months, commencing 12/1/2017 (ends 12/30/2021)
  - o **DALLAS:**  49 months, commencing 1/5/2018 (ends 2/4/2022)
  - o **LOS ANGELES:** 49 months, commencing 3/1/2018 (ends 3/31/2022)
  - o **NEW YORK:**  49 months, commencing 3/26/2018 (ends 4/25/2022)
  - o **PHILADELPHIA:**  49 months, commencing 3/6/2018 (ends 4/5/2022)
  - o **PRAO:**  25 months, commencing 5/16/2019 (ends 6/15/2021)

Pre-decisional – Internal Use Only

**COVID-19 Pay for DAPPS Field Employees:**
This includes:

- Area Census Office staff including OOSs and Clerks.
- Field workers including CFSs, RAs, and Enumerators.

This staff does not earn leave.  In the event staff are directed to stop work activities as a result of COVID-19, employees may be able to receive pay in lieu of work.  There may be further guidance on implementing COVID-19 pay in situations involving quarantine or medically-directed isolation.  If a decision is made to pay staff, the rate of pay is based on their hourly rate in DAPPS.   We will use the following assumptions:

- Enumerators – 19 hours/week or 4 hours/day.
- Census Field Supervisors– 19 hours/week or 4 hours/day.
- Clerks – 40 hours/week or 8 hours/day.
- Office Operations Supervisors – 40 hours/week or 8 hours/day.
- Recruiting Assistants – will not receive COVID-19 pay.

We will only pay the regular hourly rate.  We will not pay overtime hours – meaning the claim cannot exceed 40 hours per week, nor will we pay other premium pay - Night Differential or Sunday Premium.  We also will not pay miscellaneous expenses – such as mileage, per diem, doctor's bills, insurance co-pays or other expenses.

Two sets of task codes will be implemented specific to COVID-related pay: 1.) individuals directly impacted by COVID-19 (positive test, symptoms, instructions to quarantine) of up to two weeks; 2.) "normal" pay for onboard staff (subject to restrictions you have listed below) that are instructed not to work their normal tour of duty due to work stoppage and/or workplace closure (and no ability to telework).

**Capacity to Expand Field Data Collection Staff:**
- Field can add additional staff to compensate for time lost in enumeration operations.
- We have a robust pool of applicants and in most areas, we have sufficient staff identified to over hire for the enumerator and CFS positions.
- There are two key limitations:
  - First, there are a fixed number of devices.  There is a total of 433,762 iPhones planned for the NRFU operation.  416,243 of the 433,762 iPhones are for NRFU CFMs, CFSs, and enumerators.  17,519 of the 433,762 devices are allotted for break-fix and lost/missing/stolen devices.
  - Second, the hiring process requires 60 days for an applicant to complete the full process.  We have been successful in shortening this process in some instances.
- The Department of Commerce has submitted a request to allow the Census Bureau to implement a direct-hire authority to dramatically shrink the 60-day timeframe – essentially allowing us to hire people on the spot.

Pre-decisional – Internal Use Only

- Depending on the distribution of additional work, we would need to add management and support infrastructure.  If areas are saturated with work, we can move these support activities to an adjacent ACO.
- Push staffing authorization out to the maximum number of devices available.
- Pursue avenues to secure up to an additional 75,000 devices.

**Additional Concerns and Unresolved Items:**

**DP**

Pre-decisional – Internal Use Only



Pre-decisional – Internal Use Only



Pre-decisional – Internal Use Only

| | |
|---|---|
| **From:** | Timothy.P.Olson@census.gov |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: Temporary Work Stoppage Roadmap 3/23/20 9:15am |
| **Date:** | Monday, March 23, 2020 11:40:33 AM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03232020 915am.docx |
| | ATT00001.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
⌐ ̄ ̄ ̄ ̄ ̄ ̄ ̄¬
┆ **PII** ┆(mobile)
└ _ _ _ _ _ ┘
301-763-2072

Begin forwarded message:

> **From:** "James T Christy (CENSUS/LA FED)" <James.T.Christy@census.gov>
> **Date:** March 23, 2020 at 11:12:56 AM EDT
> **To:** "Timothy P Olson (CENSUS/ADFO FED)" <Timothy.P.Olson@census.gov>
> **Subject: Fw:  Temporary Work Stoppage Roadmap 3/23/20 9:15am**
>
>
> FYI
>
> **James Christy**
> **U.S. Census Bureau**
> LA 818.267.1700  HQ 301.763.6228  Cell ⌐ ̄ ̄ ̄ ̄ ̄¬
> ┆ **PII** ┆
> census.gov   Connect with us on Social Media └ _ _ _ _ ┘
> **Shape Your Future | Start Here**  2020census.gov
>
> **From:** Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>
> **Sent:** Monday, March 23, 2020 9:17 AM
> **To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
> Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T
> Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD
> FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED)
> <John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
> <Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED)
> <kathleen.m.styles@census.gov>; Erika H Becker Medina (CENSUS/ADDC FED)
> <Erika.H.Becker.Medina@census.gov>
> **Subject:** Re: Temporary Work Stoppage Roadmap 3/23/20 9:15am
>
> An updated version is attached with some clarifications about the USVIs (as I
> understand them).

**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: [ PII ]

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>
**Sent:** Monday, March 23, 2020 8:52 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Re: Temporary Work Stoppage Roadmap 3/23/20 8:45am

Just received word that the U.S. Virgin Island Offices are closed.

Updated document attached.

**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: [ PII ]

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED)
**Sent:** Monday, March 23, 2020 8:45 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah

Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; James T
Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD
FED) <Dale.C.Kelly@census.gov>; John R Magruder (CENSUS/FLD FED)
<John.R.Magruder@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED)
<Jennifer.W.Reichert@census.gov>; Kathleen M Styles (CENSUS/ADDC FED)
<kathleen.m.styles@census.gov>
**Subject:** Temporary Work Stoppage Roadmap 3/23/20 8:30am

Good Morning,

Attached is an updated Temporary Work Stoppage Roadmap document.   The
new content this morning is a table (see page 2) that shows RCCs and ACOs
impacted.  For the RCCs, I included a line for each RCC with a status.    For the
ACOs, I will include an entry when an ACO is "closed" or I can show other
information (depending on what you would like shared).  I am sending this version
to a limited distribution, for review and concurrence prior to a wider distribution.

Thanks,


**Maryann M. Chapin**
Decennial Census Programs Directorate
U.S. Census Bureau
O: 301.763.3933 | M: [ PII ]
census.gov  |  @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

March 23, 2020 8:45am

## 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities
## The Impact of COVID-19

As the impact of the COVID-19 pandemic continues and further federal, state, and local government guidance is issued pertaining to steps to contain the spread of the virus, the Department of Commerce and the Census Bureau are implementing adjustments to the 2020 Census.  This document outlines decisions and outstanding questions associated with operational impacts of a temporary stoppage of 2020 Census field data collection and other associated activities.   Effective immediately, the Census Bureau will take steps toward implementation of a two-week work stoppage.  As we progress through the two week time period, we will closely monitor the status of the COVID-19 pandemic and reach a determination if an additional two-week delay is necessary.

Protecting the population and protecting our staff, as well as ensuring a high quality census, have driven the actions as outlined below.  The two week time frame will be used to investigate and prepare for operational changes such as conducting remote training that would reduce the need for large concentrations of people in a confined area.

**Facilities/Infrastructure:**

**Regional Census Center (RCC) and Area Census Office (ACO):**
RCC – remains open
- Max telework for eligible staff.
- Staff may use leave if not at work.
- Work at Home (WAH) staff (Regional Techs, Partnership) continue to work remotely.
- Travel severely limited.

ACO – remains open
- Managers report and incorporate social distancing.
- Census Field Managers (CFMs) (and others as available) telework.
- Office Operations Supervisors (OOSs) and clerks do not report (will receive pay – working on details).
- Recruiting Assistants continue to work remotely.
- Census Field Supervisors (CFSs) and enumerators that have begun training will receive pay during a stoppage. Those that are pre-training will not.

Pre-decisional – Internal Use Only

**Regional Census Centers and Area Census Offices**

| Impacted Facility | Status |
|---|---|
| **Regional Census Centers** | |
| New York | Re-opened:  March 23, 2020; operating with skeleton staff |
| Philadelphia | Operating with skeleton staff |
| Atlanta | Operating with skeleton staff |
| Chicago | Operating with skeleton staff |
| Dallas | Operating with skeleton staff |
| Los Angeles | Operating with skeleton staff |
| | |
| **Area Census Offices:** | |
| Albany, NY ACO | ACO Re-opened:  March 23, 2020 |
| | |
| **Island Areas** | |
| US Virgin Islands – St. Thomas | Closed – as of March 24, 2020; Expected re-opening April 7, 2020. |
| US Virgin Islands – St. Croix | Closed – as of March 24, 2020; Expected re-opening April 7, 2020. |

**National Processing Center:**
- All National Processing Center facilities in Indiana and Arizona transitioned to limited operations until 4/1/20.
- Management staff at the Paper Data Capture Centers (East and West) facilities will receive mail deliveries and take the necessary steps to get mail receipts through the sorting process.
- Onboard staff will be paid (administrative-type leave) during the work suspension period.

**Census Questionnaire Assistance (CQA) Contact Centers:**
- As of March 20, 2020, two of the ten CQA Contact Centers have temporarily closed due to COVID-19.  Work continues in the remaining eight call centers.
  - The Kansas City, Missouri CQA Contact Center closed on March 18, 2020 due to a confirmation of COVID-19 exposure. The contact center will open on Sunday, March 22 with limit support and remaining support will resume operation on Monday, March 23, 2020.  The facility was cleaned and sanitized as of March 20.
  - As of March 20, 2020, the Non-English Non-Spanish (NENS) Contact Center location in New York City is closed for two weeks.  While the New York City contact center is closed, limited NENS support will be offered at four of the other locations.
  - The balance of the contact centers are operating while experiencing higher than anticipated absentee rates.
  - All contact centers are implementing social distancing protocols.

Pre-decisional – Internal Use Only

[ PAGE  \* MERGEFORMAT ]

**Self-Response:** March 12, 2020 – July 31, 2020
- **Online response to the 2020 Census will continue, as planned.**
- **All mailings will continue, as scheduled.**
- **Telephone response, via Census Questionnaire Assistance (CQA) Centers, will continue, as planned.**
- **Data capture of 2020 Census paper responses will continue.** Pace may slow resulting from diminished capacity with PDCCE closed.
- **Self-Response will be extended to August 14, 2020 to coincide with the end of field data collection.**

**Field Data Collection Currently Underway:**

- **Remote Alaska:** January 21, 2020 – April 30, 2020
  - **As on March 20, the 17 teams working in the Alaska Native Villages will wrap up current work. Enumeration in the Remote Alaska Villages will be suspended for two weeks.**
  - **New operational end date: May 14, 2020.**
  - Data collection is over 67% complete, as of March 20, 2020.
  - Only one Region and one ACO are impacted.
  - Decisions on completing the Remote Alaska enumerations will be at the discretion of the Los Angeles Regional Census Center.
  - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Enumerate:** March 16, 2020 – April 30, 2020
  - **A two-week work stoppage implemented on March 18.**
  - **New operational end date: May 14, 2020.**
  - Work is concentrated in some areas of Alaska and remote areas of Maine. All tribes previously in the Update Enumerate workload have change to self-response enumeration.
  - Five ACOs contain Update Enumerate workload.
  - Unlike other operations where non-responding addresses are incorporated into the Nonresponse Followup, the Update Enumerate workload must be completed through the planned in-person enumeration.
  - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Leave:** March 15, 2020 – April 17, 2020
  - **A two-week work stoppage has been implemented in Puerto Rico, effective March 16, 2020.**
  - **A two-week work stoppage implemented stateside on March 18.**
  - **New operational end date: May 1, 2020.**
  - The Update Leave workload is in 169 of the 248 Area Census Offices.

Pre-decisional – Internal Use Only

- As of March 20, 2020, approximately 16% of the workload (blocks) is complete.
- Work completed to date has not involved knocking on doors.  Questionnaire packages have been dropped off with updating of addresses by observation.
- In advance of a resumption of work, we must revisit whether or not to knock on doors.
- This work stoppage results in UL addresses (those not already visited) not receiving their invitation to respond.
- Messaging associated with the work stoppage could include information about the delay in people receiving their invitation to respond/questionnaire and direct them to Non-ID response online or via Census Questionnaire Assistance.
- As planned, nonresponding address in the Update Leave workload will be incorporated in the Nonresponse Followup workload.
- Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Transitory Location Advance Contact:**  February 24, 2020 – March 21, 2020
  - **The operation will conclude on March 18, 2020.**
  - ACO Staff will complete as much work as possible on March 17 and March 18.  Any Transitory Locations that have not been contacted will be included in the workload for the Enumeration of Transitory Locations.

- **Island Area Enumeration:**  March 1, 2020 – May 31, 2020
  - **Two-week work stoppage in Guam.  Military enumeration in Guam was completed.**
  - **Two-week work stoppage in the Commonwealth of the Northern Marianas.**
  - **New operational end date: June 14, 2020.**
  - **U.S. Virgin Islands (USVI).**
    - USVI is using the List/Enumerate methodology.
    - **Enumeration work suspended. Address listing work continues.**
    - Return visits will be completed at a later date for completion of enumerations.
  - **Work continues, as planned, in American Samoa.**

- **Post Enumeration Survey  - Independent Listing:**  January 16, 2020 – March 20, 2020
  - Field data collection will occur as scheduled.

**Field Data Collection Operations Not Yet in the Field:**

- **Group Quarters Enumeration (GQE):**
  - **Implement a two week delay to field data collection.**
  - **New operational timing:  April 16, 2020 - June 19, 2020.**
  - Original Timing:  April 2, 2020 – June 5, 2020.
  - Implement an immediate pause in the Census Field Supervisor (CFS) Assistant training that began March 17, 2020.
  - Those staff that began training will continue to receive pay consistent with their prior week (or revert to LCCE assumption per week if not applicable).

