**DP**

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 1:39 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM
FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858 | m: PII
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 1:32 PM
**To:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>;
Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;

Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven
Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**



**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell 

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>
**Sent:** Friday, April 10, 2020 1:29 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven
Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**



**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 12:47 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

# DP

On Apr 10, 2020, at 12:39 PM, Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov> wrote:

# DP

*A*

**Albert E. Fontenot, Jr.**
**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [ PII ]

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>
**Sent:** Friday, April 10, 2020 12:06 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

# DP

**James Christy**

**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell 
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here** 2020census.gov

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>

**Sent:** Friday, April 10, 2020 11:21 AM
**To:** Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>;
Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James
T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

# DP

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

--------------------------------------------------------------------------------

**From:** Timothy P Olson (CENSUS/ADFO FED)

<Timothy.P.Olson@census.gov>
**Sent:** Friday, April 10, 2020 11:03 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ali
Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; James T Christy (CENSUS/LA
FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline



Timothy P. Olson, Associate Director for Field
Operations
U.S. Census Bureau
Washington DC
[PII] (mobile)
301-763-2072


On Apr 10, 2020, at 10:36 AM, Albert E
Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov> wrote:



OK -


*A*


**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [PII]

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 10:35 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ali
Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Christa D
Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Timothy P
Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; James T Christy
(CENSUS/LA FED)
<James.T.Christy@census.gov>
**Subject:** 4/15 Deadline



---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

&lt;Hill Talking Points Re June 1 v 2 clean.docx&gt;

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **Cc:** | Albert E Fontenot (CENSUS/ADDC FED); Ron S Jarmin (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED); James T Christy (CENSUS/LA FED); Steven Dillingham (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED) |
| **Subject:** | Re: 4/15 Deadline |
| **Date:** | Friday, April 10, 2020 6:11:07 PM |

got it.  thanks!  And btw - love that sound track!

---

**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
[ PII ] Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 6:10 PM
**To:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

# DP

On Apr 10, 2020, at 6:08 PM, Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov> wrote:

Ali, I agree with Al.  Great product!!!

# DP



**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
PII Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 5:20 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

This looks really good.

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell PII

Sent from my iPhone

On Apr 10, 2020, at 5:16 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov> wrote:

I think the attached is getting into good shape. Remember it's really
just something to guide any conversation had on Monday- not to
answer all questions. Those would be things we answer directly in
what I'm sure will be many, many follow up conversations.

I believe there is more time to edit this and update and make it
perfect. I'm going to spend some time engaging in one of my favorite
secular traditions on this day- watching this:
https://www.youtube.com/watch?v=qB98WQ4SgRk



Francis
Monkman The
Long Good
Friday Theme
(Stereo)

Stereo mix of Francis
Monkman's
incredible theme tune
to the classic British
gangster movie The
Long Good Friday.

www.youtube.com

(Or at least listening to the theme on repeat)

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)

<ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 1:46 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>;
Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>;
Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

I think           **DP**

**DP**

Consolidating now.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M:   **PII**
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 1:39 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM
FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

**DP**

_____
**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: ⌈ **PII** ⌉
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Sent:** Friday, April 10, 2020 1:32 PM
**To:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>;
Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven
Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

> # DP



**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell ⌈ **PII** ⌉

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Benjamin J Page (CENSUS/CFO FED)

<benjamin.j.page@census.gov>
**Sent:** Friday, April 10, 2020 1:29 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven
Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

A couple of suggestions and edits in the attached.



**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 12:47 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>;
Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron
S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Steven
Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

Will now work on incorporating those changes and some edits from
the Director.

On Apr 10, 2020, at 12:39 PM, Albert E Fontenot
(CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov> wrote:

In addition to my question on **DP**

**DP**



**DP**

I agree with both Tim's comment that **DP**

**DP**

**DP** and Jamey's comment on

# DP



**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell **PII**

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>
**Sent:** Friday, April 10, 2020 12:06 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Re: 4/15 Deadline

A few minor comments in the attached. **DP**
we should include is **DP**

**DP**

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell **PII**
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here**  2020census.gov

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Sent:** Friday, April 10, 2020 11:21 AM
**To:** Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>;
Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
Christa D Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; James
T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

Or I could just send around **DP** for
consideration. It will likely be **DP**

**DP**

## DP

Not sure if this is what is needed for the high level conversations but it's a start.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>
**Sent:** Friday, April 10, 2020 11:03 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Cc:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ali
Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; James T Christy (CENSUS/LA
FED) <James.T.Christy@census.gov>
**Subject:** Re: 4/15 Deadline

Thanks Ron.  Before the "no afternoon meetings"
suggestion takes place, should we have a call to fine tune

## DP

Timothy P. Olson, Associate Director for Field
Operations
U.S. Census Bureau
Washington DC
PII (mobile)
301-763-2072

On Apr 10, 2020, at 10:36 AM, Albert E
Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov> wrote:

OK -



**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**

United States Department of Commerce

Bureau of the Census

Office 8H 122

Office 301-763-4668

Cell [ PII ]

albert.e.fontenot@census.gov

census.gov

Connect with us on Social Media

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED)
<Ron.S.Jarmin@census.gov>
**Sent:** Friday, April 10, 2020 10:35 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ali
Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Christa D
Jones (CENSUS/DEPDIR FED)
<Christa.D.Jones@census.gov>; Timothy P
Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED)
<Enrique.Lamas@census.gov>; James T Christy
(CENSUS/LA FED)
<James.T.Christy@census.gov>
**Subject:** 4/15 Deadline

All,

Spoke to KDK [ **DP** ]
[ **DP** ]

# DP

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

<Hill Talking Points Re June 1 v 2 clean.docx>

| | |
|---|---|
| **From:** | Gorey, Lauren (Federal) |
| **To:** | Wilbur Ross |
| **Cc:** | Walsh, Michael (Federal); Rockas, James (Federal) |
| **Subject:** | For Approval ASAP: Census Schedule Update Statement and Timeline |
| **Date:** | Monday, April 13, 2020 1:42:16 PM |

Secretary Ross,

For your approval, a statement and updated timeline to be used for briefings are below on the 2020 Census schedule update.

Thank you,
Lauren



# DP

**DP**

DOC_0001549



Lauren Ehrsam Gorey
Director of Public Affairs
Department of Commerce
202.230.3425

| | |
|---|---|
| **From:** | Wilbur Ross |
| **To:** | Walsh, Michael (Federal) |
| **Subject:** | Fwd: For Approval ASAP: Census Schedule Update Statement and Timeline |
| **Date:** | Monday, April 13, 2020 2:34:23 PM |

**DP** WLR

Sent from my iPhone

Begin forwarded message:

> **From:** "Gorey, Lauren (Federal)" <L.Gorey@doc.gov>
> **Date:** April 13, 2020 at 1:42:15 PM EDT
> **To:** Wilbur Ross <wlr@doc.gov>
> **Cc:** "Walsh, Michael (Federal)" <MWalsh@doc.gov>, "Rockas, James (Federal)" <JRockas@doc.gov>
> **Subject: For Approval ASAP: Census Schedule Update Statement and Timeline**
>
> Secretary Ross,
>
> For your approval, a statement and updated timeline to be used for briefings are below on the 2020 Census schedule update.
>
> Thank you,
> Lauren

**DP**

# DP



DP

DOC_0001553



Lauren Ehrsam Gorey
Director of Public Affairs
Department of Commerce
202.230.3425

| | |
|---|---|
| **From:** | Walsh, Michael (Federal) |
| **To:** | Wilbur Ross; 15618321553@efaxsend.com |
| **Cc:** | Barranca, Steven (Federal); Goudarzi, Talat (Federal) |
| **Subject:** | DRAFT talking points for 11:30 call |
| **Date:** | Monday, April 13, 2020 7:00:50 AM |
| **Attachments:** | Briefing Materials re Hill Conversation re June 1 Restart.docx |

PRIVILEGED AND CONFIDENTIAL
PREDECISIONAL AND DELIBERATIVE

<div style="border:1px dashed">

# DP

</div>

**From:** Christopher J Stanley (CENSUS/OCIA FED)
**To:** Timothy P Olson (CENSUS/ADFO FED); James T Christy (CENSUS/LA FED)
**Cc:** James L Dinwiddie (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED)
**Subject:** Fw: Response to OIG Letter - can you help?
**Date:** Wednesday, April 15, 2020 10:38:46 AM
**Attachments:** IG letter draft response 4-14. rev clean.docx
**Importance:** High

Tim and Jamey, can you help on this one? I think you're the right people for quick help on this one, but let me know if that's not the case. We're trying to get a response back to the IG today now that we announced the long term plan.

Smith and Ali want to ⸤                **DP**                ⸥ See the discussion below. Can you help with a few lines on how to word that correctly?

(Jim, I fixed the data typo this time!)

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, April 15, 2020 8:58 AM
**To:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Cc:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Re: Response to OIG Letter

I think ⸤                  **DP**                  ⸥
⸤           **DP**           ⸥

On Apr 15, 2020, at 8:47 AM, Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov> wrote:

Second Smith's suggestion ⸤    **DP**    ⸥

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Wednesday, April 15, 2020 8:46 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Response to OIG Letter



---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Wednesday, April 15, 2020 8:44 AM
**To:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Response to OIG Letter



---

**From:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Sent:** Wednesday, April 15, 2020 8:43 AM
**To:** James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Response to OIG Letter



Mike.

---

**From:** James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>
**Sent:** Wednesday, April 15, 2020 8:39 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael John Sprung

(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Response to OIG Letter

**DP**

------------------------------------------------------------
**James Dinwiddie** | Office of the Associate Director for Decennial Census Programs
U.S. Census Bureau | Office 301.763.1346 | Cell | **PII** | james.l.dinwiddie@census.gov
**Shape your future. START HERE >** 2020census.gov

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Wednesday, April 15, 2020 8:37 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Response to OIG Letter

Here is the revision to reflect **DP**

**DP**

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Wednesday, April 15, 2020 8:30 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Response to OIG Letter

Thanks you sir.

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Wednesday, April 15, 2020 8:18 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Response to OIG Letter

I have the latest. Brebbia at DOC told me he thought it could be approved in time for delivery today when I checked with him yesterday, but I haven't gotten word back yet. So I will be checking in shortly. i am hopeful. They know it is a priority for the director.

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Wednesday, April 15, 2020 8:17 AM
**To:** James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Response to OIG Letter

Jim: Any status update, thanks.

---

**From:** James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>
**Sent:** Tuesday, April 14, 2020 9:08 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Response to OIG Letter

Thanks. Kathleen and I are working with Stanley now to update this morning.

-------------------------------------------------------------------------
**James Dinwiddie** | Office of the Associate Director for Decennial Census Programs
U.S. Census Bureau | Office 301.763.1346 | Cell **PII** | james.l.dinwiddie@census.gov
**Shape your future. START HERE >** 2020census.gov

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Tuesday, April 14, 2020 9:05 AM
**To:** Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Response to OIG Letter

Kathleen/Jim:
At Director's weekly OIG call yesterday they inquired about status of our response

to their March 12 letter. We committed to an April 15 response. **DP**

**DP**

**DP** Thanks.

---

**From:** Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Sent:** Monday, March 23, 2020 10:55 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Re: OIG call

Yes.  Jim Dinwiddie and I will write a draft.  Let's get a read out of the 11:00 call and then draft accordingly.

Kathleen M. Styles
Chief, Decennial Communications and Stakeholder Relationships
U.S. Bureau of the Census
Room 8H 168
(301) 763-0235 Office
**PII** Cell

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Monday, March 23, 2020 10:35 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Re: OIG call

OK thanks, as you know we promised IG written response by Friday.

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Monday, March 23, 2020 10:34 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** Re: OIG call

People Kathleen oversees manages this process normally- but we will get it jumpstarted. Maybe it's already underway.

**Ali Ahmad**, Associate Director

Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: ⌐ **PII** ¬
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Monday, March 23, 2020 10:31 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>;
Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Re: OIG call

OK sounds good, so Stanley's team is responsible for drafting response?

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Monday, March 23, 2020 10:28 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Christopher J
Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Re: OIG call

There is letter to congress which addresses most questions so wouldn't be hard to
pull together.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: ⌐ **PII** ¬
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Monday, March 23, 2020 10:27 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: OIG call

Do we know if anyone is working on draft response? thanks.

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Monday, March 23, 2020 10:13 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>

**Subject:** Re: OIG call

I do not have any draft responses. I've just got the notes from briefing- which Tim just sent around.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [PII]
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Sent:** Monday, March 23, 2020 10:01 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Fw: OIG call

Ali, [DP] [DP] do we have any draft responses?

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, March 23, 2020 9:59 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Cc:** James L Dinwiddie (CENSUS/ADDC FED) <James.L.Dinwiddie@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Subject:** OIG call

Do you have the potential responses that Director Dillingham intends to use during the 11:00 call on the IG's letter this morning.

**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [PII]

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

| | |
|---|---|
| **From:** | Christopher J Stanley (CENSUS/OCIA FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED) |
| **Cc:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED); Timothy P Olson (CENSUS/ADFO FED); Steven Dillingham (CENSUS/DEPDIR FED); stevendillingham@comcast.net; Steven K Smith (CENSUS/DEPDIR FED); Michael John Sprung (CENSUS/DEPDIR FED) |
| **Subject:** | correct talking points file update - thank you, Al |
| **Date:** | Wednesday, April 15, 2020 11:59:38 AM |
| **Attachments:** | DRAFT for Maloney Call- revised.docx |

Thank you. I am not being saavy on the computer today. Here is the correct attachment with the updated talking points.

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Wednesday, April 15, 2020 11:58 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; stevendillingham@comcast.net <stevendillingham@comcast.net>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

I was referring to the attachment to your prior memo on reviewing the TPs - you attached - or at least I received  the IG letter and not the talking points.

*Al*

**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [ PII ]

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>

**Sent:** Wednesday, April 15, 2020 11:56 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; stevendillingham@comcast.net
<stevendillingham@comcast.net>; Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

Al, you didn't attach anything to your message.

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Wednesday, April 15, 2020 11:37 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; PII Steven Dillingham
PII Steven Dillingham ; Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

This is the IG report attached

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell PII

Sent from my iPhone

On Apr 15, 2020, at 11:34 AM, Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov> wrote:

> DELIBERATIVE _ PRE-DECISONAL
>
> The revised talking points as mentioned below are attached.

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, April 15, 2020 11:14 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; stevendillingham@comcast.net <stevendillingham@comcast.net>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

Stanley- thank you. Please make those edits to soften the language.

> On Apr 15, 2020, at 11:12 AM, Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov> wrote:

DELIBERATIVE - PRE-DECISIONAL



**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Wednesday, April 15, 2020 10:57 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; stevendillingham@comcast.net <stevendillingham@comcast.net>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>

**Cc:** Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR
FED) <steven.k.smith@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

I'll get everyone the latest NY state and NYC applicant and hiring
numbers, including specifics for her district.  I'll have field partnership
also get me a current number of partners for all the above
geographies.

Al, can you do the response rate data?

---

**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
[ PII ]  Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>
**Sent:** Wednesday, April 15, 2020 10:35 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; stevendillingham@comcast.net
<stevendillingham@comcast.net>; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR
FED) <steven.k.smith@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

Tim and Al:

Can you get a full report on NY state and NYC? In regards to response
rates, number of applicants we have, people we expect to hire-
anything we might need to be able to answer that's more parochial
for her.

**Ali Ahmad**, Associate Director

Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [  PII  ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
**Sent:** Wednesday, April 15, 2020 10:33 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; stevendillingham@comcast.net
<stevendillingham@comcast.net>; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR
FED) <steven.k.smith@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Please Review- Draft TPs for 1 p.m. Maloney call

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [  PII  ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

<IG letter draft response 4-14. rev clean.docx>

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fw: correct talking points file update - thank you, Al |
| **Date:** | Wednesday, April 15, 2020 12:13:45 PM |
| **Attachments:** | DRAFT for Maloney Call- revised.docx |

---

**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072 Office
┌─────────┐
│ PII     │Cell
└─────────┘
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Wednesday, April 15, 2020 11:59 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; **PII - Steven Dillingham**
**PII - Steven Dillingham**    Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** correct talking points file update - thank you, Al

Thank you. I am not being saavy on the computer today. Here is the correct attachment with
the updated talking points.

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Wednesday, April 15, 2020 11:58 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; **PII - Steven Dillingham**
**PII - Steven Dillingham**    Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

I was referring to the attachment to your prior memo on reviewing the TPs - you attached - or
at least I received  the IG letter and not the talking points.



**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell [ PII ]

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media


---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Wednesday, April 15, 2020 11:56 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; **PII - Steven Dillingham**
**PII - Steven Dillingham** Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

Al, you didn't attach anything to your message.

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Wednesday, April 15, 2020 11:37 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; **PII - Steven Dillingham**
**PII - Steven Dillingham** Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

This is the IG report attached

Al

Albert E. Fontenot Jr.
Associate Director, Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell [ **PII** ]


Sent from my iPhone

On Apr 15, 2020, at 11:34 AM, Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov> wrote:


DELIBERATIVE _ PRE-DECISONAL

The revised talking points as mentioned below are attached.

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, April 15, 2020 11:14 AM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Steven
Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>;
[ **PII - Steven Dillingham** ] Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith
(CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

Stanley- thank you. Please make those edits t [ **DP** ]


On Apr 15, 2020, at 11:12 AM, Christopher J Stanley
(CENSUS/OCIA FED) <christopher.j.stanley@census.gov> wrote:


DELIBERATIVE - PRE-DECISIONAL





**From:** Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>
**Sent:** Wednesday, April 15, 2020 10:57 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
<ali.m.ahmad@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; PII - Steven Dillingham
PII - Steven Dillingham   Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR
FED) <steven.k.smith@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

**DP**

_____
**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
PII            Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)

<ali.m.ahmad@census.gov>
**Sent:** Wednesday, April 15, 2020 10:35 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; **PII - Steven Dillingham**
**PII - Steven Dillingham** Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR
FED) <steven.k.smith@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: Please Review- Draft TPs for 1 p.m. Maloney call

Tim and Al:

# DP

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: **PII**
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED)
**Sent:** Wednesday, April 15, 2020 10:33 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; **PII - Steven Dillingham**
**PII - Steven Dillingham** ; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov>; Steven K Smith (CENSUS/DEPDIR
FED) <steven.k.smith@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Please Review- Draft TPs for 1 p.m. Maloney call

**Ali Ahmad**, Associate Director
Communications Directorate

U.S. Census Bureau
O: 301-763-8789| M: [ **PII** ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

&lt;IG letter draft response 4-14. rev clean.docx&gt;

| From: | Kathleen M Styles (CENSUS/ADDC FED) |
|---|---|
| To: | Ali Mohammad Ahmad (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED); Benjamin J Page (CENSUS/CFO FED) |
| Cc: | Christopher J Stanley (CENSUS/OCIA FED) |
| Subject: | Re: Memo to Congress |
| Date: | Thursday, April 16, 2020 8:37:49 AM |
| Attachments: | Script_RedistrictingDataProgram_04_15_2020_v2.docx |

James and I wrote this so that folks would be able to handle basic questions from Hill staffers about the redistricting process.  It may (or may not) be helpful in putting together this package.

Kathleen M. Styles

Chief, Decennial Communications and Stakeholder Relationships

U.S. Bureau of the Census

Room 8H 168

(301) 763-0235 Office

(202) 381-6764 Cell

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, April 15, 2020 2:54 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Memo to Congress

Here's what I think we need to do to accomplish our get-back for Chairwoman Maloney. Page/Kathleen- you weren't on the call but this is pretty self-explanatory.





**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: 240-532-0676
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

# Script for Discussing the Census Bureau's Role in Redistricting

History
The Census Bureau created the Redistricting Data Program in response to a law Congress passed in 1975, Public Law [P.L.] 94-171.  Congress passed this law because states needed detailed data to comply with new requirements surrounding redistricting, such as the "one person, one vote" requirement. While this law was codified in Title 13, within the Bureau we refer to redistricting data as "the PL data."

Over the decades the Census Bureau has adapted the program to be more responsive to state needs.  In addition to the collection of voting districts, we have added the Block Boundary Suggestion Project that allows states to identify needed block boundaries.  We also expanded states' ability to provide additional geographic boundaries needed for successful redistricting.   Finally, we now include ancillary information for those states that have chosen to "reallocate" group quarters populations, such as military, prisoners, and college students prior to redistricting.

Basics of the Census Bureau's Redistricting Program
Under this law the Census Bureau is required to deliver redistricting data to the Governor of each State, as well as those entities in each state that are responsible for redistricting.  Those entities have been include legislative leadership from both parties in all legislative chambers, and other public bodies such as redistricting commissions.

The Census Bureau works with states throughout the decade to allow them to identify the small area geographic tabulations they need to conduct legislative redistricting.  These geographies include voting districts (precincts, wards, etc.), census blocks, and other electoral geography (congressional and state legislative districts).

Census Bureau Request
The Census Bureau has asked Congress to change the requirement that we deliver the PL data no later than one year from Census Day, i.e., by April 1, 2021.  We have asked that Congress extend this deadline for 120 days until July 31, 2021.

Non-Partisan Nature of Program
It is important to understand that the Census Bureau is statutorily obligated to conduct the redistricting program in a non-partisan manner.  The program is staffed by career employees and organizationally reports to senior career leadership.   At the start of each decade's program, the Redistricting & Voting Rights Data Office contacts the governor and the legislative leadership in each state, including both parties and chambers. We request each state to designate an official liaison or liaisons who can participate in the program and represent the state in a non-partisan manner.  This person or people become the official redistricting liaisons and the Census Bureau works with them throughout the lifecycle of the program.

Delivery Schedule in Prior Censuses (and Planned for 2020)
For the last several censuses, the Census Bureau has delivered data to states in "tiers" over a several week period.  The 2010 redistricting data was delivered to states over the course of 8 weeks and we had planned to deliver the 2020 redistricting data over a 6 week period from mid-February to late-March in 2021.  We need to have a staggered delivery to allow for needed quality review to meet Census Bureau

data quality standards. The states to be released each week are grouped in tiers based on several factors, including the redistricting deadlines for individual states, Census Bureau production capacity, and the Census Bureau delivery capabilities.  Historically we have included states with off-year elections in the first tier for early delivery.

<u>Effect of Delay on Delivery for the 2020 Census</u>
The Census Bureau recognizes that this delay may cause issues for states.  Each state is unique in the timing, mechanics, and statutory basis for their redistricting activities.  Some states redistrict through commissions, some through their legislative bodies, some provisions are in state statutes, others in constitutions. This means each state will have to evaluate its specific statutory and constitutional requirements to adapt to this delay.

We announced this necessary schedule change as early as possible to provide states the maximum possible time to adapt their local processes.  The Census Bureau will continue to look for actions it can take to reduce the impact of this change on the states.

| | |
|---|---|
| **From:** | Kathleen M Styles (CENSUS/ADDC FED) |
| **To:** | Benjamin J Page (CENSUS/CFO FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED) |
| **Cc:** | Christopher J Stanley (CENSUS/OCIA FED) |
| **Subject:** | Re: Memo to Congress |
| **Date:** | Friday, April 17, 2020 5:54:11 PM |
| **Attachments:** | TPs (high level) on post processing v.6.docx |

And here is a high level summary of post processing.

Kathleen M. Styles

Chief, Decennial Communications and Stakeholder Relationships

U.S. Bureau of the Census

Room 8H 168

(301) 763-0235 Office

(202) 381-6764 Cell

---

**From:** Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Sent:** Friday, April 17, 2020 5:43 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Re: Memo to Congress

# DP

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, April 15, 2020 2:54 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** Memo to Congress

Here's what I think we need to do to accomplish our get-back for Chairwoman Maloney. Page/Kathleen- you weren't on the call but this is pretty self-explanatory.



**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789 | M [ **PII** ]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

*Draft 4-17-2020 v5*

**High Level Talking Points**
**Post-Processing Activities and Timelines**

**What is post processing and why is it important?**
Post processing refers to the Census Bureau's processes to summarize the individual and household data that we collect into usable, high quality tabulated data products.  Our post processing systems and processes are standardized, tested, and subject to thorough quality assurance procedures so that we can stand behind the data that we produce.

**What activities are part of post processing?**
There are a number of steps in post processing.  At a very high level, post processing starts by merging and standardizing the format of the data we receive from different sources:  self-response data from Internet, telephone, and paper questionnaires; response data from our specialized operations (like Group Quarters Enumeration, Service Based Enumeration, etc.), and nonresponse followup responses collected by census field staff.  We conduct automated and clerical coding of write-in responses. In a small number of housing units we may receive multiple responses.  When that happens we determine the response of record.  We conduct geographic processing activities, such as geocoding which assigns an address to a block.  We perform statistical techniques to account for missing housing unit status and occupancy information and we receive counts for the Federally Affiliated Overseas population.  We then calculate the apportionment counts, and conduct the statutory apportionment calculation to determine the number of seats each State is entitled to in the U.S. House of Representatives.

After production of the apportionment counts (the resident population plus the overseas counts for each state), we conduct additional processing of the characteristic data about respondents.  We perform statistical techniques to account for missing or conflicting characteristic data.  We conduct modern disclosure avoidance techniques on the response file to honor our statutory requirement to protect each individual's confidential information.  Then we tabulate the redistricting data and release it to states.

At every step listed above, we conduct and document rigorous testing and quality assurance of our work.   This includes evaluating census responses and post processing data files at multiple levels of geography compared to multiple sets of benchmark data to ensure the demographic reasonableness of the data and verify that post processing procedures are properly applied.

**Why does post processing take so long?**
As is evident from the description above, post processing activities must, by their nature, occur in a consecutive sequence, and quality assurance needs to be performed at each step of the process. Subject matter expert review is critical to ensuring the quality of the data during this iterative process. It is important to note post processing cannot begin in earnest until all in-field work is completed.  We have examined our schedule and compressed it as much as we can without risking significant impacts on data quality.  Given the important uses of census data collection processing, it is vital that we not short cut these efforts or quality assurance steps.

**What schedule changes are you making?**

The Census Act requires the Census Bureau to produce apportionment counts by 12/31/20 and redistricting data by 3/31/21.  Our plan was to release the apportionment counts the week before Christmas, and to release the redistricting data over a six-week period from mid-February to late March, 2021.

Under the revised schedule, we will produce the apportionment counts by 4/30/2021 and the redistricting data by 7/31/2021.

**What are the implications to post processing of the COVID-19 schedule delays?**



We announced this necessary schedule change as early as possible to provide states the maximum possible time to adapt their local processes.  The Census Bureau will continue to look for actions it can take to reduce the impact of this change on the states.

| | |
|---|---|
| **From:** | Christopher J Stanley (CENSUS/OCIA FED) |
| **To:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED); Michael John Sprung (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED); Steven Dillingham (CENSUS/DEPDIR FED); Steven K Smith (CENSUS/DEPDIR FED) |
| **Subject:** | more materials for Monday |
| **Date:** | Saturday, April 18, 2020 2:23:57 AM |
| **Attachments:** | talking points and Q&A for Oversight briefing.docx |
| | COVID19 congressional correspondence list (1).docx |
| | Talking points on pending COVID congressional letters.docx |

**Format for Monday:**

They will give us a call-in number Monday morning and ask that we dial in 10 mins early. Maloney will be on the same line. Members will be added with a system that calls them. Maloney will open, then Raskin, the Jordan or Roy on the R side. Then Steve gives his opening. Then they will do questions. The committee clerk will moderate, calling on members, unmuting their line, and giving them one minute to ask questions. They will continue through until all the members on the line get a chance.

**Attached are updated materials for review.**

> **DP**
>
> # DP / ACP

List of the COVID-19-related congressional letters.

> # DP

In a separate email, I'll send copies of those letters.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: PII
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, April 17, 2020 1:54 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)

<michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>
**Subject:** draft materials for Monday

Here are the latest materials - drafting opening remarks and rough Q&A document that will
have more added to it.

As of April 17, 2020

# COVID-19 Congressional Correspondence

| Sender | Date Received | Subject | To |
|---|---|---|---|
| David E. Price (D-NY-4), Jose E. Serrano (D-NY-15), Carolyn B. Maloney (D-NY-12), Jamie Raskin (D-MD-08) | March 12, 2020 | Impact coronavirus, COVID-19 will have on the 2020 Census. Questions include what contingency plans does the Census Bureau have in place for potential epidemics, how does the Census Bureau anticipate COVID-19 may impact the 2020 Census, and 8 others. [CQAS-10164] | Dillingham |
| **Some of the NY delegation** Yvette D. Clarke, Anthony Brindisi, Antonio Delgado, Eliot Engel, Adriano Espaillat, Hakeem Jeffries, Gregory Meeks, Grace Meng, Joseph Morelle, Jerrold Nadler, Kathleen Rice, Max Rose, Paultonko, Nydia Velazquez | March 12, 2020 | NY Congressional delegation request the Census Bureau extends the enumeration period at least through September 2020 due to the COVID-19 pandemic and share other concerns. [CQAS-10270] | Ross |
| **Selection of D members** Linda T. Sanchez, J. Luis Correa, Harley Rouda, Debbie Mucarsel-Powell, Gilbert R. Cisneros, Jr., Ruben Gallego, Raul M. Grijalva, Dina Titus, Brian Higgins, TJ Cox, Pramila Jayapal, Filemon Vela, Jerry McNerney, Thomas R. Suozzi, Bill Pascrell, Jr. Mary Gay Scanlon, Darren Soto, Zoe Lofgren, Silvia R. Garcia, Steven Horsford, John Larson, Jimmy Panetta, Doris Matsui, Grace Napolitano, Alcee L. Hastings, (one unknown), Susie Lee, Eddie Bernice Johnson, Pete Aguilar, Deb Haaland, Joyce Beatty, Vargas, John Lewis, Ben Ray Lujan, Judy Chu, Lucille Roybal-Allard, Jan Schakowsky, Jimmy Gomez | March 17, 2020 | Members of Congress write to express their concerns regarding the impact of the novel coronavirus 2019 (COVID-19) on participation and operations for the 2020 Census, particularly as it presents an increased risk of an undercount. [CQAS-10176] | Dillingham/ Ross |
| **Some of the members of the CHC** Adriano Espaillat, Veronica Escobar, Raul M. Grijalva, Jim Costa, Juan Vargas, Ruben Gallego, Jesus G. "Chuy" Garcia, Gilbert R. Cisneros, Alexandria Ocasio-Cortez, Ben Ray Lujan, Sylvia Garcia, Vicente Gonzalez | March 17, 2020 | request to extend census until 10/31/2020 (COVID-19) [CQAS-10177] | Dillingham |

[ PAGE  \* MERGEFORMAT ]

As of April 17, 2020

# COVID-19 Congressional Correspondence

| | | | |
|---|---|---|---|
| CHC Chairman Castro and other caucus members | April 3, 2020 | Many questions on COVID response [CQAS-10234] | |
| Tom O'Halleran (D-AZ) | April 7, 2020 | Bureau's plans to enumerate Tribal Communities in light of COVID-19. [CQAS-10242] | Dillingham |
| **MA Delegation** Elizabeth Warren, Edward J. Markey, Stephen F. Lynch, Joseph P. Kennedy, William Keating, James P. McGovern, Lori Trahan, Seth Moulton, Ayanna Pressley, Katherin Clark, Richard F. Neal | March 23, 2020 | Supporting admin records for counting college students 2020 Census responses during current campus closures. [CQAS-10202] | Dillingham |
| **Congressional Asian and Pacific American Caucus** Rep. Judy Chu, Chair | April 14, 2020 | CAPAC request the Census Bureau to take the following actions to compensate for diminished in-person outreach while ensuring that 2020 Census operations during the COVID-19 pandemic and have follow up questions be answered by 4/19/2020. [CQAS-10266] | |

[ PAGE   \* MERGEFORMAT ]

| | |
|---|---|
| **From:** | Christopher J Stanley (CENSUS/OCIA FED) |
| **To:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED); Michael John Sprung (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED); Steven Dillingham (CENSUS/DEPDIR FED); Steven K Smith (CENSUS/DEPDIR FED) |
| **Subject:** | copies of pending COVID-19 congressional |
| **Date:** | Saturday, April 18, 2020 2:28:42 AM |
| **Attachments:** | Maloney - Serrano - Raskin - Price (10164).pdf |
| | NY Delegation Census 2020 COVID-19 Letter (10270).pdf |
| | O"Halleran (AZ) re tribal (10242).pdf |
| | MA delegation re students (10202).pdf |
| | CHC Espaillat re delay (10177).pdf |
| | Sanchez and others (10176).pdf |
| | morial NUL covid (10226).pdf |
| | CAPAC COVID questions (10266).pdf |
| | CHC Letter with questions (10234).pdf |

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Saturday, April 18, 2020 2:23 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** more materials for Monday

**Format for Monday:**

They will give us a call-in number Monday morning and ask that we dial in 10 mins early. Maloney will be on the same line. Members will be added with a system that calls them. Maloney will open, then Raskin, the Jordan or Roy on the R side. Then Steve gives his opening. Then they will do questions. The committee clerk will moderate, calling on members, unmuting their line, and giving them one minute to ask questions. They will continue through until all the members on the line get a chance.

**Attached are updated materials for review.**

| DP |
|---|

| DP / ACP |
|---|

List of the COVID-19-related congressional letters.

| DP |
|---|

> # DP

In a separate email, I'll send copies of those letters.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: **PII**
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, April 17, 2020 1:54 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** draft materials for Monday

Here are the latest materials - drafting opening remarks and rough Q&A document that will have more added to it.

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*

**Control Sheet**

*March 12, 2020*

| | |
|---:|:---|
| **Census Id:** | CQAS-10164 |
| **DOC Number:** | |
| **Correspondence Type:** | Congressional NOT Constituent |
| **Action Office:** | DCCO |
| **Signature:** | Dillingham |
| **Subject:** | Concerns about potential impact coronavirus, COVID-19 will have on the 2020 Census. |
| **Instructions:** | Prepare response for the Director's signature. |
| | DUE IN CQAS: MARCH 18, 2020 |
| **Due in CQAS:** | 03/18/2020 |
| **Sender:** | David E. Price (D-NY-4), Jose E. Serrano (D-NY-15), Carolyn B. Maloney (D-NY-12), Jamie Raskin (D-MD-08) |
| **Constituent:** | |
| **Corr Date:** | 03/12/2020 |
| **Rec Date:** | 03/12/2020 |
| **Due Date:** | 03/19/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Ross |
| **Infocopy:** | ADDC,Stanley,Hawkins |

Concurrence

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surname | | | | | | | | |
| Initials | | | | | | | | |
| Date | | | | | | | | |

### Re: Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
Thu 3/12/2020 5:40 PM
**To:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>
**Cc:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>

And be sure to not that the letter requests answers by 3/19, which will be tough be we should try.

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Thursday, March 12, 2020 5:18 PM
**To:** BOC Correspondence Quality Assurance (CENSUS)
<boc.correspondence.quality.assurance@census.gov>
**Cc:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>
**Subject:** Fw: Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

control to decennial. thank you.

---

**From:** Anderson, Tori <Tori.Anderson@mail.house.gov>
**Sent:** Thursday, March 12, 2020 4:48 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Anello, Russell <Russell.Anello@mail.house.gov>; Whitcomb, Max
<Max.Whitcomb@mail.house.gov>
**Subject:** FW: Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

Hi Chris,

Please see attached.

Best,

Tori

**From:** Whittaker, Leigh <Leigh.Whittaker@mail.house.gov>
**Sent:** Thursday, March 12, 2020 2:45 PM
**To:** afoti@doc.gov
**Cc:** Alpert, Matthew <Matthew.Alpert@mail.house.gov>; Whitcomb, Max
<Max.Whitcomb@mail.house.gov>; Anello, Russell <Russell.Anello@mail.house.gov>; Anderson, Tori
<Tori.Anderson@mail.house.gov>
**Subject:** Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

Good afternoon,

I have attached a letter intended for Secretary Ross from Representatives Price, Serrano, Maloney, and Raskin. Please let me know if you have any questions.

Best,

Leigh

**Leigh Whittaker** | Legislative Assistant | Office of Congressman David Price (NC-04)
2108 Rayburn House Office Building, Washington, DC 20515
Office: 202-225-1784 | Fax: 202-225-2014
she/ella

[facebook.com/repdavideprice]    [twitter.com/repdavideprice]    

# Congress of the United States
## Washington, DC 20515

March 12, 2020

The Honorable Wilbur L. Ross, Jr.
Secretary
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C.  20230

Dear Secretary Ross:

We write to express our concern about the potential impact that the coronavirus, COVID-19, may have on the 2020 Census.  With the census in full swing, we request a detailed account of the plans and actions being taken to prevent any disruption to 2020 Census operations and to ensure a fair and accurate count.  We are particularly concerned about the impact on hard-to-count communities, which the Census Bureau has acknowledged are more likely to respond to in-person census enumerators, rather than to census forms completed by mail or online.[1]

We request that the Department provide a briefing to our staffs with detailed information on contingency plans, steps taken, policies to be implemented, and coordination efforts to mitigate the potential impact of this outbreak on the 2020 Census.  Please also provide written responses to the following questions by March 19, 2020:

1.  What contingency plans does the Census Bureau have in place for potential epidemics during the 2020 Census?

2.  How does the Census Bureau anticipate COVID-19 may impact the 2020 Census, including in the following areas:

    a.  Recruiting, hiring, onboarding, and retention of census workers;
    b.  Self-response;
    c.  Non-response follow-up; and
    d.  Group quarters enumeration?

3.  What steps is the Census Bureau taking or planning to take to mitigate the impact in these same areas?  What role does the Department expect the previously announced Census fusion center to play?

4.  How has the Census Bureau coordinated with the Centers for Disease Control and Prevention, the Department of Health and Human Services, the White House Coronavirus Task Force, and state and local health departments to develop protocols in response to the potential threat of COVID-19?

---

[1] Census Bureau, *Counting the Hard to Count in a Census* (July 2019) (online at https://www.census.gov/content/dam/Census/library/working-papers/2019/demo/Hard-to-Count-Populations-Brief.pdf).

5. Does the Census Bureau plan to utilize its appropriated contingency funding to address the potential impact of COVID-19 on the 2020 Census?[2] If there are no plans to do so at this time, how will the Bureau evaluate the necessity of using these funds?

6. How does the Census Bureau plan to promote high self-response rates for households, including those who may eventually be under quarantine or isolation? Will the Bureau be issuing any public guidance or amending its advertising and outreach campaign?

7. What information has the Census Bureau communicated to staff, including 2020 Census Takers, regarding actions and policy changes in response to COVID-19, including with respect to non-response follow-up operations?

8. What steps is the Census Bureau taking to protect the health of census workers?

9. Is the Census Bureau considering extending the time period for self-response, non-response follow-up, or group quarters enumeration? If not, will the Bureau revisit that decision depending on conditions in the coming weeks?

10. Is the Census Bureau communicating with colleges and universities that have cancelled classes or asked students to leave campus in order to clarify where to count those students on April 1, 2020?

We look forward to your responses to these requests and to working together to ensure a successful 2020 Census. If you have any questions, please contact Appropriations Committee staff at (202) 225-3351 or Oversight Committee staff at (202) 225-5051.

Sincerely,

David E. Price
Member of Congress

José E. Serrano
Chairman
Committee on Appropriations,
Subcommittee on Commerce, Justice,
Science, and Related Agencies

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Jamie Raskin
Chairman
Committee on Oversight and Reform,
Subcommittee on Civil Rights and Civil
Liberties

---

[2] *See* Joint Explanatory Statement Accompanying the Conference Report to the Consolidated Appropriations Act, 2020, H. Rept. 116-101 (online at https://appropriations.house.gov/sites/democrats.appropriations.house.gov/files/HR%201158%20-%20Division%20B%20-%20CJS%20SOM%20FY20.pdf).

cc:

The Honorable Robert Aderholt
Ranking Member, Committee on Appropriations, Subcommittee on Commerce, Justice, Science,
and Related Agencies

The Honorable Jim Jordan
Ranking Member, Committee on Oversight and Reform

The Honorable Chip Roy
Ranking Member, Committee on Oversight and Reform, Subcommittee on Civil Rights and Civil
Liberties

# Congress of the United States
## Washington, DC 20515

March 12, 2020

The Honorable Secretary Wilber Ross
US Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Dear Secretary Ross,

We write you today to impress upon you the necessity of extending the enumeration period for the 2020 Census due to the social disruption caused by COVID-19. The Census Bureau currently plans to begin enumeration on April 1st followed by a series of follow-ups to be concluded by the end of July. On March 11th, the World Health Organization declared the COVID-19 a global pandemic and civil society has responded accordingly with institutions across the country beginning to close down non-essential operations in order to slow the spread of the virus.[1] As states and local jurisdictions continue to dedicate resources to expanding their capacity to respond to this outbreak, there will be diminishing state capacity to administer the Census coupled with pragmatic challenges caused by the outbreak itself. Any count done under these circumstances would not only fail to properly account for the current American population, but it could also have more targeted negative impacts on communities historically disadvantaged by the state and the census process.

According to the CDC as of March 11th, the novel coronavirus, or COVID-19, has now been detected in over 100 locations internationally as well as 38 states and the District of Columbia.[2] While there are only 938 reported cases as of now, this number likely represents an undercount of cases across the country due to unmet demand for diagnostic testing. Locations with earlier outbreaks help illustrate this dynamic and emphasize the need for increased caution during this early response stage. In both South Korea and Seattle, for example, after numbers initially stagnated reported cases of coronavirus rose exponentially as both areas increased testing capacity.[34] As the nation as a whole continues to expand its testing capacity, the threat posed by COVID-19 will come into full relief. As Director of the National Institute of Allergy and Infectious Diseases Anthony Fauci testified in front of the House Oversight Committee, "we will see more cases, and things will get worse." We must take steps now to ensure that the 2020 Census is prepared to adjust to the new reality that we may soon face.

---

[1] Kopecki, Dawn. "World Health Organization declares the coronavirus outbreak a global pandemic." *CNBC*. Accessed: March 11th, 2020
[2] CDC. "COVID-19: US at a Glance" *Center for Disease Control and Prevention*. Updated and Accessed: March 11th, 2020
[3] Snyder, Scott. "Long-Term Impacts of Coronavirus in South Korea." *Council on Foreign Relations*. March 11th, 2020
[4] Belluz, Julia. "Italy's coronavirus crisis could be America's." *Vox*. March 11th, 2020

PRINTED ON RECYCLED PAPER

Unfortunately, the best practices necessary to effectively respond to the coronavirus outbreak actively impede an effective census count. Medical professionals have recommended all individuals practice social distancing to mitigate the risks of spreading the virus. Put simply, social distancing describes actions taken by public health and government officials to stop or slow down the spread of contagious disease by limiting the points of public contact. Common examples of this include closing public gatherings spots, canceling large social gatherings, and limiting or shuttering operations at social institutions. New York State has already declared New Rochelle, NY a containment zone closing schools and large gathering places for at least two weeks.[5] The nation must take similar aggressive action now to limit the opportunities to transmit the disease in order to avoid facing a similar fate.

Social distancing will make enumeration practically impossible during the current allotted time frame. First and foremost, the April 1st start date for enumeration coincides with what could be the crescendo of the outbreak. Considering the similarity in the rate of infections, government officials across the US may potentially find themselves in situations similar to that of Italy, which chose to effectively place its entire country under quarantine.[6] Italy went from 76 cases on February 23rd, to 229 cases on the 25th, until cases ballooned to over 12,000 cases as of March 11th.[7] If the over 900 reported cases represent only the beginning of the outbreak with a similar trajectory, the US could plausibly find itself in the position of asking hundreds of thousands of enumerators to fan out across the country to knock on doors at the height of the outbreak. Enumerators have historically had difficulty breaking through the stigma of a government official knocking on your door thus suggesting the fear of transmission will only amplify this challenge.

Self-reporting will also prove particularly difficult in an environment that does not encourage social gathering. The Census Bureau expects over 60% of Americans to self-respond to the census without interaction from an enumerator.[8] Eliminating large social gatherings typically used to raise awareness about the importance of the census in conjunction with reduced access to the Internet for marginalized communities will substantially impact the self-response rate and subsequently the accuracy of the overall count. Making matters worse, hard-to-count communities will likely be disproportionately negatively impacted by social distancing policies. The homeless, for example, typically get counted in homeless shelters or other charitable organizations where they may receive mail followed by a counting of those physically on the street. If these sites are closed in order to prevent the transmission of the disease and unnecessary travel remains limited, many Americans like these will simply fall through the cracks of the Census.

Many local jurisdictions also hoped that the Census Bureau's increased emphasis on online submissions would facilitate an elevated self-response rate and help capture

---

[5] Chappell, Bill. "Coronavirus: New York Creates 'Containment Area' Around Cluster In New Rochelle." *NPR.* March 10th, 2020
[6] Belluz
[7] Belluz
[8] Kulzick, Robert et al. "2020 Census Predictive Models and Audience Segmentation Report." *United States Census Bureau.* June 21, 2019.

historically hard-to-count communities. New Rochelle, NY and New York State again exemplify the difficulties jurisdictions will face regarding online self-reporting. Nearly 10% of residents in Westchester County as well as 13% of residents statewide do not have access to the Internet at home.[9] These individuals would need access to one of the Census Bureau's outreach sites that provide the public with an opportunity to access the Internet. In 2010, over 6,000 of these sites were libraries[10] and the Census Bureau's Community Partners and Supporters Page suggests a similar number of libraries will house such sites again this year.[11] If local businesses and libraries continue to close apace with our current infection trajectory, it would be unrealistic at best to assume the Census will meet its online reporting targets necessary to achieve their targeted response rate. Moreover, 40% of households making less than $20,000 annually in New York State lack an Internet subscription meaning those unable to respond online are those most in need of being counted.

Taken together, the necessary response to COVID-19 demands a set of social actions that create substantial pragmatic barriers to a complete count for the 2020 Census. We urge that the Census Bureau extends the enumeration period at least through September 2020 to allow for further outreach after the immediate response to the virus subsides. While the mandate to conduct the census comes from a Constitutional provision, it does provide for an extension of the enumeration window to the end of the calendar year if necessary. As the Supreme Court and legal scholars have made clear for centuries, the Constitution is not a suicide pact.

In full understanding of the weight of this moment, we implore you to follow the dictates of our Founding Fathers and extend the Census enumeration window.


Best,

YVETTE D. CLARKE
Member of Congress

---

[9] NYS Complete Count Commission. "A Roadmap to Achieving a Complete Count in New York State." *NYS Complete Count Commission.* October 2019
[10] Baker, Gavin. "Libraries and the 2020 Census." *American Library Association.* October 2018
[11] CDC. "Community Partners and Supporters." *Center for Disease Control and Prevention.* February 25, 2020

ANTHONY BRINDISI
Member of Congress

ANTONIO DELGADO
Member of Congress

ELIOT ENGEL
Member of Congress

ADRIANO ESPAILLAT
Member of Congress

HAKEEM JEFFRIES
Member of Congress

GREGORY MEEKS
Member of Congress

GRACE MENG
Member of Congress

JOSEPH MORELLE
Member of Congress

JERROLD NADLER
Member of Congress

KATHLEEN RICE
Member of Congress

MAX ROSE
Member of Congress

PAUL TONKO
Member of Congress

NYDIA VELAZQUEZ
Member of Congress

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*

## Control Sheet

*April 07, 2020*

|  |  |
|---:|:---|
| **Census Id:** | CQAS-10242 |
| **DOC Number:** | |
| **Correspondence Type:** | Congressional NOT Constituent |
| **Action Office:** | DCCO |
| **Signature:** | |
| **Subject:** | Letter from Tom O'Halleran to Director Dillingham regarding the Census Bureau's plans to enumerate Tribal Communities in light of COVID-19 |
| **Instructions:** | Please prepare draft for formal response. |
| | Please let CQAS know if this is the incorrect action office. |
| **Due in CQAS:** | 04/21/2020 |
| **Sender:** | Tom O'Halleran (D-AZ-01) |
| **Constituent:** | |
| **Corr Date:** | 04/07/2020 |
| **Rec Date:** | 04/07/2020 |
| **Due Date:** | 04/27/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Director Dillingham |
| **Infocopy:** | Stanley,DCCO,Hawkins |

Concurrence

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surname | | | | | | | | |
| Initials | | | | | | | | |
| Date | | | | | | | | |



**WASHINGTON OFFICE:**
324 Cannon House Office Building
Washington, DC 20515
(202) 225-3361
Fax: (202) 225-3462

**FLAGSTAFF OFFICE:**
405 N. Beaver St., Suite 6
Flagstaff, AZ 86001
(928) 286-5338
Fax: (928) 779-6510

**CASA GRANDE OFFICE:**
211 N. Florence St., Suite 1
Casa Grande, AZ 85122
(520) 316-0839
Fax: (520) 316-0842

# TOM O'HALLERAN

1ST DISTRICT, ARIZONA

April 7, 2020

Steven Dillingham
Director
U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Dear Director Dillingham,

I am writing to express my concern with how the 2019 Novel Coronavirus (COVID-19) will impact Census enumeration in Tribal communities and Native Nations, who are already behind urban communities in enumeration. I would like to understand what the Census Bureau is doing to mitigate these issues.

As you are aware, COVID-19 has forced many communities, including Tribal governments, to issue shelter-in-place orders. These orders have limited the ability of many individuals to obtain forms and return their Census responses. This is particularly true in rural communities, where individuals must drive long distances and visit communal gathering places to use the postal system or the internet. Further, limited postal, phone, and internet access in many Tribal communities and Native Nations means that many of these communities are served by enumerators who must do a physical count.

As you know, the results of the Census are critically important for the distribution of federal funding. Unfortunately, COVID-19 will limit the ability of enumerators to collect responses. I am concerned that the virus will also limit the willingness of individuals to meet with enumerators and further jeopardize an accurate count. For example, the Navajo Nation has been under a shelter-in-place order since March 21, and the State of Arizona since March 30. Additionally, I am concerned that it will be more difficult, if not impossible, to find enumerators able to travel long distances and do counts in rural, Native communities.

As such, I would like your responses to the following questions:

- Do you intend to extend the duration of the Census?
- Do you intend to hire additional enumerators on reservations?
- Do you intend to work with Tribal governments to improve enumeration?

The Census is one of the Federal government's most important responsibilities. I appreciate your hard work to ensure an accurate count, and I look forward to your timely response.

Sincerely,

Tom O'Halleran
Member of Congress

## Fw: Rep. O'Halleran Letter to Director Dillingham

### Mark G Dorsey (CENSUS/ADCOM FED) <mark.g.dorsey@census.gov>

Tue 4/7/2020 12:06 PM

**To:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>; Dee A Alexander (CENSUS/OCIA FED) <Dee.A.Alexander@census.gov>; Bina K Saafi (CENSUS/OCIA FED) <bina.k.saafi@census.gov>; **OCIA Web Contact List <ocia.web.contact.list@census.gov>**; Melissa K Bruce (CENSUS/OCIA FED) <melissa.k.bruce@census.gov>; Lewis H Footer (CENSUS/OCIA CTR) <lewis.h.footer@census.gov>

📎 1 attachments (157 KB)
Tribal Census 4.7.2020.pdf;

Please control.

Thanks,

**Mark Dorsey,** Congressional Liaison, Office of Congressional & Intergovernmental Affairs, U.S. Census Bureau
Cell 202.779.1388  mark.g.dorsey@census.gov
<u>census.gov</u>  Connect with us on <u>Social Media</u>

---

**From:** Babbitt, Paul <Paul.Babbitt@mail.house.gov>
**Sent:** Tuesday, April 7, 2020 11:29 AM
**To:** OCIA Web Contact List <ocia.web.contact.list@census.gov>
**Cc:** LettersBills, AZ01 <AZ01.LettersBills@mail.house.gov>
**Subject:** Rep. O'Halleran Letter to Director Dillingham

Hello,

Attached please find a letter from Rep. O'Halleran to the Director. Please do not hesitate to let me know if there is anything else I can do to assist in getting this in the correspondence system.

Thanks,

Paul

**Paul Babbitt** | Senior Advisor
Office of Congressman Tom O'Halleran (AZ-01)
324 Cannon House Office Building | Washington D.C. | 202-225-3361

DOC_0001652

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*

**Control Sheet**

*March 24, 2020*

| | |
|---:|---|
| **Census Id:** | CQAS-10202 |
| **DOC Number:** | |
| **Correspondence Type:** | Congressional |
| **Action Office:** | DCCO |
| **Signature:** | Dillingham |
| **Subject:** | Delegation regarding college students 2020 Census responses during current campus closures. |
| **Instructions:** | Prepare response for Director's signature. |
| **Due in CQAS:** | 04/01/2020 |
| **Sender:** | D-MA- Elizabeth Warren, Edward J. Markey, Stephen F. Lynch, Joseph P. Kennedy, William Keating, James P. McGovern, Lori Trahan, Seth Moulton, Ayanna Pressley, Katherin Clark, Richard F. Neal |
| **Constituent:** | |
| **Corr Date:** | 03/23/2020 |
| **Rec Date:** | 03/24/2020 |
| **Due Date:** | 04/06/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Director |
| **Infocopy:** | ADDC,Stanley |

Concurrence

| Surname | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Initials | | | | | | | | |
| Date | | | | | | | | |

## Fw: Letter from Massachusetts delegation

**OCIA (CENSUS/OCIA)** <ocia@census.gov>

Tue 3/24/2020 9:40 AM

**To:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>; Eduardo I Guity (CENSUS/PH FED) <eduardo.i.guity@census.gov>; Mark G Dorsey (CENSUS/ADCOM FED) <mark.g.dorsey@census.gov>

📎 1 attachments (131 KB)
2020.03.23 Letter to census bureau re counting college students during closures.pdf;

please control.  attachment saved on M: drive and here on email.

Lee

---

**From:** McCartney, Abby (Warren) <Abby_McCartney@warren.senate.gov>
**Sent:** Monday, March 23, 2020 06:15 PM
**To:** OCIA Web Contact List <ocia.web.contact.list@census.gov>
**Subject:** Letter from Massachusetts delegation

Hi,

I'm attaching a letter from the Massachusetts delegation regarding college students during the current campus closures. Let me know if you have any questions!

Hope you're staying safe and healthy!

Abby McCartney
Legislative Fellow
Office of Senator Elizabeth Warren
(202) 507-3424

# Congress of the United States
## Washington, DC 20510

March 23, 2020

Dr. Steven Dillingham
Director
United States Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Dear Dr. Dillingham:

In light of the unprecedented public health emergency caused by the coronavirus disease 2019 (COVID-19) pandemic,[1] we write in strong support of the Commonwealth of Massachusetts's request that you allow colleges and universities to respond to the 2020 Census using administrative data for both on-campus and off-campus students.

The rapid spread of the novel coronavirus and the Centers for Disease Control and Prevention's recommendations for social distancing have led at least 24 colleges and universities in Massachusetts to move their classes online and instruct most students to leave campus.[2] This includes such large universities as Harvard University, Boston University, Northeastern University, and the University of Massachusetts systemt. As a result, Massachusetts's university students are currently dispersed all over the United States and the world.

We are deeply concerned that in the current circumstances, continuing to count students residing in institutions by collecting individual student surveys will result in a drastic undercount for Massachusetts. Your guidance to students and universities thus far has called for students to be counted at their university if that is where they would have resided on April 1, absent temporary closures; however, it will be exceptionally difficult to communicate that message to every student who has been temporarily displaced from their campus community. Because Massachusetts has a high concentration of colleges and universities, under-counting this group would result in the loss of essential funding and services that students rely on while they are living in the Commonwealth.

We therefore urge you to allow the Massachusetts Secretary of State to work with colleges and universities to determine accurate counts using administrative data for all the colleges' and universities' registered students. As Secretary Galvin wrote to you on March 10,[3] the Commonwealth is confident that directory records can be used to identify student populations accurately. Allowing for this flexibility will ensure that this unprecedented emergency situation

---

[1] Letter from Secretary William Francis Galvin to Dr. Stephen Dillingham, March 10, 2020.
[2] WBUR, "All the Massachusetts Colleges That Have Canceled Classes," updated March 18, 2020, https://www.wbur.org/edify/2020/03/11/colleges-universities-remote-online-coronavirus.
[3] Letter from Secretary William Francis Galvin to Dr. Stephen Dillingham, March 10, 2020.

does not result in a decade of inaccurate and inequitable representation and funding for our constituents.

Thank you for your consideration of this urgent matter.

Sincerely,


Elizabeth Warren
United States Senator

Edward J. Markey
United States Senator


Stephen F. Lynch
Member of Congress

Joseph P. Kennedy, III
Member of Congress


William Keating
Member of Congress

James P. McGovern
Member of Congress


Lori Trahan
Member of Congress

Seth Moulton
Member of Congress


Ayanna Pressley
Member of Congress

Katherine Clark
Member of Congress


Richard E. Neal
Member of Congress

2

# Congress of the United States
## Washington, DC 20515

March 13, 2020

Dr. Steven Dillingham, Ph.D
Director
United States Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Director Dillingham:

As Members of the Congressional Hispanic Caucus, we respectfully urge you and to extend the 2020 Census enumeration by three months ending October 31, 2020. Given the grave concern for public health and well-being we have for our constituents and communities regarding the impacts of the novel coronavirus 2019 (COVID-19), we believe that this is a necessary measure to protect both American citizens and the integrity of the Census. The public health emergency impacting all areas of this country threatens the ability of the Census Bureau to safely and fully conduct the decennial census. Given the instructions and recommendations of the Centers of Disease Control and Prevention, National Institute of Allergy and Infectious Diseases, and U.S. Department of Health and Human Services to avoid direct contact with symptomatic persons and the known method of COVID-19 transmission from person-to-person, we foresee that adhering to these principles will limit the ability of enumerators to undertake the non-response follow-up process and will hamper the participation of Americans nationwide. This will particularly impact the ability of the Census Bureau to reach individuals in already hard to count and undercounted communities.

Under the provisions of the U.S. Constitution, the Census Bureau must deliver apportionment counts to the President and Congress by December 31, 2020. While the current end date of July 31, 2020 for collection of enumerations is intended to allow the Census Bureau enough time to tabulate the responses from the enumeration, present circumstances require a change. As COVID-19 and changes to individual and collective social habits could severely depress both the self-response rate and follow-up rate, it is preferable to extend the collection of responses to ensure that everyone is counted, rather than accept what may be a massive undercount. Recognizing that the extension of the enumeration will place a burden on the Census Bureau to provide the official apportionment in time as required by law, we urge the Census Bureau to utilize its contingency funds, and we are supportive of providing emergency funding to the Census Bureau, both for the extended enumeration and expedited tabulation process.

We thank you for your work to ensure that every person in this country is counted. We request that Congress be consulted on any changes to the Census timeline, and that all necessary protections are taken to ensure that communities of color and undercounted communities are

PRINTED ON RECYCLED PAPER

counted. Hand and hand with a full count is the need for accurate reporting of data, and the Census Bureau must ensure that this undertaking is also handled with the utmost care. We trust that you share our concerns regarding the effects of COVID-19 on the 2020 Census. As such, we urge you to accept this request for extension, and to work with Congress and our partners across the country to ensure a complete and accurate enumeration.

Sincerely,



Adriano Espaillat
Member of Congress

**ADDITIONAL SIGNATORIES**

Rep. Veronica Escobar
Rep. Raúl M. Grijalva
Rep. Jim Costa
Rep. Juan Vargas
Rep. Ruben Gallego
Rep. Jesús G. "Chuy" García
Rep. Gilbert R. Cisneros
Rep. Alexandria Ocasio-Cortez
Rep. Ben Ray Luján
Rep. Sylvia Garcia
Rep. Vicente Gonzalez

*Congress of the United States*

*Washington, D.C. 20515*

March 13, 2020

Wilbur L. Ross, Jr.
Secretary
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

Dr. Steven Dillingham
Director
U.S. Census Bureau
4600 Silver Hill Road
Washington, D.C. 20233

Dear Secretary Ross and Director Dillingham:

We write to express our concerns regarding the impact of the novel coronavirus 2019 (COVID-19) on participation and operations for the 2020 Census, particularly as it presents an increased risk of an undercount. We understand that the Census Bureau is actively monitoring the situation in order to adapt operations to ensure a complete and accurate count. As you develop contingency plans, we urge you to consider how historically marginalized communities, people experiencing homelessness, and communities with low broadband access will be reached.

As Members of Congress, we have been working with local, state, and non-government stakeholders to ensure my constituents have adequate opportunities to respond to the 2020 Census. We have secured Mobile Questionnaire Assistance Centers (MQACs) in communities, organized Census job fairs, and coordinated outreach events. By working with trusted community partners, constituents have access to language and technical assistance when completing the Census. Unfortunately, many of these activities involve members of the community coming together.

Due to recent developments around COVID-19, there is increased concern and uncertainty about attending any community events. As a result, large and small events across the country have been canceled. It may seem simple to encourage everyone to respond online. However, this method is not an option for thousands of people.

While we appreciate your work to build a robust online infrastructure, simply pointing people to the online form is insufficient. We urge you to consider alternative options including but not limited to: extending the enumeration period for non-response follow up and for people experiencing homelessness. We believe these steps are necessary to protect public health while ensuring a complete and accurate count.

In order to provide adequate resources to constituents, please provide written responses to the following questions by March 27, 2020:

1.  What steps is the Bureau taking to develop contingency plans for the 2020 Census during the current pandemic?
    a.  How will contingency plans address the needs of people with little to no access to broadband?
    b.  How will people living in non-traditional housing be reached?
    c.  How will people experiencing homelessness be reached?
    d.  How will individuals who have been quarantined as a result of COVID-19 be reached?
    e.  How will individuals residing in skilled nursing facilities and nursing facilities be reached? Individuals residing in Department of Veterans Affair Community Living Centers (VA Nursing Homes)?
2.  How will the Census Bureau ensure the health and safety of enumerators?
3.  What guidance will you provide to operators of Mobile Questionnaire Centers?
4.  What safety precautions is the Census Bureau taking to ensure the health and safety of those staffing and visiting MQCs? How quickly will community partners be expected to adapt to changes set in place by the Bureau as a result of the pandemic?
5.  When will the Bureau issue guidance to local, state, and non-government partners that are hosting community events?

Thank you in advance for your responses to these critical questions. We appreciate your efforts to ensure a complete and accurate count.

Sincerely,

_____
Linda T. Sánchez
Member of Congress

_____
J. Luis Correa
Member of Congress

_____
Harley Rouda
Member of Congress

_____
Debbie Mucarsel-Powell
Member of Congress

_____
Gilbert R. Cisneros, Jr.
Member of Congress

_____
Ruben Gallego
Member of Congress



_____
Raúl M. Grijalva
Member of Congress

_____
Brian Higgins
Member of Congress

_____
Pramila Jayapal
Member of Congress

_____
Jerry McNerney
Member of Congress

_____
Bill Pascrell, Jr.
Member of Congress

_____
Darren Soto
Member of Congress

_____
Silvia R. Garcia
Member of Congress

_____
Dina Titus
Member of Congress

_____
TJ Cox
Member of Congress

_____
Filemon Vela
Member of Congress

_____
Thomas R. Suozzi
Member of Congress

_____
Mary Gay Scanlon
Member of Congress

_____
Zoe Lofgren
Member of Congress

_____
Steven Horsford
Member of Congress

John Larson
Member of Congress

Jimmy Panetta
Member of Congress

Doris Matsui
Member of Congress

Member of Congress

Alcee L. Hastings
Member of Congress

Member of Congress

Susie Lee
Member of Congress

Eddie Bernice Johnson
Member of Congress

Pete Aguilar
Member of Congress

Deb Haaland
Member of Congress

Joyce Beatty
Member of Congress

Member of Congress

John Lewis
Member of Congress

Ben Ray Luján
Member of Congress

Judy Chu
Member of Congress

Lucille Roybal-Allard
Member of Congress

Jan Schakowsky
Member of Congress

Jimmy Gomez
Member of Congress

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*

**Control Sheet**

*April 01, 2020*

|  |  |
|---:|---|
| **Census Id:** | CQAS-10226 |
| **DOC Number:** | |
| **Correspondence Type:** | Letter |
| **Action Office:** | DCCO |
| **Signature:** | |
| **Subject:** | Letter from National Urban League with recommendations for 2020 Census operations regarding COVID-19 |
| **Instructions:** | Please prepare draft for formal response. |
| | Please let CQAS know if this is the incorrect action office. |
| **Due in CQAS:** | 04/15/2020 |
| **Sender:** | National Urban League |
| **Constituent:** | |
| **Corr Date:** | 03/31/2020 |
| **Rec Date:** | 04/01/2020 |
| **Due Date:** | 04/21/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Secretary Wilbur Ross |
| **Infocopy:** | ADDC,Stanley,Hawkins |

Concurrence

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surname | | | | | | | | |
| Initials | | | | | | | | |
| Date | | | | | | | | |



**National Urban League**

*Empowering Communities.*
*Changing Lives.*

**Marc H. Morial**
**President and CEO**

80 Pine Street, 9ᵗʰ Floor
New York, NY  10005

Phone  212 558 5336
Efax    646 568 2165

www.nul.org
www.iamempowered.com
presidentoffice@nul.org

March 31, 2020

The Honorable Wilbur L. Ross, Jr.
U.S. Secretary of Commerce
Office of the Secretary
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, DC  20230

Dear Secretary Ross,

The National Urban League applauds the Census Bureau's recent announcement to further suspend 2020 Census operations due to continued health concerns associated with the Coronavirus.  As a two-term former Mayor of New Orleans, Louisiana—a city reportedly experiencing the world's fastest growth in new COVID-19 cases, I fully understand the tremendous caution the Census Bureau must take to protect the public and its employees. At the same time, we are mindful of the Constitutional mandate to conduct a fair and accurate decennial census, notwithstanding an unprecedented national public health crisis that threatens an accurate count of historically undercounted populations.

The National Urban League and leaders of our *2020 Census Black Roundtable* (a coalition of civil rights and national leaders, clergy, state and local representative organizations), stand with the Census Bureau as it monitors and adjusts census operations in compliance with rapidly changing public health directives. In doing so, we strongly recommend the Census Bureau undertake the following actions to ensure an accurate count of all populations during this pandemic--especially the black population which already is at high risk of a significant 2020 census undercount, according to recent research (Urban Institute, Pew Research).

**Recommendations:**

- **Amend the 2020 Census Communications Campaign.** Provide new messaging, reflecting 1) the current public health crisis of fear, 2) the adjusted 2020 Census operations schedule, and 3) paid advertising for the *duration* of field operations--including Nonresponse Follow-up (NRFU). Pre-Coronavirus, the 2020 Census paid advertising campaign was originally scheduled to end a month *prior* to the end of NRFU. Given constantly changing public health directives and ongoing adjustments to 2020 Census operations, targeted advertising and messaging are needed throughout the duration of *all* field enumerations to ensure a complete count of the hardest to count.

- **Strengthen and *broadly* communicate adjusted plans to the public** beyond the Census webpage and media briefings, especially regarding the enumeration of the homeless, off campus college students, and NRFU operations. Partnership Specialists, Complete Count Committees and trusted voices must have *accurate, consistent and timely* information to communicate these changes and encourage Census participation.

- **Immediately ascertain the Census Bureau's ability to sustain Telephone Questionnaire Assistance (TQA) Centers.** Growing public health calls for social distancing create workplace safety concerns for TQA call centers whose staff work in close contact with one another and may not return to TQA call centers to work, out of fear of contracting the virus. Confirmed COVID-19 cases at Census facilities and buildings do not help this situation.  Pending this decision, a significant communications campaign, will be needed to encourage Internet and paper response, especially for persons with low English proficiency, households without Internet access and persons distrustful of the Internet.

- **Increase transparency and engagement** with Congressional representatives, Census stakeholders and the public to gain support and increase trust during these difficult times.

- **Remove obstacles to Census hiring**.  Current Census plans to temporarily "pause" applicant fingerprinting as a public health safety precaution to protect employees and job applicants, while necessary, will only exacerbate long-term, systemic 2020 Census hiring backlogs and threaten NRFU operations. While Census has exceeded its 2.5 million *recruitment* goal this does not equate having 500,000 "boots on the ground," trained and ready for NRFU enumeration.

- **End the current piecemeal and confusing, week to week approach of temporarily pausing census operations. <u>Extend the time period for the public to respond to the Census at least 30 days beyond the current August 14th end date, if not longer.</u>** President Donald Trump wisely extended the deadline for filing taxes a full three months until July 15, due to the Coronavirus. The same sense of urgency should be applied to the 2020 Census.

In closing, the National Urban League and the *2020 Census Black Roundtable* applaud the Census Bureau's recently adapted <u>public advertising campaign</u> messaging to reflect the current public health crisis. It is a great start, but much more is needed.  The Urban League and 2020 Census Black Roundtable colleagues have already mobilized in unity for an accurate count and will double our efforts to use the power of our networks as trusted voices to encourage self-response and increased trust in the 2020 Census.

The Honorable Wilbur L. Ross, Jr.
March 31, 2020
Page 3 of 3

Please do not hesitate to call upon us as we navigate these unprecedented challenges to an accurate and complete Census count.

Best regards,

Marc H. Morial
President and CEO
National Urban League

Attachment:  List of 2020 Census Black Roundtable Members

cc:     Lawson Kluttz, Acting Deputy Assistant Secretary for Legislative and
        Intergovernmental Affairs, U.S. Department of Commerce
        lkluttz@doc.gov

        Steven Dillingham, U.S. Census Director
        steven.dillingham@census.gov

        Al Fontenot, Associate Director, Decennial Census Programs,
        albert.e.fontenot@census.gov

Letter to Sec. Ross from NUL

Eduardo I Guity (CENSUS/PH FED) <eduardo.i.guity@census.gov>

Wed 4/1/2020 4:47 PM

**To:** BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>
**Cc:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>

📎 1 attachments (317 KB)
Hon Wilbur L Ross Jr.pdf;

Hello,

Please control,

Saludos cordiales,

**Eduardo I. Guity**
**Congressional Liaison**
**Office of Congressional and Intergovernmental Affairs (OCIA)**
U.S. Census Bureau
Office: 301.763.9794  Cell: 202.860.6370
Email: eduardo.i.guity@2020census.gov
www.census .gov  |  @uscensusbureau

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*
                                 **Control Sheet**                              *April 14, 2020*

|                       |                                                                     |
|----------------------:|---------------------------------------------------------------------|
| **Census Id:**        | CQAS-10266                                                           |
| **DOC Number:**       |                                                                     |
| **Correspondence Type:** | Congressional NOT Constituent                                    |
| **Action Office:**    | DCCO                                                                 |
| **Signature:**        | Director                                                             |
| **Subject:**          | CAPAC request the Census Bureau to take the following actions to compensate for diminished in-person outreach while ensuring that 2020 Census operations during the COVID-19 pandemic and have follow up questions be answered by 4/19/2020. |
| **Instructions:**     | Prepare for the Director's signature. Signees: EXECUTIVE BOARD       |

Rep. Judy Chu, Chair Sen. Tammy  Duckworth Sen. Kamala Harris
Sen. Mazie K. Hirono  Sen. Brian Schatz
Rep. Ami Bera
Rep. Ed Case
Rep. Gil Cisneros
Rep. TJ Cox
Rep. Tulsi Gabbard
Rep. Jimmy Gomez
Rep. Al Green
Rep. Pramila Jayapal Rep. Ro Khanna
Rep. Andy Kim
Rep. Raja Krishnamoorthi Rep. Barbara Lee
Rep. Ted Lieu
Rep. Doris O. Matsui  Rep. Grace Meng
Rep. Stephanie Murphy Rep. Gregorio Sablan Rep. Michael San Nicolas Rep. Bobby Scott
Rep. Mark Takano
ASSOCIATE MEMBERS  Rep. Pete Aguilar
Rep. Nanette Barragn Rep. Karen Bass
Rep. Suzanne Bonamici Rep. Brendan Boyle
Rep. Salud Carbajal Rep. Katherine Clark Rep. Gerald Connolly  Rep. Lou Correa
Rep. Susan Davis
Rep. Suzan DelBene Rep. Debbie Dingell Rep. Anna Eshoo
Rep. Marcia Fudge
Rep. Hakeem Jeffries Rep. Zoe Lofgren
Rep. Alan Lowenthal Rep. Carolyn Maloney Rep. Jerry McNerney Rep. Gregory Meeks
Rep. Jerrold Nadler
Rep. Grace Napolitano Rep. Jimmy Panetta  Rep. Scott Pe ters
Rep. Katie Porter
Rep. Jamie Raskin
Rep. Harley Rouda
Rep. Lucille Roybal-Allard Rep. Linda Snchez
Rep. Janice Schakowsky Rep. Adam Schiff
Rep. Brad Sherman
Rep. Adam Smith
Rep. Jackie Speier
Rep. Thomas Suozzi Rep. Eric Swalwell

Concurrence

| Surname  |  |  |  |  |  |  |  |  |
|----------|--|--|--|--|--|--|--|--|
| Initials |  |  |  |  |  |  |  |  |
| Date     |  |  |  |  |  |  |  |  |

Rep. Dina Titus
Rep. Juan Vargas
Rep. Nydia Velzquez Rep. Maxine Waters Rep. Bonnie Watson Coleman

**Due in CQAS:** 04/22/2020

**Sender:** Judy Chu (D-CA-27), Tammy Duckworth (D-IL), Kamala Harris (D-CA)

**Constituent:**

**Corr Date:** 04/14/2020

**Rec Date:** 04/14/2020

**Due Date:** 04/28/2020

**Confidential Information:** No

**Addressee:** Dr. Steven Dillingham

**Infocopy:** ADDC,OCIA/CAO,Hawkins

Concurrence

| Surname | | | | | | | | |
|---------|---|---|---|---|---|---|---|---|
| Initials | | | | | | | | |
| Date | | | | | | | | |



2423 Rayburn House Office Building • Washington, D.C. 20515 • 202.225.5464 • http://capac.chu.house.gov

**EXECUTIVE BOARD**
Rep. Judy Chu, Chair
Sen. Tammy Duckworth
Sen. Kamala Harris
Sen. Mazie K. Hirono
Sen. Brian Schatz
Rep. Ami Bera
Rep. Ed Case
Rep. Gil Cisneros
Rep. TJ Cox
Rep. Tulsi Gabbard
Rep. Jimmy Gomez
Rep. Al Green
Rep. Pramila Jayapal
Rep. Ro Khanna
Rep. Andy Kim
Rep. Raja Krishnamoorthi
Rep. Barbara Lee
Rep. Ted Lieu
Rep. Doris O. Matsui
Rep. Grace Meng
Rep. Stephanie Murphy
Rep. Gregorio Sablan
Rep. Michael San Nicolas
Rep. Bobby Scott
Rep. Mark Takano

**ASSOCIATE MEMBERS**
Rep. Pete Aguilar
Rep. Nanette Barragán
Rep. Karen Bass
Rep. Suzanne Bonamici
Rep. Brendan Boyle
Rep. Salud Carbajal
Rep. Katherine Clark
Rep. Gerald Connolly
Rep. Lou Correa
Rep. Susan Davis
Rep. Suzan DelBene
Rep. Debbie Dingell
Rep. Anna Eshoo
Rep. Marcia Fudge
Rep. Hakeem Jeffries
Rep. Zoe Lofgren
Rep. Alan Lowenthal
Rep. Carolyn Maloney
Rep. Jerry McNerney
Rep. Gregory Meeks
Rep. Jerrold Nadler
Rep. Grace Napolitano
Rep. Jimmy Panetta
Rep. Scott Peters
Rep. Katie Porter
Rep. Jamie Raskin
Rep. Harley Rouda
Rep. Lucille Roybal-Allard
Rep. Linda Sánchez
Rep. Janice Schakowsky
Rep. Adam Schiff
Rep. Brad Sherman
Rep. Adam Smith
Rep. Jackie Speier
Rep. Thomas Suozzi
Rep. Eric Swalwell
Rep. Dina Titus
Rep. Juan Vargas
Rep. Nydia Velázquez
Rep. Maxine Waters
Rep. Bonnie Watson
Coleman

April 14, 2020

Dr. Steven Dillingham
Director
U.S. Census Bureau
4600 Silver Hill Road
Suitland, MD 20746

Dear Dr. Dillingham:

We greatly appreciate all that the Census Bureau has done over the past few weeks to alter operations for the 2020 Census in response to the COVID-19 pandemic. As the Census Bureau continues to shift operations to align with evolving public health guidance, the Congressional Asian Pacific American Caucus (CAPAC) would like to work with you to ensure that the Asian American, Native Hawaiian, and Pacific Islander (AANHPI) community is fully counted in the 2020 Census.

Unfortunately, the COVID-19 crisis has upended the lives of millions of Americans and changed the way we go about our daily lives. Due to social distancing measures and stay-at-home orders in multiple states, many of the in-person outreach strategies the Census Bureau had initially planned to conduct are no longer feasible without posing a significant risk to public health. Much of this outreach was focused on in-person contact by Census staff and Census Partners, such as canvassing, Mobile Questionnaire Assistance, and in-person outreach at events and places where people gather. The Census Bureau emphasized that any gaps in language access and in-language advertising would be addressed at the local level through Census Partners, hiring from within hard-to-count communities, and meeting people where they are. Because it will likely be impossible to execute these strategies as planned during the enumeration period, we urge the Census Bureau to reassess its outreach to limited English proficient (LEP) individuals and other hard-to-count communities.

Although the Census Bureau has demonstrated that Americans across the country are still responding to the 2020 Census, these response rates have been uneven. For instance, many census tracts with a high density of AANHPIs, particularly those in New York, are responding to the census at dramatically lower rates than the country overall. Early analysis of response rates has also shown that the national response rate is lower at this point in the enumeration period than it was in 2010. Furthermore, it has been shown that communities with a high percentage of limited

English proficient individuals have even lower response rates.[1] We are greatly concerned that without traditional outreach methods, as well as innovative methods to mimic the effect of those traditional outreach efforts, an undercount of the AANHPI community and other historically undercounted populations will likely occur.

Accordingly, we urge the Census Bureau to take the following actions to compensate for diminished in-person outreach while ensuring that 2020 Census operations do not pose a threat to public health and safety:

- **Bolster Paid Advertising to the AAPI Community**: While we applaud the Census Bureau's original outreach strategy that aimed to conduct in-person outreach in 59 languages, it is imperative that the Census Bureau develops a new plan to fill current gaps in its outreach plans to reach LEP persons and other hard-to-count communities. Bolstering paid, in-language advertising is one way to achieve this. We urge the Census Bureau to continue to utilize its robust funding to increase paid advertising for 2020 Census outreach, as well as to expand the number of languages in which paid advertising will be conducted. In particular, we ask that the Census Bureau makes TV ad buys in South Asian languages and other AAPI languages where possible; expand the online and social media advertising program to all 59 languages in which in-person outreach would have been conducted; expand in-languages ad buys in print and radio media to include more AAPI languages; begin an in-language direct mail non-response follow-up program; and continue ad buys throughout the entire enumeration period.

- **Utilize Census Partners:** As trusted community voices, Census Partners must remain an integral part of the 2020 Census outreach strategy to AANHPIs and other hard to count communities. We urge the Census Bureau to continue to work on finding alternative means for Census Partners to get out the count. While the reach of many Census Partners is limited by social distancing measures, outreach can still be conducted online through social media and email, as well as by mail and by phone.

- **Provide Weekly Response Rates to Congress:** CAPAC Members have made several requests for data on the progress of the 2020 Census within their respective congressional districts. As the Census Bureau shifts operations to address the COVID-19 pandemic, we ask that the Census Bureau provide all congressional offices with weekly updates on the progress of the 2020 Census. In particular, we ask that the Census Bureau provide a projected response rate for the AANHPI community and other communities of color to the best of its ability. While we are aware that it is impossible to know the response rate by demographic group before tabulation begins, we ask that the Census Bureau use other proxies such as community demographics by geography to track this critical information.

---

[1] CUNY Center for Urban Research, Census 2020 Response Rate Analysis Week 1, https://www.gc.cuny.edu/Page-Elements/Academics-Research-Centers-Initiatives/Centers-and-Institutes/Center-for-Urban-Research/CUR-research-initiatives/Census-2020-Response-Rate-Analysis-Week-1

2

- **Address Long Wait Times for Census Call Centers:** In order to adapt to the current public health crisis, the Census Bureau implemented social distancing policies in call centers that provide over-the-phone enumeration. An unfortunate consequence of this policy is that wait times increased significantly for respondents who attempted to complete the Census over the phone. Many LEP respondents with limited internet access have been utilizing the phone response option to access in-language assistance. Some of these respondents have reported waiting for extended periods of time on the line for in-language assistance, while others have been unable to connect with operators in their language of choice. The Census Bureau recently announced that the capacity of call centers will be increased to remedy this problem. We applaud the Census Bureau for taking action, but also encourage the Bureau to continue to monitor wait times and adjust accordingly as needed.

- **Provide Updates on Staff Demographics:** When the Census Bureau is able to safely resume partial or full operations, we ask that the Census Bureau provide us with data on the number of Census field staff that have been onboarded within each congressional district. This data should be disaggregated and include the race, ethnicity, and language capabilities of the onboarded staff, statistics on the degree to which the demographics and language capabilities of onboarded staff are reflective of the communities in which they are performing outreach, and statistics on the number of field staff who are geographically from the communities they are performing outreach to.

- **Assess Alternatives to In-Person Outreach:** We urge the Census Bureau to continue to refrain from any in-person outreach to non-responding households that may jeopardize public health. Given the well-documented historical undercount of communities of color, we encourage the Census Bureau to consider other means of performing non-response follow-up in order to mitigate the need for in-person follow-up that may disproportionally put the health of communities of color at risk.

In addition to the aforementioned requests, we would also like to ask the Census Bureau to respond to the following questions by no later than Tuesday, April 21, 2020.

1. How is the Census Bureau altering its overall outreach strategy while field operations are suspended?
2. How will this altered strategy reach hard-to-count communities and the AANHPI community in particular?
3. How is the Census Bureau adjusting its communications plan in response to COIVD-19?
4. How much funding has the Census Bureau already shifted to the communications program, and how much additional funding does the Census Bureau plan on shifting to the communications program? Please provide as much detail as possible on additional expenditures for advertising and other forms of communication in light of operational adjustments and COVID-19 related challenges.

3

5. How is the Census Bureau planning on using its carryover funds to adapt operations for the 2020 Census? Please provide as much detail as possible on how carryover funds are being utilized for operational adjustments and COVID-19 related challenges.

6. What is the status of the Census Bureau's planned South Asian language ad buys and what media markets will these ads appear in?

7. What other languages is the Census Bureau planning on expanding their paid media program to?

8. To address the fact that the COVID-19 crisis is changing where people usually are, will the Census Bureau conduct targeted outreach to college students as part of bolstering its paid advertising to ensure students know where they should be counted? Is there a plan to conduct specific outreach to AANHPI students and other hard to count populations, such as partnering with Minority Serving Institutions? Please provide as much detail as possible on how the Bureau will address this issue.

9. What methods for non-response follow-up is the Census Bureau planning on utilizing while in-person outreach is untenable?

10. How is the Census Bureau currently assessing response rates from hard-to-count communities and the AANHPI community in particular?

11. How has the Census Bureau continued to collaborate and work with local Census Partners even though current field operations have been suspended?

12. Households in the insular areas of Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands are enumerated in person and do not have the option of completing the Census online, over the phone, or by mail. How is the Census Burea planning to ensure that the insular areas are enumerated while field operations are postponed?

13. The Census Bureau recently announced that it is taking steps to decrease wait times for over the phone respondents by reinstating the callback option and making more employees available to respond to requests. How much has capacity been increased at call centers, and what is the increase per call center, per language option, and per language per call center?

14. If the Census Bureau is utilizing remote operators in its call centers, what has the increase in remote operating capacity been, and how does this increase differ by language option? What is the new average wait time overall and per language option?

We appreciate all that the Census Bureau has done to adapt its operations during the COVID-19 pandemic. Please continue to keep us updated whenever significant changes are made regarding the 2020 Census. We look forward to receiving your response to our letter, as well as our continued work together to ensure the AANHPI community is fully counted in the 2020 Census.

Sincerely,

Judy Chu
Member of Congress
CAPAC Chair

Grace Meng
Member of Congress
CAPAC First Vice Chair

4

/s/ Kamala Harris
Kamala Harris
U.S. Senator

/s/ Mark Takano
Mark Takano
Member of Congress
CAPAC Second Vice Chair

/s/ Ted W. Lieu
Ted W. Lieu
Member of Congress
CAPAC Whip


/s/ Ed Case
Ed Case
Member of Congress

/s/ Gilbert R. Cisneros, Jr.
Gilbert R. Cisneros, Jr.
Member of Congress

/s/ TJ Cox
TJ Cox
Member of Congress


/s/ Ro Khanna
Ro Khanna
Member of Congress

/s/ Barbara Lee
Barbara Lee
Member of Congress

/s/ Michael F.Q. San Nicolas
Michael F.Q. San Nicolas
Member of Congress


/s/ Anna G. Eshoo
Anna G. Eshoo
Member of Congress

/s/ Deb Haaland
Deb Haaland
Member of Congress

/s/ Alan Lowenthal
Alan Lowenthal
Member of Congress


/s/ Grace F. Napolitano
Grace F. Napolitano
Member of Congress

/s/ Linda T. Sánchez
Linda T. Sánchez
Member of Congress

/s/ Jan Schakowsky
Jan Schakowsky
Member of Congress


/s/Jackie Speier
Jackie Speier
Member of Congress

/s/ David Trone
David Trone
Member of Congress

/s/ Nydia M. Velázquez
Nydia M. Velázquez
Member of Congress

5

## MT Gov Bullock Letter

### Sabrina McNeal (CENSUS/OCIA CTR) <sabrina.e.mcneal@census.gov>

Tue 4/14/2020 11:22 AM

**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; BOC Correspondence Quality Assurance (CENSUS) <boc.correspondence.quality.assurance@census.gov>
**Cc:** Van R lawrence (CENSUS/OCIA FED) <Van.R.Lawrence@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>

📎 1 attachments (178 KB)
Gov Bullock Letter - Census Extension.pdf;

---

**Sabrina E. McNeal**
Intergovernmental Affairs Associate, Contractor
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4960 | M: 202-567-8375
census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov



## CONGRESSIONAL HISPANIC CAUCUS

*Joaquin Castro | Chairman*

116TH CONGRESS

April 3, 2020

Dr. Steven Dillingham
Director
United States Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Dear Dr. Dillingham:

As Members of the Congressional Hispanic Caucus (CHC), we write to you today regarding the Census Bureau's plans to ensure a full and accurate count in the 2020 Census in light of the current COVID-19 pandemic. As this public health crisis continues to change the ways in which our country operates, we understand that the Census Bureau is currently evaluating changes to the 2020 Census operational plans, all while ensuring the safety of its workers and the public.

We know the Census Bureau has incorporated years of extensive research, testing, and data into its comprehensive decennial census operation, especially with the Bureau's transition to an online census. While we know the Bureau has emergency and disaster-related contingency plans for the decennial operation, we know that the unprecedented public health crisis requires a recalibration of the Bureau's major operations including Update Leave, Update Enumerate, Mobile Questionnaire Assistance, Group Quarters Enumeration, and Non-Response Follow Up. These are challenging times and we commend the Bureau for prioritizing the health and safety above all in its most recent decision to extend the suspension of in-field operations until at least April 15, 2020.

As members of the CHC, we know that our community has a history of being undercounted and that this public health crisis illuminates the very real peril that a lack of representation and sufficient funding for public health programs presents. According to early research coming from the City University of New York Mapping Service, nationwide self-response rates for the 2020 Census are lagging behind self-response rates for the same time period in the 2010 census.[1] We are concerned about what this means for response rates in Latino communities that were already considered hard-to-count. Over the last year, the CHC has met with yourself and with your senior leadership on a quarterly basis and worked in good faith to identify opportunities to work with the Bureau to ensure an accurate count in the 2020 Census.

As we move forward in these uncertain times, we urge the Bureau to continue operating with this partnership in mind and to keep an open line of communication with CHC offices. We understand the ongoing agility that the

---

[1] https://www.gc.cuny.edu/Page-Elements/Academics-Research-Centers-Initiatives/Centers-and-Institutes/Center-for-Urban-Research/CUR-research-initiatives/Census-2020-Response-Rate-Analysis-Week-1

1

COVID-19 pandemic requires of all census leaders to ensure our communities participate in the 2020 Census. In that spirit, we urge the Census Bureau to begin providing reoccurring updates with all relevant data and metrics to our offices of the Bureau's evolving plans to ensure our messaging and actions align with the Bureau's most pressing needs. We respectfully request telephonic briefings or online briefings for our staff to ensure everyone's health and safety.

In particular, we urge the Census Bureau to share updates with our offices on the following topics:

1. **Employee Safety.** We understand that the Census Bureau has to balance data quality and logistical concerns against the COVID-19 driven imperative to delay operations that require personal contact.
   a. Can you please share updates on the extent to which behind-the-scenes Census Bureau operations have continued? Please also share updates on the additional steps that the Bureau is taking to ensure employee safety.
   b. What is the current operational status of the two census data processing facilities in Jefferson, Indiana and in Tucson, Arizona? What steps is the Bureau taking to ensure employee safety?
   c. We have also heard that there have been COVID-19 cases reported at call centers, or that there is a concern that they will occur, and for that reason phone response capacity is reduced. In view of the paramount importance of self-response mechanisms like the call centers, what is the Bureau doing to get call centers back up to full speed as soon as possible while also meeting public health guidance?

2. **Hiring.** We understand that the hiring and onboarding processes are currently paused due to the level of in-person interaction that these processes require. We also understand that the Bureau has kept job applications open in case the Bureau needs to hire additional workers in the coming months.
   a. Can the Census Bureau share more information on where the hiring and onboarding processes stand as of today?
   b. What percentage of jobs that the Census Bureau originally planned to create have already been filled?
   c. What is the rate of attrition of people who were hired and trained, but have since resigned from their jobs due to health concerns in light of the COVID-19 pandemic?
   d. What are the steps that the Bureau is taking to ensure that these pauses are not affecting the long-term response intake process?
   e. Which additional jobs do you predict you may need to bring on as the Bureau responds to this crisis?

3. **Training.** We understand that the Bureau has paused in-person trainings and shifted to digital trainings. Can you provide an update on this shift to digital training?
   a. Which jobs exactly have shifted to digital trainings?
   b. Are all regions of the country experience equal shifts to digital trainings?
   c. How is the Bureau accounting for communities with low broadband and internet access like New Mexico as it shifts these trainings to digital platforms?
   d. Have all hires been notified and updated of these changes as of today?

4. **Operations in Hard-to-Count Communities:** What resources or efforts can the Bureau shift to places where self-response rates are the lowest and where the Bureau planned to seek out the most in-person contact (Update/Enumerate and Update/Leave census tracts), to best ensure consistency of effort to get out the count?
   a. Can the Bureau ensure that new hires are deployed in hard-to-count communities? If so, how?

2

b. What metrics is the Bureau using to identify tracts and communities where response rates are falling the farthest behind projections and where intensified efforts are and will be most urgently needed?

c. Can the Bureau share any updates on the Mobile Questionnaire Assistance centers? We know these were specifically planned to assist communities with a history of low response rates.

    i. Who is the Bureau consulting with to reach a final decision on mobile questionnaire assistance centers?

    ii. If these centers are suspended indefinitely, how will the Bureau deploy the funding appropriated by Congress specifically for these centers? Will the Bureau commit to consulting Members of Congress before reaching a final decision with regards to Mobile Questionnaire Assistance Centers?

d. Further, we understand that Puerto Rico was supposed to be a 100-percent Update Leave Operation because of previous natural disasters and a lack of clarity about which addresses were still occupied. Please share with our caucus how far along in the Update Leave Operation the Census Bureau got before pausing due to COVID-19 precautions? Please share all pertinent data on how COVID-19 is affecting the response rate in Puerto Rico, if at all, and what the Census Bureau's plans are to address this?

5. **Community Partners.** How is the Census Bureau effectively coordinating with its community partners across the country and in our congressional districts to ensure aligned messaging and outreach efforts?

a. Is the Census Bureau holding regular updates for its community partners?

6. **Communications Plan.** We understand that the Bureau is in the middle of shifting its communications plan to align with new messaging that is mindful of COVID-19. Can the Bureau provide an update on when we can expect this new communications plan?

a. What percentage of the Bureau's messaging plan will be in Spanish? And in which media markets? Will previous allocations change in response to the national emergency?

b. Which trusted Spanish media outlets and networks is the Bureau working with to ensure that Hispanic and Latino communities receive this message?

c. How is or isn't the Bureau incorporating stay-at-home orders across different states into its decision-making for its new communications plan?

d. How is the Bureau making sure that individuals in historically hard to count communities that may be under a stay-at-home order and have low access to broadband are being communicated to on how to complete the 2020 Census?

e. Will the Bureau work with local and state elected officials to obtain special permission, as needed, to conduct any enumeration efforts that are consistent with social distancing guidelines, but may go beyond the bounds of allowed activities under stay-at-home orders?

7. **Census Timeline.** Can you confirm whether the Bureau still anticipates delivering a count to the Office of the President by December 31, 2020?

a. Can you confirm where the Bureau stands on extending the census data tabulation period?

b. If the Bureau believes in keeping the current time frame for the data tabulation period, can the Bureau please share any experientially based projections of how data accuracy degrades in relation to time elapsed since Census Day on April 1, 2020.

8. **Census Bureau Funding.** Is the Bureau still adequately funded to deliver on its constitutional mandate given the challenges presented by COVID-19? We urge the Bureau to provide our offices with continuous updates on the amount of contingency funds spent or projected to be spent so we can adjust Fiscal Year 2021 appropriations in accordance.

3

a. To date, has the Bureau started using its contingency funds? If so, where are these contingency funds being allocated? What portion, if any, has gone directly to equipment to ensure the health and safety of Census Bureau employees?

b. As we continue to amplify the ability to self-respond, can or has the Bureau used contingency funding to set up a system that would allow operators to take calls over the internet from any remote locations in light of health concerns?

As the Census Bureau continues to evaluate next steps, we urge you to work with us and other Members of Congress to reach a well-informed and widely accepted decisions, specifically with regards to timeline changes and adjustments. We look forward to continuing working together to ensure an accurate and complete count of our communities in the 2020 Census.

We appreciate your time to review these questions and look forward to receiving your responses by April 10, 2020.

Sincerely,

| | | |
|---|---|---|
| Joaquin Castro | Ruben Gallego | Nanette Diaz Barragán |
| CHC Chair | CHC First Vice Chair | CHC Second Vice Chair |
| | | |
| Adriano Espaillat | Veronica Escobar | Darren Soto |
| CHC Whip | CHC Freshman Representative | Civil & Voting Rights Chair |
| | | |
| José E. Serrano | Jimmy Gomez | Juan Vargas |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Lucille Roybal-Allard | Tony Cárdenas | Gilbert R. Cisneros, Jr. |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Linda T. Sánchez | Alexandria Ocasio-Cortez | Filemon Vela |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Grace F. Napolitano | Henry Cuellar | Albio Sires |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Ben Ray Luján | Jesús G. "Chuy" García | Sylvia R. Garcia |
| Member of Congress | Member of Congress | Member of Congress |
| | | |
| Nydia M. Velázquez | | |
| Member of Congress | | |

4

**From:** Albert E Fontenot (CENSUS/ADDC FED)
**To:** Steven K Smith (CENSUS/DEPDIR FED)
**Cc:** Christopher J Stanley (CENSUS/OCIA FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Timothy P Olson (CENSUS/ADFO FED); Michael John Sprung (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED); Steven Dillingham (CENSUS/DEPDIR FED)
**Subject:** Re: more materials for Monday
**Date:** Saturday, April 18, 2020 7:57:35 AM
**Attachments:** TPs (high level) on post processing v.6.docx
ATT00001.htm

Perhaps Ali can extract from the attached high level summary-

*Draft 4-17-2020 v5*

<div align="center">

**High Level Talking Points**
**Post-Processing Activities and Timelines**

</div>

**What is post processing and why is it important?**
Post processing refers to the Census Bureau's processes to summarize the individual and household data that we collect into usable, high quality tabulated data products.  Our post processing systems and processes are standardized, tested, and subject to thorough quality assurance procedures so that we can stand behind the data that we produce.

**What activities are part of post processing?**
There are a number of steps in post processing.  At a very high level, post processing starts by merging and standardizing the format of the data we receive from different sources:  self-response data from Internet, telephone, and paper questionnaires; response data from our specialized operations (like Group Quarters Enumeration, Service Based Enumeration, etc.), and nonresponse followup responses collected by census field staff.  We conduct automated and clerical coding of write-in responses. In a small number of housing units we may receive multiple responses.  When that happens we determine the response of record.  We conduct geographic processing activities, such as geocoding which assigns an address to a block.  We perform statistical techniques to account for missing housing unit status and occupancy information and we receive counts for the Federally Affiliated Overseas population.  We then calculate the apportionment counts, and conduct the statutory apportionment calculation to determine the number of seats each State is entitled to in the U.S. House of Representatives.

After production of the apportionment counts (the resident population plus the overseas counts for each state), we conduct additional processing of the characteristic data about respondents.  We perform statistical techniques to account for missing or conflicting characteristic data.  We conduct modern disclosure avoidance techniques on the response file to honor our statutory requirement to protect each individual's confidential information.  Then we tabulate the redistricting data and release it to states.

At every step listed above, we conduct and document rigorous testing and quality assurance of our work.   This includes evaluating census responses and post processing data files at multiple levels of geography compared to multiple sets of benchmark data to ensure the demographic reasonableness of the data and verify that post processing procedures are properly applied.

**Why does post processing take so long?**
As is evident from the description above, post processing activities must, by their nature, occur in a consecutive sequence, and quality assurance needs to be performed at each step of the process. Subject matter expert review is critical to ensuring the quality of the data during this iterative process. It is important to note post processing cannot begin in earnest until all in-field work is completed.  We have examined our schedule and compressed it as much as we can without risking significant impacts on data quality.  Given the important uses of census data collection processing, it is vital that we not short cut these efforts or quality assurance steps.

**What schedule changes are you making?**
The Census Act requires the Census Bureau to produce apportionment counts by 12/31/20 and redistricting data by 3/31/21.  Our plan was to release the apportionment counts the week before Christmas, and to release the redistricting data over a six-week period from mid-February to late March, 2021.

Under the revised schedule, we will produce the apportionment counts by 4/30/2021 and the redistricting data by 7/31/2021.

**What are the implications to post processing of the COVID-19 schedule delays?**

**DP**

We announced this necessary schedule change as early as possible to provide states the maximum possible time to adapt their local processes.  The Census Bureau will continue to look for actions it can take to reduce the impact of this change on the states.

**From:**       Wilbur Ross
**To:**         Walsh, Michael (Federal)
**Subject:**    Second page continued
**Date:**       Sunday, April 19, 2020 1:25:20 PM

# DP

Sent from my iPhone

| From: | Timothy.P.Olson@census.gov |
|---|---|
| To: | PII |
| Subject: | Fwd: more materials for Monday |
| Date: | Sunday, April 19, 2020 6:28:55 AM |
| Attachments: | talking points and Q&A for Oversight briefing.docx |
| | ATT00001.htm |
| | COVID19 congressional correspondence list (1).docx |
| | ATT00002.htm |
| | Talking points on pending COVID congressional letters.docx |
| | ATT00003.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
PII (mobile)
301-763-2072

Begin forwarded message:

**From:** "Christopher J Stanley (CENSUS/OCIA FED)"
<christopher.j.stanley@census.gov>
**Date:** April 18, 2020 at 2:23:56 AM EDT
**To:** "Ali Mohammad Ahmad (CENSUS/ADCOM FED)"
<ali.m.ahmad@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
<Albert.E.Fontenot@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
<Timothy.P.Olson@census.gov>, "Michael John Sprung (CENSUS/DEPDIR
FED)" <michael.j.sprung@census.gov>, "Benjamin J Page (CENSUS/CFO
FED)" <benjamin.j.page@census.gov>, "Steven Dillingham (CENSUS/DEPDIR
FED)" <steven.dillingham@census.gov>, "Steven K Smith (CENSUS/DEPDIR
FED)" <steven.k.smith@census.gov>
**Subject: more materials for Monday**

**Format for Monday:**
They will give us a call-in number Monday morning and ask that we dial in 10 mins
early. Maloney will be on the same line. Members will be added with a system
that calls them. Maloney will open, then Raskin, the Jordan or Roy on the R side.
Then Steve gives his opening. Then they will do questions. The committee clerk
will moderate, calling on members, unmuting their line, and giving them one
minute to ask questions. They will continue through until all the members on the
line get a chance.

**Attached are updated materials for review.**

Talking points and Q&A updated - added since last version | DP

DP | ACP/DP | I'm checking

with Cannon and others **ACP/DP**

**ACP/DP**

List of the COVID-19-related congressional letters.

Rough talking points on the COVID letters - I had or found stuff for most of the questions. Please let me know if anything looks off or if you need more information on any of the points. **DP**

**DP**

In a separate email, I'll send copies of those letters.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: **PII**
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, April 17, 2020 1:54 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** draft materials for Monday

Here are the latest materials - drafting opening remarks and rough Q&A document that will have more added to it.

As of April 17, 2020

# COVID-19 Congressional Correspondence

| Sender | Date Received | Subject | To |
|---|---|---|---|
| David E. Price (D-NY-4), Jose E. Serrano (D-NY-15), Carolyn B. Maloney (D-NY-12), Jamie Raskin (D-MD-08) | March 12, 2020 | Impact coronavirus, COVID-19 will have on the 2020 Census. Questions include what contingency plans does the Census Bureau have in place for potential epidemics, how does the Census Bureau anticipate COVID-19 may impact the 2020 Census, and 8 others. [CQAS-10164] | Dillingham |
| **Some of the NY delegation** Yvette D. Clarke, Anthony Brindisi, Antonio Delgado, Eliot Engel, Adriano Espaillat, Hakeem Jeffries, Gregory Meeks, Grace Meng, Joseph Morelle, Jerrold Nadler, Kathleen Rice, Max Rose, Paultonko, Nydia Velazquez | March 12, 2020 | NY Congressional delegation request the Census Bureau extends the enumeration period at least through September 2020 due to the COVID-19 pandemic and share other concerns. [CQAS-10270] | Ross |
| **Selection of D members** Linda T. Sanchez, J. Luis Correa, Harley Rouda, Debbie Mucarsel-Powell, Gilbert R. Cisneros, Jr., Ruben Gallego, Raul M. Grijalva, Dina Titus, Brian Higgins, TJ Cox, Pramila Jayapal, Filemon Vela, Jerry McNerney, Thomas R. Suozzi, Bill Pascrell, Jr. Mary Gay Scanlon, Darren Soto, Zoe Lofgren, Silvia R. Garcia, Steven Horsford, John Larson, Jimmy Panetta, Doris Matsui, Grace Napolitano, Alcee L. Hastings, (one unknown), Susie Lee, Eddie Bernice Johnson, Pete Aguilar, Deb Haaland, Joyce Beatty, Vargas, John Lewis, Ben Ray Lujan, Judy Chu, Lucille Roybal-Allard, Jan Schakowsky, Jimmy Gomez | March 17, 2020 | Members of Congress write to express their concerns regarding the impact of the novel coronavirus 2019 (COVID-19) on participation and operations for the 2020 Census, particularly as it presents an increased risk of an undercount. [CQAS-10176] | Dillingham/ Ross |
| **Some of the members of the CHC** Adriano Espaillat, Veronica Escobar, Raul M. Grijalva, Jim Costa, Juan Vargas, Ruben Gallego, Jesus G. "Chuy" Garcia, Gilbert R. Cisneros, Alexandria Ocasio-Cortez, Ben Ray Lujan, Sylvia Garcia, Vicente Gonzalez | March 17, 2020 | request to extend census until 10/31/2020 (COVID-19) [CQAS-10177] | Dillingham |

[ PAGE  \\* MERGEFORMAT ]

As of April 17, 2020

# COVID-19 Congressional Correspondence

| | | | |
|---|---|---|---|
| CHC Chairman Castro and other caucus members | April 3, 2020 | Many questions on COVID response [CQAS-10234] | |
| Tom O'Halleran (D-AZ) | April 7, 2020 | Bureau's plans to enumerate Tribal Communities in light of COVID-19. [CQAS-10242] | Dillingham |
| **MA Delegation** Elizabeth Warren, Edward J. Markey, Stephen F. Lynch, Joseph P. Kennedy, William Keating, James P. McGovern, Lori Trahan, Seth Moulton, Ayanna Pressley, Katherin Clark, Richard F. Neal | March 23, 2020 | Supporting admin records for counting college students 2020 Census responses during current campus closures. [CQAS-10202] | Dillingham |
| **Congressional Asian and Pacific American Caucus** Rep. Judy Chu, Chair | April 14, 2020 | CAPAC request the Census Bureau to take the following actions to compensate for diminished in-person outreach while ensuring that 2020 Census operations during the COVID-19 pandemic and have follow up questions be answered by 4/19/2020. [CQAS-10266] | |

[ PAGE  \* MERGEFORMAT ]

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: more materials for Monday |
| **Date:** | Sunday, April 19, 2020 6:28:55 AM |
| **Attachments:** | talking points and Q&A for Oversight briefing.docx |
| | ATT00001.htm |
| | COVID19 congressional correspondence list (1).docx |
| | ATT00002.htm |
| | Talking points on pending COVID congressional letters.docx |
| | ATT00003.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ PII ] (mobile)
301-763-2072

Begin forwarded message:

> **From:** "Christopher J Stanley (CENSUS/OCIA FED)"
> <christopher.j.stanley@census.gov>
> **Date:** April 18, 2020 at 2:23:56 AM EDT
> **To:** "Ali Mohammad Ahmad (CENSUS/ADCOM FED)"
> <ali.m.ahmad@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
> <Albert.E.Fontenot@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
> <Timothy.P.Olson@census.gov>, "Michael John Sprung (CENSUS/DEPDIR
> FED)" <michael.j.sprung@census.gov>, "Benjamin J Page (CENSUS/CFO
> FED)" <benjamin.j.page@census.gov>, "Steven Dillingham (CENSUS/DEPDIR
> FED)" <steven.dillingham@census.gov>, "Steven K Smith (CENSUS/DEPDIR
> FED)" <steven.k.smith@census.gov>
> **Subject: more materials for Monday**

**Format for Monday:**

They will give us a call-in number Monday morning and ask that we dial in 10 mins early. Maloney will be on the same line. Members will be added with a system that calls them. Maloney will open, then Raskin, the Jordan or Roy on the R side. Then Steve gives his opening. Then they will do questions. The committee clerk will moderate, calling on members, unmuting their line, and giving them one minute to ask questions. They will continue through until all the members on the line get a chance.

**Attached are updated materials for review.**

Talking points and Q&A updated - added since last version: [ DP ]
redistricting, and constitutional concerns (which needs a little more - I'm checking

with Cannon and others ⌐ⁱ ACP/DP ⌐ⁱ
⌐ⁱ ACP/DP ⌐ⁱ )

List of the COVID-19-related congressional letters.

Rough talking points on the COVID letters - I had or found stuff for most of the questions. Please let me know if anything looks off or if you need more information on any of the points. I also included notes on the ⌐ⁱ DP ⌐ⁱ
⌐ⁱ DP ⌐ⁱ

In a separate email, I'll send copies of those letters.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: ⌐ⁱ PII ⌐ⁱ
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, April 17, 2020 1:54 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** draft materials for Monday

Here are the latest materials - drafting opening remarks and rough Q&A document that will have more added to it.

As of April 17, 2020

# COVID-19 Congressional Correspondence

| Sender | Date Received | Subject | To |
|---|---|---|---|
| David E. Price (D-NY-4), Jose E. Serrano (D-NY-15), Carolyn B. Maloney (D-NY-12), Jamie Raskin (D-MD-08) | March 12, 2020 | Impact coronavirus, COVID-19 will have on the 2020 Census. Questions include what contingency plans does the Census Bureau have in place for potential epidemics, how does the Census Bureau anticipate COVID-19 may impact the 2020 Census, and 8 others. [CQAS-10164] | Dillingham |
| **Some of the NY delegation** Yvette D. Clarke, Anthony Brindisi, Antonio Delgado, Eliot Engel, Adriano Espaillat, Hakeem Jeffries, Gregory Meeks, Grace Meng, Joseph Morelle, Jerrold Nadler, Kathleen Rice, Max Rose, Paultonko, Nydia Velazquez | March 12, 2020 | NY Congressional delegation request the Census Bureau extends the enumeration period at least through September 2020 due to the COVID-19 pandemic and share other concerns. [CQAS-10270] | Ross |
| **Selection of D members** Linda T. Sanchez, J. Luis Correa, Harley Rouda, Debbie Mucarsel-Powell, Gilbert R. Cisneros, Jr., Ruben Gallego, Raul M. Grijalva, Dina Titus, Brian Higgins, TJ Cox, Pramila Jayapal, Filemon Vela, Jerry McNerney, Thomas R. Suozzi, Bill Pascrell, Jr. Mary Gay Scanlon, Darren Soto, Zoe Lofgren, Silvia R. Garcia, Steven Horsford, John Larson, Jimmy Panetta, Doris Matsui, Grace Napolitano, Alcee L. Hastings, (one unknown), Susie Lee, Eddie Bernice Johnson, Pete Aguilar, Deb Haaland, Joyce Beatty, Vargas, John Lewis, Ben Ray Lujan, Judy Chu, Lucille Roybal-Allard, Jan Schakowsky, Jimmy Gomez | March 17, 2020 | Members of Congress write to express their concerns regarding the impact of the novel coronavirus 2019 (COVID-19) on participation and operations for the 2020 Census, particularly as it presents an increased risk of an undercount. [CQAS-10176] | Dillingham/ Ross |
| **Some of the members of the CHC** Adriano Espaillat, Veronica Escobar, Raul M. Grijalva, Jim Costa, Juan Vargas, Ruben Gallego, Jesus G. "Chuy" Garcia, Gilbert R. Cisneros, Alexandria Ocasio-Cortez, Ben Ray Lujan, Sylvia Garcia, Vicente Gonzalez | March 17, 2020 | request to extend census until 10/31/2020 (COVID-19) [CQAS-10177] | Dillingham |

[ PAGE  \* MERGEFORMAT ]

As of April 17, 2020

# COVID-19 Congressional Correspondence

| | | | |
|---|---|---|---|
| CHC Chairman Castro and other caucus members | April 3, 2020 | Many questions on COVID response [CQAS-10234] | |
| Tom O'Halleran (D-AZ) | April 7, 2020 | Bureau's plans to enumerate Tribal Communities in light of COVID-19. [CQAS-10242] | Dillingham |
| **MA Delegation** Elizabeth Warren, Edward J. Markey, Stephen F. Lynch, Joseph P. Kennedy, William Keating, James P. McGovern, Lori Trahan, Seth Moulton, Ayanna Pressley, Katherin Clark, Richard F. Neal | March 23, 2020 | Supporting admin records for counting college students 2020 Census responses during current campus closures. [CQAS-10202] | Dillingham |
| **Congressional Asian and Pacific American Caucus** Rep. Judy Chu, Chair | April 14, 2020 | CAPAC request the Census Bureau to take the following actions to compensate for diminished in-person outreach while ensuring that 2020 Census operations during the COVID-19 pandemic and have follow up questions be answered by 4/19/2020. [CQAS-10266] | |

[ PAGE  \* MERGEFORMAT ]

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: copies of pending COVID-19 congressional |
| **Date:** | Sunday, April 19, 2020 6:29:19 AM |
| **Attachments:** | Maloney - Serrano - Raskin - Price (10164).pdf |
| | ATT00001.htm |
| | NY Delegation Census 2020 COVID-19 Letter (10270).pdf |
| | ATT00002.htm |
| | O"Halleran (AZ) re tribal (10242).pdf |
| | ATT00003.htm |
| | MA delegation re students (10202).pdf |
| | ATT00004.htm |
| | CHC Espaillat re delay (10177).pdf |
| | ATT00005.htm |
| | Sanchez and others (10176).pdf |
| | ATT00006.htm |
| | morial NUL covid (10226).pdf |
| | ATT00007.htm |
| | CAPAC COVID questions (10266).pdf |
| | ATT00008.htm |
| | CHC Letter with questions (10234).pdf |
| | ATT00009.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
PII (mobile)
301-763-2072

Begin forwarded message:

> **From:** "Christopher J Stanley (CENSUS/OCIA FED)"
> <christopher.j.stanley@census.gov>
> **Date:** April 18, 2020 at 2:28:42 AM EDT
> **To:** "Ali Mohammad Ahmad (CENSUS/ADCOM FED)"
> <ali.m.ahmad@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
> <Albert.E.Fontenot@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
> <Timothy.P.Olson@census.gov>, "Michael John Sprung (CENSUS/DEPDIR
> FED)" <michael.j.sprung@census.gov>, "Benjamin J Page (CENSUS/CFO
> FED)" <benjamin.j.page@census.gov>, "Steven Dillingham (CENSUS/DEPDIR
> FED)" <steven.dillingham@census.gov>, "Steven K Smith (CENSUS/DEPDIR
> FED)" <steven.k.smith@census.gov>
> **Subject: copies of pending COVID-19 congressional**

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Saturday, April 18, 2020 2:23 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson

(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO
FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>
**Subject:** more materials for Monday

**Format for Monday:**
They will give us a call-in number Monday morning and ask that we dial in 10 mins
early. Maloney will be on the same line. Members will be added with a system
that calls them. Maloney will open, then Raskin, the Jordan or Roy on the R side.
Then Steve gives his opening. Then they will do questions. The committee clerk
will moderate, calling on members, unmuting their line, and giving them one
minute to ask questions. They will continue through until all the members on the
line get a chance.

**Attached are updated materials for review.**

Talking points and Q&A updated - added since last version ⸢ **DP** ⸥
⸢ **DP** ⸥ I'm checking
with Cannon and others to ⸢ **ACP/DP** ⸥
⸢ **ACP/DP** ⸥

List of the COVID-19-related congressional letters.

Rough talking points on the COVID letters - I had or found stuff for most of the
questions. Please let me know if anything looks off or if you need more
information on any of the points ⸢ **DP** ⸥
⸢ **DP** ⸥

In a separate email, I'll send copies of those letters.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: ⸢ **PII** ⸥
**census.gov** | **@uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Friday, April 17, 2020 1:54 PM

**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Subject:** draft materials for Monday

Here are the latest materials - drafting opening remarks and rough Q&A document that will have more added to it.

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*

**Control Sheet**

*March 12, 2020*

---

| | |
|---|---|
| **Census Id:** | CQAS-10164 |
| **DOC Number:** | |
| **Correspondence Type:** | Congressional NOT Constituent |
| **Action Office:** | DCCO |
| **Signature:** | Dillingham |
| **Subject:** | Concerns about potential impact coronavirus, COVID-19 will have on the 2020 Census. |
| **Instructions:** | Prepare response for the Director's signature. |
| | DUE IN CQAS: MARCH 18, 2020 |
| **Due in CQAS:** | 03/18/2020 |
| **Sender:** | David E. Price (D-NY-4), Jose E. Serrano (D-NY-15), Carolyn B. Maloney (D-NY-12), Jamie Raskin (D-MD-08) |
| **Constituent:** | |
| **Corr Date:** | 03/12/2020 |
| **Rec Date:** | 03/12/2020 |
| **Due Date:** | 03/19/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Ross |
| **Infocopy:** | ADDC,Stanley,Hawkins |

Concurrence

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surname | | | | | | | | |
| Initials | | | | | | | | |
| Date | | | | | | | | |

### Re: Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>

Thu 3/12/2020 5:40 PM

**To:** BOC Correspondence Quality Assurance (CENSUS); [ PII ]@census.gov>
**Cc:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>

And be sure to not that the letter requests answers by 3/19, which will be tough be we should try.

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Thursday, March 12, 2020 5:18 PM
**To:** BOC Correspondence Quality Assurance (CENSUS)
[ PII ]@census.gov>
**Cc:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>
**Subject:** Fw: Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

control to decennial. thank you.

---

**From:** Anderson, Tori <Tori.Anderson@mail.house.gov>
**Sent:** Thursday, March 12, 2020 4:48 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Anello, Russell <Russell.Anello@mail.house.gov>; Whitcomb, Max
<Max.Whitcomb@mail.house.gov>
**Subject:** FW: Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

Hi Chris,

Please see attached.

Best,

Tori

**From:** Whittaker, Leigh <Leigh.Whittaker@mail.house.gov>
**Sent:** Thursday, March 12, 2020 2:45 PM
**To:** afoti@doc.gov
**Cc:** Alpert, Matthew <Matthew.Alpert@mail.house.gov>; Whitcomb, Max
<Max.Whitcomb@mail.house.gov>; Anello, Russell <Russell.Anello@mail.house.gov>; Anderson, Tori
<Tori.Anderson@mail.house.gov>
**Subject:** Sec. Ross Letter (Reps. Price, Serrano, Maloney, Raskin)

Good afternoon,

I have attached a letter intended for Secretary Ross from Representatives Price, Serrano, Maloney, and Raskin. Please let me know if you have any questions.

Best,

Leigh

**Leigh Whittaker** | Legislative Assistant | Office of Congressman David Price (NC-04)
2108 Rayburn House Office Building, Washington, DC 20515
Office: 202-225-1784 | Fax: 202-225-2014
she/ella

 [facebook.com/repdavideprice]  [twitter.com/repdavideprice] 

# Congress of the United States
## Washington, DC 20515

March 12, 2020

The Honorable Wilbur L. Ross, Jr.
Secretary
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C.  20230

Dear Secretary Ross:

We write to express our concern about the potential impact that the coronavirus, COVID-19, may have on the 2020 Census.  With the census in full swing, we request a detailed account of the plans and actions being taken to prevent any disruption to 2020 Census operations and to ensure a fair and accurate count.  We are particularly concerned about the impact on hard-to-count communities, which the Census Bureau has acknowledged are more likely to respond to in-person census enumerators, rather than to census forms completed by mail or online.[1]

We request that the Department provide a briefing to our staffs with detailed information on contingency plans, steps taken, policies to be implemented, and coordination efforts to mitigate the potential impact of this outbreak on the 2020 Census.  Please also provide written responses to the following questions by March 19, 2020:

1.  What contingency plans does the Census Bureau have in place for potential epidemics during the 2020 Census?

2.  How does the Census Bureau anticipate COVID-19 may impact the 2020 Census, including in the following areas:

    a.  Recruiting, hiring, onboarding, and retention of census workers;
    b.  Self-response;
    c.  Non-response follow-up; and
    d.  Group quarters enumeration?

3.  What steps is the Census Bureau taking or planning to take to mitigate the impact in these same areas?  What role does the Department expect the previously announced Census fusion center to play?

4.  How has the Census Bureau coordinated with the Centers for Disease Control and Prevention, the Department of Health and Human Services, the White House Coronavirus Task Force, and state and local health departments to develop protocols in response to the potential threat of COVID-19?

---

[1] Census Bureau, *Counting the Hard to Count in a Census* (July 2019) (online at https://www.census.gov/content/dam/Census/library/working-papers/2019/demo/Hard-to-Count-Populations-Brief.pdf).

5.  Does the Census Bureau plan to utilize its appropriated contingency funding to address the potential impact of COVID-19 on the 2020 Census?[2] If there are no plans to do so at this time, how will the Bureau evaluate the necessity of using these funds?

6.  How does the Census Bureau plan to promote high self-response rates for households, including those who may eventually be under quarantine or isolation? Will the Bureau be issuing any public guidance or amending its advertising and outreach campaign?

7.  What information has the Census Bureau communicated to staff, including 2020 Census Takers, regarding actions and policy changes in response to COVID-19, including with respect to non-response follow-up operations?

8.  What steps is the Census Bureau taking to protect the health of census workers?

9.  Is the Census Bureau considering extending the time period for self-response, non-response follow-up, or group quarters enumeration? If not, will the Bureau revisit that decision depending on conditions in the coming weeks?

10. Is the Census Bureau communicating with colleges and universities that have cancelled classes or asked students to leave campus in order to clarify where to count those students on April 1, 2020?

We look forward to your responses to these requests and to working together to ensure a successful 2020 Census. If you have any questions, please contact Appropriations Committee staff at (202) 225-3351 or Oversight Committee staff at (202) 225-5051.

Sincerely,

David E. Price
Member of Congress

José E. Serrano
Chairman
Committee on Appropriations,
Subcommittee on Commerce, Justice,
     Science, and Related Agencies

Carolyn B. Maloney
Chairwoman
Committee on Oversight and Reform

Jamie Raskin
Chairman
Committee on Oversight and Reform,
Subcommittee on Civil Rights and Civil
     Liberties

---

[2] *See* Joint Explanatory Statement Accompanying the Conference Report to the Consolidated Appropriations Act, 2020, H. Rept. 116-101 (online at https://appropriations.house.gov/sites/democrats.appropriations.house.gov/files/HR%201158%20-%20Division%20B%20-%20CJS%20SOM%20FY20.pdf).

cc:

The Honorable Robert Aderholt
Ranking Member, Committee on Appropriations, Subcommittee on Commerce, Justice, Science,
  and Related Agencies

The Honorable Jim Jordan
Ranking Member, Committee on Oversight and Reform

The Honorable Chip Roy
Ranking Member, Committee on Oversight and Reform, Subcommittee on Civil Rights and Civil
  Liberties

# Congress of the United States
## Washington, DC 20515

March 12, 2020

The Honorable Secretary Wilber Ross
US Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Dear Secretary Ross,

We write you today to impress upon you the necessity of extending the enumeration period for the 2020 Census due to the social disruption caused by COVID-19. The Census Bureau currently plans to begin enumeration on April 1st followed by a series of follow-ups to be concluded by the end of July. On March 11th, the World Health Organization declared the COVID-19 a global pandemic and civil society has responded accordingly with institutions across the country beginning to close down non-essential operations in order to slow the spread of the virus.[1] As states and local jurisdictions continue to dedicate resources to expanding their capacity to respond to this outbreak, there will be diminishing state capacity to administer the Census coupled with pragmatic challenges caused by the outbreak itself. Any count done under these circumstances would not only fail to properly account for the current American population, but it could also have more targeted negative impacts on communities historically disadvantaged by the state and the census process.

According to the CDC as of March 11th, the novel coronavirus, or COVID-19, has now been detected in over 100 locations internationally as well as 38 states and the District of Columbia.[2] While there are only 938 reported cases as of now, this number likely represents an undercount of cases across the country due to unmet demand for diagnostic testing. Locations with earlier outbreaks help illustrate this dynamic and emphasize the need for increased caution during this early response stage. In both South Korea and Seattle, for example, after numbers initially stagnated reported cases of coronavirus rose exponentially as both areas increased testing capacity.[3,4] As the nation as a whole continues to expand its testing capacity, the threat posed by COVID-19 will come into full relief. As Director of the National Institute of Allergy and Infectious Diseases Anthony Fauci testified in front of the House Oversight Committee, "we will see more cases, and things will get worse." We must take steps now to ensure that the 2020 Census is prepared to adjust to the new reality that we may soon face.

---

[1] Kopecki, Dawn. "World Health Organization declares the coronavirus outbreak a global pandemic." *CNBC.* Accessed: March 11th, 2020
[2] CDC. "COVID-19: US at a Glance" *Center for Disease Control and Prevention.* Updated and Accessed: March 11th, 2020
[3] Snyder, Scott. "Long-Term Impacts of Coronavirus in South Korea." *Council on Foreign Relations.* March 11th, 2020
[4] Belluz, Julia. "Italy's coronavirus crisis could be America's." *Vox.* March 11th, 2020

PRINTED ON RECYCLED PAPER

Unfortunately, the best practices necessary to effectively respond to the coronavirus outbreak actively impede an effective census count. Medical professionals have recommended all individuals practice social distancing to mitigate the risks of spreading the virus. Put simply, social distancing describes actions taken by public health and government officials to stop or slow down the spread of contagious disease by limiting the points of public contact. Common examples of this include closing public gatherings spots, canceling large social gatherings, and limiting or shuttering operations at social institutions. New York State has already declared New Rochelle, NY a containment zone closing schools and large gathering places for at least two weeks.[5] The nation must take similar aggressive action now to limit the opportunities to transmit the disease in order to avoid facing a similar fate.

Social distancing will make enumeration practically impossible during the current allotted time frame. First and foremost, the April 1st start date for enumeration coincides with what could be the crescendo of the outbreak. Considering the similarity in the rate of infections, government officials across the US may potentially find themselves in situations similar to that of Italy, which chose to effectively place its entire country under quarantine.[6] Italy went from 76 cases on February 23rd, to 229 cases on the 25th, until cases ballooned to over 12,000 cases as of March 11th.[7] If the over 900 reported cases represent only the beginning of the outbreak with a similar trajectory, the US could plausibly find itself in the position of asking hundreds of thousands of enumerators to fan out across the country to knock on doors at the height of the outbreak. Enumerators have historically had difficulty breaking through the stigma of a government official knocking on your door thus suggesting the fear of transmission will only amplify this challenge.

Self-reporting will also prove particularly difficult in an environment that does not encourage social gathering. The Census Bureau expects over 60% of Americans to self-respond to the census without interaction from an enumerator.[8] Eliminating large social gatherings typically used to raise awareness about the importance of the census in conjunction with reduced access to the Internet for marginalized communities will substantially impact the self-response rate and subsequently the accuracy of the overall count. Making matters worse, hard-to-count communities will likely be disproportionately negatively impacted by social distancing policies. The homeless, for example, typically get counted in homeless shelters or other charitable organizations where they may receive mail followed by a counting of those physically on the street. If these sites are closed in order to prevent the transmission of the disease and unnecessary travel remains limited, many Americans like these will simply fall through the cracks of the Census.

Many local jurisdictions also hoped that the Census Bureau's increased emphasis on online submissions would facilitate an elevated self-response rate and help capture

---

[5] Chappell, Bill. "Coronavirus: New York Creates 'Containment Area' Around Cluster In New Rochelle." *NPR*. March 10th, 2020
[6] Belluz
[7] Belluz
[8] Kulzick, Robert et al. "2020 Census Predictive Models and Audience Segmentation Report." *United States Census Bureau*. June 21, 2019.

historically hard-to-count communities. New Rochelle, NY and New York State again exemplify the difficulties jurisdictions will face regarding online self-reporting. Nearly 10% of residents in Westchester County as well as 13% of residents statewide do not have access to the Internet at home.[9] These individuals would need access to one of the Census Bureau's outreach sites that provide the public with an opportunity to access the Internet. In 2010, over 6,000 of these sites were libraries[10] and the Census Bureau's Community Partners and Supporters Page suggests a similar number of libraries will house such sites again this year.[11] If local businesses and libraries continue to close apace with our current infection trajectory, it would be unrealistic at best to assume the Census will meet its online reporting targets necessary to achieve their targeted response rate. Moreover, 40% of households making less than $20,000 annually in New York State lack an Internet subscription meaning those unable to respond online are those most in need of being counted.

Taken together, the necessary response to COVID-19 demands a set of social actions that create substantial pragmatic barriers to a complete count for the 2020 Census. We urge that the Census Bureau extends the enumeration period at least through September 2020 to allow for further outreach after the immediate response to the virus subsides. While the mandate to conduct the census comes from a Constitutional provision, it does provide for an extension of the enumeration window to the end of the calendar year if necessary. As the Supreme Court and legal scholars have made clear for centuries, the Constitution is not a suicide pact.

In full understanding of the weight of this moment, we implore you to follow the dictates of our Founding Fathers and extend the Census enumeration window.


Best,

YVETTE D. CLARKE
Member of Congress


---

[9] NYS Complete Count Commission. "A Roadmap to Achieving a Complete Count in New York State." *NYS Complete Count Commission.* October 2019

[10] Baker, Gavin. "Libraries and the 2020 Census." *American Library Association.* October 2018

[11] CDC. "Community Partners and Supporters." *Center for Disease Control and Prevention.* February 25, 2020

ANTHONY BRINDISI
Member of Congress

ANTONIO DELGADO
Member of Congress

ELIOT ENGEL
Member of Congress

ADRIANO ESPAILLAT
Member of Congress

HAKEEM JEFFRIES
Member of Congress

GREGORY MEEKS
Member of Congress

GRACE MENG
Member of Congress

JOSEPH MORELLE
Member of Congress

JERROLD NADLER
Member of Congress

KATHLEEN RICE
Member of Congress

MAX ROSE
Member of Congress

PAUL TONKO
Member of Congress

NYDIA VELAZQUEZ
Member of Congress

# Correspondence Quality Assurance Staff

_Office of the Director_
_U.S. Census Bureau_

**Control Sheet**

_April 07, 2020_

|  |  |
|---|---|
| **Census Id:** | CQAS-10242 |
| **DOC Number:** | |
| **Correspondence Type:** | Congressional NOT Constituent |
| **Action Office:** | DCCO |
| **Signature:** | |
| **Subject:** | Letter from Tom O'Halleran to Director Dillingham regarding the Census Bureau's plans to enumerate Tribal Communities in light of COVID-19 |
| **Instructions:** | Please prepare draft for formal response. |
| | Please let CQAS know if this is the incorrect action office. |
| **Due in CQAS:** | 04/21/2020 |
| **Sender:** | Tom O'Halleran (D-AZ-01) |
| **Constituent:** | |
| **Corr Date:** | 04/07/2020 |
| **Rec Date:** | 04/07/2020 |
| **Due Date:** | 04/27/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Director Dillingham |
| **Infocopy:** | Stanley,DCCO,Hawkins |

Concurrence

| Surname | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Initials | | | | | | | | |
| Date | | | | | | | | |



WASHINGTON OFFICE:
324 Cannon House Office Building
Washington, DC 20515
(202) 225-3361
Fax: (202) 225-3462

FLAGSTAFF OFFICE:
405 N. Beaver St., Suite 6
Flagstaff, AZ 86001
(928) 286-5338
Fax: (928) 779-5310

CASA GRANDE OFFICE:
211 N. Florence St., Suite 1
Casa Grande, AZ 85122
(520) 316-0839
Fax: (520) 316-0842

# TOM O'HALLERAN

1ST DISTRICT, ARIZONA

April 7, 2020

Steven Dillingham
Director
U.S. Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Dear Director Dillingham,

I am writing to express my concern with how the 2019 Novel Coronavirus (COVID-19) will impact Census enumeration in Tribal communities and Native Nations, who are already behind urban communities in enumeration. I would like to understand what the Census Bureau is doing to mitigate these issues.

As you are aware, COVID-19 has forced many communities, including Tribal governments, to issue shelter-in-place orders. These orders have limited the ability of many individuals to obtain forms and return their Census responses. This is particularly true in rural communities, where individuals must drive long distances and visit communal gathering places to use the postal system or the internet. Further, limited postal, phone, and internet access in many Tribal communities and Native Nations means that many of these communities are served by enumerators who must do a physical count.

As you know, the results of the Census are critically important for the distribution of federal funding. Unfortunately, COVID-19 will limit the ability of enumerators to collect responses. I am concerned that the virus will also limit the willingness of individuals to meet with enumerators and further jeopardize an accurate count. For example, the Navajo Nation has been under a shelter-in-place order since March 21, and the State of Arizona since March 30. Additionally, I am concerned that it will be more difficult, if not impossible, to find enumerators able to travel long distances and do counts in rural, Native communities.

As such, I would like your responses to the following questions:

- Do you intend to extend the duration of the Census?
- Do you intend to hire additional enumerators on reservations?
- Do you intend to work with Tribal governments to improve enumeration?

The Census is one of the Federal government's most important responsibilities. I appreciate your hard work to ensure an accurate count, and I look forward to your timely response.

Sincerely,

Tom O'Halleran
Member of Congress

## Fw: Rep. O'Halleran Letter to Director Dillingham

### Mark G Dorsey (CENSUS/ADCOM FED) <mark.g.dorsey@census.gov>

Tue 4/7/2020 12:06 PM

**To:** BOC Correspondence Quality Assurance (CENSUS) [_____ PII _____]@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Alan Lang (CENSUS/OCIA FED)
<alan.lang@census.gov>; Dee A Alexander (CENSUS/OCIA FED) <Dee.A.Alexander@census.gov>; Bina K Saafi
(CENSUS/OCIA FED) <bina.k.saafi@census.gov>; **OCIA Web Contact List** [_____ PII _____]@census.gov>;
Melissa K Bruce (CENSUS/OCIA FED) <melissa.k.bruce@census.gov>; Lewis H Footer (CENSUS/OCIA CTR)
<lewis.h.footer@census.gov>

📎 1 attachments (157 KB)
Tribal Census 4.7.2020.pdf;

Please control.

Thanks,

**Mark Dorsey,** Congressional Liaison, Office of Congressional & Intergovernmental Affairs, U.S.
Census Bureau
Cell [_PII_] mark.g.dorsey@census.gov
census.gov  Connect with us on Social Media

---

**From:** Babbitt, Paul <Paul.Babbitt@mail.house.gov>
**Sent:** Tuesday, April 7, 2020 11:29 AM
**To:** OCIA Web Contact List <ocia.web.contact.list@census.gov>
**Cc:** LettersBills, AZ01 <AZ01.LettersBills@mail.house.gov>
**Subject:** Rep. O'Halleran Letter to Director Dillingham

Hello,

Attached please find a letter from Rep. O'Halleran to the Director. Please do not hesitate to let me
know if there is anything else I can do to assist in getting this in the correspondence system.

Thanks,

Paul

**Paul Babbitt** | Senior Advisor
Office of Congressman Tom O'Halleran (AZ-01)
324 Cannon House Office Building | Washington D.C. | 202-225-3361

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*

**Control Sheet**

*March 24, 2020*

|  |  |
|---|---|
| **Census Id:** | CQAS-10202 |
| **DOC Number:** | |
| **Correspondence Type:** | Congressional |
| **Action Office:** | DCCO |
| **Signature:** | Dillingham |
| **Subject:** | Delegation regarding college students 2020 Census responses during current campus closures. |
| **Instructions:** | Prepare response for Director's signature. |
| **Due in CQAS:** | 04/01/2020 |
| **Sender:** | D-MA- Elizabeth Warren, Edward J. Markey, Stephen F. Lynch, Joseph P. Kennedy, William Keating, James P. McGovern, Lori Trahan, Seth Moulton, Ayanna Pressley, Katherin Clark, Richard F. Neal |
| **Constituent:** | |
| **Corr Date:** | 03/23/2020 |
| **Rec Date:** | 03/24/2020 |
| **Due Date:** | 04/06/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Director |
| **Infocopy:** | ADDC,Stanley |

Concurrence

| Surname | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Initials | | | | | | | | |
| Date | | | | | | | | |

## Fw: Letter from Massachusetts delegation

OCIA (CENSUS/OCIA) [ PII ] @census.gov>

Tue 3/24/2020 9:40 AM

**To:** BOC Correspondence Quality Assurance (CENSUS) [ PII ] @census.gov>;
Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Alan Lang (CENSUS/OCIA FED)
<alan.lang@census.gov>; Eduardo I Guity (CENSUS/PH FED) <eduardo.i.guity@census.gov>; Mark G Dorsey
(CENSUS/ADCOM FED) <mark.g.dorsey@census.gov>

📎 1 attachments (131 KB)

2020.03.23 Letter to census bureau re counting college students during closures.pdf;

please control.  attachment saved on M: drive and here on email.

Lee

---

**From:** McCartney, Abby (Warren) <Abby_McCartney@warren.senate.gov>
**Sent:** Monday, March 23, 2020 06:15 PM
**To:** OCIA Web Contact List [ PII ] @census.gov>
**Subject:** Letter from Massachusetts delegation

Hi,

I'm attaching a letter from the Massachusetts delegation regarding college students during
the current campus closures. Let me know if you have any questions!

Hope you're staying safe and healthy!

Abby McCartney
Legislative Fellow
Office of Senator Elizabeth Warren
(202) 507-3424

## Congress of the United States
### Washington, DC 20510

March 23, 2020

Dr. Steven Dillingham
Director
United States Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Dear Dr. Dillingham:

In light of the unprecedented public health emergency caused by the coronavirus disease 2019 (COVID-19) pandemic,[1] we write in strong support of the Commonwealth of Massachusetts's request that you allow colleges and universities to respond to the 2020 Census using administrative data for both on-campus and off-campus students.

The rapid spread of the novel coronavirus and the Centers for Disease Control and Prevention's recommendations for social distancing have led at least 24 colleges and universities in Massachusetts to move their classes online and instruct most students to leave campus.[2] This includes such large universities as Harvard University, Boston University, Northeastern University, and the University of Massachusetts systemt. As a result, Massachusetts's university students are currently dispersed all over the United States and the world.

We are deeply concerned that in the current circumstances, continuing to count students residing in institutions by collecting individual student surveys will result in a drastic undercount for Massachusetts. Your guidance to students and universities thus far has called for students to be counted at their university if that is where they would have resided on April 1, absent temporary closures; however, it will be exceptionally difficult to communicate that message to every student who has been temporarily displaced from their campus community. Because Massachusetts has a high concentration of colleges and universities, under-counting this group would result in the loss of essential funding and services that students rely on while they are living in the Commonwealth.

We therefore urge you to allow the Massachusetts Secretary of State to work with colleges and universities to determine accurate counts using administrative data for all the colleges' and universities' registered students. As Secretary Galvin wrote to you on March 10,[3] the Commonwealth is confident that directory records can be used to identify student populations accurately. Allowing for this flexibility will ensure that this unprecedented emergency situation

---

[1] Letter from Secretary William Francis Galvin to Dr. Stephen Dillingham, March 10, 2020.
[2] WBUR, "All the Massachusetts Colleges That Have Canceled Classes," updated March 18, 2020, https://www.wbur.org/edify/2020/03/11/colleges-universities-remote-online-coronavirus.
[3] Letter from Secretary William Francis Galvin to Dr. Stephen Dillingham, March 10, 2020.

does not result in a decade of inaccurate and inequitable representation and funding for our constituents.

Thank you for your consideration of this urgent matter.

Sincerely,

Elizabeth Warren
United States Senator

Edward J. Markey
United States Senator

Stephen F. Lynch
Member of Congress

Joseph P. Kennedy, III
Member of Congress

William Keating
Member of Congress

James P. McGovern
Member of Congress

Lori Trahan
Member of Congress

Seth Moulton
Member of Congress

Ayanna Pressley
Member of Congress

Katherine Clark
Member of Congress

Richard E. Neal
Member of Congress

2

# Congress of the United States
## Washington, DC 20515

March 13, 2020

Dr. Steven Dillingham, Ph.D
Director
United States Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Director Dillingham:

As Members of the Congressional Hispanic Caucus, we respectfully urge you and to extend the 2020 Census enumeration by three months ending October 31, 2020. Given the grave concern for public health and well-being we have for our constituents and communities regarding the impacts of the novel coronavirus 2019 (COVID-19), we believe that this is a necessary measure to protect both American citizens and the integrity of the Census. The public health emergency impacting all areas of this country threatens the ability of the Census Bureau to safely and fully conduct the decennial census. Given the instructions and recommendations of the Centers of Disease Control and Prevention, National Institute of Allergy and Infectious Diseases, and U.S. Department of Health and Human Services to avoid direct contact with symptomatic persons and the known method of COVID-19 transmission from person-to-person, we foresee that adhering to these principles will limit the ability of enumerators to undertake the non-response follow-up process and will hamper the participation of Americans nationwide. This will particularly impact the ability of the Census Bureau to reach individuals in already hard to count and undercounted communities.

Under the provisions of the U.S. Constitution, the Census Bureau must deliver apportionment counts to the President and Congress by December 31, 2020. While the current end date of July 31, 2020 for collection of enumerations is intended to allow the Census Bureau enough time to tabulate the responses from the enumeration, present circumstances require a change. As COVID-19 and changes to individual and collective social habits could severely depress both the self-response rate and follow-up rate, it is preferable to extend the collection of responses to ensure that everyone is counted, rather than accept what may be a massive undercount. Recognizing that the extension of the enumeration will place a burden on the Census Bureau to provide the official apportionment in time as required by law, we urge the Census Bureau to utilize its contingency funds, and we are supportive of providing emergency funding to the Census Bureau, both for the extended enumeration and expedited tabulation process.

We thank you for your work to ensure that every person in this country is counted. We request that Congress be consulted on any changes to the Census timeline, and that all necessary protections are taken to ensure that communities of color and undercounted communities are

PRINTED ON RECYCLED PAPER

counted. Hand and hand with a full count is the need for accurate reporting of data, and the Census Bureau must ensure that this undertaking is also handled with the utmost care. We trust that you share our concerns regarding the effects of COVID-19 on the 2020 Census. As such, we urge you to accept this request for extension, and to work with Congress and our partners across the country to ensure a complete and accurate enumeration.

Sincerely,



Adriano Espaillat
Member of Congress

**ADDITIONAL SIGNATORIES**

Rep. Veronica Escobar
Rep. Raúl M. Grijalva
Rep. Jim Costa
Rep. Juan Vargas
Rep. Ruben Gallego
Rep. Jesús G. "Chuy" García
Rep. Gilbert R. Cisneros
Rep. Alexandria Ocasio-Cortez
Rep. Ben Ray Luján
Rep. Sylvia Garcia
Rep. Vicente Gonzalez

*Congress of the United States*

*Washington, D.C. 20515*

March 13, 2020

Wilbur L. Ross, Jr.
Secretary
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

Dr. Steven Dillingham
Director
U.S. Census Bureau
4600 Silver Hill Road
Washington, D.C. 20233

Dear Secretary Ross and Director Dillingham:

We write to express our concerns regarding the impact of the novel coronavirus 2019 (COVID-19) on participation and operations for the 2020 Census, particularly as it presents an increased risk of an undercount. We understand that the Census Bureau is actively monitoring the situation in order to adapt operations to ensure a complete and accurate count. As you develop contingency plans, we urge you to consider how historically marginalized communities, people experiencing homelessness, and communities with low broadband access will be reached.

As Members of Congress, we have been working with local, state, and non-government stakeholders to ensure my constituents have adequate opportunities to respond to the 2020 Census. We have secured Mobile Questionnaire Assistance Centers (MQACs) in communities, organized Census job fairs, and coordinated outreach events. By working with trusted community partners, constituents have access to language and technical assistance when completing the Census. Unfortunately, many of these activities involve members of the community coming together.

Due to recent developments around COVID-19, there is increased concern and uncertainty about attending any community events. As a result, large and small events across the country have been canceled. It may seem simple to encourage everyone to respond online. However, this method is not an option for thousands of people.

While we appreciate your work to build a robust online infrastructure, simply pointing people to the online form is insufficient. We urge you to consider alternative options including but not limited to: extending the enumeration period for non-response follow up and for people experiencing homelessness. We believe these steps are necessary to protect public health while ensuring a complete and accurate count.

In order to provide adequate resources to constituents, please provide written responses to the following questions by March 27, 2020:

1. What steps is the Bureau taking to develop contingency plans for the 2020 Census during the current pandemic?
   a. How will contingency plans address the needs of people with little to no access to broadband?
   b. How will people living in non-traditional housing be reached?
   c. How will people experiencing homelessness be reached?
   d. How will individuals who have been quarantined as a result of COVID-19 be reached?
   e. How will individuals residing in skilled nursing facilities and nursing facilities be reached? Individuals residing in Department of Veterans Affair Community Living Centers (VA Nursing Homes)?
2. How will the Census Bureau ensure the health and safety of enumerators?
3. What guidance will you provide to operators of Mobile Questionnaire Centers?
4. What safety precautions is the Census Bureau taking to ensure the health and safety of those staffing and visiting MQCs? How quickly will community partners be expected to adapt to changes set in place by the Bureau as a result of the pandemic?
5. When will the Bureau issue guidance to local, state, and non-government partners that are hosting community events?

Thank you in advance for your responses to these critical questions. We appreciate your efforts to ensure a complete and accurate count.

Sincerely,

_____
Linda T. Sánchez
Member of Congress

_____
J. Luis Correa
Member of Congress

_____
Harley Rouda
Member of Congress

_____
Debbie Mucarsel-Powell
Member of Congress

_____
Gilbert R. Cisneros, Jr.
Member of Congress

_____
Ruben Gallego
Member of Congress

Raúl M. Grijalva
Member of Congress

Dina Titus
Member of Congress

Brian Higgins
Member of Congress

TJ Cox
Member of Congress

Pramila Jayapal
Member of Congress

Filemon Vela
Member of Congress

Jerry McNerney
Member of Congress

Thomas R. Suozzi
Member of Congress

Bill Pascrell, Jr.
Member of Congress

Mary Gay Scanlon
Member of Congress

Darren Soto
Member of Congress

Zoe Lofgren
Member of Congress

Silvia R. Garcia
Member of Congress

Steven Horsford
Member of Congress

John Larson
Member of Congress

Doris Matsui
Member of Congress

Alcee L. Hastings
Member of Congress

Susie Lee
Member of Congress

Pete Aguilar
Member of Congress

Joyce Beatty
Member of Congress

John Lewis
Member of Congress

Jimmy Panetta
Member of Congress

Member of Congress

Member of Congress

Eddie Bernice Johnson
Member of Congress

Deb Haaland
Member of Congress

Member of Congress

Ben Ray Luján
Member of Congress

Judy Chu
Member of Congress

Lucille Roybal-Allard
Member of Congress

Jan Schakowsky
Member of Congress

Jimmy Gomez
Member of Congress

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*                    **Control Sheet**                    *April 01, 2020*

|  |  |
|---:|:---|
| **Census Id:** | CQAS-10226 |
| **DOC Number:** | |
| **Correspondence Type:** | Letter |
| **Action Office:** | DCCO |
| **Signature:** | |
| **Subject:** | Letter from National Urban League with recommendations for 2020 Census operations regarding COVID-19 |
| **Instructions:** | Please prepare draft for formal response. |
| | Please let CQAS know if this is the incorrect action office. |
| **Due in CQAS:** | 04/15/2020 |
| **Sender:** | National Urban League |
| **Constituent:** | |
| **Corr Date:** | 03/31/2020 |
| **Rec Date:** | 04/01/2020 |
| **Due Date:** | 04/21/2020 |
| **Confidential Information:** | No |
| **Addressee:** | Secretary Wilbur Ross |
| **Infocopy:** | ADDC,Stanley,Hawkins |

Concurrence

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surname | | | | | | | | |
| Initials | | | | | | | | |
| Date | | | | | | | | |



**National Urban League**

*Empowering Communities.*
*Changing Lives.*

**Marc H. Morial**
**President and CEO**

80 Pine Street, 9th Floor
New York, NY 10005

Phone 212 558 5336
Efax 646 568 2165

www.nul.org
www.iamempowered.com
presidentoffice@nul.org

March 31, 2020

The Honorable Wilbur L. Ross, Jr.
U.S. Secretary of Commerce
Office of the Secretary
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, DC 20230

Dear Secretary Ross,

The National Urban League applauds the Census Bureau's recent announcement to further suspend 2020 Census operations due to continued health concerns associated with the Coronavirus. As a two-term former Mayor of New Orleans, Louisiana—a city reportedly experiencing the world's fastest growth in new COVID-19 cases, I fully understand the tremendous caution the Census Bureau must take to protect the public and its employees. At the same time, we are mindful of the Constitutional mandate to conduct a fair and accurate decennial census, notwithstanding an unprecedented national public health crisis that threatens an accurate count of historically undercounted populations.

The National Urban League and leaders of our *2020 Census Black Roundtable* (a coalition of civil rights and national leaders, clergy, state and local representative organizations), stand with the Census Bureau as it monitors and adjusts census operations in compliance with rapidly changing public health directives. In doing so, we strongly recommend the Census Bureau undertake the following actions to ensure an accurate count of all populations during this pandemic--especially the black population which already is at high risk of a significant 2020 census undercount, according to recent research (Urban Institute, Pew Research).

**Recommendations:**

- **Amend the 2020 Census Communications Campaign.** Provide new messaging, reflecting 1) the current public health crisis of fear, 2) the adjusted 2020 Census operations schedule, and 3) paid advertising for the *duration* of field operations-- including Nonresponse Follow-up (NRFU). Pre-Coronavirus, the 2020 Census paid advertising campaign was originally scheduled to end a month *prior* to the end of NRFU. Given constantly changing public health directives and ongoing adjustments to 2020 Census operations, targeted advertising and messaging are needed throughout the duration of *all* field enumerations to ensure a complete count of the hardest to count.

- **Strengthen and *broadly* communicate adjusted plans to the public** beyond the Census webpage and media briefings, especially regarding the enumeration of the homeless, off campus college students, and NRFU operations. Partnership Specialists, Complete Count Committees and trusted voices must have <u>accurate, consistent and timely</u> information to communicate these changes and encourage Census participation.

- **Immediately ascertain the Census Bureau's ability to sustain Telephone Questionnaire Assistance (TQA) Centers.** Growing public health calls for social distancing create workplace safety concerns for TQA call centers whose staff work in close contact with one another and may not return to TQA call centers to work, out of fear of contracting the virus. Confirmed COVID-19 cases at Census facilities and buildings do not help this situation.  Pending this decision, a significant communications campaign, will be needed to encourage Internet and paper response, especially for persons with low English proficiency, households without Internet access and persons distrustful of the Internet.

- **Increase transparency and engagement** with Congressional representatives, Census stakeholders and the public to gain support and increase trust during these difficult times.

- **Remove obstacles to Census hiring**.  Current Census plans to temporarily "pause" applicant fingerprinting as a public health safety precaution to protect employees and job applicants, while necessary, will only exacerbate long-term, systemic 2020 Census hiring backlogs and threaten NRFU operations. While Census has exceeded its 2.5 million *recruitment* goal this does not equate having 500,000 "boots on the ground," trained and ready for NRFU enumeration.

- **End the current piecemeal and confusing, week to week approach of temporarily pausing census operations. <u>Extend the time period for the public to respond to the Census at least 30 days beyond the current August 14th end date, if not longer.</u>** President Donald Trump wisely extended the deadline for filing taxes a full three months until July 15, due to the Coronavirus. The same sense of urgency should be applied to the 2020 Census.

In closing, the National Urban League and the *2020 Census Black Roundtable* applaud the Census Bureau's recently adapted <u>public advertising campaign</u> messaging to reflect the current public health crisis. It is a great start, but much more is needed.  The Urban League and 2020 Census Black Roundtable colleagues have already mobilized in unity for an accurate count and will double our efforts to use the power of our networks as trusted voices to encourage self-response and increased trust in the 2020 Census.

The Honorable Wilbur L. Ross, Jr.
March 31, 2020
Page 3 of 3

Please do not hesitate to call upon us as we navigate these unprecedented challenges to an accurate and complete Census count.

Best regards,

Marc H. Morial
President and CEO
National Urban League

Attachment:  List of 2020 Census Black Roundtable Members

cc:     Lawson Kluttz, Acting Deputy Assistant Secretary for Legislative and
        Intergovernmental Affairs, U.S. Department of Commerce
        lkluttz@doc.gov

        Steven Dillingham, U.S. Census Director
        steven.dillingham@census.gov

        Al Fontenot, Associate Director, Decennial Census Programs,
        albert.e.fontenot@census.gov

Letter to Sec. Ross from NUL

Eduardo I Guity (CENSUS/PH FED) <eduardo.i.guity@census.gov>
Wed 4/1/2020 4:47 PM
**To:** BOC Correspondence Quality Assurance (CENSUS) ⌐ **PII** ⌐ @census.gov>
**Cc:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>

📎 1 attachments (317 KB)
Hon Wilbur L Ross Jr.pdf;

Hello,

Please control,

Saludos cordiales,

**Eduardo I. Guity**
Congressional Liaison
Office of Congressional and Intergovernmental Affairs (OCIA)
U.S. Census Bureau
Office: 301.763.9794  Cell: **PII**
Email: eduardo.i.guity@2020census.gov
www.census .gov  |  @uscensusbureau

# Correspondence Quality Assurance Staff

*Office of the Director*
*U.S. Census Bureau*

**Control Sheet**

*April 14, 2020*

|  |  |
|---|---|
| **Census Id:** | CQAS-10266 |
| **DOC Number:** | |
| **Correspondence Type:** | Congressional NOT Constituent |
| **Action Office:** | DCCO |
| **Signature:** | Director |
| **Subject:** | CAPAC request the Census Bureau to take the following actions to compensate for diminished in-person outreach while ensuring that 2020 Census operations during the COVID-19 pandemic and have follow up questions be answered by 4/19/2020. |
| **Instructions:** | Prepare for the Director's signature. Signees: EXECUTIVE BOARD |

Rep. Judy Chu, Chair Sen. Tammy  Duckworth Sen. Kamala Harris
Sen. Mazie K. Hirono  Sen. Brian Schatz
Rep. Ami Bera
Rep. Ed Case
Rep. Gil Cisneros
Rep. TJ Cox
Rep. Tulsi Gabbard
Rep. Jimmy Gomez
Rep. Al Green
Rep. Pramila Jayapal Rep. Ro Khanna
Rep. Andy Kim
Rep. Raja Krishnamoorthi Rep. Barbara Lee
Rep. Ted Lieu
Rep. Doris O. Matsui  Rep. Grace Meng
Rep. Stephanie Murphy Rep. Gregorio Sablan Rep. Michael San Nicolas Rep. Bobby Scott
Rep. Mark Takano
ASSOCIATE MEMBERS  Rep. Pete Aguilar
Rep. Nanette Barragn Rep. Karen Bass
Rep. Suzanne Bonamici Rep. Brendan Boyle
Rep. Salud Carbajal Rep. Katherine Clark Rep. Gerald Connolly  Rep. Lou Correa
Rep. Susan Davis
Rep. Suzan DelBene Rep. Debbie Dingell Rep. Anna Eshoo
Rep. Marcia Fudge
Rep. Hakeem Jeffries Rep. Zoe Lofgren
Rep. Alan Lowenthal Rep. Carolyn Maloney Rep. Jerry McNerney Rep. Gregory Meeks
Rep. Jerrold Nadler
Rep. Grace Napolitano Rep. Jimmy Panetta  Rep. Scott Pe ters
Rep. Katie Porter
Rep. Jamie Raskin
Rep. Harley Rouda
Rep. Lucille Roybal-Allard Rep. Linda Snchez
Rep. Janice Schakowsky Rep. Adam Schiff
Rep. Brad Sherman
Rep. Adam Smith
Rep. Jackie Speier
Rep. Thomas Suozzi Rep. Eric Swalwell

Concurrence

| Surname | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Initials | | | | | | | | |
| Date | | | | | | | | |

Rep. Dina Titus
Rep. Juan Vargas
Rep. Nydia Velzquez Rep. Maxine Waters Rep. Bonnie Watson Coleman

**Due in CQAS:** 04/22/2020

**Sender:** Judy Chu (D-CA-27), Tammy Duckworth (D-IL), Kamala Harris (D-CA)

**Constituent:**

**Corr Date:** 04/14/2020

**Rec Date:** 04/14/2020

**Due Date:** 04/28/2020

**Confidential Information:** No

**Addressee:** Dr. Steven Dillingham

**Infocopy:** ADDC,OCIA/CAO,Hawkins

Concurrence

| Surname | | | | | | | | |
|---------|--|--|--|--|--|--|--|--|
| Initials | | | | | | | | |
| Date | | | | | | | | |



2423 Rayburn House Office Building • Washington, D.C. 20515 • 202.225.5464 • http://capac.chu.house.gov

**EXECUTIVE BOARD**
Rep. Judy Chu, Chair
Sen. Tammy Duckworth
Sen. Kamala Harris
Sen. Mazie K. Hirono
Sen. Brian Schatz
Rep. Ami Bera
Rep. Ed Case
Rep. Gil Cisneros
Rep. TJ Cox
Rep. Tulsi Gabbard
Rep. Jimmy Gomez
Rep. Al Green
Rep. Pramila Jayapal
Rep. Ro Khanna
Rep. Andy Kim
Rep. Raja Krishnamoorthi
Rep. Barbara Lee
Rep. Ted Lieu
Rep. Doris O. Matsui
Rep. Grace Meng
Rep. Stephanie Murphy
Rep. Gregorio Sablan
Rep. Michael San Nicolas
Rep. Bobby Scott
Rep. Mark Takano

**ASSOCIATE MEMBERS**
Rep. Pete Aguilar
Rep. Nanette Barragán
Rep. Suzanne Bonamici
Rep. Brendan Boyle
Rep. Salud Carbajal
Rep. Katherine Clark
Rep. Gerald Connolly
Rep. Lou Correa
Rep. Susan Davis
Rep. Suzan DelBene
Rep. Debbie Dingell
Rep. Anna Eshoo
Rep. Marcia Fudge
Rep. Hakeem Jeffries
Rep. Zoe Lofgren
Rep. Alan Lowenthal
Rep. Carolyn Maloney
Rep. Jerry McNerney
Rep. Gregory Meeks
Rep. Jerrold Nadler
Rep. Grace Napolitano
Rep. Jimmy Panetta
Rep. Scott Peters
Rep. Katie Porter
Rep. Jamie Raskin
Rep. Harley Rouda
Rep. Lucille Roybal-Allard
Rep. Linda Sánchez
Rep. Janice Schakowsky
Rep. Adam Schiff
Rep. Brad Sherman
Rep. Adam Smith
Rep. Jackie Speier
Rep. Thomas Suozzi
Rep. Eric Swalwell
Rep. Dina Titus
Rep. Juan Vargas
Rep. Nydia Velázquez
Rep. Maxine Waters
Rep. Bonnie Watson
Coleman

April 14, 2020

Dr. Steven Dillingham
Director
U.S. Census Bureau
4600 Silver Hill Road
Suitland, MD 20746

Dear Dr. Dillingham:

We greatly appreciate all that the Census Bureau has done over the past few weeks to alter operations for the 2020 Census in response to the COVID-19 pandemic. As the Census Bureau continues to shift operations to align with evolving public health guidance, the Congressional Asian Pacific American Caucus (CAPAC) would like to work with you to ensure that the Asian American, Native Hawaiian, and Pacific Islander (AANHPI) community is fully counted in the 2020 Census.

Unfortunately, the COVID-19 crisis has upended the lives of millions of Americans and changed the way we go about our daily lives. Due to social distancing measures and stay-at-home orders in multiple states, many of the in-person outreach strategies the Census Bureau had initially planned to conduct are no longer feasible without posing a significant risk to public health. Much of this outreach was focused on in-person contact by Census staff and Census Partners, such as canvassing, Mobile Questionnaire Assistance, and in-person outreach at events and places where people gather. The Census Bureau emphasized that any gaps in language access and in-language advertising would be addressed at the local level through Census Partners, hiring from within hard-to-count communities, and meeting people where they are. Because it will likely be impossible to execute these strategies as planned during the enumeration period, we urge the Census Bureau to reassess its outreach to limited English proficient (LEP) individuals and other hard-to-count communities.

Although the Census Bureau has demonstrated that Americans across the country are still responding to the 2020 Census, these response rates have been uneven. For instance, many census tracts with a high density of AANHPIs, particularly those in New York, are responding to the census at dramatically lower rates than the country overall. Early analysis of response rates has also shown that the national response rate is lower at this point in the enumeration period than it was in 2010. Furthermore, it has been shown that communities with a high percentage of limited

English proficient individuals have even lower response rates.[1] We are greatly concerned that without traditional outreach methods, as well as innovative methods to mimic the effect of those traditional outreach efforts, an undercount of the AANHPI community and other historically undercounted populations will likely occur.

Accordingly, we urge the Census Bureau to take the following actions to compensate for diminished in-person outreach while ensuring that 2020 Census operations do not pose a threat to public health and safety:

- **Bolster Paid Advertising to the AAPI Community**: While we applaud the Census Bureau's original outreach strategy that aimed to conduct in-person outreach in 59 languages, it is imperative that the Census Bureau develops a new plan to fill current gaps in its outreach plans to reach LEP persons and other hard-to-count communities. Bolstering paid, in-language advertising is one way to achieve this. We urge the Census Bureau to continue to utilize its robust funding to increase paid advertising for 2020 Census outreach, as well as to expand the number of languages in which paid advertising will be conducted. In particular, we ask that the Census Bureau makes TV ad buys in South Asian languages and other AAPI languages where possible; expand the online and social media advertising program to all 59 languages in which in-person outreach would have been conducted; expand in-languages ad buys in print and radio media to include more AAPI languages; begin an in-language direct mail non-response follow-up program; and continue ad buys throughout the entire enumeration period.

- **Utilize Census Partners:** As trusted community voices, Census Partners must remain an integral part of the 2020 Census outreach strategy to AANHPIs and other hard to count communities. We urge the Census Bureau to continue to work on finding alternative means for Census Partners to get out the count. While the reach of many Census Partners is limited by social distancing measures, outreach can still be conducted online through social media and email, as well as by mail and by phone.

- **Provide Weekly Response Rates to Congress:** CAPAC Members have made several requests for data on the progress of the 2020 Census within their respective congressional districts. As the Census Bureau shifts operations to address the COVID-19 pandemic, we ask that the Census Bureau provide all congressional offices with weekly updates on the progress of the 2020 Census. In particular, we ask that the Census Bureau provide a projected response rate for the AANHPI community and other communities of color to the best of its ability. While we are aware that it is impossible to know the response rate by demographic group before tabulation begins, we ask that the Census Bureau use other proxies such as community demographics by geography to track this critical information.

---

[1] CUNY Center for Urban Research, Census 2020 Response Rate Analysis Week 1, https://www.gc.cuny.edu/Page-Elements/Academics-Research-Centers-Initiatives/Centers-and-Institutes/Center-for-Urban-Research/CUR-research-initiatives/Census-2020-Response-Rate-Analysis-Week-1

2

- **Address Long Wait Times for Census Call Centers:** In order to adapt to the current public health crisis, the Census Bureau implemented social distancing policies in call centers that provide over-the-phone enumeration. An unfortunate consequence of this policy is that wait times increased significantly for respondents who attempted to complete the Census over the phone. Many LEP respondents with limited internet access have been utilizing the phone response option to access in-language assistance. Some of these respondents have reported waiting for extended periods of time on the line for in-language assistance, while others have been unable to connect with operators in their language of choice. The Census Bureau recently announced that the capacity of call centers will be increased to remedy this problem. We applaud the Census Bureau for taking action, but also encourage the Bureau to continue to monitor wait times and adjust accordingly as needed.

- **Provide Updates on Staff Demographics:** When the Census Bureau is able to safely resume partial or full operations, we ask that the Census Bureau provide us with data on the number of Census field staff that have been onboarded within each congressional district. This data should be disaggregated and include the race, ethnicity, and language capabilities of the onboarded staff, statistics on the degree to which the demographics and language capabilities of onboarded staff are reflective of the communities in which they are performing outreach, and statistics on the number of field staff who are geographically from the communities they are performing outreach to.

- **Assess Alternatives to In-Person Outreach:** We urge the Census Bureau to continue to refrain from any in-person outreach to non-responding households that may jeopardize public health. Given the well-documented historical undercount of communities of color, we encourage the Census Bureau to consider other means of performing non-response follow-up in order to mitigate the need for in-person follow-up that may disproportionally put the health of communities of color at risk.

In addition to the aforementioned requests, we would also like to ask the Census Bureau to respond to the following questions by no later than Tuesday, April 21, 2020.

1. How is the Census Bureau altering its overall outreach strategy while field operations are suspended?
2. How will this altered strategy reach hard-to-count communities and the AANHPI community in particular?
3. How is the Census Bureau adjusting its communications plan in response to COIVD-19?
4. How much funding has the Census Bureau already shifted to the communications program, and how much additional funding does the Census Bureau plan on shifting to the communications program? Please provide as much detail as possible on additional expenditures for advertising and other forms of communication in light of operational adjustments and COVID-19 related challenges.

3

5. How is the Census Bureau planning on using its carryover funds to adapt operations for the 2020 Census? Please provide as much detail as possible on how carryover funds are being utilized for operational adjustments and COVID-19 related challenges.

6. What is the status of the Census Bureau's planned South Asian language ad buys and what media markets will these ads appear in?

7. What other languages is the Census Bureau planning on expanding their paid media program to?

8. To address the fact that the COVID-19 crisis is changing where people usually are, will the Census Bureau conduct targeted outreach to college students as part of bolstering its paid advertising to ensure students know where they should be counted? Is there a plan to conduct specific outreach to AANHPI students and other hard to count populations, such as partnering with Minority Serving Institutions? Please provide as much detail as possible on how the Bureau will address this issue.

9. What methods for non-response follow-up is the Census Bureau planning on utilizing while in-person outreach is untenable?

10. How is the Census Bureau currently assessing response rates from hard-to-count communities and the AANHPI community in particular?

11. How has the Census Bureau continued to collaborate and work with local Census Partners even though current field operations have been suspended?

12. Households in the insular areas of Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands are enumerated in person and do not have the option of completing the Census online, over the phone, or by mail. How is the Census Burea planning to ensure that the insular areas are enumerated while field operations are postponed?

13. The Census Bureau recently announced that it is taking steps to decrease wait times for over the phone respondents by reinstating the callback option and making more employees available to respond to requests. How much has capacity been increased at call centers, and what is the increase per call center, per language option, and per language per call center?

14. If the Census Bureau is utilizing remote operators in its call centers, what has the increase in remote operating capacity been, and how does this increase differ by language option? What is the new average wait time overall and per language option?

We appreciate all that the Census Bureau has done to adapt its operations during the COVID-19 pandemic. Please continue to keep us updated whenever significant changes are made regarding the 2020 Census. We look forward to receiving your response to our letter, as well as our continued work together to ensure the AANHPI community is fully counted in the 2020 Census.

Sincerely,

Judy Chu
Member of Congress
CAPAC Chair

Grace Meng
Member of Congress
CAPAC First Vice Chair

4

/s/ **Kamala Harris**
Kamala Harris
U.S. Senator

/s/ **Mark Takano**
Mark Takano
Member of Congress
CAPAC Second Vice Chair

/s/ **Ted W. Lieu**
Ted W. Lieu
Member of Congress
CAPAC Whip


/s/ **Ed Case**
Ed Case
Member of Congress

/s/ **Gilbert R. Cisneros, Jr**.
Gilbert R. Cisneros, Jr.
Member of Congress

/s/ **TJ Cox**
TJ Cox
Member of Congress


/s/ **Ro Khanna**
Ro Khanna
Member of Congress

/s/ **Barbara Lee**
Barbara Lee
Member of Congress

/s/ **Michael F.Q. San Nicolas**
Michael F.Q. San Nicolas
Member of Congress


/s/ **Anna G. Eshoo**
Anna G. Eshoo
Member of Congress

/s/ **Deb Haaland**
Deb Haaland
Member of Congress

/s/ **Alan Lowenthal**
Alan Lowenthal
Member of Congress


/s/ **Grace F. Napolitano**
Grace F. Napolitano
Member of Congress

/s/ **Linda T. Sánchez**
Linda T. Sánchez
Member of Congress

/s/ **Jan Schakowsky**
Jan Schakowsky
Member of Congress


/s/**Jackie Speier**
Jackie Speier
Member of Congress

/s/ **David Trone**
David Trone
Member of Congress

/s/ **Nydia M. Velázquez**
Nydia M. Velázquez
Member of Congress

5

MT Gov Bullock Letter

**Sabrina McNeal (CENSUS/OCIA CTR) <sabrina.e.mcneal@census.gov>**

Tue 4/14/2020 11:22 AM

**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; BOC Correspondence Quality Assurance (CENSUS) ┆ PII ┆@census.gov>

**Cc:** Van R lawrence (CENSUS/OCIA FED) <Van.R.Lawrence@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>

📎 1 attachments (178 KB)

Gov Bullock Letter - Census Extension.pdf;

——————————————

**Sabrina E. McNeal**

Intergovernmental Affairs Associate, Contractor

Office of Congressional and Intergovernmental Affairs

U.S. Census Bureau

O: 301-763-4960 | M:┆ PII ┆

census.gov | @uscensusbureau

**Shape your future. START HERE > 2020census.gov**



## CONGRESSIONAL HISPANIC CAUCUS
*Joaquin Castro | Chairman*
116TH CONGRESS

April 3, 2020

Dr. Steven Dillingham
Director
United States Census Bureau
4600 Silver Hill Road
Washington, DC 20233

Dear Dr. Dillingham:

As Members of the Congressional Hispanic Caucus (CHC), we write to you today regarding the Census Bureau's plans to ensure a full and accurate count in the 2020 Census in light of the current COVID-19 pandemic. As this public health crisis continues to change the ways in which our country operates, we understand that the Census Bureau is currently evaluating changes to the 2020 Census operational plans, all while ensuring the safety of its workers and the public.

We know the Census Bureau has incorporated years of extensive research, testing, and data into its comprehensive decennial census operation, especially with the Bureau's transition to an online census. While we know the Bureau has emergency and disaster-related contingency plans for the decennial operation, we know that the unprecedented public health crisis requires a recalibration of the Bureau's major operations including Update Leave, Update Enumerate, Mobile Questionnaire Assistance, Group Quarters Enumeration, and Non-Response Follow Up. These are challenging times and we commend the Bureau for prioritizing the health and safety above all in its most recent decision to extend the suspension of in-field operations until at least April 15, 2020.

As members of the CHC, we know that our community has a history of being undercounted and that this public health crisis illuminates the very real peril that a lack of representation and sufficient funding for public health programs presents. According to early research coming from the City University of New York Mapping Service, nationwide self-response rates for the 2020 Census are lagging behind self-response rates for the same time period in the 2010 census.[1] We are concerned about what this means for response rates in Latino communities that were already considered hard-to-count. Over the last year, the CHC has met with yourself and with your senior leadership on a quarterly basis and worked in good faith to identify opportunities to work with the Bureau to ensure an accurate count in the 2020 Census.

As we move forward in these uncertain times, we urge the Bureau to continue operating with this partnership in mind and to keep an open line of communication with CHC offices. We understand the ongoing agility that the

---

[1] https://www.gc.cuny.edu/Page-Elements/Academics-Research-Centers-Initiatives/Centers-and-Institutes/Center-for-Urban-Research/CUR-research-initiatives/Census-2020-Response-Rate-Analysis-Week-1

1

COVID-19 pandemic requires of all census leaders to ensure our communities participate in the 2020 Census.  In that spirit, we urge the Census Bureau to begin providing reoccurring updates with all relevant data and metrics to our offices of the Bureau's evolving plans to ensure our messaging and actions align with the Bureau's most pressing needs. We respectfully request telephonic briefings or online briefings for our staff to ensure everyone's health and safety.

In particular, we urge the Census Bureau to share updates with our offices on the following topics:

1. **Employee Safety.** We understand that the Census Bureau has to balance data quality and logistical concerns against the COVID-19 driven imperative to delay operations that require personal contact.
   a. Can you please share updates on the extent to which behind-the-scenes Census Bureau operations have continued? Please also share updates on the additional steps that the Bureau is taking to ensure employee safety.
   b. What is the current operational status of the two census data processing facilities in Jefferson, Indiana and in Tucson, Arizona? What steps is the Bureau taking to ensure employee safety?
   c. We have also heard that there have been COVID-19 cases reported at call centers, or that there is a concern that they will occur, and for that reason phone response capacity is reduced.  In view of the paramount importance of self-response mechanisms like the call centers, what is the Bureau doing to get call centers back up to full speed as soon as possible while also meeting public health guidance?

2. **Hiring.** We understand that the hiring and onboarding processes are currently paused due to the level of in-person interaction that these processes require. We also understand that the Bureau has kept job applications open in case the Bureau needs to hire additional workers in the coming months.
   a. Can the Census Bureau share more information on where the hiring and onboarding processes stand as of today?
   b. What percentage of jobs that the Census Bureau originally planned to create have already been filled?
   c. What is the rate of attrition of people who were hired and trained, but have since resigned from their jobs due to health concerns in light of the COVID-19 pandemic?
   d. What are the steps that the Bureau is taking to ensure that these pauses are not affecting the long-term response intake process?
   e. Which additional jobs do you predict you may need to bring on as the Bureau responds to this crisis?

3. **Training.** We understand that the Bureau has paused in-person trainings and shifted to digital trainings. Can you provide an update on this shift to digital training?
   a. Which jobs exactly have shifted to digital trainings?
   b. Are all regions of the country experience equal shifts to digital trainings?
   c. How is the Bureau accounting for communities with low broadband and internet access like New Mexico as it shifts these trainings to digital platforms?
   d. Have all hires been notified and updated of these changes as of today?

4. **Operations in Hard-to-Count Communities:** What resources or efforts can the Bureau shift to places where self-response rates are the lowest and where the Bureau planned to seek out the most in-person contact (Update/Enumerate and Update/Leave census tracts), to best ensure consistency of effort to get out the count?
   a. Can the Bureau ensure that new hires are deployed in hard-to-count communities? If so, how?

2

b. What metrics is the Bureau using to identify tracts and communities where response rates are falling the farthest behind projections and where intensified efforts are and will be most urgently needed?

c. Can the Bureau share any updates on the Mobile Questionnaire Assistance centers? We know these were specifically planned to assist communities with a history of low response rates.
   i. Who is the Bureau consulting with to reach a final decision on mobile questionnaire assistance centers?
   ii. If these centers are suspended indefinitely, how will the Bureau deploy the funding appropriated by Congress specifically for these centers? Will the Bureau commit to consulting Members of Congress before reaching a final decision with regards to Mobile Questionnaire Assistance Centers?

d. Further, we understand that Puerto Rico was supposed to be a 100-percent Update Leave Operation because of previous natural disasters and a lack of clarity about which addresses were still occupied.  Please share with our caucus how far along in the Update Leave Operation the Census Bureau got before pausing due to COVID-19 precautions? Please share all pertinent data on how COVID-19 is affecting the response rate in Puerto Rico, if at all, and what the Census Bureau's plans are to address this?

5. **Community Partners.** How is the Census Bureau effectively coordinating with its community partners across the country and in our congressional districts to ensure aligned messaging and outreach efforts?
   a. Is the Census Bureau holding regular updates for its community partners?

6. **Communications Plan.** We understand that the Bureau is in the middle of shifting its communications plan to align with new messaging that is mindful of COVID-19. Can the Bureau provide an update on when we can expect this new communications plan?
   a. What percentage of the Bureau's messaging plan will be in Spanish? And in which media markets? Will previous allocations change in response to the national emergency?
   b. Which trusted Spanish media outlets and networks is the Bureau working with to ensure that Hispanic and Latino communities receive this message?
   c. How is or isn't the Bureau incorporating stay-at-home orders across different states into its decision-making for its new communications plan?
   d. How is the Bureau making sure that individuals in historically hard to count communities that may be under a stay-at-home order and have low access to broadband are being communicated to on how to complete the 2020 Census?
   e. Will the Bureau work with local and state elected officials to obtain special permission, as needed, to conduct any enumeration efforts that are consistent with social distancing guidelines, but may go beyond the bounds of allowed activities under stay-at-home orders?

7. **Census Timeline.** Can you confirm whether the Bureau still anticipates delivering a count to the Office of the President by December 31, 2020?
   a. Can you confirm where the Bureau stands on extending the census data tabulation period?
   b. If the Bureau believes in keeping the current time frame for the data tabulation period, can the Bureau please share any experientially based projections of how data accuracy degrades in relation to time elapsed since Census Day on April 1, 2020.

8. **Census Bureau Funding.** Is the Bureau still adequately funded to deliver on its constitutional mandate given the challenges presented by COVID-19? We urge the Bureau to provide our offices with continuous updates on the amount of contingency funds spent or projected to be spent so we can adjust Fiscal Year 2021 appropriations in accordance.

3

a. To date, has the Bureau started using its contingency funds? If so, where are these contingency funds being allocated? What portion, if any, has gone directly to equipment to ensure the health and safety of Census Bureau employees?

b. As we continue to amplify the ability to self-respond, can or has the Bureau used contingency funding to set up a system that would allow operators to take calls over the internet from any remote locations in light of health concerns?

As the Census Bureau continues to evaluate next steps, we urge you to work with us and other Members of Congress to reach a well-informed and widely accepted decisions, specifically with regards to timeline changes and adjustments. We look forward to continuing working together to ensure an accurate and complete count of our communities in the 2020 Census.

We appreciate your time to review these questions and look forward to receiving your responses by April 10, 2020.

Sincerely,

| | | |
|---|---|---|
| Joaquin Castro<br>CHC Chair | Ruben Gallego<br>CHC First Vice Chair | Nanette Diaz Barragán<br>CHC Second Vice Chair |
| Adriano Espaillat<br>CHC Whip | Veronica Escobar<br>CHC Freshman Representative | Darren Soto<br>Civil & Voting Rights Chair |
| José E. Serrano<br>Member of Congress | Jimmy Gomez<br>Member of Congress | Juan Vargas<br>Member of Congress |
| Lucille Roybal-Allard<br>Member of Congress | Tony Cárdenas<br>Member of Congress | Gilbert R. Cisneros, Jr.<br>Member of Congress |
| Linda T. Sánchez<br>Member of Congress | Alexandria Ocasio-Cortez<br>Member of Congress | Filemon Vela<br>Member of Congress |
| Grace F. Napolitano<br>Member of Congress | Henry Cuellar<br>Member of Congress | Albio Sires<br>Member of Congress |
| Ben Ray Luján<br>Member of Congress | Jesús G. "Chuy" García<br>Member of Congress | Sylvia R. Garcia<br>Member of Congress |
| Nydia M. Velázquez<br>Member of Congress | | |

4

| | |
|---|---|
| **From:** | Christopher J Stanley (CENSUS/OCIA FED) |
| **To:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Steven Dillingham (CENSUS/DEPDIR FED); Timothy P Olson (CENSUS/ADFO FED); Benjamin J Page (CENSUS/CFO FED) |
| **Cc:** | Steven K Smith (CENSUS/DEPDIR FED); Michael John Sprung (CENSUS/DEPDIR FED) |
| **Subject:** | updated talking points for Monday |
| **Date:** | Sunday, April 19, 2020 11:39:41 PM |
| **Attachments:** | talking points and Q&A for Oversight briefing updated.docx |
| | Talking points on pending COVID congressional letters.docx |

Updated talking points attached, with more on post processing, options to open early as different states reopen under the president's guidance for phased reopening, and a new section on natural disasters.

I reattached the big index of talking points for the pending letters, fixing the typos Al noticed.


**Chris Stanley**, Chief

Office of Congressional and Intergovernmental Affairs

U.S. Census Bureau

O: 301-763-4276 | M: ⌐ **PII** ¬

**census.gov | @uscensusbureau**

**Shape your future. START HERE > 2020census.gov**


**From:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Sent:** Saturday, April 18, 2020 9:00 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Agreed. Especially the last paragraph on page 1 titled  "Why does post processing take so long?", which asserts quite well that we can't just turn around an produce counts on November 1.


**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Saturday, April 18, 2020 8:00 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Timothy P Olson

(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

A part of me says include page one of that document (minus the q&a headers) as a part of each of these responses. I think it's very well written. Maybe it can be condensed but it helps make the case.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Saturday, April 18, 2020 7:57 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Perhaps Ali can extract from the attached high level summary-

| | |
|---|---|
| **From:** | Enrique Lamas (CENSUS/DEPDIR FED) |
| **To:** | Ron S Jarmin (CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); James T Christy (CENSUS/LA FED); Christa D Jones (CENSUS/DEPDIR FED); Victoria Velkoff (CENSUS/ADDP FED) |
| **Subject:** | Re: Processing high level description |
| **Date:** | Monday, April 20, 2020 11:30:18 AM |
| **Attachments:** | Post Collection Processing Schedule version 2_CFB additions.docx |

With attachment this time.

See attached. DP

DP It is something POP put together for another purpose but DP

DP

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

| | |
|---|---|
| **From:** | Victoria Velkoff (CENSUS/ADDP FED) |
| **To:** | Ron S Jarmin (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); James T Christy (CENSUS/LA FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Processing high level description |
| **Date:** | Monday, April 20, 2020 11:32:51 AM |
| **Attachments:** | Post Collection Processing Schedule version 2_CFB additions.docx |

Try this one


**Victoria Velkoff, PhD**

Associate Director for Demographic Programs

U.S. Census Bureau

o: 301-763-1372

**Shape your future. START HERE >**2020census.gov

census.gov | @uscensusbureau


---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, April 20, 2020 11:31 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>
**Subject:** Re: Processing high level description


I can't open it though


---

**Ron S Jarmin, PhD.,** Deputy Director

U.S. Census Bureau

o: 301-763-1858 | m: **PII**

census.gov | @uscensusbureau

**Shape your future. START HERE > 2020census.gov**

---

**From:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Sent:** Monday, April 20, 2020 11:29 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Victoria Velkoff (CENSUS/ADDP FED)

\<Victoria.A.Velkoff@census.gov\>
**Subject:** Re: Processing high level description

With attachment this time.

See attached. [DP]
[DP] It is something POP put together for another purpose but [DP]
[DP]

Enrique Lamas
Senior Advisor
Director's Office
U.S. Census Bureau
Office:  301-763-3811

| | |
|---|---|
| **From:** | Albert E Fontenot (CENSUS/ADDC FED) |
| **To:** | Enrique Lamas (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); James T Christy (CENSUS/LA FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Re: Review |
| **Date:** | Monday, April 20, 2020 11:42:39 AM |
| **Attachments:** | Post Data Collecxtion Narravtive-1.docx |

This is a bulleted list of activities -

_Aff_

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell  224-422-7372

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Sent:** Monday, April 20, 2020 11:37 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>
**Cc:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>
**Subject:** Fw: Review

Tori sent this on the geographic level of the review process.

Enrique Lamas
Senior Advisor
Director's Office
**U.S. Census Bureau**
Office:  301-763-3811

---

**From:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>

**Sent:** Monday, April 20, 2020 11:35 AM
**To:** Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
**Subject:** Fw: Review

**Victoria Velkoff, PhD**
Associate Director for Demographic Programs
U.S. Census Bureau
o: 301-763-1372
**Shape your future. START HERE >**2020census.gov
census.gov | @uscensusbureau

---

**From:** Christine Flanagan Borman (CENSUS/POP FED) <christine.flanagan.borman@census.gov>
**Sent:** Monday, April 20, 2020 11:34 AM
**To:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>; Karen Battle
(CENSUS/POP FED) <karen.battle@census.gov>; Jason Devine (CENSUS/POP FED)
<Jason.E.Devine@census.gov>
**Subject:** Re: Review



---

**Christine Flanagan Borman,** 2020 Decennial Census Count Review
Count Review Office, Population Division
U.S. Census Bureau
O: 301.763.4315
census.gov | @uscensusbureau
**Shape your future. START HERE>** 2020.census.gov

---

**From:** Victoria Velkoff (CENSUS/ADDP FED) <Victoria.A.Velkoff@census.gov>
**Sent:** Monday, April 20, 2020 11:09 AM
**To:** Karen Battle (CENSUS/POP FED) <karen.battle@census.gov>; Jason Devine (CENSUS/POP FED)
<Jason.E.Devine@census.gov>; Christine Flanagan Borman (CENSUS/POP FED)

<christine.flanagan.borman@census.gov>
**Subject:** Review



Thanks


**Victoria Velkoff, PhD**
Associate Director for Demographic Programs
U.S. Census Bureau
o: 301-763-1372
**Shape your future. START HERE >**2020census.gov
census.gov  |  @uscensusbureau

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: updated talking points for Monday |
| **Date:** | Monday, April 20, 2020 7:27:05 AM |
| **Attachments:** | talking points and Q&A for Oversight briefing updated.docx |
| | ATT00001.htm |
| | Talking points on pending COVID congressional letters.docx |
| | ATT00002.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ PII ] (mobile)
301-763-2072

Begin forwarded message:

> **From:** "Christopher J Stanley (CENSUS/OCIA FED)"
> <christopher.j.stanley@census.gov>
> **Date:** April 19, 2020 at 11:39:40 PM EDT
> **To:** "Ali Mohammad Ahmad (CENSUS/ADCOM FED)"
> <ali.m.ahmad@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
> <Albert.E.Fontenot@census.gov>, "Steven Dillingham (CENSUS/DEPDIR
> FED)" <steven.dillingham@census.gov>, "Timothy P Olson (CENSUS/ADFO
> FED)" <Timothy.P.Olson@census.gov>, "Benjamin J Page (CENSUS/CFO
> FED)" <benjamin.j.page@census.gov>
> **Cc:** "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>,
> "Michael John Sprung (CENSUS/DEPDIR FED)"
> <michael.j.sprung@census.gov>
> **Subject: updated talking points for Monday**

Updated talking points attached, with more on [ DP ]

# DP

I reattached the big index of talking points for the pending letters, fixing the typos Al noticed.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: [ PII ]
**census.gov** | **@uscensusbureau**

**Shape your future. START HERE > 2020census.gov**

---

**From:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Sent:** Saturday, April 18, 2020 9:00 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith
(CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Agreed. **DP**

**DP**

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Saturday, April 18, 2020 8:00 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K
Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John
Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

**DP**

**DP** I think it's very well written. **DP**

**DP**

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: **PII**
Ali.M.Ahmad@census.gov
census.gov | @uscensusbureau

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Saturday, April 18, 2020 7:57 AM

**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Ali
Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P
Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung
(CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO
FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Perhaps Ali can extract from the attached high level summary-

| | |
|---|---|
| **From:** | Timothy.P.Olson@census.gov |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: updated talking points for Monday |
| **Date:** | Monday, April 20, 2020 7:27:04 AM |
| **Attachments:** | talking points and Q&A for Oversight briefing updated.docx |
| | ATT00001.htm |
| | Talking points on pending COVID congressional letters.docx |
| | ATT00002.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ PII ](mobile)
301-763-2072

Begin forwarded message:

> **From:** "Christopher J Stanley (CENSUS/OCIA FED)"
> <christopher.j.stanley@census.gov>
> **Date:** April 19, 2020 at 11:39:40 PM EDT
> **To:** "Ali Mohammad Ahmad (CENSUS/ADCOM FED)"
> <ali.m.ahmad@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
> <Albert.E.Fontenot@census.gov>, "Steven Dillingham (CENSUS/DEPDIR
> FED)" <steven.dillingham@census.gov>, "Timothy P Olson (CENSUS/ADFO
> FED)" <Timothy.P.Olson@census.gov>, "Benjamin J Page (CENSUS/CFO
> FED)" <benjamin.j.page@census.gov>
> **Cc:** "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>,
> "Michael John Sprung (CENSUS/DEPDIR FED)"
> <michael.j.sprung@census.gov>
> **Subject: updated talking points for Monday**

Updated talking points attached, with more on post processing, options to open early as different states reopen under the president's guidance for phased reopening, and a new section on natural disasters.

I reattached the big index of talking points for the pending letters, fixing the typos Al noticed.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M[ PII ]
**census.gov** | **@uscensusbureau**

**Shape your future. START HERE > 2020census.gov**

---

**From:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Sent:** Saturday, April 18, 2020 9:00 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert
E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith
(CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Agreed. Especially the last paragraph on page 1 titled "Why does post processing
take so long?", which asserts quite well that we can't just turn around an produce
counts on November 1.

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Saturday, April 18, 2020 8:00 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K
Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>;
Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John
Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page
(CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham
(CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

A part of me says include page one of that document (minus the q&a headers) as
a part of each of these responses. I think it's very well written. Maybe it can be
condensed but it helps make the case.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: [PII]
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Saturday, April 18, 2020 7:57 AM

**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Perhaps Ali can extract from the attached high level summary-

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fw: updated talking points for Monday |
| **Date:** | Monday, April 20, 2020 10:49:25 AM |
| **Attachments:** | talking points and Q&A for Oversight briefing updated.docx |
| | Talking points on pending COVID congressional letters.docx |

**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072 Office
[ PII ] Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Sunday, April 19, 2020 11:39 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Cc:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** updated talking points for Monday

Updated talking points attached, with more on [ DP ]

# DP

I reattached the big index of talking points for the pending letters, fixing the typos Al noticed.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: [ PII ]
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

---

**From:** Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>

**Sent:** Saturday, April 18, 2020 9:00 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith (CENSUS/DEPDIR FED)
<steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Agreed. **DP**

**DP**

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Saturday, April 18, 2020 8:00 AM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Steven K Smith
(CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Timothy P Olson
(CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED)
<benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

**DP**

**DP** I think it's very well written. **DP**

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M: PII
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Saturday, April 18, 2020 7:57 AM
**To:** Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Ali Mohammad
Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>; Benjamin J Page (CENSUS/CFO FED)

<benjamin.j.page@census.gov>; Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>
**Subject:** Re: more materials for Monday

Perhaps Ali can extract from the attached high level summary-

**From:**     Christopher J Stanley (CENSUS/OCIA FED)
**To:**       Michael John Sprung (CENSUS/DEPDIR FED); Steven K Smith (CENSUS/DEPDIR FED); Ali Mohammad Ahmad
              (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED);
              Benjamin J Page (CENSUS/CFO FED)
**Subject:**  Re: Committee Mtg Prep
**Date:**     Thursday, April 23, 2020 11:36:22 AM
**Attachments:** talking points and Q&A for Oversight briefing updated.docx
              Talking points on pending COVID congressional letters.docx
              edited portions of the talking points.docx

I left off Steve since I have not made any significant changes to these since he last printed them. I am sending to us so that they are toward the top of our inboxes before the prep meeting at noon.

**From:** Steven Dillingham (CENSUS/DEPDIR FED)
**Sent:** Thursday, April 23, 2020 8:32 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>
**Subject:** Committee Mtg Prep
**When:** Thursday, April 23, 2020 12:00 PM-12:30 PM.
**Where:**  PII

| | |
|---|---|
| **From:** | Christopher J Stanley (CENSUS/OCIA FED) |
| **To:** | Steven Dillingham (CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Benjamin J Page (CENSUS/CFO FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Timothy P Olson (CENSUS/ADFO FED) |
| **Cc:** | Steven K Smith (CENSUS/DEPDIR FED); Michael John Sprung (CENSUS/DEPDIR FED) |
| **Subject:** | reworked main talking points |
| **Date:** | Thursday, April 23, 2020 6:37:18 PM |
| **Attachments:** | talking points and Q&A for Oversight further updated.docx |

# DP

Please let me know if you have any questions or if anyone would suggest further edits. This is attached with the changes accepted, but if anyone wants it, I can send it to you with the tracked changes visible.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: PII
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

| | |
|---|---|
| **From:** | Timothy.P.Olson@census.gov |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: reworked main talking points |
| **Date:** | Thursday, April 23, 2020 8:10:02 PM |
| **Attachments:** | talking points and Q&A for Oversight further updated.docx<br>ATT00001.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[ PII ] (mobile)
301-763-2072

Begin forwarded message:

> **From:** "Christopher J Stanley (CENSUS/OCIA FED)"
> <christopher.j.stanley@census.gov>
> **Date:** April 23, 2020 at 6:37:18 PM EDT
> **To:** "Steven Dillingham (CENSUS/DEPDIR FED)"
> <steven.dillingham@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
> <Albert.E.Fontenot@census.gov>, "Benjamin J Page (CENSUS/CFO FED)"
> <benjamin.j.page@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM
> FED)" <ali.m.ahmad@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
> <Timothy.P.Olson@census.gov>
> **Cc:** "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>,
> "Michael John Sprung (CENSUS/DEPDIR FED)"
> <michael.j.sprung@census.gov>
> **Subject: reworked main talking points**



Please let me know if you have any questions or if anyone would suggest further
edits. This is attached with the changes accepted, but if anyone wants it, I can
send it to you with the tracked changes visible.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M:[ PII ]

**census.gov** | **@uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: reworked main talking points |
| **Date:** | Thursday, April 23, 2020 8:10:03 PM |
| **Attachments:** | talking points and Q&A for Oversight further updated.docx |
| | ATT00001.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[PII] (mobile)
301-763-2072

Begin forwarded message:

> **From:** "Christopher J Stanley (CENSUS/OCIA FED)"
> <christopher.j.stanley@census.gov>
> **Date:** April 23, 2020 at 6:37:18 PM EDT
> **To:** "Steven Dillingham (CENSUS/DEPDIR FED)"
> <steven.dillingham@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
> <Albert.E.Fontenot@census.gov>, "Benjamin J Page (CENSUS/CFO FED)"
> <benjamin.j.page@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM
> FED)" <ali.m.ahmad@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
> <Timothy.P.Olson@census.gov>
> **Cc:** "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>,
> "Michael John Sprung (CENSUS/DEPDIR FED)"
> <michael.j.sprung@census.gov>
> **Subject: reworked main talking points**



Please let me know if you have any questions or if anyone would suggest further
edits. This is attached with the changes accepted, but if anyone wants it, I can
send it to you with the tracked changes visible.


**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: [PII]

**census.gov  |  @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

| From: | Christopher J Stanley (CENSUS/OCIA FED) |
|---|---|
| To: | Steven Dillingham (CENSUS/DEPDIR FED); Timothy P Olson (CENSUS/ADFO FED); Albert E Fontenot (CENSUS/ADDC FED); Benjamin J Page (CENSUS/CFO FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| Cc: | Steven K Smith (CENSUS/DEPDIR FED); Michael John Sprung (CENSUS/DEPDIR FED) |
| Subject: | Re-sending additional background materials, if needed |
| Date: | Friday, April 24, 2020 1:23:20 PM |
| Attachments: | House Oversight bios 4-24-20.pdf |
| | Oversight hiring and recruiting stats.xlsx |
| | HouseOversight_SocialMedia_3.1.20_Present.xlsx |

# DP

**Chris Stanley**, Chief

Office of Congressional and Intergovernmental Affairs

U.S. Census Bureau

O: 301-763-4276 | M: PII

**census.gov | @uscensusbureau**

**Shape your future. START HERE > 2020census.gov**

| | |
|---|---|
| **From:** | Timothy.P.Olson@census.gov |
| **To:** | Timothy Olson |
| **Subject:** | Fwd: reworked main talking points |
| **Date:** | Friday, April 24, 2020 2:35:15 PM |
| **Attachments:** | talking points and Q&A for Oversight further updated.docx |
| | ATT00001.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
[PII] (mobile)
301-763-2072

Begin forwarded message:

**From:** "Christopher J Stanley (CENSUS/OCIA FED)"
<christopher.j.stanley@census.gov>
**Date:** April 23, 2020 at 6:37:18 PM EDT
**To:** "Steven Dillingham (CENSUS/DEPDIR FED)"
<steven.dillingham@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
<Albert.E.Fontenot@census.gov>, "Benjamin J Page (CENSUS/CFO FED)"
<benjamin.j.page@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM
FED)" <ali.m.ahmad@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
<Timothy.P.Olson@census.gov>
**Cc:** "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>,
"Michael John Sprung (CENSUS/DEPDIR FED)"
<michael.j.sprung@census.gov>
**Subject: reworked main talking points**



Please let me know if you have any questions or if anyone would suggest further
edits. This is attached with the changes accepted, but if anyone wants it, I can
send it to you with the tracked changes visible.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: [PII]

**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

**From:** Timothy P Olson (CENSUS/ADFO FED)
**To:** Timothy Olson
**Subject:** Fwd: reworked main talking points
**Date:** Friday, April 24, 2020 2:35:16 PM
**Attachments:** talking points and Q&A for Oversight further updated.docx
ATT00001.htm

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
**PII** (mobile)
301-763-2072

Begin forwarded message:

**From:** "Christopher J Stanley (CENSUS/OCIA FED)"
<christopher.j.stanley@census.gov>
**Date:** April 23, 2020 at 6:37:18 PM EDT
**To:** "Steven Dillingham (CENSUS/DEPDIR FED)"
<steven.dillingham@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
<Albert.E.Fontenot@census.gov>, "Benjamin J Page (CENSUS/CFO FED)"
<benjamin.j.page@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM
FED)" <ali.m.ahmad@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
<Timothy.P.Olson@census.gov>
**Cc:** "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>,
"Michael John Sprung (CENSUS/DEPDIR FED)"
<michael.j.sprung@census.gov>
**Subject: reworked main talking points**



Please let me know if you have any questions or if anyone would suggest further
edits. This is attached with the changes accepted, but if anyone wants it, I can
send it to you with the tracked changes visible.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M **PII**

**census.gov** | **@uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

| From: | Timothy P Olson (CENSUS/ADFO FED) |
|---|---|
| To: | Timothy Olson |
| Subject: | Fwd: Re-sending additional background materials, if needed |
| Date: | Friday, April 24, 2020 2:37:06 PM |
| Attachments: | House Oversight bios 4-24-20.pdf |
| | ATT00001.htm |
| | Oversight hiring and recruiting stats.xlsx |
| | ATT00002.htm |
| | HouseOversight_SocialMedia_3.1.20_Present.xlsx |
| | ATT00003.htm |

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
⌐ ‾ ‾ ‾ ‾ ¬
¦   **PII**   ¦(mobile)
∟ _ _ _ _ ⌟
301-763-2072

Begin forwarded message:

> **From:** "Christopher J Stanley (CENSUS/OCIA FED)"
> <christopher.j.stanley@census.gov>
> **Date:** April 24, 2020 at 1:23:19 PM EDT
> **To:** "Steven Dillingham (CENSUS/DEPDIR FED)"
> <steven.dillingham@census.gov>, "Timothy P Olson (CENSUS/ADFO FED)"
> <Timothy.P.Olson@census.gov>, "Albert E Fontenot (CENSUS/ADDC FED)"
> <Albert.E.Fontenot@census.gov>, "Benjamin J Page (CENSUS/CFO FED)"
> <benjamin.j.page@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM
> FED)" <ali.m.ahmad@census.gov>
> **Cc:** "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>,
> "Michael John Sprung (CENSUS/DEPDIR FED)"
> <michael.j.sprung@census.gov>
> **Subject: Re-sending additional background materials, if needed**



# Rep. Carolyn Maloney (D-NY-12)



Rep. Carolyn Maloney is a 14th term Representative in the US Congress who represents New York's 12th district and received 86.3% of the vote in her last election. She is the Chair of the Oversight committee, the Vice Chair of the Economy committee, and a member of the Financial Services committee.

She works most frequently on Intergovernmental relations (276 bills), Health (209 bills), Crime and Law Enforcement (197 bills), Labor and Employment (187 bills), and Commerce (185 bills). She has sponsored 635 bills in her last twenty-six year(s) in office, voting with her party 90.5% of the time, getting 5.04% of her bills out of committee, and 2.05% of her sponsored bills enacted.

Rep. Maloney most frequently cosponsors Nita Lowey (D-NY-17) (102 bills), Jerry Nadler (D-NY-10) (90 bills), and Rosa DeLauro (D-CT-3) (85 bills). She most frequently votes with Andy Levin (D-MI-9) (98.71%), Lori Trahan (D-MA-3) (98.57%), and Joe Neguse (D-CO-2) (98.57%).

Before entering politics, Rep. Maloney was a public official. She received her undergraduate degree from Greensboro College (NC).

## Committees

US Congress: House Committee on Financial Services
Chair Persons: Rep. Maxine Waters (D-CA-43) | Ranking Members: Rep. Patrick McHenry (R-NC-10)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: Joint Economic Committee
Chair Persons: Sen. Mike Lee (R-UT) | Ranking Members: Sen. Martin Heinrich (D-NM)

## Caucuses

US Congress: Ad Hoc Congressional Committee on Irish Affairs
Chair Persons: Rep. Pete King (R-NY-2), Rep. Eliot Engel (D-NY-16), Rep. Chris Smith (R-NJ-4) | Ranking Members: N/A

US Congress: Albanian Issues Caucus
Chair Persons: Rep. Pete King (R-NY-2), Rep. Eliot Engel (D-NY-16), Rep. Robert "Bob" Aderholt (R-AL-4) | Ranking Members: N/A

US Congress: Americans Abroad Caucus
Chair Persons: Rep. Carolyn Maloney (D-NY-12), Rep. Mark Meadows (R-NC-11) | Ranking Members: N/A

## Office of Congressional and Intergovernmental Affairs



# Rep. Jim Jordan (R-OH-4)



Rep. Jim Jordan is a 7th term Representative in the US Congress who represents Ohio's 4th district and received 65.3% of the vote in his last election. He is the Ranking Member of the Oversight committee, and a member of the Judiciary committee.

He works most frequently on Economics and Public Finance (16 bills), Health (13 bills), Law (10 bills), Civil Rights and Liberties, Minority Issues (10 bills), and Taxation (9 bills). He has sponsored 27 bills in his last thirteen year(s) in office, voting with his party 89.6% of the time, getting 0.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Jordan most frequently cosponsors Steve King (R-IA-4) (18 bills), Chris Smith (R-NJ-4) (11 bills), and Robert Latta (R-OH-5) (10 bills). He most frequently votes with Jody Hice (R-GA-10) (91.23%), Gary Palmer (R-AL-6) (91.03%), and Tim Burchett (R-TN-2) (91.0%).

Before entering politics, Rep. Jordan was involved in business. He received his undergraduate degree from the University of Wisconsin and a professional degree from Capital University (OH).

## Committees
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: House Committee on the Judiciary
Chair Persons: Rep. Jerry Nadler (D-NY-10)| Ranking Members: Rep. Doug Collins (R-GA-9)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Constitution, Civil Rights and Civil Liberties
Chair Persons: Rep. Steve Cohen (D-TN-9)| Ranking Members: Rep. Mike Johnson (R-LA-4)

## Caucuses
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: Bipartisan Congressional Pro-Life Caucus
Chair Persons: Rep. Chris Smith (R-NJ-4), Rep. Daniel "Dan" Lipinski (D-IL-3)| Ranking Members: N/A

US Congress: Congressional Army Caucus
Chair Persons: Rep. John Carter (R-TX-31), Rep. Dutch Ruppersberger (D-MD-2)| Ranking Members: N/A

US Congress: Congressional Caucus on Youth Sports
Chair Persons: Rep. Marc Veasey (D-TX-33), Rep. Ron Kind (D-WI-3), Rep. Rodney Davis (R-IL-13)| Ranking Members: N/A

DOC_0002089



# Del. Eleanor Norton (D-DC-1)



Del. Eleanor Norton is a 15th term Delegate in the US Congress who represents District of Columbia's 1st district and received 87.0% of the vote in her last election. She is a member of the Oversight and Transportation committees.

She works most frequently on District of Columbia (303 bills), Intergovernmental relations (237 bills), Economics and Public Finance (156 bills), State and local government operations (154 bills), and Law (149 bills). She has sponsored 574 bills in her last twenty-nine year(s) in office, voting with her party 84.6% of the time, getting 13.24% of her bills out of committee, and 5.75% of her sponsored bills enacted.

Del. Norton most frequently cosponsors Carolyn Maloney (D-NY-12) (163 bills), Rosa DeLauro (D-CT-3) (122 bills), and Maxine Waters (D-CA-43) (116 bills). She most frequently votes with Charlie Crist (D-FL-13) (86.25%), Derek Kilmer (D-WA-6) (86.25%), and Ami Bera (D-CA-7) (86.25%).

Before entering politics, Del. Norton was involved in education. She received her undergraduate degree from Antioch College (OH) and a professional degree from Yale University School of Law (CT).

## Committees

US Congress: House Committee on Transportation and Infrastructure
Chair Persons: Rep. Peter DeFazio (D-OR-4) | Ranking Members: Rep. Sam Graves (R-MO-6)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Aviation
Chair Persons: Rep. Rick Larsen (D-WA-2) | Ranking Members: Rep. Garret Graves (R-LA-6)

## Caucuses

US Congress: 21st Century Health Care Caucus
Chair Persons: N/A | Ranking Members: Rep. Yvette Clarke (D-NY-9)

US Congress: Bicameral Congressional Caucus on Parkinson's Disease
Chair Persons: Rep. Hank Johnson (D-GA-4), Rep. Gus Bilirakis (R-FL-12), Rep. Pete King (R-NY-2), Sen. Debbie Stabenow (D-MI), Rep. Carolyn...

US Congress: Bipartisan Congressional Dyslexia Caucus
Chair Persons: Rep. Bruce Westerman (R-AR-4), Rep. Julia Brownley (D-CA-26) | Ranking Members: N/A

## Office of Congressional and Intergovernmental Affairs

United States
**Census**
Bureau

# Rep. Wm. Lacy Clay (D-MO-1)



Rep. Wm. Lacy "Lacy" Clay is a 10th term Representative in the US Congress who represents Missouri's 1st district and received 80.1% of the vote in his last election. He is a member of the Oversight, Financial Services, and Natural Resources committees.

He works most frequently on Tariffs (61 bills), Foreign Trade and International Finance (61 bills), International Affairs (40 bills), International finance and foreign exchange (38 bills), and Government information and archives (29 bills). He has sponsored 144 bills in his last nineteen year(s) in office, voting with his party 89.0% of the time, getting 20.14% of his bills out of committee, and 4.86% of his sponsored bills enacted.

Rep. Clay most frequently cosponsors Maxine Waters (D-CA-43) (62 bills), Barbara Lee (D-CA-13) (52 bills), and Rosa DeLauro (D-CT-3) (51 bills). He most frequently votes with Andy Levin (D-MI-9) (94.57%), Mike Levin (D-CA-49) (94.57%), and Madeleine Dean (D-PA-4) (94.57%).

Before entering politics, Rep. Clay was a public official. He received his undergraduate degree from the University of Maryland, College Park.

# Committees

US Congress: **House Committee on Financial Services**
Chair Persons: Rep. Maxine Waters (D-CA-43) | Ranking Members: Rep. Patrick McHenry (R-NC-10)

US Congress: **House Committee on Natural Resources**
Chair Persons: Rep. Raul Grijalva (D-AZ-3) | Ranking Members: Rep. Don Young (R-AK-1)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

# Caucuses

US Congress: **Bicameral Congressional Caucus on Parkinson's Disease**
Chair Persons: Rep. Hank Johnson (D-GA-4), Rep. Gus Bilirakis (R-FL-12), Rep. Pete King (R-NY-2), Sen. Debbie Stabenow (D-MI), Rep. Carolyn...

US Congress: **Bipartisan Congressional Privacy Caucus**
Chair Persons: Rep. Ted Lieu (D-CA-33), Rep. Alex Mooney (R-WV-2), Rep. Bill Flores (R-TX-17), Rep. Diana DeGette (D-CO-1) Ranking Members:...

US Congress: **Community College Caucus**
Chair Persons: Rep. Joe Courtney (D-CT-2), Rep. Gus Bilirakis (R-FL-12), Rep. Bobby Rush (D-IL-1) Ranking Members: N/A



# Rep. Stephen Lynch (D-MA-8)



Rep. Stephen "Steve" Lynch is a 10th term Representative in the US Congress who represents Massachusetts's 8th district and received 98.4% of the vote in his last election. He is a member of the Oversight, Transportation, and Financial Services committees.

He works most frequently on Health (48 bills), Finance and Financial Sector (43 bills), Crime and Law Enforcement (41 bills), Armed Forces and National Security (40 bills), and Labor and Employment (38 bills). He has sponsored 139 bills in his last eighteen year(s) in office, voting with his party 91.0% of the time, getting 12.95% of his bills out of committee, and 3.6% of his sponsored bills enacted.

Rep. Lynch most frequently cosponsors Rosa DeLauro (D-CT-3) (51 bills), Carolyn Maloney (D-NY-12) (50 bills), and Maxine Waters (D-CA-43) (37 bills). He most frequently votes with Dean Phillips (D-MN-3) (97.57%), Mike Levin (D-CA-49) (97.57%), and Donna Shalala (D-FL-27) (97.14%).

Before entering politics, Rep. Lynch was involved with the legal industry. He received his undergraduate degree from Wentworth Institute of Technology (MA) and a professional degree from Harvard University John F. Kennedy School of Government (MA).

## Committees

US Congress: House Committee on Financial Services
Chair Persons: Rep. Maxine Waters (D-CA-43)| Ranking Members: Rep. Patrick McHenry (R-NC-10)

US Congress: House Committee on Transportation and Infrastructure
Chair Persons: Rep. Peter DeFazio (D-OR-4)| Ranking Members: Rep. Sam Graves (R-MO-6)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: Anti-Terrorism and Proliferation Financing Caucus
Chair Persons: Rep. Pete King (R-NY-2), Rep. Stephen "Steve" Lynch (D-MA-8)| Ranking Members: N/A

US Congress: Bicameral Congressional Caucus on Parkinson's Disease
Chair Persons: Rep. Hank Johnson (D-GA-4), Rep. Gus Bilirakis (R-FL-12), Rep. Pete King (R-NY-2), Sen. Debbie Stabenow (D-MI), Rep. Carolyn...

US Congress: Bipartisan Congressional Task Force on Alzheimer's Disease
Chair Persons: Rep. Michael "Mike" Burgess (R-TX-26), Sen. Mark Warner (D-VA), Sen. Pat Toomey (R-PA), Sen. Susan Collins (R-ME), Rep. Chris...

## Office of Congressional and Intergovernmental Affairs



# Rep. Jim Cooper (D-TN-5)



Rep. Jim Cooper is a 15th term Representative in the US Congress who represents Tennessee's 5th district and received 67.8% of the vote in his last election. He is a member of the Armed Services, Oversight, and Budget committees.

He works most frequently on Economics and Public Finance (34 bills), Intergovernmental relations (28 bills), Legislative rules and procedure (26 bills), Law (25 bills), and Science, Technology, Communications (24 bills). He has sponsored 91 bills in his last thirty-seven year(s) in office, voting with his party 83.9% of the time, getting 4.4% of his bills out of committee, and 3.3% of his sponsored bills enacted.

Rep. Cooper most frequently cosponsors Carolyn Maloney (D-NY-12) (25 bills), Rosa DeLauro (D-CT-3) (25 bills), and Ed Markey (D-MA) (18 bills). He most frequently votes with Dean Phillips (D-MN-3) (94.29%), Greg Stanton (D-AZ-9) (94.29%), and Mike Levin (D-CA-49) (94.29%).

Before entering politics, Rep. Cooper was involved in education. He received his undergraduate degree from the University of North Carolina, Chapel Hill and a professional degree from Harvard University Law School (MA).

## Committees

US Congress: House Committee on Budget
Chair Persons: Rep. John Yarmuth (D-KY-3) | Ranking Members: Rep. Steve Womack (R-AR-3)

US Congress: House Committee on Armed Services
Chair Persons: Rep. Adam Smith (D-WA-9) | Ranking Members: Rep. Mac Thornberry (R-TX-13)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: 21st Century Health Care Caucus
Chair Persons: N/A | Ranking Members: Rep. Yvette Clarke (D-NY-9)

US Congress: Air Force Caucus (House)
Chair Persons: Rep. Kathy Castor (D-FL-14), Rep. Michael "Mike" Turner (R-OH-10), Rep. Adam Kinzinger (R-IL-16), Rep. John Garamendi (D-CA-3]...

US Congress: Anti-Terrorism and Proliferation Financing Caucus
Chair Persons: Rep. Pete King (R-NY-2), Rep. Stephen "Steve" Lynch (D-MA-8) | Ranking Members: N/A

## Office of Congressional and Intergovernmental Affairs



# Rep. Gerry Connolly (D-VA-11)



Rep. Gerry Connolly is a 6th term Representative in the US Congress who represents Virginia's 11th district and received 71.1% of the vote in his last election. He is a member of the Foreign Affairs and Oversight committees.

He works most frequently on Government employee pay, benefits, personnel management (48 bills), Armed Forces and National Security (27 bills), Emergency Management (22 bills), Government information and archives (21 bills), and Labor and Employment (20 bills). He has sponsored 142 bills in his last ten year(s) in office, voting with his party 93.5% of the time, getting 6.34% of his bills out of committee, and 2.11% of his sponsored bills enacted.

Rep. Connolly most frequently cosponsors Matt Cartwright (D-PA-8) (64 bills), Carolyn Maloney (D-NY-12) (43 bills), and Earl Blumenauer (D-OR-3) (39 bills). He most frequently votes with Derek Kilmer (D-WA-6) (96.33%), Gil Cisneros (D-CA-39) (96.14%), and Debbie Mucarsel-Powell (D-FL-26) (96.14%).

Before entering politics, Rep. Connolly was involved in business. He received his undergraduate degree from Maryknoll College (IL) and a professional degree from Harvard University (MA).

## Committees
------------------------------------------------------------

US Congress: House Committee on Foreign Affairs
Chair Persons: Rep. Eliot Engel (D-NY-16) | Ranking Members: Rep. Michael McCaul (R-TX-10)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Asia, the Pacific, and Nonproliferation
Chair Persons: Rep. Ami Bera (D-CA-7) | Ranking Members: Rep. Ted Yoho (R-FL-3)

## Caucuses
------------------------------------------------------------

US Congress: Americans Abroad Caucus
Chair Persons: Rep. Carolyn Maloney (D-NY-12), Rep. Mark Meadows (R-NC-11) | Ranking Members: N/A

US Congress: American Sikh Congressional Caucus
Chair Persons: Rep. Ted Yoho (R-FL-3), Rep. Judy Chu (D-CA-27), Rep. John Garamendi (D-CA-3) Ranking Members: N/A

US Congress: Arthritis Caucus
Chair Persons: Rep. David McKinley (R-WV-1), Rep. Debbie Dingell (D-MI-12) Ranking Members: N/A

Office of Congressional and Intergovernmental Affairs



# Rep. Raja Krishnamoorthi (D-IL-8)



Rep. Raja Krishnamoorthi is a 2nd term Representative in the US Congress who represents Illinois's 8th district and received 66.0% of the vote in his last election. He is a member of the Oversight and Intelligence committees.

He works most frequently on Armed Forces and National Security (9 bills), Science, Technology, Communications (8 bills), Crime and Law Enforcement (8 bills), Commerce (8 bills), and Government information and archives (7 bills). He has sponsored 33 bills in his last three year(s) in office, voting with his party 96.5% of the time, getting 9.09% of his bills out of committee, and 6.06% of his sponsored bills enacted.

Rep. Krishnamoorthi most frequently cosponsors David Cicilline (D-RI-1) (13 bills), Carolyn Maloney (D-NY-12) (10 bills), and Bobby Scott (D-VA-3) (9 bills). He most frequently votes with Kim Schrier (D-WA-8) (97.57%), Jennifer Wexton (D-VA-10) (97.57%), and Donna Shalala (D-FL-27) (97.43%).

Before entering politics, Rep. Krishnamoorthi was a public official. He received his undergraduate degree from Princeton University (NJ) and a professional degree from Harvard University (MA).

## Committees

US Congress: House Permanent Select Committee on Intelligence
Chair Persons: Rep. Adam Schiff (D-CA-28) | Ranking Members: Rep. Devin Nunes (R-CA-22)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Investigative Subcommittee on Gaetz
Chair Persons: Rep. Anthony Brown (D-MD-4) | Ranking Members: Rep. Michael Guest (R-MS-3)

## Caucuses

US Congress: Bipartisan Congressional Pro-Choice Caucus
Chair Persons: Rep. Diana DeGette (D-CO-1), Rep. Barbara Lee (D-CA-13) | Ranking Members: N/A

US Congress: Bipartisan Taskforce to Combat the Heroin Epidemic
Chair Persons: Rep. Ann "Annie" Kuster (D-NH-2) | Ranking Members: Rep. Donald Norcross (D-NJ-1)

US Congress: Black Maternal Health Caucus
Chair Persons: Rep. Alma Adams (D-NC-12), Rep. Lauren Underwood (D-IL-14), Rep. Julia Brownley (D-CA-26) | Ranking Members: N/A

# Office of Congressional and Intergovernmental Affairs



# Rep. Jamie Raskin (D-MD-8)



Rep. Jamie Raskin is the Representative in the US Congress who represents Maryland's 8th district and received 68.2% of the vote in his last election. He is the Vice Chair of the House Administration committee, and a member of the Printing, Rules, Oversight, and Judiciary committees.

He works most frequently on Commerce (7 bills), Government information and archives (4 bills), Elections, voting, political campaign regulation (4 bills), Foreign Trade and International Finance (4 bills), and Crime and Law Enforcement (4 bills). He has sponsored 15 bills in his last thirteen year(s) in office, voting with his party 96.2% of the time, getting 0.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Raskin most frequently cosponsors Jackie Speier (D-CA-14) (27 bills), David Cicilline (D-RI-1) (22 bills), and Bobby Scott (D-VA-3) (22 bills). He most frequently votes with Andy Levin (D-MI-9) (98.57%), Joe Neguse (D-CO-2) (98.43%), and Lori Trahan (D-MA-3) (97.86%).

Before entering politics, Rep. Raskin was involved in education. He received his undergraduate degree from Harvard College (MA) and a professional degree from Harvard University Law School (MA).

# Committees
------------------------------------------------------------
US Congress: **House Committee on Rules**
Chair Persons: Rep. Jim McGovern (D-MA-2) | Ranking Members: Rep. Tom Cole (R-OK-4)

US Congress: **House Committee on the Judiciary**
Chair Persons: Rep. Jerry Nadler (D-NY-10) | Ranking Members: Rep. Doug Collins (R-GA-9)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

# Caucuses
------------------------------------------------------------
US Congress: **Ahmadiyya Muslim Caucus**
Chair Persons: Rep. Pete King (R-NY-2), Rep. Jackie Speier (D-CA-14) Ranking Members: N/A

US Congress: **Americans Abroad Caucus**
Chair Persons: Rep. Carolyn Maloney (D-NY-12), Rep. Mark Meadows (R-NC-11) Ranking Members: N/A

US Congress: **Arthritis Caucus**
Chair Persons: Rep. David McKinley (R-WV-1), Rep. Debbie Dingell (D-MI-12) Ranking Members: N/A

# Office of Congressional and Intergovernmental Affairs



# Rep. Harley Rouda (D-CA-48)



Rep. Harley Rouda is a 1st term Representative in the US Congress who represents California's 48th district and received 53.6% of the vote in his last election. He is a member of the Oversight and Transportation committees.

He works most frequently on Transportation and Public Works (5 bills), Crime and Law Enforcement (5 bills), Commerce (5 bills), Environmental Protection (3 bills), and Water Resources Development (2 bills). He has sponsored 15 bills in his last one year(s) in office, voting with his party 95.3% of the time, getting 13.33% of his bills out of committee, and 6.67% of his sponsored bills enacted.

Rep. Rouda most frequently cosponsors Scott Peters (D-CA-52) (11 bills), Jackie Speier (D-CA-14) (9 bills), and Judy Chu (D-CA-27) (8 bills). He most frequently votes with Derek Kilmer (D-WA-6) (96.57%), Jennifer Wexton (D-VA-10) (96.57%), and Ami Bera (D-CA-7) (96.43%).

Before entering politics, Rep. Rouda was involved in business. He received his undergraduate degree from the University of Kentucky and a professional degree from Ohio State University.

## Committees

US Congress: House Committee on Transportation and Infrastructure
Chair Persons: Rep. Peter DeFazio (D-OR-4)| Ranking Members: Rep. Sam Graves (R-MO-6)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Environment
Chair Persons: Rep. Harley Rouda (D-CA-48)| Ranking Members: Rep. James Comer (R-KY-1)

## Caucuses

US Congress: Congressional Asian Pacific American Caucus (CAPAC)
Chair Persons: Rep. Judy Chu (D-CA-27)| Ranking Members: Sen. Tammy Duckworth (D-IL)

US Congress: Congressional Caucus to End the Youth Vaping Epidemic
Chair Persons: Rep. Jamie Raskin (D-MD-8), Rep. Pete King (R-NY-2), Whip Dick Durbin (D-IL), Rep. Raja Krishnamoorthi (D-IL-8)| Ranking Members...

US Congress: Congressional Lesbian, Gay, Bisexual, and Transgender (LGBT) Equality Caucus
Chair Persons: Rep. Angie Craig (D-MN-2), Rep. Christopher "Chris" Pappas (D-NH-1), Rep. Mark Pocan (D-WI-2), Rep. David Cicilline (D-RI-1), Rep...

DOC_0002097



United States Census Bureau

Rep. Debbie Wasserman Schultz is a 8th term Representative in the US Congress who represents Florida's 23rd district and received 58.5% of the vote in her last election. She is a member of the Oversight and Appropriations committees.

She works most frequently on Crime and Law Enforcement (30 bills), Health (22 bills), Families (22 bills), Commerce (17 bills), and Science, Technology, Communications (16 bills). She has sponsored 63 bills in her last fifteen year(s) in office, voting with her party 91.1% of the time, getting 19.05% of her bills out of committee, and 3.17% of her sponsored bills enacted.

Rep. Wasserman Schultz most frequently cosponsors Rosa DeLauro (D-CT-3) (57 bills), Carolyn Maloney (D-NY-12) (56 bills), and Jerry Nadler (D-NY-10) (40 bills). She most frequently votes with Donna Shalala (D-FL-27) (95.14%), Mike Levin (D-CA-49) (94.86%), and Sean Casten (D-IL-6) (94.57%).

Before entering politics, Rep. Wasserman Schultz was a public official. She received her undergraduate degree from the University of Florida and a graduate degree from the University of Florida.

## Committees

US Congress: **House Committee on Appropriations**
Chair Persons: Rep. Nita Lowey (D-NY-17)| Ranking Members: Rep. Kay Granger (R-TX-12)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: **House Subcommittee on Civil Rights and Civil Liberties**
Chair Persons: Rep. Jamie Raskin (D-MD-8)| Ranking Members: Rep. Chip Roy (R-TX-21)

## Caucuses

US Congress: **Bipartisan Coalition for Combating Anti-Semitism**
Chair Persons: Rep. Marc Veasey (D-TX-33), Rep. Randy Weber (R-TX-14), Rep. Kay Granger (R-TX-12), Rep. Brian Fitzpatrick (R-PA-1), Rep. Nita...

US Congress: **Bipartisan Congressional Dyslexia Caucus**
Chair Persons: Rep. Bruce Westerman (R-AR-4), Rep. Julia Brownley (D-CA-26)| Ranking Members: N/A

US Congress: **Bipartisan Congressional Pro-Choice Caucus**
Chair Persons: Rep. Diana DeGette (D-CO-1), Rep. Barbara Lee (D-CA-13)| Ranking Members: N/A



# Rep. John Sarbanes (D-MD-3)



Rep. John Sarbanes is a 7th term Representative in the US Congress who represents Maryland's 3rd district and received 69.1% of the vote in his last election. He is a member of the Oversight and Energy committees.

He works most frequently on Education (25 bills), Health (19 bills), Education programs funding (18 bills), Economics and Public Finance (18 bills), and Public Lands and Natural Resources (17 bills). He has sponsored 73 bills in his last thirteen year(s) in office, voting with his party 95.5% of the time, getting 16.44% of his bills out of committee, and 2.74% of his sponsored bills enacted.

Rep. Sarbanes most frequently cosponsors Rosa DeLauro (D-CT-3) (34 bills), Frank Pallone (D-NJ-6) (26 bills), and David Cicilline (D-RI-1) (24 bills). He most frequently votes with Mike Levin (D-CA-49) (98.43%), Donna Shalala (D-FL-27) (98.29%), and Greg Stanton (D-AZ-9) (98.14%).

Before entering politics, Rep. Sarbanes was involved with the legal industry. He received his undergraduate degree from Princeton University Woodrow Wilson School of International Affairs (NJ) and a professional degree from Harvard University (MA).

## Committees

US Congress: **House Committee on Energy and Commerce**
Chair Persons: Rep. Frank Pallone (D-NJ-6) | Ranking Members: Rep. Greg Walden (R-OR-2)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: **House Subcommittee on Energy**
Chair Persons: Rep. Bobby Rush (D-IL-1) | Ranking Members: Rep. Fred Upton (R-MI-6)

## Caucuses

US Congress: **Bipartisan Congressional Dyslexia Caucus**
Chair Persons: Rep. Bruce Westerman (R-AR-4), Rep. Julia Brownley (D-CA-26) | Ranking Members: N/A

US Congress: **Community College Caucus**
Chair Persons: Rep. Joe Courtney (D-CT-2), Rep. Gus Bilirakis (R-FL-12), Rep. Bobby Rush (D-IL-1) | Ranking Members: N/A

US Congress: **Congressional Adult Literacy Caucus**
Chair Persons: Rep. Phil Roe (R-TN-1), Rep. John Yarmuth (D-KY-3) | Ranking Members: N/A

# Office of Congressional and Intergovernmental Affairs



# Rep. Peter Welch (D-VT-1)



Rep. Peter Welch is a 7th term Representative in the US Congress who represents Vermont's 1st district and received 67.8% of the vote in his last election. He is a member of the Intelligence, Oversight, and Energy committees.

He works most frequently on Energy (57 bills), Economics and Public Finance (56 bills), Commerce (52 bills), Health (46 bills), and Energy efficiency and conservation (35 bills). He has sponsored 193 bills in his last thirteen year(s) in office, voting with his party 92.8% of the time, getting 4.66% of his bills out of committee, and 1.04% of his sponsored bills enacted.

Rep. Welch most frequently cosponsors Rosa DeLauro (D-CT-3) (45 bills), Barbara Lee (D-CA-13) (37 bills), and Lloyd Doggett (D-TX-35) (36 bills). He most frequently votes with Mary Scanlon (D-PA-5) (96.56%), Lori Trahan (D-MA-3) (96.43%), and Joe Neguse (D-CO-2) (96.43%).

Before entering politics, Rep. Welch was involved in the legal industry. He received his undergraduate degree from the College of The Holy Cross (MA) and a professional degree from the University of California, Berkeley.

## Committees

US Congress: House Committee on Energy and Commerce
Chair Persons: Rep. Frank Pallone (D-NJ-6) | Ranking Members: Rep. Greg Walden (R-OR-2)

US Congress: House Permanent Select Committee on Intelligence
Chair Persons: Rep. Adam Schiff (D-CA-28) | Ranking Members: Rep. Devin Nunes (R-CA-22)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: Bipartisan Congressional Dyslexia Caucus
Chair Persons: Rep. Bruce Westerman (R-AR-4), Rep. Julia Brownley (D-CA-26) | Ranking Members: N/A

US Congress: Bipartisan Congressional Pro-Choice Caucus
Chair Persons: Rep. Diana DeGette (D-CO-1), Rep. Barbara Lee (D-CA-13) | Ranking Members: N/A

US Congress: Bipartisan Congressional Task Force on Alzheimer's Disease
Chair Persons: Rep. Michael "Mike" Burgess (R-TX-26), Sen. Mark Warner (D-VA), Sen. Pat Toomey (R-PA), Sen. Susan Collins (R-ME), Rep. Chris...

Office of Congressional and Intergovernmental Affairs



# Rep. Jackie Speier (D-CA-14)



Rep. Jackie Speier is a 7th term Representative in the US Congress who represents California's 14th district and received 79.2% of the vote in her last election. She is a member of the Intelligence, Armed Services, and Oversight committees.

She works most frequently on Crime and Law Enforcement (42 bills), Law (40 bills), Health (38 bills), Armed Forces and National Security (36 bills), and Government information and archives (32 bills). She has sponsored 155 bills in her last eleven year(s) in office, voting with her party 85.3% of the time, getting 5.16% of her bills out of committee, and 0.65% of her sponsored bills enacted.

Rep. Speier most frequently cosponsors Rosa DeLauro (D-CT-3) (44 bills), Carolyn Maloney (D-NY-12) (41 bills), and Mike Thompson (D-CA-5) (31 bills). She most frequently votes with Lori Trahan (D-MA-3) (95.86%), Mike Levin (D-CA-49) (95.71%), and Joe Neguse (D-CO-2) (95.57%).

Before entering politics, Rep. Speier was involved with the legal industry. She received her undergraduate degree from the University of California, Davis and a professional degree from the University of California Hastings College of Law.

## Committees

US Congress: House Committee on Armed Services
Chair Persons: Rep. Adam Smith (D-WA-9) | Ranking Members: Rep. Mac Thornberry (R-TX-13)

US Congress: House Permanent Select Committee on Intelligence
Chair Persons: Rep. Adam Schiff (D-CA-28) | Ranking Members: Rep. Devin Nunes (R-CA-22)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: Ahmadiyya Muslim Caucus
Chair Persons: Rep. Pete King (R-NY-2), Rep. Jackie Speier (D-CA-14) | Ranking Members: N/A

US Congress: American Sikh Congressional Caucus
Chair Persons: Rep. Ted Yoho (R-FL-3), Rep. Judy Chu (D-CA-27), Rep. John Garamendi (D-CA-3) | Ranking Members: N/A

US Congress: Bipartisan Congressional Privacy Caucus
Chair Persons: Rep. Ted Lieu (D-CA-33), Rep. Alex Mooney (R-WV-2), Rep. Bill Flores (R-TX-17), Rep. Diana DeGette (D-CO-1) | Ranking Members:...

Office of Congressional and Intergovernmental Affairs



**United States Census Bureau**

# Rep. Robin Kelly (D-IL-2)

Rep. Robin Kelly is a 4th term Representative in the US Congress who represents Illinois's 2nd district and received 81.1% of the vote in her last election. She is a member of the Oversight and Energy committees.

She works most frequently on Crime and Law Enforcement (31 bills), Health (23 bills), Firearms and explosives (21 bills), Commerce (19 bills), and Labor and Employment (18 bills). She has sponsored 61 bills in her last six year(s) in office, voting with her party 93.2% of the time, getting 8.2% of her bills out of committee, and 4.92% of her sponsored bills enacted.

Rep. Kelly most frequently cosponsors Matt Cartwright (D-PA-8) (28 bills), David Cicilline (D-RI-1) (24 bills), and Rosa DeLauro (D-CT-3) (21 bills). She most frequently votes with Mike Levin (D-CA-49) (97.86%), Christopher Pappas (D-NH-1) (97.57%), and Donna Shalala (D-FL-27) (97.43%).

Before entering politics, Rep. Kelly was a public official. She received her undergraduate degree from Bradley University (IL) and a Doctorate from Northern Illinois University.

## Committees

US Congress: House Committee on Energy and Commerce
Chair Persons: Rep. Frank Pallone (D-NJ-6) | Ranking Members: Rep. Greg Walden (R-OR-2)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Civil Rights and Civil Liberties
Chair Persons: Rep. Jamie Raskin (D-MD-8) | Ranking Members: Rep. Chip Roy (R-TX-21)

## Caucuses

US Congress: Commission on the Social Status of Black Men and Boys Caucus
Chair Persons: Rep. Frederica "Freddi" Wilson (D-FL-24), Rep. Danny Davis (D-IL-7), Del. Eleanor Norton (D-DC-1) Ranking Members: N/A

US Congress: Congressional Black Caucus
Chair Persons: Rep. Karen Bass (D-CA-37) | Ranking Members: Rep. Steven "Steve" Horsford (D-NV-4)

US Congress: Congressional Caucus for Women's Issues (House)
Chair Persons: Rep. Brenda Lawrence (D-MI-14), Rep. Susan Brooks (R-IN-5), Rep. Lois Frankel (D-FL-21), Rep. Debbie Lesko (R-AZ-8) Ranking...

Office of Congressional and Intergovernmental Affairs



# Rep. Mark DeSaulnier (D-CA-11)



Rep. Mark DeSaulnier is a 3rd term Representative in the US Congress who represents California's 11th district and received 74.1% of the vote in his last election. He is a member of the Rules, Education, Oversight, and Transportation committees.

He works most frequently on Health (23 bills), Government information and archives (16 bills), Transportation and Public Works (14 bills), Education (10 bills), and Crime and Law Enforcement (10 bills). He has sponsored 61 bills in his last four year(s) in office, voting with his party 95.4% of the time, getting 8.2% of his bills out of committee, and 3.28% of his sponsored bills enacted.

Rep. DeSaulnier most frequently cosponsors Jared Huffman (D-CA-2) (30 bills), David Cicilline (D-RI-1) (30 bills), and Rosa DeLauro (D-CT-3) (30 bills). He most frequently votes with Andy Levin (D-MI-9) (98.71%), Joe Neguse (D-CO-2) (98.57%), and Lori Trahan (D-MA-3) (98.29%).

Before entering politics, Rep. DeSaulnier was involved in business. He received his undergraduate degree from the College of the Holy Cross (MA).

## Committees

US Congress: **House Committee on Rules**
Chair Persons: Rep. Jim McGovern (D-MA-2) | Ranking Members: Rep. Tom Cole (R-OK-4)

US Congress: **House Committee on Education and Labor**
Chair Persons: Rep. Bobby Scott (D-VA-3) | Ranking Members: Rep. Virginia Foxx (R-NC-5)

US Congress: **House Committee on Transportation and Infrastructure**
Chair Persons: Rep. Peter DeFazio (D-OR-4) | Ranking Members: Rep. Sam Graves (R-MO-6)

## Caucuses

US Congress: **Congressional Addiction, Treatment and Recovery Caucus (ATR)**
Chair Persons: Rep. Jim Sensenbrenner (R-WI-5), Rep. Tim Ryan (D-OH-13) | Ranking Members: Rep. Paul Tonko (D-NY-20)

US Congress: **Congressional Animal Protection Caucus**
Chair Persons: Rep. Earl Blumenauer (D-OR-3), Rep. Vern Buchanan (R-FL-16) | Ranking Members: N/A

US Congress: **Congressional Cancer Survivors Caucus**
Chair Persons: Rep. Buddy Carter (R-GA-1), Rep. Mark DeSaulnier (D-CA-11) | Ranking Members: N/A

# Office of Congressional and Intergovernmental Affairs



# Rep. Brenda Lawrence (D-MI-14)

Rep. Brenda Lawrence is a 3rd term Representative in the US Congress who represents Michigan's 14th district and received 80.9% of the vote in her last election. She is a member of the Oversight and Appropriations committees.

She works most frequently on Education (18 bills), Health (15 bills), Higher education (11 bills), Education programs funding (10 bills), and Student aid and college costs (9 bills). She has sponsored 42 bills in her last four year(s) in office, voting with her party 95.0% of the time, getting 2.38% of her bills out of committee, and 2.38% of her sponsored bills enacted.

Rep. Lawrence most frequently cosponsors Rosa DeLauro (D-CT-3) (21 bills), David Cicilline (D-RI-1) (15 bills), and Bobby Scott (D-VA-3) (15 bills). She most frequently votes with Mike Levin (D-CA-49) (94.86%), Mary Scanlon (D-PA-5) (94.77%), and Lori Trahan (D-MA-3) (94.71%).

Before entering politics, Rep. Lawrence was a public official. She received her undergraduate degree from Central Michigan University and a graduate degree from the University of Detroit Mercy (MI).

# Committees

US Congress: House Committee on Appropriations
Chair Persons: Rep. Nita Lowey (D-NY-17)| Ranking Members: Rep. Kay Granger (R-TX-12)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Commerce, Justice, Science, and Related Agencies
Chair Persons: Rep. Jose Serrano (D-NY-15)| Ranking Members: Rep. Robert "Bob" Aderholt (R-AL-4)

# Caucuses

US Congress: Blue Collar Caucus
Chair Persons: Rep. Marc Veasey (D-TX-33), Rep. Brendan Boyle (D-PA-2)| Ranking Members: N/A

US Congress: Congressional Automotive Caucus
Chair Persons: Rep. Mike Kelly (R-PA-16), Rep. Marcy Kaptur (D-OH-9)| Ranking Members: Rep. Chuck Fleischmann (R-TN-3)

US Congress: Congressional Automotive Performance and Motorsports Caucus
Chair Persons: Rep. Bill Posey (R-FL-8), Sen. Richard Burr (R-NC), Sen. Jon Tester (D-MT), Rep. Sanford Bishop (D-GA-2), Rep. Mike Thompson (D-...

# Office of Congressional and Intergovernmental Affairs

DOC_0002104



# Del. Stacey Plaskett (D-VI-1)

Del. Stacey Plaskett is a 3rd term Delegate in the US Congress who represents Virgin Islands's 1st district and received 100.0% of the vote in her last election. She is a member of the Agriculture, Oversight, and Transportation committees.

She works most frequently on U.S. territories and protectorates (30 bills), Virgin Islands (27 bills), Caribbean area (22 bills), Taxation (17 bills), and Puerto Rico (15 bills). She has sponsored 39 bills in her last four year(s) in office, voting with her party 69.8% of the time, getting 7.69% of her bills out of committee, and 2.56% of her sponsored bills enacted.

Del. Plaskett most frequently cosponsors Robin Kelly (D-IL-2) (14 bills), Jenniffer Gonzalez-Colon (R-PR-1) (10 bills), and Maxine Waters (D-CA-43) (8 bills). She most frequently votes with Alma Adams (D-NC-12) (70.45%), Ben Lujan (D-NM-3) (70.45%), and Debra Haaland (D-NM-1) (70.1%).

Before entering politics, Del. Plaskett was involved with the legal industry. She received her undergraduate degree from Georgetown University School of Foreign Service (DC) and a professional degree from American University, Washington College of Law (DC).

## Committees

US Congress: **House Committee on Agriculture**
Chair Persons: Rep. Collin Peterson (D-MN-7) | Ranking Members: Rep. Mike Conaway (R-TX-11)

US Congress: **House Committee on Transportation and Infrastructure**
Chair Persons: Rep. Peter DeFazio (D-OR-4) | Ranking Members: Rep. Sam Graves (R-MO-6)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: **Climate Solutions Caucus (House)**
Chair Persons: Rep. Ted Deutch (D-FL-22), Rep. Francis Rooney (R-FL-19) | Ranking Members: N/A

US Congress: **Congressional Black Caucus**
Chair Persons: Rep. Karen Bass (D-CA-37) | Ranking Members: Rep. Steven "Steve" Horsford (D-NV-4)

US Congress: **Congressional Boating Caucus**
Chair Persons: Rep. Jackie Walorski (R-IN-2), Sen. Richard Burr (R-NC), Rep. Lois Frankel (D-FL-21) | Ranking Members: N/A

Office of Congressional and Intergovernmental Affairs



# Rep. Ro Khanna (D-CA-17)



Rep. Ro Khanna is a 2nd term Representative in the US Congress who represents California's 17th district and received 75.3% of the vote in his last election. He is a member of the Budget, Armed Services, and Oversight committees.

He works most frequently on Health (9 bills), Labor and Employment (7 bills), Economics and Public Finance (7 bills), Science, Technology, Communications (6 bills), and Education (6 bills). He has sponsored 26 bills in his last three year(s) in office, voting with his party 95.8% of the time, getting 11.54% of his bills out of committee, and 7.69% of his sponsored bills enacted.

Rep. Khanna most frequently cosponsors David Cicilline (D-RI-1) (28 bills), Jackie Speier (D-CA-14) (25 bills), and Carolyn Maloney (D-NY-12) (25 bills). He most frequently votes with Joe Neguse (D-CO-2) (98.29%), Andy Levin (D-MI-9) (98.14%), and Lori Trahan (D-MA-3) (98.0%).

Before entering politics, Rep. Khanna was involved in education. He received his undergraduate degree from the University of Chicago (IL) and a professional degree from Yale University School of Law (CT).

## Committees

US Congress: **House Committee on Budget**
Chair Persons: Rep. John Yarmuth (D-KY-3) | Ranking Members: Rep. Steve Womack (R-AR-3)

US Congress: **House Committee on Armed Services**
Chair Persons: Rep. Adam Smith (D-WA-9) | Ranking Members: Rep. Mac Thornberry (R-TX-13)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: **Bipartisan Congressional Pro-Choice Caucus**
Chair Persons: Rep. Diana DeGette (D-CO-1), Rep. Barbara Lee (D-CA-13) | Ranking Members: N/A

US Congress: **Bipartisan Congressional Task Force on Alzheimer's Disease**
Chair Persons: Rep. Michael "Mike" Burgess (R-TX-26), Sen. Mark Warner (D-VA), Sen. Pat Toomey (R-PA), Sen. Susan Collins (R-ME), Rep. Chris...

US Congress: **Bipartisan Taskforce to Combat the Heroin Epidemic**
Chair Persons: Rep. Ann "Annie" Kuster (D-NH-2) | Ranking Members: Rep. Donald Norcross (D-NJ-1)

DOC_0002106



# Rep. Jimmy Gomez (D-CA-34)



Rep. Jimmy Gomez is a 2nd term Representative in the US Congress who represents California's 34th district and received 72.5% of the vote in his last election. He is a member of the Oversight and Ways and Means committees.

He works most frequently on Health (6 bills), Taxation (4 bills), Housing and Community Development (3 bills), State and local government operations (3 bills), and Economics and Public Finance (3 bills). He has sponsored 15 bills in his last seven year(s) in office, voting with his party 94.8% of the time, getting 0.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Gomez most frequently cosponsors Judy Chu (D-CA-27) (12 bills), David Cicilline (D-RI-1) (11 bills), and Bobby Scott (D-VA-3) (9 bills). He most frequently votes with Joe Neguse (D-CO-2) (98.14%), Andy Levin (D-MI-9) (98.0%), and Jesus Garcia (D-IL-4) (97.86%).

Before entering politics, Rep. Gomez was involved in education. He received his undergraduate degree from the University of California, Los Angeles and a graduate degree from Harvard University, John F. Kennedy School of Government (MA).

## Committees

US Congress: House Committee on Ways and Means
Chair Persons: Rep. Richard "Richie" Neal (D-MA-1)| Ranking Members: Rep. Kevin Brady (R-TX-8)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Civil Rights and Civil Liberties
Chair Persons: Rep. Jamie Raskin (D-MD-8)| Ranking Members: Rep. Chip Roy (R-TX-21)

## Caucuses

US Congress: Bipartisan Congressional Pro-Choice Caucus
Chair Persons: Rep. Diana DeGette (D-CO-1), Rep. Barbara Lee (D-CA-13)| Ranking Members: N/A

US Congress: Bipartisan Working Group to End Domestic Violence
Chair Persons: Rep. Gwen Moore (D-WI-4), Rep. Debbie Dingell (D-MI-12), Rep. Debbie Lesko (R-AZ-8)| Ranking Members: N/A

US Congress: California Aerospace Caucus
Chair Persons: Rep. Ted Lieu (D-CA-33), Rep. Ken Calvert (R-CA-42)| Ranking Members: N/A

Office of Congressional and Intergovernmental Affairs



# Rep. Alexandria Ocasio-Cortez (D-NY-14)



Rep. Alexandria Ocasio-Cortez is a 1st term Representative in the US Congress who represents New York's 14th district and received 78.1% of the vote in her last election. She is a member of the Oversight and Financial Services committees.

She works most frequently on Law (4 bills), Housing and Community Development (4 bills), Economics and Public Finance (4 bills), Labor and Employment (3 bills), and Social Welfare (2 bills). She has sponsored 8 bills in her last one year(s) in office, voting with her party 94.9% of the time, getting 0.0% of her bills out of committee, and 0.0% of her sponsored bills enacted.

Rep. Ocasio-Cortez most frequently cosponsors Nydia Velazquez (D-NY-7) (10 bills), David Cicilline (D-RI-1) (9 bills), and Barbara Lee (D-CA-13) (8 bills). She most frequently votes with Rashida Tlaib (D-MI-13) (96.14%), Joe Neguse (D-CO-2) (96.0%), and Andy Levin (D-MI-9) (95.86%).

Before entering politics, Rep. Ocasio-Cortez was a public official. She received her undergraduate degree from Boston University (MA).

## Committees

US Congress: **House Committee on Financial Services**
Chair Persons: Rep. Maxine Waters (D-CA-43) | Ranking Members: Rep. Patrick McHenry (R-NC-10)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: **House Subcommittee on Civil Rights and Civil Liberties**
Chair Persons: Rep. Jamie Raskin (D-MD-8) | Ranking Members: Rep. Chip Roy (R-TX-21)

## Caucuses

US Congress: **Congressional Caucus for Women's Issues (House)**
Chair Persons: Rep. Brenda Lawrence (D-MI-14), Rep. Susan Brooks (R-IN-5), Rep. Lois Frankel (D-FL-21), Rep. Debbie Lesko (R-AZ-8) Ranking...

US Congress: **Congressional Hispanic Caucus**
Chair Persons: Rep. Joaquin Castro (D-TX-20) | Ranking Members: Rep. Ruben Gallego (D-AZ-7)

US Congress: **Congressional Lesbian, Gay, Bisexual, and Transgender (LGBT) Equality Caucus**
Chair Persons: Rep. Angie Craig (D-MN-2), Rep. Christopher "Chris" Pappas (D-NH-1), Rep. Mark Pocan (D-WI-2), Rep. David Cicilline (D-RI-1), Rep...

## Office of Congressional and Intergovernmental Affairs



# Rep. Ayanna Pressley (D-MA-7)

Rep. Ayanna Pressley is a 1st term Representative in the US Congress who represents Massachusetts's 7th district and received 98.3% of the vote in her last election. She is a member of the Oversight and Financial Services committees.

She works most frequently on Finance and Financial Sector (5 bills), Law (4 bills), Commerce (4 bills), Labor and Employment (3 bills), and Social Welfare (2 bills). She has sponsored 11 bills in her last one year(s) in office, voting with her party 94.3% of the time, getting 9.09% of her bills out of committee, and 0.0% of her sponsored bills enacted.

Rep. Pressley most frequently cosponsors Barbara Lee (D-CA-13) (12 bills), David Cicilline (D-RI-1) (8 bills), and Katherine Clark (D-MA-5) (6 bills). She most frequently votes with Alexandria Ocasio-Cortez (D-NY-14) (95.57%), Rashida Tlaib (D-MI-13) (95.43%), and Suzanne Bonamici (D-OR-1) (95.43%).

Before entering politics, Rep. Pressley was a public official. She received a graduate degree from Boston University (MA).

# Committees

US Congress: House Committee on Financial Services
Chair Persons: Rep. Maxine Waters (D-CA-43) | Ranking Members: Rep. Patrick McHenry (R-NC-10)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Civil Rights and Civil Liberties
Chair Persons: Rep. Jamie Raskin (D-MD-8) | Ranking Members: Rep. Chip Roy (R-TX-21)

# Caucuses

US Congress: Congressional Bike Caucus
Chair Persons: Rep. Earl Blumenauer (D-OR-3), Rep. Ayanna Pressley (D-MA-7), Rep. Vern Buchanan (R-FL-16) | Ranking Members: N/A

US Congress: Congressional Black Caucus
Chair Persons: Rep. Karen Bass (D-CA-37) | Ranking Members: Rep. Steven "Steve" Horsford (D-NV-4)

US Congress: Congressional Caribbean Caucus
Chair Persons: Rep. Yvette Clarke (D-NY-9), Rep. Maxine Waters (D-CA-43) | Ranking Members: N/A

Office of Congressional and Intergovernmental Affairs



# Rep. Rashida Tlaib (D-MI-13)

Rep. Rashida Tlaib is a 1st term Representative in the US Congress who represents Michigan's 13th district and received 84.2% of the vote in her last election. She is a member of the Financial Services and Oversight committees.

She works most frequently on Taxation (3 bills), Finance and Financial Sector (3 bills), Commerce (3 bills), Law (2 bills), and Health (2 bills). She has sponsored 9 bills in her last one year(s) in office, voting with her party 94.9% of the time, getting 11.11% of her bills out of committee, and 0.0% of her sponsored bills enacted.

Rep. Tlaib most frequently cosponsors Grace Meng (D-NY-6) (10 bills), Maxine Waters (D-CA-43) (9 bills), and Alexandria Ocasio-Cortez (D-NY-14) (8 bills). She most frequently votes with Alexandria Ocasio-Cortez (D-NY-14) (96.14%), Yvette Clarke (D-NY-9) (96.14%), and Adriano Espaillat (D-NY-13) (95.86%).

Before entering politics, Rep. Tlaib was involved in the non-profit sector. She received her undergraduate degree from Wayne State University (MI) and a professional degree from Western Michigan University.

## Committees

US Congress: House Committee on Financial Services
Chair Persons: Rep. Maxine Waters (D-CA-43) | Ranking Members: Rep. Patrick McHenry (R-NC-10)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Consumer Protection and Financial Institutions
Chair Persons: Rep. Gregory Meeks (D-NY-5) | Ranking Members: Rep. Blaine Luetkemeyer (R-MO-3)

## Caucuses

US Congress: Congressional Caucus for Women's Issues (House)
Chair Persons: Rep. Brenda Lawrence (D-MI-14), Rep. Susan Brooks (R-IN-5), Rep. Lois Frankel (D-FL-21), Rep. Debbie Lesko (R-AZ-8) Ranking...

US Congress: Congressional Caucus to End the Youth Vaping Epidemic
Chair Persons: Rep. Jamie Raskin (D-MD-8), Rep. Pete King (R-NY-2), Whip Dick Durbin (D-IL), Rep. Raja Krishnamoorthi (D-IL-8) Ranking Members...

US Congress: Congressional Lesbian, Gay, Bisexual, and Transgender (LGBT) Equality Caucus
Chair Persons: Rep. Angie Craig (D-MN-2), Rep. Christopher "Chris" Pappas (D-NH-1), Rep. Mark Pocan (D-WI-2), Rep. David Cicilline (D-RI-1), Rep...

Office of Congressional and Intergovernmental Affairs



# Rep. Katie Porter (D-CA-45)

Rep. Katie Porter is a 1st term Representative in the US Congress who represents California's 45th district and received 52.1% of the vote in her last election. She is a member of the Financial Services and Oversight committees.

She works most frequently on Health (8 bills), Labor and Employment (4 bills), Finance and Financial Sector (4 bills), Education (4 bills), and Crime and Law Enforcement (4 bills). She has sponsored 17 bills in her last one year(s) in office, voting with her party 92.7% of the time, getting 11.76% of her bills out of committee, and 0.0% of her sponsored bills enacted.

Rep. Porter most frequently cosponsors Lloyd Doggett (D-TX-35) (6 bills), David Cicilline (D-RI-1) (5 bills), and Judy Chu (D-CA-27) (4 bills). She most frequently votes with Derek Kilmer (D-WA-6) (93.43%), Gil Cisneros (D-CA-39) (93.29%), and Christopher Pappas (D-NH-1) (93.29%).

Before entering politics, Rep. Porter was involved in education. She received her undergraduate degree from Yale University (CT) and a professional degree from Harvard University (MA).

## Committees

US Congress: House Committee on Financial Services
Chair Persons: Rep. Maxine Waters (D-CA-43)| Ranking Members: Rep. Patrick McHenry (R-NC-10)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Consumer Protection and Financial Institutions
Chair Persons: Rep. Gregory Meeks (D-NY-5)| Ranking Members: Rep. Blaine Luetkemeyer (R-MO-3)

## Caucuses

US Congress: Anti-Corruption League
Chair Persons: Rep. Max Rose (D-NY-11), Rep. Katie Porter (D-CA-45)| Ranking Members: N/A

US Congress: College Affordability Caucus
Chair Persons: Rep. Jahana Hayes (D-CT-5), Rep. Katie Porter (D-CA-45)| Ranking Members: N/A

US Congress: Congressional Asian Pacific American Caucus (CAPAC)
Chair Persons: Rep. Judy Chu (D-CA-27)| Ranking Members: Sen. Tammy Duckworth (D-IL)

# Office of Congressional and Intergovernmental Affairs



# Rep. Debra "Deb" Haaland (D-NM-1)



Rep. Debra "Deb" Haaland is a 1st term Representative in the US Congress who represents New Mexico's 1st district and received 59.1% of the vote in her last election. She is the Vice Chair of the Natural Resources committee, and a member of the Oversight and Armed Services committees.

She works most frequently on Native Americans (9 bills), Health (7 bills), Congressional oversight (7 bills), Federal-Indian relations (6 bills), and Public Lands and Natural Resources (5 bills). She has sponsored 22 bills in her last one year(s) in office, voting with her party 97.4% of the time, getting 0.0% of her bills out of committee, and 0.0% of her sponsored bills enacted.

Rep. Haaland most frequently cosponsors Ben Lujan (D-NM-3) (16 bills), Raul Grijalva (D-AZ-3) (14 bills), and Mark Pocan (D-WI-2) (9 bills). She most frequently votes with Ben Lujan (D-NM-3) (98.0%), Suzanne Bonamici (D-OR-1) (97.86%), and Lori Trahan (D-MA-3) (97.71%).

Before entering politics, Rep. Haaland was involved in business. She received her undergraduate degree from the University of New Mexico and a professional degree from the University of New Mexico School of Law.

## Committees

US Congress: House Committee on Armed Services
Chair Persons: Rep. Adam Smith (D-WA-9) | Ranking Members: Rep. Mac Thornberry (R-TX-13)

US Congress: House Committee on Natural Resources
Chair Persons: Rep. Raul Grijalva (D-AZ-3) | Ranking Members: Rep. Don Young (R-AK-1)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: Air Force Caucus (House)
Chair Persons: Rep. Kathy Castor (D-FL-14), Rep. Michael "Mike" Turner (R-OH-10), Rep. Adam Kinzinger (R-IL-16), Rep. John Garamendi (D-CA-3)...

US Congress: Bipartisan Task Force to End Sexual Violence
Chair Persons: Rep. Dave Joyce (R-OH-14), Rep. John Katko (R-NY-24), Rep. Ann "Annie" Kuster (D-NH-2), Rep. Jackie Speier (D-CA-14)|Ranking...

US Congress: Cannabis Caucus
Chair Persons: Rep. Earl Blumenauer (D-OR-3), Rep. Dave Joyce (R-OH-14), Rep. Barbara Lee (D-CA-13), Rep. Don Young (R-AK-1) Ranking...

## Office of Congressional and Intergovernmental Affairs



# Rep. Paul Gosar (R-AZ-4)



Rep. Paul Gosar is a 5th term Representative in the US Congress who represents Arizona's 4th district and received 68.2% of the vote in his last election. He is a member of the Oversight and Natural Resources committees.

He works most frequently on Public Lands and Natural Resources (42 bills), Arizona (34 bills), Health (20 bills), Environmental Protection (20 bills), and Congressional oversight (20 bills). He has sponsored 125 bills in his last eight year(s) in office, voting with his party 84.9% of the time, getting 15.2% of his bills out of committee, and 4.8% of his sponsored bills enacted.

Rep. Gosar most frequently cosponsors Scott Tipton (R-CO-3) (35 bills), Steve King (R-IA-4) (32 bills), and Andy Biggs (R-AZ-5) (23 bills). He most frequently votes with Andy Biggs (R-AZ-5) (88.53%), Chip Roy (R-TX-21) (87.29%), and Jim Jordan (R-OH-4) (87.1%).

Before entering politics, Rep. Gosar was involved in medicine. He received his undergraduate degree from Creighton University (NE) and a professional degree from Creighton Boyne School of Dentistry (NE).

## Committees

US Congress: House Committee on Natural Resources
Chair Persons: Rep. Raul Grijalva (D-AZ-3) | Ranking Members: Rep. Don Young (R-AK-1)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Energy and Mineral Resources
Chair Persons: Rep. Alan Lowenthal (D-CA-47) | Ranking Members: Rep. Paul Gosar (R-AZ-4)

## Caucuses

US Congress: ALEC Congressional Caucus
Chair Persons: N/A | Ranking Members: N/A

US Congress: Bipartisan Congressional Pro-Life Caucus
Chair Persons: Rep. Chris Smith (R-NJ-4), Rep. Daniel "Dan" Lipinski (D-IL-3) | Ranking Members: N/A

US Congress: Colorado River Caucus
Chair Persons: Rep. Paul Gosar (R-AZ-4) | Ranking Members: N/A

Office of Congressional and Intergovernmental Affairs



# Rep. Virginia Foxx (R-NC-5)



Rep. Virginia Foxx is a 8th term Representative in the US Congress who represents North Carolina's 5th district and received 57.0% of the vote in her last election. She is the Ranking Member of the Education committee, and a member of the Oversight committee.

She works most frequently on Administrative law and regulatory procedures (25 bills), Economics and Public Finance (25 bills), Labor and Employment (22 bills), Intergovernmental relations (21 bills), and Government information and archives (21 bills). She has sponsored 74 bills in her last fifteen year(s) in office, voting with her party 91.7% of the time, getting 28.38% of her bills out of committee, and 9.46% of her sponsored bills enacted.

Rep. Foxx most frequently cosponsors Steve King (R-IA-4) (25 bills), Marsha Blackburn (R-TN) (23 bills), and Ileana Ros-Lehtinen (R) (21 bills). She most frequently votes with Gregory Murphy (R-NC-3) (94.12%), Tim Walberg (R-MI-7) (93.83%), and Robert Latta (R-OH-5) (93.73%).

Before entering politics, Rep. Foxx was involved in business. She received her undergraduate degree from the University of North Carolina, Chapel Hill and a Doctorate from the University of North Carolina, Greensboro.

## Committees

US Congress: House Committee on Education and Labor
Chair Persons: Rep. Bobby Scott (D-VA-3) | Ranking Members: Rep. Virginia Foxx (R-NC-5)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on National Security
Chair Persons: Rep. Stephen "Steve" Lynch (D-MA-8) | Ranking Members: Rep. Jody Hice (R-GA-10)

## Caucuses

US Congress: 10th Amendment Task Force
Chair Persons: Rep. Rob Bishop (R-UT-1) | Ranking Members: N/A

US Congress: Appalachian Caucus
Chair Persons: N/A | Ranking Members: N/A

US Congress: Community College Caucus
Chair Persons: Rep. Joe Courtney (D-CT-2), Rep. Gus Bilirakis (R-FL-12), Rep. Bobby Rush (D-IL-1) | Ranking Members: N/A

## Office of Congressional and Intergovernmental Affairs



# Rep. Thomas Massie (R-KY-4)



Rep. Thomas Massie is a 5th term Representative in the US Congress who represents Kentucky's 4th district and received 62.2% of the vote in his last election. He is a member of the Oversight and Transportation committees.

He works most frequently on Agriculture and Food (10 bills), Economics and Public Finance (8 bills), Crime and Law Enforcement (8 bills), Food supply, safety, and labeling (7 bills), and Transportation and Public Works (6 bills). He has sponsored 30 bills in his last seven year(s) in office, voting with his party 77.7% of the time, getting 6.67% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Massie most frequently cosponsors Justin Amash (I-MI-3) (19 bills), Zoe Lofgren (D-CA-19) (15 bills), and Steve King (R-IA-4) (14 bills). He most frequently votes with Andy Biggs (R-AZ-5) (81.7%), Chip Roy (R-TX-21) (80.0%), and Justin Amash (I-MI-3) (79.41%).

Before entering politics, Rep. Massie was involved in agriculture. He received his undergraduate degree from Massachusetts Institute of Technology and a graduate degree from Massachusetts Institute of Technology.

## Committees

US Congress: **House Committee on Transportation and Infrastructure**
Chair Persons: Rep. Peter DeFazio (D-OR-4) | Ranking Members: Rep. Sam Graves (R-MO-6)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: **House Subcommittee on Aviation**
Chair Persons: Rep. Rick Larsen (D-WA-2) | Ranking Members: Rep. Garret Graves (R-LA-6)

## Caucuses

US Congress: **Congressional Inventions Caucus**
Chair Persons: Rep. Steve Stivers (R-OH-15), Rep. Bill Foster (D-IL-11) | Ranking Members: N/A

US Congress: **Congressional Sportsmen's Caucus**
Chair Persons: Rep. Marc Veasey (D-TX-33), Rep. Austin Scott (R-GA-8), Sen. Joe Manchin (D-WV), Sen. James "Jim" Risch (R-ID), Rep. Richard...

US Congress: **Fourth Amendment Caucus**
Chair Persons: Rep. Justin Amash (I-MI-3), Rep. Zoe Lofgren (D-CA-19) | Ranking Members: N/A

## Office of Congressional and Intergovernmental Affairs



# Rep. Jody Hice (R-GA-10)



Rep. Jody Hice is a 3rd term Representative in the US Congress who represents Georgia's 10th district and received 62.9% of the vote in his last election. He is a member of the Oversight and Natural Resources committees.

He works most frequently on Public Lands and Natural Resources (11 bills), Crime and Law Enforcement (11 bills), Government employee pay, benefits, personnel management (8 bills), Economics and Public Finance (7 bills), and Law (6 bills). He has sponsored 37 bills in his last four year(s) in office, voting with his party 89.9% of the time, getting 21.62% of his bills out of committee, and 2.7% of his sponsored bills enacted.

Rep. Hice most frequently cosponsors Steve King (R-IA-4) (23 bills), Buddy Carter (R-GA-1) (19 bills), and Doug Collins (R-GA-9) (15 bills). He most frequently votes with Tom Graves (R-GA-14) (91.69%), Jim Jordan (R-OH-4) (91.23%), and Gary Palmer (R-AL-6) (91.18%).

Before entering politics, Rep. Hice was a member of the clergy. He received his undergraduate degree from Asbury College (KY) and a graduate degree from Southwestern Baptist Theological Seminary (TX).

# Committees

US Congress: House Committee on Natural Resources
Chair Persons: Rep. Raul Grijalva (D-AZ-3) | Ranking Members: Rep. Don Young (R-AK-1)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Civil Rights and Civil Liberties
Chair Persons: Rep. Jamie Raskin (D-MD-8) | Ranking Members: Rep. Chip Roy (R-TX-21)

# Caucuses

US Congress: Air Force Caucus (House)
Chair Persons: Rep. Kathy Castor (D-FL-14), Rep. Michael "Mike" Turner (R-OH-10), Rep. Adam Kinzinger (R-IL-16), Rep. John Garamendi (D-CA-3)|...

US Congress: Army Corps of Engineers Reform Caucus
Chair Persons: Rep. Doug Collins (R-GA-9) | Ranking Members: N/A

US Congress: Atlantic Offshore Energy Caucus
Chair Persons: Rep. Jeff Duncan (R-SC-3), Rep. Richard Hudson (R-NC-8) | Ranking Members: N/A

# Office of Congressional and Intergovernmental Affairs



# Rep. Glenn Grothman (R-WI-6)



Rep. Glenn Grothman is a 3rd term Representative in the US Congress who represents Wisconsin's 6th district and received 55.5% of the vote in his last election. He is a member of the Education and Oversight committees.

He works most frequently on Labor and Employment (8 bills), Immigration (7 bills), Health (7 bills), Crime and Law Enforcement (7 bills), and Social Welfare (6 bills). He has sponsored 37 bills in his last four year(s) in office, voting with his party 90.5% of the time, getting 2.7% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Grothman most frequently cosponsors Jim Sensenbrenner (R-WI-5) (16 bills), Steve King (R-IA-4) (13 bills), and Paul Gosar (R-AZ-4) (12 bills). He most frequently votes with Jim Banks (R-IN-3) (89.19%), Robert Latta (R-OH-5) (89.14%), and Steve Chabot (R-OH-1) (88.94%).

Before entering politics, Rep. Grothman was involved with the legal industry. He received his undergraduate degree from the University of Wisconsin, Madison and a professional degree from the University of Wisconsin Law School, Madison.

# Committees

US Congress: House Committee on Education and Labor
Chair Persons: Rep. Bobby Scott (D-VA-3)| Ranking Members: Rep. Virginia Foxx (R-NC-5)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Early Childhood, Elementary, and Secondary Education
Chair Persons: Del. Gregorio "Kilili" Sablan (D-MP-1)| Ranking Members: Rep. Rick Allen (R-GA-12)

# Caucuses

US Congress: Agriculture and Rural American Taskforce
Chair Persons: Rep. Richard Hudson (R-NC-8), Rep. Derek Kilmer (D-WA-6), Rep. Dan Kildee (D-MI-5)| Ranking Members: N/A

US Congress: Ahmadiyya Muslim Caucus
Chair Persons: Rep. Pete King (R-NY-2), Rep. Jackie Speier (D-CA-14| Ranking Members: N/A

US Congress: Bipartisan Apprenticeship Caucus
Chair Persons: Rep. Susan Davis (D-CA-53), Rep. Brett Guthrie (R-KY-2)| Ranking Members: N/A

# Office of Congressional and Intergovernmental Affairs



# Rep. James Comer (R-KY-1)



Rep. James Comer is a 2nd term Representative in the US Congress who represents Kentucky's 1st district and received 68.6% of the vote in his last election. He is a member of the Oversight, Education, and Agriculture committees.

He works most frequently on Small Business Administration (2 bills), Kentucky (2 bills), Executive agency funding and structure (2 bills), Competitiveness, trade promotion, trade deficits (2 bills), and Foreign Trade and International Finance (2 bills). He has sponsored 8 bills in his last three year(s) in office, voting with his party 92.7% of the time, getting 50.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Comer most frequently cosponsors David McKinley (R-WV-1) (4 bills), Phil Roe (R-TN-1) (4 bills), and Brett Guthrie (R-KY-2) (4 bills). He most frequently votes with Tom Graves (R-GA-14) (93.22%), Trent Kelly (R-MS-1) (93.17%), and Gregory Murphy (R-NC-3) (92.94%).

Before entering politics, Rep. Comer was involved in business. He received his undergraduate degree from Western Kentucky University.

# Committees
-------------------------------------------------------------------------------

US Congress: **House Committee on Agriculture**
Chair Persons: Rep. Collin Peterson (D-MN-7)| Ranking Members: Rep. Mike Conaway (R-TX-11)

US Congress: **House Committee on Education and Labor**
Chair Persons: Rep. Bobby Scott (D-VA-3)| Ranking Members: Rep. Virginia Foxx (R-NC-5)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

# Caucuses
-------------------------------------------------------------------------------

US Congress: **Congressional Army Caucus**
Chair Persons: Rep. John Carter (R-TX-31), Rep. Dutch Ruppersberger (D-MD-2)| Ranking Members: N/A

US Congress: **Congressional Coal Caucus**
Chair Persons: Rep. David McKinley (R-WV-1)| Ranking Members: N/A

US Congress: **Congressional Down Syndrome Caucus**
Chair Persons: Sen. Bob Casey (D-PA), Sen. Jerry Moran (R-KS), Rep. Cathy McMorris Rodgers (R-WA-5), Rep. Cheri Bustos (D-IL-17), Del. Eleanor...

Office of Congressional and Intergovernmental Affairs



# Rep. Michael Cloud (R-TX-27)



Rep. Michael Cloud is a 2nd term Representative in the US Congress who represents Texas's 27th district and received 60.3% of the vote in his last election. He is a member of the Science / Technology and Oversight committees.

He works most frequently on Employment and training programs (1 bills), Employee hiring (1 bills), Labor and Employment (1 bills), Prescription drugs (1 bills), and Health personnel (1 bills). He has sponsored 2 bills in his last one year(s) in office, voting with his party 90.8% of the time, getting 50.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Cloud most frequently cosponsors Gary Palmer (R-AL-6) (4 bills), Justin Amash (I-MI-3) (4 bills), and Bill Posey (R-FL-8) (4 bills). He most frequently votes with Gregory Murphy (R-NC-3) (92.94%), Gary Palmer (R-AL-6) (91.88%), and Jason Smith (R-MO-8) (90.45%).

Before entering politics, Rep. Cloud was involved in business. He received his undergraduate degree from Oral Roberts University (OK).

## Committees

US Congress: **House Committee on Science, Space, and Technology**
Chair Persons: Rep. Eddie Johnson (D-TX-30)| Ranking Members: Rep. Frank Lucas (R-OK-3)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: **House Subcommittee on Civil Rights and Civil Liberties**
Chair Persons: Rep. Jamie Raskin (D-MD-8)| Ranking Members: Rep. Chip Roy (R-TX-21)

## Caucuses

US Congress: **Bipartisan Congressional Pro-Life Caucus**
Chair Persons: Rep. Chris Smith (R-NJ-4), Rep. Daniel "Dan" Lipinski (D-IL-3)| Ranking Members: N/A

US Congress: **Congressional Army Aviation Caucus**
Chair Persons: Rep. Rosa DeLauro (D-CT-3), Rep. Mo Brooks (R-AL-5)| Ranking Members: N/A

US Congress: **Congressional Army Caucus**
Chair Persons: Rep. John Carter (R-TX-31), Rep. Dutch Ruppersberger (D-MD-2)| Ranking Members: N/A

Office of Congressional and Intergovernmental Affairs



# Rep. Bob Gibbs (R-OH-7)



Rep. Bob Gibbs is a 5th term Representative in the US Congress who represents Ohio's 7th district and received 58.7% of the vote in his last election. He is a member of the Transportation and Oversight committees.

He works most frequently on Administrative law and regulatory procedures (16 bills), Environmental Protection (15 bills), Licensing and registrations (14 bills), Water quality (14 bills), and Environmental Protection Agency (EPA) (12 bills). He has sponsored 33 bills in his last eight year(s) in office, voting with his party 95.3% of the time, getting 21.21% of his bills out of committee, and 6.06% of his sponsored bills enacted.

Rep. Gibbs most frequently cosponsors Steve King (R-IA-4) (18 bills), David McKinley (R-WV-1) (16 bills), and Steve Stivers (R-OH-15) (16 bills). He most frequently votes with Troy Balderson (R-OH-12) (95.34%), Robert Latta (R-OH-5) (95.06%), and Brett Guthrie (R-KY-2) (94.29%).

Before entering politics, Rep. Gibbs was involved in business. He received his undergraduate degree from Ohio State University Agricultural Technical Institute.

## Committees

US Congress: **House Committee on Transportation and Infrastructure**
Chair Persons: Rep. Peter DeFazio (D-OR-4)| Ranking Members: Rep. Sam Graves (R-MO-6)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: **House Subcommittee on Coast Guard and Maritime Transportation**
Chair Persons: Rep. Sean Maloney (D-NY-18)| Ranking Members: Rep. Bob Gibbs (R-OH-7)

## Caucuses

US Congress: **Bipartisan Coalition for Combating Anti-Semitism**
Chair Persons: Rep. Marc Veasey (D-TX-33), Rep. Randy Weber (R-TX-14), Rep. Kay Granger (R-TX-12), Rep. Brian Fitzpatrick (R-PA-1), Rep. Nita...

US Congress: **Congressional Building Trades Caucus**
Chair Persons: Rep. David McKinley (R-WV-1), Rep. Donald Norcross (D-NJ-1)| Ranking Members: N/A

US Congress: **Congressional Chicken Caucus**
Chair Persons: Rep. Steve Womack (R-AR-3), Rep. Jim Costa (D-CA-16)| Ranking Members: N/A

## Office of Congressional and Intergovernmental Affairs



# Rep. Clay "Captain" Higgins (R-LA-3)

United States Census Bureau



Rep. Clay "Captain" Higgins is a 2nd term Representative in the US Congress who represents Louisiana's 3rd district and received 55.7% of the vote in his last election. He is a member of the Homeland Security and Oversight committees.

He works most frequently on Congressional oversight (16 bills), Crime and Law Enforcement (13 bills), Government information and archives (11 bills), Armed Forces and National Security (8 bills), and Immigration (7 bills). He has sponsored 36 bills in his last three year(s) in office, voting with his party 90.2% of the time, getting 19.44% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Higgins most frequently cosponsors Michael McCaul (R-TX-10) (11 bills), Phil Roe (R-TN-1) (8 bills), and Brian Babin (R-TX-36) (7 bills). He most frequently votes with Jim Banks (R-IN-3) (89.19%), Trent Kelly (R-MS-1) (89.14%), and Steve Chabot (R-OH-1) (89.04%).

Before entering politics, Rep. Higgins was involved with law enforcement. He received a graduate degree from Louisiana State University.

# Committees

US Congress: **House Committee on Homeland Security**
Chair Persons: Rep. Bennie Thompson (D-MS-2) | Ranking Members: Rep. Mike Rogers (R-AL-3)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: **House Subcommittee on Border Security, Facilitation, and Operations**
Chair Persons: Rep. Kathleen Rice (D-NY-4) | Ranking Members: Rep. Clay "Captain" Higgins (R-LA-3)

# Caucuses

US Congress: **Republican Study Committee (RSC)**
Chair Persons: Rep. Mike Johnson (R-LA-4) | Ranking Members: Rep. Bill Flores (R-TX-17)

# Office of Congressional and Intergovernmental Affairs



# Rep. Ralph Norman (R-SC-5)



Rep. Ralph Norman is a 2nd term Representative in the US Congress who represents South Carolina's 5th district and received 57.0% of the vote in his last election. He is a member of the Science / Technology, Budget, and Oversight committees.
He works most frequently on Health (8 bills), Economics and Public Finance (7 bills), Armed Forces and National Security (6 bills), Civil Rights and Liberties, Minority Issues (5 bills), and Taxation (4 bills). He has sponsored 32 bills in his last nine year(s) in office, voting with his party 88.7% of the time, getting 9.38% of his bills out of committee, and 3.13% of his sponsored bills enacted.

Rep. Norman most frequently cosponsors Steve King (R-IA-4) (19 bills), Jeff Duncan (R-SC-3) (16 bills), and Paul Gosar (R-AZ-4) (14 bills). He most frequently votes with Rick Allen (R-GA-12) (90.15%), Ted Budd (R-NC-13) (90.09%), and Jim Banks (R-IN-3) (89.96%).

Before entering politics, Rep. Norman was involved in real estate. He received his undergraduate degree from Presbyterian College (SC).

## Committees

US Congress: House Committee on Budget
Chair Persons: Rep. John Yarmuth (D-KY-3)| Ranking Members: Rep. Steve Womack (R-AR-3)

US Congress: House Committee on Science, Space, and Technology
Chair Persons: Rep. Eddie Johnson (D-TX-30)| Ranking Members: Rep. Frank Lucas (R-OK-3)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses

US Congress: Air Force Caucus (House)
Chair Persons: Rep. Kathy Castor (D-FL-14), Rep. Michael "Mike" Turner (R-OH-10), Rep. Adam Kinzinger (R-IL-16), Rep. John Garamendi (D-CA-3]...

US Congress: Congressional NASA Caucus
Chair Persons: Rep. Bill Posey (R-FL-8), Rep. Kendra Horn (D-OK-5), Rep. Anthony Gonzalez (R-OH-16), Rep. Marcy Kaptur (D-OH-9|Ranking...

US Congress: Congressional Reformers Caucus
Chair Persons: Rep. Ken Buck (R-CO-4), Rep. Michael "Mike" Gallagher (R-WI-8), Rep. Derek Kilmer (D-WA-6), Rep. Kathleen Rice (D-NY-4|Ranking...

Office of Congressional and Intergovernmental Affairs



# Rep. Chip Roy (R-TX-21)



Rep. Chip Roy is a 1st term Representative in the US Congress who represents Texas's 21st district and received 50.2% of the vote in his last election. He is a member of the Budget, Veterans' Affairs, and Oversight committees.

He works most frequently on Armed Forces and National Security (3 bills), Health (2 bills), Government information and archives (2 bills), Crime and Law Enforcement (2 bills), and Congressional oversight (2 bills). He has sponsored 6 bills in his last one year(s) in office, voting with his party 77.1% of the time, getting 0.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

Rep. Roy most frequently cosponsors Thomas Massie (R-KY-4) (4 bills), Michael Gallagher (R-WI-8) (2 bills), and Gary Palmer (R-AL-6) (2 bills). He most frequently votes with Andy Biggs (R-AZ-5) (88.71%), Paul Gosar (R-AZ-4) (87.29%), and Gregory Murphy (R-NC-3) (87.06%).

Before entering politics, Rep. Roy was a public official. He received his undergraduate degree from the University of Virginia and a professional degree from the University of Texas.

# Committees

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: **House Committee on Budget**
Chair Persons: Rep. John Yarmuth (D-KY-3)| Ranking Members: Rep. Steve Womack (R-AR-3)

US Congress: **House Committee on Veterans' Affairs**
Chair Persons: Rep. Mark Takano (D-CA-41)| Ranking Members: Rep. Phil Roe (R-TN-1)

US Congress: **House Committee on Oversight and Reform**
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

# Caucuses

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: **Republican Study Committee (RSC)**
Chair Persons: Rep. Mike Johnson (R-LA-4)| Ranking Members: Rep. Bill Flores (R-TX-17)

# Office of Congressional and Intergovernmental Affairs



# Rep. Carol Miller (R-WV-3)



Rep. Carol Miller is a 1st term Representative in the US Congress who represents West Virginia's 3rd district and received 56.4% of the vote in her last election. She is a member of the Climate Crisis, Oversight, and Transportation committees.

She works most frequently on Transportation and Public Works (2 bills), Health (2 bills), West Virginia (1 bills), Lakes and rivers (1 bills), and Water Resources Development (1 bills). She has sponsored 4 bills in her last nine year(s) in office, voting with her party 95.0% of the time, getting 25.0% of her bills out of committee, and 0.0% of her sponsored bills enacted.

When she was a House Majority Whip, Rep. Miller works most frequently on West Virginia (206 bills), Virginia (206 bills), Law (202 bills), Health (136 bills), and Crime and Law Enforcement (135 bills). She has sponsored 79 bills in her last nine year(s) in office, voting with her party 94.0% of the time, getting 10.13% of her bills out of committee, and 7.59% of her sponsored bills enacted.

Rep. Miller most frequently cosponsors David McKinley (R-WV-1) (4 bills), Terri Sewell (D-AL-7) (3 bills), and Chris Smith (R-NJ-4) (3 bills). She most frequently votes with Troy Balderson (R-OH-12) (95.14%), Brett Guthrie (R-KY-2) (93.86%), and Robert Latta (R-OH-5) (93.86%).

Before entering politics, Rep. Miller was involved in real estate. She received her undergraduate degree from Columbia College (SC).

# Committees

---------------------------------------------------------------------------------

US Congress: House Committee on Transportation and Infrastructure
Chair Persons: Rep. Peter DeFazio (D-OR-4)| Ranking Members: Rep. Sam Graves (R-MO-6)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Select Committee on the Climate Crisis
Chair Persons: Rep. Kathy Castor (D-FL-14)| Ranking Members: Rep. Garret Graves (R-LA-6)

# Caucuses

---------------------------------------------------------------------------------

Office of Congressional and Intergovernmental Affairs



# Rep. Mark Green (R-TN-7)



Rep. Mark Green is a 1st term Representative in the US Congress who represents Tennessee's 7th district and received 66.9% of the vote in his last election. He is a member of the Homeland Security and Oversight committees.

He works most frequently on Armed Forces and National Security (6 bills), Taxation (3 bills), State and local government operations (3 bills), Economics and Public Finance (3 bills), and Department of Homeland Security (2 bills). He has sponsored 11 bills in his last eleven year(s) in office, voting with his party 81.6% of the time, getting 9.09% of his bills out of committee, and 0.0% of his sponsored bills enacted.

When he was a Tennessee Senator, Rep. Green works most frequently on Crime and Law Enforcement (114 bills), Education (107 bills), Health (103 bills), Armed Forces and National Security (97 bills), and Tennessee (92 bills). He has sponsored 556 bills in his last eleven year(s) in office, voting with his party 98.9% of the time, getting 45.5% of his bills out of committee, and 32.37% of his sponsored bills enacted.

Rep. Green most frequently cosponsors Thomas Massie (R-KY-4) (3 bills), Steve Scalise (R-LA-1) (3 bills), and Chris Smith (R-NJ-4) (3 bills). He most frequently votes with Gregory Murphy (R-NC-3) (91.76%), Jason Smith (R-MO-8) (81.43%), and Trent Kelly (R-MS-1) (81.29%).

Before entering politics, Rep. Green was involved in business. He received his undergraduate degree from U.S. Military Academy, West Point (NY) and a professional degree from Wright State University (OH).

# Committees
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: House Committee on Homeland Security
Chair Persons: Rep. Bennie Thompson (D-MS-2)| Ranking Members: Rep. Mike Rogers (R-AL-3)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Intelligence and Counterterrorism
Chair Persons: Rep. Max Rose (D-NY-11)| Ranking Members: Rep. Mark Walker (R-NC-6)

# Caucuses
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: Bipartisan Congressional Pro-Life Caucus
Chair Persons: Rep. Chris Smith (R-NJ-4), Rep. Daniel "Dan" Lipinski (D-IL-3)| Ranking Members: N/A

US Congress: Congressional Army Caucus
Chair Persons: Rep. John Carter (R-TX-31), Rep. Dutch Ruppersberger (D-MD-2)| Ranking Members: N/A

US Congress: Congressional Military Families Caucus
Chair Persons: Rep. Sanford Bishop (D-GA-2), Rep. Cathy McMorris Rodgers (R-WA-5)| Ranking Members: N/A

# Office of Congressional and Intergovernmental Affairs



# Rep. Kelly Armstrong (R-ND-1)



Rep. Kelly Armstrong is a 1st term Representative in the US Congress who represents North Dakota's 1st district and received 60.2% of the vote in his last election. He is a member of the Climate Crisis, Judiciary, and Oversight committees.

He works most frequently on Law (2 bills), Crime and Law Enforcement (2 bills), North Dakota (1 bills), Federal Energy Regulatory Commission (FERC) (1 bills), and Infrastructure development (1 bills). He has sponsored 4 bills in his last nine year(s) in office, voting with his party 88.9% of the time, getting 0.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

When he was a North Dakota Senator, Rep. Armstrong works most frequently on Economics and Public Finance (70 bills), Taxation (53 bills), Law (49 bills), Crime and Law Enforcement (34 bills), and Securities and Exchange Commission (SEC) (33 bills). He has sponsored 158 bills in his last nine year(s) in office, voting with his party 91.0% of the time, getting 81.65% of his bills out of committee, and 54.43% of his sponsored bills enacted.

Rep. Armstrong most frequently cosponsors Doug Collins (R-GA-9) (4 bills), Collin Peterson (D-MN-7) (4 bills), and Earl Blumenauer (D-OR-3) (4 bills). He most frequently votes with Chuck Fleischmann (R-TN-3) (90.14%), Gregory Murphy (R-NC-3) (90.0%), and Steve Womack (R-AR-3) (89.29%).

Before entering politics, Rep. Armstrong was involved in business. He received his undergraduate degree from the University of North Dakota and a professional degree from the University of North Dakota School of Law.

# Committees

US Congress: House Committee on the Judiciary
Chair Persons: Rep. Jerry Nadler (D-NY-10)| Ranking Members: Rep. Doug Collins (R-GA-9)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Select Committee on the Climate Crisis
Chair Persons: Rep. Kathy Castor (D-FL-14)| Ranking Members: Rep. Garret Graves (R-LA-6)

# Caucuses

US Congress: Air Force Caucus (House)
Chair Persons: Rep. Kathy Castor (D-FL-14), Rep. Michael "Mike" Turner (R-OH-10), Rep. Adam Kinzinger (R-IL-16), Rep. John Garamendi (D-CA-3]...

US Congress: Crop Insurance Caucus
Chair Persons: Rep. Glenn "G.T." Thompson (R-PA-15), Rep. Cheri Bustos (D-IL-17] Ranking Members: N/A

US Congress: Friends of Norway
Chair Persons: Rep. Rick Larsen (D-WA-2), Rep. Betty McCollum (D-MN-4), Rep. Jim Sensenbrenner (R-WI-5), Rep. Kelly Armstrong (R-ND-1]...

Office of Congressional and Intergovernmental Affairs



# Rep. Greg Steube (R-FL-17)



Rep. Greg Steube is a 1st term Representative in the US Congress who represents Florida's 17th district and received 62.3% of the vote in his last election. He is a member of the Veterans' Affairs, Judiciary, and Oversight committees.

He works most frequently on Armed Forces and National Security (5 bills), Crime and Law Enforcement (4 bills), Congressional oversight (4 bills), Government studies and investigations (3 bills), and Economics and Public Finance (3 bills). He has sponsored 14 bills in his last nine year(s) in office, voting with his party 86.7% of the time, getting 0.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

When he was a Florida Senator, Rep. Steube works most frequently on Law (68 bills), Crime and Law Enforcement (56 bills), Health (51 bills), Education (43 bills), and Commerce (37 bills). He has sponsored 192 bills in his last nine year(s) in office, voting with his party 93.1% of the time, getting 45.83% of his bills out of committee, and 6.25% of his sponsored bills enacted.

Rep. Steube most frequently cosponsors Chris Smith (R-NJ-4) (7 bills), Francis Rooney (R-FL-19) (6 bills), and Doug Collins (R-GA-9) (5 bills). He most frequently votes with Gregory Murphy (R-NC-3) (90.0%), Gary Palmer (R-AL-6) (89.29%), and Kevin Hern (R-OK-1) (88.29%).

Before entering politics, Rep. Steube was involved with the legal industry. He received his undergraduate degree from the University of Florida and a professional degree from the University of Florida Levin College of Law.

## Committees
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: House Committee on the Judiciary
Chair Persons: Rep. Jerry Nadler (D-NY-10)| Ranking Members: Rep. Doug Collins (R-GA-9)

US Congress: House Committee on Veterans' Affairs
Chair Persons: Rep. Mark Takano (D-CA-41)| Ranking Members: Rep. Phil Roe (R-TN-1)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12)| Ranking Members: Rep. Jim Jordan (R-OH-4)

## Caucuses
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

US Congress: Apiary and Beekeeper Caucus
Chair Persons: Rep. Greg Steube (R-FL-17), Sen. Jeff Merkley (D-OR), Sen. Mike Braun (R-IN), Rep. Susan Wild (D-PA-7)| Ranking Members: N/A

US Congress: Republican Study Committee (RSC)
Chair Persons: Rep. Mike Johnson (R-LA-4)| Ranking Members: Rep. Bill Flores (R-TX-17)



# Rep. Fred Keller (R-PA-12)



Rep. Fred Keller is a 1st term Representative in the US Congress who represents Pennsylvania's 12th district and received 68.0% of the vote in his last election. He is a member of the Oversight and Education committees.

He works most frequently on Pennsylvania (1 bills), Judicial procedure and administration (1 bills), Law (1 bills), Postal service (1 bills), and Government buildings, facilities, and property (1 bills). He has sponsored 2 bills in his last eleven year(s) in office, voting with his party 91.0% of the time, getting 0.0% of his bills out of committee, and 0.0% of his sponsored bills enacted.

When he was a Pennsylvania Representative, Rep. Keller works most frequently on Pennsylvania (111 bills), Law (94 bills), Crime and Law Enforcement (70 bills), Labor and Employment (63 bills), and Economics and Public Finance (62 bills). He has sponsored 40 bills in his last eleven year(s) in office, voting with his party 94.7% of the time, getting 22.5% of his bills out of committee, and 5.0% of his sponsored bills enacted.

Rep. Keller most frequently cosponsors Conor Lamb (D-PA-17) (2 bills), Elise Stefanik (R-NY-21) (2 bills), and Doug Collins (R-GA-9) (2 bills). He most frequently votes with Steve Chabot (R-OH-1) (90.81%), Robert Latta (R-OH-5) (90.38%), and Scott Perry (R-PA-10) (90.17%).

Before entering politics, Rep. Keller was involved in business.

## Committees

US Congress: House Committee on Education and Labor
Chair Persons: Rep. Bobby Scott (D-VA-3) | Ranking Members: Rep. Virginia Foxx (R-NC-5)

US Congress: House Committee on Oversight and Reform
Chair Persons: Rep. Carolyn Maloney (D-NY-12) | Ranking Members: Rep. Jim Jordan (R-OH-4)

US Congress: House Subcommittee on Civil Rights and Civil Liberties
Chair Persons: Rep. Jamie Raskin (D-MD-8) | Ranking Members: Rep. Chip Roy (R-TX-21)

## Caucuses

Office of Congressional and Intergovernmental Affairs

**Congressional District-Level**

As of:                                April 13, 2020

| State | District | Member | Expected Hires | Total Applicants |
|-------|----------|--------|----------------|------------------|
| AZ | 4 | Gosar, Paul A. | 1030-1620 | 7,950 |
| CA | 11 | DeSaulnier, Mark | 600-930 | 6,250 |
| CA | 14 | Speier, Jackie | 590-920 | 5,460 |
| CA | 34 | Gomez, Jimmy | 760-1190 | 6,290 |
| CA | 45 | Porter, Katie | 490-760 | 5,950 |
| CA | 48 | Rouda, Harley | 700-1090 | 6,080 |
| DC | 0 | Eleanor Holmes Norton | 1240-1940 | 11,600 |
| FL | 17 | Steube, W. Gregory | 880-1380 | 7,200 |
| FL | 23 | Wasserman Schultz, Debbie | 670-1050 | 6,770 |
| GA | 10 | Hice, Jody B. | 790-1230 | 6,350 |
| IL | 2 | Kelly, Robin L. | 640-1000 | 11,790 |
| IL | 8 | Krishnamoorthi, Raja | 460-720 | 3,800 |
| KY | 1 | Comer, James | 690-1070 | 5,380 |
| KY | 4 | Massie, Thomas | 660-1040 | 4,180 |
| LA | 3 | Higgins, Clay | 920-1440 | 6,070 |
| MA | 7 | Pressley, Ayanna | 1260-1970 | 7,540 |
| MA | 8 | Lynch, Stephen F. | 700-1100 | 5,840 |
| MD | 3 | Sarbanes, John P. | 630-990 | 6,230 |
| MD | 8 | Raskin, Jamie | 490-770 | 5,760 |
| MI | 13 | Tlaib, Rashida | 900-1410 | 8,050 |
| MI | 14 | Lawrence, Brenda L. | 740-1150 | 9,340 |
| MO | 1 | Clay, Wm. Lacy | 1010-1570 | 8,570 |
| NC | 5 | Foxx, Virginia | 1090-1710 | 6,150 |
| ND | 0 | Armstrong, Kelly | 1080-1680 | 6,730 |
| NM | 1 | Haaland, Debra A. | 750-1180 | 6,230 |
| NY | 12 | Maloney, Carolyn B. | 1070-1680 | 7,760 |
| NY | 14 | Ocasio-Cortez, Alexandria | 890-1390 | 9,510 |
| OH | 4 | Jordan, Jim | 580-910 | 4,080 |
| OH | 7 | Gibbs, Bob | 640-1000 | 4,020 |
| PA | 12 | Keller, Fred | 930-1450 | 5,020 |
| SC | 5 | Norman, Ralph | 710-1110 | 5,520 |
| TN | 5 | Cooper, Jim | 950-1480 | 6,950 |
| TN | 7 | Green, Mark E. | 750-1180 | 5,770 |
| TX | 21 | Roy, Chip | 1060-1650 | 7,270 |
| TX | 27 | Cloud, Michael | 950-1490 | 6,760 |
| VA | 11 | Connolly, Gerald E. | 590-920 | 6,280 |
| VT | 0 | Welch, Peter | 1150-1800 | 5,400 |
| WI | 6 | Grothman, Glenn | 440-690 | 3,700 |
| WV | 3 | Miller, Carol D. | 1060-1650 | 6,520 |

| Source | Date | Type | Content |
|---|---|---|---|
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 21-Apr-20 | Tweet | Come on #STL, most of you are home, please get this done. Over $1.5 trillion in federal funding allocated from census data each year. St. Louis City and County need our fair share. Respond today online, by mail or by phone. #2020Census #CompleteCount https://t.co/KhdUixdtB6  Oversight Committee (@OversightDems): 51% of American households have responded to the #2020Census so far--that means over 60 million households still need to complete their forms to ensure their communities get vital funding for the next 10 yrs.#ShapeYourFuture today- fill out the Census by phone, by mail or online! https://t.co/MGMEf3DlGB |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 21-Apr-20 | Tweet | RT @celindalake: Have you taken the census? April 1st wasn't the deadline - there is still time to take it online, by mail, or by phone! #C... |
| Rep. Gerry Connolly (D-VA-11) \| US House | 20-Apr-20 | Tweet | The Census Bureau is asking Congress for legislation to delay 2020 Census deadlines. We asked the Census Bureau to discuss this request, but the Administration is now refusing to answer any questions. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 20-Apr-20 | Tweet | #COVID19 has had a profound impact on many things, including NYC response rates for the #2020Census. Census data determines critical federal funding & representation. It's important that everybody #GetCounted.  Respond today and #GetCountedNYC!https://t.co/4TvxvrZbFH |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 20-Apr-20 | Tweet | #COVID19 has had a profound impact on many things, including NYC response rates for the #2020Census. Census data determines critical funding for funding & representation and it is important that everybody #GetCounted.  Respond today and #GetCountedNYC!https://t.co/4TvxvrZbFH |
| Rep. Gerry Connolly (D-VA-11) \| US House | 20-Apr-20 | Tweet | With only 48% of the nation completing #Census forms, and a pandemic raging in communities, the Census Bureau has nothing to say.  No accountability. No transparency. A shameful chapter added to a shameful lack of responsibility by the Trump administration. |
| Rep. Gerry Connolly (D-VA-11) \| US House | 20-Apr-20 | Tweet | A long planned conference call with the Bureau of Census Director and the Oversight Committee, scheduled for 2pm today, was just abruptly cancelled.  No explanation from the Census Bureau or White House. |
| Rep. Kelly Armstrong (R-ND-1) \| US House | 20-Apr-20 | Facebook Post | The Census is crucial to determining state funding and representation, and it only comes around once a decade. So make sure to #BeCounted!  Respond by mail, phone (844) 330-2020, or online at the link below! my2020census.gov |
| Rep. Kelly Armstrong (R-ND-1) \| US House | 20-Apr-20 | Tweet | The Census is crucial to determining state funding and representation, and it only comes around once a decade. So make sure to #BeCounted!  Respond by mail, phone (844) 330-2020, or online at the link below!https://t.co/ZBjaQvERay https://t.co/nQloEFzSI9 |
| Rep. Kelly Armstrong (R-ND-1) \| US House | 20-Apr-20 | Tweet | The Census is crucial to determining state funding and representation, and it only comes around once a decade. So make sure to #BeCounted!  Respond by mail, phone (844) 330-2020, or online at the link below!https://t.co/ZBjaQvERay |

| | | | |
|---|---|---|---|
| Rep. Carol Miller (R-WV-3) \| US House | 20-Apr-20 | Facebook Post | There is still time to fill out the 2020 Census and be counted! The Census will determine how much federal funding our state receives over the next decade and ensures that you are represented.  Respond by mail, phone (844) 330-2020, or online at 2020census.gov |
| Rep. Carol Miller (R-WV-3) \| US House | 20-Apr-20 | Tweet | There is still time to fill out the #Census2020 and #BeCounted! The Census will determine how much federal funding our state receives over the next decade and ensures that you are represented.  Respond by mail, phone (844) 330-2020, or online at https://t.co/PcyAWaOPLj |
| Rep. Robin Kelly (D-IL-2) \| US House | 18-Apr-20 | Facebook Post | Thank you to the Counting on Chicago Coalition (COCC) for the comprehensive push to secure a complete count of hard-to-reach populations in Chicago. #Census2020  Census 2020 requires answering nine questions and takes about ten minutes. It's designed to count every person in every household, including adults, children, and babies living or staying at an address.  Go to my2020census.gov to complete the 2020 Census online. Anyone needing help completing the 2020 Census questionnaire can call toll-free 1-844-330-2020. Questions can also be texted to 987987. |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 17-Apr-20 | Facebook Post | Need something to do while you stay at home? Take a few minutes to fill out your 2020 Census!  Only 40.9% of Los Angeles has responded but we need to ensure every one counts to fund our schools & infrastructure.  12 languages, including Korean & Spanish, are available online or by phone! |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 17-Apr-20 | Tweet | A fair & accurate #2020Census count is vital to our democracy. Before I vote for a new timeline, @OversightDems need to hear directly from @uscensusbureau on:  #[?] How much money is needed for field operations  #[?] How they plan to reach undercounted communities in areas like #CA34  LAist (@LAist): Local lawmakers, including @JimmyGomezCA and @RepJudyChu, want to know what *exactly* the Census Bureau has planned for reaching historically undercounted communities and whether a deadline extension will actually lead to decreased participation. https://t.co/xxXGgapD0L |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 17-Apr-20 | Tweet | RT @LAist: Local lawmakers, including @JimmyGomezCA and @RepJudyChu, want to know what *exactly* the Census Bureau has planned for reaching and... |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 16-Apr-20 | Facebook Post | Today, was a full day. I had a House Armed Services Committee Democrats meeting, talked about the upcoming coronavirus relief bill with my colleagues, discussed affordable housing with the NM Finance Authority, and talked with KOB Patrick Hayes about the Census and what we're working on to supporting small businesses in New Mexico. |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 16-Apr-20 | Tweet | Today I had a full @HASCDemocrats meeting, talked about the upcoming #coronavirus relief bill w/ my colleagues, discussed affordable housing w/ NM Finance Authority, & talked with @KOB4's @KOBPatrickHayes about #Census & supporting small biz. #SafeAtHome #DebsDailyUpdate https://t.co/8wv6L3Vqnr |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 16-Apr-20 | Tweet | #2020Census data determines funding for our schools, roads, hospitals, and so much more! We need EVERYONE to complete the Census, but so far only 39% of #NY12 has responded. We all need 100%.  Fill out your #Census2020 forms now and #GetCountedNYC! https://t.co/2vrP44Bb2j |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 16-Apr-20 | Tweet | #2020Census data determines funding for our schools, roads, hospitals, and so much more! We need EVERYONE to complete the Census, but so far only 39% of #NY12 has responded. We all need 100%.  Fill out your #Census2020 forms now and #GetCountedNYC! https://t.co/WKFat3bMjl |

| | | | |
|---|---|---|---|
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 16-Apr-20 | Facebook Post | NEW: If you haven't filled out the Census, paper forms will soon arrive in your mailbox. Be on the lookout. The 2020 Census will determine your representation and your resources over the next decade. #WeCount  NUEVO: Si no ha llenado su cuestionario del Censo 2020, el cuestionario fisico llegara pronto a su buzon. #Censo2020 determinara representacion y fondos para su comunidad para la proxima decada.  Learn more [?] / Aprende mas[?] |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 16-Apr-20 | Tweet | NEW: If you haven't filled out the Census, paper forms will soon arrive in your mailbox. Be on the lookout. #Census2020 will determine your representation and your resources over the next decade. #WeCountLearn more [?]https://t.co/vfwt4vETIi |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 16-Apr-20 | Facebook Post | Funding for hospitals, schools, emergency services, and food assistance is all determined by Census data. Fill out the #2020Census to ensure your community receives the proper funding for these invaluable services. #ShapeYourFuture -Team DeSaulnier |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 16-Apr-20 | Tweet | Funding for hospitals, schools, emergency services, and food assistance is all determined by Census data. Fill out the #2020Census to ensure your community receives the proper funding for these invaluable services. #ShapeYourFuture -Team DeSaulnier https://t.co/m8wXJK3wLh |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 16-Apr-20 | Tweet | For the first time ever, the #2020Census is available online! Complete your household's Census form safely from your home by going to https://t.co/xrayTkup7D.  It only takes a few minutes to #ShapeYourFuture. https://t.co/Fs0l73bYRr |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 16-Apr-20 | Facebook Post | April 16th #NY12 #Coronavirus Update:  Including: - Oversight Dems briefing with Census experts on Trump Admin's request to delay deadlines by 120 days & #COVID19's impact on the #2020Census - NY Pause Executive Order extended to May 15th https://maloney.house.gov/media-center/newsletters/ny12-coronavirus-update-416 |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 16-Apr-20 | Tweet | April 16th #NY12 #Coronavirus Update:  Including: - @OversightDems briefing with #Census experts on Trump Admin's request to delay deadlines by 120 days & #COVID19's impact on the #2020Census- NY Pause Executive Order extended to May 15th https://t.co/zSGKIuMFCF |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 16-Apr-20 | Tweet | FACT: Legal protections ensure that data collected during the #Census2020 is kept confidential and cannot be traced back to any individual. Census data CANNOT be shared with other government agencies or outside groups. Fill yours out today at https://t.co/LDUgqf56pa |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 16-Apr-20 | Tweet | FACT: Legal protections ensure that data collected during the #Census2020 is kept confidential and cannot be traced back to any individual. Census data CANNOT be shared with other government agencies or outside groups. Fill yours out today at https://t.co/yZaKqqF4JQ |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 16-Apr-20 | Tweet | FACT: Legal protections ensure that data collected during the Census is kept confidential and cannot be traced back to any individual. Census data CANNOT be shared with other government agencies or outside groups. Fill yours out today at https://t.co/xrayTkup7D #Census2020 |
| Rep. Ayanna Pressley (D-MA-7) \| US House | 16-Apr-20 | Tweet | 41.9% of our neighbors in #MA7 have filled out their #2020Census! Make sure you're counted too by filling out your census in the mail, over the phone or online @ https://t.co/WF3rA6tMH5 Then join the #CensusChallenge! 1. Share this message 2. tag @MA2020Census3. tag 3 friends |

| | | | |
|---|---|---|---|
| Rep. Ro Khanna (D-CA-17) \| US House | 16-Apr-20 | Facebook Post | IMPORTANT REMINDER: Fill out the questionnaire you received in the mail from the Census Bureau, either on paper, over the phone, or online, and get counted.  The results of the Census ensure fair representation by reapportioning the seats in the U.S. House of Representatives and the electoral college for the next decade. The Census also helps decide the distribution of federal spending throughout the country--that is taxpayer money for public schools, hospitals, and other important community services from which we all benefit.  Federal law protects your responses and prohibits the government from sharing your information with anyone, including immigration and law enforcement agencies. The law also prohibits your responses from being used to deny or determine your eligibility for government benefits.  For questions, visit Census.gov or call my office at 408-436-2720. Get counted! |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 16-Apr-20 | Tweet | Due to the ongoing COVID-19 outbreak, the deadline to respond to the #Census2020 is now extended to October 31st, 2020. Responding to the Census now is more critical than ever. Census data helps our leaders act in moments like these. Visit https://t.co/E54FurHK1D for more info. |
| Rep. Ro Khanna (D-CA-17) \| US House | 16-Apr-20 | Tweet | Reminder - you can fill out the questionnaire you received in the mail from the Census Bureau, either on paper, over the phone, or online, and get counted.  California Census (@CACensus): Looking to fill the census out by phone? The Census has customer service representatives in more than 15 different languages to help you fill out the #2020Census. Visit https://t.co/eiWynSKcDI to see the full list #CaliforniaForAll https://t.co/GukA4ApyHe |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 15-Apr-20 | Facebook Post | We had a briefing on the Census yesterday, and today Albuquerque Interfaith shared stories with me that will inform my work on the next coronavirus legislative package. Keep social distancing and washing your hands. We'll get through this together. #AllTogetherNM |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 15-Apr-20 | Tweet | We had a briefing on the #Census yesterday, and today Albuquerque Interfaith shared stories with me that will inform my work on the next #coronavirus legislative package. Keep #SocialDistancing & washing your hands. We'll get through this together. #AllTogetherNM #DebsDailyUpdate https://t.co/2fEGUlEENQ |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 15-Apr-20 | Tweet | It was a pleasure - looking forward to tomorrow's town hall with @IndivisibleUES!  Dennis Gault (@DennisGault): We had an informative Zoom meeting today with Rep. Maloney @CarolynBMaloney talked about the importance of Public Education, rescuing the @USPS, Census 2020 & the Presidential Election. @RichardCorman6 @JeannineKiely #Biden2020 @MatthewPaulKoos @DIDNYC https://t.co/ltd4yEc7li |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 15-Apr-20 | Facebook Post | After an Oversight Dems briefing with Census experts, I'm calling for more coordination to make sure New Mexico gets its fair share of resources well into the future. |
| Rep. James Comer (R-KY-1) \| US House | 15-Apr-20 | Facebook Post | Congressman Comer spoke to Eyewitness News WEHT WTVW in Evansville tonight from his Tompkinsville District Office on the importance of completing the 2020 Census. If you have not yet completed the census, you can visit https://2020census.gov/. |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 15-Apr-20 | Tweet | After an @OversightDems briefing with #Census experts, I'm calling for more coordination to make sure New Mexico gets its fair share of resources well into the future. #Census2020 https://t.co/WBWHoVmW1o |

| | | | |
|---|---|---|---|
| Rep. Carol Miller (R-WV-3) \| US House | 15-Apr-20 | Facebook Post | #DYK there is still time to respond to the #2020Census? It is so important that you are counted!  You can respond and #BeCounted by mail, phone at (844) 330-2020, or online if you don't have your Census ID  2020census.gov |
| Rep. Carol Miller (R-WV-3) \| US House | 15-Apr-20 | Tweet | #DYK there is still time to respond to the #2020Census? It is so important that you are counted!  You can respond and #BeCounted by mail, phone at (844) 330-2020, or online if you don't have your Census ID https://t.co/PcyAWaOPLj |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 15-Apr-20 | Facebook Post | Did you know the Census determines how many seats your state gets in the House of Representatives? California currently has 53 seats and you can help keep it that way by filling out the #2020Census to #BeCounted. -Team DeSaulnier |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 15-Apr-20 | Tweet | Did you know the Census determines how many seats your state gets in the House of Representatives? California currently has 53 seats and you can help keep it that way by filling out the #2020Census to #BeCounted. -Team DeSaulnier https://t.co/aWvVmbtNt4 |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 15-Apr-20 | Tweet | Joining our friends at @CHIRLA as part of their Census Immigrant Week of Action to talk about the importance of taking part in the #2020Census.  Our immigrant communities deserve strong representation and nothing less. Let's ensure #EveryoneCounts! https://t.co/9DL7MWvPqq |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 15-Apr-20 | Facebook Post | Joining our friends at CHIRLA today as part of their Census Immigrant Week of Action to talk about the importance of taking part in the 2020 Census. Our immigrant communities deserve strong representation and nothing less. Ensuring everyone counts means ALL of us have a voice in our democracy! |
| Rep. Ro Khanna (D-CA-17) \| US House | 15-Apr-20 | Facebook Post | Santa Clara County is leading California in Census responses!  Friendly reminder to fill out your Census today - it takes 5 minutes, and makes all the difference for public services in our community. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 14-Apr-20 | Tweet | RT @LeaderHoyer: The Trump Admin must fully explain any request to delay the #2020Census tally, and the Census Director should fully explai... Carolyn B. Maloney (@RepMaloney): The Constitution charges Congress with determining how the Census is conducted, not the President. @OversightDems need more information that the Trump Administration has been unwilling to provide so we can ensure a complete and accurate #2020Census. https://t.co/ePHTaGKip9 |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 14-Apr-20 | Facebook Post | Did you know that the census form is available online in English and 12 additional languages to help make sure that every person is counted? Ensure your community receives its fair share of federal funding by filling out the #2020Census. |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 14-Apr-20 | Tweet | Did you know that the census form is available online in English and 12 additional languages to help make sure that every person is counted? Ensure your community receives its fair share of federal funding by filling out the #2020Census. https://t.co/iLCnjhf3ka |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 14-Apr-20 | Tweet | If you haven't responded to the Census yet, there's still time! Check your mailbox this week for a paper form. And, if your prefer to respond online or by phone, go to https://t.co/k2CilCap6t |

| | | | |
|---|---|---|---|
| Rep. Carolyn Maloney (D-NY-12) \| US House | 14-Apr-20 | Tweet | The Constitution charges Congress with determining how the Census is conducted, not the President. @OversightDems need more information that the Trump Administration has been unwilling to provide so we can ensure a complete and accurate #2020Census. https://t.co/ePHTaGKip9 |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 14-Apr-20 | Tweet | The Constitution charges Congress with determining how the Census is conducted, not the President. @OversightDems need more information that the Trump Administration has been unwilling to provide so we can ensure a complete and accurate #2020Census.https://t.co/PGdTSahMX6 |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 13-Apr-20 | Tweet | Come on #STL let's get this done tonight, complete your #2020Census online, by phone or by mail. $1.75 trillion of your tax dollars at stake each year, so we can't afford anything less than a #completecount. Please go to https://t.co/KhdUixdtB6  U.S. Census Bureau (@uscensusbureau): You can complete the #2020Census online, by phone, or by mail.https://t.co/GvG0yE0Vbx https://t.co/pgFnYTi7KP |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 13-Apr-20 | Tweet | Not only does the Constitution mandate a census every 10 years, but did you know that the information it gathers helps bring money back to our community police, fire departments, and schools? Fill out your census & #BeCounted to help your community. #2020Census - Team DeSaulnier https://t.co/4YpXJmG7cZ |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 13-Apr-20 | Tweet | Not only does the Constitution mandate a census every 10 years, but did you know that the information it gathers helps bring money back to our community police, fire departments, and schools? Fill out your census and #BeCounted to help your community. #2020Census https://t.co/I4cbGcEhRr |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 13-Apr-20 | Facebook Post | Not only does the Constitution mandate a census every 10 years, but did you know that the information it gathers helps bring money back to our community police, fire departments, and schools? Fill out your census and #BeCounted to help your community. #2020Census - Team DeSaulnier |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 13-Apr-20 | Tweet | Not only the Constitution mandate a census every 10 years, but did you know that the information it gathers helps bring money back to our community police, fire departments, and schools? Fill out your census and #BeCounted to help your community. #2020Census https://t.co/XiJqqtWpVU |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 13-Apr-20 | Tweet | Not only the U.S. Constitution mandate a census every 10 years, but did you know that the information it gathers helps bring money back to our community police, fire departments, and schools? Fill out your census and #BeCounted to help your community. #2020Census https://t.co/htvbwJgDpv |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 13-Apr-20 | Tweet | #WhyCensusMatters  Julie Menin (@JulieMenin): THIS JUST IN: Supreme Court Justice Stephen Breyer releases rare PSA to encourage New Yorkers to complete the #2020Census. His message underscores why the census is key to New York City's rebuilding after #COVID19! #GetCountedNYC https://t.co/hieSi3OfH8 |
| Rep. Jim Cooper (D-TN-5) \| US House | 13-Apr-20 | Facebook Post | College students home due to #COVID19 should NOT be included on their parents' #2020Census. If the student lived off campus, they respond as though they are at that location. If they lived on campus, they will be counted by the school. Questions? Visit cooper.house.gov/2020-census. |
| Rep. Jim Cooper (D-TN-5) \| US House | 11-Apr-20 | Tweet | RT @TNSenateDems: Hey Tennessee, we are trending ahead of the national average for Census response.  No time to let up now. Share https://... |

| | | | |
|---|---|---|---|
| Rep. Carolyn Maloney (D-NY-12) \| US House | 10-Apr-20 | Tweet | As we close out week 4 of #QuarantineLife...have you done your #2020census yet? downtownnyc (@DowntownNYC): How To Complete The 2020 Census -- Even If You're Living Remotely https://t.co/3bw6HYQbMe https://t.co/mLTrxUU7RX |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 9-Apr-20 | Tweet | Come on #STL you're home. Make this happen, complete #2020Census at https://t.co/KhdUixdtB6 $1.75 trillion of your tax dollars at stake each year so our community needs a #CompleteCount The Importance Of The 2020 Census For Black America - Essence https://t.co/dLg4NXlxHh |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 9-Apr-20 | Tweet | RT @OversightDems: "During a Census and election year, it is imperative that we have a fully functional Postal Service to ensure Americans... |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 9-Apr-20 | Tweet | We need to extend the Census counting period ASAP.  The 2020 Census determines community funding for the next 10 years. COVID hit right when surveys went out. Upcoming stages include in-person enumerators going door to door(!!!). We need to give people more time. https://t.co/4GKM2PF971  Julian Brave NoiseCat (@jnoisecat): "This crisis has only underscored the need for an accurate count - so that resources can be appropriately and quickly distributed in an emergency." - @AOC with new polling on the 2020 census for the @DataProgress blog:https://t.co/NKe5pUsODn |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 9-Apr-20 | Facebook Post | The coronavirus pandemic highlights our communities' needs, and if we're going to get our fair share of resources, we need to make sure everyone is counted. There is still time to fill out your Census!  Fill our your Census today |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 9-Apr-20 | Tweet | The #coronavirus pandemic highlights our communities' needs, and if we're going to get our fair share of resources we need to make sure everyone is counted. There is still time to fill out your census! Head to https://t.co/gnwUsTJrRN to fill yours out today! #Census2020 |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 9-Apr-20 | Facebook Post | It only takes 10 minutes to ensure Los Angeles has the funds needed to strengthen our hospitals, improve our schools, and help our small business community. Fill out your 2020 Census form at my2020census.gov or complete a paper form that will arrive in your mailbox in a few days. |
| Rep. Glenn Grothman (R-WI-6) \| US House | 9-Apr-20 | Facebook Post | In March, every address in the country received a letter on the 2020 Census. You can complete it by phone, email or online. Please contact my office if you did not receive this letter or require assistance. |
| Rep. Glenn Grothman (R-WI-6) \| US House | 9-Apr-20 | Tweet | In March, every address in the country received a letter on the 2020 Census. You can complete it by phone, email or online. Please contact my office if you did not receive this letter or require assistance. https://t.co/3m0thgvrLD |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 8-Apr-20 | Tweet | According to the #Census2020 Response Map #NY12 has a 36% self-response rate.  We're up 7% from last week, but still behind the NY average. Let's keep working to get that number up!  Encourage your loved ones, colleagues, and neighbors to fill out the Census and #GetCounted! |
| Rep. Chip Roy (R-TX-21) \| US House | 8-Apr-20 | Tweet | Did you take the #Census2020?  Rep. Chip Roy (@RepChipRoy): For our government to work more effectively, we need accurate data reflecting our current population. Of course, that only works if we take the time to fill out the census. Do your part by filling out the census today! https://t.co/qHY36xQy5a https://t.co/tyE9FYUbwp |

| | | | |
|---|---|---|---|
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 8-Apr-20 | Tweet | RT @uscensusbureau: The 2020 Census is your opportunity to shape the future of your community. Do your part. Complete the 2020 Census. http... |
| Rep. Jim Cooper (D-TN-5) \| US House | 7-Apr-20 | Tweet | RT @NashvilleCounts: Number 1 in the South!! Thank you, Nashville, for your incredible #2020Census response. Let's keep it going!#CountMe... |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 6-Apr-20 | Tweet | RT @LacyClayMO1: Come on #STL, you're at home. Let's get this done. City and County need a complete count. Complete the #2020Census today... U.S. Census Bureau (@uscensusbureau): You can complete the #2020Census online, by phone, or by mail.https://t.co/5if6vSxYIw https://t.co/2cN4A3QlJV |
| Rep. Katie Porter (D-CA-45) \| US House | 6-Apr-20 | Tweet | Kids count!  Census Day was last week, but for those who still haven't filled out their census forms, remember to count every person in your household--including young children. This will help ensure kids in our communities get the resources they need. https://t.co/fo6ce1SiVO |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 6-Apr-20 | Tweet | Without an accurate count on the 2020 census, we can't allocate resources in a just way. The implications for public health are chilling.  Please, please, please - take 5 minutes and complete your #2020census online. #QuarantineActivities https://t.co/X8ck2AOp3b |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 6-Apr-20 | Tweet | Come on #STL, you're at home. Let's get this done. City and County need a complete count. Complete the #2020Census today online, by phone or by mail. $1.75 trillion of your money allocated each year via census data. #CompleteCount Go to https://t.co/KhdUixdtB6 |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 6-Apr-20 | Tweet | In my congressional district we are at 28.8% vs CA 44.4% in filling out the census. The census directs funding based on population for hospitals, emergency response & more. Less people = less $  Fill it out now @ https://t.co/DS17pShPnu https://t.co/X5Q88OYWrw |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 6-Apr-20 | Facebook Post | In my congressional district we are at 28.8% vs CA 44.4% in filling out the census. It's about the same in Los Angeles.  The census directs funding based on population for hospitals, emergency response & more.  Less people = less $  Fill it out now @ www.2020census.com |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 6-Apr-20 | Tweet | In my congressional district we are at 28.8% vs CA 44.4% in filling out the census.  The census directs funding based on population for hospitals, emergency response & more.  Less people = less $  Fill it out now @ https://t.co/U6V78xXDQ0 https://t.co/7KvItfBqa7 |
| Rep. Chip Roy (R-TX-21) \| US House | 6-Apr-20 | Facebook Post | For our government to work more effectively, we need accurate data reflecting our current population. Of course, that only works if we take the time to fill out the census. Do your part by filling out the census today! 2020census.gov |
| Rep. Chip Roy (R-TX-21) \| US House | 6-Apr-20 | Tweet | For our government to work more effectively, we need accurate data reflecting our current population. Of course, that only works if we take the time to fill out the census. Do your part by filling out the census today! https://t.co/qHY36xQy5a https://t.co/tyE9FYUbwp |
| Rep. John Sarbanes (D-MD-3) \| US House | 6-Apr-20 | Tweet | It was a pleasure to join WYPR over the phone. We spoke about the impact of the Coronavirus on Marylanders and the importance of the Census for our community. Check it out. https://t.co/RRWPUnFE0U |

| | | | |
|---|---|---|---|
| Rep. John Sarbanes (D-MD-3) \| US House | 6-Apr-20 | Facebook Post | It was a pleasure to join WYPR over the phone. We spoke about the impact of the Coronavirus on Marylanders and the importance of the Census for our community. Check it out. |
| Rep. Ro Khanna (D-CA-17) \| US House | 4-Apr-20 | Facebook Post | If you are currently experiencing homelessness, you can still be counted in the 2020 Census. The Census Bureau will be at soup kitchens, shelters, tent encampments and everywhere else this week to make sure everyone is counted. More here: |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 4-Apr-20 | Tweet | Everyone counts,and everyone deserves to be counted. #Census2020 #completecount Help your community, help our country, while you #StayHomeSaveLives, complete #census online, by phone or by mail. #CompleteCount |
| Rep. Ro Khanna (D-CA-17) \| US House | 2-Apr-20 | Tweet | If you are currently experiencing homelessness, you can still be counted in the 2020 Census. The Census Bureau will be at soup kitchens, shelters, tent encampments and everywhere else this week to make sure everyone is counted. More here: https://t.co/rZC8YpOyEJ |
| Rep. Stephen "Steve" Lynch (D-MA-8) \| US House | 2-Apr-20 | Facebook Post | For the first time ever, you can fill out your 2020 Census form online at www.my2020census.gov  In these challenging times, Massachusetts is in desperate need of more federal funding. By filling out your Census form and submitting it online, you will guarantee that we receive the full amount of funding for transportation (MBTA), schools, healthcare and more. |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 1-Apr-20 | Facebook Post | It's #CensusDay2020 and being counted in the census is part of our civic responsibility and duty as people living in the state of Michigan.  I filled out my Census, have you? #CountMeIn #BeCounted |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 1-Apr-20 | Tweet | RT @MayorOfLA: Thanks @RepJimmyGomez and @AlexPadilla4CA for passing on the #CensusDay2020 challenge.  Make sure you're counted -- fill out the census form online or by phone. I'm challenging @KimKardashian @JimmyKimmel @KingJames @OfficialDannyT and @BillieEilish to pledge their commitment. https://t.co/RcYpMX1P7P |
| Rep. Chip Roy (R-TX-21) \| US House | 1-Apr-20 | Tweet | RT @cevanj: @seanmdav Furloughed because census is down. Furloughed because hospitals are NOT being overwhelmed and since surgeries are cut back the inpatient admissions are way down. Hours are being cut. My anesthesia practice is being gutted right now. |
| Rep. Katie Porter (D-CA-45) \| US House | 1-Apr-20 | Facebook Post | A message from my daughter Betsy and me for #CensusDay2020. Fill out your census, then SHARE to encourage your friends and family to do the same! #GetCounted  (I can confirm it's quick, easy, and fun for the whole family ) |
| Rep. Katie Porter (D-CA-45) \| US House | 1-Apr-20 | Tweet | A message from my daughter Betsy and me for #CensusDay2020. Fill out your census, then RT to encourage your friends and family to do the same! #GetCounted  (I can confirm it's quick, easy, and fun for the whole family ) https://t.co/iB0m10uLxZ |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 1-Apr-20 | Facebook Post | 1 episode of Tiger King: 48min 1 episode of Gentefied: 30min 1 episode of The Great British Baking Show: 57min 1 episode of Better Call Saul: 61min  Filling out your 2020 Census form at http://my2020census.gov: 10min or less  Yup, it's that quick.  Let's do this for our communities! #CensusDay |
| Rep. Harley Rouda (D-CA-48) \| US House | 1-Apr-20 | Tweet | Happy #CensusDay2020! Thanks for the challenge, @RepLouCorrea.  Visit https://t.co/yAHyDj0Zk1 to fill out your census.  I nominate @SenatorUmberg @SenatorMoorlach @SenatorPatBates @TylerDiep @AsmCottie @TaxFighterSteel @OCSupBartlett |

| | | | |
|---|---|---|---|
| Rep. Brenda Lawrence (D-MI-14) \| US House | 1-Apr-20 | Tweet | It's #CensusDay2020 and being counted in the census is part of our civic responsibility and duty as people living in the state of Michigan.  I filled out my Census, have you? #CountMeIn #BeCounted https://t.co/1iAWd8eJcx |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 1-Apr-20 | Facebook Post | The Census is safe, easy, and important. By completing the Census, you help our community get the funding it needs for healthcare, schools, and infrastructure. Celebrate Census Day by filling out your census today  Fill out your Census here:https://my2020census.gov |
| Rep. Jackie Speier (D-CA-14) \| US House | 1-Apr-20 | Facebook Post | STARTING NOW - join me and my colleagues for a tele town hall talking about how the COVID-19 outbreak and its impact on the 2020 Census. Assemblymember Marc Berman, Assemblymember Kevin Mullin and San Mateo County Board of Supervisor Carole Groom will be participating, as well as county census staff and a U.S. Census Bureau specialist. There are three ways you can participate: 1) call 855-962-1455, 2) via Facebook at https://facebook.com/CountyofSanMateo, or 3) visit https://cmo.smcgov.org/census-2020-san-mateo-county. Everyone can complete the 2020 Census online, on the phone, or by mail - in the comfort of your own home. |
| Rep. Ralph Norman (R-SC-5) \| US House | 1-Apr-20 | Facebook Post | It takes less than 10 minutes and is one of the easiest responsibilities you have as an American. While you're staying safe inside, why not take a moment to complete the 2020 Census?  https://my2020census.gov/ |
| Rep. Harley Rouda (D-CA-48) \| US House | 1-Apr-20 | Tweet | Today is #CensusDay, and it's easier than ever to practice social distancing while filling out the census by taking these steps to turn it in online >> https://t.co/rYw0xMmvWm |
| Rep. Harley Rouda (D-CA-48) \| US House | 1-Apr-20 | Tweet | Today is #CensusDay, and it's easier than ever to practice social distancing while filling out the census by taking these steps to turn it in online >> https://t.co/hz173q27a0 |
| Rep. Harley Rouda (D-CA-48) \| US House | 1-Apr-20 | Facebook Post | Today is #CensusDay, and it's easier than ever to practice social distancing while filling out the census. You should have received in the mail a 12-digit census ID, which you will enter at www.my2020census.gov.  Please respond to any of the questions asked in the questionnaire, and you will not be asked about your citizenship status. You can also respond to the census letter via mail or phone.  Remember: submitting your census helps allocate funding, draw political lines, and determine the number of representatives for each district in Congress. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 | Facebook Post | Today is #CensusDay!  The #2020Census determines how the federal gov distributes over $1.5 trillion to communities across the country. Filling out the Census form is fast, easy, and incredibly important for your community. Make sure you #GetCounted! Visit: https://www.census.gov/ |
| Rep. Gerry Connolly (D-VA-11) \| US House | 1-Apr-20 | Facebook Post | It's Census Day! Make sure you do your civic duty by filling out your 2020 Census. You can #GetCounted online, by phone, or by mail.[?]  https://2020census.gov/ |
| Rep. Gerry Connolly (D-VA-11) \| US House | 1-Apr-20 | Tweet | It's #CensusDay2020!  Make sure you do your civic duty by filling out your 2020 Census. You can #GetCounted online, by phone, or by mail. [?]https://t.co/ftLXIrsBfB https://t.co/GYYSmUaqKv |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 | Tweet | RT @NYcounts2020: In 2010, only 62% of NYers responded to the #Census. The #Census is safe and confidential. Participating in the #2020Census will impact federal funding allocated to our state and our communities for the next 10 years! Get Counted! #NYCounts2020 https://t.co/bqyVT3JqSf |

| | | | |
|---|---|---|---|
| Rep. Jim Cooper (D-TN-5) \| US House | 1-Apr-20 | Tweet | Nearly 40% of TN's budget comes from the Fed Gov't. Your response to the #2020Census helps determine how much federal funding TN will receive for projects & programs. I filled out my census a few weeks ago and it was quick & easy: https://t.co/zgHS0PeYfy. #CensusDay #CountMeInTN https://t.co/47jvwb1FxS |
| Rep. Ro Khanna (D-CA-17) \| US House | 1-Apr-20 | Tweet | Fill out your census #CA17! Just sent mine in, let me know if you have any issues/questions. It literally takes 5 min. We need to all do this so our communities get the federal funding we deserve. https://t.co/7UkSAVXHWY |
| Rep. Jim Cooper (D-TN-5) \| US House | 1-Apr-20 | Facebook Post | Nearly 40% of Tennessee's budget comes from the federal government. Your response to the #2020Census helps determine how much federal funding Tennessee will receive for important projects & programs. I filled out my census a few weeks ago and it was quick and easy: my2020census.gov. #CensusDay #CountMeInTN. |
| Rep. Ro Khanna (D-CA-17) \| US House | 1-Apr-20 | Facebook Post | Fill out your census #CA17! Just sent mine in, let me know if you have any issues/questions. It literally takes 5 min. We need to all do this so our communities get the federal funding we deserve.  The second image is what you should see when you are done. It's painless. Please fill it out!  Feel free to reply with your own image of filling out the #2020Census |
| Rep. Jim Cooper (D-TN-5) \| US House | 1-Apr-20 | Tweet | Nearly 40% of TN's budget comes from the Fed Gov't. Your response to the #2020Census helps determine how much federal funding TN will receive for projects & programs. I filled out my census a few weeks ago & it was quick & easy: https://t.co/gs3OJAgGWU. #CensusDay #CountMeInTN https://t.co/3kJDiAi2Cd |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 1-Apr-20 | Tweet | RT @NationalAction: The census affects funding for schools, roads and hospitals, firefighters, and resources for people who need it most. It helps elect community leaders on school boards and city councils. You have the power to make a difference, right now! #GetCounted #NOW! https://t.co/YEB7lM4DOs |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 1-Apr-20 | Tweet | RT @NationalAction: From your house, by going online, calling the Census Bureau, or by filling out your paper from once it comes in the mail. Get counted today! #GetCounted #2020Census |
| Rep. Katie Porter (D-CA-45) \| US House | 1-Apr-20 | Tweet | Today may be April Fools' Day, but it's also Census Day of Action. An accurate #2020Census count will ensure our communities get their fair share of federal funding--that's no joke! It's quick and easy to do online, over the phone, or by mail. More here: https://t.co/RFFdsKEGnZ |
| Rep. Mark Green (R-TN-7) \| US House | 1-Apr-20 | Tweet | Don't forget to send in your census count today at https://t.co/6WLpYh45as! #BeCounted https://t.co/kTpriURP6r |
| Rep. Katie Porter (D-CA-45) \| US House | 1-Apr-20 | Facebook Post | Today is Census Day! This is not a deadline, but a reference date to decide who should be counted where. You can fill out the census by phone, mail, or online here [?] my2020census.gov and learn more about key Census dates here [?] 2020census.gov/en/important-dates  Although today is not a deadline, it is best to respond as soon as you can. It is quick, easy, and incredibly important. |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 1-Apr-20 | Tweet | RT @LacyClayMO1: April 1 is census day which has been extended to April 15. Please Respond to census questionnaire at https://t.co/zefOqWxvp9 using the pen number received in the Mail. #census2020 #census #mo #stl https://t.co/N7zIc3WaSu |

| | | | |
|---|---|---|---|
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 | Tweet | According to the #2020Census map, #NY12 has reached a 29.1% self-response rate.  We're still a bit behind the NY average, let's keep working to get that number up!  Please encourage your family, neighbors, and friends to fill out their census forms and #GetCountedNYC! https://t.co/lpLwwcHt0p |
| Rep. Katie Porter (D-CA-45) \| US House | 1-Apr-20 | Tweet | Today is Census Day! This is not a deadline, but a reference date to decide who should be counted where. You can fill out the census by phone, mail, or online here [?] https://t.co/HthycZKsPr and learn more about key Census dates here [?] https://t.co/CVaGE8zPpd |
| Rep. Rashida Tlaib (D-MI-13) \| US House | 1-Apr-20 | Tweet | RT @LtGovGilchrist: Today is #NationalCensusDay! Please remember to stay home, stay safe, but #BeCounted by filling out your census today! https://t.co/wk88oywNrR |
| Rep. Mark Green (R-TN-7) \| US House | 1-Apr-20 | Facebook Post | Don't forget to send in your census count today at 2020census.gov! #BeCounted [?] |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 | Tweet | RT @CensusCounts: Your vote matters. Your voice matters. Your census matters. Because #EveryoneCounts - and that includes YOU!  On #CensusDay, make sure you're counted in the #2020Census so your community gets the resources and representation it deserves. Learn more: https://t.co/LUMY4E2Oxw https://t.co/8rmOPkaazZ |
| Rep. Rashida Tlaib (D-MI-13) \| US House | 1-Apr-20 | Tweet | RT @sharicedavids: It's #CensusDay! It's never been easier or safer to fill out the census. You can do it online at https://t.co/s9wEDs6rvK, over the phone, or by mail. I'm filling mine out right now - have you? https://t.co/vNu4eN4nyq |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 | Facebook Post | It's #CensusDay! I hope you're staying at home - and that you'll take a few minutes to complete your 2020 census.  It's critical that we gather this information NOW, so we can fairly allocate resources and representation for the next ten years. #2020Census #2020CensusDay |
| Rep. Jackie Speier (D-CA-14) \| US House | 1-Apr-20 | Facebook Post | TODAY at 3 pm PST - please join me and my colleagues for a tele town hall talking about COVID-19 and the impacts to the 2020 Census. Assemblymember Marc Berman, Assemblymember Kevin Mullin and San Mateo County Board of Supervisor Carole Groom will be participating, as well as county census staff and a U.S. Census Bureau specialist. There are three ways you can join us: 1) call 855-962-1455, 2) via Facebook at https://facebook.com/CountyofSanMateo, or 3) visit https://cmo.smcgov.org/census-2020-san-mateo-county. Everyone can complete the 2020 Census online, on the phone, or by mail - in the comfort of your own home. Let's make sure we're all counted! |
| Rep. Robin Kelly (D-IL-2) \| US House | 1-Apr-20 | Facebook Post | Did you know that BILLIONS in federal dollars are spent using automatic formulas based on Census data? Be counted at 2020Census.gov so your community doesn't miss out! #Census2020Day |
| Rep. Kelly Armstrong (R-ND-1) \| US House | 1-Apr-20 | Tweet | RT @GOPoversight: #CensusDay2020 fact: Even if you haven't gotten your Census ID in the mail yet, you can still take the census online.... |
| Rep. Ayanna Pressley (D-MA-7) \| US House | 1-Apr-20 | Tweet | This year, the #Census2020 is available online for the first time ever! Visit https://t.co/WF3rA6cbiv to #ShapeYourFuture and complete your household's Census form safely from your home in just 5 minutes. |

| | | |
|---|---|---|
| Rep. Ayanna Pressley (D-MA-7) \| US House | 1-Apr-20 Tweet | Today is #CensusDay, an opportunity to recognize the importance of a full and fair count of our communities in the #2020census. #MA7 has historically been undercounted in the census, but together, we have the power to change that. https://t.co/NIenbF9D3D |
| Rep. Ayanna Pressley (D-MA-7) \| US House | 1-Apr-20 Tweet | The census determines everything from how much funding our schools and hospitals get to how much political representation we have. It's critical that everyone in our district gets counted to ensure our communities get the resources & representation we deserve. #WhyCensusMatters |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 Tweet | EVERY person living in the US must be counted through the census every 10 years. The #2020Census is our only chance in the next ten years to get a full and accurate count of our communities.  #WhyCensusMatters #Census2020  Fill yours out today! https://t.co/2vrP44Bb2j |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 Tweet | For the first time ever, the #2020Census is available online! Complete your household's Census form safely from your home. It only takes a few minutes to #ShapeYourFuture! More info here [?] https://t.co/ll0Lti503F |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 Tweet | Today is #CensusDay!  The #2020Census determines how the federal gov distributes over $1.5 trillion to communities across the country.  Filling out the Census form is fast, easy, and incredibly important for your community. Make sure you #GetCounted!  Thread [?] |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 Tweet | It's #CensusDay! I hope you're staying at home - and that you'll take a few minutes to complete your 2020 census. It's critical that we gather this information NOW, so we can fairly allocate resources and representation for the next ten years. #2020Census #2020CensusDay https://t.co/mHIJMkOhb0  Carolyn B. Maloney (@CarolynBMaloney): This week, my staff and I are using #SocialDistancing and working from home to help stop the spread of #covid19.  In between meetings, I took a few minutes to do my #2020census online!  Have you done yours yet? It's so easy, and more important than ever. #quarantinelife https://t.co/BSSQCDTTko |
| Rep. Raja Krishnamoorthi (D-IL-8) \| US House | 1-Apr-20 Facebook Post | Right now, many of us are concerned about our state getting the funding it deserves. One thing you can do to help is to fill out your 2020 Census to ensure you're counted and Illinois receives the support for which it qualifies. my2020census.gov |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 1-Apr-20 Tweet | It's #CensusDay! @MayorOfLA and @AGBecerra - where you at? I've thrown down the #CensusChallengeMy census  Here are 5 more nominations: @GavinNewsom @kdeleon @tedlieu @RepMaxineWaters @RepBarragan https://t.co/niLE8IKU4A  Rep. Jimmy Gomez (@RepJimmyGomez): You've heard about the #PushUpChallenge & the #IceBucketChallenge but now it's time for my #2020CensusChallenge!  Only takes 10min to fill out a #2020Census form & bring federal funds to our community!  I nominate @AGBecerra @MayorOfLA @Alyssa_Milano @SantiagoAD53 @MariaEDurazo. https://t.co/KaOPAjSTlv |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 Tweet | RT @OversightDems: Happy #CensusDay2020! Chairs @RepMaloney & @RepRaskin sent a letter to the @uscensusbureau recognizing #CensusDay, pledging support for ongoing Census operations, & pressing for compliance w/ outstanding oversight requests on delays caused by #coronavirus. https://t.co/CBOAkxV484 |

| | | | |
|---|---|---|---|
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 | Tweet | RT @OversightDems: Happy #CensusDay2020! Chairs @RepMaloney & @RepRaskin sent a letter to the @uscensusbureau recognizing #CensusDay, pledging support for ongoing Census operations, & pressing for compliance w/ outstanding oversight requests on delays caused by #coronavirus. https://t.co/Tc6eFjG3jM |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 1-Apr-20 | Tweet | RT @OversightDems: Happy #CensusDay2020! Chairs @RepMaloney & @RepRaskin sent a letter to the @uscensusbureau recognizing #CensusDay, pledging support for ongoing Census operations, & pressing for compliance w/ outstanding oversight requests on delays caused by #coronavirus. https://t.co/Tc6eFjG3jM |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 1-Apr-20 | Facebook Post | Today is Census Day so be sure to fill out your Census questionnaire! Remember to use 1 form for all members of your residence. Let's get an accurate count in the #2020Census. #EveryoneCounts -Team DeSaulnier |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 1-Apr-20 | Tweet | Today is Census Day so be sure to fill out your Census questionnaire! Remember to use 1 form for all members of your residence. Let's get an accurate count in the #2020Census. #EveryoneCounts -Team DeSaulnier https://t.co/koNsMXJOrB |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 1-Apr-20 | Tweet | RT @BarackObama: It's Census Day and we all have a crucial role to play. Filling out the 2020 Census determines what the next decade will look like for your community: your roads, health care, schools, representation and more. Takes a few minutes by mail, phone or online. https://t.co/KzxFJKavmM |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 1-Apr-20 | Tweet | RT @morethanmySLE: Today is Census Day!  Spread the word about the importance of the #2020Census  So crucial.  Takes only a FEW minutes.  Thank you for your advocacy. https://t.co/OBbcMtmFPf |
| Rep. Paul Gosar (R-AZ-4) \| US House | 1-Apr-20 | Tweet | ARIZONA: The census count impacts YOUR representation in Congress to funding for education, infrastructure & health care.  It's important to #BeCounted, so please complete the census and remind your friends and family too!  https://t.co/3mZGboZECL https://t.co/4Id2Hj79TJ |
| Rep. Paul Gosar (R-AZ-4) \| US House | 1-Apr-20 | Tweet | RT @westerncaucus: Today is #CensusDay! The census affects everything from representation in Congress to funding for land management, infrastructure & health care. It's important to #BeCounted as Western & rural communities are often undercounted. Complete the census at: https://t.co/yLvg9CVUwk |
| Rep. Glenn Grothman (R-WI-6) \| US House | 1-Apr-20 | Tweet | RT @GOPoversight: It's Census Day!  The census count affects things from YOUR representation in Congress to funding for education, infrastructure & health care.  It's important to #BeCounted, so please complete the census and remind your friends and family to do it, too!  https://t.co/153NXGdXiP https://t.co/a0FYJvt4Td |
| Rep. Jamie Raskin (D-MD-8) \| US House | 1-Apr-20 | Facebook Post | Please complete the 2020 Census today! We are committed to a full census count in Maryland's 8th District. During this challenging time, let's ensure every one of us is counted. |
| Rep. Jamie Raskin (D-MD-8) \| US House | 1-Apr-20 | Tweet | Please complete the #2020Census today! We are committed to a full census count in Maryland. During this challenging time, let's ensure every one of us is counted. |

| | | | |
|---|---|---|---|
| Rep. Paul Gosar (R-AZ-4) \| US House | 1-Apr-20 | Tweet | RT @GOPoversight: It's Census Day!  The census count affects things from YOUR representation in Congress to funding for education, infrastructure & health care.  It's important to #BeCounted, so please complete the census and remind your friends and family to do it, too!  https://t.co/153NXGdXiP https://t.co/a0FYJvt4Td |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 1-Apr-20 | Tweet | Please help support NYC 2020 Census, add a #Twibbon now! https://t.co/bdqtDeqfME |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 1-Apr-20 | Tweet | Please help support NYC 2020 Census, add a #Twibbon now! https://t.co/bdqtDeqfME |
| Rep. James Comer (R-KY-1) \| US House | 1-Apr-20 | Facebook Post | Today is Census Day, an important occasion to raise public awareness for Americans to step up and be counted in our nation's population. Census data provides us with a roadmap for allocating hundreds of billions of dollars annually in government services, including investments in Kentucky's schools, roads and healthcare. It is important that everyone take just a few minutes and fill out their census form - so that Kentucky's rural counties and small towns are not left behind. Click the link below to fill out your census and #BeCounted. |
| Rep. Jamie Raskin (D-MD-8) \| US House | 1-Apr-20 | Tweet | RT @CarrollCoMD: School lunches. Plans for highways. Support for firefighters and families in need. Census results affect your community every day. https://t.co/fap0jzIunc https://t.co/3KWqneLGrz |
| Rep. Ro Khanna (D-CA-17) \| US House | 1-Apr-20 | Facebook Post | Today is National Census Day! Remember to fill out the questionnaire you received in the mail from the Census Bureau, either on paper, over the phone, or online, and get counted. The results of the Census ensure fair representation by reapportioning the seats in the U.S. House of Representatives and the electoral college for the next decade. The Census also helps decide the distribution of federal spending throughout the country--that is taxpayer money for public schools, hospitals, and other important community services from which we all benefit.  Federal law protects your responses and prohibits the government from sharing your information with anyone, including immigration and law enforcement agencies. The law also prohibits your responses from being used to deny or determine your eligibility for government benefits.  For questions, visit Census.gov or call my office at 408-436-2720. Get counted! |
| Rep. Chip Roy (R-TX-21) \| US House | 1-Apr-20 | Tweet | RT @GOPoversight: #CensusDay2020 fact: Even if you haven't gotten your Census ID in the mail yet, you can still take the census online.  1. Go to https://t.co/153NXGdXiP  2. Click "Start Questionnaire" on the online form  3. Click the link that says, "If you do not have a Census ID, click here" https://t.co/jeg01K0y5c |
| Rep. Ro Khanna (D-CA-17) \| US House | 1-Apr-20 | Tweet | Today is #NationalCensusDay!  Remember to fill out the questionnaire you received in the mail from the Census Bureau, either on paper, over the phone, or online, and get counted. https://t.co/oa8Fhi7oW2 |
| Rep. Carol Miller (R-WV-3) \| US House | 1-Apr-20 | Tweet | RT @GOPoversight: It's Census Day!  The census count affects things from YOUR representation in Congress to funding for education, infrast... |

| | | | |
|---|---|---|---|
| Rep. Kelly Armstrong (R-ND-1) \| US House | 1-Apr-20 | Facebook Post | It's Census Day! The census count affects education, infrastructure, health care, and much more.  It's important to Be Counted, so please complete the census and remind your friends and family to do it, too! |
| Rep. Fred Keller (R-PA-12) \| US House | 1-Apr-20 | Tweet | RT @GOPoversight: It's Census Day!  The census count affects things from YOUR representation in Congress to funding for education, infrastructure & health care.  It's important to #BeCounted, so please complete the census and remind your friends and family to do it, too!  https://t.co/153NXGdXiP https://t.co/a0FYJvt4Td |
| Rep. Chip Roy (R-TX-21) \| US House | 1-Apr-20 | Tweet | RT @GOPoversight: It's Census Day!  The census count affects things from YOUR representation in Congress to funding for education, infrastructure & health care.  It's important to #BeCounted, so please complete the census and remind your friends and family to do it, too!  https://t.co/153NXGdXiP https://t.co/a0FYJvt4Td |
| Rep. Kelly Armstrong (R-ND-1) \| US House | 1-Apr-20 | Tweet | RT @uscensusbureau: Today is Census Day! Help us spread the word about the importance of the #2020Census. Make this image your profile pict... |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 1-Apr-20 | Facebook Post | It's Census Day! The Census is just 10 questions that takes just 10 minutes to complete. The Census determines our community's funding and representation for the next 10 years. Fill out the Census online, over the phone, or by mail. Visit https://my2020census.gov for more information on how to get counted on this #CensusDay! |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 1-Apr-20 | Facebook Post | It's Census Day! The Census is just 10 questions that takes just 10 minutes to complete. The Census determines our community's funding and representation for the next 10 years. Fill out the Census online, over the phone, or by mail. Visit https://my2020census.gov for more information on how to get counted on this #CensusDay! |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 1-Apr-20 | Tweet | April 1 is census day which has been extended to April 15. Please Respond to census questionnaire at https://t.co/zefOqWxvp9 using the pen number received in the Mail. #census2020 #census #mo #stl https://t.co/N7zIc3WaSu |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 1-Apr-20 | Facebook Post | It's Census Day! The Census is just 10 questions that takes just 10 minutes to complete. The Census determines our community's funding and representation for the next 10 years. Fill out the Census online, over the phone, or by mail. Visit https://my2020census.gov for more information on how to get counted this #CensusDay! |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 1-Apr-20 | Tweet | It's Census Day! The Census is just 10 questions and takes just 10 minutes to complete - but it determines our community's funding and representation for the next 10 years. Fill out the census online, over the phone, or by mail. Go to https://t.co/k2CiIBSNHT #CensusDay |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 31-Mar-20 | Tweet | RT @CACompleteCount: These toll free lines for #2020Census help are now open! [?] As of 3/12, all lines offer customer service support providing info about the Census and assistance with the questionnaire.  Visit this link to complete the form and learn more: https://t.co/TSCkrd8RIX  #EveryoneCounts https://t.co/Lk1I9xxhcq |

| | | | |
|---|---|---|---|
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 31-Mar-20 | Facebook Post | It's Census Day! The Census is just 10 questions that take just 10 minutes to complete. The Census determines our community's funding and representation for the next 10 years. Fill out the Census online, over the phone, or by mail. Go to https://my2020census.gov for more information on to get counted this #CensusDay! |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 31-Mar-20 | Facebook Post | Tomorrow is Census Day, so fill out your Census to participate. Use the address where you live as of today and make sure to include all members of your residence. We all count! #2020Census - TD |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 31-Mar-20 | Tweet | Tomorrow is Census Day, so fill out your Census to participate. Use the address where you live as of today and make sure to include all members of your residence. We all count! #2020Census - TD https://t.co/jbIrvUuJ1t |
| Rep. Kelly Armstrong (R-ND-1) \| US House | 31-Mar-20 | Facebook Post | The 2020 Census matters for our future and our community!  It affects:  -Representation in Congress -Small business -Education -Health care -Infrastructure  Take the time to #BeCounted. It only takes a few minutes online at http://My2020Census.gov. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 31-Mar-20 | Tweet | RT @hansilowang: "Census Day" is on April 1, but don't be fooled: It's *not* a deadline like Tax Day and *not* the only day to get your household counted.  It's a reference date for determining where U.S. residents should be counted -- generally, where they usually live and sleep as of April 1. |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 31-Mar-20 | Facebook Post | As of today, the response rate for CA34 is lagging behind CA....21.3% to 34.1%!  CA34 goes from Hancock Park to Downtown, to Boyle Heights to Eagle Rock.  The census determines (for the next 10 years) where money from the federal government goes to help fund hospitals, community clinics, education, emergency response and much more.  If everyone is not counted we won't get the money our population needs.  Fill out the census today: www.2020census.gov |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 30-Mar-20 | Tweet | RT @EmNewsDC: Rep. Gomez (D-LA) kickstarting a challenge for everyone to fill out the US Census. Census day is April 1, but you should have started to see census mail earlier in March.  So, if you're bored in quarantine or working from home, fill out the form online, by phone, or by mail! https://t.co/qQwqWHCSEq |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 30-Mar-20 | Tweet | RT @EmNewsDC: Rep. Gomez (D-LA) kickstarting a challenge for everyone to fill out the US Census. Census day is April 1, but you should have started to see census mail earlier in March.  So, if you're bored in quarantine or working from home, fill out the form online, by phone, or by mail! https://t.co/qQwqWHCSEq |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 30-Mar-20 | Tweet | You can go online to https://t.co/s1WdvnNsPj to fill out the census today! |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 30-Mar-20 | Facebook Post | You've heard about the Push Up Challenge and the Ice Bucket Challenge, but now it's time for my #2020CensusChallenge! It only takes 10 minutes to fill out a 2020 Census form and help bring important federal funds to our community!  And now, I nominate Attorney General Becerra, Mayor Eric Garcetti, Senator Maria Elena Durazo, Alyssa Milano, and Assemblymember Miguel Santiago to take part! |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 30-Mar-20 | Tweet | This is also why they tried to rig the #2020census.  Don't let them win. #StayAtHome and fill out your census. #coronavirus #covid19nyc https://t.co/zE5nno9FRt |

| | | | |
|---|---|---|---|
| Rep. Mark Green (R-TN-7) \| US House | 30-Mar-20 | Tweet | Don't forget to complete your census count online by Wednesday, April 1. It takes <10 minutes! #BeCounted https://t.co/8vY2gcga1R  Oversight Committee Republicans (@GOPoversight): The #2020Census: -Is required by the Constitution -Is a cornerstone of representative government[?] -Guides federal funding -Needs more people to respond! The process is quick, easy & online at: https://t.co/wsqK5sfeUC |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 30-Mar-20 | Facebook Post | For the first time in history, the Census is available online! Complete your household's Census safely from home. It only takes a few minutes to shape your future!  Fill out your 2020 Census - https://my2020census.gov |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 30-Mar-20 | Tweet | For the first time in history, the #2020Census is available online! Complete your household's Census safely from home by going to https://t.co/QdQyRHgFgx. It only takes a few minutes to #ShapeYourFuture! @ICountNM untNM #StayHomeSaveLives https://t.co/6LMiUkFTyE |
| Rep. Katie Porter (D-CA-45) \| US House | 30-Mar-20 | Facebook Post | I nerded out with CBS about the census a few weeks ago, and the piece is finally live! Though it didn't make the final edit, I was also asked during the interview how I get so fired up about the census.  Here's my answer: businesses, churches, schools, hospitals, and every level of government use census data to make sure they're deploying resources in ways that best serve our communities.  I hope you'll read or watch this piece about the importance of the census. Then, make sure you and your neighbors take 5 minutes of your days to complete the census!  https://www.cbsnews.com/news/the-2020-census-how-our-nation-in-counting-on-us/ |
| Rep. Katie Porter (D-CA-45) \| US House | 30-Mar-20 | Tweet | You can find more information about the census here: https://t.co/RFFdsKWhMz |
| Rep. Katie Porter (D-CA-45) \| US House | 30-Mar-20 | Tweet | I hope you'll take the time to read/watch this piece about how important the census is for our communities.  Then, make sure you and your neighbors all fill out the census to make your voices count (literally)!  https://t.co/lZZX7ym6Ke |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 30-Mar-20 | Facebook Post | I know there's a lot going on in our lives right now but remember:  1[?] The 2020 Census is available online  2[?] You can complete your household's Census form safely from your home by going to my2020census.gov  3[?] It only takes a few minutes to participate and shape your future |
| Rep. Katie Porter (D-CA-45) \| US House | 30-Mar-20 | Tweet | I hope you'll read/watch this piece about how important the 2020 census is. Then, make sure you and your neighbors fill out the census to make your voice count (literally)! https://t.co/lZZX7ym6Ke |
| Rep. Katie Porter (D-CA-45) \| US House | 30-Mar-20 | Tweet | Learn more about the census here [?][?] https://t.co/RFFdsKWhMz |
| Rep. Katie Porter (D-CA-45) \| US House | 30-Mar-20 | Tweet | Grateful for the chance to nerd out with @CBSNews. Though it's not in the final piece, I was asked how I can get so fired up the census. Here's how: this public treasure is used by businesses, governments, and everyone in between to serve our community. https://t.co/lZZX7ym6Ke |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 30-Mar-20 | Tweet | I know there's a lot going on in our lives right now but remember:  1[?] The #2020Census is available online  2[?] You can complete your household's Census form safely from your home by going to https://t.co/afBBSCtZTG  3[?] It only takes a few minutes to participate & #ShapeYourFuture https://t.co/EfQl8YHTp1 |

| | | | |
|---|---|---|---|
| Rep. Carol Miller (R-WV-3) \| US House | 30-Mar-20 | Facebook Post | With the extra time at home, take a minute to complete the census!  Every single West Virginian deserves to have their voice heard. The census is the only way to ensure every citizen is represented in our government.  https://2020census.gov/ |
| Rep. Carol Miller (R-WV-3) \| US House | 30-Mar-20 | Tweet | With the extra time at home, take a minute to complete the census!  Every single West Virginian deserves to have their voice heard. The census is the only way to ensure every citizen is represented in our government.https://t.co/5KeHwnb2KE |
| Rep. Katie Porter (D-CA-45) \| US House | 29-Mar-20 | Tweet | Complete your census today here [?] https://t.co/0WYveBkKn5 |
| Rep. Katie Porter (D-CA-45) \| US House | 29-Mar-20 | Tweet | The census is a public treasure, and it's our collective information--hijacking nonpartisan public trust in the census for personal or political gain is unconscionable. https://t.co/AXXf07WZaU |
| Rep. Katie Porter (D-CA-45) \| US House | 28-Mar-20 | Facebook Post | Join UC Irvine School of Social Sciences for a live virtual discussion [?] UCI Counts: The Importance of the Census 2020 on Tuesday, March 31 at noon.  Expert panelists from community, law, and academia will explore how individuals can create national impact. Info here [?] https://bit.ly/33N51Ti |
| Rep. Jamie Raskin (D-MD-8) \| US House | 28-Mar-20 | Facebook Post | Way to go, Maryland! Our state's response to the 2020 Census is higher than the national average, and the 8th Congressional District is leading the way in the state. Check it out, go on-line when you get your notice, and let's all do our part to get to 100%! |
| Rep. Jamie Raskin (D-MD-8) \| US House | 28-Mar-20 | Tweet | Way to go, Maryland! Our state's response to the 2020 Census is higher than the national average, and the 8th Congressional District is leading the way in the state. Check it out, go on-line when you get your notice & let's all do our part to get to 100%! https://t.co/Ot40BwLUzr https://t.co/A3fqC7zCOi |
| Rep. Greg Steube (R-FL-17) \| US House | 27-Mar-20 | Tweet | You can now fill out your U.S. 2020 Census online! I encourage everyone to participate in this important survey. https://t.co/SKzcf4OcYP |
| Rep. Greg Steube (R-FL-17) \| US House | 27-Mar-20 | Facebook Post | You can now fill out your U.S. 2020 Census online! I encourage everyone to participate in this important survey. https://my2020census.gov/ |
| Rep. Robin Kelly (D-IL-2) \| US House | 27-Mar-20 | Tweet | RT @uscensusbureau: Census data impacts programs that affect our lives in many ways--big and small. https://t.co/LVqwnLPfgA https://t.co/MsPZqdgSmO |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 26-Mar-20 | Tweet | #SocialDistanacing? Fill out your #2020Census from home!  Our communities rely on the Census for hospitals, health care, schools, roads, infrastructure and programs our families rely on. Our families and communities are counting on you! https://t.co/NvKyTfPmhY |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 26-Mar-20 | Tweet | RT @OversightDems: Just a reminder while you #StayHome: Complete your 2020 #Census online by phone, desktop or portable device! [?][?]  Without your participation in the #2020Census, your community could lose MILLIONS of $$ for your schools, roads, emergency services and SO. MUCH. MORE. https://t.co/OaW90ShOus |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 26-Mar-20 | Tweet | According to the #2020Census Response Rate Map #NY12 has reached a 19.9% self-response rate.  Let's keep working to get that number up.  Please encourage your family, neighbors, and friends to fill out their census forms and #GetCounted! |

| | | | |
|---|---|---|---|
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 26-Mar-20 | Facebook Post | Our communities rely on the Census for hospitals, health care, schools, roads, infrastructure and programs our families rely on.  Since we're spending more time at home, it's a great time to fill out your 2020 Census. Our families and communities are counting on you! |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 26-Mar-20 | Facebook Post | Our communities rely on the Census for hospitals, health care, schools, roads, infrastructure and programs our families rely on.  Since we're spending more time at home, it's a great time to fill out your 2020 Census. Our families and communities are counting on you! |
| Rep. Greg Steube (R-FL-17) \| US House | 26-Mar-20 | Facebook Post | You can now fill out you U.S. 2020 Census online! I encourage everyone to participate in this important survey. https://my2020census.gov/ |
| Rep. Brenda Lawrence (D-MI-14) \| US House | 25-Mar-20 | Tweet | If there is one thing we can all agree on, it is that taking the 2020 Census is a win-win for our #MI14 community and the State of Michigan.  Please take 10 minutes to complete the #2020Census today at https://t.co/xrayTkup7D. |
| Rep. Jim Cooper (D-TN-5) \| US House | 25-Mar-20 | Facebook Post | The #2020Census is still happening. I did mine this week and it was quick and easy. While everyone is at home, complete your census so we will have an accurate count. Please encourage friends, family, colleagues & neighbors to respond: https://my2020census.gov/ |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 25-Mar-20 | Tweet | RT @dberrygannett: . @LacyClayMO1 said community groups and lawmakers learned the hard lesson about not doing enough to get people to respond to the 2010 Census so they're ramping up efforts this time. "That's why I'm all in," he said. https://t.co/l7X8TE8i1w, @TheBlackCaucus, #2020Census |
| Rep. Jim Cooper (D-TN-5) \| US House | 25-Mar-20 | Tweet | The #2020Census is still happening. I did mine this week and it was quick and easy. While everyone is at home, complete your census so we will have an accurate count: https://t.co/zgHS0PeYfy. Please encourage friends, family, colleagues & neighbors to respond! |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 23-Mar-20 | Facebook Post | Glad the Census Bureau heeded our call to extend the submission deadline for the 2020 Census. |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 23-Mar-20 | Tweet | Glad the Census Bureau heeded our call to extend the submission deadline. #CoronavirusUpdate #2020Census |
| Rep. Jim Cooper (D-TN-5) \| US House | 22-Mar-20 | Tweet | RT @MetroSchools: The #2020Census count impacts vital services we provide to our students, when school is in session & especially during crisis events like tornado relief and pandemic. Fill out your Census & you will provide a direct support to 86,000 students. https://t.co/t5KlerifvH https://t.co/R5cl3SbuyR |
| Rep. Ro Khanna (D-CA-17) \| US House | 22-Mar-20 | Facebook Post | Every 10 years, California uses the census to redraw Congressional districts. Gerrymandering is a huge issue in modern politics - speak up and get counted! |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 20-Mar-20 | Tweet | A small piece of positive news: #2020census responses are up over those from 2010. Thank you to everyone who is self-responding to the census online.  Keep it up! #covid19 #QuarantineLife https://t.co/qSOS1uslhk |

| | | | |
|---|---|---|---|
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 20-Mar-20 | Tweet | For more information on COVID-19 and the Census go to https://t.co/ecAWCyeaVS. And, don't forget, now is the perfect time to fill out your Census form online: https://t.co/k2CilCap6t |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 20-Mar-20 | Tweet | We are also asking the Census Bureau to extend the enumeration period by at least 3 months. I encourage everyone to self-report online now at https://t.co/k2CilCap6t. The Census will determine your community's funding and representation for the next decade. https://t.co/yQfBqk2PdO |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 20-Mar-20 | Tweet | We recently held our first virtual town hall, with presentations on the Census and COVID-19 from experts at @nycHealthy, @NYCSchools, and the US & NYC Census Bureau. Here are some of the highlights.... |
| Rep. Ayanna Pressley (D-MA-7) \| US House | 19-Mar-20 | Facebook Post | **Join us here at 5:30 for a Facebook Live conversation about the 2020 Census** Then commit to be counted & protect public health by completing the census online, over the phone or by mail. Join the #CensusChallenge today! |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 19-Mar-20 | Tweet | The #2020census has suspended field operations for the next two weeks - but you can still self-report online. If you haven't received your 12-digit code, just look your address up on the census website!  https://t.co/m0jpUA0ooh |
| Rep. Jamie Raskin (D-MD-8) \| US House | 19-Mar-20 | Tweet | RT @CarrollCoMD: Many of use are social distancing and self quarantined. Take this time to fill out your Census 2020. Do it online at https://t.co/fap0jzIunc https://t.co/rSQSJIpV2V |
| Rep. Ro Khanna (D-CA-17) \| US House | 19-Mar-20 | Facebook Post | Check your mail, CA-17. You should have received a questionnaire from the Census Bureau, with directions to respond to the 2020 Census either on paper, over the phone, or online, and get counted.  The results of the Census ensure fair representation by reapportioning the seats in the U.S. House of Representatives and the electoral college for the next decade. The Census also helps decide the distribution of federal spending throughout the country--that is taxpayer money for public schools, hospitals, and other important community services from which we all benefit.  Federal law protects your responses and prohibits the government from sharing your information with anyone, including immigration and law enforcement agencies. The law also prohibits your responses from being used to deny or determine your eligibility for government benefits.  For questions, visit Census.gov or call my office at 408-436-2720. Get counted! |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 18-Mar-20 | Tweet | RT @dberrygannett: . @RepMaloney of @OversightDems urged people to respond to Census online, by mail or by phone. "By responding now, you will ensure that the Census Bureau does not need to send a Census worker to your door," she said. #2020Census |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 18-Mar-20 | Facebook Post | Have you received your Census 2020 invitation yet? Filling out your census only takes 10 minutes & it's more important now than ever. This census will determine public health funding for your community for the next decade.  Ha recibido su invitacion para el Censo 2020? Llenar su cuestionario solo toma 10 minutos y es mas importante que nunca. El censo determinara los fondos que su comunidad recibira para servicios de salud publicos para los proximos 10 anos.  Learn more / Aprenda mas[?] |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 18-Mar-20 | Tweet | The Census Bureau must extend the Census deadline so that all our communities can be counted. #Census2020 #MakeMyFamilyCount #CoronavirusUpdate |

| | | |
|---|---|---|
| Rep. Brenda Lawrence (D-MI-14) \| US House | 18-Mar-20 Tweet | #Census2020 is underway! Given the current public health crisis, one of the safest ways to respond is online - responding online NOW ensures that census employees won't have to knock on your door in the coming months. Do your part because #WeCount [?] https://t.co/LDUgqf56pa |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 18-Mar-20 Tweet | RT @hansilowang: 4. "By responding now, you will ensure that the Census Bureau does not need to send a census worker to your door," @RepMaloney (D-N.Y.), House @OversightDems chair, says in statement encouraging households to do #2020Census on their own during temporary pause in field operations https://t.co/oa5QkaPf3M |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 18-Mar-20 Tweet | Have you received your #Census2020 invitation yet? Filling out your census only takes 10 minutes & it's more important now than ever. This census will determine public health funding for your community for the next decade. #MakeMyFamilyCount Learn more [?] https://t.co/vfwt4vETli |
| Rep. Fred Keller (R-PA-12) \| US House | 18-Mar-20 Tweet | RT @uscensusbureau: In support of guidance on slowing the spread of #COVID19, #2020Census field operations are suspended for 2 weeks until Apr 1 to help protect the health & safety of the public, our employees, & everyone in the hiring process for temp census taker positions. https://t.co/A5lVD62prQ https://t.co/pPY5ZAblq2 |
| Rep. Debbie Wasserman Schultz (D-FL-23) \| US House | 18-Mar-20 Tweet | Have you received your #Census2020 invitation yet? Filling out your census will only take 10 minutes of your time - & it's more important now than ever. This census will determine public health funding for your community for the next decade. Learn more [?] https://t.co/BHKxgZZTg4 |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 18-Mar-20 Tweet | It's never been easier or safer to fill out the census. #Census2020 is available: online [?]by phone [?]or by mail  Make sure you #GetCounted! https://t.co/o7PIeSnSrd |
| Rep. Ayanna Pressley (D-MA-7) \| US House | 18-Mar-20 Tweet | Have you received your #Census2020 invitation? Given the current #publichealth crisis, it's more important now than ever to participate. This census will help determine public health funding for our communities for the next decade. You can respond by phone: 844-330-2020  #WeCount |
| Rep. Ro Khanna (D-CA-17) \| US House | 18-Mar-20 Tweet | Federal law prohibits the government from sharing your Census responses with anyone, including immigration and law enforcement agencies. Your responses also cannot be used to deny or determine your eligibility for government benefits #Census2020 https://t.co/hNwAIsWZow |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 16-Mar-20 Tweet | As we work to muster the resources we need to fight #covid19, remember - the #2020census will determine funding, resources and representation for the next ten years. Complete your census online NOW. It's simple, fast and SO important! #GetCountedNYC https://t.co/4ZpMltCRLI |
| Rep. Jim Cooper (D-TN-5) \| US House | 16-Mar-20 Tweet | RT @yihyun_jeong: How will tornado displacement and coronovirus concerns impact 2020 U.S. Census in Nashville as count gets underway? https://t.co/J4mu7ECJXD via @tennessean |
| Rep. Ro Khanna (D-CA-17) \| US House | 15-Mar-20 Tweet | Medicaid. Head Start. SNAP. Fire departments. Hospitals.  All of these services in #CA17 depend on an accurate census count. #Census2020 |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 14-Mar-20 Tweet | RT @KatyTurNBC: Just got the 2020 Census in the mail and filled it out. Since we're all inside now, keep your eyes out for yours. You don't want your city to miss out the necessary federal funds and representation in Congress. |

| | | | |
|---|---|---|---|
| Rep. Katie Porter (D-CA-45) \| US House | 14-Mar-20 | Tweet | RT @CAgovernor: The #2020Census invitations have been mailed!  This is the first census that will be primarily online. That means you can participate from anywhere you access the internet.  For more information >[?] @CACensus #EveryoneCounts #CaliforniaForAll https://t.co/klLUm8dokh |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 14-Mar-20 | Facebook Post | Fake census communications could harm the accuracy of the #2020census. I'm glad the RNC has finally committed to stop using this deceptive mailer technique, and hope they see their commitment through. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 14-Mar-20 | Tweet | Fake census communications could harm the accuracy of the #2020census. I'm glad the RNC has finally committed to stop using this deceptive mailer technique, and hope they see their commitment through.  https://t.co/K71q7TD54Y |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 14-Mar-20 | Tweet | Our monthly town hall is underway. Join us for information on the Census and COVID-19. https://t.co/jRANOTeSOH |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 14-Mar-20 | Tweet | Our NY14 tele-town hall is starting NOW with experts from: NYC Dept of Health NYC Dept of Ed US & NYC Census Bureau.  You can follow along with the FB livestream: https://t.co/B0AGTA9hwd |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 14-Mar-20 | Tweet | If you're at home, self-isolating, and already completed the #2020census online, here are some other ways to spend your time. #covid_19 #coronavirus #saturdaythoughts  (But complete your census online, first!) https://t.co/pzHG1gteCM |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 14-Mar-20 | Tweet | Attention NY-14  Our Census & Coronavirus tele-town hall is starting at 2pm.  It will be hosted on Zoom & FB Live. Zoom stream will have live closed captioning accessibility & Spanish translation (current tech limits us to 1 language atm)  RSVP info is available @RepAOC. |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 14-Mar-20 | Tweet | Our monthly town hall is today! We'll be doing it virtually to protect the health of our most vulnerable communities. There will be presentations and Q&A on the Census and COVID-19.  You can sign up here: https://t.co/jRANOTeSOH |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 13-Mar-20 | Facebook Post | The Census is critical to funding for hospitals, schools, roads infrastructure, and programs we all rely on, but New Mexico has been undercounted in the past. It's going to take all of us working together to make sure New Mexico gets its fair share of resources for our families |
| Rep. Rashida Tlaib (D-MI-13) \| US House | 13-Mar-20 | Tweet | RT @RepKatiePorter: While I'm disappointed this was even being done in the first place, I'm glad that @GOP has announced they'll stop the deceptive mailers. This is why I conduct aggressive oversight: to protect everyday Americans and our shared institutions like the census. |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 13-Mar-20 | Tweet | The #Census is critical to funding for hospitals, schools, roads infrastructure, & programs we all rely on, but New Mexico has been undercounted in the past. It's going to take all of us working together to make sure we get our fair share of resources for our families https://t.co/Xw5rs4Eznq |
| Rep. Katie Porter (D-CA-45) \| US House | 13-Mar-20 | Tweet | For those who haven't been following along, I highlighted the issue with these census scams in a hearing with the Census Director last month and also called on him to do something about it. WATCH >> https://t.co/x6HXKYSYiP |

| | | | |
|---|---|---|---|
| Rep. Katie Porter (D-CA-45) \| US House | 13-Mar-20 | Tweet | While I'm disappointed this was even being done in the first place, I'm glad that @GOP has announced they'll stop the deceptive mailers. This is why I conduct aggressive oversight: to protect everyday Americans and our shared institutions like the census. https://t.co/Z4kdvFC7iY |
| Rep. Rashida Tlaib (D-MI-13) \| US House | 13-Mar-20 | Tweet | RT @AAIUSA: Join Rep @RashidaTlaib +other community advocates in ensuring your #2020Census form is filled out accurately to ensure all #ArabAmericans are counted.  By March 18, your 1st Census mailing will be in your mailbox! If you have any questions call us at 833-3DDOUNI or 833-333-6864! https://t.co/Estq61RvJB |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 13-Mar-20 | Tweet | Census letters will arrive at households between March 12 - 20th. Nine easy questions, totally secure. You can respond online, by mail or by phone. $1.5 trillion in annual federal funding at stake. Everyone counts...and everyone deserves to be counted! #Census2020 #CompeteCount https://t.co/3qr5pfwgkk |
| Rep. Gerry Connolly (D-VA-11) \| US House | 13-Mar-20 | Tweet | RT @OversightDems: #BREAKING: @GOP agrees to stop sending fake #Census mailers just 1 wk after Chairwoman @repmaloney, Subcmte Chairs @RepRaskin & @GerryConnolly, @RepKatiePorter sent a letter to @GOPChairwoman requesting immediate termination of their deceptive practices. https://t.co/zc0uJSlSU0 |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 13-Mar-20 | Tweet | RT @OversightDems: .@GOP's decision also comes one day after Chairwoman @RepMaloney & @RepAnnaEshoo introduced legislation to prohibit non-gov groups from sending deceptive census mailers. We must maintain the accuracy and integrity of the #2020Census.  Read more: https://t.co/QlcpgEfLEC |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 13-Mar-20 | Tweet | RT @OversightDems: #BREAKING: @GOP agrees to stop sending fake #Census mailers just 1 wk after Chairwoman @repmaloney, Subcmte Chairs @RepRaskin & @GerryConnolly, @RepKatiePorter sent a letter to @GOPChairwoman requesting immediate termination of their deceptive practices. https://t.co/zc0uJSlSU0 |
| Rep. Jamie Raskin (D-MD-8) \| US House | 13-Mar-20 | Tweet | RT @OversightDems: #BREAKING: @GOP agrees to stop sending fake #Census mailers just 1 wk after Chairwoman @repmaloney, Subcmte Chairs @RepRaskin & @GerryConnolly, @RepKatiePorter sent a letter to @GOPChairwoman requesting immediate termination of their deceptive practices. https://t.co/zc0uJSlSU0 |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 13-Mar-20 | Facebook Post | Join the Office of Representative Ocasio-Cortez for our Virtual Town Hall on Saturday, March 12, 2020 from 2:00pm - 3:30pm EST. We will discuss updates surrounding COVID-19 and the importance of the Census. There will be an opportunity for a Q&A. To submit questions early please email aoc.townhall@mail.house.gov. Please register in advance using the following link: https://zoom.us/webinar/register/WN__ew-xc3CS6OGlyi4t-01FQ. You may also dial in via: +1 669 900 6833, Webinar ID: 714 466 317. The webinar will also be livestreamed on Facebook.  *Please note Spanish language translation will be available only on the latest version of Zoom. *Nota: para acceder los servicios de traduccion, necesitas descargar la ultima version de Zoom. |
| Rep. Jamie Raskin (D-MD-8) \| US House | 13-Mar-20 | Tweet | RT @ramsberry1: .@OversightDems says the RNC has agreed to stop sending out fundraising mailers that resemble 2020 fake census documents. https://t.co/5HfXfgcdcI |
| Rep. Jimmy Gomez (D-CA-34) \| US House | 12-Mar-20 | Facebook Post | Not participating in the 2020 Census can have devastating consequences for our communities. For those limiting their face-to-face interactions, you can be counted in this process through the phone, mail or online! Visit my2020census.gov to make sure your voice is heard! |

| | | | |
|---|---|---|---|
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | RT @mmcauliff: Not to be lost in all the news, Carolyn Maloney went postal on the RNC today. She rolled out a bill that would pull their direct-mail permits if they send any more fake Census mailers. That would hurt. https://t.co/u8ESxUoa4w |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | The #2020Census is a incredible, once in a decade, opportunity that determines funding and representation for our communities. I'm committed to making sure EVERYONE is counted & knows the importance of completing the Census.  #MakeNYCount #GetCounted https://t.co/Si5nhoAAtX |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | Out of an abundance of caution, my office will no longer be hosting #2020Census pop-up hours. My staff will still be able to assist with your census questions via email & are committed to ensuring you #GetCounted!  Please email: NY12CensusHelp@mail.house.gov |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 12-Mar-20 | Tweet | RT @krqe: Census count online portal now open https://t.co/3gItcp6qiq #abq #albuquerque |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | RT @NYcounts2020: Today is the Day! See below for the #2020 Census phone numbers! #NYCounts2020 #GetCountedNYC https://t.co/BK2789ZYyd |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | RT @hansilowang: NEW: @RepMaloney (D-NY) & @RepAnnaEshoo (D-Calif.) intro pair of bills to try to curb census disinfo. "Census Form Integrity Act" would ban non-fed agencies from mailing envelopes marked "census" or "official" but not labelled as "not a gov't document" https://t.co/BAPHfOUnsd https://t.co/zbNGmg3qz2 |
| Rep. Jamie Raskin (D-MD-8) \| US House | 12-Mar-20 | Tweet | RT @RepDavidEPrice: As NC's sole appropriator, I know firsthand the importance of an accurate census.  I joined @RepJoseSerrano @RepMaloney & @RepRaskin in a letter to @SecretaryRoss to address the effects COVID19 could have on the 2020 Census.  I'm committed to #MakeNCCount https://t.co/4kZZOdvsr1 |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | For the first time ever the Census is available online! You can fill out the #2020Census and #GetCounted from home.  Visit: https://t.co/WKFat3bMjl |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | Today, you will receive an invitation from the @uscensusbureau to fill out your #2020Census form online, by phone, or mail.  Filling out the Census form is fast, easy, and incredibly important for your community. Make sure you #GetCounted!  Thread [?] |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | RT @RepDavidEPrice: As NC's sole appropriator, I know firsthand the importance of an accurate census.  I joined @RepJoseSerrano @RepMaloney & @RepRaskin in a letter to @SecretaryRoss to address the effects COVID19 could have on the 2020 Census.  I'm committed to #MakeNCCount https://t.co/4kZZOdvsr1 |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 12-Mar-20 | Tweet | Census2020 starts today! You can now self-report online at https://t.co/k2CilCap6tYour response is confidential. Everyone should participate, regardless of status. The Census determines your community's representation and fed funding for the next 10 years! Let's #GetCountedNYC |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 12-Mar-20 | Facebook Post | Shape your future with the #2020Census. Today households will begin receiving the invitation to respond to the Census questionnaire. Respond online, by mail, or by phone. Being counted is easier than ever! |

| | | | |
|---|---|---|---|
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 12-Mar-20 | Tweet | Shape your future with the #2020Census. Today households will begin receiving the invitation to respond to the Census questionnaire. Respond online, by mail, or by phone. Being counted is easier than ever! #Census2020 https://t.co/4L5srS4DCl |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 12-Mar-20 | Facebook Post | Census 2020 starts today! You can self-report online at my2020.census.gov. Remember to account for all the members of your household. Everyone should participate, regardless of status.  The Census determines your community's representation and federal funding for the next 10 years! Let's #GetCountedNYC! |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 12-Mar-20 | Tweet | Data from the census helps allocate funding for medical care, disease prevention and scientific research, & is esp important when we're facing threats like #coronavirus.  Make sure your entire household is represented in America's #2020census.  Link: #GetCountedNYC https://t.co/nU39QHv4o8 |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 11-Mar-20 | Facebook Post | ANNOUNCEMENT: My NYC office is officially registered as a Census pop-up site! Starting tomorrow, NYers can stop my office 5 days a week & receive assistance filling out their #2020Census forms.  Language assistance in Spanish & Mandarin also available! #GetCounted #MakeNYCount |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 11-Mar-20 | Tweet | ANNOUNCEMENT: My NYC office is officially registered as a Census pop-up site! Starting tomorrow, NYers can stop my office 5 days a week & receive assistance filling out their #2020Census forms.  Language assistance in Spanish & Mandarin also available! #GetCounted #MakeNYCount https://t.co/mXe0XMYk8f |
| Rep. Alexandria Ocasio-Cortez (D-NY-14) \| US House | 11-Mar-20 | Facebook Post | The Office of Representative Alexandria Ocasio-Cortez will host this month's town hall virtually on Saturday, March 14, 2020 from 2-3:30pm EST*. We will have presentations on the coronavirus and the upcoming census from the NYC Department of Health and Mental Hygiene, NYC Department of Education, NYC Census2020 and United States Census Bureau. There will also be an opportunity for Q&A. Please register in advance using the following link: https://zoom.us/webinar/register/WN__ew-xc3CS6OGlyi4t-01FQ. If you need help registering, please call our district office at 718-662-5970. After registering, you will receive a confirmation email containing information about joining our Virtual Town Hall.  *Please note that this will be a virtual town hall in order to protect the health of our most vulnerable communities. |
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 10-Mar-20 | Tweet | RT @OversightDems: #2020Census is our nation's first online census & social media has a huge role to play in ensuring a fair + accurate count.  W/ trillions of $$$ at stake, disinformation on social media could have a real impact on communities- on our funding, our services and our representation. |
| Rep. Jamie Raskin (D-MD-8) \| US House | 10-Mar-20 | Tweet | RT @AARPMD: Is it the Census or a Scam? Here is the link for the livestream of this mornings press conference on Census Fraud beginning at 10 am:  https://t.co/tRZhVNNJ23 https://t.co/8NKD8XfXsX |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 9-Mar-20 | Tweet | RT @NMCounties33: @NMCounties33 Past President Lea County Commissioner Rebecca Long and NM delegates discussing climate change affects on oil & gas, infrastructure, behavioral health, Census count, etc with our NM congressional delegation in DC. @NACoTweets #CountiesMatter https://t.co/SwRC8hyAJy |
| Rep. Ro Khanna (D-CA-17) \| US House | 7-Mar-20 | Tweet | The 2020 census will decide how much money our public schools get, where to build new jobs, and how much funding to put toward improving our neighborhoods.  We only get this chance every 10 years, so lets make it count. https://t.co/aeIVrHnzHK |

| | | | |
|---|---|---|---|
| Rep. Ro Khanna (D-CA-17) \| US House | 7-Mar-20 | Facebook Post | The 2020 census will decide how much money our public schools get, where to build new jobs, and how much funding to put toward improving our neighborhoods.  We only get this chance every 10 years, so lets make it count. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 6-Mar-20 | Tweet | RT @hansilowang: Dear Fellow Journalists, I've boiled down my three years on the #2020Census beat into a one-page tip sheet to help you help the public make sense of the census. Let's get the facts straight and stop adding to the misinformation.  DOWNLOAD PDF HERE https://t.co/jFjdIcgiJd |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 6-Mar-20 | Tweet | In 2010, I led the effort to ban the fake RNC Census mailers. Now, the RNC is back with yet another deceptive fundraising pitch disguised as a #2020Census form. I'm working to ensure Republicans can NEVER undermine the Census for their political gain. https://t.co/BNW2e2Ivwz |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 6-Mar-20 | Tweet | In 2010, I led the effort to ban the fake RNC Census mailers. Now, the @RNC is back with another deceptive fundraising pitch disguised as a #2020Census form. I'm working to ensure Republicans can NEVER undermine the Census for their political gain. https://t.co/BNW2e2Ivwz |
| Rep. Robin Kelly (D-IL-2) \| US House | 5-Mar-20 | Tweet | Did you know that, by law, Census data must be kept confidential and cannot be traced back to any individual? The Census CANNOT share data with other government agencies or outside groups. #Census2020 |
| Rep. Gerry Connolly (D-VA-11) \| US House | 5-Mar-20 | Facebook Post | The Republican National Committee has been sending out fundraising mailers that intentionally resemble official Census documents. These tactics are outrageous. The Census is far too important to be tainted by this kind of deception.  Today, we gave the RNC one week to inform us that they have put an end to this dangerous con. https://connolly.house.gov/news/documentsingle.aspx?DocumentID=3759 |
| Rep. Rashida Tlaib (D-MI-13) \| US House | 5-Mar-20 | Tweet | RT @OversightDems: #RNC mailers disguised as "census" questionnaires are an old GOP tactic to keep Americans from filling out the #2020Census.  Chair @RepMaloney, @RepRaskin, @gerryconnolly, and @repkatieporter demanded the RNC stop this ploy to ensure everyone #getscounted. https://t.co/w1gPTAUnqN |
| Rep. Jamie Raskin (D-MD-8) \| US House | 5-Mar-20 | Tweet | RT @GerryConnolly: These Republican tactics are outrageous. The Census is far too important to be tainted by this kind of deception.  Today, @RepMaloney, @RepRaskin, @RepKatiePorter, and I gave the #RNC one week to confirm they will stop this dangerous con. https://t.co/Vmp0YcHTDc |
| Rep. Jamie Raskin (D-MD-8) \| US House | 5-Mar-20 | Tweet | RT @OversightDems: #RNC mailers disguised as "census" questionnaires are an old GOP tactic to keep Americans from filling out the #2020Census.  Chair @RepMaloney, @RepRaskin, @gerryconnolly, and @repkatieporter demanded the RNC stop this ploy to ensure everyone #getscounted. https://t.co/w1gPTAUnqN |
| Rep. Gerry Connolly (D-VA-11) \| US House | 5-Mar-20 | Tweet | These Republican tactics are outrageous. The Census is far too important to be tainted by this kind of deception.  Today, @RepMaloney, @RepRaskin, @RepKatiePorter, and I gave the #RNC one week to confirm they will stop this dangerous con. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 5-Mar-20 | Tweet | RT @OversightDems: #RNC mailers disguised as "census" questionnaires are an old GOP tactic to keep Americans from filling out the #2020Census.  Chair @RepMaloney, @RepRaskin, @gerryconnolly, and @repkatieporter demanded the RNC stop this ploy to ensure everyone #getscounted. https://t.co/w1gPTAUnqN |

| | | | |
|---|---|---|---|
| Rep. Wm. Lacy "Lacy" Clay (D-MO-1) \| US House | 5-Mar-20 | Facebook Post | "While we're gratified that Facebook shut down Trump's attempt to sow confusion about how and when to participate in the 2020 Census, it's disturbing that the ads weren't immediately removed" Gupta said in a statement Thursday afternoon." |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 5-Mar-20 | Tweet | RT @vanitaguptaCR: This is unacceptable. @civilrightsorg helped Facebook craft a robust census interference policy, but the company won't take down deceptive ads that clearly violate it.  Facebook must take the ads down immediately and actually enforce its own policy moving forward. https://t.co/1ziXJT8SuE |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 5-Mar-20 | Tweet | RT @CAPAC: Communities of color are particularly at risk of an undercount. This morning @CAPAC hosted a press conference w/ @TheBlackCaucus, @HispanicCaucus, & Democratic leadership to urge everyone to take part in the census. Representation & federal $$ are at stake https://t.co/BGRbTaNfQY |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 5-Mar-20 | Tweet | RT @dberrygannett: . @RepMaloney holds up a Census toolkit as she and other Democrats call on the public to reply to #2020Census. https://t.co/qUdQf8bAHQ |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 5-Mar-20 | Tweet | RT @OversightDems: #DidYouKnow: @OversightDems have held 4 hearings on #2020Census readiness over the last year? Chairwoman @RepMaloney is committed to continuing the late Chairman Cummings' work to ensure a full, fair and accurate #census . https://t.co/0EW3vQwBwF |
| Rep. Raja Krishnamoorthi (D-IL-8) \| US House | 5-Mar-20 | Facebook Post | Ensuring an accurate #census count is essential to our democracy, including allocatingcommunity resources and funding for schools. Make sure your voice is heard in the #Census2020, especially if you live in one of our harder-to-reach areas. https://2020census.gov/en/ways-to-respond.html |
| Rep. Raja Krishnamoorthi (D-IL-8) \| US House | 5-Mar-20 | Tweet | Ensuring an accurate #census count is essential to our democracy, including allocatingcommunity resources and funding for schools. Make sure your voice is heard in the #Census2020, especially if you live in one of our harder-to-reach areas. https://t.co/5n9Vdi33Nu https://t.co/SGoOhJn6fL |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 5-Mar-20 | Tweet | "Be sure to include children born in 2020 on your Census forms" -@RepKClark, Vice Chair @HouseDemocrats  #MakeMyFamilyCount #2020Census https://t.co/UXL0n9W9rQ |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 5-Mar-20 | Tweet | "The #Census count influences basic services like classroom size & trash pick up" -@RepJeffries, Chair @HouseDemocrats  #MakeMyFamilyCount #2020Census https://t.co/Rqiwg86MOL |
| Rep. Debra "Deb" Haaland (D-NM-1) \| US House | 5-Mar-20 | Facebook Post | I'm standing with leaders from Congressional Asian Pacific American Caucus (CAPAC), Congressional Hispanic Caucus and the Congressional Black Caucus to ensure our families and communities get their fair share of resources by participating in the 2020 Census. |
| Rep. Carolyn Maloney (D-NY-12) \| US House | 4-Mar-20 | Tweet | You know who doesn't want you to complete the census?  Donald Trump. #GetCountedNYC #2020census https://t.co/l8lSMFnEk5 |

| | | | |
|---|---|---|---|
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 3-Mar-20 | Facebook Post | Fun fact: the #2020Census is confidential! The Census Bureau cannot release any personal information to any government agency, including local law enforcement, the FBI, DHS, and ICE. Be counted! |
| Rep. Mark DeSaulnier (D-CA-11) \| US House | 3-Mar-20 | Tweet | Fun fact: the #2020Census is confidential! The Census Bureau cannot release any personal information to any government agency, including local law enforcement, the FBI, DHS, and ICE. Be counted! https://t.co/0unpmipU91 |
| Rep. Jim Cooper (D-TN-5) \| US House | 2-Mar-20 | Tweet | RT @NashvilleCounts: The 2020 Census begins SOON, and this year it will be online as well! If you prefer to do it the old-school way, check your mailbox starting March 12. #NashvilleCounts #2020USCensus #2020Census #EverybodyCounts https://t.co/BDiqSTb8Ur |
| Rep. John Sarbanes (D-MD-3) \| US House | 2-Mar-20 | Facebook Post | The #Census2020 begins in one month (April 1).  You can complete your census form online , by phone [?], or by mail [?].  Learn more at census.maryland.gov or 2020census.gov. #WeCount |
| Rep. John Sarbanes (D-MD-3) \| US House | 2-Mar-20 | Tweet | The #Census2020 begins in one month (April 1).  You can complete your census form online , by phone [?], or by mail [?].  Learn more at https://t.co/goRpSkufo9 or https://t.co/vR9ChMMmhy. #WeCount https://t.co/djrwEf7WHt |

| From: | Christopher J Stanley (CENSUS/OCIA FED) |
|---|---|
| To: | Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson (CENSUS/ADFO FED); Benjamin J Page (CENSUS/CFO FED); James T Christy (CENSUS/LA FED); Kathleen M Styles (CENSUS/ADDC FED) |
| Cc: | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| Subject: | Draft memo to Congress |
| Date: | Monday, April 27, 2020 3:53:29 PM |
| Attachments: | Memo to Congress 4-27 updates.docx |

# DP

Thank you.

**Chris Stanley**, Chief

Office of Congressional and Intergovernmental Affairs

U.S. Census Bureau

O: 301-763-4276 | M PII

**census.gov | @uscensusbureau**

**Shape your future. START HERE > 2020census.gov**

| | |
|---|---|
| **From:** | Timothy P Olson (CENSUS/ADFO FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Christopher J Stanley (CENSUS/OCIA FED) |
| **Cc:** | Benjamin J Page (CENSUS/CFO FED); James T Christy (CENSUS/LA FED); Kathleen M Styles (CENSUS/ADDC FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **Subject:** | Re: Draft memo to Congress |
| **Date:** | Monday, April 27, 2020 5:19:13 PM |
| **Attachments:** | Memo to Congress 4-27 updates tpo edits.docx |

Chris (and all), I did a review and overall its pretty darned good!

I made some relatively minor suggestions/edits, plus something near the very end.

―――――――――――――――――――――――

**Tim Olson,** Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
┌─────────┐
│   PII   │Cell
└─────────┘
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, April 27, 2020 3:55 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Cc:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Draft memo to Congress

Right after Hot Topics

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell┌─────────┐
     │   PII   │
     └─────────┘

Sent from my iPhone

On Apr 27, 2020, at 3:53 PM, Christopher J Stanley (CENSUS/OCIA FED)
<christopher.j.stanley@census.gov> wrote:

This is the draft document in response to Chairwoman Maloney asking for more
background on the shift in operations and a change in the statutory dates.

Can you please review? Ali and I updated it based on recent developments and
think it is nearly ready for director's review and then the clearance process.

Thank you.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: ⌐ **PII** ¬
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

<Memo to Congress 4-27 updates.docx>

| | |
|---|---|
| **From:** | Albert E Fontenot (CENSUS/ADDC FED) |
| **To:** | Christopher J Stanley (CENSUS/OCIA FED); Timothy P Olson (CENSUS/ADFO FED); Benjamin J Page (CENSUS/CFO FED); James T Christy (CENSUS/LA FED); Kathleen M Styles (CENSUS/ADDC FED) |
| **Cc:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **Subject:** | Re: Draft memo to Congress |
| **Date:** | Monday, April 27, 2020 5:47:10 PM |
| **Attachments:** | Baselined v Delayed Response Graph vaef.docx |

See my edits -

*AF*

## Albert E. Fontenot, Jr.

### Associate Director

### Decennial Census Programs

United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell ⌐ **PII** ¬

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media

---

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Monday, April 27, 2020 3:53 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Draft memo to Congress



Thank you.

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M: PII
**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

| | |
|---|---|
| **From:** | Kathleen M Styles (CENSUS/ADDC FED) |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED); Christopher J Stanley (CENSUS/OCIA FED); Timothy P Olson (CENSUS/ADFO FED); Benjamin J Page (CENSUS/CFO FED); James T Christy (CENSUS/LA FED) |
| **Cc:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) |
| **Subject:** | Re: Draft memo to Congress |
| **Date:** | Monday, April 27, 2020 6:02:59 PM |
| **Attachments:** | Baselined v Delayed Response Graph vaef kms.docx |

My comments on top of Al's.  My biggest comment is that this should match the language in the template letter that is in process at this time.

Kathleen M. Styles

Chief, Decennial Communications and Stakeholder Relationships

U.S. Bureau of the Census

Room 8H 168

(301) 763-0235 Office

PII Cell

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Monday, April 27, 2020 5:47 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>
**Cc:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Subject:** Re: Draft memo to Congress

See my edits -

*Al*

**Albert E. Fontenot, Jr.**

**Associate Director**

**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell PII

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media