JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 19, 2020, ORDER, ECF No. 160** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

1  Pursuant to the Court's Order dated September 19, 2020, ECF No. 160, issued
2  approximately one hour ago, and without waiving any right to identify other documents in the
3  future, Defendants respectfully identify the following documents by their beginning Bates number:

4      1.    949
5      2.    950
6      3.    978
7      4.    1137
8      5.    1149
9      6.    1163
10     7.    1169
11     8.    5496
12     9.    5515
13     10.    5522
14     11.    5539
15     12.    5591
16     13.    5608
17     14.    5620
18     15.    5636
19     16.    5645
20     17.    5663
21     18.    5677
22     19.    9398
23     20.    10275
24     21.    10288
25     22.    12825
26     23.    14494
27     24.    14668
28     25.    14682

DATED: September 19, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
  (New York Bar No. 4918793)
M. ANDREW ZEE (SBN 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV