JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 19, 2020, ORDERS, ECF No. 160, ECF No. 163** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

Pursuant to the Court's Orders dated September 19, 2020, ECF No. 160, Defendants respectfully state that, having further considered the materials Defendants have submitted pursuant to the Court's prior orders, Defendants respectfully refer the Court to the following additional documents:  8060, 8062, 8106, 8108, 8220, 8298, 8391, 8392, and 9363.  Defendants do not believe there are identifiable documents beyond these and the ones Defendants have already identified at ECF No. 161 that can be segregated from the remainder of the materials to "best support[] [Defendants'] position" in this matter.  Put another way, Defendants respectfully state that there is no further class of "key" documents.

Separately, pursuant to paragraph 6 of the Court's Order dated September 19, 2020, ECF No. 163, Defendants respectfully confirm that the declarations submitted at ECF No. 158 and ECF No. 159 contain accurate page ranges.  The two declarants reviewed different documents falling into overlapping Bates ranges.

DATED:  September 19, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
  (New York Bar No. 4918793)
M. ANDREW ZEE (SBN 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV