United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>        Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>        Defendants. | Case No. 20-cv-05799 LHK<br><br>**SUPPLEMENTAL ORDER ON PROCEDURES FOR IN CAMERA PRIVILEGE REVIEW BY MAGISTRATE JUDGES** |

1.      This order ADVANCES to today, September 19, at 6:00 p.m. Pacific time, the deadline for defendants to file confirmation that they have already produced and filed all documents in their September 18 privilege log at ECF 154-2 that do not have a privilege identified under the column for "Privilege".   *See* ECF 163 ¶ 4.

2.      By that same deadline, defendants must file a summary of the total number of documents in each of the following categories: (1) produced; (2) withheld in full on the basis of an asserted privilege; and (3) partially redacted on the basis of an asserted privilege.

3.      Additionally, we observe that many of the documents in the defendants' privilege logs appear to be multiple parts or duplicate entries for an email string.  Where

there are multiple privilege log entries connected to an email string, defendants must identify which log entry relates to the longest version of the string. Defendants must supplement their privilege logs with this information by September 20 at 11:00 a.m. Pacific time.

4. Defendants are ordered to make the document production set from ECF 154-157 available on the secure FTP site for access by reviewing judges.

**IT IS SO ORDERED.**

Dated: September 19, 2020

NATHANAEL M. COUSINS
United States Magistrate Judge

/S/

SUSAN VAN KEULEN
United States Magistrate Judge

/S/

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California