LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>  Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**PLAINTIFFS' PRELIMINARY IDENTIFICATION OF POTENTIALLY KEY DOCUMENTS IN DEFENDANTS' SEPTEMBER 18, 2020 PRODUCTION (INTEGRATED SECOND SET)**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

On September 19, 2020, the Court issued an Order To Identify Key Documents in Defendants' September 18, 2020 Production (ECF No. 160). Below is a list of 50 documents that at this time Plaintiffs believe, given the extremely limited information available due to the Government's extensive (and Plaintiffs believe largely unfounded) privilege claims, best support Plaintiffs' case. Plaintiffs intend to address the privilege issues surrounding many of these documents, and like documents, in their privilege objections due this evening.

Plaintiffs previously identified 25 of these documents in their filing earlier today; the second set of 25 documents is bolded below, but otherwise integrated in Bates-order for ease of reference.

1. DOC-0006508-6513
2. **DOC-0006514**
3. DOC-0006515-6532
4. DOC-0006533-6550
5. **DOC-0006664-65**
6. DOC-0006724-6725
7. DOC-0006745-6763
8. **DOC_0006843-44**
9. DOC-0007065-7067
10. **DOC-0007074**
11. DOC-0007075-7076
12. DOC-0007086-7089
13. DOC-0007092-7112
14. DOC-0007113-7134
15. **DOC_0007190-92**
16. DOC-0007552
17. DOC-0007553-54
18. DOC-0007555-58
19. DOC-0008021-24
20. DOC-0008337
21. DOC-0008353-60
22. DOC-0008364-65

23. DOC-0008366
24. DOC-0008367-89
25. DOC-0008623-24
26. DOC-0008683-88
27. DOC-0008689-90
28. DOC-0008740-49
29. DOC-0008924-25
30. DOC-0008928-42
31. **DOC-0009054-72**
32. **DOC-0009226-31**
33. **DOC-0009463-64**
34. **DOC-0009465-71**
35. **DOC-0009533**
36. **DOC-0009971-83**
37. **DOC-0010044-48**
38. **DOC-0010061-65**
39. **DOC-0010066-67**
40. **DOC-0010089-101**
41. **DOC-0010143-56**
42. **DOC-0010275-88**
43. **DOC-0010635-41**
44. **DOC-0010693-99**
45. **DOC-0011918-82**
46. **DOC-0010988-11003**
47. **DOC-0012498**
48. **DOC-0013150**
49. **DOC-0014766-67**
50. **DOC-0014765**

| | | |
|---|---|---|
| 1 | Dated: September 19, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

Richard P. Bress (admitted *pro hac vice*)
rick.bress@lw.com
Melissa Arbus Sherry (admitted *pro hac vice*)
melissa.sherry@lw.com
Anne W. Robinson (admitted *pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (admitted *pro hac vice*)
tyce.walters@lw.com
Genevieve P. Hoffman (admitted *pro hac vice*)
genevieve.hoffman@lw.com
Gemma Donofrio (admitted *pro hac vice*)
gemma.donofrio@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

Dated: September 19, 2020                    By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice* forthcoming)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (admitted *pro hac vice*)
erosenberg@lawyerscommittee.org
Dorian L. Spence (*pro hac vice* forthcoming)
dspence@lawyerscommittee.org
Maryum Jordan (*pro hac vice* forthcoming)

mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommitee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: 213.385.2977
Facsimile: 213.385.9089

*Attorneys for Plaintiff City of San Jose*

| | |
|---|---|
| | Doreen McPaul, Attorney General |
| | dmcpaul@nndoj.org |
| | Jason Searle (*pro hac vice* forthcoming) |
| | jasearle@nndoj.org |
| | **NAVAJO NATION DEPARTMENT OF JUSTICE** |
| | P.O. Box 2010 |
| | Window Rock, AZ 86515 |
| | Telephone: (928) 871-6345 |
| | |
| | *Attorneys for Navajo Nation* |
| Dated: September 19, 2020 | By: /s/ Danielle Goldstein |
| | Michael N. Feuer (Bar No. 111529) |
| | mike.feuer@lacity.org |
| | Kathleen Kenealy (Bar No. 212289) |
| | kathleen.kenealy@lacity.org |
| | Danielle Goldstein (Bar No. 257486) |
| | danielle.goldstein@lacity.org |
| | Michael Dundas (Bar No. 226930) |
| | mike.dundas@lacity.org |
| | **CITY ATTORNEY FOR THE CITY OF LOS ANGELES** |
| | 200 N. Main Street, 8th Floor |
| | Los Angeles, CA 90012 |
| | Telephone: 213.473.3231 |
| | Facsimile: 213.978.8312 |
| | |
| | *Attorneys for Plaintiff City of Los Angeles* |
| Dated: September 19, 2020 | By: /s/ Michael Mutalipassi |
| | Christopher A. Callihan (Bar No. 203010) |
| | legalwebmail@ci.salinas.ca.us |
| | Michael Mutalipassi (Bar No. 274858) |
| | michaelmu@ci.salinas.ca.us |
| | **CITY OF SALINAS** |
| | 200 Lincoln Avenue |
| | Salinas, CA 93901 |
| | Telephone: 831.758.7256 |
| | Facsimile: 831.758.7257 |
| | |
| | *Attorneys for Plaintiff City of Salinas* |

| | | |
|---|---|---|
| 1 | Dated: September 19, 2020 | By: */s/ Rafey S. Balabanian*<br>Rafey S. Balabanian (Bar No. 315962) |
| 2 | | rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277) |
| 3 | | lhough@edelson.com<br>**EDELSON P.C.** |
| 4 | | 123 Townsend Street, Suite 100<br>San Francisco, CA 94107 |
| 5 | | Telephone: 415.212.9300 |
| 6 | | Facsimile: 415.373.9435 |
| 7 | | Rebecca Hirsch (admitted *pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org |
| 8 | | **CORPORATION COUNSEL FOR THE CITY OF CHICAGO** |
| 9 | | Mark A. Flessner<br>Stephen J. Kane |
| 10 | | 121 N. LaSalle Street, Room 600<br>Chicago, IL 60602 |
| 11 | | Telephone: (312) 744-8143 |
| 12 | | Facsimile: (312) 744-5185 |
| 13 | | *Attorneys for Plaintiff City of Chicago* |
| 14 | Dated: September 19, 2020 | By: */s/ Donald R. Pongrace*<br>Donald R. Pongrace (admitted *pro hac vice*) |
| 15 | | dpongrace@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD** |
| 16 | | **LLP**<br>2001 K St., N.W. |
| 17 | | Washington, D.C. 20006<br>Telephone: (202) 887-4000 |
| 18 | | Facsimile: 202-887-4288 |
| 19 | | Dario J. Frommer (Bar No. 161248) |
| 20 | | dfrommer@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD** |
| 21 | | **LLP**<br>1999 Avenue of the Stars, Suite 600 |
| 22 | | Los Angeles, CA 90067-6022<br>Phone: 213.254.1270 |
| 23 | | Fax: 310.229.1001 |
| 24 | | *Attorneys for Plaintiff Gila River Indian Community* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: September 19, 2020 | By: */s/ David I. Holtzman*<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 19, 2020                **LATHAM & WATKINS LLP**

                                                        By: */s/ Sadik Huseny*
                                                                Sadik Huseny

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
KEY DOCUMENTS IN SEPT. 18, 2020 PRODUCTION