UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFS, IDENTIFICATION OF KEY DOCUMENTS, AND GENERAL ACCOUNTING OFFICE PRODUCTION** |

Defendants claim privilege on almost double the number of documents that Defendants produced on September 18, 2020. As such, rulings on privilege objections and the production of any documents the United States Magistrate Judges deem non-privileged will take some time.

Accordingly, the parties' optional September 20, 2020 supplemental briefs of up to 5 pages shall be filed by 3 p.m. Pacific Time. In addition, the parties may file optional supplemental briefs of up to 5 pages on September 21, 2020 at 8 p.m. Pacific Time.

In addition, because of the large number of privileged documents, the parties may file optional one page statements, without argument, that identify 25 key documents that support their position on September 21, 2020 by 11 a.m. and 4 p.m. Pacific Time.

The Court appreciates the parties' identification of key documents thus far. However, the

pdfs are not easily navigable, and privileged pages are missing. As a result, it is difficult to find pincited pages. Thus, the parties' provision of one sentence descriptions for each key document would expedite the Court's review.

Finally, Associate Director Fontenot's declaration states, "We produce a massive amount of documents and other information to the Office of the Inspector General and the General Accounting Office every week." ECF No. 81-2 at §103. Defendants shall file a declaration on September 21, 2020 at 5 p.m. Pacific Time stating whether Defendants' production to the General Accounting Office is identical to or different from Defendants' production to the Office of the Inspector General. If the productions are different, Defendants shall identify the general differences. Defendants shall also state whether Defendants reviewed Defendants' production to the General Accounting Office for Defendants' September 13 and 18, 2020 productions in the instant case.

**IT IS SO ORDERED.**

Dated: September 19, 2020

LUCY H. KOH
United States District Judge