JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Case No. 5:20-cv-05799-LHK <br><br> **DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 19, 2020 ORDER, ECF No. 165** |

Pursuant to the Court's Order dated September 19, 2020, ECF No. 165, Defendants respectfully state as follows:

In response to paragraph 1 of the Order, Defendants state that they have already produced and filed all documents in their September 18, 2020 privilege log at ECF No. 154-2 that do not have a privilege identified under the column for "Privilege."

In response to paragraph 2 of the Order, Defendants provide the following information

For the September 13, 2020 production:

- Documents produced:  139
- Documents withheld in full on the basis of an asserted privilege: 67
- Documents partially redacted on the basis of an asserted privilege: 14

For the September 18, 2020 production:

- Documents produced:  1,658
- Documents withheld in full on the basis of an asserted privilege: 433
- Documents partially redacted on the basis of an asserted privilege: 568

In response to paragraph 4 of the Order, Defendants have made available to the reviewing judges via FTP the document production at ECF Nos. 154-157.

Defendants further state in response to paragraph 3 that they are investigating the extent to which they can perform the specified modifications to the privilege log within the prescribed time period.

DATED:  September 19, 2020                           Respectfully submitted,

                                JEFFREY BOSSERT CLARK
                                Acting Assistant Attorney General

|   |   |
|---|---|
| 1 | ALEXANDER K. HAAS<br>Branch Director |
| 2 |   |
| 3 | DIANE KELLEHER<br>BRAD P. ROSENBERG<br>Assistant Branch Directors |
| 4 |   |
| 5 | */s/ M. Andrew Zee*<br>M. ANDREW ZEE (CA Bar No. 272510) |
| 6 | ALEXANDER V. SVERDLOV<br>   (New York Bar No. 4918793) |
| 7 | Trial Attorneys |
| 8 | U.S. Department of Justice<br>Civil Division - Federal Programs Branch |
| 9 | 450 Golden Gate Ave., Room 7-5395<br>San Francisco, CA 94102 |
| 10 | Telephone: (415) 436-6646 |
| 11 |   |
| 12 | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

                                    */s/ M. Andrew Zee*
                                    M. ANDREW ZEE