UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br> Plaintiffs, <br> v. <br> WILBUR L. ROSS, et al., <br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER TO CONFIRM NUMBER OF DOCUMENTS IN SEPTEMBER 13 AND 18, 2020 PRODUCTIONS** |

The Court finds Defendants' Response at ECF No. 168 unclear and orders Defendants to confirm the following information by September 20, 2020 at 5 p.m. Pacific Time.

For the September 13, 2020 production:

    Defendants produced to Plaintiffs 58 documents.

    Defendants withheld in full on the basis of an asserted privilege 67 documents.

    Defendants redacted on the basis of an asserted privilege 14 documents.

    The combined total for September 13, 2020 was 139 documents.

For the September 18, 2020 production:

    Defendants produced to Plaintiffs 657 documents.

    Defendants withheld in full on the basis of an asserted privilege 433 documents.

Defendants redacted on the basis of an asserted privilege 568 documents.

The combined total for September 18, 2020 was 1,658 documents.

**IT IS SO ORDERED.**

Dated: September 19, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge