1  LATHAM & WATKINS LLP
     Steven M. Bauer (Bar No. 135067)
2      steven.bauer@lw.com
     Sadik Huseny (Bar No. 224659)
3      sadik.huseny@lw.com
     Amit Makker (Bar No. 280747)
4      amit.makker@lw.com
     Shannon D. Lankenau (Bar No. 294263)
5      shannon.lankenau@lw.com
   505 Montgomery Street, Suite 2000
6  San Francisco, CA 94111
   Telephone: 415.391.0600
7  Facsimile: 415.395.8095

8  LATHAM & WATKINS LLP
     Richard P. Bress (*pro hac vice*)
9      rick.bress@lw.com
     Melissa Arbus Sherry (*pro hac vice*)
10     melissa.sherry@lw.com
     Anne W. Robinson (*pro hac vice*)
11     anne.robinson@lw.com
     Tyce R. Walters (*pro hac vice*)
12     tyce.walters@lw.com
     Genevieve P. Hoffman (*pro hac vice*)
13     genevieve.hoffman@lw.com
     Gemma Donofrio (*pro hac vice*)
14     gemma.donofrio@lw.com
   555 Eleventh Street NW, Suite 1000
15 Washington, D.C. 20004
   Telephone: 202.637.2200
16 Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

17          UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                SAN JOSE DIVISION

19 | NATIONAL URBAN LEAGUE, et al.,

                      Plaintiffs,
20
21        v.

22 WILBUR L. ROSS, JR., et al.,

23                    Defendants.

CASE NO. 5:20-cv-05799-LHK

**PLAINTIFFS' PRELIMINARY IDENTIFICATION OF POTENTIALLY KEY DOCUMENTS IN DEFENDANTS' SEPTEMBER 18, 2020 PRODUCTION (INTEGRATED THIRD SET)**

Date:  TBD
Time:  TBD
Place: Courtroom 8
Judge: Hon. Lucy H. Koh

On September 19, 2020, the Court issued an Order To Identify Key Documents in Defendants' September 18, 2020 Production (ECF No. 160). Below is a list of 67 documents that at this time Plaintiffs believe, given the extremely limited information available due to the Government's extensive (and Plaintiffs believe largely unfounded) privilege claims, best support Plaintiffs' case. Plaintiffs intend to address the privilege issues surrounding many of these documents, and like documents, in their privilege objections due this evening.

Plaintiffs previously identified 50 of these documents in their filings yesterday; the third set of additional documents is bolded below, but otherwise integrated in Bates-order for ease of reference. Plaintiffs review is ongoing and to Plaintiffs will expeditiously identify additional documents to the Court if identified later. Pursuant to the Court's order (*see* Dkt. 167 at 1-2), Plaintiffs provide one sentence descriptions for each key document below.

1. **DOC-0001187-90** – redacted emails discussing the implications of the census delay for redistricting compiled by the Redistricting and Voting Rights Data Office
2. **DOC-0001191-92** – entirely withheld attachment to DOC-0001187 "Implication of schedule delays on the PL.docx."
3. **DOC-0001245-54** – entirely withheld document, titled "2020 Census – Impacts of COVID19."
4. **DOC-0001350-51** – document titled "120 Day_DRAFT_VER 1_2020.03.24 jcrj.docx"
5. **DOC-0001483-85** – document titled "v2 Operational Adjustments and Activities-Non-Public-Tentative Dates"
6. **DOC-0001603-04** – talking points on the COVID-19 Plan and the Bureau's inability to compress the timeline further without compromising accuracy
7. **DOC-0002224-28** – entirely withheld document, filename "Rep. Raskin-Memo 4.27.2020 draft1(1).docx"
8. **DOC-0006282-97** – talking points for Fontenot for July 8 press briefing describing operations under COVID-19 Plan
9. DOC-0006508-6513 – email chain describing budget reallocations and submission to Appropriations
10. DOC-0006514 – July 15 emails sending two documents that Secretary Ross (SWLR) wants to see
11. DOC-0006515-6532 – entirely withheld document, attachment to DOC-0006514 with filename "Count Imputation Overview 6.9.20 v15.pdf"

12. DOC-0006533-6550 – entirely withheld document, attachment to DOC-0006514 with filename "2. 2020 Nonresponse Followup Overview Presentation 05.18.20.pdf"

13. DOC-0006664-65 – entirely withheld email chain from July 15 with filename "Re_SWLR ask.pdf" regarding an ask from Secretary Ross

