Attachment A

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000369 | DOC_0000369 | | | | 5/8/2020 19:29 | CENSUS | 2020 Operational Timeline v5 Clean.docx | Predecisional and Deliberative | Draft document reflecting information provided to facilitate deliberative discussions draft talking points on proposed Department action/decision/policy. | Withheld in full | This draft, attached to a deliberative email discussion providing comments, reflects deliberative discussions surrounding the draft.  Any release would have a chilling effect on the advise and suggestions a subordinate provides to a superior, with the result of decision-makers not having all available relevant information. | | |
| DOC_0000916 | DOC_0000916 | | | | 8/3/2020 13:39 | Christopher Denno | operational and processing options to meet september 30 final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full | This document was released in full as part of the September 18, 2020 production at DOC_0014449. | | |
| DOC_0001123 | DOC_0001127 | James T Christy (CENSUS/ LA FED) | Timothy P Olson (CENSUS/ ADFO FED) | | 3/18/2020 14:14 | Maryann M Chapin (CENSUS/ ADDC FED) | 2020 Census - Impacts of COVID19 03182020 105.docx | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Withheld in full | The presentation of information gathered for pre-decisional deliberations is so intertwined with the deliberations themselves that such information is inextricable from the privileged material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001245 | DOC_0001254 | James T Christy (CENSUS/ LA FED) | Timothy P Olson (CENSUS/ ADFO FED) | | 3/23/2020 11:12 | Maryann M Chapin (CENSUS/ ADDC FED) | 2020 Census - Impacts of COVID19 03232020 915.docx | Predecision al and Deliberativ e | Draft document reflecting information provided to facilitate deliberative discussions regarding a draft report on proposed Department action/decision/po licy. | Withheld in full | Privilege was mistakenly asserted over this document. This document appears released in full at DOC_0001315. This document was also mistakenly withheld full as deliberative at DOC_0001245. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001353 | DOC_0001364 | Maryann M Chapin | Albert E Fontenot (CENSUS/ ADDC FED); Kathleen M Styles (CENSUS/ ADDC FED); Michael T Thieme(CE NSUS/AD DC FED); James L Dinwiddie (CENSUS/ ADDC FED); Luis J Cano (CENSUS/ DCEO FED); Phani-KumarAtri Kalluri (CENSUS/ ADDC FED); Barbara M LoPresti (CENSUS/ | Thuy Trang Ta Nguyen (CENSUS/ DSSD FED); John R Magruder (CENSUS/ FLD FED); Amy L Fischer (CENSUS/ FLDFED); Kimberly L Canada (CENSUS/ FLD FED); Sneha Thakor Desai (CENSUS/ FLD FED); John T Baker II(CENSU S/FLD FED); Michael Bentley (CENSUS/ DSSD FED); | 3/25/2020 4:48 | Maryann M Chapin (CENSUS/ ADDC FED) | COVID-19 Updated Roadmap 03252020 430pm.doc x | Attorney-Client Privilege; Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Redacted | Attorney-client privilege should not have been asserted over this document.  The document maintains deliberative process privilege. The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0006505 | DOC_0006507 | BOC Correspondence Quality Assurance (CENSUS) | Christa D Jones (CENSUS/DEPDIR FED) | BOC Correspondence Quality Assurance (CENSUS) | 7/13/2020 0:00 | toya.a.hawkins-digby@census.gov | CQAS-10386.docx | Predecisional and Deliberative | Draft document reflecting information provided to facilitate deliberative discussions regarding draft correspondence communicating proposed Department action/decision/policy. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0006508 | DOC_0006513 | BOC Correspondence Quality Assurance (CENSUS) | Christa D Jones (CENSUS/DEPDIR FED) | BOC Correspondence Quality Assurance (CENSUS) | 7/13/2020 0:00 | | CQAS-10386incoming.pdf | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker regarding proposed Department action/decision/policy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0006514 | DOC_0006514 | Christa D Jones (CENSUS/DEPDIR FED) | Risko, Daniel (Federal); Ron S Jarmin (CENSUS/DEPDIR FED) | | 7/15/2020 0:00 | | Re_ Quick Question.pdf | Predecisional and Deliberative | Email communication reflecting mental processes of decisionmaker regarding proposed Department action/decision/policy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0006515 | DOC_0006532 | Christa D Jones (CENSUS/ DEPDIR FED) | Risko, Daniel (Federal); Ron S Jarmin (CENSUS/ DEPDIR FED) | | 7/15/2020 0:00 | Christopher Denno | Count Imputation Overview 6.9.20 v15.pdf | Attorney-Client Privilege; Predecision al and Deliberativ e | Document reflecting mental processes of decisionmaker regarding proposed Department action/decision/po licy. | Withheld in full | Attorney-client privilege should not have been asserted over this document.  The document maintains deliberative process privilege.  This presentation was prepared for the purpose of informing Secretary Ross of particular facts that are important to making a decision, and any factual information provided is so inextricably intertwined with deliberative information that it cannot be segregated. | | |
