# Attachment B

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | NOTES FOR COURT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001149 | DOC_0001156 | Timothy P Olson (CENSUS/ADFO FED) | Timothy Olson | | 3/20/2020 9:18 | Maryann M Chapin (CENSUS/ADDC FED) | 2020 Census - Impacts of COVID19 03202020 830a.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker regarding internal briefing materials on proposed Department action/decision/policy. | Redacted | **Privilege was mistakenly asserted over this document. This document appears released in full at DOC_0001169. This document was also mistakenly withheld in full as deliberative at DOC_0001129.** |
| DOC_0001302 | DOC_0001311 | Timothy P Olson (CENSUS/ADFO FED) | Timothy Olson | | 3/23/2020 11:40 | Maryann M Chapin (CENSUS/ADDC FED) | 2020 Census - Impacts of COVID19 03232020 915.docx | Attorney-Client Privilege; Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/policy. | Redacted | **Privilege was mistakenly asserted over this document. This document appears released in full at DOC_0001315. This document was also mistakenly withheld full as deliberative at DOC_0001245.** |
| DOC_0001353 | DOC_0001364 | Maryann M Chapin | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme(CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-KumarAtri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/ADDCFED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert(CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti(CENSUS/ADDC FED); Suzanne Fratino (CENSUS/DCMD FED); James B Treat (CENSUS/DEPDIR FED); Patrick JCantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED);Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant(CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin JZajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED);Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine(CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED);Mark Emory Markovic (CENSUS/DCEO FED); Timothy P Olson (CENSUS/ADFO FED) | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLDFED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II(CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen(CENSUS/FLD FED); Tamara S Adams (CENSUS/ADDC FED); Deborah A Fenstermaker (CENSUS/DSSD FED);James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); MeganCatherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor(CENSUS/ADDC FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED);Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/DCEOFED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED | 3/25/2020 4:48 | Maryann M Chapin (CENSUS/ADDC FED) | COVID-19 Updated Roadmap 03252020 430pm.docx | Attorney-Client Privilege; Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions regarding proposed updates to Census schedule. | Redacted | **Attorney-client privilege should not have been asserted over this document. The document maintains dliberative process privilege.** |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | NOTES FOR COURT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001366 | DOC_0001377 | Maryann M Chapin | Albert E Fontenot (CENSUS/ADDC FED); Kathleen M Styles (CENSUS/ADDC FED); Michael T Thieme(CENSUS/ADDC FED); James L Dinwiddie (CENSUS/ADDC FED); Luis J Cano (CENSUS/DCEO FED); Phani-KumarAtri Kalluri (CENSUS/ADDC FED); Barbara M LoPresti (CENSUS/CIO FED); Deborah Stempowski (CENSUS/ADDCFED); Christopher M Denno (CENSUS/ADDC FED); Donna M Daily (CENSUS/ACSO FED); Jennifer W Reichert(CENSUS/DCMD FED); Deirdre Bishop (CENSUS/GEO FED); Ann M Tozzi (CENSUS/ADDC FED); Darlene M Ursitti(CENSUS/ADDC FED); Suzanne Fratino (CENSUS/DCMD FED); James B Treat (CENSUS/DEPDIR FED); Patrick JCantwell (CENSUS/DSSD FED); Judy G Belton (CENSUS/DCMD FED); Francis C McPhillips (CENSUS/DCMD FED);Alexa K Jones-Puthoff (CENSUS/DCMD FED); Sheila M Szanyi (CENSUS/DCEO FED); Jeffrey L Bryant(CENSUS/NPC FED); DCMD ADCs List (CENSUS/ OTHER); Erika H Becker Medina (CENSUS/ADDC FED); Kevin JZajac (CENSUS/DCEO FED); Karen Battle (CENSUS/POP FED); David G Waddington (CENSUS/SEHSD FED);Christine Flanagan Borman (CENSUS/POP FED); Colleen Hughes Keating (CENSUS/POP FED); Jason Devine(CENSUS/POP FED); Jonathan Scott Spader (CENSUS/SEHSD FED); Stephanie Galvin (CENSUS/SEHSD FED);Mark Emory Markovic (CENSUS/DCEO FED); Timothy P Olson (CENSUS/ADFO FED) | Thuy Trang Ta Nguyen (CENSUS/DSSD FED); John R Magruder (CENSUS/FLD FED); Amy L Fischer (CENSUS/FLDFED); Kimberly L Canada (CENSUS/FLD FED); Sneha Thakor Desai (CENSUS/FLD FED); John T Baker II(CENSUS/FLD FED); Michael Bentley (CENSUS/DSSD FED); Vincent T Mule Jr (CENSUS/DSSD FED); Willette Allen(CENSUS/FLD FED); Tamara S Adams (CENSUS/ADDC FED); Deborah A Fenstermaker (CENSUS/DSSD FED);James T Christy (CENSUS/LA FED); Karen C Field (CENSUS/FLD FED); Crystal L Miller (CENSUS/FLD FED); MeganCatherine Kindelan (CENSUS/FLD FED); Jay M Occhiogrosso (CENSUS/FLD FED); Benjamin Taylor(CENSUS/ADDC FED); FLD ADCs; Timothy L Kennel (CENSUS/DSSD FED); Joan Marie Hill (CENSUS/DSSD FED);Dale C Kelly (CENSUS/FLD FED); John W Donnelly (CENSUS/FLD FED); Justin L McLaughlin (CENSUS/DCEOFED); Shawn Paterson (CENSUS/FLD FED); Stacy Gimbel Vidal (CENSUS/PIO FED | 3/25/2020 4:48 | Maryann M Chapin (CENSUS/ADDC FED) | 2020 Census - Impacts of COVID19 03252020 400.docx | Attorney-Client Privilege; Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions regarding proposed Department action/decision/policy. | Redacted | **Attorney-client privilege should not have been asserted over this document. The document maintains deliberative process privilege.** |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | NOTES FOR COURT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001605 | DOC_0001606 | Christopher J Stanley (CENSUS/OCIA FED) | Ali Mohammad Ahmad (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson(CENSUS/ADFO FED); Michael John Sprung (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED);Steven Dillingham (CENSUS/DEPDIR FED); Steven K Smith (CENSUS/DEPDIR FED) | | 4/18/2020 2:23 | | more materials for Monday.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker regarding and comment reflecting request for legal advice **from Commerce attorney Michael A. Cannon** on deliberative material | Redacted | |
