UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, et al.,<br><br>Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER CONTINUING SEPTEMBER 22, 2020 PRELIMINARY INJUNCTION HEARING FROM 10 A.M. TO 2 P.M.** |

The Court continues the September 22, 2020 hearing on Plaintiffs' motion for a stay and preliminary injunction ("motion for preliminary injunction") from 10 a.m. to 2 p.m. Pacific Time to allow time for the resolution of privilege disputes and the review of any documents deemed non-privileged.

Specifically, on September 13, 2020, Defendants produced to Plaintiffs 58 documents, withheld in full on the basis of an asserted privilege 67 documents, and redacted on the basis of an asserted privilege 14 documents. This production violated the Court's Order to Produce the Administrative Record, ECF No. 96.

Given the exigency of the motion for preliminary injunction and Defendants' refusal to comply with the Court's Order to Produce the Administrative Record, the Court ordered

Defendants to produce on September 18, 2020 the documents Defendants had produced to the United States Department of Commerce Office of the Inspector General. ECF No. 132.

On September 18, 2020, Defendants produced to Plaintiffs 657 documents, withheld in full on the basis of an asserted privilege 433 documents, and redacted on the basis of an asserted privilege 568 documents.

Many of the redacted documents consist of emails and redact the contents of the emails and only disclose the sender, the recipient, and the subject line. Thus, these documents provide no more information than the privilege log.

Plaintiffs note that in total for the September 13 and 18 productions, Defendants have claimed privilege over approximately 1,082 of the 1,797 documents.

As such, additional time is necessary for the resolution of Plaintiffs' privilege objections and the review of any documents deemed non-privileged. Accordingly, the Court continues the September 22, 2020 preliminary injunction hearing from 10 a.m. to 2 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 20, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge