# Attachment A

| | |
|---|---|
| **From:** | Christopher J Stanley (CENSUS/OCIA FED) |
| **To:** | Steven Dillingham (CENSUS/DEPDIR FED); Ali Mohammad Ahmad (CENSUS/ADCOM FED); Steven K Smith (CENSUS/DEPDIR FED); Michael John Sprung (CENSUS/DEPDIR FED) |
| **Cc:** | Alan Lang (CENSUS/OCIA FED) |
| **Subject:** | hearing follow up underway |
| **Date:** | Thursday, July 30, 2020 1:53:30 PM |
| **Attachments:** | House Oversight and Reform Committee Holds Hearing on Census Count 07292020.pdf |

The transcript is attached. Here is what OCIA staff gathered as watching the hearing for commitments and follow up.

Rep. Lynch (D-MA-8) -- Brief members of the Boston delegation (Lynch and Pressley) and any others on the outcome of work with college administrators on counting students. **We will gather background and set a briefing for them. We will wait a week or so to get more information on the schedule going forward.**

Rep. Raskin (D-MD-8) -- Please provide plan on training enumerators and making sure employees are being taken care of during COVID-19. Director mentioned we can get information back on training and provide information that is shareable with the Public so that they would know what to expect. **Jamey was monitoring the hearing and put this in the works right away, and his staff already sent a first draft on this information that I am going to review.**

Rep. Tlalib (D-MI-13) -- Director confirmed that Census will conduct the necessary research to look at including a detailed MENA question. **No specific follow up is needed. The bureau is always researching.**

Rep. Porter (D-CA-45) -- Director noted that he would check with legal counsel regarding the filing of the SORN status. **Already under review by Mr. Cannon.**

Rep. Grothman (R-WI-6) -- He wanted to get the criteria for counting military overseas. **We think this is already on the website somewhere or maybe in the official residency rules as published in the Federal Register. When we find that, we will send it to his staff.**

Rep. Roy (R-TX-21) --Provide precise numbers of Census' use of imputation (current/historical), broken down with specific numbers, locations, and demographic characteristics. **This will take some careful review, depending on the adjustments under development and review in the next few days. We will follow up and get this in the works.**

**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M:    PII

**census.gov | @uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

DOC_0008390

| | |
|---|---|
| **From:** | Ron S Jarmin (CENSUS/DEPDIR FED) |
| **To:** | Melissa L Creech (CENSUS/PCO FED); Christa D Jones (CENSUS/DEPDIR FED) |
| **Subject:** | Fw: Nonresponse Followup |
| **Date:** | Monday, August 03, 2020 2:05:09 PM |
| **Attachments:** | Census Bureau 8.3.20.pdf |

Looks like this should just go through CQAS, but as its from an attorney thought you should see it first. Imagine I'm not the only one to get such a letter.

_____

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858 | m:  PII
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** maria.mattera@lacity.org <maria.mattera@lacity.org> on behalf of Mike Feuer <mike.feuer@lacity.org>
**Sent:** Monday, August 3, 2020 1:46 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Subject:** Nonresponse Followup

Please see attached letter.

Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by
the attorney-client privilege and/or the work product doctrine. If you are not the intended
recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this
communication in error, please notify us immediately by e-mail and delete the original
message and any attachments without reading or saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*