JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Case No. 5:20-cv-05799-LHK <br><br> **DEFENDANTS' RESPONSE TO COURT'S SEPTEMBER 19, 2020 ORDER TO CONFIRM NUMBER OF DOCUMENTS, ECF No. 169** |

1  In response to the Court's Order to Confirm Number of Documents dated September 19, 2020, ECF No. 169, Defendants respectfully state as follows:

For the September 13, 2020 production:

- Defendants produced to Plaintiffs 58 documents in full without redactions other than for personally identifiable information.
- Defendants produced to Plaintiffs 14 documents with redactions on the basis of privilege.
- Defendants withheld in full on the basis of privilege 67 documents, which were indicated on a privilege log.

The combined total for September 13, 2020 was 139 documents.

For the September 18, 2020 production:

- Defendants produced to Plaintiffs 657 documents in full without redactions other than for personally identifiable information.
- Defendants produced to Plaintiffs 568 documents with redactions on the basis of privilege.
- Defendants withheld in full on the basis of privilege 433 documents, which were indicated on a privilege log.

The combined total for September 18, 2020 was 1,658 documents.

DATED: September 20, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
  (New York Bar No. 4918793)
M. ANDREW ZEE (SBN 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV