| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | Privilege Objection/Response | Judicial Determination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000222 | DOC_0000222 | DOC_0000221 | DOC_0000222 | | | | 4/13/2020 11:00 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations draft talking points on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000223 | DOC_0000223 | DOC_0000223 | DOC_0000224 | Ahmad, Ali M [ali.m.ahmad@census.gov] | Kelley, Karen (Federal) [KKelley@doc.gov]; Walsh, Michael (Federal) [MWalsh@doc.gov]; Foti, Anthony (Federal) [AFoti@doc.gov] | Dillingham, Steven [steven.dillingham@census.gov]; Jarmin, Ron S [ron.s.jarmin@census.gov] | 4/13/2020 11:48 | Ahmad, Ali M | Background Materials: Hill Talking Points and Draft Legislative Text | Predecisional and Deliberative | Email communication containing pre-decisional deliberations draft talking points on proposed Department action/decision/policy. | Redacted | | |
| DOC_0000224 | DOC_0000224 | DOC_0000223 | DOC_0000224 | | | | 4/13/2020 11:48 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Draft document reflecting mental processes of advisor to decisionmaker draft talking points on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000225 | DOC_0000225 | DOC_0000225 | DOC_0000226 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Kelley, Karen (Federal) [KKelley@doc.gov]; Walsh, Michael (Federal) [MWalsh@doc.gov]; Dillingham, Steven [steven.dillingham@census.gov]; Jarmin, Ron S [ron.s.jarmin@census.gov]; Lamas, Enrique [enrique.lamas@census.gov]; Jones, Christa D [christa.d.jones@census.gov]; Page, Benjamin J [benjamin.j.page@census.gov]; Christy, James T [james.t.christy@census.gov] | | 4/13/2020 14:04 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Please Review- Updated Briefing Points w/ Next Steps | Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker draft talking points on proposed Department action/decision/policy. | Redacted | | |
| DOC_0000226 | DOC_0000226 | DOC_0000225 | DOC_0000226 | | | | 4/13/2020 14:04 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Updated Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker proposed updates to Census schedule. | Withheld in full | | |
| DOC_0000248 | DOC_0000248 | DOC_0000247 | DOC_0000248 | | | | 4/13/2020 16:27 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Briefing Materials re Hill Conversation re June 1 Restart.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker draft talking points on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000249 | DOC_0000249 | DOC_0000249 | DOC_0000251 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Gorey, Lauren (Federal) [LGorey@doc.gov]; Foti, Anthony (Federal) [AFoti@doc.gov]; Ding, Michael (Federal) [MDing@doc.gov]; Brebbia, Sean (Federal) [SBrebbia@doc.gov]; Rockas, James (Federal) [JRockas@doc.gov]; Paranzino, Anthony (Federal) [AParanzino@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]; Kelley, Karen (Federal) [KKelley@doc.gov]; Dillingham, Steven [steven.dillingham@census.gov]; Jarmin, Ron S [ron.s.jarmin@census.gov] | 4/13/2020 16:50 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted | **Objection:** the DP privilege does not extend to factual materials, which must be segregated and released. | |
| DOC_0000250 | DOC_0000250 | DOC_0000249 | DOC_0000251 | | | | 4/13/2020 16:50 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- DRAFT Working Statement re 2020 Census Shift.docx | Predecisional and Deliberative | Document reflecting mental processes of decisionmaker a draft public statement on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000251 | DOC_0000251 | DOC_0000249 | DOC_0000251 | | | | 4/13/2020 16:50 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- Operational Adjustment and Activities- WORKING DOCUMENT.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed updates to Census schedule. | Withheld in full | | |
| DOC_0000252 | DOC_0000253 | DOC_0000252 | DOC_0000255 | Gorey, Lauren (Federal) [LGorey@doc.gov] | Ding, Michael (Federal) [MDing@doc.gov]; Jarmin, Ron S [ron.s.jarmin@census.gov]; Ahmad, Ali M [ali.m.ahmad@census.gov]; Foti, Anthony (Federal) [AFoti@doc.gov]; Brebbia, Sean (Federal) [SBrebbia@doc.gov]; Rockas, James (Federal) [JRockas@doc.gov]; Paranzino, Anthony (Federal) [AParanzino@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]; Kelley, Karen (Federal) [KKelley@doc.gov]; Dillingham, Steven [steven.dillingham@census.gov] | 4/13/2020 17:06 | Gorey, Lauren (Federal) | RE: QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Redacted | **Objection:** the DP privilege does not extend to factual materials, which must be segregated and released. | |
