UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: IDENTIFICATION OF KEY DOCUMENTS AND SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFS** |

Given the volume of privileged documents and the volume of documents deemed non-privileged, each side may file an optional supplemental brief of up to 10 pages on September 22, 2020 at 9 a.m. Pacific Time. This supplemental brief is in addition to the optional up to 5 page supplemental briefs the parties may file on September 21, 2020 at 8 p.m. Pacific Time.

The Court appreciates the parties' identification of key documents thus far. However, the pdf file of more than 11,000 pages is not easily navigable. As a result, it is difficult to find pincited pages. Thus, the Court orders the parties to file a pdf of all the key documents that they have previously identified by September 21, 2020 at 9 a.m. Pacific Time with each document bookmarked or internally linked for easy navigation. For key documents that the parties identify on September 21, 2020 at 11 a.m. and 4 p.m. Pacific Time, the parties shall similarly file the key

documents as an attachment to their identifications.

**IT IS SO ORDERED.**

Dated: September 20, 2020

_____
LUCY H. KOH
United States District Judge