| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege Description | Redaction | Privilege Objection/Response | Judicial Determination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doc 475 | Doc 475 | | | | | | 5/28/2020 | Ron Jarmin | | Draft document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy | Withheld in full | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Sustained |
| DOC_0000476 | DOC_0000476 | DOC_0000476 | DOC_0000476 | | | | 5/28/2020 13:39 | Paul Krutsch (CENSUS/DCMD FED) | Decision Criteria for Reopening ACOs.pdf | Document containing pre-decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Overruled |
| DOC_0000477 | DOC_0000477 | DOC_0000477 | DOC_0000477 | | | | 5/28/2020 13:40 | Meghan Lee Philbin (CENSUS/CTO CTR) | State_Reopening_Supporting Data AI AK_01 MAY 2020v3.pdf | Document containing pre-decisional deliberations internal briefing materials on proposed Department action/decision/policy. | Withheld in full | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Overruled |
| DOC_0000478 | DOC_0000478 | DOC_0000478 | DOC_0000478 | | | | 5/28/2020 14:18 | Ron Jarmin | External Review of COVID response v2.docx | Draft document containing pre-decisional deliberations draft correspondence communicating proposed Department action/decision/policy. | Withheld in full | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Sustained |
| DOC_0000479 | DOC_0000479 | DOC_0000479 | DOC_0000479 | | | | 5/28/2020 15:00 | Dora B Durante (CENSUS/DCMD FED) | 2020 Census SBE Options 051920 (Late July or Late September only).docx | Document containing pre-decisional deliberations proposed Department action/decision/policy. | Withheld in full | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Sustained |
| DOC_0000480 | DOC_0000480 | DOC_0000480 | DOC_0000480 | | | Memmott-Kern,Kendra (Federal) [KMemmott-Kern@doc.gov] | 5/28/2020 22:17 | johns225 | 2. DRAFT DOC Exec Report Slides for June 1 2020 ver 1.pdf | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Overruled |
| DOC_0000481 | DOC_0000481 | DOC_0000481 | DOC_0000481 | | | | 5/29/2020 12:44 | johns225 | 1. DRAFT Phased Restart DOC Exec Report Slides for June 1 2020 ver 2.pdf | Document containing pre-decisional deliberations a draft report on proposed Department action/decision/policy. | Withheld in full | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Overruled |
| DOC_0000544 | DOC_0000545 | DOC_0000544 | DOC_0000545 | Knight, Harry (Federal) [HKnight@doc.gov] | Rafiekian, Christine [Christine.Rafiekian@trade.gov]; Brooke, Beatrice E. (Federal) [BBrooke1@doc.gov]; Risko, Daniel (Federal) [DRisko@doc.gov] | | 6/5/2020 19:52 | Knight, Harry (Federal) | OMB feedback is addressed and DOC FINAL APG Q1/Q2 Updates submitted... | Email communication containing pre-decisional deliberations internal deliberations among Department personnel, including counsel, on proposed Department action/decision/policy. | Redacted | Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Sustained |
| DOC_0000812 | DOC_0000813 | DOC_0000812 | DOC_0000813 | Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov] | Olson, Timothy P [timothy.p.olson@census.gov] | Risko, Daniel (Federal) [DRisko@doc.gov]; Walsh, Michael (Federal) [MWalsh@doc.gov] | 7/18/2020 16:44 | Benjamin J Page (CENSUS/CFO FED) | Re: OMB Supp Request | Email communication containing pre-decisional deliberations proposed Department action/decision/policy. | Redacted | Objection: the DP privilege does not extend to factual materials, which must be segregated and released. Objection: lack of required details regarding the information for which privilege is claimed and the information's pre-decisional, deliberative nature. | Privilege Sustained |