JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DECLARATION OF ALBERT E. FONTENOT, JR.** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

I, Albert E. Fontenot, Jr., make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am the Associate Director for Decennial Census Programs at the U.S. Census Bureau. This supplements my declaration in this case and addresses this Court's order that the Census Bureau state "whether Defendants' production to the General Accounting Office is identical to or different from Defendants' production to the Office of the Inspector General," and that "If the productions are different, Defendants shall identify the general differences".

2. The Census Bureau takes its obligations to comply with oversight requirements seriously, and submits many documents to both the OIG and the GAO on a regular basis. Both agencies have independent access to reports in certain Census Bureau systems and both receive a massive amount of documents from us on a regular basis. In fact, we produce so many documents information to these agencies that we have specific staff who do nothing but coordinate information production for OIG and GAO.

3. While there is some overlap in the information that the GAO and OIG request from the Census Bureau, these agencies conduct separate audits of Census Bureau operations, and their document requests are generally relevant to the specific audits each is conducting. For example, GAO is currently auditing topics including agencies' readiness for telework in light of COVID-19, the performance of the Census Bureau IT systems, and the results of our peak operations. OIG is currently auditing topics including our field award structure, operations in Remote Alaska, and our background investigation process.

4. We do not conduct email searches as part of the audit response process for GAO and OIG, rather we discuss documents with their auditors during staff interviews and identify specific documents they would like us to provide to them. The documents are generally reports on specifications, performance metrics, and results, not emails.

5. The OIG documents submitted to this Court are different. These documents were the result of a search mandated in response to a special request made by the investigative division

DECLARATION OF ALBERT E. FONTENOT, JR.
Case No. 5:20-cv-05799-LHK

of the OIG.  Those documents were produced separate from our standard processes for producing information to OIG and GAO audits discussed in paragraphs 3 and 4 above.

    I have read the foregoing and it is all true and correct.

DATED this ___ day of September, 2020

_____

Albert E. Fontenot, Jr.

Associate Director for Decennial Census Programs

United States Bureau of the Census