UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, et al.,<br><br>　　　　　Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER RE: SUPPLEMENTAL PRELIMINARY INJUNCTION BRIEFS AND PRODUCTION OF SECRETARY ROSS DOCUMENTS** |

　　　　Pursuant to Plaintiffs' request, ECF No. 189, instead of filing two supplemental briefs totaling 15 pages at 8 p.m. today and 9 a.m. tomorrow Pacific Time, the parties shall file one 15 page supplemental brief tomorrow, September 22, 2020, at 9 a.m. Pacific Time.

　　　　The parties shall file as an exhibit to their supplemental briefs a timeline of when and how the Replan was created and adopted and when and how the agency considered the statutory deadlines for the Covid-19 Plan and the Replan. The parties shall cite specific Bates numbers for documents that support events in their timeline.

　　　　Finally, the Court orders Defendants to file a pdf file with all documents from the September 13 and 18, 2020 productions that were authored, sent or received by Secretary Ross by September 21, 2020 at 10 p.m. Pacific Time, with each document bookmarked or internally linked

for easy navigation.

**IT IS SO ORDERED.**

Dated: September 21, 2020

_____
LUCY H. KOH
United States District Judge