JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Case No. 5:20-cv-05799-LHK <br><br> **DEFENDANTS' RESPONSE TO THE COURT'S SEPTEMBER 21, 2020 ORDER RE: PRODUCTION OF SECRETARY ROSS DOCUMENTS, ECF No. 194** |

Pursuant to the Court's Order dated September 21, 2020, ECF No. 194, Defendants respectfully state that Attachment A contains the non-privileged documents from the September 13 and 18, 2020 productions that were authored, sent, or received by Secretary Ross, with each document bookmarked.

DATED: September 21, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
ALEXANDER V. SVERDLOV
   (New York Bar No. 4918793)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ M. Andrew Zee*
M. ANDREW ZEE