JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' RESPONSE TO THE COURT'S REQUEST DURING THE SEPTEMBER 22, 2020, HEARING** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

Pursuant to the Court's direction during today's hearing, Defendants respectfully direct the Court to the following documents, publicly available on the Government Accountability Office's website:

1. Testimony Before the Committee on Oversight and Reform, U.S. House of Representatives, (Gov't Accountability Office, Sept. 10 2020), https://www.gao.gov/assets/710/709291.pdf
2. Recent Decision to Compress Census Timeframes Poses Additional Risks to an Accurate Count, (Gov't Accountability Office, Aug. 27, 2020), https://www.gao.gov/assets/710/709015.pdf

DATED:  September 22, 2020                    Respectfully submitted,

                                              JEFFREY BOSSERT CLARK
                                              Acting Assistant Attorney General

                                              ALEXANDER K. HAAS
                                              Branch Director

                                              DIANE KELLEHER
                                              BRAD P. ROSENBERG
                                              Assistant Branch Directors

                                              */s/ Alexander V. Sverdlov*
                                              ALEXANDER V. SVERDLOV
                                                (New York Bar No. 4918793)
                                              M. ANDREW ZEE (SBN 272510)
                                              Trial Attorneys
                                              U.S. Department of Justice
                                              Civil Division - Federal Programs Branch
                                              1100 L Street, NW
                                              Washington, D.C. 20005
                                              Telephone: (202) 305-0550

                                              *Attorneys for Defendants*

DEFENDANTS' RESPONSE TO THE COURT'S REQUEST
DURING THE SEPTEMBER 22, 2020, HEARING
Case No. 5:20-cv-05799-LHK

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV