| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (*pro hac vice*)<br>    rick.bress@lw.com<br>  Melissa Arbus Sherry (*pro hac vice*)<br>    melissa.sherry@lw.com<br>  Anne W. Robinson (*pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (*pro hac vice*)<br>    tyce.walters@lw.com<br>  Genevieve P. Hoffman (*pro hac vice*)<br>    genevieve.hoffman@lw.com<br>  Gemma Donofrio (*pro hac vice*)<br>    gemma.donofrio@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice* forthcoming)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (*pro hac vice* forthcoming<br>    dspence@lawyerscommittee.org<br>  Ajay P. Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>  Maryum Jordan (Bar No. 325447)<br>    mjordan@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Additional counsel and representation<br>information listed in signature block* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**PLAINTIFFS' RESPONSE TO COURT REQUEST DURING SEPTEMBER 22, 2020 HEARING REGARDING HISTORICAL CENSUSES**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

Pursuant to the Court's direction, Plaintiffs respectfully submit further details regarding the historical censuses for which statutory deadlines were missed. Specifically, in four separate 19th century censuses, the officials in charge—"assistants" charged with transmitting the count to "marshals" or "secretaries," who in turn transmitted returns to the Secretary of State—failed to complete or transmit the count by statutory deadlines. In each of those instances, after one or more deadlines had passed without the enumeration having been completed, Congress ultimately extended *ex post* the applicable deadlines.

**1. 1810 Census**

By statute, assistants conducting the 1810 enumeration were required to transmit returns to marshals and secretaries by January 1, 1811. *See* Act of Apr. 12, 1810, ch. 23, § 1, 2 Stat. 570, 570 (1810) (Exhibit A). And the marshals and secretaries, in turn, were required to transmit returns to the Secretary of State by March 1, 1811. *See* Act of Mar. 26, 1810, ch. 17, § 3, 2 Stat. 564, 566 (1810) (Exhibit B).

The transmissions did not occur by the respective deadlines. Only on March 2, 1811— months after the first deadline had passed—did Congress act to extend each deadline, granting until June 3, 1811, for the assistants to transmit returns to marshals and secretaries, and granting until July 1, 1811, for marshals and secretaries to transmit returns to the Secretary of State. *See* Act of Mar. 2, 1811, ch. 34, 2 Stat. 658 (1811) (Exhibit C). This amounted to a four month extension for the ultimate transmission of returns to the Secretary of State.

**2. 1820 Census**

By statute, assistants conducting the 1820 enumeration were required to transmit returns to marshals by February 7, 1821, and marshals were required to transmit returns to the Secretary of State by April 1, 1821. *See* Act of Mar. 14, 1820, ch. 24, §§ 1, 3, 3 Stat. 548, 549-50 (1820) (Exhibit D). On March 3, 1821—after the first of those deadlines had been missed—Congress pushed back both deadlines to the exact same date, September 1, 1821. *See* Act of Mar. 3, 1821, ch. 49, 3 Stat. 643, 643 (1821) (Exhibit E). This amounted to a five month extension for the ultimate transmission of returns to the Secretary of State.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

### 3. 1830 Census

By statute, assistants conducting the 1830 enumeration were required to transmit returns to marshals by December 1, 1830, and marshals were required to transmit returns to the Secretary of State by February 1, 1831. *See* Act of Mar. 23, 1830, ch. 40, §§ 1-3, 4 Stat. 383, 384-84 (1830) (Exhibit F). After both dates had been missed, on February 3, 1831 Congress granted an extension of both those dates—to June 1, 1831, and August 1, 1831, respectively. *See* Act of Feb. 3, 1831, ch. 17, § 1, 4 Stat. 439, 440 (1831) (Exhibit G).

### 4. 1840 Census

By statute, assistants conducting the 1840 enumeration were required to transmit returns to marshals by October 1, 1840, and marshals were required to transmit returns to the Secretary of State by December 1, 1840. *See* Act of Mar. 3, 1839, ch. 80, § 1-3, 5 Stat. 331, 333 (1839) (Exhibit H). On January 14, 1841—more than three month after the first of those two deadlines had passed—Congress extended both deadlines, to May 1, 1841, and June 1, 1841, respectively. *See* Act of Jan. 14, 1841, ch. 3, §1, 5 Stat. 411, 411 (1841) (Exhibit I). On September 1, 1841—several months after both of those amended deadlines had passed—Congress again extended the deadlines, to December 1, 1841, and January 1, 1842, respectively. *See* Act of Sept. 1, 1841, ch. 15, §1, 5 Stat. 452, 452 (1841) (Exhibit J).

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

| | | |
|---|---|---|
| 1 | Dated: September 22, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com |
| 5 | | Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com |
| 6 | | Amit Makker (Bar No. 280747)<br>amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095 |
| 11 | | Richard P. Bress (admitted *pro hac vice*)<br>rick.bress@lw.com |
| 12 | | Melissa Arbus Sherry (admitted *pro hac vice*)<br>melissa.sherry@lw.com |
| 13 | | Anne W. Robinson (admitted *pro hac vice*)<br>anne.robinson@lw.com |
| 14 | | Tyce R. Walters (admitted *pro hac vice*)<br>tyce.walters@lw.com |
| 15 | | Genevieve P. Hoffman (admitted *pro hac vice*)<br>genevieve.hoffman@lw.com |
| 16 | | Gemma Donofrio (admitted *pro hac vice*)<br>gemma.donofrio@lw.com |
| 17 | | **LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 19 | | Facsimile: 202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League;*<br>*League of Women Voters; Black Alliance for* |
| 21 | | *Just Immigration; Harris County, Texas; King*<br>*County, Washington; City of San Jose,* |
| 22 | | *California; Rodney Ellis; Adrian Garcia; and*<br>*the NAACP* |
| 23 | Dated: September 22, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (*pro hac vice* forthcoming)<br>kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (admitted *pro hac vice*)<br>erosenberg@lawyerscommittee.org |
| 27 | | Dorian L. Spence (*pro hac vice* forthcoming)<br>dspence@lawyerscommittee.org |
| 28 | | Maryum Jordan (*pro hac vice* forthcoming) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: 213.385.2977
Facsimile: 213.385.9089

*Attorneys for Plaintiff City of San Jose*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

| | |
|---|---|
| | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice* forthcoming)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345<br><br>*Attorneys for Navajo Nation* |
| Dated: September 22, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: September 22, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

| | | |
|---|---|---|
| Dated: September 22, 2020 | | By: */s/ Rafey S. Balabanian* |

Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (admitted *pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: September 22, 2020  By: */s/ Donald R. Pongrace*

Donald R. Pongrace (admitted *pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Phone: 213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian Community*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

| | |
|---|---|
| Dated: September 22, 2020 | By: */s/ David I. Holtzman*<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 22, 2020　　　　　　　　　　**LATHAM & WATKINS LLP**

By: */s/ Sadik Huseny*
　　　Sadik Huseny

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE
RE: HISTORICAL CENSUSES