# EXHIBIT A

be levied by said court on the assessable property of said county and the city of Washington, and paid over to the person or persons entitled to receive the same.

Approved, March 30, 1810.

Statute II.

April 12, 1810.

Act of March 26, 1810, ch. 17.

Chap. XXIII.—*An Act to alter and amend an act, entituled "An act providing for the third census or enumeration of the inhabitants of the United States," passed the twenty-sixth day of March, one thousand eight hundred and ten.*

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the enumeration mentioned in the first section of the act hereby amended, shall close within five months from the first Monday in August next, and the assistants shall make their returns to the marshals and secretaries within the said five months, any thing in the said act to the contrary notwithstanding.

Approved, April 12, 1810.

Statute II.

April 20, 1810.

Chap. XXVI.—*An Act to incorporate a company for making certain turnpike roads in the District of Columbia.*

Commissioners for receiving subscriptions.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That Daniel Carrol, of Duddington, George W. P. Custis, Thomas Fenwick, John Tayloe, Samuel Harrison Smith, Daniel Brent, Daniel Rapine, Frederick May, Elias B. Caldwell, William Brent, James D. Barry and John Law, be, and they are hereby appointed and constituted a board of commissioners, a majority of whom to constitute a quorum, with full power to receive and enter in such book or books, as they may deem proper, by themselves or by their agents, subscriptions for raising a capital stock of sixty thousand dollars, in shares of one hundred dollars each, for the purpose of opening, gravelling and improving the following roads in the district of Columbia, to wit: One road from the boundary line of the city of Washington, to the boundary line of the district of Columbia, in the most direct and practicable route from the Capitol to Baltimore. One road from the boundary line of the city of Washington, to the boundary line of the district of Columbia, in the most direct and practicable route from the Capitol to Montgomery Courthouse; and one road from the western extremity of the causeway leading from Alexander's island to the boundary line of the district of Columbia, in the most direct and practicable route towards the Little river turnpike road, in the state of Virginia. The times, places and manner of receiving and entering subscriptions, and the manner of authenticating powers of attorney, or other instruments of writing authorizing subscriptions to be made by any person or persons in the name of any other person or persons, to be ascertained by said board of commissioners, and duly advertised in such gazettes or public prints, as they may deem expedient: *Provided*, that no subscription shall be received, unless the sum of ten dollars be first paid into the hands of such agent or other person, as said commissioners may authorize to receive it.

Direction or course of the roads to be opened, gravelled and improved.

The times, places and manner of receiving subscriptions, to be determined by the commissioners.
Proviso.

When 150 shares shall have been subscribed, the commissioners to give notice, that there may be a meeting of the stockholders to choose directors.

Sec. 2. *And be it further enacted*, That when any number of persons shall have subscribed one hundred and fifty shares or more of the said stock, the said commissioners, or a majority of them, may, and when the whole number of shares aforesaid shall be subscribed, shall give notice in some newspaper, printed in the district of Columbia, of a time and place to be by them appointed for the subscribers to proceed to organize the said corporation, at which time and place the said subscribers, by a majority of votes to be delivered by ballots in person, or by proxy duly authorized, shall elect one president and four directors, to conduct the business of said company for one year, and until other