# EXHIBIT C

Vessels from or beyond the Cape of Good Hope may enter at Plymouth.

SEC. 5. *And be it further enacted,* That ships or vessels, arriving from and after the first day of May next from the Cape of Good Hope, or from any place beyond the same, shall be admitted to make entry at Plymouth and Nantucket ports of entry in the state of Massachusetts.

Bangor made a port of delivery.

SEC. 6. *And be it further enacted,* That from and after the first day of May next, Bangor, in the district of Penobscot, in the state of Massachusetts, be, and the same is hereby made a port of delivery, to be annexed to the district of Penobscot; and that a surveyor be appointed to reside at the said port of delivery.

District of Teche established.

SEC. 7. *And be it further enacted,* That all that part of the collection district of Mississippi, which includes the waters of the river Teche, and all the shores, bays and rivers, west of the Atchafalaya, be, and the same is hereby established as a new district, to be called the district of Teche; that Nova Iberia be the port of entry for the same; and that a collector be appointed to reside at the port of entry.

Surveyor to be appointed, to reside at the mouth of Rappahannock.

SEC. 8. *And be it further enacted,* That a surveyor be appointed to reside at or near the mouth of the Rappahannock river, at such place as the President of the United States shall designate.

Compensations of the collectors and surveyors.

1799, ch. 22.

SEC. 9. *And be it further enacted,* That the several collectors and surveyors, who may be appointed by virtue of this act, and whose salaries are not fixed by a preceding section, shall, in addition to the fees and commissions authorized by law, receive respectively the same annual salary which by law is allowed to the collectors and surveyors of the districts bordering on Lake Erie.

APPROVED, March 2, 1811.

STATUTE III.

March 2, 1811.

[Obsolete.]

CHAP. XXXIV.—*An Act to extend the time for completing the third census, or enumeration of the inhabitants of the United States.*

1810, ch. 17.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the assistants in the several states and territories, for which returns have not been completed, have, until the first Monday of June next, to make their returns to the marshals and secretaries; and that the marshals and secretaries have, until the first Monday of July next, to make and file their returns in the office of the Secretary of State, any law to the contrary notwithstanding.

APPROVED, March 2, 1811.

STATUTE III.

March 2, 1811.

[Expired.]

CHAP. XXXVI.—*An Act declaring the consent of Congress to an act of the state of Georgia, passed the twelfth of December, one thousand eight hundred and four, "establishing the fees of the harbor master and health officer of the ports of Savannah and St. Mary's."*

1813, ch. 53.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the consent of Congress be, and hereby is granted and declared to the operation of an act of the legislature of Georgia, passed the twelfth of December, one thousand eight hundred and four, establishing the fees of the harbor master and health officer of the ports of Savannah and St. Mary's.

SEC. 2. *And be it further enacted,* That this act shall be in force for one year, and no longer.

APPROVED, March 2, 1811.