# EXHIBIT D

from and after the day of sale; *And further,* That the bounty lands granted, or hereafter to be granted, for military services during the late war, shall, while they continue to be held by the patentees, or their heirs, remain exempt as aforesaid from taxation for the term of three years from and after the date of the patents respectively.

A true and attested copy of the constitution to be transmitted to Congress.

Sec. 7. *And be it further enacted,* That in case a constitution and state government shall be formed for the people of the said territory of Missouri, the said convention or representatives, as soon thereafter as may be, shall cause a true and attested copy of such constitution, or frame of state government, as shall be formed or provided, to be transmitted to Congress.

Slavery, &c. forever prohibited in the territory north of 36 deg. 30 minutes north latitude, except in Missouri.
Proviso: fugitives may be reclaimed.

Sec. 8. *And be it further enacted,* That in all that territory ceded by France to the United States, under the name of Louisiana, which lies north of thirty-six degrees and thirty minutes north latitude, not included within the limits of the state, contemplated by this act, slavery and involuntary servitude, otherwise than in the punishment of crimes, whereof the parties shall have been duly convicted, shall be, and is hereby, forever prohibited: *Provided always,* That any person escaping into the same, from whom labour or service is lawfully claimed, in any state or territory of the United States, such fugitive may be lawfully reclaimed and conveyed to the person claiming his or her labour or service as aforesaid.

APPROVED, March 6, 1820.

---

STATUTE I.

March 13, 1820.

CHAP. XXIII.—*An Act in addition to an act, entitled " An act regulating the post-office establishment."*

Act of April 3, 1810, ch. 37.
The President of the Senate pro tem. and speaker of the House of Representatives, entitled to frank as the Vice President of the United States.

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That during the present and every subsequent session of Congress, all letters and packets to and from the President of the Senate pro tempore, and the Speaker of the House of Representatives for the time being, shall be received and conveyed by mail, free of postage, under the same restrictions as are provided by law with respect to letters and packets to and from the Vice President of the United States.

APPROVED, March 13, 1820.

---

STATUTE I.

March 14, 1820.

CHAP. XXIV.—*An Act to provide for taking the fourth census, or enumeration of the inhabitants of the United States, and for other purposes.* (a)

Act of March 3, 1821, ch. 49.
Marshals of districts and territories to cause the number of inhabitants to be taken, under the direction of the Secretary of State.
Classes to be enumerated.

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That the marshals of the several districts of the United States, and of the district of Columbia, and of the territories of Missouri, Michigan, and Arkansas, respectively, shall be, and they are hereby, authorized, and required, under the direction of the Secretary of State, and according to such instructions as he shall give, pursuant to this act, to cause the number of the inhabitants within their respective districts and territories, to be taken, omitting, in such enumeration, Indians not taxed, and distinguishing free persons, including those bound to service for a term of years, from all others; distinguishing, also, the sexes and colours of free persons, and the free males under ten years of age; those of ten years and under sixteen ; those of sixteen and under twenty-six ; those of twenty-six and under forty-five and those of forty-five and upwards : and, also, distinguishing free females under ten years of age; those of ten and under sixteen; those of sixteen

---

(a) See note to act of March 1, 1790, vol. i. 101, referring to the acts providing for taking a census of the United States.

and under twenty-six; those of twenty-six and under forty-five; and those of forty-five and upwards; and, also, distinguishing the number of persons engaged in agriculture, commerce, and manufactures, respectively. For effecting which the marshals aforesaid shall have power, and they are hereby, respectively, authorized and required, to appoint one or more assistants in each county and city, in their respective districts and territories, residents of the county and city for which they shall be appointed, and shall assign a certain division to each of the said assistants, which division shall not consist of more than one county or city, but may include one or more towns, townships, wards, hundreds, or parishes, plainly and distinctly bounded by water courses, mountains, public roads, or other monuments. And the said enumeration shall be made by an actual inquiry at every dwelling-house, or of the head of every family, and not otherwise. The marshals and their assistants shall, respectively, take an oath or affirmation before some judge or justice of the peace, resident within their respective districts or territories, before they enter on the duties required by this act. The oath or affirmation of the marshal shall be as follows: I, A. B. marshal of the district of ——, do solemnly swear, (or affirm,) that I will well and truly cause to be made, a just and perfect enumeration and description of all persons resident within my district or territory,) and also an account of the manufactures, except household manufactures, and return the same to the Secretary of State, agreeably to the directions of an act of Congress, entitled, "An act to provide for taking the fourth census or enumeration of the inhabitants of the United States, and for other purposes," according to the best of my ability. The oath or affirmation of an assistant shall be; I, A. B. do solemnly swear, (or affirm,) that I will make a just and perfect enumeration and description of all persons resident within the division assigned to me for that purpose, by the marshal of ——, and also an account of the manufactures, except household manufactures, and make due return thereof to the said marshal, agreeably to the directions of an act of Congress, entitled "An act to provide for taking the fourth census or enumeration of the inhabitants of the United States, and for other purposes," according to the best of my abilities. The enumeration shall commence on the first Monday of August, in the year one thousand eight hundred and twenty, and shall close within six calendar months thereafter. The several assistants shall, within the said six months, transmit to the marshals, by whom they shall respectively be appointed, accurate returns of all persons, except Indians not taxed, within their respective divisions: which returns shall be made in a schedule, distinguishing, in each county, city, town, township, ward, or parish, the several families, by the names of their master, mistress, steward, overseer, or other principal person therein, in the manner following: The number of persons within my division, consisting of ——, appears in a schedule hereto annexed, subscribed by me this —— day of —— in the year one thousand eight hundred and twenty. A. B. assistant to the marshal of ——.

*Marshals may appoint assistants.*

*A division to each assistant.*

*Enumeration by actual inquiry.*

*Marshals and assistants to take an oath.*

*Form of marshal's oath.*

*Form of assistant's oath.*

*Beginning and close of the enumeration.*

*Assistants to transmit accurate returns.*

*Form of the schedule of return.*

| Name of the county, parish, township, town, or city, where the family resides. |
| Names of heads of families. |
| Free white males under ten years. |
| Free white males of ten and under sixteen. |
| Free white males between sixteen and eighteen. |
| Free white males of sixteen and under twenty-six, including heads of families. |
| Free white males of twenty-six and under forty-five, including heads of families. |
| Free white males of forty-five and upwards, including heads of families. |
| Free white females under ten years of age. |
| Free white females of ten and under sixteen. |
| Free white females of sixteen and under twenty-six including heads of families. |
| Free white females of twenty-six and under forty-five, including heads of families. |
| Free white females of forty-five and upwards, including heads of families. |
| Foreigners not naturalized. |

### SLAVES.

| Males under fourteen. |
| Males of fourteen and under twenty-six. |
| Males of twenty-six and under forty-five. |
| Males of forty-five and upwards. |
| Females of fourteen. |
| Females of fourteen and under twenty-six. |
| Females of twenty-six and under forty-five. |
| Females of forty-five and upwards. |

### FREE COLOURED PERSONS.

| Males under fourteen years. |
| Males of fourteen and under twenty-six. |
| Males of twenty-six and under forty-five. |
| Males of forty-five and upwards. |
| Females under fourteen years. |
| Females of fourteen and under twenty-six. |
| Females of twenty-six and under forty-five. |
| Females of forty-five and upwards. |
| All other persons, except Indians not taxed. |

*SCHEDULE of the whole number of persons within the division allotted to A. B.*

200 dolls. forfeit for neglect or false returns.

SEC. 2. *And be it further enacted*, That every assistant, failing or neglecting to make a proper return, or making a false return, of the enumeration to the marshal, within the time limited by this act, shall forfeit the sum of two hundred dollars, recoverable in the manner pointed out in the next section of this act.

Marshals to file returns, &c. with clerks of courts.

Marshals to transmit aggregate amounts to the Secretary of State.

Marshal failing forfeits 1000 dolls.

SEC. 3. *And be it further enacted*, That the marshals shall file the several returns aforesaid, and, also, an attested copy of the aggregate amount hereinafter directed to be transmitted by them, respectively, to the Secretary of State, with the clerks of their respective districts, or superior courts, (as the case may be,) who are hereby directed to receive and carefully to preserve, the same. And the marshals, respectively, shall, on or before the first day of April, in the year one thousand eight hundred and twenty-one, transmit to the Secretary of State the aggregate amount of each description of persons within their respective districts or territories. And every marshal failing to file the returns of his assistants, or the returns of any of them, with the clerks of the respective courts, as aforesaid, or failing to return the aggregate amount of each description

of persons, in their respective districts or territories, as required by this act, and as the same shall appear from said returns, to the Secretary of State, within the time limited by this act, shall, for every such offence, forfeit the sum of one thousand dollars; which forfeitures shall be recoverable in the courts of the districts or territories where the said offences shall be committed, or within the circuit courts held within the same, by action of debt, information, or indictment; the one half thereof to the use of the United States, and the other half to the informer; but where the prosecution shall be first instituted on behalf of the United States, the whole shall accrue to their use. And, for the more effectual discovery of such offences, the judges of the several district courts in the several districts, and of the supreme courts in the territories of the United States, as aforesaid, at their next session, to be held after the expiration of the time allowed for making the returns of the enumeration hereby directed, to the Secretary of State, shall give this act in charge to the grand juries in their respective courts, and shall cause the returns of the several assistants, and the said attested copy of the aggregate amount, to be laid before them for their inspection.

Forfeitures recoverable where the offences are committed, &c.
Half to the informer; unless, &c.
Judges to give this act in charge to grand juries—
And cause returns and aggregate amount to be laid before them.
Compensation of assistants.

Sec. 4. *And be it further enacted,* That every assistant shall receive at the rate of one dollar for every hundred persons by him returned, where such persons reside in the country; and where such persons reside in a city or town, containing more than three thousand persons, such assistant shall receive at the rate of one dollar for every three hundred persons: but where, from the dispersed situation of the inhabitants in some divisions, one dollar will be insufficient for one hundred persons, the marshals, with the approbation of the judges of their respective districts or territories, may make such further allowance to the assistants in such divisions as shall be deemed an adequate compensation: *Provided,* The same does not exceed one dollar and twenty-five cents for every fifty persons by them returned; *Provided further,* That before any assistant, as aforesaid, shall be entitled to receive said compensation, he shall take and subscribe the following oath or affirmation, before some judge or justice of the peace, authorized to administer the same, to wit: I, A. B. do solemnly swear or affirm, that the number of persons set forth in the return made by me, agreeably to the provisions of the act, entitled "An act to provide for taking the fourth census or enumeration of the inhabitants of the United States, and for other purposes," have been ascertained by an actual inquiry at every dwelling-house, or of the head of every family, in exact conformity with the provisions of said act; and that I have, in every respect, fulfilled the duties required of me by said act, to the best of my abilities, and that the return aforesaid is correct and true, according to the best of my knowledge and belief. The several marshals shall receive as follows: the marshal of the district of Maine, two hundred and fifty dollars; the marshal of the district of New Hampshire, two hundred and fifty dollars; the marshal of the district of Massachusetts, three hundred dollars; the marshal of the district of Rhode Island, one hundred and fifty dollars; the marshal of the district of Connecticut, two hundred dollars; the marshal of the district of Vermont, two hundred and fifty dollars; the marshal of the southern district of New York, two hundred and fifty dollars; the marshal of the northern district of New York, two hundred and fifty dollars; the marshal of the district of New Jersey, two hundred dollars; the marshal of the eastern district of Pennsylvania, three hundred dollars; the marshal of the western district of Pennsylvania, two hundred dollars; the marshal of the district of Delaware, one hundred dollars: the marshal of the district of Maryland, three hundred dollars; the marshal of the eastern district of Virginia, three hundred dollars; the marshal of the western district of Virginia, two hundred dollars; the marshal of the district of Kentucky, three hundred dollars; the marshal of the district of North Carolina,

Proviso: limit of compensation.
Proviso: assistant to take and subscribe an oath before compensation.
Form of the oath.
Compensation of the marshals.

three hundred and fifty dollars; the marshal of the district of South Carolina, three hundred dollars; the marshal of the district of Georgia, three hundred dollars; the marshal of the district of East Tennessee, one hundred and fifty dollars; the marshal of the district of West Tennessee, one hundred and fifty dollars; the marshal of the district of Ohio, three hundred dollars; the marshal of the district of Indiana, two hundred dollars; the marshal of the district of Illinois, one hundred and fifty dollars; the marshal of the district of Mississippi, one hundred and fifty dollars; the marshal of the district of Louisiana, one hundred and fifty dollars; the marshal of the district of Alabama, one hundred and fifty dollars; the marshal of the district of Columbia, fifty dollars; the marshal of the Missouri territory, one hundred dollars; the marshal of the Michigan territory, one hundred dollars; the marshal of the Arkansas territory, one hundred dollars.

Abode, family, or habitation of persons enumerated.

SEC. 5. *And be it further enacted,* That every person whose usual place of abode shall be in any family, on the said first Monday in August, one thousand eight hundred and twenty, shall be returned as of such family; and the name of every person who shall be an inhabitant of any district or territory, without a settled place of residence, shall be inserted in the column of the schedule which is allotted for the heads of families in the division where he or she shall be on the said first Monday in August; and every person occasionally absent at the time of enumeration, as belonging to the place in which he or she usually resides in the United States.

Obligation of every free person above 16, to give information.

SEC. 6. *And be it further enacted,* That each and every free person more than sixteen years of age, whether heads of families or not, belonging to any family within any division, district, or territory, made or established within the United States, shall be, and hereby is, obliged to render to the assistant of the division, if required, a true account, to the best of his or her knowledge, of every person belonging to such family, respectively, according to the several descriptions aforesaid, on pain of forfeiting twenty dollars, to be sued for and recovered, in any action of debt, by such assistant; the one half to his own use, and the other half to the use of the United States.

Or forfeit 20 dolls.
Half to the assistant.
Assistant to set a correct copy or schedule up at two public places.

SEC. 7. *And be it further enacted,* That each and every assistant, previous to making his return to the marshal, shall cause a correct copy signed by himself, of the schedule containing the number of inhabitants within his division, to be set up at two of the most public places within the same, there to remain for the inspection of all concerned; for each of which copies, the said assistant shall be entitled to receive two dollars: *Provided,* Proof of the schedule having been set up and suffered to remain, shall be transmitted to the marshal, with the return of the number of persons; and in case any assistant shall fail to make such proof to the marshal, as aforesaid, he shall forfeit the compensation allowed him by this act.

Proviso: proof of setting up schedule.
Or forfeiture of compensation.

SEC. 8. *And be it further enacted,* That the Secretary of State shall be, and hereby is, authorized and required, to transmit to the marshals of the several districts and territories, regulations and instructions pursuant to this act, for carrying the same into effect, and also the forms contained therein of the schedule, to be returned, and such other forms as may be necessary in carrying this act into execution, and proper interrogatories to be administered by the several persons to be employed in taking the enumeration.

Secretary of State to transmit instructions, forms, and interrogatories, to the marshals.

SEC. 9. *And be it further enacted,* That in those states composing two districts, and where a part of a county may lie in each district, such county shall be considered as belonging to that district in which the courthouse of said county may be situate.

States with two districts, &c.

SEC. 10. *And be it further enacted,* That it shall be the duty of the several marshals and their assistants, at the time for taking the said cen-

Account of manufacturing

sus, to take, under the direction of the Secretary of State, and according to such instructions as he shall give, and such forms as he shall prescribe, an account of the several manufacturing establishments, and their manufactures, within their several districts, territories, and divisions: the said assistants shall make return of the same to the marshals of their respective districts or territories; and the said marshals shall transmit the said returns, and abstracts thereof, to the Secretary of State, at the same time at which they are, by this act, required, respectively, to make their returns to the Secretary of State: for the performance of which additional service, they shall, respectively, receive, as compensation therefor, not exceeding twenty per centum in addition to the sums allowed by this act, to be apportioned in proportion to the services rendered, under the direction of the Secretary of State. <span style="float:right">establishments and manufactures to be taken.<br>Assistants to make returns, and marshals to transmit returns, &c. to the Secretary of State.<br>Additional compensation.</span>

SEC. 11. *And be it further enacted,* That in all cases where the superficial content of any county or parish shall exceed forty miles square, and the number of inhabitants in said parish or county shall not exceed two thousand five hundred, the marshal or assistants shall be allowed, with the approbation of their judges of the respective districts or territories, such further compensation as shall be deemed reasonable : *Provided,* The same does not exceed three dollars for every fifty persons by them returned. <span style="float:right">Further compensation with approbation of the judges.<br><br>Proviso.</span>

SEC. 12. *And be it further enacted,* That when the aforesaid enumeration shall be completed, and returned to the office of the Secretary of State, by the marshals of the states and territories, he shall direct the printers to Congress to print, for the use of the Congress, fifteen hundred copies thereof. <span style="float:right">1500 copies to be printed for the use of Congress.</span>

APPROVED, March 14, 1820.

———

STATUTE I.

CHAP. XXV.—*An Act making appropriations for the support of the navy of the United States, for the year one thousand eight hundred and twenty.* <span style="float:right">March 17, 1820.</span>

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That for defraying the expenses of the navy, for the year one thousand eight hundred and twenty, the following sums be, and the same are hereby, respectively appropriated. <span style="float:right">Appropriations.</span>

For pay and subsistence of the officers, and pay of the seamen, nine hundred and eighty-nine thousand three hundred and twenty dollars. <span style="float:right">Pay of officers and pay of seamen.</span>

For provisions, four hundred and fifteen thousand one hundred and eighty-seven dollars. <span style="float:right">Provisions.</span>

For medicines, hospital stores, and all expenses on account of the sick, including the marine corps, thirty-six thousand dollars. <span style="float:right">Medicines, hospital stores, &c.</span>

For repairs of vessels, four hundred and eighty-four thousand dollars. <span style="float:right">Repairs of vessels.</span>

For store rent, freight, transportation, enlistment of seamen, and all other contingent expenses, two hundred and forty thousand dollars. <span style="float:right">Contingent expenses.</span>

For improvement of navy yards, docks, and wharves, pay of superintendents, storekeepers, clerks, and labourers, one hundred thousand dollars. <span style="float:right">Repairs of navy yards.</span>

For payment of contracts made for shells and shot, and for military stores, fifty thousand dollars. <span style="float:right">Contracts for shells and shot.</span>

For pay and subsistence of the marine corps, one hundred and seventy-seven thousand two hundred and twenty-eight dollars. <span style="float:right">Marine corps.</span>

For clothing the same, twenty-seven thousand two hundred and five dollars. <span style="float:right">Clothing.</span>

For contingent expenses of the same, twenty thousand dollars. <span style="float:right">Contingent expenses.</span>

For military stores, one thousand dollars. <span style="float:right">Military stores.</span>