# EXHIBIT E

STATUTE II.

CHAP. XLIX.—*An Act to amend the act, entitled "An act to provide for taking the fourth census or enumeration of the inhabitants of the United States, and for other purposes."*

March 3, 1821.

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That, instead of the time prescribed in the above-recited act, in which the marshals and their assistants should perform the various duties assigned them by the said act, the same is hereby enlarged to the first day of September next.

APPROVED, March 3, 1821.

Act of March 14, 1820, ch. 24.
Time enlarged till Sept. 1, 1821.

---

STATUTE II.

CHAP. L.—*An Act to authorize the clerk of the district court of the United States for the district of Louisiana, to appoint a deputy to aid him in the discharge of the duties of his office.*

March 3, 1821.

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That the clerk of the district court of the United States for the district of Louisiana, shall be authorized to appoint a deputy to aid him in the discharge of the duties of his office; and that the said clerk shall be, in all respects, liable for the acts of his said deputy.

APPROVED, March 3, 1821.

The clerk of the district court of Louisiana authorized to appoint a deputy, &c.

---

STATUTE II.

CHAP. LI.—*An Act to amend an act, entitled "An act for regulating process in the courts of the United States." (a)*

March 3, 1821.

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That in all suits and actions in any district court of the United States, in which it shall appear that the judge of such court is any ways concerned in interest, or has been of counsel for either party, or is so related to, or connected with, either party, as to render it improper for him, in his opinion, to sit on the trial of such suit or action, it shall be the duty of such judge, on application of either party, to cause the fact to be entered on the records of the court; and, also, an order that an authenticated copy thereof, with all the proceedings in such suit or action, shall be forthwith certified to the next circuit court of the district; and if there be no circuit court in such district, to the next circuit court in the state; and if there be no circuit court in such state, to the most convenient circuit court in an adjacent state; which circuit court shall, upon such record being filed with the clerk thereof, take cognisance thereof, in the like manner as if such suit or action had been originally commenced in that court, and shall proceed to hear and determine the same accordingly; and the jurisdiction of such circuit court shall extend to all such cases so removed, as were cognisable in the district court from which the same was removed.

APPROVED, March 3, 1821.

Act of May 8, 1792, ch. 36, vol. i. 275.
In suits in a district court, where the judge may be interested, &c. he must enter the fact on record, &c.

Proceedings to be certified to the next circuit court, &c.

Circuit court to take cognisance and proceed, &c.

---

STATUTE II.

CHAP. LII.—*An Act to authorize the building of lighthouses therein mentioned, and for other purposes.*

March 3, 1821.

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That the Secretary of the Treasury be, and he is hereby, authorized and empowered to provide, by contract, for building lighthouses, and placing buoys, on the following

The Secretary of the Treasury to provide for building the lighthouses and

---

(a) See notes to act of Sept. 29, 1789, vol. i. 93, and notes to act of May 8, 1792, vol. i. 275.