# EXHIBIT G

act, either for damages, forfeitures, or penalties, full costs shall be allowed thereon, any thing in any former act to the contrary notwithstanding.

Sec. 13. *And be it further enacted,* That no action or prosecution shall be maintained, in any case of forfeiture or penalty under this act, unless the same shall have been commenced within two years after the cause of action shall have arisen.

<span style="float:right">Limitation of action.</span>

Sec. 14. *And be it further enacted,* That the "Act for the encouragement of learning, by securing the copies of maps, charts, and books, to the authors and proprietors of such copies during the times therein mentioned," passed May thirty-first, one thousand seven hundred and ninety, and the act supplementary thereto, passed April twenty-ninth, one thousand eight hundred and two, shall be, and the same are hereby, repealed: saving, always, such rights as may have been obtained in conformity to their provisions.

<span style="float:right">Repeal of act of May 31, 1790, ch. 15.</span>

<span style="float:right">Act of April 29, 1802, ch. 36.</span>

Sec. 15. *And be it further enacted,* That all and several the provisions of this act, intended for the protection and security of copyrights, and providing remedies, penalties, and forfeitures, in case of violation thereof, shall be held and construed to extend to the benefit of the legal proprietor or proprietors of each and every copyright heretofore obtained, according to law, during the term thereof, in the same manner as if such copyright had been entered and secured according to the directions of this act.

<span style="float:right">Provisions of this act for security of copyrights, &c. to extend to existing copyrights.</span>

Sec. 16. *And be it further enacted,* That, whenever a copyright has been heretofore obtained by an author or authors, inventor, designer, or engraver, of any book, map, chart, print, cut, or engraving, or by a proprietor of the same: if such author or authors, or either of them, such inventor, designer, or engraver, be living at the passage of this act, then such author or authors, or the survivor of them, such inventor, engraver, or designer, shall continue to have the same exclusive right to his book, chart, map, print, cut, or engraving, with the benefit of each and all the provisions of this act, for the security thereof, for such additional period of time as will, together with the time which shall have elapsed from the first entry of such copyright, make up the term of twenty-eight years, with the same right to his widow, child, or children, to renew the copyright, at the expiration thereof, as is above provided in relation to copyrights originally secured under this act. And if such author or authors, inventor, designer, or engraver, shall not be living at the passage of this act, then, his or their heirs, executors and administrators, shall be entitled to the like exclusive enjoyment of said copyright, with the benefit of each and all the provisions of this act for the security thereof, for the period of twenty-eight years from the first entry of said copyright, with the like privilege of renewal to the widow, child, or children, of author or authors, designer, inventor, or engraver, as is provided in relation to copyrights originally secured under this act: *Provided,* That this act shall not extend to any copyright heretofore secured, the term of which has already expired.

<span style="float:right">Extension of existing copyrights.</span>

<span style="float:right">Proviso.</span>

Approved, February 3, 1831.

---

Chap. XVII.—*An Act to amend the act for taking the fifth census.* (*a*)

<span style="float:right">Statute II.<br>Feb. 3, 1831.</span>

*Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That it shall and may be lawful for such of the assistants to the marshals in the respective states and territories, who have not, before the passage of this act, made their re-

<span style="float:right">Act of March 23, 1830, ch. 40.</span>

---

(*a*) An act for the apportionment of representatives among the several states, according to the fifth census, May 23, 1832, ch. 91.

Resolution for the distribution of the returns of the fifth census, July 3, 1832.

Time extended for assistant marshal's returns, &c.
Marshals returns.
Proviso.

Proviso.

spective returns to such marshals, under the act hereby amended, to complete their enumerations and make their returns under the said act, at any time before the first day of June, and for the marshals of such states and territories to make their returns to the Secretary of State at any time before the first day of August, one thousand eight hundred and thirty-one: *Provided,* That nothing herein contained shall be deemed to release such marshals and assistants from the penalties contained in the act aforesaid, unless their returns shall be made within the time prescribed in this act: *And provided further,* That no persons be included in the returns made under the present act, unless such persons shall have been inhabitants of the districts for which such returns shall be made, on the first day of June, one thousand eight hundred and thirty.

Certain copies to be retained by clerks of courts.

SEC. 2. *And be it further enacted,* That the copies of returns and aggregate amounts directed to be filed by the marshals with the clerks of the several district courts, and supreme courts of the territories of the United States, shall be preserved by said clerks, and remain in their offices respectively; and so much of the act to which this is an amendment as requires that they shall be transmitted by said clerks to the Department of State, is hereby repealed.

Errors to be noted and printed.

SEC. 3. *And be it further enacted,* That it shall be the duty of the Secretary of State to note all the clerical errors in the returns of the marshals and assistants, whether in the additions, classification of inhabitants, or otherwise, and cause said notes to be printed with the aggregate returns of the marshals, for the use of Congress.

APPROVED, February 3, 1831.

STATUTE II.

Feb. 12, 1831.

CHAP. XIX.—*An Act to amend the act entitled "An act to quiet the title of certain purchasers of lands between the lines of Ludlow and Roberts, in the state of Ohio," approved the twenty-sixth of May, in the year eighteen hundred and thirty.* (a)

Act of May 26, 1824, ch. 188.
Act of May 26, 1830, ch. 105.
President of United States to pay the claim of Philip Doddridge.

Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled, That in addition to the sum appropriated by the act, entitled "An act to quiet the titles of certain purchasers of lands between the lines of Ludlow and Roberts, in the state of Ohio," approved the twenty-sixth of May, in the year eighteen hundred and thirty, the President of the United States be, and he is hereby, authorized to pay, out of any money in the treasury not otherwise appropriated, to Philip Doddridge, the claimant of the Virginia military survey, numbered six thousand nine hundred and twenty-eight, for seven hundred acres, being one of the Virginia military surveys, in the said act mentioned, lying between the lines of Ludlow and Roberts, in the state of Ohio, the sum of one thousand seven hundred and sixty-five dollars and sixty-eight cents, with interest at the rate of six per centum per annum, from the fifth day of March, eighteen hundred and twenty-five, until paid; the said Philip having already conveyed to the United States, the title to the said seven hundred acres of land, in the manner directed by the President of the United States, pursuant to the provisions of the act of Congress before recited. This act shall commence and be in force from the passing thereof.

APPROVED, February 12, 1831.

---

(a) The lands north-west of the river Ohio, between the rivers Scioto and Little Miami, lying west of Ludlow's line, east of Roberts' line, and south of the Indian boundary, reserved by Virginia, in her deed of cession to the United States, of March, 1784, for the satisfaction of the military bounties Virginia had promised, were not, prior to 1810, by any legislative acts of the government of the United States, withdrawn from appropriation under and by virtue of Virginia military land warrants. A patent issued on the 12th October, 1812, founded upon a military warrant, for land within the reserved lands, is valid against a claimant of the same land holding under a sale made by the United States. Reynolds, tenant, &c., v. McArthur, 2 Pet. 417.