# EXHIBIT I

CHAP. III.—*An Act further to amend the act entitled "An act to provide for taking the sixth census or enumeration of the inhabitants of the United States," approved March third, eighteen hundred and thirty-nine.*

<div style="float:right">
Statute II.

Jan. 14, 1841.

Act of March 3, 1839, ch. 80.
</div>

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That it shall and may be lawful for such of the assistants to the marshals, in the respective States and Territories, who have not, before the passage of this act, made their respective returns to such marshals under the act hereby amended, to complete their enumerations and make their returns, under the said act, at any time before the first day of May, eighteen hundred and forty-one, and for the marshals of such States and Territories to make their returns to the Secretary of State at any time before the first of June, eighteen hundred and forty-one; *Provided,* That nothing herein contained shall be deemed to release such marshals and assistants from the penalties contained in the act aforesaid, unless their returns shall be made within the time prescribed in this act: *And provided, further,* That no person be included in the returns made under the present act, unless such persons shall have been inhabitants of the district for which such returns shall be made, on the first day of June, one thousand eight hundred and forty.

<div style="float:right">The time allowed for making enumerations and returns, extended.

Proviso.

Further proviso.</div>

SEC. 2. *And be it further enacted,* That so much of the eleventh section of the act for taking the sixth census as applies to the printing, under the direction of the Secretary of State, of the aggregate returns received from the marshals, be so construed as to apply equally to the census of pensioners, and the statistical aggregates returned by said marshals: *And be it further provided,* That for arranging and preparing the census of pensioners required by the thirteenth section of the act for taking the sixth census and for the compiling and supervision of the printing of the statistical returns taken under said act, there be allowed to the superintending clerk, upon the completion of the work, such compensation as the Secretary of State may deem just and equitable, not exceeding the rate heretofore allowed for compiling the statistics of the third census; and that an allowance be made to the disbursing agent of the Department of State for the extra duties which have been, or may be, imposed upon him on account of the sixth census, in relation to its preparatory measures, the accounts of the marshals, and the disbursements, at a rate not exceeding that allowed him for his services in relation to the fifth census, according to the time he shall have been engaged in such duties.

<div style="float:right">Construction of 11th sec. act 3d March 1839, ch. 80, with regard to printing the returns.

Extra compensation to the clerk superintending the execution of said act.

Extra compensation to the disbursing agent of State dep't.</div>

APPROVED January 14, 1841.

---

CHAP. V.—*An Act to authorize the issuing of Treasury Notes.* (a)

<div style="float:right">Statute II.

Feb. 15, 1841.

[Obsolete.]</div>

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the President of the United States is hereby authorized to cause Treasury notes to be issued for such sum or sums as the exigencies of the Government may require; but not exceeding the sum of five millions of dollars of this emission, outstanding at any one time, to be reimbursed in the last quarters of the year, if the condition of the Treasury will permit it, and to be issued under the limitations and other provisions, contained in the act, entitled "An act to authorize the issuing of Treasury notes," approved the twelfth day of October, one thousand eight hundred and thirty-seven, and as modified by an act, entitled "An act additional to the act on the subject of Treasury notes," approved the thirty-first day

<div style="float:right">An emission of not exceeding $5,000,000 at any one time outstanding, authorized.

To be issued under the act of 12th Oct. 1837, chap. 2, as modified by the act of 31st March 1840, ch. 5.</div>

---

(a) Notes of the acts which have been passed relating to the issuing and reimbursement of Treasury notes, vol. 2, 766.