# EXHIBIT J

to audit the same, and allow whatever shall be found justly due thereon.

*Sum allowed to be paid.*

Sec. 2. *And be it further enacted,* That the Secretary of the Treasury pay to the said marshal, out of any money not otherwise appropriated, such sum as the said accounting officer shall allow.

Approved, September 1, 1841.

Statute I.
Sept. 1, 1841.

Chap. XIV.—*An Act in addition to an act entitled an act to carry into effect a Convention between the United States and the Mexican Republic.*

*Sec. Treasury to issue certificates.*

Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled, That the Secretary of the Treasury be and he is hereby authorized upon the presentation of certified copies of such awards as have been or shall be made, in pursuance of the Convention with the Republic of Mexico, concluded at Washington, the eleventh of April, one thousand eight hundred and thirty-nine, in favor of citizens of the United States, to issue certificates to the persons authorized to receive the sums so awarded their legal representatives and assigns in the manner directed by the seventh section of the act of Congress entitled "An act to carry into effect a convention between the United States and the Republic of Mexico," such certificates to be in such form and for such portions of the sums awarded as may be convenient for the claimants and to be subject to the deductions provided for by the tenth section of said act, *Provided,* That nothing in this act shall be construed to give any rights to the claimants that are not conferred by said convention, and the act of June twelfth, one thousand eight hundred and forty; and that the substance of this proviso be inserted in the certificates that may be issued.

1840, ch. 34.

*Proviso.*

1840, ch. 34.

Approved, September 1, 1841.

Statute I.
Sept. 1, 1841.

Chap. XV.—*An Act to amend the act entitled "An act to provide for taking the Sixth Census, or enumeration of the inhabitants of the United States," approved March third, one thousand eight hundred and thirty-nine, and the acts amending the same.*

Act of March 3, 1839, ch. 80. Feb. 26, 1840, ch. 3.

*The time allowed for completing enumerations and making returns, extended.*

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That it shall and may be lawful for the marshals of the respective States and Territories, who have not, before the passage of this act, completed their enumerations, and made their returns, under the acts hereby amended, to proceed personally and by their assistants to complete such enumerations, and make such returns under the said acts; and the said assistants shall be allowed until the first day of December, one thousand eight hundred and forty-one, to complete their enumerations, and make their returns to the marshals, and the said marshals shall be allowed to make their returns to the Secretary of State at any time before the first day of January, one thousand eight hundred and forty-two: *Provided,* That nothing herein contained shall be deemed to release such marshals and assistants from the penalties contained in the act aforesaid, unless their returns shall be made within the time prescribed in this act: *And provided further,* That no person be included in the returns made under the present act, unless such persons shall have been inhabitants of the district for which such returns shall be made on the first day of June, one thousand eight hundred and forty; and the Secretary of State be, and he is hereby, authorized to cause to be printed twenty thousand copies of the compendium or abridgment of the Sixth Census, by counties and principal towns, together with the tables of apportionment as prepared at the Department of State, for the use of Congress.

*Proviso.*

*Proviso.*

*20,000 copies of compendium or abridgment of 6th census to be printed.*

Sec. 2. *And be it further enacted,* That the Secretary of State is

hereby authorized to have the Sixth Census documents bound in a plain and substantial manner, the cost of which shall not exceed fifty cents per volume; and that the amount thereof shall be paid out of any money in the Treasury not otherwise appropriated.

<sub>Sixth census documents to be bound.</sub>

SEC. 3. *And be it further enacted,* That it shall and may be lawful for the marshal of the State of Maryland, and he is hereby required, under the direction of the Secretary of State, to cause the number of inhabitants within Montgomery county, in the State aforesaid, to be again taken according to the directions of the act to which this is a supplement, and the same to be returned before the first day of December next, and when so taken and returned shall be considered as the correct enumeration of the inhabitants of the said county: *Provided,* That nothing herein contained shall be deemed to release such marshal and his assistants from the penalties contained in the act aforesaid: *And provided further,* That no persons be included in the returns made under the present act, unless such persons shall have been inhabitants of the district for which such returns shall be made on the first day of June, one thousand eight hundred and forty: *And provided, also,* That the said corrected return shall not delay the printing of the Census: and that the said corrected return be printed by itself separately.

APPROVED, September 1, 1841.

The number of inhabitants of Montgomery co., Maryland to be again taken.

Proviso.

Proviso.

Proviso.

---

STATUTE I.

CHAP. XVI.—*An Act to appropriate the proceeds of the sales of the public lands, and to grant pre-emption rights. (a)*

Sept. 4, 1841.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That from and after the thirty-first day of December, in the year of our Lord one thousand eight hundred and forty-one, there be allowed and paid to each of the States of Ohio, Indiana, Illinois, Alabama, Missouri, Mississippi, Louisiana, Arkansas, and Michigan, over and above what each of the said States is entitled to by the terms of the compacts entered into between them and the United States, upon their admission into the Union, the sum of ten per centum upon the nett proceeds of the sales of the public lands, which, subsequent to the day aforesaid, shall be made within the limits of each of said States respectively: *Provided,* That the sum so allowed to the said States, respectively, shall be in no wise affected or diminished on account of any sums which have been heretofore, or shall be hereafter, applied to the construction or continuance of the Cumberland road, but that the disbursements for the said road shall remain, as heretofore, chargeable on the two per centum fund provided for by compacts with several of the said States.

Act of May 29, 1830, ch. 208. Certain States to be paid 10 per cent. on nett proceeds of sales of public lands therein, &c. 1842, ch. 270, § 30.

Proviso.

SEC. 2. *And be it further enacted,* That after deducting the said ten per centum, and what, by the compacts aforesaid, has heretofore been allowed to the States aforesaid, the residue of the nett proceeds, which nett proceeds shall be ascertained by deducting from the gross proceeds all the expenditures of the year for the following objects: salaries and expenses on account of the General Land Office; expenses for surveying public lands; salaries and expenses in the surveyor general's offices; salaries, commissions, and allowances to the registers and receivers; the five per centum to new States, of all the public lands of the United States, wherever situated, which shall be sold subsequent to the said thirty-first day of December, shall be divided among the twenty-six States of the Union and the District of Columbia, and the Territories of Wisconsin, Iowa, and Florida, according to their respective federal representative population as ascertained by the last census, to be applied by the Legislatures of the said States to such purposes as the said Legislatures may direct: *Provided,* That the distributive share to which the

After deducting said 10 per cent. &c. residue to be divided among the States, &c. o the Union; how.

To be applied as the Legislatures may direct.

Proviso.

---

(a) See notes to the act of May 29, 1830, chap. 208. 1843, ch. 86.