UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, et al.,<br><br>　　　　Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER DENYING MOTION TO STAY PENDING APPEAL** |

　　For the reasons stated in the Court's Order Granting Plaintiffs' Motion for Stay and Preliminary Injunction, ECF No. 208, Defendants' motion to stay pending appeal, ECF No. 211, is DENIED.

**IT IS SO ORDERED.**

Dated: September 25, 2020

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge