UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: COMMUNICATIONS WITH THE COURT** |

An individual has emailed the Court's proposed order inbox. The individual's email and two email attachments are reproduced below on the next three pages. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

**IT IS SO ORDERED.**

Dated: September 27, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge







Jimmy Greer <saintjimmy76@gmail.com>
Sat 9/26/2020 4:28 PM
To: CAND LHKpo

2 attachments (1 MB)   Download all   Save all to OneDrive - Administrative Office of the U.S. Courts

I'm an enumerator in Texas and I'm trying to reach out to Honorable Judge Koh to inform her that the Trump administration is planning on ignoring her orders to continue the census. I've attached screenshots of a group text from my boss that show their intention of shutting things down on 9/30.

I figured if she knew of their intention of disobeying court orders before it actually happens then there could be a chance to stop them or hold them in contempt of court.

It seems to me that these texts prove they are already in contempt by planning on ignoring court orders.

Thanks

Reply | Forward




