UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: RESPONSE TO ALLEGATION OF NON-COMPLIANCE WITH PRELIMINARY INJUNCTION** |

The parties shall file a response to the allegation, ECF No. 214, that Defendants are not complying with the Court's preliminary injunction by noon Pacific Time on September 28, 2020.

**IT IS SO ORDERED.**

Dated: September 27, 2020

LUCY H. KOH
United States District Judge