Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

National Urban League, et al.,  )
                  Plaintiff(s),  )   Case No: 20-cv-5799
     v.  )   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
Wilbur L. Ross, Jr., et al.,  )   (CIVIL LOCAL RULE 11-3)
                  Defendant(s).  )

I, **Kristen Clarke**, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs National Urban League, BAJI, LWV, San Jose, Harris County, King County, Rodney Ellis, Adrian Garcia, NAACP, and Navajo Nation in the above-entitled action. My local co-counsel in this case is **Sadik Huseny**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Lawyers' Committee for Civil Rights Under Law, 1500 K Street NW, Washington, D.C. 20005 | Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-8600 | (415) 391-0600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kclarke@lawyerscommittee.org | Sadik.Huseny@lw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 973885.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/18/20                  Kristen Clarke
                                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Kristen Clarke** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 28, 2020                  *Lucy H. Koh*
                                        UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE