LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' RESPONSE TO ALLEGATION OF NONCOMPLIANCE WITH PRELIMINARY INJUNCTION (DKT. 215)** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)

Plaintiffs submit this Response pursuant to the Court's Order Re: Response to Allegation of Noncompliance with Preliminary Injunction (Dkt. 215).

Plaintiffs believe that the email and evidence submitted by the Census field enumerator to the Court (Dkt. 214) raise substantial concerns about Defendants' compliance with the Court's Order Granting Plaintiffs' Motion for Stay and Preliminary Injunction ("PI Order") (Dkt. 208). These issues are similar to those discussed in the filings involving Defendants' compliance with the Court's TRO (Dkt. Nos. 99, 108). The specific concern raised about the Bureau's September 30, 2020 deadline remaining unchanged—and Census workers being told as much—is also consistent with unsolicited and unverified messages Plaintiffs have received over the last few days.

In light of the email to the Court, Plaintiffs ask that the Court require Defendants to unequivocally confirm via declaration from the appropriate Census Bureau official that Defendants have been, are, and will be complying in full with the Court's PI Order, until any such time as it may no longer be in effect.

Consistent with the information Defendants themselves voluntarily submitted to this Court on September 8, 2020, (Dkt. No. 86, Defendants' Notice Regarding Compliance with Temporary Restraining Order), Plaintiffs would also welcome Defendants providing via that declaration information regarding the notifications Defendants have made and will be making to ensure those in charge of field operations are aware of the Court's order (1) staying and enjoining Defendants from enforcing the September 30 data collection deadline, and which (2) reimposes the Bureau's own prior October 31 deadline for self-response and NRFU. Defendants should also confirm that they are continuing to appropriately employ and use Census personnel (such as Census Field Supervisors, enumerators, and partnership specialists) critical to the data collection process ending October 31.

Plaintiffs are mindful that Defendants, in their recent filings with the Ninth Circuit, have already characterized this Court's PI Order as "judicial micromanagement of the Bureau's operations" and "an extraordinary intrusion into the operation of a complex and technical agency program developed and implemented over years, involving enormous resources and personnel." Defs.' Emergency Motion Under Circuit Rule 27-3 For a Stay Pending Appeal And For an

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)

1  Immediate Administrative Stay Pending Disposition of the Stay Motion, [Cite] at 16.  The Court's
2  order did nothing of the sort; it simply stayed and enjoined Defendants from implementing the
3  truncated Replan *timelines* and reverted back to the Bureau's own COVID-19 Plan *timelines*.  The
4  request here is similarly limited in scope.  Inquiring into compliance with this Court's PI order,
5  and seeking basic information along the lines of what Defendants have already voluntarily already
6  submitted to this Court, is not "micromanagement."
7        ///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)

| | | |
|---|---|---|
| 1 | Dated: September 28, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Steven M. Bauer (Bar No. 135067) |
| | | steven.bauer@lw.com |
| 5 | | Sadik Huseny (Bar No. 224659) |
| | | sadik.huseny@lw.com |
| 6 | | Amit Makker (Bar No. 280747) |
| | | amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263) |
| | | shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP** |
| | | 505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111 |
| | | Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095 |
| 11 | | Richard P. Bress (admitted *pro hac vice*) |
| | | rick.bress@lw.com |
| 12 | | Melissa Arbus Sherry (admitted *pro hac vice*) |
| | | melissa.sherry@lw.com |
| 13 | | Anne W. Robinson (admitted *pro hac vice*) |
| | | anne.robinson@lw.com |
| 14 | | Tyce R. Walters (admitted *pro hac vice*) |
| | | tyce.walters@lw.com |
| 15 | | Genevieve P. Hoffman (admitted *pro hac vice*) |
| | | genevieve.hoffman@lw.com |
| 16 | | Gemma Donofrio (admitted *pro hac vice*) |
| | | gemma.donofrio@lw.com |
| 17 | | **LATHAM & WATKINS LLP** |
| | | 555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004 |
| | | Telephone: 202.637.2200 |
| 19 | | Facsimile: 202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 21 | | |
| 22 | | |
| 23 | Dated: September 28, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (*pro hac vice* forthcoming) |
| | | kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733) |
| | | jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (admitted *pro hac vice*) |
| | | erosenberg@lawyerscommittee.org |
| 27 | | Dorian L. Spence (*pro hac vice* forthcoming) |
| | | dspence@lawyerscommittee.org |
| 28 | | Maryum Jordan (*pro hac vice* forthcoming) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)

| | |
|---|---|
| 1 | mjordan@lawyerscommittee.org |
| 2 | Ajay Saini (admitted *pro hac vice*) |
|   | asaini@lawyerscommittee.org |
| 3 | Pooja Chaudhuri (Bar No. 314847) |
|   | pchaudhuri@lawyerscommittee.org |


mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)

| | |
|---|---|
| 1 | Doreen McPaul, Attorney General |
| | dmcpaul@nndoj.org |
| 2 | Jason Searle (*pro hac vice* forthcoming) |
| | jasearle@nndoj.org |
| 3 | **NAVAJO NATION DEPARTMENT OF** |
| | **JUSTICE** |
| 4 | P.O. Box 2010 |
| | Window Rock, AZ 86515 |
| 5 | Telephone: (928) 871-6345 |

*Attorneys for Navajo Nation*

Dated: September 28, 2020    By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: September 28, 2020    By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 28, 2020 | By: */s/ Rafey S. Balabanian* |
| 3 | | Rafey S. Balabanian (Bar No. 315962) |
| | | rbalabanian@edelson.com |
| 4 | | Lily E. Hough (Bar No. 315277) |
| | | lhough@edelson.com |
| 5 | | **EDELSON P.C.** |
| | | 123 Townsend Street, Suite 100 |
| 6 | | San Francisco, CA 94107 |
| | | Telephone: 415.212.9300 |
| 7 | | Facsimile: 415.373.9435 |
| 8 | | Rebecca Hirsch (*pro hac vice* pending) |
| | | rebecca.hirsch2@cityofchicago.org |
| 9 | | **CORPORATION COUNSEL FOR THE** |
| | | **CITY OF CHICAGO** |
| 10 | | Mark A. Flessner |
| | | Stephen J. Kane |
| 11 | | 121 N. LaSalle Street, Room 600 |
| | | Chicago, IL 60602 |
| 12 | | Telephone: (312) 744-8143 |
| 13 | | Facsimile: (312) 744-5185 |
| 14 | | *Attorneys for Plaintiff City of Chicago* |
| 15 | | |
| 16 | Dated: September 28, 2020 | By: */s/ Donald R. Pongrace* |
| | | Donald R. Pongrace (admitted *pro hac vice*) |
| 17 | | dpongrace@akingump.com |
| | | **AKIN GUMP STRAUSS HAUER & FELD** |
| 18 | | **LLP** |
| | | 2001 K St., N.W. |
| 19 | | Washington, D.C. 20006 |
| | | Telephone: (202) 887-4000 |
| 20 | | Facsimile: 202-887-4288 |
| 21 | | Dario J. Frommer (Bar No. 161248) |
| | | dfrommer@akingump.com |
| 22 | | **AKIN GUMP STRAUSS HAUER & FELD** |
| | | **LLP** |
| 23 | | 1999 Avenue of the Stars, Suite 600 |
| | | Los Angeles, CA  90067-6022 |
| 24 | | Phone:  213.254.1270 |
| | | Fax: 310.229.1001 |
| 25 | | |
| 26 | | *Attorneys for Plaintiff Gila River Indian Community* |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)

Dated: September 28, 2020

By: */s/ David I. Holtzman*
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 28, 2020

**LATHAM & WATKINS LLP**

By: */s/ Sadik Huseny*
Sadik Huseny

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
PLTFS.' RESP. TO ALLEGATIONS OF
NONCOMPLIANCE WITH PI (DKT. 215)