JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | |
| v. | **DEFENDANTS' RESPONSE TO THE COURT'S ORDER DATED SEPTEMBER 27, 2020, ECF No. 215** |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

1    Defendants respectfully submit this response to the Court's Order dated September 27,

2    2020, ECF No. 215, to address the allegations submitted to the Court, ECF No. 214.

3    As detailed in the attached declaration of James T. Christy, Assistant Director for Field

4    Operations in the Census Bureau, the Census Bureau's field operations have been proceeding

5    under the procedures the Bureau announced following the entry of the Court's September 5, 2020,

6    Temporary Restraining Order, ECF No. 84. Christy Decl. ¶ 2; *see also* ECF No. 86 at 10-11

7    (laying out field guidance). Following the issuance of the Court's September 24, 2020 Preliminary

8    Injunction Order, ECF No. 208, Mr. Christy transmitted "an email to all managers working on

9    field operations at Headquarters and in the regions" apprising those staff of their obligations under

10   the Order, and stating that enumeration would continue. Christy Decl. ¶ 3.

11   Upon receipt of the Court's Order dated September 27, 2020, and the appended screenshots

12   of communications apparently received by some enumerators in a Texas area census office, ECF

13   No. 214, Mr. Christy undertook an investigation into whether, and why, such communications

14   could have been transmitted. *Id*. ¶¶ 5-7. Mr. Christy determined that the message at issue was

15   transmitted before the supervisor in the particular office received the guidance Mr. Christy sent on

16   September 25, 2020. *Id*. ¶¶ 6-7. Mr. Christy communicated with the supervisor, and confirmed

17   that the supervisor had subsequently clarified the appropriate procedures for staff to follow in light

18   of the Court's PI Order. *Id*. ¶ 7. As Mr. Christy explains, "[t]he information reflected in the

19   communication referenced by the Court is not part of any instruction I have transmitted to the field,

20   and not consistent with my understanding of what field offices should be doing." *Id*. ¶ 5.

21   Defendants remain in the process of determining what, if any, additional operational

22   guidance may be provided to field offices following the Court's PI Order.

23

24

25

26

27

28

DEFENDANTS' RESPONSE TO THE COURT'S ORDER
DATED SEPTEMBER 27, 2020, ECF 215
Case No. 5:20-cv-05799-LHK

DATED:  September 28, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
  (New York Bar No. 4918793)
M. ANDREW ZEE (SBN 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

1

## **<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on the 28th day of September, 2020, I electronically transmitted the

3  foregoing document to the Clerk of Court using the ECF System for filing.

4

5                            */s/ Alexander V. Sverdlov*
                           ALEXANDER V. SVERDLOV
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28