UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: COMMUNICATIONS WITH THE COURT** |

An individual has emailed the Court's proposed order inbox. The individual's email and email attachment are reproduced below. Any annotations are in the original attachment. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

In addition, Plaintiffs and Defendants shall file a response to the individual's email and attachment by Tuesday, September 29, 2020 at 5:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 28, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER RE: COMMUNICATIONS WITH THE COURT

> Melissa Garza <enlighteneddesignart@gmail.com>
> Mon 9/28/2020 11:18 AM
> To: CAND LHKpo
>
> max attempts screen shots.pdf
> 9 MB
>
> Dear Judge,
>
> The U.S. Census disregarded the Court's order of September 5, 2020 by closing out cases after 1 or 2 days of attempts of enumerators knocking on respondents' doors. Attached is Case ID 43XXYCHK3MJY, with a 2-days attempt, but closed out as "complete" with an event designation code of "6.040 Max Attempts." This was done on September 24, 2020.
>
> In contrast, some cases are given many days of attempts to close out. For example, the attached screenshot shows a case with 12 days of attempts and 26 total attempts for that case. Another manager stated that the "max attempts" is political, and the LA Regional Census Center (which oversees cases from Idaho all the way to Hawaii) will not release these "max attempt" cases.
>
> As a Census Field Supervisor, I and a number of my colleagues are gravely concerned that the Census is undercounting households in Southern California, not counting more than 30,000 households from the Pasadena ACO alone. In our Field OCS database, my colleagues and I have compiled the following max attempt cases after only 1 day:
>
> Pasadena ACO
>
> Zone 1 95 pages - approx 4,750 cases
>
> Zone 2 128 pages - approx 6,400 cases
>
> Zone 3 140 pages - approx 7,000 cases
>
> Zone 4 123 pages - approx 6,150 cases
>
> Zone 5 180 pages - approx 9,000 cases
>
> South Gate ACO
>
> Zone 1 76 pages - - approx 3,800 cases
>
> Zone 2 75 pages - approx 3,750 cases
>
> Zone 3 135 pages - approx 6,750 cases
>
> Similar events were also occurring in other ACO's throughout the country.
>
> I have called another Census Field Supervisor in South Texas and confirmed that they have 109 pages designated as "max attempts" after only 1 day. Each page contains 50 addresses.
>
> South Texas 109 pages - approx 5,450 cases
>
> On September 16th, 2020 our RCC acknowledged that at least 16,000 of these cases were closed due to max attempts and stated, that they were "working on a solution to release these cases," but still nothing has been done, the amount of Max Attempt Day 1 cases has stayed the same as of September 28th, 2020, which exceeds 16,000.
>
> Since September 17th, 2020 the Pasadena ACO has been pushing hard to get to 100% completion but they are deliberately excluding these "May Attempt Day 1" cases. The Max Attempt Day 1 is just the lowest threshold, however, the same goes for cases Day 4 and fewer.

//

//

//

//

//

//

//

//

2
Case No. 20-CV-05799-LHK
ORDER RE: COMMUNICATIONS WITH THE COURT

| Time | Description: | Performed by |
|---|---|---|
| 09/24/2020 11:00 PM | End of Nightly Processing. | Agent(System-Queue-Field NRFUNightlyProcessing.Ru |
| 09/24/2020 11:00 PM | Nightly Processing resolved the case due to Max Attempts w/o pop count | Agent(System-Queue-Field NRFUNightlyProcessing.Ru |
| 09/24/2020 11:00 PM | Start of Nightly Processing. | Agent(System-Queue-Field-NRFUNightlyProcessing.Run |
| 09/24/2020 1:09 PM | Event Code 7.040 received and Case Data Has been updated | Agent(System-Queue-Field-Incoming.ProcessFOCSInco |
| 09/24/2020 12:33 AM | Case Assigned | Agent(System-Queue-OptimizerCaseAssignment.Pr |
| 09/23/2020 11:00 PM | End of Nightly Processing. | Agent(System-Queue-Field-NRFUNightlyProcessing.Run N |
| 09/23/2020 | End of Nightly Processing, routing to Optimizer. | Agent(System-Queue-Field- |

This case is currently in a Closeout CFS Area.

Information | Contact History | Audit | Case Notes (5) | Manual Assignments

**Case ID**
[redacted]

**Case Type**
NRFU

**Proxy Eligible**
No

**Block**
03644701

**Case Status**
Completed

**Attempt Days**
2

**Tract**
207710

**Event Code**
6.040 Max Attempts

**Total Attempts**
2

**County**
037

**Current Employee**
[redacted]

**Language**

**Address**

| Time | Description: | Performed by |
|---|---|---|
| 09/16/2020 11:01 PM | End of Nightly Processing. | Agent(System-Queue-NRFUNightlyProcessin |
| 09/16/2020 11:01 PM | Nightly Processing resolved the case due to Max Attempts w/o pop count | Agent(System-Queue-NRFUNightlyProcessin |
| 09/16/2020 11:01 PM | Start of Nightly Processing. | Agent(System-Queue-NRFUNightlyProcessin |
| 09/16/2020 6:15 PM | Real Time Processing - Start : FLD_Prod_3274_Enum-56005 | [redacted] |
| 09/16/2020 12:32 AM | Case Assigned | Agent(System-Queue-OptimizerCaseAssignm |
| 09/15/2020 11:02 PM | End of Nightly Processing. | Agent(System-Queue-Fi NRFUNightlyProcessing |
| 09/15/2020 11:02 PM | End of Nightly Processing, routing to Optimizer. | Agent(System-Queue-Fi NRFUNightlyProcessing. |

is case is currently in a Closeout CFS Area.

Information | Contact History | Audit | Case Notes (6) | Manual Assignments

| Attempt Time: | Enumerator | Mode: | Resp Type | Event |
|---|---|---|---|---|
| 16-Sep-2020 06:14:12 PM PDT | [redacted] | PV | HH | 3.021 No One Home |

ORDER RE: COMMUNICATIONS WITH THE COURT



ORDER RE: COMMUNICATIONS WITH THE COURT

