UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: COMMUNICATIONS WITH THE COURT** |

An individual has emailed the Court's proposed order inbox. The individual's email and email attachment are reproduced below. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

In addition, Plaintiffs and Defendants shall file a response to the individual's email and attachment by Tuesday, September 29, 2020 at 5:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 28, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 20-CV-05799-LHK
ORDER RE: COMMUNICATIONS WITH THE COURT

1

**Fwd: Closing out the Pasadena ACO**

 Mon 9/28/2020 11:48 AM
To: CAND LHKpo

Judge Koh-

Please see below. Despite your order to continue, Pasadena office continues to push toward closure.

In addition, there are also 16-30,000 cases that were "closed" administratively and in error per multiple Census Field Managers. The Regional Census Office has resisted calls to reopen these cases for the past two weeks and renewed calls after your ruling. They claim they can administratively close any cases that they see fit per a Bureau memo despite their own admission that the cases lack population counts for at least 16,000 of them.

Please help us here in Pasadena-

A Concerned Census Worker and citizen (please protect my name from this email)

> Begin forwarded message:
>
> From: "John D Chavez (CENSUS/PFLD FED)" <john.d.chavez@2020census.gov>
> Subject: Closing out the Pasadena ACO
> Date: September 28, 2020 at 11:18:44 AM PDT
>
> Hi team,
>
> You nine were selected as among the best CFSs in in our ACO and were hand-picked. We need you to use your talents to close out the last remaining cases with 93 enumerators. This means *active* management of your enumerators at *all* times. You will need to be on top of your enumerators' availability and request that our staff move people around. You know the drill: someone gets assigned cases in the evening but you have somebody with availability in the morning, you'll request that our office move these cases around. Send us an email and we'll be on it. We're here to support you.
>
> We expect that you will be constant contact with your teams throughout the day and let us know if issues arise. We have a conference call at noon to discuss this more (see below).
>
> Thanks for your help. As always.
>
> jc

| Conf Call # | Dial In # |
|---|---|
| 8 | +1 213-631-2692,,454552202# |

> John D. Chavez
> Area Census Office Manager
> Pasadena Area Census Office #3274
> john.d.chavez@2020census.gov
> (626) 314-8632