| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Shannon D. Lankenau (Bar No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (admitted *pro hac vice*)<br>    rick.bress@lw.com<br>  Melissa Arbus Sherry (admitted *pro hac vice*)<br>    melissa.sherry@lw.com<br>  Anne W. Robinson (admitted *pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (admitted *pro hac vice*)<br>    tyce.walters@lw.com<br>  Genevieve P. Hoffman (admitted *pro hac vice*)<br>    genevieve.hoffman@lw.com<br>  Gemma Donofrio (admitted *pro hac vice*)<br>    gemma.donofrio@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice* forthcoming)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (*pro hac vice* forthcoming)<br>    dspence@lawyerscommittee.org<br>  Ajay P. Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>  Maryum Jordan (Bar No. 325447)<br>    mjordan@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Additional counsel and representation information listed in docket* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE et al.,<br><br>                        Plaintiffs,<br>     v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                        Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**DECLARATION OF SADIK HUSENY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO SHORTEN TIME AND TO EXPEDITE BY STATES OF LOUISIANA AND MISSISSIPPI**<br><br>Date:     TBD<br>Time:    TBD<br>Place:    Courtroom 8<br>Judge:   Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
HUSENY DECL. ISO PLTFS.' OPP TO MOT. TO
SHORTEN TIME AND EXPEDITE

I, Sadik Huseny, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, a partner at Latham & Watkins LLP, and counsel for various Plaintiffs in the above-titled action. I make this declaration in support of Plaintiffs' Opposition to Motion to Shorten Time and to Expedite by States of Louisiana and Mississippi (the "Motion"). I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Exhibit 1 to the St. John declaration (Dkt. 206-2) sets forth the entirety of the communications Plaintiffs received in connection with the Motion.

3. As Exhibit 1 shows, Mr. St. John reached out to counsel for all parties at 7:41 p.m. ET / 4:41 p.m. PT—less than twenty minutes after the Preliminary Injunction Hearing concluded. While Mr. St. John demanded the parties' positions by 6:00 a.m. PT—less than 14 hours later—he did not even provide drafts of the motions for the parties to consider.

4. After conferring with all the Plaintiffs, I responded the next day, at 8:47 a.m. PT (my local time zone). As stated in my email, in light of the procedural posture of the case, Plaintiffs requested additional information, including the draft pleadings. Without drafts, Plaintiffs could not adequately consider Mr. St. John's stated plan to ask for a 24-hour response time to the Motion to Intervene, as Plaintiffs did not even know what they would be responding to. Because my understanding is that the Governor's office of Louisiana manages Census operations there, we also requested information about who from the office managing the Census in Louisiana was involved in the motion. Finally, we requested to know what other states may be involved, as Mr. St. John only vaguely referred to other states in his first email.

5. In responding four hours later, Mr. St. John provided none of the requested information. Instead, he provided a unilateral 1-hour window deadline within which to call him.

6. The Court should deny the Motion to Shorten Time and to Expedite for the reasons set forth in Plaintiffs' accompanying opposition. Louisiana and Mississippi did not engage in a meaningful meet and confer, as contemplated by the local rules. Indeed, Mr. St. John does not appear affiliated with Mississippi, and therefore, Mississippi did not meet and

confer with Plaintiffs at all.  The Motion requested an unreasonable deadline to respond to the Motion to Intervene.  That deadline is now moot, but the Motion to Intervene suffers from procedural and substantive problems, as touched on in the accompanying Opposition, that should be briefed and heard by the Court on a reasonable timetable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2020

LATHAM & WATKINS LLP

By:  /s/ Sadik Huseny
     Sadik Huseny

Sadik Huseny (Bar No. 224659)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

*Attorney for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*