United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, et al.,<br><br>    Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER FOR RESPONSE TO EMAIL TO THE COURTROOM DEPUTY**<br><br>Re: Dkt. No. 222 |

The parties shall file a response to the email from Gregory Dillon to the Courtroom Deputy, ECF No. 222, by Tuesday, September 29, 2020 at 5:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 28, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER FOR RESPONSE TO EMAIL TO THE COURTROOM DEPUTY