UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, et al.,<br><br>    Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER TO PRODUCE THE ADMINISTRATIVE RECORD** |

On September 28, 2020 at 1:58 p.m. Pacific Time—two minutes before the Court's Case Management Conference at 2:00 p.m.—the U.S. Census Bureau tweeted: "The Secretary of Commerce has announced a target date of October 5, 2020 to conclude 2020 Census self-response and field data collection operations." @USCensusBureau, https://twitter.com/uscensusbureau/status/1310685274104569856. The Bureau then issued a press release with the exact same sentence. *See* U.S. Census Bureau, *2020 Census Update* (Sept. 28, 2020), https://www.census.gov/newsroom/press-releases/2020/2020-census-update.html.

In light of the Court's Order Granting Plaintiffs' Motion for Stay and Preliminary Injunction, ECF No. 208, the Court ordered Defendants to file, by September 29, 2020 at 10 a.m. Pacific/1 p.m. Eastern, the administrative record of Secretary Ross's decision to set "a target date of October 5, 2020 to conclude 2020 Census self-response and field data collection operations."

1

Case No. 20-CV-05799-LHK
ORDER TO PRODUCE THE ADMINISTRATIVE RECORD

The filing shall be machine-readable ("OCRed").

Concurrent with the filing of that administrative record, Defendants shall file a privilege log for any assertedly privileged documents and submit an Excel version of the privilege log to LHKpo@cand.uscourts.gov. Defendants shall also be prepared to timely submit the assertedly privileged documents for *in camera* review.

**IT IS SO ORDERED.**

Dated: September 28, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge