United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NATIONAL URBAN LEAGUE, et al.,

Plaintiffs,

v.

WILBUR L. ROSS, et al.,

Defendants.

Case No. 20-CV-05799-LHK

**ORDER RE: COMMUNICATIONS WITH THE COURT**

An individual has emailed the Court's proposed order inbox. The individual's email and email attachment are reproduced below. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

In addition, Plaintiffs and Defendants shall file a response to the individual's email and attachment by Tuesday, September 29, 2020 at 5:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 28, 2020

Lucy H. Koh

LUCY H. KOH
United States District Judge

NEW ENUMERATION PROCESS EFFECTIVELY IMMEDIATELY

Mon 9/28/2020 5:58 PM
To: CAND LHKpo

New NRFU Enumeration Proc... 125 KB
ATT00001.htm 316 bytes

2 attachments (125 KB) Download all

Please see the below (and attachment) . Despite your order to continue, LARCC and local ACOs continue to push toward closure.

A Concerned Census Worker and citizen (please protect my name from this email).

Begin forwarded message:

**From:** "Daniel J Blunt (CENSUS/PFLD FED)" <daniel.j.blunt@2020census.gov>
**Subject: NEW ENUMERATION PROCESS EFFECTIVELY IMMEDIATELY**
**Date:** September 28, 2020 at 11:47:17 AM PDT
**To:** "Allen R Cruz (CENSUS/PFLD FED)" <allen.r.cruz@2020census.gov>, "John E Bannon (CENSUS/PFLD FED)" <john.e.bannon@2020census.gov>, "Eileen P Evans (CENSUS/PFLD FED)" <eileen.p.evans@2020census.gov>, "Daniel G Abrego (CENSUS/PFLD FED)" <daniel.g.abrego@2020census.gov>, "Helen N Ajao (CENSUS/PFLD FED)" <helen.n.ajao@2020census.gov>, "Semenyo K Abreni (CENSUS/PFLD FED)" <semenyo.k.abreni@2020census.gov>, "Robert E Cagle (CENSUS/PFLD FED)" <robert.e.cagle@2020census.gov>
**Cc:** "Daniel Codorniz (CENSUS/PFLD FED)" <daniel.codorniz@2020census.gov>, "Daniel J Blunt (CENSUS/PFLD FED)" <daniel.j.blunt@2020census.gov>

CFS Team, LARCC is pushing hard to get all CFM zones up to 99.5% completed by this Wednesday 9/30. Our ACO is very close. To help get us to that final goal, LARCC has asked us to develop an enumeration plan to get these final, challenging cases completed. I've attached a PDF outlining the new enumeration process and some talking points for the enumerators.

CFSs, please contact every active enumerator on your team and advise them of the new procedures put in place today. The ACO will also be reaching out to enumerators via phone calls throughout the day, as we monitor progress determining which enumerators are effectively completing cases.

Thank you.

Dan

//

//

//

//

//

//

//

//

//

//

//



United States District Court
Northern District of California

United States District Court
Northern District of California

# NEW ENUMERATION PROCESS

1. **Case Assignment**
    a. All cases will be assigned according to three (3) time windows per day
        i. 9am to 1pm
        ii. 1pm to 5pm
        iii. 5pm to 9pm
    b. Cases will be unassigned from Enumerators without work availability throughout the day
        i. EXAMPLE – an Enumerator with work availability from 9am to 1pm will have his/her cases taken away and reassigned around 1pm to a second enumerator who has work availability starting at 1pm
            1. The same process will be followed for cases being reassigned at 5pm
        ii. The goal will be to complete as many cases as possible throughout the day by visiting residences multiple times (as necessary) per day to get each residence completed

2. **Required Enumerator Actions**
    a. Enumerators must operate with a sense of urgency with the goal of completing each assigned case
    b. Enumerators will begin seeing smaller case assignment workloads
    c. Enumerators are encouraged to visit the same residence multiple times per day with the goal of completing the case
        i. Enumerators will access their inactive case assignments to see which addresses to revisit
    d. **Enumerators must manually sync device at least every hour**
        i. Before syncing the iPhone, be sure to close all running applications
            1. Double tap home button
            2. Close open applications by swiping up
            3. Sync device

3. **Overtime**
    a. A maximum of 3 ½ hours of overtime is available to all CFSs and Enumerators, on a case by case basis, for today, Monday 9/28/20
        i. Maximum availability is working 9am to 9pm
    b. Urgent that we complete these remaining challenging cases
    c. CFSs may work cases in the field – Call the Field Ops line 858.285.7518 and let the office team know that you're available for assignments
        i. CFSs may also input work availability into OCS for the next couple of days

M:\02_Everyone\NRFU\New NRFU Enumeration Process 20200928.docx

United States District Court
Northern District of California

# ENUMERATOR PHONE SCRIPT

1. **Field Data Capture (FDC) App**
   a. Cases will be taken away from enumerators who have been determined to not be working efficiently or starting work in a timely manner. Those cases will be reassigned to other Enumerators who have posted availability to begin earlier in the day to maximize the attempts per case per day.
   b. Sync device at least every hour
      i. Before syncing, be sure to close all running applications
         1. Double tap home button
         2. Close open applications by swiping up
         3. Sync device

2. **Case Completion Urgency**
   a. Operate with a sense of urgency with the goal to complete each of your assigned cases
   b. Visit the same residence multiple times per day with the goal of completing the case
      i. Enumerators should access their inactive case assignments to see which addresses require a revisit

3. **Overtime**
   a. Every CFS and Enumerator may work a maximum of 3 ½ hours of overtime today, on a case by case basis
   b. If the enumerator completes his assigned cases, and there are more cases to work, then overtime may be approved for the enumerators able to complete their case assignments
   c. Working hours should be between the hours 9am to 9pm.
      i. Everyone must still enter a thirty (30) minute lunch break within the first five (5) hours of work
   d. El Cajon ACO 3266 recommends that all enumerators be in their cars and making their way home to arrive by no later than 9pm. The absolute latest time to start a case is 8pm.

4. **Questions**
   a. Call your CFS or the CFS Hotline 858.285.7590

M:\02_Everyone\NRFU\New NRFU Enumeration Process 20200928.docx