**From:** Jeff Williams <mbt42837@hotmail.com>
**Sent:** Monday, September 28, 2020 10:19 PM
**To:** Diane Miyashiro <Diane_Miyashiro@cand.uscourts.gov>
**Subject:** Message from Wilber Ross to enumerators delivered this evening

Hello,

In light of Judge Koh's order regarding the census enumeration period, I think that this message to enumerators from Secretary Ross may be in violation of her order.

Sincerely Yours,
Jeff Williams





Sent from my what'sit