## Message received tonight to Census Enumeraters

Jeff Williams <mbt42837@hotmail.com>

Mon 9/28/2020 10:14 PM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

Hello,

In light of Judge Koh's order regarding census enumerating, I thought that this message to enumerator from the secretary maybe in violation of her order.

Sincerely Yours,

Jeff
Williams



AT&T  10:12 PM  100%

< Messages    1 of 14

**MESSAGE DETAILS**

**Console Message**
Sep 28, 2020

A federal district court issued a preliminary injunction on 9/24. The Census Bureau is complying with the Court's Order which moves the finishing date for NRFU operations after September 30. The Secretary announced today that NRFU operations will finish on October 5. We will post updated guidance on the content locker.  (Please press the home button after reading this message.)

ACTION

Delete

Mark as Unread



Sent from my what'sit