**Census Notification of October 5 NRFU Stop Date**

Robert Cohen <robert.cohen@racpcs.com>
Tue 9/29/2020 7:10 AM
To: CRD LHK <LHKCRD@cand.uscourts.gov>; Diane Miyashiro <Diane_Miyashiro@cand.uscourts.gov>

📎 1 attachments (319 KB)
image003.jpg;

Hi Ms. Dibble and Ms. Miyashiro,

I am an NRFU Census Enumerator in Palm Beach County FL.  I received this notice today on my Census issued iPhone.  Please forward to Judge Koh.

Robert Cohen
6503 N Military Trl Apt 3007
Boca Raton, FL 33496
561-757-8107
robert.cohen@racpcs.com



announced today that NRFU operations will finish on October 5. We will post updated guidance on the content locker.  (Please press the home button after reading this message.)

ACTION

Delete