1
JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

2
ALEXANDER K. HAAS
Branch Director

3
DIANE KELLEHER

4
BRAD P. ROSENBERG
Assistant Branch Directors

5
M. ANDREW ZEE
ALEXANDER V. SVERDLOV

6
Trial Attorneys

7
U.S. Department of Justice
Civil Division - Federal Programs Branch

8
1100 L Street, NW
Washington, D.C. 20005

9
Telephone: (202) 305-0550

10

*Attorneys for Defendants*

11

12

13
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14
**SAN JOSE DIVISION**

15

16
NATIONAL URBAN LEAGUE, *et al*.,

Case No. 5:20-cv-05799-LHK

17
                    Plaintiff,

**DEFENDANTS' RESPONSE TO THE**
**COURT'S SEPTEMBER 28, 2020,**

18
        v.

**ORDER, ECF 225**

19

20
WILBUR L. ROSS, JR., *et al.*,

21
                    Defendants.

22

23

24

25

26

27

28

1    Pursuant to the Court's Order dated September 28, 2020, ECF No. 225, Defendants are in

2  the process of filing with the Court documents related to the Secretary of Commerce's September

3  28, 2020 announcement about the "target date" for completing census field data operations.

4  Defendants are also providing a log of materials withheld on the basis of privilege.

5    The means by which Defendants identified and collected documents are described in the

6  accompanying declaration of Brian D. DiGiacomo.   Mr. DiGiacomo's declaration likewise

7  describes the basis for the privileges asserted.

8

9

10

11

12  DATED:  September 29, 2020                    Respectfully submitted,

13

14                                               JEFFREY BOSSERT CLARK
                                                 Acting Assistant Attorney General

15
                                                 ALEXANDER K. HAAS
16                                               Branch Director

17
                                                 DIANE KELLEHER
18                                               BRAD P. ROSENBERG
                                                 Assistant Branch Directors
19
                                                 */s/ Alexander V. Sverdlov*
20                                               ALEXANDER V. SVERDLOV
                                                   (New York Bar No. 4918793)
21                                               M. ANDREW ZEE (SBN 272510)
                                                 Trial Attorneys
22                                               U.S. Department of Justice
                                                 Civil Division - Federal Programs Branch
23                                               1100 L Street, NW
24                                               Washington, D.C. 20005
                                                 Telephone: (202) 305-0550
25

26                                               *Attorneys for Defendants*

27

28

DEFENDANTS' RESPONSE TO THE COURT'S
SEPTEMBER 28, 2020, ORDER, ECF 225
Case No. 5:20-cv-05799-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.


*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV