| File Name | Email From | Email To | Email CC | Date | Author | Privilege | Privilege Description | Redact/Withheld |
|---|---|---|---|---|---|---|---|---|
| Re: Thank you and question | Wilbur Ross | | Albert Fontenot, James Christy, Timothy Olson, Enrique Lamas, Karen Kelley, Steven Dillingham, Mike Walsh | 9/28/2020 17:12 | | Deliberative Process | Email communication from Secretary Ross to his senior advisors at the Department of Commerce and the Census Bureau requesting confirmation of the Census's proposed course of action and related reasoning on when the Census Bureau should end field activities. If this information were to be released, it would harm the ability of the Secretary to request information from his senior advisors that he needs to make informed decisions, and it would also harm the free flow of information from the advisors to the ultimate decision-maker. | Redact |
| Proposed Options for Completion of Enumeration v3 | | | | 9/25/2020 | United States Census Bureau | Attorney Client; Attorney-Work Product | Draft presentation reflecting confidentail legal advice of the Department of Commerece's Office of General Counsel prepared during the course of litigation regarding the Census Bureau's proposed options for completing enumeration. | Redact |
| Proposed Options for Completion of Enumeration Combined | | | | 9/28/2020 | United States Census Bureau | Attorney Client; Attorney-Work Product | Draft presentation reflecting confidentail legal advice of the Department of Commerece's Office of General Counsel prepared during the course of litigation regarding the Census Bureau's proposed options for completing enumeration. | Redact |
| Proposed Options for Completion of Enumeration Combined v2 | | | | 9/28/2020 | United States Census Bureau | Attorney Client; Attorney-Work Product | Draft presentation reflecting confidentail legal advice of the Department of Commerece's Office of General Counsel prepared during the course of litigation regarding the Census Bureau's proposed options for completing enumeration. | Redact |