Status Reporting: Nonresponse Followup for the 2020 Decennial Census

Periodic Reporting: Release for September 8, 2020



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## Table of Contents

| Report Title | Slide Number |
|---|---|
| 2020 Census: Nonresponse Followup At A Glance | 3 |
| 2020 Census: Nonresponse Followup Progress | 4 |
| 2020 Census: Nonresponse Followup Progress and Cost | 5 |
| 2020 Census: Nonresponse Followup Enumerator Staffing | 6 |
| 2020 Census: Nonresponse Followup Enumerator Productivity Curve | 7 |
| 2020 Census: Nonresponse Followup Enumerator Work Hours | 8 |
| 2020 Census: Housing Unit Enumeration Progress by State | 9 |
| 2020 Census: Nonresponse Followup Challenge Areas by State | 10-20 |
| 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status | 21 |
| 2020 Census: Group Quarters Enumeration - Overview | 22 |
| 2020 Census:  Group Quarters Enumeration – Operational Status | 23 |
| Appendix | 24-29 |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup At A Glance – September 8, 2020

### General

**Self-Response Rate:** 65.5%    **Total Housing Units Enumerated:** 88.2%

23 States have over 90% of their housing units enumerated
42 States have over 85% of their housing units enumerated
81 ACOs have completed over 80% of their NRFU workload
239 ACOs have completed over 50% of their NRFU workload

### Timing

* **Days in Operation:** 53
* **Days Elapsed:** 30
* **Days Remaining:** 23

### Staffing

* **Selections:** 1,016,808
* **Invited to Training:** 664,502
* **Enumerators Hired Since January 1, 2020:** 416,202
* **Completed Training:** 325,269
* **Currently in Training:** 70,583
* **Active:** 231,116
* **Scheduled for Replacement Training:** 23,396
* **Cumulative Replacement Training (8/6 to date):** 132,263
* **Enumerator Separations (8/1 to date):** 105,906

### Calculated Staff Needs

* Remaining workload: 18,509,345 cases
* Remaining weeks: 3.3
* Average cases per week: 5,608,892
* Average cases per hour: 1.55
* Needed hours per week: 3,618,640
* Average enumerator hours per week: 19
* Required average enumerators 190,455 To complete by 9/30
* Required average enumerators 147,602 (assuming 2 cases/hour)

### Progress

**Current Workload:** : 62,383,104
**Completed Cases:** 43,873,759 (70.3%)
**Planned Completed Cases:** 39,508,382 (63.3%)
**Remaining Workload:** 18,509,345

### Enumerator Productivity

* **Average Hours worked per week (8/27-9/2):** 20.0
* **Average Cases Completed Per Hour:** 2.24
* **Planned Cases Completed Per Hour:** 1.55

### Contingency Budget

* **Contingency Available (as of 3/14/20):** $2,030 M
* **Expected Contingency Uses for COVID-19:** $1,106 M
* **Contingency Approvals (through 7/31):** $934 M
* **Remaining Contingency: (through 7/31):** $924 M
* **Uncommitted Remaining Contingency:** $187 M

| | Planned | Actual |
|---|---|---|
| **Overtime** | $100M | $3.7M |
| **Enumerator Awards** | $300M | $8.1M |
| **Other** | $302M | $11.5M |
| **Total** | $702M | $23M |

**United States Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress



**Case Progress for Field Enumeration**

**Status:**
● *On Track*

**Data current as of:**
*September 8, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Current workload reflects all case types.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
5,629,341 (12.8% of completed cases)

**Remaining Workload:**
18,509,345 cases

**Current Workload:** 62,383,104
**Actual Completed Cases:** 43,873,759 (70.3%)
**Planned Completed Cases:** 39,508,382 (63.3%)

━━ Actual % Completed Cases    ━━ Planned % Completed Cases    ━━ 2010 Actual Percent

**Data as of: 11:59 pm of the previous day**



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress and Cost



**Status:**
🟢 *On Track*

**Data current as of:**
*September 8, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Current workload reflects all case types. Costs include training and production costs for Enumerators and CFS.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
5,629,341 (12.8% of completed cases)

**Remaining Workload:**
18,509,345 cases

**PCT Complete**

**Case Progress for Field Enumeration**

**Current Workload: 62,383,104**
**Actual Completed Cases: 43,873,759 (70.3%)**
**Planned Completed Cases: 39,508,382 (63.3%)**

**PCT Expended**

**Actual Total Cost**

**Total Budget: $1,612,697,790**
**Actual Cost: $778,490,442 (48.3%)**

**Data as of 11:59 pm of the previous day**

**Source:** *MOJO Hermes*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

5

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Staffing

**Status:**

 *On Track*

**Data current as of:**
*September 8, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**

- Enumerator Training No Show Rate: 33.9%
- Enumerator Training No Show Rate for the past week: 22.8%
- 132,263 enumerators have attended replacement training since August 6, 2020.
- 105,906 enumerators have separated employment since August 1, 2020.

## Nonresponse Followup Onboarding Status



| | |
|---|---|
| Selected | 1,016,808 |
| Invited to Training | 664,502 |
| Enumerators Hired Since 1/1/2020 | 416,202 |
| Completed Training | 325,269 |
| Currrently in Training | 70,583 |
| Active | 231,116 |
| Scheduled for Replacement Training | 23,396 |

**Source:** *2020 R&A/DAPPS Applicant Summary Report*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Productivity Curve

**Status:**
 *On Track*

**Data current as of:**
September 8, 2020

**Start Date:**
August 9, 2020

**Completion Date:**
September 30, 2020

**Notes:**
- Cases per hour include cases that were resolved by enumeration, administrative records, or self-response.
- Data are charted beginning with soft launch





**Productivity (Cases per Hour) for the NRFU Operation by Day**

Cases Completed per Hour for Day: 1.85
Cumulative Cases Completed per Hour: 2.24

Daily Cases per Hour  •  Cumulative Cases per Hour

Data as of 11:59 pm of the previous day



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** NRFU Resolved Cases by Day Report

7

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Work Hours

**Status:**

● *On Track*

**Data current as of:**

*September 8, 2020*

**Completion Date:**

*September 30, 2020*

**Notes:**

Preliminary Data - pending
receipt of actual payroll
data.



### Average Enumerator Hours Worked per Week



**Planned:** 19.0 hours/week
**Actual:** 20.0 hours/week

### Percentage of Enumerators by Hours Worked

| Week of | % of Enumerators that Worked < 19 Hours | % of Enumerators that Worked 19-24 Hours | % of Enumerators that Worked 25+ Hours |
|---------|------------------------------------------|------------------------------------------|-----------------------------------------|
| 8/27-9/2 | 46.29% | 14.07% | 39.65% |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** *MOJO Hermes*

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Housing Unit Enumeration Progress by State

**Source:** *Census Data Lake, Unified Tracking System*
**Data Current as of:** *September 8, 2020*

**Note:** Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

| State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change | State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Total | 65.5% | 22.7% | 88.2% | 83.2% | 4.9% | Missouri | 65.0% | 27.2% | 92.1% | 87.9% | 4.3% |
| Alabama | 62.1% | 16.9% | 79.0% | 74.3% | 4.8% | Montana | 58.7% | 21.1% | 79.9% | 74.9% | 5.0% |
| Alaska | 53.3% | 37.4% | 90.7% | 86.6% | 4.1% | Nebraska | 70.9% | 19.1% | 90.0% | 85.4% | 4.6% |
| Arizona | 62.1% | 18.0% | 80.1% | 74.4% | 5.7% | Nevada | 65.0% | 22.2% | 87.2% | 80.9% | 6.3% |
| Arkansas | 59.7% | 31.8% | 91.5% | 85.2% | 6.3% | New Hampshire | 65.8% | 23.7% | 89.4% | 83.1% | 6.3% |
| California | 67.9% | 23.7% | 91.5% | 87.4% | 4.2% | New Jersey | 67.7% | 20.2% | 87.9% | 82.7% | 5.2% |
| Colorado | 68.8% | 20.2% | 89.0% | 84.8% | 4.3% | New Mexico | 56.4% | 24.3% | 80.7% | 73.0% | 7.6% |
| Connecticut | 69.5% | 24.9% | 94.4% | 91.2% | 3.2% | New York | 61.9% | 25.3% | 87.3% | 80.9% | 6.4% |
| Delaware | 63.2% | 22.6% | 85.8% | 80.3% | 5.5% | North Carolina | 61.4% | 20.7% | 82.1% | 75.9% | 6.2% |
| District of Columbia | 61.9% | 23.9% | 85.8% | 81.1% | 4.7% | North Dakota | 64.3% | 24.9% | 89.2% | 85.3% | 3.9% |
| | | | | | | Ohio | 69.5% | 21.1% | 90.6% | 86.3% | 4.3% |
| Florida | 62.1% | 20.4% | 82.5% | 76.4% | 6.1% | Oklahoma | 59.7% | 25.5% | 85.3% | 80.0% | 5.3% |
| Georgia | 60.8% | 18.6% | 79.3% | 74.0% | 5.3% | Oregon | 68.3% | 26.7% | 94.9% | 91.4% | 3.5% |
| Hawaii | 61.9% | 33.6% | 95.6% | 91.1% | 4.5% | Pennsylvania | 68.2% | 22.4% | 90.6% | 86.4% | 4.2% |
| Idaho | 68.8% | 29.6% | 98.4% | 97.0% | 1.4% | Rhode Island | 63.7% | 25.8% | 89.4% | 83.8% | 5.6% |
| Illinois | 70.0% | 22.3% | 92.4% | 88.7% | 3.7% | South Carolina | 59.4% | 21.3% | 80.7% | 75.0% | 5.7% |
| Indiana | 69.4% | 25.3% | 94.7% | 90.9% | 3.8% | South Dakota | 66.1% | 20.6% | 86.7% | 81.6% | 5.2% |
| Iowa | 70.2% | 15.4% | 85.6% | 80.2% | 5.4% | Tennessee | 64.8% | 24.3% | 89.1% | 83.9% | 5.2% |
| Kansas | 69.0% | 26.4% | 95.3% | 92.1% | 3.2% | Texas | 61.0% | 24.9% | 85.9% | 79.5% | 6.4% |
| Kentucky | 67.4% | 18.7% | 86.1% | 81.8% | 4.3% | Utah | 69.9% | 21.2% | 91.1% | 86.4% | 4.8% |
| Louisiana | 58.6% | 22.1% | 80.8% | 75.7% | 5.1% | Vermont | 59.4% | 31.9% | 91.3% | 83.5% | 7.8% |
| Maine | 57.4% | 37.6% | 95.0% | 91.2% | 3.9% | Virginia | 70.0% | 19.3% | 89.3% | 84.9% | 4.3% |
| Maryland | 69.7% | 21.1% | 90.9% | 87.5% | 3.3% | Washington | 71.5% | 24.7% | 96.2% | 92.6% | 3.5% |
| Massachusetts | 67.9% | 23.7% | 91.6% | 87.3% | 4.3% | West Virginia | 55.8% | 41.6% | 97.3% | 94.2% | 3.2% |
| Michigan | 70.4% | 17.8% | 88.2% | 83.4% | 4.8% | Wisconsin | 71.5% | 23.5% | 94.9% | 91.2% | 3.7% |
| Minnesota | 74.3% | 18.7% | 93.0% | 89.1% | 3.9% | Wyoming | 59.8% | 25.8% | 85.6% | 80.1% | 5.6% |
| Mississippi | 59.2% | 20.9% | 80.1% | 75.2% | 4.9% | Puerto Rico | 33.1% | 53.2% | 86.4% | 75.8% | 10.5% |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Alabama (3 ACOs) | 62.1% | 16.9% | 79.0% | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Remote enumerators doing phone work only.<br><br>Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>Alabama Count (CCC) is sponsoring the $100K Census Bowl activity engaging the state's 32 rural counties. The county that has the largest increase in self-response rate each week gets a $1500 cash prize and moves to the next round. Smaller prizes are given for a slight increase. The county with the highest increase at the end of September will receive a $65,000 grant for their schools. | **Hired this week: 245**<br><br>**Selected this week: 657** |

Data as of 11:59 pm of the previous day



United States™
**Census**
Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Arizona (6 ACOs) | 62.1% | 18.0% | 80.1% | Over 450 enumerators arriving from the LA region.<br><br>Training daily at all ACOs.<br><br>Supplemental management assistance from LA and PH.<br><br>Teams of enumerators from other parts of the Dallas Region.<br><br>For the Navajo Nation - identifying staff to bring onto the reservation to submit to the nation for approval.<br><br>Partnership working to gain access. | **Hired this week: 276**<br><br>**Selected this week: 775**<br><br>**Travel Teams: 454 Enumerators arriving in Arizona by Sept. 9** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|-------|------|------|------|-------------|------|
| Florida (15 ACOs) | 62.1% | 20.4% | 82.5% | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Deploying group of highly skilled RTs to visit low performing ACOs. Moving enumerators from higher performing ACOs. Remote enumerators doing phone work only; Continuously promoting the enumerator award program.  Supplemental management support from high production ACOs.<br><br>Florida Lieutenant Governor (state's census coordinator) engaged in statewide activities:<br>• Taped and distributed custom PSAs to every county in the state<br>• Assigned various state staffers to contact and provide assistance to elected officials of the state's twenty lowest performing counties<br>• Making contact with the state's professional sports team to get their mascots to participate in PSAs to be shown throughout the state<br><br>FL Counts has provided community organizations with additional funds for outreach activities to encourage census participation in the lowest performing census tracts.<br><br>CRRs will be deployed at selected schools in Miami-Dade County on food distribution days on Tuesdays and Thursdays throughout September.<br><br>Counties are planning caravans and census community events in tracts with the lowest self-response rates. CRRs will be in attendance, depending on availability.<br><br>Lawyers taping PSAs assuring residents that Census data is protected by law. | **Hired this week: 851**<br><br>**Selected this week: 1,884** |



United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Georgia (10 ACOs) | 60.8% | 18.6% | 79.3% | Sending 850 Enumerators from CH, PH and NY Regions.<br><br>Ongoing enumerator selection and training to boost total number of enumerators in the field.<br><br>Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>Conducting weekend blitz outreach activities with local partners throughout the Macon and Columbus ACO areas.<br><br>Media team is scheduling interviews with local radio outlets in South and Eastern Georgia areas. | **Hired this week:** 437<br><br>**Selected this week: 767**<br><br>**Travel Teams: 269 Enumerators arriving in Georgia by Sept. 9.**<br>**Balance will arrive later this week.** |



**United States Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

13

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Louisiana (4 ACOs) | 58.6% | 22.1% | 80.8% | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Remote enumerators doing phone work only.<br><br>Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>Governor call.<br><br>Partnering with the State of Louisiana and the ACOs to schedule CRRs to conduct interviews in hotels designated for residents displaced by Hurricane Laura. | **Hired this week: 279**<br><br>**Selected this week: 529** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

14

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Mississippi (2 ACOs) | 59.2% | 20.9% | 80.1% | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>Designated these areas for telephone contact.<br><br>State Superintendent Dr. Rice has asked each district superintendent to send an SOS to all parents urging them to self-respond now or cooperate with enumerators.<br><br>State CCC is taping new PSAs urging a final push in low performing counties. | **Hired this week:** 63<br><br>**Selected this week: 353** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|-------|------------------------------|-----------------------------|---------------------|-------------|----------------------|
| Montana (1 ACO) | 58.7% | 21.1% | 79.9% | LA region sending teams (44 enumerators) from Idaho to Montana as well as bringing people in from Wyoming. Most are using 4WD Vehicles. 21 enumerators from Salt Lake are also being sent to Montana.<br><br>Working with tribal leadership to gain access.<br><br>Have received tentative approval to conduct non-response follow up on Fort Belknap. | **Hired this week: 24**<br><br>**Selected this week: 0**<br><br>**Travel Teams: 63 Enumerators arriving in Montana by Sept. 9** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| New Mexico (2 ACOs) | 56.4% | 24.3% | 80.7% | Southern part of the state is doing well so sending enumeration teams to the northern part of the state.<br><br>We have the cooperation of all the tribal nations and organizing travel teams to complete enumeration on tribal lands. | **Hired this week:** 106<br><br>**Selected this week: 146** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|-------|------|------|------|------|------|
| North Carolina (7 ACOs) | 61.4% | 20.7% | 82.1% | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program<br>NC Counts Coalition has created a 2020 Census Mini-Grants Initiative. For the initiative, community organizations and CCCs are asked to join the state's final census push by adopting a low performing census tract. Grants amounts are between $1000-$2500. Collaborative grants will be considered for up to $3500. Up to $150,000 in grants will be dispersed.<br><br>Partnership specialists engaged in outreach blitz activities in 125 low performing tracts in 43 eastern NC counties. | **Hired this week:** 278<br><br>**Selected this week: 334** |



United States™
**Census**
Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|-------|------------------------------|------------------------------|---------------------|-------------|----------------------|
| Oklahoma (3 ACOs) | 59.7% | 25.5% | 85.3% | Sending travel teams from Wichita to Tulsa.<br><br>Sending travel teams from Fort Worth, TX to Cleveland County ACO.<br><br>Supplemental management support from high production ACOs. | **Hired this week: 43**<br><br>**Selected this week: 86** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 8, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| South Carolina (3 ACOs) | 59.4% | 21.3% | 80.7% | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>Supplemental management support from high production ACOs Continuously promoting the enumerator award program.<br><br>The SC State Complete Count Committee (Chaired by SC Lieutenant Governor Pamela Evette), SC Counts, SC United Way, the SC NAACP, along with major agencies and organizations partners throughout the state, will hold a statewide Census Day of Action on Saturday, September 26 with a goal of reaching 50,000 South Carolinians. Sites will be set up in each of the 46 counties in SC. | **Hired this week: 185**<br><br>**Selected this week: 199** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status

**Source:** *Decennial Budget Office*
**Data Current as of:** *September 3, 2020*

| Notional Contingency Waterfall for Estimated Revised NRFU | | |
|---|---|---|
| *(in millions of $)* | | |
| | Plan (as of 7/31) | Actual to Date (9/3) |
| **Contingency available on 3/14** | **$2,030** | **$2,030** |
| *Risk Based Contingency* | *$1,325* | *$1,325* |
| *Secretarial Contingency* | *$705* | *$705* |
| **Expected Contingency Uses for COVID-19** | **$1,106** | **$1,106** |
| *Actual COVID related approvals* | *$934* | *$918* |
| *Remaining Potential COVID approvals* | *$172* | *$188* |
| **Remaining Original Contingency** | **$924** | **$924** |
| | | |
| **Additional contingency from estimated operational variance** | **$70** | **$70** |
| | | |
| **Remaining Contingency before acceleration efforts** | **$994** | **$994** |
| | | |
| **Potential Costs to Ensure Operational Continuity and Accelerate NRFU** | **$702** | **$23** |
| *Additional Mailing and Advertising* | *$50* | *$11.5* |
| *Training of additional NRFU enumerators (previously approved)* | *$64* | *--* |
| *Replacement training of 150k enumerators* | *$165* | *--* |
| *Additional overtime for NRFU enumerators* | *$100* | *$3.7* |
| *Weekly enumerator award for exceeding 25 hrs/wk (Up to 5x)* | *$150* | *$8.1* |
| *Enumerator retention award for 3 weeks of acceptable work above 25 hrs/wk (Up to 2x)* | *$150* | *--* |
| *CFS retention award for 3 weeks of acceptable work (Up to 2x)* | *$23* | *--* |
| | | |
| **Allowance for up to 10% increase in production hours due to unknown factors** | **$106** | **--** |
| | | |
| **Remaining Contingency for Unknowns** | **$187** | **--** |

## Notes
- Actuals to Date represent approved purchases and incurred compensation expenses.
- Bonuses will begin accruing around September 3 due to payroll validation requirements.



**United States** Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

21

# Periodic Performance Management Reports
## 2020 Census:  Group Quarters Enumeration* – Overview

Group Quarters are places where people live or stay in a group living arrangement. They are usually owned or managed by an organization providing housing and or services for their residents.

Group Quarters include places such as:
- Correctional Facilities
- Nursing/Skilled-Nursing Facilities
- College/University Student Housing
- Military Quarters
- Residential Treatment Centers
- Group Homes

*Service Based Enumeration is a component of Group Quarters Enumeration conducted from September 22 – 24, 2020

United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census:  Group Quarters Enumeration – Operational Status
**Source:** *Unified Tracking System*
**Data Current as of:** *September 7, 2020*

| Group Quarters Enumeration Operational Timing | | |
|---|---|---|
| **Activity/Operations** | **Start Date** | **End Date** |
| Group Quarters (e-Response) | April 2 | August 7 |
| Group Quarters (In Field Enumeration) | July 1 | August 26 |

| Group Quarters Enumeration Progress | | | | | |
|---|---|---|---|---|---|
| **Initial Workload** | **GQs Added** | **Total Workload** | **Current Workload** | **Completed & Closed Cases** | **Percent Complete & Closed** |
| 195,656 | 21,398 | 217,054 | 1,037 | 216,017 | 99.52% |

**Enumeration Rate by Mode:**
- e-Response:  42.1%
- In Field Enumeration:  57.9%



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Appendix

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

| Status | Report Title | Summary | Slide Number |
|:---:|---|---|:---:|
| 🟢 | 2020 Census: Questionnaire Assistance Inbound Calls | Inbound call support continues.  A return call option is available to callers who leave a message requesting this option. | 26 |
| 🟢 | 2020 Census: Partners & Participating Organizations | Progress to establish relationships with National and community organizations is ongoing.  The number of partnering organizations at the national-level has grown to 1,054.  The 2020 Census exposure at the local and community level continues; the number of active community partners is over 395,000.  We have exceeded the 2010 Census numbers for both national and community partners. | 27 |
| 🟢 | 2020 Census: Integrated Communications Campaign Weekly Report Timeline | Steady progress continues on Integrated Communications Campaign efforts. | 28 |
| 🟢 | 2020 Census: Monthly FY 2020 Budget Execution Report | Fiscal Year 2020 budget execution is managing budget to address critical program needs. | 29 |

**Legend**   | Not Applicable | Completed | On Track | Management Focus | Requires Attention |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Questionnaire Assistance Inbound Calls

**Status:**

 *On Track*

**Data current as of:**
*September 5, 2020*

**Completion Date:**
September 30, 2020

**Notes:**

To date, 56,474 callers have requested the callback option. These callbacks have resulted in 20,842 completed interviews and 5,841 callers being provided assistance.

### Total Inbound Call Volume % (PTD)



| English 87.3% | Spanish 10.6% | TTY 1.1% | Chinese Mandarin 0.2% | Vietnamese 0.1% | All Other 0.7% |

### Key Performance Metrics (PTD)

| | Planned | Actual |
|---|---|---|
| Total Inbound Call Volume | 11,608,405 | 12,436,356 |
| Deflection Rate | 47.0% | 62.9% |
| Service Level - 30 Seconds | 80.0% | 70.2% |
| Average Handle Time | 9:04 | 9:25 |

### Inbound Call Volume



### Calls Offered to CSRs by Language

| | 8/23 - 8/29 | 8/30 - 9/5 | PTD | PTD % |
|---|---|---|---|---|
| English | 217,002 | 186,623 | 4,098,810 | 88.9% |
| English Puerto Rico | 196 | 142 | 3,508 | 0.1% |
| Spanish | 13,014 | 11,474 | 335,374 | 7.3% |
| Spanish Puerto Rico | 3,162 | 2,184 | 48,421 | 1.1% |
| Chinese Mandarin | 520 | 377 | 12,702 | 0.3% |
| Chinese Cantonese | 338 | 249 | 10,676 | 0.2% |
| Vietnamese | 281 | 175 | 13,771 | 0.3% |
| Korean | 402 | 327 | 13,973 | 0.3% |
| Russian | 179 | 167 | 7,348 | 0.2% |
| Arabic | 90 | 104 | 4,396 | 0.1% |
| Tagalog | 28 | 39 | 2,759 | 0.1% |
| Polish | 47 | 44 | 2,600 | 0.1% |
| French | 25 | 22 | 1,260 | 0.0% |
| Haitian Creole | 71 | 88 | 2,849 | 0.1% |
| Portuguese | 60 | 63 | 2,026 | 0.0% |
| Japanese | 49 | 40 | 2,418 | 0.1% |
| TTY | 1,682 | 1,390 | 42,938 | 0.9% |
| Group Quarters | 76 | 56 | 5,026 | 0.1% |
| **Total** | **237,222** | **203,564** | **4,610,855** | **100.0%** |

**Source:** *Daily Briefing Deck: Census Questionnaire Assistance*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Partners & Participating Organizations

**Status:**
🟢 *On Track*

**Data current as of:**
*September 3, 2020*

**Completion Date:**
*March 2020*

**Notes:**
- 2010 Census: 256,000 regional partners and 856 national partnering organizations.
- We have exceeded the 2010 Census for both national and community partners.
- The National Partnership Program (NPP) met its 2020 Census goal the week of April 20 of securing 900 national participating organizations. NPP will continue to grow the number of national partners and engagements.

| Participating Organizations by Sector | | |
|---|---|---|
| **Sector** | **National** | **Community** |
| **Nonprofit** | 389 | 71,702 |
| **Business** | 143 | 93,625 |
| **Chamber of Commerce/Trade or Professional Association** | 114 | 10,586 |
| **Education** | 103 | 83,599 |
| **Government** | 89 | 71,409 |
| **Faith-Based Organizations** | 68 | 40,642 |
| **Healthcare** | 49 | 14,957 |
| **Media** | 49 | 8,477 |
| **Technology** | 33 | 329 |
| **International Governmental/ Consulate/ Embassy** | 17 | 325 |
| **Grand Total** | **1,054** | **395,651** |

| Participating Organizations by Audiences Served* | | |
|---|---|---|
| **Audiences Served** | **National** | **Community** |
| **Mass Appeal** | 457 | 235,246 |
| **Black/African American** | 99 | 17,917 |
| **Young Children** | 91 | 5,849 |
| **Hispanic/Latino** | 86 | 25,977 |
| **Rural** | 80 | 14,110 |
| **Asian** | 80 | 10,241 |
| **Native Hawaiian Pacific Islander** | 48 | 678 |
| **Veterans** | 41 | 3,271 |
| **Young and Mobile** | 40 | 7,339 |
| **LGBTQ** | 24 | 1,277 |
| **Individuals with Disabilities** | 24 | 3,152 |
| **Elderly** | 24 | 8,823 |
| **Persons Experiencing Homelessness and Highly Mobile** | 22 | 5,459 |
| **American Indian/ Alaskan Native** | 19 | 3,547 |
| **MENA** | 16 | 85 |

*Participating organizations that serve more than one audience are tallied against multiple audiences served as appropriate, so the sum total is greater than the grand total shown.

**Cumulative Completed Partnership Events:** 453,814
**Partnership Events Completed 8/27 – 9/2:** 7,496



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** *Customer Relationship Management Database*

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Integrated Communications Campaign Weekly Report Timeline

**Source:** *Integrated Partnerships and Communication*
**Data Current as of:** *September 3, 2020*



### Significant Accomplishments

- Field Recruitment completed running keyword and job board ads on August 31.
- An updated 2020 Media Buy List was posted on August 31.
- Puerto Rico Influencer Custom Content ran from 8/31-9/4.
- The NRFU Regional Satellite and Radio Media Tour for the Denver, Atlanta, Los Angeles Regions was held from 9/1-9/4.



United States™ Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Monthly FY 2020 Budget Execution Report

**Status:** ● On Track          **Data current as of:** August 31, 2020          **Completion Date:** September 30, 2020

**Notes:** The data are updated monthly following the financial close-out of the previous month, typically about five business days into the next month.

### FY 2020 Actual Budget Execution for the 2020 Census Program - Commitments and Obligations through 8/31/2020

| $ Amounts in Millions | IT | Non-IT | Total |
|---|---|---|---|
| **Total Planned through August** | $1,725 | $5,273 | $6,998 |
| Available contingency and additional appropriations through August | $248 | $1,432 | $1,680 |
| Planned Programmatic through August | $1,477 | $3,841 | $5,318 |
| **Total Actual Commitments and Obligations through August** | $1,664 | $3,011 | $4,675 |
| Unplanned commitments/obligations through August related to adjusted 2020 Census operations due to COVID-19 (risk-based contingency) | $261 | $310 | $570 |
| Actual Programmatic Commitments and Obligations through August | $1,404 | $2,702 | $4,105 |
| **Total Plan Variance ($/%)** | $61 (3.6%) | $2,262 (42.9%) | $2,323 (33.2%) |
| Remaining contingency and additional appropriations planned through August | ($13) | $1,122 | $1,110 |
| Delayed Field Operation Spending through August | $0 | $1,191 | $1,191 |
| Non-Field Operational Programmatic Variance through August | $74 | ($51) | $23 |

**High-Level Variance Explanations:**

In light of the COVID-19 pandemic, the U.S. Census Bureau adjusted 2020 Census operations while ensuring a complete and accurate count of all communities. These adjustments have resulted in positive variances due to schedule adjustments, offset by additional obligations needed to support operational adjustments through the usage of available contingency funding. The total variance for the resources planned to be available through August is $2.323 billion, or 33 percent. Below outlines the breakdown of the total variance:

- The positive variance through August against the original plan in 2020 Census IT systems and operations is $61 million, or 4 percent. The positive variance is the result of relatively routine minor timing adjustments in contract actions and other IT purchases to later months in the fiscal year, partially offset by $13 million in IT contingency used as the result of adjusted 2020 Census operations due to COVID-19 beyond the IT contingency estimate.
- The positive variance through August against the original plan in 2020 Census non-IT operations is $2.262 billion, or 43 percent. This variance consists of $1.191 billion delayed spending in the field operations as a result of schedule adjustments, and $1.122 billion representing a portion of available contingency and additional appropriations that has not yet needed to be obligated. This variance is partially offset by a -$51 million non-Field variance, primarily from a prior decision to increase funding above the original plan for the ICC contract to facilitate additional media purchases ahead of Census Day.
- While unused contingency contributes to the overall positive variance, this is a function of a budget decision last October to make all risk-based contingency available for peak operations. Decisions have been made to use risk-based contingency funds to support $570 million in unplanned obligations or commitments through August as the result of the operational adjustments. The funds used to date include funding field staff salaries related to the suspension of field operations, IT purchases for additional devices and licenses, additional media purchases to encourage self response, extending the communication efforts in the motivation and NRFU planning phases, purchases of personal protection equipment, and additional costs for the Fingerprint and CQA Contracts as the result of the operational timing adjustments. Enumerator overtime to support the timely completion of the NRFU operation was incurred in August as well.



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

*Source: Commerce Business Systems; Decennial Budget Integration Tool*

Status Reporting: Nonresponse Followup for the 2020 Decennial Census

Periodic Reporting: Release for September 15, 2020



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

1

# Periodic Performance Management Reports
## Table of Contents

| Report Title | Slide Number |
|---|---|
| 2020 Census: Nonresponse Followup At A Glance | 3 |
| 2020 Census: Nonresponse Followup Progress | 4 |
| 2020 Census: Nonresponse Followup Progress and Cost | 5 |
| 2020 Census: Nonresponse Followup Enumerator Staffing | 6 |
| 2020 Census: Nonresponse Followup Enumerator Productivity Curve | 7 |
| 2020 Census: Nonresponse Followup Enumerator Work Hours | 8 |
| 2020 Census: Housing Unit Enumeration Progress by State | 9 |
| 2020 Census: Nonresponse Followup Impact of California Wildfires | 10 |
| 2020 Census: Nonresponse Followup Impact of Oregon Wildfires | 11 |
| 2020 Census: Nonresponse Followup Impact of Washington Wildfires | 12 |
| 2020 Census: Nonresponse Followup Areas Affected by Hurricane Sally | 13 |
| 2020 Census: Nonresponse Followup Areas - Hurricane Sally Rainfall Predictions | 14 |
| 2020 Census: Nonresponse Followup Challenge Areas by State | 15-26 |
| 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status | 27 |
| Appendix | 28-31 |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup At A Glance – September 15, 2020

### General

**Self-Response Rate:** 65.9% (97.40 M Housing Units)
**Total Housing Units Enumerated:** 92.4%

40 States and DC have over 90% of their housing units enumerated
49 States and DC have over 85% of their housing units enumerated

152 ACOs have completed over 80% of their NRFU workload
186 ACOs have completed over 75% of their NRFU workload
247 ACOs have completed over 50% of their NRFU workload

### Timing
- **Days in Operation:** 53
- **Days Elapsed:** 37
- **Days Remaining:** 16

### Progress

**Current Workload:** : 62,880,375
**Completed Cases:** 50,652,711 (80.6%)
**Planned Completed Cases:** 47,667,730 (75.8%)
**Remaining Workload:** 12,227,664

### Enumerator Productivity
- **Average Hours Worked Per Week (9/3 - 9/9):** 19.3
- **Average Cases Completed Per Hour:** 2.14
- **Planned Cases Completed Per Hour:** 1.55

### Staffing
- **Selections:** 1,025,972
- **Invited to Training:** 676,179
- **Enumerators Hired Since January 1, 2020:** 426,448
- **Completed Training:** 336,115
- **Currently in Training:** 69,294
- **Scheduled for Replacement Training:** 14,238
- **Cumulative Replacement Training (8/6 to date):** 142,151
- **Enumerator Separations (8/1 to date):** 130,897
- **Active:** 224,406

### Calculated Staff Needs
- Remaining workload: 12,227,664 cases
- Remaining weeks: 2.29
- Average cases per week: 5,339,591
- Average cases per hour: 1.55
- Needed hours per week: 3,444,898
- Average enumerator hours per week: 19
- Required average enumerators 181,310 To complete by 9/30
- Required average enumerators 140,516 (assuming 2 cases/hour)

### Contingency Budget
- **Contingency Available (as of 3/14/20):**      $2,030 M
- **Expected Contingency Uses for COVID-19:** $1,106 M
- **Contingency Approvals (through 7/31):**      $934 M
- **Remaining Contingency: (through 7/31):**      $924 M
- **Uncommitted Remaining Contingency:**      $187 M

|                          | Planned | Actual |
|--------------------------|---------|--------|
| **Overtime**             | $100M   | $5.9M  |
| **Enumerator Awards**    | $300M   | $17.2M |
| **Other**                | $302M   | $11.5M |
| **Total**                | $702M   | $35M   |



United States™ **Census** Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

3

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress



### Case Progress for Field Enumeration

**Status:**
🟢 *On Track*

**Data current as of:**
*September 15, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Current workload reflects all case types.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
5,966,064 (11.8% of completed cases)

**Remaining Workload:**
12,227,664 cases

**Current Workload:** 62,880,375
**Actual Completed Cases:** 50,652,711 (80.6%)
**Planned Completed Cases:** 47,667,730 (75.8%)

— Actual % Completed Cases   — Planned % Completed Cases   — 2010 Actual Percent

**Data as of 11:59 pm of the previous day**



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress and Cost

**Status:**
● *On Track*

**Data current as of:**
*September 15, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Current workload reflects all case types. Costs include training and production costs for Enumerators and CFS.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
5,966,064 (11.8% of completed cases)

**Remaining Workload:**
12,227,664 cases



**Case Progress for Field Enumeration**

PCT Complete

Current Workload: 62,880,375
Actual Completed Cases: 50,652,711 (80.6%)
Planned Completed Cases: 47,667,730 (75.8%)



**Actual Total Cost**

PCT Expended

Total Budget: $1,612,697,790
Actual Cost: $935,903,855 (58.0%)

Data as of 11:59 pm of the previous day

**Source:** *MOJO Hermes*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Staffing

**Status:**

 *On Track*

**Data current as of:**
*September 15, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**

- Enumerator Training No Show Rate: 34%
- Enumerator Training No Show Rate for the past week: 22%
- 142,151 enumerators have attended replacement training since August 6, 2020.
- 130,897 enumerators have separated employment since August 1, 2020.

## Nonresponse Followup Onboarding Status



| | |
|---|---|
| Selected | 1,025,972 |
| Invited to Training | 676,179 |
| Enumerators Hired Since 1/1/2020 | 426,448 |
| Completed Training | 336,115 |
| Currrently in Training | 69,294 |
| Active | 224,406 |
| Scheduled for Replacement Training | 14,238 |



**United States Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** *2020 R&A/DAPPS Applicant Summary Report*

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Productivity Curve

**Status:**
 *On Track*

**Data current as of:**
September 15, 2020

**Start Date:**
August 9, 2020

**Completion Date:**
September 30, 2020

**Notes:**
- Cases per hour include cases that were resolved by enumeration, administrative records, or self-response.
- Data are charted beginning with soft launch





**Productivity (Cases per Hour) for the NRFU Operation by Day**

Cases Completed per Hour for Day: 1.78
Cumulative Cases Completed per Hour: 2.14



—Daily Cases per Hour        —Cumulative Cases per Hour

Data as of 11:59 pm of the previous day



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** NRFU Resolved Cases by Day Report

7

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Work Hours

**Status:**
● *On Track*

**Data current as of:**
*September 14, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
Preliminary Data - pending receipt of actual payroll data.



**Average Enumerator Hours Worked per Week**

Planned: 19.0 hours/week
Actual: 19.3 hours/week

### Percentage of Enumerators by Hours Worked

| Week of | % of Enumerators that Worked < 19 Hours | % of Enumerators that Worked 19-24 Hours | % of Enumerators that Worked 25+ Hours |
|---------|------------------------------------------|-------------------------------------------|-----------------------------------------|
| 9/3-9/9 | 46.28% | 14.07% | 39.65% |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** *MOJO Hermes*

8

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Housing Unit Enumeration Progress by State

**Source:** *Census Data Lake, Unified Tracking System*
**Data Current as of:** *September 14, 2020*

**Note:** Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

| State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change | State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Total** | **65.9%** | **26.6%** | **92.4%** | **88.2%** | **4.3%** | North Dakota | 64.5% | 29.0% | 93.5% | 89.2% | 4.3% |
| Idaho | 68.9% | 30.5% | 99.4% | 98.4% | 1.1% | Tennessee | 65.1% | 28.3% | 93.4% | 89.1% | 4.3% |
| West Virginia | 55.9% | 43.5% | 99.4% | 97.3% | 2.0% | Virginia | 70.3% | 22.8% | 93.1% | 89.3% | 3.8% |
| Hawaii | 62.3% | 36.1% | 98.4% | 95.6% | 2.8% | New Jersey | 68.2% | 24.5% | 92.7% | 87.9% | 4.9% |
| Washington | 71.7% | 26.0% | 97.7% | 96.2% | 1.5% | New York | 62.6% | 30.1% | 92.7% | 87.3% | 5.4% |
| Maine | 57.7% | 39.7% | 97.3% | 95.0% | 2.3% | Michigan | 70.6% | 22.0% | 92.7% | 88.2% | 4.5% |
| Kansas | 69.1% | 28.2% | 97.3% | 95.3% | 2.0% | Colorado | 69.1% | 23.3% | 92.4% | 89.0% | 3.3% |
| Indiana | 69.7% | 27.5% | 97.2% | 94.7% | 2.5% | Nevada | 65.5% | 26.7% | 92.2% | 87.2% | 5.0% |
| Wisconsin | 71.7% | 25.4% | 97.0% | 94.9% | 2.1% | Texas | 61.5% | 30.1% | 91.6% | 85.9% | 5.7% |
| Connecticut | 69.8% | 27.1% | 96.9% | 94.4% | 2.5% | South Dakota | 66.4% | 24.8% | 91.2% | 86.7% | 4.5% |
| Oregon | 68.4% | 28.0% | 96.5% | 94.9% | 1.5% | Delaware | 63.7% | 27.2% | 90.9% | 85.8% | 5.1% |
| Vermont | 59.8% | 36.4% | 96.2% | 91.3% | 4.9% | District of Columbia | 62.4% | 28.3% | 90.7% | 85.8% | 4.9% |
| Minnesota | 74.5% | 21.6% | 96.1% | 93.0% | 3.1% | Iowa | 70.5% | 19.6% | 90.1% | 85.6% | 4.5% |
| Arkansas | 60.0% | 35.9% | 95.9% | 91.5% | 4.4% | Oklahoma | 60.1% | 30.0% | 90.1% | 85.3% | 4.8% |
| Missouri | 65.2% | 30.0% | 95.2% | 92.1% | 3.0% | Kentucky | 67.6% | 22.4% | 90.1% | 86.1% | 4.0% |
| Illinois | 70.3% | 24.8% | 95.1% | 92.4% | 2.7% | Wyoming | 60.2% | 29.8% | 90.0% | 85.6% | 4.4% |
| California | 68.3% | 26.7% | 95.0% | 91.5% | 3.4% | Florida | 62.6% | 25.6% | 88.2% | 82.5% | 5.7% |
| Massachusetts | 68.3% | 26.4% | 94.7% | 91.6% | 3.1% | North Carolina | 61.9% | 25.8% | 87.7% | 82.1% | 5.6% |
| Utah | 70.3% | 24.4% | 94.7% | 91.1% | 3.5% | New Mexico | 56.9% | 30.0% | 86.9% | 80.7% | 6.3% |
| Alaska | 53.5% | 41.0% | 94.6% | 90.7% | 3.9% | Arizona | 62.7% | 24.2% | 86.9% | 80.1% | 6.8% |
| Ohio | 69.9% | 24.6% | 94.5% | 90.6% | 3.9% | South Carolina | 59.8% | 26.3% | 86.1% | 80.7% | 5.4% |
| New Hampshire | 66.2% | 28.3% | 94.4% | 89.4% | 5.0% | Georgia | 61.3% | 24.3% | 85.6% | 79.3% | 6.3% |
| Maryland | 70.1% | 24.2% | 94.3% | 90.9% | 3.4% | Louisiana | 59.1% | 26.4% | 85.4% | 80.8% | 4.7% |
| Pennsylvania | 68.5% | 25.6% | 94.2% | 90.6% | 3.5% | Mississippi | 59.5% | 26.0% | 85.4% | 80.1% | 5.3% |
| Rhode Island | 64.1% | 29.8% | 93.9% | 89.4% | 4.5% | Montana | 59.2% | 26.2% | 85.3% | 79.9% | 5.4% |
| Nebraska | 71.2% | 22.5% | 93.7% | 90.0% | 3.7% | Alabama | 62.5% | 21.9% | 84.4% | 79.0% | 5.3% |



**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

CUI//PRIVILEGE//DELIB/FEDCON

9

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Impact of California Wildfires

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 15, 2020*

| California - Total NRFU Incomplete by State: 730,177 |
|---|

| **Location of Wildfires** | **Air Quality Index** |
|---|---|
| **Estimated Incomplete NRFU Cases for Areas Directly Impacted by Wildfires*: 78,825** | **Estimated Incomplete NRFU Cases for Areas Directly Impacted by Air Quality*: 228,101** |

**Northern California**        **Southern California**





*Potentially Impacted NRFU Workload (Remaining) estimated based upon NRFU data reported on 9/15



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Impact of Oregon Wildfires

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 15, 2020*

| Oregon - Total NRFU Incomplete by State: 64,560 |
| :---: |

| Location of Wildfires | Air Quality Index |
| :---: | :---: |
| **Estimated Incomplete NRFU Cases for Areas Directly Impacted by Wildfires\*: 13,737** | **Estimated Incomplete NRFU Cases for Areas Directly Impacted by Air Quality\*: 59,264** |
|  |  |

\*Potentially Impacted NRFU Workload (Remaining) estimated based upon NRFU data reported on 9/15



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Impact of Washington Wildfires

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 15, 2020*

| Washington - Total NRFU  Incomplete by State:  70,044 | |
|---|---|
| **Location of Wildfires** | **Air Quality Index** |
| **Estimated Incomplete NRFU Cases for Areas Directly Impacted by Wildfires\*: 15,219** | **Estimated Incomplete NRFU Cases for Areas Directly Impacted by Air Quality\*: 33,945** |



\*Potentially Impacted NRFU Workload (Remaining) estimated based  upon NRFU data reported on 9/15



United States™
**Census**
Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Areas Affected by Hurricane Sally

**Source:** *Field Division, National Oceanic and Atmospheric Administration – National Hurricane Center*
**Data Current as of:** *September 15, 2020*



| **Potentially Impacted NRFU Workload (Remaining)*** | CFS Areas with Remaining NRFU Workload | Active Hurricanes, Cyclones and Typhoons - Tropical Storm Force (34kts) |
|---|---|---|

Alabama: 149,749
Florida: 94,199
Georgia: 9,718
Louisiana: 47,565
Mississippi: 25,874
**Total: 327,105**
*Estimated based upon NRFU data reported on 9/15

workload not completed

> 4,010 – 12,941

> 2,948 – 4,010

> 1,858 – 2,948

0 – 1,858



5 to 10% Chance     40 to 50% Chance     80 to 90% Chance
10 to 20% Chance    50 to 60% Chance     90 to 100% Chance
20 to 30% Chance    60 to 70% Chance
30 to 40% Chance    70 to 80% Chance



**United States™ Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

13

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Areas - Hurricane Sally Rainfall Predictions

**Source:** *National Oceanic and Atmospheric Administration – National Hurricane Center*
**Data Current as of:** *September 15, 2020*





U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

14

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Alabama (3 ACOs) | 62.5% | 21.9% | 84.4% | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs; Remote enumerators doing phone work only; Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>**Partnership Specialists (10) conducted outreach blitz (3 languages English, Spanish & Chinese) in Tuscaloosa, Birmingham and Mobile ACOs. This included over 150 HTC census tracts with low response rates.**<br><br>**Local Media Blitz to promote self-response and cooperation with enumerators.**<br><br>**Mobile Questionnaire Assistance Centers functioning in Hard to Count tracts.**<br><br>**For the safety of staff, as a direct result of Hurricane Sally, the Mobile ACO is closed.  The Jefferson Parish and New Orleans, LA ACOs are closed, as is the Gulfport, MS ACO.  Additional offices will close as conditions warrant.**<br><br>**We expect limited production from enumerators 9/15/20 – 9/16/20; Enumerators will make use of telephone capability to reach housing units.**<br><br>**We are monitoring Hurricane Sally and have a plan to quickly deploy "strike teams" to areas affected.** | **Hired this week: 283**<br><br>**Selected this week: 560**<br><br>**Travel Teams: 97 working in-state since 9/9** |



United States **Census** Bureau™

**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Arizona (6 ACOs) | 62.7% | 24.2% | 86.9% | Enumerators from the LA and NY regions.<br><br>Training daily at all ACOs.<br><br>Supplemental management assistance from LA and PH.  Replaced poor performing managers<br><br>**Window Rock has best increase in self-response since beginning of NRFU operation.**<br><br>**President of Navajo Nation supportive of MQAs and coordinating Census Road Blocks and Census messaging at Food Distribution sites.** | **Hired this week: 382**<br><br>**Selected this week: 1,026**<br><br>**Travel Teams: 60 Enumerators working in Window Rock**<br>**440 Enumerators working in several other AZ ACOs** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

16

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Florida (15 ACOs) | 62.6% | 25.6% | 88.2% | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs; Remote enumerators doing phone work only; Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>Deploying group of highly skilled RTs to visit low performing ACOs.<br><br>Access to gated communities is a key priority.  Partnership staff are working with local officials and property management companies to facilitate the access and control of census field work in the gated areas across Florida.<br><br>Using administrative staff from higher-performing ACOs to make selections and train staff.  This frees staff in lower-performing ACOs to focus on onboarding and expedites productivity.<br><br>For the safety of staff, as a direct result of Hurricane Sally, the Mobile, AL ACO, the Jefferson Parish and New Orleans, LA ACOs, and the Gulfport, MS ACO are closed.  Additional offices will close as conditions warrant.<br><br>We expect limited production from enumerators 9/15/20 – 9/16/20; Enumerators will make use of telephone capability to reach housing units.<br><br>We are monitoring Hurricane Sally and have a plan to quickly deploy "strike teams" to areas affected. | **Hired this week: 2,018**<br><br>**Selected this week: 3,058**<br><br>**Travel Teams: 290 enumerators working in Florida** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|-------|------|------|------|-------------|---------------------|
| Georgia (10 ACOs) | 61.3% | 24.3% | 85.6% | Sending Enumerators from CH, PH and NY Regions.<br><br>Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Supplemental management support from high production ACOs and RCC. Released poor performing managers.<br><br>Continuously promoting the enumerator award program.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>**Blitz enumeration in Low Response tracts.**<br><br>**For the safety of staff, as a direct result of Hurricane Sally, the Mobile, AL ACO, the Jefferson Parish and New Orleans, LA ACOs, and the Gulfport, MS ACO are closed. Additional offices will close as conditions warrant.**<br><br>**We expect limited production from enumerators 9/15/20 – 9/16/20; Enumerators will make use of telephone capability to reach housing units.**<br><br>**We are monitoring Hurricane Sally and have a plan to quickly deploy "strike teams" to areas affected.** | **Hired this week: 506**<br><br>**Selected this week: 692**<br><br>**Travel Teams: 801 Enumerators working in Georgia.** |



United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|-------|------------------------------|------------------------------|---------------------|-------------|----------------------|
| Louisiana (4 ACOs) | 59.1% | 26.4% | 85.4% | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs; Remote enumerators doing phone work only.<br><br>Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>**Partnering with the State of Louisiana and the ACOs to conduct interviews in hotels designated for residents displaced by Hurricane Laura.**<br><br>**Evacuated Lake Charles enumerators working in other parts of the state of Louisiana.**<br><br>**For the safety of staff, as a direct result of Hurricane Sally, the Jefferson Parish and New Orleans ACOs are closed.  The Gulfport, MS and Mobile AL ACOs are also closed.  Additional offices will close as conditions warrant.**<br><br>**We expect limited production from enumerators 9/15/20 – 9/16/20; Enumerators will make use of telephone capability to reach housing units.**<br><br>**We are monitoring Hurricane Sally and have a plan to quickly deploy "strike teams" to areas affected.** | **Hired this week: 295**<br><br>**Selected this week: 492**<br><br>**Travel Teams: 144 Enumerators working in Louisiana.** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Mississippi (2 ACOs) | 59.5% | 26.0% | 85.4% | Travel enumerators from adjacent ACOs.<br><br>Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>Designated these areas for telephone contact.<br><br>**Based upon data from the Jackson ACO, partnership specialists from MS and LA canvassed census tracts with low NRFU completion rates by doing the following:  distributing NRFU flyers and promotional items to grocery stores, gas stations, banks, laundry mats, beauty and barber shops, apartment complexes libraries, and restaurants.**<br><br>**For the safety of staff, as a direct result of Hurricane Sally, the Gulfport ACO is closed.  The Mobile AL, Jefferson Parish, LA, and the New Orleans, LA ACOs are also closed.  Additional offices will close as conditions warrant.**<br><br>**We expect limited production from enumerators 9/15/20 – 9/16/20; Enumerators will make use of telephone capability to reach housing units.**<br><br>**We are monitoring Hurricane Sally and have a plan to quickly deploy "strike teams" to areas affected.** | **Hired this week: 187**<br><br>**Selected this week: 389**<br><br>**Travel Teams: 110 enumerators working in Mississippi.** |

**Data as of 11:59 pm of the previous day**



**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Note:** Percentages may not sum due to rounding

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Montana (1 ACO) | 59.2% | 26.2% | 85.3% | LA region sending teams from Idaho to Montana as well as bringing people in from Wyoming. Most are using 4WD Vehicles.  21 enumerators from Salt Lake are also being sent to Montana.<br><br>1,064 Active Enumerators in Montana.<br><br>Access to Northern Cheyenne reservation reinstated this week.  (Was closed again due to COVID). | **Hired this week: 27**<br><br>**Selected this week: 0**<br><br>**Travel Teams: 63 Enumerators working in Montana** |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|-------|------|------|------|------|------|
| New Mexico (2 ACOs) | 56.9% | 30.0% | 86.9% | Southern part of the state is doing well so sending enumeration teams to the northern part of the state.<br><br>We have the cooperation of all the tribal nations and organizing travel teams to complete enumeration on tribal lands. | **Hired this week: 74**<br><br>**Selected this week: 28**<br><br>**Travel Teams: 60 enumerators from NY region in Window Rock** |



United States™
**Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

CUI//PRIVILEGE//DELIB/FEDCON

22

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| North Carolina (7 ACOs) | 61.9% | 25.8% | 87.7% | Travel enumerators from higher performing ACOs.<br><br>Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Supplemental management support from high production ACOs.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>**Partnership Specialists blitzed total of 133 "low responding" tracts across 27 counties provided by ACO staff, interacting with 853 total organizations, and over 3,600 total individuals, in addition locating and working total of 18 MQAs.** | **Hired this week: 379**<br><br>**Selected this week: 329**<br><br>**Travel Teams: 116 enumerators working in North Carolina** |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Oklahoma (3 ACOs) | 60.1% | 30.0% | 90.1% | Sending travel teams from Wichita to Tulsa.<br><br>**Sending travel teams from San Antonio and Fort Worth, TX to Oklahoma**<br><br>**Sending staff from Oklahoma County to lower performing ACOs.**<br><br>**Supplemental management support from high production ACOs.** | **Hired this week:  82**<br><br>**Selected this week:  36**<br><br>**Travel Teams:  80 enumerators working in OK. 13 additional this weekend.** |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| South Carolina (3 ACOs) | 59.8% | 26.3% | 86.1% | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs.<br><br>Supplemental management support from high production ACOs.<br><br>Continuously promoting the enumerator award program.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>Mass texts directly to enumerators daily encouraging them to increase their availability. Neighbor ACOs sending enumerators to assist. Continued training, selections, and ushering through capstone. Neighboring ACOs assisting; Internal blitz with teams of strong enumerators; continuous capstones; requesting more availability from active enumerators. CFS are required to close out a minimum of cases daily. | **Hired this week: 129**<br><br>**Selected this week: 272**<br><br>**Travel Teams: 56 working in South Carolina** |



**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

Data as of 11:59 pm of the previous day

**Note:** Percentages may not sum due to rounding

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State (continued)

**Source:** *Field Division*
**Data Current as of:** *September 15, 2020*

| State | % of HUs that Self Responded | % of HUs Enumerated in NRFU | % of HUs Enumerated | Contingency | Staffing Adjustments |
|---|---|---|---|---|---|
| Wyoming (1 ACO) | 60.2% | 29.8% | 90.0% | **574 Active Enumerators.**<br><br>**Progress furthest behind in western part of the state, including Jackson Hole.  Identifying enumerators from eastern Idaho to move in and assist.**<br><br>**Partnership assisting with access to resort areas.**<br><br>**Wind River at 74% complete.** | **Hired this week:  24**<br><br>**Selected this week:  3**<br><br>**Travel Teams: 20 enumerators arriving from UT and CO, identifying 40 more** |



**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status
**Source:** *Decennial Budget Office*
**Data Current as of:** *September 10, 2020*

| Notional Contingency Waterfall for Estimated Revised NRFU | | |
| --- | --- | --- |
| *(in millions of $)* | | |
| | Plan (as of 7/31) | Actual to Date (9/10) |
| **Contingency available on 3/14** | **$2,030** | **$2,030** |
| *Risk Based Contingency* | *$1,325* | *$1,325* |
| *Secretarial Contingency* | *$705* | *$705* |
| **Expected Contingency Uses for COVID-19** | **$1,106** | **$1,106** |
| *Actual COVID related approvals* | *$934* | *$919* |
| *Remaining Potential COVID approvals* | *$172* | *$187* |
| **Remaining Original Contingency** | **$924** | **$924** |
| **Additional contingency from estimated operational variance** | **$70** | **$70** |
| **Remaining Contingency before acceleration efforts** | **$994** | **$994** |
| **Potential Costs to Ensure Operational Continuity and Accelerate NRFU** | **$702** | **$35** |
| *Additional Mailing and Advertising* | *$50* | *$11.5* |
| *Training of additional NRFU enumerators (previously approved)* | *$64* | *--* |
| *Replacement training of 150k enumerators* | *$165* | *--* |
| *Additional overtime for NRFU enumerators* | *$100* | *$5.9* |
| *Weekly enumerator award for exceeding 25 hrs/wk (Up to 5x)* | *$150* | *$17.2* |
| *Enumerator retention award for 3 weeks of acceptable work above 25 hrs/wk (Up to 2x)* | *$150* | *--* |
| *CFS retention award for 3 weeks of acceptable work (Up to 2x)* | *$23* | *--* |
| **Allowance for up to 10% increase in production hours due to unknown factors** | **$106** | **--** |
| **Remaining Contingency for Unknowns** | **$187** | **--** |

## Notes
- Actuals to Date represent approved purchases and incurred compensation expenses.
- Bonuses accrue on a 2-week lag due to payroll validation requirements.



United States™ Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

27

# Appendix

CUI//PRIVILEGE//DELIB/FEDCON

United States™ Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports

| Status | Report Title | Summary | Slide Number |
|:---:|---|---|:---:|
| 🟢 | 2020 Census: Questionnaire Assistance Inbound Calls | Inbound call support continues. A return call option is available to callers who leave a message requesting this option. | 30 |
| 🟢 | 2020 Census: Monthly FY 2020 Budget Execution Report | Fiscal Year 2020 budget execution is managing budget to address critical program needs. | 31 |

**Legend**  Not Applicable | Completed | On Track | Management Focus | Requires Attention



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

29

# Periodic Performance Management Reports
## 2020 Census: Questionnaire Assistance Inbound Calls

**Status:**

 *On Track*

**Data current as of:**
*September 12, 2020*

**Completion Date:**
September 30, 2020

**Notes:**

To date, 59,155 callers have requested the callback option. These callbacks have resulted in 21,842 completed interviews and 6,011 callers being provided assistance.

### Total Inbound Call Volume % (PTD)



| English | Spanish | TTY | Chinese Mandarin | Vietnamese | All Other |
|---|---|---|---|---|---|
| 87.3% | 10.6% | 1.1% | 0.2% | 0.1% | 0.7% |

### Key Performance Metrics (PTD)

| | Planned | Actual |
|---|---|---|
| Total Inbound Call Volume | 11,761,264 | 12,701,846 |
| Deflection Rate | 47.0% | 62.4% |
| Service Level - 30 Seconds | 80.0% | 71.0% |
| Average Handle Time | 9:04 | 9:25 |

### Inbound Call Volume



### Calls Offered to CSRs by Language

| | 8/30 - 9/5 | 9/6 - 9/12 | PTD | PTD % |
|---|---|---|---|---|
| English | 186,623 | 141,702 | 4,240,512 | 89.0% |
| English Puerto Rico | 142 | 96 | 3,604 | 0.1% |
| Spanish | 11,474 | 9,231 | 344,605 | 7.2% |
| Spanish Puerto Rico | 2,184 | 1,391 | 49,812 | 1.0% |
| Chinese Mandarin | 377 | 283 | 12,985 | 0.3% |
| Chinese Cantonese | 249 | 186 | 10,862 | 0.2% |
| Vietnamese | 175 | 132 | 13,903 | 0.3% |
| Korean | 327 | 213 | 14,186 | 0.3% |
| Russian | 167 | 113 | 7,461 | 0.2% |
| Arabic | 104 | 69 | 4,465 | 0.1% |
| Tagalog | 39 | 31 | 2,790 | 0.1% |
| Polish | 44 | 41 | 2,641 | 0.1% |
| French | 22 | 26 | 1,286 | 0.0% |
| Haitian Creole | 88 | 89 | 2,938 | 0.1% |
| Portuguese | 63 | 46 | 2,072 | 0.0% |
| Japanese | 40 | 36 | 2,454 | 0.1% |
| TTY | 1,390 | 925 | 43,863 | 0.9% |
| Group Quarters | 56 | 59 | 5,085 | 0.1% |
| **Total** | **203,564** | **154,669** | **4,765,524** | **100.0%** |

**Source:** *Daily Briefing Deck: Census Questionnaire Assistance*



United States™
**Census**
Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Monthly FY 2020 Budget Execution Report

**Status:** ● On Track          **Data current as of:** August 31, 2020          **Completion Date:** September 30, 2020

**Notes:** The data are updated monthly following the financial close-out of the previous month, typically about five business days into the next month.

### FY 2020 Actual Budget Execution for the 2020 Census Program - Commitments and Obligations through 8/31/2020

| $ Amounts in Millions | IT | Non-IT | Total |
|---|---|---|---|
| **Total Planned through August** | $1,725 | $5,273 | $6,998 |
| Available contingency and additional appropriations through August | $248 | $1,432 | $1,680 |
| **Planned Programmatic through August** | $1,477 | $3,841 | $5,318 |
| **Total Actual Commitments and Obligations through August** | $1,664 | $3,011 | $4,675 |
| Unplanned commitments/obligations through August related to adjusted 2020 Census operations due to COVID-19 (risk-based contingency) | $261 | $310 | $570 |
| Actual Programmatic Commitments and Obligations through August | $1,404 | $2,702 | $4,105 |
| **Total Plan Variance ($/%)** | $61 (3.6%) | $2,262 (42.9%) | $2,323 (33.2%) |
| Remaining contingency and additional appropriations planned through August | ($13) | $1,122 | $1,110 |
| Delayed Field Operation Spending through August | $0 | $1,191 | $1,191 |
| Non-Field Operational Programmatic Variance through August | $74 | ($51) | $23 |

**High-Level Variance Explanations:**

In light of the COVID-19 pandemic, the U.S. Census Bureau adjusted 2020 Census operations while ensuring a complete and accurate count of all communities. These adjustments have resulted in positive variances due to schedule adjustments, offset by additional obligations needed to support operational adjustments through the usage of available contingency funding. The total variance for the resources planned to be available through August is $2.323 billion, or 33 percent. Below outlines the breakdown of the total variance:

- The positive variance through August against the original plan in 2020 Census IT systems and operations is $61 million, or 4 percent. The positive variance is the result of relatively routine minor timing adjustments in contract actions and other IT purchases to later months in the fiscal year, partially offset by $13 million in IT contingency used as the result of adjusted 2020 Census operations due to COVID-19 beyond the IT contingency estimate.
- The positive variance through August against the original plan in 2020 Census non-IT operations is $2.262 billion, or 43 percent. This variance consists of $1.191 billion delayed spending in the field operations as a result of schedule adjustments, and $1.122 billion representing a portion of available contingency and additional appropriations that has not yet needed to be obligated. This variance is partially offset by a -$51 million non-Field variance, primarily from a prior decision to increase funding above the original plan for the ICC contract to facilitate additional media purchases ahead of Census Day.
- While unused contingency contributes to the overall positive variance, this is a function of a budget decision last October to make all risk-based contingency available for peak operations. Decisions have been made to use risk-based contingency funds to support $570 million in unplanned obligations or commitments through August as the result of the operational adjustments. The funds used to date include funding field staff salaries related to the suspension of field operations, IT purchases for additional devices and licenses, additional media purchases to encourage self response, extending the communication efforts in the motivation and NRFU planning phases, purchases of personal protection equipment, and additional costs for the Fingerprint and CQA Contracts as the result of the operational timing adjustments. Enumerator overtime to support the timely completion of the NRFU operation was incurred in August as well.



**United States Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

*Source: Commerce Business Systems; Decennial Budget Integration Tool*

Status Reporting: Nonresponse Followup for the 2020 Decennial Census

Periodic Reporting: Release for September 21, 2020



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## Table of Contents

| Report Title | Slide Number |
|---|---|
| 2020 Census: Nonresponse Followup At A Glance | 3 |
| 2020 Census: Nonresponse Followup Progress | 4 |
| 2020 Census: Nonresponse Followup Progress and Cost | 5 |
| 2020 Census: Nonresponse Followup Enumerator Staffing | 6 |
| 2020 Census: Nonresponse Followup Enumerator Productivity Curve | 7 |
| 2020 Census: Nonresponse Followup Enumerator Work Hours | 8 |
| 2020 Census: Housing Unit Enumeration Progress by State | 9 |
| 2020 Census: Nonresponse Followup Impact of California Wildfires | 10 |
| 2020 Census: Nonresponse Followup Impact of Oregon Wildfires | 11 |
| 2020 Census: Nonresponse Followup Impact of Washington Wildfires | 12 |
| 2020 Census: Nonresponse Followup Areas Indirectly Impacted by Wildfires | 13 |
| 2020 Census: Nonresponse Followup Areas Impacted by Hurricane Sally | 14 |
| 2020 Census: Nonresponse Followup Challenge Areas by State | 15-26 |
| 2020 Census: Nonresponse Followup Enumerator Staffing Status for Challenge Areas by State | 27 |
| 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status | 28 |
| Appendix | 29-32 |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

2

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup At A Glance – September 21, 2020

### General

**Self-Response Rate:** 66.1% (97.80 M Housing Units)
**Total Housing Units Enumerated:** 95.4%

 3 States have over 99% of their housing units enumerated
34 States  have over 95% of their housing units enumerated
47 States and DC have over 90% of their housing units enumerated
 3 States have less than 90% of their housing units enumerated

135 ACOs have completed over 90% of their NRFU workload
220 ACOs have completed over 80% of their NRFU workload

### Timing
- **Days in Operation:** 53
- **Days Elapsed:** 43
- **Days Remaining:** 10

### Staffing
- **Selections:** 1,032,438
- **Invited to Training:** 681,923
- **Enumerators Hired Since January 1, 2020:** 432,280
- **Completed Training**: 343,621
- **Currently in Training:** 68,157
- **Scheduled for Replacement Training**: 10,575
- **Cumulative Replacement Training (8/6 to date):** 147,522
- **Enumerator Separations (8/1 to date):** 143,648
- **Active:** 214,748
- **Travel Enumerators:** 12,421

### Calculated Staff Needs
- Remaining workload: 7,716,227 cases
- Remaining weeks: 1.43
- Average cases per week: 5,395,963
- Average cases per hour: 1.55
- Needed hours per week: 3,481,266
- Average enumerator hours per week: 19
- Required average enumerators 183,225 To complete by 9/30
- Required average enumerators 141,999 (assuming 2 cases/hour)

### Progress

**Current Workload:** : 63,218,364
**Completed Cases:** 55,502,137 (87.8%)
**Planned Completed Cases:** 54,010,410 (85.4%)
**Remaining Workload:** 7,716,227

### Enumerator Productivity
- **Average Hours Worked Per Week (9/10 - 9/16):** 20.3
- **Average Cases Completed Per Hour:** 2.07
- **Planned Cases Completed Per Hour:** 1.55

### Contingency Budget
- **Contingency Available (as of 3/14/20):**     $2,030 M
- **Expected Contingency Uses for COVID-19:** $1,106 M
- **Contingency Approvals (through 7/31):**       $934 M
- **Remaining Contingency: (through 7/31):**      $924 M
- **Uncommitted Remaining Contingency:**          $187 M

|  | Planned | Actual |
|---|---|---|
| **Overtime** | $100M | $8.2M |
| **Enumerator Awards** | $300M | $26.2M |
| **Other** | $302M | $11.5M |
| **Total** | $702M | $46M |

**United States** **Census** **Bureau**
U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress

**Status:**
🟢 *On Track*

**Data current as of:**
*September 21, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Current workload reflects all case types.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
6,143,041 (11.1% of completed cases)

**Remaining Workload:**
7,716,227 cases



**Case Progress for Field Enumeration**

Current Workload: 63,218,364
Actual Completed Cases: 55,502,137 (87.8%)
Planned Completed Cases: 54,010,410 (85.4%)

— Actual % Completed Cases   — Planned % Completed Cases   — 2010 Actual Percent

Data as of 11:59 pm of the previous day



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

4

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress and Cost

**Status:**
🟢 *On Track*

**Data current as of:**
*September 21, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Current workload reflects all case types. Costs include training and production costs for Enumerators and CFS.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
6,143,041 (11.1% of completed cases)

**Remaining Workload:**
7,716,227 cases



### Case Progress for Field Enumeration

PCT Complete

Current Workload: 63,218,364
Actual Completed Cases: 55,502,137 (87.8%)
Planned Completed Cases: 54,010,410 (85.4%)

### Actual Total Cost

PCT Expended

Total Budget: $1,612,697,790
Actual Cost: $1,080,325,329 (67.0%)

Data as of 11:59 pm of the previous day

**Source:** *MOJO Hermes*



United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

5

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Staffing

**Status:**
 *On Track*

**Data current as of:**
*September 21, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Enumerator Training No Show Rate: 34.5%
- Enumerator Training No Show Rate for the past week: 20.4%
- 147,522 enumerators have attended replacement training since August 6, 2020.
- 143,648 enumerators have separated employment since August 1, 2020.

**Nonresponse Followup Onboarding Status**



| Category | Value |
|---|---|
| Selected | 1,032,438 |
| Invited to Training | 681,923 |
| Enumerators Hired Since 1/1/2020 | 432,280 |
| Completed Training | 343,621 |
| Currrently in Training | 68,157 |
| Active | 214,748 |
| Scheduled for Replacement Training | 10,575 |

**Source:** *2020 R&A/DAPPS Applicant Summary Report*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Productivity Curve

**Status:**
 *On Track*

**Data current as of:**
*September 21, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
- Cases per hour include cases that were resolved by enumeration, administrative records, or self-response.
- Data are charted beginning with soft launch







Data as of 11:59 pm of the previous day



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** NRFU Resolved Cases by Day Report

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Work Hours

**Status:**
 *On Track*

**Data current as of:**
*September 21, 2020*

**Completion Date:**
*September 30, 2020*

**Notes:**
Preliminary Data - pending
receipt of actual payroll
data.



**Average Enumerator Hours Worked per Week**

Planned: 19.0 hours/week
Actual: 20.3 hours/week

| | 8/6 - 8/12 | 8/13 - 8/19 | 8/20 - 8/26 | 8/27 - 9/2 | 9/3 - 9/9 | 9/10 - 9/16 | 9/17 - 9/23 | 9/24 - 9/30 |

### Percentage of Enumerators by Hours Worked

| Week of | % of Enumerators that Worked < 19 Hours | % of Enumerators that Worked 19-24 Hours | % of Enumerators that Worked 25+ Hours |
|---------|------------------------------------------|-------------------------------------------|-----------------------------------------|
| 9/10-9/16 | 46.28% | 14.07% | 39.65% |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** *MOJO Hermes*

8

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Housing Unit Enumeration Progress by State

**Source:** *Census Data Lake, Unified Tracking System*
**Data Current as of:** *September 21, 2020*

**Note:** Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

| State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change | State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Total** | **66.1%** | **29.2%** | **95.4%** | **91.8%** | **3.5%** | Nebraska | 71.4% | 25.1% | 96.5% | 93.1% | 3.3% |
| West Virginia | 56.0% | 43.9% | 99.8% | 99.2% | 0.7% | Tennessee | 65.4% | 30.8% | 96.2% | 92.8% | 3.4% |
| Idaho | 69.0% | 30.8% | 99.8% | 99.3% | 0.4% | New Jersey | 68.5% | 27.5% | 96.0% | 92.1% | 4.0% |
| Hawaii | 62.5% | 36.9% | 99.4% | 98.2% | 1.3% | New York | 63.0% | 32.9% | 95.9% | 92.0% | 3.9% |
| Maine | 57.9% | 41.0% | 98.9% | 97.0% | 1.8% | Michigan | 70.8% | 24.9% | 95.7% | 92.0% | 3.7% |
| Kansas | 69.3% | 29.3% | 98.6% | 97.1% | 1.5% | Virginia | 70.6% | 25.1% | 95.7% | 92.6% | 3.1% |
| Indiana | 69.8% | 28.7% | 98.6% | 96.8% | 1.7% | Texas | 61.8% | 33.8% | 95.6% | 90.8% | 4.8% |
| Vermont | 60.0% | 38.5% | 98.5% | 95.6% | 2.9% | Nevada | 65.9% | 29.6% | 95.4% | 91.4% | 4.0% |
| Washington | 71.8% | 26.7% | 98.5% | 97.5% | 1.0% | Colorado | 69.3% | 25.8% | 95.1% | 91.9% | 3.2% |
| Wisconsin | 71.8% | 26.5% | 98.3% | 96.7% | 1.6% | South Dakota | 66.7% | 27.5% | 94.2% | 90.6% | 3.6% |
| Arkansas | 60.1% | 38.2% | 98.3% | 95.3% | 3.0% | Delaware | 64.1% | 30.1% | 94.2% | 90.2% | 4.0% |
| Connecticut | 70.1% | 28.2% | 98.3% | 96.5% | 1.8% | Iowa | 70.8% | 23.3% | 94.1% | 89.4% | 4.7% |
| Minnesota | 74.6% | 23.3% | 97.9% | 95.7% | 2.2% | District of Columbia | 62.7% | 31.2% | 93.9% | 90.1% | 3.8% |
| Utah | 70.4% | 26.9% | 97.4% | 94.2% | 3.2% | Oklahoma | 60.3% | 33.5% | 93.8% | 89.4% | 4.4% |
| Oregon | 68.6% | 28.7% | 97.3% | 96.3% | 1.0% | Wyoming | 60.5% | 33.3% | 93.8% | 89.3% | 4.5% |
| New Hampshire | 66.4% | 30.8% | 97.3% | 93.9% | 3.4% | Kentucky | 67.8% | 25.6% | 93.4% | 89.5% | 4.0% |
| Missouri | 65.3% | 31.8% | 97.1% | 94.8% | 2.4% | Florida | 62.9% | 29.6% | 92.5% | 87.4% | 5.2% |
| Alaska | 53.8% | 43.2% | 97.0% | 94.1% | 3.0% | Arizona | 63.1% | 29.0% | 92.1% | 85.9% | 6.2% |
| California | 68.6% | 28.4% | 97.0% | 94.5% | 2.5% | North Carolina | 62.3% | 29.5% | 91.8% | 87.0% | 4.9% |
| Illinois | 70.6% | 26.4% | 96.9% | 94.7% | 2.3% | New Mexico | 57.3% | 34.2% | 91.5% | 86.1% | 5.4% |
| Ohio | 70.1% | 26.8% | 96.9% | 94.0% | 2.9% | Georgia | 61.7% | 29.0% | 90.7% | 84.7% | 6.0% |
| Massachusetts | 68.6% | 28.2% | 96.8% | 94.3% | 2.5% | Mississippi | 59.7% | 30.6% | 90.3% | 84.6% | 5.7% |
| North Dakota | 64.7% | 32.0% | 96.8% | 92.8% | 4.0% | South Carolina | 60.1% | 30.1% | 90.2% | 85.3% | 4.9% |
| Rhode Island | 64.5% | 32.2% | 96.7% | 93.3% | 3.4% | Louisiana | 59.4% | 30.4% | 89.8% | 84.7% | 5.0% |
| Maryland | 70.3% | 26.3% | 96.6% | 93.8% | 2.8% | Montana | 59.5% | 30.1% | 89.6% | 84.6% | 5.0% |
| Pennsylvania | 68.8% | 27.7% | 96.5% | 93.7% | 2.8% | Alabama | 62.7% | 25.6% | 88.4% | 83.7% | 4.7% |



United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

CUI//PRIVILEGE//DELIB/FEDCON

9

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Impact of California Wildfires

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 21, 2020*

| California - Total NRFU  Incomplete by State:  461,000 | |
|---|---|
| **Location of Wildfires** | **Air Quality Index** |
| Estimated Incomplete NRFU Cases for Areas Directly Impacted by Wildfires*: **51,452** | Estimated Incomplete NRFU Cases for Areas Directly Impacted by Air Quality*: **58,487** |

**Northern California**   **Southern California**





*Potentially Impacted NRFU Workload (Remaining) estimated based  upon NRFU data reported on 9/21



**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

10

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Impact of Oregon Wildfires

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 21, 2020*



**Oregon - Total NRFU  Incomplete by State:  52,000**

**Location of Wildfires**

**Estimated Incomplete NRFU Cases for Areas
Directly Impacted by Wildfires\*: 10,729**

\*Potentially Impacted NRFU Workload (Remaining) estimated based  upon
NRFU data reported on 9/21



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

11

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Impact of Washington Wildfires

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 21, 2020*



**Washington - Total NRFU  Incomplete by State:  51,000**

**Location of Wildfires**

**Estimated Incomplete NRFU Cases for Areas
Directly Impacted by Wildfires\*: 10,611**

\*Potentially Impacted NRFU Workload (Remaining) estimated based  upon NRFU data reported on 9/21



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Areas Indirectly Impacted by Wildfires

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 21, 2020*



*Potentially Impacted NRFU Workload (Remaining) estimated based upon NRFU data reported on 9/21



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

13

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Areas Impacted by Hurricane Sally

**Source:** *Field Division, Airnow.gov – Environmental Protection Agency*
**Data Current as of:** *September 21, 2020*

| Alabama | |
|---|---|
| **Total NRFU Incomplete:** | |
| 297,000 | |
| **Estimated Incomplete NRFU Cases for Impacted Area*:** | |
| 45,142 | |
| | |
| **Florida** | |
| **Total NRFU Incomplete:** | |
| 773,000 | |
| **Estimated Incomplete NRFU Cases for Impacted Area*:**  70,218 | |



**United States** Census Bureau™   U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON                    14

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Alabama | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs; Remote enumerators doing phone work only; Supplemental management support from high production ACOs. | **Selected this week: 607** |
| 62.7% | | |
| **% of HUs Enumerated in NRFU** | **Local media coverage on CBS TV channels with commercials by City Council City of Birmingham,  radio commercials, Partnership Coordinator participated in Congressional Town hall meeting with Rep. Terri Sewell Terri Talks with 3 county commissioners from counties with lowest self response rates. Over 5 MQAs were completed or scheduled through this weekend.** | **Hired this week: 319** |
| 25.6% | | |
| **% of HUs Enumerated** | | **Travel Teams:  277 enumerators working in Alabama** |
| 88.4% | **We experienced limited production from enumerators 9/15/20 – 9/16/20; Enumerators are making use of telephone capability to reach housing units in areas impacted by Hurricane Sally.** | |
| **Remaining Enumeration Workload** | | **Active Enumerators: 3,000** |
| 297,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census Bureau**
U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Arizona | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Enumerators from the LA and NY regions.<br><br>Re-contacting enumerators to press for one more week of work and to boost available work hours.<br><br>Key area of focus is Window Rock ACO.  (62% complete).  Travel teams continue to arrive and deploy there. | **Selected this week: 1,260**<br><br>**Hired this week: 516**<br><br>**Travel Teams: 776 enumerators working in Arizona**<br><br>**Active Enumerators: 4,760** |
| 63.1% | | |
| **% of HUs Enumerated in NRFU** | | |
| 29.0% | | |
| **% of HUs Enumerated** | | |
| 92.1% | | |
| **Remaining Enumeration Workload** | | |
| 258,000 | | |



**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau | **U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Florida | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs; Remote enumerators doing phone work only; Supplemental management support from high production ACOs.<br><br>**Assign large Buildings or Addresses close to each other when possible. Ensure all Blitzers have work assigned. Assign 12 hours to ALL with availability because the more cases they have the more they work so even if they have 2 hours of availability assign more.**<br><br>**The Seminole Tribe of Florida has not responded to communications at the local or regional level. Reservation and Tribal Lands are closed to outsiders. They do not want Census staff on their lands. Partnership Coordinator, Juanita Mainster, is working with Seminoles Indian land, but has yet to gain access.**<br><br>**We experienced limited production from enumerators 9/15/20 – 9/16/20; Enumerators are making use of telephone capability to reach housing units impacted by Hurricane Sally.** | **Selected this week:** 3,429<br><br>**Hired this week:** 2,518<br><br>**Travel Teams:** 1,093 enumerators working in Florida<br><br>**Active Enumerators:** 14,967 |
| 62.9% | | |
| **% of HUs Enumerated in NRFU** | | |
| 29.6% | | |
| **% of HUs Enumerated** | | |
| 92.5% | | |
| **Remaining Enumeration Workload** | | |
| 773,000 | | |



United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

17

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Georgia | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Sending Enumerators from CH, PH and NY Regions. | **Selected this week:** 727 |
| 61.7% | Training daily at all ACOs. | |
| **% of HUs Enumerated in NRFU** | Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs. | **Hired this week:** 703 |
| 29.0% | Supplemental management support from high production ACOs and RCC.  Released poor performing managers. | **Travel Teams:** 1,205 enumerators working in Georgia |
| **% of HUs Enumerated** | **Census Field Supervisors are required to enumerate a minimum of 3 hours daily. Maximizing use of phones for some enumerators. Blitzing areas. Calling campaign to get all activated enumerators to enter work availability.** | |
| 90.7% | | **Active Enumerators:** 6,972 |
| **Remaining Enumeration Workload** | **Blitz enumeration in Low Response tracts.  Mobile MQA across the state – supplemented by efforts from partners.** | |
| 451,000 | **We experienced limited production from enumerators 9/15/20 – 9/16/20; Enumerators are making use of telephone capability to reach housing units impacted by Hurricane Sally.** | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Louisiana | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs; Remote enumerators doing phone work only.<br><br>**Engaged Hurricane Laura evacuees at state sponsored hotel sites in Shreveport, resulting in 59 households self responding. Canvassed 4 Red River Parish housing properties (2 senior 2 multi family ) encouraging self response and awareness. Worked with local government of Calcasieu Parish to identify and schedule weekend blitz of canvassing multiple simultaneous hot and grocery food giveaways, disaster recovery buckets, and disaster recovery giveaways. Partnered with United Way Louisiana to have access to recovery assistance locations being scheduled across NWLA.**<br><br>Evacuated Lake Charles enumerators working in other parts of the state of Louisiana.<br><br>**We experienced limited production from enumerators 9/15/20 – 9/16/20; Enumerators continue to make use of telephone capability to reach housing units in areas impacted by Hurricane Sally.** | **Selected this week:** 549<br><br>**Hired this week:** 392<br><br>**Travel Teams:** 1,229 enumerators working in Louisiana<br><br>**Active Enumerators:** 3,396 |
| 59.4% | | |
| **% of HUs Enumerated in NRFU** | | |
| 30.4% | | |
| **% of HUs Enumerated** | | |
| 89.8% | | |
| **Remaining Enumeration Workload** | | |
| 233,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

19

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Mississippi | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | **Travel enumerators from adjacent ACOs.** | **Selected this week: 445** |
| 59.7% | Training daily at all ACOs; Designated "Training" CFSs conducting all training at ACO; Moving enumerators from higher performing ACOs. | |
| **% of HUs Enumerated in NRFU** | | **Hired this week: 222** |
| 30.6% | Continuously promoting the enumerator award program. | |
| **% of HUs Enumerated** | Designated these areas for telephone contact. | **Travel Teams:  280 enumerators working in Mississippi** |
| 90.3% | **Staff met with/communicated with supervisors, mayors, police and businesses regarding NRFU, self-response, and the September 30th deadline. -Staff participated in established events including food distribution giveaways, community outreach events at grocery stores, and online Zoom meetings to discuss NRFU and answer questions regarding census takers in neighborhoods.** | |
| **Remaining Enumeration Workload** | | **Active Enumerators: 2,181** |
| 143,000 | **We experienced limited production from enumerators 9/15/20 – 9/16/20; Enumerators continue to make use of telephone capability to reach housing units impacted by Hurricane Sally.** | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

20

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Montana | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Working with tribes on strategies to complete closeout, including telephone contact and information from tribal offices<br><br>Travelers focused on NW Montana (Kalispell), rural counties North and East of Billings, and the 5 American Indian Reservations | Selected this week: 18<br><br>Hired this week: 43<br><br>Travel Teams: 160 enumerators working in Montana.<br><br>Active Enumerators: 1,064 |
| 59.5% | | |
| **% of HUs Enumerated in NRFU** | | |
| 30.1% | | |
| **% of HUs Enumerated** | | |
| 89.6% | | |
| **Remaining Enumeration Workload** | | |
| 59,000 | | |



**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau | **U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| New Mexico | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Southern part of the state is doing well.  As a result, travel teams are being sent to the northern part of the state.<br><br>Key focus is Window Rock workload in New Mexico. | **Selected this week: 34**<br><br>**Hired this week: 88**<br><br>**Travel Teams:  51 enumerators from NY region in Window Rock**<br><br>**Active Enumerators: 1,711** |
| 57.3% | | |
| **% of HUs Enumerated in NRFU** | | |
| 34.2% | | |
| **% of HUs Enumerated** | | |
| 91.5% | | |
| **Remaining Enumeration Workload** | | |
| 86,000 | | |



**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

**United States Census** Bureau
U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| North Carolina | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO;<br>Moving enumerators from higher performing ACOs.<br><br>Supplemental management support from high production ACOs.<br><br>Utilizing travel teams from higher performing ACOs.<br><br>Maximizing use of technology with remote enumerators doing phone work only.<br><br>**Partnership assisting with unable to access (asst. living, gated communities etc.) to help gain access to complete enumeration.** | **Selected this week: 383**<br><br>**Hired this week: 482**<br><br>**Travel Teams: 343 enumerators working in North Carolina**<br><br>**Active Enumerators: 7,181** |
| 62.3% | | |
| **% of HUs Enumerated in NRFU** | | |
| 29.5% | | |
| **% of HUs Enumerated** | | |
| 91.8% | | |
| **Remaining Enumeration Workload** | | |
| 416,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau | **U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Oklahoma | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Sending travel teams from Wichita to Tulsa. | **Selected this week:** 37 |
| 60.3% | Sending travel teams from San Antonio and Fort Worth, TX to Oklahoma. | **Hired this week:** 126 |
| **% of HUs Enumerated in NRFU** | Sending staff from Oklahoma County to lower performing ACOs. | **Travel Teams:** 131 enumerators working in Oklahoma |
| 33.5% | Supplemental management support from high production ACOs. | |
| **% of HUs Enumerated** | **Re-contacting enumerators to press for one more week of work and to boost available work hours.** | **Active Enumerators:** 2,066 |
| 93.8% | | |
| **Remaining Enumeration Workload** | | |
| 118,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau

**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

24

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| South Carolina | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Training daily at all ACOs.<br><br>Designated "Training" CFSs conducting all training at ACO;<br>Moving enumerators from higher performing ACOs.<br><br>Supplemental management support from high production ACOs.<br><br>**Internal blitz with teams of strong enumerators; continuous capstones; requesting more availability from active enumerators. CFS are required to close out a minimum of cases daily.** | **Selected this week: 314**<br><br>**Hired this week: 161**<br><br>**Travel Teams: 148 enumerators working in South Carolina**<br><br>**Active Enumerators: 3,410** |
| 60.1% | | |
| **% of HUs Enumerated in NRFU** | | |
| 30.1% | | |
| **% of HUs Enumerated** | | |
| 90.2% | | |
| **Remaining Enumeration Workload** | | |
| 256,000 | | |



**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

United States **Census** Bureau | U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| Wyoming | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Progress is furthest behind in the western part of the state, including Jackson Hole. Identifying enumerators from eastern Idaho to move in and assist.<br><br>Partnership is assisting with access to resort areas.<br><br>Wind River at 85.0% complete. | **Selected this week:  3**<br><br>**Hired this week:  24**<br><br>**Travel Teams:  132 enumerators working in Wyoming**<br><br>**Active Enumerators:  602** |
| 60.5% | | |
| **% of HUs Enumerated in NRFU** | | |
| 33.3% | | |
| **% of HUs Enumerated** | | |
| 93.8% | | |
| **Remaining Enumeration Workload** | | |
| 18,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

26

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Enumerator Staffing Status for Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 21, 2020*

| State | Enumerators Selected This Week | Enumerators Hired This Week | Active Enumerators | Travel Enumerators | Remaining Enumeration Workload |
|---|---|---|---|---|---|
| Alabama | 607 | 319 | 3,000 | 277 | 297,000 |
| Arizona | 1,260 | 516 | 4,760 | 776 | 258,000 |
| Florida | 3,429 | 2,518 | 14,967 | 1,093 | 773,000 |
| Georgia | 727 | 703 | 6,972 | 1,205 | 451,000 |
| Louisiana | 549 | 392 | 3,396 | 1,229 | 233,000 |
| Mississippi | 445 | 222 | 2,181 | 280 | 143,000 |
| Montana | 18 | 43 | 1,064 | 160 | 59,000 |
| New Mexico | 34 | 88 | 1,711 | 51 | 86,000 |
| North Carolina | 383 | 482 | 7,181 | 343 | 416,000 |
| Oklahoma | 37 | 126 | 2,066 | 131 | 118,000 |
| South Carolina | 314 | 161 | 3,410 | 148 | 256,000 |
| Wyoming | 3 | 24 | 602 | 132 | 18,000 |
| **Total** | **7,806** | **5,594** | **51,310** | **5,825** | **3,108,000** |



**United States Census** Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status

**Source:** *Decennial Budget Office*
**Data Current as of:** *September 17, 2020*

| Notional Contingency Waterfall for Estimated Revised NRFU | | |
|---|---|---|
| *(in millions of $)* | | |
| | Plan (as of 7/31) | Actual to Date (9/17) |
| **Contingency available on 3/14** | **$2,030** | **$2,030** |
| *Risk Based Contingency* | *$1,325* | *$1,325* |
| *Secretarial Contingency* | *$705* | *$705* |
| **Expected Contingency Uses for COVID-19** | **$1,106** | **$1,106** |
| *Actual COVID related approvals* | *$934* | *$920* |
| *Remaining Potential COVID approvals* | *$172* | *$186* |
| **Remaining Original Contingency** | **$924** | **$924** |
| | | |
| **Additional contingency from estimated operational variance** | **$70** | **$70** |
| | | |
| **Remaining Contingency before acceleration efforts** | **$994** | **$994** |
| | | |
| **Potential Costs to Ensure Operational Continuity and Accelerate NRFU** | **$702** | **$46** |
| *Additional Mailing and Advertising* | *$50* | *$11.5* |
| *Training of additional NRFU enumerators (previously approved)* | *$64* | *--* |
| *Replacement training of 150k enumerators* | *$165* | *--* |
| *Additional overtime for NRFU enumerators* | *$100* | *$8.2* |
| *Weekly enumerator award for exceeding 25 hrs/wk (Up to 5x)* | *$150* | *$26.2* |
| *Enumerator retention award for 3 weeks of acceptable work above 25 hrs/wk (Up to 2x)* | *$150* | *--* |
| *CFS retention award for 3 weeks of acceptable work (Up to 2x)* | *$23* | *--* |
| | | |
| **Allowance for up to 10% increase in production hours due to unknown factors** | **$106** | **--** |
| | | |
| **Remaining Contingency for Unknowns** | **$187** | **--** |

### Notes
- Actuals to Date represent approved purchases and incurred compensation expenses.
- Bonuses accrue on a 2-week lag due to payroll validation requirements.



United States™
**Census**
Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Appendix

CUI//PRIVILEGE//DELIB/FEDCON

United States™ Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports

| Status | Report Title | Summary | Slide Number |
|:---:|:---|:---|:---:|
| 🟢 | 2020 Census: Questionnaire Assistance Inbound Calls | Inbound call support continues. A return call option is available to callers who leave a message requesting this option. | 31 |
| 🟢 | 2020 Census: Monthly FY 2020 Budget Execution Report | Fiscal Year 2020 budget execution is managing budget to address critical program needs. | 32 |

**Legend**  Not Applicable  Completed  On Track  Management Focus  Requires Attention



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

30

# Periodic Performance Management Reports
## 2020 Census: Questionnaire Assistance Inbound Calls

**Status:**

 *On Track*

**Data current as of:**
*September 19, 2020*

**Completion Date:**
September 30, 2020

**Notes:**

- To date, 60,497 callers have requested the callback option. These callbacks have resulted in 22,336 completed interviews and 6,092 callers being provided assistance.

### Total Inbound Call Volume % (PTD)



| English | Spanish | TTY | Chinese Mandarin | Vietnamese | All Other |
|---------|---------|-----|------------------|------------|-----------|
| 87.4% | 10.5% | 1.2% | 0.2% | 0.1% | 0.7% |

### Key Performance Metrics (PTD)

| | Planned | Actual |
|---|---------|--------|
| Total Inbound Call Volume | 11,896,821 | 12,943,778 |
| Deflection Rate | 47.0% | 62.0% |
| Service Level - 30 Seconds | 80.0% | 71.7% |
| Average Handle Time | 9:04 | 9:24 |

### Inbound Call Volume



### Calls Offered to CSRs by Language

| | 9/6 - 9/12 | 9/13 - 9/19 | PTD | PTD % |
|---|-----------|------------|-----|-------|
| English | 141,702 | 125,044 | 4,365,556 | 89.0% |
| English Puerto Rico | 96 | 69 | 3,673 | 0.1% |
| Spanish | 9,231 | 8,704 | 353,309 | 7.2% |
| Spanish Puerto Rico | 1,391 | 1,096 | 50,908 | 1.0% |
| Chinese Mandarin | 283 | 229 | 13,214 | 0.3% |
| Chinese Cantonese | 186 | 177 | 11,039 | 0.2% |
| Vietnamese | 132 | 188 | 14,091 | 0.3% |
| Korean | 213 | 206 | 14,392 | 0.3% |
| Russian | 113 | 97 | 7,558 | 0.2% |
| Arabic | 69 | 64 | 4,529 | 0.1% |
| Tagalog | 31 | 33 | 2,823 | 0.1% |
| Polish | 41 | 28 | 2,669 | 0.1% |
| French | 26 | 17 | 1,303 | 0.0% |
| Haitian Creole | 89 | 90 | 3,028 | 0.1% |
| Portuguese | 46 | 53 | 2,125 | 0.0% |
| Japanese | 36 | 25 | 2,479 | 0.1% |
| TTY | 925 | 719 | 44,582 | 0.9% |
| Group Quarters | 59 | 54 | 5,139 | 0.1% |
| **Total** | **154,669** | **136,893** | **4,902,417** | **100.0%** |

**Source:** *Daily Briefing Deck: Census Questionnaire Assistance*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Monthly FY 2020 Budget Execution Report

**Status:** ● On Track      **Data current as of:** August 31, 2020      **Completion Date:** September 30, 2020

**Notes:** The data are updated monthly following the financial close-out of the previous month, typically about five business days into the next month.

### FY 2020 Actual Budget Execution for the 2020 Census Program - Commitments and Obligations through 8/31/2020

| $ Amounts in Millions | IT | Non-IT | Total |
|---|---|---|---|
| **Total Planned through August** | $1,725 | $5,273 | $6,998 |
| Available contingency and additional appropriations through August | $248 | $1,432 | $1,680 |
| **Planned Programmatic through August** | $1,477 | $3,841 | $5,318 |
| **Total Actual Commitments and Obligations through August** | $1,664 | $3,011 | $4,675 |
| Unplanned commitments/obligations through August related to adjusted 2020 Census operations due to COVID-19 (risk-based contingency) | $261 | $310 | $570 |
| Actual Programmatic Commitments and Obligations through August | $1,404 | $2,702 | $4,105 |
| **Total Plan Variance ($/%)** | $61 (3.6%) | $2,262 (42.9%) | $2,323 (33.2%) |
| Remaining contingency and additional appropriations planned through August | ($13) | $1,122 | $1,110 |
| Delayed Field Operation Spending through August | $0 | $1,191 | $1,191 |
| Non-Field Operational Programmatic Variance through August | $74 | ($51) | $23 |

**High-Level Variance Explanations:**

In light of the COVID-19 pandemic, the U.S. Census Bureau adjusted 2020 Census operations while ensuring a complete and accurate count of all communities. These adjustments have resulted in positive variances due to schedule adjustments, offset by additional obligations needed to support operational adjustments through the usage of available contingency funding. The total variance for the resources planned to be available through August is $2.323 billion, or 33 percent. Below outlines the breakdown of the total variance:

- The positive variance through August against the original plan in 2020 Census IT systems and operations is $61 million, or 4 percent. The positive variance is the result of relatively routine minor timing adjustments in contract actions and other IT purchases to later months in the fiscal year, partially offset by $13 million in IT contingency used as the result of adjusted 2020 Census operations due to COVID-19 beyond the IT contingency estimate.
- The positive variance through August against the original plan in 2020 Census non-IT operations is $2.262 billion, or 43 percent. This variance consists of $1.191 billion delayed spending in the field operations as a result of schedule adjustments, and $1.122 billion representing a portion of available contingency and additional appropriations that has not yet needed to be obligated. This variance is partially offset by a -$51 million non-Field variance, primarily from a prior decision to increase funding above the original plan for the ICC contract to facilitate additional media purchases ahead of Census Day.
- While unused contingency contributes to the overall positive variance, this is a function of a budget decision last October to make all risk-based contingency available for peak operations. Decisions have been made to use risk-based contingency funds to support $570 million in unplanned obligations or commitments through August as the result of the operational adjustments. The funds used to date include funding field staff salaries related to the suspension of field operations, IT purchases for additional devices and licenses, additional media purchases to encourage self response, extending the communication efforts in the motivation and NRFU planning phases, purchases of personal protection equipment, and additional costs for the Fingerprint and CQA Contracts as the result of the operational timing adjustments. Enumerator overtime to support the timely completion of the NRFU operation was incurred in August as well.



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** *Commerce Business Systems; Decennial Budget Integration Tool*



# Status Reporting: Nonresponse Followup for the 2020 Decennial Census

## Periodic Reporting: Release for September 28, 2020



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

1

# Periodic Performance Management Reports
## Table of Contents

| Report Title | Slide Number |
|---|---|
| 2020 Census: Nonresponse Followup At A Glance | 3 |
| 2020 Census: Nonresponse Followup Progress | 4 |
| 2020 Census: Nonresponse Followup Progress and Cost | 5 |
| 2020 Census: Nonresponse Followup Enumerator Staffing | 6 |
| 2020 Census: Nonresponse Followup Enumerator Productivity Curve | 7 |
| 2020 Census: Nonresponse Followup Enumerator Work Hours | 8 |
| 2020 Census: Service-Based Enumeration | 9 |
| 2020 Census: Service-Based Enumeration – Targeted Non-Sheltered Outdoor Locations | 10 |
| 2020 Census: Service-Based Enumeration – Enumerators in Action | 11 |
| 2020 Census: Housing Unit Enumeration Progress by State | 12 |
| 2020 Census: Nonresponse Followup Enumerator Staffing Status for Challenge Areas by State | 13 |
| 2020 Census: Nonresponse Followup Challenge Areas by State | 14-23 |
| 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status | 24 |
| Appendix | 25-28 |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup At A Glance – September 28, 2020

### General

**Self-Response Rate:** 66.4% (98.21 M Housing Units)
**Total Housing Units Enumerated:** 97.9%

15 States and the Commonwealth of Puerto Rico have over 99% of their housing units enumerated
45 States, DC, and the Commonwealth of Puerto Rico have over 95% of their housing units enumerated
5 States have between 90% - 95% of their housing units enumerated

224 ACOs have completed over 90% of their NRFU workload
246 ACOs have completed over 80% of their NRFU workload

### Timing
- **Days in Operation:** 53
- **Days Elapsed:** 50
- **Days Remaining:** 3

### Progress

**Current Workload:** : 63,522,248
**Completed Cases:** 59,734,966 (94.0%)
**Planned Completed Cases:** 60,825,581 (95.8%)
**Remaining Workload:** 3,787,282

### Enumerator Productivity
- **Average Hours Worked Per Week (9/17 - 9/23):** 19.1
- **Average Cases Completed Per Hour:** 2.01
- **Planned Cases Completed Per Hour:** 1.55

### Staffing
- **Selections:** 1,035,605
- **Invited to Training:** 689,572
- **Enumerators Hired Since January 1, 2020:** 435,100
- **Completed Training:** 347,753
- **Currently in Training:** 67,607
- **Scheduled for Replacement Training:** 5,974
- **Cumulative Replacement Training (8/6 to date):** 150,895
- **Enumerator Separations (8/1 to date):** 130,631
- **Active:** 188,659
- **Travel Enumerators:** 22,956

### Contingency Budget
- **Contingency Available (as of 3/14/20):**     $2,030 M
- **Expected Contingency Uses for COVID-19:** $1,106 M
- **Contingency Approvals (through 7/31):**        $934 M
- **Remaining Contingency: (through 7/31):**      $924 M
- **Uncommitted Remaining Contingency:**          $187 M

|                          | Planned | Actual  |
|--------------------------|---------|---------|
| **Overtime**             | $100M   | $11.2M  |
| **Enumerator Awards**    | $300M   | $48.4M  |
| **Other**                | $302M   | $24.2M  |
| **Total**                | $702M   | $84M    |

**United States Census Bureau**

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress



**Case Progress for Field Enumeration**

**Status:**
● *On Track*

**Data current as of:**
*September 28, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
-----

**Notes:**
- Current workload reflects all case types.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
6,250,502 (10.5% of completed cases)

**Remaining Workload:**
3,787,282 cases

**Current Workload: 63,522,248**
**Actual Completed Cases: 59,734,966 (94.0%)**
**Planned Completed Cases: 60,825,581 (95.8%)**

——Actual % Completed Cases    ——Planned % Completed Cases    ——2010 Actual Percent

**Data as of 11:59 pm of the previous day**



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

4

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Progress and Cost



**Status:**
🟢 *On Track*

**Data current as of:**
*September 28, 2020*

**Start Date:**
*August 9, 2020*

**Completion Date:**
-----

**Notes:**
- Current workload reflects all case types. Costs include training and production costs for Enumerators and CFS.
- Data are charted beginning with soft launch.

**Cases Completed by Self-Response:**
6,250,502 (10.5% of completed cases)

**Remaining Workload:**
3,787,282 cases

**Case Progress for Field Enumeration**

PCT Complete

Current Workload: 63,522,248
Actual Completed Cases: 59,734,966 (94.0%)
Planned Completed Cases: 60,825,581 (95.8%)

**Actual Total Cost**

PCT Expended

Total Budget: $1,612,697,790
Actual Cost: $1,199,058,607 (74.4%)

Data as of 11:59 pm of the previous day

**Source:** *MOJO Hermes*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Staffing

**Status:**
 *On Track*

**Data current as of:**
*September 28, 2020*

**Completion Date:**
-----

**Notes:**
- Enumerator Training No Show Rate: 34.8%
- Enumerator Training No Show Rate for the past week: 15%
- 150,895 enumerators have attended replacement training since August 6, 2020.
- 130,631 enumerators have separated employment since August 1, 2020.

**Nonresponse Followup Onboarding Status**



**Source:** *2020 R&A/DAPPS Applicant Summary Report*



United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

6

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Productivity Curve

**Status:**
 *On Track*

**Data current as of:**
September 28, 2020

**Start Date:**
August 9, 2020

**Completion Date:**
-----

**Notes:**
- Cases per hour include cases that were resolved by enumeration, administrative records, or self-response.
- Data are charted beginning with soft launch



**Productivity (Cases per Hour) for the NRFU Operation by Day**

Cases Completed per Hour for Day: 1.38
Cumulative Cases Completed per Hour: 2.01



Daily Cases per Hour ——Cumulative Cases per Hour

Data as of 11:59 pm of the previous day



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** NRFU Resolved Cases by Day Report

7

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Work Hours

**Status:**
 *On Track*

**Data current as of:**
*September 28, 2020*

**Completion Date:**
-----

**Notes:**
Preliminary Data - pending
receipt of actual payroll
data.



**Average Enumerator Hours Worked per Week**

Planned: 19.0 hours/week
Actual: 19.1 hours/week

### Percentage of Enumerators by Hours Worked

| Week of | % of Enumerators that Worked < 19 Hours | % of Enumerators that Worked 19-24 Hours | % of Enumerators that Worked 25+ Hours |
|---|---|---|---|
| 9/17-9/23 | 46.28% | 14.07% | 39.65% |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Source:** *MOJO Hermes*

8

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census:  Service-Based Enumeration

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

**Purpose:**  Service-Based Enumeration (SBE) is conducted at service-based locations and targeted non-sheltered outdoor locations (TNSOLs) to provide an opportunity for people experiencing homelessness to be included in the census. These service locations include: emergency and transitional shelters (with sleeping facilities) for people experiencing homelessness, soup kitchens, and regularly scheduled mobile food vans.

**Timing:**      SBE:  September 22 – September 24, 2020
TNSOLs:  September 23 (7:00pm) – September 24 (6:00am)

**Workload:**   Initial Workload: 39,304
SBE Adds: 12,244
Current Workload: 53,548  (Half on the West Coast) – Enumeration 100% Complete
   Emergency and Transitional Shelters: 10,423 – Enumeration 100% Complete
   Soup Kitchens: 5,474 – Enumeration 100% Complete
   Regularly Scheduled Mobile Food Vans: 700 – Enumeration 100% Complete
   Targeted Non-sheltered Outdoor Locations (TNSOLs): 36,951 – Enumeration 100% complete
Check-in and shipment of materials for keying is ongoing.

**Staffing:**    Approximately 40,000 Enumerators



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Service-Based Enumeration –Targeted Non-Sheltered Outdoor Locations

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

**Impact of Civil Unrest:** TNSOLs enumeration completed later in four cities:

- Lexington, KY
- Louisville, KY
- Austin, TX
- Dallas, TX










CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census:  Service-Based Enumeration – Enumerators in Action

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*









U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Housing Unit Enumeration Progress by State

**Source:** *Census Data Lake, Unified Tracking System*
**Data Current as of:** *September 28, 2020*

**Note:** Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

| State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change | State | Percent of HUs that Self-Responded | Percent of HUs Enumerated in NRFU | % HUs Enumerated Current Week | % HUs Enumerated Prior Week | Weekly Change |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Total** | **66.4%** | **31.5%** | **97.9%** | **95.4%** | **2.6%** | Texas | 62.1% | 36.4% | 98.5% | 95.6% | 2.9% |
| West Virginia | 56.0% | 43.9% | 99.9% | 99.8% | 0.1% | Pennsylvania | 69.0% | 29.4% | 98.4% | 96.5% | 1.9% |
| Idaho | 69.1% | 30.7% | 99.8% | 99.8% | 0.0% | New York | 63.4% | 35.0% | 98.4% | 95.9% | 2.5% |
| Hawaii | 62.7% | 37.1% | 99.8% | 99.4% | 0.3% | Nevada | 66.1% | 32.2% | 98.3% | 95.4% | 2.9% |
| Maine | 57.9% | 41.8% | 99.7% | 98.9% | 0.9% | Michigan | 71.0% | 27.3% | 98.2% | 95.7% | 2.5% |
| Vermont | 60.1% | 39.5% | 99.6% | 98.5% | 1.0% | Virginia | 70.9% | 27.3% | 98.2% | 95.7% | 2.5% |
| Arkansas | 60.3% | 39.3% | 99.6% | 98.3% | 1.3% | Tennessee | 65.6% | 32.5% | 98.1% | 96.2% | 2.0% |
| Indiana | 70.0% | 29.5% | 99.5% | 98.6% | 0.9% | Iowa | 71.1% | 26.8% | 97.9% | 94.1% | 3.8% |
| Kansas | 69.4% | 30.0% | 99.4% | 98.6% | 0.8% | Wyoming | 60.7% | 37.2% | 97.9% | 93.8% | 4.2% |
| Connecticut | 70.3% | 29.1% | 99.4% | 98.3% | 1.1% | Delaware | 64.3% | 33.4% | 97.7% | 94.2% | 3.5% |
| Alaska | 54.1% | 45.3% | 99.4% | 97.0% | 2.3% | Colorado | 69.5% | 27.9% | 97.5% | 95.1% | 2.4% |
| Washington | 72.0% | 27.4% | 99.4% | 98.5% | 0.9% | Oklahoma | 60.6% | 36.7% | 97.2% | 93.8% | 3.4% |
| Utah | 70.6% | 28.7% | 99.3% | 97.4% | 2.0% | Kentucky | 67.9% | 29.1% | 97.0% | 93.4% | 3.6% |
| New Hampshire | 66.6% | 32.7% | 99.3% | 97.3% | 2.0% | South Dakota | 67.0% | 30.0% | 97.0% | 94.2% | 2.8% |
| Wisconsin | 71.9% | 27.3% | 99.2% | 98.3% | 0.9% | District of Columbia | 63.0% | 33.9% | 96.9% | 93.9% | 3.0% |
| Minnesota | 74.8% | 24.3% | 99.1% | 97.9% | 1.2% | Florida | 63.2% | 33.4% | 96.6% | 92.5% | 4.1% |
| North Dakota | 64.9% | 34.0% | 98.9% | 96.8% | 2.2% | Arizona | 63.5% | 32.9% | 96.4% | 92.1% | 4.3% |
| Rhode Island | 64.9% | 34.0% | 98.8% | 96.7% | 2.1% | North Carolina | 62.7% | 33.5% | 96.2% | 91.8% | 4.3% |
| Nebraska | 71.6% | 27.2% | 98.8% | 96.5% | 2.3% | New Mexico | 57.9% | 38.2% | 96.1% | 91.5% | 4.6% |
| Missouri | 65.5% | 33.2% | 98.7% | 97.1% | 1.6% | Georgia | 62.1% | 33.4% | 95.5% | 90.7% | 4.8% |
| Ohio | 70.3% | 28.4% | 98.7% | 96.9% | 1.8% | Mississippi | 59.9% | 35.1% | 94.9% | 90.3% | 4.7% |
| California | 68.9% | 29.8% | 98.7% | 97.0% | 1.7% | South Carolina | 60.4% | 34.5% | 94.9% | 90.2% | 4.7% |
| Illinois | 70.8% | 27.8% | 98.7% | 96.9% | 1.7% | Montana | 59.9% | 34.8% | 94.7% | 89.6% | 5.1% |
| Massachusetts | 68.8% | 29.8% | 98.7% | 96.8% | 1.8% | Louisiana | 59.7% | 34.6% | 94.3% | 89.8% | 4.5% |
| New Jersey | 68.8% | 29.8% | 98.6% | 96.0% | 2.6% | Alabama | 63.0% | 30.0% | 93.0% | 88.4% | 4.6% |
| Maryland | 70.6% | 28.0% | 98.6% | 96.6% | 2.0% | | | | | | |
| Oregon | 68.8% | 29.8% | 98.5% | 97.3% | 1.2% | | | | | | |



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

Data as of 11:59 pm of the previous day

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Enumerator Staffing Status for Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| State | Enumerators Selected Since 09/08/20 | Enumerators Hired Since 09/08/20 | Active Enumerators | Travel Enumerators | Remaining Enumeration Workload |
|---|---|---|---|---|---|
| Alabama | 668 | 373 | 2,947 | 521 | 178,000 |
| Arizona | 1,534 | 1,014 | 4,364 | 1,154 | 118,000 |
| Florida | 4,632 | 3,078 | 13,843 | 1,281 | 350,000 |
| Georgia | 924 | 994 | 6,154 | 1,367 | 220,000 |
| Louisiana | 630 | 384 | 3,288 | 1,527 | 130,000 |
| Mississippi | 528 | 345 | 2,114 | 377 | 74,000 |
| Montana | 63 | 76 | 1,117 | 227 | 30,000 |
| New Mexico | 34 | 110 | 1,682 | 216 | 39,000 |
| North Carolina | 357 | 477 | 6,279 | 628 | 195,000 |
| South Carolina | 410 | 225 | 3,067 | 250 | 133,000 |
| **Total** | **9,780** | **7,076** | **44,855** | **7,548** | **1,467,000** |



**United States Census** Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

13

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| Alabama | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Continue to make broad use of travel teams and new hires.<br><br>**Making adjustments to work assignment algorithms to maximize the work that is available to staff.**<br><br>**Making broader use of proxy interviews to close cases.**<br><br>**Continue to increase travelers.** | **Selected since 09/08/20: 668**<br><br>**Hired since 09/08/20: 373**<br><br>**Travel Teams: 521 enumerators working in Alabama**<br><br>**Active Enumerators: 2,947** |
| 63.0% | | |
| **% of HUs Enumerated in NRFU** | | |
| 30.0% | | |
| **% of HUs Enumerated** | | |
| 93.1% | | |
| **Remaining Enumeration Workload** | | |
| 178,000 | | |



**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census Bureau**

**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| Arizona | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Enumerators from the LA and NY regions.<br><br>Re-contacting enumerators to press for one more week of work and to boost available work hours.<br><br>Key area of focus is Window Rock ACO.  Travel teams continue to arrive and deploy there.<br><br>**Received approval from the Navajo Nation to allow enumerators to work on reservation without tribal escorts.**<br><br>**Continue to increase travelers.** | **Selected since 09/08/20: 1,534**<br><br>**Hired since 09/08/20: 1,014**<br><br>**Travel Teams: 1,154 enumerators working in Arizona**<br><br>**Active Enumerators: 4,364** |
| 63.5% | | |
| **% of HUs Enumerated in NRFU** | | |
| 32.9% | | |
| **% of HUs Enumerated** | | |
| 96.4% | | |
| **Remaining Enumeration Workload** | | |
| 118,000 | | |



**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau | U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| Florida | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Assign large Buildings or Addresses close to each other when possible. Ensure all Blitzers have work assigned. Assign 12 hours to ALL with availability because the more cases they have the more they work so even if they have 2 hours of availability assign more.<br><br>Making adjustments to work assignment algorithms to maximize the work that is available to staff.<br><br>Making broader use of proxy interviews to close cases.<br><br>Continue to increase travelers. | **Selected since 09/08/20:** 4,632<br><br>**Hired since 09/08/20:** 3,078<br><br>**Travel Teams:** 1,281 enumerators working in Florida<br><br>**Active Enumerators:** 13,843 |
| 63.2% | | |
| **% of HUs Enumerated in NRFU** | | |
| 33.4% | | |
| **% of HUs Enumerated** | | |
| 96.6% | | |
| **Remaining Enumeration Workload** | | |
| 350,000 | | |



**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| Georgia | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Sending Enumerators from CH, PH and NY Regions.<br><br>Supplemental management support from high production ACOs and RCC.  Released poor performing managers.<br><br>Census Field Supervisors are required to enumerate a minimum of 3 hours daily. Maximizing use of phones for some enumerators. Blitzing areas. Calling campaign to get all activated enumerators to enter work availability**.**<br><br>**Making adjustments to work assignment algorithms to maximize the work that is available to staff.**<br><br>**Making broader use of proxy interviews to close cases.**<br><br>**Continue to increase travelers.** | **Selected since 09/08/20: 924**<br><br>**Hired since 09/08/20: 994**<br><br>**Travel Teams: 1,367 enumerators working in Georgia**<br><br>**Active Enumerators: 6,154** |
| 62.1% | | |
| **% of HUs Enumerated in NRFU** | | |
| 33.4% | | |
| **% of HUs Enumerated** | | |
| 95.5% | | |
| **Remaining Enumeration Workload** | | |
| 220,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



United States **Census** Bureau | U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| Louisiana | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | **Making adjustments to work assignment algorithms to maximize the work that is available to staff without violating the TRO.**<br><br>**Making broader use of proxy interviews to close cases.**<br><br>**Continue to increase travelers.**<br><br>**Continue work with organizations serving displaced people from areas damaged by storm.** | **Selected since 09/08/20: 630**<br><br>**Hired since 09/08/20: 384**<br><br>**Travel Teams: 1,527 enumerators working in Louisiana**<br><br>**Active Enumerators: 3,288** |
| 59.7% | | |
| **% of HUs Enumerated in NRFU** | | |
| 34.6% | | |
| **% of HUs Enumerated** | | |
| 94.3% | | |
| **Remaining Enumeration Workload** | | |
| 130,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau | U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| Mississippi | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Travel enumerators from adjacent ACOs.<br><br>Designated these areas for telephone contact.<br><br>**Making adjustments to work assignment algorithms to maximize the work that is available to staff.**<br><br>**Making broader use of proxy interviews to close cases.**<br><br>**Continue to increase travelers.** | **Selected since 09/08/20:  528**<br><br>**Hired since 09/08/20: 345**<br><br>**Travel Teams:  377 enumerators working in Mississippi**<br><br>**Active Enumerators: 2,114** |
| 59.9% | | |
| **% of HUs Enumerated in NRFU** | | |
| 35.1% | | |
| **% of HUs Enumerated** | | |
| 94.9% | | |
| **Remaining Enumeration Workload** | | |
| 74,000 | | |


**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding


**United States Census** Bureau | **U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| Montana | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Working with tribes on strategies to complete closeout, including telephone contact and information from tribal offices.<br><br>Travelers focused on NW Montana (Kalispell), rural counties North and East of Billings, and the 5 American Indian Reservations.<br><br>**Continue to increase travelers.** | **Selected since 09/08/20: 63**<br><br>**Hired since 09/08/20: 76**<br><br>**Travel Teams: 227 enumerators working in Montana.**<br><br>**Active Enumerators: 1,117** |
| 59.9% | | |
| **% of HUs Enumerated in NRFU** | | |
| 34.8% | | |
| **% of HUs Enumerated** | | |
| 94.7% | | |
| **Remaining Enumeration Workload** | | |
| 30,000 | | |



**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau

**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| New Mexico | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Southern part of the state is doing well. As a result, travel teams are being sent to the northern part of the state. | **Selected since 09/08/20: 34** |
| 57.9% | | |
| **% of HUs Enumerated in NRFU** | Key focus is Window Rock workload in New Mexico. | **Hired since 09/08/20: 110** |
| 38.2% | | |
| **% of HUs Enumerated** | **Received approval from the Navajo Nation to allow enumerators to work on reservation without tribal escorts.** | **Travel Teams: 216 enumerators from NY region in Window Rock** |
| 96.1% | | |
| **Remaining Enumeration Workload** | | **Active Enumerators: 1,682** |
| 39,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

21

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| North Carolina | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Moving enumerators from higher performing ACOs. | **Selected since 09/08/20: 357** |
| 62.7% | Supplemental management support from high production ACOs. | **Hired since 09/08/20: 477** |
| **% of HUs Enumerated in NRFU** | Utilizing travel teams from higher performing ACOs. | **Travel Teams:  628 enumerators working in North Carolina** |
| 33.5% | **Partnership assisting with unable to access (asst. living, gated communities etc.) to help gain access to complete enumeration.** | |
| **% of HUs Enumerated** | | **Active Enumerators: 6,279** |
| 96.2% | **Continue to increase travelers.** | |
| **Remaining Enumeration Workload** | | |
| 195,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau | **U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

22

# Periodic Performance Management Reports
## 2020 Census: Nonresponse Followup Challenge Areas by State

**Source:** *Field Division*
**Data Current as of:** *September 28, 2020*

| South Carolina | Contingency | Staffing Adjustments |
|---|---|---|
| **% of HUs that Self Responded** | Moving enumerators from higher performing ACOs.<br><br>Supplemental management support from high production ACOs.<br><br>**Internal blitz with teams of strong enumerators; continuous capstones; requesting more availability from active enumerators. CFS are required to close out a minimum of cases daily.**<br><br>**Continue to increase travelers.** | **Selected since 09/08/20: 410**<br><br>**Hired since 09/08/20: 225**<br><br>**Travel Teams: 250 enumerators working in South Carolina**<br><br>**Active Enumerators: 3,067** |
| 60.4% | | |
| **% of HUs Enumerated in NRFU** | | |
| 34.5% | | |
| **% of HUs Enumerated** | | |
| 94.9% | | |
| **Remaining Enumeration Workload** | | |
| 133,000 | | |

**Data as of 11:59 pm of the previous day**

**Note:** Percentages may not sum due to rounding



**United States Census** Bureau

**U.S. Department of Commerce**
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

## 2020 Census: Nonresponse Followup Budgetary Contingency Usage Status

**Source:** *Decennial Budget Office*
**Data Current as of:** *September 24, 2020*

| Notional Contingency Waterfall for Estimated Revised NRFU | | |
|---|---|---|
| *(in millions of $)* | | |
| | Plan (as of 7/31) | Actual to Date (9/24) |
| **Contingency available on 3/14** | **$2,030** | **$2,030** |
| *Risk Based Contingency* | *$1,325* | *$1,325* |
| *Secretarial Contingency* | *$705* | *$705* |
| **Expected Contingency Uses for COVID-19** | **$1,106** | **$1,106** |
| *Actual COVID related approvals* | *$934* | *$967* |
| *Remaining Potential COVID approvals* | *$172* | *$139* |
| **Remaining Original Contingency** | **$924** | **$924** |
| | | |
| **Additional contingency from estimated operational variance** | **$70** | **$95** |
| | | |
| **Remaining Contingency before acceleration efforts** | **$994** | **$1,019** |
| | | |
| **Potential Costs to Ensure Operational Continuity and Accelerate NRFU** | **$702** | **$84** |
| *Additional Mailing and Advertising* | *$50* | *$11.5* |
| *Training of additional NRFU enumerators (previously approved)* | *$64* | *--* |
| *Replacement training of 150k enumerators* | *$165* | *--* |
| *Additional overtime for NRFU enumerators* | *$100* | *$11.2* |
| *Weekly enumerator award for exceeding 25 hrs/wk (Up to 5x)* | *$150* | *$35.2* |
| *Enumerator retention award for 3 weeks of acceptable work above 25 hrs/wk (Up to 2x)* | *$150* | *$13.2* |
| *CFS retention award for 3 weeks of acceptable work (Up to 2x)* | *$23* | *$12.7* |
| | | |
| **Allowance for up to 10% increase in production hours due to unknown factors** | **$106** | **--** |
| | | |
| **Remaining Contingency for Unknowns** | **$187** | **--** |

## Notes

- Actuals to Date represent approved purchases and incurred compensation expenses.
- Bonuses accrue on a 2-week lag due to payroll validation requirements.



United States™ Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

24

# Appendix

United States Census Bureau

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

CUI//PRIVILEGE//DELIB/FEDCON

# Periodic Performance Management Reports

| Status | Report Title | Summary | Slide Number |
|---|---|---|---|
| 🟢 | 2020 Census: Questionnaire Assistance Inbound Calls | Inbound call support continues.  A return call option is available to callers who leave a message requesting this option. | 27 |
| 🟢 | 2020 Census: Monthly FY 2020 Budget Execution Report | Fiscal Year 2020 budget execution is managing budget to address critical program needs. | 28 |

**Legend**  Not Applicable  Completed  On Track  Management Focus  Requires Attention



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Questionnaire Assistance Inbound Calls

**Status:**

 *On Track*

**Data current as of:**
*September 26, 2020*

**Completion Date:**
-----

**Notes:**

To date, 63,108 callers have requested the callback option. These callbacks have resulted in 23,099 completed interviews and 6,235 callers being provided assistance.

### Total Inbound Call Volume % (PTD)



| English 87.4% | Spanish 10.5% | TTY 1.2% | Chinese Mandarin 0.2% | Vietnamese 0.1% | All Other 0.7% |

### Key Performance Metrics (PTD)

|  | Planned | Actual |
|---|---|---|
| Total Inbound Call Volume | 12,023,129 | 13,170,233 |
| Deflection Rate | 47.0% | 61.7% |
| Service Level - 30 Seconds | 80.0% | 72.3% |
| Average Handle Time | 9:04 | 9:24 |

### Inbound Call Volume



### Calls Offered to CSRs by Language

|  | 9/13 - 9/19 | 9/20 - 9/26 | PTD | PTD % |
|---|---|---|---|---|
| English | 125,044 | 112,393 | 4,477,949 | 89.1% |
| English Puerto Rico | 69 | 46 | 3,719 | 0.1% |
| Spanish | 8,704 | 9,494 | 362,803 | 7.2% |
| Spanish Puerto Rico | 1,096 | 701 | 51,609 | 1.0% |
| Chinese Mandarin | 229 | 255 | 13,469 | 0.3% |
| Chinese Cantonese | 177 | 182 | 11,221 | 0.2% |
| Vietnamese | 188 | 175 | 14,266 | 0.3% |
| Korean | 206 | 217 | 14,609 | 0.3% |
| Russian | 97 | 150 | 7,708 | 0.2% |
| Arabic | 64 | 56 | 4,585 | 0.1% |
| Tagalog | 33 | 34 | 2,857 | 0.1% |
| Polish | 28 | 21 | 2,690 | 0.1% |
| French | 17 | 20 | 1,323 | 0.0% |
| Haitian Creole | 90 | 90 | 3,118 | 0.1% |
| Portuguese | 53 | 51 | 2,176 | 0.0% |
| Japanese | 25 | 19 | 2,498 | 0.0% |
| TTY | 719 | 556 | 45,138 | 0.9% |
| Group Quarters | 54 | 56 | 5,195 | 0.1% |
| **Total** | **136,893** | **124,516** | **5,026,933** | **100.0%** |

**Source:** *Daily Briefing Deck: Census Questionnaire Assistance*



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

# Periodic Performance Management Reports
## 2020 Census: Monthly FY 2020 Budget Execution Report

**Status:** ● On Track        **Data current as of:** August 31, 2020        **Completion Date:** September 30, 2020

**Notes:** The data are updated monthly following the financial close-out of the previous month, typically about five business days into the next month.

### FY 2020 Actual Budget Execution for the 2020 Census Program - Commitments and Obligations through 8/31/2020

| $ Amounts in Millions | IT | Non-IT | Total |
|---|---|---|---|
| **Total Planned through August** | $1,725 | $5,273 | $6,998 |
| Available contingency and additional appropriations through August | $248 | $1,432 | $1,680 |
| Planned Programmatic through August | $1,477 | $3,841 | $5,318 |
| **Total Actual Commitments and Obligations through August** | $1,664 | $3,011 | $4,675 |
| Unplanned commitments/obligations through August related to adjusted 2020 Census operations due to COVID-19 (risk-based contingency) | $261 | $310 | $570 |
| Actual Programmatic Commitments and Obligations through August | $1,404 | $2,702 | $4,105 |
| **Total Plan Variance ($/%)** | $61 (3.6%) | $2,262 (42.9%) | $2,323 (33.2%) |
| Remaining contingency and additional appropriations planned through August | ($13) | $1,122 | $1,110 |
| Delayed Field Operation Spending through August | $0 | $1,191 | $1,191 |
| Non-Field Operational Programmatic Variance through August | $74 | ($51) | $23 |

**High-Level Variance Explanations:**

In light of the COVID-19 pandemic, the U.S. Census Bureau adjusted 2020 Census operations while ensuring a complete and accurate count of all communities. These adjustments have resulted in positive variances due to schedule adjustments, offset by additional obligations needed to support operational adjustments through the usage of available contingency funding. The total variance for the resources planned to be available through August is $2.323 billion, or 33 percent. Below outlines the breakdown of the total variance:

- The positive variance through August against the original plan in 2020 Census IT systems and operations is $61 million, or 4 percent. The positive variance is the result of relatively routine minor timing adjustments in contract actions and other IT purchases to later months in the fiscal year, partially offset by $13 million in IT contingency used as the result of adjusted 2020 Census operations due to COVID-19 beyond the IT contingency estimate.
- The positive variance through August against the original plan in 2020 Census non-IT operations is $2.262 billion, or 43 percent. This variance consists of $1.191 billion delayed spending in the field operations as a result of schedule adjustments, and $1.122 billion representing a portion of available contingency and additional appropriations that has not yet needed to be obligated. This variance is partially offset by a -$51 million non-Field variance, primarily from a prior decision to increase funding above the original plan for the ICC contract to facilitate additional media purchases ahead of Census Day.
- While unused contingency contributes to the overall positive variance, this is a function of a budget decision last October to make all risk-based contingency available for peak operations. Decisions have been made to use risk-based contingency funds to support $570 million in unplanned obligations or commitments through August as the result of the operational adjustments. The funds used to date include funding field staff salaries related to the suspension of field operations, IT purchases for additional devices and licenses, additional media purchases to encourage self response, extending the communication efforts in the motivation and NRFU planning phases, purchases of personal protection equipment, and additional costs for the Fingerprint and CQA Contracts as the result of the operational timing adjustments. Enumerator overtime to support the timely completion of the NRFU operation was incurred in August as well.



U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
census.gov

*Source: Commerce Business Systems; Decennial Budget Integration Tool*

28

CUI//PRIVILEGE//DELIB/FEDCON

## 2020 Census HU Enumeration Progress by State

Data as of: 09/20/2020
Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| U.S. Total | 66.1% | 29.2% | 95.4% | 95.0% | 0.4% |
| Alabama | 62.7% | 25.6% | 88.4% | 87.8% | 0.6% |
| Alaska | 53.8% | 43.2% | 97.0% | 96.7% | 0.4% |
| Arizona | 63.1% | 29.0% | 92.1% | 91.5% | 0.6% |
| Arkansas | 60.1% | 38.2% | 98.3% | 98.0% | 0.3% |
| California | 68.6% | 28.4% | 97.0% | 96.7% | 0.2% |
| Colorado | 69.3% | 25.8% | 95.1% | 94.7% | 0.3% |
| Connecticut | 70.1% | 28.2% | 98.3% | 98.1% | 0.2% |
| Delaware | 64.1% | 30.1% | 94.2% | 93.7% | 0.5% |
| District of Columbia | 62.7% | 31.2% | 93.9% | 93.6% | 0.3% |
| Florida | 62.9% | 29.6% | 92.5% | 92.0% | 0.6% |
| Georgia | 61.7% | 29.0% | 90.7% | 90.0% | 0.7% |
| Hawaii | 62.5% | 36.9% | 99.4% | 99.3% | 0.1% |
| Idaho | 69.0% | 30.8% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.6% | 26.4% | 96.9% | 96.8% | 0.2% |
| Indiana | 69.8% | 28.7% | 98.6% | 98.4% | 0.1% |
| Iowa | 70.8% | 23.3% | 94.1% | 93.6% | 0.5% |
| Kansas | 69.3% | 29.3% | 98.6% | 98.4% | 0.2% |
| Kentucky | 67.8% | 25.6% | 93.4% | 92.9% | 0.5% |
| Louisiana | 59.4% | 30.4% | 89.8% | 89.1% | 0.6% |
| Maine | 57.9% | 41.0% | 98.9% | 98.7% | 0.2% |
| Maryland | 70.3% | 26.3% | 96.6% | 96.3% | 0.2% |
| Massachusetts | 68.6% | 28.2% | 96.8% | 96.5% | 0.3% |
| Michigan | 70.8% | 24.9% | 95.7% | 95.4% | 0.4% |
| Minnesota | 74.6% | 23.3% | 97.9% | 97.7% | 0.2% |
| Mississippi | 59.7% | 30.6% | 90.3% | 89.6% | 0.6% |
| Missouri | 65.3% | 31.8% | 97.1% | 97.0% | 0.2% |
| Montana | 59.5% | 30.1% | 89.6% | 89.0% | 0.6% |
| Nebraska | 71.4% | 25.1% | 96.5% | 96.1% | 0.3% |
| Nevada | 65.9% | 29.6% | 95.4% | 95.0% | 0.4% |
| New Hampshire | 66.4% | 30.8% | 97.3% | 96.9% | 0.4% |
| New Jersey | 68.5% | 27.5% | 96.0% | 95.6% | 0.4% |
| New Mexico | 57.3% | 34.2% | 91.5% | 90.9% | 0.6% |
| New York | 63.0% | 32.9% | 95.9% | 95.5% | 0.4% |
| North Carolina | 62.3% | 29.5% | 91.8% | 91.3% | 0.6% |
| North Dakota | 64.7% | 32.0% | 96.8% | 96.5% | 0.3% |
| Ohio | 70.1% | 26.8% | 96.9% | 96.6% | 0.3% |
| Oklahoma | 60.3% | 33.5% | 93.8% | 93.3% | 0.5% |
| Oregon | 68.6% | 28.7% | 97.3% | 97.2% | 0.1% |
| Pennsylvania | 68.8% | 27.7% | 96.5% | 96.2% | 0.3% |
| Rhode Island | 64.5% | 32.2% | 96.7% | 96.3% | 0.4% |
| South Carolina | 60.1% | 30.1% | 90.2% | 89.6% | 0.6% |
| South Dakota | 66.7% | 27.5% | 94.2% | 93.8% | 0.4% |
| Tennessee | 65.4% | 30.8% | 96.2% | 95.9% | 0.3% |
| Texas | 61.8% | 33.8% | 95.6% | 95.2% | 0.4% |
| Utah | 70.4% | 26.9% | 97.4% | 97.1% | 0.2% |
| Vermont | 60.0% | 38.5% | 98.5% | 98.3% | 0.3% |
| Virginia | 70.6% | 25.1% | 95.7% | 95.3% | 0.4% |
| Washington | 71.8% | 26.7% | 98.5% | 98.4% | 0.1% |
| West Virginia | 56.0% | 43.9% | 99.8% | 99.8% | 0.0% |
| Wisconsin | 71.8% | 26.5% | 98.3% | 98.2% | 0.1% |
| Wyoming | 60.5% | 33.3% | 93.8% | 93.2% | 0.6% |
| Puerto Rico | 34.2% | 63.8% | 98.0% | 97.7% | 0.3% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

1    2020CENSUS.GOV

Shape your future START HERE >

Census 2020

Pre-decisional - Internal Only - Not for Public Distribution

[Dom]

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
    1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

## 2020 Census HU Enumeration Progress by State

Data as of: 09/21/2020
Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| U.S. Total | 66.2% | 29.6% | 95.8% | 95.4% | 0.4% |
| Alabama | 62.8% | 26.3% | 89.1% | 88.4% | 0.7% |
| Alaska | 53.8% | 43.5% | 97.4% | 97.0% | 0.3% |
| Arizona | 63.2% | 29.6% | 92.8% | 92.1% | 0.7% |
| Arkansas | 60.2% | 38.4% | 98.5% | 98.3% | 0.2% |
| California | 68.6% | 28.6% | 97.3% | 97.0% | 0.3% |
| Colorado | 69.4% | 26.1% | 95.4% | 95.1% | 0.3% |
| Connecticut | 70.1% | 28.3% | 98.4% | 98.3% | 0.2% |
| Delaware | 64.1% | 30.6% | 94.7% | 94.2% | 0.5% |
| District of Columbia | 62.8% | 31.5% | 94.3% | 93.9% | 0.4% |
| Florida | 63.0% | 30.2% | 93.2% | 92.5% | 0.7% |
| Georgia | 61.7% | 29.8% | 91.5% | 90.7% | 0.8% |
| Hawaii | 62.5% | 37.0% | 99.5% | 99.4% | 0.1% |
| Idaho | 69.0% | 30.8% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.6% | 26.6% | 97.2% | 96.9% | 0.3% |
| Indiana | 69.9% | 28.9% | 98.7% | 98.6% | 0.2% |
| Iowa | 70.9% | 23.8% | 94.7% | 94.1% | 0.6% |
| Kansas | 69.3% | 29.5% | 98.8% | 98.6% | 0.2% |
| Kentucky | 67.8% | 26.2% | 94.0% | 93.4% | 0.6% |
| Louisiana | 59.4% | 31.0% | 90.4% | 89.8% | 0.6% |
| Maine | 57.9% | 41.2% | 99.1% | 98.9% | 0.2% |
| Maryland | 70.4% | 26.5% | 96.9% | 96.6% | 0.3% |
| Massachusetts | 68.6% | 28.5% | 97.1% | 96.8% | 0.3% |
| Michigan | 70.8% | 25.4% | 96.2% | 95.7% | 0.5% |
| Minnesota | 74.7% | 23.5% | 98.2% | 97.9% | 0.3% |
| Mississippi | 59.7% | 31.3% | 91.0% | 90.3% | 0.7% |
| Missouri | 65.4% | 32.1% | 97.4% | 97.1% | 0.3% |
| Montana | 59.6% | 30.7% | 90.3% | 89.6% | 0.7% |
| Nebraska | 71.4% | 25.4% | 96.9% | 96.5% | 0.4% |
| Nevada | 65.9% | 30.0% | 95.8% | 95.4% | 0.4% |
| New Hampshire | 66.5% | 31.2% | 97.7% | 97.3% | 0.4% |
| New Jersey | 68.6% | 27.9% | 96.5% | 96.0% | 0.4% |
| New Mexico | 57.4% | 34.8% | 92.2% | 91.5% | 0.7% |
| New York | 63.1% | 33.2% | 96.3% | 95.9% | 0.4% |
| North Carolina | 62.4% | 30.2% | 92.5% | 91.8% | 0.7% |
| North Dakota | 64.8% | 32.5% | 97.2% | 96.8% | 0.5% |
| Ohio | 70.1% | 27.1% | 97.2% | 96.9% | 0.3% |
| Oklahoma | 60.4% | 34.0% | 94.4% | 93.8% | 0.6% |
| Oregon | 68.6% | 28.9% | 97.5% | 97.3% | 0.2% |
| Pennsylvania | 68.8% | 28.0% | 96.8% | 96.5% | 0.3% |
| Rhode Island | 64.6% | 32.5% | 97.1% | 96.7% | 0.4% |
| South Carolina | 60.1% | 30.8% | 90.9% | 90.2% | 0.7% |
| South Dakota | 66.8% | 27.8% | 94.6% | 94.2% | 0.4% |
| Tennessee | 65.4% | 31.1% | 96.5% | 96.2% | 0.4% |
| Texas | 61.9% | 34.2% | 96.1% | 95.6% | 0.5% |
| Utah | 70.5% | 27.3% | 97.8% | 97.4% | 0.4% |
| Vermont | 60.0% | 38.7% | 98.8% | 98.5% | 0.2% |
| Virginia | 70.6% | 25.5% | 96.1% | 95.7% | 0.4% |
| Washington | 71.9% | 26.8% | 98.6% | 98.5% | 0.1% |
| West Virginia | 56.0% | 43.9% | 99.8% | 99.8% | 0.0% |
| Wisconsin | 71.8% | 26.6% | 98.5% | 98.3% | 0.1% |
| Wyoming | 60.5% | 34.0% | 94.5% | 93.8% | 0.7% |
| Puerto Rico | 34.3% | 64.2% | 98.4% | 98.0% | 0.4% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

2   2020CENSUS.GOV

Shape your future START HERE >

Pre-decisional - Internal Only - Not for Public Distribution

[Dom]

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
    1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

## 2020 Census HU Enumeration Progress by State

Data as of: 09/22/2020
Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| **U.S. Total** | **66.2%** | **30.0%** | **96.2%** | **95.8%** | **0.4%** |
| Alabama | 62.8% | 27.0% | 89.8% | 89.1% | 0.7% |
| Alaska | 53.9% | 43.8% | 97.7% | 97.4% | 0.3% |
| Arizona | 63.3% | 30.2% | 93.4% | 92.8% | 0.7% |
| Arkansas | 60.2% | 38.5% | 98.7% | 98.5% | 0.1% |
| California | 68.7% | 28.8% | 97.5% | 97.3% | 0.3% |
| Colorado | 69.4% | 26.4% | 95.8% | 95.4% | 0.4% |
| Connecticut | 70.2% | 28.5% | 98.6% | 98.4% | 0.2% |
| Delaware | 64.2% | 31.0% | 95.2% | 94.7% | 0.5% |
| District of Columbia | 62.8% | 31.9% | 94.7% | 94.3% | 0.4% |
| Florida | 63.0% | 30.9% | 93.9% | 93.2% | 0.7% |
| Georgia | 61.8% | 30.5% | 92.3% | 91.5% | 0.8% |
| Hawaii | 62.6% | 37.0% | 99.6% | 99.5% | 0.1% |
| Idaho | 69.0% | 30.8% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.7% | 26.8% | 97.5% | 97.2% | 0.3% |
| Indiana | 69.9% | 29.0% | 98.9% | 98.7% | 0.2% |
| Iowa | 70.9% | 24.4% | 95.4% | 94.7% | 0.6% |
| Kansas | 69.3% | 29.6% | 98.9% | 98.8% | 0.2% |
| Kentucky | 67.8% | 26.8% | 94.6% | 94.0% | 0.6% |
| Louisiana | 59.5% | 31.7% | 91.1% | 90.4% | 0.7% |
| Maine | 57.9% | 41.4% | 99.3% | 99.1% | 0.2% |
| Maryland | 70.4% | 26.8% | 97.2% | 96.9% | 0.3% |
| Massachusetts | 68.7% | 28.7% | 97.4% | 97.1% | 0.3% |
| Michigan | 70.9% | 25.8% | 96.6% | 96.2% | 0.4% |
| Minnesota | 74.7% | 23.7% | 98.4% | 98.2% | 0.2% |
| Mississippi | 59.7% | 32.1% | 91.8% | 91.0% | 0.8% |
| Missouri | 65.4% | 32.3% | 97.7% | 97.4% | 0.3% |

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| Montana | 59.7% | 31.4% | 91.0% | 90.3% | 0.8% |
| Nebraska | 71.5% | 25.8% | 97.2% | 96.9% | 0.4% |
| Nevada | 65.9% | 30.3% | 96.3% | 95.8% | 0.4% |
| New Hampshire | 66.5% | 31.5% | 98.0% | 97.7% | 0.4% |
| New Jersey | 68.6% | 28.2% | 96.9% | 96.5% | 0.4% |
| New Mexico | 57.5% | 35.5% | 93.0% | 92.2% | 0.8% |
| New York | 63.2% | 33.5% | 96.7% | 96.3% | 0.4% |
| North Carolina | 62.4% | 30.9% | 93.3% | 92.5% | 0.7% |
| North Dakota | 64.8% | 32.9% | 97.6% | 97.2% | 0.4% |
| Ohio | 70.2% | 27.3% | 97.5% | 97.2% | 0.3% |
| Oklahoma | 60.4% | 34.5% | 94.9% | 94.4% | 0.5% |
| Oregon | 68.7% | 29.0% | 97.7% | 97.5% | 0.2% |
| Pennsylvania | 68.9% | 28.3% | 97.2% | 96.8% | 0.3% |
| Rhode Island | 64.7% | 32.8% | 97.4% | 97.1% | 0.4% |
| South Carolina | 60.2% | 31.5% | 91.7% | 90.9% | 0.8% |
| South Dakota | 66.8% | 28.3% | 95.1% | 94.6% | 0.5% |
| Tennessee | 65.5% | 31.4% | 96.9% | 96.5% | 0.4% |
| Texas | 61.9% | 34.6% | 96.5% | 96.1% | 0.4% |
| Utah | 70.5% | 27.6% | 98.1% | 97.8% | 0.4% |
| Vermont | 60.0% | 39.0% | 99.0% | 98.8% | 0.3% |
| Virginia | 70.7% | 25.8% | 96.5% | 96.1% | 0.4% |
| Washington | 71.9% | 26.9% | 98.7% | 98.6% | 0.1% |
| West Virginia | 56.0% | 43.9% | 99.9% | 99.8% | 0.0% |
| Wisconsin | 71.8% | 26.8% | 98.6% | 98.5% | 0.1% |
| Wyoming | 60.6% | 34.6% | 95.2% | 94.5% | 0.7% |
| Puerto Rico | 34.3% | 64.5% | 98.8% | 98.4% | 0.4% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

3    2020CENSUS.GOV

Shape your future
START HERE >

Census 2020
United States®

Pre-decisional - Internal Only - Not for Public Distribution

[Dom]

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
   1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

## 2020 Census HU Enumeration Progress by State

Data as of: 09/23/2020
Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| U.S. Total | 66.3% | 30.3% | 96.6% | 96.2% | 0.4% |
| Alabama | 62.9% | 27.7% | 90.5% | 89.8% | 0.7% |
| Alaska | 54.0% | 44.1% | 98.0% | 97.7% | 0.3% |
| Arizona | 63.3% | 30.8% | 94.1% | 93.4% | 0.6% |
| Arkansas | 60.2% | 38.7% | 98.9% | 98.7% | 0.2% |
| California | 68.7% | 29.0% | 97.7% | 97.5% | 0.2% |
| Colorado | 69.4% | 26.7% | 96.1% | 95.8% | 0.3% |
| Connecticut | 70.2% | 28.6% | 98.8% | 98.6% | 0.1% |
| Delaware | 64.2% | 31.5% | 95.7% | 95.2% | 0.5% |
| District of Columbia | 62.9% | 32.2% | 95.1% | 94.7% | 0.4% |
| Florida | 63.1% | 31.5% | 94.6% | 93.9% | 0.6% |
| Georgia | 61.9% | 31.2% | 93.1% | 92.3% | 0.8% |
| Hawaii | 62.6% | 37.1% | 99.7% | 99.6% | 0.1% |
| Idaho | 69.0% | 30.8% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.7% | 27.1% | 97.8% | 97.5% | 0.3% |
| Indiana | 69.9% | 29.2% | 99.1% | 98.9% | 0.2% |
| Iowa | 71.0% | 25.0% | 96.0% | 95.4% | 0.6% |
| Kansas | 69.3% | 29.7% | 99.1% | 98.9% | 0.1% |
| Kentucky | 67.8% | 27.3% | 95.2% | 94.6% | 0.6% |
| Louisiana | 59.5% | 32.3% | 91.8% | 91.1% | 0.7% |
| Maine | 57.9% | 41.6% | 99.5% | 99.3% | 0.2% |
| Maryland | 70.4% | 27.1% | 97.5% | 97.2% | 0.3% |
| Massachusetts | 68.7% | 28.9% | 97.6% | 97.4% | 0.3% |
| Michigan | 70.9% | 26.2% | 97.1% | 96.6% | 0.4% |
| Minnesota | 74.7% | 23.8% | 98.6% | 98.4% | 0.2% |
| Mississippi | 59.8% | 32.7% | 92.5% | 91.8% | 0.7% |
| Missouri | 65.4% | 32.5% | 97.9% | 97.7% | 0.2% |

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| Montana | 59.7% | 32.1% | 91.9% | 91.0% | 0.8% |
| Nebraska | 71.5% | 26.1% | 97.6% | 97.2% | 0.4% |
| Nevada | 66.0% | 30.7% | 96.7% | 96.3% | 0.4% |
| New Hampshire | 66.5% | 31.8% | 98.3% | 98.0% | 0.3% |
| New Jersey | 68.7% | 28.5% | 97.2% | 96.9% | 0.4% |
| New Mexico | 57.5% | 36.2% | 93.7% | 93.0% | 0.7% |
| New York | 63.2% | 33.9% | 97.1% | 96.7% | 0.4% |
| North Carolina | 62.5% | 31.5% | 94.0% | 93.3% | 0.7% |
| North Dakota | 64.8% | 33.2% | 98.0% | 97.6% | 0.3% |
| Ohio | 70.2% | 27.6% | 97.8% | 97.5% | 0.3% |
| Oklahoma | 60.5% | 34.9% | 95.3% | 94.9% | 0.5% |
| Oregon | 68.7% | 29.1% | 97.8% | 97.7% | 0.2% |
| Pennsylvania | 68.9% | 28.6% | 97.5% | 97.2% | 0.3% |
| Rhode Island | 64.7% | 33.1% | 97.7% | 97.4% | 0.3% |
| South Carolina | 60.2% | 32.2% | 92.5% | 91.7% | 0.8% |
| South Dakota | 66.8% | 28.7% | 95.5% | 95.1% | 0.5% |
| Tennessee | 65.5% | 31.7% | 97.2% | 96.9% | 0.3% |
| Texas | 62.0% | 35.0% | 97.0% | 96.5% | 0.5% |
| Utah | 70.5% | 27.9% | 98.4% | 98.1% | 0.3% |
| Vermont | 60.1% | 39.1% | 99.2% | 99.0% | 0.2% |
| Virginia | 70.8% | 26.1% | 96.9% | 96.5% | 0.4% |
| Washington | 71.9% | 26.9% | 98.8% | 98.7% | 0.1% |
| West Virginia | 56.0% | 43.9% | 99.9% | 99.9% | 0.0% |
| Wisconsin | 71.9% | 26.9% | 98.8% | 98.6% | 0.2% |
| Wyoming | 60.6% | 35.3% | 95.9% | 95.2% | 0.7% |
| Puerto Rico | 34.4% | 64.7% | 99.1% | 98.8% | 0.3% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

4   2020CENSUS.GOV

Shape your future
START HERE >

United States® Census 2020

Pre-decisional - Internal Only - Not for Public Distribution

[Dom]

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
   1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

## 2020 Census HU Enumeration Progress by State

Data as of: 09/24/2020

Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| U.S. Total | 66.3% | 30.7% | 97.0% | 96.6% | 0.4% |
| Alabama | 62.9% | 28.2% | 91.1% | 90.5% | 0.6% |
| Alaska | 54.0% | 44.3% | 98.3% | 98.0% | 0.3% |
| Arizona | 63.4% | 31.3% | 94.7% | 94.1% | 0.6% |
| Arkansas | 60.2% | 38.6% | 98.9% | 98.9% | 0.0% |
| California | 68.8% | 29.2% | 97.9% | 97.7% | 0.2% |
| Colorado | 69.5% | 27.1% | 96.5% | 96.1% | 0.4% |
| Connecticut | 70.2% | 28.8% | 99.0% | 98.8% | 0.2% |
| Delaware | 64.3% | 32.2% | 96.4% | 95.7% | 0.7% |
| District of Columbia | 62.9% | 32.9% | 95.9% | 95.1% | 0.8% |
| Florida | 63.1% | 32.0% | 95.2% | 94.6% | 0.6% |
| Georgia | 61.9% | 31.9% | 93.8% | 93.1% | 0.7% |
| Hawaii | 62.6% | 37.1% | 99.7% | 99.7% | 0.0% |
| Idaho | 69.0% | 30.7% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.8% | 27.2% | 98.0% | 97.8% | 0.2% |
| Indiana | 69.9% | 29.3% | 99.2% | 99.1% | 0.2% |
| Iowa | 71.0% | 25.5% | 96.6% | 96.0% | 0.6% |
| Kansas | 69.4% | 29.8% | 99.2% | 99.1% | 0.1% |
| Kentucky | 67.9% | 27.8% | 95.7% | 95.2% | 0.5% |
| Louisiana | 59.6% | 32.9% | 92.5% | 91.8% | 0.7% |
| Maine | 57.9% | 41.8% | 99.7% | 99.5% | 0.2% |
| Maryland | 70.5% | 27.4% | 97.9% | 97.5% | 0.4% |
| Massachusetts | 68.8% | 29.2% | 98.0% | 97.6% | 0.3% |
| Michigan | 70.9% | 26.6% | 97.5% | 97.1% | 0.4% |
| Minnesota | 74.7% | 23.8% | 98.6% | 98.6% | 0.0% |
| Mississippi | 59.8% | 33.4% | 93.2% | 92.5% | 0.7% |
| Missouri | 65.4% | 32.7% | 98.2% | 97.9% | 0.2% |

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| Montana | 59.8% | 32.8% | 92.6% | 91.9% | 0.8% |
| Nebraska | 71.5% | 26.4% | 98.0% | 97.6% | 0.3% |
| Nevada | 66.0% | 31.0% | 97.1% | 96.7% | 0.4% |
| New Hampshire | 66.6% | 32.2% | 98.7% | 98.3% | 0.4% |
| New Jersey | 68.7% | 28.9% | 97.7% | 97.2% | 0.4% |
| New Mexico | 57.7% | 36.7% | 94.4% | 93.7% | 0.7% |
| New York | 63.3% | 34.3% | 97.6% | 97.1% | 0.5% |
| North Carolina | 62.6% | 32.2% | 94.7% | 94.0% | 0.7% |
| North Dakota | 64.8% | 33.4% | 98.3% | 98.0% | 0.3% |
| Ohio | 70.2% | 27.9% | 98.1% | 97.8% | 0.3% |
| Oklahoma | 60.5% | 35.3% | 95.8% | 95.3% | 0.5% |
| Oregon | 68.7% | 29.3% | 98.0% | 97.8% | 0.2% |
| Pennsylvania | 68.9% | 28.9% | 97.8% | 97.5% | 0.3% |
| Rhode Island | 64.8% | 33.4% | 98.2% | 97.7% | 0.5% |
| South Carolina | 60.3% | 32.9% | 93.3% | 92.5% | 0.8% |
| South Dakota | 66.9% | 29.1% | 96.0% | 95.5% | 0.5% |
| Tennessee | 65.5% | 31.9% | 97.4% | 97.2% | 0.3% |
| Texas | 62.0% | 35.3% | 97.3% | 97.0% | 0.3% |
| Utah | 70.6% | 28.2% | 98.7% | 98.4% | 0.3% |
| Vermont | 60.1% | 39.3% | 99.4% | 99.2% | 0.2% |
| Virginia | 70.9% | 26.3% | 97.2% | 96.9% | 0.3% |
| Washington | 71.9% | 27.0% | 99.0% | 98.8% | 0.1% |
| West Virginia | 56.0% | 43.9% | 99.9% | 99.9% | 0.0% |
| Wisconsin | 71.9% | 26.9% | 98.8% | 98.8% | 0.0% |
| Wyoming | 60.6% | 35.9% | 96.5% | 95.9% | 0.6% |
| Puerto Rico | 34.4% | 64.9% | 99.3% | 99.1% | 0.2% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

5    2020CENSUS.GOV

Shape your future
START HERE >

Census 2020

Pre-decisional - Internal Only - Not for Public Distribution

**[Dom]**

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
    1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

## 2020 Census HU Enumeration Progress by State

Data as of: 09/25/2020
Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| U.S. Total | 66.4% | 31.0% | 97.4% | 97.0% | 0.4% |
| Alabama | 62.9% | 28.9% | 91.8% | 91.1% | 0.7% |
| Alaska | 54.1% | 44.6% | 98.7% | 98.3% | 0.3% |
| Arizona | 63.4% | 31.9% | 95.3% | 94.7% | 0.7% |
| Arkansas | 60.3% | 38.9% | 99.2% | 98.9% | 0.3% |
| California | 68.8% | 29.4% | 98.2% | 97.9% | 0.3% |
| Colorado | 69.5% | 27.4% | 96.9% | 96.5% | 0.4% |
| Connecticut | 70.2% | 28.9% | 99.1% | 99.0% | 0.1% |
| Delaware | 64.3% | 32.7% | 97.0% | 96.4% | 0.5% |
| District of Columbia | 63.0% | 33.3% | 96.3% | 95.9% | 0.4% |
| Florida | 63.2% | 32.6% | 95.8% | 95.2% | 0.6% |
| Georgia | 62.0% | 32.5% | 94.5% | 93.8% | 0.7% |
| Hawaii | 62.6% | 37.1% | 99.8% | 99.7% | 0.0% |
| Idaho | 69.0% | 30.7% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.8% | 27.6% | 98.4% | 98.0% | 0.4% |
| Indiana | 69.9% | 29.4% | 99.4% | 99.2% | 0.1% |
| Iowa | 71.1% | 26.1% | 97.2% | 96.6% | 0.6% |
| Kansas | 69.4% | 29.9% | 99.3% | 99.2% | 0.1% |
| Kentucky | 67.9% | 28.3% | 96.2% | 95.7% | 0.5% |
| Louisiana | 59.6% | 33.6% | 93.2% | 92.5% | 0.7% |
| Maine | 57.9% | 41.8% | 99.7% | 99.7% | 0.1% |
| Maryland | 70.5% | 27.7% | 98.2% | 97.9% | 0.3% |
| Massachusetts | 68.8% | 29.4% | 98.2% | 98.0% | 0.3% |
| Michigan | 70.9% | 26.9% | 97.8% | 97.5% | 0.3% |
| Minnesota | 74.8% | 24.0% | 98.8% | 98.6% | 0.2% |
| Mississippi | 59.8% | 34.1% | 93.9% | 93.2% | 0.7% |
| Missouri | 65.5% | 33.0% | 98.4% | 98.2% | 0.3% |
| Montana | 59.8% | 33.6% | 93.4% | 92.6% | 0.8% |
| Nebraska | 71.5% | 26.8% | 98.3% | 98.0% | 0.4% |
| Nevada | 66.0% | 31.5% | 97.6% | 97.1% | 0.5% |
| New Hampshire | 66.6% | 32.3% | 98.9% | 98.7% | 0.1% |
| New Jersey | 68.8% | 29.2% | 98.0% | 97.7% | 0.3% |
| New Mexico | 57.8% | 37.0% | 94.8% | 94.4% | 0.4% |
| New York | 63.3% | 34.6% | 97.9% | 97.6% | 0.3% |
| North Carolina | 62.6% | 32.6% | 95.2% | 94.7% | 0.5% |
| North Dakota | 64.8% | 33.7% | 98.6% | 98.3% | 0.3% |
| Ohio | 70.2% | 28.1% | 98.3% | 98.1% | 0.2% |
| Oklahoma | 60.5% | 35.9% | 96.4% | 95.8% | 0.6% |
| Oregon | 68.7% | 29.4% | 98.2% | 98.0% | 0.2% |
| Pennsylvania | 69.0% | 29.1% | 98.1% | 97.8% | 0.3% |
| Rhode Island | 64.8% | 33.6% | 98.4% | 98.2% | 0.2% |
| South Carolina | 60.3% | 33.6% | 93.9% | 93.3% | 0.7% |
| South Dakota | 66.9% | 29.6% | 96.5% | 96.0% | 0.5% |
| Tennessee | 65.6% | 32.1% | 97.7% | 97.4% | 0.3% |
| Texas | 62.1% | 35.8% | 97.8% | 97.3% | 0.5% |
| Utah | 70.6% | 28.4% | 99.0% | 98.7% | 0.3% |
| Vermont | 60.1% | 39.4% | 99.5% | 99.4% | 0.1% |
| Virginia | 70.9% | 26.7% | 97.6% | 97.2% | 0.4% |
| Washington | 71.9% | 27.2% | 99.2% | 99.0% | 0.2% |
| West Virginia | 56.0% | 43.9% | 99.9% | 99.9% | 0.0% |
| Wisconsin | 71.9% | 27.2% | 99.1% | 98.8% | 0.3% |
| Wyoming | 60.7% | 36.6% | 97.2% | 96.5% | 0.7% |
| Puerto Rico | 34.5% | 65.0% | 99.5% | 99.3% | 0.2% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

6      2020CENSUS.GOV

Shape your future
START HERE >

United States® Census 2020

Pre-decisional - Internal Only - Not for Public Distribution

[Dom]

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
   1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

## 2020 Census HU Enumeration Progress by State

Data as of: 09/26/2020
Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| U.S. Total | 66.4% | 31.3% | 97.7% | 97.4% | 0.3% |
| Alabama | 63.0% | 29.5% | 92.5% | 91.8% | 0.6% |
| Alaska | 54.1% | 45.0% | 99.1% | 98.7% | 0.4% |
| Arizona | 63.5% | 32.4% | 95.9% | 95.3% | 0.6% |
| Arkansas | 60.3% | 39.1% | 99.4% | 99.2% | 0.2% |
| California | 68.9% | 29.6% | 98.4% | 98.2% | 0.2% |
| Colorado | 69.5% | 27.7% | 97.2% | 96.9% | 0.3% |
| Connecticut | 70.3% | 29.0% | 99.3% | 99.1% | 0.1% |
| Delaware | 64.3% | 33.1% | 97.4% | 97.0% | 0.4% |
| District of Columbia | 63.0% | 33.6% | 96.6% | 96.3% | 0.3% |
| Florida | 63.2% | 33.0% | 96.2% | 95.8% | 0.5% |
| Georgia | 62.0% | 33.0% | 95.0% | 94.5% | 0.5% |
| Hawaii | 62.7% | 37.1% | 99.8% | 99.8% | 0.0% |
| Idaho | 69.1% | 30.7% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.8% | 27.7% | 98.5% | 98.4% | 0.2% |
| Indiana | 69.9% | 29.5% | 99.4% | 99.4% | 0.1% |
| Iowa | 71.1% | 26.5% | 97.6% | 97.2% | 0.5% |
| Kansas | 69.4% | 30.0% | 99.4% | 99.3% | 0.1% |
| Kentucky | 67.9% | 28.7% | 96.6% | 96.2% | 0.5% |
| Louisiana | 59.6% | 34.1% | 93.8% | 93.2% | 0.6% |
| Maine | 57.9% | 41.8% | 99.7% | 99.7% | 0.0% |
| Maryland | 70.6% | 27.8% | 98.4% | 98.2% | 0.2% |
| Massachusetts | 68.8% | 29.7% | 98.5% | 98.2% | 0.2% |
| Michigan | 70.9% | 27.1% | 98.0% | 97.8% | 0.2% |
| Minnesota | 74.8% | 24.2% | 99.0% | 98.8% | 0.2% |
| Mississippi | 59.9% | 34.6% | 94.5% | 93.9% | 0.6% |
| Missouri | 65.5% | 33.1% | 98.6% | 98.4% | 0.2% |
| Montana | 59.8% | 34.3% | 94.1% | 93.4% | 0.7% |
| Nebraska | 71.6% | 27.0% | 98.6% | 98.3% | 0.3% |
| Nevada | 66.1% | 31.9% | 98.0% | 97.6% | 0.4% |
| New Hampshire | 66.6% | 32.5% | 99.1% | 98.9% | 0.3% |
| New Jersey | 68.8% | 29.5% | 98.3% | 98.0% | 0.3% |
| New Mexico | 57.9% | 37.6% | 95.4% | 94.8% | 0.6% |
| New York | 63.4% | 34.8% | 98.2% | 97.9% | 0.3% |
| North Carolina | 62.6% | 33.1% | 95.7% | 95.2% | 0.5% |
| North Dakota | 64.9% | 33.9% | 98.8% | 98.6% | 0.2% |
| Ohio | 70.3% | 28.3% | 98.5% | 98.3% | 0.2% |
| Oklahoma | 60.6% | 36.3% | 96.8% | 96.4% | 0.5% |
| Oregon | 68.8% | 29.6% | 98.4% | 98.2% | 0.2% |
| Pennsylvania | 69.0% | 29.3% | 98.3% | 98.1% | 0.2% |
| Rhode Island | 64.8% | 33.8% | 98.7% | 98.4% | 0.2% |
| South Carolina | 60.4% | 34.1% | 94.4% | 93.9% | 0.5% |
| South Dakota | 66.9% | 29.8% | 96.8% | 96.5% | 0.3% |
| Tennessee | 65.6% | 32.4% | 97.9% | 97.7% | 0.2% |
| Texas | 62.1% | 36.1% | 98.2% | 97.8% | 0.4% |
| Utah | 70.6% | 28.6% | 99.2% | 99.0% | 0.2% |
| Vermont | 60.1% | 39.4% | 99.5% | 99.5% | 0.1% |
| Virginia | 70.9% | 27.0% | 97.9% | 97.6% | 0.3% |
| Washington | 72.0% | 27.3% | 99.3% | 99.2% | 0.1% |
| West Virginia | 56.0% | 43.9% | 99.9% | 99.9% | 0.0% |
| Wisconsin | 71.9% | 27.3% | 99.2% | 99.1% | 0.1% |
| Wyoming | 60.7% | 37.0% | 97.7% | 97.2% | 0.5% |
| Puerto Rico | 34.5% | 65.1% | 99.6% | 99.5% | 0.2% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

7   2020CENSUS.GOV

Shape your future START HERE >

Census 2020

Pre-decisional - Internal Only - Not for Public Distribution

[Dom]

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
   1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

## 2020 Census HU Enumeration Progress by State

Data as of: 09/27/2020
Data Source: Census Data Lake and Unified Tracking System

| State* | % HUs that Self-Responded | % HUs Enumerated in NRFU | % HUs Enumerated Current Day | % HUs Enumerated Prior Day | Daily Change |
|---|---|---|---|---|---|
| U.S. Total | 66.4% | 31.5% | 97.9% | 97.7% | 0.3% |
| Alabama | 63.0% | 30.0% | 93.0% | 92.5% | 0.4% |
| Alaska | 54.1% | 45.3% | 99.4% | 99.1% | 0.3% |
| Arizona | 63.5% | 32.9% | 96.4% | 95.9% | 0.5% |
| Arkansas | 60.3% | 39.3% | 99.6% | 99.4% | 0.2% |
| California | 68.9% | 29.8% | 98.7% | 98.4% | 0.2% |
| Colorado | 69.5% | 27.9% | 97.5% | 97.2% | 0.3% |
| Connecticut | 70.3% | 29.1% | 99.4% | 99.3% | 0.1% |
| Delaware | 64.3% | 33.4% | 97.7% | 97.4% | 0.4% |
| District of Columbia | 63.0% | 33.9% | 96.9% | 96.6% | 0.3% |
| Florida | 63.2% | 33.4% | 96.6% | 96.2% | 0.4% |
| Georgia | 62.1% | 33.4% | 95.5% | 95.0% | 0.4% |
| Hawaii | 62.7% | 37.1% | 99.8% | 99.8% | 0.0% |
| Idaho | 69.1% | 30.7% | 99.8% | 99.8% | 0.0% |
| Illinois | 70.8% | 27.8% | 98.7% | 98.5% | 0.2% |
| Indiana | 70.0% | 29.5% | 99.5% | 99.4% | 0.0% |
| Iowa | 71.1% | 26.8% | 97.9% | 97.6% | 0.3% |
| Kansas | 69.4% | 30.0% | 99.4% | 99.4% | 0.1% |
| Kentucky | 67.9% | 29.1% | 97.0% | 96.6% | 0.4% |
| Louisiana | 59.7% | 34.6% | 94.3% | 93.8% | 0.5% |
| Maine | 57.9% | 41.8% | 99.7% | 99.7% | 0.0% |
| Maryland | 70.6% | 28.0% | 98.6% | 98.4% | 0.2% |
| Massachusetts | 68.8% | 29.8% | 98.7% | 98.5% | 0.2% |
| Michigan | 71.0% | 27.3% | 98.2% | 98.0% | 0.2% |
| Minnesota | 74.8% | 24.3% | 99.1% | 99.0% | 0.1% |
| Mississippi | 59.9% | 35.1% | 94.9% | 94.5% | 0.5% |
| Missouri | 65.5% | 33.2% | 98.7% | 98.6% | 0.1% |
| Montana | 59.9% | 34.8% | 94.7% | 94.1% | 0.6% |
| Nebraska | 71.6% | 27.2% | 98.8% | 98.6% | 0.2% |
| Nevada | 66.1% | 32.2% | 98.3% | 98.0% | 0.3% |
| New Hampshire | 66.6% | 32.7% | 99.3% | 99.1% | 0.1% |
| New Jersey | 68.8% | 29.8% | 98.6% | 98.3% | 0.3% |
| New Mexico | 57.9% | 38.2% | 96.1% | 95.4% | 0.7% |
| New York | 63.4% | 35.0% | 98.4% | 98.2% | 0.2% |
| North Carolina | 62.7% | 33.5% | 96.2% | 95.7% | 0.4% |
| North Dakota | 64.9% | 34.0% | 98.9% | 98.8% | 0.1% |
| Ohio | 70.3% | 28.4% | 98.7% | 98.5% | 0.2% |
| Oklahoma | 60.6% | 36.7% | 97.2% | 96.8% | 0.4% |
| Oregon | 68.8% | 29.8% | 98.5% | 98.4% | 0.2% |
| Pennsylvania | 69.0% | 29.4% | 98.4% | 98.3% | 0.2% |
| Rhode Island | 64.9% | 34.0% | 98.8% | 98.7% | 0.2% |
| South Carolina | 60.4% | 34.5% | 94.9% | 94.4% | 0.4% |
| South Dakota | 67.0% | 30.0% | 97.0% | 96.8% | 0.2% |
| Tennessee | 65.6% | 32.5% | 98.1% | 97.9% | 0.2% |
| Texas | 62.1% | 36.4% | 98.5% | 98.2% | 0.3% |
| Utah | 70.6% | 28.7% | 99.3% | 99.2% | 0.1% |
| Vermont | 60.1% | 39.5% | 99.6% | 99.5% | 0.0% |
| Virginia | 70.9% | 27.3% | 98.2% | 97.9% | 0.3% |
| Washington | 72.0% | 27.4% | 99.4% | 99.3% | 0.1% |
| West Virginia | 56.0% | 43.9% | 99.9% | 99.9% | 0.0% |
| Wisconsin | 71.9% | 27.3% | 99.2% | 99.2% | 0.1% |
| Wyoming | 60.7% | 37.2% | 97.9% | 97.7% | 0.2% |
| Puerto Rico | 34.9% | 64.9% | 99.8% | 99.6% | 0.1% |

Note: Percentages may not sum due to rounding. A limited number of areas were part of the NRFU "soft launch" beginning July 16 and could have higher completion rates due to more time in the field. Percentages for the U.S. Total do not include housing units in Puerto Rico.

8   2020CENSUS.GOV

Shape your future
START HERE >

United States® Census 2020

Pre-decisional - Internal Only - Not for Public Distribution

**[Dom]**

**\*Add RCC to this slide**

**Maybe change to RCC and State and no more ACO.**

**Progress**
1) All case types are included in the bar chart.
2) MV cases were all closed before the operation began (07/10/20).
3) Field verification workload will not make it into the workload until Cycle 1B.
4) Case completion includes cases closed by self-response, field work, or ACO closure. These are cases for which further field contact will not occur.
5) A case completion projection will be added when the operation fully launches (in the 08/12 CIG slides).
   1) The purpose of the soft launch is to work out any sticking points. We expect productivity to be affected by that.

Two versions of projection NRFU Completion

Scenario A – Previous Day Method

- This is a simple straight-line projection of a state's progress based on previous day's rate of completion.  The projected pace of work completion is constant, meaning the percentage of work completed yesterday will be the same every day until 99% is reached.  It assumes no decline in productivity.

    Advantages:
    o   Incorporates the current staffing and productivity.
    o   An accurate "predictor" for close-day calculations (the next day or two)

    Disadvantages
    o   For areas with current progress of 90-95%, it can be highly optimistic as it does not account for the slowdown that takes place with the most difficult cases as progress approaches 99%.
    o   It is susceptible to predictable, daily fluctuations in productivity.  Sundays are less productive than Tuesdays.  NRFU productivity during SBE activities was lower.
    o   Can be highly variable based on local conditions – weather, fires, civil unrest, etc.

Scenario B – "Banded" Method

- This is a projection based on the pattern of completion for previous states, based on the progress at different intervals of completion.  It uses "bands" of completion rates which apply to all states within the "band".  It incorporates a higher rate of productivity at lower rates of completion and assumes a significant slowing as rates approach 99%.  It uses average rates of completion for states which have already passed these intervals.

    Advantages:
    o   Reflects the decline in productivity as completion rates near 99%
    o   Uses "real" completion data

    Disadvantages:
    o   Does not account for recent interventions, such as staffing, travelers and workload reconfigurations.  Some of these are significant.
    o   Reflects work during the period when restrictions were in place as a result of the TRO.
    o   Includes the "learning curve" of managers figuring out the system and the finishing process.  We know the first few states were very difficult to finish because of issues with systems and procedures.

| From: | Ron S Jarmin (CENSUS/DEPDIR FED) |
|---|---|
| To: | Risko, Daniel (Federal); Dillingham, Steven |
| Cc: | Fontenot, Albert E; Stempowski, Deborah M; Olson, Timothy P; Christy, James T; Lamas, Enrique |
| Subject: | Draft slides for 11:30 Monday discussion |
| Date: | Friday, September 25, 2020 8:08:37 PM |
| Attachments: | Proposed Options for Completion of Enumeration v3.pdf |

Dan,

The team has developed this short slide deck for discussion with the Secretary on Monday.  In it we recommend closing out field operations no earlier that 10/5.  We also, pose two options.  One closes out field work on 10/5 to begin processing on 10/6 and allows us to meet the 12/31 deadline should that be reinstated on appeal.  The second, stays in the field longer to allow additional states to reach the 99% completion rate goal and for better completion rates in hard to count areas such as tribal lands.  This option would preclude meeting the 12/31 date, but furthers the goal of a complete and accurate 2020 Census.

We provide information on two projections for states making the 99% goal.  We have some confidence that we'll be closer to the projection A prediction than projection B which has fewer states meeting the goal by 9/30 and 10/5.  However, this is not an exact science and there are plausible scenarios that would push us towards projection B.  Note that we will be updating these projections Sunday evening with the latest information.  Thus, we prefer not sharing broadly until Monday morning,

Let me know if you or Karen have any questions.

_____

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

# Proposed Options for Completion of Enumeration

CUI//PRIVILEGE//DELIB//FEDCON



# Proposed Options for Completion of Enumeration

**Background:**

The Office of General Counsel (OGC) <span style="color:red">AC/AWP</span> ███████████████████████████

███████████████████████

**Projections for state completion rates for 9/30 and 10/5:**

| Projection A* | Projection B** |
|---|---|

- September 30: 7 states below 99%
  - Georgia
  - South Carolina
  - Arizona
  - Montana
  - Mississippi
  - Louisiana
  - Alabama

- October 5: 1 state below 99%
  - Alabama

- September 30: 17 states below 99%
  - Iowa
  - Colorado
  - Wyoming
  - Delaware
  - Oklahoma
  - Kentucky
  - South Dakota
  - North Carolina
  - Florida
  - Arizona
  - New Mexico
  - Georgia
  - Montana
  - Louisiana
  - South Carolina
  - Mississippi
  - Alabama

- October 5: 4 states below 99%
  - Louisiana
  - South Carolina
  - Mississippi
  - Alabama

- Note: Even for states over 99% completion rates, there will be sub-state areas that are substantially below 99%, particular Tribal Areas due to COVID-19 restrictions.
- As in previous censuses, the Census Bureau will use count imputation to accurately account for households for which we have field evidence that are occupied.

- If field work is completed anytime after October 5, Census Bureau will be unable to deliver state population counts for apportionment by December 31, 2020 due to necessary post processing activities. Any delay beyond October 5, 2020 would require a corresponding delay to the delivery of state population counts for apportionment.

*Based on one-day change as of September 25, 2020
**Based on state NRFU caseload and available enumerators as of September 25, 2020

**Shape your future START HERE >**

**United States® Census 2020**

# Proposed Options for Completion of Enumeration

The Census Bureau recommends closing out field operations no earlier than Monday, October 5, 2020.

Post Data Collection Processing for Apportionment
- Streamlined post data collection processing and focusing only on apportionment in order to complete all post data collection processing by December 19, 2020.
  - This assumes that there are no unanticipated delays in post data collection processing.
- The latest date to begin post data collection processing that allows Census Bureau to deliver apportionment data to the Secretary of Commerce by December 31, 2020 is October 6, 2020.

The Census Bureau needs advanced notice before beginning "closeout" procedures.
- There are currently more than 18,000 enumerators on travel whose travel status either needs to suspended or extended.
- Assuming field work is concluded on October 5, 2020, a decision on "closeout" processes including enumeration travel is required no later than Friday, October 2, 2020.

**Option 1:** Conclude field work by October 5, 2020 in order to meet apportionment delivery date of December 31, 2020.

**Option 2:** Continue field work beyond October 5, 2020 in order to increase state completion rates to 99% and to continue to improve enumeration of lagging sub-state areas, such as tribal areas, rural areas, and hard-to-count communities. However, this would not allow for delivery of state population counts for apportionment by December 31, 2020.

Shape
your future
START HERE >



CUI//PRIVILEGE//DELIB//FEDCON

| From: | Steven Dillingham (CENSUS/DEPDIR FED) |
|---|---|
| To: | Risko, Daniel (Federal); Kourkoumelis, Aristidis (Federal) |
| Subject: | Fw: Draft Slides for Monday |
| Date: | Saturday, September 26, 2020 3:24:50 PM |

FYI- my recommended slide edits yesterday for technical accuracy. See below.

---

**From:** Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Sent:** Friday, September 25, 2020 7:52 PM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/DCMD FED) <Deborah.M.Stempowski@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Steven K Smith
(CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** Re: Draft Slides for Monday

Recommend slight edits to the slides for technical accuracy. On slides 2 and 3, edit references
to "apportionment counts" to "state population counts for apportionment".
The edits would apply in several places, including:

Slide 2 - first sentence and twice in final bullet.
Slide 3 - second paragraph (heading and bullets); also in Option 1 & 2

(The change for technical accuracy would acknowledge that the apportionment algorithm
application does not have to be performed by end of December, in case it takes a day or so
longer.)


**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Friday, September 25, 2020 6:18 PM
**To:** Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski
(CENSUS/DCMD FED) <Deborah.M.Stempowski@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
<Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>;
Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Steven K Smith
(CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED)
<michael.j.sprung@census.gov>
**Subject:** Draft Slides for Monday

Steve,

The team has developed this short slide deck for discussion with the Secretary on Monday.  In
it we recommend closing out field operations no earlier that 10/5.  We also, pose two

options.  One closes out field work on 10/5 to begin processing on 10/6 and allows us to meet the 12/31 deadline should that be reinstated on appeal.  The second, stays in the field longer to allow additional states to reach the 99% completion rate goal and for better completion rates in hard to count areas such as tribal lands.  This option would preclude meeting the 12/31 date, but furthers the goal of a complete and accurate 2020 Census.

We provide information on two projections for states making the 99% goal.  We have some confidence that we'll be closer to the projection A prediction than projection B which has fewer states meeting the goal by 9/30 and 10/5.  However, this is not an exact science and there are plausible scenarios that would push us towards projection B.

Please review the deck so we can send it to Risko.  If you have any questions, please don't hesitate to reach to any of us.

Thanks

_____

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII ████████
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

| From: | Steven Dillingham (CENSUS/DEPDIR FED) |
|---|---|
| To: | Jarmin, Ron S |
| Subject: | Fw: Slides for 11:30 |
| Date: | Monday, September 28, 2020 9:59:09 AM |
| Attachments: | Proposed Options for Completion of Enumeration Combined.pdf |

Ron, Is this the latest deck version? It has the previous language referencing "apportionment" rather than "state population counts for apportionment." If the recommended technical edits are OK, you may wish to forward the later version. Thanks, Steve

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, September 28, 2020 9:09 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah Stempowski (CENSUS/DCMD FED) <Deborah.M.Stempowski@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Nathaniel Cogley (CENSUS/DEPDIR FED) <nathaniel.cogley@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Benjamin A Overholt (CENSUS/DEPDIR FED) <benjamin.a.overholt@census.gov>; Michael T Thieme (CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>
**Subject:** Slides for 11:30

Here are the slides we'll be discussing with the Secretary.  These include detailed tables showing completion for lagging states that Dan Risko asked for.  When Al and I spoke with him yesterday, he indicated that there's support for staying in the field to at least 10/5.

Note that we're seeing some slow down since the court ruling.

Thanks

---

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m: PII ██████████
census.gov  |  @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

# Proposed Options for Completion of Enumeration

CUI//PRIVILEGE//DELIB//FEDCON



# Proposed Options for Completion of Enumeration

**Background:**

The Office of General Counsel (OGC) AC/AWP ███████████████████████████████████████

**Projections for state completion rates for 9/30 and 10/5:**

**Projection A***

September 30: 13 states below 99%

- Kentucky
- Arizona
- Colorado
- New Mexico
- Florida
- South Dakota
- North Carolina

- Georgia
- Montana
- Mississippi
- South Carolina
- Louisiana
- Alabama

October 5: 1 state below 99%
- Alabama

**Projection B****

September 30: 17 states below 99%

- Wyoming
- Iowa
- Delaware
- Colorado
- Oklahoma
- South Dakota
- Kentucky

- Florida
- Arizona
- North Carolina
- New Mexico
- Georgia
- Mississippi
- South Carolina

- Montana
- Louisiana
- Alabama

October 5: 10 states below 99%

- Arizona
- North Carolina
- Florida
- New Mexico
- Georgia

- Mississippi
- South Carolina
- Montana
- Louisiana
- Alabama

- Note: Even for states over 99% completion rates, there will be sub-state areas that are substantially below 99%, particular Tribal Areas due to COVID-19 restrictions.
- As in previous censuses, the Census Bureau will use count imputation to accurately account for households for which we have field evidence that are occupied.

- If field work is completed anytime after October 5, Census Bureau will be unable to deliver apportionment counts by December 31, 2020 due to necessary post processing activities. Any delay beyond October 5, 2020 would require a corresponding delay to the delivery of apportionment counts.

2   **2020CENSUS.GOV**
CUI//PRIVILEGE//DELIB//FEDCON

*Based on one-day change as of September 26, 2020
**Based on state NRFU caseload and available enumerators as of September 26, 2020

**Shape your future**
START HERE >


United States® Census 2020

## Proposed Options for Completion of Enumeration

The Census Bureau recommends closing out field operations no earlier than Monday, October 5, 2020.

Post Data Collection Processing for Apportionment
- Streamlined post data collection processing and focusing only on apportionment in order to complete all post data collection processing by December 19, 2020.
  - This assumes that there are no unanticipated delays in post data collection processing.
- The latest date to begin post data collection processing that allows Census Bureau to deliver apportionment data to the Secretary of Commerce by December 31, 2020 is October 6, 2020.

The Census Bureau needs advanced notice before beginning "closeout" procedures.
- There are currently more than 18,000 enumerators on travel whose travel status either needs to suspended or extended.
- Assuming field work is concluded on October 5, 2020, a decision on "closeout" processes including enumeration travel is required no later than Friday, October 2, 2020.

**Option 1:** Conclude field work by October 5, 2020 in order to meet apportionment delivery date of December 31, 2020.

**Option 2:** Continue field work beyond October 5, 2020 in order to increase state completion rates to 99% and to continue to improve enumeration of lagging sub-state areas, such as tribal areas, rural areas, and hard-to-count communities. However, this would not allow for delivery of apportionment counts by December 31, 2020.

Shape
your future
START HERE >


United States®
Census
2020

# Projections To Finish NRFU

**Projection A – Previous Day Method**
This is a simple straight-line projection of a state's progress based on previous day's rate of completion.  The projected pace of work completion is constant, meaning the percentage of work completed yesterday will be the same every day until 99% is reached.  It assumes no decline in productivity.

Advantages:
- Incorporates the current staffing and productivity.
- An accurate "predictor" for close-day calculations (the next day or two)

Disadvantages:
- For areas with current progress of 90-95%, it can be highly optimistic as it does not account for the slowdown that takes place with the most difficult cases as progress approaches 99%.
- It is susceptible to predictable, daily fluctuations in productivity.  Sundays are less productive than Tuesdays.  NRFU productivity during SBE activities was lower.
- Can be highly variable based on local conditions – weather, fires, civil unrest, etc.

**Projection B – "Banded" Method**
This is a projection based on the pattern of completion for previous states, based on the progress at different intervals of completion.  It uses "bands" of completion rates which apply to all states within the "band".  It incorporates a higher rate of productivity at lower rates of completion and assumes a significant slowing as rates approach 99%.  It uses average rates of completion for states which have already passed these intervals.

Advantages:
- Reflects the decline in productivity as completion rates near 99%
- Uses "real" completion data

Disadvantages:
- Does not account for recent interventions, such as staffing, travelers and workload reconfigurations.  Some of these are significant.
- Reflects work during the period when restrictions were in place as a result of the TRO.
- Includes the "learning curve" of managers figuring out the system and the finishing process.  We know the first few states were very difficult to finish because of issues with systems and procedures.

CUI//PRIVILEGE//DELIB//FEDCON



## Projection A - When a State will hit 99% Enumeration Completion

| State | 28-Sep | 29-Sep | 30-Sep | 1-Oct | 2-Oct | 3-Oct | 4-Oct | 5-Oct | 6-Oct |
|---|---|---|---|---|---|---|---|---|---|
| Kentucky | 98.00% | 98.46% | 98.92% | 99.37% | | | | | |
| Arizona | 97.58% | 98.14% | 98.71% | 99.27% | | | | | |
| Colorado | 98.09% | 98.39% | 98.68% | 98.98% | | | | | |
| New Mexico | 97.38% | 98.03% | 98.68% | 99.32% | | | | | |
| Florida | 97.67% | 98.15% | 98.62% | 99.10% | | | | | |
| South Dakota | 97.67% | 97.97% | 98.26% | 98.56% | 98.85% | 99.15% | | | |
| North Carolina | 97.21% | 97.71% | 98.20% | 98.70% | 99.19% | | | | |
| Georgia | 96.60% | 97.12% | 97.65% | 98.17% | 98.69% | 99.22% | | | |
| Montana | 96.14% | 96.81% | 97.49% | 98.16% | 98.84% | 99.51% | | | |
| Mississippi | 96.16% | 96.72% | 97.28% | 97.84% | 98.41% | 98.97% | | | |
| South Carolina | 96.05% | 96.59% | 97.12% | 97.66% | 98.19% | 98.73% | 99.26% | | |
| Louisiana | 95.50% | 96.09% | 96.67% | 97.25% | 97.84% | 98.42% | 99.00% | | |
| Alabama | 94.37% | 95.01% | 95.65% | 96.29% | 96.93% | 97.57% | 98.21% | 98.85% | 99.49% |

**Note:** Projected based on actual progress in state as of previous day.  Projection as of September 26, 2020.




| Projection B - When a State will hit 99% Enumeration Completion | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | 28-Sep | 29-Sep | 30-Sep | 1-Oct | 2-Oct | 3-Oct | 4-Oct | 5-Oct | 6-Oct | 7-Oct | 8-Oct | 9-Oct | 10-Oct | 11-Oct |
| Wyoming | 98.39% | 98.62% | 98.86% | 99.10% | | | | | | | | | | |
| Iowa | 98.32% | 98.56% | 98.80% | 99.03% | | | | | | | | | | |
| Delaware | 98.07% | 98.31% | 98.55% | 98.79% | 99.02% | | | | | | | | | |
| Colorado | 97.92% | 98.16% | 98.40% | 98.63% | 98.87% | 99.11% | | | | | | | | |
| Oklahoma | 97.59% | 97.83% | 98.08% | 98.32% | 98.57% | 98.82% | 99.06% | | | | | | | |
| South Dakota | 97.52% | 97.77% | 98.01% | 98.26% | 98.51% | 98.75% | 99.00% | | | | | | | |
| Kentucky | 97.36% | 97.61% | 97.85% | 98.10% | 98.35% | 98.59% | 98.84% | 99.08% | | | | | | |
| Florida | 96.97% | 97.22% | 97.47% | 97.71% | 97.96% | 98.20% | 98.45% | 98.70% | 98.94% | 99.19% | | | | |
| Arizona | 96.78% | 97.08% | 97.38% | 97.68% | 97.98% | 98.28% | 98.58% | 98.88% | 99.18% | | | | | |
| North Carolina | 96.63% | 96.93% | 97.23% | 97.53% | 97.83% | 98.13% | 98.43% | 98.73% | 99.03% | | | | | |
| New Mexico | 96.34% | 96.64% | 96.94% | 97.24% | 97.54% | 97.84% | 98.14% | 98.44% | 98.74% | 99.04% | | | | |
| Georgia | 95.93% | 96.23% | 96.53% | 96.83% | 97.13% | 97.43% | 97.73% | 98.03% | 98.33% | 98.63% | 98.93% | 99.23% | | |
| Mississippi | 95.50% | 95.84% | 96.18% | 96.52% | 96.86% | 97.20% | 97.54% | 97.88% | 98.22% | 98.56% | 98.90% | 99.25% | | |
| South Carolina | 95.47% | 95.81% | 96.15% | 96.49% | 96.83% | 97.17% | 97.51% | 97.86% | 98.20% | 98.54% | 98.88% | 99.22% | | |
| Montana | 95.14% | 95.48% | 95.82% | 96.16% | 96.50% | 96.84% | 97.18% | 97.52% | 97.87% | 98.21% | 98.55% | 98.89% | 99.23% | |
| Louisiana | 94.89% | 95.26% | 95.64% | 96.02% | 96.39% | 96.77% | 97.15% | 97.52% | 97.90% | 98.28% | 98.66% | 99.03% | | |
| Alabama | 93.76% | 94.19% | 94.63% | 95.06% | 95.50% | 95.93% | 96.37% | 96.80% | 97.24% | 97.67% | 98.11% | 98.54% | 98.98% | 99.41% |

**Note:** Projected based on progress curve of previous states. Does not fully account for additional enumerators sent to finish these areas. Projection based on progress through September 26, 2020.

CUI//PRIVILEGE//DELIB//FEDCON

Shape your future
START HERE >



| | |
|---|---|
| **From:** | Ron S Jarmin (CENSUS/DEPDIR FED) |
| **To:** | Risko, Daniel (Federal); Dillingham, Steven |
| **Subject:** | Fwd: Slides for 11:30 |
| **Date:** | Monday, September 28, 2020 10:33:10 AM |
| **Attachments:** | Proposed Options for Completion of Enumeration Combined v2.pdf |
| | ATT00001.htm |

Dan,

Please use this version.

Thanks

Begin forwarded message:

**From:** "Christopher M Denno (CENSUS/ADDC FED)"
<christopher.m.denno@census.gov>
**Date:** September 28, 2020 at 10:15:47 AM EDT
**To:** "Ron S Jarmin (CENSUS/DEPDIR FED)" <Ron.S.Jarmin@census.gov>
**Cc:** "Albert E Fontenot (CENSUS/ADDC FED)"
<Albert.E.Fontenot@census.gov>
**Subject: Re:  Slides for 11:30**

Updated with changes to 'apportionment'.

**Christopher Denno**, Special Assistant
Decennial Census Programs
U.S. Census Bureau
Room 8H143| Office: 301.763.4092| Mobile: PII
census.gov | @censusbureau
**Shape your future. START HERE >** 2020census.gov

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, September 28, 2020 10:09 AM
**To:** Christopher M Denno (CENSUS/ADDC FED) <christopher.m.denno@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Subject:** Re: Slides for 11:30

Call me

On Sep 28, 2020, at 10:06 AM, Christopher M Denno
(CENSUS/ADDC FED) <christopher.m.denno@census.gov> wrote:

Is there a specific place we want to change from 'apportionment' to 'state population counts for apportionment', or do you want me to make that change whenever we say 'apportionment'?

**Christopher Denno**, Special Assistant
Decennial Census Programs
U.S. Census Bureau
Room 8H143| Office: 301.763.4092| Mobile: ▮PII▮
census.gov | @censusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Sent:** Monday, September 28, 2020 10:02 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Albert E Fontenot (CENSUS/ADDC FED)
<Albert.E.Fontenot@census.gov>; Christopher M Denno (CENSUS/ADDC
FED) <christopher.m.denno@census.gov>
**Subject:** Re: Slides for 11:30

Apologies.  I corrected this on Friday, but it didn't get incorporated into Chris's master deck. Will fix.

---

**Ron S Jarmin, PhD.,** Deputy Director

U.S. Census Bureau
o: 301-763-1858  |  m: ▮PII▮
census.gov | @uscensusbureau
**Shape your future. START HERE > 2020census.gov**

---

**From:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>
**Sent:** Monday, September 28, 2020 9:51 AM
**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Subject:** Fw: Slides for 11:30

Ron, Is this the latest deck version? It has the previous language referencing "apportionment" rather than "state population counts for apportionment." If the recommended technical edits are OK, you may wish to forward the later version. Thanks, Steve

---

**From:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>

**Sent:** Monday, September 28, 2020 9:09 AM
**To:** Steven Dillingham (CENSUS/DEPDIR FED)
<steven.dillingham@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Albert E Fontenot
(CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Deborah
Stempowski (CENSUS/DCMD FED)
<Deborah.M.Stempowski@census.gov>; Timothy P Olson (CENSUS/ADFO
FED) <Timothy.P.Olson@census.gov>; James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>; Nathaniel Cogley (CENSUS/DEPDIR FED)
<nathaniel.cogley@census.gov>; Ali Mohammad Ahmad
(CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Christa D Jones
(CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Enrique Lamas
(CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Benjamin A
Overholt (CENSUS/DEPDIR FED) <benjamin.a.overholt@census.gov>;
Michael T Thieme (CENSUS/ADDC FED) <Michael.T.Thieme@census.gov>
**Subject:** Slides for 11:30

Here are the slides we'll be discussing with the Secretary.  These
include detailed tables showing completion for lagging states that
Dan Risko asked for.  When Al and I spoke with him yesterday, he
indicated that there's support for staying in the field to at least 10/5.

Note that we're seeing some slow down since the court ruling.

Thanks

_____

**Ron S Jarmin, PhD.,** Deputy Director
U.S. Census Bureau
o: 301-763-1858  |  m PII
**census.gov**  |  **@uscensusbureau**
**Shape your future. START HERE > 2020census.gov**

# Proposed Options for Completion of Enumeration

CUI//PRIVILEGE//DELIB//FEDCON



# Proposed Options for Completion of Enumeration

**Background:**

The Office of General Counsel (OGC) AC/AWP ███████████████████████████████████████

Projections for state completion rates for 9/30 and 10/5:

**Projection A***
- September 30: 13 states below 99%
  - Kentucky
  - Arizona
  - Colorado
  - New Mexico
  - Florida
  - South Dakota
  - North Carolina

  - Georgia
  - Montana
  - Mississippi
  - South Carolina
  - Louisiana
  - Alabama

- October 5: 1 state below 99%
  - Alabama

**Projection B****
- September 30: 17 states below 99%
  - Wyoming
  - Iowa
  - Delaware
  - Colorado
  - Oklahoma
  - South Dakota
  - Kentucky

  - Florida
  - Arizona
  - North Carolina
  - New Mexico
  - Georgia
  - Mississippi
  - South Carolina

  - Montana
  - Louisiana
  - Alabama

- October 5: 10 states below 99%
  - Arizona
  - North Carolina
  - Florida
  - New Mexico
  - Georgia

  - Mississippi
  - South Carolina
  - Montana
  - Louisiana
  - Alabama

- Note: Even for states over 99% completion rates, there will be sub-state areas that are substantially below 99%, particular Tribal Areas due to COVID-19 restrictions.
- As in previous censuses, the Census Bureau will use count imputation to accurately account for households for which we have field evidence that are occupied.

- If field work is completed anytime after October 5, Census Bureau will be unable to deliver state counts for apportionment by December 31, 2020 due to necessary post processing activities. Any delay beyond October 5, 2020 would require a corresponding delay to the delivery of state counts for apportionment .

*Based on one-day change as of September 26, 2020
**Based on state NRFU caseload and available enumerators as of September 26, 2020

**Shape
your future**
START HERE >

United States®
**Census**
2020

## Proposed Options for Completion of Enumeration

The Census Bureau recommends closing out field operations no earlier than Monday, October 5, 2020.

Post Data Collection Processing
- Streamlined post data collection processing and focusing only on state counts for apportionment in order to complete all post data collection processing by December 19, 2020.
  - This assumes that there are no unanticipated delays in post data collection processing.
- The latest date to begin post data collection processing that allows Census Bureau to deliver state counts for apportionment to the Secretary of Commerce by December 31, 2020 is October 6, 2020.

The Census Bureau needs advanced notice before beginning "closeout" procedures.
- There are currently more than 18,000 enumerators on travel whose travel status either needs to suspended or extended.
- Assuming field work is concluded on October 5, 2020, a decision on "closeout" processes including enumeration travel is required no later than Friday, October 2, 2020.

**Option 1:** Conclude field work by October 5, 2020 in order to meet apportionment delivery date of December 31, 2020.

**Option 2:** Continue field work beyond October 5, 2020 in order to increase state completion rates to 99% and to continue to improve enumeration of lagging sub-state areas, such as tribal areas, rural areas, and hard-to-count communities. However, this would not allow for delivery of state counts for apportionment by December 31, 2020.

Shape
your future
START HERE >



# Projections To Finish NRFU

**Projection A – Previous Day Method**
This is a simple straight-line projection of a state's progress based on previous day's rate of completion.  The projected pace of work completion is constant, meaning the percentage of work completed yesterday will be the same every day until 99% is reached.  It assumes no decline in productivity.

Advantages:
- Incorporates the current staffing and productivity.
- An accurate "predictor" for close-day calculations (the next day or two)

Disadvantages:
- For areas with current progress of 90-95%, it can be highly optimistic as it does not account for the slowdown that takes place with the most difficult cases as progress approaches 99%.
- It is susceptible to predictable, daily fluctuations in productivity.  Sundays are less productive than Tuesdays.  NRFU productivity during SBE activities was lower.
- Can be highly variable based on local conditions – weather, fires, civil unrest, etc.

**Projection B – "Banded" Method**
This is a projection based on the pattern of completion for previous states, based on the progress at different intervals of completion.  It uses "bands" of completion rates which apply to all states within the "band".  It incorporates a higher rate of productivity at lower rates of completion and assumes a significant slowing as rates approach 99%.  It uses average rates of completion for states which have already passed these intervals.

Advantages:
- Reflects the decline in productivity as completion rates near 99%
- Uses "real" completion data

Disadvantages:
- Does not account for recent interventions, such as staffing, travelers and workload reconfigurations.  Some of these are significant.
- Reflects work during the period when restrictions were in place as a result of the TRO.
- Includes the "learning curve" of managers figuring out the system and the finishing process.  We know the first few states were very difficult to finish because of issues with systems and procedures.



CUI//PRIVILEGE//DELIB//FEDCON

| Projection A - When a State will hit 99% Enumeration Completion | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State | 28-Sep | 29-Sep | 30-Sep | 1-Oct | 2-Oct | 3-Oct | 4-Oct | 5-Oct | 6-Oct |
| Kentucky | 98.00% | 98.46% | 98.92% | 99.37% | | | | | |
| Arizona | 97.58% | 98.14% | 98.71% | 99.27% | | | | | |
| Colorado | 98.09% | 98.39% | 98.68% | 98.98% | | | | | |
| New Mexico | 97.38% | 98.03% | 98.68% | 99.32% | | | | | |
| Florida | 97.67% | 98.15% | 98.62% | 99.10% | | | | | |
| South Dakota | 97.67% | 97.97% | 98.26% | 98.56% | 98.85% | 99.15% | | | |
| North Carolina | 97.21% | 97.71% | 98.20% | 98.70% | 99.19% | | | | |
| Georgia | 96.60% | 97.12% | 97.65% | 98.17% | 98.69% | 99.22% | | | |
| Montana | 96.14% | 96.81% | 97.49% | 98.16% | 98.84% | 99.51% | | | |
| Mississippi | 96.16% | 96.72% | 97.28% | 97.84% | 98.41% | 98.97% | | | |
| South Carolina | 96.05% | 96.59% | 97.12% | 97.66% | 98.19% | 98.73% | 99.26% | | |
| Louisiana | 95.50% | 96.09% | 96.67% | 97.25% | 97.84% | 98.42% | 99.00% | | |
| Alabama | 94.37% | 95.01% | 95.65% | 96.29% | 96.93% | 97.57% | 98.21% | 98.85% | 99.49% |

**Note:** Projected based on actual progress in state as of previous day.  Projection as of September 26, 2020.




| Projection B - When a State will hit 99% Enumeration Completion | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | 28-Sep | 29-Sep | 30-Sep | 1-Oct | 2-Oct | 3-Oct | 4-Oct | 5-Oct | 6-Oct | 7-Oct | 8-Oct | 9-Oct | 10-Oct | 11-Oct |
| Wyoming | 98.39% | 98.62% | 98.86% | 99.10% | | | | | | | | | | |
| Iowa | 98.32% | 98.56% | 98.80% | 99.03% | | | | | | | | | | |
| Delaware | 98.07% | 98.31% | 98.55% | 98.79% | 99.02% | | | | | | | | | |
| Colorado | 97.92% | 98.16% | 98.40% | 98.63% | 98.87% | 99.11% | | | | | | | | |
| Oklahoma | 97.59% | 97.83% | 98.08% | 98.32% | 98.57% | 98.82% | 99.06% | | | | | | | |
| South Dakota | 97.52% | 97.77% | 98.01% | 98.26% | 98.51% | 98.75% | 99.00% | | | | | | | |
| Kentucky | 97.36% | 97.61% | 97.85% | 98.10% | 98.35% | 98.59% | 98.84% | 99.08% | | | | | | |
| Florida | 96.97% | 97.22% | 97.47% | 97.71% | 97.96% | 98.20% | 98.45% | 98.70% | 98.94% | 99.19% | | | | |
| Arizona | 96.78% | 97.08% | 97.38% | 97.68% | 97.98% | 98.28% | 98.58% | 98.88% | 99.18% | | | | | |
| North Carolina | 96.63% | 96.93% | 97.23% | 97.53% | 97.83% | 98.13% | 98.43% | 98.73% | 99.03% | | | | | |
| New Mexico | 96.34% | 96.64% | 96.94% | 97.24% | 97.54% | 97.84% | 98.14% | 98.44% | 98.74% | 99.04% | | | | |
| Georgia | 95.93% | 96.23% | 96.53% | 96.83% | 97.13% | 97.43% | 97.73% | 98.03% | 98.33% | 98.63% | 98.93% | 99.23% | | |
| Mississippi | 95.50% | 95.84% | 96.18% | 96.52% | 96.86% | 97.20% | 97.54% | 97.88% | 98.22% | 98.56% | 98.90% | 99.25% | | |
| South Carolina | 95.47% | 95.81% | 96.15% | 96.49% | 96.83% | 97.17% | 97.51% | 97.86% | 98.20% | 98.54% | 98.88% | 99.22% | | |
| Montana | 95.14% | 95.48% | 95.82% | 96.16% | 96.50% | 96.84% | 97.18% | 97.52% | 97.87% | 98.21% | 98.55% | 98.89% | 99.23% | |
| Louisiana | 94.89% | 95.26% | 95.64% | 96.02% | 96.39% | 96.77% | 97.15% | 97.52% | 97.90% | 98.28% | 98.66% | 99.03% | | |
| Alabama | 93.76% | 94.19% | 94.63% | 95.06% | 95.50% | 95.93% | 96.37% | 96.80% | 97.24% | 97.67% | 98.11% | 98.54% | 98.98% | 99.41% |

**Note:** Projected based on progress curve of previous states. Does not fully account for additional enumerators sent to finish these areas. Projection based on progress through September 26, 2020.

CUI//PRIVILEGE//DELIB//FEDCON

Shape
your future
START HERE >



## Re: Thank you and question

Wilbur Ross <span style="background:black;color:red">PII</span> ▓▓▓▓▓▓▓▓

Mon 9/28/2020 5:12 PM

**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED)
<James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Enrique
Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Kelley, Karen (Federal) <KKelley@doc.gov>; Steven
Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Walsh, Michael (Federal)
<MWalsh@doc.gov>

Dear Ron, Thanks for the confirmation. Based on the staff recommendation I am extending
the field operation toOctober 5. Best regards , Wilbur Ross

Sent from my iPhone

> On Sep 28, 2020, at 4:30 PM, Ron S Jarmin (CENSUS/DEPDIR FED)
> <Ron.S.Jarmin@census.gov> wrote:
>
>
> Yes sir, we need to finish field work on 10/5 if we are to have enough time (and
> assuming all goes well) to finish the processing of the resident population,
> federally affiliated overseas and, <span style="background:black;color:red">DPP</span> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> Thanks
>
> _____
>
> **Ron S Jarmin, PhD.,** Deputy Director
>
> U.S. Census Bureau
> o: 301-763-1858  |  m: <span style="background:black;color:red">PII</span> ▓▓▓▓▓▓
> census.gov  |  @uscensusbureau
> **Shape your future. START HERE > 2020census.gov**
>
> _____
>
> **From:** Wilbur Ross <span style="background:black;color:red">PII</span> ▓▓▓▓▓▓ >
> **Sent:** Monday, September 28, 2020 3:52 PM
> **To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot
> (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED)
> <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED)
> <Timothy.P.Olson@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED)
> <Enrique.Lamas@census.gov>
> **Cc:** Kelley, Karen (Federal) <KKelley@doc.gov>; Steven Dillingham (CENSUS/DEPDIR FED)

<steven.dillingham@census.gov>; Walsh, Michael (Federal) <MWalsh@doc.gov>
**Subject:** Thank you and question

Thank you for the excellent briefing this afternoon.  As I prepare to make the decision, I would like to make sure that I understood correctly that your team's opinion is that DPP █████████████████████████████████████████████████████████ ████████████████ Please confirm at your earliest convenience as I understand DPP ████████████████████████ Thank you again.