Attachment 1

## Reminder re: Termination Actions

James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>

Wed 9/16/2020 7:46 AM

**To:** FLD Regional Directors <fld.regional.directors@census.gov>
**Cc:** Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; Jeffrey L Bryant (CENSUS/NPC FED)
<jeffrey.l.bryant@census.gov>

 1 attachments (111 KB)

Guidance for Field Managers related to Action Required following the 9-5 Court Order.pdf;

Please remind field managers under your direction of their obligations under the Temporary Restraining
Order (TRO) and the "Guidance for Field Managers Relating to Action Required following the 9-5 Court
Order" which was sent on September 7. (Copy attached) . That guidance includes a specific direction to
"[r]efrain from releasing data collection staff (enumerators and CFSs) in Area Census Offices where
operational progress indicates the area is in Phase 2 or the Closeout phase of the NRFU operation."
Terminations for reasons other than performance, conduct or voluntary resignation is inappropriate
while the TRO remains in effect. This includes "Lack of Work" termination actions - those are
inappropriate under the TRO.

Let me know if you have any questions.

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell 818.268.4395
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here**  2020census.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Attachment 2

## TRO Extension – Guidance for Field Managers

James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>

Thu 9/17/2020 8:33 PM

**To:** **FLD Regional Directors** <fld.regional.directors@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; Jeffrey L Bryant (CENSUS/NPC FED) <jeffrey.l.bryant@census.gov>; **FLD ADCs** <fld.adcs@census.gov>
**Cc:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>

 2 attachments (421 KB)
142 - TRO EXTENSION (1).pdf; Guidance for Field Managers related to Action Required following the 9-5 Court Order (4).pdf;

The Temporary Restraining Order (TRO) which went into effect on September 5 has been extended. A copy of the order is attached. Continue to adhere to the guidance laid out in the "Guidance for Field Managers related to Action Required following the 9/5 Court Order" document which was previously provided to you on September 7. A copy of this guidance is also attached.

Please ensure your staff receive and are aware of this information.

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228  Cell 818.268.4395
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here**  2020census.gov

Attachment 3

# AGENDA – FLD HQ/RCC Daily Call

## September 18, 2020

Phone: 347-973-4395  ID:  42650877#

### Everyone is <u>muted</u> at the beginning of the call

### National Hug Your Boss Day

| | RCC | | RCC | | RCC |
|---|---|---|---|---|---|
| ☐ | New York | ☐ | Chicago | ☐ | Dallas |
| ☐ | Philadelphia | ☐ | Atlanta | ☐ | Los Angeles |

### Reminders & Notes

1. Files attached to the meeting invitation
   a. Assets Pending Custody Acceptance
   b. Training Gap Report
   c. Temporary Restraining Order (TRO)
      i. 142 – TRO Extension
      ii. Guidance for Field Managers
2. Group Quarters
   a. TNSOL and SBE deadline for adds is Tuesday, 9/22
   b. SBE appointment scheduling – 88%
   c. Be sure ACOs have enough clerks working to get SBE & TNSOL materials shipped to NPC on a flow as soon as possible during the operations
   d. SBE Reminders document in the Group Quarters Ops Log from yesterday, 9/17
3. Upcoming debriefings
   a. NRFU CFM and ACO staff Debriefings:  9/15 – 9/30
   b. ETL and SBE Debriefings:  9/18 – 9/28
4. A memo on manual awards is forthcoming and this topic will also be discussed on the Admin call today at 2:00 ET.

### Today's Hot Topics

1. Action Items
2. It's Happening:
   a. Only 13 UL and 14 UE devices outstanding – out of roughly 32,000!
   b. ETL Nationally 90.91% Complete!

    c. NRFU Nationally:
        i. 85.83% Complete – 4.3% above the goal!
        ii. 239 ACOs over 70% complete!
        iii. 48 ACO over 95% complete

3. Extension of the TRO (Karen)
    a. Any concerns
4. Cases closed for Max Attempts (Amy)
5. Debriefings (Carlton)
6. Status of offices  (Shawn)
    a. Has the status of any office changed?
    b. If closed and if known, projected date for reopening?
7. RCC Updates and Questions
    a. Atlanta – Update on Hurricane impacts
    b. LA – updates on fire areas
    c. NRFU or ETL Issues/concerns
    d. SBE – training numbers, any concerns, etc.
8. HQ last minute items
9. Action item summary from today's meeting

## HQ Action Items - None

## RCC Action Items

| # | Date Identified | Action/Issue | Source |
|---|---|---|---|
| 1 | 4/30 | Custody Acceptance (Pending)<br>*See AI#1 in the Reference Section, under Devices* | RCCs |
| 2 | 6/25 | Update Leave:  Device Return Status (Overall)<br>*See AI#2 in the Reference Section, under Devices* | RCCs |
| 3 | 8/20 | **CLOSED**: IOS -12 Upgrades (Required by 09/02) | RCCs |
| 4 | 8/25 | Update Enumerate:  Device Return Status (Overall)<br>*See AI#4 in the Reference Section, under Devices* | RCCs |
| 5 | 8/26 | Devices Reported as Lost, but then Found<br>*See AI#5 in the Reference Section, under Devices* | RCCs |
| 6 | 9/14 | Wiped IOS-12 devices need to be returned<br>*See AI#6 in the Reference Section, under Devices* | RCCs |

## For Reference

### Self-Response

- Self – Response – Data in the chart represents yesterday's information and the number of ISR and paper responses is from this morning.

| Projected | 66.4% | - |
|---|---|---|
| Total – Actual | 66.0% | ↓ |
| ISR | 52.7% | ↑ |
| Paper | 12.1% | ↓ |
| Phone | 1.2% | ↓ |

- o 95.6M households responding as of this morning via ISR
- o 19.4M paper forms checked in at a paper data capture center

### Non-ID Numbers

- Non-ID'd Processing,
  - o Total Cases 19.0M
  - o Total Resolved: 18.9M

### Mailings

- Mailing 7: Anticipated in-home dates are 8/22 – 9/15 (about 16.6M)
  - o Tract self-response rate of 65% and lower – top priorities

### Devices

AI #1:  Custody Acceptance (Pending)

| Row Labels | Count of Asset_Tag |
|---|---|
| Atlanta RCC | 469 |
| Chicago RCC | 176 |
| Dallas RCC | 560 |
| Los Angeles RCC | 262 |
| New York RCC | 749 |
| Philadelphia RCC | 354 |
| **Grand Total** | **2,570** |

Concern 1 (week old):  215 devices   (AT: 7 -- CG: 6 -- DA: 42 -- LA: 61 -- NY: 7 -- PH: 92)
Concern 2 (month old):  49 devices   (AT: 0 -- CG: 3 -- DA: 3 -- LA: 15 -- NY: 3 -- PH: 25)
Concern 3 (2-months old):  14 devices   (AT: 0 -- CG: 0 -- DA: 0 -- LA: 12 -- NY: 1 -- PH: 1)

## AI #2: Update Leave:  Device Return Status (Overall)

**Update Leave -- As of 9/17/2020  10:17:53 PM EDT**

| Remaining RCC Devices | iPhones | Lost/Stolen |
|---|---|---|
| 22 New York RCC | 2 | 2 |
| 23 Philadelphia RCC | 0 | 0 |
| 25 Chicago RCC | 0 | 0 |
| 29 Atlanta RCC | 0 | 0 |
| 31 Dallas RCC | 7 | 3 |
| 32 Los Angeles RCC | 0 | 0 |
| **Total Devices Remaining** | **9** | |
| - Lost/Stolen Devices | 5 | 5 |
| **Update Leave iPhones to Return** | **4** | |

**Update Leave -- As of 9/17/2020  10:17:53 PM EDT**

| Remaining RCC Devices | Laptops | Lost/Stolen |
|---|---|---|
| 22 New York RCC | 7 | 7 |
| 23 Philadelphia RCC | 2 | 2 |
| 25 Chicago RCC | 5 | 5 |
| 29 Atlanta RCC | 7 | 7 |
| 31 Dallas RCC | 15 | 7 |
| 32 Los Angeles RCC | 5 | 4 |
| **Total Devices Remaining** | **41** | |
| - Lost/Stolen Devices | 32 | 32 |
| **Update Leave Laptops to Return** | **9** | |



AI # 4:  Update Enumerate - Device Return Status (Overall)

| Category 1 (UE) -- As of 9/17/2020  10:17:53 PM EDT | | |
|---|---|---|
| Remaining RCC Devices | iPhones | Lost/Stolen |
| 22 New York RCC | 6 | 5 |
| 23 Philadelphia RCC | 0 | 0 |
| 25 Chicago RCC | 1 | 0 |
| 29 Atlanta RCC | 0 | 0 |
| 31 Dallas RCC | 0 | 0 |
| 32 Los Angeles RCC | 10 | 1 |
| Total Devices Remaining | 17 | |
| - Lost/Stolen Devices | 6 | 6 |
| Cat 1 iPhones to Return | 11 | |

| Category 1 (UE) -- As of 9/17/2020  10:17:53 PM EDT | | |
|---|---|---|
| Remaining RCC Devices | Tablets | Lost/Stolen |
| 22 New York RCC | 0 | 0 |
| 23 Philadelphia RCC | 0 | 0 |
| 25 Chicago RCC | 0 | 0 |
| 29 Atlanta RCC | 0 | 0 |
| 31 Dallas RCC | 0 | 0 |
| 32 Los Angeles RCC | 3 | 0 |
| Total Devices Remaining | 3 | |
| - Lost/Stolen Devices | 0 | 0 |
| Cat 1 Tablets to Return | 3 | |

## AI #5: Devices Reported as Lost -- but then were reported as found (Pending Return back to CDW-G)

| 77% Complete | As of 9/16/2020  10:01:11 PM EDT | | | | | | |
|---|---|---|---|---|---|---|---|
| | Devices Not Returned to CDW-G or Greenbelt | | | | | | |
| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
| ⊟ 22 | | | | | | | |
| | ⊟ 2259 | ⊟ New York RCC | ⊟ East Bridgewater | ⊟ NR | ⊟ iPhone | 10411609 | 1 |
| | ⊟ 2262 | ⊟ New York RCC | ⊟ Gardiner | ⊟ NR | ⊟ iPhone | 10509317 | 1 |
| | ⊟ 2264 | ⊟ New York RCC | ⊟ Egg Harbor | ⊟ NR | ⊟ iPhone | 10416370 | 1 |
| | | | | | | 20082094 | 1 |
| | ⊟ 2268 | ⊟ New York RCC | ⊟ Nutley | ⊟ EN | ⊟ iPhone | 10277283 | 1 |
| | | | | ⊟ NR | ⊟ iPhone | 10311160 | 1 |
| | ⊟ 2273 | ⊟ New York RCC | ⊟ Bronx North | ⊟ NR | ⊟ iPhone | 10306888 | 1 |
| | | | | | | 20008389 | 1 |
| | ⊟ 2274 | ⊟ New York RCC | ⊟ Bronx South | ⊟ EN | ⊟ iPhone | 10433465 | 1 |
| | | | | ⊟ NR | ⊟ iPhone | 10307021 | 1 |
| | | | | | | 10345685 | 1 |
| | | | | | | 20061432 | 1 |
| | ⊟ 2278 | ⊟ New York RCC | ⊟ East Brooklyn | ⊟ EN | ⊟ iPhone | 10281690 | 1 |
| | ⊟ 2287 | ⊟ New York RCC | ⊟ Rochester | ⊟ GQ | ⊟ iPhone | 106146 | 1 |
| | | | | | | 107697 | 1 |
| | ⊟ 2289 | ⊟ New York RCC | ⊟ South Queens | ⊟ EN | ⊟ iPhone | 10256170 | 1 |
| | | | | ⊟ NR | ⊟ iPhone | 20020247 | 1 |
| | | | | ⊟ OF | ⊟ iPhone | 20023300 | 1 |
| | ⊟ 2290 | ⊟ New York RCC | ⊟ Staten Island | ⊟ NR | ⊟ iPhone | 10350448 | 1 |
| | ⊟ 2292 | ⊟ New York RCC | ⊟ East Bridgewater | ⊟ NR | ⊟ Tablet | 10525536 | 1 |
| | ⊟ 2293 | ⊟ New York RCC | ⊟ Guaynabo | ⊟ UL | ⊟ Laptop | 68351 | 1 |
| | ⊟ 2294 | ⊟ New York RCC | ⊟ Mayaguez | ⊟ RC | ⊟ Tablet | 48525 | 1 |
| | | | ⊟ Caguas | ⊟ UL | ⊟ iPhone | 110661 | 1 |
| | ⊟ 2296 | ⊟ New York RCC | ⊟ East Bridgewater | ⊟ RC | ⊟ Tablet | 56877 | 1 |
| | | | ⊟ Providence | ⊟ NR | ⊟ iPhone | 20112738 | 1 |
| Grand Total | | | | | | | 25 |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| ⊟ 23 | | | | | | | |
| | ⊟ 2355 | ⊟ Philadelphia RCC | ⊟ Washington DC | ⊟ NR | ⊟ iPhone | 10312335 | 1 |
| | ⊟ 2361 | ⊟ Philadelphia RCC | ⊟ Hagerstown | ⊟ NR | ⊟ iPhone | 10334050 | 1 |
| | ⊟ 2366 | ⊟ Philadelphia RCC | ⊟ Cleveland | ⊟ NR | ⊟ iPhone | 10473840 | 1 |
| | ⊟ 2367 | ⊟ Philadelphia RCC | ⊟ Columbus | ⊟ NR | ⊟ iPhone | 10475121 | 1 |
| | | | ⊟ Cincinnati | ⊟ RC | ⊟ Tablet | 57795 | 1 |
| | ⊟ 2373 | ⊟ Philadelphia RCC | ⊟ Harrisburg | ⊟ NR | ⊟ iPhone | 10309356 | 1 |
| | ⊟ 2376 | ⊟ Philadelphia RCC | ⊟ Philadelphia Northeast | ⊟ NR | ⊟ iPhone | 10302332 | 1 |
| | | | | | | 20054323 | 1 |
| | ⊟ 2379 | ⊟ Philadelphia RCC | ⊟ State College | ⊟ NR | ⊟ iPhone | 10435405 | 1 |
| | ⊟ 2381 | ⊟ Philadelphia RCC | ⊟ Memphis | ⊟ NR | ⊟ iPhone | 10363405 | 1 |
| | ⊟ 2383 | ⊟ Philadelphia RCC | ⊟ Shelbyville | ⊟ NR | ⊟ iPhone | 10322647 | 1 |
| | | | | | | 10324873 | 1 |
| | ⊟ 2385 | ⊟ Philadelphia RCC | ⊟ Baltimore | ⊟ RC | ⊟ Tablet | 58664 | 1 |
| | | | ⊟ Fairfax | ⊟ NR | ⊟ iPhone | 10294130 | 1 |
| | ⊟ 2387 | ⊟ Philadelphia RCC | ⊟ Norfolk | ⊟ NR | ⊟ iPhone | 10443853 | 1 |
| | ⊟ 2388 | ⊟ Philadelphia RCC | ⊟ Richmond | ⊟ NR | ⊟ iPhone | 20064578 | 1 |
| | ⊟ 2390 | ⊟ Philadelphia RCC | ⊟ Beckley | ⊟ NR | ⊟ iPhone | 10340112 | 1 |
| | ⊟ 2399 | ⊟ Philadelphia RCC | ⊟ Shelbyville | ⊟ OF | ⊟ iPhone | 73529 | 1 |
| | | | ⊟ Allentown | ⊟ RA | ⊟ Tablet | USCB00004288 | 1 |
| Grand Total | | | | | | | 19 |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 25 | 2558 | Chicago RCC | Des Moines | NR | iPhone | 10366184 | 1 |
| | | | | GQ | iPhone | 105176 | 1 |
| | 2563 | Chicago RCC | Cook County South | | iPhone | 10367537 | 1 |
| | 2564 | Chicago RCC | Dekalb | NR | iPhone | 10368442 | 1 |
| | 2566 | Chicago RCC | Peoria | NR | iPhone | 10503760 | 1 |
| | | | | | | 10503939 | 1 |
| | 2573 | Chicago RCC | Detroit | EN | Tablet | 10498743 | 1 |
| | | | | NR | iPhone | 10263697 | 1 |
| | 2576 | Chicago RCC | Traverse City | NR | iPhone | 10369401 | 1 |
| | 2581 | Chicago RCC | Kansas City | | iPhone | 20055112 | 1 |
| | 2582 | Chicago RCC | Springfield - 2582 | NR | iPhone | 10388066 | 1 |
| | | | | | | 10388169 | 1 |
| | 2587 | Chicago RCC | Madison | RC | Tablet | 50840 | 1 |
| | 2599 | Chicago RCC | Des Moines | OF | iPhone | 38974 | 1 |
| Grand Total | | | | | | | 14 |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 29 | 2902 | Atlanta RCC | Jackson | EN | iPhone | 10252497 | 1 |
| | 2966 | Atlanta RCC | Lauderdale Lakes | NR | iPhone | 20088967 | 1 |
| | 2972 | Atlanta RCC | Miami North | NR | iPhone | 10049980 | 1 |
| | 2980 | Atlanta RCC | West Palm Beach | NR | iPhone | 20101806 | 1 |
| | 2982 | Atlanta RCC | DeKalb County | NR | iPhone | 10474491 | 1 |
| | 2983 | Atlanta RCC | Douglasville | NR | Tablet | 10502889 | 1 |
| | 2991 | Atlanta RCC | Shreveport | NR | iPhone | 10351967 | 1 |
| | 2993 | Atlanta RCC | Charlotte | NR | iPhone | 10454679 | 1 |
| | 2994 | Atlanta RCC | Durham | EN | iPhone | 10254621 | 1 |
| Grand Total | | | | | | | 9 |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 31 | 3108 | Dallas RCC | Maricopa West | NR | iPhone | 10016477 | 1 |
| | 3109 | Dallas RCC | Tucson | NR | iPhone | 10118043 | 1 |
| | 3110 | Dallas RCC | Window Rock | XX | | | 1 |
| | 3156 | Dallas RCC | Colorado Springs | NR | iPhone | 10139637 | 1 |
| | 3160 | Dallas RCC | Billings | ET | iPhone | 109372 | 1 |
| | 3173 | Dallas RCC | Dallas | NR | iPhone | 10027455 | 1 |
| | 3180 | Dallas RCC | Harris Co. East | NR | iPhone | 10067389 | 1 |
| | 3198 | Dallas RCC | Casper | NR | iPhone | 10157468 | 1 |
| | 3199 | Dallas RCC | (blank) | PS | iPhone | USCB00003441 | 1 |
| Grand Total | | | | | | | 9 |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 32 | 3257 | Los Angeles RCC | Las Vegas | NR | iPhone | 10109983 | 1 |
| | 3260 | Los Angeles RCC | Portland | NR | iPhone | 10111101 | 1 |
| | 3264 | Los Angeles RCC | Chico | NR | iPhone | 20114400 | 1 |
| | 3268 | Los Angeles RCC | Inglewood | GQ | iPhone | 83065 | 1 |
| | 3269 | Los Angeles RCC | Long Beach | NR | iPhone | 10127041 | 1 |
| | | | | | | 20030530 | 1 |
| | 3276 | Los Angeles RCC | Riverside | NR | iPhone | 10154920 | 1 |
| | 3277 | Los Angeles RCC | Sacramento | GQ | Tablet | 111309 | 1 |
| | 3282 | Los Angeles RCC | San Mateo | NR | iPhone | 10148501 | 1 |
| | | | | | | 10148575 | 1 |
| | 3287 | Los Angeles RCC | South Gate | NR | iPhone | 20083133 | 1 |
| | 3289 | Los Angeles RCC | Sunnyvale | NR | iPhone | 10164633 | 1 |
| | | | | | | 10164924 | 1 |
| | 3293 | Los Angeles RCC | Everett | NR | iPhone | 10112219 | 1 |
| | | | | | | 10166110 | 1 |
| | 3294 | Los Angeles RCC | Olympia | NR | iPhone | 10118412 | 1 |
| | | | | OF | | 20023114 | 1 |
| | 3297 | Los Angeles RCC | Tacoma | NR | iPhone | 10105199 | 1 |
| | | | | | | 10166574 | 1 |
| | | | | | Tablet | 78401 | 1 |
| | 3298 | Los Angeles RCC | Anchorage | NR | iPhone | 20105493 | 1 |
| Grand Total | | | | | | | 21 |

**AI#6:  IOS-12 Devices Wiped (Pending Return)**

| | 19.05% Complete | | | As of 9/16/2020  10:01:11 PM EDT | | | |
|---|---|---|---|---|---|---|---|
| | | | | iOS 12 Devices Not Returned to CDW-G or Greenbelt AND Not Lost/Stolen | | | |
| RCC Code | Training Unique ID - ACO | RCC | ACO | Operation Code | Device Type | Asset_Tag | Assets To Be Returned |
| 22 | 2299 | New York RCC | Fairlawn | RA | Tablet | USCB00005301 | 1 |
| | | | (blank) | OF | iPhone | USCB00003689 | 1 |
| | | | | | Tablet | USCB00006065 | 1 |
| | | | | | | USCB00006066 | 1 |
| | | | | | | USCB00006067 | 1 |
| | | | | PS | iPhone | USCB00003796 | 1 |
| | | | | RA | Tablet | USCB00004815 | 1 |
| | | | | | | USCB00005308 | 1 |
| 23 | 2367 | Philadelphia RCC | Columbus | PS | iPhone | USCB00003488 | 1 |
| | 2373 | Philadelphia RCC | Harrisburg | RC | Tablet | 59864 | 1 |
| | 2385 | Philadelphia RCC | Hanover | RC | Tablet | 58660 | 1 |
| | 2399 | Philadelphia RCC | (blank) | OF | iPhone | 38862 | 1 |
| | | | | PE | iPhone | 76707 | 1 |
| | | | | | | 76818 | 1 |
| | | | | | | 76862 | 1 |
| | | | | PS | iPhone | USCB00005838 | 1 |
| | | | | RA | Tablet | USCB00004448 | 1 |
| | | | | RC | iPhone | USCB00002453 | 1 |
| 25 | 2587 | Chicago RCC | (blank) | RC | Tablet | 50904 | 1 |
| | 2599 | Chicago RCC | (blank) | OF | iPhone | USCB00003271 | 1 |
| | | | | | Tablet | 44817 | 1 |
| | | | | PS | iPhone | USCB00003576 | 1 |
| | | | | RA | Tablet | USCB00005051 | 1 |



| | 2904 | Atlanta RCC | Birmingham | RC | Tablet | 51134 | 1 |
|---|---|---|---|---|---|---|---|
| | 2988 | Atlanta RCC | Baton Rouge | RC | Tablet | 54279 | 1 |
| | | | | | | 54293 | 1 |
| | | | | | | 54297 | 1 |
| | 2999 | Atlanta RCC | Baton Rouge | OF | iPhone | USCB00005391 | 1 |
| | | | | | | USCB00006136 | 1 |
| | | | | RA | Tablet | USCB00004076 | 1 |
| | | | | | | USCB00004085 | 1 |
| | | | | | | USCB00004106 | 1 |
| | | | | | | USCB00004115 | 1 |
| | | | | | | USCB00004148 | 1 |
| | | | | | | USCB00004160 | 1 |
| | | | | | | USCB00004199 | 1 |
| | | | | | | USCB00004200 | 1 |
| | | | | | | USCB00004208 | 1 |
| | | | | | | USCB00004247 | 1 |
| | | | Gainesville, FL | RA | Tablet | USCB00004222 | 1 |
| | | | Greenville, NC | RA | Tablet | USCB00004083 | 1 |
| | | | | | | USCB00004258 | 1 |
| | | | Huntsville | RA | Tablet | USCB00004024 | 1 |
| | | | | | | USCB00004090 | 1 |
| | | | | | | USCB00004141 | 1 |
| | | | | | | USCB00004153 | 1 |
| | | | | | | USCB00004240 | 1 |
| | | | Jackson | RA | Tablet | USCB00004061 | 1 |
| | | | Jefferson Parish | RA | Tablet | USCB00004077 | 1 |
| | | | Miami North | OF | iPhone | USCB00006142 | 1 |
| | | | Mobile | RA | Tablet | USCB00004162 | 1 |
| | | | Shreveport | RA | Tablet | USCB00004119 | 1 |
| | | | | | | USCB00005238 | 1 |
| | | | (blank) | OF | iPhone | USCB00005400 | 1 |
| | | | | | | USCB00006138 | 1 |
| | | | | | Tablet | 44839 | 1 |
| | | | | PS | iPhone | 7368 | 1 |
| | | | | | | USCB00005655 | 1 |
| | | | | | | USCB00005661 | 1 |
| | | | | | | USCB00006608 | 1 |
| | | | | RA | Tablet | USCB00004048 | 1 |
| | | | | | | USCB00004128 | 1 |
| | | | | | | USCB00005234 | 1 |
| | | | | RM | Tablet | USCB00003966 | 1 |
| | | | | | | USCB00003967 | 1 |
| | | | | | | USCB00003973 | 1 |
| 32 | 3299 | Los Angeles RCC | Spokane | RA | Tablet | USCB00005187 | 1 |
| | | | (blank) | RA | Tablet | USCB00005086 | 1 |
| **Grand Total** | | | | | | | **68** |

NRFU -- Available Enumerator Device Status

| All Phases (Ascending Order by RCC & ACO) | | | End-User Codes (MDM NOT Logged In Counts) | | |
|---|---|---|---|---|---|
| Not Logged In Count | | | MDM Logged In / End-User Code | | |
| | | | NOT Logged In | | Total |
| RCC2 | Training Unique ID - ACO | Asset_Tag | ENM | ESP | |
| 22 | | | 27,244 | 1,769 | 29,013 |
| 23 | | | 24,744 | 1,928 | 26,672 |
| 25 | | | 16,394 | 1,074 | 17,468 |
| 29 | | | 32,965 | 2,241 | 35,206 |
| 31 | | | 40,621 | 2,121 | 42,742 |
| 32 | | | 41,182 | 1,625 | 42,807 |
| **Grand Total** | | | **183,150** | **10,758** | **193,908** |
| As of 9/17/2020 10:17:53 PM EDT | | | | | |

| MDM Logged In = TRUE & Today-MDM Last Seen Date (LSD) > 7 Days | | | | This pivot table shows devices where the User ID and MDM User ID are the same. |
|---|---|---|---|---|
| RCC2 | Training Unique ID - ACO | Asset_Tag | Count of MDM Logged In | |
| ⊞ 22 | | | 6,692 | |
| ⊞ 23 | | | 4,925 | |
| ⊞ 25 | | | 5,295 | |
| ⊞ 29 | | | 6,864 | |
| ⊞ 31 | | | 3,628 | |
| ⊞ 32 | | | 3,909 | |
| Grand Total | | | 31,313 | |

As of 9/17/2020  10:17:53 PM EDT

Attachment 4

# AGENDA – FLD HQ/RCC Daily Call

## September 25, 2020

Phone: 347-973-4395  ID:  42650877#

## Everyone is <u>muted</u> at the beginning of the call

### National One-Hit Wonder Day

| | RCC | | RCC | | RCC |
|---|---|---|---|---|---|
| ☐ | New York | ☐ | Chicago | ☐ | Dallas |
| ☐ | Philadelphia | ☐ | Atlanta | ☐ | Los Angeles |

## Reminders & Notes

1. Files attached to the meeting invitation
    a. Assets Pending Custody Acceptance
    b. Training Gap Report
2. SBE and TNSOL - ==Everything MUST be shipped to NPC by COB today via overnight delivery== – 38% shipped as of this morning
3. Upcoming debriefings
    a. NEW - NRFU ACOMs, IT Managers, Property Custodians:  9/23 - 10/7
    b. NRFU CFM and ACO staff Debriefings:  9/15 – 9/30
    c. ETL Debriefing: 9/18 – 9/28
    d. SBE Debriefings:  9/22 – 9/28
4. Entrust Maintenance this Sunday, 9/27, 8:00pm – 12:00am.  This only impacts new device enrollments.
5. Texts going out:
    a. Tonight: Hatch Act Reminder
    b. Saturday night: USPS Reminder
    c. Sunday night: Claiming Travel Reimbursement

## Today's Hot Topics

1. Action Items
2. It's Happening:
    a. TNSOL – expected to complete this morning!
    b. ETL Nationally 99.2% Complete!
        i. Deadline for ETL is COB Monday, 9/28
    c. SBE Nationally 85% Complete – Goal is 100% by COB today

    d.   NRFU Nationally:
        i.   93.12% Complete – 1.1% above the goal!
3.   NRFU (Amy)
    a.   Max Attempt Cases
4.   Travel Enumerators (Hector)
5.   Device Demand Letters (Frank)
6.   Hatch Act Reminder (Karen)
7.   USPS Do's and Don'ts (Karen)
8.   Admin Topics (Sneha)
    a.   Travel Duplicate Charges
    b.   Clearance expirations for DAPPS employees
9.   Status of offices  (Shawn)
    a.   Has the status of any office changed?
    b.   If closed and if known, projected date for reopening?
10.  RCC Updates and Questions
    a.   Atlanta and Dallas – Update on Hurricane/Tropical Storm impacts
    b.   LA – updates on fire areas
    c.   NRFU,  ETL or SBE Issues/concerns
11.  HQ last minute items
12.  Action item summary from today's meeting

## HQ Action Items - None

## RCC Action Items

| # | Date Identified | Action/Issue | Source |
|---|---|---|---|
| 1 | 4/30 | Custody Acceptance (Pending) <br> *See AI#1 in the Reference Section, under Devices* | RCCs |
| 2 | 6/25 | Update Leave:  Device Return Status (Overall) <br> *See AI#2 in the Reference Section, under Devices* | RCCs |
| 3 | 8/20 | **CLOSED**: IOS -12 Upgrades (Required by 09/02) | RCCs |
| 4 | 8/25 | Update Enumerate:  Device Return Status (Overall) <br> *See AI#4 in the Reference Section, under Devices* | RCCs |
| 5 | 8/26 | Devices Reported as Lost, but then Found <br> *See AI#5 in the Reference Section, under Devices* | RCCs |
| 6 | 9/14 | Wiped IOS-12 devices need to be returned <br> *See AI#6 in the Reference Section, under Devices* | RCCs |

## For Reference

### Self-Response

- Self – Response – Data in the chart represents yesterday's information and the number of ISR and paper responses is from this morning.

| Projected | 66.5% | - |
|---|---|---|
| Total – Actual | 66.3% | ↓ |
| ISR | 52.9% | ↑ |
| Paper | 12.1% | ↓ |
| Phone | 1.2% | ↓ |

  - o 96.1M households responding as of this morning via ISR
  - o 19.5M paper forms checked in at a paper data capture center

### Non-ID Numbers

- Non-ID'd Processing,
  - o Total Cases 19.9M
  - o Total Resolved: 19.7M

### Mailings

- Mailing 7: Anticipated in-home dates are 8/22 – 9/15 (about 16.6M)
  - o Tract self-response rate of 65% and lower – top priorities

### Devices

AI #1:  Custody Acceptance (Pending)

| Row Labels | Count of Asset_Tag |
|---|---|
| Atlanta RCC | 349 |
| Chicago RCC | 60 |
| Dallas RCC | 172 |
| Los Angeles RCC | 214 |
| New York RCC | 222 |
| Philadelphia RCC | 152 |
| **Grand Total** | **1,169** |

Concern 1 (week old):  85 devices  (AT: 5 -- CG: 1 -- DA: 29 -- LA: 36 -- NY: 3 -- PH: 11)
Concern 2 (month old):  4 devices  (AT: 0 -- CG: 0 -- DA: 0 -- LA: 0 -- NY: 1 -- PH: 3)
Concern 3 (2-months olds):  2 devices  (AT: 0 -- CG: 0 -- DA: 0 -- LA: 0 -- NY: 1 -- PH: 1)

## AI #2: Update Leave:  Device Return Status (Overall)

| Update Leave -- As of 9/24/2020  9:01:51 PM EDT | | |
|---|---|---|
| Remaining RCC Devices | iPhones | Lost/Stolen |
| 22 New York RCC | 1 | 1 |
| 23 Philadelphia RCC | 0 | 0 |
| 25 Chicago RCC | 0 | 0 |
| 29 Atlanta RCC | 0 | 0 |
| 31 Dallas RCC | 3 | 3 |
| 32 Los Angeles RCC | 0 | 0 |
| Total Devices Remaining | 4 | |
| - Lost/Stolen Devices | 4 | 4 |
| Update Leave iPhones to Return | 0 | |

| Update Leave -- As of 9/24/2020  9:01:51 PM EDT | | |
|---|---|---|
| Remaining RCC Devices | Laptops | Lost/Stolen |
| 22 New York RCC | 7 | 7 |
| 23 Philadelphia RCC | 2 | 2 |
| 25 Chicago RCC | 4 | 4 |
| 29 Atlanta RCC | 7 | 7 |
| 31 Dallas RCC | 13 | 10 |
| 32 Los Angeles RCC | 4 | 4 |
| Total Devices Remaining | 37 | |
| - Lost/Stolen Devices | 34 | 34 |
| Update Leave Laptops to Return | 3 | |



AI # 4:  Update Enumerate - Device Return Status (Overall)

| Category 1 (UE) -- As of 9/24/2020  9:01:51 PM EDT | | |
|---|---|---|
| **Remaining RCC Devices** | **iPhones** | **Lost/Stolen** |
| 22 New York RCC | 1 | 1 |
| 23 Philadelphia RCC | 0 | 0 |
| 25 Chicago RCC | 1 | 1 |
| 29 Atlanta RCC | 0 | 0 |
| 31 Dallas RCC | 0 | 0 |
| 32 Los Angeles RCC | 4 | 1 |
| **Total Devices Remaining** | **6** | |
| - Lost/Stolen Devices | 3 | 3 |
| **Cat 1 iPhones to Return** | **3** | |

| Category 1 (UE) -- As of 9/24/2020  9:01:51 PM EDT | | |
|---|---|---|
| **Remaining RCC Devices** | **Tablets** | **Lost/Stolen** |
| 22 New York RCC | 0 | 0 |
| 23 Philadelphia RCC | 0 | 0 |
| 25 Chicago RCC | 0 | 0 |
| 29 Atlanta RCC | 0 | 0 |
| 31 Dallas RCC | 0 | 0 |
| 32 Los Angeles RCC | 1 | 0 |
| **Total Devices Remaining** | **1** | |
| - Lost/Stolen Devices | 0 | 0 |
| **Cat 1 Tablets to Return** | **1** | |

## AI #5: Devices Reported as Lost -- but then were reported as found (Pending Return back to CDW-G)

**76.7% Complete** | **As of 9/23/2020  10:01:12 PM EDT**

*Devices Not Returned to CDW-G or Greenbelt*

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 22 | 2254 | New York RCC | Hartford | NR | iPhone | 20098865 | 1 |
| | | | | | | 20101067 | 1 |
| | 2255 | New York RCC | New Haven | NR | iPhone | 10284943 | 1 |
| | | | | | Tablet | 10525320 | 1 |
| | 2259 | New York RCC | East Bridgewater | NR | iPhone | 10411424 | 1 |
| | | | | | | 10411609 | 1 |
| | 2265 | New York RCC | Parsippany | EN | iPhone | 10276865 | 1 |
| | 2267 | New York RCC | Jersey City | EN | iPhone | 20000904 | 1 |
| | 2268 | New York RCC | Nutley | EN | iPhone | 10277008 | 1 |
| | | | | | | 10277283 | 1 |
| | | | | NR | iPhone | 10311160 | 1 |
| | 2273 | New York RCC | Bronx North | NR | iPhone | 10306888 | 1 |
| | 2274 | New York RCC | Bronx South | NR | iPhone | 20061731 | 1 |
| | 2278 | New York RCC | East Brooklyn | EN | iPhone | 10281690 | 1 |
| | 2281 | New York RCC | Manhattan South | NR | iPhone | 10344613 | 1 |
| | 2283 | New York RCC | North Brooklyn | NR | iPhone | 20044991 | 1 |
| | 2287 | New York RCC | Rochester | GQ | iPhone | 106146 | 1 |
| | | | | | | 107697 | 1 |
| | 2289 | New York RCC | South Queens | NR | iPhone | 20020247 | 1 |
| | 2290 | New York RCC | Staten Island | NR | iPhone | 10350448 | 1 |
| | 2292 | New York RCC | East Bridgewater | NR | Tablet | 10525536 | 1 |
| | 2293 | New York RCC | Guaynabo | UL | Laptop | 68351 | 1 |
| | 2294 | New York RCC | Mayaguez | RC | Tablet | 48525 | 1 |
| | | | Caguas | UL | iPhone | 110661 | 1 |
| | 2296 | New York RCC | East Bridgewater | RC | Tablet | 56877 | 1 |
| | | | Providence | NR | iPhone | 20112738 | 1 |
| **Grand Total** | | | | | | | **26** |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 23 | 2355 | Philadelphia RCC | Washington DC | EN | iPhone | 10250511 | 1 |
| | | | | NR | iPhone | 10312335 | 1 |
| | 2360 | Philadelphia RCC | Baltimore | NR | iPhone | 20077003 | 1 |
| | 2361 | Philadelphia RCC | Hagerstown | NR | iPhone | 10333801 | 1 |
| | | | | | | 10334050 | 1 |
| | 2363 | Philadelphia RCC | Akron | NR | iPhone | 10383327 | 1 |
| | 2366 | Philadelphia RCC | Cleveland | NR | iPhone | 10473840 | 1 |
| | | | | | | 10474077 | 1 |
| | 2367 | Philadelphia RCC | Columbus | NR | iPhone | 10475121 | 1 |
| | | | | | | 10475264 | 1 |
| | | | Cincinnati | RC | Tablet | 57795 | 1 |
| | 2370 | Philadelphia RCC | South Point | NR | iPhone | 10469192 | 1 |
| | | | | | | 20076937 | 1 |
| | 2373 | Philadelphia RCC | Harrisburg | NR | iPhone | 10309356 | 1 |
| | 2376 | Philadelphia RCC | Philadelphia Northeast | NR | iPhone | 10302332 | 1 |
| | | | | | | 20054323 | 1 |
| | 2377 | Philadelphia RCC | Pittsburgh | NR | iPhone | 10314831 | 1 |
| | | | | | | 10319023 | 1 |
| | 2378 | Philadelphia RCC | Reading | EN | iPhone | 10292823 | 1 |
| | 2379 | Philadelphia RCC | State College | NR | iPhone | 10435405 | 1 |
| | 2381 | Philadelphia RCC | Memphis | NR | iPhone | 10363405 | 1 |
| | 2382 | Philadelphia RCC | Nashville | NR | iPhone | 10319362 | 1 |
| | 2383 | Philadelphia RCC | Shelbyville | NR | iPhone | 10322647 | 1 |
| | | | | | | 10324873 | 1 |
| | 2385 | Philadelphia RCC | Baltimore | RC | Tablet | 58664 | 1 |
| | 2387 | Philadelphia RCC | Norfolk | NR | iPhone | 10301723 | 1 |
| | 2388 | Philadelphia RCC | Richmond | NR | iPhone | 20064578 | 1 |
| | 2389 | Philadelphia RCC | Roanoke | NR | iPhone | 10435341 | 1 |
| | 2390 | Philadelphia RCC | Beckley | NR | iPhone | 10340112 | 1 |
| | 2399 | Philadelphia RCC | Shelbyville | OF | iPhone | 73529 | 1 |
| | | | Allentown | RA | Tablet | USCB00004288 | 1 |
| **Grand Total** | | | | | | | **31** |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 25 | 2556 | Chicago RCC | Fayetteville | NR | iPhone | 20073259 | 1 |
| | 2558 | Chicago RCC | Des Moines | NR | iPhone | 10366184 | 1 |
| | | | | GQ | iPhone | 105176 | 1 |
| | 2559 | Chicago RCC | Chicago Central | NR | iPhone | 20053390 | 1 |
| | 2562 | Chicago RCC | Cook County NW | NR | iPhone | 10366110 | 1 |
| | 2573 | Chicago RCC | Detroit | EN | Tablet | 10498743 | 1 |
| | | | | NR | iPhone | 10263697 | 1 |
| | 2581 | Chicago RCC | Kansas City | NR | iPhone | 20055112 | 1 |
| | 2582 | Chicago RCC | Springfield - 2582 | EN | iPhone | 10305469 | 1 |
| | | | | NR | iPhone | 10388066 | 1 |
| | | | | | | 10388169 | 1 |
| | | | | | | 10389635 | 1 |
| | | | | | | 10389803 | 1 |
| | | | | | | 20085325 | 1 |
| | 2583 | Chicago RCC | St. Louis | NR | iPhone | 10376071 | 1 |
| | 2599 | Chicago RCC | Des Moines | OF | iPhone | 38974 | 1 |
| **Grand Total** | | | | | | | **16** |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 29 | 2902 | Atlanta RCC | Jackson | EN | iPhone | 10252497 | 1 |
| | 2906 | Atlanta RCC | Mobile | NR | iPhone | 10134578 | 1 |
| | 2968 | Atlanta RCC | Fort Myers | NR | iPhone | 10049444 | 1 |
| | 2972 | Atlanta RCC | Miami North | NR | iPhone | 10049980 | 1 |
| | 2977 | Atlanta RCC | Seminole County | NR | iPhone | 10410057 | 1 |
| | 2983 | Atlanta RCC | Douglasville | NR | iPhone | 10060074 | 1 |
| | | | | | | 10061441 | 1 |
| | | | | | Tablet | 10502889 | 1 |
| | 2985 | Atlanta RCC | Gwinnett County | NR | iPhone | 10463666 | 1 |
| | 2986 | Atlanta RCC | Macon | NR | iPhone | 10016179 | 1 |
| | | | | | | 10400969 | 1 |
| | | | | | | 10401012 | 1 |
| | | | | | | 10401142 | 1 |
| | | | | | | 10401339 | 1 |
| | | | | | | 10401400 | 1 |
| | | | | | Tablet | 10499487 | 1 |
| | 2991 | Atlanta RCC | Shreveport | NR | iPhone | 10351967 | 1 |
| | 2992 | Atlanta RCC | Asheville | NR | iPhone | 10436080 | 1 |
| | 2993 | Atlanta RCC | Charlotte | NR | Tablet | 10503347 | 1 |
| **Grand Total** | | | | | | | **19** |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 31 | 3106 | Dallas RCC | Maricopa Central | NR | iPhone | 10143763 | 1 |
| | 3107 | Dallas RCC | Maricopa South | NR | iPhone | 10019055 | 1 |
| | 3159 | Dallas RCC | Tucson | UL | Laptop | 48028 | 1 |
| | 3163 | Dallas RCC | Lincoln | NR | iPhone | 10131841 | 1 |
| | 3173 | Dallas RCC | Dallas | NR | iPhone | 10027455 | 1 |
| | 3178 | Dallas RCC | Fort Bend Co. | NR | iPhone | 20032873 | 1 |
| | 3187 | Dallas RCC | Orem | ET | Tablet | 122019 | 1 |
| | | | Laredo | ET | iPhone | 90892 | 1 |
| | 3193 | Los Angeles RCC | Santa Rosa | GQ | iPhone | 92708 | 1 |
| **Grand Total** | | | | | | | **9** |

| RCC Code | From ACO | Last Known RCC | Last Known ACO | Op Code | Device Type | Asset_Tag | Assets Outstanding |
|---|---|---|---|---|---|---|---|
| 32 | 3257 | Los Angeles RCC | Las Vegas | NR | iPhone | 10109983 | 1 |
| | 3260 | Los Angeles RCC | Portland | NR | iPhone | 10111101 | 1 |
| | 3261 | Los Angeles RCC | Salem | NR | iPhone | 10111309 | 1 |
| | 3264 | Los Angeles RCC | Chico | NR | iPhone | 20114400 | 1 |
| | 3267 | Los Angeles RCC | Fullerton | NR | iPhone | 10085490 | 1 |
| | 3268 | Los Angeles RCC | Inglewood | GQ | iPhone | 83065 | 1 |
| | 3269 | Los Angeles RCC | Long Beach | NR | iPhone | 10127041 | 1 |
| | 3276 | Los Angeles RCC | Riverside | NR | iPhone | 10154920 | 1 |
| | | | Vista | RC | Tablet | 58720 | 1 |
| | 3286 | Los Angeles RCC | Santa Rosa | NR | iPhone | 20119879 | 1 |
| | 3287 | Los Angeles RCC | South Gate | NR | iPhone | 20048099 | 1 |
| | | | | | | 20083133 | 1 |
| | 3293 | Los Angeles RCC | Everett | NR | iPhone | 10106681 | 1 |
| | | | | | | 10166110 | 1 |
| | 3294 | Los Angeles RCC | Olympia | NR | iPhone | 10118412 | 1 |
| | | | | OF | | 20023114 | 1 |
| | 3296 | Los Angeles RCC | Spokane | GQ | iPhone | 88618 | 1 |
| | 3297 | Los Angeles RCC | Tacoma | NR | iPhone | 10105199 | 1 |
| | | | | | | 10166574 | 1 |
| | | | | | Tablet | 78401 | 1 |
| Grand Total | | | | | | | 20 |

## AI#6:  IOS-12 Devices Wiped (Pending Return)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **46.75% Complete** | | | **As of 9/23/2020  10:01:12 PM EDT** | | | | |
| iOS 12 Devices Not Returned to CDW-G or Greenbelt AND Not Lost/Stolen | | | | | | | |
| **RCC Code** | **Training Unique ID - ACO** | **RCC** | **ACO** | **Operation Code** | **Device Type** | **Asset_Tag** | **Assets To Be Returned** |
| ⊟ 22 | ⊟ 2299 | ⊟ New York RCC | ⊟ (blank) | ⊟ OF | ⊟ iPhone | USCB00003689 | |
| | | | | | ⊟ Tablet | USCB00006065 | 1 |
| | | | | | | USCB00006066 | 1 |
| | | | | | | USCB00006067 | 1 |
| | | | | ⊟ PS | ⊟ iPhone | USCB00003796 | 1 |
| | | | | ⊟ RA | ⊟ Tablet | USCB00004815 | 1 |
| | | | | | | USCB00005308 | 1 |
| ⊟ 23 | ⊟ 2367 | ⊟ Philadelphia RCC | ⊟ Columbus | ⊟ PS | ⊟ iPhone | USCB00003488 | 1 |
| | ⊟ 2373 | ⊟ Philadelphia RCC | ⊟ Harrisburg | ⊟ RC | ⊟ Tablet | 59864 | 1 |
| | ⊟ 2385 | ⊟ Philadelphia RCC | ⊟ Hanover | ⊟ RC | ⊟ Tablet | 58660 | 1 |
| | ⊟ 2399 | ⊟ Philadelphia RCC | ⊟ (blank) | ⊟ OF | ⊟ iPhone | 38862 | 1 |
| | | | | ⊟ PE | ⊟ iPhone | 76707 | 1 |
| | | | | | | 76818 | 1 |
| | | | | | | 76862 | 1 |
| | | | | ⊟ PS | ⊟ iPhone | USCB00005838 | 1 |
| | | | | ⊟ RA | ⊟ Tablet | USCB00004448 | 1 |
| | | | | ⊟ RC | ⊟ iPhone | USCB00002453 | 1 |
| ⊟ 25 | ⊟ 2599 | ⊟ Chicago RCC | ⊟ (blank) | ⊟ RA | ⊟ Tablet | USCB00005051 | 1 |
| ⊟ 29 | ⊟ 2999 | ⊟ Atlanta RCC | ⊟ Baton Rouge | ⊟ OF | ⊟ iPhone | USCB00005391 | 1 |
| | | | | | | USCB00006136 | 1 |
| | | | ⊟ Greenville, NC | ⊟ RA | ⊟ Tablet | USCB00004083 | 1 |
| | | | | | | USCB00004258 | 1 |
| | | | ⊟ Huntsville | ⊟ RA | ⊟ Tablet | USCB00004153 | 1 |
| | | | ⊟ Jackson | ⊟ RA | ⊟ Tablet | USCB00004061 | 1 |
| | | | ⊟ Miami North | ⊟ OF | ⊟ iPhone | USCB00006142 | 1 |
| | | | ⊟ Mobile | ⊟ RA | ⊟ Tablet | USCB00004162 | 1 |
| | | | ⊟ Shreveport | ⊟ RA | ⊟ Tablet | USCB00005238 | 1 |
| | | | ⊟ (blank) | ⊟ OF | ⊟ iPhone | USCB00005400 | 1 |
| | | | | | | USCB00006138 | 1 |
| | | | | | ⊟ Tablet | 44839 | 1 |
| | | | | ⊟ PS | ⊟ iPhone | 7368 | 1 |
| | | | | | | USCB00005655 | 1 |
| | | | | | | USCB00005661 | 1 |
| | | | | | | USCB00006608 | 1 |
| | | | | ⊟ RA | ⊟ Tablet | USCB00004048 | 1 |
| | | | | | | USCB00004128 | 1 |
| | | | | | | USCB00005234 | 1 |
| | | | | ⊟ RM | ⊟ Tablet | USCB00003966 | 1 |
| | | | | | | USCB00003967 | 1 |
| | | | | | | USCB00003973 | 1 |
| ⊟ 32 | ⊟ 3299 | ⊟ Los Angeles RCC | ⊟ (blank) | ⊟ RA | ⊟ Tablet | USCB00005086 | 1 |
| **Grand Total** | | | | | | | **41** |

NRFU -- Available Enumerator Device Status

| All Phases (Ascending Order by RCC & ACO) | | | MDM NOT Logged In Counts (by End-User Codes | | |
|---|---|---|---|---|---|
| Not Logged In Count | | | MDM Logged In 🔽 End-User Code 🔽 | | |
| | | | ⊟ NOT Logged In | | Total |
| RCC Code 🔽 | Training Unique ID - ACO 🔽 | Asset_Tag 🔽 | ENM | ESP | |
| ⊞ 22 | | | 27,151 | 1,781 | 28,932 |
| ⊞ 23 | | | 25,269 | 1,937 | 27,206 |
| ⊞ 25 | | | 16,943 | 1,093 | 18,036 |
| ⊞ 29 | | | 28,963 | 2,015 | 30,978 |
| ⊞ 31 | | | 39,890 | 2,018 | 41,908 |
| ⊞ 32 | | | 39,133 | 1,544 | 40,677 |
| Grand Total | | | 177,349 | 10,388 | 187,737 |
| As of 9/24/2020  9:01:51 PM EDT | | | | | |

| MDM Logged In = TRUE & Today-MDM Last Seen Date (LSD) > 7 Days | | | | |
|---|---|---|---|---|
| RCC Code 🔽 | Training Unique ID - ACO 🔽 | Asset_Tag 🔽 | Count of MDM Logged In | This pivot |
| ⊞ 22 | | | 10,173 | table shows |
| ⊞ 23 | | | 6,022 | devices |
| ⊞ 25 | | | 7,672 | where the |
| ⊞ 29 | | | 9,327 | User ID and |
| ⊞ 31 | | | 5,043 | MDM User ID |
| ⊞ 32 | | | 5,208 | are the same. |
| Grand Total | | | 43,445 | |
| As of 9/24/2020  9:01:51 PM EDT | | | | |

Attachment 5

## Important Information related to Census Bureau's Compliance with last night's Federal Court Order

James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>

Fri 9/25/2020 3:23 PM

**To:** Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; Jeffrey L Bryant (CENSUS/NPC FED) <jeffrey.l.bryant@census.gov>
**Cc:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>

<u>Guidance for Census Bureau Field Employees</u>


A federal district court for the Northern District of California issued a preliminary injunction in the late evening on 9/24/2020 in the case of National Urban League v. Ross, No. 20-05799.

The Census Bureau and the Commerce Department are obligated to comply with the Court's Order and are evaluating how it will affect decennial operations.  Until that time, continue to conduct NonResponse FollowUp (NRFU) and other field operations as planned.  We will provide further instructions and guidance as necessary.


DIST: All Regional Directors, Deputy Regional Directors, Assistant Regional Census Managers, Area Managers and Assistant Division Chiefs

**James Christy**
**U.S. Census Bureau**
LA 818.267.1700  HQ 301.763.6228
census.gov   Connect with us on Social Media
**Shape Your Future | Start Here**  2020census.gov