**From:** TaMarra Cooley <tamarracol4@gmail.com>
**Sent:** Tuesday, September 29, 2020 4:52 AM
**To:** media info <media@cand.uscourts.gov>
**Subject:** Enumerator for census

Hello,

I wanted to reach out to District Judge Lucy Koh concerning her proceedings with the commerce department.
I am a single mother of seven children who has also taken in three foster children, for which the state of Indiana does not pay me to keep. I have not worked for the Census for approximately a month because they state there is no work available. They offered out of town placements but never followed through with it. They offered bonuses for exceptional performance and although I met and exceeded their expectation I did not receive the bonus.
In a time where PUA unemployment payments have ended and many rushed out to garner gainful employment only for it to last approximately six weeks has hurt the efforts of those who are trying to be compliant and work and to "not be lazy collecting a check."
I do not know what the outcome of your proceedings will be but I know that the Census at least the Chicago region for workers in Indiana is not giving us work stating daily "no work today, not enough work available."
This is more than those who will not be counted this is also those who have lost their jobs when we were guaranteed work through the end of September then changing to October only to stop working and for many turning in their equipment as early as September 5th.

Thank you for your time