UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>　　　　　Defendants. | Case No. 20-cv-05799 LHK<br><br>**ORDER CONCERNING DEFENDANTS' SEPTEMBER 29 PRIVILEGE LOG** |

　　　　This order addresses the privilege log and declaration of Brian D. DiGiacomo filed today by defendants at ECF 232.

　　　　1.  As to three entries, the log asserts a privilege of "Attorney Client" and "Attorney-Work Product." For those entries, the log does not detail the author, sender, and recipients of the communication. No attorney is identified. This is not sufficient information for the other parties and the Court to assess the asserted privilege. Fed. R. Civ. P. 26(b)(5)(A)(ii). Accordingly, by 2:00 p.m. Pacific time today, defendants must file a replacement privilege log that identifies the attorney(s) that rendered the legal advice, the author of the document, and all senders and recipients of the communication.

2. By 3:00 p.m. Pacific time today, plaintiffs must file any objection to the September 29 privilege log and privileges asserted by defendants on that log. Defendants may file a reply brief, not to exceed 2 pages, by 6:00 p.m. Pacific time today.

3. Defendants must submit for in camera review by the three undersigned U.S. Magistrate Judges the four unredacted documents identified in the September 29 log. Those records must be made accessible in the same manner as prior in camera documents by 2:00 p.m. today.

4. We will rule promptly on the asserted privileges in the September 29 log without need for a hearing.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

_____/S/_____
SUSAN VAN KEULEN
United States Magistrate Judge

_____/S/_____
THOMAS S. HIXSON
United States Magistrate Judge