UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER FOR RESPONSE TO EMAILS** |

The Court has received three emails, which are reproduced below. The parties shall file a response to these three emails and the email that was filed at ECF No. 235 by Wednesday, September 30, 2020 at 8:00 a.m. Pacific Time. The Court hereby reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

**IT IS SO ORDERED.**

Dated: September 29, 2020

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

**From:** Zachary Pasqualini <zacharypasqualini@gmail.com>
**Sent:** Tuesday, September 29, 2020 6:03 AM
**To:** CAND LHKpo <lhkpo@cand.uscourts.gov>; CRD LHK <LHKCRD@cand.uscourts.gov>; Diane Miyashiro <Diane_Miyashiro@cand.uscourts.gov>
**Subject:** -- Please inform Judge Koh of the following before today's DOC Census hearing...

Hello Judge Koh. Note that not only should enumerating continue past October 5th, but also the MQA (Mobile Questionnaire Assistance) effort.

Note that after recruiting sufficient Census office and field staff, the Recruiting Assistants went into MQA, which involves going to churches, events, food banks, etc. and informing there congregated groups of citizens about the Census and/or using iPads to help these citizens to complete their response.

It is an integral and important part of counting as many people as possible.

But seemingly MQA is being forgotten and Census management is saying that it will end October 5th no matter what the outcome in your court is.

I respectfully suggest that ending MQA "early" or otherwise would be a detrimental mistake to achieving the Census' goal of counting everyone. I also respectfully suggest that you explicitly include the continuation of MQA in your extension order.

Thank you for your consideration!

Case No. 20-CV-05799-LHK
ORDER FOR RESPONSE TO EMAILS

2

> Tue 9/29/2020 6:36 AM
> To: CRD LHK
>
> Hello
>
> I am writing in the hope that this will reach the office of the Honorable Judge Lucy Koh. I would like to add that I wish that my identity and the contents of this message to be kept confidential out of concern for reprisal.
>
> I am employed as an enumerator with the US Census Bureau for the 2020 Census, based out of the Spokane District in North Central WA.
>
> I am deeply concerned about the conflicting information that I have received over the last few days as I am sure your office has been hearing about. My understanding from Judge Koh's ruling is that the census enumeration was to continue until the 31st of October. However I awoke this morning to an internal message from the Bureau that Secretary Ross has ordered that the NRFU (non response follow up) cases will be terminating on October 5th.
>
> For my immediate district, there has been a large push from our supervisors to complete cases as quickly as possible. As far as I've been made aware we have a very good trajectory to be nearly complete (currently in the mid 90 percentile). Yet in the last few days we have been under strict instructions to close down remaining cases by whatever means necessary. While there hasn't been any suggestion or enforcement of anything "illegal" in doing this, it raises grave concerns on accuracy. We were also informed that enumerators may be needed to go to other cities and regions nearby to assist with completing cases in the coming days, which under the new guidance would seem impossible.
>
> Looking at the census tracking webpage which is updated daily shows that there are in fact regions of the country that are much lower and would logically be struggling to come close to completion by the newly allotted time given.
>
> While we know the value of completing this work as accurately and expeditiously as possible, I am concerned about the communication in our chain of command. Of course the fluidity of the situation has made it challenging but I also would not want to see cases prematurely or inaccurately handled when there appears to be time given to completing our task.
>
> I ask that your office look into this so that we may be able to complete our constitutional duty more thoroughly, accurately, and in accordance with the current ruling handed down.
>
> Thank you for your time in this matter
>
> Reply | Forward

**From:** Charlie Nettle <nettlecharlie89@gmail.com>
**Sent:** Tuesday, September 29, 2020 10:58 AM
**To:** media info <media@cand.uscourts.gov>
**Subject:** Census field operator concerns

Dear Judge Lucy Koh,

I am an enumerator for the U.S census this year. I have been following your rulings on how long the census should continue and i have concerns that multiple ACO will be shutting down operations despite having many cases still open.

Specifically, I normally work out the Los Angeles ACO but have been traveling to help complete areas. I recently worked in Henderson, NV where I was moved out of with well over 200 case I alone could see that were incomplete. I am now in Redding, CA and was just told all operations will be ending within 2 days.

I am very concerned that there will be hundreds of homes in these areas alone that will go uncounted.

I hope this information is helpful and that there is some legal way to have the count continue on through at least the end of October.

Best regards,

Charlie Nettle
Census Enumerator

Case No. 20-CV-05799-LHK
ORDER FOR RESPONSE TO EMAILS

4