LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' PRIVILEGE OBJECTIONS** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

Pursuant to the Court's September 29, 2020 Order Re: Defendants' September 29 Privilege Log (ECF No. 236), Plaintiffs submit the following objections to Defendants' assertions of privilege in their September 29 privilege log.  To avoid duplication, Plaintiffs incorporate their prior filings describing the scope of the attorney-client privilege, attorney work product protection, and deliberate process privilege.  (ECF Nos. 149 & 170).

Defendants' privilege log (even as revised, per the Court's Order) and declaration fail to provide a sufficient basis to assess or uphold their assertions of privilege.

<u>First</u>, Defendants redact three documents on the basis of attorney client privilege and attorney work product protection.  To properly assert attorney-client privilege "[i]n the Ninth Circuit, a privilege log must identify '(a) the attorney and client involved, (b) the nature of the document, (c) all persons or entities shown on the document to have received or sent the document, (d) all persons or entities known to have been furnished the document or informed of its substance, and (e) the date the document was generated, prepared, or dated.'" *Apple Inc. v. Samsung Electronics Co., Ltd.*, 306 F.R.D. 234, 237 (N.D. Cal. 2015) (quoting *In re Grand Jury Investigation*, 974 F.2d 1068, 1071 (9th Cir. 1992)).

Defendants fail to provide the required information.  Despite being ordered by the Court to provide the specific attorney names in order to satisfy Federal Rule of Civil Procedure 26(b)(5)(A)(ii) (ECF No. 236), Defendants filed a revised log stating "individual attorney or attorneys unknown."  (ECF No. 240-1).  Thus, in each case Defendants have provided no information regarding the author of the document, its recipients, or the attorneys involved. Moreover, the only description of the nature of the legal advice is the following bare-bones verbatim description for each of the three documents:

> Draft presentation reflecting confidential [*sic*] legal advice of the Department of Commerece's [*sic*] Office of General Counsel prepared during the course of litigation regarding the Census Bureau's proposed options for completing enumeration.

ECF Nos. 232-1 & 240-1.

The accompanying declaration states in a similarly conclusory fashion that the redacted sentences "express legal conclusions reached by DOC attorneys during the course of this

1  litigation and contain confidential communications and professional legal advice from
2  Department attorneys that were sought out by their clients in the Census Bureau and the
3  Department in order to guide the Secretary's decisionmaking process." DiGiacomo Dec. ¶ 14.
4  These descriptions fail to sufficiently describe the nature of the documents or the context
5  necessary to assess whether legal advice was communicated. *See, e.g., Hynix Semiconductor*
6  *Inc. v. Rambus Inc.*, 2008 WL 350641, at *3 (N.D. Cal. Feb. 2, 2008) ("A vague declaration that
7  states only that the document 'reflects' an attorney's advice is insufficient to demonstrate that the
8  document should be found privileged."); *In re Application of Republic of Ecuador*, 280 F.R.D.
9  506, 514 n.5 (N.D. Cal. 2012) ("these communications are not attorney-client privileged, as they
10 contain no communication between client and attorney"), *aff'd, Rep. of Ecuador v. Mackay*, 742
11 F.3d 360 (9th Cir. 2014).

12       Defendants' claim of work product protection is similarly insufficient. Defendants make
13 a passing assertion that the redacted conclusions were reached "during the course of this
14 litigation" (DiGiacomo Dec. ¶ 14), but to qualify under the work product doctrine the document
15 must "have been prepared or obtained because of the prospect of litigation." *In re Grand Jury*
16 *Subpoena (Mark Torf/Torf Envtl. Mgmt.)*, 357 F.3d 900, 907 (9th Cir. 2004).

17       Second, Defendants assert that portions of an "[e]mail communication from Secretary
18 Ross to his senior advisors at the Department of Commerce and the Census Bureau" are
19 protected by the deliberative process privilege. While the declaration asserts that the redacted
20 language is pre-decisional and deliberative, it does not explain why the privilege should not be
21 overcome. *See FTC v. Warner Comm'ns Inc.*, 742 F.2d 1156, 1161 (9th Cir. 1984). Defendants
22 have produced little if any documentation of a reasonable and thoughtful administrative process
23 leading to reaching the October 5 date. Nor do Defendants even attempt to point to other
24 comparable evidence. *N. Pacifica, LLC v. City of Pacifica*, 274 F. Supp. 2d 1118, 1122 (N.D.
25 Cal. 2003) (availability of comparable evidence from sources other than the government is
26 "perhaps the most important factor in determining whether the deliberative process privilege
27 should be overcome"). Any assertion of privilege is outweighed by Plaintiffs' need for this
28 information, which very well may demonstrate the arbitrariness of the Secretary's decision.

| | |
|---|---|
| Dated: September 29, 2020 | LATHAM & WATKINS LLP<br><br>By: /s/ Sadik Huseny<br>    Sadik Huseny<br><br>Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com<br>Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com<br>Amit Makker (Bar No. 280747)<br>amit.makker@lw.com<br>Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>Richard P. Bress (admitted *pro hac vice*)<br>rick.bress@lw.com<br>Melissa Arbus Sherry (admitted *pro hac vice*)<br>melissa.sherry@lw.com<br>Anne W. Robinson (admitted *pro hac vice*)<br>anne.robinson@lw.com<br>Tyce R. Walters (admitted *pro hac vice*)<br>tyce.walters@lw.com<br>Genevieve P. Hoffman (admitted *pro hac vice*)<br>genevieve.hoffman@lw.com<br>Gemma Donofrio (admitted *pro hac vice*)<br>gemma.donofrio@lw.com<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201<br><br>*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| Dated: September 29, 2020 | By: /s/ Jon M. Greenbaum<br>Kristen Clarke (*pro hac vice* forthcoming)<br>kclarke@lawyerscommittee.org<br>Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org<br>Ezra D. Rosenberg (admitted *pro hac vice*)<br>erosenberg@lawyerscommittee.org<br>Dorian L. Spence (*pro hac vice* forthcoming)<br>dspence@lawyerscommittee.org<br>Maryum Jordan (*pro hac vice* forthcoming) |

mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommitee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: 213.385.2977
Facsimile: 213.385.9089

*Attorneys for Plaintiff City of San Jose*

|  |  |
|---|---|
|  | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice* forthcoming)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345<br><br>*Attorneys for Navajo Nation* |
| Dated: September 29, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: September 29, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |

| | | |
|---|---|---|
| 1 | Dated: September 29, 2020 | By: */s/ Rafey S. Balabanian* |
| 2 | | Rafey S. Balabanian (Bar No. 315962) |
| | | rbalabanian@edelson.com |
| 3 | | Lily E. Hough (Bar No. 315277) |
| | | lhough@edelson.com |
| 4 | | **EDELSON P.C.** |
| | | 123 Townsend Street, Suite 100 |
| 5 | | San Francisco, CA 94107 |
| | | Telephone: 415.212.9300 |
| 6 | | Facsimile: 415.373.9435 |
| 7 | | Rebecca Hirsch (admitted *pro hac vice*) |
| | | rebecca.hirsch2@cityofchicago.org |
| 8 | | **CORPORATION COUNSEL FOR THE CITY OF CHICAGO** |
| 9 | | Mark A. Flessner |
| | | Stephen J. Kane |
| 10 | | 121 N. LaSalle Street, Room 600 |
| | | Chicago, IL 60602 |
| 11 | | Telephone: (312) 744-8143 |
| 12 | | Facsimile: (312) 744-5185 |
| 13 | | *Attorneys for Plaintiff City of Chicago* |
| 14 | | |
| 15 | Dated: September 29, 2020 | By: */s/ Donald R. Pongrace* |
| | | Donald R. Pongrace (admitted *pro hac vice*) |
| 16 | | dpongrace@akingump.com |
| | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 17 | | 2001 K St., N.W. |
| 18 | | Washington, D.C. 20006 |
| | | Telephone: (202) 887-4000 |
| 19 | | Facsimile: 202-887-4288 |
| 20 | | Dario J. Frommer (Bar No. 161248) |
| | | dfrommer@akingump.com |
| 21 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 22 | | 1999 Avenue of the Stars, Suite 600 |
| | | Los Angeles, CA  90067-6022 |
| 23 | | Phone:  213.254.1270 |
| | | Fax: 310.229.1001 |
| 24 | | |
| 25 | | *Attorneys for Plaintiff Gila River Indian Community* |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: September 29, 2020 | By: */s/ David I. Holtzman*<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

| | |
|---|---|
| Dated: September 29, 2020 | **LATHAM & WATKINS LLP**<br><br>By: */s/ Sadik Huseny*<br>    Sadik Huseny |