| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (*pro hac vice*)<br>    rick.bress@lw.com<br>  Melissa Arbus Sherry (*pro hac vice*)<br>    melissa.sherry@lw.com<br>  Anne W. Robinson (*pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (*pro hac vice*)<br>    tyce.walters@lw.com<br>  Genevieve P. Hoffman (*pro hac vice*)<br>    genevieve.hoffman@lw.com<br>  Gemma Donofrio (*pro hac vice*)<br>    gemma.donofrio@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice* forthcoming)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (*pro hac vice* forthcoming)<br>    dspence@lawyerscommittee.org<br>  Ajay P. Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>  Maryum Jordan (Bar No. 325447)<br>    mjordan@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Additional counsel and representation information listed in signature block* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**PLAINTIFFS' RESPONSE TO ORDERS RE: COMMUNICATIONS WITH THE COURT (DKTS. 220, 221, 224, 229)**<br><br>Date:　TBD<br>Time:　TBD<br>Place:　Courtroom 8<br>Judge:　Hon. Lucy H. Koh |

Plaintiffs submit this Response to Order Re: Communications with the Court (Dkt. 220), Order Re: Communications with the Court (Dkt. 221), Order for Response to Email to the Courtroom Deputy (Dkt. 224, referring to Dkt. 222), and Order Re: Communications with the Court (Dkt. 229). For the reasons set forth below, Plaintiffs believe that the emails and evidence submitted by the concerned census workers indicate that Defendants' are not fully complying with the Court's TRO and Preliminary Injunction. As noted in Plaintiffs' statement from earlier today (Dkt. 243), Plaintiffs intend to file a separate motion addressing Defendants' various violations of the Court's orders, which will further address these recent communications with the Court as appropriate. Because time is of the essence, Plaintiffs also ask the Court, as expeditiously as possible, to direct Defendants to issue a new text message that wind down operations should not be occurring, and that the October 5 "target date" is not operative.

### A. Melissa Garza (Dkt. 220) and Anonymous CFS #1 (Dkt. 221)

Ms. Garza, a CFS in Southern California, paints a troubling picture of the Bureau closing out some cases, but not others, for reasons that a "manager stated" were "political." Dkt. 220 at 2. As Plaintiffs understand it, Ms. Garza is reporting that after only one attempt, thousands and thousands of households are being marked complete in at least Southern California and South Texas without any enumeration. Whereas other households are receiving as many as 26 actual attempts to close.

This appears to be both a violation of the Court's TRO, which prohibited the Bureau from changing NRFU operations to those outlined by the Replan, but also appears inconsistent with the Bureau's guidance in response to the Court's TRO of "making six contact attempts" (Dkt. 86, Attach. C). It also shows a disregard for obtaining an accurate count. Ms. Garza explains that Bureau management is well aware of the issue, but no action has been taken to release these cases back to enumerators. Indeed, it seems unlikely that the Bureau would do so, as it will want to publicize 99% completion by its new October 5 deadline, without regard to whether an enumeration has happened. This is consistent with Ms. Garza's account that the Pasadena ACO is pushing hard to get to 100% despite "deliberately excluding" these cases. Dkt. 220 at 2.

1         The anonymous emailer corroborates Ms. Garza's story, identifying a similar number of cases for the Pasadena ACO and that "multiple Census Field Managers" acknowledge that these were not properly closed. Dkt. 221 at 2. The anonymous emailer describes that the Regional Census Office has "resisted calls to reopen these cases" even after the Court's Preliminary Injunction order. *Id.* There is a reference to "a Bureau memo" that is being cited to allow the Bureau to close these cases without enumerating them.

        Ms. Garza's and the anonymous emailer's accounts are not alone. Plaintiffs have heard similar stories regarding similarly closed cases from a CFS in North Carolina and a CFS in Massachusetts.

        Plaintiffs believe it would be appropriate to have Defendants identify and produce for the Court and Plaintiffs the memorandum mentioned by the anonymous emailer (Dkt. 221), with an explanation by way of a declaration for why no enumeration is appropriate for thousands of cases across the country after only one attempt.

**B.    Gregory Dillon (Dkt. 222)**

        Mr. Dillon, a CFS in San Francisco, provides details that Defendants have refused to provide on a number of relevant topics. First, Mr. Dillon was "verbally instructed to take further accuracy reducing shortcuts to get the work completed ASAP," contrary to the Bureau's own manuals. *Id.* Mr. Dillon also noted other "shortcut processes . . . communicate orally" outside the normal channels to get done quickly. *Id.* Although Mr. Dillon did not expand on what exactly is being done to reduce accuracy, again, operations on the ground show a disregard for an accurate count over a desire to simply declare completion. While the Bureau is best-positioned to make calls about day-to-day operation, Mr. Dillon's account shows that despite the Court's orders, instructions remain to move quickly to the end of September, rather than being thorough, complete, and accurate working toward a later deadline.

        Second, Mr. Dillon notes that in "Non written verbal conversation," Replan deadlines "were further shortened." Dkt. 222 at 2. At the field level, managers are hostile to the idea of complying with the Court's orders. *See id.* at 2-3. Despite the Court's TRO, Mr. Dillon's staff "was cut in half," and he "was told to return the caseload to the office." *Id.* at 3. While phasing

1  out operations in the field would generally be appropriate with certain benchmarks being hit, if
2  coupled with accuracy-reducing operations, then these steps may have been in violation of the
3  Court's TRO.

4  Third, Mr. Dillon explains that the Court's TRO was not communicated to his level.  This
5  was corroborated on the other side of the country by the North Carolina CFS mentioned above.
6  Along with Mr. Christy's vague declaration of September 28 (Dkt. 219-1), Mr. Dillon's account is
7  the type that prompted Plaintiffs at yesterday's CMC to ask for a declaration from Defendants
8  describing the communications that have been provided to the field.  Mr. Christy's new declaration
9  and attachments (Dkt. 234-1, 234-2) still leave it unclear what exactly the Bureau told the field to
10  do.  As to the TRO, nothing states that information about that order was flowed down to the CFS
11  and enumerator level, consistent with Mr. Dillon's account.  After the Court entered the
12  Preliminary Injunction on September 24, Mr. Christy states there was a call at 10:30am Eastern on
13  September 25 "to discuss the issuance of the order."  Dkt. 234-1 ¶ 11.  But the agenda he attached
14  makes no mention of the order.  *See* Dkt. 234-2, Attach. 4.  When Mr. Christy sent an email later
15  that day "to all managers working on field operations at Headquarters and in the regions," his
16  guidance was to "continue to conduct NonResponse FollowUp (NRFU) and other field operations
17  as planned."  Dkt. 234-1 ¶ 12; Dkt. 234-2, Attach. 5.  "As planned" seems to be a reference to the
18  Replan, or at least could very well be interpreted that way by those receiving his email.  Only after
19  yesterday's CMC was the Court's Preliminary Injunction order communicated to the CFS and
20  enumerator level—via text message—along with the announcement of the new October 5 "target
21  date" for end of NRFU operations.  *See* Dkt. 234-1 ¶¶ 14-15; Dkt. 231.

22  Plaintiffs ask the Court to direct Defendants to issue a new text message that wind down
23  operations should not be occurring, and that the October 5 date is not operative.

24  **C.     Anonymous CFS #2 (Dkt. 229)**

25  The second anonymous emailer also appears to be a CFS under the Los Angeles regional
26  office.  This communication shows that, even after the Court's Preliminary Injunction, the Bureau
27  was providing new guidance to complete counting by September 30.  While there is nothing
28  ostensibly wrong with completing enumeration, if coupled with kind of non-verbal, accuracy

reducing direction as described above by Mr. Dillon, it again shows an intent to disregard the Court's orders and the need for accuracy.

Dated: September 29, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Richard P. Bress (admitted *pro hac vice*)
rick.bress@lw.com
Melissa Arbus Sherry (admitted *pro hac vice*)
melissa.sherry@lw.com
Anne W. Robinson (admitted *pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (admitted *pro hac vice*)
tyce.walters@lw.com
Genevieve P. Hoffman (admitted *pro hac vice*)
genevieve.hoffman@lw.com
Gemma Donofrio (admitted *pro hac vice*)
gemma.donofrio@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

Dated: September 29, 2020

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice* forthcoming)
kclarke@lawyerscommittee.org

Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (admitted *pro hac vice*)
erosenberg@lawyerscommittee.org
Dorian L. Spence (*pro hac vice* forthcoming)
dspence@lawyerscommittee.org
Maryum Jordan (*pro hac vice* forthcoming)
mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommitee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977

|   |   |   |
|---|---|---|
| 1 |   | Facsimile: 213.385.9089 |
| 2 |   | *Attorneys for Plaintiff City of San Jose* |
| 3 |   | Doreen McPaul, Attorney General |
|   |   | dmcpaul@nndoj.org |
| 4 |   | Jason Searle (*pro hac vice* forthcoming) |
| 5 |   | jasearle@nndoj.org |
|   |   | **NAVAJO NATION DEPARTMENT OF** |
| 6 |   | **JUSTICE** |
|   |   | P.O. Box 2010 |
| 7 |   | Window Rock, AZ 86515 |
|   |   | Telephone: (928) 871-6345 |
| 8 |   |   |
|   |   | *Attorneys for Navajo Nation* |
| 9 |   |   |
| 10 | Dated: September 29, 2020 | By: /s/ Danielle Goldstein |
|   |   | Michael N. Feuer (Bar No. 111529) |
| 11 |   | mike.feuer@lacity.org |
|   |   | Kathleen Kenealy (Bar No. 212289) |
| 12 |   | kathleen.kenealy@lacity.org |
|   |   | Danielle Goldstein (Bar No. 257486) |
| 13 |   | danielle.goldstein@lacity.org |
|   |   | Michael Dundas (Bar No. 226930) |
| 14 |   | mike.dundas@lacity.org |
|   |   | **CITY ATTORNEY FOR THE CITY OF** |
| 15 |   | **LOS ANGELES** |
|   |   | 200 N. Main Street, 8th Floor |
| 16 |   | Los Angeles, CA 90012 |
|   |   | Telephone: 213.473.3231 |
| 17 |   | Facsimile: 213.978.8312 |
| 18 |   |   |
|   |   | *Attorneys for Plaintiff City of Los Angeles* |
| 19 |   |   |
| 20 | Dated: September 29, 2020 | By: /s/ Michael Mutalipassi |
|   |   | Christopher A. Callihan (Bar No. 203010) |
| 21 |   | legalwebmail@ci.salinas.ca.us |
|   |   | Michael Mutalipassi (Bar No. 274858) |
| 22 |   | michaelmu@ci.salinas.ca.us |
|   |   | **CITY OF SALINAS** |
| 23 |   | 200 Lincoln Avenue |
|   |   | Salinas, CA 93901 |
| 24 |   | Telephone: 831.758.7256 |
|   |   | Facsimile: 831.758.7257 |
| 25 |   |   |
|   |   | *Attorneys for Plaintiff City of Salinas* |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

| | | |
|---|---|---|
| Dated: September 29, 2020 | | By: */s/ Rafey S. Balabanian* |

Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (admitted *pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: September 29, 2020                    By: */s/ Donald R. Pongrace*
Donald R. Pongrace (admitted *pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian Community*

**ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 29, 2020

**LATHAM & WATKINS** LLP

By: /s/ Sadik Huseny
     Sadik Huseny