## Letter from Census Enumerator to The Court

████████████████████████████████████████

Tue 9/29/2020 5:46 PM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

To the Honorable Judge Koh:

I am an Enumerator for the 2020 Census and have worked Phase 1 and Phase 2 of NRFU Field Operations out of the San Francisco Field Office.

This afternoon on 9/29/20 I was told to return my equipment tomorrow, 9/30/20 as field operations are ending. In today's hearing, defense counsel argued that Ross/Census are operating against your orders in contingency to adhere to the 12/31 delivery date. In doing so and in practice, the Census is terminating enumerators which will make adhering to your Court's orders impractical considering the lengthy hiring and training process enumerators went through.

I ask this court to order the immediate stop of enumerator terminations and all NRFU related staff so there will be a mechanism to complete the Census to the extended date this court has already ordered.

Signed,

███████████████

Note: Please redact my name and email if this letter is added to the docket.