UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER FOR RESPONSE TO EMAILS** |

The parties shall file a response to the five emails that were filed at ECF Nos. 248, 249, 250, 252, and 254 by Wednesday, September 30 at noon Pacific Time.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_____
LUCY H. KOH
United States District Judge