### Re: Thank you and question

Wilbur Ross 

Mon 9/28/2020 5:12 PM

**To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>
**Cc:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Kelley, Karen (Federal) <KKelley@doc.gov>; Steven Dillingham (CENSUS/DEPDIR FED) <steven.dillingham@census.gov>; Walsh, Michael (Federal) <MWalsh@doc.gov>

Dear Ron, Thanks for the confirmation. Based on the staff recommendation I am extending the field operation toOctober 5. Best regards , Wilbur Ross

Sent from my iPhone

> On Sep 28, 2020, at 4:30 PM, Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov> wrote:
>
>
> Yes sir, we need to finish field work on 10/5 if we are to have enough time (and assuming all goes well) to finish the processing of the resident population, federally affiliated overseas and, if requested, unlawful aliens in ICE Detention Centers by 12/31.  Other PM related outputs would be pushed to 1/11/2021.
>
> Thanks
>
> _____
> **Ron S Jarmin, PhD.,** Deputy Director
>
> U.S. Census Bureau
> o: 301-763-1858  |  m: PII
> census.gov  |  @uscensusbureau
> **Shape your future. START HERE > 2020census.gov**
>
> _____
>
> **From:** Wilbur Ross PII >
> **Sent:** Monday, September 28, 2020 3:52 PM
> **To:** Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>
> **Cc:** Kelley, Karen (Federal) <KKelley@doc.gov>; Steven Dillingham (CENSUS/DEPDIR FED)

&lt;steven.dillingham@census.gov&gt;; Walsh, Michael (Federal) &lt;MWalsh@doc.gov&gt;
**Subject:** Thank you and question

Thank you for the excellent briefing this afternoon.  As I prepare to make the decision, I would like to make sure that I understood correctly that your team's opinion is that if we stay in the field beyond October 5, we would not be able to meet the statutory deadline of December 31.  Please confirm at your earliest convenience as I understand you would like to make an announcement today.  Thank you again.