## Please, there MUST be a Ruling before 09/30/2020 as Census 2020 Staff will be reduced after 09/30/2020 for MQAs

Tue 9/29/2020 6:37 PM

**To:** CAND LHKpo <lhkpo@cand.uscourts.gov>; CRD LHK <LHKCRD@cand.uscourts.gov>; Diane Miyashiro <Diane_Miyashiro@cand.uscourts.gov>

I am writing this anonymously please ...

Please, I must stay anonymous...

Mobile Questionnaire Assistance Is one of the projects the census is ending on Sept 30, 2020. MQAs were NOT extended until October 5, 2020. Technically we are employees up to October 3rd, 2020 but that is only to return our badges and electronics. There will be ZERO MQAs after September 30, 2020. On October 1, 2020 Census Response Representatives are already scheduled to proceed with their exit interviews.

These MQAs are staffed by Census Response Representatives and each CRR are specifically hired for the language skills that are needed in the area. We then specifically search for events in low response areas which are historically Hard To Count.

Also if the Census Bureau has a counter argument that they are allowing Internet Self Response continue until October 5, 2020 then that should include MQAs as MQAs are a sub operation of Internet Self Response.

https://www2.census.gov/programs-surveys/decennial/2020/program-management/2020-census-mobile-questionnaire-assistance-operation.pdf

https://www.census.gov/programs-surveys/decennial-census/2020-census/planning-management/2020-mqa-operation.html

The Census Bureau will work with partners across the United States, to identify key locations with prominent visibility in areas with low self-response rates. Possible locations include grocery stores and markets, houses of worship before and after services, community festivals, public transit hubs, libraries, community centers, and other locations where people naturally congregate. Initially, the MQA locations will be determined based on 2020 projected self-response rates. As households submit responses, real-time response rates will drive the MQA locations. Because this effort is not tied to specific physical locations, MQA staff can dynamically deploy to locations where they are most needed. MQA staff will help respondents answer questions and directly access the Census questionnaire on Census Bureau issued mobile devices in English, or in one of twelve non-English

languages, or call for assistance. In addition, MQA staff will also have language assistance guides for 59 non-English languages.