United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NATIONAL URBAN LEAGUE, et al.,

Plaintiffs,

v.

WILBUR L. ROSS, et al.,

Defendants.

Case No. 20-CV-05799-LHK

**ORDER FOR RESPONSE TO EMAIL**

The parties shall file a response to the email that was filed at ECF No. 257 by Wednesday, September 30 at 4:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_Lucy H. Koh_

LUCY H. KOH
United States District Judge