JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' RESPONSE TO THE COURT'S ORDER, ECF 238** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order dated September 30, 2020, ECF No. 238, Defendants respectfully submit the attached declaration of James T. Christy, which addresses the communications the Court has received.

Defendants understand the Court's concern regarding all the incoming communications, and take the complaints seriously. However, as Mr. Christy notes in his declaration, the effort required to address each of these communications has been substantial, and has detracted him and his staff from the immediate work of conducting census operations. Defendants therefore respectfully request that the Court consider the burden responding to these communications has imposed on Census Bureau staff, and adopt the Bureau's proposal that complaints be directed to the Commerce Department's Office of Inspector General rather than this Court. *See* Christy Decl. ¶ 21, ECF No. 244.

DATED: September 30, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
  (New York Bar No. 4918793)
M. ANDREW ZEE (SBN 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

DEFENDANTS' RESPONSE TO
THE COURT'S ORDER, ECF 238
Case No. 5:20-cv-05799-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV