LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Additional counsel and representation
information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO.  5:20-cv-05799-LHK <br><br> **PLAINTIFFS' RESPONSE TO ORDER FOR RESPONSE TO EMAILS (DKT. 238)** <br><br> Date:  TBD <br> Time:  TBD <br> Place:  Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

1   Plaintiffs submit this Response to the Court's Order for Response to Emails (Dkt. 238).
2   For the reasons set forth below, Plaintiffs believe that the emails the Court has received continue to
3   show that enumerators in the field, actually doing the counting, are not confident that the counts
4   are being done accurately, and are not being allowed to do the job they were hired to do.  In
5   addition, these Census employees' submissions raise the question of what it means when the
6   Bureau asserts that a count is 99% complete.  It appears that the employees discussing enumeration
7   would not agree that the count is 99% complete and accurate in their areas.

8       **A.     Mr. Nettle**

9   Mr. Nettle has been traveling around the Western U.S. at the behest of the Bureau to help
10   raise completion.  But he can see that cases are being left open in the areas he is being shuttled
11   from.  Defendants have still provided no reasoned explanation for why enumeration activities
12   should not continue through the end of October as under the COVID-19 Plan.  Mr. Nettle's
13   account again shows that Defendants are doing everything they can to check off as many
14   households as complete, seemingly to boost numbers everywhere above 99%, while sacrificing
15   accuracy and completeness.

16       **B.     Anonymous**

17   The Anonymous emailer is an enumerator in the Spokane District of Washington and, like
18   many others, reports that her supervisors are making "a large push" "to complete cases as quickly
19   as possible."  Anonymous reports "grave concerns on accuracy" because enumerators are being
20   told "to close down remaining cases by whatever means necessary."  Anonymous believes this will
21   lead to "cases prematurely or inaccurately handled when there appears to be time given to
22   completing our task."  Again, Anonymous' account shows that Defendants are prioritizing
23   completion rate, while sacrificing accuracy and completeness.

24       **C.     Mr. Pasqualini**

25   As Mr. Pasqualini explains, Mobile Questionnaire Assistance (MQA) goes to areas where
26   people congregate to help people complete the Census.  It is unclear if Mr. Pasqualini's reference
27   to October 5 is the same as the text message referred to by Mr. Christy, *see* Dkt. 234-1 ¶ 14, Dkt.
28   231, or something different.  But MQA is an important part of the enumeration process and there is

1   no reason why it should be terminated while NRFU field operations continue, as they should under

2   the Court's PI Order.  Plaintiffs have heard other reports confirming that MQA is being shut down

3   in various locations.

4   **D.     Ms. Cooley**

5   Ms. Cooley appears to be an enumerator in Indiana.  But she has not been given any work

6   to do for "approximately a month."  Plaintiffs are unaware of why a willing and able enumerator

7   would not be given work for a month, if that is Ms. Cooley's situation.  This again raises concerns

8   regarding Defendants' compliance with the Court's TRO Order and PI Order.

9

10   Dated: September 30, 2020                    LATHAM & WATKINS LLP

11                                               By:   /s/ Sadik Huseny
                                                       Sadik Huseny
12

13                                               Steven M. Bauer (Bar No. 135067)
                                                 steven.bauer@lw.com
14                                               Sadik Huseny (Bar No. 224659)
                                                 sadik.huseny@lw.com
15                                               Amit Makker (Bar No. 280747)
                                                 amit.makker@lw.com
16                                               Shannon D. Lankenau (Bar. No. 294263)
                                                 shannon.lankenau@lw.com
17                                               **LATHAM & WATKINS LLP**
                                                 505 Montgomery Street, Suite 2000
18                                               San Francisco, CA 94111
                                                 Telephone:  415.391.0600
19                                               Facsimile:  415.395.8095

20                                               Richard P. Bress (admitted *pro hac vice*)
                                                 rick.bress@lw.com
21                                               Melissa Arbus Sherry (admitted *pro hac vice*)
                                                 melissa.sherry@lw.com
22                                               Anne W. Robinson (admitted *pro hac vice*)
                                                 anne.robinson@lw.com
23                                               Tyce R. Walters (admitted *pro hac vice*)
                                                 tyce.walters@lw.com
24                                               Genevieve P. Hoffman (admitted *pro hac vice*)
                                                 genevieve.hoffman@lw.com
25                                               Gemma Donofrio (admitted *pro hac vice*)
                                                 gemma.donofrio@lw.com
26                                               **LATHAM & WATKINS LLP**
                                                 555 Eleventh Street NW, Suite 1000
27                                               Washington, D.C. 20004
                                                 Telephone:  202.637.2200
28                                               Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League;
League of Women Voters; Black Alliance for
Just Immigration; Harris County, Texas; King
County, Washington; City of San Jose,
California; Rodney Ellis; Adrian Garcia; and
the NAACP*

Dated: September 30, 2020

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice* forthcoming)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (admitted *pro hac vice*)
erosenberg@lawyerscommittee.org
Dorian L. Spence (*pro hac vice* forthcoming)
dspence@lawyerscommittee.org
Maryum Jordan (*pro hac vice* forthcoming)
mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommitee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just*

1    Immigration; Rodney Ellis; Adrian Garcia; the
     NAACP; and Navajo Nation

2

3    Mark Rosenbaum (Bar No. 59940)
     mrosenbaum@publiccounsel.org
     **PUBLIC COUNSEL**
4    610 South Ardmore Avenue
     Los Angeles, California 90005
5    Telephone:  213.385.2977
     Facsimile:  213.385.9089
6

7    *Attorneys for Plaintiff City of San Jose*

8    Doreen McPaul, Attorney General
     dmcpaul@nndoj.org
9    Jason Searle (*pro hac vice* forthcoming)
     jasearle@nndoj.org
10   **NAVAJO NATION DEPARTMENT OF**
     **JUSTICE**
11   P.O. Box 2010
     Window Rock, AZ 86515
12   Telephone: (928) 871-6345

13   *Attorneys for Navajo Nation*

14

Dated: September 30, 2020       By: /s/ Danielle Goldstein
15                              Michael N. Feuer (Bar No. 111529)
                                mike.feuer@lacity.org
16                              Kathleen Kenealy (Bar No. 212289)
                                kathleen.kenealy@lacity.org
17                              Danielle Goldstein (Bar No. 257486)
                                danielle.goldstein@lacity.org
18                              Michael Dundas (Bar No. 226930)
                                mike.dundas@lacity.org
19                              **CITY ATTORNEY FOR THE CITY OF**
                                **LOS ANGELES**
20                              200 N. Main Street, 8th Floor
                                Los Angeles, CA 90012
21                              Telephone: 213.473.3231
                                Facsimile: 213.978.8312
22

23                              *Attorneys for Plaintiff City of Los Angeles*

24
Dated: September 30, 2020       By: /s/ Michael Mutalipassi
25                              Christopher A. Callihan (Bar No. 203010)
                                legalwebmail@ci.salinas.ca.us
26                              Michael Mutalipassi (Bar No. 274858)
                                michaelmu@ci.salinas.ca.us
27                              **CITY OF SALINAS**
                                200 Lincoln Avenue
28                              Salinas, CA 93901

Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

Dated: September 30, 2020

By: */s/ Rafey S. Balabanian*
Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (admitted *pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE
CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: September 30, 2020

By: */s/ Donald R. Pongrace*
Donald R. Pongrace (admitted *pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian
Community*

1
2
3
4

## **ATTESTATION**

5
6
7
8

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this

document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred

in this filing.

9

Dated: September 30, 2020                                 **LATHAM & WATKINS LLP**

10
11

By: _/s/ Sadik Huseny_____
                    Sadik Huseny

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28