JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>Defendants. | Case No. 5:20-cv-05799-LHK<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDERS, ECF 255, ECF 258, AND ECF 263** |

1  Pursuant to the Court's Orders, ECF 255, ECF 258, and ECF 263, Defendants respectfully

2  submit the attached declaration of James T. Christy, which addresses the communications the

3  Court has received.

4  This declaration is the seventh Mr. Christy has submitted in this matter addressing

5  questions or communications.  As each of those declarations has detailed, the communications

6  received by the Court do not reflect any violation of the Temporary Restraining Order or

7  Preliminary Injunction; rather, those communications reflect either misunderstandings of Census

8  Bureau operations or individual personnel disputes.  Defendants will continue to comply with any

9  Court order to address future communications.  However, as Mr. Christy described in the

10  declaration submitted earlier today, ECF 260-1, responding to these communications has already

11  "detracted significantly from [his] duties as the Assistant Director for Field Operations at the U.S.

12  Census Bureau, and [his] ability to monitor key operations" of the census.  Christy Decl. ¶ 15, ECF

13  No. 260-1.  Indeed, Mr. Christy estimates that, prior to the latest set of responses, he and his staff

14  "devoted over 100 staff hours to research the[] complaints," which has involved "confirming

15  locations, progress numbers, status of employment, interviewing staff through the Nation and

16  producing documentation."  *Id.* ¶ 14.  Respectfully, this burden is unsustainable.

17  Defendants believe that a more appropriate (and more efficient) course would be to direct

18  any future communications or complaints to the Commerce Department's Office of Inspector

19  General.  *See* Christy Decl. ¶ 21, ECF No. 244.  Plaintiffs are also free to address concerns that

20  they may have with regard to these communications in an appropriate motion, but the Court should

21  not require seriatim responses.

22
23
24
25
26
27
28

DEFENDANTS' RESPONSE TO THE COURT'S
ORDERS, ECF 255, ECF 258, AND ECF 263
Case No. 5:20-cv-05799-LHK

1

DATED:  September 30, 2020

Respectfully submitted,

2

3

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

4

5

ALEXANDER K. HAAS
Branch Director

6

7

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

8

9

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
   (New York Bar No. 4918793)
M. ANDREW ZEE (SBN 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

10

11

12

13

14

15

*Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 30th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV