LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* forthcoming)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**PLAINTIFFS' RESPONSE TO ORDER FOR RESPONSE TO EMAILS (DKT. 255)**<br><br>Date:　TBD<br>Time:　TBD<br>Place:　Courtroom 8<br>Judge:　Hon. Lucy H. Koh |

Plaintiffs submit this Response to the Court's Order for Response to Emails (Dkt. 255). For the reasons set forth below, Plaintiffs believe that the emails and evidence the Court has received continue to show that Defendants are circumventing the Court's PI Order and are trying to obtain percent complete levels to say they have completed enumeration without regard for the accuracy of the enumeration. These Census employees' submissions again raise the question of what it means when the Bureau asserts that a count is 99% complete. It appears that the employees discussing enumeration would not agree that the count is 99% complete and accurate in their areas.

### A.   Mr. Hautamaki (Dkt. 248)

Mr. Hautamaki reports that operations in two counties in Maryland will be "wrapping up" today, despite the Court's PI Order staying the September 30 deadline imposed by the Replan. As of last night, according to the Bureau's website, the Baltimore ACO is at 91.5% NRFU completion, while the Hanover ACO, which Prince George's county appears under, is at 96.1% NRFU completion. Maryland overall is at 99.0% completion according to the Bureau's numbers last night. Thus, Mr. Hautamaki's account shows that Defendants are claiming completion by hitting 99.0%, despite what must be thousands of housing units being uncounted. The censushardtocountmaps2020.us website shows that Baltimore has many tracts at the sub-40% response level, as of last night. This artificial deadline, supported by no reasoned decisionmaking, is leaving many in Maryland uncounted.

### B.   Anonymous (Dkt. 254)

This Anonymous emailer is in the San Francisco Field Office. Similar to Mr. Hautamaki's situation, as of last night, according to the Bureau's website, the San Francisco ACO is at 97.5% NRFU completion, while California overall is at 99.2%. Even in San Francisco, according to the censushardtocountmaps2020.us website, there are tracts at sub-50% level.

Anonymous also reiterates what the Court is aware of from Mr. Fontenot. In Mr. Fontenot's words, "It is difficult to bring back field staff once we have terminated their employment." Dkt. 81-1, Fontenot Decl. ¶ 98. Anonymous highlights part of Defendants' plan: ignore the Court's PI Order under the guise of a "contingency," but reach a point where further enumeration cannot happen. Defendants' will point to 99% completion, without providing any

explanation as to the decreased accuracy of the count due to their continual actions to ignore the Court's orders, and how the country will be affected.

### C.   Mr. Costa (Dkt. 252)

Mr. Costa notes that there much work to do in the Las Vegas area and Nevada generally, "[e]specially in the minority population." Instead of methodically getting complete and accurate counts, enumerators "are being pressure[d] by the Supervisors to close cases quickly, if not at all accurately." Mr. Costa's account again shows that Defendants prioritizing completion rate, while sacrificing accuracy and completeness, despite no reasoned decisionmaking as to why they would do that.

### D.   Anonymous (Dkt. 249)

The Anonymous emailer states that in the last 4 weeks, "an estimated nearly 2 million households" have self-responded to the Census. As Defendants announced on September 28, 2020, all counting operations, NRFU and self-response, are targeted to conclude on October 5, 2020. As Anonymous notes, allowing counting to continue furthers "the interest of a full and accurate count," something that Defendants should be striving to fulfill, yet seem determined not to let happen.

### E.   Mr. Boka (Dkt. 250)

Aside from working for the Bureau, it is unclear from Mr. Boka's account what his role has been. Much of Mr. Boka's statement does not seem directly related to Census operations.

Dated: September 30, 2020

LATHAM & WATKINS LLP

By:  /s/ Sadik Huseny
    Sadik Huseny

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000

| | |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Telephone: 415.391.0600<br>Facsimile: 415.395.8095 |
| 3 | Richard P. Bress (admitted *pro hac vice*) |
| 4 | rick.bress@lw.com<br>Melissa Arbus Sherry (admitted *pro hac vice*) |
| 5 | melissa.sherry@lw.com<br>Anne W. Robinson (admitted *pro hac vice*) |
| 6 | anne.robinson@lw.com<br>Tyce R. Walters (admitted *pro hac vice*) |
| 7 | tyce.walters@lw.com<br>Genevieve P. Hoffman (admitted *pro hac vice*) |
| 8 | genevieve.hoffman@lw.com<br>Gemma Donofrio (admitted *pro hac vice*) |
| 9 | gemma.donofrio@lw.com<br>**LATHAM & WATKINS LLP** |
| 10 | 555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004 |
| 11 | Telephone: 202.637.2200<br>Facsimile: 202.637.2201 |
| 12 | *Attorneys for Plaintiffs National Urban League;* |
| 13 | *League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King* |
| 14 | *County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and* |
| 15 | *the NAACP* |
| 16 | Dated: September 30, 2020     By: /s/ Jon M. Greenbaum<br>Kristen Clarke (*pro hac vice* forthcoming) |
| 17 | kclarke@lawyerscommittee.org<br>Jon M. Greenbaum (Bar No. 166733) |
| 18 | jgreenbaum@lawyerscommittee.org<br>Ezra D. Rosenberg (admitted *pro hac vice*) |
| 19 | erosenberg@lawyerscommittee.org<br>Dorian L. Spence (*pro hac vice* forthcoming) |
| 20 | dspence@lawyerscommittee.org<br>Maryum Jordan (*pro hac vice* forthcoming) |
| 21 | mjordan@lawyerscommittee.org<br>Ajay Saini (admitted *pro hac vice*) |
| 22 | asaini@lawyerscommitee.org<br>Pooja Chaudhuri (Bar No. 314847) |
| 23 | pchaudhuri@lawyerscommittee.org<br>**LAWYERS' COMMITTEE FOR CIVIL** |
| 24 | **RIGHTS UNDER LAW** |
| 25 | 1500 K Street NW, Suite 900<br>Washington, DC 20005 |
| 26 | Telephone: 202.662.8600<br>Facsimile: 202.783.0857 |
| 27 | |
| 28 | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County,* |

| | |
|---|---|
| 1 | *Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |
| 2 | |
| 3 | |
| 4 | Wendy R. Weiser (admitted *pro hac vice*)<br>weiserw@brennan.law.nyu.edu |
| 5 | Thomas P. Wolf (admitted *pro hac vice*)<br>wolft@brennan.law.nyu.edu |
| 6 | Kelly M. Percival (admitted *pro hac vice*)<br>percivalk@brennan.law.nyu.edu |
| 7 | **BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750 |
| 8 | New York, NY 10271<br>Telephone: 646.292.8310 |
| 9 | Facsimile: 212.463.7308 |
| 10 | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |
| 11 | |
| 12 | |
| 13 | |
| 14 | Mark Rosenbaum (Bar No. 59940)<br>mrosenbaum@publiccounsel.org |
| 15 | **PUBLIC COUNSEL** |
| 16 | 610 South Ardmore Avenue<br>Los Angeles, California 90005 |
| 17 | Telephone:  213.385.2977<br>Facsimile:  213.385.9089 |
| 18 | |
| 19 | *Attorneys for Plaintiff City of San Jose* |
| 20 | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org |
| 21 | Jason Searle (*pro hac vice* forthcoming)<br>jasearle@nndoj.org |
| 22 | **NAVAJO NATION DEPARTMENT OF JUSTICE** |
| 23 | P.O. Box 2010<br>Window Rock, AZ 86515 |
| 24 | Telephone: (928) 871-6345 |
| 25 | *Attorneys for Navajo Nation* |
| 26 | Dated: September 30, 2020      By: /s/ Danielle Goldstein |
| 27 | Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org |
| 28 | Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org |

|   |   |   |
|---|---|---|
| | | Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: September 30, 2020 | | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |
| Dated: September 30, 2020 | | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com<br>**EDELSON P.C.**<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (admitted *pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 30, 2020 | By: /s/ Donald R. Pongrace |
| | | Donald R. Pongrace (admitted *pro hac vice*) |
| 3 | | dpongrace@akingump.com |
| | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 4 | | 2001 K St., N.W. |
| 5 | | Washington, D.C. 20006 |
| | | Telephone: (202) 887-4000 |
| 6 | | Facsimile: 202-887-4288 |
| 7 | | Dario J. Frommer (Bar No. 161248) |
| | | dfrommer@akingump.com |
| 8 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 9 | | 1999 Avenue of the Stars, Suite 600 |
| | | Los Angeles, CA  90067-6022 |
| 10 | | Phone:  213.254.1270 |
| | | Fax: 310.229.1001 |
| 11 | | |
| 12 | | *Attorneys for Plaintiff Gila River Indian Community* |
| 13 | | |
| | Dated: September 30, 2020 | By: /s/ David I. Holtzman |
| 14 | | David I. Holtzman (Bar No. 299287) |
| | | David.Holtzman@hklaw.com |
| 15 | | **HOLLAND & KNIGHT LLP** |
| | | Daniel P. Kappes |
| 16 | | Jacqueline N. Harvey |
| 17 | | 50 California Street, 28th Floor |
| | | San Francisco, CA 94111 |
| 18 | | Telephone: (415) 743-6970 |
| | | Fax: (415) 743-6910 |
| 19 | | |
| 20 | | *Attorneys for Plaintiff County of Los Angeles* |

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: September 30, 2020                                **LATHAM & WATKINS** LLP

By:   /s/ Sadik Huseny
        Sadik Huseny