UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | Case No. 20-CV-05799-LHK |
| Plaintiffs, | **ORDER FOR RESPONSE TO EMAIL** |
| v. | |
| WILBUR L. ROSS, et al., | |
| Defendants. | |

The parties shall file a response to the email that was filed at ECF No. 268 by Wednesday, September 30 at 6:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 30, 2020

_____
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-05799-LHK
ORDER FOR RESPONSE TO EMAIL