## Census compliance issues in nul v Ross 5:20-cv-05799

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Wed 9/30/2020 1:04 PM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

📎 2 attachments (10 MB)
signal-2020-09-30-145213.jpg; signal-2020-09-30-145213-1.jpg;

To the Honorable Judge Koh,

I am a 2020 census enumerator and I think it is important to share with the court that this morning September 30th, I received a message from my census supervisor instructing us that enumeration for our zone, Zone 6 is ending TODAY, Sept 30th, with other zones ending by October 6 "according to the latest federal court ruling".

That seems to be in stark contrast to my understanding of your latest ruling in this case so I felt the need to share.

Please do not share my name, email address or other identifying information as I fear retaliation for sharing this information with the court.

Thank you.



**2:51 PM**

.ıll AT&T LTE                95% ▬

JE E E E D E

10 People >

Today 8:47 AM

Calvin Dreger

Good Morning Team!
Happy pay day, I mean
Wednesday.
    If you didn't tune in to our
zoom call last night you missed
a lot of important information.
    I will try and do a quick
recap.
    First, Chicago has said our
last day to enumerate ZONE 6,
our zone, is today 9/30. The
Census enumeration will go
through October 6, according
to the latest Federal court
ruling.  We ARE NOT OUT OF A
JOB. Census will keep us on
their payroll. Soooo, this means
we may do some traveling.
Those on the zoom call
yesterday asked to travel to
other parts of Illinois.  One

Text Message

10 People >

JOB. Census will keep us on their payroll. Soooo, this means we may do some traveling. Those on the zoom call yesterday asked to travel to other parts of Illinois.  One asked also for Iowa.

I will have more information after today's supervisor conference call at 3 pm and will share it with you.  Census is not laying anyone off at this time. Zone 6 is at 99%. Central Illinois is tops in the state. We kicked Chicago's butt by a couple of percentage points good job zone 6!

I'll update you with more info later today.

Take care and be safe out there today.

Thank you,
Calvin.

CD