UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | Case No. 20-CV-05799-LHK |
| Plaintiffs, | **ORDER FOR RESPONSE TO EMAILS** |
| v. | |
| WILBUR L. ROSS, et al., | |
| Defendants. | |

The parties shall file a response to the emails filed at ECF Nos. 270, 271, 272, and 273 by Wednesday, September 30 at 8:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: September 30, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge