LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* pending)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' RESPONSE TO ORDER FOR RESPONSE TO EMAILS (DKTS. 258, 263, 269)** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

1    Plaintiffs submit this Response to the Court's Orders for Response to Email (Dkts. 258, 263, 268). For the reasons set forth below, Plaintiffs believe that the emails and evidence the Court has received continue to show that Defendants are circumventing the Court's PI Order.

**A.    Mr. Harkins (Dkt. 262)**

Mr. Harkins, an enumerator in the Santa Rosa ACO—an area that has been hit by fires with numerous households subject to evacuation orders—identifies "17000 homes remaining in the region to be counted," yet his office plans "to wrap things up by Sep. 30th, not Oct. 5th." According to the Bureau's website as of today, the Santa Rosa ACO is at 94.7% NRFU completion, while California is at 99.4%. Like others, Mr. Harkins' account demonstrates that Defendants' will point to 99% completion at the state level, without providing any explanation as to the decreased accuracy of the count at the local level.

As Mr. Christy notes, the Bureau is hampered by the fires in that region and are "follow[ing] the guidance of local officials." Dkt. 266-1 ¶ 17. Because of the imminent October 5 deadline, it is almost certain that non-direct enumeration will occur, such as telephone calls, proxies, or administrative records. *See id.* But with so many displaced, the Bureau may have to "rely on imputation." *Id.* Indeed, according to Mr. Christy, this will happen nationwide, and not just where there are natural disasters. *See* Dkt. 260-1 ¶ 13. Mr. Christy is confirming what Plaintiffs' experts said would happen when Plaintiffs filed their preliminary injunction motion.

As the Court is aware from these detailed expert declarations, these second-best methods have a profound effect on immigrants and minorities—the hard to count populations. *See, e.g.*, Dkt. 36-2, Thompson Decl. ¶ 22 ("As I noted above, it is very likely that the Census Bureau will have to rely more on proxy enumeration and whole person imputation tha[n] in previous censuses. While this will be a particular problem for the hard-to-count areas, these less accurate enumeration methods will also most likely be used more across the board in the 2020 Census relative to previous censuses. In addition to the increased use of proxy enumeration, as I discussed above, employing a higher level of administrative records and whole person imputation will result in lower quality than would have been achieved through direct in-person contact."); Dkt. 36-3, Hillygus Decl. ¶ 23 (describing that "use of administrative records can worsen the differential

1  undercount"), ¶ 38 (describing "lower quality thresholds" and "household size being
2  underestimated by a proxy respondent or imputation procedure").  Moreover, in areas of natural
3  disaster, there will be "less data the Bureau has about housing units in a given geography," making
4  it "more difficult . . . for the Bureau to correctly impute households."  Dkt. 36-4, Louis Decl. ¶ 22.

5   Defendants addressed none of this in their efforts to rush to finish counting so that
6  apportionment numbers can be delivered by the Court's enjoined deadline of December 31, 2020.

7  **B.  Anonymous (Dkt. 268)**

8   The anonymous emailer provides an account of the Bureau's failure to perform appropriate
9  Group Quarters and Service Based Enumeration for those experiencing homelessness in the
10 emailer's area.  While Plaintiffs are not sure, in what may have been a violation of the Court's
11 TRO, Anonymous states that timing for Service Based Enumeration was "cut short" as was "the
12 time to canvass for areas where those experiencing homelessness may be temporarily living
13 outdoors."  Anonymous appears to have compared the 2010 numbers to current numbers and sees
14 that their "county alone had a decrease by close to 85% of locations."  "Due to the timeline being
15 cut short and the directive not to canvass during enumeration night, it was not possible to obtain
16 anything close to complete data."  Anonymous also recounts for the Court the importance of each
17 little bit of counting to funding for various localities.

18 **C.  Anonymous (Dkt. 257)**

19   Like a previous concerned Bureau employee (*see* Dkt. 238), this anonymous emailer
20 explains the importance of Mobile Questionnaire Assistance (MQA) and the special skills that the
21 people hired to perform MQA have.  Mr. Christy has declared that shutting down MQA is phased
22 with shutting down data collection activities.  Dkt. 260-1 ¶ 7.  There is no reason MQA should be
23 terminated while self-response and NRFU field operations continue, as they should under the
24 Court's PI Order.

| | | |
|---|---|---|
| 1 | Dated: September 30, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Richard P. Bress (admitted *pro hac vice*)
rick.bress@lw.com
Melissa Arbus Sherry (admitted *pro hac vice*)
melissa.sherry@lw.com
Anne W. Robinson (admitted *pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (admitted *pro hac vice*)
tyce.walters@lw.com
Genevieve P. Hoffman (admitted *pro hac vice*)
genevieve.hoffman@lw.com
Gemma Donofrio (admitted *pro hac vice*)
gemma.donofrio@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

Dated: September 30, 2020

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice* pending)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (admitted *pro hac vice*)
erosenberg@lawyerscommittee.org
Dorian L. Spence (*pro hac vice* forthcoming)
dspence@lawyerscommittee.org
Maryum Jordan (*pro hac vice* forthcoming)

mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice* forthcoming)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: September 30, 2020

By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: September 30, 2020

By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 30, 2020 | By: /s/ Rafey S. Balabanian |
| | | Rafey S. Balabanian (Bar No. 315962) |
| 3 | | rbalabanian@edelson.com |
| | | Lily E. Hough (Bar No. 315277) |
| 4 | | lhough@edelson.com |
| | | **EDELSON P.C.** |
| 5 | | 123 Townsend Street, Suite 100 |
| | | San Francisco, CA 94107 |
| 6 | | Telephone: 415.212.9300 |
| | | Facsimile: 415.373.9435 |
| 7 | | |
| | | Rebecca Hirsch (admitted *pro hac vice*) |
| 8 | | rebecca.hirsch2@cityofchicago.org |
| | | **CORPORATION COUNSEL FOR THE** |
| 9 | | **CITY OF CHICAGO** |
| | | Mark A. Flessner |
| 10 | | Stephen J. Kane |
| | | 121 N. LaSalle Street, Room 600 |
| 11 | | Chicago, IL 60602 |
| | | Telephone: (312) 744-8143 |
| 12 | | Facsimile: (312) 744-5185 |
| 13 | | |
| | | *Attorneys for Plaintiff City of Chicago* |
| 14 | | |
| | Dated: September 30, 2020 | By: /s/ Donald R. Pongrace |
| 15 | | Donald R. Pongrace (admitted *pro hac vice*) |
| | | dpongrace@akingump.com |
| 16 | | **AKIN GUMP STRAUSS HAUER & FELD** |
| | | **LLP** |
| 17 | | 2001 K St., N.W. |
| | | Washington, D.C. 20006 |
| 18 | | Telephone: (202) 887-4000 |
| | | Facsimile: 202-887-4288 |
| 19 | | |
| | | Dario J. Frommer (Bar No. 161248) |
| 20 | | dfrommer@akingump.com |
| | | **AKIN GUMP STRAUSS HAUER & FELD** |
| 21 | | **LLP** |
| | | 1999 Avenue of the Stars, Suite 600 |
| 22 | | Los Angeles, CA  90067-6022 |
| | | Phone:  213.254.1270 |
| 23 | | Fax: 310.229.1001 |
| 24 | | |
| | | *Attorneys for Plaintiff Gila River Indian* |
| 25 | | *Community* |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated: September 30, 2020 | By: */s/ David I. Holtzman*<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

| | |
|---|---|
| Dated: September 30, 2020 | **LATHAM & WATKINS** LLP<br><br>By: */s/ Sadik Huseny*<br>     Sadik Huseny |