LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* pending)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation
information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER PENDING RULING ON PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

1    As the Court knows, two minutes prior to the start of the Court's September 28 hearing, the

2    Census Bureau tweeted that "[t]he Department of Commerce has announced a target date of

3    October 5, 2020 to conclude the 2020 Census self-response and field data collection operations."

4    @USCensusBureau, https://twitter.com/uscensusbureau/status/1310685274104569856.

5    For the reasons set forth in Plaintiffs' Statement In Advance of the September 29 Hearing

6    (Dkt. 243), and for the reasons discussed at the September 29, 2020 hearing, Plaintiffs believe that

7    this announcement and other materials before the Court show that Defendants have been

8    implementing and continue to implement the shortened timelines from the Replan in violation of

9    the Court's Order Granting Plaintiffs' Motion for Stay and Preliminary Injunction ("PI Order")

10   (Dkt. 208).  Plaintiffs have now filed a Motion to Compel and for Sanctions which lays out these

11   violations in greater detail and which will be briefed on an expedited schedule and heard before the

12   Court at 3:00 PM this Friday, October 2.  But Plaintiffs are concerned that there is a critical two-

13   day window between now and October 2 where Defendants will continue to wind down or alter

14   Census operations, or otherwise engage in closeout proceedings, including but not limited to

15   termination of various Census field personnel.  Those actions, pegged to Defendants' current

16   October 5 field operations "target date" which, in turn, is predicated on Defendants continuing to

17   implement the December 31, 2020 Replan date enjoined by the Court, are happening now and

18   threaten severe irreparable injury.  As a result, Plaintiffs file this separate motion requesting a short

19   TRO to preserve the status quo—that is, the dates set out in the COVID-19 plan—until the Court

20   rules on Plaintiffs' Motion to Compel and for Sanctions.  As the Ninth Circuit put it in denying the

21   Bureau's Motion for Administrative Stay, "[g]iven the extraordinary importance of the census, it is

22   imperative that the Bureau conduct the census in a manner that is most likely to produce a

23   workable report in which the public can have confidence."  Dkt. 277 at 7-8.

24   Plaintiffs have made numerous submissions regarding the severe irreparable injury faced

25   by Plaintiffs and the nation should Defendants be allowed to truncate and prematurely wind up

26   Census field operations—and the Court has agreed, granting Plaintiffs' initial TRO, granting an

27   extended TRO when Defendants failed to comply with the Court's orders, and ultimately granting

28   Plaintiffs' Motion for a Stay and Preliminary Injunction ("PI Order").  *See* Dkt. Nos. 84, 142, 208.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

The Court also stated at the September 29 hearing that it believed, based on the evidence before it at that time, that Defendants are currently in violation of the Court's PI Order:

> From what I can see of what I've looked at, the Defendants are implementing that December 31st deadline by creating this target date of October 5th, and I think that's been enjoined. And I think a target date for data collection that is predicated on an enjoined date is a violation of my order.

9/29 Tr. at 31:7-12. Thus, Plaintiffs believe that all of the elements necessary for a temporary restraining order have already been definitively established. But three additional points bear specific mention.

*First*, the statements made by Defendants at the September 29 hearing demonstrate that Defendants do not see the Court's PI Order as limiting in any sense their ability to alter or wind-down field operations now in connection with their announced October 5 "target date." This is because Defendants feel they should be allowed to terminate such operations now, notwithstanding the Court's orders, ostensibly as "contingency planning" should (as Defendants hope) the Court's order later be overturned. Defendants were perfectly clear:

> Our position is that contingency planning for something that might happen in the future is not a violation of this Order. So I'll make that perfectly clear. Contingency planning for the reimposition of the December 31st date, which is a very real possibility and it's something that the Commerce Department has to think about, is not a violation of the order.

9/29 Tr. at 31:25-32:5. This is astonishingly wrong. A contingency plan is just that—contingent. Thus, it would only operate if a predicate were met. Defendants have stated that the October 5 date, put in place to meet the enjoined date of December 31, 2020—is their *actual* plan right now; it is not contingent on anything. Defendants' statement about "contingency planning" means that they have unilaterally decided to make *compliance with the Court's PI Order the contingency plan*. That they cannot do. But it makes clear that Defendants have no intention of voluntarily coming into compliance with this Court's order before Friday's hearing.

*Second*, yesterday evening Defendants submitted an unredacted document that shows Plaintiffs were right to worry that Defendants' one-sentence tweet and press release meant a continuation of the truncated timelines enjoined by the Court. As the Court knows, Defendants mentioned nothing about the enjoined December 31, 2020 deadline when sending out their message about the new "target date" to end field operations. And as highlighted above, the Court

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

1   flagged that its review of materials before it indicated that Defendants were "implementing that

2   December 31st deadline by creating this target date of October 5th, and I think that's been

3   enjoined."  9/29 Tr. at 31:8-10.  The redacted and now unredacted email exchange with the

4   Secretary of Commerce is stark:

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| On Sep 28, 2020, at 4:30 PM, Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov> wrote:<br><br>Yes sir, we need to finish field work on 10/5 if we are to have enough time (and assuming all goes well) to finish the processing of the resident population, federally affiliated overseas and, ▮▮▮ ██████████████<br><br>Thanks<br><br>Ron S Jarmin, PhD., Deputy Director<br><br>U.S. Census Bureau<br>o: 301-763-1858  \|  m: ▮▮<br>census.gov  \|  @uscensusbureau<br>Shape your future. START HERE > 2020census.gov<br><br>From: Wilbur Ross ▮▮ ><br>Sent: Monday, September 28, 2020 3:52 PM<br>To: Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov><br>Cc: Kelley, Karen (Federal) <KKelley@doc.gov>; Steven Dillingham (CENSUS/DEPDIR FED)<br><br>ook.office365.com/mail/search/id/AAMkADUzMmZjZmE2LTJkMGUtNDhiYi... 9 | On Sep 28, 2020, at 4:30 PM, Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov> wrote:<br><br>Yes sir, we need to finish field work on 10/5 if we are to have enough time (and assuming all goes well) to finish the processing of the resident population, federally affiliated overseas and, if requested, unlawful aliens in ICE Detention Centers by 12/31.  Other PM related outputs would be pushed to 1/11/2021.<br><br>Thanks<br><br>Ron S Jarmin, PhD., Deputy Director<br><br>U.S. Census Bureau<br>o: 301-763-1858  \|  m: ▮▮<br>census.gov  \|  @uscensusbureau<br>Shape your future. START HERE > 2020census.gov<br><br>From: Wilbur Ross ▮▮ ><br>Sent: Monday, September 28, 2020 3:52 PM<br>To: Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov><br>Cc: Kelley, Karen (Federal) <KKelley@doc.gov>; Steven Dillingham (CENSUS/DEPDIR FED)<br><br>ook.office365.com/mail/search/id/AAMkADUzMmZjZmE2LTJkMGUtNDhiYi... 9 |

Case 5:20-cv-05799-LHK   Document 233   Filed 09/30/20   Page 153 of 153

| | |
|---|---|
| <steven.dillingham@census.gov>; Walsh, Michael (Federal) <MWalsh@doc.gov><br>Subject: Thank you and question<br><br>Thank you for the excellent briefing this afternoon.  As I prepare to make the decision, I would like to make sure that I understood correctly that your team's opinion is that ▮▮▮ ██████████<br>██████  Please confirm at your earliest convenience as I understand ▮▮▮<br>████  Thank you again. | <steven.dillingham@census.gov>; Walsh, Michael (Federal) <MWalsh@doc.gov><br>Subject: Thank you and question<br><br>Thank you for the excellent briefing this afternoon.  As I prepare to make the decision, I would like to make sure that I understood correctly that your team's opinion is that if we stay in the field beyond October 5, we would not be able to meet the statutory deadline of December 31.  Please confirm at your earliest convenience as I understand you would like to make an announcement today.  Thank you again. |

23   *Compare* Dkt. 233 at 152-53 *with* Dkt. 256-1 at 1-2.   Ending field operations early so that

24   Defendants can implement the Replan's December 31 deadline plainly violates the Court's order.

25   *Third*, it cannot now be disputed that Defendants have failed to fully and adequately

26   notify their employees of the Court's prior orders in this case.  As set forth in Plaintiffs' Motion

27   to Compel and for Sanctions, Defendants' outreach and notification regarding the Court's TRO,

28   TRO extension, and PI Order was focused at the manager level, and as far as Plaintiffs are aware,

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

there was no follow-up and no confirmation or indication that the message was actually disseminated to all Census employees.  *See* Dkt. 265 at 3-5.  The Court began to receive first a trickle and then a flood of emails and filings from Census employees complaining, among other things, that they were not being told about the Court's Orders, and that the Census Bureau was not in compliance.  *See, e.g.*, Dkt Nos. 100, 214, 220, 221, 222, 229, 230, 231, 235, 238, 248, 249, 250, 252, 254, 257, 262, 268, 270, 271, 272, 273, 276.  Yet, in marked contrast to how Defendants chose to disseminate this Court's orders, Defendants widely broadcast their new October 5 "target date" with great precision.  Just hours after the tweet, Mr. Christy "instructed staff to send a text message to *all* Decennial field staff (Enumerators and CFSs) that read:

> A federal district court issued a preliminary injunction on 9/24. The Census Bureau is complying with the Court's Order which moves the finishing date for NRFU operations after September 30. The Secretary announced today that NRFU operations will finish on October 5. We will post updated guidance on the content locker.

Dkt. 234 (Christy Decl. ¶ 14).  As far as Plaintiffs are aware, despite the discussion at the September 29 hearing, Defendants have done nothing to retract their text telling all Census field staff that data collection "will" end on October 5.[1]

*     *     *

In light of the foregoing, Plaintiffs respectively request that the Court issue a TRO enjoining Defendants from any actions that are a result of or related to (1) the Replan's enjoined December 31, 2020 date for reporting the tabulation of the total population to the President, or (2) any data collection or data processing timelines that are shorter than those contained in the COVID-19 Plan.  Plaintiffs also respectfully request that, in light of Defendants' demonstrated failure to adequately notify all of their employees of the Court's Orders, the Court direct Defendants to issue a new text message to all of their employees notifying them of the Court's ruling, stating that the October 5 date is not operative, and stating that field data collection operations remain ongoing—and provide a copy of that text to the Court once sent.

---

[1] In addition, as noted in Plaintiffs' Motion to Compel and for Sanctions, if the October 5 date is not enjoined, personnel may deem households to be "complete" through the use of much-less-accurate methods of enumeration in order to meet the October 5 deadline—creating the misleading impression that an accurate enumeration has already been met.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

1

2   Dated: September 30, 2020                    LATHAM & WATKINS LLP

3                                                By:   /s/ Sadik Huseny
                                                       Sadik Huseny
4

5                                                Steven M. Bauer (Bar No. 135067)
                                                 steven.bauer@lw.com
6                                                Sadik Huseny (Bar No. 224659)
                                                 sadik.huseny@lw.com
7                                                Amit Makker (Bar No. 280747)
                                                 amit.makker@lw.com
8                                                Shannon D. Lankenau (Bar. No. 294263)
                                                 shannon.lankenau@lw.com
9                                                **LATHAM & WATKINS** LLP
                                                 505 Montgomery Street, Suite 2000
10                                               San Francisco, CA 94111
                                                 Telephone:  415.391.0600
11                                               Facsimile:  415.395.8095

12                                               Richard P. Bress (admitted *pro hac vice*)
                                                 rick.bress@lw.com
13                                               Melissa Arbus Sherry (admitted *pro hac vice*)
                                                 melissa.sherry@lw.com
14                                               Anne W. Robinson (admitted *pro hac vice*)
                                                 anne.robinson@lw.com
15                                               Tyce R. Walters (admitted *pro hac vice*)
                                                 tyce.walters@lw.com
16                                               Genevieve P. Hoffman (admitted *pro hac vice*)
                                                 genevieve.hoffman@lw.com
17                                               Gemma Donofrio (admitted *pro hac vice*)
                                                 gemma.donofrio@lw.com
18                                               **LATHAM & WATKINS** LLP
                                                 555 Eleventh Street NW, Suite 1000
19                                               Washington, D.C. 20004
                                                 Telephone:  202.637.2200
20                                               Facsimile:  202.637.2201

21                                               *Attorneys for Plaintiffs National Urban League;*
                                                 *League of Women Voters; Black Alliance for*
22                                               *Just Immigration; Harris County, Texas; King*
                                                 *County, Washington; City of San Jose,*
23                                               *California; Rodney Ellis; Adrian Garcia; and*
                                                 *the NAACP*

24   Dated: September 30, 2020                   By: /s/ Jon M. Greenbaum
25                                               Kristen Clarke (*pro hac vice* pending)
                                                 kclarke@lawyerscommittee.org
26                                               Jon M. Greenbaum (Bar No. 166733)
                                                 jgreenbaum@lawyerscommittee.org
27                                               Ezra D. Rosenberg (admitted *pro hac vice*)
                                                 erosenberg@lawyerscommittee.org
28                                               Dorian L. Spence (*pro hac vice* forthcoming)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

dspence@lawyerscommittee.org
Maryum Jordan (*pro hac vice* forthcoming)
mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolf@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (admitted *pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF
JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: September 30, 2020      By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF
LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: September 30, 2020      By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

1

Dated: September 30, 2020

By: */s/ Rafey S. Balabanian*
Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (admitted *pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE
CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: September 30, 2020

By: */s/ Donald R. Pongrace*
Donald R. Pongrace (admitted *pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD
LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian
Community*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
PLTFS.' MOTION FOR TRO PENDING RULING ON
PLAINTIFFS' MTC AND FOR SANCTIONS

1

Dated: September 30, 2020

2
By: */s/ David I. Holtzman*
David I. Holtzman (Bar No. 299287)
3
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
4
Daniel P. Kappes
Jacqueline N. Harvey
5
50 California Street, 28th Floor
San Francisco, CA 94111
6
Telephone: (415) 743-6970
Fax: (415) 743-6910
7

8
*Attorneys for Plaintiff County of Los Angeles*

9

10
## **ATTESTATION**

11
I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this

12
document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred

13
in this filing.

14

15
Dated: September 30, 2020

**LATHAM & WATKINS** LLP

16
By: */s/ Sadik Huseny*
Sadik Huseny

17

18

19

20

21

22

23

24

25

26

27

28