| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Richard P. Bress (*pro hac vice*)<br>    rick.bress@lw.com<br>  Melissa Arbus Sherry (*pro hac vice*)<br>    melissa.sherry@lw.com<br>  Anne W. Robinson (*pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (*pro hac vice*)<br>    tyce.walters@lw.com<br>  Genevieve P. Hoffman (*pro hac vice*)<br>    genevieve.hoffman@lw.com<br>  Gemma Donofrio (*pro hac vice*)<br>    gemma.donofrio@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice* pending)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (admitted *pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Dorian L. Spence (*pro hac vice*<br>  forthcoming)<br>    dspence@lawyerscommittee.org<br>  Ajay P. Saini (admitted *pro hac vice*)<br>    asaini@lawyerscommittee.org<br>  Maryum Jordan (Bar No. 325447)<br>    mjordan@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Additional counsel and representation information listed in docket* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                            Plaintiffs,<br>    v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                            Defendants. | Case No. 5:20-cv-05799-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER PENDING RULING ON PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS**<br><br>Date:  TBD<br>Time:  TBD<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
[PROPOSED] ORDER GRANTING MOTION FOR
TRO PENDING PLTFS' MTC AND FOR SANCTIONS

**[PROPOSED] ORDER**

This matter comes before the Court on the motion for a temporary restraining order ("Motion") filed by Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of Los Angeles, California; City of Salinas, California; City of San Jose, California; Rodney Ellis; Adrian Garcia; the NAACP; Navajo Nation; City of Chicago, Illinois; County of Los Angeles, California; and Gila River Indian Community (collectively, "Plaintiffs"). Having considered the motion and the papers submitted, Plaintiffs' Motion is GRANTED.

Plaintiffs have demonstrated a likelihood of success on the merits of their claims that Defendants have been implementing and continue to implement the shortened timelines from the Replan in violation of the Court's Order Granting Plaintiffs' Motion for Stay and Preliminary Injunction ("PI Order") (Dkt. 208). Plaintiffs have also demonstrated, through numerous submissions, the severe irreparable injury faced by Plaintiffs and the nation should Defendants be allowed to truncate and prematurely wind up Census field operations—and the Court agrees. *See* Dkt. Nos. 84, 142, 208. The Court also finds that the balance of equities tips in Plaintiffs' favor. An inaccurate Census will cause harm to Plaintiffs for the next decade, and this outweighs any unquantified costs and burdens to Defendants. No security is required.

IT IS HEREBY ORDERED THAT, effective as of the date of this Order, Defendants are enjoined from any actions that are a result of or related to (1) the Replan's enjoined December 31, 2020 date for reporting the tabulation of the total population to the President, or (2) any data collection or data processing timelines that are shorter than those contained in the COVID-19 Plan. Moreover, Defendants shall issue a new text message to all of their employees notifying them of the Court's ruling, stating that the October 5 date is not operative, and stating that field data collection operations remain ongoing—and Defendants shall provide a copy of that text to the Court once sent.

This restraining order and all supporting papers have been served on Defendants through the Court's ECF system.

1  Dated: _____

3
4                                                    _____
                                                     HONORABLE LUCY H. KOH
5                                                    UNITED STATES DISTRICT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    CASE NO. 5:20-CV-05799-LHK
     [PROPOSED] ORDER GRANTING MOTION FOR
     TRO PENDING PLTFS' MTC AND FOR SANCTIONS