UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: OPPOSITION TO TEMPORARY RESTRAINING ORDER** |

Defendants shall file a response, if any, to Plaintiffs' Motion for Temporary Restraining Order Pending Ruling on Plaintiffs' Motion to Compel and for Sanctions by Thursday, October 1 at 8:00 a.m. Pacific Time/11:00 a.m. Eastern Time.

**IT IS SO ORDERED.**

Dated: September 30, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge