
LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice* pending)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' RESPONSE TO ORDER FOR RESPONSE TO EMAILS (DKT. 274)** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

1  Plaintiffs submit this Response to the Court's Order for Response to Emails (Dkt. 274).
2  For the reasons set forth below, Plaintiffs believe that the emails and evidence the Court has
3  received continue to show that Defendants may be circumventing the Court's PI Order.
4  Anonymous (Dkt. 272) raises an October 6 date for the first time, which Defendants are in the best
5  position to explain.

6  **A.    Anonymous (Dkt. 272)**

7  This anonymous emailer describes that his zone was closed out today.  Plaintiffs are unable
8  to determine exactly where Anonymous is enumerating other than in the Midwest.  At any rate,
9  Defendants should not be accelerating completion activities to meet the enjoined December 31,
10 2020 deadline.
11 The text message Anonymous received indicates that "Census enumeration will go through
12 October 6, according to the latest Federal court ruling."  This is the first Plaintiffs have heard of an
13 October 6 date, and are unsure what ruling is being referred to.  Defendants are in the best position
14 to explain the direction the anonymous enumerator received.

15 **B.    Mr. Smith (Dkt. 273)**

16 Mr. Smith expresses concern that enumeration activities have stopped in the Las Vegas
17 area.  As noted, Defendants should not be accelerating completion activities to meet the enjoined
18 December 31, 2020 deadline.  Mr. Smith also expresses concern that the Bureau may have
19 provided an improper justification for not enumerating homeless populations in Nevada.
20 Defendants are in the best position to address this direction.

21 **C.    Ms. Rice (Dkt. 271)**

22 Ms. Rice raises concerns regarding "intentional undercount POC, Elderly, Disabled, Low
23 income and Single parent families."  Ms. Rice describes a Multi-Unit "module" or "tool" that is
24 not being used in the field.  Plaintiffs are unfamiliar at this time with the "module" or "tool"
25 referred to, and whether there was a plan to use the tool that has been circumvented.  Plaintiffs
26 understand that manager visits are to be conducted for multiunit buildings, *see, e.g.*, Dkt. 37-15 at
27 ECF pp. 27, 47-49, but Ms. Rice does not appear to be stating that such manager visits were not
28 occurring.

Ms. Rice also appears to have been terminated while the Court's TRO was in effect. It is unclear what reason was given for Ms. Rice's termination, but the date of her termination may implicate a violation of the Court's TRO.

### D. Mr. Pun (Dkt. 270)

Like other enumerators, Mr. Pun raises concerns about "what standard they use" to mark a household completed, but does not provide details about what methods have been used. Mr. Pun also raises concerns regarding the homeless counts as well, suggesting that enumeration of those populations is not being performed in a thorough and accurate manner.

Dated: September 30, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
Sadik Huseny

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Richard P. Bress (admitted *pro hac vice*)
rick.bress@lw.com
Melissa Arbus Sherry (admitted *pro hac vice*)
melissa.sherry@lw.com
Anne W. Robinson (admitted *pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (admitted *pro hac vice*)
tyce.walters@lw.com
Genevieve P. Hoffman (admitted *pro hac vice*)
genevieve.hoffman@lw.com
Gemma Donofrio (admitted *pro hac vice*)
gemma.donofrio@lw.com

| | |
|---|---|
| | **LATHAM & WATKINS** LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:  202.637.2200<br>Facsimile:  202.637.2201<br><br>*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| Dated: September 30, 2020 | By: /s/ Jon M. Greenbaum<br>Kristen Clarke (*pro hac vice* pending)<br>kclarke@lawyerscommittee.org<br>Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org<br>Ezra D. Rosenberg (admitted *pro hac vice*)<br>erosenberg@lawyerscommittee.org<br>Dorian L. Spence (*pro hac vice* forthcoming)<br>dspence@lawyerscommittee.org<br>Maryum Jordan (*pro hac vice* forthcoming)<br>mjordan@lawyerscommittee.org<br>Ajay Saini (admitted *pro hac vice*)<br>asaini@lawyerscommitee.org<br>Pooja Chaudhuri (Bar No. 314847)<br>pchaudhuri@lawyerscommittee.org<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone:  202.662.8600<br>Facsimile:  202.783.0857<br><br>*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*<br><br>Wendy R. Weiser (admitted *pro hac vice*)<br>weiserw@brennan.law.nyu.edu<br>Thomas P. Wolf (admitted *pro hac vice*)<br>wolft@brennan.law.nyu.edu<br>Kelly M. Percival (admitted *pro hac vice*)<br>percivalk@brennan.law.nyu.edu<br>**BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>Telephone: 646.292.8310 |

Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: 213.385.2977
Facsimile: 213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice* forthcoming)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

| Dated: September 30, 2020 | By: /s/ Danielle Goldstein |
|---|---|
| | Michael N. Feuer (Bar No. 111529) |
| | mike.feuer@lacity.org |
| | Kathleen Kenealy (Bar No. 212289) |
| | kathleen.kenealy@lacity.org |
| | Danielle Goldstein (Bar No. 257486) |
| | danielle.goldstein@lacity.org |
| | Michael Dundas (Bar No. 226930) |
| | mike.dundas@lacity.org |
| | **CITY ATTORNEY FOR THE CITY OF LOS ANGELES** |
| | 200 N. Main Street, 8th Floor |
| | Los Angeles, CA 90012 |
| | Telephone: 213.473.3231 |
| | Facsimile: 213.978.8312 |

*Attorneys for Plaintiff City of Los Angeles*

| Dated: September 30, 2020 | By: /s/ Michael Mutalipassi |
|---|---|
| | Christopher A. Callihan (Bar No. 203010) |

|   |   |   |
|---|---|---|
| 1 |  | legalwebmail@ci.salinas.ca.us |
| 2 |  | Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us |
| 3 |  | **CITY OF SALINAS**<br>200 Lincoln Avenue |
| 4 |  | Salinas, CA 93901<br>Telephone: 831.758.7256 |
| 5 |  | Facsimile: 831.758.7257 |
| 6 |  | *Attorneys for Plaintiff City of Salinas* |
| 7 | Dated: September 30, 2020 | By: /s/ Rafey S. Balabanian |
|   |  | Rafey S. Balabanian (Bar No. 315962) |
| 8 |  | rbalabanian@edelson.com |
|   |  | Lily E. Hough (Bar No. 315277) |
| 9 |  | lhough@edelson.com |
| 10 |  | **EDELSON P.C.**<br>123 Townsend Street, Suite 100 |
| 11 |  | San Francisco, CA 94107<br>Telephone: 415.212.9300 |
| 12 |  | Facsimile: 415.373.9435 |
| 13 |  | Rebecca Hirsch (admitted *pro hac vice*) |
|   |  | rebecca.hirsch2@cityofchicago.org |
| 14 |  | **CORPORATION COUNSEL FOR THE** |
|   |  | **CITY OF CHICAGO** |
| 15 |  | Mark A. Flessner |
|   |  | Stephen J. Kane |
| 16 |  | 121 N. LaSalle Street, Room 600 |
|   |  | Chicago, IL 60602 |
| 17 |  | Telephone: (312) 744-8143 |
| 18 |  | Facsimile: (312) 744-5185 |
| 19 |  | *Attorneys for Plaintiff City of Chicago* |
| 20 | Dated: September 30, 2020 | By: /s/ Donald R. Pongrace |
|   |  | Donald R. Pongrace (admitted *pro hac vice*) |
| 21 |  | dpongrace@akingump.com |
|   |  | **AKIN GUMP STRAUSS HAUER & FELD** |
| 22 |  | **LLP** |
| 23 |  | 2001 K St., N.W.<br>Washington, D.C. 20006 |
| 24 |  | Telephone: (202) 887-4000<br>Facsimile: 202-887-4288 |

|   |   |
|---|---|
|   | Dario J. Frommer (Bar No. 161248)<br>dfrommer@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA  90067-6022<br>Phone:  213.254.1270<br>Fax: 310.229.1001<br><br>*Attorneys for Plaintiff Gila River Indian Community* |
| Dated: September 30, 2020 | By: /s/ David I. Holtzman<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

### **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

| | |
|---|---|
| Dated: September 30, 2020 | **LATHAM & WATKINS** LLP<br><br>By: /s/ Sadik Huseny<br>     Sadik Huseny |