JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' RESPONSE TO THE COURT'S ORDER, ECF No. 274** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

1  Pursuant to the Court's Order, ECF 274, Defendants respectfully submit the attached
2  declaration of James T. Christy, which addresses the communications the Court has received.

3  This declaration is the ninth Mr. Christy has submitted in this matter addressing questions
4  or communications. As each of those declarations has detailed, the communications received by
5  the Court do not reflect any violation of the Temporary Restraining Order or Preliminary
6  Injunction; rather, those communications reflect either misunderstandings of Census Bureau
7  operations or individual personnel disputes. Defendants will continue to comply with any Court
8  order to address future communications. However, as Mr. Christy described in the declaration
9  submitted earlier today, ECF 260-1, responding to these communications has already "detracted
10  significantly from [his] duties as the Assistant Director for Field Operations at the U.S. Census
11  Bureau, and [his] ability to monitor key operations" of the census. Christy Decl. ¶ 15, ECF No.
12  260-1. Indeed, Mr. Christy estimates that, prior to the latest set of responses, he and his staff
13  "devoted over 100 staff hours to research the[] complaints," which has involved "confirming
14  locations, progress numbers, status of employment, interviewing staff through the Nation and
15  producing documentation." *Id.* ¶ 14. Respectfully, this burden is unsustainable.

16  Defendants believe that a more appropriate (and more efficient) course would be to direct
17  any future communications or complaints to the Commerce Department's Office of Inspector
18  General. *See* Christy Decl. ¶ 21, ECF No. 244. Plaintiffs are also free to address concerns that
19  they may have with regard to these communications in an appropriate motion, as they have already
20  done, but the Court should not require further seriatim responses.

21
22
23
24
25
26
27
28

DEFENDANTS' RESPONSE TO THE COURT'S
ORDER, ECF 274
Case No. 5:20-cv-05799-LHK

1

| | |
|---|---|
| DATED:  September 30, 2020 | Respectfully submitted, |
| | |
| | JEFFREY BOSSERT CLARK |
| | Acting Assistant Attorney General |
| | |
| | ALEXANDER K. HAAS |
| | Branch Director |
| | |
| | DIANE KELLEHER |
| | BRAD P. ROSENBERG |
| | Assistant Branch Directors |
| | |
| | */s/ M. Andrew Zee* |
| | M. ANDREW ZEE (SBN 272510) |
| | ALEXANDER V. SVERDLOV |
| |    (New York Bar No. 4918793) |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Division - Federal Programs Branch |
| | 450 Golden Gate Ave., Room 7-5395 |
| | San Francisco, CA 94102 |
| | Telephone: (415) 436-6646 |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ M. Andrew Zee*
M. ANDREW ZEE