## RE: Message from Wilber Ross to enumerators delivered this evening

**Jeff Williams** <mbt42837@gmail.com>

Thu 10/1/2020 11:01 AM

**To:** Jeff Williams <mbt42837@hotmail.com>; Diane Miyashiro <Diane_Miyashiro@cand.uscourts.gov>; CRD LHK <LHKCRD@cand.uscourts.gov>

Hello,

I'm an enumerator in Los Angeles, and the nearly 98% census completion figure is not accurate from my or other enumerators case load prospective. They have put at the top of the caseload cue the tough cases to be re-enumerated, but as one works through the first eight or so of those cases, one comes upon numerous cases that have never before been enumerated. Not to mention the homeless population that could not possibly be enumerated in the one night dedicated to enumerating said population.

Sincerely,
Jeff Williams


Sent from my what's it


-------- Original message --------
From: Jeff Williams <mbt42837@hotmail.com>
Date: 9/28/20 10:18 PM (GMT-08:00)
To: diane_miyashiro@cand.uscourts.gov
Subject: Message from Wilber Ross to enumerators delivered this evening

Hello,

In light of Judge Koh's order regarding the census enumeration period, I think that this message to enumerators from Secretary Ross may be in violation of her order.

Sincerely Yours,
Jeff Williams
   Image


Sent from my what'sit