United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NATIONAL URBAN LEAGUE, et al.,

Plaintiffs,

v.

WILBUR L. ROSS, et al.,

Defendants.

Case No. 20-CV-05799-LHK

**ORDER COMPELLING DEFENDANTS' RESPONSE**

The below email and attachment were sent to the Court's proposed order inbox. The Court reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket.

The Court is disturbed that the photo of the text of a Census Bureau supervisor instructs the enumerator as follows: "We need to start closing as many cases as possible. So, regardless of what happens on any of your cases make one of these selections so we can get rid of cases." The Court orders Defendants to respond to the enumerator's allegations by Friday, October 2, 2020 at 8 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: October 2, 2020

Lucy H. Koh

LUCY H. KOH
United States District Judge

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//



Paul Rael <paul.rael@gmail.com>
Fri 10/2/2020 12:49 PM
To: CAND LHKpo; Diane Miyashiro; Questions CA09Operation
Cc: media info

4 attachments (8 MB) Download all Save all to OneDrive - Administrative Office of the U.S. Courts

I'm an enumerator in southern Colorado, regional census site code # 3156. In the portrait orientation pic, my supervisor just sent our team this message about "getting rid of" as many cases as possible in the coming days. We have a mandatory conference call tonight with the Houston office but we don't know what they'll tell us yet.

The landscape orientation pic is of FDC, our census enumerating software. All those blue bubbles are the open cases I have on my specific case list for today only, excluding any Personally Identifiable Information. The last pic is my Census badge.

--

**F. Paul Rael**
**719.482.0096**

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

3

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE

United States District Court
Northern District of California



United States District Court
Northern District of California

AT&T
1:22 PM
100%
AL
My team
AL
me on my personal cell.
ways you can close
Complete
Complete By Proxy
Delete-Verified
Demolished
Does Not Exist
Empty Mobile Home Site
FV Other
FV Unverified
FV Verified
Max Attempts
Max Attempts w/ Pop.
Nonresidential
Nothing Known
Other-Not Eligible
Proxy No Info
Self-Response
Sufficient Partial
Sufficient Partial By Proxy
Uninhabitable
Vacant By Proxy
Vacant-Verified
We need to start closing as many cases as possible. So, regardless of what happens on any of your cases make one of these selections so we can get rid of cases
iMessage

4

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS’ RESPONSE



United States District Court
Northern District of California

U.S. Department of Commerce
BUREAU OF CENSUS
F PAUL RAEL
Expiration Date 02/15/2021
0743337

5

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE

United States District Court
Northern District of California

U.S. Department of Commerce
BUREAU OF CENSUS
F PAUL RAEL
BUREAU OF THE CENSUS
Expiration Date 02/15/2021
0743337

6

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE

United States District Court
Northern District of California