JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>Defendants. | Case No. 5:20-cv-05799-LHK<br><br>**DECLARATION OF JAMES T. CHRISTY** |

I, James T. Christy, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. This is my tenth declaration in this lawsuit. I am making this declaration in response to Court Order ECF 288.
2. On Friday, October 2, 2020, at 3:30pm Eastern time, Dale Kelly, Chief of Field Division, issued a Memorandum to All Staff in the Field Division via e-mail, which includes all staff in all Regional Offices. That memorandum states: "As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. See attached for a copy of the Court's orders." Attached to the Memorandum were copies of ECF 208 and ECF 288. A copy of the Memorandum is included as Exhibit 1 to this declaration.
3. On Friday, October 2, I instructed staff to send a text message to all Decennial field staff (Enumerators and CFSs). This text message began to be transmitted to devices starting at 3:52pm Eastern time on October 2, 2020. That text message states: "As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. For a copy of the court orders, check the Content Locker." Court orders ECF 208 and ECF 288 were placed in the Content Locker, a shared folder which can be accessed by Decennial field staff on their government-provided device. Images showing the text message and the Court Orders on a Census-provided enumerator iPhone are included as Exhibit 2 to this declaration. The same text message will be transmitted again at 12:00am on October 3, 2020.

4. To ensure delivery to all Census staff, the Regional Directors forwarded Division Chief Kelly's email to their staff as well. Copies of those emails from each of the six Regional Directors are included as Exhibit 3 to this declaration

I have read the foregoing and it is all true and correct.

DATED this _2nd_ day of October, 2020

James Christy Digitally signed by James Christy Date: 2020.10.02 18:10:33 -04'00'

James T. Christy

Assistant Director for Field Operations

United States Bureau of the Census

# Exhibit 1

## IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>

Fri 10/2/2020 3:30 PM


3 attachments (1 MB)

288 - Order re Clarification and Compliance.pdf; 208 - ORDER GRANTING PRELIMINARY INJUNCTION (1).pdf; Oct 2 - Memo From Dale Kelly.pdf;

**Guidance for Census Bureau Employees**

A federal district court for the Northern District of California issued a Clarification of Stay and Preliminary Injunction in the case of the National Urban League v. Ross, No. 20-cv-05799.

As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. See attached for a copy of the Court's orders.

DIST: FLD All Staff List

**Dale Kelly,** Chief
Field Division
U.S. Census Bureau
O: 301-763-6937 / M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov




October 2, 2020

MEMORANDUM FOR All Decennial Staff

From: Dale Kelly

Chief, Field Division

Subject: Update to 2020 Census Schedule

As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. See attached for a copy of the Court's orders.

Exhibit 2


AT&T
4:13 PM
74%
Messages (1)
1 of 1
MESSAGE DETAILS
Console Message
Oct 2, 2020
As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. For a copy of the court orders, check the Content Locker.
ACTION
Delete
Mark as Unread




AT&T 74%

4:13

Friday, October 2




now

As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work dili...




NRFU-P

Press home to unlock

IF LOST PLEASE CONTACT CENSUS AT 855-236-2020


AT&T
4:13 PM
74%
This Device
Messages (1)
Edit
All
Unread
Read
As a result of court orders, the October 5, 2020 target date is not operative, an...
Oct 2, 2020 at 4:13 PM
Alerts
You have 1 unread messages
Cancel
View


AT&T
4:14 PM
74%
Home
New
Recent
NEW
208 - ORDER GRANTING PRELIMINARY INJUNCTION...
PDF • 10/2/20 • 1.0 • 749.88 KB
NEW
288 - Order re Clarification and Compliance posted 2OCT20
PDF • 10/2/20 • 1.0 • 283.81 KB
NEW
Census-Opinion-on-PI
PDF • 9/29/20 • 1.0 • 785.14 KB



Exhibit 3

# Fwd: IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

George Grandy Jr(CENSUS/AT FED) <george.grandy.jr@2020census.gov>

Fri 10/2/2020 3:46 PM

**To: ATRCC All Staff List (CENSUS/ OTHER) < PII @2020census.gov>; ATRCC All ACO Staff List < PII @2020census.gov>**

**Cc:** Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>; James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>

6 attachments (1 MB)

288 - Order re Clarification and Compliance.pdf; ATT00001.htm; 208 - ORDER GRANTING PRELIMINARY INJUNCTION (1).pdf; ATT00002.htm; Oct 2 - Memo From Dale Kelly.pdf; ATT00003.htm;

Please see attached memo from Dale Kelly, Chief, Field Division

**Guidance for Census Bureau Employees**

A federal district court for the Northern District of California issued a Clarification of Stay and Preliminary Injunction in the case of the National Urban League v. Ross, No. 20-cv-05799.

As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. See attached for a copy of the Court's orders.

DIST: FLD All Staff List

**Dale Kelly,** Chief
Field Division
U.S. Census Bureau
O: 301-763-6937 / M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

# Fwd: IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

Marilyn A Sanders (CENSUS/CG FED) <Marilyn.A.Sanders@2020census.gov>
Fri 10/2/2020 3:47 PM

6 attachments (1 MB)

288 - Order re Clarification and Compliance.pdf; ATT00001.htm; 208 - ORDER GRANTING PRELIMINARY INJUNCTION (1).pdf; ATT00002.htm; Oct 2 - Memo From Dale Kelly.pdf; ATT00003.htm;

Please see attached memo from Dale Kelly, Chief
Field Division

***Marilyn A. Sanders***
***Regional Director,Chicago***
Field Division
U.S. Census Bureau
o: 312-579-1502 m: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >**2020census.gov

Begin forwarded message:

**From:** "Dale C Kelly (CENSUS/FLD FED)" <Dale.C.Kelly@census.gov>
**Date:** October 2, 2020 at 2:30:01 PM CDT
**Subject: IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS**

**Guidance for Census Bureau Employees**

A federal district court for the Northern District of California issued a Clarification of Stay and Preliminary Injunction in the case of the National Urban League v. Ross, No. 20-cv-05799.

As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. See attached for a copy of the Court's orders.

DIST: FLD All Staff List

**Dale Kelly,** Chief
Field Division
U.S. Census Bureau
O: 301-763-6937 / M: PII

census.gov | @uscensusbureau

**Shape your future. START HERE >** 2020census.gov

# Fw: IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

Cathy Lynn Lacy (CENSUS/DN FED) <cathy.lynn.lacy@2020census.gov>
Fri 10/2/2020 2:14 PM
**Bcc: DARCC All ACO Staff List** PII **@2020census.gov>**

3 attachments (1 MB)

288 - Order re Clarification and Compliance.pdf; 208 - ORDER GRANTING PRELIMINARY INJUNCTION (1).pdf; Oct 2 - Memo From Dale Kelly.pdf;

Please see the a ached memo from Dale Kelly, Chief, Field Division.

**Cathy L. Lacy**
Regional Director
Denver Regional Office and the Dallas Regional Census Center
U.S. Census Bureau

Office 720.962.3702
Cell PII
Fax 303.969.6777
Cathy.lynn.lacy@census.gov

census.gov
Connect with us on Social Media

---

**From:** Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>
**Sent:** Friday, October 2, 2020 1:29 PM
**Subject:** IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

**Guidance for Census Bureau Employees**

A federal district court for the Northern District of California issued a Clarificaon of St ay and Preliminary Injuncon in the c ase of the Naonal Urban League v . Ross, No. 20-cv-05799.

As a result of court orders, the October 5, 2020 target date is not operav e, and data collecon operaons will c onnue thr ough October 31, 2020. Employees should connue t o work diligently and enumerate as many people as possible. Contact your supervisor with any quesons. See a ached for a copy of the Court's orders.

DIST: FLD All Staff List

**Dale Kelly,** Chief
Field Division

U.S. Census Bureau
O: 301-763-6937 / M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

# Fw: IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

Julie A Lam (CENSUS/LA FED) <julie.a.lam@2020census.gov>

Fri 10/2/2020 4:03 PM

**To:** Julie A Lam (CENSUS/LA FED) <julie.a.lam@2020census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>

3 attachments (1 MB)

288 - Order re Clarification and Compliance.pdf; 208 - ORDER GRANTING PRELIMINARY INJUNCTION (1).pdf; Oct 2 - Memo From Dale Kelly.pdf;

Please see the attached memo from Dale Kelly, Chief, Field Division.

Distribution list: LARCC ALL ACO STAFF LIST

**Julie A. Lam,** Regional Director
Los Angeles Region, U.S. Census Bureau
Office 818.267.1700 julie.a.lam@census.gov
census.gov Connect with us on Social Media

---

**From:** Julie A Lam (CENSUS/LA FED) <julie.a.lam@2020census.gov>
**Sent:** Friday, October 2, 2020 12:34 PM
**To:** Julie A Lam (CENSUS/LA FED) <julie.a.lam@2020census.gov>
**Cc:** LARCC Area Managers List PII @2020census.gov>; LARCC ARCM List < PII :@2020census.gov>; Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>
**Subject:** Fw: IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

Please see the attached memo from Dale Kelly, Chief, Field Division.

Distribution list: LARCC ACOM LIST, LARCC LCFM LIST, LARCC RT LIST, LARCC CFM LIST, LARCC DFQM/QA LIST, LARCC ALL Staff List

**Julie A. Lam,** Regional Director
Los Angeles Region, U.S. Census Bureau
Office 818.267.1700 julie.a.lam@census.gov
census.gov Connect with us on Social Media

---

**From:** Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>
**Sent:** Friday, October 2, 2020 12:12 PM

**To:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Subject:** IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

**Guidance for Census Bureau Employees**

A federal district court for the Northern District of California issued a Clarification of Stay and Preliminary Injunction in the case of the National Urban League v. Ross, No. 20-cv-05799.

As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. Contact your supervisor with any questions. See attached for a copy of the Court's orders.

DIST: All Regional Directors, Deputy Regional Directors, Assistant Regional Directors, Assistant Regional Census Managers, Area Managers, Coordinators, Assistant Division Chiefs

**Dale Kelly,** Chief
Field Division
U.S. Census Bureau
O: 301-763-6937 / M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

# Fw: IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

Jeff T Behler (CENSUS/NY FED) <jeff.t.behler@2020census.gov>

Fri 10/2/2020 4:02 PM

**Bcc: NYRCC All Staff List < PII @2020census.gov>; NYRO All Staff List (CENSUS/ OTHER) PII @census.gov>; NYRO All Field Staff PII @census.gov>; NYRCC All ACO Mgmt List PII @2020census.gov>; NYRCC All ACO Staff List < PII @2020census.gov>**

3 attachments (1 MB)

288 - Order re Clarification and Compliance.pdf; 208 - ORDER GRANTING PRELIMINARY INJUNCTION (1).pdf; Oct 2 - Memo From Dale Kelly.pdf;

**To: NYRCC All Staff List, NYRO All Staff List, NYRO All Field Staff, NYRCC All ACO Mgmt List, NYRCC All ACO Staff List**

Please see the a ached memo from Dale Kelly, Chief, Field Division.

______________________

**Jeff T. Behler**, Regional Director
New York Region
U.S. Census Bureau
O: 212-882-2101 | M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

---

**From:** Dale C Kelly (CENSUS/FLD FED) <Dale.C.Kelly@census.gov>
**Sent:** Friday, October 2, 2020 3:29 PM
**Subject:** IMPORTANT INFORMATION RELATED TO CENSUS BUREAU'S COMPLIANCE WITH FEDERAL COURT ORDERS

**Guidance for Census Bureau Employees**

A federal district court for the Northern District of California issued a Clarificaon of St ay and Preliminary Injuncon in the c ase of the Naonal Urban League v . Ross, No. 20-cv-05799.

As a result of court orders, the October 5, 2020 target date is not operav e, and data collecon operaons will c onnue thr ough October 31, 2020. Employees should connue t o work diligently and enumerate as many people as possible. Contact your supervisor with any quesons. See a ached for a copy of the Court's orders.

DIST: FLD All Staff List

**Dale Kelly,** Chief
Field Division
U.S. Census Bureau
O: 301-763-6937 / M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov

# Fw: Important Information Related To "Census Bureau's Compliance" With The Federal Court Orders

Fernando E Armstrong (CENSUS/PH FED) <fernando.e.armstrong@2020census.gov>

Fri 10/2/2020 4:35 PM

**To:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>

3 attachments (1 MB)

288 - Order re Clarification and Compliance.pdf; Oct 2 - Memo From Dale Kelly.pdf; 208 - ORDER GRANTING PRELIMINARY INJUNCTION (1).pdf;

FYI

---

**From:** Michelle E Archer (CENSUS/PH FED) <michelle.e.archer@2020census.gov>
**Sent:** Friday, October 2, 2020 4:18 PM
**To:** PHRCC All ACO Staff List < PII @2020census.gov>
**Cc:** PHRCC All ACO Mgmt List < PII @2020census.gov>; PHRCC All Staff List (CENSUS/ OTHER) < PII @2020census.gov>
**Subject:** Important Information Related To "Census Bureau's Compliance" With The Federal Court Orders

**Attention: FLD All ACO Staff List**

**Date Issued: Friday, October 2, 2020 Management Services Branch**

**Guidance For Census Bureau Employees**

A federal district court for the Northern District of California issued a Clarification of Stay and Preliminary Injunction in the case of the National Urban League v. Ross, No. 20-cv-05799. As a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through **October 31, 2020**.

**Employees should continue to work diligently and enumerate as many people as possible.**

Contact your supervisor with any questions. See attached for a copy of the Court's orders and a message from Dale Kelly, Chief, Field Division.

Thank you,

Michelle Archer

**Michelle Archer,** Assistant Regional Census Manager
Philadelphia Regional Census Center
U.S. Census Bureau
O: 267-780-2271 | M: PII
census.gov | @uscensusbureau
**Shape your future. START HERE >** 2020census.gov