UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br>　　　　　Plaintiffs, <br><br>　　　v. <br><br>WILBUR L. ROSS, et al., <br><br>　　　　　Defendants. | Case No. 20-CV-05799-LHK <br><br>**ORDER COMPELLING DEFENDANTS' RESPONSE** |

　　　The below emails were sent to the Court's proposed order inbox. The Court reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket. The Court orders Defendants to respond to these emails by Monday, October 5, 2020 at 11 a.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: October 2, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE

> **Brad Epperley** <brad.s.epperley@gmail.com>
> Fri 10/2/2020 3:21 PM
> To: CRD LHK; Diane Miyashiro; CAND LHKpo
>
> Judge Koh et al.,
>
> My name is Brad Epperley. I am an enumerator for the U.S. Census Bureau currently working in Tulsa, Oklahoma. I have kept abreast of all the legal back-and-forth with the 2020 Census, including your ruling today that the Bureau is supposed to send out a text to every one of us about continuing operations through October 31st.
>
> I received the following two texts from my Census Field Supervisor at 4:53 p.m. CST today:
>
> **Census will continue til 10/31 as of now!**
> Upper Management is reviewing case history, hours available to work and your completed cases based on your peers. All of these factors will be taken in to count and some enumerators will be let go. I'll know this as we proceed and the only info I'll be able to share is that your services are no longer needed. As of now, no one from my team has been removed but things will likely change over the next days and weeks.
>
> Thanks again for all your hard work.
>
> Also, please remember to always wear your mask!!!!
>
> Mark
>
> and
>
> Some decisions to let some go will be based solely on availability and the amount of travel required. Once I notify you, we need to arrange pick up of equipment within 48hrs if possible.
>
> I have not read your ruling from today, but what I took from the articles I have read tell me that this is not in accordance with your order. I may be wrong and, if so, please excuse me. If not, feel free to contact me at this email address or ▓▓▓▓▓▓ if you need any further information from me.
>
> Thank you for supporting an accurate and complete census.
>
> Best regards,
> Brad Epperley

> Loren Stanton <stanton.ak@gmail.com>
> Fri 10/2/2020 4:08 PM
> To: CAND LHKpo
>
> The Honorable Judge Koh:
>
> I am a 2020 Census Field Supervisor in Ketchikan, Alaska.
>
> As of September 29, 2020, all Census Field Supervisors in Alaska were informed that they were to send in all devices and material related to the census to the main office in Anchorage, Alaska.
>
> I complied. Once we have no Ipads and Iphones we cannot do any census work!
>
> Three boxes of Census materials were sent to Anchorage by Fedex on September 29, 2020 including, but not limited to, my assigned Ipad and Iphone.  I am not officially laid off, but I am out of a job with no duties to perform.
>
> As for enumerators, the elimination of duties for enumerators started weeks ago. As far as I know only a few NARFU enumerators remain.
>
> This is important because they can say they have x employees still on the books but we have no duties. The enumerators are done. One of my supervisors already had his "last day".
>
> If you do not know what TL, GQ, SBE, and NARFU mean you need to get informed.
>
> The 2020Census was done in such a way that many of the CFS' did not even know who else was operating in their area. I am different. I was hired on October 9, 2019 as a recruiter for the Census and was later moved up to being a Census Field Supervisor. First, I covered all of Southern Southeast Alaska and had duties in over 15 towns and villages. Later I supervised operations in Petersburg, Wrangell, and Ketchikan. They are small towns and I found out who else was doing operations in my area.
>
> All are shut down except possibly one. Once shut down it will be difficult to restart operations.
>
> There are so many other things that I hope you are aware of but I have no way of telling if you know the many ways the 2020Census was limited and pressured.
>
> Many times I was told to do a job in one day when it should have taken a week. When informed that something was not done or could not be completed I was told to move on.
>
> The Department of Commerce is not being honest with you about what is going on.
>
> Sincerely Yours,
>
> Loren K. Stanton
> Census Field Supervisor
> Ketchikan, Alaska

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE
3