JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DECLARATION OF JAMES T. CHRISTY** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

I, James T. Christy, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. This is my eleventh declaration in this lawsuit. I am making this declaration in response to Court Order ECF 289.
2. Order 289 – Order Compelling Defendant's Response is an email submission to the court from an enumerator alleging he was instructed by text message to "…start closing as many cases as possible. So, regardless of what happens on any of your cases make one of these selections so we can get rid of cases."
3. To investigate this issue, my staff contacted the Census Field Supervisor (CFS) and several enumerators assigned to the supervisor.
4. In the course of the investigation, my staff determined that the area at issue was in the Closeout phase of the Nonresponse Followup operation. As of 8:21pm Mountain on 10/2/2020, this Census Field Supervisor Area was 95.63% complete.
5. The CFS for this area acknowledged sending the text message to his team. In conversations with my staff, he explained that he was not instructing his personnel to code cases erroneously. Rather, he stated that he was conveying instructions he received from a new Census Field Manager (CFM) (supervisor of the Census Field Supervisors) during a call at 9:30am Mountain on October 2, where the CFM relayed the correct list of "outcome codes" to resolve cases so that cases would be assigned the outcome best matching their actual circumstances.
6. All three enumerators we spoke with saw the list. Two explained that they believed it would be discussed on the conference call later. The other expressed confusion. None of them indicated that they interpreted the message as an effort to encourage them to finish cases more quickly. One enumerator (identification unknown) texted in response to the group "The Census may not end yet and you're advising us to close all cases". The CFS responded to that text by stating "Use the list above when the situation

      warrants it.  Case by case specific.  Don't abuse it and get rid of cases still needing enumeration."

7. I pulled the metrics on various case completion rates to determine whether there were significant differences in the manner for which cases were completed in this CFS Area. There were not.  For Completed Cases per Attempt, the rate for this CFS Area was 0.25, the rate for the Dallas Region was 0.31 and the rate for the Nation was 0.29.  So the rate was actually lower overall – indicating a greater effort was made to generate a completed case, rather than less effort.  Other measures yielded similar results – for example, Completed Cases per Hour, the CFS Area rate was 1.53 compared to 1.46 for the region and 1.47 for the Nation.

8. Based on our investigation, we believe this is an issue of miscommunication.  Our technical experts in the Dallas region are joining a conference call this evening with the CFS Area from which the complaint originated to ensure these concepts are clearly understood.

9. In the documents attached to the filing submitted to this Court, there were images of a map from the Field Data Collection (FDC) system showing the locations of open cases to be completed in the Nonresponse Followup operation.  Identifying information, including address locations (known internally as "map spots") is information which the Census Bureau does not release or publish and must keep confidential by law under 13 U.S.C. § 9.  These images are not appropriate for public release.

I have read the foregoing and it is all true and correct.

DATED this _2nd_ day of October, 2020

_____

James T. Christy

Assistant Director for Field Operations

United States Bureau of the Census