JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-9803
E-mail: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>Defendants. | Case No. 5:20-cv-05799-LHK<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL
Case No. 5:20-cv-05799-LHK

PLEASE TAKE NOTICE that Stephen Ehrlich of the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record for Defendants, Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce; the U.S. Department of Commerce; Steven Dillingham, in his official capacity as Director of the U.S. Census Bureau; and the U.S. Census Bureau.

Copies of all filings should be sent electronically to stephen.ehrlich@usdoj.gov.

DATED: September 4, 2020                    Respectfully submitted,

                                            JEFFREY BOSSERT CLARK
                                            Acting Assistant Attorney General

                                            JOHN V. COGHLAN
                                            Deputy Assistant Attorney General

                                            ALEXANDER K. HAAS
                                            Branch Director

                                            DIANE KELLEHER
                                            BRAD P. ROSENBERG
                                            Assistant Branch Directors

                                            */s/ Stephen Ehrlich*
                                            M. ANDREW ZEE
                                            ALEXANDER V. SVERDLOV
                                            STEPHEN EHRLICH (NY Bar # 5264171)
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, DC 20005
                                            Phone: (202) 305-9803
                                            Email: stephen.ehrlich@usdoj.gov

                                            *Attorneys for Defendants*