## Fwd: Moved to Inactive Status

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Fri 10/2/2020 6:45 PM
To: CAND LHKpo <lhkpo@cand.uscourts.gov>

Per auto reply I received, am forwarding this to your attention.

---------- Forwarded message ---------
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Fri, Oct 2, 2020 at 7:28 PM
Subject: Moved to Inactive Status
To: lhkcrd@cand.uscourts.gov <lhkcrd@cand.uscourts.gov>


I am an enumerator in Manhattan. Please redact my email address and any other identifying information from this email. I was in the field this afternoon and suddenly all of my remaining cases disappeared from the FDC app. I was very alarmed and contacted my CFS who told me you call to the CFS hotline and he stated that it has happened to several other members of his team as well.

I contacted the CFS hotline as instructed and explained to the person I spoke with that all of my cases disappeared. He asked what zone I worked in and who my supervisor was. I provided all the info and he said he would call me back.

He contacted my CFS and told him that I'd been moved to "inactive status" at the behest of the CFM purportedly due to performance issues.

There have never been any performance issues with me and my supervisor indicated that I am the second best enumerator in his team.
Further, I have also earned a performance bonus.

This is all very bizarre and I believe in contravention of the court's preliminary injunction.

They appear to be using. "Performance" as a pretext to circumvent the court's order.

Sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Enumerator
Manhattan South ACO 2281

## Mass Layoffs of Enumerators

Sat 10/3/2020 11:20 AM

**To:** CAND LHKpo <lhkpo@cand.uscourts.gov>

In Manhattan. See text message I received today from my CFS who was looking into why I was placed on inactive status.



## Inactive Status?

Sat 10/3/2020 3:43 PM

I write regarding my allegedly having been put on inactive status. This came as a complete surprise to me.

I've gotten conflicting information from the CFS hotline and from my supervisor. The latest is that it is not performance related.

I contacted the CFM, whom I've cc'ed on this email and she did not respond.

I was in the field yesterday when every case on my case list disappeared. My supervisor asserts that he knew nothing about it and directed me to the CFS hotline.

Further, it's my understanding that there is a preliminary injunction in place that enjoined the CB from terminating enumerators given the extension of the count through 10/31. That injunction would be binding on the NY ACO would it not?

My supervisor alleges that "CFM's collectively released a large number of enumerators" without consulting with the CFS's. I have preserved a copy of the message.

This is all extremely disconcerting and I'd like to know what criteria was used to determine which enumerators would remain active and which would be put on inactive status.

As the "2nd best enumerator" on my CFS's team, it's unclear what's going on and in light of the injunction by Judge Koh it appears that any layoffs, if that's what being moved to inactive status indicates, would be in violation of the letter and spirit of the law

Please also note that I have hours of availability on the app.

Thanking you in advance for your prompt attention and response to this matter.

Enumerator Manhattan South