JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>Defendants. | Case No. 5:20-cv-05799-LHK<br><br>**DEFENDANTS' NOTICE OF FILING DOCUMENTS IN RESPONSE TO THE COURT'S SEPTEMBER 10, 2020 ORDER, ECF No. 96, AND DIRECTIVE AT SEPTEMBER 28, 2020 CASE MANAGEMENT CONFERENCE** |

Defendants respectfully notify the Court that they are filing with the Court the non-privileged documents responsive to the Court's Order dated September 10, 2020 (ECF No. 96) and pursuant to the Court's directive at the September 28, 2020 Case Management Conference. Those documents accompany this notice.

A declaration from Megan Heller authenticating the documents is submitted with this notice. An index of the documents produced and a log of the documents withheld on the basis of privilege are attached as Attachment A and Attachment B.

DATED:  October 4, 2020                                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
ALEXANDER V. SVERDLOV
  (NY Bar No. 4918793)
STEPHEN EHRLICH (NY Bar No. 5264171)
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF FILING DOCUMENTS IN RESPONSE
TO THE COURT'S SEPTEMBER 10, 2020 ORDER, ECF No. 96,
AND DIRECTIVE AT SEPTEMBER 28, 2020 CASE MANAGEMENT
CONFERENCE, ECF No. 140
Case No. 5:20-cv-05799-LHK

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

　　　　　　　　　　　　　　　　　*/s/ M. Andrew Zee*
　　　　　　　　　　　　　　　　　M. ANDREW ZEE