# Attachment B

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege Type | Privilege Description | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0014961 | DOC_0014978 | DOC_0014961 | DOC_0014978 | | | | 5/5/2020 | Jennifer M Ortman (CENSUS/ACSO FED) | 20200505 Quality Team Strategic Plans.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations regarding field response to COVID-19 delays. | Redacted |
| DOC_0015123 | DOC_0015123 | DOC_0015123 | DOC_0015133 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Grossman, Beth (Federal) [bgrossman@doc.gov];VanHanswyk, Beth (Federal) [bVanHan1@doc.gov];Cannon, Michael (Federal) [MCannon@doc.gov] | Foti, Anthony (Federal) [AFoti@doc.gov];Ahmad, Ali M [ali.m.ahmad@census.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov];Olson, Stephanie (Federal) [SOlson@doc.gov] | 6/2/2020 | Christopher J Stanley (CENSUS/OCIA FED) | Fw: HEROES Act TA | Attorney-Client Privilege; Predecisional and Deliberative | Email requesting legal advice from Department counsel regarding language in proposed legislation (agency counsel Beth Grossman, Beth Van Hanswyk, Michael Cannon) | Redacted |
| DOC_0015231 | DOC_0015232 | DOC_0015231 | DOC_0015235 | Sleiman, William (Federal) [WSleiman@doc.gov] | Risko, Daniel (Federal) [DRisko@doc.gov] | | 6/16/2020 | Sleiman, William (Federal) | FW: FOR OPSP REVIEW: Census comments/technical drafting assistance on Census Provisions in the House-passed HEROES Act | Attorney-Client Privilege | Email containing communications among staff, including counsel, providing legal advice and analysis from counsel regarding proposed legislation concerning Census schedule and reflecting advice from counsel Beth Van Hanswyk. | Redacted |
| DOC_0015233 | DOC_0015235 | DOC_0015231 | DOC_0015235 | | | | 6/16/2020 | Lucas, Jennifer (Federal) | OLL20508 DOC Comments to OPSP 2.docx | Attorney-Client Privilege | Document reflecting legal analysis regarding proposed legislation concerning Census schedule and reflecting comments by agency counsel Jennifer Lucas. | Redacted |
| DOC_0015469 | DOC_0015471 | DOC_0015469 | DOC_0015479 | Albert.E.Fontenot@census.gov | Kathleen M Styles (CENSUS/ADDC FED) [kathleen.m.styles@census.gov];Deborah Stempowski (CENSUS/ADDC FED) [Deborah.M.Stempowski@census.gov];Erika H Becker Medina (CENSUS/ADDC FED) [Erika.H.Becker.Medina@census.gov];James L Dinwiddie (CENSUS/ADDC FED) [James.L.Dinwiddie@census.gov] | | 7/28/2020 | Albert.E.Fontenot@census.gov | Fwd: REVIEW ASAP - OMB passback on statement | Attorney-Client Privilege; Predecisional and Deliberative | Email containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including communication between Commerce counsel (Jennifer Lucas) and OMB counsel. | Redacted |
| DOC_0015472 | DOC_0015479 | DOC_0015469 | DOC_0015479 | | | | 7/28/2020 | | Director Dillingham prepared statement edit for OMB clearance - EDITS.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including edit reflecting Commerce counsel (Jennifer Lucas). | Redacted |
| DOC_0015480 | DOC_0015482 | DOC_0015480 | DOC_0015490 | Albert E Fontenot (CENSUS/ADDC FED) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6542D1900C5D4A8FAEF2F9F58B607ED0-FONTENOT, A] | Kathleen M Styles (CENSUS/ADDC FED) [kathleen.m.styles@census.gov];Deborah Stempowski (CENSUS/ADDC FED) [Deborah.M.Stempowski@census.gov];Erika H Becker Medina (CENSUS/ADDC FED) [Erika.H.Becker.Medina@census.gov];James L Dinwiddie (CENSUS/ADDC FED) [James.L.Dinwiddie@census.gov] | | 7/28/2020 | Albert E Fontenot (CENSUS/ADDC FED) | Fwd: REVIEW ASAP - OMB passback on statement | Attorney-Client Privilege; Predecisional and Deliberative | Email containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including communication between Commerce counsel (Jennifer Lucas) and OMB counsel. | Redacted |
| DOC_0015483 | DOC_0015490 | DOC_0015480 | DOC_0015490 | | | | 7/28/2020 | | Director Dillingham prepared statement edit for OMB clearance - EDITS.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including edit reflecting Commerce counsel (Jennifer Lucas). | Redacted |
| DOC_0015491 | DOC_0015498 | DOC_0015491 | DOC_0015498 | | | | 7/28/2020 | Christopher J Stanley (CENSUS/OCIA FED) | Director Dillingham prepared statement edit for OMB clearance - EDITS + Census.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including edit reflecting Commerce counsel (Jennifer Lucas). | Redacted |
| DOC_0015535 | DOC_0015537 | DOC_0015535 | DOC_0015545 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov] | Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov];Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | 7/28/2020 | Christopher J Stanley (CENSUS/OCIA FED) | Fw: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony | Attorney-Client Privilege; Predecisional and Deliberative | Email containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including communication between Commerce counsel (Jennifer Lucas) and OMB counsel. | Redacted |

| Production::Begin Bates | Production::End Bates | Production::Begin Attachment | Production::End Attachment | Email From | Email To | Email CC | Date | Author | File Name | Privilege Type | Privilege Description | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0015538 | DOC_0015545 | DOC_0015535 | DOC_0015545 | | | | 7/28/2020 | Christopher J Stanley (CENSUS/OCIA FED) | Director Dillingham prepared statement edit for OMB clearance - EDITS + Census.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft document containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including edit reflecting Commerce counsel (Jennifer Lucas). | Redacted |
| DOC_0015546 | DOC_0015550 | DOC_0015546 | DOC_0015550 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov];Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov] | Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov];Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov];Alan Lang (CENSUS/OCIA FED) [alan.lang@census.gov];Steven K Smith (CENSUS/DEPDIR FED) [steven.k.smith@census.gov];Michael John Sprung (CENSUS/DEPDIR FED) [michael.j.sprung@census.gov] | 7/29/2020 | Christopher J Stanley (CENSUS/OCIA FED) | Re: REVIEW ASAP - OMB passback on statement | Attorney-Client Privilege; Predecisional and Deliberative | Email containing pre-decisional deliberations regarding draft testimony including interagency deliberations with OMB and Ed, including communication between Commerce counsel (Jennifer Lucas) and OMB counsel. | Redacted |
| DOC_0015627 | DOC_0015631 | DOC_0015627 | DOC_0015638 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Timothy P Olson (CENSUS/ADFO FED) [Timothy.P.Olson@census.gov];Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov] | James T Christy (CENSUS/LA FED) [James.T.Christy@census.gov];Christa D Jones (CENSUS/DEPDIR FED) [Christa.D.Jones@census.gov];Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov];Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov];Enrique Lamas (CENSUS/DEPDIR FED) [Enrique.Lamas@census.gov];Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov];Burton H Reist (CENSUS/ADCOM FED) [burton.h.reist@census.gov] | 7/29/2020 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Please Review- updated language for operational adjustments page, and question | Predecisional and Deliberative | E-mail containing pre-decisional deliberations regarding a draft public statement and reflecting ongoing interagency discussions. | Redacted |
| DOC_0015639 | DOC_0015644 | DOC_0015639 | DOC_0015651 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov];Timothy P Olson (CENSUS/ADFO FED) [Timothy.P.Olson@census.gov] | James T Christy (CENSUS/LA FED) [James.T.Christy@census.gov];Christa D Jones (CENSUS/DEPDIR FED) [Christa.D.Jones@census.gov];Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov];Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov];Enrique Lamas (CENSUS/DEPDIR FED) [Enrique.Lamas@census.gov];Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov];Burton H Reist (CENSUS/ADCOM FED) [burton.h.reist@census.gov] | 7/29/2020 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Please Review- updated language for operational adjustments page, and question | Predecisional and Deliberative | E-mail containing pre-decisional deliberations regarding a draft public statement and reflecting ongoing interagency discussions. | Redacted |
| DOC_0015827 | DOC_0015829 | DOC_0015827 | DOC_0015829 | | | | 9/11/2020 | Barbara M LoPresti (CENSUS/DITD FED) | NRFU Prep List due to Covid 4 29 2020.pdf | Predecisional and Deliberative | Document reflecting information provided to facilitate deliberative discussions regarding questions about NRFU operations in light of COVID-19. | Withheld in full |
| DOC_0015830 | DOC_0015836 | DOC_0015830 | DOC_0015836 | | | | 9/11/2020 | Jennifer W Reichert (CENSUS/DCMD FED) | Next Steps and Questions due to Covid (DCEO-DITD-GEO) April.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations regarding questions about decennial operations in light of COVID-19. | Withheld in full |
| DOC_0015935 | DOC_0015938 | DOC_0015935 | DOC_0015938 | | | | 9/13/2020 | CENSUS | 2020 Census Timeline Update (w SDD revisions) + AMA opening v2 05072020.pdf | Predecisional and Deliberative | Document containing pre-decisional deliberations regarding a draft public statement on proposed Department action/decision/policy. | Withheld in full |