| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 2 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATIONAL URBAN LEAGUE; et al.,

        Plaintiffs-Appellees,

 v.

WILBUR L. ROSS, in his official capacity as Secretary of Commerce; et al.,

        Defendants-Appellants,

 and

STATE OF LOUISIANA; STATE OF MISSISSIPPI,

        Intervenor-Defendants.

No.   20-16868

D.C. No. 5:20-cv-05799-LHK
Northern District of California,
San Jose

ORDER

Before: GRABER, W. FLETCHER, and BERZON, Circuit Judges.

    Appellants and appellees shall appear by telephone for oral argument on the pending emergency motion to stay the district court's September 24, 2020 order on Monday, October 5, 2020 at 9:00 a.m. PDT.  The argument will be live-streamed and shall take place in courtroom 4 in San Francisco.  Only one attorney for each side shall be permitted to argue, and each side will be permitted 20 minutes of argument time.  Call-in instructions will be provided to the appearing parties.

MN/MOATT