JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **TWELFTH DECLARATION OF JAMES T. CHRISTY** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

DECLARATION OF JAMES T. CHRISTY
Case No. 5:20-cv-05799-LHK

0

I, James T. Christy, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. This is my twelfth declaration in this lawsuit. I am making this declaration in response to Court Order ECF No. 291.

**ECF No. 291 Investigation**

2. That order compels Defendants' response to two email submissions: one from an Enumerator in Oklahoma and one from a Census Field Supervisor in Alaska.

3. In the first email from the enumerator in Oklahoma, there is no apparent violation of the Preliminary Injunction order. The enumerator works in a location that is 99.09% complete with the Nonresponse Followup (NRFU) production workload and in the Closeout Phase under the COVID 19 Plan. (CFS Areas are eligible for the Closeout Phase when 90% of the NRFU production workload has been completed.) The actions described in the text messages received from the Census Field Supervisor (CFS) are consistent with the guidance in place for areas in Closeout in the COVID 19 Plan. Specifically, Chapter 8, Phase 2 & Closeout of the D-1220A, Nonresponse Followup Census Field Manager Job Aid (February 2020) explains the procedures for areas in the Closeout Phase. It states "*Outstanding work will consist of some work in areas that have fallen behind as well as cases in supervisory review, which generally means more challenging cases to enumerate. It is wise to keep the best staff on board to tackle these areas. Best staff refers to employees with high productivity and ample work availability. This can be determined by looking at reports and/or speaking to CFSs— they should know the Enumerators on their team that are productive and available.*"

4. In the second email from a Census Field Supervisor in Alaska, there is also no apparent violation of the Preliminary Injunction order. The Census Field Supervisor worked on the Group Quarters operation. This operation was conducted on the COVID 19 Plan schedule. In-person interviewing began on July 1. The final activities conducted on this program were completed on September 24 during the Service-Based Enumeration

operation. This timeline is referenced on the Census Bureau's website at https://2020census.gov/en/news-events/operational-adjustments-covid-19.html. This operation is finished and all cases have been resolved. Further, the reference to shipping devices back to the Area Census Office is a request issued to CFSs who still possessed extra devices. We issued a few spare devices to each CFS in the event a device was broken, became nonfunctional, or more trainees were assigned to train than expected. The request from the Area Census Office was to mail these extra devices back that were not yet registered or no longer in use. There has been no request to return devices currently in use for ongoing enumeration activities such as NRFU.

**Effect of Responding to Enumerator Emails per the Court's Orders**

5. I have engaged substantial resources, including staff time from numerous areas, to research issues raised by communications sent to the Court in order to provide researched and thorough responses to the Court's orders. I believe it is important to provide accurate and well-considered responses to these concerns, which is what I have done. According to my best estimates, we have devoted over 8 total staff hours in response to this order from the Court, including verifying procedures, pulling schedules, reconciling inconsistent information, interviewing staff throughout the Nation and reviewing documentation.

6. Attending to these matters has detracted significantly from my duties as the Assistant Director for Field Operations at the U.S. Census Bureau, and has impaired my ability to monitor key operations such as our data quality programs and efforts to ensure fiscal and administrative compliance. These are critical tasks for this phase of the Census.

I have read the foregoing and it is all true and correct.

DATED this _5th_ day of October, 2020

_____
James T. Christy

Assistant Director for Field Operations

United States Bureau of the Census