UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL URBAN LEAGUE, and others,

        Plaintiffs,

v.

WILBUR L. ROSS, JR., and others,

        Defendants.

Case No. 20-cv-05799 LHK

**ORDER ON PROCEDURES FOR IN CAMERA REVIEW OF DOCUMENTS ON OCTOBER 4 PRIVILEGE LOG**

As to the privilege log filed by Defendants on October 4, 2020, at ECF 295-2, the Court orders Plaintiffs to file any objection and a proposed order by October 5 at 5:00 p.m. Pacific time; and Defendants to file a reply by October 5 at 9:00 p.m. Pacific time. Defendants must submit the documents to the undersigned Magistrate Judges for in camera review by 5:00 p.m. October 5. We plan to rule on the asserted privileges without need for a hearing.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

/S/
_____
SUSAN VAN KEULEN
United States Magistrate Judge

/S/
_____
THOMAS S. HIXSON
United States Magistrate Judge