JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | |
| v. | **DEFENDANTS' RESPONSE TO COURT'S OCTOBER 1, 2020 ORDER, ECF No. 288** |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order, ECF No. 288, Defendants respectfully submit the attached declaration of Steven Dillingham, Director of the U.S. Census Bureau.

DATED:  October 5, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ M. Andrew Zee*
M. ANDREW ZEE (SBN 272510)
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6646

*Attorneys for Defendants*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on the 5th day of October, 2020, I electronically transmitted the |
| 3 | foregoing document to the Clerk of Court using the ECF System for filing. |
| 4 | |
| 5 | */s/ M. Andrew Zee* |
| 6 | M. ANDREW ZEE |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ M. Andrew Zee*
M. ANDREW ZEE