Case No. 20-CV-05799-LHK National Urban League et al v. Ross ORDER COMPELLING DEFENDANTS' RESPONSE

Steve Anderson <steve42089@gmail.com>
Sun 10/4/2020 12:36 PM

**To:** CAND LHKpo <lhkpo@cand.uscourts.gov>

▌ 1 attachments (3 MB)
Essential Employee.pdf;

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

To the Honorable Judge Koh,

My name is Steven Anderson, and I am a Partnership Specialist for the U.S. Census Bureau. I was separated from the Census Bureau on 09/26/2020, despite your order requiring the closing down operations to cease. I was given a designation as an essential employee for fieldwork in June of this year. I have attached the documentation showing that designation. I believe my separation was done in violation of your order. Thank you for your assistance.

Regards,
Steve Anderson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.



**UNITED STATES DEPARTMENT OF COMMERCE**
Economics and Statistics Administration
U.S. Census Bureau
Chicago Regional Census Center
Chicago, IL 60604-2948

June 17, 2020

To: Steve Anderson

Subject: Designation of Essential Employee

The U.S. Census Bureau, Department of Commerce, has resumed conducting periodic and continuous activities throughout the United States, such as the 2020 Census and Current Population Survey. These activities are considered essential Federal activities.

The 2020 Census is mandated in the U.S. Constitution, which requires a population count for purposes of apportioning the U.S. House of Representatives. It is conducted by the Census Bureau, and as such, it is considered an essential federal activity. Accordingly, the employees hired to complete and support this mission-critical activity are considered essential employees.

You have been designated as an essential employee. Your position as a **Partnership Specialist, Chicago Region** is necessary to carry out field data collection activities, maintain continuous survey operations, and/or preserve the continuity of operations. As an essential employee, you will be expected to report to work, including to Area Census Offices, Regional Census Centers, or other facilities, to carry out your regular duties as directed during periods of emergency, temporary closures, and/or disruption of services. Such situations include the current public health emergency caused by COVID-19. As we implement our phased return-to-work plan, we assure you that every measure is being taken to provide a safe and secure work environment, including requiring personal protective equipment, sanitized workspace, social distancing practices, personal hygiene procedures, additional training, etc.

In order to maintain these critical and essential operations, the Census Bureau will continue to cooperate with local health authorities and governments to ensure the health and safety of our employees and the public while also carrying out essential data collection activities and survey operations.

If you have questions, please contact your supervisor at **(281) 748-7410.**



census.gov



UNITED STATES DEPARTMENT OF COMMERCE
Economics and Statistics Administration
U.S. Census Bureau
Chicago Regional Census Center
Chicago, IL  60604-2948

9/1/2020

MEMORANDUM FOR    Steven Daniel Anderson
Partnership Specialist

From:    Marilyn A. Sanders
Regional Director   *Marilyn A. Sanders*

Subject:    *Termination-End of Temporary Employment*

Since 5/13/2019 you have been a member of our Illinois team that has made great strides in preparation for the 2020 Census. The work you and your co-workers have done has been greatly appreciated by me, and members of our Headquarters staff, as well as our partners.

Effective 9/26/2020, your Excepted Appointment will expire and you will be separated from our rolls. The Benefits and Retirement Counseling Branch, Human Resources Division (HRD), will send you an email with information on continuing your benefits.

If you have any annual leave and compensatory time earned in lieu of overtime balances upon separation, then you will receive a lump sum payment. Your sick leave will be held in abeyance and can be restored if you are re-employed in the Federal service in a leave earning position.

You may be eligible for Unemployment Compensation. Eligibility is determined on a case-by-case basis by your State Unemployment Office. Attached is the Form SF-8, Unemployment Compensation for Federal Employees (UCFE) Program Notice to Federal Employee about Unemployment Insurance, to assist you with filing for unemployment compensation. Please only use the enclosed SF-8 to file an unemployment claim.

Please complete the attached Separation Clearance Certificate, CD-126, and return it with all office keys, equipment and materials, ID badge, etc. in the enclosed envelope to the attention of (insert name of POC Administrative Specialist for Separations/Unemployment Claims).

Please advise us of any changes in your address so that we may forward any payments that we owe you as well as appropriate correspondence.

I would like to thank you for your commitment and dedication in achieving the goals set for the 2020 Census.

If you have any questions, please contact Administrative Specialist for Separations/Unemployment: Rachael Emanuelson at 312-579-1614.



census.gov