UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER COMPELLING DEFENDANTS' RESPONSE** |

The below email was sent to the Court's proposed order inbox. The Court reminds all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket. The Court orders Defendants to respond to this email by Tuesday, October 6, 2020 at noon Pacific Time.

**IT IS SO ORDERED.**

Dated: October 5, 2020

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

> **Census 2020 Employee**
>
> [redacted]
>
> Mon 10/5/2020 12:07 PM
>
> To: CAND LHKpo <lhkpo@cand.uscourts.gov>
>
> 📎 1 attachments (3 MB)
> 20201005_135634.jpg;
>
> **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.
>
> This was send to us today 10.05.2020.
> At our local ACO which is located in McAllen, TX. The CFM are saying we are 100 percent complete. That is not true. No enumerators are working here there saying there is no work and there telling the CFS to ask the enumerators if they want to resign. Cases have been closed if the respondent's house was visited 4 times even if the head count was not provided by the respondent. The only enumerator working are the ones who got send out to other places for example Houston, San Antonio, etc. Which are under a different CFM. The CFM here.locally in McAllen ,TX does not want to reopen cases. There are places I have come across people walking up to me asking if they can fill out the census because they did not receive the census questionnaire. There's still alot of work to be done. I want to remain anonymous please. Thank You.
>
> **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE

2

> **Statement to all 2020 Census Field Staff.pdf**
>
> **Statement to all 2020 Census Field Staff...**
>
> As per recent guidance, as a result of court orders, the October 5, 2020 target date is not operative, and data collection operations will continue through October 31, 2020. Employees should continue to work diligently and enumerate as many people as possible. The Census Bureau is adjusting operations to ensure we comply with this deadline. We will continue to pursue a final resolution for every address in the 2020 Census. As you know, many areas are finished or close to finishing. We will follow our original operating plan (as adjusted for the COVID-19 pandemic), for an orderly completion of this work, including notifying you when work is no longer available and when to return your equipment. If you have questions, please contact your supervisor or your Area Census Office. Thank you for your work on the 2020 Census!