Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| National Urban League, et al. | Case No: 5:20-cv-5799 |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| Ross, et al. | |
| Defendant(s). | |

I, Joseph Scott St. John, an active member in good standing of the bar of the Supreme Court of LA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Louisiana in the above-entitled action. My local co-counsel in this case is Bradley A. Benbrook, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
909 Poydras Street, Suite 1850
New Orleans, LA 70112

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
400 Capital Mall, Suite 2530
Sacramento, CA 65814

MY TELEPHONE # OF RECORD:
(225) 485-2458

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(916) 447-4900

MY EMAIL ADDRESS OF RECORD:
stjohnj@ag.louisiana.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
brad@benbrooklawgroup.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36682.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/17/20

Joseph Scott St. John
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph Scott St. John is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 5, 2020

*Lucy H. Koh*
UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE