LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (admitted *pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Additional counsel and representation
information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | CASE NO.  5:20-cv-05799-LHK |
| Plaintiffs, | **PLAINTIFFS' PRIVILEGE OBJECTIONS** |
| v. | |
| WILBUR L. ROSS, JR., et al., | Date:  TBD |
| Defendants. | Time:  TBD<br>Place:  Courtroom 8<br>Judge:  Hon. Lucy H. Koh |

1    Pursuant to the Court's October 5, 2020 Order on Procedures for In Camera Review of

2    Documents on October 4 Privilege Log (ECF No. 299), Plaintiffs submit the following

3    objections to Defendants' assertions of privilege in their October 4 privilege log (ECF No. 295-

4    2).  To avoid duplication, Plaintiffs incorporate their prior filings describing the scope of the

5    deliberative process privilege and attorney-client privilege.  (ECF Nos. 149 & 170).

6    Defendants' declaration does not attempt to support their privilege assertions, and their

7    privilege log falls woefully short of the information required to assess or uphold their assertions

8    of privilege.

9    First, Defendants redact twelve documents based on the deliberative process privilege,

10    and withhold three documents in their entirety.  As this Court and the parties have explained,

11    "the following requirements must be met by the party asserting the privilege: '(1) a formal claim

12    of privilege by the head of the department possessing control over the requested information, (2)

13    an assertion of the privilege based on actual personal consideration by that official, and (3) a

14    detailed specification of the information for which the privilege is claimed, along with an

15    explanation of why it properly falls within the scope of the privilege.'"  First Order After In

16    Camera Review As To Deliberative Process Privilege Asserted by Defendants (ECF No. 179)

17    ("First Order") (quoting *Coleman v. Schwarzenegger*, Case No. 01-cv-1351, 2008 WL 2237046,

18    at *4 (N.D. Cal., E.D. Cal. May 29, 2008)).  The only declaration provided by Defendants

19    merely notes the number of documents appearing on the privilege log.  ECF No. 295-3 at ¶ 7.

20    There is no formal claim of privilege by the relevant agency employee, much less an assertion of

21    privilege based on that employee's personal consideration.  Nor does the privilege log provide

22    the required detailed specification of the information withheld or explanation for the basis for

23    doing so.  For example, discussions regarding field responses, draft testimony and public

24    statements would not typically involve recommendations or advice about the adoption of an

25    agency's policy or decision.  First Order at 4 (citing *FTC v. Warner Commc'ns, Inc.*, 742 F.2d

26    1156, 1161 (9th Cir. 1984)).

27    Defendants withhold three documents in full, dated September 11 and 13.  As an initial

28    matter, this Court has already ruled that anything after July 29, 2020 was mere implementation

1    of the Secretary of Commerce's decision and thus does not fall within the scope of the privilege.

2    First Order at 6.  Moreover, these documents reflect a "prep list," a list of "next steps and

3    questions due to Covid," and a "census timeline update."  The privilege log states that each

4    relates to pre-decisional deliberations, but provides no details or explanation as to the agency

5    decision at issue, why the document is deliberative, or why any factual material in the document

6    is not severable.

7         Finally, Defendants do not even attempt to explain why the privilege should not be

8    overcome.  *See FTC v. Warner Commc'ns, Inc.*, 742 F.2d 1156, 1161 (9th Cir. 1984).  Nor do

9    Defendants even attempt to point to other comparable evidence, especially from the Department

10   of Commerce.  *N. Pacifica, LLC v. City of Pacifica*, 274 F. Supp. 2d 1118, 1122 (N.D. Cal.

11   2003) (availability of comparable evidence from sources other than the government is "perhaps

12   the most important factor in determining whether the deliberative process privilege should be

13   overcome").  Any assertion of privilege is outweighed by Plaintiffs' need for this information,

14   which very well may demonstrate the arbitrariness of the Secretary's decision.

15        Second, Defendants redact eleven documents on the basis of attorney client privilege.  As

16   this Court has held, "'The privilege protects only those disclosures necessary to obtain informed

17   legal advice which might not have been made absent the privilege'" and "'does not exempt a

18   document from disclosure simply because the communication involves the government's

19   counsel.'"  First Order at 4 (quoting *Elec. Privacy Info. Ctr. v. Dep't of Justice*, 584 F. Supp. 2d

20   65, 79 (D.D.C. 2008)).   Yet numerous entries on the privilege log do not describe the nature of

21   the documents or the context necessary to assess whether legal advice was communicated.  For

22   example, the log describes DOC_0015469 as an email that contains a "communication between

23   Commerce counsel (Jennifer Lucas) and OMB counsel," but the mere fact that an attorney is on

24   email does not render its contents privileged.  Similarly edits to draft testimony are not privileged

25   simply because they were made by an attorney.  *See, e.g.*, DOC_0015472, DOC_0015483.

26   Defendants have not satisfied their burden to properly assert the attorney-client privilege.  *See,*

27   *e.g.*, *Hynix Semiconductor Inc. v. Rambus Inc.*, 2008 WL 350641, at *3 (N.D. Cal. Feb. 2, 2008).

28

| | | |
|---|---|---|
| 1 | Dated: October 5, 2020 | LATHAM & WATKINS LLP |
| 2 | | By:  /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Steven M. Bauer (Bar No. 135067) |
| | | steven.bauer@lw.com |
| 5 | | Sadik Huseny (Bar No. 224659) |
| | | sadik.huseny@lw.com |
| 6 | | Amit Makker (Bar No. 280747) |
| | | amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263) |
| | | shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP** |
| | | 505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111 |
| | | Telephone:  415.391.0600 |
| 10 | | Facsimile:  415.395.8095 |
| 11 | | Richard P. Bress (admitted *pro hac vice*) |
| | | rick.bress@lw.com |
| 12 | | Melissa Arbus Sherry (admitted *pro hac vice*) |
| | | melissa.sherry@lw.com |
| 13 | | Anne W. Robinson (admitted *pro hac vice*) |
| | | anne.robinson@lw.com |
| 14 | | Tyce R. Walters (admitted *pro hac vice*) |
| | | tyce.walters@lw.com |
| 15 | | Genevieve P. Hoffman (admitted *pro hac vice*) |
| | | genevieve.hoffman@lw.com |
| 16 | | Gemma Donofrio (admitted *pro hac vice*) |
| | | gemma.donofrio@lw.com |
| 17 | | **LATHAM & WATKINS LLP** |
| | | 555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004 |
| | | Telephone:  202.637.2200 |
| 19 | | Facsimile:  202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League;* |
| | | *League of Women Voters; Black Alliance for* |
| 21 | | *Just Immigration; Harris County, Texas; King* |
| | | *County, Washington; City of San Jose,* |
| 22 | | *California; Rodney Ellis; Adrian Garcia; and* |
| | | *the NAACP* |
| 23 | Dated: October 5, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (admitted *pro hac vice*) |
| | | kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733) |
| | | jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (admitted *pro hac vice*) |
| | | erosenberg@lawyerscommittee.org |
| 27 | | Dorian L. Spence (*pro hac vice* forthcoming) |
| | | dspence@lawyerscommittee.org |
| 28 | | Maryum Jordan (*pro hac vice* forthcoming) |

mjordan@lawyerscommittee.org
Ajay Saini (admitted *pro hac vice*)
asaini@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (admitted *pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF
JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: October 5, 2020          By: /s/ Danielle Goldstein
                                    Michael N. Feuer (Bar No. 111529)
                                    mike.feuer@lacity.org
                                    Kathleen Kenealy (Bar No. 212289)
                                    kathleen.kenealy@lacity.org
                                    Danielle Goldstein (Bar No. 257486)
                                    danielle.goldstein@lacity.org
                                    Michael Dundas (Bar No. 226930)
                                    mike.dundas@lacity.org
                                    **CITY ATTORNEY FOR THE CITY OF
                                    LOS ANGELES**
                                    200 N. Main Street, 8th Floor
                                    Los Angeles, CA 90012
                                    Telephone: 213.473.3231
                                    Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: October 5, 2020          By: /s/ Michael Mutalipassi
                                    Christopher A. Callihan (Bar No. 203010)
                                    legalwebmail@ci.salinas.ca.us
                                    Michael Mutalipassi (Bar No. 274858)
                                    michaelmu@ci.salinas.ca.us
                                    **CITY OF SALINAS**
                                    200 Lincoln Avenue
                                    Salinas, CA 93901
                                    Telephone: 831.758.7256
                                    Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

| | | |
|---|---|---|
| 1 | Dated: October 5, 2020 | By: */s/ Rafey S. Balabanian* |
| 2 | | Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com |
| 3 | | Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com |
| 4 | | **EDELSON P.C.**<br>123 Townsend Street, Suite 100 |
| 5 | | San Francisco, CA 94107<br>Telephone: 415.212.9300 |
| 6 | | Facsimile: 415.373.9435 |
| 7 | | Rebecca Hirsch (admitted *pro hac vice*) |
| 8 | | rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE**<br>**CITY OF CHICAGO** |
| 9 | | Mark A. Flessner |
| 10 | | Stephen J. Kane<br>121 N. LaSalle Street, Room 600 |
| 11 | | Chicago, IL 60602<br>Telephone: (312) 744-8143 |
| 12 | | Facsimile: (312) 744-5185 |
| 13 | | *Attorneys for Plaintiff City of Chicago* |
| 14 | | |
| 15 | Dated: October 5, 2020 | By: */s/ Donald R. Pongrace* |
| 16 | | Donald R. Pongrace (admitted *pro hac vice*)<br>dpongrace@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD** |
| 17 | | **LLP**<br>2001 K St., N.W. |
| 18 | | Washington, D.C. 20006<br>Telephone: (202) 887-4000 |
| 19 | | Facsimile: 202-887-4288 |
| 20 | | Dario J. Frommer (Bar No. 161248) |
| 21 | | dfrommer@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD**<br>**LLP** |
| 22 | | 1999 Avenue of the Stars, Suite 600 |
| 23 | | Los Angeles, CA  90067-6022<br>Phone:  213.254.1270 |
| 24 | | Fax: 310.229.1001 |
| 25 | | *Attorneys for Plaintiff Gila River Indian*<br>*Community* |
| 26 | | |
| 27 | | |
| 28 | | |

Dated: October 5, 2020

By: */s/ David I. Holtzman*
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: October 5, 2020

**LATHAM & WATKINS** LLP

By: */s/ Sadik Huseny*
Sadik Huseny