UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>Defendants. | Case No. 20-cv-05799 LHK<br><br>**ORDER AFTER IN CAMERA REVIEW OF DOCUMENTS IDENTIFIED ON DEFENDANTS' OCTOBER 4 PRIVILEGE LOG** |

      This order sets forth our rulings on evidentiary privileges asserted by defendants in a privilege log filed October 4 at ECF 295-2. A declaration from Megan Heller accompanied the log. ECF 295-3. We ordered in camera submission of the privileged documents and the defendants complied. ECF 299. Plaintiffs then objected to the privilege assertions and defendants replied. ECF 304, 305. Defendants filed a second Heller declaration with their reply. ECF 305-1.

      The October 4 log is the fourth privilege log filed by defendants in this case. The log accompanies documents produced and indexed by the defendants on October 4 at ECF 295. This production supplements earlier productions by defendants.

      In prior rulings, we set forth the applicable legal standard framing our analysis of

1

1  the asserted privileges for the attorney-client privilege (ECF 174) and the deliberative
2  process privilege (ECF 179, ECF 253).  We apply that same analysis here to the
3  documents identified on the October 4 log.
4  　　　There are 17 documents identified on the October 4 log.  ECF 295-2.  As to 14 of
5  the documents, the log refers to a redacted portion of a document.  Three documents were
6  withheld in full.  Our rulings on the asserted attorney-client (A-C) and deliberative process
7  (DPP) privileges:
8  Doc. 14961:  Sustain DPP.
9  Doc. 15123:  Sustain A-C priv, overrule DPP.
10 Doc. 15231:  Sustain A-C priv.
11 Doc. 15233:  Sustain A-C priv.
12 Doc. 15469:  Overrule A-C priv and DPP. *
13 Doc. 15472:  Overrule A-C priv and DPP. *
14 Doc. 15480:  Overrule A-C priv and DPP. *
15 Doc. 15483:  Overrule A-C priv and DPP. *
16 Doc. 15491:  Overrule A-C priv and DPP. *
17 Doc. 15535:  Overrule A-C priv. *
18 Doc. 15538:  Overrule A-C priv and DPP. *
19 Doc. 15546:  Overrule A-C priv and DPP. *
20 Doc. 15627:  Overrule DPP. *
21 Doc. 15639:  Overrule DPP. *
22 Doc. 15827:  Sustain DPP.
23 Doc. 15830:  Sustain DPP.
24 Doc. 15935:  Overrule DPP. *
25 　　　Where we overrule the attorney-client privilege, we find defendants did not
26 establish that the communications conveyed legal advice.  And where we overrule the
27 deliberative process privilege, we find that the communications do not demonstrate

deliberations about things the agency might or might not do.  Most of the withheld documents are edits to draft testimony or draft public statements.

For the 11 documents that we overrule the privilege assertions, defendants must produce and file the documents in unredacted format by noon Pacific time on October 6.  Those documents are indicated with a * in the list above.

**IT IS SO ORDERED.**

Dated:  October 6, 2020

_____/S/_____
NATHANAEL M. COUSINS
United States Magistrate Judge


_____/S/_____
THOMAS S. HIXSON
United States Magistrate Judge