JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-9803

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Case No. 5:20-cv-05799-LHK <br><br> **DEFENDANTS' RESPONSE TO COURT ORDER, ECF No. 302** |

Defendants respectfully submit the attached thirteenth declaration of James T. Christy, which responds to the Court's Order regarding certain emails submitted to the Court. ECF No. 302. As Mr. Christy explains, he and his staff have spent over 122 hours addressing communications by field workers to which this Court has ordered responses. These responses detract significantly from their duties to monitor key census operations in the critical closing stages of the 2020 Census. In light of the Court's statement that it "in no way intends to manage or direct the day-to-day operations of" the Census Bureau, ECF No. 208 at 78, Defendants submit that the Court should reinstate its previous practice of simply "remind[ing] all parties and interested parties who wish to communicate with the Court that any such communications shall be made in filings on the Court's docket." ECF No. 214. Those parties may be directed to U.S. Department of Commerce, the U.S. Census Bureau, or "the President of the Federal Bar Association's Northern District of California Chapter for any assistance in locating a lawyer." ECF No. 93.

DATED: October 6, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ Stephen Ehrlich*
ALEXANDER V. SVERDLOV
M. ANDREW ZEE
STEPHEN EHRLICH (NY Bar No. 5264171)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-9803

*Attorneys for Defendants*