JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **THIRTEENTH DECLARATION OF JAMES T. CHRISTY** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

DECLARATION OF JAMES T. CHRISTY
Case No. 5:20-cv-05799-LHK

0

I, James T. Christy, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. This is my thirteenth declaration in this lawsuit. I am making this declaration in response to Court Order ECF 302.

**ECF No. 302 Investigation**

2. The Court's order attaches an email submission to the court from an anonymous enumerator in McAllen, Texas.

3. In the claims referenced in the email, there is no apparent violation of the Preliminary Injunction order. The enumerator works in an Area Census Office that is 99.96% complete with its Nonresponse Followup (NRFU) production workload. This means we have a final status for 99.96% of the addresses in the assigned production workload.

4. An explanation of how the Census Bureau completes the NRFU operation makes clear that management actions to complete enumeration align with field processes built and documented in the 2020 Census Operational Plan, developed well before the Replan and COVID 19 Plan, and do not indicate any violation of this Court's Preliminary Injunction. This may not be clear to individual enumerators and some of their immediate field supervisors, who are temporary hourly employees, typically with little census background.

5. The Census Bureau designed its procedures, processes and systems to ensure we collect the correct final status for every address in the 2020 Census, including the NRFU production workload. We instruct our enumerators to follow procedures for contacting households and based on their entries into the enumeration device, our systems assign final statuses based on varying sources of information and scenarios. As referenced in the D-1220A, Nonresponse Followup Census Field Manager Job Aid (February 2020), page 17, "*It is important to note that the OCS [Office Control System] will manage the number of attempts at a specific HU [Housing Unit] as there are some instances when an Enumerator may make fewer attempts at a HU and work is stopped by the OCS.*

*Additionally, the OCS will indicate when a proxy can be used to obtain population and demographic data for a HU."*

6. Every address is contacted at least once and most are resolved as the result of data collected directly by the enumerator from the household. A smaller subset are completed with information provided by a neighbor or someone else knowledgeable about the household. If households provide a self-response after an enumerator visits, the address is removed from the enumeration workload and will not be assigned for another visit. Some addresses with high-quality administrative records are resolved after the first visit if the enumerator is not able to complete the enumeration with a household member. Some addresses are vacant, demolished, or non-existent. When an enumerator cannot determine a status, we make numerous repeat attempts to collect this information, often exceeding six attempts. This is outlined in our Closeout Process, as reflected in the D-1220A, Nonresponse Followup Census Field Manager Job Aid (February 2020), pg 99, *"If a NRFU case was closed without enough data to support apportionment, it will be reopened for additional contact attempts during closeout, until the end of the NRFU operation."*

7. Field supervisors and enumerators receive training on these processes and scenarios before they begin their jobs, and they have access to the training materials while in the field, but correct application of the proper procedures is sometimes missed or misunderstood. We continually monitor the effort to collect final statuses of every address through reports, data analysis, outlier alerts and other data quality tools. The use of technology in the 2020 Census allows us to do more monitoring of this in real time. Unlike previous Decennial Censuses, where we had to wait until paper questionnaires were returned and processed to identify problems, we can monitor the data and final status information as the field activity is taking place. This allows us to intervene and correct errors and problems throughout the operation, rather than waiting until the end of data collection activity.

**Effect of Responding to Enumerator Emails per the Court's Orders**

8. I have engaged substantial resources, including staff time from numerous areas, to research issues raised by communications sent to the Court in order to provide researched and thorough responses to the Court's orders. I believe it is important to provide accurate and well-considered responses to these concerns, which is what I have done. According to my best estimates, we have devoted over 122 total staff hours in response to the court's orders, including verifying procedures, pulling schedules, reconciling inconsistent information, interviewing staff throughout the Nation and reviewing documentation.

9. Attending to these matters has detracted significantly from my duties as the Assistant Director for Field Operations at the U.S. Census Bureau, and has impaired my ability to monitor key operations such as our data quality programs and efforts to ensure fiscal and administrative compliance. These are critical tasks for this phase of the Census.

I have read the foregoing and it is all true and correct.

DATED this _6th_ day of October, 2020

_____

James T. Christy

Assistant Director for Field Operations

United States Bureau of the Census