| | |
|---|---|
| **From:** | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] |
| **Sent:** | 6/2/2020 8:46:42 PM |
| **To:** | Grossman, Beth (Federal) [bgrossman@doc.gov]; VanHanswyk, Beth (Federal) [bVanHan1@doc.gov]; Cannon, Michael (Federal) [MCannon@doc.gov] |
| **CC:** | Foti, Anthony (Federal) [AFoti@doc.gov]; Ahmad, Ali M [ali.m.ahmad@census.gov]; Brebbia, Sean (Federal) [SBrebbia@doc.gov]; Walsh, Michael (Federal) [MWalsh@doc.gov]; Olson, Stephanie (Federal) [SOlson@doc.gov] |
| **Subject:** | Fw: HEROES Act TA |
| **Attachments:** | OLL20508.docx; OLL20508.pdf |

CONFIDENTIAL - PRIVILEGED

HSGAC Chairman Johnson's staff has asked for technical assistance on the language passed by the House in the Heroes Act. Can we get this into that process, please?



Please let me know if you need anything else from me for this request.


**Chris Stanley**, Chief
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-4276 | M PII
census.gov | @uscensusbureau

**Shape your future. START HERE > 2020census.gov**

**From:** Spino, Daniel (HSGAC) <Daniel_Spino@hsgac.senate.gov>
**Sent:** Tuesday, June 2, 2020 2:59 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** HEROES Act TA

Hey Chris,

Hope you are doing well. Sorry for the delay on this. I was wondering if the Bureau could provide TA on the HEROES Act Census text I attached. We appreciate any advice or insight you can provide.

Thanks
-Dan

**From:** Albert.E.Fontenot@census.gov [Albert.E.Fontenot@census.gov]
**Sent:** 7/28/2020 7:55:07 PM
**To:** Kathleen M Styles (CENSUS/ADDC FED) [kathleen.m.styles@census.gov]; Deborah Stempowski (CENSUS/ADDC FED) [Deborah.M.Stempowski@census.gov]; Erika H Becker Medina (CENSUS/ADDC FED) [Erika.H.Becker.Medina@census.gov]; James L Dinwiddie (CENSUS/ADDC FED) [James.L.Dinwiddie@census.gov]
**Subject:** Fwd: REVIEW ASAP - OMB passback on statement
**Attachments:** Director Dillingham prepared statement edit for OMB clearance - EDITS.docx; ATT00001.htm


Al

Albert E. Fontenot Jr.
Associate Director, Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell ┊ **PII** ┊

Sent from my iPhone

Begin forwarded message:

**From:** "Christopher J Stanley (CENSUS/OCIA FED)" <christopher.j.stanley@census.gov>
**Date:** July 28, 2020 at 3:35:26 PM EDT
**To:** "Albert E Fontenot (CENSUS/ADDC FED)" <Albert.E.Fontenot@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM FED)" <ali.m.ahmad@census.gov>, "Ron S Jarmin (CENSUS/DEPDIR FED)" <Ron.S.Jarmin@census.gov>, "Benjamin J Page (CENSUS/CFO FED)" <benjamin.j.page@census.gov>
**Cc:** "Alan Lang (CENSUS/OCIA FED)" <alan.lang@census.gov>, "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>, "Michael John Sprung (CENSUS/DEPDIR FED)" <michael.j.sprung@census.gov>
**Subject: REVIEW ASAP - OMB passback on statement**


DRAFT - DELIBERATIVE

Can you please review? We probably should discuss briefly with Steve before I turn it back in.

Highlights: "and a timely delivery of quality data" added to the paragraph on the supplemental request. Recommended edit "a delivery of the data as expeditiously as possible" - Ali, that's in line with how we discussed it in the prep, right?

Timing - bolded added: "The Census Bureau is working to complete data collection as soon as possible, **as it strives to comply with the law and statutory deadlines."** Maybe we simply ask to remove that last part or come up with a softer way to say it.

Education strongly objects to the FERPA paragraph. There is a lengthy comment. Maybe this is an in for the right people to reach out to Ed again and ask for more help on this. I think we need to accept to edits on this.

**From:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Sent:** Tuesday, July 28, 2020 2:54 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** FW: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Attached is OMB's passback.  Please note from below that these comments have been approved by policy officials.  Let  me know how you would like to respond.

Thanks,
Jennifer

---

**From:** Gonzalez, Oscar EOP/OMB <Oscar_Gonzalez@omb.eop.gov>
**Sent:** Tuesday, July 28, 2020 2:49 PM
**To:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Here are all the comments I received.  Please note that all of the Commerce Branch edits have been approved by our policy officials and should be treated accordingly.  We are also supportive of the change proposed by ED.  Please let me know ASAP how Commerce responds.

Thanks

---

**From:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Sent:** Tuesday, July 28, 2020 12:50 PM
**To:** Gonzalez, Oscar EOP/OMB <Oscar_Gonzalez@omb.eop.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** RE: FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Oscar,

Our GC's office asked for this change to be made to the testimony. I know the timing issue is a matter that has been discussed, so I wanted to get this to you now instead of waiting to see the passback. Please see page 2 of the attached testimony for the following edit:

The Census Bureau is working to complete data collection ~~no later than October 21, 2020~~ as soon as possible, and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

Please let me know if making this change will be problematic.

Thank you,
Jennifer

**From:** Lucas, Jennifer (Federal)
**Sent:** Tuesday, July 28, 2020 9:17 AM
**To:** (Oscar_Gonzalez@omb.eop.gov)
**Cc:** 'alexandra_ventura@omb.eop.gov'
**Subject:** FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Attached for OMB clearance is the draft Census testimony for the House Oversight and Reform Committee hearing tomorrow on counting the 2020 Census.

Thanks,
Jennifer



Jennifer B. Lucas
Office of the Assistant General Counsel
for Legislation and Regulation
Department of Commerce
202-482-0445
JLucas@doc.gov

Confidentiality Notice: This e-mail message is intended only for the named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately that you have received this message in error, and delete the message.

DRAFT – DELIBERATIVE – PRE-DECISIONAL

Prepared Statement of
DR. STEVEN DILLINGHAM
DIRECTOR
U.S. CENSUS BUREAU
U.S. DEPARTMENT OF COMMERCE
Before the House Oversight and Reform Committee
U.S. House of Representatives
July 29, 2020

Chairwoman Maloney, Ranking Member Comer, and members of the Committee, I am honored to be with you today. I would like to congratulate Ranking Member Comer on his recent appointment. I appreciate the support of Congress and this Committee's commitment to a successful 2020 Census.

The U.S. Census Bureau is a nonpartisan government agency, and the principal Federal statistical agency. We conduct our work in accordance with federal laws, regulations, policies, and applicable court rulings.  We do not set policy, nor do we control the use of its data products. The Census Bureau will always maintain the highest standards of scientific integrity and transparency about the data we produce.

Ultimately, our ability to produce any data is dependent upon successful completion of those data collection operations, which face significant challenges in the coming weeks. Meeting and overcoming those challenges is our top priority at this time. The women and men of the Census Bureau have undertaken extraordinary efforts during this unprecedented time of a deadly pandemic to keep the 2020 Census on track and prepare for expanded field operations across the nation to count all who have not yet responded. In addition, we continue to collect data for our vital economic and household surveys and to produce new innovative data to help measure the impact of the pandemic and our economic recovery. The Census Bureau, the estimated half million term employees who soon will be assisting the 2020 Census, the almost 400,000 partnering organizations reaching into all communities, and all members of Congress who continue to support the decennial census with resources and member outreach, deserve the highest praise.

**Presidential Memorandum**
In response to the July 21, 2020, Presidential Memorandum, Census Bureau has begun to examine and report on methodologies available to "provide information permitting the President, to the extent practicable, to exercise the President's discretion to carry out the policy" of "the exclusion of illegal aliens from the apportionment base, to the extent feasible and to the maximum extent of the President's discretion under the law," as cited in the President's memorandum. On Friday, July 24, 2020, I directed the Deputy Director and Chief Operating Officer to establish a working group of expert career staff at the Census Bureau to examine potential methodologies for the collection and development of data that might be used for this purpose.  That work is now underway.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

To be clear, this does not change the Census Bureau's plans for field data collection across the nation.  Our data collection operations, our outreach efforts, and all the field work on which we brief the chair's and the ranking member's staffs weekly are not affected by the Memorandum. We will continue full steam ahead with our mission of counting every person, counting them once, and counting them in the right place. In fact, this is spelled out in the Presidential Memorandum itself, which notes: "The Secretary shall also include in that report information tabulated according to the methodology set forth in Final 2020 Census Residence Criteria and Residence Situations," which was published in the *Federal Register* in 2018.

**Supplemental Request**
To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget recently submitted a supplemental request of $1 billion for the 2020 Census. This funding would allow for supplemental hiring, pay incentives, additional advertising, and replenished contingency funding to provide needed flexibility as the Census Bureau conducts its largest component of the field operation, Nonresponse Follow-up. This flexibility is critical to helping us operate in the midst of an unprecedented public health crisis, including accelerated efforts to complete our field data collection as quickly, and safely as possible, while ensuring a complete and accurate count and a timely delivery of quality data.

> **Commented [A1]: From OMB Commerce Branch:** Recommend edit, as the supplemental request included $50 million for additional advertising.

Since the suspension of field operations in mid-March, the Census Bureau has continually assessed our operational plans, taking into account Federal, state and local guidance, and the status of COVID-19 cases to ensure that we can safely fulfill our mission. Our continuing rigorous analysis led to a phased restart that began in May, and a soft launch of the Nonresponse Follow-up operation that began early in a number of area census offices in mid-July. The supplemental request is an extension of our effort to ensure we are ready to adapt to challenges in the environment.

The Census Bureau is working to complete data collection no later than October 31, 2020as soon as possible, as it strives to comply with the law and statutory deadlines.  and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

> **Commented [A2]:** OMB Commerce Branch edits.

**Self-Response Success and the Status of Operations**
Despite the challenges of the COVID-19 pandemic, the 2020 Census self-response has been a tremendous success. We are now at a 62.5 percent response rate, with more than 92 million households counted. We expect this rate will continue to increase as we approach the official start of Nonresponse Follow-up and will continue until it ends. The safe, secure, and easy internet response option has allowed people to quickly respond using a computer, tablet, or smart phone. More than 79 million households have chosen to respond using the internet, and our response system has not had a single minute of down time since we first invited people to respond online on March 12, 2020.

Of course, no matter how easy and safe the internet option is, we expected that some people would prefer or need other options. Accordingly, we also employed easy paper and telephone

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

options. So far nearly 18 million households have responded using a paper form, and another 1.4 million have chosen to respond by phone.

All forms of self-response continued during our recent suspension of operations in the field that involved close human interactions. There were some difficulties staffing our call centers and Paper Data Capture Centers due to the pandemic, but we have implemented processes and procedures to overcome those challenges safely. We successfully sent up to five mailings and an additional mailing to areas where post office boxes are the only mailing addresses. A sixth mailing was added in response to the COVID-19 pandemic. It began on July 22, and is designed to reach approximately 34 million nonresponding households.

**Update Leave Operation**
Update Leave, our operation to hand-deliver packets to housing units that do not receive regular mail service had to be suspended in March. We began resuming this work in May. The Update Leave operation is now 99.6 percent completed, with the remaining areas located primarily on tribal lands that have limited or no access due to the pandemic. We are closely coordinating with those tribal governments to ensure a complete and accurate count. In sum, nearly every household in the country has received their invitation to respond.

**Counting College Students**
We are undertaking a new special operation to ensure a complete and accurate count of college students.  The Census Residence Criteria, finalized in 2018, requires that college students be counted where they live or stay most of the time on April 1 of the Census year, and that means in many cases on the college campus or in the campus town. On-campus students are already well covered in our Group Quarters operation, where the institutions are providing us the information from administrative records or a listing.

To better count those students who live off campus, we are asking universities for the records they have for off-campus students. On June 17, Census Bureau staff began contacting college administrators to ask for administrative records with the addresses of the off-campus students.  I also sent a letter to college and university presidents across the nation to ask their support in having their staff provide these vital records. This information is critical to help us with challenges stemming from the virus and ensures that students are counted in the right place.

~~We understand that Congress is considering legislation, which passed the House, to alleviate confusion among some institutions that think the Family Educational Rights and Privacy Act (FERPA) may not allow colleges and universities to help the 2020 Census in this way. We appreciate the committee's interest in this important issue.~~ I can assure you that the Census Bureau will protect the privacy of students in this regard, as we do with all sensitive protected data. Strong privacy protections in the law apply to any personal information we receive, whether from respondents directly, or from records from universities and government agencies, or from other sources. It is critical that we receive this information as soon as possible.

**Nonresponse Follow-up**
The largest component of our field operation, Nonresponse Follow-up, has begun. We implemented a soft launch in a selected areas where we could do so safely to effectively launch

[ PAGE  \* MERGEFORMAT ]

> **Commented [A3]:** From ED:  We are very concerned about the paragraph on page 3 of the testimony dealing with counting college students. ED does not believe that legislation is required to enable colleges to provide the Census Bureau with the information that it needs to carry out the 2020 Census and that legislation may, intentionally or not, undermine the Family Educational Rights and Privacy Act (20 U.S.C. 1232g). In this context, FERPA's "directory information" exception to consent would apply – colleges and universities that have designated off-campus addresses as directory information in public notices (with the option of students to opt-out), would be able to provide such address information to the Census. We have, and continue to be willing to, work with the Census and colleges and Universities to provide clarification to particular questions and situations that may arise.
>
> To the extent that there may be "confusion among some institutions", the correct response is for ED and the Census Bureau to continue to provide accurate information to those institutions as we have both been doing for the past several months. It is inappropriate for officials of the Executive Branch to suggest that it is up to the Legislative Branch to "alleviate confusion" when the Executive Branch has the capacity – and the responsibility – to do that. ED also has significant technical and substantive concerns with the language in the HEROES Act and does not want congressional testimony to be construed as broad Executive acceptance of that language.
>
> We recommend that the paragraph in question be deleted altogether, given the lack of time available to negotiate a better statement before tomorrow's hearing, or at the very least, revised to read as shown.
>
> In addition, the witness should be instructed not to indicate, in response to questions that may arise at the hearing, that he, the Census Bureau, the Department of Commerce, or the Administration, favors legislative action on this issue.

DRAFT – DELIBERATIVE – PRE-DECISIONAL

systems and get a head start on the operation. The first six Area Census Offices (ACOs) began work on July 16, and six more began July 23. We have hired 14,700 staff so far in these offices.

On July 30, an additional 35 ACOs are scheduled to begin this work. Also, we are announcing this week that 40 more ACOs will start work early in a third group of soft launch locations, beginning on August 6. The rest are scheduled to begin on August 11.

We are announcing this week two supplemental initiatives during Nonresponse Follow-up to increase self-response. In September we will be sending a seventh mailing including an additional questionnaire to the lowest responding tracts.  Plans for the seventh mailing are being developed based on continued self-response rates and early Nonresponse Follow-up results. Also, census takers will attempt to contact some households by phone. Details for both the seventh mailing and phone contact strategy are being finalized, and we will be pleased to share more details with the committee soon.

For further messaging, the Census Bureau is beginning a new email campaign in low responding areas. Emails will go to all households that the Census Bureau has contact information for in census block groups with a response rate lower than 50 percent. More than 20 million households are expected to receive these emails. We are continuing to review the use of SMS text messages and will make an announcement prior to deploying that outreach.

**Health and Safety of Census Bureau Staff and the American Public**
Our commitment throughout the 2020 Census is to protect every employee and the American people during interactions among staff and with the public.  Personal protective equipment (PPE), specific training, and expectations that staff maintain social distancing in interactions with others are key in our commitment to protect people's health during this pandemic.  We require census employees who have public interactions to wear a face mask regardless of geographic location.

We have acquired more than 41 million items of PPE for use by our office and field staff.  This includes 2.4 million masks, 14.4 million individual gloves, 21.4 million individual disinfectant wipes, 3.6 million individual hand sanitizer bottles for field staff use, and 48,000 gallons of hand sanitizer for use in census facilities. The need for additional purchases is being assessed.

**Hiring**
For staffing, we have nearly three million applicants available for consideration as temporary census workers, and we continue receiving about 1,500 new applicants each day. This deep pool permits us to fill needed positions to conduct the 2020 Census. Our 248 Area Census Offices are finishing up the hiring process for the approximate 500,000 temporary census workers.  To date, more than 900,000 job offers have been accepted. This large number of offers is needed to cover attrition. These individuals are in various stages of the hiring process. Approximately 700,000 have completed fingerprinting, and 500,000 have passed the background check and are readying for onboarding as employees.

We continue working to overcome hiring and onboarding challenges caused by the pandemic. Unlike prior censuses, concern with the pandemic is estimated to increase the number of no shows to training sessions, as well as the number of employees who complete training but

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

decline to show up for work. It is too early to measure a trend, but so far deployment numbers are lower than expected. Furthermore, many times our in-person onboarding sites have been closed at the last minute due to local pandemic related conditions, requiring trainees to be rescheduled at other locations on other days. Training is now primarily online, but it trainees are currently required is necessary to have a session in person with supervisors.

> **Commented [A4]: From OMB Commerce Branch:** Recommend edit. If operational requirements or pandemic conditions prevent this from occurring in the future, it may be better to refer to this practice as "currently required," rather than strictly "necessary."

We will provide an updated analysis in the coming weeks as more offices begin the Nonresponse Follow-up operation. To overcome these challenges, the ACO managers are inviting significantly more people to trainings so that the net number of trained individuals is sufficient for field work. Also, the ACOs will continue to conduct replacement trainings on an ongoing basis to ensure the non-response follow-up operation is fully staffed. The Census Field Supervisors will offer more phone support to trainees to help those who need more training on using the smartphone enumeration device. Currently, we are recruiting additional applicants in specific geographies to ensure we have enough qualified workers in these areas. To help with onboarding, we are extending the times for fingerprinting sites so that replacement hires can be cleared more quickly in order to attend training sessions.

**Partnership Work to Promote Response**
Our active partnership efforts have been vital to promote the 2020 Census, especially as we adjust for the pandemic. With nearly 400,000 local partners across the country, we are working with local and regional partners, including Complete Count Committees, local and state governments, community leaders, and organizations geared toward hard-to-count populations. When I was last before the committee in February, we had 266,000 partners. The ambitious goal of 300,000 was achieved before March and exceeds the 257,000 by the completion of the 2010 Census. These trusted community voices amplify our outreach work and persuade hard-to-count populations to respond to the 2020 Census.

Due to the COVID-19 pandemic, partnership staff generally were restricted to virtual outreach from mid-March until early June. Partnership specialists received detailed guidance during this period on how to conduct outreach from home and how to encourage partners to host virtual events. Events have included Create-a-Thons to develop tailored messaging for specific areas and groups, town halls, conference calls, webinars, and other virtual events hosted by our partners.  Local governments and other partners are including 2020 Census messaging during COVID-19 meetings and news conferences to repeat the message that the easiest and safest way to be counted in the 2020 Census is to self-respond from home, eliminating the need to speak with a census taker in-person.  Staff are working with partners to conduct car parades in many hard-to-count neighborhoods with low Internet availability. We are shipping 2020 Census promotional materials directly to partners, including for use at food distribution centers.

In-person events are now allowed with appropriate precautions and compliance with state and local guidelines, including required face coverings and social distancing and limits on the number of attendees. Partnership staff are supporting the Mobile Questionnaire Assistance (MQA) operation.  We had to delay and scale back this operation due to the pandemic, but now partnership staff are working to identify MQA sites where people go when they leave home, such as grocery stores, pharmacies, and other places with essential services.  In most instances, these MQA sites are outdoors, and they adhere to local, state and federal health and safety guidelines.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

We have great stories and examples of successful partnership work in local areas across the country. Here are just a few examples of the ongoing outreach:

- A number of partners in New York City are actively promoting the census, including Mobile Questionnaire Assistance events at Tompkins Square Greenmarket the Grand Street Guild meal distribution with Chairwoman Maloney.
- Students in Hopkins County, Kentucky, in Ranking Member Comer's district created 2020 Census PSAs.
- Firefighters from seven cities across Georgia competed in a video challenge. The contest highlighted the importance of 2020 Census data that helps determine federal funding for public safety and emergency management teams, and it encouraged Georgia residents to fill out their census forms.
- In Rochester, New York, Mayor Lovely A. Warren directed city officials to mail five facemasks to every address within the city limits, and the mailing included census messaging encouraging residents to complete the 2020 questionnaire.
- More than 200,000 census flyers were delivered this month to twenty different Latino Grocery Stores in Santa Clara County, California. The printed material was distributed by the store clerks at checkout.
- Hundreds of people participated in the Voces de la Frontera Bike/Car Caravan in Milwaukee, Wisconsin, this week. Voces de la Frontera is a membership-based community organization led by low-wage workers, immigrants, and youth. Cyclists and cars drove through low-response areas in Milwaukee. This weekly event will continue into the fall to highlight the importance of Census.
- In Chicago, Mayor Lori Lightfoot recently recruited 33-year-old Adam Hollingsworth ("the Census Cowboy") and his horse "Robin" to ride through the 10 communities in the city with the lowest census response rates to encourage residents to respond to the 2020 Census. Lightfoot compared it to using the Bat-Signal in the fictional city of Gotham.

Our national partners continue to work with us and do great work.  Since June 1, our staff have been supporting partners who are doing direct service and performing in-person work. Examples include national food distribution efforts, providing partners and communities with 43,000 grocery tote bags; 500 drawstring backpacks; more than 27,000 print materials; 7,500 pens; 5,000 reusable water bottles; more than 5,000 fans; and 32,000 chip clips.

Last weekend we conducted our second 2020 Census Faith Community Weekend of Action. Faith leaders across the country encouraged their congregations to respond to the census with messaging emphasizing that the census is important, easy, and safe.  Many partners such as The United Way, Walmart, and Starbucks, to name just a few, are sharing these messages to their members, employees, and customers. Facebook recently launched its second notification promoting the importance of responding, linking directly to our website 2020Census.gov, and encouraging people to share the message with their friends. We are seeing dramatic results.

The Statistics in Schools Program, and our web and social media work are also at full throttle. We are engaging school districts around the country as they reach out to parents and students to

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

adapt this program to the current environment, all while promoting participation in the 2020 Census.

Last week, I was honored to provide a video address to the national conference of the Veterans of Foreign Wars, thanking them for their service and encouraging their efforts to promote the 2020 census and self-responses.

**Expanding and Extending the 2020 Census Integrated Communications Campaign**
In the face of the pandemic and other challenges, we expanded the Integrated Communications Contract from $500 million to $700 million, and the media buy increased from $323.5 million to $383.4 million. This expansion enables us to continue our advertising and communications efforts through the summer and into the fall.  Along with TV, radio, and print, we are employing extensive digital advertising and driving conversations on social media outlets, targeting the messaging to low-responding areas and populations.

Back in March, the Census Bureau was one of the first organizations to develop advertising sensitive to the current environment.  We extended what we call the "motivation phase" of the campaign until August, to get as many people as possible to respond to the Census. We are currently in the middle of our "July Push" for self-response, for which we created new advertising. And we have increased our media spend with local advertising in every part of the country, including rural and other areas with low response rates.  Beginning August 11, and running through the end of September, we will run advertising in areas with the lowest response rates and where nonresponse workloads are heaviest.

In early August, the national campaign will inform the country that we soon will be knocking on doors in the Nonresponse Follow-up operation. The advertisements were redesigned to show our enumerators in masks and practicing social distancing. The messages will remind everyone that it is not too late to respond.

All components of the communications and partnership program are being leveraged to amplify our messaging. Our earned media teams are targeting priority areas emphasized in the paid media strategy. Approaches include localized media outreach focused on diverse mass, multicultural, and hard-to-count audiences. We are creating customized detailed response rate media materials, leveraging local trusted voices for interviews, conducting radio and satellite media tours with our national and regional spokespeople, and hosting multicultural media briefings and press conferences for reaching hard-to-count audiences and populations.

Your outreach to constituents, collaboration with partners, and affirmation of the importance of 2020 Census are making a difference. As trusted voices in your communities, you amplify our message -- *participating in the 2020 Census is safe, easy, and important.* As you engage constituents and partners, please emphasize that the Census Bureau is legally required to keep all responses strictly confidential. We do so not only as a matter of law, but also as a matter of organizational culture and professional practice.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

We are leaving no stone unturned in our communications, partnerships, operations, and continuing efforts to count the nation's population, despite our challenging environment. Key to success is Congress' continued support. We appreciate your strong support for 2020 Census programs and operations, and the fact that almost all Members are actively engaged as 2020 Census Congressional Partners.  The Census Bureau, our many 2020 Census partners and stakeholders, and all communities across the nation thank you. We look forward to our continued work together in accomplishing our shared mission of conducting a complete and accurate count.

[ PAGE  \* MERGEFORMAT ]

**From:** Albert E Fontenot (CENSUS/ADDC FED) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6542D1900C5D4A8FAEF2F9F58B607ED0-FONTENOT, A]
**Sent:** 7/28/2020 7:55:08 PM
**To:** Kathleen M Styles (CENSUS/ADDC FED) [kathleen.m.styles@census.gov]; Deborah Stempowski (CENSUS/ADDC FED) [Deborah.M.Stempowski@census.gov]; Erika H Becker Medina (CENSUS/ADDC FED) [Erika.H.Becker.Medina@census.gov]; James L Dinwiddie (CENSUS/ADDC FED) [James.L.Dinwiddie@census.gov]
**Subject:** Fwd: REVIEW ASAP - OMB passback on statement
**Attachments:** Director Dillingham prepared statement edit for OMB clearance - EDITS.docx; ATT00001.htm

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell [ PII ]

Sent from my iPhone

Begin forwarded message:

**From:** "Christopher J Stanley (CENSUS/OCIA FED)" <christopher.j.stanley@census.gov>
**Date:** July 28, 2020 at 3:35:26 PM EDT
**To:** "Albert E Fontenot (CENSUS/ADDC FED)" <Albert.E.Fontenot@census.gov>, "Ali Mohammad Ahmad (CENSUS/ADCOM FED)" <ali.m.ahmad@census.gov>, "Ron S Jarmin (CENSUS/DEPDIR FED)" <Ron.S.Jarmin@census.gov>, "Benjamin J Page (CENSUS/CFO FED)" <benjamin.j.page@census.gov>
**Cc:** "Alan Lang (CENSUS/OCIA FED)" <alan.lang@census.gov>, "Steven K Smith (CENSUS/DEPDIR FED)" <steven.k.smith@census.gov>, "Michael John Sprung (CENSUS/DEPDIR FED)" <michael.j.sprung@census.gov>
**Subject: REVIEW ASAP - OMB passback on statement**

DRAFT - DELIBERATIVE

Can you please review? We probably should discuss briefly with Steve before I turn it back in.

Highlights: "and a timely delivery of quality data" added to the paragraph on the supplemental request. Recommended edit "a delivery of the data as expeditiously as possible" - Ali, that's in line with how we discussed it in the prep, right?

Timing - bolded added: "The Census Bureau is working to complete data collection as soon as possible, **as it strives to comply with the law and statutory deadlines."** Maybe we simply ask to remove that last part or come up with a softer way to say it.

Education strongly objects to the FERPA paragraph. There is a lengthy comment. Maybe this is an in for the right people to reach out to Ed again and ask for more help on this. I think we need to accept to edits on this.

---

**From:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Sent:** Tuesday, July 28, 2020 2:54 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** FW: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Attached is OMB's passback.  Please note from below that these comments have been approved by policy officials.  Let  me know how you would like to respond.

Thanks,
Jennifer

---

**From:** Gonzalez, Oscar EOP/OMB <Oscar_Gonzalez@omb.eop.gov>
**Sent:** Tuesday, July 28, 2020 2:49 PM
**To:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Here are all the comments I received.  Please note that all of the Commerce Branch edits have been approved by our policy officials and should be treated accordingly.  We are also supportive of the change proposed by ED.  Please let me know ASAP how Commerce responds.

Thanks

---

**From:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Sent:** Tuesday, July 28, 2020 12:50 PM
**To:** Gonzalez, Oscar EOP/OMB <Oscar_Gonzalez@omb.eop.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** RE: FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Oscar,

Our GC's office asked for this change to be made to the testimony. I know the timing issue is a matter that has been discussed, so I wanted to get this to you now instead of waiting to see the passback. Please see page 2 of the attached testimony for the following edit:

The Census Bureau is working to complete data collection ~~no later than October 21,2020~~ as soon as possible, and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

Please let me know if making this change will be problematic.

Thank you,
Jennifer

**From:** Lucas, Jennifer (Federal)
**Sent:** Tuesday, July 28, 2020 9:17 AM
**To:** (Oscar_Gonzalez@omb.eop.gov)
**Cc:** 'alexandra_ventura@omb.eop.gov'
**Subject:** FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Attached for OMB clearance is the draft Census testimony for the House Oversight and Reform Committee hearing tomorrow on counting the 2020 Census.

Thanks,
Jennifer


Jennifer B. Lucas
Office of the Assistant General Counsel
for Legislation and Regulation
Department of Commerce
202-482-0445
JLucas@doc.gov

Confidentiality Notice: This e-mail message is intended only for the named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately that you have received this message in error, and delete the message.

DRAFT – DELIBERATIVE – PRE-DECISIONAL

Prepared Statement of
DR. STEVEN DILLINGHAM
DIRECTOR
U.S. CENSUS BUREAU
U.S. DEPARTMENT OF COMMERCE
Before the House Oversight and Reform Committee
U.S. House of Representatives
July 29, 2020

Chairwoman Maloney, Ranking Member Comer, and members of the Committee, I am honored to be with you today. I would like to congratulate Ranking Member Comer on his recent appointment. I appreciate the support of Congress and this Committee's commitment to a successful 2020 Census.

The U.S. Census Bureau is a nonpartisan government agency, and the principal Federal statistical agency. We conduct our work in accordance with federal laws, regulations, policies, and applicable court rulings.  We do not set policy, nor do we control the use of its data products. The Census Bureau will always maintain the highest standards of scientific integrity and transparency about the data we produce.

Ultimately, our ability to produce any data is dependent upon successful completion of those data collection operations, which face significant challenges in the coming weeks. Meeting and overcoming those challenges is our top priority at this time. The women and men of the Census Bureau have undertaken extraordinary efforts during this unprecedented time of a deadly pandemic to keep the 2020 Census on track and prepare for expanded field operations across the nation to count all who have not yet responded. In addition, we continue to collect data for our vital economic and household surveys and to produce new innovative data to help measure the impact of the pandemic and our economic recovery. The Census Bureau, the estimated half million term employees who soon will be assisting the 2020 Census, the almost 400,000 partnering organizations reaching into all communities, and all members of Congress who continue to support the decennial census with resources and member outreach, deserve the highest praise.

**Presidential Memorandum**
In response to the July 21, 2020, Presidential Memorandum, Census Bureau has begun to examine and report on methodologies available to "provide information permitting the President, to the extent practicable, to exercise the President's discretion to carry out the policy" of "the exclusion of illegal aliens from the apportionment base, to the extent feasible and to the maximum extent of the President's discretion under the law," as cited in the President's memorandum. On Friday, July 24, 2020, I directed the Deputy Director and Chief Operating Officer to establish a working group of expert career staff at the Census Bureau to examine potential methodologies for the collection and development of data that might be used for this purpose.  That work is now underway.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

To be clear, this does not change the Census Bureau's plans for field data collection across the nation.  Our data collection operations, our outreach efforts, and all the field work on which we brief the chair's and the ranking member's staffs weekly are not affected by the Memorandum. We will continue full steam ahead with our mission of counting every person, counting them once, and counting them in the right place. In fact, this is spelled out in the Presidential Memorandum itself, which notes: "The Secretary shall also include in that report information tabulated according to the methodology set forth in Final 2020 Census Residence Criteria and Residence Situations," which was published in the *Federal Register* in 2018.

**Supplemental Request**
To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget recently submitted a supplemental request of $1 billion for the 2020 Census. This funding would allow for supplemental hiring, pay incentives, additional advertising, and replenished contingency funding to provide needed flexibility as the Census Bureau conducts its largest component of the field operation, Nonresponse Follow-up. This flexibility is critical to helping us operate in the midst of an unprecedented public health crisis, including accelerated efforts to complete our field data collection as quickly, and safely as possible, while ensuring a complete and accurate count and a timely delivery of quality data.

> **Commented [A1]: From OMB Commerce Branch:** Recommend edit, as the supplemental request included $50 million for additional advertising.

Since the suspension of field operations in mid-March, the Census Bureau has continually assessed our operational plans, taking into account Federal, state and local guidance, and the status of COVID-19 cases to ensure that we can safely fulfill our mission. Our continuing rigorous analysis led to a phased restart that began in May, and a soft launch of the Nonresponse Follow-up operation that began early in a number of area census offices in mid-July. The supplemental request is an extension of our effort to ensure we are ready to adapt to challenges in the environment.

The Census Bureau is working to complete data collection no later than October 31, 2020 as soon as possible, as it strives to comply with the law and statutory deadlines.  and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

> **Commented [A2]: OMB Commerce Branch edits.**

**Self-Response Success and the Status of Operations**
Despite the challenges of the COVID-19 pandemic, the 2020 Census self-response has been a tremendous success. We are now at a 62.5 percent response rate, with more than 92 million households counted. We expect this rate will continue to increase as we approach the official start of Nonresponse Follow-up and will continue until it ends. The safe, secure, and easy internet response option has allowed people to quickly respond using a computer, tablet, or smart phone. More than 79 million households have chosen to respond using the internet, and our response system has not had a single minute of down time since we first invited people to respond online on March 12, 2020.

Of course, no matter how easy and safe the internet option is, we expected that some people would prefer or need other options. Accordingly, we also employed easy paper and telephone

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

options. So far nearly 18 million households have responded using a paper form, and another 1.4 million have chosen to respond by phone.

All forms of self-response continued during our recent suspension of operations in the field that involved close human interactions. There were some difficulties staffing our call centers and Paper Data Capture Centers due to the pandemic, but we have implemented processes and procedures to overcome those challenges safely. We successfully sent up to five mailings and an additional mailing to areas where post office boxes are the only mailing addresses. A sixth mailing was added in response to the COVID-19 pandemic. It began on July 22, and is designed to reach approximately 34 million nonresponding households.

**Update Leave Operation**
Update Leave, our operation to hand-deliver packets to housing units that do not receive regular mail service had to be suspended in March. We began resuming this work in May. The Update Leave operation is now 99.6 percent completed, with the remaining areas located primarily on tribal lands that have limited or no access due to the pandemic. We are closely coordinating with those tribal governments to ensure a complete and accurate count. In sum, nearly every household in the country has received their invitation to respond.

**Counting College Students**
We are undertaking a new special operation to ensure a complete and accurate count of college students.  The Census Residence Criteria, finalized in 2018, requires that college students be counted where they live or stay most of the time on April 1 of the Census year, and that means in many cases on the college campus or in the campus town. On-campus students are already well covered in our Group Quarters operation, where the institutions are providing us the information from administrative records or a listing.

To better count those students who live off campus, we are asking universities for the records they have for off-campus students. On June 17, Census Bureau staff began contacting college administrators to ask for administrative records with the addresses of the off-campus students.  I also sent a letter to college and university presidents across the nation to ask their support in having their staff provide these vital records. This information is critical to help us with challenges stemming from the virus and ensures that students are counted in the right place.

~~We understand that Congress is considering legislation, which passed the House, to alleviate confusion among some institutions that think the Family Educational Rights and Privacy Act (FERPA) may not allow colleges and universities to help the 2020 Census in this way. We appreciate the committee's interest in this important issue.~~ I can assure ~~you~~ that the Census Bureau will protect the privacy of students in this regard, as we do with all sensitive protected data. Strong privacy protections in the law apply to any personal information we receive, whether from respondents directly, or from records from universities and government agencies, or from other sources. It is critical that we receive this information as soon as possible.

**Nonresponse Follow-up**
The largest component of our field operation, Nonresponse Follow-up, has begun. We implemented a soft launch in a selected areas where we could do so safely to effectively launch

> **Commented [A3]:** **From ED:**  We are very concerned about the paragraph on page 3 of the testimony dealing with counting college students. ED does not believe that legislation is required to enable colleges to provide the Census Bureau with the information that it needs to carry out the 2020 Census and that legislation may, intentionally or not, undermine the Family Educational Rights and Privacy Act (20 U.S.C. 1232g). In this context, FERPA's "directory information" exception to consent would apply – colleges and universities that have designated off-campus addresses as directory information in public notices (with the option of students to opt-out), would be able to provide such address information to the Census. We have, and continue to be willing to, work with the Census and colleges and Universities to provide clarification to particular questions and situations that may arise.
>
> To the extent that there may be "confusion among some institutions", the correct response is for ED and the Census Bureau to continue to provide accurate information to those institutions as we have both been doing for the past several months. It is inappropriate for officials of the Executive Branch to suggest that it is up to the Legislative Branch to "alleviate confusion" when the Executive Branch has the capacity – and the responsibility – to do that. ED also has significant technical and substantive concerns with the language in the HEROES Act and does not want congressional testimony to be construed as broad Executive acceptance of that language.
>
> We recommend that the paragraph in question be deleted altogether, given the lack of time available to negotiate a better statement before tomorrow's hearing, or at the very least, revised to read as shown.
>
> In addition, the <u>witness should be instructed not to indicate</u>, in response to questions that may arise at the hearing, that he, the Census Bureau, the Department of Commerce, or the Administration, favors legislative action on this issue.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

systems and get a head start on the operation. The first six Area Census Offices (ACOs) began work on July 16, and six more began July 23. We have hired 14,700 staff so far in these offices.

On July 30, an additional 35 ACOs are scheduled to begin this work. Also, we are announcing this week that 40 more ACOs will start work early in a third group of soft launch locations, beginning on August 6. The rest are scheduled to begin on August 11.

We are announcing this week two supplemental initiatives during Nonresponse Follow-up to increase self-response. In September we will be sending a seventh mailing including an additional questionnaire to the lowest responding tracts. Plans for the seventh mailing are being developed based on continued self-response rates and early Nonresponse Follow-up results. Also, census takers will attempt to contact some households by phone. Details for both the seventh mailing and phone contact strategy are being finalized, and we will be pleased to share more details with the committee soon.

For further messaging, the Census Bureau is beginning a new email campaign in low responding areas. Emails will go to all households that the Census Bureau has contact information for in census block groups with a response rate lower than 50 percent. More than 20 million households are expected to receive these emails. We are continuing to review the use of SMS text messages and will make an announcement prior to deploying that outreach.

**Health and Safety of Census Bureau Staff and the American Public**
Our commitment throughout the 2020 Census is to protect every employee and the American people during interactions among staff and with the public. Personal protective equipment (PPE), specific training, and expectations that staff maintain social distancing in interactions with others are key in our commitment to protect people's health during this pandemic. We require census employees who have public interactions to wear a face mask regardless of geographic location.

We have acquired more than 41 million items of PPE for use by our office and field staff. This includes 2.4 million masks, 14.4 million individual gloves, 21.4 million individual disinfectant wipes, 3.6 million individual hand sanitizer bottles for field staff use, and 48,000 gallons of hand sanitizer for use in census facilities. The need for additional purchases is being assessed.

**Hiring**
For staffing, we have nearly three million applicants available for consideration as temporary census workers, and we continue receiving about 1,500 new applicants each day. This deep pool permits us to fill needed positions to conduct the 2020 Census. Our 248 Area Census Offices are finishing up the hiring process for the approximate 500,000 temporary census workers. To date, more than 900,000 job offers have been accepted. This large number of offers is needed to cover attrition. These individuals are in various stages of the hiring process. Approximately 700,000 have completed fingerprinting, and 500,000 have passed the background check and are readying for onboarding as employees.

We continue working to overcome hiring and onboarding challenges caused by the pandemic. Unlike prior censuses, concern with the pandemic is estimated to increase the number of no shows to training sessions, as well as the number of employees who complete training but

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

decline to show up for work. It is too early to measure a trend, but so far deployment numbers are lower than expected. Furthermore, many times our in-person onboarding sites have been closed at the last minute due to local pandemic related conditions, requiring trainees to be rescheduled at other locations on other days. Training is now primarily online, but it trainees are currently required is necessary to have a session in person with supervisors.

> **Commented [A4]: From OMB Commerce Branch:**
> Recommend edit. If operational requirements or pandemic conditions prevent this from occurring in the future, it may be better to refer to this practice as "currently required," rather than strictly "necessary."

We will provide an updated analysis in the coming weeks as more offices begin the Nonresponse Follow-up operation. To overcome these challenges, the ACO managers are inviting significantly more people to trainings so that the net number of trained individuals is sufficient for field work. Also, the ACOs will continue to conduct replacement trainings on an ongoing basis to ensure the non-response follow-up operation is fully staffed. The Census Field Supervisors will offer more phone support to trainees to help those who need more training on using the smartphone enumeration device. Currently, we are recruiting additional applicants in specific geographies to ensure we have enough qualified workers in these areas. To help with onboarding, we are extending the times for fingerprinting sites so that replacement hires can be cleared more quickly in order to attend training sessions.

**Partnership Work to Promote Response**
Our active partnership efforts have been vital to promote the 2020 Census, especially as we adjust for the pandemic. With nearly 400,000 local partners across the country, we are working with local and regional partners, including Complete Count Committees, local and state governments, community leaders, and organizations geared toward hard-to-count populations. When I was last before the committee in February, we had 266,000 partners. The ambitious goal of 300,000 was achieved before March and exceeds the 257,000 by the completion of the 2010 Census. These trusted community voices amplify our outreach work and persuade hard-to-count populations to respond to the 2020 Census.

Due to the COVID-19 pandemic, partnership staff generally were restricted to virtual outreach from mid-March until early June. Partnership specialists received detailed guidance during this period on how to conduct outreach from home and how to encourage partners to host virtual events. Events have included Create-a-Thons to develop tailored messaging for specific areas and groups, town halls, conference calls, webinars, and other virtual events hosted by our partners.  Local governments and other partners are including 2020 Census messaging during COVID-19 meetings and news conferences to repeat the message that the easiest and safest way to be counted in the 2020 Census is to self-respond from home, eliminating the need to speak with a census taker in-person.  Staff are working with partners to conduct car parades in many hard-to-count neighborhoods with low Internet availability. We are shipping 2020 Census promotional materials directly to partners, including for use at food distribution centers.

In-person events are now allowed with appropriate precautions and compliance with state and local guidelines, including required face coverings and social distancing and limits on the number of attendees. Partnership staff are supporting the Mobile Questionnaire Assistance (MQA) operation.  We had to delay and scale back this operation due to the pandemic, but now partnership staff are working to identify MQA sites where people go when they leave home, such as grocery stores, pharmacies, and other places with essential services.  In most instances, these MQA sites are outdoors, and they adhere to local, state and federal health and safety guidelines.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

We have great stories and examples of successful partnership work in local areas across the country. Here are just a few examples of the ongoing outreach:

- A number of partners in New York City are actively promoting the census, including Mobile Questionnaire Assistance events at Tompkins Square Greenmarket the Grand Street Guild meal distribution with Chairwoman Maloney.
- Students in Hopkins County, Kentucky, in Ranking Member Comer's district created 2020 Census PSAs.
- Firefighters from seven cities across Georgia competed in a video challenge. The contest highlighted the importance of 2020 Census data that helps determine federal funding for public safety and emergency management teams, and it encouraged Georgia residents to fill out their census forms.
- In Rochester, New York, Mayor Lovely A. Warren directed city officials to mail five facemasks to every address within the city limits, and the mailing included census messaging encouraging residents to complete the 2020 questionnaire.
- More than 200,000 census flyers were delivered this month to twenty different Latino Grocery Stores in Santa Clara County, California. The printed material was distributed by the store clerks at checkout.
- Hundreds of people participated in the Voces de la Frontera Bike/Car Caravan in Milwaukee, Wisconsin, this week. Voces de la Frontera is a membership-based community organization led by low-wage workers, immigrants, and youth. Cyclists and cars drove through low-response areas in Milwaukee. This weekly event will continue into the fall to highlight the importance of Census.
- In Chicago, Mayor Lori Lightfoot recently recruited 33-year-old Adam Hollingsworth ("the Census Cowboy") and his horse "Robin" to ride through the 10 communities in the city with the lowest census response rates to encourage residents to respond to the 2020 Census. Lightfoot compared it to using the Bat-Signal in the fictional city of Gotham.

Our national partners continue to work with us and do great work.  Since June 1, our staff have been supporting partners who are doing direct service and performing in-person work. Examples include national food distribution efforts, providing partners and communities with 43,000 grocery tote bags; 500 drawstring backpacks; more than 27,000 print materials; 7,500 pens; 5,000 reusable water bottles; more than 5,000 fans; and 32,000 chip clips.

Last weekend we conducted our second 2020 Census Faith Community Weekend of Action. Faith leaders across the country encouraged their congregations to respond to the census with messaging emphasizing that the census is important, easy, and safe.  Many partners such as The United Way, Walmart, and Starbucks, to name just a few, are sharing these messages to their members, employees, and customers. Facebook recently launched its second notification promoting the importance of responding, linking directly to our website 2020Census.gov, and encouraging people to share the message with their friends. We are seeing dramatic results.

The Statistics in Schools Program, and our web and social media work are also at full throttle. We are engaging school districts around the country as they reach out to parents and students to

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

adapt this program to the current environment, all while promoting participation in the 2020 Census.

Last week, I was honored to provide a video address to the national conference of the Veterans of Foreign Wars, thanking them for their service and encouraging their efforts to promote the 2020 census and self-responses.


**Expanding and Extending the 2020 Census Integrated Communications Campaign**
In the face of the pandemic and other challenges, we expanded the Integrated Communications Contract from $500 million to $700 million, and the media buy increased from $323.5 million to $383.4 million. This expansion enables us to continue our advertising and communications efforts through the summer and into the fall.  Along with TV, radio, and print, we are employing extensive digital advertising and driving conversations on social media outlets, targeting the messaging to low-responding areas and populations.

Back in March, the Census Bureau was one of the first organizations to develop advertising sensitive to the current environment.  We extended what we call the "motivation phase" of the campaign until August, to get as many people as possible to respond to the Census. We are currently in the middle of our "July Push" for self-response, for which we created new advertising. And we have increased our media spend with local advertising in every part of the country, including rural and other areas with low response rates.  Beginning August 11, and running through the end of September, we will run advertising in areas with the lowest response rates and where nonresponse workloads are heaviest.

In early August, the national campaign will inform the country that we soon will be knocking on doors in the Nonresponse Follow-up operation. The advertisements were redesigned to show our enumerators in masks and practicing social distancing. The messages will remind everyone that it is not too late to respond.

All components of the communications and partnership program are being leveraged to amplify our messaging. Our earned media teams are targeting priority areas emphasized in the paid media strategy. Approaches include localized media outreach focused on diverse mass, multicultural, and hard-to-count audiences. We are creating customized detailed response rate media materials, leveraging local trusted voices for interviews, conducting radio and satellite media tours with our national and regional spokespeople, and hosting multicultural media briefings and press conferences for reaching hard-to-count audiences and populations.

Your outreach to constituents, collaboration with partners, and affirmation of the importance of 2020 Census are making a difference. As trusted voices in your communities, you amplify our message -- *participating in the 2020 Census is safe, easy, and important.* As you engage constituents and partners, please emphasize that the Census Bureau is legally required to keep all responses strictly confidential. We do so not only as a matter of law, but also as a matter of organizational culture and professional practice.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

We are leaving no stone unturned in our communications, partnerships, operations, and continuing efforts to count the nation's population, despite our challenging environment. Key to success is Congress' continued support. We appreciate your strong support for 2020 Census programs and operations, and the fact that almost all Members are actively engaged as 2020 Census Congressional Partners.  The Census Bureau, our many 2020 Census partners and stakeholders, and all communities across the nation thank you. We look forward to our continued work together in accomplishing our shared mission of conducting a complete and accurate count.

DOC_0015490

DRAFT – DELIBERATIVE – PRE-DECISIONAL

Prepared Statement of
DR. STEVEN DILLINGHAM
DIRECTOR
U.S. CENSUS BUREAU
U.S. DEPARTMENT OF COMMERCE
Before the House Oversight and Reform Committee
U.S. House of Representatives
July 29, 2020

Chairwoman Maloney, Ranking Member Comer, and members of the Committee, I am honored to be with you today. I would like to congratulate Ranking Member Comer on his recent appointment. I appreciate the support of Congress and this Committee's commitment to a successful 2020 Census.

The U.S. Census Bureau is a nonpartisan government agency, and the principal Federal statistical agency. We conduct our work in accordance with federal laws, regulations, policies, and applicable court rulings.  We do not set policy, nor do we control the use of its data products. The Census Bureau will always maintain the highest standards of scientific integrity and transparency about the data we produce.

Ultimately, our ability to produce any data is dependent upon successful completion of those data collection operations, which face significant challenges in the coming weeks. Meeting and overcoming those challenges is our top priority at this time. The women and men of the Census Bureau have undertaken extraordinary efforts during this unprecedented time of a deadly pandemic to keep the 2020 Census on track and prepare for expanded field operations across the nation to count all who have not yet responded. In addition, we continue to collect data for our vital economic and household surveys and to produce new innovative data to help measure the impact of the pandemic and our economic recovery. The Census Bureau, the estimated half million term employees who soon will be assisting the 2020 Census, the almost 400,000 partnering organizations reaching into all communities, and all members of Congress who continue to support the decennial census with resources and member outreach, deserve the highest praise.

**Presidential Memorandum**
In response to the July 21, 2020, Presidential Memorandum,  Census Bureau has begun to examine and report on methodologies available to "provide information permitting the President, to the extent practicable, to exercise the President's discretion to carry out the policy" of "the exclusion of illegal aliens from the apportionment base, to the extent feasible and to the maximum extent of the President's discretion under the law," as cited in the President's memorandum. On Friday, July 24, 2020, I directed the Deputy Director and Chief Operating Officer to establish a working group of expert career staff at the Census Bureau to examine potential methodologies for the collection and development of data that might be used for this purpose.  That work is now underway.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

To be clear, this does not change the Census Bureau's plans for field data collection across the nation.  Our data collection operations, our outreach efforts, and all the field work on which we brief the chair's and the ranking member's staffs weekly are not affected by the Memorandum. We will continue full steam ahead with our mission of counting every person, counting them once, and counting them in the right place. In fact, this is spelled out in the Presidential Memorandum itself, which notes: "The Secretary shall also include in that report information tabulated according to the methodology set forth in Final 2020 Census Residence Criteria and Residence Situations," which was published in the *Federal Register* in 2018.

**Supplemental Request**
To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget recently submitted a supplemental request of $1 billion for the 2020 Census. This funding would allow for supplemental hiring, pay incentives, additional advertising, and replenished contingency funding to provide needed flexibility as the Census Bureau conducts its largest component of the field operation, Nonresponse Follow-up. This flexibility is critical to helping us operate in the midst of an unprecedented public health crisis, including accelerated efforts to complete our field data collection as quickly, and safely as possible, while ensuring a complete and accurate count and a timely delivery of quality data, as expeditiously as possible.

> **Commented [A1]: From OMB Commerce Branch:** Recommend edit, as the supplemental request included $50 million for additional advertising.

> **Commented [CJS(F2]:** Suggested addition to this edit

Since the suspension of field operations in mid-March, the Census Bureau has continually assessed our operational plans, taking into account Federal, state and local guidance, and the status of COVID-19 cases to ensure that we can safely fulfill our mission. Our continuing rigorous analysis led to a phased restart that began in May, and a soft launch of the Nonresponse Follow-up operation that began early in a number of area census offices in mid-July. The supplemental request is an extension of our effort to ensure we are ready to adapt to challenges in the environment.

The Census Bureau is working to complete data collection no later than October 31, 2020as soon as possible, as it strives to comply with the law and statutory deadlines.  and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

> **Commented [A3]:** OMB Commerce Branch edits.

**Self-Response Success and the Status of Operations**
Despite the challenges of the COVID-19 pandemic, the 2020 Census self-response has been a tremendous success. We are now at a 62.5 percent response rate, with more than 92 million households counted. We expect this rate will continue to increase as we approach the official start of Nonresponse Follow-up and will continue until it ends. The safe, secure, and easy internet response option has allowed people to quickly respond using a computer, tablet, or smart phone. More than 79 million households have chosen to respond using the internet, and our response system has not had a single minute of down time since we first invited people to respond online on March 12, 2020.

Of course, no matter how easy and safe the internet option is, we expected that some people would prefer or need other options. Accordingly, we also employed easy paper and telephone

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

options. So far nearly 18 million households have responded using a paper form, and another 1.4 million have chosen to respond by phone.

All forms of self-response continued during our recent suspension of operations in the field that involved close human interactions. There were some difficulties staffing our call centers and Paper Data Capture Centers due to the pandemic, but we have implemented processes and procedures to overcome those challenges safely. We successfully sent up to five mailings and an additional mailing to areas where post office boxes are the only mailing addresses. A sixth mailing was added in response to the COVID-19 pandemic. It began on July 22, and is designed to reach approximately 34 million nonresponding households.

**Update Leave Operation**
Update Leave, our operation to hand-deliver packets to housing units that do not receive regular mail service had to be suspended in March. We began resuming this work in May. The Update Leave operation is now 99.6 percent completed, with the remaining areas located primarily on tribal lands that have limited or no access due to the pandemic. We are closely coordinating with those tribal governments to ensure a complete and accurate count. In sum, nearly every household in the country has received their invitation to respond.

**Counting College Students**
We are undertaking a new special operation to ensure a complete and accurate count of college students.  The Census Residence Criteria, finalized in 2018, requires that college students be counted where they live or stay most of the time on April 1 of the Census year, and that means in many cases on the college campus or in the campus town. On-campus students are already well covered in our Group Quarters operation, where the institutions are providing us the information from administrative records or a listing.

To better count those students who live off campus, we are asking universities for the records they have for off-campus students. On June 17, Census Bureau staff began contacting college administrators to ask for administrative records with the addresses of the off-campus students.  I also sent a letter to college and university presidents across the nation to ask their support in having their staff provide these vital records. This information is critical to help us with challenges stemming from the virus and ensures that students are counted in the right place.

~~We understand that Congress is considering legislation, which passed the House, to alleviate confusion among some institutions that think the Family Educational Rights and Privacy Act (FERPA) may not allow colleges and universities to help the 2020 Census in this way. We appreciate the committee's interest in this important issue.~~ I can assure ~~you~~ that the Census Bureau will protect the privacy of students in this regard, as we do with all sensitive protected data. Strong privacy protections in the law apply to any personal information we receive, whether from respondents directly, or from records from universities and government agencies, or from other sources. It is critical that we receive this information as soon as possible.

**Nonresponse Follow-up**
The largest component of our field operation, Nonresponse Follow-up, has begun. We implemented a soft launch in a selected areas where we could do so safely to effectively launch

[ PAGE  \* MERGEFORMAT ]

---

**Commented [A4]:** From ED:  We are very concerned about the paragraph on page 3 of the testimony dealing with counting college students. ED does not believe that legislation is required to enable colleges to provide the Census Bureau with the information that it needs to carry out the 2020 Census and that legislation may, intentionally or not, undermine the Family Educational Rights and Privacy Act (20 U.S.C. 1232g). In this context, FERPA's "directory information" exception to consent would apply – colleges and universities that have designated off-campus addresses as directory information in public notices (with the option of students to opt-out), would be able to provide such address information to the Census. We have, and continue to be willing to, work with the Census and colleges and Universities to provide clarification to particular questions and situations that may arise.

To the extent that there may be "confusion among some institutions", the correct response is for ED and the Census Bureau to continue to provide accurate information to those institutions as we have both been doing for the past several months. It is inappropriate for officials of the Executive Branch to suggest that it is up to the Legislative Branch to "alleviate confusion" when the Executive Branch has the capacity – and the responsibility – to do that. ED also has significant technical and substantive concerns with the language in the HEROES Act and does not want congressional testimony to be construed as broad Executive acceptance of that language.

We recommend that the paragraph in question be deleted altogether, given the lack of time available to negotiate a better statement before tomorrow's hearing, or at the very least, revised to read as shown.

In addition, the witness should be instructed not to indicate, in response to questions that may arise at the hearing, that he, the Census Bureau, the Department of Commerce, or the Administration, favors legislative action on this issue.

DRAFT – DELIBERATIVE – PRE-DECISIONAL

systems and get a head start on the operation. The first six Area Census Offices (ACOs) began work on July 16, and six more began July 23. We have hired 14,700 staff so far in these offices.

On July 30, an additional 35 ACOs are scheduled to begin this work. Also, we are announcing this week that 40 more ACOs will start work early in a third group of soft launch locations, beginning on August 6. The rest are scheduled to begin on August 11.

We are announcing this week two supplemental initiatives during Nonresponse Follow-up to increase self-response. In September we will be sending a seventh mailing including an additional questionnaire to the lowest responding tracts.  Plans for the seventh mailing are being developed based on continued self-response rates and early Nonresponse Follow-up results. Also, census takers will attempt to contact some households by phone. Details for both the seventh mailing and phone contact strategy are being finalized, and we will be pleased to share more details with the committee soon.

For further messaging, the Census Bureau is beginning a new email campaign in low responding areas. Emails will go to all households that the Census Bureau has contact information for in census block groups with a response rate lower than 50 percent. More than 20 million households are expected to receive these emails. We are continuing to review the use of SMS text messages and will make an announcement prior to deploying that outreach.

**Health and Safety of Census Bureau Staff and the American Public**
Our commitment throughout the 2020 Census is to protect every employee and the American people during interactions among staff and with the public.  Personal protective equipment (PPE), specific training, and expectations that staff maintain social distancing in interactions with others are key in our commitment to protect people's health during this pandemic.  We require census employees who have public interactions to wear a face mask regardless of geographic location.

We have acquired more than 41 million items of PPE for use by our office and field staff.  This includes 2.4 million masks, 14.4 million individual gloves, 21.4 million individual disinfectant wipes, 3.6 million individual hand sanitizer bottles for field staff use, and 48,000 gallons of hand sanitizer for use in census facilities. The need for additional purchases is being assessed.

**Hiring**
For staffing, we have ~~nearly~~ more than three million applicants available for consideration as temporary census workers, and we continue receiving about 1,500 new applicants each day. This deep pool permits us to fill needed positions to conduct the 2020 Census. Our 248 Area Census Offices are finishing up the hiring process for the approximate 500,000 temporary census workers.  To date, more than 900,000 job offers have been accepted. This large number of offers is needed to cover attrition. These individuals are in various stages of the hiring process. Approximately 700,000 have completed fingerprinting, and 500,000 have passed the background check and are readying for onboarding as employees.

We continue working to overcome hiring and onboarding challenges caused by the pandemic. Unlike prior censuses, concern with the pandemic is estimated to increase the number of no shows to training sessions, as well as the number of employees who complete training but

> **Commented [CJS(F5]:** The bureau reached this number of applicants today.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

decline to show up for work. It is too early to measure a trend, but so far deployment numbers are lower than expected. Furthermore, many times our in-person onboarding sites have been closed at the last minute due to local pandemic related conditions, requiring trainees to be rescheduled at other locations on other days. Training is now primarily online, but ~~it~~ trainees are currently required ~~is necessary~~ to have a session in person with supervisors.

> **Commented [A6]: From OMB Commerce Branch:** Recommend edit. If operational requirements or pandemic conditions prevent this from occurring in the future, it may be better to refer to this practice as "currently required," rather than strictly "necessary."

We will provide an updated analysis in the coming weeks as more offices begin the Nonresponse Follow-up operation. To overcome these challenges, the ACO managers are inviting significantly more people to trainings so that the net number of trained individuals is sufficient for field work. Also, the ACOs will continue to conduct replacement trainings on an ongoing basis to ensure the non-response follow-up operation is fully staffed. The Census Field Supervisors will offer more phone support to trainees to help those who need more training on using the smartphone enumeration device. Currently, we are recruiting additional applicants in specific geographies to ensure we have enough qualified workers in these areas. To help with onboarding, we are extending the times for fingerprinting sites so that replacement hires can be cleared more quickly in order to attend training sessions.

**Partnership Work to Promote Response**
Our active partnership efforts have been vital to promote the 2020 Census, especially as we adjust for the pandemic. With nearly 400,000 local partners across the country, we are working with local and regional partners, including Complete Count Committees, local and state governments, community leaders, and organizations geared toward hard-to-count populations. When I was last before the committee in February, we had 266,000 partners. The ambitious goal of 300,000 was achieved before March and exceeds the 257,000 by the completion of the 2010 Census. These trusted community voices amplify our outreach work and persuade hard-to-count populations to respond to the 2020 Census.

Due to the COVID-19 pandemic, partnership staff generally were restricted to virtual outreach from mid-March until early June. Partnership specialists received detailed guidance during this period on how to conduct outreach from home and how to encourage partners to host virtual events. Events have included Create-a-Thons to develop tailored messaging for specific areas and groups, town halls, conference calls, webinars, and other virtual events hosted by our partners.  Local governments and other partners are including 2020 Census messaging during COVID-19 meetings and news conferences to repeat the message that the easiest and safest way to be counted in the 2020 Census is to self-respond from home, eliminating the need to speak with a census taker in-person.  Staff are working with partners to conduct car parades in many hard-to-count neighborhoods with low Internet availability. We are shipping 2020 Census promotional materials directly to partners, including for use at food distribution centers.

In-person events are now allowed with appropriate precautions and compliance with state and local guidelines, including required face coverings and social distancing and limits on the number of attendees. Partnership staff are supporting the Mobile Questionnaire Assistance (MQA) operation.  We had to delay and scale back this operation due to the pandemic, but now partnership staff are working to identify MQA sites where people go when they leave home, such as grocery stores, pharmacies, and other places with essential services.  In most instances, these MQA sites are outdoors, and they adhere to local, state and federal health and safety guidelines.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

We have great stories and examples of successful partnership work in local areas across the country. Here are just a few examples of the ongoing outreach:

- A number of partners in New York City are actively promoting the census, including Mobile Questionnaire Assistance events at Tompkins Square Greenmarket the Grand Street Guild meal distribution with Chairwoman Maloney.
- Students in Hopkins County, Kentucky, in Ranking Member Comer's district ~~created developed~~ creative 2020 Census public service announcements for Kentucky communities. ~~PSAs.~~
- Firefighters from seven cities across Georgia competed in a video challenge. The contest highlighted the importance of 2020 Census data that helps determine federal funding for public safety and emergency management teams, and it encouraged Georgia residents to fill out their census forms.
- In Rochester, New York, Mayor Lovely A. Warren directed city officials to mail five facemasks to every address within the city limits, and the mailing included census messaging encouraging residents to complete the 2020 questionnaire.
- More than 200,000 census flyers were delivered this month to twenty different Latino Grocery Stores in Santa Clara County, California. The printed material was distributed by the store clerks at checkout.
- Hundreds of people participated in the Voces de la Frontera Bike/Car Caravan in Milwaukee, Wisconsin, this week. Voces de la Frontera is a membership-based community organization led by low-wage workers, immigrants, and youth. Cyclists and cars drove through low-response areas in Milwaukee. This weekly event will continue into the fall to highlight the importance of Census.
- In Chicago, Mayor Lori Lightfoot recently recruited 33-year-old Adam Hollingsworth ("the Census Cowboy") and his horse "Robin" to ride through the 10 communities in the city with the lowest census response rates to encourage residents to respond to the 2020 Census. Lightfoot compared it to using the Bat-Signal in the fictional city of Gotham.

> **Commented [CJS(F7)]:** I got a request for spell out PSA and add a little bit to this one. This should be a minor edit.

Our national partners continue to work with us and do great work.  Since June 1, our staff have been supporting partners who are doing direct service and performing in-person work. Examples include national food distribution efforts, providing partners and communities with 43,000 grocery tote bags; 500 drawstring backpacks; more than 27,000 print materials; 7,500 pens; 5,000 reusable water bottles; more than 5,000 fans; and 32,000 chip clips.

Last weekend we conducted our second 2020 Census Faith Community Weekend of Action. Faith leaders across the country encouraged their congregations to respond to the census with messaging emphasizing that the census is important, easy, and safe.  Many partners such as The United Way, Walmart, and Starbucks, to name just a few, are sharing these messages to their members, employees, and customers. Facebook recently launched its second notification promoting the importance of responding, linking directly to our website 2020Census.gov, and encouraging people to share the message with their friends. We are seeing dramatic results.

The Statistics in Schools Program, and our web and social media work are also at full throttle. We are engaging school districts around the country as they reach out to parents and students to

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

adapt this program to the current environment, all while promoting participation in the 2020 Census.

Last week, I was honored to provide a video address to the national conference of the Veterans of Foreign Wars, thanking them for their service and encouraging their efforts to promote the 2020 census and self-responses.

**Expanding and Extending the 2020 Census Integrated Communications Campaign**
In the face of the pandemic and other challenges, we expanded the Integrated Communications Contract from $500 million to $700 million, and the media buy increased from $323.5 million to $383.4 million. This expansion enables us to continue our advertising and communications efforts through the summer and into the fall.  Along with TV, radio, and print, we are employing extensive digital advertising and driving conversations on social media outlets, targeting the messaging to low-responding areas and populations.

Back in March, the Census Bureau was one of the first organizations to develop advertising sensitive to the current environment.  We extended what we call the "motivation phase" of the campaign until August, to get as many people as possible to respond to the Census. We are currently in the middle of our "July Push" for self-response, for which we created new advertising. And we have increased our media spend with local advertising in every part of the country, including rural and other areas with low response rates.  Beginning August 11, and running through the end of September, we will run advertising in areas with the lowest response rates and where nonresponse workloads are heaviest.

In early August, the national campaign will inform the country that we soon will be knocking on doors in the Nonresponse Follow-up operation. The advertisements were redesigned to show our enumerators in masks and practicing social distancing. The messages will remind everyone that it is not too late to respond.

All components of the communications and partnership program are being leveraged to amplify our messaging. Our earned media teams are targeting priority areas emphasized in the paid media strategy. Approaches include localized media outreach focused on diverse mass, multicultural, and hard-to-count audiences. We are creating customized detailed response rate media materials, leveraging local trusted voices for interviews, conducting radio and satellite media tours with our national and regional spokespeople, and hosting multicultural media briefings and press conferences for reaching hard-to-count audiences and populations.

Your outreach to constituents, collaboration with partners, and affirmation of the importance of 2020 Census are making a difference. As trusted voices in your communities, you amplify our message -- *participating in the 2020 Census is safe, easy, and important.* As you engage constituents and partners, please emphasize that the Census Bureau is legally required to keep all responses strictly confidential. We do so not only as a matter of law, but also as a matter of organizational culture and professional practice.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

We are leaving no stone unturned in our communications, partnerships, operations, and continuing efforts to count the nation's population, despite our challenging environment. Key to success is Congress' continued support. We appreciate your strong support for 2020 Census programs and operations, and the fact that almost all Members are actively engaged as 2020 Census Congressional Partners.  The Census Bureau, our many 2020 Census partners and stakeholders, and all communities across the nation thank you. We look forward to our continued work together in accomplishing our shared mission of conducting a complete and accurate count.

[ PAGE  \* MERGEFORMAT ]

**From:** Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov]
**Sent:** 7/28/2020 9:38:52 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov]
**CC:** Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov]; Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov]
**Subject:** Fw: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony
**Attachments:** Director Dillingham prepared statement edit for OMB clearance - EDITS + Census.docx

Ben got a word that the edits that came while we were on the phone and already discussed were the edits that he was warned about.

**From:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Sent:** Tuesday, July 28, 2020 5:23 PM
**To:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Subject:** Re: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

I combined what I was already working on with part 2. We can accept edits except where I added a little bit.

We made a few edits on top. Some were to correct numbers that have changed in a good way (higher response rate and more applicants) and minor edits the director wanted on one of the partnership examples that didn't make it in earlier by my accident. I made comments to explain edits.

**From:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Sent:** Tuesday, July 28, 2020 4:48 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** FW: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

A few more edits from OMB

**From:** Gonzalez, Oscar EOP/OMB <Oscar_Gonzalez@omb.eop.gov>
**Sent:** Tuesday, July 28, 2020 4:46 PM
**To:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** RE: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Jennifer, I've highlighted some additional changes that we just received from our policy officials on pages 1 and 2 of the attached.  Please consider those part of the passback.

Thanks

**From:** Gonzalez, Oscar EOP/OMB
**Sent:** Tuesday, July 28, 2020 2:49 PM
**To:** 'Lucas, Jennifer (Federal)' <JLucas@doc.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Here are all the comments I received. Please note that all of the Commerce Branch edits have been approved by our policy officials and should be treated accordingly. We are also supportive of the change proposed by ED. Please let me know ASAP how Commerce responds.

Thanks

---

**From:** Lucas, Jennifer (Federal)
**Sent:** Tuesday, July 28, 2020 12:50 PM
**To:** Gonzalez, Oscar EOP/OMB
**Cc:** Ventura, Alexandra EOP/OMB
**Subject:** RE: FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Oscar,

Our GC's office asked for this change to be made to the testimony. I know the timing issue is a matter that has been discussed, so I wanted to get this to you now instead of waiting to see the passback. Please see page 2 of the attached testimony for the following edit:

The Census Bureau is working to complete data collection ~~no later than October 21,2020~~ <u>as soon as possible</u>, and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

Please let me know if making this change will be problematic.

Thank you,
Jennifer

---

**From:** Lucas, Jennifer (Federal)
**Sent:** Tuesday, July 28, 2020 9:17 AM
**To:** (Oscar_Gonzalez@omb.eop.gov)
**Cc:** 'alexandra_ventura@omb.eop.gov'
**Subject:** FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Attached for OMB clearance is the draft Census testimony for the House Oversight and Reform Committee hearing tomorrow on counting the 2020 Census.

Thanks,
Jennifer


Jennifer B. Lucas
Office of the Assistant General Counsel
for Legislation and Regulation
Department of Commerce
202-482-0445
JLucas@doc.gov

Confidentiality Notice: This e-mail message is intended only for the named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or

reproduction of this message or its contents is strictly prohibited. Please notify us immediately that you have received this message in error, and delete the message.

DOC_0015537

DRAFT – DELIBERATIVE – PRE-DECISIONAL

Prepared Statement of
DR. STEVEN DILLINGHAM
DIRECTOR
U.S. CENSUS BUREAU
U.S. DEPARTMENT OF COMMERCE
Before the House Oversight and Reform Committee
U.S. House of Representatives
July 29, 2020

Chairwoman Maloney, Ranking Member Comer, and members of the Committee, I am honored to be with you today. I would like to congratulate Ranking Member Comer on his recent appointment. I appreciate the support of Congress and this Committee's commitment to a successful 2020 Census.

The U.S. Census Bureau is a nonpartisan government agency, and the principal Federal statistical agency. We conduct our work in accordance with federal laws, regulations, policies, and applicable court rulings. We do not set policy, nor do we control the use of its data products. The Census Bureau will always maintain the highest standards of scientific integrity and transparency about the data we produce.

Ultimately, our ability to produce any data is dependent upon successful completion of those data collection operations, which face significant challenges in the coming weeks. Meeting and overcoming those challenges is our top priority at this time. The women and men of the Census Bureau have undertaken extraordinary efforts during this unprecedented time of a deadly pandemic to keep the 2020 Census on track and prepare for expanded field operations across the nation to count all who have not yet responded. In addition, we continue to collect data for our vital economic and household surveys and to produce new innovative data to help measure the impact of the pandemic and our economic recovery. The Census Bureau, the estimated half million term employees who soon will be assisting the 2020 Census, the almost 400,000 partnering organizations reaching into all communities, and all members of Congress who continue to support the decennial census with resources and member outreach, deserve the highest praise.

**Presidential Memorandum**
In response to the July 21, 2020, Presidential Memorandum, ~~the~~ Census Bureau has begun to examine and report on methodologies available to "provide information permitting the President, to the extent practicable, to exercise the President's discretion to carry out the policy" of "the exclusion of illegal aliens from the apportionment base, to the extent feasible and to the maximum extent of the President's discretion under the law," as cited in the President's memorandum. ~~On Friday, July 24, 2020, I directed the Deputy Director and Chief Operating Officer to establish a working group of expert career staff at the Census Bureau to examine potential methodologies for the collection and development of data that might be used for this purpose. That work is now underway.~~

Formatted: Complex Script Font: +Body CS (Arial), 11 pt, Highlight

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

To be clear, this does not change the Census Bureau's plans for field data collection across the nation. The Memorandum does not change Oour Our data collection operations, our outreach efforts, and all the field work on which we brief the chair's and the ranking member's staffs weekly are not affected by the Memorandum. We will continue full steam ahead with our mission of counting every person, counting them once, and counting them in the right place. In fact, this is spelled out in the Presidential Memorandum itself, which notes: "The Secretary shall also include in that report information tabulated according to the methodology set forth in Final 2020 Census Residence Criteria and Residence Situations," which was published in the *Federal Register* in 2018.

**Supplemental Request**
To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget recently submitted a supplemental request of $1 billion for the 2020 Census. This funding would allow for supplemental hiring, pay incentives, additional outreach and advertising, and replenished contingency funding to provide needed flexibility as the Census Bureau conducts its largest component of the field operation, Nonresponse Follow-up. This flexibility is critical to helping us operate in the midst of an unprecedented public health crisis, including accelerated efforts to complete our field data collection as quickly, and safely as possible, while ensuring a complete and accurate count and a timely delivery of quality data, as expeditiously as possible.

Since the suspension of field operations in mid-March, the Census Bureau has continually assessed our operational plans, taking into account Federal, state and local guidance, and the status of COVID-19 cases to ensure that we can safely fulfill our mission. Our continuing rigorous analysis led to a phased restart that began in May, and a soft launch of the Nonresponse Follow-up operation that began early in a number of area census offices in mid-July. The supplemental request is an extension of our effort to ensure we are ready to adapt to challenges in the environment.

The Census Bureau is working to complete data collection no later than October 31, 2020as soon as possible, as it strives to comply with the law and statutory deadlines. and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

**Self-Response Success and the Status of Operations**
Despite the challenges of the COVID-19 pandemic, the 2020 Census self-response has been a tremendous success. We are now at a 62.65 percent response rate, with more than 92 million households counted. We expect this rate will continue to increase as we approach the official start of Nonresponse Follow-up and will continue until it ends. The safe, secure, and easy internet response option has allowed people to quickly respond using a computer, tablet, or smart phone. More than 79 million households have chosen to respond using the internet, and our response system has not had a single minute of down time since we first invited people to respond online on March 12, 2020.

> **Commented [CJS(F1]:** Suggested addition

> **Commented [A2]:** From OMB Commerce Branch: Recommend edit, as the supplemental request included $50 million for additional advertising.

> **Commented [CJS(F3]:** Suggested addition to this edit

> **Commented [A4]:** OMB Commerce Branch edits.

> **Commented [CJS(F5]:** Today's number

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

Of course, no matter how easy and safe the internet option is, we expected that some people would prefer or need other options. Accordingly, we also employed easy paper and telephone options. So far nearly 18 million households have responded using a paper form, and another 1.4 million have chosen to respond by phone.

All forms of self-response continued during our recent suspension of operations in the field that involved close human interactions. There were some difficulties staffing our call centers and Paper Data Capture Centers due to the pandemic, but we have implemented processes and procedures to overcome those challenges safely. We successfully sent up to five mailings and an additional mailing to areas where post office boxes are the only mailing addresses. A sixth mailing was added in response to the COVID-19 pandemic. It began on July 22, and is designed to reach approximately 34 million nonresponding households.

**Update Leave Operation**
Update Leave, our operation to hand-deliver packets to housing units that do not receive regular mail service had to be suspended in March. We began resuming this work in May. The Update Leave operation is now 99.6 percent completed, with the remaining areas located primarily on tribal lands that have limited or no access due to the pandemic. We are closely coordinating with those tribal governments to ensure a complete and accurate count. In sum, nearly every household in the country has received their invitation to respond.

**Counting College Students**
We are undertaking a new special operation to ensure a complete and accurate count of college students.  The Census Residence Criteria, finalized in 2018, requires that college students be counted where they live or stay most of the time on April 1 of the Census year, and that means in many cases on the college campus or in the campus town. On-campus students are already well covered in our Group Quarters operation, where the institutions are providing us the information from administrative records or a listing.

To better count those students who live off campus, we are asking universities for the records they have for off-campus students. On June 17, Census Bureau staff began contacting college administrators to ask for administrative records with the addresses of the off-campus students.  I also sent a letter to college and university presidents across the nation to ask their support in having their staff provide these vital records. This information is critical to help us with challenges stemming from the virus and ensures that students are counted in the right place.

~~We understand that Congress is considering legislation, which passed the House, to alleviate confusion among some institutions that think the Family Educational Rights and Privacy Act (FERPA) may not allow colleges and universities to help the 2020 Census in this way. We appreciate the committee's interest in this important issue.~~ I can assure you that the Census Bureau will protect the privacy of students in this regard, as we do with all sensitive protected data. Strong privacy protections in the law apply to any personal information we receive, whether from respondents directly, or from records from universities and government agencies, or from other sources. It is critical that we receive this information as soon as possible.

**Nonresponse Follow-up**

[ PAGE  \* MERGEFORMAT ]

**Commented [A6]:** From ED:  We are very concerned about the paragraph on page 3 of the testimony dealing with counting college students. ED does not believe that legislation is required to enable colleges to provide the Census Bureau with the information that it needs to carry out the 2020 Census and that legislation may, intentionally or not, undermine the Family Educational Rights and Privacy Act (20 U.S.C. 1232g). In this context, FERPA's "directory information" exception to consent would apply – colleges and universities that have designated off-campus addresses as directory information in public notices (with the option of students to opt-out), would be able to provide such address information to the Census. We have, and continue to be willing to, work with the Census and colleges and Universities to provide clarification to particular questions and situations that may arise.

To the extent that there may be "confusion among some institutions", the correct response is for ED and the Census Bureau to continue to provide accurate information to those institutions as we have both been doing for the past several months. It is inappropriate for officials of the Executive Branch to suggest that it is up to the Legislative Branch to "alleviate confusion" when the Executive Branch has the capacity – and the responsibility – to do that. ED also has significant technical and substantive concerns with the language in the HEROES Act and does not want congressional testimony to be construed as broad Executive acceptance of that language.

We recommend that the paragraph in question be deleted altogether, given the lack of time available to negotiate a better statement before tomorrow's hearing, or at the very least, revised to read as shown.

In addition, the witness should be instructed not to indicate, in response to questions that may arise at the hearing, that he, the Census Bureau, the Department of Commerce, or the Administration, favors legislative action on this issue.

**Commented [CJS(F7R6]:** The edit is fine. If asked about this issue, the director will state that we have heard from stakeholders about these concerns and that we will continue to evaluate how best to alleviate confusion.

DRAFT – DELIBERATIVE – PRE-DECISIONAL

The largest component of our field operation, Nonresponse Follow-up, has begun. We implemented a soft launch in a selected areas where we could do so safely to effectively launch systems and get a head start on the operation. The first six Area Census Offices (ACOs) began work on July 16, and six more began July 23. We have hired 14,700 staff so far in these offices.

On July 30, an additional 35 ACOs are scheduled to begin this work. Also, we are announcing this week that 40 more ACOs will start work early in a third group of soft launch locations, beginning on August 6. The rest are scheduled to begin on August 11.

We are announcing this week two supplemental initiatives during Nonresponse Follow-up to increase self-response. In September we will be sending a seventh mailing including an additional questionnaire to the lowest responding tracts.  Plans for the seventh mailing are being developed based on continued self-response rates and early Nonresponse Follow-up results. Also, census takers will attempt to contact some households by phone. Details for both the seventh mailing and phone contact strategy are being finalized, and we will be pleased to share more details with the committee soon.

For further messaging, the Census Bureau is beginning a new email campaign in low responding areas. Emails will go to all households that the Census Bureau has contact information for in census block groups with a response rate lower than 50 percent. More than 20 million households are expected to receive these emails. We are continuing to review the use of SMS text messages and will make an announcement prior to deploying that outreach.

**Health and Safety of Census Bureau Staff and the American Public**
Our commitment throughout the 2020 Census is to protect every employee and the American people during interactions among staff and with the public.  Personal protective equipment (PPE), specific training, and expectations that staff maintain social distancing in interactions with others are key in our commitment to protect people's health during this pandemic.  We require census employees who have public interactions to wear a face mask regardless of geographic location.

We have acquired more than 41 million items of PPE for use by our office and field staff.  This includes 2.4 million masks, 14.4 million individual gloves, 21.4 million individual disinfectant wipes, 3.6 million individual hand sanitizer bottles for field staff use, and 48,000 gallons of hand sanitizer for use in census facilities. The need for additional purchases is being assessed.

**Hiring**
For staffing, we have ~~nearly~~ more than three million applicants available for consideration as temporary census workers, and we continue receiving about 1,500 new applicants each day. This deep pool permits us to fill needed positions to conduct the 2020 Census. Our 248 Area Census Offices are finishing up the hiring process for the approximate 500,000 temporary census workers.  To date, more than 900,000 job offers have been accepted. This large number of offers is needed to cover attrition. These individuals are in various stages of the hiring process. Approximately 700,000 have completed fingerprinting, and 500,000 have passed the background check and are readying for onboarding as employees.

> **Commented [CJS(F8]:** The bureau reached this number of applicants today.

DOC_0015541

DRAFT – DELIBERATIVE – PRE-DECISIONAL

We continue working to overcome hiring and onboarding challenges caused by the pandemic. Unlike prior censuses, concern with the pandemic is estimated to increase the number of no shows to training sessions, as well as the number of employees who complete training but decline to show up for work. It is too early to measure a trend, but so far deployment numbers are lower than expected. Furthermore, many times our in-person onboarding sites have been closed at the last minute due to local pandemic related conditions, requiring trainees to be rescheduled at other locations on other days. Training is now primarily online, but it trainees are currently required is necessary to have a session in person with supervisors.

> **Commented [A9]:** From OMB Commerce Branch: Recommend edit. If operational requirements or pandemic conditions prevent this from occurring in the future, it may be better to refer to this practice as "currently required," rather than strictly "necessary."

We will provide an updated analysis in the coming weeks as more offices begin the Nonresponse Follow-up operation. To overcome these challenges, the ACO managers are inviting significantly more people to trainings so that the net number of trained individuals is sufficient for field work. Also, the ACOs will continue to conduct replacement trainings on an ongoing basis to ensure the non-response follow-up operation is fully staffed. The Census Field Supervisors will offer more phone support to trainees to help those who need more training on using the smartphone enumeration device. Currently, we are recruiting additional applicants in specific geographies to ensure we have enough qualified workers in these areas. To help with onboarding, we are extending the times for fingerprinting sites so that replacement hires can be cleared more quickly in order to attend training sessions.

**Partnership Work to Promote Response**
Our active partnership efforts have been vital to promote the 2020 Census, especially as we adjust for the pandemic. With nearly 400,000 local partners across the country, we are working with local and regional partners, including Complete Count Committees, local and state governments, community leaders, and organizations geared toward hard-to-count populations. When I was last before the committee in February, we had 266,000 partners. The ambitious goal of 300,000 was achieved before March and exceeds the 257,000 by the completion of the 2010 Census. These trusted community voices amplify our outreach work and persuade hard-to-count populations to respond to the 2020 Census.

Due to the COVID-19 pandemic, partnership staff generally were restricted to virtual outreach from mid-March until early June. Partnership specialists received detailed guidance during this period on how to conduct outreach from home and how to encourage partners to host virtual events. Events have included Create-a-Thons to develop tailored messaging for specific areas and groups, town halls, conference calls, webinars, and other virtual events hosted by our partners.  Local governments and other partners are including 2020 Census messaging during COVID-19 meetings and news conferences to repeat the message that the easiest and safest way to be counted in the 2020 Census is to self-respond from home, eliminating the need to speak with a census taker in-person.  Staff are working with partners to conduct car parades in many hard-to-count neighborhoods with low Internet availability. We are shipping 2020 Census promotional materials directly to partners, including for use at food distribution centers.

In-person events are now allowed with appropriate precautions and compliance with state and local guidelines, including required face coverings and social distancing and limits on the number of attendees. Partnership staff are supporting the Mobile Questionnaire Assistance (MQA) operation.  We had to delay and scale back this operation due to the pandemic, but now

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

partnership staff are working to identify MQA sites where people go when they leave home, such as grocery stores, pharmacies, and other places with essential services.  In most instances, these MQA sites are outdoors, and they adhere to local, state and federal health and safety guidelines.

We have great stories and examples of successful partnership work in local areas across the country. Here are just a few examples of the ongoing outreach:

- A number of partners in New York City are actively promoting the census, including Mobile Questionnaire Assistance events at Tompkins Square Greenmarket the Grand Street Guild meal distribution with Chairwoman Maloney.
- Students in Hopkins County, Kentucky, in Ranking Member Comer's district ~~created developed creative~~ 2020 Census ~~public service announcements for Kentucky communities. PSAs.~~
- Firefighters from seven cities across Georgia competed in a video challenge. The contest highlighted the importance of 2020 Census data that helps determine federal funding for public safety and emergency management teams, and it encouraged Georgia residents to fill out their census forms.
- In Rochester, New York, Mayor Lovely A. Warren directed city officials to mail five facemasks to every address within the city limits, and the mailing included census messaging encouraging residents to complete the 2020 questionnaire.
- More than 200,000 census flyers were delivered this month to twenty different Latino Grocery Stores in Santa Clara County, California. The printed material was distributed by the store clerks at checkout.
- Hundreds of people participated in the Voces de la Frontera Bike/Car Caravan in Milwaukee, Wisconsin, this week. Voces de la Frontera is a membership-based community organization led by low-wage workers, immigrants, and youth. Cyclists and cars drove through low-response areas in Milwaukee. This weekly event will continue into the fall to highlight the importance of Census.
- In Chicago, Mayor Lori Lightfoot recently recruited 33-year-old Adam Hollingsworth ("the Census Cowboy") and his horse "Robin" to ride through the 10 communities in the city with the lowest census response rates to encourage residents to respond to the 2020 Census. Lightfoot compared it to using the Bat-Signal in the fictional city of Gotham.

> **Commented [CJS(F10):** I got a request for spell out PSA and add a little bit to this one. This should be a minor edit.

Our national partners continue to work with us and do great work.  Since June 1, our staff have been supporting partners who are doing direct service and performing in-person work. Examples include national food distribution efforts, providing partners and communities with 43,000 grocery tote bags; 500 drawstring backpacks; more than 27,000 print materials; 7,500 pens; 5,000 reusable water bottles; more than 5,000 fans; and 32,000 chip clips.

Last weekend we conducted our second 2020 Census Faith Community Weekend of Action. Faith leaders across the country encouraged their congregations to respond to the census with messaging emphasizing that the census is important, easy, and safe.  Many partners such as The United Way, Walmart, and Starbucks, to name just a few, are sharing these messages to their members, employees, and customers. Facebook recently launched its second notification promoting the importance of responding, linking directly to our website 2020Census.gov, and encouraging people to share the message with their friends. We are seeing dramatic results.

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

The Statistics in Schools Program, and our web and social media work are also at full throttle. We are engaging school districts around the country as they reach out to parents and students to adapt this program to the current environment, all while promoting participation in the 2020 Census.

Last week, I was honored to provide a video address to the national conference of the Veterans of Foreign Wars, thanking them for their service and encouraging their efforts to promote the 2020 census and self-responses.

**Expanding and Extending the 2020 Census Integrated Communications Campaign**
In the face of the pandemic and other challenges, we expanded the Integrated Communications Contract from $500 million to $700 million, and the media buy increased from $323.5 million to $383.4 million. This expansion enables us to continue our advertising and communications efforts through the summer and into the fall. Along with TV, radio, and print, we are employing extensive digital advertising and driving conversations on social media outlets, targeting the messaging to low-responding areas and populations.

Back in March, the Census Bureau was one of the first organizations to develop advertising sensitive to the current environment.  We extended what we call the "motivation phase" of the campaign until August, to get as many people as possible to respond to the Census. We are currently in the middle of our "July Push" for self-response, for which we created new advertising. And we have increased our media spend with local advertising in every part of the country, including rural and other areas with low response rates.  Beginning August 11, and running through the end of September, we will run advertising in areas with the lowest response rates and where nonresponse workloads are heaviest.

In early August, the national campaign will inform the country that we soon will be knocking on doors in the Nonresponse Follow-up operation. The advertisements were redesigned to show our enumerators in masks and practicing social distancing. The messages will remind everyone that it is not too late to respond.

All components of the communications and partnership program are being leveraged to amplify our messaging. Our earned media teams are targeting priority areas emphasized in the paid media strategy. Approaches include localized media outreach focused on diverse mass, multicultural, and hard-to-count audiences. We are creating customized detailed response rate media materials, leveraging local trusted voices for interviews, conducting radio and satellite media tours with our national and regional spokespeople, and hosting multicultural media briefings and press conferences for reaching hard-to-count audiences and populations.

Your outreach to constituents, collaboration with partners, and affirmation of the importance of 2020 Census are making a difference. As trusted voices in your communities, you amplify our message -- *participating in the 2020 Census is safe, easy, and important.* As you engage constituents and partners, please emphasize that the Census Bureau is legally required to keep all

[ PAGE  \* MERGEFORMAT ]

DRAFT – DELIBERATIVE – PRE-DECISIONAL

responses strictly confidential. We do so not only as a matter of law, but also as a matter of organizational culture and professional practice.

We are leaving no stone unturned in our communications, partnerships, operations, and continuing efforts to count the nation's population, despite our challenging environment. Key to success is Congress' continued support. We appreciate your strong support for 2020 Census programs and operations, and the fact that almost all Members are actively engaged as 2020 Census Congressional Partners.  The Census Bureau, our many 2020 Census partners and stakeholders, and all communities across the nation thank you. We look forward to our continued work together in accomplishing our shared mission of conducting a complete and accurate count.

[ PAGE  \* MERGEFORMAT ]

| | |
|---|---|
| **From**: | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] |
| **Sent**: | 7/29/2020 1:14:28 AM |
| **To**: | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov]; Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov] |
| **CC**: | Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov]; Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov]; Alan Lang (CENSUS/OCIA FED) [alan.lang@census.gov]; Steven K Smith (CENSUS/DEPDIR FED) [steven.k.smith@census.gov]; Michael John Sprung (CENSUS/DEPDIR FED) [michael.j.sprung@census.gov] |
| **Subject**: | Re: REVIEW ASAP - OMB passback on statement |
| **Attachments**: | Director Dillingham prepared statement edit for OMB clearance - CLEARED.docx |

This was cleared with no additional edits except the removal of "expeditiously" as emailed earlier.

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Tuesday, July 28, 2020 4:37 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: REVIEW ASAP - OMB passback on statement

Call in: Skype link is coming



On Jul 28, 2020, at 4:28 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:

Stanley is going to send around a call in number

On Jul 28, 2020, at 4:24 PM, Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov> wrote:

Ok

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell PII

Sent from my iPhone

On Jul 28, 2020, at 4:15 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:

As long as we can keep in the reference to now getting that information is going I think we just need to take it

On Jul 28, 2020, at 4:07 PM, Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov> wrote:

If you open the document in Word, you can see their lengthy comment. It's pasted here.

**From ED:**  We are very concerned about the paragraph on page 3 of the testimony dealing with counting college students. ED does not believe that legislation is required to enable colleges to provide the Census Bureau with the information that it needs to carry out the 2020 Census and that legislation may, intentionally or not, undermine the Family Educational Rights and Privacy Act (20 U.S.C. 1232g). In this context, FERPA's "directory information" exception to consent would apply – colleges and universities that have designated off-campus addresses as directory information in public notices (with the option of students to opt-out), would be able to provide such address information to the Census. We have, and continue to be willing to, work with the Census and colleges and Universities to provide clarification to particular questions and situations that may arise.

To the extent that there may be "confusion among some institutions", the correct response is for ED and the Census Bureau to continue to provide accurate information to those institutions as we have both been doing for the past several months. It is inappropriate for officials of the Executive Branch to suggest that it is up to the Legislative Branch to "alleviate confusion" when the Executive Branch has the capacity – and the responsibility – to do that. ED also has significant technical and substantive concerns with the language in the HEROES Act and does not want congressional testimony to be construed as broad Executive acceptance of that language.

We recommend that the paragraph in question be deleted altogether, given the lack of time available to negotiate a better statement before tomorrow's hearing, or at the very least, revised to read as shown.

In addition, the <u>witness should be instructed not to indicate</u>, in response to questions that may arise at the hearing, that he, the Census Bureau, the Department of Commerce, or the Administration, favors legislative action on this issue.

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Tuesday, July 28, 2020 4:03 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>; Steven K Smith (CENSUS/DEPDIR FED) <steven.k.smith@census.gov>; Michael John Sprung (CENSUS/DEPDIR FED) <michael.j.sprung@census.gov>
**Subject:** Re: REVIEW ASAP - OMB passback on statement

What is EDs issue with the FERPA paragraph?

Al

Albert E. Fontenot Jr.
Associate Director,  Decennial Census Programs
United States Department of Commerce
Bureau of the Census
Office 8H-122
Office 301-763-4668
Cell ⌐ **PII** ⌐

Sent from my iPhone

On Jul 28, 2020, at 3:57 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:

Yes on discussing with Steve once we have alignment here. My thoughts:

Highlights: "and a timely delivery of quality data" added to the paragraph on the supplemental request. Recommended edit "a delivery of the data as expeditiously as possible" - Ali, that's in line with how we discussed it in the prep, right? —- **let's keep their phrase but add the as expeditiously as possible clause right after. I really like that they said quality data. Alternatively- leave as it because quality is important language.**

Timing - bolded added: "The Census Bureau is working to complete data collection as soon as possible, a**s it strives to comply with the law and statutory deadlines."** Maybe we simply ask to remove that last part or come up with a softer way to say it.  **- I think we need to accept this language. I don't think we will win the fight to either remove or to soften. Are we not driving to comply with the law?**

Education strongly objects to the FERPA paragraph. There is a lengthy comment. Maybe this is an in for the right people to reach out to Ed again and ask for more help on this. I think we need to accept to edits on this. **We need to get rid of it from prepared testimony at least unsure how it handle a Q about it though. This will be lost in the general shuffle.**

On Jul 28, 2020, at 3:35 PM, Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov> wrote:

DRAFT - DELIBERATIVE

Can you please review? We probably should discuss briefly with Steve before I turn it back in.

Highlights: "and a timely delivery of quality data" added to the paragraph on the supplemental request. Recommended edit "a delivery of the data as expeditiously as possible" - Ali, that's in line with how we discussed it in the prep, right?

Timing - bolded added: "The Census Bureau is working to complete data collection as soon as possible, **as it strives to comply with the law and statutory deadlines."** Maybe we simply ask to remove that last part or come up with a softer way to say it.

Education strongly objects to the FERPA paragraph. There is a lengthy comment. Maybe this is an in for the right people to reach out to Ed again and ask for more help on this. I think we need to accept to edits on this.

---

**From:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Sent:** Tuesday, July 28, 2020 2:54 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>
**Subject:** FW: PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Attached is OMB's passback.  Please note from below that these comments have been approved by policy officials.  Let me know how you would like to respond.

Thanks,
Jennifer

---

**From:** Gonzalez, Oscar EOP/OMB <Oscar_Gonzalez@omb.eop.gov>
**Sent:** Tuesday, July 28, 2020 2:49 PM
**To:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** PASSBACK [OG-116-340]: FOR OMB Clearance - Census 7/29 testimony

Here are all the comments I received.  Please note that all of the Commerce Branch edits have been approved by our policy officials and should be treated accordingly.  We are also supportive of the change proposed by ED.  Please let me know ASAP how Commerce responds.

Thanks

---

**From:** Lucas, Jennifer (Federal) <JLucas@doc.gov>
**Sent:** Tuesday, July 28, 2020 12:50 PM
**To:** Gonzalez, Oscar EOP/OMB <Oscar_Gonzalez@omb.eop.gov>
**Cc:** Ventura, Alexandra EOP/OMB <Alexandra_Ventura@omb.eop.gov>
**Subject:** RE: FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Oscar,

Our GC's office asked for this change to be made to the testimony. I know the timing issue is a matter that has been discussed, so I wanted to get this to you now instead of waiting to see the passback. Please see page 2 of the attached testimony for the following edit:

The Census Bureau is working to complete data collection ~~no later than October 21,2020~~ as soon as possible, and the operational leadership of the 2020 Census will continue to determine the pace and make decisions about field operations based on the latest data and Federal, state and local public health guidance.

Please let me know if making this change will be problematic.

Thank you,
Jennifer

---

**From:** Lucas, Jennifer (Federal)
**Sent:** Tuesday, July 28, 2020 9:17 AM
**To:** (Oscar_Gonzalez@omb.eop.gov)
**Cc:** 'alexandra_ventura@omb.eop.gov'
**Subject:** FOR OMB Clearance - Census 7/29 testimony
**Importance:** High

Attached for OMB clearance is the draft Census testimony for the House Oversight and Reform Committee hearing tomorrow on counting the 2020 Census.

Thanks,
Jennifer

Jennifer B. Lucas
Office of the Assistant General Counsel
for Legislation and Regulation
Department of Commerce
202-482-0445
JLucas@doc.gov

Confidentiality Notice: This e-mail message is intended only for the named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately that you have received this message in error, and delete the message.

<Director Dillingham prepared statement edit for OMB clearance - EDITS.docx>

| | |
|---|---|
| **From:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] |
| **Sent:** | 7/29/2020 10:42:57 PM |
| **To:** | Timothy P Olson (CENSUS/ADFO FED) [Timothy.P.Olson@census.gov]; Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov] |
| **CC:** | James T Christy (CENSUS/LA FED) [James.T.Christy@census.gov]; Christa D Jones (CENSUS/DEPDIR FED) [Christa.D.Jones@census.gov]; Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov]; Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov]; Enrique Lamas (CENSUS/DEPDIR FED) [Enrique.Lamas@census.gov]; Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov]; Burton H Reist (CENSUS/ADCOM FED) [burton.h.reist@census.gov] |
| **Subject:** | Re: Please Review- updated language for operational adjustments page, and question |
| **Attachments:** | Updates to Operational Adjustment Pages.docx |

I'm not entirely sure we can adjust that language in that way and get it cleared. Here's my edits to the schedule, in line with what Steve testified to today and where we are going. I think if you all can agree to the language we should get it into clearance and get it up. The discrepancy will bring headaches later on.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M⁞ **PII** ⁞
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Wednesday, July 29, 2020 3:54 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Re: Please Review- updated language for operational adjustments page, and question

I'd recommend that the last paragraph hammer that we will do it as quickly as possible, but also in a manner that ensures accuracy.  Here's my too long modification.

The Census Bureau is working to complete data collection as soon as possible, as it strives to comply with the law and statutory deadlines **and results in high quality accurate data that our nation demands and expects.**

**Tim Olson**, Associate Director for Field Operations
U.S. Census Bureau - Washington DC
301-763-2072  Office
202-375-1818  Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Wednesday, July 29, 2020 8:01 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Re: Please Review- updated language for operational adjustments page, and question

This looks ok - We need to discuss how to best adjust the dates



**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell  224-422-7372

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, July 29, 2020 7:45 AM
**To:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Please Review- updated language for operational adjustments page, and question

Good Morning:

We need to update our operational adjustments page (https://2020census.gov/en/news-events/operational-adjustments-covid-19.html ) to align our text to what is in the testimony. As you know those are relatively minor adjustments but and within the guardrails set by the language there is certainly room for confusion, but the discrepancy will be held against us today or at a later date. Below I have the current page text (updated just yesterday morning) and what would replace it. Any major objection?

Relatedly- we have not been instructed to remove the dates for delivering data on our calendar on this page, but I assure you If we were to ask OMB would insist we do. To avoid them insisting that we post the legislative deadlines which would create confusion by implying we are confident we can hit those- should we simply remove?

**OLD TEXT**

To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget submitted a supplemental request of additional funding for the 2020 Census. This funding would allow for additional hiring, staffing resources, and replenished contingency funding to provide schedule flexibility as the Census Bureau conducts its largest field operation, Nonresponse Followup. This flexibility is critical to helping the Census Bureau operate in the midst of unprecedented public health crisis, including trying to wrap up field data collection as quickly, and safely as possible, while ensuring a complete and accurate count.
Since the suspension of field operations in mid-March, Census Bureau leadership has continually assessed operational plans, Federal, state and local guidance, and the status of COVID-19 cases to ensure that the 2020 Census can fulfill its mission. This ongoing analysis led to the phased restart that began in May, and the soft launch of the Nonresponse Followup operation beginning in July in a number of area census offices. The supplemental request is an extension of this effort to be ready to adapt to anything.
The Census Bureau is working toward the plan to complete field data collection by October 31, 2020. Expert career staff at the Census Bureau will continue to evaluate and plan for all contingencies, including the impact of delivering statutorily required data products at the current legislative deadlines.

**NEW TEXT**

To help the Census Bureau continue to adapt to the COVID-19pandemic, the White House Office of Management and Budget recently submitted a supplemental request of $1 billion for the 2020 Census. This funding would allow for supplemental hiring, pay incentives, additional outreach and advertising, and replenished contingency funding to provide needed flexibility as the Census Bureau conducts its largest component of the field operation, Nonresponse Follow-up. This flexibility is critical to helping us operate in the midst of an unprecedented public health crisis, including accelerated efforts to complete our field data collection as quickly, and safely as possible, while ensuring a complete and accurate count and a timely delivery of quality data.

Since the suspension of field operations in mid-March, the Census Bureau has continually assessed our operational plans, taking into account Federal, state and local guidance, and the status of COVID-19 cases to ensure that we can safely fulfill our mission. Our continuing rigorous analysis led to a phased restart that began in May, and a soft launch of the Nonresponse Follow-up operation that began early in a number of area census officesin mid-July. The supplemental request is an extension of oureffort to ensure we are ready to adapt to challenges in the environment.

The Census Bureau is working to complete data collection as soon as possible, as it strives to comply with the law and statutory deadlines.

On Jul 26, 2020, at 2:55 PM, Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov> wrote:

 Looks great, Ali.

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
PII mobile)
301-763-2072


On Jul 26, 2020, at 12:40 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:


Done below.


On Jul 26, 2020, at 12:39 PM, James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov> wrote:

 I think this is great. The phrase "pay incentives" may generate some questions about pay raises from staff. Could we say something like "staffing resources" instead?

Sent from my iPhone


On Jul 26, 2020, at 9:30 AM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:


Good Morning:

The intro text of this page ( https://2020census.gov/en/news-events/operational-adjustments-covid-19.html) is bit stale and updating it is a good opportunity to give the RDs and others something to point to on a couple of key issues not related to the Presidential Memo: the potential dates and the supplemental request/what we do with the additional money.

I believe the language below would clear very quickly. Apologies for sending in text I am having difficulties access my computer.

In light of the COVID-19 outbreak, the U.S. Census Bureau is continually adjusting 2020 Census operations in order to:
• Protect the health and safety of the American public and Census Bureau employees.
• Implement guidance from Federal, State, and local authorities regarding COVID-19.
• Ensure a complete and accurate count of all communities.
To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget submitted a supplemental request of additional funding for the 2020 Census. This funding would allow for additional hiring, staffing resources, and replenished contingency funding to provide schedule flexibility as the Census Bureau conducts its largest field operation, Nonresponse Followup. This flexibility is critical to helping the Census Bureau operate in the midst of unprecedented public health crisis,

including trying to wrap upfield data collection as quickly, and safely as possible, while ensuring a complete and accurate count.

Since the suspension of field operations in mid-March, Census Bureau leadership has continually assessed operational plans, Federal, state and local guidance, and the status of COVID-19 cases to ensure that the 2020 Census can fulfill its mission. This ongoing analysis led to the phased restart that began in May, and the soft launch of the Nonresponse Followup operation beginning in July a number of area census offices. The supplemental request is an extension of this effort to be ready to adapt to anything.

The Census Bureau is working toward the plan to complete field data collection by October 31, 2020. Expert career staff at the Census Bureau will continue to evaluate and plan for all contingencies, including the impact of delivering statutorily required data products at the current legislative deadlines.

| | |
|---|---|
| **From:** | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] |
| **Sent:** | 7/29/2020 11:41:47 PM |
| **To:** | Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov]; Timothy P Olson (CENSUS/ADFO FED) [Timothy.P.Olson@census.gov] |
| **CC:** | James T Christy (CENSUS/LA FED) [James.T.Christy@census.gov]; Christa D Jones (CENSUS/DEPDIR FED) [Christa.D.Jones@census.gov]; Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov]; Ron S Jarmin (CENSUS/DEPDIR FED) [Ron.S.Jarmin@census.gov]; Enrique Lamas (CENSUS/DEPDIR FED) [Enrique.Lamas@census.gov]; Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov]; Burton H Reist (CENSUS/ADCOM FED) [burton.h.reist@census.gov] |
| **Subject:** | Re: Please Review- updated language for operational adjustments page, and question |
| **Attachments:** | Updates to Operational Adjustment Pages + AF update.docx |

Done, herein. Any other edits/comments?

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M�len PII ⌟
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Wednesday, July 29, 2020 7:08 PM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Re: Please Review- updated language for operational adjustments page, and question

Does it make sense to incorporate the following language in the Revised Schedule

**Revised Schedule**

**The Census Bureau is working to complete data collection as quickly *and safely* as possible, *while ensuring a complete and accurate count* as it strives to comply with the law and statutory deadlines.**

*Al*

**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell⌐ PII ⌐

albert.e.fontenot@census.gov


census.gov
Connect with us on Social Media

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, July 29, 2020 6:42 PM
**To:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Re: Please Review- updated language for operational adjustments page, and question

I'm not entirely sure we can adjust that language in that way and get it cleared. Here's my edits to the schedule, in line with what Steve testified to today and where we are going. I think if you all can agree to the language we should get it into clearance and get it up. The discrepancy will bring headaches later on.

**Ali Ahmad**, Associate Director
Communications Directorate
U.S. Census Bureau
O: 301-763-8789| M:  PII
Ali.M.Ahmad@census.gov
census.gov  |  @uscensusbureau

---

**From:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Sent:** Wednesday, July 29, 2020 3:54 PM
**To:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Re: Please Review- updated language for operational adjustments page, and question

I'd recommend that the last paragraph hammer that we will do it as quickly as possible, but also in a manner that ensures accuracy.  Here's my too long modification.

The Census Bureau is working to complete data collection as soon as possible, as it strives to comply with the law and statutory deadlines **and results in high quality accurate data that our nation demands and expects.**

---

**Tim Olson**, Associate Director for Field Operations

U.S. Census Bureau - Washington DC
301-763-2072 Office
▭ PII ▭ Cell
timothy.p.olson@census.gov

census.gov    Connect with us on Social Media

---

**From:** Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>
**Sent:** Wednesday, July 29, 2020 8:01 AM
**To:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Re: Please Review- updated language for operational adjustments page, and question

This looks ok - We need to discuss how to best adjust the dates



**Albert E. Fontenot, Jr.**
**Associate Director**
**Decennial Census Programs**
United States Department of Commerce
Bureau of the Census
Office 8H 122
Office 301-763-4668
Cell  224-422-7372

albert.e.fontenot@census.gov

census.gov
Connect with us on Social Media

---

**From:** Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>
**Sent:** Wednesday, July 29, 2020 7:45 AM
**To:** Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>
**Cc:** James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov>; Christa D Jones (CENSUS/DEPDIR FED) <Christa.D.Jones@census.gov>; Albert E Fontenot (CENSUS/ADDC FED) <Albert.E.Fontenot@census.gov>; Benjamin J Page (CENSUS/CFO FED) <benjamin.j.page@census.gov>; Ron S Jarmin (CENSUS/DEPDIR FED) <Ron.S.Jarmin@census.gov>; Enrique Lamas (CENSUS/DEPDIR FED) <Enrique.Lamas@census.gov>; Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Burton H Reist (CENSUS/ADCOM FED) <burton.h.reist@census.gov>
**Subject:** Please Review- updated language for operational adjustments page, and question

Good Morning:

We need to update our operational adjustments page (https://2020census.gov/en/news-events/operational-adjustments-covid-19.html ) to align our text to what is in the testimony. As you know those are relatively minor adjustments but and within the guardrails set by the language there is certainly room for confusion, but the discrepancy will be held against us today or at a later date. Below I have the current page text (updated just yesterday morning) and what would replace it. Any major objection?

Relatedly- we have not been instructed to remove the dates for delivering data on our calendar on this page, but I assure you If we were to ask OMB would insist we do. To avoid them insisting that we post the legislative deadlines which would create confusion by implying we are confident we can hit those- should we simply remove?

**OLD TEXT**

To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget submitted a supplemental request of additional funding for the 2020 Census. This funding would allow for additional hiring, staffing resources, and replenished contingency funding to provide schedule flexibility as the Census Bureau conducts its largest field operation, Nonresponse Followup. This flexibility is critical to helping the Census Bureau operate in the midst of unprecedented public health crisis, including trying to wrap upfield data collection as quickly, and safely as possible, while ensuring a complete and accurate count.
Since the suspension of field operations in mid-March, Census Bureau leadership has continually assessed operational plans, Federal, state and local guidance, and the status of COVID-19 cases to ensure that the 2020 Census can fulfill its mission. This ongoing analysis led to the phased restart that began in May, and the soft launch of the Nonresponse Followup operation beginning in July in a number of area census offices. The supplemental request is an extension of this effort to be ready to adapt to anything.
The Census Bureau is working toward the plan to complete field data collection by October 31, 2020. Expert career staff at the Census Bureau will continue to evaluate and plan for all contingencies, including the impact of delivering statutorily required data products at the current legislative deadlines.

**NEW TEXT**

To help the Census Bureau continue to adapt to the COVID-19pandemic, the White House Office of Management and Budget recently submitted a supplemental request of $1 billion for the 2020 Census. This funding would allow for supplemental hiring, pay incentives, additional outreach and advertising, and replenished contingency funding to provide needed flexibility as the Census Bureau conducts its largest component of the field operation, Nonresponse Follow-up. This flexibility is critical to helping us operate in the midst of an unprecedented public health crisis, including accelerated efforts to complete our field data collection as quickly, and safely as possible, while ensuring a complete and accurate count and a timely delivery of quality data.

Since the suspension of field operations in mid-March, the Census Bureau has continually assessed our operational plans, taking into account Federal, state and local guidance, and the status of COVID-19 cases to ensure that we can safely fulfill our mission. Our continuing rigorous analysis led to a phased restart that began in May, and a soft launch of the Nonresponse Follow-up operation that began early in a number of area census officesin mid-July. The supplemental request is an extension of oureffort to ensure we are ready to adapt to challenges in the environment.

The Census Bureau is working to complete data collection as soon as possible, as it strives to comply with the law and statutory deadlines.

On Jul 26, 2020, at 2:55 PM, Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov> wrote:

Looks great, Ali.

Timothy P. Olson, Associate Director for Field Operations
U.S. Census Bureau
Washington DC
PII (mobile)
301-763-2072

On Jul 26, 2020, at 12:40 PM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:

Done below.

On Jul 26, 2020, at 12:39 PM, James T Christy (CENSUS/LA FED) <James.T.Christy@census.gov> wrote:

I think this is great. The phrase "pay incentives" may generate some questions about pay raises from staff. Could we say something like "staffing resources" instead?

Sent from my iPhone

On Jul 26, 2020, at 9:30 AM, Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov> wrote:

Good Morning:

The intro text of this page ( https://2020census.gov/en/news-events/operational-adjustments-covid-19.html) is bit stale and updating it is a good opportunity to give the RDs and others something to point to on a couple of key issues not related to the Presidential Memo: the potential dates and the supplemental request/what we do with the additional money.

I believe the language below would clear very quickly. Apologies for sending in text I am having difficulties access my computer.

In light of the COVID-19 outbreak, the U.S. Census Bureau is continually adjusting 2020 Census operations in order to:
• Protect the health and safety of the American public and Census Bureau employees.
• Implement guidance from Federal, State, and local authorities regarding COVID-19.

- Ensure a complete and accurate count of all communities.

To help the Census Bureau continue to adapt to the COVID-19 pandemic, the White House Office of Management and Budget submitted a supplemental request of additional funding for the 2020 Census. This funding would allow for additional hiring, staffing resources, and replenished contingency funding to provide schedule flexibility as the Census Bureau conducts its largest field operation, Nonresponse Followup. This flexibility is critical to helping the Census Bureau operate in the midst of unprecedented public health crisis, including trying to wrap upfield data collection as quickly, and safely as possible, while ensuring a complete and accurate count.

Since the suspension of field operations in mid-March, Census Bureau leadership has continually assessed operational plans, Federal, state and local guidance, and the status of COVID-19 cases to ensure that the 2020 Census can fulfill its mission. This ongoing analysis led to the phased restart that began in May, and the soft launch of the Nonresponse Followup operation beginning in July a number of area census offices. The supplemental request is an extension of this effort to be ready to adapt to anything.

The Census Bureau is working toward the plan to complete field data collection by October 31, 2020. Expert career staff at the Census Bureau will continue to evaluate and plan for all contingencies, including the impact of delivering statutorily required data products at the current legislative deadlines.

DRAFT – PRE-DECISIONAL

## Census Bureau Restarts as States Re-Open

On March 18, 2020, in line with the President's guidance on preventing the spread of COVID-19, the U.S. Census Bureau suspended field operations for the 2020 Census to protect the health and safety of its employees and the public. As of Monday May 4, 2020, the Census Bureau is following the President's *Guidelines for Opening Up America Again* and pursuing a phased restart of 2020 Census field operations. This eight week suspension driven by the Federal guidance, pushes forward an entire schedule of activities necessary to return an accurate count.

The Census Bureau is following Office of Management and Budget and the Office of Personnel Management guidance that directs all Federal agencies to resume operations on an epidemiologically sound, data-driven basis, following the phased reopening of states adhering to the White House Task Force gating criteria.

Given uncertainty about the evolution of the pandemic across locations and over time, the Census Bureau's strategy is to concentrate resources to complete field operations where it can and when it can as quickly as possible to ensure a complete and accurate count of the entire nation.

Field operations have restarted in 24 Area Census Offices in 13 states as of Monday May 4, 2020. The Census Bureau expects to restart in more areas very soon. However, due to the shift in operational timelines from the suspension we have already endured, the original delivery dates of the 2020 Apportionment and Redistricting counts are now out of reach.

## Restart Cannot Compress Timeline

The earliest field operations in the continental United States had begun by March 18, 2020. This includes efforts to count rural, remote and special populations, as well as all of the work needed to hire, process and prepare hundreds of thousands of workers needed for later operations.

The original operational timetable for the census required beginning field operations on March 12, 2020, and would have made it possible to finish collection of data by July 31, 2020. This sequence of dates shifted forward as the Census Bureau suspended operations per Task Force guidance. The work not done during the past eight weeks cannot be appreciably compressed.

The suspension lasted across the entire country until May 4, 2020, per Task Force guidance, and is only now restarting on a phased geographic and operational basis. But even if the White House Task Force guidance permitted the Census Bureau to restart operations in every state and locality tomorrow, the Census Bureau assesses it currently cannot complete 2020 Census field operations in time to deliver apportionment counts by December 31, 2020, and redistricting data by April 1, 2021.

The sequence of completing the 2020 Census is critical to its accuracy: from the creation of the address list, to the invitation to respond, managing the self-response process, the followup and data collection from up to 50 million households that do not self-respond, and finally the tabulation of data for state and local population counts for reapportionment and redistricting. The 2020 Census operations are designed to cover specific populations for a complete count of

1

**Deleted:** On March 18, 2020, in line with the President's guidance on preventing the spread of COVID-19, the U.S. Census Bureau delayed field operations for the 2020 Census to protect the health and safety of its employees and the public. Now, the Census Bureau is following the *President's Guidelines for Opening Up America Again* withand pursuing a phased restart of 2020 Census field operations. Given uncertainty about the evolution of the pandemic across locations and over time, the Census Bureau's strategy is to concentrate resources to complete field operations where it can and when it can as quickly as possible to ensure a complete and accurate count of the entire nation. ¶
Guidance issued by the *Office of Management and Budget and the Office of Personnel Management* gives Federal agencies guidelines to resume operations on an epidemiologically sound, data-driven basis, following the phased reopening of states adhering to the White House Task Force gating criteria.¶
Field operations have restarted in 24 Area Census Offices in 13 states as of Monday May 4, 2020. The Census Bureau expects to activate more census offices in more states, resuming activities that were necessarily and fully put on hold as of March 18, 2020. However, the shift in operational timelines from the suspension we have already endured now puts the original delivery dates of the 2020 Apportionment and Redistricting counts  out of reach.¶

**Deleted:**

**Deleted:**

**Deleted:** beginning  field

**Deleted:** , would have enabled the Census Bureau  to field its peak workforce by May 15, 2020

**Deleted:** entire

**Deleted:**

**Deleted:** during  the

**Deleted:** the approximately

**Deleted:** which fuel

DRAFT – PRE-DECISIONAL

the population.  If specific operations are cut or reduced, the effect would be to miss specific parts of the population and lead to an undercount of specific groups.  That is why operations like update leave targeting rural populations or group quarters enumeration are critical to full coverage and need to be done in specific sequential order.

**Field Operations Are Sequential**

The major decennial census field operations move forward in a sequence, which involves updating our address list, inviting households to respond to the 2020 Census, and all of the preparation needed to begin later operations, such as selecting, fingerprinting, clearing, hiring and onboarding the hundreds of thousands of Americans needed to conduct operations.  Some operations which target different categories of populations are conducted simultaneously, but some can only be conducted sequentially. The last field operation, Nonresponse Followup, requires the largest workforce and takes the longest to put into place.

In the vast majority of the country, the 2020 Census began on March 12, 2020, as invitations to complete the census arrived in mailboxes. Addresses that can be mailed, representing approximately 95% of the country, had been previously reviewed and updated. 80% of those addresses received an invitation to respond online or over the phone on the first mailing, and 20% of households in areas without high-speed internet access, received a paper form, as well.

However, in very rural and remote America where mail is not sent directly to the household, and in areas that have recently suffered a disaster (such as the Florida panhandle affected by Hurricane Michael where census workers hand deliver an invitation to respond to the census along with a paper form. In very remote areas, like southeast Alaska and northern Maine, census workers interview the household at the same time they update its location. These operations are used to enumerate many tribal lands as well.

In line with the White House Task Force guidance and that of local and state governments, the Census Bureau had to suspend these critical operations. Staff had covered only about 10% of the workload when we had to stop. We are resuming these operations on a phased basis. These operations are critical the complete and accurate count of specific population groups avoiding undercounts of specific groups.

We are also able to restart our efforts to process and hire the workforce for the Nonresponse Followup operation. This workforce was planned to be between 340,000-500,000 people. To field a federal workforce of that size, the applicants need to be recruited, initial selections need to be made, applicants need to accept, turn in additional information, get fingerprinted in person to undergo a criminal background check, be officially hired, be onboard, and be trained. During the suspension of field operations we have only been able to continue some of this preparation work and much of it that required personal contact and travel has been on hold. Those activities are now resuming on the same geographic basis as our other field operations.

With field operations resuming on a phased basis, the Census Bureau estimates it can begin fielding its nonresponse followup workforce in 12-14 weeks, provided states continue to reopen. That workforce will need approximately 12 weeks to complete its job, which is to followup and

2

**Deleted:**

**Deleted:** , particularly the operations that invite people to self-respond to the census, the outreach to rural populations who do not have city style mail delivery and in some cases no or limited Wi-Fi connectivity and the operation that follows up with all nonresponding household.

**Deleted:** also

**Deleted:** in full

**Deleted:** in 2018 the Census Bureau conducts a different operation,

**Deleted:** visit the household, update the GPS coordinates of its location, and

**Deleted:** ,

**Deleted:** do not deliver forms, but attempt to

**Deleted:** ,

**Deleted:** as well as

**Deleted:** guidance from

**Deleted:** now

**Deleted:** , where we are able.

**Deleted:** workforce  for

**Deleted:** continue  some

**Deleted:** of  this

**Deleted:** ,  and

**Deleted:** are  now

DRAFT – PRE-DECISIONAL

resolve the status of every household in the system. Under the original schedule, this was targeted to be completed by July 31, 2020. Under the new schedule, it shifts to October 31, 2020. Every operation that can be conducted simultaneously is being conducted simultaneously.

> **Moved (insertion) [1]**

### Data Processing is also Sequential

Operations that are focused on counting populations not living in traditional housing, such as nursing home residents, college students, the military, prisoners, the homeless, and the transitory populations are being planned and will be conducted as it is safe for Census employees and the public to engage in face-to-face activities. These operations and our nonresponse followup operation, all need to be completed before the Census Bureau can begin processing the data to ensure that we have a complete count of the population and not undercount specific population groups.

> **Moved up [1]:** Every operation that can be conducted simultaneously is being conducted simultaneously.

> **Deleted:** our  nonresponse

> **Deleted:**  produce the count.

There are a number of steps in post-collection processing. At a high level, data processing starts by merging and standardizing the format of the data we receive from different sources, including self-response data from Internet, telephone, and paper questionnaires; response data from our specialized operations, and nonresponse followup responses collected by census field staff. We conduct automated and clerical coding of write-in responses. For a small number of housing units we may receive multiple responses. When that happens we determine the response of record. We conduct geographic processing activities, such as geocoding which assigns an address to a block. We perform statistical techniques to account for missing housing unit status and occupancy information, and we receive counts for the Federally Affiliated Overseas population. The pandemic has temporarily shifted segments of the population, such as college students living in dormitories who have temporarily moved home with their parents. Because of these shifts, additional processes and expertise are required to ensure an accurate count for each geographic unit. We then calculate the counts and conduct the statutory apportionment calculation to determine the number of seats each State is entitled to in the U.S. House of Representatives.

> **Deleted:** including  self

> **Deleted:** expertise in applying Census Bureau residence criteria is crucial in assessing the quality of post-processing.

Next, we conduct additional processing of the characteristic data about respondents. We perform statistical techniques to account for missing or conflicting characteristic data. We conduct modern disclosure avoidance techniques on the response file to honor our statutory requirement to protect each individual's confidential information. Then we tabulate the redistricting data and release it to states. At every step listed above, we conduct and document rigorous testing and quality assurance of our work in order to avoid undercounts of specific groups.

Post processing activities occur in a consecutive sequence, and quality assurance must be performed at each step, and subject matter expert review is critical to ensuring the quality of the data. Post processing cannot begin in earnest until all in-field work is completed. Compressed our schedule further poses risks on data quality and undercount of specific groups. Given the important uses of census data collection processing, it is vital that we do not short cut these activities and quality assurance steps. Under the revised schedule, we will produce the apportionment counts by 4/30/2021 and the redistricting data by 7/31/2021.

> **Deleted:** ¶
> **Deleted:** This includes evaluating census responses and post processing data files at multiple levels of geography compared to multiple sets of benchmark data to ensure the demographic reasonableness of the data and verify that post processing procedures are properly applied.¶
> **Deleted:** As is evident from the description above, p
> **Deleted:** must
> **Deleted:** It is important to note p
> **Deleted:** We have examined our schedule and
> **Deleted:** c
> **Deleted:** it as much as we can without risking significant impacts
> **Deleted:** ¶
> As noted above, we are asking Congress to provide statutory relief to accommodate the schedule adjustments necessary due to the response to COVID-19.

3

DRAFT – PRE-DECISIONAL

In addition, data quality teams have been formed to think creatively about how best to complete the 2020 Census operations and document the quality of the 2020 Census. Additional demographic reviews will be done to ensure the quality of the data despite delays.

Finally, The Census Bureau redistricting staff will be working closely with state governments in an attempt to accommodate their individual redistricting timeline needs within in the constraints that the suspension of operations has caused.

| | |
|---|---|
| **Deleted:** Additional | |
| **Deleted:** bring together skill sets across the agency to | |
| **Deleted:** reasonableness | |
| **Deleted:** data collection being delayed. | |

4