## U.S. Census Bureau Order to Continue Operations Through 10/31/20

Brett Pruit <outlook_13F5FD58D42ACAD0@outlook.com>
Tue 10/6/2020 9:06 AM

**To:** CAND LHKpo <lhkpo@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Dear Honorable Judge Koh,

My name is Brett A. Pruit. I am a Census Field Supervisor (CFS) located in San Antonio, Texas. I read a news report regarding your revised order on the above referenced matter, which indicated that all Census Bureau employees hired to conduct the 2020 Census were to be advised by text that Census operations were continuing through October 31, 2020. I wanted to let you know that I have not received any such notification. Further, on Friday, October 2, 2020, I and all of the "temporary" Census workers were required to turn in all of the electronic devises issued to us to perform our duties. I was also asked to provide a Resignation Letter, but I refused, because I anticipated your original Order in this matter eventually being enforced on point of Contempt of Court.

Well, it appears that your revised Order is now being ignored, just as the original Order was ignored. I am more than willing to provide a sworn statement regarding this situation. I can be contacted by your Clerk at the contact points set out below.

Sincerely,

Brett A. Pruit
2506 Trinity Pass
San Antonio, TX 78261
Ph: 571-242-6246
Email: bapruit@frdmprojtx.com

Sent from Mail for Windows 10

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.