RE: Interview from Wilber Ross was not truthful

mbt42837@gmail.com <mbt42837@gmail.com>

Wed 10/7/2020 8:21 AM

**To:** Jeff Williams <mbt42837@hotmail.com>; Diane Miyashiro <Diane_Miyashiro@cand.uscourts.gov>; CRD LHK <LHKCRD@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Hello,

Good morning. I just listened to an interview where Wilbur Ross mischaracterized what is considered a complete enumeration; a case is considered closed (or complete) when one attempt to enumerate an address is made as well as 3 proxy attempts. That is to say, if an enumerator enters a multi-unit building and attempts to enumerate an address by knocking on a door and receives no answer, we are instructed to then make 3 proxy attempts; that would be knocking on the doors of 3 neighbors, knocking on 2 doors and making a call to the management company, or knocking on 2 doors and buzzing the manager unit. Either way, even if the attempts are unsuccessful the case is closed. The address is considered enumerated. This is how they are getting to the 99.7% enumeration figure. These un-enumerated closed cases are not the difficult or refused cases, they are common situations that have often occurred. Those cases can be enumerated between now and the end of the month. Especially because we now have been instructed to at least get a baseline head count when enumerating an address.

Also, Wilbur Ross said that we were encouraged to do "21 hours of work" but in actuality we were encouraged to do 20 hours. Though small in the scheme of things, it was a 50% exaggeration as he was comparing the difference in work hours to the previous census so as to undermine the need to end the census enumeration before the end of this month.

5729 Brynhurst Avenue | Los Angeles, CA 90043
310.738.1156 M | 323.766.8574 F

---

**From:** Jeff Williams
**Sent:** Friday, October 2, 2020 1:15 PM
**To:** Jeff Williams; diane_miyashiro@cand.uscourts.gov; lhkcrd@cand.uscourts.gov
**Subject:** RE: Message from Wilber Ross to enumerators still has not been delivered to enumerators regarding Oct 31.

Hello,

So far, the Census has not sent out anything to say the count will continue until October 31st.

Sincerely Yours,
Jeff Williams

5729 Brynhurst Avenue | Los Angeles, CA 90043
310.738.1156 M | 323.766.8574 F

---

**From:** Jeff Williams
**Sent:** Thursday, October 1, 2020 11:01 AM
**To:** Jeff Williams; diane_miyashiro@cand.uscourts.gov; lhkcrd@cand.uscourts.gov
**Subject:** RE: Message from Wilber Ross to enumerators delivered this evening

Hello,

I'm an enumerator in Los Angeles, and the nearly 98% census completion figure is not accurate from my or other enumerators case load prospective. They have put at the top of the caseload cue the tough cases to be re-enumerated, but as one works through the first eight or so of those cases, one comes upon numerous cases that have never before been enumerated. Not to mention the homeless population that could not possibly be enumerated in the one night dedicated to enumerating said population.

Sincerely,
Jeff Williams

Sent from my what's it

-------- Original message --------
From: Jeff Williams <mbt42837@hotmail.com>
Date: 9/28/20 10:18 PM (GMT-08:00)
To: diane_miyashiro@cand.uscourts.gov
Subject: Message from Wilber Ross to enumerators delivered this evening

Hello,

In light of Judge Koh's order regarding the census enumeration period, I think that this message to enumerators from Secretary Ross may be in violation of her order.

Sincerely Yours,
Jeff Williams
    Image

Sent from my what'sit

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.