**Census**

jesse granato <jgranato1@gmail.com>
Wed 10/7/2020 10:12 AM
**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Hello I am an Enumerator for the US Census.
The Department is Committing a slow down.
They are not giving us Cases to work on.
Thus we cannot make income.
They are hoping that we Quit work not Laying us off.
The Problem is we cannot file for Unemployment Compensation if we quit.
Now I have no income and still technically Employed by the Census.
I know they thousands of Cases not accounted for.
Please advise.
Thank you
Jesse Granato
312-316-6646

--
Sent from Gmail Mobile
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.