Fw: ACO 3291 Important Information

bob pinto <rsfman1800@yahoo.com>

Wed 10/7/2020 11:45 AM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>; Diane Miyashiro <Diane_Miyashiro@cand.uscourts.gov>; media info <media@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

THEY ARE VIOLATING THE COURT ORDER BY NOT ALLOWING US TO TRAVEL OR CONTIUE WORKING THE COUNT THROUGH OCT. 31. DAN WEISMAN 858-997-5116


----- Forwarded Message -----
**From:** Paul Hoerr <paulehoerr@gmail.com>
**To:** Dale Payton-Engle <dale92130@gmail.com>; Dan Weisman <rsfman1800@yahoo.com>
**Sent:** Wednesday, October 7, 2020, 09:29:04 AM PDT
**Subject:** Fwd: ACO 3291 Important Information


---------- Forwarded message ---------
From: **Wanda P Mckay (CENSUS/PFLD FED)** <wanda.p.mckay@2020census.gov>
Date: Wed, Oct 7, 2020 at 9:26 AM
Subject: ACO 3291 Important Information
To: Lisa A Birney (CENSUS/PFLD FED) <lisa.a.birney@2020census.gov>, James T Hertzog (CENSUS/PFLD FED) <james.t.hertzog@2020census.gov>, William R Richards (CENSUS/PFLD FED) <william.r.richards@2020census.gov>

Hello Team,

Spread the work to your staff. Vista ACO 3291 is NOT doing any travel. Also, we are starting our closeout and collecting equipment do to lack of work. This is nothing against anyone,  this is just he process as we come to an end. It has been a pleasure to work with each and everyone of you. As your NTE date approaches and more lack of work we are separating staff so that we are done by 10/31/20. So if most of your staff is not working you can either start collecting their devices/equipment or have them come to the ACO to return equipment between the hours of 8am-8pm. If you have any questions feel free to reach out to the Hotline.

Also, I sent information more than once on how to receive your per diem pay, if you keep sending your receipts to me, don't expect to get paid because they don't come to me.

The management staff will be working Mon-Fri from the hours of 7am-5pm for the next couple of weeks.

**Wanda P. McKay**
**Lead Census Field Manager**
**U.S Department of Commerce, Bureau of Census**
**Vista, CA (ACO-3291)**

Cell: (916) 589-7879
Desk: (442) 287-5486
Fax: (442) 287-5496
wanda.p.mckay@2020census.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.