UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> WILBUR L. ROSS, et al., <br><br>   Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER COMPELLING DEFENDANTS' RESPONSE** |

Defendants shall file a response to the emails that were filed at ECF Nos. 315, 316, 317, 318, and 319 by Friday, October 9, 2020.

**IT IS SO ORDERED.**

Dated: October 7, 2020

_____
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE