### Judge KOH recent ruling extention of Census 2020

bbsondra gomez <srgomez904@yahoo.com>

Fri 10/9/2020 8:38 AM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

My name is William Polmanteer and I am a Census Field Supervisor with the Census Bureau headquartered out of the ACO Office McAllen ,Texas. My phone numbers are 610-597-0692 and 904-742-8505.

Your recent ruling extended the 2020 Census to 31 Oct 2020 and part of that ruling from the start was that no present employees were to be terminated. The 80 enumerators in our Zone 1 which includes the 12 members of my team have been on standby status since the last day of work on 2 Oct 2020. There has not been work for these people or pay for standby as in the past when dealing with the Covis 19 epidemic.

My question to you is what is the difference between being terminated and just being put on standby with no hope of ever working again between now and the 31st of October? If terminated they could file for unemployment for funds to feed there families. This way they are suppose to sit around and twittle there thumb. The Census Office claims there is no work but that is a lie. Due to their gross mismanagement from the beginning, the count they presently have is grossly inflated.That is another story.

Please do whatever you can to help these people.

William Polmanteer

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.