## Census being wrapped up in DC this weekend

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Fri 10/9/2020 10:53 AM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

>
> I'm census worker in DC... we were told operations will end tomorrow.  This is weird .. 'cozI'm sure there are still 15k people to count, as mayor said last week.
>
> using an anonymous email to avoid trouble.
>
> ▇

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.