Donald R. Pongrace (admitted pro hac vice)
dpongrace@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian Community*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO.  5:20-cv-05799-LHK <br><br> **NOTICE OF FILING OF DECLARATION OF SHEILA VALENZUELA** |

Plaintiff Gila River Indian Community hereby notifies the Court and all other parties of the matters discussed in the attached Declaration of Sheila Valenzuela, the Enrollment/Census Director for the Gila River Indian Community (the "Community").  Ms. Valenzuela has received information from the U.S. Census Bureau showing at least three troubling things.  First, the Census Bureau has been providing completion percentages for the Community that are misleadingly high—miscommunication that was recently discovered when this percentage exceeded 101%.  Second, the Census Bureau's actual completion rate for the Community as recently as October 6 was only 88.01%, a very low number for this hard-to-count population—and that overall completion rate is improving at only a very slow pace.  Third, the Bureau has reduced the number

of enumerators for the Community on the promise that field work will continue until October 31—while seeking, before the courts of appeal, to halt field work immediately.

The Community provides this information for the Court's consideration as it continues to evaluate concerns raised regarding Bureau operations and determine which matters warrant ordering Defendants to file a response.

Dated: October 9, 2020

By: */s/ Donald R. Pongrace*
Donald R. Pongrace (admitted *pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian Community*