LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (admitted *pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming)
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' PRELIMINARY IDENTIFICATION OF POTENTIALLY KEY DOCUMENTS IN DEFENDANTS' OCTOBER 4, 2020 PRODUCTION** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

During the October 6, 2020 Case Management Conference, the Court ordered the parties to identify up to thirty-five key documents from Defendants' October 4 and 6, 2020 productions (Dkts. 295, 308), as well as any additional documents from prior productions not previously identified. Below is a list of 26 additional documents that at this time Plaintiffs believe best support Plaintiffs' case. Pursuant to the Court's previous order regarding similar filings (*see* Dkt. 167 at 1-2), Plaintiffs provide one sentence descriptions for each key document below. At the October 6 Case Management Conference, the Court also ordered the parties to provide a single file of the identified documents. Plaintiffs are filing the single file herewith. At the Court's request, Plaintiffs will also provide their file to the Court's Proposed Orders email (lhkpo@cand.uscourts.gov) via a secure transfer as done with previous filings.

1. DOC_0008025-28 – July 24 email chain regarding GAO meeting.
2. DOC_0008037-40 – July 28 email from Burris to Secretary Ross.
3. DOC_0009400-13 – August 3 Status Reporting: Phased Restart for the 2020 Decennial Census.
4. DOC_0014984-86 – Draft bullet points for COVID-19 Operational Timeline indicating that "The pandemic will require additional processing and expertise because populations have temporarily shifted."
5. DOC_0014997 – May 14, 2020 briefing memo for Secretary Ross for calling mayors and describing extension under COVID-19 Plan.
6. DOC_0015276-80 – Federal-State Cooperative for Population Estimates (FSCPE) feedback on 2020 Data Quality.
7. DOC_0015359-83 – Q & A preparation document for July 29, 2020 House Oversight Hearing.
8. DOC_0015499-502 – July 28 email chain describing how changes to Operational Plan for the COVID Plan were discussed and made.
9. DOC_0015653-55 – July 30 email chain regarding Operations planning for Replan.
10. DOC_0015656-58 – July 30 email chain regarding publicity of October 31 COVID Plan date and changed operations.
11. DOC_0015708-13 – July 30 email chain regarding changes to operational dates.
12. DOC_0015716-18 – July 30 email chain regarding points stressed by KDK to be addressed in the Replan.
13. DOC_0015733-37 – July 30 email chain regarding NPR story changing deadline from October 31 to September 30.

14. DOC_0015738 – July 30 email chain regarding NPR story changing deadline from October 31 to September 30.

15. DOC_0015752-54 – July 31 email chain regarding NPR story changing deadline from October 31 to September 30.

16. DOC_0015769-70 – July 31 email chain regarding response to concerned citizen emails about ending field data collection early.

17. DOC_0015877-84 – July 31 Operational and Processing Options to meet September 30.

18. DOC_0015885 – CaRDS-DRPS Schedule through Apportionment – Duration reductions Michael Clark file.

19. DOC_0015899-908 – Operational Options to meet September 30, includes NRFU OD team options.

20. DOC_0015909-16 – July 31 Operational and Processing Options to meet September 30.

21. DOC_0015943-46 – Post Collection Processing Scheduling information.

22. Dkt. 256-1 – September 28 email chain regarding October 5 date to finish field work.

23. Dkt. 233 at 93-120 – September 28 Status Reporting: Nonresponse Followup for the 2020 Decennial Census.

24. Dkt. 233 at 130 – September 25 email regarding draft slides for Proposed Options for Completion of Enumeration.

25. Dkt. 233 at 131-133 – September 25 version of slide presentation regarding Proposed Options for Completion of Enumeration.

26. Dkt. 233 at 146-151 – September 28 version of slide presentation regarding Proposed Options for Completion of Enumeration.

Dated: October 9, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com

| | | |
|---|---|---|
| 1 | | Shannon D. Lankenau (Bar. No. 294263) |
| 2 | | shannon.lankenau@lw.com<br>**LATHAM & WATKINS** LLP |
| 3 | | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 4 | | Telephone:  415.391.0600<br>Facsimile:  415.395.8095 |
| 5 | | Richard P. Bress (admitted *pro hac vice*) |
| 6 | | rick.bress@lw.com<br>Melissa Arbus Sherry (admitted *pro hac vice*) |
| 7 | | melissa.sherry@lw.com<br>Anne W. Robinson (admitted *pro hac vice*) |
| 8 | | anne.robinson@lw.com<br>Tyce R. Walters (admitted *pro hac vice*) |
| 9 | | tyce.walters@lw.com<br>Genevieve P. Hoffman (admitted *pro hac vice*) |
| 10 | | genevieve.hoffman@lw.com<br>Gemma Donofrio (admitted *pro hac vice*) |
| 11 | | gemma.donofrio@lw.com<br>**LATHAM & WATKINS** LLP |
| 12 | | 555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004 |
| 13 | | Telephone:  202.637.2200<br>Facsimile:  202.637.2201 |
| 14 | | *Attorneys for Plaintiffs National Urban League;* |
| 15 | | *League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose,* |
| 16 | | *California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 17 | | |
| 18 | Dated: October 9, 2020 | By: /s/ Jon M. Greenbaum<br>Kristen Clarke (admitted *pro hac vice*) |
| 19 | | kclarke@lawyerscommittee.org<br>Jon M. Greenbaum (Bar No. 166733) |
| 20 | | jgreenbaum@lawyerscommittee.org<br>Ezra D. Rosenberg (admitted *pro hac vice*) |
| 21 | | erosenberg@lawyerscommittee.org<br>Dorian L. Spence (*pro hac vice* forthcoming) |
| 22 | | dspence@lawyerscommittee.org<br>Maryum Jordan (*pro hac vice* forthcoming) |
| 23 | | mjordan@lawyerscommittee.org<br>Ajay Saini (admitted *pro hac vice*) |
| 24 | | asaini@lawyerscommitee.org<br>Pooja Chaudhuri (Bar No. 314847) |
| 25 | | pchaudhuri@lawyerscommittee.org<br>**LAWYERS' COMMITTEE FOR CIVIL** |
| 26 | | **RIGHTS UNDER LAW**<br>1500 K Street NW, Suite 900 |
| 27 | | Washington, DC 20005<br>Telephone:  202.662.8600 |
| 28 | | Facsimile:  202.783.0857 |

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (admitted *pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: October 9, 2020

By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)

|    |                          |                                                           |
|----|--------------------------|-----------------------------------------------------------|
| 1  |                          | mike.feuer@lacity.org                                     |
|    |                          | Kathleen Kenealy (Bar No. 212289)                         |
| 2  |                          | kathleen.kenealy@lacity.org                               |
|    |                          | Danielle Goldstein (Bar No. 257486)                       |
| 3  |                          | danielle.goldstein@lacity.org                             |
|    |                          | Michael Dundas (Bar No. 226930)                           |
| 4  |                          | mike.dundas@lacity.org                                    |
| 5  |                          | **CITY ATTORNEY FOR THE CITY OF LOS ANGELES**             |
| 6  |                          | 200 N. Main Street, 8th Floor                             |
|    |                          | Los Angeles, CA 90012                                     |
| 7  |                          | Telephone: 213.473.3231                                   |
|    |                          | Facsimile: 213.978.8312                                   |
| 8  |                          |                                                           |
| 9  |                          | *Attorneys for Plaintiff City of Los Angeles*             |
| 10 | Dated: October 9, 2020   | By: /s/ Michael Mutalipassi                               |
|    |                          | Christopher A. Callihan (Bar No. 203010)                  |
| 11 |                          | legalwebmail@ci.salinas.ca.us                             |
|    |                          | Michael Mutalipassi (Bar No. 274858)                      |
| 12 |                          | michaelmu@ci.salinas.ca.us                                |
|    |                          | **CITY OF SALINAS**                                       |
| 13 |                          | 200 Lincoln Avenue                                        |
|    |                          | Salinas, CA 93901                                         |
| 14 |                          | Telephone: 831.758.7256                                   |
|    |                          | Facsimile: 831.758.7257                                   |
| 15 |                          |                                                           |
| 16 |                          | *Attorneys for Plaintiff City of Salinas*                 |
| 17 | Dated: October 9, 2020   | By: /s/ Rafey S. Balabanian                               |
|    |                          | Rafey S. Balabanian (Bar No. 315962)                      |
| 18 |                          | rbalabanian@edelson.com                                   |
|    |                          | Lily E. Hough (Bar No. 315277)                            |
| 19 |                          | lhough@edelson.com                                        |
|    |                          | **EDELSON P.C.**                                          |
| 20 |                          | 123 Townsend Street, Suite 100                            |
|    |                          | San Francisco, CA 94107                                   |
| 21 |                          | Telephone: 415.212.9300                                   |
|    |                          | Facsimile: 415.373.9435                                   |
| 22 |                          |                                                           |
| 23 |                          | Rebecca Hirsch (admitted *pro hac vice*)                  |
|    |                          | rebecca.hirsch2@cityofchicago.org                         |
| 24 |                          | **CORPORATION COUNSEL FOR THE CITY OF CHICAGO**           |
| 25 |                          | Mark A. Flessner                                          |
|    |                          | Stephen J. Kane                                           |
| 26 |                          | 121 N. LaSalle Street, Room 600                           |
|    |                          | Chicago, IL 60602                                         |
| 27 |                          | Telephone: (312) 744-8143                                 |
|    |                          | Facsimile: (312) 744-5185                                 |
| 28 |                          |                                                           |

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Plaintiff City of Chicago* |
| 2 | Dated: October 9, 2020 | By: */s/ Donald R. Pongrace* |
| 3 |   | Donald R. Pongrace (admitted *pro hac vice*) dpongrace@akingump.com |
| 4 |   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 5 |   | 2001 K St., N.W. Washington, D.C. 20006 |
| 6 |   | Telephone: (202) 887-4000 Facsimile: 202-887-4288 |
| 7 |   |   |
|   |   | Dario J. Frommer (Bar No. 161248) |
| 8 |   | dfrommer@akingump.com **AKIN GUMP STRAUSS HAUER & FELD** |
| 9 |   | **LLP** |
| 10 |   | 1999 Avenue of the Stars, Suite 600 Los Angeles, CA  90067-6022 |
| 11 |   | Phone:  213.254.1270 Fax: 310.229.1001 |
| 12 |   |   |
| 13 |   | *Attorneys for Plaintiff Gila River Indian Community* |
| 14 | Dated: October 9, 2020 | By: */s/ David I. Holtzman* |
| 15 |   | David I. Holtzman (Bar No. 299287) David.Holtzman@hklaw.com |
| 16 |   | **HOLLAND & KNIGHT LLP** Daniel P. Kappes |
| 17 |   | Jacqueline N. Harvey 50 California Street, 28th Floor |
| 18 |   | San Francisco, CA 94111 Telephone: (415) 743-6900 |
| 19 |   | Fax: (415) 743-6910 |
| 20 |   | *Attorneys for Plaintiff County of Los Angeles* |

**ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: October 9, 2020                                            **LATHAM & WATKINS** LLP

                                                                              By: */s/ Sadik Huseny*
                                                                                   Sadik Huseny