Los Angeles Census Enumerators forced to turn in phones and badges

Christopher Burns <christopher_burns@hotmail.com>
Sat 10/10/2020 1:29 PM

**To:** CAND LHKpo <lhkpo@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Dear Judge Koh,
Wanted to forward to you that Los Angeles Area Enumerators are also being forced to hand in our equipment rather than continuing to work through the end of October per your order.
Thank you for continuing to fight the jerk Wilbur Ross.
Best wishes,
—-Chris Burns

Begin forwarded message:

> **From:** "Citlali Guerrero (CENSUS/PFLD FED)" <citlali.guerrero@2020census.gov>
> **Date:** October 9, 2020 at 6:18:55 PM PDT
> **To:** Christopher Burns <christopher_burns@hotmail.com>
> **Subject: Re: Hotel Travel Receipt Enumerator Christopher Burns**
>
> Hello,
> The instructions were sent out to CFSs to ask enumerators to turn in their stuff. If you supervisor did, you have to follow instructions.
> Nobody wants to do this, but we all new we would have to do it.
> We really appreciate all your work
> Thanks
>
>
> Citlali Guerrero
> Census Field Manager
> Los Angeles
> U.S Census Bureau
> citlali.guerrero@2020census.gov
>
> On October 9, 2020 at 11:02:31 AM PDT, Christopher Burns <christopher_burns@hotmail.com> wrote:
>
>> Hi Citlali,
>> Thanks for the email and hope you are well. As my CFS is wrapping up on Monday, am I supposed to turn in my cell phone and bag and badge and then recollect it if sent out? Or should I hang on for a while yet, and then turn in my phone, bag, badge at a later date at the main office?
>> Best wishes,
>> —-Chris Burns
>>
>> Sent from Avocado

> On Oct 7, 2020, at 11:43 AM, Citlali Guerrero (CENSUS/PFLD FED) <citlali.guerrero@2020census.gov> wrote:
>
> If we get instructions or information about travel, Ofcurse we will let you know.
> Thanks for letting us know.
>
> ---
>
> **From:** Christopher Burns <christopher_burns@hotmail.com>
> **Sent:** Tuesday, October 6, 2020 9:26 PM
> **To:** Citlali Guerrero (CENSUS/PFLD FED) <citlali.guerrero@2020census.gov>
> **Cc:** mlhdreams@gmail.com <mlhdreams@gmail.com>
> **Subject:** Re: Hotel Travel Receipt Enumerator Christopher Burns
>
> Hi Citlali,
> I am an Enumerator from the Woodland Hills office who was on the travel team in Henderson NV from Sept 8 - Oct 2.  I would be interested in traveling by car to either Montana or Window Rock AZ.
> Best wishes,
> —-Christopher Burns
> Daer233624
> Employee ID: 6960088
>
>> Begin forwarded message:
>>
>> **From:** Christopher Burns <christopher_burns@hotmail.com>
>> **Date:** October 2, 2020 at 10:59:54 PM PDT
>> **To:** los.angeles.rcc.travel@2020census.gov
>> **Subject: Travel Receipt Enumerator Christopher Burns**
>>
>>  Hello,
>> I have just returned today (Oct 2, 2020) from enumerating in Henderson NV.  Attached is a photo of the Holiday Inn Express Folio showing arrival as Sept 8 2020 and departure Oct 2 2020.    Please also push forward the Per Diem for the above time span.
>>
>> Username: daer233624
>> Employee ID: 6960088
>>
>> The Lindenhurst Address Holiday Inn printed up is my old address, my current address is 4489 Murietta Ave #203, Sherman Oaks CA 91423 is the address you already have on file for me.

> Best wishes,
> —-Christopher Burns
>
> <image0.jpeg>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.