## Census

dcbachmann1@aol.com <dcbachmann1@aol.com>

Sat 10/10/2020 11:30 AM

To: CRD LHK <LHKCRD@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Good afternoon.

      I just read, with interest, William Polmanteer's email and feel compelled to send another example of possible non-compliance. I am a Census Field Supervisor(CFS) working out of the Area Census Office(ACO) 2370 based in South Point, Ohio. My team of Enumerators also have not been able to work since October 2, 2020, but we have been directed to pick up the Enumerators' equipment and return it to the ACO. We were told, via a conference call and confirmed by an email, to collect the equipment this week and return it to the ACO beginning Tuesday 10/13/2020. We were also directed not to put a reason for the enumerator's termination on the D-291 form(Personnel Action); that the ACO would make that entry. Prior to this when an enumerator resigned, or was terminated for conduct or performance, the CFS completed this section. I believe that for the Census to be effective it must be complete and accurate; but I fear that the Census Bureau is going to fail their duty to do so. I suspect that this issue of terminating staff prior to the end of the required Census period is not a localized issue. I also suspect that the 2020 count is going to be neither accurate nor complete. Thank you for listening and please investigate the Census Bureau's compliance with your order. 2020 has been a "bad enough" year without having these hard-working enumerators getting short-changed because of ineptness on the part of the Census Bureau.

Sincerely,
Daniel Bachmann

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.