**[Case 5:20-cv-05799-LHK] Concern re: ACO 3280**

PublicumTech ROBLOX <pubtechrblx@gmail.com>

Mon 10/12/2020 8:02 AM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

To the Chambers of Judge L. H. Koh:

I apologize for the use of my gaming email address, but I must maintain my anonymity for fear of retaliation.

I am an enumerator in San Francisco, CA, and I recently heard about the Injunction. Currently, my zone does not have many cases and many Enumerators are at risk of termination. However, given that my zone is diverse in multiple ways, I know some of the closed cases could actually be somewhat reattempted. Also, I believe Enumerators are being terminated which could constitute a violation of the Injunction since current Enumerators like me can not be terminated due to lack of work. See screenshots below.

Thank you for hearing the case.

Respectfully,
AL, Enumerator
ACO 3280 - San Francisco

> It seems not much work over here! Who has not worked for more than two weeks?

> Me

> More than two weeks?

> ▉▉▉▉▉ I thought you worked?!

> 10 days? One hour? I don't count it ...

>> But it's still work

> Well, I had asked for those no work for more than two weeks to collect their equipments.

> We're wrapping up so I just wanted to thank you again for helping out. It made a huge difference to being able to work with the Cantonese community.

> No worries. However, I called ACO yesterday after my case and they said they might reopen closed cases.

> You're kidding! We were told to hand in our phones! I don't think I can face any more furious residents!

> Field Ops said "50/50 cases could be reopened". My CFS said anyone who didn't work within the last two weeks has to turn in equipment.

> Thanks for letting me know! I did work last week and this week.

> We all are working on collecting the devices now

> So turn in our equipment ?

> You mean all the CFSs have to collect the devices from their enumerators who don't work for more than X days?

> Can we add people we find who have reported their demographics?

> Not reported

> There were people in Chinatown who had not responded to the Census early on. They were not on my case list.

> It maybe they have been

> enumerated now. But there is the potential of still people not enumerated

> Since the injunction was ordered, they should reopen some cases at least.

> Yeah, there are very few cases left. My colleagues including myself are working on collecting devices in the next few days.

> I know there were places where people left their residences because of CoVid19. Some have come back for short time to get mail etc. if they are around now, there's a chance they can be enumerated. But I don't know if someone took care of them or proxies were accepted and cases put to rest