**Enumerator anecdote**

John Rogers <qe2eqe@gmail.com>
Tue 10/13/2020 9:37 AM
To: CAND LHKpo <lhkpo@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

They're paying me to drive to Tampa, but only giving me 3-5 cases a day. They say contact the ACO for more cases, but most days, those additional cases never come. The process of driving an hour minutes, completing 3 cases (45 min - 1.5 hours), and then contacting the ACO for more, it leaves me far from home with no productive work to do while I wait for cases that may or may not come. Every single shift I'm forced to choose between a bad deal for Uncle Sam, and a bad deal for myself as a worker. After multiple shifts in a row where the census paid me for 2 hours of driving and one hour of actual work, I feel I'm forced to resign, because the work is currently an unconscionable waste of taxpayer money and carbon emissions.

My last shift was 10/10, and on that day I had a case where the last contact history/case note was dated 9/25, which means it sat idle for over two weeks. Management's claim about scarcity of cases is very suspect.
Not sure if it was 10/9 or 10/10, but there was a day where I asked for more cases, and received just one at an apartment complex. Two other enumerators showed up to count the neighboring apartments while I was doing my case... So three enumerators showing up to the same corner of the same apartment complex is the result of hands-on micromanaging from above, it's nonsensical.
There's always been a resistance to actual coordination and efficiency baked into the software, but what's happening now potentially worse and it's happening at the direction of actual people with no algorithm to hide behind.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.