UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER COMPELLING DEFENDANTS' RESPONSE** |

    Defendants shall file a response to the Declaration of Sheila Valenzuela, the Enrollment/Census Director for Plaintiff Gila River Indian Community, ECF No. 330, by Thursday, October 15, 2020.

**IT IS SO ORDERED.**

Dated: October 13, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 20-CV-05799-LHK
ORDER COMPELLING DEFENDANTS' RESPONSE

1