## Philadelphia Census Not Sending Out Enumerators

Chase Springer <chase.springer89@gmail.com>

Tue 10/13/2020 1:56 PM

**To:** CRD LHK <LHKCRD@cand.uscourts.gov>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Hello there,

I was hoping to get in contact with Judge Lucy H. Koh, who issued the ruling that the Census had to fully resume operations through the end of October in order to complete their constitutional duty to take an accurate count of the country's population. I fear that the director of the census is still trying everything in his power to interfere in an accurate count, especially in neighborhoods of color.

I work as an enumerator for the Census Bureau in Philadelphia specifically in the 19125 and 19134 zip codes. I was regularly getting cases assigned to me, even when I would just request 1-2 hours of work, up until the fake deadline the Census Director set for the end of September. Then Judge Koh ruled that he must fully extend the Census back to the end of October. Since I received the mandated text on my Census device on October 5, I have not received any further work despite signing up for several shifts during this time. My supervisor has not contacted me at all during this time. Every day, it just says that "you have not been assigned work. Insufficient case load."

I know for a fact we still had at least 30 cases in my immediate neighborhood the last day I was assigned cases. I find it highly suspicious that my enumeration hours were cut only after the October 5 text. I have also not seen any other census workers in my neighborhood or any Census Notices of Visit left on doors in my neighborhood since I stopped working.

Last time I checked on the Census website for response rate for Philadelphia, it also did not say that it was at 100%, despite the Census recently releasing a statement saying the country is 99% counted. I suspect further foul play and hope that may aid Judge Koh in her pursuit of ensuring the Census is properly conducted.

Please let me know if I can be of any further assistance in this matter.

Thank you,
Chase Springer

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.