UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: UNITED STATES SUPREME COURT'S STAY AND CASE MANAGEMENT CONFERENCE** |

By Friday, October 23, 2020, the parties shall each file a statement identifying the implications of the United States Supreme Court's stay pending appeal of the Order Granting Plaintiff's Motion for Stay and Preliminary Injunction, ECF No. 208. In addition, the Court continues the case management conference scheduled on Friday, October 16, 2020 to Tuesday, October 27, 2020 at 1:30 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: October 13, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER RE: UNITED STATES SUPREME COURT'S STAY AND CASE MANAGEMENT CONFERENCE