JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **FIFTEENTH DECLARATION OF JAMES T. CHRISTY** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

I, James T. Christy, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. This is my fifteenth declaration in this lawsuit. I am making this declaration in response to Plaintiffs' Declaration of Sheila Valenzuela, ECF No. 330, filed late Friday, October 9, 2020. I note that the declaration contained within ECF No. 330 was apparently signed and dated two days earlier on October 7, 2020.

2. In reviewing the declaration, there is no violation of the court's order.

3. The Declarant, Ms. Sheila Valenzuela, states that her office receives daily reports from the Tucson Census Area Office, and that on October 6, 2020, she was given the following information which, although Ms. Valenzuela does not expressly say, is apparently for the Gila River Indian Community:

   > Self Response Rate:  14%
   >
   > NFRU Percent Complete:  87.31
   >
   > Cases not started: 33
   >
   > Open cases:  401

   Based on this information, the declarant then states that the completion rate adds up to 101.31 %.

4. Ms. Valenzuela appears to misunderstand how NRFU rates and public self-response rates are calculated, and what each of the numbers represents.

5. The percentage in the Self-Response Rate represents the percentage of the entire housing unit universe that self-responded online, by phone, or by returning a completed paper questionnaire. By contrast, the completion rate for the Nonresponse Followup workload is based on only those households which are assigned in the Nonresponse Followup workload. The NRFU completion rate includes households that have provided a response to the enumerator, households that have self-responded since the start of Nonresponse Followup, households for which there is no response, households which during the NRFU process the Census Bureau has confirmed are vacant, and a

series of addresses included as part of our various quality control programs which are used to improve the accuracy of the census.

6. NRFU rates and public self-response rates are thus calculated using different denominators and cannot be added together to get an overall rate of enumeration. We expressly explain this at our website in the Frequently Asked Questions section of https://2020census.gov/en/response-rates/nrfu-completion.html. It moreover appears that Ms. Valenzuela was herself already told the same thing—that "NRFU household responses do not add to the self-response rate"—by the Census Bureau's Tribal Partnership Specialist. ECF No. 330-1 at ¶ 3.

7. I have no insight into the direct dialogue between Census staff and Ms. Valenzuela. My understanding, based on subsequent conversation with Census staff, is that our staff attempted to explain to Ms. Valenzuela what the different rates signify and how they should be understood. We have been providing regular updates to Ms. Valenzuela on the progress of NRFU production work via email.

8. As of 4:14pm Eastern on October 14, 2020, there are 36 addresses left to complete on the Gila River Indian Community. The current NRFU completion rate for the Gila River Indian Community is 99.0%.

9. As for the staffing issue complained about by the declarant, we have not reduced the working staff on the Gila River Indian Community. On October 1, 2020, there were 20 tribal enumerators active on the Gila River Indian Community and thus eligible to work, but not all of them work on any given day. For example, our records indicate that 15 enumerators were working on October 1. On October 9th, 13 Enumerators were working.

10. Ms. Valenzuela's reference to the number of enumerators working on the reservation appears to be erroneous. In a prior communication to Ms. Valenzuela, sent Friday, October 9 at 1:40pm Mountain, we stated that the Census Bureau "will have ~14 Gila River, ~10 Tohono O'odham, and 8 La Paz Enumerators working this weekend." The

sum of those numbers is 32, to which Ms. Valenzuela responded "Great news!" at 1:41pm Mountain on the same day.

11. I have engaged substantial resources, including staff time from numerous areas, to research issues raised by communications sent to the Court in order to provide researched and thorough responses to the Court's orders. I believe it is important to provide accurate and well-considered responses to these concerns, which is what I have done.  According to my best estimates, we have devoted over 145 total staff hours in response to the court's orders, including verifying procedures, pulling schedules, reconciling inconsistent information, interviewing staff throughout the Nation and reviewing documentation.

12. Attending to these matters has detracted significantly from my duties as the Assistant Director for Field Operations at the U.S. Census Bureau, and has impaired my ability to monitor key operations such as our data quality programs and efforts to ensure fiscal and administrative compliance. These are critical tasks for this phase of the Census.

I have read the foregoing and it is all true and correct.

DATED this _14th_ day of October, 2020

_____

James T. Christy

Assistant Director for Field Operations

United States Bureau of the Census