LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Genevieve P. Hoffman (*pro hac vice*)
    genevieve.hoffman@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (admitted *pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (admitted *pro hac vice*)
    erosenberg@lawyerscommittee.org
  Dorian L. Spence (*pro hac vice* forthcoming
    dspence@lawyerscommittee.org
  Ajay P. Saini (admitted *pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **JOINT STIPULATION REGARDING DEADLINES RELATED TO SECOND AMENDED COMPLAINT** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR
SECOND AM. COMPL.

Pursuant to Civil Local Rules 6-2 and 7-12, the parties in the above-captioned case, by their respective counsel, respectfully submit the following Joint Stipulation:

WHEREAS, at the October 6, 2020 Case Management Conference, the Court ordered that Plaintiffs file any Second Amended Complaint by October 20, 2020, with Defendants answer or motion to dismiss due 14 days after the filing of any Second Amended Complaint (*see* Oct. 6, 2020 Hr'g Tr. at 43:3-22), and set a further Case Management Conference for October 16, 2020 (Dkt. 310);

WHEREAS, on October 13, 2020, the United States Supreme Court granted Defendants' application for stay of the Court's preliminary injunction pending disposition of the appeal in the United States Court of Appeals for the Ninth Circuit and disposition of the petition for a writ of certiorari, if such writ is timely sought;

WHEREAS, on October 13, 2020, the Court ordered "[b]y Friday, October 23, 2020, the parties shall each file a statement identifying the implications of the United States Supreme Court's stay pending appeal of the Order Granting Plaintiff's Motion for Stay and Preliminary Injunction, ECF No. 208" and continued the October 16, 2020 Case Management Conference to October 27, 2020 (Dkt. 339);

WHEREAS, the parties have agreed to extend the deadline for Plaintiffs to file any Second Amended Complaint to October 27, 2020, with Defendants' answer or motion to dismiss still due 14 days after the filing of any Second Amended Complaint;

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court extend the deadline for Plaintiffs to file any Second Amended Complaint to October 27, 2020, with Defendants' answer or motion to dismiss due 14 days after the filing of any such Second Amended Complaint.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR
SECOND AM. COMPL.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com |
| 5 | | Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com |
| 6 | | Amit Makker (Bar No. 280747)<br>amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095 |
| 11 | | Richard P. Bress (admitted *pro hac vice*)<br>rick.bress@lw.com |
| 12 | | Melissa Arbus Sherry (admitted *pro hac vice*)<br>melissa.sherry@lw.com |
| 13 | | Anne W. Robinson (admitted *pro hac vice*)<br>anne.robinson@lw.com |
| 14 | | Tyce R. Walters (admitted *pro hac vice*)<br>tyce.walters@lw.com |
| 15 | | Genevieve P. Hoffman (admitted *pro hac vice*)<br>genevieve.hoffman@lw.com |
| 16 | | Gemma Donofrio (admitted *pro hac vice*)<br>gemma.donofrio@lw.com |
| 17 | | **LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 19 | | Facsimile: 202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 21 | | |
| 22 | | |
| 23 | Dated: October 16, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (admitted *pro hac vice*)<br>kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (admitted *pro hac vice*)<br>erosenberg@lawyerscommittee.org |
| 27 | | Dorian L. Spence (*pro hac vice* forthcoming)<br>dspence@lawyerscommittee.org |
| 28 | | Maryum Jordan (*pro hac vice* forthcoming) |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR
SECOND AM. COMPL.

| | |
|---|---|
| 1 | mjordan@lawyerscommittee.org |
| 2 | Ajay Saini (admitted *pro hac vice*) |
|   | asaini@lawyerscommittee.org |
| 3 | Pooja Chaudhuri (Bar No. 314847) |
|   | pchaudhuri@lawyerscommittee.org |

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (admitted *pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (admitted *pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (admitted *pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR
SECOND AM. COMPL.

```
                                    Doreen McPaul, Attorney General
                                    dmcpaul@nndoj.org
                                    Jason Searle (admitted pro hac vice)
                                    jasearle@nndoj.org
```
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: October 16, 2020          By: /s/ Danielle Goldstein
                                 Michael N. Feuer (Bar No. 111529)
                                 mike.feuer@lacity.org
                                 Kathleen Kenealy (Bar No. 212289)
                                 kathleen.kenealy@lacity.org
                                 Danielle Goldstein (Bar No. 257486)
                                 danielle.goldstein@lacity.org
                                 Michael Dundas (Bar No. 226930)
                                 mike.dundas@lacity.org
                                 **CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
                                 200 N. Main Street, 8th Floor
                                 Los Angeles, CA 90012
                                 Telephone: 213.473.3231
                                 Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: October 16, 2020          By: /s/ Michael Mutalipassi
                                 Christopher A. Callihan (Bar No. 203010)
                                 legalwebmail@ci.salinas.ca.us
                                 Michael Mutalipassi (Bar No. 274858)
                                 michaelmu@ci.salinas.ca.us
                                 **CITY OF SALINAS**
                                 200 Lincoln Avenue
                                 Salinas, CA 93901
                                 Telephone: 831.758.7256
                                 Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR
SECOND AM. COMPL.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2020 | By: */s/ Rafey S. Balabanian* |
| 2 | | Rafey S. Balabanian (Bar No. 315962) |
| | | rbalabanian@edelson.com |
| 3 | | Lily E. Hough (Bar No. 315277) |
| | | lhough@edelson.com |
| 4 | | **EDELSON P.C.** |
| | | 123 Townsend Street, Suite 100 |
| 5 | | San Francisco, CA 94107 |
| | | Telephone: 415.212.9300 |
| 6 | | Facsimile: 415.373.9435 |

Rebecca Hirsch (admitted *pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: October 16, 2020                By: */s/ Donald R. Pongrace*
Donald R. Pongrace (admitted *pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian Community*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR SECOND AM. COMPL.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 16, 2020 | By: */s/ David I. Holtzman* |
| | | David I. Holtzman (Bar No. 299287) |
| 3 | | David.Holtzman@hklaw.com |
| | | **HOLLAND & KNIGHT LLP** |
| 4 | | Daniel P. Kappes |
| | | Jacqueline N. Harvey |
| 5 | | 50 California Street, 28th Floor |
| | | San Francisco, CA 94111 |
| 6 | | Telephone: (415) 743-6970 |
| | | Fax: (415) 743-6910 |
| 7 | | |
| | | *Attorneys for Plaintiff County of Los Angeles* |
| 8 | | |
| 9 | | JEFFREY BOSSERT CLARK |
| | | Acting Assistant Attorney General |
| 10 | | |
| | | JOHN V. COGHLAN |
| 11 | | Deputy Assistant Attorney General |
| 12 | | |
| | | ALEXANDER K. HAAS |
| 13 | | Branch Director |
| 14 | | |
| | | DIANE KELLEHER |
| | | BRAD P. ROSENBERG |
| 15 | | Assistant Branch Directors |
| 16 | Dated: October 16, 2020 | By: */s/ Alexander V. Sverdlov* |
| | | ALEXANDER V. SVERDLOV |
| 17 | |   (New York Bar No. 4918793) |
| | | M. ANDREW ZEE |
| 18 | | STEPHEN EHRLICH (NY Bar No. 5264171) |
| 19 | | Trial Attorneys |
| | | U.S. Department of Justice |
| 20 | | Civil Division, Federal Programs Branch |
| | | 1100 L Street, NW |
| 21 | | Washington, D.C. 20005 |
| 22 | | Telephone: (202) 305-9803 |
| 23 | | *Attorneys for Defendants* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR
SECOND AM. COMPL.

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: October 16, 2020

**LATHAM & WATKINS LLP**

By: */s/ Sadik Huseny*
Sadik Huseny

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
JOINT STIP. RE DEADLINES FOR
SECOND AM. COMPL.