UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER GRANTING JOINT STIPULATION RE: DEADLINES RELATED TO SECOND AMENDED COMPLAINT** |

Pursuant to the parties' stipulation, ECF No. 341, Plaintiffs shall file any Second Amended Complaint by October 27, 2020, and Defendants shall file any answer or motion to dismiss by November 10, 2020.

**IT IS SO ORDERED.**

Dated: October 20, 2020

_____
LUCY H. KOH
United States District Judge

---

1
Case No. 20-CV-05799-LHK
ORDER GRANTING JOINT STIPULATION RE: DEADLINES RELATED TO SECOND AMENDED COMPLAINT