UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court CONTINUES the October 27, 2020 case management conference to November 13, 2020 at 1:30 p.m. The parties shall file a joint case management statement by November 12, 2020 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 26, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-05799-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE