Donald R. Pongrace (admitted pro hac vice)
Merrill C. Godfrey (Bar No. 200437)
dpongrace@akingump.com
mgodfrey@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Plaintiff Gila River Indian Community*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NATIONAL URBAN LEAGUE, et al.,

                                        Plaintiffs,

                v.

WILBUR L. ROSS, JR., et al.,

                                        Defendants.

CASE NO.  5:20-cv-05799-LHK

**NOTICE OF SUBSTITUTION OF COUNSEL**

    Plaintiff Gila River Indian Community hereby notifies the Court and all other parties pursuant to Civil L.R. 5-1(c)(2)(B), that Merrill C. Godfrey of Akin Gump Strauss Hauer & Feld LLP, who is a member of this Court in good standing (CA Bar. No. 200437), hereby enters an appearance as counsel of record for the Gila River Indian Community, in substitution for Dario J. Frommer, also of Akin Gump Strauss Hauer & Feld LLP.  Donald R. Pongrace will continue to represent the Gila River Indian Community.

1

Dated: November 17, 2020

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _/s/ Merrill C. Godfrey_____
Donald R. Pongrace (admitted *pro hac vice*)
Merrill C. Godfrey (Bar No. 200437)
dpongrace@akingump.com
mgodfrey@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Plaintiff Gila River Indian Community*