LATHAM & WATKINS LLP
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
    erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [FED. R. CIV. P. 7.1; CIVIL L.R. 3-15]** <br><br> Trial: March 19, 2021 <br> Time: 9:00 a.m. <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' DISCLOSURE STMT. AND CERT. OF
INTERESTED PARTIES OR PERSONS

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiffs National Urban League, League of Women Voters, NAACP, and Black Alliance for Just Immigration ("BAJI"), declares that those plaintiffs have no parent corporation and do not issue any stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report with respect to Plaintiffs National Urban League, League of Women Voters, NAACP, BAJI, Rodney Ellis, and Adrian Garcia.

Plaintiffs Harris County, Texas; King County, Washington; City of Los Angeles, California; City of Salinas, California; City of San Jose, California; City of Chicago, Illinois; County of Los Angeles, California; Gila River Indian Community; and Navajo Nation are governmental entities.  Therefore, Civil L.R. 3-15 does not apply to these entities.

| | | |
|---|---|---|
| 1 | Dated: November 19, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com |
| 5 | | Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com |
| 6 | | Amit Makker (Bar No. 280747)<br>amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095 |
| 11 | | Melissa Arbus Sherry (*pro hac vice*)<br>melissa.sherry@lw.com |
| 12 | | Richard P. Bress (*pro hac vice*)<br>rick.bress@lw.com |
| 13 | | Anne W. Robinson (*pro hac vice*)<br>anne.robinson@lw.com |
| 14 | | Tyce R. Walters (*pro hac vice*)<br>tyce.walters@lw.com |
| 15 | | Gemma Donofrio (*pro hac vice*)<br>gemma.donofrio@lw.com |
| 16 | | **LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000 |
| 17 | | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 18 | | Facsimile: 202.637.2201 |
| 19 | | *Attorneys for Plaintiffs National Urban League;* |
| 20 | | *League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose,* |
| 21 | | *California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 22 | Dated: November 19, 2020 | By: /s/ Jon M. Greenbaum |
| 23 | | Kristen Clarke (*pro hac vice*)<br>kclarke@lawyerscommittee.org |
| 24 | | Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org |
| 25 | | Ezra D. Rosenberg (*pro hac vice*)<br>erosenberg@lawyerscommittee.org |
| 26 | | Ajay Saini (*pro hac vice*)<br>asaini@lawyerscommittee.org |
| 27 | | Maryum Jordan (Bar No. 325447)<br>mjordan@lawyerscommittee.org |
| 28 | | Pooja Chaudhuri (Bar No. 314847) |

pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: 213.385.2977
Facsimile: 213.385.9089

*Attorneys for Plaintiff City of San Jose*

| | |
|---|---|
| | Doreen McPaul, Attorney General |
| | dmcpaul@nndoj.org |
| | Jason Searle (*pro hac vice*) |
| | jasearle@nndoj.org |
| | **NAVAJO NATION DEPARTMENT OF JUSTICE** |
| | P.O. Box 2010 |
| | Window Rock, AZ 86515 |
| | Telephone: (928) 871-6345 |
| | |
| | *Attorneys for Navajo Nation* |
| | |
| Dated: November 19, 2020 | By: /s/ Danielle Goldstein |
| | Michael N. Feuer (Bar No. 111529) |
| | mike.feuer@lacity.org |
| | Kathleen Kenealy (Bar No. 212289) |
| | kathleen.kenealy@lacity.org |
| | Danielle Goldstein (Bar No. 257486) |
| | danielle.goldstein@lacity.org |
| | Michael Dundas (Bar No. 226930) |
| | mike.dundas@lacity.org |
| | **CITY ATTORNEY FOR THE CITY OF LOS ANGELES** |
| | 200 N. Main Street, 8th Floor |
| | Los Angeles, CA 90012 |
| | Telephone: 213.473.3231 |
| | Facsimile: 213.978.8312 |
| | |
| | *Attorneys for Plaintiff City of Los Angeles* |
| | |
| Dated: November 19, 2020 | By: /s/ Michael Mutalipassi |
| | Christopher A. Callihan (Bar No. 203010) |
| | legalwebmail@ci.salinas.ca.us |
| | Michael Mutalipassi (Bar No. 274858) |
| | michaelmu@ci.salinas.ca.us |
| | **CITY OF SALINAS** |
| | 200 Lincoln Avenue |
| | Salinas, CA 93901 |
| | Telephone: 831.758.7256 |
| | Facsimile: 831.758.7257 |
| | |
| | *Attorneys for Plaintiff City of Salinas* |

| | |
|---|---|
| Dated: November 19, 2020 | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com<br>**EDELSON P.C.**<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (*pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |
| Dated: November 19, 2020 | By: /s/ Donald R. Pongrace<br>Donald R. Pongrace (*pro hac vice*)<br>dpongrace@akingump.com<br>Merrill C. Godfrey (Bar No. 200437)<br>mgodfrey@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2001 K St., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4000<br>Facsimile: 202-887-4288<br><br>*Attorneys for Plaintiff Gila River Indian Community* |
| Dated: November 19, 2020 | By: /s/ David I. Holtzman<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

# **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: November 19, 2020

**LATHAM & WATKINS LLP**
By: ___/s/ *Sadik Huseny*___
Sadik Huseny

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' DISCLOSURE STMT. AND CERT. OF
INTERESTED PARTIES OR PERSONS