LATHAM & WATKINS LLP
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
  Christine C. Smith (*pro hac vice*)
    christine.smith@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
    erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL TIMELY PRODUCTION OF DOCUMENTS AND FOR RELATED RELIEF** <br><br> Date: December 11, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

# NOTICE OF MOTION AND MOTION TO COMPEL

PLEASE TAKE NOTICE that Plaintiffs, by and through their counsel, hereby move the Court for an order compelling defendants to timely produce document and for related relief. Specifically, Plaintiffs move the Court for the following:

1. Order Defendants to produce, by Monday, December 14, 2020, documents sufficient to show the details of the Bureau's current data-processing plans, procedures, and schedule (including changes) since October 15, 2020.

2. Order Defendants to produce, by Monday, December 14, 2020, documents responsive to requests from the House Committee on Oversight and Reform and Census Integration Group ("CIG") documents.

3. Order Defendants to produce, by Monday, December 14, 2020, all summary report data responsive to Defendants' sufficient-to-show requests regarding data collection processes, metrics, issues and improprieties (RFP Nos. 2-4, 6-10, 15, 16, 18).

4. Order Defendants to produce, by Monday, December 14, 2020, appropriate metadata—including MD5 Hash data, production begin bates, production end bates, production begin attachment, production end attachment, custodian, email from, email to, email cc, author, document date, and file name—for their December 1, 2020 and December 8, 2020 productions. Order Defendants to produce appropriate metadata—including MD5 Hash data, production begin bates, production end bates, production begin attachment, production end attachment, custodian, email from, email to, email cc, author, document date, and file name—for all future productions in this case.

5. Order Defendants to make available for deposition no later than December 17, 2020, an additional Rule 30(b)(6) witness on the limited topics of Defendants' retention, organization, collection, review, and production of documents and data, as well as the search functionalities and capabilities of Defendants' various databases, so that Plaintiffs have definitive, sworn answers regarding key document production issues in this case, and meaningful guidance regarding how Defendants retain, manage, and organize data and how they are collecting and producing documents in this litigation, that will help finalize this portion of discovery without further delay.

6. Order that Defendants shall have 14 days instead of 30 days to respond to the narrowly tailored Interrogatories and Requests for Admission Plaintiffs will be able to craft and serve once they receive production of the key materials outlined above.

As set forth in Plaintiffs' Motion to Shorten Time and Expedite, filed concurrently herewith, Plaintiffs respectfully request that this motion be heard simultaneously with the Case Management Conference on December 11, 2020 at 1:30 p.m., or as soon as practicable.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' NOTICE OF MOTION
AND MOTION TO COMPEL

| | | |
|---|---|---|
| 1 | Dated: December 9, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com |
| 5 | | Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com |
| 6 | | Amit Makker (Bar No. 280747)<br>amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095 |
| 11 | | Melissa Arbus Sherry (*pro hac vice*)<br>melissa.sherry@lw.com |
| 12 | | Richard P. Bress (*pro hac vice*)<br>rick.bress@lw.com |
| 13 | | Anne W. Robinson (*pro hac vice*)<br>anne.robinson@lw.com |
| 14 | | Tyce R. Walters (*pro hac vice*)<br>tyce.walters@lw.com |
| 15 | | Gemma Donofrio (*pro hac vice*)<br>gemma.donofrio@lw.com |
| 16 | | Christine C. Smith (*pro hac vice*)<br>christine.smith@lw.com |
| 17 | | **LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 19 | | Facsimile: 202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League;* |
| 21 | | *League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose,* |
| 22 | | *California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 23 | Dated: December 9, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (*pro hac vice*)<br>kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (*pro hac vice*)<br>erosenberg@lawyerscommittee.org |
| 27 | | Ajay Saini (*pro hac vice*)<br>asaini@lawyerscommitee.org |
| 28 | | Maryum Jordan (Bar No. 325447) |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' NOTICE OF MOTION
AND MOTION TO COMPEL

mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' NOTICE OF MOTION
AND MOTION TO COMPEL

|   |   |
|---|---|
|   | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice*)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345<br><br>*Attorneys for Navajo Nation* |
| Dated: December 9, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: December 9, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |
| Dated: December 9, 2020 | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com<br>**EDELSON P.C.**<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' NOTICE OF MOTION
AND MOTION TO COMPEL

|  |  |
|---|---|
|  | Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (*pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |
| Dated: December 9, 2020 | By: /s/ Donald R. Pongrace<br>Donald R. Pongrace (*pro hac vice*)<br>dpongrace@akingump.com<br>Merrill C. Godfrey (Bar No. 200437)<br>mgodfrey@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2001 K St., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4000<br>Facsimile: 202-887-4288<br><br>*Attorneys for Plaintiff Gila River Indian Community* |
| Dated: December 9, 2020 | By: /s/ David I. Holtzman<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' NOTICE OF MOTION
AND MOTION TO COMPEL

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 9, 2020

**LATHAM & WATKINS LLP**

By:  /s/ Sadik Huseny
      Sadik Huseny

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' NOTICE OF MOTION
AND MOTION TO COMPEL