LATHAM & WATKINS LLP
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
  Christine C. Smith (*pro hac vice*)
    christine.smith@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
    erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **DECLARATION OF AMIT MAKKER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR RELATED RELIEF** <br><br> Date: December 11, 2020 <br> Time: 1:30 p.m. <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
DECL. OF AMIT MAKKER ISO
PLAINTIFFS' MOTION TO COMPEL

I, Amit Makker, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this court, an associate in the San Francisco office of Latham & Watkins LLP, and counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' Motion to Compel Production of Documents.

2. I have personal and first-hand knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' First Set of Requests for Production ("RFPs"), served November 17, 2020.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Response to Plaintiffs' First Set of RFPs, served November 27, 2020.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain between Amit Makker and Counsel for Defendants, dated November 24, 2020.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain between Amit Makker and Alexander V. Sverdlov, dated December 8, 2020.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a letter from Sadik Huseny to Alexander Sverdlov, dated December 4, 2020.

8. Attached hereto as **Exhibit 6** is a spreadsheet that Plaintiffs compiled in order to assess the number of duplicates in Defendants' December 1, 2020 and December 8, 2020 productions.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Chairwoman Carolyn B. Maloney of the Committee on Oversight and Reform, to Secretary Wilbur L. Ross, Jr. of the U.S. Department of Commerce, dated December 2, 2020, and available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2020-12-02.CBM%20to%20Ross-Commerce%20re%202020%20Census%20Count.pdf.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document entitled "DRF1 Anomaly Summary," dated November 27, 2020. The document is labeled as "Document #2," was produced by the House Committee on Oversight and Reform on December 2, 2020, and

is available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/Document%202.pdf.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document entitled "2020 Census Post Collection Processing," dated November 27, 2020. The document is labeled as "Document #3," was produced by the House Committee on Oversight and Reform on December 2, 2020, and is available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/Document3.pdf.

I declare under penalty of perjury under the laws of the United States of America that each of the facts stated herein is true and correct. Executed on December 9, 2020, at Oakland, California.

/s/ Amit Makker
Amit Makker
of LATHAM & WATKINS

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 9, 2020        **LATHAM & WATKINS LLP**

By: /s/ Sadik Huseny
Sadik Huseny

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
DECL. OF AMIT MAKKER ISO
PLAINTIFFS' MOTION TO COMPEL