UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: OPPOSITION TO MOTION TO COMPEL** <br><br> Re: Dkt. Nos. 368, 369 |

On December 9, 2020, Plaintiffs filed a motion to compel and a motion to shorten time and expedite. ECF Nos. 368, 369. Because the holidays are approaching and the fact discovery cut off is January 7, 2021, time is of the essence. Accordingly, the Court orders Defendants to file an opposition to Plaintiffs' motion to compel by December 10, 2020 at 6:00 p.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: December 9, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER RE: OPPOSITION TO MOTION TO COMPEL