UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court continues the December 11, 2020 case management conference to December 18, 2020 at 2:00 p.m. The parties shall file a joint case management statement by December 18, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 10, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE