UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: RESPONSE TO EMERGENCY MOTION FOR RECONSIDERATION** <br><br> Re: Dkt. No. 376 |

On December 12, 2020, Defendants filed a motion for leave to file an emergency motion for reconsideration, or, in the alternative, for a protective order. ECF No. 376. The Court orders Plaintiffs to file a response to Defendants' motion for reconsideration by December 13, 2020 at 11:00 a.m. Pacific Time.

**IT IS SO ORDERED.**

Dated: December 12, 2020

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER RE: RESPONSE TO EMERGENCY MOTION FOR RECONSIDERATION