[Counsel identified on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**JOINT STATEMENT RE: PRIVILEGE LOG AND PRIVILEGE DISPUTES (DKT. 380)**<br><br>Date:　December 14, 2020<br>Time:　N/A<br>Place:　Courtroom 8<br>Judge:　Hon. Lucy H. Koh |

Pursuant to the Court's Order on December 13, 2020 (Dkt. 380), the parties to this action, by their respective counsel, respectfully submit the following Joint Statement regarding an expedited schedule to produce a privilege log and to brief privilege disputes.

## I. BACKGROUND

On December 13, 2020, the Court entered an Amended Order Denying Motion for Reconsideration and Clarifying Order to Compel ("December 13 Order") (Dkt. 380). In the December 13 Order, the Court ordered the parties, by December 14, 2020 to (1) meet and confer, and (2) file a joint statement proposing an expedited schedule to produce a privilege log and to brief privilege disputes. December 13 Order at 9. The Court ordered the parties to prioritize high priority objections first; ordered that the parties must meet and confer before briefing any privilege disputes; and ordered that the same three-judge panel of United States Magistrate Judges that previously ruled on the parties' privilege disputes rule on these privilege disputes *in camera*. *Id.*

Pursuant to the December 13 Order, Plaintiffs and Defendants met and conferred regarding an expedited schedule to produce a privilege log and to brief privilege disputes on December 14, 2020. Plaintiffs and Defendants were able to agree on an expedited schedule to produce a privilege log and to brief privilege disputes. Accordingly, the parties present their proposed schedule for ongoing production of privilege logs and briefing of privilege disputes below.

## II. DOCUMENT PRODUCTION, PRIVILEGE LOGS, AND PRIVILEGE DISPUTES

At the outset, the parties note that the Court previously provided guidance regarding handling privilege disputes in several orders on the privilege dispute process, including its Order to Produce Inspector General Document Production (Dkt. 132), Order Re: Privilege Disputes (Dkt. 140), and Order on Procedures for In Camera Privilege Review by Magistrate Judges ("Order Re: Privilege Review") (Dkt. 163). The jointly proposed schedule and procedures regarding Defendants' production of privilege logs and rolling resolution privilege disputes are consistent with the Court's prior orders regarding privilege disputes. In particular, the proposed

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
JOINT STATEMENT RE: PRIVILEGE LOG &
PRIVILEGE DISPUTES

schedule attempts to mirror the Court's Order Re: Privilege Review, particularly in light of the expedited discovery period in this case.

Given the expedited nature of the discovery period, and consistent with the Court's Order Re: Privilege Review and December 13 Order, the parties propose the following schedule and deadlines:

- **December 14, 2020**: Defendants provide their first privilege log, accompanying their production of over 60,000 documents.

- **December 17, 2020 by 7:00 p.m**. **Pacific Standard Time**: Defendants (1) provide Plaintiffs with a production of documents, and (2) produce a privilege log including any additional documents Defendants reviewed and withheld up to the time of their production on December 17, at 7:00 p.m.; the privilege log will include the basis on which each document was withheld, providing a log similar to that which Defendants provided in their privilege review at Dkt. 154-2.

- **December 18, 2020 by 7:00 p.m. Pacific Standard Time**: The parties meet and confer within 24 hours of Defendants' privilege log production, regarding any privilege dispute(s). No less than three hours prior to the meet and confer, Plaintiffs will provide Defendants a list of the challenged withheld documents in Defendants' privilege log.

- **December 19, 2020 by 10:00 a.m. Pacific Standard Time**: Defendants will state whether they will change any of the privilege designations on any of the challenged documents.

- **December 20, 2020 on or before 5:00 p.m. Pacific Standard Time**: The parties will file simultaneous briefing on any privilege dispute(s) they cannot resolve, with the underlying documents for *in camera* review by the Magistrate Judges. Plaintiffs will demarcate their high-priority objections.

- **December 21, 2020 on or before 7:00 p.m. Pacific Standard Time**: Defendants (1) produce all remaining documents not already produced in earlier productions; and (2) produce a privilege log including any additional documents Defendants reviewed and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
JOINT STATEMENT RE: PRIVILEGE LOG &
PRIVILEGE DISPUTES

withheld up to the time of this final production; the privilege log should include the basis on which each document was withheld, providing a log similar to that which Defendants provided in their privilege review at Dkt. 154-2.

- **December 22, 2020 by 7:00 p.m. Pacific Standard Time**: The parties meet and confer within 24 hours of Defendants' privilege log production, regarding any privilege dispute(s).  No less than three hours prior to the meet and confer, Plaintiffs will provide Defendants a list of the challenged withheld documents in Defendants' privilege log.

- **December 23, 2020 by 10:00 a.m. Pacific Standard Time**: Defendants will state whether they will change any of the privilege designations on any of the challenged documents.

- **December 23, 2020 on or before 5:00 p.m. Pacific Standard Time**: The parties will file simultaneous briefing on any privilege dispute(s) they cannot resolve, along with the underlying documents for *in camera* review by the Magistrate Judges. Plaintiffs will demarcate their high-priority objections.

- **Production of Documents**: If the Magistrate Judges determine that any documents withheld by Defendants are not, in fact, privileged, Defendants will have 48 hours to produce the documents at issue or to file objections with the District Judge.  If Defendants file timely objections with the District Judge, the Magistrate Judges' ruling will be stayed until the District Judge rules on the objections.  If the District Judge affirms the determination of the Magistrate Judges' ruling that the documents are not privileged, Defendants must produce the documents at issue by 11:59 p.m. Eastern Standard Time the day of that adverse determination, or within 12 hours of that adverse determination, whichever is later.

To the extent Defendants produce additional privilege logs in this matter, privilege disputes will follow a commensurate timeline of events as laid out above, with the simultaneous briefing occurring on 5:00 p.m. Pacific Standard Time on the same day Defendants state whether they will change any designations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
JOINT STATEMENT RE: PRIVILEGE LOG &
PRIVILEGE DISPUTES

1    Defendants further propose that rulings by the Magistrate Judges on each submission of privilege disputes be made in the form of one or two decisions so as to enable orderly compliance. In light of the arduous process required for Defendants to finalize productions, *see* ECF No. 376-1 at ¶ 8, it would be extraordinary difficult for Defendants to produce documents in response to multiple adverse orders in quick succession.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
JOINT STATEMENT RE: PRIVILEGE LOG &
PRIVILEGE DISPUTES

Dated: December 14, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

Dated: December 14, 2020

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org

Ajay Saini (*pro hac vice*)
asaini@lawyerscommittee.org
Maryum Jordan (Bar No. 325447)
mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

|   |   |   |
|---|---|---|
| | | Doreen McPaul, Attorney General |
| | | dmcpaul@nndoj.org |
| | | Jason Searle (*pro hac vice*) |
| | | jasearle@nndoj.org |
| | | **NAVAJO NATION DEPARTMENT OF JUSTICE** |
| | | P.O. Box 2010 |
| | | Window Rock, AZ 86515 |
| | | Telephone: (928) 871-6345 |
| | | |
| | | *Attorneys for Navajo Nation* |
| Dated: December 14, 2020 | | By: /s/ Danielle Goldstein |
| | | Michael N. Feuer (Bar No. 111529) |
| | | mike.feuer@lacity.org |
| | | Kathleen Kenealy (Bar No. 212289) |
| | | kathleen.kenealy@lacity.org |
| | | Danielle Goldstein (Bar No. 257486) |
| | | danielle.goldstein@lacity.org |
| | | Michael Dundas (Bar No. 226930) |
| | | mike.dundas@lacity.org |
| | | **CITY ATTORNEY FOR THE CITY OF LOS ANGELES** |
| | | 200 N. Main Street, 8th Floor |
| | | Los Angeles, CA 90012 |
| | | Telephone: 213.473.3231 |
| | | Facsimile: 213.978.8312 |
| | | |
| | | *Attorneys for Plaintiff City of Los Angeles* |
| Dated: December 14, 2020 | | By: /s/ Michael Mutalipassi |
| | | Christopher A. Callihan (Bar No. 203010) |
| | | legalwebmail@ci.salinas.ca.us |
| | | Michael Mutalipassi (Bar No. 274858) |
| | | michaelmu@ci.salinas.ca.us |
| | | **CITY OF SALINAS** |
| | | 200 Lincoln Avenue |
| | | Salinas, CA 93901 |
| | | Telephone: 831.758.7256 |
| | | Facsimile: 831.758.7257 |
| | | |
| | | *Attorneys for Plaintiff City of Salinas* |
| Dated: December 14, 2020 | | By: /s/ Rafey S. Balabanian |
| | | Rafey S. Balabanian (Bar No. 315962) |
| | | rbalabanian@edelson.com |
| | | Lily E. Hough (Bar No. 315277) |
| | | lhough@edelson.com |
| | | **EDELSON P.C.** |
| | | 123 Townsend Street, Suite 100 |
| | | San Francisco, CA 94107 |

```
                                         Telephone: 415.212.9300
                                         Facsimile: 415.373.9435

                                         Rebecca Hirsch (pro hac vice)
                                         rebecca.hirsch2@cityofchicago.org
                                         **CORPORATION COUNSEL FOR THE
                                         CITY OF CHICAGO**
                                         Mark A. Flessner
                                         Stephen J. Kane
                                         121 N. LaSalle Street, Room 600
                                         Chicago, IL 60602
                                         Telephone: (312) 744-8143
                                         Facsimile: (312) 744-5185
```

*Attorneys for Plaintiff City of Chicago*

Dated: December 14, 2020          By: /s/ Donald R. Pongrace
                                  Donald R. Pongrace (*pro hac vice*)
                                  dpongrace@akingump.com
                                  Merrill C. Godfrey (Bar No. 200437)
                                  mgodfrey@akingump.com
                                  **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                  2001 K St., N.W.
                                  Washington, D.C. 20006
                                  Telephone: (202) 887-4000
                                  Facsimile: 202-887-4288

*Attorneys for Plaintiff Gila River Indian Community*

Dated: December 14, 2020          By: /s/ David I. Holtzman
                                  David I. Holtzman (Bar No. 299287)
                                  David.Holtzman@hklaw.com
                                  **HOLLAND & KNIGHT LLP**
                                  Daniel P. Kappes
                                  Jacqueline N. Harvey
                                  50 California Street, 28th Floor
                                  San Francisco, CA 94111
                                  Telephone: (415) 743-6970
                                  Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
JOINT STATEMENT RE: PRIVILEGE LOG &
PRIVILEGE DISPUTES

| | |
|---|---|
| DATED: December 14, 2020 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>JOHN V. COGHLAN<br>Deputy Assistant Attorney General<br><br>AUGUST E. FLENTJE<br>Special Counsel to the Assistant<br> Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>DIANE KELLEHER<br>BRAD P. ROSENBERG<br>Assistant Branch Directors<br><br>*/s/ M. Andrew Zee*<br>ALEXANDER V. SVERDLOV<br>  (New York Bar No. 4918793)<br>STEPHEN EHRLICH<br>M. ANDREW ZEE (CA Bar No. 272510)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division - Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 305-0550<br><br>*Attorneys for Defendants* |

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 14, 2020        **LATHAM & WATKINS** LLP

                                By:  */s/ Sadik Huseny*
                                     Sadik Huseny