1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>              Plaintiffs,<br><br>      v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>              Defendants. | Case No. 20-cv-05799 LHK<br><br>**ORDER ON FURTHER PROCEDURES FOR IN CAMERA REVIEW OF DOCUMENTS ON PRIVILEGE LOGS**<br><br>Re: ECF 382 |

        This order responds to the "Joint Statement Re: Privilege Log and Privilege Disputes" filed December 14 at ECF 382.  The Joint Statement was filed as requested by District Court Judge Lucy H. Koh in her December 13 Amended Order Denying Reconsideration and Clarifying Order to Compel, ECF 380.

        First, to the extent the parties' Joint Statement seeks to modify the deadlines set by Judge Koh in ECF 372 (Order to Compel) and ECF 380 (Clarifying Order), the request is denied.  For example, Judge Koh in ECF 380 at 9:16-20 ordered Defendants to produce "each day" from December 14 to December 21, on a rolling basis, documents in two categories.  Furthermore, she set a daily benchmark for this review.  The Joint Statement, on the other hand, seems to disregard the daily production ordered by Judge Koh.  We will

1    be following the schedule and expectations set by Judge Koh.

2         Second, as to the privilege review schedule, we order as follows.  All times

3    referenced are Pacific Standard Time.

4         For the December 14 privilege log, Plaintiffs must provide a list of challenged

5    entries by December 16 at 3:00 p.m.; counsel must confer regarding any privilege disputes

6    by December 16 at 7:00 p.m.; and the parties must file simultaneous briefs and any

7    supporting declarations on the privilege issues by December 17 at noon.  Plaintiffs must

8    designate their highest-priority objections in their brief and provide a proposed order that

9    tracks the challenged privilege entries.  Defendants must lodge the privileged documents

10   with the undersigned Magistrate Judges and file the log (as revised to reflect any changes

11   from the meet and confer process) by December 17 at noon.

12        By December 21 at 7:00 p.m., Defendants must produce a second privilege log

13   including any additional documents that have been withheld as privileged up to the time of

14   the final production.  For the December 21 log, Plaintiffs must provide a list of challenged

15   entries by December 22 at 3:00 p.m.; counsel must confer regarding any privilege disputes

16   by December 22 at 7:00 p.m.; and the parties must file simultaneous briefs and any

17   supporting declarations on the privilege issues by December 23 at noon.  Plaintiffs must

18   designate their highest-priority objections in their brief and provide a proposed order that

19   tracks the challenged privilege entries.  Defendants must lodge the privileged documents

20   with the undersigned Magistrate Judges and file the log (as revised to reflect any changes

21   from the meet and confer process) by December 23 at noon.

22        As to the mechanics of the in-camera process, the parties should generally follow

23   the procedures used in October during our prior privilege reviews.  *See* ECF 154-2 (prior

24   privilege log); 132, 140, 163 (earlier orders on privilege review process).  We plan to rule

25   on the challenged privileges without need for a hearing.

26        Finally, we address the parties' proposals as to what will happen after our privilege

27   orders.  ECF 382 at 4-5.  While we are mindful of the arduous process of document

28

United States District Court
Northern District of California

1   review, we do not agree in advance to the limits proposed by the parties.  If any documents

2   are ordered produced, our orders will set a deadline for production.  The parties should be

3   prepared to move with alacrity in response to our orders.  If any party wishes to object, it

4   must do so before the deadline we set for production.  If the parties are concerned about

5   privilege waiver, they should file a proposed claw back protective order under Fed. R.

6   Evid. 502 and Fed. R. Civ. P. 26(b)(5)(B) by December 17 at noon.

7        **IT IS SO ORDERED.**

8

9   Dated:  December 15, 2020

                    NATHANAEL M. COUSINS
                    United States Magistrate Judge

                    /S/
                    SUSAN VAN KEULEN
                    United States Magistrate Judge

                    /S/
                    THOMAS S. HIXSON
                    United States Magistrate Judge

United States District Court
Northern District of California