United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: MOTION FOR A PROTECTIVE ORDER** <br><br> Re: Dkt. No. 384 |

On December 16, 2020 at 12:33 p.m., Defendants filed a motion for a protective order before the Rule 30(b)(6) deposition on December 17, 2020 at 6:30 a.m. ECF No. 384.

The Court refers Defendants' motion for a protective order to the three-judge panel of United States Magistrate Judges Nathanael M. Cousins, Susan van Keulen, and Thomas S. Hixson. Moreover, the Court orders Plaintiffs to file a response to Defendants' motion for a protective order by 5:00 p.m. today.

**IT IS SO ORDERED.**

Dated: December 16, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER RE: MOTION FOR A PROTECTIVE ORDER