UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>　　　　Defendants. | Case No. 20-cv-05799 LHK<br><br>**ORDER DENYING DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER**<br><br>Re: ECF 384 |

　　　　Before the Court is the Defendants' "Emergency Motion for a Protective Order" seeking to limit the scope of a Rule 30(b)(6) deposition that is scheduled for tomorrow morning. ECF 384. Plaintiffs oppose the motion. ECF 386. District Court Judge Lucy H. Koh referred the motion to us for decision. ECF 385.

　　　　As a preliminary issue, we are disappointed that the parties were not able to resolve this dispute by direct communication between counsel. A last-minute emergency motion should not have been necessary.

　　　　On the merits, the Defendants' motion is denied for lack of good cause. The deposition topics noticed by Plaintiffs track the Court's Order at ECF 380, clarified at ECF 382, compelling the deposition. Moreover, the Order to Compel repeatedly references

1  "Defendants" in the plural.  ECF 380.  Defendants' demand that Plaintiffs choose one of
2  the defendant entities for the deposition is inconsistent with the Order to Compel.
3      Consequently, we deny Defendants' emergency motion and order the Defendants to
4  produce one or more witnesses to testify on the topics set forth in the Order to Compel and
5  Plaintiffs' Amended Notice.
6      **IT IS SO ORDERED.**

Dated:  December 16, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

_____/S/_____
SUSAN VAN KEULEN
United States Magistrate Judge

_____/S/_____
THOMAS S. HIXSON
United States Magistrate Judge