LATHAM & WATKINS LLP
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
  Christine C. Smith (*pro hac vice*)
    christine.smith@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
    erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | CASE NO. 5:20-cv-05799-LHK |
| Plaintiffs, | **PLAINTIFFS' STATEMENT RE: PRIVILEGE LOGS** |
| v. | |
| WILBUR L. ROSS, JR., et al., | Date: TBD |
| | Time: TBD |
| Defendants. | Place: Courtroom 8 |
| | Judge: Hon. Lucy H. Koh |

Because Defendants have not provided a privilege log regarding their December 14 production, Plaintiffs submit the following Statement Re: Privilege Logs to respectfully propose an additional round of briefing for privilege disputes to ensure that the Court and the parties are not hit with the entirety of the privilege disputes on December 23, 2020.

Pursuant to the Court's Amended Order Denying Motion for Reconsideration and Clarifying Order to Compel ("December 13 Order") (Dkt. 380), the parties filed a Joint Statement Re: Privilege Log and Privilege Disputes ("Joint Statement") (Dkt. 382). In the Joint Statement, Defendants represented to the Court that they would provide a privilege log relating to documents in the December 14, 2020 production. Joint Statement at 2 ("**December 14, 2020**: Defendants provide their first privilege log, accompanying their production of over 60,000 documents"). Subsequently, the Court referenced the "December 14 privilege log" in its December 15 Procedures For In Camera Review of Documents on Privilege Logs ("Order on Privilege Procedures") (Dkt. 383). Order on Privilege Procedures at 2. Presumably, the Court believed a privilege log had been provided (based on Defendants' representation). Plaintiffs likewise understood the Court's Order on Privilege Procedures to indicate that the Magistrate Judge Panel expected Defendants to produce a December 14 privilege log that would capture any documents withheld from the December 14 production of over 60,000 documents.

The only privilege log provided to Plaintiffs to date, with respect to their productions in response to Plaintiffs' November 17, 2020 Requests for Production, corresponds to Defendants' earlier, December 8, 2020 production of 516 documents. That privilege log references a total of 42 withheld documents ("December 8 privilege log"), and has now been definitively resolved between the parties with Defendants producing 40 of the documents and continuing to withhold 2.[1] When Plaintiffs asked Defendants whether they had produced a December 14 privilege log, Defendants

---

[1] In accordance with the Order on Privilege Procedures, Plaintiffs provided Defendants with a list of challenged entries in Defendants' December 8 privilege log on December 16, 2020 prior to 3:00 p.m. P.M. Plaintiffs and Defendants then met and conferred on December 16, 2020 prior to 7:00 p.m. P.M., and were able to come to agreement regarding the privilege disputes. As a result, Plaintiffs understand that neither Plaintiffs nor Defendants will be filing briefing requiring a decision by the Magistrate Judge Panel regarding redacted or withheld documents from the December 8 privilege log.

acknowledged that they did not yet produce privilege log corresponding to the December 14 production; to date, no such privilege log has been provided.

According to the prior Declaration of Brian DiGiacomo ("DiGiacomo Declaration") (Dkt. 376-2), of the approximately 88,765 documents ordered "to be produced to Plaintiffs by December 14, 2020," Defendants intended to withhold approximately 25,512 documents on the basis of privilege. DiGiacomo Declaration at 1-2. However, the December 8, 2020 privilege log contains merely 42 redacted or withheld documents. Exhibit A. Accordingly, Plaintiffs expect to receive a single privilege log from Defendants covering over 25,000 withheld documents—and perhaps containing many thousands of entries—on December 21, 2020 at 7:00 p.m. PT, in addition to additional log entries corresponding to Defendants' productions from December 14 through December 21, 2020. To comply with the Court's Order on Privilege Procedures, Plaintiffs would then be required to review all of these privilege log entries in 20 hours, and provide a list of all challenged objections to Defendants by December 22, 2020 at 3:00 p.m. PT. More significantly, the Magistrate Judge Panel would then be presented with briefing regarding objections to a subset of potentially thousands of privilege log documents on December 23, 2020, and would have to adjudicate this massive volume of privilege disputes in one fell swoop. This is infeasible, and places an enormous burden on both the Magistrate Judge Panel.

To ease the burden on the Magistrate Judge Panel and the parties, Plaintiffs respectfully propose that the Court order a modified privilege log schedule that adds the following:

- **December 17, 2020 by 5:00 p.m. PT**: Defendants produce a privilege log to Plaintiffs containing all documents redacted or withheld from the December 14, December 16, and December 17, 2020 productions.

- **December 18, 2020 by 10:00 a.m. PT**: Plaintiffs provide Defendants with a list of challenged entries.

- **December 18, 2020 by 12:00 p.m. PT**: Plaintiffs and Defendants meet and confer on privilege disputes.

- **December 19, 2020 by 12:00 a.m. PT**: Plaintiffs and Defendants filed simultaneous briefs on unresolved privilege disputes.

1  Plaintiffs propose that the privilege dispute process outlined in the Court's Order on Privilege Procedures, calling for Defendants to produce a privilege log by December 21 at 7:00 p.m. PT, continue largely as planned.  In this way, Defendants' December 21 privilege log would contain any documents redacted or withheld from Defendants' December 18, December 19, December 20, and December 21 productions, and the parties would meet and confer, and submit briefing on these documents.  Accordingly, the Magistrate Judge Panel would receive two, more manageable batches of privilege disputes, on December 19 and December 23 respectively, and Plaintiffs would not be required to work through tens of thousands of privilege log entries in less than two days, an impossible task.

For the aforementioned reasons, and in light of Defendants' failure to produce a December 14 privilege log thus far, Plaintiffs respectfully seek an order from the Court modifying the privilege log dispute process as outlined above.  Plaintiffs raised this issue with Defendants yesterday during a meet and confer, and presented this proposal to Defendants this morning.  Plaintiffs shared a draft of this filing and sought to have a joint filing between the parties.  Defendants were unable to provide a position or their ascent before this filing.

Dated: December 17, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com

Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

Dated: December 17, 2020

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org
Ajay Saini (*pro hac vice*)
asaini@lawyerscommitee.org
Maryum Jordan (Bar No. 325447)
mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)

| | |
|---|---|
| 1 | percivalk@brennan.law.nyu.edu |
| 2 | **BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750 |
| 3 | New York, NY 10271<br>Telephone: 646.292.8310 |
| 4 | Facsimile: 212.463.7308 |
| 5 | *Attorneys for Plaintiffs National Urban League;* |
| 6 | *City of San Jose, California; Harris County, Texas; League of Women Voters; King County,* |
| 7 | *Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the* |
| 8 | *NAACP; and Navajo Nation* |
| 9 | Mark Rosenbaum (Bar No. 59940)<br>mrosenbaum@publiccounsel.org |
| 10 | **PUBLIC COUNSEL**<br>610 South Ardmore Avenue |
| 11 | Los Angeles, California 90005<br>Telephone:  213.385.2977 |
| 12 | Facsimile:  213.385.9089 |
| 13 | *Attorneys for Plaintiff City of San Jose* |
| 14 | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org |
| 15 | Jason Searle (*pro hac vice*)<br>jasearle@nndoj.org |
| 16 | **NAVAJO NATION DEPARTMENT OF JUSTICE** |
| 17 | P.O. Box 2010<br>Window Rock, AZ 86515 |
| 18 | Telephone: (928) 871-6345 |
| 19 | *Attorneys for Navajo Nation* |
| 20 | |
| 21 | Dated: December 17, 2020       By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529) |
| 22 | mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289) |
| 23 | kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486) |
| 24 | danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930) |
| 25 | mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF** |
| 26 | **LOS ANGELES**<br>200 N. Main Street, 8th Floor |
| 27 | Los Angeles, CA 90012<br>Telephone: 213.473.3231 |
| 28 | Facsimile: 213.978.8312 |

|  |  |
|---|---|
|  | *Attorneys for Plaintiff City of Los Angeles* |
| Dated: December 17, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |
| Dated: December 17, 2020 | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com<br>**EDELSON P.C.**<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (*pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 17, 2020 | By: /s/ Donald R. Pongrace |
| | | Donald R. Pongrace (*pro hac vice*) |
| 3 | | dpongrace@akingump.com |
| | | Merrill C. Godfrey (Bar No. 200437) |
| 4 | | mgodfrey@akingump.com |
| | | **AKIN GUMP STRAUSS HAUER & FELD** |
| 5 | | **LLP** |
| | | 2001 K St., N.W. |
| 6 | | Washington, D.C. 20006 |
| | | Telephone: (202) 887-4000 |
| 7 | | Facsimile: 202-887-4288 |

*Attorneys for Plaintiff Gila River Indian Community*

Dated: December 17, 2020    By: /s/ David I. Holtzman
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*


## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 17, 2020    **LATHAM & WATKINS LLP**


By:  /s/  Sadik Huseny
        Sadik Huseny