JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Case No. 5:20-cv-05799-LHK <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT RE: PRIVILEGE LOGS** |

1  Defendants respectfully submit the following response to Plaintiffs' Statement Re: Privilege Logs, ECF No. 389.  The parties' Joint Statement, ECF No. 382, did include a provision contemplating that Defendants would provide a privilege log to accompany their December 14, 2020 production.  Inclusion of that language, however, was an oversight in light of the fact that no privileges were asserted with regard to any documents in the December 14 production.  Defendants regret that oversight.  Because no privileges were asserted over documents in the December 14 production—and therefore no documents were redacted or withheld from that production—Defendants submit that the inadvertent reference to a privilege log in the Joint Statement did not prejudice either Plaintiffs or the Court.  There were no privilege disputes that would have needed to be resolved with respect to the December 14 production.

As of this filing, Defendants are not in position to produce a privilege log on December 17 with a significant number of documents.  Defendants continue to review potentially privileged documents for inclusion on a privilege log and will provide that log on Monday.  While Plaintiffs, citing the Declaration of Brian DiGiacomo, ECF No. 376-2, state that they "expect to receive a single privilege log from Defendants covering over 25,000 withheld documents," ECF No. 389 at 3, that is a misreading of Mr. DiGiacomo's declaration.  In that declaration, Mr. DiGiacomo noted only that about 25,000 documents "are *likely* to contain material protected by the attorney-client, attorney-work-product, and Executive privileges."  ECF No. 376-2 at ¶ 7.  Those documents are currently being reviewed as expeditiously as possible.  Defendants expect that some could be produced, some logged as privileged, some excluded as nonresponsive, and others may be excluded as communications with litigation counsel.  Defendants are, of course, prepared to meet and confer with Plaintiffs about this issue.

DATED:  December 17, 2020            Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

DEFENDANTS' RESPONSE TO PLAINTIFFS'
STATEMENT RE: PRVIILEGE LOGS
Case No. 5:20-cv-05799-LHK

AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors

*/s/ M. Andrew Zee*
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE (CA Bar No. 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*