UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, et al.,<br><br>    Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court continues the December 18, 2020 case management conference to December 29, 2020 at 2:00 p.m. The parties shall file a joint case management statement by December 28, 2020. Moreover, the parties shall file a joint discovery status report by December 22, 2020.

**IT IS SO ORDERED.**

Dated: December 18, 2020

                                                                    */s/ Lucy H. Koh*
                                                                  LUCY H. KOH
                                                                  United States District Judge