UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>　　　　　Defendants. | Case No. 20-cv-05799 LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE PROPOSED RULE 502 ORDER**<br><br>Re: ECF 388 |

In response to the Court's invitation, the Defendants proposed a discovery clawback order under Fed. R. Evid. 502(d). ECF 388. Plaintiffs, however, strongly oppose the proposal on three different issues. ECF 393. The stark differences suggest that the parties would benefit from further communication and effort at compromise. As is, the Court denies the proposed order at ECF 388. The Court encourages counsel to continue the (remote) meet and confer process on a clawback order. The denial is without prejudice.

**IT IS SO ORDERED.**

Dated:  December 18, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge