# Exhibit 1

| Begin Bates | End Bates | Beg Attach Bates | End Attach Bates | Email From | Email To | Email CC | Date | Author | File Name | Privilege | Privilege Description | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0152471 | DOC_0152468 | DOC_0152474 | DOC_0152474 | | | | 5/11/2020 19:44 | Kevin Smith (CENSUS/CIO FED) | DRAFT Answers - Census Data Sharing May 2020 csk.docx | Professional and Deliberative | Draft document circulated between agency personnel and an advisor to the President containing pre-decisional deliberations regarding administration practices and priorities | Withheld in full |
| DOC_0152652 | DOC_0152652 | DOC_0152662 | DOC_0152662 | Gerell L Smith (CENSUS/ADDC FED) [gerell.l.smith@census.gov] | Jay M Occhiogrosso (CENSUS/FLD FED) [Jay.M.Occhiogrosso@census.gov];Sara A. Rosario Nieves (CENSUS/ADDC FED) [Sara.A.Rosario.Nieves@census.gov] | James L Dinwiddie (CENSUS/ADDC FED) [James.L.Dinwiddie@census.gov];Britney L Duckett (CENSUS/ADDC FED) [britney.l.duckett@census.gov];Maya Fox (CENSUS/FLD FED) [Maya.Fox@census.gov];Robert G Tomasoni (CENSUS/FLD FED) [Robert.G.Tomasoni@census.gov];Colleen Holzbach (CENSUS/PCO FED) [Colleen.Holzbach@census.gov] | 5/12/2020 21:34 | Gerell L Smith (CENSUS/ADDC FED) | Re: OIG wants our Action Plan revised - Fw: OIG Final Report --- 2020 Census: Some Decennial Census Data Quality Assurance Methods Were Not Tested or Did Not Work as Intended During the 2018 E2E Test (OIG-20-016-A) | Professional and Deliberative | Internal deliberations regarding options for implementation in responding to OIG report | Redacted |
| DOC_0152704 | DOC_0152704 | DOC_0152714 | DOC_0152714 | James L Dinwiddie (CENSUS/ADDC FED) [James.L.Dinwiddie@census.gov] | Jay M Occhiogrosso (CENSUS/FLD FED) [Jay.M.Occhiogrosso@census.gov];Sara A. Rosario Nieves (CENSUS/ADDC FED) [Sara.A.Rosario.Nieves@census.gov] | Britney L Duckett (CENSUS/ADDC FED) [britney.l.duckett@census.gov];Gerell L Smith (CENSUS/ADDC FED) [gerell.l.smith@census.gov];Maya Fox (CENSUS/FLD FED) [Maya.Fox@census.gov];Robert G Tomasoni (CENSUS/FLD FED) [Robert.G.Tomasoni@census.gov];Colleen Holzbach (CENSUS/PCO FED) [Colleen.Holzbach@census.gov] | 5/13/2020 12:32 | James L Dinwiddie (CENSUS/ADDC FED) | Re: OIG wants our Action Plan revised - Fw: OIG Final Report --- 2020 Census: Some Decennial Census Data Quality Assurance Methods Were Not Tested or Did Not Work as Intended During the 2018 E2E Test (OIG-20-016-A) | Professional and Deliberative | Internal deliberations regarding options for implementation in responding to OIG report | Redacted |
| DOC_0153153 | DOC_0153153 | DOC_0153155 | DOC_0153155 | Victoria Volkoff (CENSUS/ADDP FED) [Victoria.A.Volkoff@census.gov] | John Maron Abowd (CENSUS/ADRM FED) [john.maron.abowd@census.gov] | Michael B Hawes (CENSUS/CED FED) [michael.b.hawes@census.gov] | 5/19/2020 19:00 | Victoria Volkoff (CENSUS/ADDP FED) | Re: Joint Request From Data Users to Test Collapsing/Binning for 2020 DAS | Professional and Deliberative | containing pre-decisional deliberations between Census employees regarding how to reflect ongoing decisions concerning methodology in stakeholder correspondence | Redacted |
| DOC_0153156 | DOC_0153156 | DOC_0153158 | DOC_0153158 | Victoria Volkoff (CENSUS/ADDP FED) [Victoria.A.Volkoff@census.gov] | John Maron Abowd (CENSUS/ADRM FED) [john.maron.abowd@census.gov] | Michael B Hawes (CENSUS/CED FED) [michael.b.hawes@census.gov] | 5/19/2020 19:03 | Victoria Volkoff (CENSUS/ADDP FED) | Re: Joint Request From Data Users to Test Collapsing/Binning for 2020 DAS | Professional and Deliberative | containing pre-decisional deliberations between Census employees regarding how to reflect ongoing decisions concerning methodology in stakeholder correspondence | Redacted |
| DOC_0153714 | DOC_0153714 | DOC_0153715 | DOC_0153715 | Steven Dillingham (CENSUS/DEPDIR FED) [/O=EXCHANGELABS/OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=04C165EB0D42446D8F3A9A0CE6 B45130-DILLINGHAM,] | Steven K Smith (CENSUS/DEPDIR FED) [Victoria.A.Volkoff@census.gov];Michael B Hawes (CENSUS/DEPDIR FED) [michael.s.xprang@census.gov] | | 5/22/2020 15:57 | Steven Dillingham (CENSUS/DEPDIR FED) | Fwd: Self Response | Professional and Deliberative | Deliberation between Secretary Ross and Deputy Director Jarmin concerning options for encouraging self response of the decennial Census | Redacted |
| DOC_0155297 | DOC_0155297 | DOC_0155301 | DOC_0155301 | Cynthia Davis Hollingsworth (CENSUS/DCMD FED) [cynthia.davis.hollingsworth@census.gov] | Victoria Volkoff (CENSUS/ADDP FED) [Victoria.A.Volkoff@census.gov];Michael B Hawes (CENSUS/CED FED) [michael.b.hawes@census.gov];John Maron Abowd (CENSUS/ADRM FED) [john.maron.abowd@census.gov] | James Whitehorne (CENSUS/ADDC FED) [James.Whitehorne@census.gov] | 6/11/2020 14:39 | Cynthia Davis Hollingsworth (CENSUS/DCMD FED) | Re: Joint Request From Data Users to Test Collapsing/Binning for 2020 DAS | Professional and Deliberative | containing pre-decisional deliberations between Census employees regarding how to reflect ongoing decisions concerning methodology in stakeholder correspondence | Redacted |
| DOC_0155302 | DOC_0155302 | DOC_0155307 | DOC_0155307 | Michael B Hawes (CENSUS/CED FED) [michael.b.hawes@census.gov] | John Maron Abowd (CENSUS/ADRM FED) [john.maron.abowd@census.gov];Victoria Volkoff (CENSUS/ADDP FED) [Victoria.A.Volkoff@census.gov] | Cynthia Davis Hollingsworth (CENSUS/DCMD FED) [cynthia.davis.hollingsworth@census.gov];James Whitehorne (CENSUS/ADDC FED) [James.Whitehorne@census.gov] | 6/11/2020 15:09 | Michael B Hawes (CENSUS/CED FED) | Re: Joint Request From Data Users to Test Collapsing/Binning for 2020 DAS | Professional and Deliberative | containing pre-decisional deliberations between Census employees regarding how to reflect ongoing decisions concerning methodology in stakeholder correspondence | Redacted |
| DOC_0156311 | DOC_0156311 | DOC_0156315 | DOC_0156315 | Risko, Daniel (Federal) [DRisko@doc.gov] | Burris, Meghan (Federal) [MBurris@doc.gov] | Kelley, Karen (Federal) [KKelley@doc.gov] | 6/24/2020 14:21 | Risko, Daniel (Federal) | Re: Additional Coverage re: Census | Professional and Deliberative | Opinion from Secretary Ross regarding news articles discussing the Census | Redacted |
| DOC_0156366 | DOC_0156366 | DOC_0156371 | DOC_0156371 | Tracy Deneen Hoey (CENSUS/ADDP FED) [tracy.hoey@census.gov] | Victoria Volkoff (CENSUS/ADDP FED) [Victoria.A.Volkoff@census.gov];John Maron Abowd (CENSUS/ADRM FED) [john.maron.abowd@census.gov];Cynthia Davis Hollingsworth (CENSUS/DCMD FED) [cynthia.davis.hollingsworth@census.gov];Michael B Hawes (CENSUS/CED FED) [michael.b.hawes@census.gov];James Whitehorne (CENSUS/ADDC FED) [James.Whitehorne@census.gov];Karen Battle (CENSUS/POP FED) [karen.battle@census.gov] | Sara Sullivan (CENSUS/ADRM FED) [sara.sullivan@census.gov] | 6/25/2020 11:42 | Tracy Deneen Hoey (CENSUS/ADDP FED) | Re: Joint Request From Data Users to Test Collapsing/Binning for 2020 DAS | Professional and Deliberative | containing pre-decisional deliberations between Census employees regarding how to reflect ongoing decisions concerning methodology in stakeholder correspondence | Redacted |
| DOC_0158822 | DOC_0158822 | DOC_0158822 | DOC_0158824 | Nathaniel Cogley (CENSUS/DEPDIR FED) [nathaniel.cogley@census.gov] | Fleming, John C. Jr. EOP/WHO [John.C.Fleming@who.eop.gov] | | 7/21/2020 21:20 | Nathaniel Cogley (CENSUS/DEPDIR FED) | Re: Delay of census collection in NY | Professional and Deliberative | Email communications between senior advisor to the President and agency personnel containing analysis of agency policy from personnel to inform pre-decisional deliberations | Redacted |
| DOC_0158825 | DOC_0158825 | DOC_0158826 | DOC_0158826 | Nathaniel Cogley (CENSUS/DEPDIR FED) [nathaniel.cogley@census.gov] | Fleming, John C. Jr. EOP/WHO [John.C.Fleming@who.eop.gov] | | 7/21/2020 21:24 | Nathaniel Cogley (CENSUS/DEPDIR FED) | Re: Delay of census collection in NY | Professional and Deliberative | Email communications between a senior advisor to the President and agency personnel containing analysis of agency policy from personnel to inform pre-decisional deliberations | Redacted |
| DOC_0158940 | DOC_0158940 | DOC_0158940 | DOC_0158942 | Fleming, John C. Jr. EOP/WHO [John.C.Fleming@who.eop.gov] | Nathaniel Cogley (CENSUS/DEPDIR FED) [nathaniel.cogley@census.gov] | McEnne, John D. II EOP/WHO [John.D.McEnne24@who.eop.gov] | 7/26/2020 10:27 | Fleming, John C. Jr. EOP/WHO | Fwd: Census timeline adjustment | Professional and Deliberative | Confidential email communication from outer White House advisor to Census Bureau official containing deliberations concerning forthcoming decision on Census timeline adjustment | Redacted |
| DOC_0160159 | DOC_0160157 | DOC_0160160 | DOC_0160160 | | | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | 8/3/2020 21:10 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Statement_rnv cleared_p -PFP.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft statement by Director including nonsegregable comments by White House counsel and reflecting predecisional deliberations | Withheld in full |
| DOC_0160164 | DOC_0160161 | DOC_0160165 | DOC_0160165 | | | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | 8/3/2020 21:38 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Director Dillingham Statement_rnv cleared_p -PFP - Census Bureau responses to edits.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft statement including nonsegregable comments of White House counsel | Withheld in full |
| DOC_0160166 | DOC_0160166 | DOC_0160169 | DOC_0160169 | Renier, Jessica J. EOP/OMB [Jessica.J.Renier@omb.eop.gov] | Risko, Daniel (Federal) [DRisko@doc.gov] | | 8/3/2020 22:28 | Renier, Jessica J. EOP/OMB | Re: Brenda/John: time sensitive WH request on Census - Decennial incentive pay follow up question | Professional and Deliberative | Interagency deliberations concerning options for decision concerning incentive pay for decennial workers | Redacted |
| DOC_0160170 | DOC_0160170 | DOC_0160172 | DOC_0160172 | DRisko@doc.gov | Duffey Jones, Whitney L. [whitney.l.duffey.jones@census.gov] | | 8/3/2020 22:39 | DRisko@doc.gov | Re: Brenda/John: time sensitive WH request on Census - Decennial incentive pay follow up question | Professional and Deliberative | Interagency deliberations concerning options for decision concerning incentive pay for decennial workers | Redacted |
| DOC_0160990 | DOC_0160990 | DOC_0160990 | DOC_0160990 | Burris, Meghan (Federal) [MBurris@doc.gov] | Wilbur Ross | Walsh, Michael (Federal) [MWalsh@doc.gov];McCormack, Richard (Federal) [RMcCormack@doc.gov] | 8/6/2020 13:55 | Burris, Meghan (Federal) | RE: NYT Request for Comment | Professional and Deliberative | Email correspondence between Secretary Ross and his staff with internal deliberations regarding NYT request for comment. | Withheld in full |
| DOC_0160991 | DOC_0160991 | DOC_0160992 | DOC_0160994 | Burris, Meghan (Federal) [MBurris@doc.gov] | Wilbur Ross | Walsh, Michael (Federal) [MWalsh@doc.gov];McCormack, Richard (Federal) [RMcCormack@doc.gov] | 8/6/2020 14:01 | Burris, Meghan (Federal) | Op-ed Edits | Professional and Deliberative | Email reflecting internal deliberations between Secretary Ross and his staff with internal deliberations regarding NYT request for comment. | Withheld in full |

| DOC ID 1 | DOC ID 2 | DOC ID 3 | DOC ID 4 | From | To | CC | Date / Author | Subject | Privilege | Description | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC 0160993 | DOC 0160991 | DOC 0160994 | DOC 0160994 | | | | 8/6/2020 14:41 Burris, Meghan (Federal) | Census 2020 WLR Op-ed.docx | Professional and Deliberative | Draft document reflecting internal deliberations between Secretary Ross and his staff with internal deliberations regarding NYT request for comment. | Withheld in full |
| DOC 0160995 | DOC 0160995 | DOC 0160996 | DOC 0160998 | Burris, Meghan (Federal) [MBurris@doc.gov] | Ahmad, Ali M [ali.m.ahmad@census.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/6/2020 14:53 Burris, Meghan (Federal) | FW: Op-ed Edits | Professional and Deliberative | Email correspondence between Secretary Ross and his staff with internal deliberations regarding NYT request for comment. | Withheld in full |
| DOC 0160997 | DOC 0160995 | DOC 0160998 | DOC 0160998 | | | | 8/6/2020 14:53 Burris, Meghan (Federal) | Census 2020 WLR Op-ed.docx | Professional and Deliberative | Draft comment reflecting internal deliberations between Secretary Ross and his staff regarding NYT request for comment. | Withheld in full |
| DOC 0160999 | DOC 0160999 | DOC 0161000 | DOC 0161000 | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/6/2020 14:58 Wilbur Ross | Re: NYT Request for Comment | Professional and Deliberative | Email correspondence between Secretary Ross and his staff with internal deliberations regarding NYT request for comment. | Withheld in full |
| DOC 0161174 | DOC 0161174 | DOC 0161177 | DOC 0161177 | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov] Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/6/2020 21:17 Wilbur Ross | Re: Op-ed Edits | Professional and Deliberative | Email correspondence between Secretary Ross and his staff with internal deliberations regarding NYT request for comment. | Withheld in full |
| DOC 0161182 | DOC 0161182 | DOC 0161184 | DOC 0161184 | | Walsh, Michael (Federal) [MWalsh@doc.gov]*; Burris, Meghan (Federal) [MBurris@doc.gov] | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | 8/6/2020 22:30 (CENSUS/ADCOM FED) | Fw: NYT story | Professional and Deliberative | Attachment to email correspondence between OS staff with deliberative communication about draft document. | Redacted |
| DOC 0161185 | DOC 0161185 | DOC 0161190 | DOC 0161190 | Burris, Meghan (Federal) [MBurris@doc.gov] | Wilbur Ross | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/7/2020 0:09 Burris, Meghan (Federal) | Re: Op-ed Edits | Professional and Deliberative | Email correspondence between Secretary Ross and his staff with internal deliberations regarding NYT request for comment. | Withheld in full |
| DOC 0161194 | DOC 0161193 | DOC 0161195 | DOC 0161195 | | | | 8/7/2020 15:41 Steven Dillingham | DRAFT DELIBERATIVE Talking Points (PM WG Initial Assessment) and Draft Message.docx | Professional and Deliberative | Attachment to email correspondence between OS staff with deliberative communication about draft document. | Withheld in full |
| DOC 0161202 | DOC 0161202 | DOC 0161202 | DOC 0161203 | Fett, Anthony (Federal) [AFett@doc.gov] | Ahmad, Ali M [ali.m.ahmad@census.gov] | Brebbia, Sean (Federal) [SBrebbia@doc.gov]*;Burris, Meghan (Federal) [MBurris@doc.gov];Risko, Daniel (Federal) [DRisko@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/7/2020 18:11 Fett, Anthony (Federal) | Re: FOR CLEARANCE- Count Review Event Cancellation | Professional and Deliberative | Email correspondence between OS staff with deliberations on edits of a draft document. | Redacted |
| DOC 0161203 | DOC 0161202 | DOC 0161203 | DOC 0161203 | | | | 8/7/2020 18:11 Derek Breese (CENSUS/POP FED) | 1457_Event 2 Cancellation Memo v4 DMS.sif 2020.08.04.docx | Professional and Deliberative | Attachment to email correspondence between OS staff with deliberations on edits of a draft document. | Withheld in full |
| DOC 0161214 | DOC 0161214 | DOC 0161215 | DOC 0161215 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Burris, Meghan (Federal) [MBurris@doc.gov] | Fett, Anthony (Federal) [AFett@doc.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov]*;Risko, Daniel (Federal) [DRisko@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/7/2020 19:44 Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: FOR CLEARANCE- Count Review Event Cancellation | Professional and Deliberative | Email correspondence between OS staff with deliberations on edits of a draft document. | Redacted |
| DOC 0161229 | DOC 0161229 | DOC 0161230 | DOC 0161230 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Burris, Meghan (Federal) [MBurris@doc.gov] | Fett, Anthony (Federal) [AFett@doc.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov]*;Risko, Daniel (Federal) [DRisko@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/7/2020 20:28 Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: FOR CLEARANCE- Count Review Event Cancellation | Professional and Deliberative | Email correspondence between OS staff with deliberations on edits of a draft document. | Redacted |
| DOC 0161343 | DOC 0161342 | DOC 0161345 | DOC 0161348 | | | | 8/9/2020 20:17 Caroline | Census SWR Op-Ed + OMB. Staff Sec.docx | Professional and Deliberative | Draft document including extensive and substantive nonseparable edits.f | Withheld in full |
| DOC 0161387 | DOC 0161387 | DOC 0161388 | DOC 0161391 | Burris, Meghan (Federal) [MBurris@doc.gov] | Wilbur Ross | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/10/2020 14:20 Burris, Meghan (Federal) | RE: Oped | Professional and Deliberative | Email correspondence between OS staff and Secretary Ross with deliberative communication about draft document. | Withheld in full |
| DOC 0161389 | DOC 0161387 | DOC 0161391 | DOC 0161391 | | | | 8/10/2020 14:20 Caroline | Census SWR Op-Ed + OMB Staff Sec- FOR OFA EYES- AMA replies.pdf | Professional and Deliberative | Draft document reflecting deliberative communication between OS staff and Secretary Ross. | Withheld in full |
| DOC 0161404 | DOC 0161404 | DOC 0161404 | DOC 0161422 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN-RECIPIENTS CN=d996t6F04F74140638A61A760CASE AE61-DANIEL RISK] | Martin, Nicole (Federal) [NMartin1@doc.gov] | | 8/10/2020 14:45 Risko, Daniel (Federal) | FW: PLEASE REVIEW- 2020 Census Operational Update | Professional and Deliberative | Internal correspondence containing deliberative discussion concerning ongoing decisions surrounding replan schedule | Redacted |
| DOC 0161562 | DOC 0161562 | DOC 0161565 | DOC 0161565 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Fett, Anthony (Federal) [AFett@doc.gov] | Burris, Meghan (Federal) [MBurris@doc.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov]*;Risko, Daniel (Federal) [DRisko@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/11/2020 0:13 Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: FOR CLEARANCE- Count Review Event Cancellation | Professional and Deliberative | Email correspondence between OS staff deliberating a draft document. | Redacted |
| DOC 0161566 | DOC 0161566 | DOC 0161567 | DOC 0161585 | DRisko@doc.gov | Kelley, Karen (Federal) [KKelley@doc.gov] | | 8/11/2020 0:41 DRisko@doc.gov | Fwd: PLEASE REVIEW- 2020 Census Operational Update | Attorney-Client Privilege | Internal decision including deliberations regarding ongoing developments and decisions in decennial [Including attorneys Michael Walsh* and Sean Brebbia*] | Redacted |
| DOC 0161586 | DOC 0161586 | DOC 0161587 | DOC 0161605 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN-RECIPIENTS CN=d996t6F04F74140638A61A760CASE AE61-DANIEL RISK] | Kelley, Karen (Federal) [KKelley@doc.gov] | | 8/11/2020 0:41 Risko, Daniel (Federal) | Fwd: PLEASE REVIEW- 2020 Census Operational Update | Professional and Deliberative | Email correspondence between OS staff deliberating a draft document. | Redacted |
| DOC 0161588 | DOC 0161586 | DOC 0161605 | DOC 0161605 | | | | 8/11/2020 0:41 Christopher Denno | August 2020 mini-PMR v11.pdf | Professional and Deliberative | Attachment to email correspondence between OS staff deliberating a draft document. | Withheld in full |
| DOC 0161609 | DOC 0161609 | DOC 0161611 | DOC 0161629 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN-RECIPIENTS CN=d996t6F04F74140638A61A760CASE AE61-DANIEL RISK] | Martin, Nicole (Federal) [NMartin1@doc.gov] | | 8/11/2020 13:39 Risko, Daniel (Federal) | FW: Need your help | Professional and Deliberative | Email correspondence between OS staff deliberating a draft document. | Redacted |
| DOC 0161612 | DOC 0161609 | DOC 0161629 | DOC 0161629 | | | | 8/11/2020 13:39 Christopher Denno | August 2020 mini-PMR v11.pdf | Professional and Deliberative | Attachment to email correspondence between OS staff deliberating a draft document. | Withheld in full |
| DOC 0161969 | DOC 0161969 | DOC 0161970 | DOC 0161970 | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/11/2020 17:03 Wilbur Ross | Re: Oped | Professional and Deliberative | Email between Secretary Ross and Advisors containing pre-decisional deliberations of response to NYT Times Op-ed. | Withheld in full |
| DOC 0162011 | DOC 0162011 | DOC 0162015 | DOC 0162015 | | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | | 8/11/2020 18:50 | RE: Need your help | Professional and Deliberative | Email correspondence between OS staff deliberating a draft of a document. | Redacted |
| DOC 0162024 | DOC 0162024 | DOC 0162028 | DOC 0162028 | | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | | 8/11/2020 19:48 | RE: Need your help | Professional and Deliberative | Email correspondence between OS staff deliberating a draft of a document. | Redacted |
| DOC 0162036 | DOC 0162036 | DOC 0162038 | DOC 0162056 | Risko, Daniel (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN-RECIPIENTS CN=d996t6F04F74140638A61A760CASE AE61-DANIEL RISK] | Burris, Meghan (Federal) [MBurris@doc.gov] | | 8/11/2020 20:03 Risko, Daniel (Federal) | FW: Need your help | Professional and Deliberative | Email correspondence between OS staff deliberating a draft document. | Redacted |
| DOC 0162039 | DOC 0162036 | DOC 0162056 | DOC 0162056 | | | | 8/11/2020 20:03 Christopher Denno | August 2020 mini-PMR v11.pdf | Professional and Deliberative | Attachment to email correspondence between OS staff deliberating a draft document. | Withheld in full |
| DOC 0162069 | DOC 0162069 | DOC 0162074 | DOC 0162074 | DRisko@doc.gov | Ahmad, Ali M [ali.m.ahmad@census.gov] | | 8/12/2020 0:23 DRisko@doc.gov | Re: Need your help | Professional and Deliberative | Email correspondence between OS staff deliberating a draft document. | Redacted |

| DOC | DOC | DOC | DOC | From | To | CC | Date | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0162075 | DOC_0162075 | DOC_0162080 | DOC_0162080 | DRisko@doc.gov | Burris, Meghan (Federal) [MBurris@doc.gov] | | 8/12/2020 0:23 DRisko@doc.gov | Fwd: Need your help | Professional and Deliberative | Email correspondence between OS staff deliberating a draft document. |
| DOC_0162228 | DOC_0162228 | DOC_0162229 | DOC_0162236 | Brebbia, Sean (Federal) [SBrebbia@doc.gov]* | Walsh, Michael (Federal) [MWalsh@doc.gov]* | | 8/12/2020 15:19 Brebbia, Sean (Federal)* | FW: letter to Senator Sullivan - possibility of a quick review? | Attorney-Client Privilege; Predecisional and Deliberative | Email correspondence between OS staff and OGC that deliberates on a draft document and seeks advice on the document. |
| DOC_0162230 | DOC_0162228 | DOC_0162234 | DOC_0162236 | | | | 8/12/2020 15:19 tova.a.hawkins-daltw@census.gov | 10450 letter to Senator Sullivan draft 2.docx | Attorney-Client Privilege; Predecisional and Deliberative | Attachment to email correspondence between OS staff and OGC that deliberates on a draft document and seeks advice on the document. |
| DOC_0162326 | DOC_0162326 | DOC_0162327 | DOC_0162330 | Burris, Meghan (Federal) [MBurris@doc.gov] | Wilbur Ross | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Barranca, Steven (Federal) [SBarranca1@doc.gov] | 8/13/2020 1:48 Burris, Meghan (Federal) | Latest Op-ed Version | Professional and Deliberative | Draft Op-Ed for Secretary's Review regarding the Census Bureau's completion of data collection |
| DOC_0162328 | DOC_0162326 | DOC_0162330 | DOC_0162330 | | | | 8/13/2020 1:48 | Op-Ed - Ross - Census 2020 v4.docx | Professional and Deliberative | Draft Op-Ed for Secretary's Review regarding the Census Bureau's completion of data collection |
| DOC_0162408 | DOC_0162408 | DOC_0162412 | DOC_0162412 | Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov] | James T Christy (CENSUS/LA FED) [james.t.christy@census.gov] | Whitney L Dalfey Jones (CENSUS/CFO FED) [whitney.l.dalfey.jones@census.gov] | 8/13/2020 15:23 Benjamin J Page (CENSUS/CFO FED) | Re: Non Funding 2020 Decennial Support Items.xlsx | Professional and Deliberative | containing pre-decisional deliberations Decennial Census funding action/decision policy |
| DOC_0163224 | DOC_0163224 | DOC_0163224 | DOC_0163224 | Burris, Meghan (Federal) [MBurris@doc.gov] | | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/16/2020 17:17 Burris, Meghan (Federal) | Re: FT Census article | Professional and Deliberative | Discussion between Commerce Secretary and other Commerce officials regarding response to recent articles concerning conduct of Census operations |
| DOC_0163225 | DOC_0163225 | DOC_0163225 | DOC_0163225 | Burris, Meghan (Federal) [MBurris@doc.gov] | Wilbur Ross ;Walsh, Michael (Federal) [MWalsh@doc.gov]* ;Kelley, Karen (Federal) [KKelley@doc.gov] | | 8/16/2020 17:49 Burris, Meghan (Federal) | RE: FT Census article | Professional and Deliberative | Discussion between Commerce Secretary and other Commerce officials regarding response to recent articles concerning conduct of Census operations |
| DOC_0163246 | DOC_0163246 | DOC_0163252 | DOC_0163252 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Burris, Meghan (Federal) [MBurris@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]* | | 8/17/2020 2:06 skaplan | 8.17.20 Briefing Book.pdf | Professional and Deliberative | Briefing Memorandum for Commerce Secretary regarding Calls to Mayor about conduct of Census activities |
| DOC_0163420 | DOC_0163420 | DOC_0163421 | DOC_0163421 | | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | | 8/18/2020 20:37 (CENSUS/ADCOM FED) | Re: Aggressive Response Strategy | Professional and Deliberative | Discussion between Census and Commerce officials regarding potential response to media inquiries concerning Census operations |
| DOC_0163487 | DOC_0163487 | DOC_0163509 | DOC_0163509 | | | | 8/19/2020 3:39 skaplan | 8.19.20 Briefing Book.pdf | Professional and Deliberative | Briefing materials for Commerce Secretary regarding Census-related media interviews, local response rates and other Census matters |
| DOC_0163605 | DOC_0163605 | DOC_0163631 | DOC_0163631 | | | | 8/19/2020 15:59 skaplan | 8.19.20 Briefing Book.pdf | Professional and Deliberative | Briefing materials for Commerce Secretary's review regarding Census-related media interviews, local response rates and other Census matters |
| DOC_0163810 | DOC_0163810 | DOC_0163810 | DOC_0163810 | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 8/20/2020 18:22 Wilbur Ross | Re: For approval: Census ORG Alert | Professional and Deliberative | Discussion between Commerce Secretary and other Commerce officials concerning analysis of Census hiring target rates in Inspector General Alert |
| DOC_0163909 | DOC_0163909 | DOC_0163909 | DOC_0163909 | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Ambrosini, Vanessa (Federal) [VAmbrosini@doc.gov];Tucker, Caroline (Federal) [CTucker@doc.gov] | 8/21/2020 15:11 Wilbur Ross | Re: Census Release on Housing Units Counted | Professional and Deliberative | Discussion between Commerce Secretary and Census officials regarding draft press release about counting of housing units. |
| DOC_0164032 | DOC_0164017 | DOC_0164033 | DOC_0164034 | | | | 8/24/2020 16:13 Victoria Velkoff (CENSUS/ADDP FED) | 20200824 Overview slide for PM Final1.pptx | Professional and Deliberative | containing pre-decisional deliberations proposed Department action/decision/policy |
| DOC_0164764 | DOC_0164764 | DOC_0164767 | DOC_0164767 | Robin J Bachman (CENSUS/ADCOM FED) [robin.j.bachman@census.gov] | Christine E Taylor (CENSUS/PIO FED) [christine.e.taylor@census.gov];Burton H Reist (CENSUS/ADCOM FED) [burton.h.reist@census.gov] | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov];ADCOM Issues Working Group List [adcom.issues.working.group.list@census.gov] | 8/27/2020 16:56 Robin J Bachman (CENSUS/ADCOM FED) | Re: ATTENTION -Fw: OIG 2020 Census alert memo (enumerating off-campus college/university students) | Professional and Deliberative | containing pre-decisional deliberations and information preparation of Department response to OIG alert |
| DOC_0164806 | DOC_0164806 | DOC_0164812 | DOC_0164812 | Whitney L Dalfey Jones (CENSUS/CFO FED) [whitney.l.dalfey.jones@census.gov] | Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov] | Christo D Jones (CENSUS/DEPDIR FED) [Christo.D.Jones@census.gov] | 8/28/2020 18:44 Whitney L Dalfey Jones (CENSUS/CFO FED) | Re: Non Funding 2020 Decennial Support Items.xlsx | Professional and Deliberative | Interagency deliberations concerning non-final actions in support of 2020 decennial census |
| DOC_0164890 | DOC_0164890 | DOC_0164891 | DOC_0164891 | Burris, Meghan (Federal) [MBurris@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | | 8/29/2020 12:31 Burris, Meghan (Federal) | Fwd: Dillingham Statement for Review | Professional and Deliberative | Email correspondence between OS staff and Secretary Ross which deliberates on the language for a draft statement. |
| DOC_0164907 | DOC_0164907 | DOC_0164907 | DOC_0164907 | Wilbur Ross | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Burris, Meghan (Federal) [MBurris@doc.gov] | | 8/30/2020 9:01 Wilbur Ross | NPR | Professional and Deliberative | Email correspondence between Secretary Ross, OS staff, and OGC which deliberates on a response to a NPR story. |
| DOC_0164908 | DOC_0164908 | DOC_0164908 | DOC_0164908 | Wilbur Ross | Walsh, Michael (Federal) [MWalsh@doc.gov]* | | 8/30/2020 15:32 Wilbur Ross | Various | Attorney-Client Privilege | Email correspondence between Secretary Ross and the General Counsel in which discusses legal strategy. |
| DOC_0165643 | DOC_0165636 | DOC_0165649 | DOC_0165672 | | | | 9/3/2020 13:56 | Ex. 3.pdf | Professional and Deliberative | Attachment to email correspondence between Census staff and OS staff deliberating policy decisions related to Census funding. |
| DOC_0165800 | DOC_0165799 | DOC_0165803 | DOC_0165803 | | | | 9/4/2020 14:04 Randy A Becker (CENSUS/CES FED) | Media Policy.docx | Professional and Deliberative | Attachment to email correspondence from Census staff, OS staff and OGC deliberating a department policy related to the Decennial Census. |
| DOC_0165977 | DOC_0165977 | DOC_0165979 | DOC_0165979 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Burris, Meghan (Federal) [MBurris@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]*;Risko, Daniel (Federal) [DRisko@doc.gov] | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | 9/4/2020 17:52 (CENSUS/ADCOM FED) | Re: NPR interview request | Professional and Deliberative | Email correspondence between Census staff, OS staff, and OGC containing deliberations on proposed Department actions/decisions/policy. |
| DOC_0166004 | DOC_0166003 | DOC_0166005 | DOC_0166005 | | | | 9/7/2020 3:08 James T Christy (CENSUS/LA FED) | Guidance for Field Managers related to Action Required to comply with the Court Order 9-6-20 2240 clean.docx | Attorney Work Product | Draft document reflecting Census Bureau response to court order containing non-final language to be reviewed by attorneys |
| DOC_0166180 | DOC_0166180 | DOC_0166182 | DOC_0166182 | Colleen Holzbach (CENSUS/PCO FED) [Colleen.Holzbach@census.gov] | James L Dinwiddie (CENSUS/ADDC FED) [James.L.Dinwiddie@census.gov];Maya Fox (CENSUS/FLD FED) [Maya.Fox@census.gov];Jara A Rosario Nieves (CENSUS/ADDC FED) [Jara.A.Rosario.Nieves@census.gov] | | 9/8/2020 18:53 Colleen Holzbach (CENSUS/PCO FED) | Re: 2020 Census alert memo (enumerator safety/PPE) | Professional and Deliberative | Internal email communications deliberating response regarding inquiry to OIG |
| DOC_0166906 | DOC_0166906 | DOC_0166906 | DOC_0166906 | Albert E Fontenot (CENSUS/ADDC FED) [O=EXCHANGELABS;OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT);CN=RECIPIENTS;CN=65420190825DA6FAEF2F9F5B863ED0-FONTENOT, A] | Michael Walsh [mwalsh@doc.gov]*;Karen Kelley [KKelley@doc.gov] | | 9/13/2020 17:00 Albert E Fontenot (CENSUS/ADDC FED) | One time explanation on today's daily public posted state and ACO status reports | Attorney-Client Privilege | Email seeking legal advice of the General Counsel concerning statement for inclusion with ACO and State status reports |
| DOC_0167156 | DOC_0167156 | DOC_0167157 | DOC_0167160 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Brebbia, Sean (Federal) [SBrebbia@doc.gov]*;Zimmerman, Paul (Federal) [PZimmerman@doc.gov]* | Foti, Anthony (Federal) [AFoti@doc.gov];Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | 9/14/2020 21:23 Christopher J Stanley (CENSUS/OCIA FED) | please review - draft letter to Senator Daines - referred by WH | Professional and Deliberative | Communications including inquiry from senior advisor to the President and internal deliberations concerning drafting response to Senator's question |
| DOC_0167159 | DOC_0167156 | DOC_0167160 | DOC_0167160 | | | | 9/14/2020 21:23 FED) | | Christopher J Stanley (CENSUS/OCIA | DRAFT letter to Senator Daines re tribal areas and staffing for review.docx | Professional and Deliberative | Non-final draft of correspondence to Senator reflecting internal deliberations prior to finalization. |
| DOC_0167197 | DOC_0167197 | DOC_0167198 | DOC_0167200 | Zimmerman, Paul (Federal) [PZimmerman@doc.gov]* | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov];Brebbia, Sean (Federal) [SBrebbia@doc.gov]* | Foti, Anthony (Federal) [AFoti@doc.gov];Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | 9/15/2020 13:41 Zimmerman, Paul (Federal)* | RE: please review - draft letter to Senator Daines - referred by WH | Professional and Deliberative | Communications including inquiry from senior advisor to the President and internal deliberations concerning drafting response to Senator's question |
| DOC_0167199 | DOC_0167197 | DOC_0167200 | DOC_0167200 | | | | 9/15/2020 13:41 FED) | | Christopher J Stanley (CENSUS/OCIA | DRAFT letter to Senator Daines re tribal areas and staffing for review – PZ.docx | Professional and Deliberative | Draft response to Senator inquiry including non-segregable comments reflecting internal deliberations |

| DOC ID | DOC ID | DOC ID | DOC ID | From | To | CC | Date | Author | Subject | Privilege | Description | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC 0167201 | DOC 0167201 | DOC 0167203 | DOC 0167205 | Zimmerman, Paul (Federal) [PZimmerman@doc.gov]* | Christopher J Stanley (CENSUS/OCIA FED); [christopher.j.stanley@census.gov];Brebbia, Sean (Federal) [SBre86a@doc.gov] | Foti, Anthony (Federal) [AFoti@doc.gov];Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | 9/15/2020 15:04 | Zimmerman, Paul (Federal)* | RE: please review - draft letter to Senator Daines - referred by WH | Professional and Deliberative | Communications including inquiry from senior advisor to the President and internal deliberations concerning drafting response to Senator's question | Redacted |
| DOC 0167204 | DOC 0167201 | DOC 0167205 | DOC 0167205 | | | | 9/15/2020 15:04 | Christopher J Stanley (CENSUS/OCIA FED) | DRAFT letter to Senator Daines re tribal areas and staffing for review > PZ - AK .docx | Professional and Deliberative | Draft non-final response to Senator's inquiry including non-segregable edits reflecting internal deliberations | Withheld in full |
| DOC 0167328 | DOC 0167328 | DOC 0167329 | DOC 0167331 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Steven Dillingham (CENSUS/DEPDIR FED) [steven.dillingham@census.gov];Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Nathaniel Cogley (CENSUS/DEPDIR FED) [nathaniel.cogley@census.gov];James T Christy (CENSUS/LA FED); [James.T.Christy@census.gov] | 9/15/2020 23:07 | Christopher J Stanley (CENSUS/OCIA FED) | Re: Question from Sen. Daines | Professional and Deliberative | Email between Census Director and Census senior staff reflecting deliberative conversations about pending decisions | Redacted |
| DOC 0167330 | DOC 0167328 | DOC 0167331 | DOC 0167331 | | | | 9/15/2020 23:07 | Christopher J Stanley (CENSUS/OCIA FED) | DRAFT letter to Senator Daines re tribal areas and staffing for review > PZ - AK ,IC.docx | Professional and Deliberative | Draft letter sent between Census Director and Census senior staff reflecting deliberative conversations about pending decisions | Redacted |
| DOC 0167354 | DOC 0167354 | DOC 0167355 | DOC 0167357 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Steven K Smith (CENSUS/DEPDIR FED) [steven.k.smith@census.gov] | Michael John Sprung (CENSUS/ADCOM FED) [michael.j.sprung@census.gov] | 9/16/2020 12:46 | Christopher J Stanley (CENSUS/OCIA FED) | Fw: Question from Sen. Daines | Professional and Deliberative | Communications including inquiry from senior advisor to the President and internal deliberations concerning drafting response to Senator's question | Redacted |
| DOC 0167356 | DOC 0167356 | DOC 0167361 | DOC 0167363 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Zimmerman, Paul (Federal) [PZimmerman@doc.gov]*;Brebbia, Sean (Federal) [SBre86a@doc.gov] | Foti, Anthony (Federal) [AFoti@doc.gov];Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | 9/16/2020 13:12 | Christopher J Stanley (CENSUS/OCIA FED) | Re: please review - draft letter to Senator Daines - referred by WH | Professional and Deliberative | Communications including inquiry from senior advisor to the President and internal deliberations concerning drafting response to Senator's question | Redacted |
| DOC 0167364 | DOC 0167364 | DOC 0167364 | DOC 0167407 | Walsh, Michael (Federal) [MWalsh@doc.gov]* | Kourkoumelis, Aristdis (Federal) [AKourkoumelis@doc.gov]* | | 9/16/2020 13:19 | Walsh, Michael (Federal)* | DELIBERATIVE Census MOUs | Attorney-Client Privilege | Content of email communication between agency counsel revealing legal advice regarding Department policy options | Redacted |
| DOC 0167374 | DOC 0167364 | DOC 0167376 | DOC 0167407 | | | | 9/16/2020 13:19 | Letitia W McKoy (CENSUS/PCO FED) | Census - Chart E.O. P.M - CLEAN.docx | Attorney-Client Privilege; Attorney Work Product; Predecisional and Deliberative | Document prepared by agency counsel containing legal advice and analysis in relation to ongoing litigation and pre-decisional deliberations regarding potential Department policy actions | Withheld in full |
| DOC 0167377 | DOC 0167364 | DOC 0167379 | DOC 0167407 | | | | 9/16/2020 13:19 | Karen Johns (CENSUS/ERD FED) | MOU Mod Example.pdf | Professional and Deliberative | Pre-decisional document containing a proposal for an emergency agreement regarding data transfer | Withheld in full |
| DOC 0167610 | DOC 0167610 | DOC 0167612 | DOC 0167614 | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | James T Christy (CENSUS/LA FED) [James.T.Christy@census.gov];Nathaniel Cogley (CENSUS/DEPDIR FED) [nathaniel.cogley@census.gov];Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | | 9/16/2020 16:00 | Christopher J Stanley (CENSUS/OCIA FED) | Re: Question from Sen. Daines | Professional and Deliberative | Internal agency deliberations concerning decisions surrounding draft correspondence to Senator | Redacted |
| DOC 0167676 | DOC 0167676 | DOC 0167676 | DOC 0167684 | Keller, Catherine (Federal) [CKeller@doc.gov]* | Meredith, Ethan (Federal) [EMeredith@doc.gov]* | Walsh, Michael (Federal) [MWalsh@doc.gov]* | 9/16/2020 18:35 | Keller, Catherine (Federal)* | Fw: Edits to MOU AWP.PRIV | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*, Meredith*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0167677 | DOC 0167676 | DOC 0167680 | DOC 0167684 | | | | 9/16/2020 18:35 | Karen Johns (CENSUS/ERD FED) | DRAFT MOU Mod Example - MW + AK.docx | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*, Meredith*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0167681 | DOC 0167676 | DOC 0167684 | DOC 0167684 | | | | 9/16/2020 18:35 | Akourkoumelis* | DRAFT MOU Mod Example - MW + AK.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*, Meredith*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0167698 | DOC 0167698 | DOC 0167700 | DOC 0167700 | | | | 9/16/2020 21:12 | | [Untitled].pdf | Attorneys-Client Privilege | Comments from Walsh* constituting legal advice on memo to Jarmin | Withheld in full |
| DOC 0167854 | DOC 0167854 | DOC 0167855 | DOC 0167859 | Kourkoumelis, Aristdis (Federal) [AKourkoumelis@doc.gov]* | Walsh, Michael (Federal) [MWalsh@doc.gov]* | Keller, Catherine (Federal) [CKeller@doc.gov]* | 9/16/2020 23:50 | Kourkoumelis, Aristdis (Federal)* | RE: Edits to MOU AWP.PRIV | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0167856 | DOC 0167854 | DOC 0167859 | DOC 0167859 | | | | 9/16/2020 23:50 | Karen Johns (CENSUS/ERD FED) | DRAFT MOU Mod Example - OGC Edits.docx | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0168013 | DOC 0168012 | DOC 0168016 | DOC 0168016 | | | | 9/17/2020 20:49 | | DRAFT MOU Mod Example - OGC v2 (002) + MC.docx | Attorney-Client Privilege; Predecisional and Deliberative | Draft MOU regarding obtaining data from State Department reflecting attorney comments and predecisional deliberations | Withheld in full |
| DOC 0168032 | DOC 0168032 | DOC 0168034 | DOC 0168039 | Kourkoumelis, Aristdis (Federal) [AKourkoumelis@doc.gov]* | Walsh, Michael (Federal) [MWalsh@doc.gov]* | Keller, Catherine (Federal) [CKeller@doc.gov]* | 9/17/2020 23:19 | Kourkoumelis, Aristdis (Federal)* | RE: Edits to MOU AWP.PRIV | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0168035 | DOC 0168032 | DOC 0168039 | DOC 0168039 | | | | 9/17/2020 23:19 | | DRAFT MOU Mod Example - OGC v3.docx | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0168040 | DOC 0168040 | DOC 0168042 | DOC 0168042 | Walsh, Michael (Federal) [MWalsh@doc.gov]* | Kourkoumelis, Aristdis (Federal) [AKourkoumelis@doc.gov]* | Keller, Catherine (Federal) [CKeller@doc.gov]* | 9/17/2020 23:20 | Walsh, Michael (Federal)* | Re: Edits to MOU AWP.PRIV | Attorney-Client Privilege; Predecisional and Deliberative | Correspondence between agency counsel (Keller*, Walsh*, Kourkoumelis*) regarding draft MOUs related to obtaining records from other Federal agencies | Withheld in full |
| DOC 0168573 | DOC 0168573 | DOC 0168574 | DOC 0168574 | Burris, Meghan (Federal) [MBurris@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | | 9/21/2020 20:24 | Burris, Meghan (Federal) | FW: Predecisional and deliberative draft response | Professional and Deliberative | Opinion from Secretary Ross to Walsh* and Burris on OIG Census memo | Redacted |
| DOC 0169955 | DOC 0169954 | DOC 0169957 | DOC 0169957 | | | | 9/26/2020 12:43 | Christopher Denno | Proposed Options for Completion of Enumeration v3.pdf | Attorney-Client Privilege; Attorney Work Product | Draft presentation reflecting confidential legal advice of the Department of Commerce's Office of General Counsel prepared during the course of litigation regarding the Census Bureau's proposed options for completing enumeration | Redacted |
| DOC 0169962 | DOC 0169962 | DOC 0169963 | DOC 0169965 | Steven Dillingham (CENSUS/DEPDIR FED) [steven.dillingham@census.gov] | Rinke, Daniel (Federal) [DRinke@doc.gov];Kourkoumelis, Aristdis (Federal) [AKourkoumelis@doc.gov]* | | 9/26/2020 19:24 | Steven Dillingham (CENSUS/DEPDIR FED) | Fw: Draft Slides for Monday | Attorney-Client Privilege; Predecisional and Deliberative | Email correspondence between OS staff and OGC with draft document which is deliberative and also seeks/legal advice | Redacted |
| DOC 0169991 | DOC 0169990 | DOC 0169996 | DOC 0169996 | | | | 9/28/2020 13:20 | Christopher Denno | Proposed Options for Completion of Enumeration Combined.pdf | Attorney-Client Privilege; Attorney Work Product | Draft presentation reflecting confidential legal advice of the Department of Commerce's Office of General Counsel prepared during the course of litigation regarding the Census Bureau's proposed options for completing enumeration | Redacted |
| DOC 0170350 | DOC 0170350 | DOC 0170351 | DOC 0170351 | Steven Dillingham (CENSUS/DEPDIR FED) [steven.dillingham@census.gov] | Earl N Mayfield (CENSUS/DEPDIR FED) [earl.n.mayfield@census.gov]* | Walsh, Michael (Federal) [MWalsh@doc.gov];Kourkoumelis, Aristdis (Federal) [AKourkoumelis@doc.gov]*;Ahmad, Ali M [ali.m.ahmad@census.gov] | 9/29/2020 19:08 | Steven Dillingham (CENSUS/DEPDIR FED) | Fw: Please Review- Positive National Email 98.4% enumerated, 27 States + Puerto Rico over 99% | Attorney Work Product | Email correspondence between OS and Census staff on information prepared related to litigation. | Redacted |

| DocID | DocID | DocID | DocID | Author | To | CC | Date | From | Privilege | Description | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC 0170352 | DOC 0170352 | DOC 0170353 | DOC 0170355 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Dillingham, Steven [steven.dillingham@census.gov];Fontenot, Albert E [albert.e.fontenot@census.gov] | Jarmin, Ron S [ron.s.jarmin@census.gov];Smith, Steven K [steven.k.smith@census.gov];Sprung, Michael J [michael.j.sprung@census.gov];Rloko, Daniel (Federal) [DIRoko@doc.gov];Olson, Timothy P [timothy.p.olson@census.gov];Christy, James T [james.t.christy@census.gov];Earl N Mayfield [earl.n.mayfield@census.gov*] | 9/29/2020 19:25 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Please Review- Positive National Email- 98.4% enumerated, 25 States + Puerto Rico over 99% | Attorney Work Product | Email correspondence reflecting information requested by litigation team in furtherance of ongoing litigation | Redacted |
| DOC 0170369 | DOC 0170369 | DOC 0170371 | DOC 0170371 | Michael John Sprung (CENSUS/DEPDIR FED) [michael.j.sprung@census.gov] | Olson, Timothy P [timothy.p.olson@census.gov];Ahmad, Ali M [ali.m.ahmad@census.gov];Dillingham, Steven [steven.dillingham@census.gov];Fontenot, Albert E [albert.e.fontenot@census.gov] | Jarmin, Ron S [ron.s.jarmin@census.gov];Smith, Steven K [steven.k.smith@census.gov];Rloko, Daniel (Federal) [DIRoko@doc.gov];Christy, James T [james.t.christy@census.gov];Earl N Mayfield [CENSUS/DEPDIR FED] [earl.n.mayfield@census.gov*] | 9/29/2020 19:59 | Michael John Sprung (CENSUS/DEPDIR FED) | Re: Please Review- Positive National Email- 98.4% enumerated, 25 States + Puerto Rico over 99% | Attorney Work Product | Email correspondence between Census staff on information prepared related to litigation. | Redacted |
| DOC 0171255 | DOC 0171254 | DOC 0171255 | DOC 0171255 | | | | 9/30/2020 15:02 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Draft- Wide Distro Email- 2020 Census Count 9X v 7 No Deadline 32.docx | Professional and Deliberative | Draft Census Bureau press release regarding the status of the Census count | Withheld in full |
| DOC 0171955 | DOC 0171955 | DOC 0171955 | DOC 0171956 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Rloko, Daniel (Federal) [DIRoko@doc.gov];Burris, Meghan (Federal) [MBurris@doc.gov];Dillingham, Steven [steven.dillingham@census.gov];Kelley, Karen (Federal) [KKelley@doc.gov];Mayfield, Earl N [earl.n.mayfield@census.gov*];Fivi, Anthony (Federal) [AFivi@doc.gov] | Jarmin, Ron S [ron.s.jarmin@census.gov];Fontenot, Albert E [albert.e.fontenot@census.gov];Stanley, Christopher J [christopher.j.stanley@census.gov];Smith, Steven K [steven.k.smith@census.gov] | 10/1/2020 11:15 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | FOR REVIEW- Draft Message for Tomorrow re: October 5 | Professional and Deliberative | Internal deliberative discussions concerning messaging about ongoing decisions concerning field activities. | Redacted |
| DOC 0171956 | DOC 0171955 | DOC 0171956 | DOC 0171956 | | | | 10/1/2020 17:15 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | DRAFT- October 5 Message.docx | Professional and Deliberative | Internal deliberative draft concerning messaging about ongoing decisions concerning field activities. | Withheld in full |
| DOC 0171959 | DOC 0171959 | DOC 0171959 | DOC 0171960 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Rloko, Daniel (Federal) [DIRoko@doc.gov];Burris, Meghan (Federal) [MBurris@doc.gov];Dillingham, Steven [steven.dillingham@census.gov];Kelley, Karen (Federal) [KKelley@doc.gov];Mayfield, Earl N [earl.n.mayfield@census.gov*];Fivi, Anthony (Federal) [AFivi@doc.gov] | Jarmin, Ron S [ron.s.jarmin@census.gov];Fontenot, Albert E [albert.e.fontenot@census.gov];Stanley, Christopher J [christopher.j.stanley@census.gov];Smith, Steven K [steven.k.smith@census.gov] | 10/1/2020 17:32 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: FOR REVIEW- Draft Message for Tomorrow re: October 5 | Professional and Deliberative | Internal deliberative discussion concerning messaging about ongoing decisions concerning field activities. | Redacted |
| DOC 0171960 | DOC 0171959 | DOC 0171960 | DOC 0171960 | | | | 10/1/2020 17:32 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | DRAFT- October 5 Message.docx | Professional and Deliberative | Internal deliberative draft concerning messaging about ongoing decisions concerning field activities. | Withheld in full |
| DOC 0173198 | DOC 0173198 | DOC 0173198 | DOC 0173198 | Wilbur Ross | Walsh, Michael (MWalsh@doc.gov)* | | 10/4/2020 17:46 | Wilbur Ross | Presentation of Census update | Attorney-Client Privilege, Predecisional and Deliberative | Discussion between Commerce Secretary and Commerce counsel regarding and reflecting legal issues pertaining to the drafting of a Census update presentation | Withheld in full |
| DOC 0173199 | DOC 0173199 | DOC 0173199 | DOC 0173199 | Wilbur Ross | Walsh, Michael (MWalsh@doc.gov)* | | 10/4/2020 17:50 | Wilbur Ross | Presentation of Census update | Attorney-Client Privilege, Predecisional and Deliberative | Discussion between Commerce Secretary and Commerce counsel regarding and reflecting legal issues pertaining to the drafting of a Census update presentation | Withheld in full |
| DOC 0173354 | DOC 0173354 | DOC 0173354 | DOC 0173354 | Wilbur Ross | Walsh, Michael (MWalsh@doc.gov)* | | 10/5/2020 19:12 | Wilbur Ross | Re: Census | Attorney-Client Privilege, Predecisional and Deliberative | Communication between Commerce Secretary and Commerce General Counsel reflecting the provision of legal advice concerning pending litigation concerning Census data collections operations and drafting of related press release | Withheld in full |
| DOC 0173644 | DOC 0173644 | DOC 0173646 | DOC 0173646 | | | | 10/6/2020 22:18 | Virginia Hyer (CENSUS/PIO FED) | NPR Questions for consideration mkb.docx | Professional and Deliberative | Edits to responses for interview with NPR | Withheld in full |
| DOC 0174406 | DOC 0174406 | DOC 0174407 | DOC 0174407 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Rloko, Daniel (Federal) [DIRoko@doc.gov];Burris, Meghan (Federal) [MBurris@doc.gov] | | 10/12/2020 18:56 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Fw: From Michael Wines, The New York Times | Attorney-Client Privilege | Email correspondence between Census staff, OS staff and OGC requesting legal advice on responding to an article. | Redacted |
| DOC 0174413 | DOC 0174413 | DOC 0174418 | DOC 0174418 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Rloko, Daniel (Federal) [DIRoko@doc.gov] | | 10/12/2020 22:02 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Awful NYT article | Professional and Deliberative | Email correspondence between Census staff, OS staff, and OGC deliberating a draft response to an article. | Redacted |
| DOC 0175902 | DOC 0175902 | DOC 0175903 | DOC 0175903 | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov] | Ahmad, Ali M [ali.m.ahmad@census.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]*;Ambrosini, Vanessa (Federal) [VAmbrosini@doc.gov];Davis, Caitlin (Federal) [CDavis4@doc.gov] | 10/18/2020 23:00 | Wilbur Ross | Re: Draft Census Press Release | Professional and Deliberative | Email correspondence between Secretary Ross, Census staff, and OS staff which is pre-decisional and deliberates on a draft press release. | Redacted |
| DOC 0175904 | DOC 0175904 | DOC 0175906 | DOC 0175907 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]*;Ambrosini, Vanessa (Federal) [VAmbrosini@doc.gov];Davis, Caitlin (Federal) [CDavis4@doc.gov] | 10/19/2020 1:09 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Draft Census Press Release | Professional and Deliberative | Email correspondence between Secretary Ross, Census staff, and OS staff which is pre-decisional and deliberates on a draft press release. | Redacted |
| DOC 0175939 | DOC 0175939 | DOC 0175942 | DOC 0175942 | Burris, Meghan (Federal) [MBurris@doc.gov] | Ahmad, Ali M [ali.m.ahmad@census.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]* | Burris, Meghan (Federal) [MBurris@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]*;Ambrosini, Vanessa (Federal) [VAmbrosini@doc.gov];Davis, Caitlin (Federal) [CDavis4@doc.gov] | 10/19/2020 12:40 | Burris, Meghan (Federal) | Re: Draft Census Press Release | Professional and Deliberative | Email correspondence between Secretary Ross, Census staff, and OS staff which is pre-decisional and deliberates on a draft press release. | Redacted |
| DOC 0175947 | DOC 0175947 | DOC 0175949 | DOC 0175949 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Wilbur Ross | Burris, Meghan (Federal) [MBurris@doc.gov];Walsh, Michael (Federal) [MWalsh@doc.gov]*;Ambrosini, Vanessa (Federal) [VAmbrosini@doc.gov];Davis, Caitlin (Federal) [CDavis4@doc.gov] | 10/19/2020 12:54 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Draft Census Press Release | Professional and Deliberative | Email correspondence between Secretary Ross, Census staff, and OS staff which is pre-decisional and deliberates on a draft press release. | Redacted |
| DOC 0176045 | DOC 0176044 | DOC 0176047 | DOC 0176047 | | | | 10/19/2020 20:54 | | DraftMOU 10-19-20 - AK.docx | Attorney-Client Privilege, Predecisional and Deliberative | Draft MOU regarding agency data sharing reflecting attorney advice and predecisional deliberations, [Attorneys Mayfield* and Kourkounakis*] | Withheld in full |
| DOC 0176059 | DOC 0176059 | DOC 0176059 | DOC 0176061 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]*;Rloko, Daniel (Federal) [DIRoko@doc.gov];Burris, Meghan (Federal) [MBurris@doc.gov] | | 10/20/2020 11:53 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Fw: For Review: News Briefing Media Advisory | Professional and Deliberative | Discussion between Census and Commerce officials regarding status of draft press release regarding Census response rate numbers | Redacted |
| DOC 0176060 | DOC 0176059 | DOC 0176061 | DOC 0176061 | | | | 10/20/2020 11:53 | Reither, Nicole | CB20-CN.XX October 2020 News Briefing Media Advisory.docx | Professional and Deliberative | Draft Census Bureau press release regarding updated Census response rate numbers | Withheld in full |
| DOC 0176798 | DOC 0176798 | DOC 0176800 | DOC 0176833 | Montgomery Wood (CENSUS/ADDC FED) [Montgomery.F.Wood@census.gov] | Albert E Fontenot (CENSUS/ADDC FED) [Albert.E.Fontenot@census.gov] | Kathleen M Styles (CENSUS/ADDC FED) [kathleen.m.styles@census.gov];Erika H Becker Medina (CENSUS/ADDC FED) [Erika.H.Becker.Medina@census.gov] | 10/20/2020 20:00 | Montgomery Wood (CENSUS/ADDC FED) | RED FOLDER: For Review: APR Q4 and APG Q4 | Professional and Deliberative | Email correspondence between Census staff deliberating a draft document. | Redacted |
| DOC 0176827 | DOC 0176798 | DOC 0176833 | DOC 0176833 | | | | 10/20/2020 20:00 | Thomas A Mahaluk (CENSUS/BUD FED) | FY20 APR Q4 10 14 20.xlsx | Professional and Deliberative | Internal spreadsheet revealing deliberations regarding ongoing decisions and goals | Withheld in full |

| Doc ID | Doc ID | Doc ID | Doc ID | To | From | CC | Date | Subject | Privilege | Description | Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC 0177663 | DOC 0177663 | DOC 0177665 | DOC 0177666 | DRisko@doc.gov | Martin, Nicole (Federal) [NMartin1@doc.gov] | | 10/22/2020 19:21 DRisko@doc.gov | Fwd: KDK Request - Tiers | Professional and Deliberative | Email communication among agency personnel revealing pre-decisional discussions regarding non-final proposed dates and plans of action for decennial post-processing still under deliberation | Redacted |
| DOC 0177666 | DOC 0177663 | DOC 0177666 | DOC 0177666 | | | | 10/22/2020 19:22 Victoria.Volkoff (CENSUS/ACSO FED) | Creating counts of unauthorized slcs | Professional and Deliberative | Materials for presentation to Commerce senior officials containing non-final proposed dates and plans of action for decennial post-processing still under deliberation. | Withheld in full |
| DOC 0177697 | DOC 0177697 | DOC 0177700 | DOC 0177700 | Barbara M LoPresti (CENSUS/DITD FED) [Barbara.M.LoPresti@census.gov] | Michael T Thieme (CENSUS/ADDC FED) [Michael.T.Thieme@census.gov] | Victoria Volkoff (CENSUS/ADDP FED) [Victoria.A.Volkoff@census.gov] | 10/23/2020 3:18 Barbara M LoPresti (CENSUS/DITD FED) Re: KDK Request - Tiers | | Professional and Deliberative | Email correspondence between Census staff including deliberations concerning proposed schedule for processing. | Redacted |
| DOC 0177728 | DOC 0177728 | DOC 0177728 | DOC 0177728 | Davis, Teresa F. EOP/WHO [Teresa.F.Davis@who.eop.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]* | | 10/23/2020 16:37 Davis, Teresa F. EOP/WHO | FW: FOR REVIEW: Census Tweet | Professional and Deliberative | Communications with senior advisor to the President drafting public announcement for Twitter | Redacted |
| DOC 0179363 | DOC 0179363 | DOC 0179363 | DOC 0179363 | Earl N Mayfield* (CENSUS/DEPDIR FED) [O=EXCHANGELABS:OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=0A0D8C7739843888767303608E7B2 BE4-MAYFIELD, E] | Philbin, Patrick F. EOP/WHO [Patrick.F.Philbin@who.eop.gov] | Benjamin A Overlook (CENSUS/DEPDIR FED) [benjamin.a.overlook@census.gov] | 10/29/2020 20:59 Earl N Mayfield* (CENSUS/DEPDIR FED) | Ascertaining Unlawful Status Data Rules | Attorney-Client Privilege; Predecisional and Deliberative | Communication from Census attorney to attorney in White House Counsel's Office reflecting request for and formulation of legal advice on proposed policy/action for the President | Redacted |
| DOC 0180514 | DOC 0180514 | DOC 0180520 | DOC 0180520 | Benjamin J Page (CENSUS/CFO FED) [benjamin.j.page@census.gov] | Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov] | Christa D Jones (CENSUS/DEPDIR FED) [Christa.D.Jones@census.gov] | 11/2/2020 21:17 Benjamin J Page (CENSUS/CFO FED) | Re: Non-Funding 2020 Decennial Support Items.slcs | Professional and Deliberative | Interagency deliberations concerning non-final actions in support of 2020 decennial census | Redacted |
| DOC 0183474 | DOC 0183474 | DOC 0183480 | DOC 0183480 | Nathaniel Cogley (CENSUS/DEPDIR FED) [O=EXCHANGELABS:OU=EXCHANG E ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=D79DC9EF4B654B25B2EFA42ED4 FEBD0A-COGLEY, NAT] | Philbin, Patrick F. EOP/WHO [Patrick.F.Philbin@who.eop.gov].pfp2dcp @who.eop.gov | Earl N Mayfield* (CENSUS/DEPDIR FED) [earl.n.mayfield@census.gov] | 11/12/2020 16:31 Nathaniel Cogley (CENSUS/DEPDIR FED) Scan | | Attorney-Client Privilege; Predecisional and Deliberative | Communication between attorney in White House Counsel's Office (Philbin*) and Census attorney (Mayfield*) reflecting request for legal advice on proposed action/policy for President | Redacted |
| DOC 0183475 | DOC 0183474 | DOC 0183480 | DOC 0183480 | | | | 11/12/2020 16:31 | scan02.pdf | Attorney-Client Privilege; Predecisional and Deliberative | Communication between attorney in White House Counsel's Office (Philbin*) and Census attorney (Mayfield*) reflecting request for legal advice on proposed action/policy for President | Withheld in full |
| DOC 0184522 | DOC 0184521 | DOC 0184532 | DOC 0184537 | | | | 11/16/2020 16:42 Amanda Kent | 2020 Census EOO and Post Collection Processing V3.16.pdf | Professional and Deliberative | Materials for presentation to Commerce senior officials containing non-final proposed dates and plans of action for decennial post-processing still under deliberation. | Redacted |
| DOC 0184533 | DOC 0184521 | DOC 0184534 | DOC 0184537 | | | | 11/16/2020 16:42 Christopher Denno | Tracking Backend Processing for 11 16 2020 SWLR v1 (1).pptx | Professional and Deliberative | Presentation materials for Secretary regarding proposed options for deliberation concerning Census post-data collection processing schedule. | Withheld in full |
| DOC 0185091 | DOC 0185091 | DOC 0185093 | DOC 0185093 | Ali Mohammad Ahmad (CENSUS/ADCOM FED) [ali.m.ahmad@census.gov] | Risko, Daniel (Federal) [DRisko@doc.gov] | Walsh, Michael (Federal) [MWalsh@doc.gov]*,Burris, Meghan (Federal) [MBurris@doc.gov],Ambrosini, Vanessa (Federal) [VAmbrosini@doc.gov] | 11/19/2020 12:47 Ali Mohammad Ahmad (CENSUS/ADCOM FED) | Re: Close hold: NPR re: apportionment counts release date | Professional and Deliberative | Internal deliberations concerning ongoing decisionmaking process surrounding meeting deadlines for apportionment counts | Redacted |

# Exhibit 2

JEFFREY B. CLARK
Acting Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DECLARATION OF MEGAN HELLER** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

I, MEGAN HELLER, make the following Declaration pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1.    I am the Chief of the General Litigation Division, Office of the General Counsel (OGC), U.S. Department of Commerce (DOC), and have served in that (or in an acting) capacity since February 2020.  Concurrently, I also serve as the Associate Chief Counsel for OGC's Office of Appellate Services, a position in which I have served since January 2017.  In my capacity as Chief, I assist, oversee, or am directly responsible for, document production in litigation involving the Department and all of its bureaus.  In this capacity, I consult with DOC and bureau counsel and Department of Justice attorneys regarding production of privileged DOC documents.  I submit this declaration to comply with the court's December 15, 2020, order [ECF 383].

2.    The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, upon conclusions and determinations reached and made in accordance therewith, and upon my personal examination of the withheld and redacted documents.

3.    I have personally reviewed the documents that have been entered into the Government's December 23, 2020 Privilege Log.  I note that the many of these documents have been withheld or redacted pursuant to the deliberative process privilege, and are so marked on the Government's Privilege Log.  There are also a number of documents that have been redacted to preserve the attorney-client and attorney work product privileges, and are so marked on the Government's Privilege Log.  There are some documents that have been redacted to protect personally identifiable information (PII), to include cell phone numbers, private conference lines, and non-public websites and are marked as such.

4.    This litigation involves decisions made by DOC and Census Bureau officials regarding the conduct and operations of the 2020 Decennial Census. The documents I reviewed have been generally identified as relating to that decisionmaking process regarding how to calculate and process the population numbers, and associated matters concerning the process of data processing operations.   The Bates numbers are as follows:

| | | | |
|---|---|---|---|
| DOC_0152652 | DOC_0161389 | DOC_0164806 | DOC_0171255 |
| DOC_0152704 | DOC_0161404 | DOC_0164890 | DOC_0171955 |
| DOC_0153714 | DOC_0161562 | DOC_0164907 | DOC_0171956 |
| DOC_0155297 | DOC_0161566 | DOC_0165643 | DOC_0171959 |
| DOC_0155302 | DOC_0161586 | DOC_0165800 | DOC_0171960 |
| DOC_0156366 | DOC_0161588 | DOC_0165977 | DOC_0173198 |
| DOC_0156311 | DOC_0161609 | DOC_0166004 | DOC_0173199 |
| DOC_0158822 | DOC_0161612 | DOC_0166180 | DOC_0173354 |
| DOC_0158825 | DOC_0161969 | DOC_0167156 | DOC_0173644 |
| DOC_0158940 | DOC_0162011 | DOC_0167159 | DOC_0174406 |
| DOC_0160159 | DOC_0162024 | DOC_0167197 | DOC_0174413 |
| DOC_0160164 | DOC_0162036 | DOC_0167199 | DOC_0175902 |
| DOC_0160166 | DOC_0162039 | DOC_0167201 | DOC_0175904 |
| DOC_0160170 | DOC_0162069 | DOC_0167204 | DOC_0175939 |
| DOC_0160990 | DOC_0162075 | DOC_0167328 | DOC_0175947 |
| DOC_0160991 | DOC_0162228 | DOC_0167330 | DOC_0176059 |
| DOC_0160993 | DOC_0162230 | DOC_0167354 | DOC_0176060 |
| DOC_0160995 | DOC_0162326 | DOC_0167358 | DOC_0176798 |
| DOC_0160997 | DOC_0162328 | DOC_0167364 | DOC_0176827 |
| DOC_0160999 | DOC_0162408 | DOC_0167374 | DOC_0177663 |
| DOC_0161174 | DOC_0163224 | DOC_0167610 | DOC_0177666 |
| DOC_0161182 | DOC_0163225 | DOC_0167377 | DOC_0177697 |
| DOC_0161185 | DOC_0163246 | DOC_0167676 | DOC_0177728 |
| DOC_0161194 | DOC_0163420 | DOC_0168573 | DOC_0179363 |
| DOC_0161202 | DOC_0163487 | DOC_0169955 | DOC_0180514 |
| DOC_0161203 | DOC_0163605 | DOC_0169962 | DOC_0183474 |
| DOC_0161214 | DOC_0163810 | DOC_0169991 | DOC_0183475 |
| DOC_0161229 | DOC_0163909 | DOC_0170350 | DOC_0184522 |
| DOC_0161343 | DOC_0164032 | DOC_0170352 | DOC_0184533 |
| DOC_0161387 | DOC_0164764 | DOC_0170369 | DOC_0185091 |

5.      The documents listed in the Government's Privilege Log consist of interagency and intra-agency emails, memoranda, PowerPoint slides, and spreadsheets that discuss, analyze, and recommend actions concerning these matters.  The documents contain Census Bureau and DOC employees' reactions to, analysis of, and presentation of operational planning, demographic, and statistical data and information that have a direct bearing on the recommendations that led to decisions made in the above-mentioned four general categories.

6.      DOC has determined that the documents so listed in the Government Privilege Log contain information protected by the deliberative process privilege.  To qualify for protection, the

information must be pre-decisional and deliberative.  If pre-decisional, deliberative communications are routinely released to the public, DOC and Census Bureau employees will be much more cautious in their discussions with each other and in providing all pertinent information and viewpoints to agency decisionmakers in a timely manner.  This lack of candor would seriously impair DOC's and the Census Bureau's ability to foster the forthright, internal discussions necessary for efficient and proper Executive Branch decisionmaking related to the Census or on any other matter.

7.      The contents of the subject documents I reviewed are predecisional because they were presented to senior Census Bureau and DOC officials and advisors as they were deciding what actions were required to satisfy the Census Bureau's constitutionally-required activities relating to the Decennial census.

8.      The contents of the withheld information are also deliberative because they represent the fruits of the agency's investigation into, and expert evaluation of, policy and operational options provided to the senior Census Bureau officials for consideration in reaching a final decision to be approved by the Secretary regarding possible changes to the execution of the Decennial census.

9.      Release of these documents would harm DOC's and the Census Bureau's decisionmaking process by revealing information pertinent to the internal discussions that were necessary to ultimately decide on the necessity and features of data collection and data processing operations, to create action plans responding to reports of the Office of the Inspector General, and to implement policy objectives.  Release of this information could also chill others from engaging in free and fulsome analysis of positions to be taken by DOC and the Census Bureau.  Agency personnel may hold back from sharing important observations, analyses and recommendations, or factual information they thought should be considered, if they knew such deliberations would be made public, and this would seriously undermine the development of adequate, thorough, thoughtful, soundly-based analysis, especially where, as here, it is intended for the use of senior DOC and Census Bureau officials.  Additionally, release of this information could lead to public

confusion by making public reasons and rationales that were ultimately not the reasons for DOC and Census making the decisions it did.

10.     The following Bates ranges are attorney client communications:  DOC_0179363, DOC_0183475.  These documents reflect government clients seeking or receiving the confidential legal advice from the following attorneys, who are listed on the privilege log:  Earl N. "Trey" Mayfield, Counsel to the Director of the United States Census; Patrick Philbin, the Deputy Counsel to the President and Deputy Assistant to the President in the Office of White House Counsel; Michael Walsh, performing the non-exclusive duties of the General Counsel for the U.S. Department of Commerce; Catherine Keller, Deputy General Counsel for the U.S. Department of Commerce; Sean Brebbia, Deputy General Counsel for Special Projects, U.S. Department of Commerce; Ethan Meredith, counsel to the General Counsel for the U.S. Department of Commerce; Aristidis Kourkoumelis, senior counsel, U.S. Department of Counsel; Michael Cannon, Chief Counsel for Economic Affairs; Paul Zimmerman, counsel, Office of Special Projects, U.S. Department of Commerce.  Those particular documents, or passages in particular documents, reflect Census Bureau or DOC officials seeking confidential legal advice from U.S. Government attorneys.  The information in these documents was appropriately withheld under the attorney-client privilege, as they are confidential communications either seeking legal advice, providing legal advice, or revealing client-supplied information relevant to obtaining legal advice. Disclosure of these confidences will destroy the privilege under which Census Bureau or DOC officials sought legal advice.

11.     The following Bates ranges are attorney work product:  DOC_0167374, DOC_0170350, DOC_0170369.  These documents are authored or prepared under the direct supervision of Earl N. "Trey" Mayfield, Counsel to the Director of the United States Census. These documents reflect the legal judgment necessary for this attorney to prepare legal positions and defenses to litigation regarding the 2020 decennial census.  The work product of this attorney includes confidential views and internal preparation of legal strategies and draft statements.

12.     The Department is asserting both deliberative process and attorney-client privileges over two documents reflecting communications between the Census Bureau and the White House.

a.      DOC_0179363 – This is an email from Trey Mayfield, a Counsel to the Director of the Census Bureau providing information to Patrick Philbin, the Deputy Counsel to the President and Deputy Assistant to the President in the Office of White House Counsel, regarding unlawful status data rules.  This communication is protected by the attorney-client privilege in that it is a confidential communication where Mr. Mayfield is providing information to Mr. Philbin so that Mr. Philbin can provide legal advice to his client, the Census Bureau.  This communication is also protected by the deliberative process privilege in that it is an inter-agency communication that is both pre-decisional and deliberative.  It is inter-agency in that it is between two Executive branch departments – the White House Counsel's office and the Department of Commerce/Census Bureau.  It is pre-decisional because a decision has not yet been reached regarding aspects of the use of unlawful status data.  It is also deliberative because a decision on the use of this information has not been reached and the information conveyed in this email will help inform a final decision.

b.      DOC_0183475 – This memo is from the Deputy Director for Policy at the Census Bureau and a Counsel to the Director, Census Bureau providing information to Patrick Philbin, the Deputy Counsel to the President and Deputy Assistant to the President in the Office of White House Counsel, regarding options for the Census Bureau to meet its legal obligations of confidentiality under Title 13.  This memorandum is protected by the attorney-client privilege in that it is a confidential communication containing legal advice about the requirements in Title 13.  It is also protected by the deliberative process privilege in that it is an inter-agency communication that is both pre-decisional and deliberative.  It is inter-agency in that it is between two Executive branch departments – the White House Counsel's office and the Department of Commerce/Census Bureau.  It is pre-decisional because a decision has not yet been reached on how to best protect Title 13 data acquired during the 2020 Decennial Census.  It is also deliberative because a final

decision has not been made and it contains analysis on the various options available to meet this legal requirement.

13.    In conclusion, the documents listed in the Government's Privilege Log have been appropriately withheld or redacted pursuant to the deliberative process privilege, attorney-client privilege, attorney work product privilege, or because they contain PII.

I have read the foregoing and it is all true and correct.

DATED this 23rd day of December, 2020

_____
MEGAN HELLER
Chief, General Litigation Division
Office of the General Counsel
United States Department of Commerce

# Exhibit 3

| | |
|---|---|
| **From:** | Anne.Robinson@lw.com |
| **Sent:** | Tuesday, December 22, 2020 5:56 PM |
| **To:** | Zee, M. Andrew (CIV); Sverdlov, Alexander V.; Amit.Makker@lw.com; Kelleher, Diane (CIV); Rosenberg, Brad (CIV); Ehrlich, Stephen (CIV); Amit.Makker@lw.com; Sadik.Huseny@lw.com; jgreenbaum@lawyerscommittee.org; Danielle.goldstein@lacity.org; michaelmu@ci.salinas.ca.us; rbalabanian@edelson.com; dpongrace@akingump.com; david.holtzman@hklaw.com; NATIONALURBANLEAGUEVROSS.LWTEAM@lw.com |
| **Subject:** | RE: National Urban League v. Ross, No. 5:20-cv-5799-LHK (N.D. Cal) – Defendants' Objections and Responses to Plaintiffs' Requests for Production |

Counsel,

Pursuant to the Court's Order On Further Procedures For In Camera Review of Documents On Privilege Logs (Dkt. 383), Plaintiffs' list of challenged privilege log entries is as follows:

- Plaintiffs challenge the privilege log entries on the basis of deliberative process privilege in rows 2-49, 52-71, 73-99, and 103-110, 114, 116-136 of the privilege log provided by Defendants.  Plaintiffs do not challenge the privilege log entries on the basis of deliberative process privilege in rows 50, 51, 100-102, and 111-113.  These challenges are based in part on Defendants' failure to identify a significant policy decision for these entries, or to provide a declaration providing the additional information required to properly assert this privilege.

- Plaintiffs challenge the privilege log entries on the basis of attorney client privilege and/or attorney work product in rows 15, 16, 37, 38, 68, 74, 85, 86, 89-99, 103-105, 121, 130, and 132-133 of the privilege log provided by Defendants. Plaintiffs do not challenge the privilege log entries on the basis of attorney client privilege and/or attorney work product in rows 50, 51, 72, 100-102, 104, 111-113, and 115. Among other deficiencies, Plaintiffs do not indicate who, if anyone, is an attorney on the emails chains for the documents redacted or withheld under attorney client privilege and/or attorney work product.

Plaintiffs are available to meet and confer at 4:30 p.m. Pacific Time/7:30 p.m. Eastern Time.  Please let us know if you are available at that time and who will be attending, and we will circulate dial-in information.

Thank you,
Anne


**Anne W. Robinson**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2161


---

**From:** Zee, M. Andrew (CIV) <M.Andrew.Zee@usdoj.gov>
**Sent:** Monday, December 21, 2020 9:49 PM
**To:** Sverdlov, Alexander V. <Alexander.V.Sverdlov@usdoj.gov>; Makker, Amit (Bay Area) <Amit.Makker@lw.com>; Kelleher, Diane (CIV) <Diane.Kelleher@usdoj.gov>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>; Ehrlich,

# Exhibit 4

LATHAM & WATKINS LLP
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
    erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation
information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | CASE NO. 5:20-cv-05799-LHK |
| Plaintiffs, | **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (NO. 1-22)** |
| v. | |
| WILBUR L. ROSS, JR., et al., | Assigned to Judge Lucy H. Koh (Courtroom 8) |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of Los Angeles, California; City of Salinas, California; City of San Jose, California; Rodney Ellis; Adrian Garcia; The National Association for the Advancement of Colored People; City of Chicago, Illinois; County of Los Angeles, California; Navajo Nation; and Gila River Indian Community (collectively, "Plaintiffs") request that Defendants Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce; U.S. Department of Commerce; Steven Dillingham, in his official capacity as Director of the U.S. Census Bureau; and U.S. Census Bureau (collectively, "Defendants") respond separately and in writing to each of the following requests, and produce and permit the inspection and copying of each of the documents and things described below that is within their possession, custody, or control.  Any objections to the requests shall be served within ten (10) days of service of these requests, and the production of documents and things shall begin within fourteen (14) days after service of these requests, pursuant to Court order (Dkt. 357) and the parties' agreement, via electronic mail and in hard copy at the offices of Latham & Watkins, LLP, 555 Eleventh Street NW, Suite 1000, Washington, D.C. 20004.

## DEFINITIONS

The following definitions (applicable whether the terms in question are capitalized or not) apply to this document as a whole and as to each of the following requests for production and shall be deemed incorporated therein:

1.      "Bureau" refers to Defendant United States Census Bureau.

2.      "Communication" means any instance in which any Person has had contact with any other Person including by any oral or written utterance, question, comment, inquiry, notation, or statement of any nature whatsoever, by and to whomever made, including, but not limited to, any conversation, correspondence, agreement, note, e-mail, voicemail, or other transfer of information, whether written, oral, electronic, or by any other means, and including any Document or other medium which abstracts, digests, records, incorporates, summarizes, describes, or transcribes any such Communication, or any subsequent review or discussion of such Communication, whether occurring at meetings or otherwise.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

3.      "Dates" as used in these requests means September 22, 2020; September 30, 2020; October 5, 2020; and October 15, 2020.

4.      "Document" has the meaning prescribed in the Federal Rules of Civil Procedure, including Rules 26 and 34.  The term "Document" shall be interpreted in the broadest sense possible and includes Documents in any form, including by way of example and without limitation, originals and copies of letters, memoranda, notes, records, minutes, reports, notebooks, messages, emails, telegrams, ledgers, legal instruments, legal opinions to the extent that they are not protected by the attorney client privilege or attorney work product doctrines, agreements, manuals, procedures, graphs, rough drafts, secretarial notes, work pads, films or videos, photographs, computer disks and other electronic media, books, publications, advertisements, literature, brochures, announcements, press releases, and includes without limitation all tangible things which come within the meaning of the terms "writings and recordings" used in Federal Rule of Evidence 1001 and all electronically stored information, and includes data and data files, and underlying data or data files, whether in raw or processed form. A draft or non-identical copy is a separate document within the meaning of this term.  The term "Document" also includes the term "Thing" construed under the broadest possible construction under the Federal Rules of Civil Procedure.

5.      "OIG" refers to the Office of Inspector General of the Department of Commerce.

6.      "Person" includes both natural persons and entities, without limitation, including all predecessors in interest, groups, associations, partnerships, corporations, agencies, or any other legal, business, or governmental entity.  The acts "of" a Person are defined to include the acts of directors, officers, members, employees, agents, or attorneys acting on the Person's behalf.

7.      "Sufficient to Show" refers to that set of materials which Bureau officials and Bureau subject matter experts would require to see and use, by way of best practices, to reach conclusions or perform or calculate the relevant assessments and review of the topic(s) at issue in the request.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

8.      "Thing" has the meaning prescribed in the Federal Rules of Civil Procedure, including Rules 26 and 34.  The term "Thing" specifically includes, by way of example but not limitation, any disc, tape, or other electronic media storage device.

9.      To "Identify" or provide the "Identity" or "Identification" of a Person who is a natural Person means to state for that Person: the Person's full name, present or last known address(es), present or last known telephone number(s), present or last known employer and that employer's address, present or last known job title, and whether the Person is represented by counsel in connection with this litigation.  To "Identify" or provide the "Identify" or "Identification" of a Person that is an entity means to state for that entity: the entity's full name, present or last known address for its principal place of business, present or last known telephone number, type (e.g., corporation, partnership, trust), date and place of formation, registered agent, all known names under which the entity has operated in the past, and all known addresses at which the entity has conducted business in the past.

10.     To "Identify" any Document or Thing or to provide the "Identity" or "Identification" of any Document or Thing means:

      a.  To provide a brief description of such Document or Thing sufficient to support a request for production;

      b.  To state its type (e.g., e-mail, letter, memorandum, computer system, software);

      c.  To state its date;

      d.  To state the purchase date of the Thing;

      e.  To identify each author and recipient (including actual and designated recipients of copies);

      f.  To identify who made the Thing, if applicable;

      g.  To specify the place where the Document or Thing may be inspected and its custodian; and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

h. If a copy of the Document or Thing has been previously supplied, to so state and specifically identify the previously supplied copy by reference to Bates number(s) or other identifying information such as litigation control number.

11. To "Identify" an event or Communication means to state:

a. Its type (e.g., oral communication, telephone call, meeting or conference, teletype communication, purchase, sale);

b. Its date, time and place;

c. The identity of all Persons participating, attending and observing, as well as Persons most knowledgeable about the event or Communication;

d. A detailed description of the event or Communication and what transpired; and

e. The identify of any Documents referenced, referred to, relied upon, or created in connection with the event, including any record made of the event.

12. The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used herein includes the feminine and the neuter.

13. The past tense of a verb used herein includes the present tense and the present tense includes the past tense.

14. "And/or," "and," and "or" shall be construed in the conjunctive and disjunctive, whichever makes the request more inclusive.

## INSTRUCTIONS

1. Each request shall be answered pursuant to Federal Rules of Civil Procedure 26 and 32, and supplemented as required by Federal Rule of Civil Procedure 26(e). Rule 26(e) requires Defendants to correct or supplement Defendants' response if Defendants learn that it was incomplete or incorrect when made or, although complete and correct when made, is no longer complete and correct.

2. These requests shall apply to all Documents in Defendants' possession, custody, or control at the present time, or coming into Defendants' possession, custody, or control prior to the date of the production. If Defendants know of the existence, past or present, of any

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

Documents or Things requested below, but are unable to produce such Documents or Things because they are not presently in Defendants' possession, custody, or control, Defendants shall so state and shall Identify such Documents or Things, and the Person who has possession, custody, or control of the Documents or Things.

3.      If no Documents are responsive to a particular request, Defendants are to state in the response that no responsive Documents exist.

4.      If Defendants withhold any Document or portion thereof in response to any of the requests set forth below on grounds of privilege or any other claim of immunity from discovery, then for each Document, Communication, or portion thereof so withheld, state the following: (a) the type of Document (e.g., letter, memorandum, contact, etc.); (b) its title; (c) its date; (d) its subject matter; (e) the name, address, and employer at the time of preparation of the individual(s) who authored, drafted, or prepared it; (f) the name, address, and employer at the time of dissemination of the individual(s) to whom it was directed, circulated, or copied, or who had access thereto; and (g) the grounds on which the Document is being withheld (e.g., "attorney-client privilege," "attorney work product," etc.).

5.      If Defendants contend that a portion of a Document contains information that is immune from discovery, then produce the Document with the allegedly immune portion redacted therefrom and describe the redacted portion in a privilege log pursuant to the instruction in paragraph 4 above.

6.      If any Document responsive to any request was, but is no longer, in Defendants possession, custody, or control, state what disposition was made of it and when.  If any Document responsive to any request has been lost or destroyed, describe in detail the circumstances of such loss or destruction and Identify each lost or destroyed Document and all files that contained such Document.

7.      Each Document is to be produced along with all drafts, without abbreviation or redaction.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

8.      Any keys, codes, explanations, manuals, or other Documents necessary for the interpretation or understanding of the Documents produced in response to these requests shall be produced.

9.      In the event that Defendants object to any request on the ground that it is overbroad and/or unduly burdensome for any reason, respond to that request as narrowed to the least extent necessary, in Defendants judgment, to render it not overbroad/unduly burdensome and state specifically the extent to which Defendants have narrowed that request for purposes of Defendants' response and the factual basis for Defendants' conclusion.

10.      In the event that Defendants object to any request on the ground that it is vague and/or ambiguous, identify the particular words, terms, or phrases that are asserted to make such request vague or ambiguous and specify the meaning actually attributed by Defendants to such words for purposes of Defendants' response thereto.

## REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

All Documents used by Defendants to calculate the census completion rates, at each level tracked by the Bureau, for the 2020 Census as of each Date.

### REQUEST FOR PRODUCTION NO. 2:

Documents Sufficient to Show the accuracy of Defendants' assertions of a 99.98% census completion rate as of October 15, 2020 for the 2020 Census and differences in the meaning, methodologies, or processes regarding the calculation of completion rates as between the 2000, 2010, and 2020 censuses.

### REQUEST FOR PRODUCTION NO. 3:

Documents Sufficient to Show any other metrics (other than completion rates) that Defendants have used internally at any point to measure the progress, performance, or quality of the 2020 Census, and how Defendants understand those metrics to differ from any like or similar metrics the Bureau previously used to describe or measure the progress, performance, or quality of the 2000 and 2010 censuses.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

**REQUEST FOR PRODUCTION NO. 4:**

Documents Sufficient to Show the percentage and number of housing units/addresses, at the national, state, county, and census tract level, resolved through particular methods for the 2020 Census, including but not limited to the following: (a) enumerations by administrative records (for occupied, vacant, and delete/nonexistent); (b) enumerations by proxies (for occupied, vacant, and delete/nonexistent); (c) "pop count only" enumerations; (d) enumerations as vacant (and how so determined); (e) enumerations as delete/nonexistent (and how so determined); (f) enumerations that do not contain name and/or date of birth; (g) enumerations using fictitious names (e.g., ADULT ONE); (h) enumerations with a popcount of 1 and information entered as "refused" or "don't know"; (i) enumerations of closed cases that were reopened in the close-out phase of NRFU; (j) enumerations where the geo-location data does not match the housing unit/address; and (k) all actual and potential housing units/addresses unresolved.

**REQUEST FOR PRODUCTION NO. 5:**

All Documents comparing, contrasting, or assessing the 2020 Census data collection results with the 2000 and 2010 census data collection results, including Documents Sufficient to Show how the 2020 percentages and numbers described in Request For Production No. 4 relate or compare to the like percentages and numbers for the 2000 and 2010 censuses.

**REQUEST FOR PRODUCTION NO. 6:**

As to housing units/addresses resolved by administrative records, Documents Sufficient to Show in summary detail all actual and potential housing units/addresses resolved by administrative records for each of the 2000, 2010 and 2020 censuses, including but not limited to documents regarding what types of administrative records were used for each such closeout; when and how the use of various administrative records was triggered; where various administrative records were used to close housing units after zero visits or one visit; the housing units that were eligible to be closed using various administrative records after zero visits or one visit; how many housing units/addresses were enumerated with administrative records not validated by another source; how close in time to April 1, 2020 the administrative records were;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

1  any quality assessment of the administrative records; and the changing rules and parameters

2  regarding the use of administrative records.

3  **REQUEST FOR PRODUCTION NO. 7:**

4  As to housing units/addresses resolved by proxy, Documents Sufficient to Show in

5  summary detail all actual and potential housing units/addresses resolved by proxy for each of the

6  2000, 2010 and 2020 censuses, including but not limited to Documents regarding what types of

7  proxies were used for each such closeout; when and how the use of proxies was triggered; where

8  proxies were used to close housing units after zero visits or one visit; the housing units that were

9  eligible to be closed using proxy after zero visits or one visit; the geo-location/proximity of the

10  device making the enumeration to the housing unit/address being enumerated; and the changing

11  rules and parameters regarding the use of proxies.

12  **REQUEST FOR PRODUCTION NO. 8:**

13  As to housing units/addresses resolved as vacant or nonexistent/delete, Documents

14  Sufficient to Show in summary detail all actual and potential housing units/addresses resolved as

15  vacant or nonexistent/delete for each of the 2000, 2010 and 2020 censuses, including but not

16  limited to Documents regarding when and how vacancy or nonexistent/delete was determined;

17  how many visits were made prior to the resolution of vacancy or nonexistent/delete; where,

18  when, and in what fashion the vacancy or nonexistent/delete enumeration was made, including

19  by whom (field enumerator or any supervisors or management); the geo-location/proximity of

20  the device making the enumeration to the housing unit/address being enumerated; and the

21  changing rules and parameters regarding the use of any methods allowing for a vacant or

22  nonexistent/delete enumeration.

23  **REQUEST FOR PRODUCTION NO. 9:**

24  As to housing units/addresses resolved through "pop count only," Documents Sufficient

25  to Show in summary detail all actual and potential housing units/addresses resolved as "pop

26  count only" for each of the 2000, 2010 and 2020 censuses, including but not limited to

27  documents regarding when and how the determination of making a "pop count only" count was

28  triggered; where "pop count only" enumerations were used to close housing units after zero visits

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

1   or one visit; the housing units that were eligible to be closed using "pop count only"

2   enumerations after zero visits or one visit; the geo-location/proximity of the device making the

3   enumeration to the housing unit/address being enumerated; and the changing rules and

4   parameters regarding the use of "pop count only" enumerations.

5   **REQUEST FOR PRODUCTION NO. 10:**

6        Documents Sufficient to Show the total number and relevant percentages of housing

7   units/addresses in the entire NRFU universe as of each Date, including but not limited to all

8   housing units/addresses obtained during the NRFU process and closeout phases, all vacant and

9   nonexistent/delete housing units/addresses identified in the NRFU process, when and whether

10  any additional housing units/addresses obtained during the NRFU process were enumerated and

11  were to be accounted for, and whether and how any completion rates as of the Dates included or

12  failed to include any additional housing units/addresses in the calculations.

13  **REQUEST FOR PRODUCTION NO. 11:**

14       All Documents providing summary details or assessments regarding NRFU process

15  indicators or "paradata" regarding how the NRFU operation was conducted, at the national, state,

16  county, and census tract levels.

17  **REQUEST FOR PRODUCTION NO. 12:**

18       All Communications sent or forwarded to enumerators' NRFU iPhones from senior

19  Bureau management (regional directors or higher level managers), including but not limited to

20  text messages, regarding enumeration policies, procedures, and scheduling.

21  **REQUEST FOR PRODUCTION NO. 13:**

22       All Documents regarding enumerator productivity rates and enumerator quality control

23  checks, including but not limited to measurements of productivity rates and trend data over time,

24  concerns over productivity rates, efforts to alter productivity rates, changing any enumerator

25  standards, processes, or quality control checks in order to increase productivity rates (including

26  but not limited to the decision to eliminate random re-interview enumerator quality control

27  checks in favor of automatic control checks), comparisons with expected or required/necessary

28  productivity rates, and the overall performance and utilization of the Optimizer software.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

**REQUEST FOR PRODUCTION NO. 14:**

All Documents regarding complaints, grievances, requests for change, or like reports from enumerators or Bureau employees regarding the NRFU process, including but not limited to improper enumeration processes; inaccuracies in enumeration; workflow or assignments; instruction or pressure to alter any enumerations or enumeration processes; submission or false or potentially false/knowingly inaccurate enumerations; and the NRFU software and any limitations in its ability to allow for accurate enumeration, particularly once a housing unit/address has been marked as complete via methods other than live enumeration.

**REQUEST FOR PRODUCTION NO. 15:**

Documents Sufficient to Show the details of the Bureau's current data-processing plans, procedures, and schedule, including how the current plans, procedures, and schedule differ, have been altered, or steps have been eliminated, from the data-processing operations contemplated in the Final Operational Plan, and Defendants' understanding of the quality impacts that will result as a consequence of those eliminations or alterations.

**REQUEST FOR PRODUCTION NO. 16:**

Documents Sufficient to Show the role that the data-processing operations contemplated in the Final Operational Plan play in reducing or eliminating undercounts, and/or differential undercounts, of hard to count groups, including racial or ethnic minority groups, and Defendants' understanding of the consequences of eliminating or altering those operations for reducing or eliminating undercounts.

**REQUEST FOR PRODUCTION NO. 17:**

All Documents regarding how and to what extent data processing will correct, fix, supplement, or alter the 2020 Census population counts as a result of any changes to data collections made and implemented by Defendants from August 3, 2020 to the end of the data collection period.

**REQUEST FOR PRODUCTION NO. 18:**

Documents Sufficient to Show the Census Unedited File (CUF) quality indicators, including but not limited to the numbers and percent of records (a) identified as duplicate

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

10

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

1  enumerations across different addresses, (b) that do not contain information sufficient for

2  deduplication, (c) that required status or count imputation, (d) created by count imputation, (e)

3  that will require whole person imputation, (f) missing a complete name, (g) missing a date of

4  birth, (h) from administrative records, (i) from administrative records lacking complete names or

5  date of birth, and (j) that required item imputation for race, Hispanic origin, sex, and age.

6  **REQUEST FOR PRODUCTION NO. 19:**

7      All Documents regarding the Replan's effects or potential effects on differential

8  undercounts or potential differential undercounts of hard-to-count populations, including tribal

9  populations, communities of color, legal and illegal immigrants.

10  **REQUEST FOR PRODUCTION NO. 20:**

11      All Documents provided or to be provided by Defendants to the OIG with respect to the

12  2020 Census, or provided to Defendants from OIG.

13  **REQUEST FOR PRODUCTION NO. 21:**

14      All Documents and Communications to or from Secretary Ross regarding the 2020

15  Census, including but not limited to all Communications, Documents, data, and reports Secretary

16  Ross has submitted or will submit directly or indirectly to the President or President's liaisons or

17  staff.

18  **REQUEST FOR PRODUCTION NO. 22:**

19      All Documents regarding the July 21, 2020 Presidential Memorandum, including but not

20  limited to the processes, plans and schedules to effectuate and implement the Presidential

21  Memorandum, the effects of such effectuation and implementation on the 2020 Census and

22  Bureau personnel, resources, and funds, and the potential or actual effects on differential

23  undercounts as a result of the Presidential Memorandum or its effectuation and implementation.

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

Dated: November 17, 2020

LATHAM & WATKINS LLP

By:  /s/ Sadik Huseny
         Sadik Huseny

Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League;
League of Women Voters; Black Alliance for
Just Immigration; Harris County, Texas; King
County, Washington; City of San Jose,
California; Rodney Ellis; Adrian Garcia; and
the NAACP*

Dated: November 17, 2020

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org
Dorian L. Spence (*pro hac vice to come*)
dspence@lawyerscommittee.org
Ajay Saini (*pro hac vice*)
asaini@lawyerscommitee.org
Maryum Jordan (Bar No. 325447)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF
JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: November 17, 2020     By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF
LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: November 17, 2020     By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

14

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

Dated: November 17, 2020

By: */s/ Rafey S. Balabanian*
Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (*pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: November 17, 2020

By: */s/ Donald R. Pongrace*
Donald R. Pongrace (*pro hac vice*)
dpongrace@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

Dario J. Frommer (Bar No. 161248)
dfrommer@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022
Phone:  213.254.1270
Fax: 310.229.1001

*Attorneys for Plaintiff Gila River Indian Community*

Dated: November 17, 2020

By: _/s/ David I. Holtzman_
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)

## **CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On November 17, 2020, I caused the following document(s) to be served:

- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-22)**

via electronic mail delivery to the person(s), address(es), and email address(es) set forth below:

AUGUST E. FLENTJE
ALEXANDER K. HAAS
DIANE KELLEHER
BRAD P. ROSENBERG
M. ANDREW ZEE
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Phone: (415) 436-6646
E-mails: august.flentje@usdoj.gov
alexander.haas@usdoj.gov
diane.kelleher@usdoj.gov
brad.rosenberg@usdoj.gov
m.andrew.zee@usdoj.gov
alexander.v.sverdlov@usdoj.gov
stephen.ehrlich@usdoj.gov

*Attorneys for Defendants Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce; U.S. Department of Commerce; Steven Dillingham, in his official capacity as Director of the U.S. Census Bureau; and U.S. Census Bureau*

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 17, 2020, at San Francisco, California.

Dated: November 17, 2020

LATHAM & WATKINS LLP

By: */s/ Sadik Huseny*
Sadik Huseny

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

CASE NO. 5:20-CV-05799-LHK
PLS.' FIRST SET OF REQUESTS FOR PRODUCTION
(NOS. 1-22)