| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Melissa Arbus Sherry (*pro hac vice*)<br>    melissa.sherry@lw.com<br>  Richard P. Bress (*pro hac vice*)<br>    rick.bress@lw.com<br>  Anne W. Robinson (*pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (*pro hac vice*)<br>    tyce.walters@lw.com<br>  Gemma Donofrio (*pro hac vice*)<br>    gemma.donofrio@lw.com<br>  Christine C. Smith (*pro hac vice*)<br>    christine.smith@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice*)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (*pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Ajay P. Saini (*pro hac vice*)<br>    asaini@lawyerscommittee.org<br>  Maryum Jordan (Bar No. 325447)<br>    mjordan@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Additional counsel and representation information listed in signature block* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>                    Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**NOTICE OF CLARIFICATION TO PLAINTIFFS' PRIVILEGE OBJECTIONS TO DECEMBER 21 LOG AND RELATED PRIVILEGE DISPUTES (DKT. 404)**<br><br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

# NOTICE OF CLARIFICATION

Shortly before the filing of Plaintiffs' Privilege Objections to December 21 Log and Related Privilege Disputes (Dkt. 404) ("Privilege Objection Brief") and accompanying Proposed Order (Dkt. 404-2), the parties engaged in a further meet and confer in which Plaintiffs agreed to withdraw their objections to privilege log entries at rows 68, 74, 90-98, and 121.

Exhibit A to Plaintiffs' Privilege Objection Brief is correct as filed, and reflects that Plaintiffs are not challenging the privilege log entries at rows 68, 74, 90-98, and 121. However, Plaintiffs' Privilege Objection Brief and Proposed Order erroneously indicate that Plaintiffs are still challenging those log entries. They are not.

Plaintiffs sincerely apologize for the oversight and any confusion.

Dated: December 23, 2020     LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com

| | |
|---|---|
| | **LATHAM & WATKINS** LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201<br><br>*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| Dated: December 23, 2020 | By: /s/ Jon M. Greenbaum<br>Kristen Clarke (*pro hac vice*)<br>kclarke@lawyerscommittee.org<br>Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org<br>Ezra D. Rosenberg (*pro hac vice*)<br>erosenberg@lawyerscommittee.org<br>Ajay Saini (*pro hac vice*)<br>asaini@lawyerscommitee.org<br>Maryum Jordan (Bar No. 325447)<br>mjordan@lawyerscommittee.org<br>Pooja Chaudhuri (Bar No. 314847)<br>pchaudhuri@lawyerscommittee.org<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*<br><br>Wendy R. Weiser (*pro hac vice*)<br>weiserw@brennan.law.nyu.edu<br>Thomas P. Wolf (*pro hac vice*)<br>wolft@brennan.law.nyu.edu<br>Kelly M. Percival (*pro hac vice*)<br>percivalk@brennan.law.nyu.edu<br>**BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>Telephone: 646.292.8310<br>Facsimile: 212.463.7308 |

| | |
|---|---|
| | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |
| | Mark Rosenbaum (Bar No. 59940)<br>mrosenbaum@publiccounsel.org<br>**PUBLIC COUNSEL**<br>610 South Ardmore Avenue<br>Los Angeles, California 90005<br>Telephone:  213.385.2977<br>Facsimile:  213.385.9089 |
| | *Attorneys for Plaintiff City of San Jose* |
| | Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice*)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345 |
| | *Attorneys for Navajo Nation* |
| Dated: December 23, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312 |
| | *Attorneys for Plaintiff City of Los Angeles* |
| Dated: December 23, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858) |

|   |   |   |
|---|---|---|
| 1 |   | michaelmu@ci.salinas.ca.us |
| 2 |   | **CITY OF SALINAS** |
|   |   | 200 Lincoln Avenue |
| 3 |   | Salinas, CA 93901 |
|   |   | Telephone: 831.758.7256 |
| 4 |   | Facsimile: 831.758.7257 |
| 5 |   | *Attorneys for Plaintiff City of Salinas* |
| 6 | Dated: December 23, 2020 | By: /s/ Rafey S. Balabanian |
|   |   | Rafey S. Balabanian (Bar No. 315962) |
| 7 |   | rbalabanian@edelson.com |
|   |   | Lily E. Hough (Bar No. 315277) |
| 8 |   | lhough@edelson.com |
| 9 |   | **EDELSON P.C.** |
|   |   | 123 Townsend Street, Suite 100 |
| 10 |   | San Francisco, CA 94107 |
|   |   | Telephone: 415.212.9300 |
| 11 |   | Facsimile: 415.373.9435 |
| 12 |   | Rebecca Hirsch (*pro hac vice*) |
|   |   | rebecca.hirsch2@cityofchicago.org |
| 13 |   | **CORPORATION COUNSEL FOR THE CITY OF CHICAGO** |
| 14 |   | Mark A. Flessner |
|   |   | Stephen J. Kane |
| 15 |   | 121 N. LaSalle Street, Room 600 |
|   |   | Chicago, IL 60602 |
| 16 |   | Telephone: (312) 744-8143 |
|   |   | Facsimile: (312) 744-5185 |
| 17 |   |   |
| 18 |   | *Attorneys for Plaintiff City of Chicago* |
| 19 | Dated: December 23, 2020 | By: /s/ Donald R. Pongrace |
|   |   | Donald R. Pongrace (*pro hac vice*) |
| 20 |   | dpongrace@akingump.com |
|   |   | Merrill C. Godfrey (Bar No. 200437) |
| 21 |   | mgodfrey@akingump.com |
| 22 |   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|   |   | 2001 K St., N.W. |
| 23 |   | Washington, D.C. 20006 |
|   |   | Telephone: (202) 887-4000 |
| 24 |   | Facsimile: 202-887-4288 |
| 25 |   |   |
|   |   | *Attorneys for Plaintiff Gila River Indian Community* |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

| | |
|---|---|
| Dated: December 23, 2020 | By: /s/ David I. Holtzman<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

### **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

| | |
|---|---|
| Dated: December 23, 2020 | **LATHAM & WATKINS** LLP<br><br>By:  /s/  Sadik Huseny<br>    Sadik Huseny |