UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **ORDER RE: RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGES** <br><br> Re: Dkt. No. 408 |

On Saturday, December 26, 2020, Defendants filed a motion for partial relief from a non-dispositive pretrial order of magistrate judges (ECF No. 407). ECF No. 408. Defendants ask the Court to vacate ECF No. 407 to the extent it requires Defendants to produce documents that the Department of Commerce has concluded are not responsive to Plaintiffs' discovery requests. ECF No. 408-2. Plaintiffs shall meet and confer with Defendants then file a response by Monday, December 28, 2020 at 3 p.m. Pacific time.

**IT IS SO ORDERED.**

Dated: December 26, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 20-CV-05799-LHK
ORDER RE: RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGES