| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Sadik Huseny (Bar No. 224659)<br>    sadik.huseny@lw.com<br>  Steven M. Bauer (Bar No. 135067)<br>    steven.bauer@lw.com<br>  Amit Makker (Bar No. 280747)<br>    amit.makker@lw.com<br>  Shannon D. Lankenau (Bar No. 294263)<br>    shannon.lankenau@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br>Facsimile: 415.395.8095<br><br>LATHAM & WATKINS LLP<br>  Melissa Arbus Sherry (*pro hac vice*)<br>    melissa.sherry@lw.com<br>  Richard P. Bress (*pro hac vice*)<br>    rick.bress@lw.com<br>  Anne W. Robinson (*pro hac vice*)<br>    anne.robinson@lw.com<br>  Tyce R. Walters (*pro hac vice*)<br>    tyce.walters@lw.com<br>  Gemma Donofrio (*pro hac vice*)<br>    gemma.donofrio@lw.com<br>  Christine C. Smith (*pro hac vice*)<br>    christine.smith@lw.com<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br>Facsimile: 202.637.2201 | LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>  Kristen Clarke (*pro hac vice*)<br>    kclarke@lawyerscommittee.org<br>  Jon M. Greenbaum (Bar No. 166733)<br>    jgreenbaum@lawyerscommittee.org<br>  Ezra D. Rosenberg (*pro hac vice*)<br>    erosenberg@lawyerscommittee.org<br>  Ajay P. Saini (*pro hac vice*)<br>    asaini@lawyerscommittee.org<br>  Maryum Jordan (Bar No. 325447)<br>    mjordan@lawyerscommittee.org<br>  Pooja Chaudhuri (Bar No. 314847)<br>    pchaudhuri@lawyerscommittee.org<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857<br><br>*Additional counsel and representation information listed in signature block* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>　　　　　　　Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGES**<br><br>Re: Dkt. Nos. 407, 408, 409<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

On December 24, 2020, the Magistrate Judge panel ordered Defendants to "produce all of the 2,944 documents that declarant Brian DiGiacomo identified on December 12 as 'likely subject to Executive privilege' in ECF 376-2 ¶ 12, unless they were identified in the December 21 log and the privilege was not overruled in this order."  Order After *In Camera* Review of Disputed Documents Identified in Government's December 21 Privilege Log ("Order on Defendants' December 21 Privilege Log") (Dkt. 407).  On December 26, 2020, Defendants filed a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judges ("Motion for Partial Relief") (Dkt. 408), asking the Court to reverse the Magistrate Judge panel's order to produce the 2,944 documents because these documents are ostensibly not responsive to Plaintiffs' discovery requests.  Dkt. 408.  Shortly thereafter, the Court issued an Order Re: Response to Defendants' Motion for Partial Relief from Non-Dispositive Pretrial Order of Magistrate Judges ("December 26 Order") (Dkt. 409), ordering that (1) the parties meet and confer on the issue and (2) Plaintiffs respond to Defendants' Motion for Partial Relief by December 28, 2020 at 3 p.m. PT.

On December 28, the parties met and conferred for approximately two hours regarding the production of these documents, in addition to other discovery related issues.  In an effort to reach resolution of this matter without further Court involvement, Plaintiffs posed several questions related to this set of documents, and Defendants agreed to provide the requested information.

Because the parties are continuing to engage in good faith discussions on this issue, the parties have agreed and respectfully propose that Defendants' motion for relief be held in abeyance (along with the respective portion of the Magistrate Judge panel's December 24, 2020 Order requiring production of this set of documents) until such time as the parties agree to a resolution or have reached impasse requiring Court resolution.  Plaintiffs hope to be able to provide the Court a further update at or before the case management conference scheduled for tomorrow, December 29, 2020.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR PARTIAL RELIEF

| | | |
|---|---|---|
| 1 | Dated: December 28, 2020 | LATHAM & WATKINS LLP |
| 2 | | By: /s/ Sadik Huseny |
| 3 | | Sadik Huseny |
| 4 | | Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com |
| 5 | | Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com |
| 6 | | Amit Makker (Bar No. 280747)<br>amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095 |
| 11 | | Melissa Arbus Sherry (*pro hac vice*)<br>melissa.sherry@lw.com |
| 12 | | Richard P. Bress (*pro hac vice*)<br>rick.bress@lw.com |
| 13 | | Anne W. Robinson (*pro hac vice*)<br>anne.robinson@lw.com |
| 14 | | Tyce R. Walters (*pro hac vice*)<br>tyce.walters@lw.com |
| 15 | | Gemma Donofrio (*pro hac vice*)<br>gemma.donofrio@lw.com |
| 16 | | Christine C. Smith (*pro hac vice*)<br>christine.smith@lw.com |
| 17 | | **LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000 |
| 18 | | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 19 | | Facsimile: 202.637.2201 |
| 20 | | *Attorneys for Plaintiffs National Urban League;* |
| 21 | | *League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose,* |
| 22 | | *California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 23 | Dated: December 28, 2020 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (*pro hac vice*)<br>kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (*pro hac vice*)<br>erosenberg@lawyerscommittee.org |
| 27 | | Ajay Saini (*pro hac vice*)<br>asaini@lawyerscommitee.org |
| 28 | | Maryum Jordan (Bar No. 325447) |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR PARTIAL RELIEF

mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

|   |   |   |
|---|---|---|
| 1 |   | Doreen McPaul, Attorney General |
| 2 |   | dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice*) |
| 3 |   | jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF** |
| 4 |   | **JUSTICE**<br>P.O. Box 2010 |
| 5 |   | Window Rock, AZ 86515<br>Telephone: (928) 871-6345 |
| 6 |   |   |
| 7 |   | *Attorneys for Navajo Nation* |
| 8 | Dated: December 28, 2020 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529) |
| 9 |   | mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289) |
| 10 |   | kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486) |
| 11 |   | danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930) |
| 12 |   | mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF** |
| 13 |   | **LOS ANGELES**<br>200 N. Main Street, 8th Floor |
| 14 |   | Los Angeles, CA 90012<br>Telephone: 213.473.3231 |
| 15 |   | Facsimile: 213.978.8312 |
| 16 |   | *Attorneys for Plaintiff City of Los Angeles* |
| 17 | Dated: December 28, 2020 | By: /s/ Michael Mutalipassi |
| 18 |   | Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us |
| 19 |   | Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us |
| 20 |   | **CITY OF SALINAS**<br>200 Lincoln Avenue |
| 21 |   | Salinas, CA 93901<br>Telephone: 831.758.7256 |
| 22 |   | Facsimile: 831.758.7257 |
| 23 |   | *Attorneys for Plaintiff City of Salinas* |
| 24 | Dated: December 28, 2020 | By: /s/ Rafey S. Balabanian |
| 25 |   | Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com |
| 26 |   | Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com |
| 27 |   | **EDELSON P.C.**<br>123 Townsend Street, Suite 100 |
| 28 |   | San Francisco, CA 94107 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
FOR PARTIAL RELIEF

|   |   |
|---|---|
| | Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (*pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |
| Dated: December 28, 2020 | By: /s/ Donald R. Pongrace<br>Donald R. Pongrace (*pro hac vice*)<br>dpongrace@akingump.com<br>Merrill C. Godfrey (Bar No. 200437)<br>mgodfrey@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2001 K St., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4000<br>Facsimile: 202-887-4288<br><br>*Attorneys for Plaintiff Gila River Indian Community* |
| Dated: December 28, 2020 | By: /s/ David I. Holtzman<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br>Fax: (415) 743-6910<br><br>*Attorneys for Plaintiff County of Los Angeles* |

**ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 28, 2020

**LATHAM & WATKINS** LLP

By: /s/ Sadik Huseny
Sadik Huseny