UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, et al.,<br><br>Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In Plaintiffs' response to Defendants' motion for partial relief from a non-dispositive pretrial order of the panel of Magistrate Judges, the parties propose that Defendants' motion be held in abeyance "until such time as the parties agree to a resolution or have reached impasse." ECF No. 410 at 2. "Plaintiffs hope to be able to provide the Court a further update at or before the case management conference scheduled for tomorrow, December 29, 2020." *Id.*

The Court continues the December 29, 2020 case management conference to January 4, 2021 at 2 p.m. The parties shall file a joint status report on Defendants' motion by December 29, 2020 at 2 p.m.

To ensure that fact discovery continues apace in advance of the January 7, 2021 fact discovery cutoff, the parties also shall file joint discovery status reports on December 30, 2020 by

1

3 p.m. Pacific time and on January 4, 2021 at 9 a.m. Pacific time.

**IT IS SO ORDERED.**

Dated: December 28, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge