LATHAM & WATKINS LLP
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
  Christine C. Smith (*pro hac vice*)
    christine.smith@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
    erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **PLAINTIFFS' ADDENDUM TO JOINT STATUS REPORT ON DEFENDANTS' MOTION FOR PARTIAL RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGES** <br><br> Re: Dkt. Nos. 409, 411, 414 <br><br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT

At approximately 2:12 pm this afternoon, the parties filed a Joint Status Report on Defendants' Motion for Partial Relief from Non-Dispositive Pretrial Order of Magistrate Judges. Dkt. No. 414.[1]  As noted in the Joint Status Report, with respect to the 2,944 documents that Defendants previously identified as "likely subject to Executive privilege," Dkt. 376-2 ¶ 12, Plaintiffs had requested that Defendants (1) either produce the approximately 400 documents deemed responsive and not privileged, or provide their Bates numbers if they had already been produced; (2) confirm whether Defendants had logged the 63 documents that were withheld as privileged by providing their corresponding privilege log entry numbers; and (3) agree to a compromise solution regarding the 2,447 documents claimed to be non-responsive, in which Plaintiffs would conduct a limited, attorneys'-eyes-only review of those documents and meet and confer with Defendants on next steps involving judicial review, as necessary, to the extent any of the documents appeared responsive to Plaintiffs' document requests—with confidentiality maintained throughout.  Joint Status Report at 2.

Plaintiffs now file this brief Addendum to that filing to alert the Court to two additional new facts relevant to Defendants' motion for relief.

1. <u>~400 documents produced and 63 documents withheld as privileged</u>.   In the Joint Status Report, Defendants stated that they "provided information they were able to gather on December 29, 2020, and will provide Plaintiffs further information if necessary." *Id.* at 7. Unfortunately, Plaintiffs did not receive this information, or Defendants' Joint Statement inserts, until 2:00 pm, and therefore had no time to review or assess the information prior to the filing.[2] Now that they have had time to review, Plaintiffs note that the materials are woefully incomplete.  Instead of providing a list of over 400 documents deemed responsive and produced to Plaintiffs, Defendants sent Plaintiffs a list of 305 such documents by Bates number.  And instead of confirming whether Defendants had logged the 63 documents withheld as privileged

---

[1] Plaintiff regret that the filing was delayed by twelve minutes past 2:00 pm due in part to technological issues, namely cyber-delays regarding email exchanges between the parties.

[2] Defendants' email stamps indicates that the email was sent at 1:45 pm, 15 minutes prior, but due to an unknown technological issue, Plaintiffs did not receive the information until 2:00 p.m.; more than one email from Defendants to Plaintiffs this afternoon appear to have been subject to this unfortunate cyber-delay.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT

by providing corresponding privilege log entry numbers, Defendants sent Plaintiffs a list of 11 documents they had withheld and documented on the December 21 log. By providing small subsets of the information required, Defendants have made it impossible for Plaintiffs or the Court to determine whether Defendants have properly produced, logged, or failed to produce or log those portions of the 2,944 documents at issue.

2. <u>Plaintiffs' Outside Attorneys'-Eyes-Only review of remaining 2,447 documents marked as "non-responsive."</u> In the Joint Status Report, Defendants argue that Plaintiffs' good-faith offer of an outside attorneys'-eyes-only review of the 2,447 documents at issue should be rejected because their reviewers were to conclude that "documents were responsive if they related to the 'decennial census,'" so there should be no issue with the responsiveness calls. Joint Status Report at 7. In circumstances where Defendants previously dropped 60,000+ documents on Plaintiffs without review—which included a large swath of nonresponsive and other wise junk or blank documents—Plaintiffs do not believe this argument to have any merit.

More significantly, after the filing, Defendants sent a letter to Plaintiffs objecting to Plaintiffs' Department of Commerce 30(b)(6) deposition notice (scheduled to occur in two days, on December 31, 2020), whereby Defendants unilaterally state what they will allow their Commerce witnesses to testify to, revise topics to their liking, and simply decline to offer a witness on topics they do not like. *See* Attachment A. Plaintiffs will deal with that letter with Defendants separately, and will inform the Court in the discovery status filing tomorrow whether any issues need addressing. But for purposes of the instant motion, the letter shows that Defendants are unilaterally deciding that issues related to the Presidential Memorandum—i.e., the Department of Commerce's effectuating and implementing the Presidential Memorandum and understanding of the potential or actual effects on the accuracy and/or quality of the 2020 Census of effectuating and implementing the Presidential Memorandum—are in Defendants' views "irrelevant to the Plaintiffs' claims in this case." *See* Attachment A at 4.

This is *exactly* why Plaintiffs should conduct an outside attorneys'-eyes-only review of the 2,447 documents Defendants identified earlier as hot enough to be carved out for special review, but now claim as "nonresponsive." Defendants' direction that documents be marked

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT

responsive if they are "related to the decennial census" apparently does not cover topics like the Presidential Memorandum—which, contrary to Defendants' arguments, are unquestionably relevant to the claims in this case (as Plaintiffs believe a cursory reading of the operative complaint, or the filings in this case, or the Court's orders, would make clear). That Defendants are not bringing specific claims in this case directly challenging the Presidential Memorandum as unconstitutional says nothing about whether the Memorandum is relevant to the case. It is. But Plaintiffs are quite concerned that Defendants have failed to produce or log numerous documents that relate to the Presidential Memorandum—and are thus responsive to Plaintiffs' Requests for Production.

Dated: December 29, 2020

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT

| | |
|---|---|
| | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| Dated: December 29, 2020 | By: /s/ Jon M. Greenbaum<br>Kristen Clarke (*pro hac vice*)<br>kclarke@lawyerscommittee.org<br>Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org<br>Ezra D. Rosenberg (*pro hac vice*)<br>erosenberg@lawyerscommittee.org<br>Ajay Saini (*pro hac vice*)<br>asaini@lawyerscommitee.org<br>Maryum Jordan (Bar No. 325447)<br>mjordan@lawyerscommittee.org<br>Pooja Chaudhuri (Bar No. 314847)<br>pchaudhuri@lawyerscommittee.org<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone: 202.662.8600<br>Facsimile: 202.783.0857 |
| | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |
| | Wendy R. Weiser (*pro hac vice*)<br>weiserw@brennan.law.nyu.edu<br>Thomas P. Wolf (*pro hac vice*)<br>wolft@brennan.law.nyu.edu<br>Kelly M. Percival (*pro hac vice*)<br>percivalk@brennan.law.nyu.edu<br>**BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>Telephone: 646.292.8310<br>Facsimile: 212.463.7308 |
| | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT

| | |
|---|---|
| 1 | Mark Rosenbaum (Bar No. 59940) |
| 2 | mrosenbaum@publiccounsel.org |
|  | **PUBLIC COUNSEL** |
| 3 | 610 South Ardmore Avenue |
|  | Los Angeles, California 90005 |
| 4 | Telephone:  213.385.2977 |
| 5 | *Attorneys for Plaintiff City of San Jose* |
| 6 | Doreen McPaul, Attorney General |
|  | dmcpaul@nndoj.org |
| 7 | Jason Searle (*pro hac vice*) |
|  | jasearle@nndoj.org |
| 8 | **NAVAJO NATION DEPARTMENT OF** |
|  | **JUSTICE** |
| 9 | P.O. Box 2010 |
|  | Window Rock, AZ 86515 |
| 10 | Telephone: (928) 871-6345 |
| 11 | *Attorneys for Navajo Nation* |

Dated: December 29, 2020

By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: December 29, 2020

By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 29, 2020 | By: /s/ Rafey S. Balabanian |

Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (*pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**
Mark A. Flessner
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: December 29, 2020

By: /s/ Donald R. Pongrace
Donald R. Pongrace (*pro hac vice*)
dpongrace@akingump.com
Merrill C. Godfrey (Bar No. 200437)
mgodfrey@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

*Attorneys for Plaintiff Gila River Indian Community*

Dated: December 29, 2020

By: /s/ David I. Holtzman
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970

*Attorneys for Plaintiff County of Los Angeles*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT

# ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: December 29, 2020

**LATHAM & WATKINS** LLP

By: /s/  Sadik Huseny
Sadik Huseny

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
PLAINTIFFS' ADDENDUM TO
JOINT STATUS REPORT