LATHAM & WATKINS LLP
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Steven M. Bauer (Bar No. 135067)
    steven.bauer@lw.com
  Amit Makker (Bar No. 280747)
    amit.makker@lw.com
  Shannon D. Lankenau (Bar No. 294263)
    shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
    melissa.sherry@lw.com
  Richard P. Bress (*pro hac vice*)
    rick.bress@lw.com
  Anne W. Robinson (*pro hac vice*)
    anne.robinson@lw.com
  Tyce R. Walters (*pro hac vice*)
    tyce.walters@lw.com
  Gemma Donofrio (*pro hac vice*)
    gemma.donofrio@lw.com
  Christine C. Smith (*pro hac vice*)
    christine.smith@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
    kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
    jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
    erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
    asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
    mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
    pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

*Additional counsel and representation
information listed in signature block*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO. 5:20-cv-05799-LHK <br><br> **STATUS UPDATE ON ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' REQUESTS FOR RELIEF IN DECEMBER 29, 2020 JOINT STATUS REPORT** <br><br> Re: Dkt. No. 416 <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 8 <br> Judge: Hon. Lucy H. Koh |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
STATUS UPDATE ON ORDER GRANTING IN PART &
DENYING IN PART PLTFS' REQUESTS FOR RELIEF

On December 29, 2020, the Court issued an Order Granting in Part and Denying in Part Plaintiffs' Requests for Relief in the December 29, 2020 Joint Status Report ("December 29 Order") (Dkt. 416).  In relevant part, the December 29 Order ordered Defendants to provide certain information regarding the 2,944 documents the Magistrate Judge Panel had ordered produced to Plaintiffs, and provided that the parties could "move the Magistrate Judge Panel for further relief—including a finding that Defendants have waived privilege—by December 31, 2020 at 5 p.m.," had Defendants not logged the 63 documents described as both privileged and responsive.  *Id.* at 5.  On December 30 at 5:00 p.m. PT, Defendants provided only part of the information ordered regarding the documents, and acknowledged that their privilege logs do not, in fact, include the entirety of the 63 documents.

Plaintiffs have requested additional information regarding these 63 documents and regarding the responsive and non-privileged documents that should have been produced. Defendants have not yet provided the requested information, but have represented that they are seeking to confirm information and that they will provide further explanation by Monday.  In an attempt to avoid burdening the Court further with this issue, or submitting seriatim filings, Plaintiffs respectfully request that they be permitted to file any necessary motion for relief after they have received the information promised by Defendants.  The parties will provide the Court an update on this issue in the joint discovery report due Monday, January 4.

Dated: December 31, 2020                                  LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
      Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 5:20-CV-05799-LHK
STATUS UPDATE ON ORDER GRANTING IN PART &
DENYING IN PART PLTFS' REQUESTS FOR RELIEF

| | |
|---|---|
| 1 | Facsimile:  415.395.8095 |
| 2 | Melissa Arbus Sherry (*pro hac vice*) melissa.sherry@lw.com |
| 3 | Richard P. Bress (*pro hac vice*) rick.bress@lw.com |
| 4 | Anne W. Robinson (*pro hac vice*) anne.robinson@lw.com |
| 5 | Tyce R. Walters (*pro hac vice*) tyce.walters@lw.com |
| 6 | Gemma Donofrio (*pro hac vice*) gemma.donofrio@lw.com |
| 7 | Christine C. Smith (*pro hac vice*) christine.smith@lw.com |
| 8 | **LATHAM & WATKINS LLP** 555 Eleventh Street NW, Suite 1000 |
| 9 | Washington, D.C. 20004 Telephone:  202.637.2200 |
| 10 | Facsimile:  202.637.2201 |

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

| | | |
|---|---|---|
| 15 | Dated: December 31, 2020 | By: /s/ Jon M. Greenbaum |
| | | Kristen Clarke (*pro hac vice*) kclarke@lawyerscommittee.org |
| | | Jon M. Greenbaum (Bar No. 166733) jgreenbaum@lawyerscommittee.org |
| | | Ezra D. Rosenberg (*pro hac vice*) erosenberg@lawyerscommittee.org |
| | | Ajay Saini (*pro hac vice*) asaini@lawyerscommitee.org |
| | | Maryum Jordan (Bar No. 325447) mjordan@lawyerscommittee.org |
| | | Pooja Chaudhuri (Bar No. 314847) pchaudhuri@lawyerscommittee.org |
| | | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW** 1500 K Street NW, Suite 900 Washington, DC 20005 Telephone:  202.662.8600 Facsimile:  202.783.0857 |

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
STATUS UPDATE ON ORDER GRANTING IN PART &
DENYING IN PART PLTFS' REQUESTS FOR RELIEF

| | |
|---|---|
| 1 | |
| 2 | Wendy R. Weiser (*pro hac vice*)<br>weiserw@brennan.law.nyu.edu |
| 3 | Thomas P. Wolf (*pro hac vice*)<br>wolft@brennan.law.nyu.edu |
| 4 | Kelly M. Percival (*pro hac vice*)<br>percivalk@brennan.law.nyu.edu |
| 5 | **BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750 |
| 6 | New York, NY 10271<br>Telephone: 646.292.8310 |
| 7 | Facsimile: 212.463.7308 |
| 8 | *Attorneys for Plaintiffs National Urban League;* |
| 9 | *City of San Jose, California; Harris County, Texas; League of Women Voters; King County,* |
| 10 | *Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the* |
| 11 | *NAACP; and Navajo Nation*<br>Mark Rosenbaum (Bar No. 59940) |
| 12 | mrosenbaum@publiccounsel.org<br>**PUBLIC COUNSEL** |
| 13 | 610 South Ardmore Avenue<br>Los Angeles, California 90005 |
| 14 | Telephone: 213.385.2977 |
| 15 | *Attorneys for Plaintiff City of San Jose* |
| 16 | Doreen McPaul, Attorney General |
| 17 | dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice*) |
| 18 | jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF** |
| 19 | **JUSTICE**<br>P.O. Box 2010 |
| 20 | Window Rock, AZ 86515<br>Telephone: (928) 871-6345 |
| 21 | |
| 22 | *Attorneys for Navajo Nation* |
| 23 | Dated: December 31, 2020     By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529) |
| 24 | mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289) |
| 25 | kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486) |
| 26 | danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930) |
| 27 | mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF** |
| 28 | **LOS ANGELES** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
STATUS UPDATE ON ORDER GRANTING IN PART &
DENYING IN PART PLTFS' REQUESTS FOR RELIEF

|  |  |
|---|---|
|  | 200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: December 31, 2020 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |
| Dated: December 31, 2020 | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com<br>Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com<br>**EDELSON P.C.**<br>123 Townsend Street, Suite 100<br>San Francisco, CA 94107<br>Telephone: 415.212.9300<br>Facsimile: 415.373.9435<br><br>Rebecca Hirsch (*pro hac vice*)<br>rebecca.hirsch2@cityofchicago.org<br>**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**<br>Mark A. Flessner<br>Stephen J. Kane<br>121 N. LaSalle Street, Room 600<br>Chicago, IL 60602<br>Telephone: (312) 744-8143<br>Facsimile: (312) 744-5185<br><br>*Attorneys for Plaintiff City of Chicago* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
STATUS UPDATE ON ORDER GRANTING IN PART &
DENYING IN PART PLTFS' REQUESTS FOR RELIEF

| | |
|---|---|
| Dated: December 31, 2020 | By: /s/ Donald R. Pongrace<br>Donald R. Pongrace (*pro hac vice*)<br>dpongrace@akingump.com<br>Merrill C. Godfrey (Bar No. 200437)<br>mgodfrey@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2001 K St., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4000<br>Facsimile: 202-887-4288<br><br>*Attorneys for Plaintiff Gila River Indian Community* |
| Dated: December 31, 2020 | By: /s/ David I. Holtzman<br>David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes<br>Jacqueline N. Harvey<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6970<br><br>*Attorneys for Plaintiff County of Los Angeles* |

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

| | |
|---|---|
| Dated: December 31, 2020 | **LATHAM & WATKINS LLP**<br><br>By:  /s/  Sadik Huseny<br>    Sadik Huseny |