UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>　　　　　Defendants. | Case No. 20-cv-05799 LHK<br><br>**ORDER AS TO PROCEDURE FOR AUDIT OF 2,477 DOCUMENTS**<br><br>Re: ECF 416, 417 |

　　　This order addresses only one narrow issue among the many discovery issues discussed by the parties in their December 30 joint status report, ECF 417. That issue is the audit ordered by Judge Koh of 2,477 documents that Defendants first said were likely privileged but then withheld as non-responsive. ECF 416. The parties' competing proposals as to how we should conduct this document audit are set forth in ECF 417 at pages 16-17. We accept Defendants' proposal as the more efficient of the two. Defendants are ordered to provide us ex parte electronic copies of this entire document set for our in camera review. Defendants are also ordered to preserve a set of these documents for purposes of any future appellate review.

　　　We will review a subset of the documents. Our review will be limited to assessing

whether the documents are responsive to document requests propounded by Plaintiffs in this case. We will issue a written ruling after our review.

The documents must be provided to us by noon PST on January 3, 2021. By that same deadline, the parties must jointly provide us with a set of the document requests, responses, and any correspondence between the parties modifying the scope of the materials requested by Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 31, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge


_____/S/_____
SUSAN VAN KEULEN
United States Magistrate Judge


_____/S/_____
THOMAS S. HIXSON
United States Magistrate Judge