UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILBUR L. ROSS, et al.,<br><br>  Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST IN DECEMBER 31, 2020 STATUS UPDATE**<br><br>Re: Dkt. No. 419 |

On December 29, 2020, the Court issued an Order Granting in Part and Denying in Part Plaintiffs' Requests for Relief in December 29, 2020 Joint Status Report. ECF No. 416. Among other things, the Order provided that if Defendants had not in fact logged 63 documents that are assertedly privileged and responsive, "the parties may move the Magistrate Judge Panel for further relief—including a finding that Defendants have waived privilege—by December 31, 2020 at 5 p.m." *Id.* at 5.

On December 31, 2020, Plaintiffs filed a status update. ECF No. 419. Plaintiffs ask for an extension of the deadline to file a motion for further relief. Specifically, Plaintiffs ask that "they be permitted to file any necessary motion for relief after they have received the information promised by Defendants." *Id.* Defendants have represented that they will "provide further explanation by

1

Case No. 20-CV-05799-LHK
ORDER GRANTING PLAINTIFFS' REQUEST IN DECEMBER 31, 2020 STATUS UPDATE

Monday." *Id.*

The Court GRANTS Plaintiffs' request. The parties may move the Magistrate Judge Panel for further relief by Monday, January 4, 2021.

**IT IS SO ORDERED.**

Dated: December 31, 2020

_____
LUCY H. KOH
United States District Judge