JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **DEFENDANTS' NOTICE OF ONGOING EFFORTS RELATED TO ECF No. 421** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

Defendants hereby inform the Court that they are still undertaking efforts to provide answers to questions Plaintiffs have asked about a set of documents from Defendants' production involving the "eop.gov" search term (ECF 408). Defendants provided partial information in response to those questions during a meet and confer on January 3, 2021, and they will continue their efforts to provide additional information. That process is ongoing but Defendants' efforts to do so have been impeded as a result of the holiday weekend and limited staffing at the contractor charged with managing Defendants' document productions. Defendants understand that the lack of complete answers to Plaintiffs' questions on these items makes it difficult if not impossible for Plaintiffs to file a motion seeking additional relief from the Magistrate Judge Panel; the Court has set the deadline for such a motion as January 4, 2021. ECF No. 421. Defendants are amenable to an extension of this deadline so that they have additional time to provide further information responsive to Plaintiffs' questions and to clarify any imprecision associated with Defendants' document productions. Defendants therefore suggest that Plaintiffs be permitted to file a motion after the current deadline of January 4, 2021, to give the parties time to discuss the updated information after Defendants are able to share it with Plaintiffs. The parties may include further information on this issue in their joint status report due January 4, 2021 at 9:00 a.m.

DATED:  January 3, 2021

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER

DEFENDANTS' NOTICE OF ONGOING
EFFORTS RELATED TO ECF No. 421
Case No. 5:20-cv-05799-LHK

|   |   |
|---|---|
| 1 | BRAD P. ROSENBERG |
|   | Assistant Branch Directors |
| 2 |   |
|   | */s/ M. Andrew Zee* |
| 3 | ELLIOTT M. DAVIS |
|   | STEPHEN EHRLICH |
| 4 | JOHN J. ROBINSON |
| 5 | ALEXANDER V. SVERDLOV |
|   | M. ANDREW ZEE (CA Bar No. 272510) |
| 6 | Trial Attorneys |
|   | U.S. Department of Justice |
| 7 | Civil Division, Federal Programs Branch |
| 8 | 1100 L Street, NW |
|   | Washington, D.C. 20005 |
| 9 | Telephone: (202) 305-0550 |

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF ONGOING
EFFORTS RELATED TO ECF No. 421
Case No. 5:20-cv-05799-LHK