UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, and others,<br><br>                Plaintiffs,<br><br>        v.<br><br>WILBUR L. ROSS, JR., and others,<br><br>                Defendants. | Case No. 20-cv-05799 LHK<br><br>**ORDER FOR DEFENDANTS TO CHECK CERTAIN MATERIALS PROVIDED JANUARY 3 FOR IN CAMERA REVIEW** |

Defendants this morning submitted for in camera review 2,268 documents they withheld from production as non-responsive. More than 50 of these documents appear to be blank. *E.g.*, NR 332, 335-338, 409, 531-535, 597, 760, 773, 2123, 2536, 2538. These documents each have a size of 2KB.

Defendants are ordered to double-check the 2KB documents in this document set and to file a response by noon on January 4 with any clarifying information.

**IT IS SO ORDERED.**

Dated: January 3, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

         /S/
_____
SUSAN VAN KEULEN
United States Magistrate Judge

         /S/
_____
THOMAS S. HIXSON
United States Magistrate Judge