JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO ORDER FOR DEFENDANTS TO CHECK CERTAIN MATERIALS, ECF No. 423** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

1   Defendants have reviewed the documents identified by the Court in its January 3, 2021
2   Order, ECF No. 423.  All but five of the cited documents in the Order are files with names such
3   as "ATT0000[#].htm".  To the best of Defendants' understanding, this type of file is
4   automatically generated by the Microsoft Exchange Server when an attachment to an email is
5   formatted "in-line" in that email.  *See* MIT Information Systems & Technology Website, "Why
6   is Exchange creating ATT00001 attachments?", http://kb.mit.edu/confluence/pages/
7   viewpage.action?pageId=4981187.  While occasionally these ATT0000[#] files may contain, for
8   example, snippets of text or an email signature, they are also often blank files.

9   The remaining five documents cited in the Order (NR_0000531-535) are attachments to
10  an email thread which, at an early point in the thread, contained graphical images.  As that email
11  thread progressed to and from different senders and recipients, those graphical images were no
12  longer downloaded within the body of the original email message, but were instead converted to
13  email attachments which returned blank files rather than the graphical images.  A version of the
14  email thread which contains the visible graphics was produced to Plaintiffs as DOC_0024808,
15  and that document is attached here as Exhibit A for reference.

DATED:  January 4, 2021                  Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney
General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
BRAD P. ROSENBERG

DEFENDANTS' RESPONSE TO ORDER FOR DEFENDANTS
TO CHECK CERTAIN MATERIALS, ECF No. 423
Case No. 5:20-cv-05799-LHK

Assistant Branch Directors

*/s/ M. Andrew Zee*
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE (CA Bar No. 272510)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*