# **<u>Exhibit A</u>**

**From:** Christopher J Stanley (CENSUS/OCIA FED) [christopher.j.stanley@census.gov]
**Sent:** 5/20/2020 7:43:56 PM
**To:** Foti, Anthony (Federal) [afoti@doc.gov]; Lopez, Diego (Federal) [DLopez@doc.gov]
**Subject:** Fw: NCAI Events Week of May 25, 2020

Details on the NCAI in which Tim Olson is participating are below if you want to share them with Morgan or whoever else.

---

**From:** Dee A Alexander (CENSUS/OCIA FED) <Dee.A.Alexander@census.gov>
**Sent:** Wednesday, May 20, 2020 2:36 PM
**To:** Christopher J Stanley (CENSUS/OCIA FED) <christopher.j.stanley@census.gov>; Timothy P Olson (CENSUS/ADFO FED) <Timothy.P.Olson@census.gov>; Kathleen M Styles (CENSUS/ADDC FED) <kathleen.m.styles@census.gov>; Megan Catherine Kindelan (CENSUS/FLD FED) <megan.c.kindelan@census.gov>; Lisa J Cochrane (CENSUS/PIO FED) <Lisa.J.Cochrane@census.gov>; adavison@guidehouse.com <adavison@guidehouse.com>; mgray@gng.net <mgray@gng.net>; ggray@gng.net <ggray@gng.net>; Stacy Gimbel Vidal (CENSUS/PIO FED) <Stacy.Gimbel.Vidal@census.gov>; Stacey J Jordan (CENSUS/CLMSO FED) <Stacey.J.Jordan@census.gov>; Eric A Coyle (CENSUS/CLMSO FED) <eric.a.coyle@census.gov>; Jessica A Imotichey (CENSUS/LA FED) <jessica.a.imotichey@2020census.gov>; Amadeo Shije (CENSUS/CLMSO FED) <amadeo.shije@2020census.gov>; Francis C McPhillips (CENSUS/DCMD FED) <Francis.C.McPhillips@census.gov>; Julia Lopez (CENSUS/DCMD FED) <Julia.Lopez@census.gov>; Ross M Davis (CENSUS/DCMD FED) <Ross.M.Davis@census.gov>; jack.benson@reingold.com <jack.benson@reingold.com>; Guerrero, Andres <andres.guerrero@vmlyr.com>; pfragua@gng.net <pfragua@gng.net>; dcournoyer@niea.org <dcournoyer@niea.org>
**Cc:** Alan Lang (CENSUS/OCIA FED) <alan.lang@census.gov>; Van R lawrence (CENSUS/OCIA FED) <Van.R.Lawrence@census.gov>; Bina K Saafi (CENSUS/OCIA FED) <bina.k.saafi@census.gov>; Melissa K Bruce (CENSUS/OCIA FED) <melissa.k.bruce@census.gov>; Ali Mohammad Ahmad (CENSUS/ADCOM FED) <ali.m.ahmad@census.gov>; Michael C Cook (CENSUS/PIO FED) <Michael.C.Cook@census.gov>
**Subject:** Fw: NCAI Events Week of May 25, 2020

fyi:

Feel free to send to others.   We plan to have a dry run with NCAI prior to the webinar.   More to report on at Friday's 11:30 call.

---

**Dee Alexander** (Cheyenne-Arapaho)
Tribal Affairs Coordinator
Office of Congressional and Intergovernmental Affairs
U.S. Census Bureau
O: 301-763-9335 | M: 202-407-6635
census.gov | @uscensusbureau
**Shape our future. START HERE >** 2020census.gov

---

**From:** Lycia Maddocks <lmaddocks@NCAI.org>
**Sent:** Wednesday, May 20, 2020 2:04 PM
**To:** Dee A Alexander (CENSUS/OCIA FED) <Dee.A.Alexander@census.gov>
**Subject:** FW: NCAI Events Week of May 25, 2020

This marketing went out a bit ago. We can send graphics and links to you if that is helpful?

**From:** NCAI
**Sent:** Wednesday, May 20, 2020 12:37 PM
**To:** Lycia Maddocks <lmaddocks@NCAI.org>
**Subject:** NCAI Events Week of May 25, 2020

View as Webpage



# Upcoming Events

Register today and reserve your seat for our upcoming trainings and events.





**VIRTUAL RALLY**
Native Vote Taking Action in 2020 Rally
May 28 at 6:00 p.m. EDT

Last year, NCAI and the Native Vote campaign helped make history by co-hosting the first-ever Native American Presidential Candidate Forum. Now we're looking to continue the momentum and kickoff this year's election cycle strong by launching our Native Vote 2020 efforts with a high-energy, fun Native Vote Rally!

Join NCAI's Civic Engagement Team as we hear from Native Vote Coordinators from across Indian Country, chat with special guests, and watch our world premiere of our first promotional videos for Native Vote 2020!

SAVE THE DATE

**VIRTUAL MEETING**
## 2020 Census Roundtable Discussion
May 26 at 1:00 p.m. EDT

Please join us on Tuesday, March 26, 2020 at 1 p.m. EDT for a virtual town hall discussion with U.S. Census Bureau Tribal Affairs Coordinator Dee Alexander and her team regarding important, tribally relevant updates to the 2020 Census operational timeline and how tribal nations can ensure a fair and accurate count in the 2020 Census.

Prior to the event, NCAI's Civic Engagement team will be collecting your census-related questions from across Indian Country to be answered on-air by our U.S. Census Bureau panelists. Please submit your questions via this survey link.

**REGISTER**

**COVID-19 RESOURCES FOR INDIAN COUNTRY**
**DONATE**

National Congress of American Indians | Embassy of Tribal Nations, 1516 P Street NW, Washington, DC 20005

Unsubscribe lmaddocks@ncai.org
Update Profile | About Constant Contact
Sent by ncai@ncai.org in collaboration with

DOC_0024811



Try email marketing for free today!

DOC_0024812