UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, et al.,<br><br>    Defendants. | Case No. 20-CV-05799-LHK<br><br>**CASE MANAGEMENT ORDER** |

<u>Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; NAACP</u>: Sadik Huseny, Melissa Arbus Sherry, and Anne Robinson
<u>Attorneys for above Plaintiffs and Navajo Nation</u>: Ezra Rosenberg and Thomas Wolf
<u>Attorney for Plaintiff Navajo Nation</u>: Jason Searle
<u>Attorney for Plaintiff City of Los Angeles</u>: Michael Dundas
<u>Attorney for Plaintiff County of Los Angeles</u>: David Holtzman
<u>Attorney for Plaintiff City of Salinas</u>: Michael Mutalipassi
<u>Attorney for Plaintiff City of Chicago</u>: Rebecca Hirsch
<u>Attorney for Plaintiff Gila River Indian Community</u>: Merrill Godfrey
<u>Attorneys for Defendants</u>: John Coghlan, Diane Kelleher, Brad Rosenberg, and Alexander Sverdlov

    On January 4, 2021, the Court held a case management conference. The Court set a further case management conference on January 11, 2021 at 3 p.m. The parties shall file a joint case management statement on January 11, 2021 at 10 a.m.

1

Case No. 20-CV-05799-LHK
CASE MANAGEMENT ORDER

Pursuant to the parties' request, the January 12 and 19, 2021 briefing schedule and January 28, 2021 hearing date on Defendants' motion to convene a three-judge court, ECF No. 413, remain as set, and the Court will likely vacate the hearing date after briefing is completed.

Plaintiffs' motion for discovery sanctions regarding the summary report data responsive to Plaintiffs' sufficient-to-show requests, ECF No. 424 at 2, shall be filed by January 5, 2021 at 6 p.m. Defendants' response is due on January 7, 2021. Plaintiffs' reply is due by January 8, 2021 at 2 p.m. After briefing is completed, the Court will decide whether the Court or the Magistrate Judge Panel will preside over this motion.

Plaintiffs also stated that they may file another discovery-related motion after receiving certain promised information from Defendants. Thus, the deadline for this motion set in ECF No. 421 is vacated. The Magistrate Judge Panel will preside over this motion, so the parties shall coordinate the motion briefing and any hearing schedule with the Magistrate Judge Panel.

Following consultation with the parties and consideration of the parties' proposed case schedule amendments, the Court set the following case schedule:

| Scheduled Event | Old Date | New Date |
| --- | --- | --- |
| Close of Fact Discovery | January 7, 2021 | January 21, 2021 |
| Opening Expert Reports | January 14, 2021 | January 26, 2021 |
| Rebuttal Expert Reports | January 21, 2021 | February 2, 2021 |
| Close of Expert Discovery | January 28, 2021 | February 9, 2021 |
| Cross-Motions for Summary Judgment (one per side in the entire case) | February 4, 2021 | February 16, 2021 |
| Cross-Oppositions to Motions for Summary Judgment | February 11, 2021 | February 23, 2021 |
| Hearing on Motions for Summary Judgment | February 18, 2021 at 1:30 p.m. | March 2, 2021 at 1:30 p.m. |
| Motions in Limine (three per side, limited to three pages each) | March 5, 2021 | March 5, 2021 |
| Oppositions to Motions in Limine | March 8, 2021 | March 8, 2021 |

| Final Pretrial Conference | March 11, 2021 at 1:30 p.m. | March 11, 2021 at 1:30 p.m. |
|---|---|---|
| Jury Trial | March 19, 2021 at 9:00 a.m. | March 19, 2021 at 9:00 a.m. |
| Length of Trial | 5 days | 5 days |

**IT IS SO ORDERED.**

Dated: January 4, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge