1  LATHAM & WATKINS LLP
     Sadik Huseny (Bar No. 224659)
2       sadik.huseny@lw.com
     Steven M. Bauer (Bar No. 135067)
3       steven.bauer@lw.com
     Amit Makker (Bar No. 280747)
4       amit.makker@lw.com
     Shannon D. Lankenau (Bar No. 294263)
5       shannon.lankenau@lw.com
   505 Montgomery Street, Suite 2000
6  San Francisco, CA 94111
   Telephone: 415.391.0600
7  Facsimile: 415.395.8095

8  LATHAM & WATKINS LLP
     Melissa Arbus Sherry (*pro hac vice*)
9       melissa.sherry@lw.com
     Richard P. Bress (*pro hac vice*)
10      rick.bress@lw.com
     Anne W. Robinson (*pro hac vice*)
11      anne.robinson@lw.com
     Tyce R. Walters (*pro hac vice*)
12      tyce.walters@lw.com
     Gemma Donofrio (*pro hac vice*)
13      gemma.donofrio@lw.com
   555 Eleventh Street NW, Suite 1000
14 Washington, D.C. 20004
   Telephone: 202.637.2200
15 Facsimile: 202.637.2201

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
  Kristen Clarke (*pro hac vice*)
     kclarke@lawyerscommittee.org
  Jon M. Greenbaum (Bar No. 166733)
     jgreenbaum@lawyerscommittee.org
  Ezra D. Rosenberg (*pro hac vice*)
     erosenberg@lawyerscommittee.org
  Ajay P. Saini (*pro hac vice*)
     asaini@lawyerscommittee.org
  Maryum Jordan (Bar No. 325447)
     mjordan@lawyerscommittee.org
  Pooja Chaudhuri (Bar No. 314847)
     pchaudhuri@lawyerscommittee.org
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202.662.8600
Facsimile: 202.783.0857

16            UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                  SAN JOSE DIVISION

18 | NATIONAL URBAN LEAGUE, et al., | CASE NO. 5:20-cv-05799-LHK
19 |                Plaintiffs,      | **DECLARATION OF AMIT MAKKER
20 |       v.                        | IN SUPPORT OF PLAINTIFFS'
21 | WILBUR L. ROSS, JR., et al.,    | RENEWED MOTION TO COMPEL
                                       AND FOR SANCTIONS**
22 |                Defendants.      | Place: Courtroom 8
                                       Judge: Hon. Lucy H. Koh

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
MAKKER DECL. ISO PLTFS.' RENEWED
MOT. TO COMPEL AND FOR SANCTIONS

I, Amit Makker, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, an associate at Latham & Watkins LLP, and counsel for Plaintiffs in the above-titled action. I make this declaration in support of Plaintiffs' Renewed Motion to Compel and for Sanctions. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Census Bureau's "2020 Census Completion Rates: Frequently Asked Questions," available at https://www.census.gov/content/dam/Census/newsroom/press-kits/2020/nrfu-deadline-completion-rates-faq.pdf.

3. On the parties meet and confer on December 2, 2020, Defendants' counsel Aleks Sverdlov represented that "CIG" briefing decks could satisfy Plaintiffs' sufficient-to-show requests and would be "granular," but that "CIG" briefing decks were going through Title 13 confidentiality review. Mr. Sverdlov also stated that they would pursue the issue of database queries.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between Sadik Huseny and Aleks Sverdlov, dated January 3, 2021.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Deposition Transcript of Tamara Adams (rough), dated December 17, 2020.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Defendants' Response to Plaintiffs' First Set of Interrogatories, dated January 4, 2020.

7. The data and snapshot referenced beginning on page 15, line 14 of Plaintiffs' Motion came from an Excel worksheet, titled Interrogatory 2, served in conjunction with Defendants' Response to Plaintiffs' First Set of Interrogatories, dated January 4, 2020.

8. The data and snapshot referenced beginning on page 16, line 6 of Plaintiffs' Motion came from an Excel worksheet, titled Interrogatory 7, served in conjunction with Defendants' Response to Plaintiffs' First Set of Interrogatories, dated January 4, 2020.

I declare under penalty of perjury under the laws of the United States of America that each of the foregoing facts is true and correct.

| | |
|---|---|
| Executed on: January 5, 2021 | LATHAM & WATKINS LLP<br><br>By:  /s/ Amit Makker<br>      Amit Makker<br><br>Amit Makker (Bar No. 280747)<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:  415.391.0600<br>Facsimile:  415.395.8095<br><br>*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

| | |
|---|---|
| Dated: January 5, 2021 | **LATHAM & WATKINS LLP**<br><br>By:  */s/ Sadik Huseny*<br>      Sadik Huseny |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
MAKKER DECL. ISO PLTFS.' RENEWED
MOT. TO COMPEL AND FOR SANCTIONS