UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, et al.,<br><br>Defendants. | Case No. 20-CV-05799-LHK<br><br>**ORDER RE: PLAINTIFFS' RENEWED MOTION TO COMPEL AND FOR SANCTIONS**<br><br>Re: Dkt. No. 433 |

The Magistrate Judge Panel will preside over Plaintiffs' renewed motion to compel and for sanctions, ECF No. 433.  If the Panel deems a hearing necessary, the Panel will schedule a hearing in consultation with the parties.

**IT IS SO ORDERED.**


Dated: January 8, 2021

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1