UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No. 20-CV-05799-LHK <br><br> **CASE MANAGEMENT ORDER** |

<u>Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; NAACP</u>: Sadik Huseny, Melissa Arbus Sherry, Anne Robinson, and Steven Bauer
<u>Attorneys for above Plaintiffs and Navajo Nation</u>: Ajay Saini and Thomas Wolf
<u>Attorney for Plaintiff Navajo Nation</u>: Jason Searle
<u>Attorney for Plaintiff City of Los Angeles</u>: Danielle Goldstein
<u>Attorney for Plaintiff County of Los Angeles</u>: David Holtzman
<u>Attorney for Plaintiff City of Salinas</u>: Michael Mutalipassi
<u>Attorney for Plaintiff City of Chicago</u>: Rebecca Hirsch
<u>Attorney for Plaintiff Gila River Indian Community</u>: Merrill Godfrey
<u>Attorneys for Defendants</u>: John Coghlan, Diane Kelleher, Brad Rosenberg, and Alexander Sverdlov

On January 11, 2021, the Court held a case management conference. The Court set a

further case management conference for January 15, 2021 at noon. The parties shall file a joint discovery status report by January 15, 2021 at 9 a.m.

Defendants must review all documents that Defendants have segregated for Defendant's 7 search terms ("DOJ," "usdoj.gov", "WP", "declaration" within 10 of "draft," "ACP," "attorney client," and "work product") or possible attorney work-product: (1) for which no attorney is the sender, recipient or carbon copied recipient, or (2) for which Michael Cannon, Melissa Creech and/or Miles Ryan is the sender, recipient or carbon copied recipient. Based on Defendants' review, Defendants must log the privileged documents on Defendants' privilege log; produce the responsive, non-privileged documents to Plaintiffs; or produce the non-responsive documents to the Magistrate Judge Panel for in camera review. Defendants shall file a declaration that they have completed this review by January 14, 2021. Defendants shall produce the privilege log and start producing the documents from this review to Plaintiffs and the Magistrate Judge Panel by January 15, 2021.

By January 12, 2021, Defendants shall file a declaration identifying all the dates of their document collections and identifying the custodians from whom documents were collected for each of these collections.

By January 12, 2021, Defendants shall file a declaration stating that there are no further documents of Census Bureau Chief Operating Officer Enrique Lamas that need to be produced and explaining how and when Chief Operating Officer Lamas' documents were collected.

By January 14, 2021, Defendants shall file a declaration explaining how and when the Data Quality Executive Governance Group's documents were collected and identifying the documents produced from this group.

By January 15, 2021, Defendants shall file a declaration stating that there are no further documents of Associate Director for Field Operations Timothy Olson that need to be produced and explaining how and when Associate Director Olson's documents were collected.

Defendants shall file the document retention policies of the Census Bureau and the Department of Commerce by January 15, 2021.

At the case management conference, Defendants stated that they would be producing 3 witnesses, specifically Associate Director for Decennial Census Programs Albert E. Fontenot, Jr., Assistant Director for Field Operations James T. Christy, and Chief of the Decennial Informational Technology Division Barbara M. LoPresti, for the Census Bureau's 30(b)(6) deposition. Plaintiffs shall have a total of 17 hours for these 3 witnesses' depositions.

The Court extends the number of interrogatories from 10 to 15 for each side.

The Court extends the fact discovery cut-off from January 21, 2021 to January 22, 2021. For the convenience of the parties, the case schedule with the new fact discovery cut-off is produced below.

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | January 22, 2021 |
| Opening Expert Reports | January 26, 2021 |
| Rebuttal Expert Reports | February 2, 2021 |
| Close of Expert Discovery | February 9, 2021 |
| Cross-Motions for Summary Judgment (one per side in the entire case) | February 16, 2021 |
| Cross-Oppositions to Motions for Summary Judgment | February 23, 2021 |
| Hearing on Motions for Summary Judgment | March 2, 2021 at 1:30 p.m. |
| Motions in Limine (three per side, limited to three pages each) | March 5, 2021 |
| Oppositions to Motions in Limine | March 8, 2021 |
| Final Pretrial Conference | March 11, 2021 at 1:30 p.m. |
| Jury Trial | March 19, 2021 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: January 11, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

3

Case No. 20-CV-05799-LHK
CASE MANAGEMENT ORDER