JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | CASE NO. 5:20-cv-05799-LHK |
| Plaintiffs, | **DECLARATION OF DIANE KELLEHER** |
| v. | |
| WILBUR L. ROSS, JR., et al., | Place: Courtroom 8 |
| Defendants. | Judge: Hon. Lucy H. Koh |

I, Diane Kelleher, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an Assistant Branch Director of the Federal Programs Branch, an office within the Civil Division of the United States Department of Justice. I joined the Department of Justice in 2000 as a Federal Programs Branch trial attorney. Previously I worked for several years at the law firm of Davis Polk & Wardwell LLP, and before that I served as a law clerk for a federal district court judge in the District of Massachusetts. In 2013, I was promoted to the position of Assistant Branch Director, a career civil-service position, within the Federal Programs Branch. My direct supervisor is one of three Federal Programs Branch Directors, Alexander K. Haas, who also is a career federal civil servant.

2. The principal responsibility of the Federal Programs Branch ("the Branch") is to defend civil actions in federal district court in which the legality of Federal Government programs, policies, and decisions is challenged. The Branch represents the Government in the above-captioned case. I am one of two Assistant Branch Directors who supervise the Branch attorneys working on this matter.

3. I make this Declaration on behalf of the Defendants in the above-captioned matter based on my personal knowledge and information provided to me in the course of my official duties, including the information provided in the Declaration of Megan Heller, which is being filed contemporaneously.

4. I make this Declaration in support of Defendants' response to the Court's Order of January 11, 2012 (ECF 444), in which the Court ordered a declaration to attest to the production of documents from Census Bureau custodian Enrique Lamas.

5. Emails from Mr. Lamas were collected in the manner described in Ms. Heller's

Declaration dated January 12, 2020, and then searched using specified search terms.  *See* Heller Decl. ¶¶ 8, 10, 12-14, 16-18.  Defendants produced emails from Mr. Lamas from the time period of May 11, 2020 to December 16, 2020, on December 31, 2020, and January 12, 2021.  *See id.* ¶ 18.

6. Emails from Mr. Lamas from the time period of December 16, 2020 to the end of his service at the Census Bureau are being prepared for processing and production.  *See id.*  I understand that Mr. Lamas retired from federal service on or about January 1, 2021, and Defendants do not anticipate the need to conduct any additional collections of his emails.  *See id.*

7. To the extent any of Mr. Lamas's emails are involved in Defendants' privilege screening efforts, Defendants will address any such documents in accordance with the Court's January 11, 2021 order.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 12, 2021.

_____
DIANE KELLEHER