1  JENNIFER B. DICKEY
   Acting Assistant Attorney General
2  JOHN V. COGHLAN
   Deputy Assistant Attorney General
3  AUGUST E. FLENTJE
   Special Counsel to the Assistant Attorney General
4  ALEXANDER K. HAAS
5  Branch Director
   DIANE KELLEHER
6  BRAD P. ROSENBERG
   Assistant Branch Directors
7  ELLIOTT M. DAVIS
8  STEPHEN EHRLICH
   JOHN J. ROBINSON
9  ALEXANDER V. SVERDLOV
   M. ANDREW ZEE
10 Trial Attorneys
11 U.S. Department of Justice
   Civil Division, Federal Programs Branch
12 1100 L Street, NW
   Washington, D.C. 20005
13 Telephone: (202) 305-0550
14
15 *Attorneys for Defendants*
16
17             **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
18                      **SAN JOSE DIVISION**
19

| | |
|---|---|
| 20   NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| 21          Plaintiffs, | **DEFENDANTS' RESPONSE TO CASE** |
| 22       v. | **MANAGEMENT ORDER, ECF No. 444** |
| 23 | |
| 24   WILBUR L. ROSS, JR., *et al.*, | |
| 25          Defendants. | |

26
27
28

DEFENDANTS' RESPONSE TO
CASE MANAGEMENT ORDER, ECF No. 444
Case No. 5:20-cv-05799-LHK

1    In response to the Court's January 11, 2021 Case Management Order which required

2  Defendants to provide "[b]y January 14, 2021, Defendants shall file a declaration explaining how

3  and when the Data Quality Executive Governance Group's documents were collected and

4  identifying the documents produced from this group" (ECF 444 at 2), Defendants submit the

5  attached Declaration of Kathleen Styles.

6

7

8  DATED:  January 14, 2021                          Respectfully submitted,

9                                                    JEFFREY BOSSERT CLARK
                                                     Acting Assistant Attorney General
10
                                                     JOHN V. COGHLAN
11                                                   Deputy Assistant Attorney General

12
                                                     AUGUST E. FLENTJE
13                                                   Special Counsel to the Assistant Attorney
                                                     General
14
                                                     ALEXANDER K. HAAS
15                                                   Branch Director

16
                                                     DIANE KELLEHER
17                                                   BRAD P. ROSENBERG
                                                     Assistant Branch Directors
18
                                                     */s/ Alexander V. Sverdlov*
19                                                   ELLIOTT M. DAVIS
                                                     STEPHEN EHRLICH
20                                                   JOHN J. ROBINSON
                                                     ALEXANDER V. SVERDLOV
21                                                   M. ANDREW ZEE
                                                     Trial Attorneys
22                                                   U.S. Department of Justice
                                                     Civil Division, Federal Programs Branch
23                                                   1100 L Street, NW
                                                     Washington, D.C. 20005
24                                                   Telephone: (202) 305-0550
25
                                                     *Attorneys for Defendants*
26

27

28

DEFENDANTS' RESPONSE TO
CASE MANAGEMENT ORDER, ECF No. 444
Case No. 5:20-cv-05799-LHK

1