JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
ELLIOTT M. DAVIS
M. ANDREW ZEE
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al*., | Case No. 5:20-cv-05799-LHK |
| Plaintiff, | **SECOND DECLARATION OF KATHLEEN M. STYLES** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

1    I, Kathleen M. Styles, make the following Declaration pursuant to 28 U.S.C. § 1746, and

2    state that under penalty of perjury the following is true and correct to the best of my knowledge

3    and belief:

4    1.    I currently serve as the Chief, Decennial Communications and Stakeholder Rela-

5    tionships in the Census Bureau; my job responsibilities include overseeing production of docu-

6    ments and information from the Census Bureau in response to the Plaintiffs in this lawsuit.

7    2.    This is my second declaration in this lawsuit.  I submit this declaration in response

8    to the Court's Case Management Order dated January 11, 2021 (ECF 444) directing Defendants

9    to file a declaration explaining how and when the Data Quality Executive Guidance Group's

10   ("Data Quality EGG") documents were collected and identifying the documents produced from

11   this group.  The information in this declaration is based upon my personal knowledge and infor-

12   mation I obtained in the course of my official duties.

13   3.    The Census Bureau's Data Quality EGG documents are maintained by Jennifer

14   Ortman.  Approximately once a week she emails the documents from the prior week's meetings

15   to my staff, and copies me.  We then periodically produce them to counsel at the Department of

16   Commerce ("DOC") for production to Plaintiffs in this lawsuit.

17   4.    Before turning these documents over to counsel for production, we first review

18   them for to determine if they contain confidential Title 13 data.  Those that contain Title 13 data

19   we send to the Disclosure Review Board ("DRB") for their review and potential redaction prior to

20   production.  The DRB process ensures that information produces released by the Census Bureau

21   adhere to the confidentiality requirements of Title 13 and other applicable statutes.  After review,

22   the DRB appends a DRB release number to the document.

23   5.    The attached shows the dates we provided documents to DOC.  The recently-filed

24   declaration from Megan Heller (ECF 445-1) indicates that documents from the Data Quality EGG

25   were uploaded to Kiteworks, the DOC secure file collaboration site, on the following days:

26   a.    12 documents related to the Data Quality EGG were uploaded November 25

27   b.    One document related to the Data Quality EGG was uploaded November 30

1        c.   Four documents related to the Data Quality EGG were uploaded December 10

2        d.   28 documents related to the Data Quality EGG were uploaded were uploaded De-

3           cember 14

4        e.   Six documents related to the Data Quality EGG were uploaded on January 11, 2021

5     6.     In addition to the documents listed above, I understand that DOC will produce on

6  January 14, 2021 the Data Quality EGG documents that we provided to DOC the prior day.

7     7.     I have read the foregoing and it is all true and correct.

8

9  DATED this ___ day of January, 2021

10

11

12

13

14  Kathleen M. Styles

15  Chief, Decennial Communications and Stakeholder Relationships

16

17  Attachment:  List of Data Quality EGG documents provided

18

19

20

21

22

23

24

25

26

27

28