| Document Name | Date Delivered to DOC |
|---|---|
| 2019_02_Keller_JSM_Paper tradeoff ARs vs count imp | 12/14/2020 |
| 2020 and 2010 Count Imputation with Realistic Missingness | 12/14/2020 |
| 2020 Count Imputation Conditions to be Unbiased | 12/14/2020 |
| 2020 DA_EGG_v3 | 12/14/2020 |
| 20200514 Admin Usage Update Draft Finalv2 pdf | 12/14/2020 |
| 20200709 Off Campus Housing Units Update 070920_Redacted | 12/14/2020 |
| AR Modeling and Enumeration Update 111220_Redacted | 12/14/2020 |
| count imp ovvw for 05 26 20 mtg v05-1 | 12/14/2020 |
| count imp proc for 06 17 20 mtg v11-1 | 12/14/2020 |
| count imputation counts in 2000 and 2010 3 columns only | 12/14/2020 |
| count imputation overview 20201120 | 12/14/2020 |
| Count Imputation Overview | 12/14/2020 |
| Count Imputation simuations with 5 percent summary | 12/14/2020 |
| Count imputation simulations with 5 percent | 12/14/2020 |
| DSSD 2010 MEMO SERIES J-12 DRB-B0001-CED-20181004-1 | 12/14/2020 |
| EGG Presentation - Data Quality Update 1 v2_Redacted | 12/14/2020 |
| EGG_Alternates_081320_Draft3 | 12/14/2020 |
| J-01 2020 Count Imputation research and recomm _revised-2 | 12/14/2020 |
| J-02 2020 Count Imputation research and recomm _revised-2_Redacted | 12/14/2020 |
| keller CI Simulation 2020 08 27 | 12/14/2020 |
| Preliminary Results - Off Campus Housing Units v3_Redacted | 12/14/2020 |
| WRB notes on count imputation presentation 10-8-2020 | 12/14/2020 |
| WRB notes on count imputation presentation 10-8-2020_worddoc | 12/14/2020 |
| PES A-03 COVID-19 Changes and Impacts 20200831 | 12/14/2020 |
| PES A-04 Response to COVID-19 20200831 | 12/14/2020 |
| 2020 Census Data Quality Metrics 09212020 | 12/14/2020 |
| 2020 Census Quality Metrics Candidates DSSD 20200908 (2) | 12/14/2020 |
| 20200813 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20200820 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20200424 Data Quality EGG Charter FINAL-signed | 11/25/2020 |
| 20201001 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20200917 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20200827 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201022 Data Quality EGG Meeting Notes | 11/25/2020 |

| | |
|---|---|
| 20201015 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201112 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201029 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201008 Data Quality EGG Meeting Notes | 11/25/2020 |
| Data Quality EGG Meeting Minutes April 23-July 9 (1) | 11/25/2020 |
| 20201120 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201206 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201204 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201203 Data Quality EGG Meeting Notes | 11/25/2020 |
| 20201125 Data Quality EGG Meeting Notes | 11/25/2020 |
| 2020 Census Data Quality Metrics Definitions - DRAFT_11182020 | 1/11/2021 |
| 14442-eng | 1/11/2021 |
| 05342427-rodriquez et al 2010 | 1/11/2021 |
| GQ Data Quality Next Steps_12042020 | 1/11/2021 |
| 2020 Census Proposed Data Quality Metrics-Apportionment 11182020 | 1/11/2021 |
| 2020 Census Release Schedule Proposed Data Quality Metrics Apportionment 11182020 | 1/11/2021 |
| 2020 Census Data Quality Metrics Definitions - DRAFT_11182020 | 1/13/2021 |
| 2020 Census Proposed Data Quality Metrics-Apportionment 11182020 | 1/13/2021 |
| 2020 Census Release Schedule Proposed Data Quality Metrics Apportionment 11182020 | 1/13/2021 |
| EGG Presentation - Data Quality Update 1 v2 | 1/13/2021 |
| EGG Presentation - Data Quality Update 2 | 1/13/2021 |
| GQ Data Quality Next Steps_12042020 | 1/13/2021 |
| boxplot_pop_diff_501s | 1/13/2021 |
| EGG Update- GQ Undercount_12062020 | 1/13/2021 |
| GQ Model Imputation 120620 | 1/13/2021 |
| GQ_Map_Notes | 1/13/2021 |
| GQ_MAPS_01 | 1/13/2021 |
| gq_review_120620a | 1/13/2021 |
| Data Quality EGG 12 15 20 - Group Quarters Imputation Methodology | 1/13/2021 |
| DQ EGG pres 12 15 20 | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122120 Draft | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122220 Draft ADK | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122220 Draft | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122220 Draft_JEZ edit | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122320 Draft ADK | 1/13/2021 |

| | |
|---|---|
| 2020 Census Group Quarters Imputation Specification 122320 Draft | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122420 Draft ADK | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122420 Draft JEZ | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122620 Draft | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122620 Draft JEZ | 1/13/2021 |
| 2020 Census Group Quarters Imputation Specification 122720 Draft JEZ | 1/13/2021 |
| Box and Whisker Plot All 1.0 | 1/13/2021 |
| Box and Whisker Plot Full Covariates 2.0 | 1/13/2021 |
| Box and Whisker Plots Full Covariates 1.0 | 1/13/2021 |
| Data Dictionary For POP | 1/13/2021 |
| Data Quality EGG 12 15 20 - Group Quarters Imputation Methodology | 1/13/2021 |
| DDB78D6 | 1/13/2021 |
| GQ CI slides 20201223 2.0 | 1/13/2021 |
| GQ CI slides 20201223 jez | 1/13/2021 |
| GQ CI slides 20201223 pjc | 1/13/2021 |
| GQ CI slides 20201223 | 1/13/2021 |
| GQ CI slides | 1/13/2021 |
| GQ Imputation Methodology Memo notes | 1/13/2021 |
| GQ Model Imputation 120620 | 1/13/2021 |
| GQ Model Imputation 121320 | 1/13/2021 |
| GQ Model Imputation 121420 | 1/13/2021 |
| GQ Model Imputation 121620 | 1/13/2021 |
| GQ Model Imputation 121720 | 1/13/2021 |
| GQ Model Imputation 122020 pjc | 1/13/2021 |
| GQ Model Imputation 122020 | 1/13/2021 |
| GQ Model Imputation 122120 | 1/13/2021 |
| GQ Model Imputation 122220 | 1/13/2021 |
| GQ_MAFID_CNTS_DataDictionary_v2 | 1/13/2021 |
| GQ_MAFID_DSSD_OUT_DataDictionary | 1/13/2021 |
| GQCI alternate approach v02 | 1/13/2021 |
| Group Quarter Imputations Methodology using IPEDS - 121320 | 1/13/2021 |
| Group Quarter Imputations Methodology using IPEDS - 121420 tkw | 1/13/2021 |
| Group Quarters Imputation Methodology - 121220 tk pjc | 1/13/2021 |
| Group Quarters Imputation Methodology - 121220 tk | 1/13/2021 |
| Group Quarters Imputation Methodology - 121220 | 1/13/2021 |

| | |
|---|---|
| Group Quarters Imputation Methodology - 121320 | 1/13/2021 |
| Group Quarters Imputation Methodology - 121420 jez | 1/13/2021 |
| Group Quarters Imputation Methodology - 121420 pjc | 1/13/2021 |
| Group Quarters Imputation Methodology - 121420 | 1/13/2021 |
| Group Quarters Imputation Methodology - Quality EGG 121520 | 1/13/2021 |
| Group Quarters Imputation Methodology version 1 - for merge | 1/13/2021 |
| Group Quarters Imputation Methodology version 1 | 1/13/2021 |
| Group Quarters Imputation Methodology version 2 (clean) | 1/13/2021 |
| Group Quarters Imputation Methodology version 2 pjc | 1/13/2021 |
| Group Quarters Imputation Methodology version 2 | 1/13/2021 |
| Group Quarters Imputation Methodology version 3 pjc | 1/13/2021 |
| Group Quarters Imputation Methodology version 3.1 | 1/13/2021 |
| Group Quarters Imputation Methodology version 3.1-JMA comments | 1/13/2021 |
| Group Quarters Imputation Methodology version 3.2 | 1/13/2021 |
| Group Quarters Imputation Methodology version 3.3 | 1/13/2021 |
| Group Quarters Imputation Methodology version 3.4 | 1/13/2021 |
| Group Quarters Imputation Methodology version 3 | 1/13/2021 |
| HB edits spec | 1/13/2021 |
| HBedits | 1/13/2021 |
| Imputation Paths | 1/13/2021 |
| Imputation Run 122420 | 1/13/2021 |
| Issue List 122620 | 1/13/2021 |
| Issue List 122720 | 1/13/2021 |
| Matt_QuestionMAFIDs | 1/13/2021 |
| Matt_QuestionMAFIDs_Another | 1/13/2021 |
| Meeting notes re GQ 12-18-2020 | 1/13/2021 |
| new edit tables | 1/13/2021 |
| new tables 121620 | 1/13/2021 |
| New Tables 122320 | 1/13/2021 |
| Rankings on Full Covariates 1.0 | 1/13/2021 |
| Specification for CES Imputation method 122420 Draft | 1/13/2021 |
| Truth Deck Construction 121920 | 1/13/2021 |
| gq_update_122320 | 1/13/2021 |
| gq_update_12082020 | 1/13/2021 |
| gq_update_12082020a | 1/13/2021 |

| | |
|---|---|
| gq_update_12092020a | 1/13/2021 |
| 20201120 Data Quality EGG Meeting Notes_Redacted | 1/13/2021 |
| 20201125 Data Quality EGG Meeting Notes_Redacted | 1/13/2021 |
| 20201203 Data Quality EGG Meeting Notes_Redacted | 1/13/2021 |
| 20201204 Data Quality EGG Meeting Notes_Redacted | 1/13/2021 |
| 20201206 Data Quality EGG Meeting Notes_Redacted | 1/13/2021 |
| 20201210 Data Quality EGG Meeting Part 1 Notes_Redacted | 1/13/2021 |
| 20201210 Data Quality EGG Meeting Part 2 Notes_Redacted | 1/13/2021 |
| 20201215 Data Quality EGG Meeting Notes_Redacted | 1/13/2021 |
| 20201223 Data Quality EGG Meeting Notes_Redacted | 1/13/2021 |