JENNIFER B. DICKEY
Acting Assistant Attorney General
JOHN V. COGHLAN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., et al., <br><br> Defendants. | CASE NO.  5:20-cv-05799-LHK <br><br> **DECLARATION OF DIANE KELLEHER** |

I, Diane Kelleher, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an Assistant Branch Director of the Federal Programs Branch, an office within the Civil Division of the United States Department of Justice. I joined the Department of Justice in 2000 as a Federal Programs Branch trial attorney. Previously I worked for several years at the law firm of Davis Polk & Wardwell LLP, and before that I served as a law clerk for a federal district court judge in the District of Massachusetts. In 2013, I was promoted to the position of Assistant Branch Director, a career civil-service position, within the Federal Programs Branch. My direct supervisor is one of three Federal Programs Branch Directors, Alexander K. Haas, who also is a career federal civil servant.

2. The principal responsibility of the Federal Programs Branch ("the Branch") is to defend civil actions in federal district court in which the legality of Federal Government programs, policies, and actions is challenged. The Branch represents the Government in the above-captioned case. I am one of two Assistant Branch Directors who supervise the other Branch attorneys working on this matter.

3. I make this Declaration on behalf of the Defendants in the above-captioned matter based on my personal knowledge and information provided to me in the course of my official duties.

4. I make this Declaration in support of Defendants' response to the Court's Order of January 11, 2021 (ECF 444), in which the Court ordered a declaration to attest to the completion of the review process for material Defendants have segregated out as possible attorney work product. In particular, the Court ordered that Defendants "must review all documents that Defendants have segregated for Defendant's 7 search terms ("DOJ," "usdoj.gov", "WP", "declaration" within 10 of "draft," "ACP," "attorney client," and "work product") or possible attorney work-product: (1) for which no attorney is the sender, recipient or carbon copied recipient, or (2) for which Michael Cannon, Melissa Creech and/or Miles Ryan is the sender, recipient or carbon copied recipient. Based on Defendants' review, Defendants must log the privileged documents on Defendants' privilege log; produce the responsive, non-privileged documents to Plaintiffs; or produce the non-responsive documents to the Magistrate Judge Panel for in camera review. Defendants shall file a declaration that they have completed this review by January 14,

2021. Defendants shall produce the privilege log and start producing the documents from this review to Plaintiffs and the Magistrate Judge Panel by January 15, 2021."

5. Consistent with the Court's Order, Defendants undertook review of those documents that fall within categories (1) and (2) of the segregated material that the Court specified.

6. As of the time of this Declaration, Defendants have completed their review process. For the material on which Defendants made determinations, privileged documents are being placed on a log; Defendants are preparing to produce responsive, non-privileged documents to Plaintiffs; and Defendants are preparing to produce any documents deemed non-responsive to the Magistrate Judge Panel for *in camera* inspection.  Defendants were not able to make determinations on all of the documents that fall within categories (1) and (2) of the segregated materials specified above. Defendants are preparing to produce any documents on which determinations were not made to Plaintiffs along with responsive, non-privileged documents.  Consistent with the Court's Order, Defendants are preparing to "produce the privilege log and start producing the documents from this review to Plaintiffs and the Magistrate Judge Panel" on January 15, 2021.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 14, 2021.

_____
DIANE KELLEHER