[Counsel identified on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | CASE NO.  5:20-cv-05799-LHK |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING CENSUS AND POPULATION COUNTS AND 21-DAY STAY OF PROCEEDINGS** |
| v. | |
| WILBUR L. ROSS, JR., et al., | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation:

WHEREAS, for the reasons set forth below, in light of the current depositions, motions and discovery deadlines on calendar and the pending transition to a new Administration, Defendants have requested a 21-day stay of the case in order to provide for an orderly transition and to let the new Administration assess this case;

WHEREAS, Defendants state that the Census Bureau will not be in position to finalize or provide apportionment data until many weeks after January 20, 2021, the date on which the incoming Administration will take responsibility for supervision of the Census Bureau;

WHEREAS, Defendants state that the Census Bureau will not be in position to finalize or provide reports, estimates, or data relating to (i) the July 21, 2020 Presidential Memorandum on Excluding Illegal Aliens from the Apportionment Base Following the 2020 Census or (ii) Executive Order 13880, entitled Collecting Information About Citizenship Status in Connection with the Decennial Census (July 11, 2019), until many weeks after January 20, 2021;

WHEREAS, this ongoing litigation has required Defendants to expend substantial resources, including for preparation of many depositions scheduled for next week and the production of numerous documents and materials;

WHEREAS, Defendants believe that the public interest would be served by staying all proceedings in this litigation for 21 days, in that such a stay would permit the incoming Administration to evaluate the Census Bureau's and the Department of Commerce's operations and assess, among other things, the interests of the United States and its litigating positions in light of Plaintiffs' claims in this case;

WHEREAS, Plaintiffs are amenable to a 21-day stay, based on Defendants' express acknowledgments and representations below, provided to ensure that Plaintiffs are not prejudiced in any way by a stay.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

NOW, THEREFORE, DEFENDANTS HEREBY STIPULATE AS FOLLOWS:

1) Reports, estimates, or data relating to the July 21, 2020 Presidential Memorandum on Excluding Illegal Aliens from the Apportionment Base Following the 2020 Census will not be finalized, reported or publicly disclosed prior to the change of Administration on January 20, 2021.  Should such information be finalized after the change of Administration but prior to the end of the proposed stay, Defendants would provide Plaintiffs with 7 days' detailed notice prior to reporting or publicly disclosing it.

2) Reports, estimates, or data relating to Executive Order 13880, entitled Collecting Information About Citizenship Status in Connection with the Decennial Census (July 11, 2019), will not be finalized, reported or publicly disclosed prior to the change of Administration on January 20, 2021.  Should such information be finalized after the change of Administration but prior to the end of the stay, Defendants would provide Plaintiffs with 7 days' detailed notice prior to reporting or publicly disclosing it.

3) Neither the Census Bureau nor the Department of Commerce will report or publicly disclose any population counts or estimates relating to the population as of April 1, 2020, including counts or estimates of the illegal alien/undocumented immigrant population, prior to the change of Administration on January 20, 2021.  To the extent such population counts or estimates are developed after the change of Administration but prior to the end of the stay, Defendants would provide Plaintiffs with 7 days' detailed notice prior to reporting or publicly disclosing them.

4) That  the restrictions contained in (1) – (3) above shall not apply to Defendants' obligations to respond to information requests from Congress or the Office of the Inspector General.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

FURTHER, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

a) That the Court enter a 21-day stay of this case, effective beginning on January 15, 2021 and lifting on February 5, 2021, with any deadlines currently due January 15, 2021 becoming due on February 5, 2021, and all other deadlines commensurately shifted;

b) That the Court resolve Plaintiffs' Renewed Motion to Compel and for Sanctions, ECF No. 433, except that Plaintiffs ask the Court to hold their request for sanctions contained therein in abeyance and not resolve it at this time, subject to Plaintiffs renewing such request in the future if warranted given the parties' ongoing discussions on these matters.  If the Magistrate Judge Panel issues a decision on Plaintiffs' Motion to Compel, the parties reserve their right to appeal that decision to the District Court and the appellate courts, and to seek a stay pending any appeal of any adverse decision;

c) That the parties file a Joint Case Management Statement on February 3, 2021, for a Further Case Management Conference on February 5, 2021 at 10:00 a.m. PT;

d) That, should the parties not reach earlier resolution, the case shall restart on February 5, 2021 under the exact same schedule currently in place, and Defendants will not resist or challenge Plaintiffs taking any of the depositions currently noticed or producing any of the documents and materials Defendants currently are obligated to produce, but Defendants may assert the objections that they would have had in the normal course.

Dated: January 15, 2021

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS** LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League;*
*League of Women Voters; Black Alliance for*
*Just Immigration; Harris County, Texas; King*
*County, Washington; City of San Jose,*
*California; Rodney Ellis; Adrian Garcia; and*
*the NAACP*

Dated: January 15, 2021

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org
Ajay Saini (*pro hac vice*)
asaini@lawyerscommitee.org
Maryum Jordan (Bar No. 325447)
mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL**
**RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League;*
*City of San Jose, California; Harris County,*
*Texas; League of Women Voters; King County,*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

*Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: January 15, 2021

By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF
LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: January 15, 2021          By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

Dated: January 15, 2021          By: /s/ Rafey S. Balabanian
Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)
lhough@edelson.com
**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Rebecca Hirsch (*pro hac vice*)
rebecca.hirsch2@cityofchicago.org
**CORPORATION COUNSEL FOR THE
CITY OF CHICAGO**
Celia Mexa
Stephen J. Kane
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

LATHAM&WATKINS␣␣␣
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1

2    Dated: January 15, 2021                    By: /s/ Donald R. Pongrace
                                                Donald R. Pongrace (*pro hac vice*)
3                                               dpongrace@akingump.com
                                                Merrill C. Godfrey (Bar No. 200437)
4                                               mgodfrey@akingump.com
                                                **AKIN GUMP STRAUSS HAUER & FELD**
5                                               **LLP**
                                                2001 K St., N.W.
6                                               Washington, D.C. 20006
                                                Telephone: (202) 887-4000
7                                               Facsimile: 202-887-4288

8                                               *Attorneys for Plaintiff Gila River Indian*
                                                *Community*
9

10   Dated: January 15, 2021                    By: /s/ David I. Holtzman
                                                David I. Holtzman (Bar No. 299287)
11                                              David.Holtzman@hklaw.com
                                                **HOLLAND & KNIGHT LLP**
12                                              Daniel P. Kappes
                                                Jacqueline N. Harvey
13                                              50 California Street, 28th Floor
                                                San Francisco, CA 94111
14                                              Telephone: (415) 743-6970
                                                Fax: (415) 743-6910
15

16                                              *Attorneys for Plaintiff County of Los Angeles*

17

18   DATED:  January 15, 2021                       JENNIFER B. DICKEY
                                                    Acting Assistant Attorney General
19

20                                                  JOHN V. COGHLAN
                                                    Deputy Assistant Attorney General
21

22                                                  AUGUST E. FLENTJE
                                                    Special Counsel to the Assistant
23                                                   Attorney General

24                                                  ALEXANDER K. HAAS
                                                    Branch Director
25

26                                                  DIANE KELLEHER
                                                    Assistant Branch Director
27

28                                                  /s/ Brad P. Rosenberg
                                                    BRAD P. ROSENBERG (DC Bar # 467513)
                                                    Assistant Branch Director

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1  ALEXANDER V. SVERDLOV
2  STEPHEN EHRLICH
   M. ANDREW ZEE
3  Trial Attorneys
   U.S. Department of Justice
4  Civil Division - Federal Programs Branch
   1100 L Street, NW
5  Washington, D.C. 20005
   Telephone: (202) 305-0550
6
7  *Attorneys for Defendants*

8

9

10  **<u>ATTESTATION</u>**

11      I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this

12  document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred

13  in this filing.

14  Dated: January 15, 2021                **LATHAM & WATKINS** LLP

15                                          By:  */s/ Sadik Huseny*
16                                               Sadik Huseny

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.


DATED: _____          _____
                                        Honorable Lucy H. Koh
                                        United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY