1   [Counsel identified on signature pages]

2

3

4

5

6

7

8

9

10

11                        UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15   NATIONAL URBAN LEAGUE, et al.,              CASE NO.  5:20-cv-05799-LHK

16                           Plaintiffs,         **STIPULATION AND [~~PROPOSED~~]
                  v.                             ORDER REGARDING CENSUS AND
17                                               POPULATION COUNTS AND 21-DAY
     WILBUR L. ROSS, JR., et al.,                STAY OF PROCEEDINGS**

18                           Defendants.

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                        CASE NO. 5:20-CV-05799-LHK
                   STIP. AND [~~PROPOSED~~] ORDER RE CENSUS AND
                          POPULATION COUNTS AND 21-DAY STAY

1

2          Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective

3   counsel, respectfully submit the following Joint Stipulation:

4          WHEREAS, for the reasons set forth below, in light of the current depositions, motions

5   and discovery deadlines on calendar and the pending transition to a new Administration,

6   Defendants have requested a 21-day stay of the case in order to provide for an orderly transition

7   and to let the new Administration assess this case;

8          WHEREAS, Defendants state that the Census Bureau will not be in position to finalize or

9   provide apportionment data until many weeks after January 20, 2021, the date on which the

10  incoming Administration will take responsibility for supervision of the Census Bureau;

11         WHEREAS, Defendants state that the Census Bureau will not be in position to finalize or

12  provide reports, estimates, or data relating to (i) the July 21, 2020 Presidential Memorandum on

13  Excluding Illegal Aliens from the Apportionment Base Following the 2020 Census or (ii)

14  Executive Order 13880, entitled Collecting Information About Citizenship Status in Connection

15  with the Decennial Census (July 11, 2019), until many weeks after January 20, 2021;

16         WHEREAS, this ongoing litigation has required Defendants to expend substantial

17  resources, including for preparation of many depositions scheduled for next week and the

18  production of numerous documents and materials;

19         WHEREAS, Defendants believe that the public interest would be served by staying all

20  proceedings in this litigation for 21 days, in that such a stay would permit the incoming

21  Administration to evaluate the Census Bureau's and the Department of Commerce's operations

22  and assess, among other things, the interests of the United States and its litigating positions in

23  light of Plaintiffs' claims in this case;

24         WHEREAS, Plaintiffs are amenable to a 21-day stay, based on Defendants' express

25  acknowledgments and representations below, provided to ensure that Plaintiffs are not prejudiced

26  in any way by a stay.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
STIP. AND [~~PROPOSED~~] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1

2

NOW, THEREFORE, DEFENDANTS HEREBY STIPULATE AS FOLLOWS:

3

4   1) Reports, estimates, or data relating to the July 21, 2020 Presidential Memorandum on

5       Excluding Illegal Aliens from the Apportionment Base Following the 2020 Census

6       will not be finalized, reported or publicly disclosed prior to the change of

7       Administration on January 20, 2021.  Should such information be finalized after the

8       change of Administration but prior to the end of the proposed stay, Defendants would

9       provide Plaintiffs with 7 days' detailed notice prior to reporting or publicly disclosing

10      it.

11  2) Reports, estimates, or data relating to Executive Order 13880, entitled Collecting

12      Information About Citizenship Status in Connection with the Decennial Census (July

13      11, 2019), will not be finalized, reported or publicly disclosed prior to the change of

14      Administration on January 20, 2021.  Should such information be finalized after the

15      change of Administration but prior to the end of the stay, Defendants would provide

16      Plaintiffs with 7 days' detailed notice prior to reporting or publicly disclosing it.

17  3) Neither the Census Bureau nor the Department of Commerce will report or publicly

18      disclose any population counts or estimates relating to the population as of April 1,

19      2020, including counts or estimates of the illegal alien/undocumented immigrant

20      population, prior to the change of Administration on January 20, 2021.  To the extent

21      such population counts or estimates are developed after the change of Administration

22      but prior to the end of the stay, Defendants would provide Plaintiffs with 7 days'

23      detailed notice prior to reporting or publicly disclosing them.

24  4) That  the restrictions contained in (1) – (3) above shall not apply to Defendants'

25      obligations to respond to information requests from Congress or the Office of the

26      Inspector General.

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

FURTHER, THE PARTIES JOINTLY STIPULATE AS FOLLOWS:

a)  That the Court enter a 21-day stay of this case, effective beginning on January 15, 2021 and lifting on February 5, 2021, with any deadlines currently due January 15, 2021 becoming due on February 5, 2021, and all other deadlines commensurately shifted;

b) That the Court resolve Plaintiffs' Renewed Motion to Compel and for Sanctions, ECF No. 433, except that Plaintiffs ask the Court to hold their request for sanctions contained therein in abeyance and not resolve it at this time, subject to Plaintiffs renewing such request in the future if warranted given the parties' ongoing discussions on these matters.  If the Magistrate Judge Panel issues a decision on Plaintiffs' Motion to Compel, the parties reserve their right to appeal that decision to the District Court and the appellate courts, and to seek a stay pending any appeal of any adverse decision;

c) That the parties file a Joint Case Management Statement on February 3, 2021, for a Further Case Management Conference on February 5, 2021 at 10:00 a.m. PT;

d) That, should the parties not reach earlier resolution, the case shall restart on February 5, 2021 under the exact same schedule currently in place, and Defendants will not resist or challenge Plaintiffs taking any of the depositions currently noticed or producing any of the documents and materials Defendants currently are obligated to produce, but Defendants may assert the objections that they would have had in the normal course.

Dated: January 16, 2021

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
     Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League;
League of Women Voters; Black Alliance for
Just Immigration; Harris County, Texas; King
County, Washington; City of San Jose,
California; Rodney Ellis; Adrian Garcia; and
the NAACP*

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: January 16, 2021

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org
Ajay Saini (*pro hac vice*)
asaini@lawyerscommitee.org
Maryum Jordan (Bar No. 325447)
mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1                                  *Washington; Black Alliance for Just*
*Immigration; Rodney Ellis; Adrian Garcia; the*
2                                  *NAACP; and Navajo Nation*

3                                  Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
4                                  Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
5                                  Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
6                                  **BRENNAN CENTER FOR JUSTICE**
7                                  120 Broadway, Suite 1750
New York, NY 10271
8                                  Telephone: 646.292.8310
Facsimile: 212.463.7308
9

10                                *Attorneys for Plaintiffs National Urban League;*
*City of San Jose, California; Harris County,*
11                              *Texas; League of Women Voters; King County,*
*Washington; Black Alliance for Just*
12                              *Immigration; Rodney Ellis; Adrian Garcia; the*
*NAACP; and Navajo Nation*
13

14                                Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
15                                **PUBLIC COUNSEL**
610 South Ardmore Avenue
16                                Los Angeles, California 90005
Telephone:  213.385.2977
17                                Facsimile:  213.385.9089

18                                *Attorneys for Plaintiff City of San Jose*

19                                Doreen McPaul, Attorney General
dmcpaul@nndoj.org
20                                Jason Searle (*pro hac vice*)
jasearle@nndoj.org
21                                **NAVAJO NATION DEPARTMENT OF**
**JUSTICE**
22                                P.O. Box 2010
Window Rock, AZ 86515
23                                Telephone: (928) 871-6345

24                                *Attorneys for Navajo Nation*

25

    Dated: January 16, 2021                By: /s/ Danielle Goldstein
26                                Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
27                                Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
28                                Danielle Goldstein (Bar No. 257486)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1                                                    danielle.goldstein@lacity.org
                                                 Michael Dundas (Bar No. 226930)

2   mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**

3   200 N. Main Street, 8th Floor
Los Angeles, CA 90012

4   Telephone: 213.473.3231
Facsimile: 213.978.8312

5

6   *Attorneys for Plaintiff City of Los Angeles*

7   Dated: January 16, 2021          By: /s/ Michael Mutalipassi

8   Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us

9   Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us

10  **CITY OF SALINAS**
200 Lincoln Avenue

11  Salinas, CA 93901
Telephone: 831.758.7256

12  Facsimile: 831.758.7257

13

14  *Attorneys for Plaintiff City of Salinas*

15  Dated: January 16, 2021          By: /s/ Rafey S. Balabanian
Rafey S. Balabanian (Bar No. 315962)

16  rbalabanian@edelson.com
Lily E. Hough (Bar No. 315277)

17  lhough@edelson.com
**EDELSON P.C.**

18  123 Townsend Street, Suite 100
San Francisco, CA 94107

19  Telephone: 415.212.9300
Facsimile: 415.373.9435

20

21  Rebecca Hirsch (*pro hac vice*)
rebecca.hirsch2@cityofchicago.org

22  **CORPORATION COUNSEL FOR THE CITY OF CHICAGO**
Celia Mexa

23  Stephen J. Kane

24  121 N. LaSalle Street, Room 600
Chicago, IL 60602

25  Telephone: (312) 744-8143
Facsimile: (312) 744-5185

26

27  *Attorneys for Plaintiff City of Chicago*

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1

2    Dated: January 16, 2021

3

4

5

6

7

8

9

10   Dated: January 16, 2021

11

12

13

14

15

16

17

18   DATED:  January 16, 2021

19

20

21

22

23

24

25

26

27

28

By: /s/ Donald R. Pongrace
Donald R. Pongrace (*pro hac vice*)
dpongrace@akingump.com
Merrill C. Godfrey (Bar No. 200437)
mgodfrey@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

*Attorneys for Plaintiff Gila River Indian Community*

By: /s/ David I. Holtzman
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

JENNIFER B. DICKEY
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel to the Assistant
 Attorney General

ALEXANDER K. HAAS
Branch Director

DIANE KELLEHER
Assistant Branch Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (DC Bar # 467513)
Assistant Branch Director

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALEXANDER V. SVERDLOV
STEPHEN EHRLICH
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-0550

*Attorneys for Defendants*

### ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: January 16, 2021                      **LATHAM & WATKINS** LLP

By:  */s/ Sadik Huseny*
        Sadik Huseny

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

The stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.


DATED: January 15, 2021

_Lucy H. Koh_____
Honorable Lucy H. Koh
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

CASE NO. 5:20-CV-05799-LHK
STIP. AND [~~PROPOSED~~] ORDER RE CENSUS AND
POPULATION COUNTS AND 21-DAY STAY