
JOHN V. COGHLAN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
DIANE KELLEHER
BRAD P. ROSENBERG
Assistant Branch Directors
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN J. ROBINSON
ALEXANDER V. SVERDLOV
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-9803

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*, | Case No. 5:20-cv-05799-LHK |
| PlaintiffS, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | |
| Defendants. | |

Pursuant to Local Rule 5-1(c)(2)(C), I, John V. Coghlan, hereby withdraw my appearance on behalf of Defendants in the above-captioned case because I will be leaving the Department of Justice.  Defendants will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

DATED:  January 19, 2021                              Respectfully submitted,

*/s/ John V. Coghlan*
JOHN V. COGHLAN
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel. (202) 353-2793
John.coghlan2@usdoj.gov

*Attorney for Defendants*