[Counsel identified on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                    Plaintiffs,<br>        v.<br><br>WYNN COGGINS, et al.,<br><br>                    Defendants. | CASE NO.  5:20-cv-05799-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF FURTHER PROCEEDINGS ON PLAINTIFFS' MOTION TO COMPEL** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation, and respectfully request that the Court issue the following order:

WHEREAS, on January 15, 2021, the Court entered the parties' Stipulation and Order Regarding Census and Population Counts and 21-Day Stay of Proceedings ("Stipulation and Order"), ECF No. 456;

WHEREAS, the Stipulation and Order provided for a 21-day stay of this case, beginning January 15, 2021 and ending February 5, 2021, except with respect to Plaintiffs' Renewed Motion to Compel, ECF No. 433, which remained pending before the Magistrate Judge Panel;

WHEREAS, on January 28, 2021, the Magistrate Judge Panel issued a decision granting Plaintiffs' Renewed Motion to Compel and directing Defendants to produce certain data and a declaration by February 1, 2021 at 9:00 a.m. Pacific Time, ECF No. 462;

WHEREAS, the Magistrate Judge Panel further ordered any objection to the decision must be filed "within 48 hours of this order [*i.e.*, by January 30, 2021 at 12:35 PM Pacific Time] or a different deadline, if set by Judge Koh";

WHEREAS, the parties are engaged in ongoing discussions regarding what future proceedings may be appropriate in this case in light of certain actions recently taken by the new Administration, including Executive Order 13986 of January 20, 2021, 86 FR 7015, titled "Ensuring a Lawful and Accurate Enumeration and Apportionment Pursuant to the Decennial Census," *see* ECF No. 461, and the Census Bureau's announcement that it is currently scheduled to complete apportionment counts by April 30, 2021[1];

WHEREAS, Defendants have recently provided Plaintiffs some additional information and represented to Plaintiffs that they are committed to shortly providing calculations and aggregate charts to Plaintiffs that will serve to reduce the need for detailed summary data reports by providing Plaintiffs with specific calculations and answers to their requests for information regarding NRFU enumeration metrics, outcome measures and process indicators/paradata;

---

[1] Census Bureau Statement on Apportionment Counts (Jan. 28, 2021), https://www.census.gov/newsroom/press-releases/2021/statement-apportionment-counts.html.

WHEREAS, in an effort to reduce inefficiencies for all parties and the Court—including through reducing the need for additional judicial direction by the Court, avoiding the delays of potential appeal, and reducing the need to potentially assess multiple sets of data as Defendants continue to process the data received from field operations—Plaintiffs are willing to continue working with Defendants in an effort to resolve these data issues without further Court intervention;

WHEREAS, the parties agree that it is in the interest of both the parties and the public for the parties to continue to focus their efforts on those ongoing discussions and to stay further proceedings on Plaintiffs' Motion to Compel for 7 days to allow those discussions to continue and for Defendants to start providing Plaintiffs with specific information regarding the relevant calculation and aggregate charts they have agreed to provide;

NOW, THEREFORE, THE PARTIES JOINTLY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

That the Court enter a 7-day stay of further proceedings on Plaintiffs' Motion to Compel and for Sanctions, effective beginning January 29, 2021 and ending on February 5, 2021.  If the stay is lifted, any objection to the Magistrate Judge Panel's decision on Plaintiffs' Renewed Motion to Compel would be due on February 6, 2021 at 11:59 PM Pacific Time.  If Defendants file an objection, the Magistrate Judge Panel's order that Defendants produce certain data and a declaration will be stayed pending the Court's decision on the objection.  If Defendants do not file an objection, Defendants shall produce the data and declaration specified in the decision by February, 8, 2021 at 9:00 a.m. Pacific Time.

Dated: January 30, 2021

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
   Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE STAY OF
PROCEEDINGS ON MOTION TO COMPEL

|   |   |   |
|---|---|---|
| 1 |  | amit.makker@lw.com |
| 2 |  | Shannon D. Lankenau (Bar. No. 294263) |
|   |  | shannon.lankenau@lw.com |
| 3 |  | **LATHAM & WATKINS LLP** |
|   |  | 505 Montgomery Street, Suite 2000 |
| 4 |  | San Francisco, CA 94111 |
|   |  | Telephone:  415.391.0600 |
| 5 |  | Facsimile:  415.395.8095 |

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

Dated: January 30, 2021

By: /s/ Jon M. Greenbaum
Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org
Ajay Saini (*pro hac vice*)
asaini@lawyerscommitee.org
Maryum Jordan (Bar No. 325447)
mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

1  *Attorneys for Plaintiffs National Urban League;*
2  *City of San Jose, California; Harris County,*
   *Texas; League of Women Voters; King County,*
3  *Washington; Black Alliance for Just*
   *Immigration; Rodney Ellis; Adrian Garcia; the*
4  *NAACP; and Navajo Nation*

5  Wendy R. Weiser (*pro hac vice*)
   weiserw@brennan.law.nyu.edu
6  Thomas P. Wolf (*pro hac vice*)
   wolft@brennan.law.nyu.edu
7  Kelly M. Percival (*pro hac vice*)
   percivalk@brennan.law.nyu.edu
8  **BRENNAN CENTER FOR JUSTICE**
   120 Broadway, Suite 1750
9  New York, NY 10271
   Telephone: 646.292.8310
10 Facsimile: 212.463.7308

11 *Attorneys for Plaintiffs National Urban League;*
   *City of San Jose, California; Harris County,*
12 *Texas; League of Women Voters; King County,*
   *Washington; Black Alliance for Just*
13 *Immigration; Rodney Ellis; Adrian Garcia; the*
   *NAACP; and Navajo Nation*
14

15 Mark Rosenbaum (Bar No. 59940)
   mrosenbaum@publiccounsel.org
16 **PUBLIC COUNSEL**
   610 South Ardmore Avenue
17 Los Angeles, California 90005
   Telephone:  213.385.2977
18 Facsimile:  213.385.9089

19 *Attorneys for Plaintiff City of San Jose*
20
   Doreen McPaul, Attorney General
21 dmcpaul@nndoj.org
   Jason Searle (*pro hac vice*)
22 jasearle@nndoj.org
   **NAVAJO NATION DEPARTMENT OF**
23 **JUSTICE**
   P.O. Box 2010
24 Window Rock, AZ 86515
   Telephone: (928) 871-6345
25

26 *Attorneys for Navajo Nation*

27 Dated: January 30, 2021          By: /s/ Danielle Goldstein
                                     Michael N. Feuer (Bar No. 111529)
28                                   mike.feuer@lacity.org

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE STAY OF
PROCEEDINGS ON MOTION TO COMPEL

| | | |
|---|---|---|
| 1 | | Kathleen Kenealy (Bar No. 212289) |
| 2 | | kathleen.kenealy@lacity.org |
| | | Danielle Goldstein (Bar No. 257486) |
| 3 | | danielle.goldstein@lacity.org |
| | | Michael Dundas (Bar No. 226930) |
| 4 | | mike.dundas@lacity.org |
| | | **CITY ATTORNEY FOR THE CITY OF** |
| 5 | | **LOS ANGELES** |
| | | 200 N. Main Street, 8th Floor |
| 6 | | Los Angeles, CA 90012 |
| | | Telephone: 213.473.3231 |
| 7 | | Facsimile: 213.978.8312 |
| 8 | | *Attorneys for Plaintiff City of Los Angeles* |
| 9 | Dated: January 30, 2021 | By: /s/ Michael Mutalipassi |
| | | Christopher A. Callihan (Bar No. 203010) |
| 10 | | legalwebmail@ci.salinas.ca.us |
| | | Michael Mutalipassi (Bar No. 274858) |
| 11 | | michaelmu@ci.salinas.ca.us |
| 12 | | **CITY OF SALINAS** |
| | | 200 Lincoln Avenue |
| 13 | | Salinas, CA 93901 |
| | | Telephone: 831.758.7256 |
| 14 | | Facsimile: 831.758.7257 |
| 15 | | *Attorneys for Plaintiff City of Salinas* |
| 16 | Dated: January 30, 2021 | By: /s/ Rafey S. Balabanian |
| 17 | | Rafey S. Balabanian (Bar No. 315962) |
| | | rbalabanian@edelson.com |
| 18 | | Lily E. Hough (Bar No. 315277) |
| | | lhough@edelson.com |
| 19 | | **EDELSON P.C.** |
| | | 123 Townsend Street, Suite 100 |
| 20 | | San Francisco, CA 94107 |
| | | Telephone: 415.212.9300 |
| 21 | | Facsimile: 415.373.9435 |
| 22 | | Rebecca Hirsch (*pro hac vice*) |
| | | rebecca.hirsch2@cityofchicago.org |
| 23 | | **CORPORATION COUNSEL FOR THE** |
| | | **CITY OF CHICAGO** |
| 24 | | Celia Mexa |
| 25 | | Stephen J. Kane |
| | | 121 N. LaSalle Street, Room 600 |
| 26 | | Chicago, IL 60602 |
| | | Telephone: (312) 744-8143 |
| 27 | | Facsimile: (312) 744-5185 |
| 28 | | *Attorneys for Plaintiff City of Chicago* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE STAY OF
PROCEEDINGS ON MOTION TO COMPEL

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 30, 2021 | By: /s/ Donald R. Pongrace |
| | | Donald R. Pongrace (*pro hac vice*) |
| 3 | | dpongrace@akingump.com |
| | | Merrill C. Godfrey (Bar No. 200437) |
| 4 | | mgodfrey@akingump.com |
| | | **AKIN GUMP STRAUSS HAUER & FELD** |
| 5 | | **LLP** |
| | | 2001 K St., N.W. |
| 6 | | Washington, D.C. 20006 |
| | | Telephone: (202) 887-4000 |
| 7 | | Facsimile: 202-887-4288 |
| 8 | | *Attorneys for Plaintiff Gila River Indian* |
| | | *Community* |
| 9 | | |
| 10 | Dated: January 30, 2021 | By: /s/ David I. Holtzman |
| | | David I. Holtzman (Bar No. 299287) |
| 11 | | David.Holtzman@hklaw.com |
| | | **HOLLAND & KNIGHT LLP** |
| 12 | | Daniel P. Kappes |
| | | Jacqueline N. Harvey |
| 13 | | 50 California Street, 28th Floor |
| | | San Francisco, CA 94111 |
| 14 | | Telephone: (415) 743-6970 |
| | | Fax: (415) 743-6910 |
| 15 | | |
| | | *Attorneys for Plaintiff County of Los Angeles* |
| 16 | | |
| 17 | | |
| 18 | DATED:  January 30, 2021 | BRIAN M. BOYNTON |
| | | Acting Assistant Attorney General |
| 19 | | |
| | | AUGUST E. FLENTJE |
| 20 | | Special Counsel to the Assistant |
| | |  Attorney General |
| 21 | | |
| 22 | | ALEXANDER K. HAAS |
| | | Branch Director |
| 23 | | |
| 24 | | |
| | | */s/ Brad P. Rosenberg* |
| 25 | | BRAD P. ROSENBERG (DC Bar # 467513) |
| | | Assistant Branch Director |
| 26 | | ZACHARY A. AVALLONE |
| | | ELLIOTT M. DAVIS |
| 27 | | JOHN ROBINSON |
| | | STEPHEN EHRLICH |
| 28 | | ALEXANDER V. SVERDLOV |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE STAY OF
PROCEEDINGS ON MOTION TO COMPEL

|   |   |
|---|---|
| 1 | M. ANDREW ZEE |
| 2 | Trial Attorneys |
|   | U.S. Department of Justice |
| 3 | Civil Division - Federal Programs Branch |
|   | 1100 L Street, NW |
| 4 | Washington, D.C. 20005 |
|   | Telephone: (202) 514-3374 |
| 5 |   |
| 6 | *Attorneys for Defendants* |

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: January 30, 2021                          **LATHAM & WATKINS** LLP

By: _/s/ Sadik Huseny_
         Sadik Huseny

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE STAY OF
PROCEEDINGS ON MOTION TO COMPEL

**[PROPOSED] ORDER**

The stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: January 31, 2021

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

CASE NO. 5:20-CV-05799-LHK
STIP. AND [PROPOSED] ORDER RE STAY OF
PROCEEDINGS ON MOTION TO COMPEL