Pre-decisional – Internal Use Only

- o Delay the start of enumerator training.
- o ACO Staff will notify GQE staff and identify/secure new training locations.  A conversation is needed with the RCCs to discuss the specific tasks that the skeleton staff in the ACOs will complete. They may or may not work on identifying and securing new training locations.

- **Service Based Enumeration (SBE)/Targeted Non-Sheltered Outdoor Locations (TNSOLs):**
    - o **Implement a one-month delay in field data collection.**
    - o **New operational timing:  April 29, 2020 -- May 1, 2020.**
    - o Original Timing:  March 30, 2020 – April 1, 2020.
    - o The SBE/TNSOL operation is unlike other field data collection operations.  It involves sending groups of enumerators to shelters and areas with concentrations of persons experiencing homelessness.
    - o Any shift in timing requires a decision on "Reference Date."  Should the language used be:  Today, tonight, yesterday, or "As of April 1"?  The reference data printed on the ICQ is April 1, 2020.  However, this may pose a recall challenge for persons experiencing homelessness.  If a reference date other than April 1 is used, this would be the only census operation that does not use April 1.  Use of April 1 may be the law.  *(need to verify)*
    - o The month delay for this operation could introduce data quality and/or coverage issues due to changes in how and where people experiencing homelessness make use of SBE locations in early April vs. early May.

- **Enumeration at Transitory Locations (ETL):**
    - o **Implement a two week delay to field data collection.**
    - o **New operational timing:  April 23, 2020 – May 18, 2020.**
    - o Original Timing: April 9, 2020 – May 4, 2020.
    - o CFS training scheduled to begin on March 23, 2020 will be moved to April 6, 2020.
    - o ACO staff will notify ETL staff and identify/secure new training locations.

- **Early Nonresponse Followup (NRFU):**
    - o **Implement an additional two week delay to field data collection.**
    - o **New operational timing:  May 7, 2020 – August 14, 2020.**
    - o Original Timing:  April 9, 2020 – July 31, 2020.
    - o Operational start has already been delayed by two weeks from April 9, 2020 to April 23, 2020 as a result of colleges and universities extending spring breaks, moving to online classes, or decisions to suspend the balance of the spring semester.
    - o Some college/university students will remain in their off-campus college housing.
    - o If college students living off-campus do not self-respond and are no longer in their off-campus housing at the time a NRFU enumerator visits, data may be obtained from a building manager, a proxy, use of administrative records, or, if all else fails, be subject to count imputation.
    - o Self-Response Quality Assurance (SRQA) will identify addresses to include in the NRFU workload.  Original plans were to include some addresses in the Early NRFU workload.

Pre-decisional – Internal Use Only

With a two-week or a delay beyond two weeks, SRQA recollect cases will accumulate until the start of NRFU without significant detriment to the SRQA operation.

- **Nonresponse Followup:**
  - o **Implement a two week delay to field data collection.**
  - o **New operational Timing:  May 27, 2020 – August 14, 2020.**
  - o Original Timing: May 13, 2020 – July 31, 2020.
  - o A significant concern is the ability to fingerprint and process the volume of staff needed for NRFU.  Some vendors are pushing to close fingerprint locations.
  - o CDWG will support continued deployment of devices.

- **Mobile Questionnaire Assistance (MQA):**
  - o **Revisit a further delay to the start of MQA in two weeks, including whether or not to implement a soft launch.**
  - o **New operational timing:  April 13, 2020 – August 14, 2020.**
  - o Original Timing:  March 30, 2020 – July 31, 2020.
  - o Operational start has already been delayed from March 30, 2020 to April 13, 2020.
  - o Many questions remain regarding the value of MQA.  It is unknown whether gatherings of people will occur given pandemic concerns.

- **Post Enumeration Survey  - Initial Housing Unit Followup**
  - o Original Timing:  May 6, 2020 – June 12, 2020
  - o Staff selections are temporarily suspended.

- **Post Enumeration Survey  - Person Interview**
  - o Original Timing:  June 17, 2020 – September 11, 2020
  - o Staff selections are temporarily suspended.

**Facilities and Leasing:**
- **Area Census Offices:**  Current lease terms permit us to occupy ACO space until December 31, 2020.  Extensions beyond December 31, 2020 will require work with GSA.  GSA, in turn, will need to discuss with each ACO Lessor to request/negotiate an extension.
  - o Considerations:  Will all ACOs be impacted or select ACOs?  We are seeking a recommendation (and NLT date) for when GSA begin discussions with the Lessor.
- **Regional Census Centers:**  Current lease terms permit us to occupy the leased space until December 31, 2021 - at a minimum (with the exception of the PRAO) The following is the list of RCC lease end dates:
  - o **ATLANTA:**  49 months, commencing 2/12/2018 (ends 3/11/2022)
  - o **CHICAGO:**  49 months, commencing 12/1/2017 (ends 12/30/2021)
  - o **DALLAS:**  49 months, commencing 1/5/2018 (ends 2/4/2022)
  - o **LOS ANGELES:**  49 months, commencing 3/1/2018 (ends 3/31/2022)
  - o **NEW YORK:**  49 months, commencing 3/26/2018 (ends 4/25/2022)
  - o **PHILADELPHIA:**  49 months, commencing 3/6/2018 (ends 4/5/2022)
  - o **PRAO:** 25 months, commencing 5/16/2019 (ends 6/15/2021)

Pre-decisional – Internal Use Only

**COVID-19 Pay for DAPPS Field Employees:**
This includes:

- Area Census Office staff including OOSs and Clerks.
- Field workers including CFSs, RAs, and Enumerators.

This staff does not earn leave.  In the event staff are directed to stop work activities as a result of COVID-19, employees may be able to receive pay in lieu of work.  There may be further guidance on implementing COVID-19 pay in situations involving quarantine or medically-directed isolation.  If a decision is made to pay staff, the rate of pay is based on their hourly rate in DAPPS.   We will use the following assumptions:

- Enumerators – 19 hours/week or 4 hours/day.
- Census Field Supervisors– 19 hours/week or 4 hours/day.
- Clerks – 40 hours/week or 8 hours/day.
- Office Operations Supervisors – 40 hours/week or 8 hours/day.
- Recruiting Assistants – will not receive COVID-19 pay.

We will only pay the regular hourly rate.  We will not pay overtime hours – meaning the claim cannot exceed 40 hours per week, nor will we pay other premium pay - Night Differential or Sunday Premium.  We also will not pay miscellaneous expenses – such as mileage, per diem, doctor's bills, insurance co-pays or other expenses.

Two sets of task codes will be implemented specific to COVID-related pay: 1.) individuals directly impacted by COVID-19 (positive test, symptoms, instructions to quarantine) of up to two weeks; 2.) "normal" pay for onboard staff (subject to restrictions you have listed below) that are instructed not to work their normal tour of duty due to work stoppage and/or workplace closure (and no ability to telework).

**Capacity to Expand Field Data Collection Staff:**
- Field can add additional staff to compensate for time lost in enumeration operations.
- We have a robust pool of applicants and in most areas, we have sufficient staff identified to over hire for the enumerator and CFS positions.
- There are two key limitations:
  - First, there are a fixed number of devices.  There is a total of 433,762 iPhones planned for the NRFU operation.  416,243 of the 433,762 iPhones are for NRFU CFMs, CFSs, and enumerators.  17,519 of the 433,762 devices are allotted for break-fix and lost/missing/stolen devices.
  - Second, the hiring process requires 60 days for an applicant to complete the full process.  We have been successful in shortening this process in some instances.
- The Department of Commerce has submitted a request to allow the Census Bureau to implement a direct-hire authority to dramatically shrink the 60-day timeframe – essentially allowing us to hire people on the spot.

Pre-decisional – Internal Use Only

- Depending on the distribution of additional work, we would need to add management and support infrastructure.  If areas are saturated with work, we can move these support activities to an adjacent ACO.
- Push staffing authorization out to the maximum number of devices available.
- Pursue avenues to secure up to an additional 75,000 devices.

**Additional Concerns and Unresolved Items:**

- **Deadline for Delivery of Apportionment Counts:**  With an unforgiving deadline of December 31, 2020 for delivery of the apportionment counts, how and where can a two week (or longer) delay be accounted for?  The burden of a shortened window between the completion of field data collection and delivery of apportionment counts must be shared.
  - Was the target delivery date December 31, 2020 or were we planning on an earlier delivery, as in the 2010 Census (December 21, 2010)?
  - How will geographic and CUF processing absorb fieldwork delays without increasing data quality risk caused by reduced time for Geographic Processing, POP data review, and GEO/DITD correction time?
  - Should fieldwork delays have commensurate processing delays in order to help ensure final 2020 Census data quality?
  - Relief from the December 31, 2020 deadline to deliver apportionment counts would require Congressional action.
  - Requesting relief from the December 31, 2020 is risky.  It may invite scrutiny on Title 13.  A discussion with Christa Jones should be had before taking any steps toward requesting relief.
- **Geographic Data Processing:**  In addition to understanding the implications to a two-week extension to field data collection on activities required to support delivery of apportionment count (which includes all of the operations listed above, as well as Non ID processing, processing associated with Domestic Violence Shelters, Maritime Enumeration, etc), we need to identify the implications to Geographic Data Processing for programs such as BAS, BVP, etc.
- **Data Review**
- **IT considerations:**  The shift in the schedule will impact some systems.
  - The Unified Tracking System (UTS) has dates hard-coded; these would require revision.
  - Goals, as documented in the UTS reports, would need to be updated to coincide with the new dates.
  - Consideration to changing the dates for the NRFU phase transitions is needed.
  - Need to touch base with system owners to determine if dates are hard-coded, beyond those instances outlined above.  And, to ascertain if there are additional concerns about changing operational dates.
- Payment/Retention of Field Staff during the work stoppage
  - Will the delay in operations impact our responsibilities related to Affordable Care Act coverage?
- **Military Enumeration**
- **CQA Outbound Calling**

Pre-decisional – Internal Use Only

- **Facilities and Leasing:**  Do leases for Paper Data Capture Centers need to be extended?  Can they be extended?
- **Impacts to Contracts** such as the Technical Integrator Contract, Decennial Device as a Service, CQA etc.

- **Paid Advertising Campaign:**  Are changes needed to messaging and/or the timing of messaging related under a two-week delay?
    - o   Team Young and Rubicam (TYR) and the Communications Directorate are working on messaging and securing trusted voices to deliver messaging about the importance of self-response in our current environment with a focus in the messaging about self-response reducing the need to knock on doors.
- **Mailing Strategy:**  With the temporary closure of Paper Data Capture Center – East combined with falling short of expected response, we may find ourselves with an insufficient volume of questionnaire packages for mailing four.  Options, such as not mailing another questionnaire to addresses in the Internet Choice Panel, should be discussed.
- **Post Enumeration Survey Field Data Collection Operations**
    - o   Independent Listing:  Completion imminent
    - o   Initial Housing Unit Followup:  May 6, 2020 – June 12, 2020
    - o   Person Interview:  June 17, 2020 – September 11, 2020
    - o   Person Followup:  February 3, 2021 – March 19, 2021
    - o   Final Housing Unit Followup: May 19, 2021 – June 11, 2021
- **Post Enumeration Survey Matching Operations**

Pre-decisional – Internal Use Only

**From:**      B Nathaniel Miller (CENSUS/DCMD FED)
**To:**        2020 Census Crisis Management Team List
**Subject:**   COVID-19 Updated Roadmap - 03242020 800am
**Date:**      Tuesday, March 24, 2020 8:34:34 AM
**Attachments:** 2020 Census - Impacts of COVID19 03242020 800am.pdf

Updated Roadmap attached (03242020 800am)

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: [ PII ] | 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov  |  @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

| | |
|---|---|
| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **To:** | Ron S Jarmin (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Fwd: Updated Schedule Impact Documents |
| **Date:** | Tuesday, March 24, 2020 12:46:30 PM |
| **Attachments:** | Post Data Collecxtion Narravtive.docx |
| | ATT00001.htm |
| | Schedule Impacts due to a delay.xlsx |
| | ATT00002.htm |

FYI

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office: 301-763-3811

Begin forwarded message:

> **From:** "James B Treat (CENSUS/DEPDIR FED)" <James.B.Treat@census.gov>
> **Date:** March 24, 2020 at 12:33:38 PM EDT
> **To:** "Enrique Lamas (CENSUS/DEPDIR FED)" <Enrique.Lamas@census.gov>,
> "Albert E Fontenot (CENSUS/ADDC FED)" <Albert.E.Fontenot@census.gov>,
> "Deborah Stempowski (CENSUS/ADDC FED)"
> <Deborah.M.Stempowski@census.gov>
> **Subject: Updated Schedule Impact Documents**

Enrique



I hope this helps

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director

U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

| From: | Enrique Lamas (CENSUS/DEPDIR FED) |
|---|---|
| To: | Ron S Jarmin (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED) |
| Subject: | Fwd: Updated Schedule Impact Documents |
| Date: | Tuesday, March 24, 2020 12:49:35 PM |
| Attachments: | Post Collection Processing Schedule through redistricting data 032220.docx |
| | ATT00001.htm |

FYI.  See below.   **DP**

**DP**

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office: 301-763-3811

Begin forwarded message:

> **From:** "Deborah Stempowski (CENSUS/ADDC FED)"
> <Deborah.M.Stempowski@census.gov>
> **Date:** March 24, 2020 at 12:39:55 PM EDT
> **To:** "James B Treat (CENSUS/DEPDIR FED)" <James.B.Treat@census.gov>,
> "Enrique Lamas (CENSUS/DEPDIR FED)" <Enrique.Lamas@census.gov>,
> "Albert E Fontenot (CENSUS/ADDC FED)" <Albert.E.Fontenot@census.gov>,
> "Deborah Stempowski (CENSUS/ADDC FED)"
> <Deborah.M.Stempowski@census.gov>
> **Subject: Re:  Updated Schedule Impact Documents**

Hi Jim - I am attaching an updated version of the document I sent you the other day, it has more details from CUF to PL.  I'm not sure if its helpful or not but either way, you have it.



**Deborah Stempowski, PMP**
Assistant Director for Decennial Programs, Operations and Schedule Management
U.S. Census Bureau
Office 301.763.1417
deborah.m.stempowski@census.gov
**Shape Your Future | Start Here**  2020census.gov

**From:** James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>
**Sent:** Tuesday, March 24, 2020 12:33 PM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Albert E
Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Subject:** Updated Schedule Impact Documents


Enrique

<div style="border:1px dashed;text-align:center;font-size:90px;font-weight:bold;">DP</div>

I hope this helps

thanks - jim

**James B. Treat**
Senior Advisor for Decennial Affairs
Office of the Director
U.S. Census Bureau

Office  301.763.3609     Room 2K276
james.b.treat@census.gov

census.gov
Connect with us on Social Media

**From:** <u>Walsh, Michael (Federal)</u>
**To:** <u>Wilbur Ross</u>; <u>15618321553@efaxsend.com</u>
**Subject:** Summary of changes to 2020 Field Ops
**Date:** Wednesday, March 25, 2020 9:58:00 AM
**Attachments:** <u>120 Day_DRAFT_VER 1_2020.03.24 jcrj.docx</u>

DELIBERATIVE AND PREDECISIONAL

> # DP

Please let me know if you approve.  Thank you.

**From:** Maryann M Chapin (CENSUS/ADDC FED)
**To:** Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-Kumar Atri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/ADDC FED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert (CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti (CENSUS/ADDC FED); Suzanne Fratino (CENSUS/DCMD FED); James B Treat (CENSUS/DEPDIR FED); Patrick J Cantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED); Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant (CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin J Zajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED); Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine (CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED); Mark Emory Markovic (CENSUS/DCEO FED); Timothy P Olson (CENSUS/ADFO FED)
**Cc:** Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLD FED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II (CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen (CENSUS/FLD FED); Tamara S Adams (CENSUS/ADDC FED); Deborah A Fenstermaker (CENSUS/DSSD FED); James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); Megan Catherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor (CENSUS/ADDC FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED); Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/DCEO FED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED)
**Subject:** COVID-19 Updated Roadmap (3/25/20 4:30 pm)
**Date:** Wednesday, March 25, 2020 4:48:51 PM
**Attachments:** COVID-19 Updated Roadmap 03252020 430pm.docx

Good Afternoon,

Attached is a March 25, 2020 4:30 pm update to the COVID-19 Roadmap document.

The significant update since the 4:00 version is:

- The Oswego ACO is now closed.

Thanks,


**Maryann M. Chapin**
Decennial Census Programs Directorate
U.S. Census Bureau
O: 301.763.3933 | M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

March 25, 2020 4:30 pm

## 2020 Census:  COVID-19 Roadmap

As the impact of the COVID-19 pandemic continues and further federal, state, and local government guidance is issued pertaining to steps to contain the spread of the virus, the Department of Commerce and the Census Bureau are implementing adjustments to the 2020 Census.  This document outlines decisions and outstanding questions associated with operational impacts of a temporary stoppage of 2020 Census field data collection and other associated activities.   Effective immediately, the Census Bureau will take steps toward implementation of a two-week work stoppage.  As we progress through the two week time period, we will closely monitor the status of the COVID-19 pandemic and reach a determination if an additional two-week delay is necessary.

Protecting the population and protecting our staff, as well as ensuring a high quality census, have driven the actions as outlined below.  The two week time frame will be used to investigate and prepare for operational changes such as conducting remote training that would reduce the need for large concentrations of people in a confined area.

**Facilities/Infrastructure:**

**Summary of Status in Regional Census Centers, Area Census Offices, CQA Contact Centers, NPC, and PDCCs** – Additional details follow the table.

| Impacted Facility | Status |
|---|---|
| **Regional Census Centers** | |
| New York | Operating with skeleton staff. |
| Philadelphia | Operating with skeleton staff. |
| Atlanta | Operating with skeleton staff. |
| Chicago | As of March 24, 2020:  RCC closed |
| Dallas | Operating with skeleton staff. |
| Los Angeles | Operating with skeleton staff. |
| Puerto Rico Area Office | Closed |
| | |
| **Area Census Offices:** | |
| Guaynabo, PR | Closed |
| Caguas, PR | Closed |
| Mayaguez, PR | Closed |
| Colorado Springs, CO | Closed |
| Harris Co., NE, TX | Closed |
| Harris Co., NW, TX | Closed |
| Seattle, WA | Closed |
| Lincoln, NE | Closed until March 30, 2020. |
| Milwaukee, WI | Closed (3/25/20) |
| Oswego, IL | Closed (3/25/20) |

Pre-decisional – Internal Use Only

| Impacted Facility | Status |
|---|---|
| **Island Areas** | |
| US Virgin Islands – St. Thomas | Closed – as of March 24, 2020; Expected re-opening April 6, 2020.  Enumeration paused on March 18, 2020; listing paused on March 22, 2020. |
| US Virgin Islands – St. Croix | Closed – as of March 24, 2020; Expected re-opening April 6, 2020. Enumeration paused on March 18, 2020; listing paused on March 22, 2020. |
| Guam | As of March 15, 2020 Census office closed until April 13, 2020. |
| American Samoa | As of March 23, 2020, Census office closed until April 6, 2020 (subject to further assessment.) |
| Commonwealth of the Northern Marianas | As of March 16, 2020, Census office closed until March 30, 2020 (extension pending). |
| | |
| **CQA Contact Centers:** | |
| Jacksonville, FL | Staffing levels are reduced to enforce social distancing. |
| Pueblo, CO | Staffing levels are reduced to enforce social distancing. |
| Irving, TX | Staffing levels are reduced to enforce social distancing. |
| Blythewood, SC | Staffing levels are reduced to enforce social distancing. |
| Tempe, AZ | Staffing levels are reduced to enforce social distancing. |
| Tamarac, FL | Staffing levels are reduced to enforce social distancing. |
| Nashville, TN | Center re-opened. Staffing levels are reduced to enforce social distancing. |
| Kansas City, MO | Staffing levels are reduced to enforce social distancing. |
| El Paso, TX | Staffing levels are reduced to enforce social distancing. |
| New York, NY | March 20, 2020:  Closed for two weeks. Non-English Non-Spanish (NENS) support will be offered at four of the other locations. |
| | |
| **National Processing Center** | Limited operations until April 1, 2020. |
| **Paper Data Capture Center – East** | Limited operations until April 1, 2020. |
| **Paper Data Capture Center - West** | Limited operations until April 1, 2020. |
| **Tucson Call Center** | Limited operations until April 1, 2020. |

Pre-decisional – Internal Use Only

**Regional Census Center (RCC) and Area Census Office (ACO):**

**RCCs** – remain open – (exceptions, if applicable, are noted in the table above.)
- Max telework for eligible staff.
- Staff may use leave if not at work.
- Work at Home (WAH) staff (Regional Techs, Partnership) continue to work remotely.
- Travel severely limited.

**ACOs** – remain open – (exceptions, if applicable, are noted in the table above.)
- Managers report and incorporate social distancing.
- Census Field Managers (CFMs) (and others as available) telework.
- Office Operations Supervisors (OOSs) and clerks do not report (will receive pay – working on details).
- Recruiting Assistants continue to work remotely.
- Census Field Supervisors (CFSs) and enumerators that have begun training will receive pay during a stoppage. Those that are pre-training will not.

**National Processing Center:**
- **All National Processing Center facilities in Indiana and Arizona transitioned to limited operations until 4/1/20.**
- Management staff at the Paper Data Capture Centers (East and West) facilities will receive mail deliveries and take the necessary steps to get mail receipts through the sorting process.
- Onboard staff will be paid (administrative-type leave) during the work suspension period.

**Census Questionnaire Assistance (CQA) Contact Centers:**
- As of March 23, 2020, the Nashville CQA Contact Center has temporarily closed.  The contact center will be closed for several days for cleaning and sanitization.
- The balance of the contact centers are operating while experiencing higher than anticipated absentee rates.
- All contact centers are implementing social distancing protocols, and as a result are operating at 50%.
- As of March 20, 2020, the Non-English Non-Spanish (NENS) Contact Center location in New York City is closed for two weeks.  While the New York City contact center is closed, limited NENS support will be offered at four of the other locations.
- The Kansas City, Missouri CQA Contact Center has re-opened.  The contact center had closed on March 18, 2020 due to a confirmation of COVID-19 exposure. The contact center re-opened on Sunday, March 22 with limit support and remaining support resumed operation on Monday, March 23, 2020.  The facility was cleaned and sanitized as of March 20.

Pre-decisional – Internal Use Only

**Self-Response:** March 12, 2020 – July 31, 2020
- **Online response to the 2020 Census will continue, as planned.**
- **All mailings will continue, as scheduled.**
- **Telephone response, via Census Questionnaire Assistance (CQA) Centers, will continue, as planned (with exceptions as noted above).**
- **Data capture of 2020 Census paper responses will resume when the paper data capture centers re-open.**
- **Self-Response will be extended to August 14, 2020 to coincide with the end of field data collection.**

**Field Data Collection Currently Underway:**

- **Remote Alaska:** January 21, 2020 – April 30, 2020
    - **As on March 20, the 17 teams working in the Alaska Native Villages will wrap up current work.  Enumeration in the Remote Alaska Villages will be suspended for two weeks.**
    - **New operational end date: May 14, 2020.**
    - As of March 20, 2020, data collection was over 67% complete.
    - Only one Region and one ACO are impacted.
    - Decisions regarding Remote Alaska enumerations will be at the discretion of the Los Angeles Regional Census Center.
    - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Enumerate:** March 16, 2020 – April 30, 2020
    - **A two-week work stoppage implemented on March 18.**
    - **New operational end date: May 14, 2020.**
    - Work is concentrated in some areas of Alaska and remote areas of Maine.  All tribes previously in the Update Enumerate workload have change to self-response enumeration.
    - Five ACOs contain Update Enumerate workload.
    - Unlike other operations where non-responding addresses are incorporated into the Nonresponse Followup, the Update Enumerate workload must be completed through the planned in-person enumeration.
    - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Leave:** March 15, 2020 – April 17, 2020
    - **A two-week work stoppage has been implemented in Puerto Rico, effective March 16, 2020.**
    - **A two-week work stoppage implemented stateside on March 18.**
    - **New operational end date: May 1, 2020.**
    - The Update Leave workload is in 169 of the 248 Area Census Offices.

Pre-decisional – Internal Use Only

- As of March 20, 2020, approximately 16% of the workload (blocks) is complete.
- Work completed to date has not involved knocking on doors.  Questionnaire packages have been dropped off with updating of addresses by observation.
- In advance of a resumption of work, we must revisit whether or not to knock on doors.
- This work stoppage results in UL addresses (those not already visited) not receiving their invitation to respond.
- Messaging associated with the work stoppage could include information about the delay in people receiving their invitation to respond/questionnaire and direct them to Non-ID response online or via Census Questionnaire Assistance.
- As planned, nonresponding address in the Update Leave workload will be incorporated in the Nonresponse Followup workload.
- Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Transitory Location Advance Contact:**  February 24, 2020 – March 21, 2020
  - **The operation concluded on March 18, 2020.**
  - ACO Staff will complete as much work as possible on March 17 and March 18.  Any Transitory Locations that have not been contacted will be included in the workload for the Enumeration of Transitory Locations.

- **Island Area Enumeration:**  March 1, 2020 – May 31, 2020
  - New operational end date: June 14, 2020.
  - **As of March 15, 2020, the Guam Census Office is closed until April 13, 2020.**
    - Military enumeration in Guam was completed.
    - All non-essential businesses closed.  Schools are closed until further notice.
  - **As of March 16, 2020, the Commonwealth of the Northern Marianas Census office is closed until March 30, 2020 with an extension pending.**
    - Restricted hours for non-essential businesses (6:00am – 1:00pm).  Schools closes for the remainder of the school year.
  - **As of March 24, 2020, the U.S. Virgin Islands (USVI) Census Offices are closed** (St. Thomas and St. Croix) **until April 6, 2020.**
    - Enumeration was paused on March 18, 2020.
    - Listing was paused on March 22, 2020.
    - USVI is using the List/Enumerate methodology.
    - Non-essential businesses closed.  Schools closed until April 6, 2020 (subject to further assessment).
    - Shelter in place (stay at home order) in effect March 24, 2020 – April 6, 2020.
  - **As of March 23, 2020, the American Samoa Census office is closed until April 6, 2020 and is subject to further assessment.**
    - All businesses must close by 6:00pm.  Schools are closed until further notice.

- **Post Enumeration Survey  - Independent Listing:**  January 16, 2020 – March 20, 2020
  - Field data collection completed, as scheduled.

Pre-decisional – Internal Use Only

**Field Data Collection Operations Not Yet in the Field:**

- **Group Quarters Enumeration (GQE):**
    - o **Implement a two week delay to field data collection.**
    - o **New operational timing:  April 16, 2020 - June 19, 2020.**
    - o Original Timing:  April 2, 2020 – June 5, 2020.
    - o Implement an immediate pause in the Census Field Supervisor (CFS) Assistant training that began March 17, 2020.
    - o Those staff that began training will continue to receive pay consistent with their prior week (or revert to LCCE assumption per week if not applicable).
    - o Delay the start of enumerator training.
    - o ACO Staff will notify GQE staff and identify/secure new training locations.  A conversation is needed with the RCCs to discuss the specific tasks that the skeleton staff in the ACOs will complete. They may or may not work on identifying and securing new training locations.
    - o **E-Response:**  In the current state, NPC is unable to mail e-Response letters that contain the userID and link to the e-Response portal to facility contacts who chose e-Response as their enumeration method.  We will, instead, send the instructions via email. However, 17,000 contacts did not provide an email address during Advance Contact. Therefore, DCMD staff and RCC staff are making calls to these facilities to obtain an email address.  The ATAC system will be used as it allows for a more efficient way to avoid staff making duplicate calls to a facility.  An email test was performed with HQ staff on Monday, and staff are being trained on ATAC usage on March 23 and March 24. Email messages will be sent to facility contacts on Monday, March 30.  The e-Response portal will open on March 30, as planned.  We expect to begin receiving uploads early next week.

- **Service Based Enumeration (SBE)/Targeted Non-Sheltered Outdoor Locations (TNSOLs):**
    - o **Implement a one-month delay in field data collection.**
    - o **New operational timing:  April 29, 2020 -- May 1, 2020.**
    - o Original Timing:  March 30, 2020 – April 1, 2020.
    - o The SBE/TNSOL operation is unlike other field data collection operations.  It involves sending groups of enumerators to shelters and areas with concentrations of persons experiencing homelessness.
    - o **DP**
        **DP** The reference data printed on the ICQ is April 1, 2020. **DP**
        **DP**
        **DP** **ACP/DP** law. *(need to verify)*
    - o **DP**

- **Enumeration at Transitory Locations (ETL):**
  - **Implement a two week delay to field data collection.**
  - **New operational timing:  April 23, 2020 – May 18, 2020.**
  - Original Timing: April 9, 2020 – May 4, 2020.
  - CFS training scheduled to begin on March 23, 2020 will be moved to April 6, 2020.
  - ACO staff will notify ETL staff and identify/secure new training locations.

- **Early Nonresponse Followup (NRFU):**
  - **Implement an additional two week delay to field data collection.**
  - **New operational timing:  May 7, 2020 – August 14, 2020.**
  - Original Timing:  April 9, 2020 – July 31, 2020.
  - Operational start has already been delayed by two weeks from April 9, 2020 to April 23, 2020 as a result of colleges and universities extending spring breaks, moving to online classes, or decisions to suspend the balance of the spring semester.
  -  Any CFS that had started training will be maintained on payroll and receive pay consistent with their prior week (or revert to LCCE assumption per week if not applicable).
  - Some college/university students will remain in their off-campus college housing.
  - If college students living off-campus do not self-respond and are no longer in their off-campus housing at the time a NRFU enumerator visits, data may be obtained from a building manager, a proxy, use of administrative records, or, if all else fails, be subject to count imputation.
  - Self-Response Quality Assurance (SRQA) will identify addresses to include in the NRFU workload.  Original plans were to include some addresses in the Early NRFU workload. With a two-week or a delay beyond two weeks, SRQA recollect cases will accumulate until the start of NRFU without significant detriment to the SRQA operation.

- **Nonresponse Followup:**
  - **Implement a two week delay to field data collection.**
  - **New operational Timing:  May 27, 2020 – August 14, 2020.**
  - Original Timing:  May 13, 2020 – July 31, 2020.
  - A significant concern is the ability to fingerprint and process the volume of staff needed for NRFU.  Some vendors are pushing to close fingerprint locations.
  - CDWG will support continued deployment of devices.

- **Mobile Questionnaire Assistance (MQA):**
  - **Revisit a further delay to the start of MQA in two weeks, including whether or not to implement a soft launch.**
  - **New operational timing:  April 13, 2020 – August 14, 2020.**
  - Original Timing:  March 30, 2020 – July 31, 2020.
  - Operational start has already been delayed from March 30, 2020 to April 13, 2020.
  - Many questions remain regarding the value of MQA.  It is unknown whether gatherings of people will occur given pandemic concerns.

Pre-decisional – Internal Use Only

- **Post Enumeration Survey Field Data Collection and Matching Operations**
  - o **Initial Housing Unit Before Followup Clerical Matching:**
    - Original timing:  April 15, 2020 – May 15, 2020.
    - **Descoped.**
    - Initial Housing Unit Followup workload could increase about 25-percent.
    - Before Followup clerical activities were already at risk by abbreviated training and a smaller workforce than desired.  The COVID-19 pandemic has further shortened the time for training of the analysts and technicians because the clerical matching staff is not telework ready and large gatherings of people could foster the spread of the coronavirus.
  - o **Initial Housing Unit Followup :**
    - **Implement a two week delay to field data collection.**
    - **New Operational Timing:  May 20, 2020 – June 26, 2020**
    - Original Timing:  May 6, 2020 – June 12, 2020
  - o **Initial Housing Unit After Followup Clerical Matching:**
    - **New Operational Timing:  May 6, 2020 – July 24, 2020.**
    - Original Timing:  June 1, 2020 – July 24, 2020
    - Start training early utilizing trained HQ staff and any NPC staff already trained.
  - o **Person Interview:**
    - **Implement at two week delay in field data collection; no extension of end date.**
    - **New Operational Timing: July 1, 2020 – September 11, 2020.**
    - Original Timing:  June 17, 2020 – September 11, 2020.
  - o **Person Followup:**
    - Original Timing:  February 3, 2021 – March 19, 2021 (no change, continue assessing)
  - o **Final Housing Unit Followup:**
    - Original Timing:  May 19, 2021 – June 11, 2021 (no change, continue assessing

**Facilities and Leasing:**

- **Area Census Offices:**  Current lease terms permit us to occupy ACO space until December 31, 2020.  Extensions beyond December 31, 2020 will require work with GSA.  GSA, in turn, will need to discuss with each ACO Lessor to request/negotiate an extension.
  - o Considerations:                    DP                          We are seeking a recommendation                    DP
- **Regional Census Centers:**  Current lease terms permit us to occupy the leased space until December 31, 2021 - at a minimum (with the exception of the PRAO) The following is the list of RCC lease end dates:
  - o **ATLANTA:**  49 months, commencing 2/12/2018 (ends 3/11/2022)
  - o **CHICAGO:**  49 months, commencing 12/1/2017 (ends 12/30/2021)
  - o **DALLAS:**  49 months, commencing 1/5/2018 (ends 2/4/2022)
  - o **LOS ANGELES:** 49 months, commencing 3/1/2018 (ends 3/31/2022)
  - o **NEW YORK:** 49 months, commencing 3/26/2018 (ends 4/25/2022)
  - o **PHILADELPHIA:** 49 months, commencing 3/6/2018 (ends 4/5/2022)

Pre-decisional – Internal Use Only

[ PAGE  \* MERGEFORMAT ]

- ○ **PRAO:** 25 months, commencing 5/16/2019 (ends 6/15/2021)

**COVID-19 Pay for DAPPS Field Employees:**
This includes:

- Area Census Office staff including OOSs and Clerks.
- Field workers including CFSs, RAs, and Enumerators.

This staff does not earn leave.  In the event staff are directed to stop work activities as a result of COVID-19, employees may be able to receive pay in lieu of work.  There may be further guidance on implementing COVID-19 pay in situations involving quarantine or medically-directed isolation.  If a decision is made to pay staff, the rate of pay is based on their hourly rate in DAPPS.   We will use the following assumptions:

- Enumerators – 19 hours/week or 4 hours/day.
- Census Field Supervisors– 19 hours/week or 4 hours/day.
- Clerks – 40 hours/week or 8 hours/day.
- Office Operations Supervisors – 40 hours/week or 8 hours/day.
- Recruiting Assistants – will not receive COVID-19 pay.

We will only pay the regular hourly rate.  We will not pay overtime hours – meaning the claim cannot exceed 40 hours per week, nor will we pay other premium pay - Night Differential or Sunday Premium. We also will not pay miscellaneous expenses – such as mileage, per diem, doctor's bills, insurance co-pays or other expenses.

Two sets of task codes will be implemented specific to COVID-related pay: 1.) individuals directly impacted by COVID-19 (positive test, symptoms, instructions to quarantine) of up to two weeks; 2.) "normal" pay for onboard staff (subject to restrictions you have listed below) that are instructed not to work their normal tour of duty due to work stoppage and/or workplace closure (and no ability to telework).

**Capacity to Expand Field Data Collection Staff:**
- Field can add additional staff to compensate for time lost in enumeration operations.
- We have a robust pool of applicants and in most areas, we have sufficient staff identified to over hire for the enumerator and CFS positions.
- There are two key limitations:
    - First, there are a fixed number of devices.  There is a total of 433,762 iPhones planned for the NRFU operation.  416,243 of the 433,762 iPhones are for NRFU CFMs, CFSs, and enumerators.  17,519 of the 433,762 devices are allotted for break-fix and lost/missing/stolen devices.
    - Second, the hiring process requires 60 days for an applicant to complete the full process.  We have been successful in shortening this process in some instances.
- The Department of Commerce has submitted a request to allow the Census Bureau to implement a direct-hire authority to dramatically shrink the 60-day timeframe – essentially allowing us to hire people on the spot.

- Depending on the distribution of additional work, we would need to add management and support infrastructure.  If areas are saturated with work, we can move these support activities to an adjacent ACO.
- Push staffing authorization out to the maximum number of devices available.
- Pursue avenues to secure up to an additional 75,000 devices.

**Additional Concerns and Unresolved Items:**

**DP**

**DP**

**DP**

Options, such as
**DP**
**DP**
should be discussed.

Pre-decisional – Internal Use Only

| From: | Maryann M Chapin (CENSUS/ADDC FED) |
|---|---|
| To: | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-Kumar Atri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/ADDC FED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert (CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti (CENSUS/ADDC FED); Suzanne Fratino (CENSUS/DCMD FED); James B Treat (CENSUS/DEPDIR FED); Patrick J Cantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED); Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant (CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin J Zajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED); Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine (CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED); Mark Emory Markovic (CENSUS/DCEO FED); Timothy P Olson (CENSUS/ADFO FED) |
| Cc: | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLD FED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II (CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen (CENSUS/FLD FED); Tamara S Adams (CENSUS/ADDC FED); Deborah A Fenstermaker (CENSUS/DSSD FED); James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); Megan Catherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor (CENSUS/ADDC FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED); Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/DCEO FED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED) |
| Subject: | Temporary Suspension of Work Document (3/25/20 4:00 pm) |
| Date: | Wednesday, March 25, 2020 4:03:10 PM |
| Attachments: | 2020 Census - Impacts of COVID19 03252020 400pm.docx |

Good Afternoon,

Attached is a 4:00 pm update to the Temporary Suspension of Work Document.

Significant changes since the noon update:

- The Nashville CQA Contact Center has re-opened.

Thanks,


**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: [ PII ]

census.gov  |  @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

March 25, 2020 4:00 pm

## 2020 Census:  Roadmap on the Impact and Implications of a Temporary Suspension of Field Data Collection Operations and Other Activities
## The Impact of COVID-19

As the impact of the COVID-19 pandemic continues and further federal, state, and local government guidance is issued pertaining to steps to contain the spread of the virus, the Department of Commerce and the Census Bureau are implementing adjustments to the 2020 Census.  This document outlines decisions and outstanding questions associated with operational impacts of a temporary stoppage of 2020 Census field data collection and other associated activities.   Effective immediately, the Census Bureau will take steps toward implementation of a two-week work stoppage.  As we progress through the two week time period, we will closely monitor the status of the COVID-19 pandemic and reach a determination if an additional two-week delay is necessary.

Protecting the population and protecting our staff, as well as ensuring a high quality census, have driven the actions as outlined below.  The two week time frame will be used to investigate and prepare for operational changes such as conducting remote training that would reduce the need for large concentrations of people in a confined area.

**Facilities/Infrastructure:**

**Summary of Status in Regional Census Centers, Area Census Offices, CQA Contact Centers, NPC, and PDCCs** – Additional details follow the table.

| Impacted Facility | Status |
|---|---|
| **Regional Census Centers** | |
| New York | Operating with skeleton staff. |
| Philadelphia | Operating with skeleton staff. |
| Atlanta | Operating with skeleton staff. |
| Chicago | As of March 24, 2020:  RCC closed |
| Dallas | Operating with skeleton staff. |
| Los Angeles | Operating with skeleton staff. |
| Puerto Rico Area Office | Closed |
| | |
| **Area Census Offices:** | |
| Guaynabo, PR | Closed |
| Caguas, PR | Closed |
| Mayaguez, PR | Closed |
| Colorado Springs, CO | Closed |
| Harris Co., NE, TX | Closed |
| Harris Co., NW, TX | Closed |
| Seattle, WA | Closed |
| Lincoln, NE | Closed until March 30, 2020. |

Pre-decisional – Internal Use Only

| Impacted Facility | Status |
|---|---|
| Milwaukee, WI | Closed |
| | |
| **Island Areas** | |
| US Virgin Islands – St. Thomas | Closed – as of March 24, 2020; Expected re-opening April 6, 2020.  Enumeration paused on March 18, 2020; listing paused on March 22, 2020. |
| US Virgin Islands – St. Croix | Closed – as of March 24, 2020; Expected re-opening April 6, 2020. Enumeration paused on March 18, 2020; listing paused on March 22, 2020. |
| Guam | As of March 15, 2020 Census office closed until April 13, 2020. |
| American Samoa | As of March 23, 2020, Census office closed until April 6, 2020 (subject to further assessment.) |
| Commonwealth of the Northern Marianas | As of March 16, 2020, Census office closed until March 30, 2020 (extension pending). |
| | |
| **CQA Contact Centers:** | |
| Jacksonville, FL | Staffing levels are reduced to enforce social distancing. |
| Pueblo, CO | Staffing levels are reduced to enforce social distancing. |
| Irving, TX | Staffing levels are reduced to enforce social distancing. |
| Blythewood, SC | Staffing levels are reduced to enforce social distancing. |
| Tempe, AZ | Staffing levels are reduced to enforce social distancing. |
| Tamarac, FL | Staffing levels are reduced to enforce social distancing. |
| Nashville, TN | Center re-opened. Staffing levels are reduced to enforce social distancing. |
| Kansas City, MO | Staffing levels are reduced to enforce social distancing. |
| El Paso, TX | Staffing levels are reduced to enforce social distancing. |
| New York, NY | March 20, 2020:  Closed for two weeks. Non-English Non-Spanish (NENS) support will be offered at four of the other locations. |
| | |
| **National Processing Center** | Limited operations until April 1, 2020. |
| **Paper Data Capture Center – East** | Limited operations until April 1, 2020. |
| **Paper Data Capture Center - West** | Limited operations until April 1, 2020. |
| **Tucson Call Center** | Limited operations until April 1, 2020. |

Pre-decisional – Internal Use Only

**Regional Census Center (RCC) and Area Census Office (ACO):**

**RCCs** – remain open – (exceptions, if applicable, are noted in the table above.)
- Max telework for eligible staff.
- Staff may use leave if not at work.
- Work at Home (WAH) staff (Regional Techs, Partnership) continue to work remotely.
- Travel severely limited.

**ACOs** – remain open – (exceptions, if applicable, are noted in the table above.)
- Managers report and incorporate social distancing.
- Census Field Managers (CFMs) (and others as available) telework.
- Office Operations Supervisors (OOSs) and clerks do not report (will receive pay – working on details).
- Recruiting Assistants continue to work remotely.
- Census Field Supervisors (CFSs) and enumerators that have begun training will receive pay during a stoppage. Those that are pre-training will not.

**National Processing Center:**
- **All National Processing Center facilities in Indiana and Arizona transitioned to limited operations until 4/1/20.**
- Management staff at the Paper Data Capture Centers (East and West) facilities will receive mail deliveries and take the necessary steps to get mail receipts through the sorting process.
- Onboard staff will be paid (administrative-type leave) during the work suspension period.

**Census Questionnaire Assistance (CQA) Contact Centers:**
- As of March 23, 2020, the Nashville CQA Contact Center has temporarily closed.  The contact center will be closed for several days for cleaning and sanitization.
- The balance of the contact centers are operating while experiencing higher than anticipated absentee rates.
- All contact centers are implementing social distancing protocols, and as a result are operating at 50%.
- As of March 20, 2020, the Non-English Non-Spanish (NENS) Contact Center location in New York City is closed for two weeks.  While the New York City contact center is closed, limited NENS support will be offered at four of the other locations.
- The Kansas City, Missouri CQA Contact Center has re-opened.  The contact center had closed on March 18, 2020 due to a confirmation of COVID-19 exposure. The contact center re-opened on Sunday, March 22 with limit support and remaining support resumed operation on Monday, March 23, 2020.  The facility was cleaned and sanitized as of March 20.

Pre-decisional – Internal Use Only

**Self-Response:** March 12, 2020 – July 31, 2020
- **Online response to the 2020 Census will continue, as planned.**
- **All mailings will continue, as scheduled.**
- **Telephone response, via Census Questionnaire Assistance (CQA) Centers, will continue, as planned (with exceptions as noted above).**
- **Data capture of 2020 Census paper responses will resume when the paper data capture centers re-open.**
- **Self-Response will be extended to August 14, 2020 to coincide with the end of field data collection.**

**Field Data Collection Currently Underway:**

- **Remote Alaska:**  January 21, 2020 – April 30, 2020
  - **As on March 20, the 17 teams working in the Alaska Native Villages will wrap up current work.  Enumeration in the Remote Alaska Villages will be suspended for two weeks.**
  - **New operational end date:  May 14, 2020.**
  - As of March 20, 2020, data collection was over 67% complete.
  - Only one Region and one ACO are impacted.
  - Decisions regarding Remote Alaska enumerations will be at the discretion of the Los Angeles Regional Census Center.
  - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Enumerate:**  March 16, 2020 – April 30, 2020
  - **A two-week work stoppage implemented on March 18.**
  - **New operational end date:  May 14, 2020.**
  - Work is concentrated in some areas of Alaska and remote areas of Maine.  All tribes previously in the Update Enumerate workload have change to self-response enumeration.
  - Five ACOs contain Update Enumerate workload.
  - Unlike other operations where non-responding addresses are incorporated into the Nonresponse Followup, the Update Enumerate workload must be completed through the planned in-person enumeration.
  - Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Update Leave:**  March 15, 2020 – April 17, 2020
  - **A two-week work stoppage has been implemented in Puerto Rico, effective March 16, 2020.**
  - **A two-week work stoppage implemented stateside on March 18.**
  - **New operational end date:  May 1, 2020.**
  - The Update Leave workload is in 169 of the 248 Area Census Offices.

Pre-decisional – Internal Use Only

- As of March 20, 2020, approximately 16% of the workload (blocks) is complete.
- Work completed to date has not involved knocking on doors.  Questionnaire packages have been dropped off with updating of addresses by observation.
- In advance of a resumption of work, we must revisit whether or not to knock on doors.
- This work stoppage results in UL addresses (those not already visited) not receiving their invitation to respond.
- Messaging associated with the work stoppage could include information about the delay in people receiving their invitation to respond/questionnaire and direct them to Non-ID response online or via Census Questionnaire Assistance.
- As planned, nonresponding address in the Update Leave workload will be incorporated in the Nonresponse Followup workload.
- Current CFSs and enumerators will receive pay consistent with their prior week of work, as determined by field management.

- **Transitory Location Advance Contact:**  February 24, 2020 – March 21, 2020
  - **The operation concluded on March 18, 2020.**
  - ACO Staff will complete as much work as possible on March 17 and March 18.  Any Transitory Locations that have not been contacted will be included in the workload for the Enumeration of Transitory Locations.

- **Island Area Enumeration:**  March 1, 2020 – May 31, 2020
  - New operational end date: June 14, 2020.
  - **As of March 15, 2020, the Guam Census Office is closed until April 13, 2020.**
    - Military enumeration in Guam was completed.
    - All non-essential businesses closed.  Schools are closed until further notice.
  - **As of March 16, 2020, the Commonwealth of the Northern Marianas Census office is closed until March 30, 2020 with an extension pending.**
    - Restricted hours for non-essential businesses (6:00am – 1:00pm).  Schools closes for the remainder of the school year.
  - **As of March 24, 2020, the U.S. Virgin Islands (USVI) Census Offices are closed** (St. Thomas and St. Croix) **until April 6, 2020.**
    - Enumeration was paused on March 18, 2020.
    - Listing was paused on March 22, 2020.
    - USVI is using the List/Enumerate methodology.
    - Non-essential businesses closed.  Schools closed until April 6, 2020 (subject to further assessment).
    - Shelter in place (stay at home order) in effect March 24, 2020 – April 6, 2020.
  - **As of March 23, 2020, the American Samoa Census office is closed until April 6, 2020 and is subject to further assessment.**
    - All businesses must close by 6:00pm.  Schools are closed until further notice.

- **Post Enumeration Survey  - Independent Listing:**  January 16, 2020 – March 20, 2020
  - Field data collection completed, as scheduled.

Pre-decisional – Internal Use Only

**Field Data Collection Operations Not Yet in the Field:**

- **Group Quarters Enumeration (GQE):**
  - o **Implement a two week delay to field data collection.**
  - o **New operational timing:  April 16, 2020 - June 19, 2020.**
  - o Original Timing:  April 2, 2020 – June 5, 2020.
  - o Implement an immediate pause in the Census Field Supervisor (CFS) Assistant training that began March 17, 2020.
  - o Those staff that began training will continue to receive pay consistent with their prior week (or revert to LCCE assumption per week if not applicable).
  - o Delay the start of enumerator training.
  - o ACO Staff will notify GQE staff and identify/secure new training locations.  A conversation is needed with the RCCs to discuss the specific tasks that the skeleton staff in the ACOs will complete. They may or may not work on identifying and securing new training locations.
  - o **E-Response:**  In the current state, NPC is unable to mail e-Response letters that contain the userID and link to the e-Response portal to facility contacts who chose e-Response as their enumeration method.  We will, instead, send the instructions via email.  However, 17,000 contacts did not provide an email address during Advance Contact.  Therefore, DCMD staff and RCC staff are making calls to these facilities to obtain an email address.  The ATAC system will be used as it allows for a more efficient way to avoid staff making duplicate calls to a facility.  An email test was performed with HQ staff on Monday, and staff are being trained on ATAC usage on March 23 and March 24.  Email messages will be sent to facility contacts on Monday, March 30.  The e-Response portal will open on March 30, as planned.  We expect to begin receiving uploads early next week.

- **Service Based Enumeration (SBE)/Targeted Non-Sheltered Outdoor Locations (TNSOLs):**
  - o **Implement a one-month delay in field data collection.**
  - o **New operational timing:  April 29, 2020 -- May 1, 2020.**
  - o Original Timing:  March 30, 2020 – April 1, 2020.
  - o The SBE/TNSOL operation is unlike other field data collection operations.  It involves sending groups of enumerators to shelters and areas with concentrations of persons experiencing homelessness.
  - o DP DP The reference data printed on the ICQ is April 1, 2020. DP DP ACP/DP law. *(need to verify)*
  - o DP

- **Enumeration at Transitory Locations (ETL):**
  - **Implement a two week delay to field data collection.**
  - **New operational timing:  April 23, 2020 – May 18, 2020.**
  - Original Timing: April 9, 2020 – May 4, 2020.
  - CFS training scheduled to begin on March 23, 2020 will be moved to April 6, 2020.
  - ACO staff will notify ETL staff and identify/secure new training locations.

- **Early Nonresponse Followup (NRFU):**
  - **Implement an additional two week delay to field data collection.**
  - **New operational timing:  May 7, 2020 – August 14, 2020.**
  - **Original Timing:  April 9, 2020 – July 31, 2020.**
  - Operational start has already been delayed by two weeks from April 9, 2020 to April 23, 2020 as a result of colleges and universities extending spring breaks, moving to online classes, or decisions to suspend the balance of the spring semester.
  -  Any CFS that had started training will be maintained on payroll and receive pay consistent with their prior week (or revert to LCCE assumption per week if not applicable).
  - Some college/university students will remain in their off-campus college housing.
  - If college students living off-campus do not self-respond and are no longer in their off-campus housing at the time a NRFU enumerator visits, data may be obtained from a building manager, a proxy, use of administrative records, or, if all else fails, be subject to count imputation.
  - Self-Response Quality Assurance (SRQA) will identify addresses to include in the NRFU workload.  Original plans were to include some addresses in the Early NRFU workload. With a two-week or a delay beyond two weeks, SRQA recollect cases will accumulate until the start of NRFU without significant detriment to the SRQA operation.

- **Nonresponse Followup:**
  - **Implement a two week delay to field data collection.**
  - **New operational Timing:  May 27, 2020 – August 14, 2020.**
  - Original Timing:  May 13, 2020 – July 31, 2020.
  - A significant concern is the ability to fingerprint and process the volume of staff needed for NRFU.  Some vendors are pushing to close fingerprint locations.
  - CDWG will support continued deployment of devices.

- **Mobile Questionnaire Assistance (MQA):**
  - **Revisit a further delay to the start of MQA in two weeks, including whether or not to implement a soft launch.**
  - **New operational timing:  April 13, 2020 – August 14, 2020.**
  - Original Timing:  March 30, 2020 – July 31, 2020.
  - Operational start has already been delayed from March 30, 2020 to April 13, 2020.
  - Many questions remain regarding the value of MQA.  It is unknown whether gatherings of people will occur given pandemic concerns.

Pre-decisional – Internal Use Only

[ PAGE  \* MERGEFORMAT ]

- **Post Enumeration Survey Field Data Collection and Matching Operations**
  - **Initial Housing Unit Before Followup Clerical Matching:**
    - Original timing:  April 15, 2020 – May 15, 2020.
    - **Descoped.**
    - Initial Housing Unit Followup workload could increase about 25-percent.
    - Before Followup clerical activities were already at risk by abbreviated training and a smaller workforce than desired.  The COVID-19 pandemic has further shortened the time for training of the analysts and technicians because the clerical matching staff is not telework ready and large gatherings of people could foster the spread of the coronavirus.
  - **Initial Housing Unit Followup :**
    - **Implement a two week delay to field data collection.**
    - **New Operational Timing:  May 20, 2020 – June 26, 2020**
    - Original Timing:  May 6, 2020 – June 12, 2020
  - **Initial Housing Unit After Followup Clerical Matching:**
    - **New Operational Timing:  May 6, 2020 – July 24, 2020.**
    - Original Timing:  June 1, 2020 – July 24, 2020
    - Start training early utilizing trained HQ staff and any NPC staff already trained.
  - **Person Interview:**
    - **Implement at two week delay in field data collection; no extension of end date.**
    - **New Operational Timing: July 1, 2020 – September 11, 2020.**
    - Original Timing:  June 17, 2020 – September 11, 2020.
  - **Person Followup:**
    - Original Timing:  February 3, 2021 – March 19, 2021 (no change, continue assessing)
  - **Final Housing Unit Followup:**
    - Original Timing:  May 19, 2021 – June 11, 2021 (no change, continue assessing


**Facilities and Leasing:**

- **Area Census Offices:**  Current lease terms permit us to occupy ACO space until December 31, 2020.  Extensions beyond December 31, 2020 will require work with GSA.  GSA, in turn, will need to discuss with each ACO Lessor to request/negotiate an extension.
  - Considerations:                          **DP**                          We are seeking a recommendation:                          **DP**
- **Regional Census Centers:**  Current lease terms permit us to occupy the leased space until December 31, 2021 - at a minimum (with the exception of the PRAO) The following is the list of RCC lease end dates:
  - **ATLANTA:**  49 months, commencing 2/12/2018 (ends 3/11/2022)
  - **CHICAGO:**  49 months, commencing 12/1/2017 (ends 12/30/2021)
  - **DALLAS:**  49 months, commencing 1/5/2018 (ends 2/4/2022)
  - **LOS ANGELES:**  49 months, commencing 3/1/2018 (ends 3/31/2022)
  - **NEW YORK:**  49 months, commencing 3/26/2018 (ends 4/25/2022)
  - **PHILADELPHIA:**  49 months, commencing 3/6/2018 (ends 4/5/2022)

Pre-decisional – Internal Use Only

[ PAGE  \* MERGEFORMAT ]

      o    **PRAO:** 25 months, commencing 5/16/2019 (ends 6/15/2021)

Pre-decisional – Internal Use Only

**COVID-19 Pay for DAPPS Field Employees:**
This includes:

- Area Census Office staff including OOSs and Clerks.
- Field workers including CFSs, RAs, and Enumerators.

This staff does not earn leave.  In the event staff are directed to stop work activities as a result of COVID-19, employees may be able to receive pay in lieu of work.  There may be further guidance on implementing COVID-19 pay in situations involving quarantine or medically-directed isolation.  If a decision is made to pay staff, the rate of pay is based on their hourly rate in DAPPS.   We will use the following assumptions:

- Enumerators – 19 hours/week or 4 hours/day.
- Census Field Supervisors– 19 hours/week or 4 hours/day.
- Clerks – 40 hours/week or 8 hours/day.
- Office Operations Supervisors – 40 hours/week or 8 hours/day.
- Recruiting Assistants – will not receive COVID-19 pay.

We will only pay the regular hourly rate.  We will not pay overtime hours – meaning the claim cannot exceed 40 hours per week, nor will we pay other premium pay - Night Differential or Sunday Premium.  We also will not pay miscellaneous expenses – such as mileage, per diem, doctor's bills, insurance co-pays or other expenses.

Two sets of task codes will be implemented specific to COVID-related pay: 1.) individuals directly impacted by COVID-19 (positive test, symptoms, instructions to quarantine) of up to two weeks; 2.) "normal" pay for onboard staff (subject to restrictions you have listed below) that are instructed not to work their normal tour of duty due to work stoppage and/or workplace closure (and no ability to telework).

**Capacity to Expand Field Data Collection Staff:**
- Field can add additional staff to compensate for time lost in enumeration operations.
- We have a robust pool of applicants and in most areas, we have sufficient staff identified to over hire for the enumerator and CFS positions.
- There are two key limitations:
  - First, there are a fixed number of devices.  There is a total of 433,762 iPhones planned for the NRFU operation.  416,243 of the 433,762 iPhones are for NRFU CFMs, CFSs, and enumerators.  17,519 of the 433,762 devices are allotted for break-fix and lost/missing/stolen devices.
  - Second, the hiring process requires 60 days for an applicant to complete the full process.  We have been successful in shortening this process in some instances.
- The Department of Commerce has submitted a request to allow the Census Bureau to implement a direct-hire authority to dramatically shrink the 60-day timeframe – essentially allowing us to hire people on the spot.

Pre-decisional – Internal Use Only

- Depending on the distribution of additional work, we would need to add management and support infrastructure.  If areas are saturated with work, we can move these support activities to an adjacent ACO.
- Push staffing authorization out to the maximum number of devices available.
- Pursue avenues to secure up to an additional 75,000 devices.

**Additional Concerns and Unresolved Items:**

**DP**



**DP**          Options, such as          **DP**
          **DP**          should be discussed.

Pre-decisional – Internal Use Only

| | |
|---|---|
| **From:** | B Nathaniel Miller (CENSUS/DCMD FED) |
| **To:** | 2020 Census Crisis Management Team List |
| **Subject:** | COVID-19 Updated Roadmap 03252020 830am |
| **Date:** | Wednesday, March 25, 2020 9:33:54 AM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03252020 830am.pdf |

Updated 2020 Census Roadmap attached (03252020 830am)

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: ⌐ PII ¬ 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

| | |
|---|---|
| **From:** | B Nathaniel Miller (CENSUS/DCMD FED) |
| **To:** | 2020 Census Crisis Management Team List |
| **Cc:** | Paul Krutsch (CENSUS/DCMD FED) |
| **Subject:** | COVID-19 Updated Roadmap - 03252020 1200pm |
| **Date:** | Wednesday, March 25, 2020 12:31:47 PM |
| **Attachments:** | 2020 Census - Impacts of COVID19 03252020 1200pm.pdf |

Updated 2020 Census Roadmap attached (03252020 1200pm)

Significant changes since the 8:30 am update:

- The Pittsburgh ACO was removed from the list of closed ACOs.
- The Milwaukee ACO was added to the list of closed ACOs
- Information about modifications to the GQ E-response process was added.

_____

**Nathaniel Miller**, PMP
Decennial Program Management Office
2020 Census Crisis Management Support Team Coordinator
U.S. Census Bureau
O: 301-763-9058 | M: [ PII ] | 2H470F
2020.census.crisis.management.support.team@census.gov
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

| From: | Maryann M Chapin (CENSUS/ADDC FED) |
|---|---|
| To: | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-Kumar Atri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/DCMD FED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert (CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti (CENSUS/ADDC FED); Suzanne Fratino (CENSUS/ADFO FED); James B Treat (CENSUS/DEPDIR FED); Patrick J Cantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED); Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant (CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin J Zajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED); Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine (CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED); Mark Emory Markovic (CENSUS/LTSO FED); Timothy P Olson (CENSUS/ADFO FED); Victoria Velkoff (CENSUS/ADDP FED) |
| Cc: | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLD FED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II (CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen (CENSUS/EAD FED); Tamara S Adams (CENSUS/ADRM FED); Deborah A Fenstermaker (CENSUS/DSSD FED); James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/DSSD FED); Megan Catherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor (CENSUS/ADDC FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED); Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/CIO FED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED) |
| Subject: | COVID-19 Updated Roadmap (3/26/20 12:00 pm) |
| Date: | Thursday, March 26, 2020 12:01:45 PM |
| Attachments: | COVID-19 Updated Roadmap 03262020 1200 pm.docx |

Hello,

Attached is a March 26, 2020 12:00 noon update to the COVID-19 2020 Census Roadmap.



Thank you,


**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: PII

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

| | |
|---|---|
| **From:** | Maryann M Chapin (CENSUS/ADDC FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-Kumar Atri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/DCMD FED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert (CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti (CENSUS/ADDC FED); Suzanne Fratino (CENSUS/ADFO FED); James B Treat (CENSUS/DEPDIR FED); Patrick J Cantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED); Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant (CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin J Zajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED); Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine (CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED); Mark Emory Markovic (CENSUS/LTSO FED); Timothy P Olson (CENSUS/ADFO FED); Victoria Velkoff (CENSUS/ADDP FED) |
| **Cc:** | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLD FED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II (CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen (CENSUS/EAD FED); Tamara S Adams (CENSUS/ADRM FED); Deborah A Fenstermaker (CENSUS/DSSD FED); James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); Megan Catherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor (CENSUS/FLD FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED); Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/CIO FED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED) |
| **Subject:** | COVID-19 Updated Roadmap (3/26/20 12:15 pm) |
| **Date:** | Thursday, March 26, 2020 12:17:46 PM |
| **Attachments:** | COVID-19 Updated Roadmap 03262020 1215 pm (1).docx |

Hello,

Attached is a March 26 12:15 pm update to the COVID-19 Roadmap document.

Significant update:

- Chicago RCC is open.

Thanks,


**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M[ PII ]

census.gov | @uscensusbureau

**Shape your future. START HERE > 2020census.gov**

| | |
|---|---|
| **From:** | Maryann M Chapin (CENSUS/ADDC FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-Kumar Atri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/DCMD FED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert (CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti (CENSUS/ADDC FED); Suzanne Fratino (CENSUS/ADFO FED); James B Treat (CENSUS/DEPDIR FED); Patrick J Cantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED); Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant (CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin J Zajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED); Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine (CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED); Mark Emory Markovic (CENSUS/LTSO FED); Timothy P Olson (CENSUS/ADFO FED); Victoria Velkoff (CENSUS/ADDP FED) |
| **Cc:** | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLD FED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II (CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen (CENSUS/EAD FED); Tamara S Adams (CENSUS/ADRM FED); Deborah A Fenstermaker (CENSUS/DSSD FED); James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); Megan Catherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor (CENSUS/FLD FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED); Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/CIO FED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED) |
| **Subject:** | COVID-19 Updated Roadmap (3/26/20 5:45 pm) |
| **Date:** | Thursday, March 26, 2020 5:58:14 PM |
| **Attachments:** | COVID-19 Updated Roadmap 03262020 545 pm (1).docx |

Good Evening,

Attached is a March 26 5:45pm update to the COVID-19 Roadmap.

Changes since the 12:15 pm version:

- Updated the Revised NRFU start date to May 28 (from May 27).
-  Modified the item about acquiring the 75,000 additional devices for NRFU to add information about additional iPads that are also being acquired.

Thanks,


**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M⌐ ⌐ **PII** ⌐

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

| From: | Maryann M Chapin (CENSUS/ADDC FED) |
|---|---|
| To: | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-Kumar Atri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/DCMD FED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert (CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti (CENSUS/ADDC FED); Suzanne Fratino (CENSUS/ADFO FED); James B Treat (CENSUS/DEPDIR FED); Patrick J Cantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED); Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant (CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/DCMD FED); Kevin J Zajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED); Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine (CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED); Mark Emory Markovic (CENSUS/LTSO FED); Timothy P Olson (CENSUS/ADFO FED); Victoria Velkoff (CENSUS/ADDP FED) |
| Cc: | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLD FED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II (CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen (CENSUS/EAD FED); Tamara S Adams (CENSUS/ADRM FED); Deborah A Fenstermaker (CENSUS/DSSD FED); James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); Megan Catherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor (CENSUS/ADDC FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED); Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/CIO FED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED) |
| Subject: | COVID-19 Updated Roadmap (3/27/20 12:00 pm) |
| Date: | Friday, March 27, 2020 12:00:38 PM |
| Attachments: | COVID-19 Updated Roadmap 03272020 1200pm (1).docx |

Hello,

Attached is a March 27, 2020 12:00 noon update to the COVID-19 Roadmap.

Significant changes since yesterday's 5:45pm update:

- The Detroit ACO is closed.
- The Oakland County ACO is closed.

Thank you,


**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: `PII`

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

| | |
|---|---|
| **From:** | Maryann M Chapin (CENSUS/ADDC FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme (CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-Kumar Atri Kalluri (CENSUS/CIO FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/DCMD FED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert (CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti (CENSUS/ADDC FED); Suzanne Fratino (CENSUS/ADFO FED); James B Treat (CENSUS/DEPDIR FED); Patrick J Cantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED); Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant (CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin J Zajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED); Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine (CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED); Mark Emory Markovic (CENSUS/LTSO FED); Timothy P Olson (CENSUS/ADFO FED); Victoria Velkoff (CENSUS/ADDP FED); Alessandro Rebaudengo (CENSUS/ADSD FED) |
| **Cc:** | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLD FED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II (CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen (CENSUS/EAD FED); Tamara S Adams (CENSUS/ADRM FED); Deborah A Fenstermaker (CENSUS/DSSD FED); James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); Megan Catherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor (CENSUS/ADDC FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED); Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/CIO FED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED) |
| **Subject:** | COVID-19 Updated Roadmap (3/27/20 2:00 pm) |
| **Date:** | Friday, March 27, 2020 2:01:58 PM |
| **Attachments:** | COVID-19 Updated Roadmap 03272020 200pm.docx |

Hello Everyone,

Attached is a March 27, 2020 2:00 pm update to the COVID-19 Roadmap.

Significant change since the 12:00 version:

- The New York CQA Contact Center has re-opened with a few volunteers providing Non-English, Non-Spanish support.

Thanks,


**Maryann M. Chapin**

Decennial Census Programs Directorate

U.S. Census Bureau

O: 301.763.3933 | M: PII

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

---

**From:** Maryann M Chapin (CENSUS/ADDC FED) <Maryann.M.Chapin@census.gov>
**Sent:** Friday, March 27, 2020 12:00 PM

**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Michael T Thieme (CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Luis J Cano (CENSUS/DCEO FED) <luis.j.cano@census.gov>; Phani-Kumar Atri Kalluri (CENSUS/ADDC FED) <Phani-Kumar.Atri.Kalluri@census.gov>; Barbara M LoPresti (CENSUS/CIO FED) <Barbara.M.LoPresti@census.gov>; Deborah Stempowski (CENSUS/DCMD FED) <Deborah.M.Stempowski@census.gov>; Christopher M Denno (CENSUS/ADDC FED) <christopher.m.denno@census.gov>; Donna M Daily (CENSUS/ACSO FED) <Donna.M.Daily@census.gov>; Jennifer W Reichert (CENSUS/DCMD FED) <Jennifer.W.Reichert@census.gov>; Deirdre Bishop (CENSUS/GEO FED) <Deirdre.Dalpiaz.Bishop@census.gov>; Ann M Tozzi (CENSUS/ADDC FED) <Ann.M.Tozzi@census.gov>; Darlene M Ursitti (CENSUS/ADFO FED) <Darlene.M.Ursitti@census.gov>; Suzanne Fratino (CENSUS/ADFO FED) <Suzanne.Fratino@census.gov>; James B Treat (CENSUS/DEPDIR FED) <James.B.Treat@census.gov>; Patrick J Cantwell (CENSUS/DSSD FED) <Patrick.J.Cantwell@census.gov>; Judy G Belton (CENSUS/DCMD FED) <Judy.G.Belton@census.gov>; Francis C McPhillips (CENSUS/DCMD FED) <Francis.C.McPhillips@census.gov>; Alexa K Jones-Puthoff (CENSUS/DCMD FED) <alexa.k.jones-puthoff@census.gov>; Sheila M Szanyi (CENSUS/DCEO FED) <sheila.m.szanyi@census.gov>; Jeffrey L Bryant (CENSUS/NPC FED) <jeffrey.l.bryant@census.gov>; DCMD ADCs List (CENSUS/ OTHER) <dcmd.adcs.list@census.gov>; Erika H Becker Medina (CENSUS/ADDC FED) <Erika.H.Becker.Medina@census.gov>; Kevin J Zajac (CENSUS/DCEO FED) <Kevin.J.Zajac@census.gov>; Karen Battle (CENSUS/POP FED) <karen.battle@census.gov>; David G Waddington (CENSUS/SEHSD FED) <David.G.Waddington@census.gov>; Christine Flanagan Borman (CENSUS/POP FED) <christine.flanagan.borman@census.gov>; Colleen Hughes Keating (CENSUS/POP FED) <colleen.hughes.keating@census.gov>; Jason Devine (CENSUS/POP FED) <Jason.E.Devine@census.gov>; Jonathan Scott Spader (CENSUS/SEHSD FED) <jonathan.s.spader@census.gov>; Stephanie Galvin (CENSUS/SEHSD FED) <stephanie.galvin@census.gov>; Mark Emory Markovic (CENSUS/LTSO FED) <mark.emory.markovic@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>
**Cc:** Thuy Trang Ta Nguyen (CENSUS/DSSD FED) <Thuy.Trang.Ta.Nguyen@census.gov>; John R Magruder (CENSUS/FLD FED) <John.R.Magruder@census.gov>; Amy L Fischer (CENSUS/FLD FED) <Amy.L.Fischer@census.gov>; Kimberly L Canada (CENSUS/FLD FED) <Kimberly.L.Canada@census.gov>; Sneha Thakor Desai (CENSUS/FLD FED) <Sneha.Thakor.Desai@census.gov>; John T Baker II (CENSUS/FLD FED) <John.T.Baker.II@census.gov>; Michael Bentley (CENSUS/DSSD FED) <Michael.Bentley@census.gov>; Vincent T Mule Jr (CENSUS/DSSD FED) <Vincent.T.Mule.Jr@census.gov>; Willette Allen (CENSUS/EAD FED) <Willette.Allen@census.gov>; Tamara S Adams (CENSUS/ADRM FED) <Tamara.S.Adams@census.gov>; Deborah A Fenstermaker (CENSUS/DSSD FED) <Deborah.A.Fenstermaker@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Karen C Field (CENSUS/FLD FED) <Karen.C.Field@census.gov>; Crystal L Miller (CENSUS/FLD FED) <Crystal.L.Miller@census.gov>; Megan Catherine Kindelan (CENSUS/FLD FED) <megan.c.kindelan@census.gov>; Jay M Occhiogrosso (CENSUS/FLD FED) <Jay.M.Occhiogrosso@census.gov>; Benjamin Taylor (CENSUS/ADDC FED)

<benjamin.k.taylor@census.gov>; FLD ADCs <fld.adcs@census.gov>; Timothy L Kennel
(CENSUS/DSSD FED) <Timothy.L.Kennel@census.gov>; Joan Marie Hill (CENSUS/DSSD FED)
<Joan.Marie.Hill@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; John W
Donnelly (CENSUS/FLD FED) <John.W.Donnelly@census.gov>; Justin L McLaughlin (CENSUS/CIO FED)
<Justin.L.McLaughlin@census.gov>; Shawn Paterson (CENSUS/FLD FED)
<Shawn.Paterson@census.gov>; Stacy Gimbel Vidal (CENSUS/PIO FED)
<Stacy.Gimbel.Vidal@census.gov>
**Subject:** COVID-19 Updated Roadmap (3/27/20 12:00 pm)

Hello,

Attached is a March 27, 2020 12:00 noon update to the COVID-19 Roadmap.

Significant changes since yesterday's 5:45pm update:

- The Detroit ACO is closed.
- The Oakland County ACO is closed.

Thank you,


**Maryann M. Chapin**
Decennial Census Programs Directorate
U.S. Census Bureau
O: 301.763.3933 | M: **PII**
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

| From: | Christopher J Stanley (CENSUS/OCIA FED) |
|---|---|
| To: | Steven Dillingham (CENSUS/DEPDIR FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Ron S Jarmin (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED); Steven K Smith (CENSUS/DEPDIR FED); Michael John Sprung (CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED); James T Christy (CENSUS/LA FED) |
| Subject: | Fw: CHC Letter to Dr. Dillingham for Updates During COVID-19 |
| Date: | Friday, April 03, 2020 6:25:19 PM |
| Attachments: | CHC Letter to Dr. Dillingham During COVID-19_4.3.2020.pdf |

FYI. We have a new letter from the Congressional Hispanic Caucus.

---

**From:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>
**Sent:** Friday, April 3, 2020 3:09 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Nicole Y Thomas-Hawkins (CENSUS/OCIA FED) <Nicole.Y.Thomas-Hawkins@census.gov>; Douglas E Haynes (CENSUS/OCIA CTR) <douglas.e.haynes@census.gov>; Mark G Dorsey (CENSUS/ADCOM FED) <mark.g.dorsey@census.gov>
**Subject:** Fw: CHC Letter to Dr. Dillingham for Updates During COVID-19

fyi and for tracking...

**Alan Lang**, Deputy Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-1950 direct  |  M | PII |
census.gov  |  @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Palencia, Stephanie <Stephanie.Palencia@mail.house.gov>
**Sent:** Friday, April 3, 2020 3:03 PM
**To:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>; Eduardo I Guity (CENSUS/PH FED) <eduardo.i.guity@census.gov>
**Cc:** Acosta, Alma <Alma.Acosta@mail.house.gov>; Rodriguez, Estefania <Estefania.Rodriguez@mail.house.gov>; Pino, Elena <Elena.Pino@mail.house.gov>; Alex Sarabia <sarabiatx@gmail.com>; Meza, Danny <Danny.Meza@mail.house.gov>; Schneider, Katherine <Katherine.Schneider@mail.house.gov>
**Subject:** CHC Letter to Dr. Dillingham for Updates During COVID-19

Good afternoon,

Please find the attached letter from the Congressional Hispanic Caucus requesting additional updates from the Census Bureau's plans in light of the COVID-19 pandemic.

Please confirm receipt of this letter.

Sincerely,

Stephanie Palencia
Policy and Special Projects Coordinator
Congressional Hispanic Caucus
Cell: PII



### CONGRESSIONAL HISPANIC CAUCUS
*Joaquin Castro | Chairman*
116TH CONGRESS

April 3, 2020

Dr. Steven Dillingham
Director
United States Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Dear Dr. Dillingham:

As Members of the Congressional Hispanic Caucus (CHC), we write to you today regarding the Census Bureau's plans to ensure a full and accurate count in the 2020 Census in light of the current COVID-19 pandemic. As this public health crisis continues to change the ways in which our country operates, we understand that the Census Bureau is currently evaluating changes to the 2020 Census operational plans, all while ensuring the safety of its workers and the public.

We know the Census Bureau has incorporated years of extensive research, testing, and data into its comprehensive decennial census operation, especially with the Bureau's transition to an online census. While we know the Bureau has emergency and disaster-related contingency plans for the decennial operation, we know that the unprecedented public health crisis requires a recalibration of the Bureau's major operations including Update Leave, Update Enumerate, Mobile Questionnaire Assistance, Group Quarters Enumeration, and Non-Response Follow Up. These are challenging times and we commend the Bureau for prioritizing the health and safety above all in its most recent decision to extend the suspension of in-field operations until at least April 15, 2020.

As members of the CHC, we know that our community has a history of being undercounted and that this public health crisis illuminates the very real peril that a lack of representation and sufficient funding for public health programs presents. According to early research coming from the City University of New York Mapping Service, nationwide self-response rates for the 2020 Census are lagging behind self-response rates for the same time period in the 2010 census.[1] We are concerned about what this means for response rates in Latino communities that were already considered hard-to-count. Over the last year, the CHC has met with yourself and with your senior leadership on a quarterly basis and worked in good faith to identify opportunities to work with the Bureau to ensure an accurate count in the 2020 Census.

As we move forward in these uncertain times, we urge the Bureau to continue operating with this partnership in mind and to keep an open line of communication with CHC offices. We understand the ongoing agility that the

---

[1] https://www.gc.cuny.edu/Page-Elements/Academics-Research-Centers-Initiatives/Centers-and-Institutes/Center-for-Urban-Research/CUR-research-initiatives/Census-2020-Response-Rate-Analysis-Week-1

1

COVID-19 pandemic requires of all census leaders to ensure our communities participate in the 2020 Census. In that spirit, we urge the Census Bureau to begin providing reoccurring updates with all relevant data and metrics to our offices of the Bureau's evolving plans to ensure our messaging and actions align with the Bureau's most pressing needs. We respectfully request telephonic briefings or online briefings for our staff to ensure everyone's health and safety.

In particular, we urge the Census Bureau to share updates with our offices on the following topics:

1. **Employee Safety.** We understand that the Census Bureau has to balance data quality and logistical concerns against the COVID-19 driven imperative to delay operations that require personal contact.
    a. Can you please share updates on the extent to which behind-the-scenes Census Bureau operations have continued? Please also share updates on the additional steps that the Bureau is taking to ensure employee safety.
    b. What is the current operational status of the two census data processing facilities in Jefferson, Indiana and in Tucson, Arizona? What steps is the Bureau taking to ensure employee safety?
    c. We have also heard that there have been COVID-19 cases reported at call centers, or that there is a concern that they will occur, and for that reason phone response capacity is reduced. In view of the paramount importance of self-response mechanisms like the call centers, what is the Bureau doing to get call centers back up to full speed as soon as possible while also meeting public health guidance?

2. **Hiring.** We understand that the hiring and onboarding processes are currently paused due to the level of in-person interaction that these processes require. We also understand that the Bureau has kept job applications open in case the Bureau needs to hire additional workers in the coming months.
    a. Can the Census Bureau share more information on where the hiring and onboarding processes stand as of today?
    b. What percentage of jobs that the Census Bureau originally planned to create have already been filled?
    c. What is the rate of attrition of people who were hired and trained, but have since resigned from their jobs due to health concerns in light of the COVID-19 pandemic?
    d. What are the steps that the Bureau is taking to ensure that these pauses are not affecting the long-term response intake process?
    e. Which additional jobs do you predict you may need to bring on as the Bureau responds to this crisis?

3. **Training.** We understand that the Bureau has paused in-person trainings and shifted to digital trainings. Can you provide an update on this shift to digital training?
    a. Which jobs exactly have shifted to digital trainings?
    b. Are all regions of the country experience equal shifts to digital trainings?
    c. How is the Bureau accounting for communities with low broadband and internet access like New Mexico as it shifts these trainings to digital platforms?
    d. Have all hires been notified and updated of these changes as of today?

4. **Operations in Hard-to-Count Communities:** What resources or efforts can the Bureau shift to places where self-response rates are the lowest and where the Bureau planned to seek out the most in-person contact (Update/Enumerate and Update/Leave census tracts), to best ensure consistency of effort to get out the count?
    a. Can the Bureau ensure that new hires are deployed in hard-to-count communities? If so, how?

2

b. What metrics is the Bureau using to identify tracts and communities where response rates are falling the farthest behind projections and where intensified efforts are and will be most urgently needed?

c. Can the Bureau share any updates on the Mobile Questionnaire Assistance centers? We know these were specifically planned to assist communities with a history of low response rates.

    i. Who is the Bureau consulting with to reach a final decision on mobile questionnaire assistance centers?

    ii. If these centers are suspended indefinitely, how will the Bureau deploy the funding appropriated by Congress specifically for these centers? Will the Bureau commit to consulting Members of Congress before reaching a final decision with regards to Mobile Questionnaire Assistance Centers?

d. Further, we understand that Puerto Rico was supposed to be a 100-percent Update Leave Operation because of previous natural disasters and a lack of clarity about which addresses were still occupied. Please share with our caucus how far along in the Update Leave Operation the Census Bureau got before pausing due to COVID-19 precautions? Please share all pertinent data on how COVID-19 is affecting the response rate in Puerto Rico, if at all, and what the Census Bureau's plans are to address this?

5. **Community Partners.** How is the Census Bureau effectively coordinating with its community partners across the country and in our congressional districts to ensure aligned messaging and outreach efforts?

    a. Is the Census Bureau holding regular updates for its community partners?

6. **Communications Plan.** We understand that the Bureau is in the middle of shifting its communications plan to align with new messaging that is mindful of COVID-19. Can the Bureau provide an update on when we can expect this new communications plan?

    a. What percentage of the Bureau's messaging plan will be in Spanish? And in which media markets? Will previous allocations change in response to the national emergency?

    b. Which trusted Spanish media outlets and networks is the Bureau working with to ensure that Hispanic and Latino communities receive this message?

    c. How is or isn't the Bureau incorporating stay-at-home orders across different states into its decision-making for its new communications plan?

    d. How is the Bureau making sure that individuals in historically hard to count communities that may be under a stay-at-home order and have low access to broadband are being communicated to on how to complete the 2020 Census?

    e. Will the Bureau work with local and state elected officials to obtain special permission, as needed, to conduct any enumeration efforts that are consistent with social distancing guidelines, but may go beyond the bounds of allowed activities under stay-at-home orders?

7. **Census Timeline.** Can you confirm whether the Bureau still anticipates delivering a count to the Office of the President by December 31, 2020?

    a. Can you confirm where the Bureau stands on extending the census data tabulation period?

    b. If the Bureau believes in keeping the current time frame for the data tabulation period, can the Bureau please share any experientially based projections of how data accuracy degrades in relation to time elapsed since Census Day on April 1, 2020.

8. **Census Bureau Funding.** Is the Bureau still adequately funded to deliver on its constitutional mandate given the challenges presented by COVID-19? We urge the Bureau to provide our offices with continuous updates on the amount of contingency funds spent or projected to be spent so we can adjust Fiscal Year 2021 appropriations in accordance.

DOC_0001471

a. To date, has the Bureau started using its contingency funds? If so, where are these contingency funds being allocated? What portion, if any, has gone directly to equipment to ensure the health and safety of Census Bureau employees?
b. As we continue to amplify the ability to self-respond, can or has the Bureau used contingency funding to set up a system that would allow operators to take calls over the internet from any remote locations in light of health concerns?

As the Census Bureau continues to evaluate next steps, we urge you to work with us and other Members of Congress to reach a well-informed and widely accepted decisions, specifically with regards to timeline changes and adjustments. We look forward to continuing working together to ensure an accurate and complete count of our communities in the 2020 Census.

We appreciate your time to review these questions and look forward to receiving your responses by April 10, 2020.

Sincerely,

| | | |
|---|---|---|
| Joaquin Castro | Ruben Gallego | Nanette Diaz Barragán |
| CHC Chair | CHC First Vice Chair | CHC Second Vice Chair |
| | | |
| Adriano Espaillat | Veronica Escobar | Darren Soto |
| CHC Whip | CHC Freshman Representative | Civil & Voting Rights Chair |
| | | |
| José E. Serrano | Jimmy Gomez | Juan Vargas |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Lucille Roybal-Allard | Tony Cárdenas | Gilbert R. Cisneros, Jr. |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Linda T. Sánchez | Alexandria Ocasio-Cortez | Filemon Vela |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Grace F. Napolitano | Henry Cuellar | Albio Sires |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Ben Ray Luján | Jesús G. "Chuy" García | Sylvia R. Garcia |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Nydia M. Velázquez | | |
| Member of Congress | | |

4

| From: | Cannon, Michael (Federal) |
|---|---|
| To: | James T Christy (CENSUS/LA FED); Ron S Jarmin (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Benjamin J Page (CENSUS/CFO FED); Steven Dillingham (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED); Steven K Smith (CENSUS/DEPDIR FED); Timothy P Olson (CENSUS/ADFO FED); Melissa L Creech (CENSUS/PCO FED); Luis J Cano (CENSUS/DCEO FED); Albert E Fontenot (CENSUS/ADDC FED) |
| Subject: | RE: Please Reivew-- Updated Materials for Shift/Extension for Consideration (Close Hold, Do Not Forward) |
| Date: | Monday, April 06, 2020 6:46:32 PM |
| Attachments: | April 2020 Schedule Draft v 10 w edits RJ_DMS_JC_MC Combined.docx |

CUI/PRIV/FED ONLY

My comment added.

Mike

Michael A. Cannon
Chief Counsel for Economic Affairs
Office of the General Counsel
U.S. Department of Commerce
Telephone: (202) 482-5395
Cell: ⌐ PII ⌐
Email: mcannon@doc.gov

Confidentiality Notice: This e-mail message is intended only for the named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately that you have received this message in error, and delete the message.

**From:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Sent:** Monday, April 6, 2020 6:24 PM
**To:** Jarmin, Ron S <ron.s.jarmin@census.gov>; Stempowski, Deborah M <deborah.m.stempowski@census.gov>; Ahmad, Ali M <ali.m.ahmad@census.gov>; Page, Benjamin J <benjamin.j.page@census.gov>; Dillingham, Steven <steven.dillingham@census.gov>; Lamas, Enrique <enrique.lamas@census.gov>; Jones, Christa D <christa.d.jones@census.gov>; Smith, Steven K <steven.k.smith@census.gov>; Olson, Timothy P <timothy.p.olson@census.gov>; Cannon, Michael (Federal) <MCannon@doc.gov>; Creech, Melissa L <melissa.l.creech@census.gov>; Cano, Luis J <luis.j.cano@census.gov>; Fontenot, Albert E <albert.e.fontenot@census.gov>
**Subject:** Re: Please Reivew-- Updated Materials for Shift/Extension for Consideration (Close Hold, Do Not Forward)

Combined to include my (brief) edits.

**James Christy**

**U.S. Census Bureau**

LA 818.267.1700  HQ 301.763.6228  Cell ⌐ PII ⌐

census.gov   Connect with us on Social Media

**Shape Your Future | Start Here**  2020census.gov

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, April 6, 2020 6:11 PM
**To:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Ali
Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Cannon, Michael (Federal) <MCannon@doc.gov>; Melissa L Creech (CENSUS/PCO FED)
<Melissa.L.Creech@census.gov>; Luis J Cano (CENSUS/DCEO FED) <luis.j.cano@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Subject:** Re: Please Reivew-- Updated Materials for Shift/Extension for Consideration (Close Hold, Do
Not Forward)

The attached edits and questions DO NOT incorporate those Deb just sent.  Can the next
person take a stab at combining?

---

**Ron S Jarmin, PhD.,** Deputy Director

U.S. Census Bureau

o: 301-763-1858  |  m: [PII]

census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>
**Sent:** Monday, April 6, 2020 5:58 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Steven K Smith (CENSUS/DEPDIR FED)

<steven.k.smith@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Cannon, Michael (Federal) <MCannon@doc.gov>; Melissa L Creech (CENSUS/PCO FED)
<Melissa.L.Creech@census.gov>; Luis J Cano (CENSUS/DCEO FED) <luis.j.cano@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Subject:** Re: Please Reivew-- Updated Materials for Shift/Extension for Consideration (Close Hold, Do
Not Forward)

Ali - I started with a few comments, take what you like, delete what you don't. No hard
feelings.

Will check back in later once others have time to look and I have time to think a little more.

**Deborah Stempowski, PMP**

Assistant Director for Decennial Programs, Operations and Schedule Management

U.S. Census Bureau

Office 301.763.1417

Cell [ **PII** ]

deborah.m.stempowski@census.gov

**Shape Your Future | Start Here**  2020census.gov

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Monday, April 6, 2020 5:14 PM
**To:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Steven K Smith
(CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Deborah Stempowski (CENSUS/ADDC FED)
<Deborah.M.Stempowski@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Cannon, Michael (Federal) <MCannon@doc.gov>; Melissa L Creech (CENSUS/PCO FED)
<Melissa.L.Creech@census.gov>; Luis J Cano (CENSUS/DCEO FED) <luis.j.cano@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Subject:** Re: Please Reivew-- Updated Materials for Shift/Extension for Consideration (Close Hold, Do
Not Forward)

Incorporating Ben's talking points. I left the new schedule in tracked changes. It is probably missing some concise descriptions but I want to get it out.

Mike Cannon- just one note as you correctly brought up during the call **DP**

**DP**

**DP**

**DP**

**Ali Ahmad**, Associate Director

Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: **PII**
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Sent:** Monday, April 6, 2020 4:47 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Deborah Stempowski (CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Re: Please Reivew-- Updated Materials for Shift/Extension for Consideration (Close Hold, Do Not Forward)

Updated with **DP**

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Monday, April 6, 2020 3:51 PM
**To:** Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Deborah Stempowski

(CENSUS/ADDC FED) <Deborah.M.Stempowski@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Please Reivew-- Updated Materials for Shift/Extension for Consideration (Close Hold, Do
Not Forward)


An overhaul of our statement, and a slight refresh of the schedule, `DP`
`DP`


**Ali Ahmad**, Associate Director

Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: `PII`
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

**From:**        Wilbur Ross
**To:**          Walsh, Michael (Federal)
**Subject:**     v 2 Operational Adjustment and Activities- Non-Public- Tentative Dates.docx
**Date:**        Wednesday, April 8, 2020 6:13:06 PM
**Attachments:** v 2 Operational Adjustment and Activities- Non-Public- Tentative Dates.docx
                 ATT00001.txt

# DP

| | |
|---|---|
| **From:** | Walsh, Michael (Federal) |
| **To:** | Wilbur Ross; 15618321553@efaxsend.com |
| **Cc:** | Kelley, Karen (Federal); Barranca, Steven (Federal) |
| **Subject:** | Draft Census document |
| **Date:** | Wednesday, April 8, 2020 3:36:18 PM |
| **Attachments:** | v 2 Operational Adjustment and Activities- Non-Public- Tentative Dates.docx |

PRIVILEGED/PREDECISIONAL/DELIBERATIVE

This is the document we propose sending to the folks on the call today.

| | |
|---|---|
| **From:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **To:** | Ron S Jarmin (CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Benjamin J Page (CENSUS/CFO FED) |
| **Cc:** | James T Christy (CENSUS/LA FED); Timothy P Olson (CENSUS/ADFO FED); Steven Dillingham (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED) |
| **Subject:** | Re: 4/15 Deadline |
| **Date:** | Friday, April 10, 2020 5:16:46 PM |
| **Attachments:** | Hill Talking Points Re June 1 v 2 clean.docx |

I think the attached is getting into good shape. Remember it's really just something to guide any conversation had on Monday- not to answer all questions. Those would be things we answer directly in what I'm sure will be many, many follow up conversations.

I believe there is more time to edit this and update and make it perfect. I'm going to spend some time engaging in one of my favorite secular traditions on this day- watching this: https://www.youtube.com/watch?v=qB98WQ4SgRk



(Or at least listening to the theme on repeat)

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [PII]
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 1:46 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>

**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

I think it makes for a good Q&A- someone might ask [ **DP** ] and doesn't hurt to have an answer. [ **DP** ]
[ **DP** ]

Consolidating now.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [ **PII** ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 1:39 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

[ **DP** ]

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: [ **PII** ]
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 1:32 PM

**To:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

> # DP



**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell   PII

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media



---

**From:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Sent:** Friday, April 10, 2020 1:29 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

A couple of suggestions and edits in the attached.

> # DP



**DP**

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 12:47 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

Will now work on incorporating those changes and some edits from the Director.


> On Apr 10, 2020, at 12:39 PM, Albert E Fontenot (CENSUS/ADDC FED)
> <Albert.E.Fontenot@census.gov> wrote:


In addition to my question on **DP**

**DP**

*A*

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell **PII**

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media

**From:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Sent:** Friday, April 10, 2020 12:06 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

A few minor comments in the attached. **DP**

**DP**

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell **PII**
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here**  2020census.gov

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 11:21 AM
**To:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

Or I could just send around **DP** for consideration. It will likely be

**DP**

**DP**



Not sure if this is what is needed for the high level conversations but it's a start.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [ **PII** ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Friday, April 10, 2020 11:03 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christa D Jones (CENSUS/DEPDIR
FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

Thanks Ron. [ **DP** ] should
we have a call to [ **DP** ]

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ **PII** ] (mobile)
301-763-2072

On Apr 10, 2020, at 10:36 AM, Albert E Fontenot (CENSUS/ADDC
FED) <Albert.E.Fontenot@census.gov> wrote:

OK -

𝒜𝓁

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell ⌐ **PII** ¬

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 10:35 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James T Christy
(CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** 4/15 Deadline

All,

Spoke to KDK ⌐ **DP** ¬

# DP

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: ⌐ **PII** ¬
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

| From: | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
|---|---|
| To: | Ron S Jarmin (CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Benjamin J Page (CENSUS/CFO FED) |
| Cc: | James T Christy (CENSUS/LA FED); Timothy P Olson (CENSUS/ADFO FED); Steven Dillingham (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED) |
| Subject: | Re: 4/15 Deadline |
| Date: | Friday, April 10, 2020 5:16:46 PM |
| Attachments: | Hill Talking Points Re June 1 v 2 clean.docx |

# DP

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: <span>PII</span>
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 1:46 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>

**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

# DP

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: **PII**
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 1:39 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

# DP

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858 | m: **PII**
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 1:32 PM

**To:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**



**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell: **PII**

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Sent:** Friday, April 10, 2020 1:29 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline



**DP**

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 12:47 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**

On Apr 10, 2020, at 12:39 PM, Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov> wrote:

**DP**



**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell PII

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Sent:** Friday, April 10, 2020 12:06 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell 
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here**  2020census.gov

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 11:21 AM
**To:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**



**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Friday, April 10, 2020 11:03 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
PII (mobile)
301-763-2072

On Apr 10, 2020, at 10:36 AM, Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov> wrote:

OK -

*At*

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell PII

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 10:35 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James T Christy
(CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** 4/15 Deadline



_____
**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **Cc:** | Ron S Jarmin (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED); James T Christy (CENSUS/LA FED); Steven Dillingham (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED) |
| **Subject:** | Re: 4/15 Deadline |
| **Date:** | Friday, April 10, 2020 6:08:40 PM |

Ali, I agree with Al.  Great product!!!



**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
PII  Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 5:20 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

This looks really good.

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell **PII**


Sent from my iPhone

On Apr 10, 2020, at 5:16 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov> wrote:

> I think the attached is getting into good shape. Remember it's really just
> something to guide any conversation had on Monday- not to answer all
> questions. Those would be things we answer directly in what I'm sure will be
> many, many follow up conversations.
>
> I believe there is more time to edit this and update and make it perfect. I'm going
> to spend some time engaging in one of my favorite secular traditions on this day-
> watching this: https://www.youtube.com/watch?v=qB98WQ4SgRk



Francis Monkman The Long Good Friday Theme (Stereo)

Stereo mix of Francis Monkman's incredible theme tune to the classic British gangster movie The Long Good Friday. This mix was done purely as an experiment in converting mono recordings to

www.youtube.com

> (Or at least listening to the theme on repeat)
>
> **Ali Ahmad**, Associate Director
> Communications Directorate

U.S. Census Bureau
O: 301-763-8789| M: [ **PII** ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 1:46 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

I think [ **DP** ]

**DP**

Consolidating now.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [ **PII** ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 1:39 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

DP

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: [ PII ]
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 1:32 PM
**To:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

DP

*A*

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [ PII ]

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Sent:** Friday, April 10, 2020 1:29 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

A couple of suggestions and edits in the attached.



**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 12:47 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

Will now work on incorporating those changes and some edits from the Director.

On Apr 10, 2020, at 12:39 PM, Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov> wrote:

In addition to my question on **DP**

**DP**

I agree with both Tim's comment that **DP**

**DP**

**DP** and Jamey's comment on **DP**

**DP**

**DP**

*At*

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell PII

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Sent:** Friday, April 10, 2020 12:06 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

A few minor comments in the attached. **DP** we should
include is **DP**
**DP**

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell PII
census.gov   Connect with us on Social Media

**Shape Your Future | Start Here**  2020census.gov

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 11:21 AM
**To:** Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

Or I could just send around [ **DP** ] for consideration. It
will likely be [ **DP** ]

**DP**

Not sure if this is what is needed for the high level conversations but
it's a start.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [ **PII** ]
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>
**Sent:** Friday, April 10, 2020 11:03 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James T Christy
(CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

Thanks Ron.  Before the "no afternoon meetings" suggestion takes
place, should we have a call to fine tune **DP**
**DP**

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
**PII** (mobile)
301-763-2072


On Apr 10, 2020, at 10:36 AM, Albert E Fontenot
(CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov> wrote:



OK -


𝒜𝑙


**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell   **PII**

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 10:35 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E
Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James
T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** 4/15 Deadline

All,

Spoke to KDK.



---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

<Hill Talking Points Re June 1 v 2 clean.docx>

| | |
|---|---|
| **From:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **To:** | Timothy P Olson (CENSUS/ADFO FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); Ron S Jarmin (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED); James T Christy (CENSUS/LA FED); Steven Dillingham (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED) |
| **Subject:** | Re: 4/15 Deadline |
| **Date:** | Friday, April 10, 2020 6:10:20 PM |

# DP

On Apr 10, 2020, at 6:08 PM, Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov> wrote:

# DP

**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
PII  Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 5:20 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>

**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

<div style="border:1px dashed">

# DP

</div>

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell [ PII ]

Sent from my iPhone

On Apr 10, 2020, at 5:16 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:

# DP



**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 1:46 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>;
Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>;
Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