14. DOC-0006724-6725 – entirely withheld excel file with filename "Copy of COVID-19 Replan – Benchmark to Apport.xlsx"

15. **DOC-0006742-44** – July 16 email discussing 2020 processing acceleration

16. DOC-0006745-6763 – July 16 email and attachment containing GAO's Statement of Facts from which GAO will draft its August written status report to the Hill

17. DOC-0006843-44 – entirely withheld document with filename "2020 Decennial Census Supplemental Funding Re.docx"

18. DOC-0007065-7067 – entirely withheld document with filename "Post Data Collecxtion Narravtive.docx"

19. DOC-0007074 – entirely withheld document with filename "Schedule Impacts due to a delay.xlsx"

20. DOC-0007075-7076 – July 20-21 email chain with subject "Urgent.  Call me please" exchanging documents about post collection processing

21. DOC-0007086-7089 – entirely withheld document with filename "2020 Census Timeline Update V2.docx"

22. DOC-0007092-7112 – memorandum to Jarmin from Velkoff and Abowd with subject and contents redacted, but with filename "20200327-Memo on Undocumented-FINAL.pdf"

23. DOC-0007113-7134 – entirely withheld document with filename "Building the Estimate Slides v8 1-27-20.pptx"

24. DOC-0007190-92 – entirely withheld document with filename "Post processing for dummies guide 7-21v2DMS.docx"

25. **DOC-0007323-26** – elevator speech dated July 21 explaining that "[c]urtailing census operations will result in a census that is of unacceptable quality"

26. DOC-0007552 – July 22 email sending documents "explaining to a lay person why we need every minute of the requested schedule extension"

27. DOC-0007553-54 – entirely withheld attachment to DOC-0007552 with filename "apportionment process 072120-1 Ben Page draft.docx"

28. DOC-0007555-58 – entirely withheld attachment to DOC-0007552 with filename "Elevator Speech 7-21 draft v2.docx"

29. **DOC-0007802-04** – July 23 email circulating apportionment processing document and elevator speech document attaching both

30. **DOC-0008019-20** – later version of attachment to DOC-0007802-04 from July 24 describing "Apportionment Data Processing" and noting delay caused by

COVID-19 "will require additional data processing to ensure people are accurately counted"

31. DOC-0008021-24 – a later draft of DOC-0007555-58, marked "Draft 7-23-2020 v4" describing why "[c]urtailing census operations will result in a census that is of unacceptable quality"

32. **DOC-0008148-58** – July 27 hearing prep materials noting that current plan for post-processing "will not enable us to meet the statutory deadlines based on projected current field completion dates"

33. DOC-0008337 – entirely withheld document with filename "Post Data Collection Elevator Speech.docx"

34. DOC-0008353-60 – July 30 email chain discussing process planning meeting where Bureau staff "brainstormed and adjusted the schedule"

35. DOC-0008364-65 – July 30 email chain about "EMERGENCY MEETING on 12_31 Delivery of Appo" based on entry in privilege log and attaching document with filename "Delivering Apportionment by 12-31-20 Backend Proc.docx"

36. DOC-0008366 – entirely withheld attachment to DOC-0008364-65 with filename "Delivering Apportionment by 12-31-20 Backend Proc.docx"

37. DOC-0008367-89 – July 30 email chains regarding talking points for the Bureau into the next week, with an email from Olson hinting that something is coming in the next few days but Bureau has not told field offices yet

38. DOC-0008623-24 – July 30 Census High-level Summary Status with a redacted portion describing issues for which "Census teams are re-planning operational schedules to address"

39. DOC-0008683-88 – July 30 email chain discussing process planning meeting where Bureau staff "brainstormed and adjusted the schedule" and participants are adding to an attachment with filename "Delivering Apportionment by 12-31-20 Backed Proc_jwr_DDB-KB_RWK.docx," a document that includes impacts and risks

40. DOC-0008689-90 – entirely withheld attachment to DOC-0008683-88 with filename "Delivering Apportionment by 12-31-20 Backend Proc.docx"

41. DOC-0008740-49 – July 31 email chain with subject "Data quality"

42. DOC-0008924-25 – July 31 emails discussion operational options to meet September 30 date and sending a consolidated file on backend processing

43. DOC-0008928-42 – July 30-31 email chain discussing process planning meeting where Bureau staff "brainstormed and adjusted the schedule" and participants are adding to an attachment about backend processing

44. DOC-0009054-72 – July 30-31 email chain discussing process planning meeting where Bureau staff "brainstormed and adjusted the schedule" and participants are adding to an attachment about backend processing

45. DOC-0009226-31 – July 31 email chain where participants are adding comments to the already-consolidated document with filename "Delivering Apportionment by 12-31-20 Backend Process (consolidated) LoPresti KB.docx"

46. DOC-0009463-64 – July 31 email combining various documents from Bureau operations and creating and attaching a document with filename "Options to meet September 30 v9.docx"

47. DOC-0009465-71 – entirely withheld attachment to DOC-0009463-64 with filename "Options to meet September 30 v9.docx"

48. DOC-0009533 – entirely withheld document with filename "Data processing quality statement.docx"

49. DOC-0009971-83 – July 31 email chain with subject "Data quality"

50. DOC-0010044-48 – July 31 email discussing talking points and Q/A with reporters during press briefings

51. DOC-0010061-65 – July 31 email discussing talking points and Q/A with reporters during press briefings

52. DOC-0010066-67 – July 31 email chain indicated the Bureau has finalized the Replan

53. DOC-0010089-101 – July 31 email chain with subject "Data quality"

54. DOC-0010143-56 – July 31 email chain with subject "Data quality"

55. DOC-0010275-88 – August 1 draft of the August 3 presentation to Secretary Ross noting the "significant risk to the accuracy of the census data" and that "at least 99% of Housing Units" need to be resolved "to achieve an acceptable level of accuracy"

56. DOC-0010635-41 – August 1 email chain discussing and making edits to the August 3 presentation slides

57. DOC-0010693-99 – August 1 email chain discussing and making edits to the August 3 presentation slides

58. **DOC-0010787-98** – August 1 email chain discussing and making edits to the August 3 presentation slides noting need to send staff to locations "regardless of covid levels"

59. DOC-0010988-11003 – August 1 email chain discussing and making edits to the August 3 presentation slides

60. DOC-0011918-82 – according to privilege log, emails from Tim Olson's binder discussing Director Dillingham's forthcoming August 3 statement, changes to the August 3 presentation slides (including addition of a Presidential Memo slide), and setting the August 3 meeting

61. DOC-0012498 – August 2 email sending current set of August 3 presentation to Secretary Ross

62. DOC-0013150 – August 2 email sending meeting information and Jarmin sending August 3 presentation to Director Dillingham

63. **DOC-0013288-92** – August 2 email chain entitled "Fwd_Slides(1)" discussing how to "achieve the goals of directives from Secretary Ross regarding implementation of the PM."

64. **DOC-0013800** – August 2 email sending draft statement for Director Dillingham

65. **DOC-0013801-02** – entirely withheld attachment to DOC-0013800 with filename "FOR REVIEW- Draft Director Dillingham Statement v 5 clean.docx"

66. **DOC-0014765** – August 3 email sending revised draft statement to Director Dillingham

67. **DOC-0014766-67** – entirely withheld attachment to DOC-0014765 with filename "FOR REVIEW- Draft Director Dillingham Stateme.docx"

Dated: September 20, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Richard P. Bress (admitted *pro hac vice*)
rick.bress@lw.com
Melissa Arbus Sherry (admitted *pro hac vice*)
melissa.sherry@lw.com
Anne W. Robinson (admitted *pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (admitted *pro hac vice*)
tyce.walters@lw.com
Genevieve P. Hoffman (admitted *pro hac vice*)
genevieve.hoffman@lw.com
Gemma Donofrio (admitted *pro hac vice*)
gemma.donofrio@lw.com

| | | |
|---|---|---|
| 1 | | **LATHAM & WATKINS** LLP |
| 2 | | 555 Eleventh Street NW, Suite 1000 |
| | | Washington, D.C. 20004 |
| 3 | | Telephone: 202.637.2200 |
| | | Facsimile: 202.637.2201 |
| 4 | | |
| | | *Attorneys for Plaintiffs National Urban League;* |
| 5 | | *League of Women Voters; Black Alliance for* |
| | | *Just Immigration; Harris County, Texas; King* |
| 6 | | *County, Washington; City of San Jose,* |
| | | *California; Rodney Ellis; Adrian Garcia; and* |
| 7 | | *the NAACP* |
| 8 | Dated: September 20, 2020 | By: /s/ Jon M. Greenbaum |
| | | Kristen Clarke (*pro hac vice* forthcoming) |
| 9 | | kclarke@lawyerscommittee.org |
| | | Jon M. Greenbaum (Bar No. 166733) |
| 10 | | jgreenbaum@lawyerscommittee.org |
| 11 | | Ezra D. Rosenberg (admitted *pro hac vice*) |
| | | erosenberg@lawyerscommittee.org |
| 12 | | Dorian L. Spence (*pro hac vice* forthcoming) |
| | | dspence@lawyerscommittee.org |
| 13 | | Maryum Jordan (*pro hac vice* forthcoming) |
| | | mjordan@lawyerscommittee.org |
| 14 | | Ajay Saini (admitted *pro hac vice*) |
| | | asaini@lawyerscommitee.org |
| 15 | | Pooja Chaudhuri (Bar No. 314847) |
| | | pchaudhuri@lawyerscommittee.org |
| 16 | | **LAWYERS' COMMITTEE FOR CIVIL** |
| | | **RIGHTS UNDER LAW** |
| 17 | | 1500 K Street NW, Suite 900 |
| | | Washington, DC 20005 |
| 18 | | Telephone: 202.662.8600 |
| | | Facsimile: 202.783.0857 |
| 19 | | |
| 20 | | *Attorneys for Plaintiffs National Urban League;* |
| | | *City of San Jose, California; Harris County,* |
| 21 | | *Texas; League of Women Voters; King County,* |
| | | *Washington; Black Alliance for Just* |
| 22 | | *Immigration; Rodney Ellis; Adrian Garcia; the* |
| | | *NAACP; and Navajo Nation* |
| 23 | | |
| | | Wendy R. Weiser (admitted *pro hac vice*) |
| 24 | | weiserw@brennan.law.nyu.edu |
| | | Thomas P. Wolf (admitted *pro hac vice*) |
| 25 | | wolf@brennan.law.nyu.edu |
| | | Kelly M. Percival (admitted *pro hac vice*) |
| 26 | | percivalk@brennan.law.nyu.edu |
| | | **BRENNAN CENTER FOR JUSTICE** |
| 27 | | 120 Broadway, Suite 1750 |
| | | New York, NY 10271 |
| 28 | | Telephone: 646.292.8310 |

| | |
|---|---|
| 1 | Facsimile: 212.463.7308 |
| 2 | |
| | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice* forthcoming)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: September 20, 2020

By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: September 20, 2020

By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)

|   |   |   |
|---|---|---|
| 1 |  | legalwebmail@ci.salinas.ca.us |
| 2 |  | Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us |
|   |  | **CITY OF SALINAS** |
| 3 |  | 200 Lincoln Avenue |
| 4 |  | Salinas, CA 93901<br>Telephone: 831.758.7256 |
| 5 |  | Facsimile: 831.758.7257 |
| 6 |  | *Attorneys for Plaintiff City of Salinas* |
|   | Dated: September 20, 2020 | By:  */s/ Rafey S. Balabanian* |
| 7 |  | Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com |
| 8 |  | Lily E. Hough (Bar No. 315277) |
|   |  | lhough@edelson.com |
| 9 |  | **EDELSON P.C.** |
| 10 |  | 123 Townsend Street, Suite 100<br>San Francisco, CA 94107 |
| 11 |  | Telephone: 415.212.9300<br>Facsimile: 415.373.9435 |
| 12 |  |  |
|   |  | Rebecca Hirsch (admitted *pro hac vice*) |
| 13 |  | rebecca.hirsch2@cityofchicago.org |
| 14 |  | **CORPORATION COUNSEL FOR THE CITY OF CHICAGO** |
|   |  | Mark A. Flessner |
| 15 |  | Stephen J. Kane |
| 16 |  | 121 N. LaSalle Street, Room 600<br>Chicago, IL 60602 |
| 17 |  | Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185 |
| 18 |  |  |
|   |  | *Attorneys for Plaintiff City of Chicago* |
| 19 | Dated: September 20, 2020 | By:  */s/ Donald R. Pongrace* |
| 20 |  | Donald R. Pongrace (admitted *pro hac vice*) |
|   |  | dpongrace@akingump.com |
| 21 |  | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 22 |  | 2001 K St., N.W. |
| 23 |  | Washington, D.C. 20006<br>Telephone: (202) 887-4000 |
| 24 |  | Facsimile: 202-887-4288 |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian Community*

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 20, 2020                **LATHAM & WATKINS LLP**

By: /s/ Sadik Huseny
    Sadik Huseny