| DOC_0006533 | DOC_0006550 | Christa D Jones (CENSUS/ DEPDIR FED) | Risko, Daniel (Federal); Ron S Jarmin (CENSUS/ DEPDIR FED) | | 7/15/2020 0:00 | Dominic R Beamer (CENSUS/ DCMD FED) | 2. 2020 Nonrespons e Followup Overview Presenta.pd f | Predecision al and Deliberativ e | Document reflecting mental processes of decisionmaker regarding proposed Department action/decision/po licy. | Withheld in full | This presentation was prepared for the purpose of informing Secretary Ross of particular facts that are important to making a decision, and any factual information provided is so inextricably intertwined with deliberative information that it cannot be segregated. | | |
| DOC_0006664 | DOC_0006665 | Christa D Jones (CENSUS/ DEPDIR FED) | Ron S Jarmin (CENSUS/ DEPDIR FED) | James T Christy (CENSUS/ LA FED); Timothy P Olson (CENSUS/ ADFO FED); Albert E Fontenot (CENSUS/ ADDCFED ); Robin Wyvill (CENSUS/ DEPDIR FED) | 7/15/2020 0:00 | | Re_ SWLR ask.pdf | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/po licy. | Withheld in full | This email reflects information requested by the decision-maker to weigh options.  Releasing this information would harm the ability of a decision maker to request necessary information for consideration. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0006724 | DOC_0006725 | James B Treat (CENSUS/ DEPDIR FED) | Ron S Jarmin (CENSUS/ DEPDIR FED); Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowski(CENSUS/ ADDC FED); Deirdre Bishop (CENSUS/ GEO FED) | Christa D Jones (CENSUS/ DEPDIR FED) | 7/16/2020 0:00 | Ranga Satya Sai Peruri (CENSUS/ DCMD CTR) | Copy of COVID-19 Replan - Benchmark to Apport.xlsx | Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0006746 | DOC_0006763 | James L Dinwiddie (CENSUS/ ADDC FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowski (CENSUS/ ADDC FED); Michael T Thieme(CE NSUS/AD DC FED); Kathleen M Styles (CENSUS/ ADDC FED); Jennifer W Reichert (CENSUS/ DCMD FED); Luis J Cano (CENSUS/ DCEO FED); Deirdre Bishop (CENSUS/ | Colleen Holzbach (CENSUS/ PCO FED); Sara A Rosario Nieves (CENSUS/ ADDC FED); Gerell L Smith(CEN SUS/ADD C FED); Britney L Dockett (CENSUS/ ADDC FED); Christopher M Denno (CENSUS/ ADDC FED);Core y J Kane (CENSUS/ PCO FED); Kemi Ariana Williams (CENSUS/ PCO FED) | 7/16/2020 17:10 | Hudon, Kerstin R | FY19_ALL _STAFF- _1765688- v3- 4_2_10439 6_STATE ME.DOCX | Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding draft statement of facts form GAO submitted for Census comments. | Withheld in full | The draft statement and information provided therein facilitated deliberative discussions amongst Census Bureau staff, and is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0006766 | DOC_0006770 | James B Treat (CENSUS/ DEPDIR FED) | Kathleen M Styles (CENSUS/ ADDC FED); Christa D Jones (CENSUS/ DEPDIR FED); Enrique Lamas(CE NSUS/DEP DIR FED); Michael T Thieme (CENSUS/ ADDC FED) | | 7/17/2020 0:00 | James B Treat (CENSUS/ ADDC FED) | Post Data Collecxtion Narravtive - Combined. docx | Predecision al and Deliberativ e | Document containing information gathered for pre-decisional deliberations regarding proposed Department action/decision/po licy. | Withheld in full | The presentation of information gathered for pre-decisional deliberations is so intertwined with the deliberations themselves that such information is inextricable from the privileged material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007065 | DOC_0007067 | Enrique Lamas (CENSUS/ DEPDIR FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Timothy P Olson(CEN SUS/ADF O FED); James T Christy (CENSUS/ LA FED); Ali Mohamma d Ahmad (CENSUS/ ADCOM FED); JohnMaron Abowd (CENSUS/ ADRM FED); Victoria Velkoff | Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 7/21/2020 0:00 | James B Treat (CENSUS/ ADDC FED) | Post Data Collecxtion Narravtive. docx | Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/po licy. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007068 | DOC_0007068 | Enrique Lamas (CENSUS/ DEPDIR FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Timothy P Olson(CEN SUS/ADF O FED); James T Christy (CENSUS/ LA FED); Ali Mohamma d Ahmad (CENSUS/ ADCOM FED); JohnMaron Abowd (CENSUS/ ADRM FED); Victoria Velkoff | Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 7/21/2020 0:00 | Ranga Satya Sai Peruri (CENSUS/ DCMD CTR) | Schedule Impacts due to a delay.xlsx | Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007074 | DOC_0007074 | Enrique Lamas (CENSUS/DEPDIR FED) | Albert E Fontenot (CENSUS/ADDC FED); Deborah Stempowski (CENSUS/ADDC FED); James T Christy(CENSUS/LA FED); Timothy P Olson (CENSUS/ADFO FED); John Maron Abowd (CENSUS/ADRM FED); VictoriaVelkoff (CENSUS/ADDP FED); Kathleen M Styles | Ron S Jarmin (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED) | 7/21/2020 0:00 | Ranga Satya Sai Peruri (CENSUS/DCMD CTR) | Schedule Impacts due to a delay.xlsx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/policy. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007075 | DOC_0007076 | Enrique Lamas (CENSUS/DEPDIR FED) | John Maron Abowd (CENSUS/ADRM FED); Victoria Velkoff (CENSUS/ADDP FED); Deborah Stempowski(CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); James B Treat (CENSUS/DEPDIR FED); AliMohammad Ahmad (CENSUS/ADCOM FED); | Ron S Jarmin (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED) | 7/21/2020 0:00 | | Fw_ Urgent. Call me please.pdf | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/policy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007086 | DOC_0007089 | Enrique Lamas (CENSUS/DEPDIR FED) | Victoria Velkoff (CENSUS/ADDP FED); John Maron Abowd (CENSUS/ADRM FED); James T Christy (CENSUS/LAFED); Timothy P Olson (CENSUS/ADFO FED); Kathleen M Styles (CENSUS/ADDC FED); James B Treat(CENSUS/DEPDIR FED); Ali Mohammad Ahmad (CENSUS/ | Ron S Jarmin (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED) | 7/21/2020 0:00 | CENSUS | 2020 Census Timeline Update V2.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007092 | DOC_0007112 | John Maron Abowd (CENSUS/ ADRM FED) | Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED); Enrique Lamas (CENSUS/ DEPDIRFE D); Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Benjamin J Page(CEN SUS/CFO FED); Timothy P Olson (CENSUS/ | Burton H Reist (CENSUS/ ADCOM FED) | 7/21/2020 0:00 | Victoria Velkoff (CENSUS/ ADDP FED) | 20200327-Memo on Undocume nted-FINAL.pdf | Predecision al and Deliberativ e | Document reflecting mental processes of advisor to decisionmaker regarding proposed Department action/decision/po licy. | Redacted | This document was prepared by John Abowd for Deputy Director Ron Jarmin, an advisor to the ultimate decisionmaker, and rather than presenting a final decision, it proposes multiple options for proposed action to the decisionmaker for consideration.  This document was provided for the purpose of informing decisionmakers of particular facts that are important to making a decision, and presents options for deliberation before an appropriate decision could be made on this subject.  Any factual information provided is so inextricably intertwined with deliberative information that it cannot be segregated.  Release of this document containing the author's analysis and opinion would have a clear chilling effect on the ability of advisors to candidly present such options to decisionmakers. Furthermore, because of the options presented, releasing the internal analysis could contribute to public confusion on the reasoning behind an eventual decision. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007113 | DOC_0007134 | John Maron Abowd (CENSUS/ADRM FED) | Ron S Jarmin (CENSUS/DEPDIR FED); Christa D Jones (CENSUS/DEPDIR FED); Enrique Lamas (CENSUS/DEPDIRFED); Albert E Fontenot (CENSUS/ADDC FED); Deborah Stempowski (CENSUS/ADDC FED); Benjamin J Page(CENSUS/CFO FED); Timothy P Olson (CENSUS/ | Burton H Reist (CENSUS/ADCOM FED) | 7/21/2020 0:00 | Jennifer M Ortman (CENSUS/ACSO FED) | Building the Estimate Slides v8 1-27-20.pptx | Predecisional and Deliberative | Presentation reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/policy. | Withheld in full | This presentation was prepared for the purpose of informing decisionmakers of particular facts that are important to making a decision, and presents options for deliberation before an appropriate decision could be made on this subject.  Any factual information provided is so inextricably intertwined with deliberative information that it cannot be segregated.  Rather than presenting a final decision, it proposes multiple options for proposed action to the decisionmaker for consideration.   Release of this document containing the author's analysis and opinion would have a clear chilling effect on the ability of advisors to candidly present such options to decisionmakers.  Furthermore, because of the options presented, releasing the internal analysis could contribute to public confusion on the reasoning behind an eventual decision. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007167 | DOC_0007170 | Enrique Lamas (CENSUS/ DEPDIR FED) | Victoria Velkoff (CENSUS/ ADDP FED); John Maron Abowd (CENSUS/ ADRM FED); James T Christy (CENSUS/ LAFED); Timothy P Olson (CENSUS/ ADFO FED); Kathleen M Styles (CENSUS/ ADDC FED); James B Treat(CEN SUS/DEPD IR FED); Ali Mohamma d Ahmad (CENSUS/ | Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 7/21/2020 0:00 | CENSUS | 2020 Census Timeline Update V2.docx | Predecision al and Deliberativ e | Document containing pre-decisional deliberations regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007190 | DOC_0007192 | Deborah Stempowski (CENSUS/ADDC FED) | Kathleen M Styles (CENSUS/ADDC FED); Albert E Fontenot (CENSUS/ADDC FED) | | 7/21/2020 15:27 | James B Treat (CENSUS/ADDC FED) | Post processing for dummies guide 7-21 v2 DMS.docx | Predecisional and Deliberative | Draft document reflecting information provided to facilitate deliberative discussions regarding draft talking points on proposed Department action/decision/policy. | Withheld in full | The information provided in this draft to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007235 | DOC_0007236 | Enrique Lamas (CENSUS/ DEPDIR FED) | John Maron Abowd (CENSUS/ ADRM FED); Victoria Velkoff (CENSUS/ ADDP FED); Deborah Stempowsk i(CENSUS/ ADDC FED); Kathleen M Styles (CENSUS/ ADDC FED); James B Treat (CENSUS/ DEPDIR FED); AliMoham mad Ahmad (CENSUS/ ADCOM FED); | Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 7/21/2020 17:35 | | Fw_ Urgent. Call me please.pdf | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/po licy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007266 | DOC_0007266 | Enrique Lamas (CENSUS/ DEPDIR FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowski (CENSUS/ ADDC FED); Timothy P Olson(CEN SUS/ADF O FED); James T Christy (CENSUS/ LA FED); Ali Mohamma d Ahmad (CENSUS/ ADCOM FED); JohnMaron Abowd (CENSUS/ ADRM FED); Victoria Velkoff | Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 7/21/2020 17:41 | Ranga Satya Sai Peruri (CENSUS/ DCMD CTR) | Schedule Impacts due to a delay.xlsx | Predecision al and Deliberativ e | Document containing information gathered for pre-decisional deliberations regarding proposed updates to Census schedule. | Withheld in full | The presentation of information gathered for pre-decisional deliberations is so intertwined with the deliberations themselves that such information is inextricable from the privileged material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007267 | DOC_0007268 | Enrique Lamas (CENSUS/ DEPDIR FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowski (CENSUS/ ADDC FED); James T Christy(CE NSUS/LA FED); Timothy P Olson (CENSUS/ ADFO FED); John Maron Abowd (CENSUS/ ADRM FED); VictoriaVel koff (CENSUS/ ADDP FED); Kathleen M Styles | Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 7/21/2020 17:43 | | Fw_ Updated Schedule Impact Documents .pdf | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/po licy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007553 | DOC_0007554 | Kathleen M Styles (CENSUS/ ADDC FED) | Cynthia Davis Hollingswo rth (CENSUS/ DCMD FED); James Whitehorne (CENSUS/ ADDC FED) | Jennifer W Reichert (CENSUS/ DCMD FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Albert E Fontenot(C ENSUS/A DDC FED); James B Treat (CENSUS/ DEPDIR FED) | 7/22/2020 17:31 | Whitney L Duffey Jones (CENSUS/ CFO FED) | apportionm ent process 072120-1 Ben Page draft.docx | Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007555 | DOC_0007558 | Kathleen M Styles (CENSUS/ ADDC FED) | Cynthia Davis Hollingswo rth (CENSUS/ DCMD FED); James Whitehorne (CENSUS/ ADDC FED) | Jennifer W Reichert (CENSUS/ DCMD FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Albert E Fontenot(C ENSUS/A DDC FED); James B Treat (CENSUS/ DEPDIR FED) | 7/22/2020 17:31 | Kathleen M Styles (CENSUS/ ADDC FED) | Elevator Speech 7-21 draft v2.docx | Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0007638 | DOC_0007642 | Albert E Fontenot (CENSUS/ ADDC FED) | Kathleen M Styles (CENSUS/ ADDC FED) | James L Dinwiddie (CENSUS/ ADDC FED); James B Treat (CENSUS/ DEPDIR FED); Deborah Stempowsk i(CENSUS/ ADDC FED); Michael T Thieme (CENSUS/ ADDC FED) | 7/23/2020 10:54 | | Re_ Documents _Info to GAO about schedule.pd f | Predecision al and Deliberativ e | Email communication containing information gathered for pre-decisional deliberations regarding responses to a GAO request | Redacted | The presentation of information gathered for pre-decisional deliberations is so intertwined with the deliberations themselves that such information is inextricable from the privileged material. Additionally, the weighing of what factual information to include is itself a deliberative act. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007664 | DOC_0007666 | Timothy P Olson (CENSUS/ ADFO FED) | Kathleen M Styles (CENSUS/ ADDC FED); Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones(CEN SUS/DEPD IR FED); Enrique Lamas (CENSUS/ DEPDIR FED); Albert E Fontenot (CENSUS/ ADDC FED);Debo rah Stempowsk i (CENSUS/ ADDC FED); John Maron Abowd (CENSUS/ | | 7/23/2020 11:03 | | DOC_0001 245 | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding internal briefing materials on proposed Department action/decision/po licy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007815 | DOC_0007819 | Kathleen M Styles (CENSUS/ ADDC FED) | imothy P Olson (CENSUS/ ADFO FED); Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIRFE D); Enrique Lamas (CENSUS/ DEPDIR FED); Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowsk i(CENSUS/ ADDC FED); John Maron Abowd (CENSUS/ ADRM | | 7/23/2020 12:29 | Kathleen M Styles (CENSUS/ ADDC FED) | Elevator Speech 7-23draft v3.docx | Predecision al and Deliberativ e | Draft document reflecting information provided to facilitate deliberative discussions regarding draft talking points on proposed Department action/decision/po licy. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0007820 | DOC_0007821 | Kathleen M Styles (CENSUS/ ADDC FED) | imothy P Olson (CENSUS/ ADFO FED); Ron S Jarmin (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIRFE D); Enrique Lamas (CENSUS/ DEPDIR FED); Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowsk i(CENSUS/ ADDC FED); John Maron Abowd (CENSUS/ ADRM | | 7/23/2020 12:29 | Whitney L Duffey Jones (CENSUS/ CFO FED) | apportionm ent process Ben Page draft 7-23 v2.docx | Predecision al and Deliberativ e | Document reflecting information provided to facilitate deliberative discussions regarding internal briefing materials on proposed Department action/decision/po licy. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008010 | DOC_0008015 | Steven Dillingham (CENSUS/ DEPDIR FED) | Steven K Smith (CENSUS/ DEPDIR FED) | | 7/24/2020 8:26 | | Fw_ New Stories .pdf | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/po licy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0008337 | DOC_0008337 | James B Treat (CENSUS/ DEPDIR FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Michael T Thieme(CE NSUS/AD DC FED); Kathleen M Styles (CENSUS/ ADDC FED) | | 7/29/2020 13:37 | James B Treat (CENSUS/ DEPDIR FED) | Post Data Collection Elevator Speech.doc x | Predecision al and Deliberativ e | Document reflecting mental processes of advisor to decisionmaker regarding proposed Department action/decision/po licy. | Withheld in full | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008353 | DOC_0008360 | Michael T Thieme (CENSUS/ADDC FED) | Barbara M LoPresti (CENSUS/DITD FED) | Ryan W King (CENSUS/DSSD FED); Karen Battle (CENSUS/POP FED); Deirdre Bishop (CENSUS/GEO FED);Jennifer W Reichert (CENSUS/DCMD FED); Albert E Fontenot (CENSUS/ADDC FED); Deborah Stempowski(CENSUS/ADDC FED); Patrick J Cantwell (CENSUS/ | 7/30/2020 0:00 | | Re_ 5_00 PM Process Planning Meeting Output(11).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/policy. | Redacted | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |
| DOC_0008361 | DOC_0008363 | | | | 7/30/2020 0:00 | | 2020 census operational adjustments long version_new.pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding a draft report on proposed Department action/decision/policy. | Withheld in full | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008364 | DOC_0008365 | ######### | ictoria Velkoff (CENSUS/ ADDP FED); Jason Devine (CENSUS/ POP FED); Roberto Ramirez (CENSUS/ POP FED);Chris tine Flanagan Borman (CENSUS/ POP FED) | | 7/30/2020 12:25 | | Fw_ EMERGE NCY MEETING on 12_31 Delivery of Appo____.p df | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0008366 | DOC_0008366 | | | | 7/30/2020 12:25 | Michael T Thieme (CENSUS/ ADDC FED) | Delivering Apportion ment by 12-31-20 Backend .docx | Predecision al and Deliberativ e | Draft document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008367 | DOC_0008368 | Timothy P Olson (CENSUS/ ADFO FED) | Ali Mohamma d Ahmad (CENSUS/ ADCOM FED) | | 7/30/2020 12:34 | | Re_ Talking Points for Today, Tomorrow, Into Ne__.(1).p df | Predecision al and Deliberativ e | Email communication reflecting mental processes of advisor to decisionmaker regarding proposed updates to Census schedule. | Redacted | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |
| DOC_0008623 | DOC_0008624 | Maryann M Chapin (CENSUS/ ADDC FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Timothy P Olson(CEN SUS/ADF O FED); James T Christy (CENSUS/ LA FED) | | 7/30/2020 18:56 | Maryann M Chapin (CENSUS/ ADDC FED) | 2020 Census High Level Summary 07302020 v2.docx | Predecision al and Deliberativ e | Document containing pre-decisional deliberations regarding proposed updates to Census schedule. | Redacted | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008683 | DOC_0008688 | Ryan W King (CENSUS/ DSSD FED) | Michael T Thieme (CENSUS/ ADDC FED); Karen Battle (CENSUS/ POP FED) | Deirdre Bishop (CENSUS/ GEO FED); Jennifer W Reichert (CENSUS/ DCMD FED); Albert E Fontenot(C ENSUS/A DDC FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Patrick J Cantwell (CENSUS/ DSSD FED); Luis JCano (CENSUS/ DCEO FED); Barbara M LoPresti (CENSUS/ | 7/30/2020 21:48 | | Re_ 5_00 PM Process Planning Meeting Output(11).pdf | Predecision al and Deliberativ e | Email communication reflecting mental processes of advisor to decisionmaker regarding proposed Department action/decision/po licy. | Redacted | A final decision was not reached until August 3, 2020. Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker. Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008689 | DOC_0008690 | Ryan W King (CENSUS/DSSD FED) | Michael T Thieme (CENSUS/ADDC FED); Karen Battle (CENSUS/POP FED) | Deirdre Bishop (CENSUS/GEO FED); Jennifer W Reichert (CENSUS/DCMD FED); Albert E Fontenot(CENSUS/ADDC FED); Deborah Stempowski (CENSUS/ADDC FED); Patrick J Cantwell (CENSUS/DSSD FED); Luis JCano (CENSUS/DCEO FED); Barbara M LoPresti (CENSUS/ | 7/30/2020 21:48 | Michael T Thieme (CENSUS/ADDC FED) | Delivering Apportionment by 12-31-20 Backend .docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations regarding a draft report on proposed Department action/decision/policy. | Withheld in full | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008740 | DOC_0008749 | Christa D Jones (CENSUS/ DEPDIR FED) | John Maron Abowd (CENSUS/ ADRM FED); Michael T Thieme (CENSUS/ ADDC FED); Benjamin J Page(CEN SUS/CFO FED); Victoria Velkoff (CENSUS/ ADDP FED) | | 7/31/2020 0:00 | | Re_ Data quality.pdf | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/po licy. | Redacted | This email discuses the impacts of the potential Replan schedule on the quality of data. It also analyzes potential outcomes due to the relationship between post processing, apportionment, and redistricting.  Victoria Velkoff, PhD, Associate Director for Demographic Programs, provides information to her superiors that contain analysis of various options to her superiors, including Christa Jones, Benjamin Page, and John Abowd. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008888 | DOC_0008889 | Maryann M Chapin (CENSUS/ ADDC FED) | Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowski (CENSUS/ ADDC FED); James B Treat(CEN SUS/DEPD IR FED); Michael T Thieme (CENSUS/ ADDC FED); Kathleen M Styles (CENSUS/ ADDC FED);Jenni fer W Reichert (CENSUS/ DCMD FED); Christopher M Denno | | 7/31/2020 7:25 | Maryann M Chapin (CENSUS/ ADDC FED) | 2020 Census High Level Summary 07302020 v2.pdf | Predecision al and Deliberativ e | Document containing pre-decisional deliberations regarding proposed Department action/decision/po licy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008924 | DOC_0008925 | Michael T Thieme (CENSUS/ADDC FED) | Albert E Fontenot (CENSUS/ADDC FED) | James B Treat (CENSUS/DEPDIR FED); Jennifer W Reichert (CENSUS/DCMD FED); Deborah Stempowski(CENSUS/ADDC FED); James T Christy (CENSUS/LA FED) | 7/31/2020 7:39 | | Re_ Working notes from the operations. pdf | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0008926 | DOC_0008927 | Michael T Thieme (CENSUS/ADDC FED) | Albert E Fontenot (CENSUS/ADDC FED) | James B Treat (CENSUS/DEPDIR FED); Jennifer W Reichert (CENSUS/DCMD FED); Deborah Stempowski(CENSUS/ADDC FED); James T Christy (CENSUS/LA FED) | 7/31/2020 7:39 | Michael T Thieme (CENSUS/ADDC FED) | Delivering Apportionment by 12-31-20 Backend .docx | Predecisional and Deliberative | Draft document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0008928 | DOC_0008942 | Luis J Cano (CENSUS/ DCEO FED) | mes B Treat (CENSUS/ DEPDIR FED | Barbara M LoPresti (CENSUS/ DITD FED); Deborah Stempowsk i (CENSUS/ ADDC FED); Michael T Thieme(CE NSUS/AD DC FED); Ryan W King (CENSUS/ DSSD FED); Karen Battle (CENSUS/ POP FED); Deirdre Bishop(CE NSUS/GE O FED); Jennifer W Reichert (CENSUS/ DCMD | 7/31/2020 7:54 | | Re_ 5_00 PM Process Planning Meeting Output(4).p df | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/po licy. | Redacted | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0009054 | DOC_0009072 | Albert.E.Fontenot@census.gov | Luis J Cano (CENSUS/DCEO FED) | James B Treat (CENSUS/DEPDIR FED); Barbara M LoPresti (CENSUS/DITD FED); Deborah Stempowski (CENSUS/ADDCFED); Michael T Thieme (CENSUS/ADDC FED); Ryan W King (CENSUS/DSSD FED); Karen Battle (CENSUS/POP FED);Deirdre Bishop (CENSUS/ | 7/31/2020 7:56 | | Re_5_00 PM Process Planning Meeting Output.pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/policy. | Redacted | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0009115 | DOC_0009128 | Victoria Velkoff (CENSUS/ADDP FED) | Michael T Thieme (CENSUS/ADDC FED); Patrick J Cantwell (CENSUS/DSSD FED); James B Treat(CENSUS/DEPDIR FED); Barbara M LoPresti (CENSUS/DITD FED); Deborah Stempowski (CENSUS/ADDC FED) | Ryan W King (CENSUS/DSSD FED); Karen Battle (CENSUS/POP FED); Deirdre Bishop (CENSUS/GEO FED);Jennifer W Reichert (CENSUS/DCMD FED); Albert E Fontenot (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEOFED); Michael Clark (CENSUS/DITD FED); | 7/31/2020 7:58 | | Re_ 5_00 PM Process Planning Meeting Output(3).pdf | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0009226 | DOC_0009231 | Karen Battle (CENSUS/ POP FED) | Barbara M LoPresti (CENSUS/ DITD FED); Michael T Thieme (CENSUS/ ADDC FED); Deirdre Bishop (CENSUS/ GEOFED); James B Treat (CENSUS/ DEPDIR FED); Albert E Fontenot (CENSUS/ ADDC FED); Deborah Stempowski(CENSUS/ ADDC FED); Patrick J Cantwell (CENSUS/ | Michael Clark (CENSUS/ DITD FED); Laura L Waggoner (CENSUS/ GEO FED); Ryan W King (CENSUS/ DSSD FED);Subr ahmanyam Korisapati (CENSUS/ DITD FED); Victoria Velkoff (CENSUS/ ADDP FED) | 7/31/2020 9:59 | | Re_ Quick Turnaround for this morning_ Process ___.pdf | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0009438 | DOC_0009439 | Michael T Thieme (CENSUS/ADDC FED) | Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFOFED) | | 7/31/2020 13:06 | | Re_ Data quality(20).pdf | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/policy. | Redacted | This email discusses the impacts of the potential Replan schedule on the quality of data. It also analyzes potential outcomes due to the relationship between post processing, apportionment, and redistricting.  Victoria Velkoff, PhD, Associate Director for Demographic Programs, provides information to her superiors that contain analysis of various options to her superiors, including Christa Jones, Benjamin Page, and John Abowd. | | |
| DOC_0009463 | DOC_0009464 | Deborah Stempowski (CENSUS/ADDC FED) | Jennifer W Reichert (CENSUS/DCMD FED); Michael T Thieme (CENSUS/ADDC FED); Albert E Fontenot(CENSUS/ADDC FED); James T Christy (CENSUS/LA FED) | | 7/31/2020 14:38 | | Re_ Updated Back-end Processing Document.pdf | Predecision al and Deliberativ e | Email communication reflecting mental processes of advisor to decisionmaker regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0009465 | DOC_0009471 | Deborah Stempowski (CENSUS/ADDC FED) | Jennifer W Reichert (CENSUS/DCMD FED); Michael T Thieme (CENSUS/ADDC FED); Albert E Fontenot(CENSUS/ADDC FED); James T Christy (CENSUS/LA FED) | | 7/31/2020 14:38 | Deborah Stempowski (CENSUS/DCMD FED) | Options to meet September 30_v9.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/policy. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0009533 | DOC_0009533 | Benjamin J Page (CENSUS/CFO FED) | John Maron Abowd (CENSUS/ADRM FED); Victoria Velkoff (CENSUS/ADDP FED); Christa D Jones(CENSUS/DEPDIR FED); Michael T Thieme (CENSUS/ADDC FED) | | 7/31/2020 15:10 | Benjamin J Page (CENSUS/CFO FED) | Data processing quality statement.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations regarding a draft presentation on proposed Department action/decision/policy. | Withheld in full | A final decision was not reached until August 3, 2020.  Any confidential communications containing deliberative information before that date occurred before a final decision was reached by the decision maker.  Any release of this information would harm the free flow of information to the final decision maker. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0009971 | DOC_0009983 | Albert E Fontenot (CENSUS/ ADDC FED) | John Maron Abowd (CENSUS/ ADRM FED) | | 7/31/2020 16:20 | | Re_ Data quality.pdf | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding a draft presentation on proposed Department action/decision/po licy. | Redacted | This email discuses the impacts of the potential Replan schedule on the quality of data. It also analyzes potential outcomes due to the relationship between post processing, apportionment, and redistricting.  Victoria Velkoff, PhD, Associate Director for Demographic Programs, provides information to her superiors that contain analysis of various options to her superiors, including Christa Jones, Benjamin Page, and John Abowd. | | |
| DOC_0010066 | DOC_0010067 | Karen Battle (CENSUS/ POP FED) | Victoria Velkoff (CENSUS/ ADDP FED) | | 7/31/2020 16:29 | | Fwd_ Replan .pdf | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding a draft presentation on proposed Department action/decision/po licy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |
| DOC_0010089 | DOC_0010101 | Jennifer W Reichert (CENSUS/ DCMD FED | Albert E Fontenot (CENSUS/ ADDC FED) | Jennifer W Reichert (CENSUS/ DCMD FED | 7/31/2020 16:33 | | Re_ Data quality(6).p df | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/po licy. | Redacted | This email discuses the impacts of the potential Replan schedule on the quality of data. It also analyzes potential outcomes due to the relationship between post processing, apportionment, and redistricting.  Victoria Velkoff, PhD, Associate Director for Demographic Programs, provides information to her superiors that contain analysis of various options to her superiors, including Christa Jones, Benjamin Page, and John Abowd. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0010143 | DOC_0010156 | Albert E Fontenot (CENSUS/ ADDC FED) | Jennifer W Reichert (CENSUS/ DCMD FED) | | 7/31/2020 16:47 | | Re_ Data quality(2).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding a draft presentation on proposed Department action/decision/policy. | Redacted | This email discusses the impacts of the potential Replan schedule on the quality of data. It also analyzes potential outcomes due to the relationship between post processing, apportionment, and redistricting.  Victoria Velkoff, PhD, Associate Director for Demographic Programs, provides information to her superiors that contain analysis of various options to her superiors, including Christa Jones, Benjamin Page, and John Abowd. | | |
| DOC_0010256 | DOC_0010273 | Albert E Fontenot (CENSUS/ ADDC FED) | Enrique Lamas (CENSUS/ DEPDIR FED) | Christa D Jones (CENSUS/ DEPDIR FED); Deborah Stempowski (CENSUS/ ADDC FED); Michael T Thieme(CENSUS/AD DC FED); Christopher M Denno (CENSUS/ ADDC FED) | 8/1/2020 10:46 | | Re_ Draft Replan Deck for Review(8).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0010510 | DOC_0010513 | Christa.D.Jones@census.gov | Albert E Fontenot (CENSUS/ADDC FED) | Enrique Lamas (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Michael T Thieme(CENSUS/ADDC FED); Christopher M Denno (CENSUS/ADDC FED) | 8/1/2020 20:57 | | Re_ Draft Replan Deck for Review(1).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0010605 | DOC_0010610 | Christa.D.Jones@census.gov | Albert E Fontenot (CENSUS/ADDC FED) | Enrique Lamas (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Michael T Thieme(CENSUS/ADDC FED); Christopher M Denno (CENSUS/ADDC FED) | 8/1/2020 22:29 | | Re_ Draft Replan Deck for Review.pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0010635 | DOC_0010641 | Christa.D.Jones@census.gov | Enrique Lamas (CENSUS/DEPDIR FED) | Albert E Fontenot (CENSUS/ADDC FED); Deborah Stempowski (CENSUS/ADDC FED); Michael T Thieme(CENSUS/ADDC FED); Christopher M Denno (CENSUS/ADDC FED) | 8/1/2020 22:34 | | Re_ Draft Replan Deck for Review(3).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0010770 | DOC_0010786 | Christa D Jones (CENSUS/ DEPDIR FED); | Albert E Fontenot (CENSUS/ ADDC FED) | Enrique Lamas (CENSUS/ DEPDIR FED); Deborah Stempowski (CENSUS/ ADDC FED); Michael T Thieme(CE NSUS/AD DC FED); Christopher M Denno (CENSUS/ ADDC FED) | 8/1/2020 22:41 | | Re_ Draft Replan Deck for Review(12) .pdf | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/po licy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |
| DOC_0010787 | DOC_0010798 | Enrique Lamas (CENSUS/ DEPDIR FED) | Albert E Fontenot (CENSUS/ ADDC FED); Christa D Jones (CENSUS/ DEPDIR FED) | Deborah Stempowsk i (CENSUS/ ADDC FED); Michael T Thieme (CENSUS/ ADDC FED); Christopher M Denno(CE NSUS/AD DC FED) | 8/1/2020 22:43 | | Re_ Draft Replan Deck for Review(15) .pdf | Predecision al and Deliberativ e | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/po licy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0010926 | DOC_0010932 | Albert E Fontenot (CENSUS/ADDC FED) | Enrique Lamas (CENSUS/DEPDIR FED) | Christa D Jones (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Michael T Thieme(CENSUS/ADDC FED); Christopher M Denno (CENSUS/ADDC FED) | 8/1/2020 22:50 | | Re_ Draft Replan Deck for Review(7).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0010954 | DOC_0010962 | Albert E Fontenot (CENSUS/ADDC FED) | Enrique Lamas (CENSUS/DEPDIR FED) | Christa D Jones (CENSUS/DEPDIR FED); Deborah Stempowski (CENSUS/ADDC FED); Michael T Thieme(CENSUS/ADDC FED); Christopher M Denno (CENSUS/ADDC FED) | 8/1/2020 22:56 | | Re_ Draft Replan Deck for Review(9).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |
| DOC_0010988 | DOC_0010996 | Enrique Lamas (CENSUS/DEPDIR FED) | Albert E Fontenot (CENSUS/ADDC FED) | Christa D Jones (CENSUS/DEPDIR FED) | 8/1/2020 23:02 | | Re_ Draft Replan Deck for Review(7).pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0011629 | DOC_0011655 | Enrique Lamas (CENSUS/ DEPDIR FED) | Albert E Fontenot (CENSUS/ ADDC FED) | | 8/1/2020 23:22 | | Re_ Draft Replan Deck for Review(24) - Copy.pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding proposed Department action/decision/policy. | Redacted | The withheld information in these emails reflect internal Census deliberations about what information should be included in the Replan and the best way to present this information.  This can be seen by Al Fontenot, Christa Jones, and Enrique Lamas offering suggestions to wording on a few of the slides, including reasoning as to why certain information should be included and how it should be presented. | | |
| DOC_0011918 | DOC_0011982 | Ali Mohammad Ahmad (CENSUS/ ADCOM FED) | Albert E Fontenot (CENSUS/ ADDC FED); Enrique Lamas (CENSUS/ DEPDIR FED) | Deborah Stempowski (CENSUS/ ADDC FED); Michael T Thieme (CENSUS/ ADDC FED); Christopher M Denno(CENSUS/AD DC FED); Ron S Jarmin (CENSUS/ DEPDIR FED); Timothy P Olson (CENSUS/ ADFO FED); James TChristy (CENSUS/ LA FED); Christa D Jones | 8/2/2020 0:00 | | Olson_email_Binder1.pdf | Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | This is the condition that the records existed.  To aid your review, the bates range for this family, including the attachments, is DOC_0011918 - DOC_0012130.  Additionally, to the extent you challenge any portions of this document on the basis that a decision had already occurred, we continue to assert deliberative process over the portions of documents reflecting various options and impacts provided by subordinates to their supervisors discussing various aspects of the replan. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0013800 | DOC_0013800 | Ali Mohammad d Ahmad (CENSUS/ ADCOM FED) | Steven Dillingham (CENSUS/ DEPDIR FED); Ron S Jarmin (CENSUS/ DEPDIR FED); Cogley, Nathaniel (Federal) | Albert E Fontenot (CENSUS/ ADDC FED); Enrique Lamas (CENSUS/ DEPDIR FED); Steven K Smith(CEN SUS/DEPD IR FED); Michael John Sprung (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 8/2/2020 16:15 | | PLEASE REVIEW-- Draft Director Statement - Copy.pdf | Predecision al and Deliberativ e | Email communication reflecting information provided to facilitate deliberative discussions regarding a draft public statement on proposed Department action/decision/po licy. | Redacted | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0013801 | DOC_0013802 | Ali Mohamma d Ahmad (CENSUS/ ADCOM FED) | Steven Dillingham (CENSUS/ DEPDIR FED); Ron S Jarmin (CENSUS/ DEPDIR FED); Cogley, Nathaniel (Federal) | Albert E Fontenot (CENSUS/ ADDC FED); Enrique Lamas (CENSUS/ DEPDIR FED); Steven K Smith(CEN SUS/DEPD IR FED); Michael John Sprung (CENSUS/ DEPDIR FED); Christa D Jones (CENSUS/ DEPDIR FED) | 8/2/2020 16:15 | Ali Mohamma d Ahmad (CENSUS/ ADCOM FED) | FOR REVIEW- Draft Director Dillingham Stateme.do cx | Predecision al and Deliberativ e | Draft document reflecting information provided to facilitate deliberative discussions regarding a draft public statement on proposed Department action/decision/po licy. | Withheld in full | The information provided to facilitate deliberative discussions is so intertwined with the deliberations themselves that it is inextricable from the deliberative material. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0014765 | DOC_0014765 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Steven Dillingham (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); Nathaniel Cogley(CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Christa D Jones (CENSUS/DEPDIR FED);Enrique Lamas (CENSUS/DEPDIR FED) | | 8/3/2020 17:25 | | SHORT FUSE-SMALL GROUP-Statement Edits-Pleas___.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication containing communications among staff, including counsel, providing legal advice and analysis from counsel regarding proposed Department action/decision/policy. | Redacted | This additional information supporting the attorney-client information is provided in the attached filing with updates to our privilege log entry. Additionally, to the extent you challenge this document on the basis that a decision had already occurred, we continue to assert deliberative process over the various options and impacts provided by subordinates to their supervisors discussing various aspects of the replan. | | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | DOC Response | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0014766 | DOC_0014767 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Steven Dillingham (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); Nathaniel Cogley(CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Christa D Jones (CENSUS/DEPDIR FED);Enrique Lamas (CENSUS/DEPDIR FED) | | 8/3/2020 17:25 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Stateme.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing communications among staff, including counsel, providing legal advice and analysis from counsel regarding proposed Department action/decision/policy. | Withheld in full | This additional information supporting the attorney-client information is provided in the attached filing with updates to our privilege log entry.  It is a draft document containing confidential redline edits and comments that reflect legal advice from an attorney to the client and is also pre-decisional as this document was created to help the decisionmaker analyze various options related to the Replan. | | |