| DOC_0001637 | DOC_0001638 | Christopher J Stanley (CENSUS/OCIA FED) | Ali Mohammad Ahmad (CENSUS/ADCOM FED); Albert E Fontenot (CENSUS/ADDC FED); Timothy P Olson(CENSUS/ADFO FED); Michael John Sprung (CENSUS/DEPDIR FED); Benjamin J Page (CENSUS/CFO FED);Steven Dillingham (CENSUS/DEPDIR FED); Steven K Smith (CENSUS/DEPDIR FED) | | 4/18/2020 2:28 | | copies of pending COVID-19 congressional.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions regarding draft talking points on proposed Department action/decision/policy and comment reflecting request for legal advice **from Commerce attorney Michael A. Cannon** on deliberative material. | Redacted | |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | NOTES FOR COURT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0001685 | DOC_0001686 | Timothy.P.Olson@census.gov | Timothy Olson | | 4/19/2020 6:28 | | Fwd_ more materials for Monday.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions regarding draft talking points on proposed Department action/decision/policy **and reflecting request for legal advice sought from Commerce attorney Michael A. Cannon.** | Redacted | |
| DOC_0001717 | DOC_0001718 | Timothy P Olson (CENSUS/ADFO FED) | Timothy Olson | | 4/19/2020 6:28 | | Fwd_ more materials for Monday.pdf | Predecisional and Deliberative**; Attorney-Client Privilege** | Email communication reflecting mental processes of advisor to decisionmaker regarding draft talking points on proposed Department action/decision/policy **and reflecting request for legal advice sought from Commerce attorney Michael A. Cannon.** | Redacted | **While the redaction on the document correctly notes the claim of attorney-client privilege, the log mistakenly omitted it.** |
| DOC_0001749 | DOC_0001751 | Timothy P Olson (CENSUS/ADFO FED) | Timothy Olson | | 4/19/2020 6:29 | | Fwd_ copies of pending COVID-19 congressional.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker regarding draft talking points on proposed Department action/decision/policy **and reflecting request for legal advice sought from Commerce attorney Michael A. Cannon.** | Redacted | |
| DOC_0005070 | DOC_0005071 | James L Dinwiddie (CENSUS/ADDC FED) | Steven K Smith (CENSUS/DEPDIR FED); Michael John Sprung (CENSUS/DEPDIR FED); Christa D Jones(CENSUS/DEPDIR FED) | Kathleen M Styles (CENSUS/ADDC FED); Christopher J Stanley (CENSUS/OCIA FED) | 5/28/2020 8:55 | | draft Talking Points re GAOs June 2020 report t___.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication containing pre-decisional deliberations regarding draft talking points and reflecting legal advice from **the Commerce Office of the General Counsel**. | Redacted | |
| DOC_0006515 | DOC_0006532 | Christa D Jones (CENSUS/DEPDIR FED) | Risko, Daniel (Federal); Ron S Jarmin (CENSUS/DEPDIR FED) | | 7/15/2020 0:00 | Christopher Denno | Count Imputation Overview 6.9.20 v15.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Document reflecting mental processes of decisionmaker regarding proposed Department action/decision/policy. | Withheld in full | **Attorney-client privilege should not have been asserted over this document. The document maintains deliberative process privilege. The same document is withheld in full as deliberative at DOC_0006590, 6628, and 6687.** |

| Production::Begin Bates | Production::End Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | NOTES FOR COURT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0014731 | DOC_0014731 | Ron S Jarmin (CENSUS/DEPDIR FED) | Melissa L Creech (CENSUS/PCO FED); Christa D Jones (CENSUS/DEPDIR FED) | | 8/3/2020 14:05 | | Fw_ Nonresponse Followup(1).pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication containing information gathered for pre-decisional deliberations regarding letter received by Commerce and request for legal advice **from Commerce attorney Melissa L. Creech**. | Redacted | |
| DOC_0014765 | DOC_0014765 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Steven Dillingham (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); Nathaniel Cogley(CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Christa D Jones (CENSUS/DEPDIR FED);Enrique Lamas (CENSUS/DEPDIR FED) | | 8/3/2020 17:25 | | SHORT FUSE- SMALL GROUP- Statement Edits-Pleas___.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Email communication containing communications among staff, including counsel, providing legal advice and analysis from **Patrick F. Philbin, White House Counsel's Office,** regarding proposed Department action/decision/policy. | Redacted | |
| DOC_0014766 | DOC_0014767 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Steven Dillingham (CENSUS/DEPDIR FED); Ron S Jarmin (CENSUS/DEPDIR FED); Nathaniel Cogley(CENSUS/DEPDIR FED); Albert E Fontenot (CENSUS/ADDC FED); Christa D Jones (CENSUS/DEPDIR FED);Enrique Lamas (CENSUS/DEPDIR FED) | | 8/3/2020 17:25 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Stateme.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing communications among staff, including counsel **Patrick F. Philbin, White House Counsel's Office**, providing legal advice and analysis from counsel regarding proposed Department action/decision/policy. | Withheld in full | |