| DOC_0000254 | DOC_0000254 | DOC_0000252 | DOC_0000255 | | | | 4/13/2020 17:06 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- DRAFT Working Statement re 2020 Census Shift +OPA.docx | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations a draft public statement on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000255 | DOC_0000255 | DOC_0000252 | DOC_0000255 | | | | 4/13/2020 17:06 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | 20-069751 Oman-Cisco_sec_03062020 +OPA 4.13.2020.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000256 | DOC_0000258 | DOC_0000256 | DOC_0000260 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Paranzino, Anthony (Federal) [AParanzino@doc.gov]; Gorey, Lauren (Federal) [LGorey@doc.gov]; Ding, Michael (Federal) [MDing@doc.gov]; Jarmin, Ron S [ron.s.jarmin@census.gov]; Foti, Anthony (Federal) [AFoti@doc.gov]; Brebbia, Sean (Federal) [SBrebbia@doc.gov]; Rockas, James (Federal) [JRockas@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]; Kelley, Karen (Federal) [KKelley@doc.gov]; Dillingham, Steven [steven.dillingham@census.gov] | 4/13/2020 17:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: QUICK REVIEW-- STATEMENT & TWO-PAGE SCHEDULE | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions a draft public statement on proposed Department action/decision/policy. | Redacted | | |

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | Privilege Objection/Response | Judicial Determination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000259 | DOC_0000259 | DOC_0000256 | DOC_0000260 | | | | 4/13/2020 17:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW-- DRAFT Working Statement re 2020 Census Shift +OPA.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker a draft public statement on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000260 | DOC_0000260 | DOC_0000256 | DOC_0000260 | | | | 4/13/2020 17:17 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- WORKING OPERATIONAL UPDATE w LG edits.docx | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker a draft public statement on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000261 | DOC_0000261 | DOC_0000261 | DOC_0000261 | | | | 4/18/2020 16:16 | johns225 | 3- DRAFT DOC Exec Report Slides- Data Updated Monday 4-20-20.pdf | Predecisional and Deliberative | Document containing information gathered for pre- decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000262 | DOC_0000262 | DOC_0000262 | DOC_0000263 | Olson, Stephanie (Federal) [SOlson@doc.gov] | Grossman, Beth (Federal) [bgrossman@doc.gov]; Page, Benjamin J [benjamin.j.page@census.gov]; Cannon, Michael (Federal) [MCannon@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov] | 4/18/2020 20:06 | Olson, Stephanie (Federal) | CUI//PRIV FW: Census Legislative Proposal for OMB Review | Attorney-Client Privilege; Predecisional and Deliberative | Email communication providing legal advice from Department counsel proposed updates to Census schedule. | Withheld in full | **Objection:** the DP privilege does not extend to factual materials, which must be segregated and released.<br><br>**Objection:** attorney(s) not identified and insufficient information to determine whether any attorney(s) is providing legal advice | |
| DOC_0000263 | DOC_0000263 | DOC_0000262 | DOC_0000263 | | | | 4/18/2020 20:06 | | Draft Census Legislative Text for Congress 04.14.20 + OLC.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document reflecting legal analysis proposed updates to Census schedule. | Withheld in full | **Objection:** attorney(s) not identified and insufficient information to determine whether any attorney(s) is providing legal advice | |
| DOC_0000264 | DOC_0000264 | DOC_0000264 | DOC_0000264 | Walsh, Michael (Federal) [MWalsh@doc.gov] | Olson, Stephanie (Federal) [SOlson@doc.gov]; Grossman, Beth (Federal) [bgrossman@doc.gov]; Page, Benjamin J [benjamin.j.page@census.gov]; Cannon, Michael (Federal) [MCannon@doc.gov] | | 4/18/2020 20:08 | Walsh, Michael (Federal) | Re: CUI//PRIV FW: Census Legislative Proposal for OMB Review | Attorney-Client Privilege; Predecisional and Deliberative | Email communication providing legal advice from Department counsel proposed updates to Census schedule. | Withheld in full | **Objection:** the DP privilege does not extend to factual materials, which must be segregated and released.<br><br>**Objection:** attorney(s) not identified and insufficient information to determine whether any attorney(s) is providing legal advice | |
| DOC_0000265 | DOC_0000265 | DOC_0000265 | DOC_0000265 | | | | 4/20/2020 0:36 | Deborah Stempowski (CENSUS/DCMD FED) | TPs (high level) on post processing v.6.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed updates to Census schedule. | Withheld in full | **Objection:** the DP privilege does not extend to factual materials, which must be segregated and released.<br><br>**Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |
| DOC_0000266 | DOC_0000266 | DOC_0000266 | DOC_0000266 | | | | 4/20/2020 15:56 | James T Christy (CENSUS/LA FED) | Copy of Post Processing Calculator.xlsx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions internal briefing materials on proposed Department action/decision/policy. | Withheld in full | **Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |
| DOC_0000267 | DOC_0000267 | DOC_0000267 | DOC_0000269 | Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov] | Ahmad, Ali M [ali.m.ahmad@census.gov]; Walsh, Michael (Federal) [MWalsh@doc.gov]; Kelley, Karen (Federal) [KKelley@doc.gov] | Fontenot, Albert E [albert.e.fontenot@census.gov]; Christy, James T [james.t.christy@census.gov]; Lamas, Enrique [enrique.lamas@census.gov] | 4/20/2020 15:59 | Ron S Jarmin (CENSUS/DEPDIR FED) | Backgrolund | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted | **Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |
| DOC_0000268 | DOC_0000268 | DOC_0000267 | DOC_0000269 | | | | 4/20/2020 15:59 | James B Treat (CENSUS/ADDC FED) | Post Data Collecxtion Narravtive-1.docx | Predecisional and Deliberative | Document containing information gathered for pre- decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full | **Objection:** the DP privilege does not extend to factual materials, which must be segregated and released.<br><br>**Objection:** the DP privilege does not extend to documents or information "gathered for pre-decisional deliberations," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |
| DOC_0000269 | DOC_0000269 | DOC_0000267 | DOC_0000269 | | | | 4/20/2020 15:59 | James T Christy (CENSUS/LA FED) | Copy of Post Processing Calculator.xlsx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed updates to Census schedule. | Withheld in full | **Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |
| DOC_0000329 | DOC_0000329 | DOC_0000329 | DOC_0000329 | | | | 4/27/2020 16:53 | jeff bryant | 4. NPC Reopening Status 2020.04.27.docx | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions proposed Department action/decision/policy. | Withheld in full | **Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |
| DOC_0000330 | DOC_0000330 | DOC_0000330 | DOC_0000330 | | | | 4/27/2020 17:33 | johns225 | 1. Notional Phased Restart DOC Exec Slides Apr 27 2020 ver 1 (6).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations proposed updates to Census schedule. | Withheld in full | | |
| DOC_0000331 | DOC_0000331 | DOC_0000331 | DOC_0000331 | | | | 5/1/2020 19:38 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document reflecting mental processes of advisor to decisionmaker internal briefing materials on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000332 | DOC_0000332 | DOC_0000332 | DOC_0000333 | DRisko@doc.gov | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/2/2020 19:59 | DRisko@doc.gov | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions a draft presentation on proposed Department action/decision/policy. | Redacted | **Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | Privilege Objection/Response | Judicial Determination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000333 | DOC_0000333 | DOC_0000332 | DOC_0000333 | | | | 5/2/2020 19:59 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing information gathered for pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full | **Objection:** the DP privilege does not extend to documents or information "gathered for pre-decisional deliberations," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |
| DOC_0000334 | DOC_0000334 | DOC_0000334 | DOC_0000335 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=69966F04F7414063BA61A760CA5EAE61- DANIEL RISK] | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/2/2020 19:59 | Risko, Daniel (Federal) | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication containing pre-decisional deliberations draft correspondence communicating proposed Department action/decision/policy. | Redacted | | |
| DOC_0000335 | DOC_0000335 | DOC_0000334 | DOC_0000335 | | | | 5/2/2020 19:59 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000355 | DOC_0000355 | DOC_0000355 | DOC_0000355 | | | | 5/4/2020 22:26 | johns225 | 2. Phased Restart DOC Exec Slides for 2020.05.04 Updated (5).pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations proposed updates to Census schedule. | Withheld in full | | |
| DOC_0000356 | DOC_0000356 | DOC_0000356 | DOC_0000356 | | | | 5/4/2020 22:51 | johns225 | Phased Restart DOC Exec Slides for 2020.05.04 Updated 2 al late.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000357 | DOC_0000357 | DOC_0000357 | DOC_0000357 | | | | 5/4/2020 22:53 | johns225 | DOC Exec Report Slides for 2020.05.04 al late.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000358 | DOC_0000359 | DOC_0000358 | DOC_0000360 | DRisko@doc.gov | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/4/2020 23:13 | DRisko@doc.gov | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker a draft presentation on proposed Department action/decision/policy. | Redacted | | |
| DOC_0000360 | DOC_0000360 | DOC_0000358 | DOC_0000360 | | | | 5/4/2020 23:13 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000361 | DOC_0000362 | DOC_0000361 | DOC_0000363 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=69966F04F7414063BA61A760CA5EAE61- DANIEL RISK] | Kelley, Karen (Federal) [KKelley@doc.gov] | | 5/4/2020 23:13 | Risko, Daniel (Federal) | Fwd: Census Phased Resumption of Field Activities | Predecisional and Deliberative | Email communication reflecting mental processes of advisor to decisionmaker a draft presentation on proposed Department action/decision/policy. | Redacted | | |
| DOC_0000363 | DOC_0000363 | DOC_0000361 | DOC_0000363 | | | | 5/4/2020 23:13 | Christopher Denno | Phased Start of Field Ops - FOUO (005) final.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full | | |
| DOC_0000364 | DOC_0000364 | DOC_0000364 | DOC_0000364 | | | | 5/7/2020 12:20 | CENSUS | Three Page Narrative- 1editARJ.docx | Predecisional and Deliberative | Draft document containing pre-decisional deliberations proposed updates to Census schedule. | Withheld in full | **Objection:** lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | |
| DOC_0000365 | DOC_0000368 | DOC_0000365 | DOC_0000369 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Foti, Anthony (Federal) [AFoti@doc.gov]; Brebbia, Sean (Federal) [SBrebbia@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]; Olson, Stephanie (Federal) [SOlson@doc.gov] | 5/8/2020 19:29 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Timeline Update | Predecisional and Deliberative | Email communication reflecting information provided to facilitate deliberative discussions internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted | **Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable. | |

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction | Privilege Objection/Response | Judicial Determination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0000369 | DOC_0000369 | DOC_0000365 | DOC_0000369 | | | | 5/8/2020 19:29 | CENSUS | 2020 Operaitonal Timeline v5 Clean.docx | Predecisional and Deliberative | Draft document reflecting information provided to facilitate deliberative discussions draft talking points on proposed Department action/decision/policy. | Withheld in full | **Objection:** lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature.<br><br>**Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable.<br><br>**Objection:** even if applicable, the DP privilege does not prevent disclosure of this material in light of its importance and the need for its disclosure, which outweighs any harm in its production. The material describes the timeline under the COVID-19 plan and there is no colorable argument that disclosure of details of the COVID-19 Plan in these circumstances would act to hinder frank and independent policy discussions regarding contemplated policies and decisions, when the COVID-19 Plan has since been abandoned in favor of the Replan. Furthermore, Defendants have identified no other source for this information. | Overruled |
| DOC_0000371 | DOC_0000371 | DOC_0000370 | DOC_0000371 | | | | 5/8/2020 19:38 | CENSUS | 2020 Operaitonal Timeline v5 Clean.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing communications among agency staff, including counsel, providing legal advice and analysis from counsel draft talking points on proposed Department action/decision/policy. | Withheld in full | **Objection:** lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature.<br><br>**Objection:** the DP privilege does not extend to documents or information that "facilitate deliberative discussions," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable.<br><br>**Objection:** even if applicable, the DP privilege does not prevent disclosure of this material in light of its importance and the need for its disclosure, which outweighs any harm in its production. The material describes the timeline under the COVID-19 plan and there is no colorable argument that disclosure of details of the COVID-19 Plan in these circumstances would act to hinder frank and independent policy discussions regarding contemplated policies and decisions, when the COVID-19 Plan has since been abandoned in favor of the Replan. Furthermore, Defendants have identified no other source for this information.<br>Objection: attorney(s) not identified and insufficient information to determine whether any attorney(s) is providing legal advice | |
| DOC_0000441 | DOC_0000441 | DOC_0000440 | DOC_0000441 | | | | 5/11/2020 17:32 | Akshay.Gupta@treasury.gov | attachment 1.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full | **Objection:** lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | |
| DOC_0000442 | DOC_0000442 | DOC_0000442 | DOC_0000442 | | | | 5/14/2020 12:36 | Dominic R Beamer (CENSUS/DCMD FED) | 2. 2020 Nonresponse Followup Overview Presentation 05.18.20.pdf | Predecisional and Deliberative | Document containing information gathered for pre- decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full | **Objection:** the DP privilege does not extend to documents or information "gathered for pre-decisional deliberations," but only applies to pre-decisional deliberative materials themselves. By Defendants' own statements, the DP privilege is inapplicable.<br><br>**Objection:** lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | |