[Counsel identified on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                Plaintiffs,<br>v.<br><br>WYNN COGGINS, et al.,<br><br>                Defendants. | CASE NO. 5:20-cv-05799-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: February 5, 2021<br>Time: 10:00 a.m. PST<br>Place: Courtroom 8<br>Judge: Hon. Lucy H. Koh |

Pursuant to Civil Local Rule 16-10(d) and the Court's January 15, 2021 Case Management Order (Dkt. 456), the parties to this action, by their respective counsel, respectfully submit the following Joint Case Management Statement in anticipation of the Further Case Management Conference scheduled for February 5, 2021 at 10:00 a.m. For the reasons set forth below, in light of Executive Order No. 13986, "Executive Order on Ensuring a Lawful and Accurate Enumeration and Apportionment Pursuant to the Decennial Census," issued on January 20, 2021, and the parties' ongoing discussions concerning what further proceedings may be appropriate in this case, Defendants request a further 21-day stay of the case. Additionally, in light of the expected provision of certain data and the hopeful resolution of certain data issues between the parties, Defendants also request a further 21-day stay of further proceedings on Plaintiffs' Motion to Compel and for Sanctions, currently stayed until February 5, 2021, pursuant to the Court's Order of January 31, 2021 (Dkt. 464).

The parties propose that the case management conference scheduled for February 5, 2021 be continued to February 26, 2021, at which point the parties expect to provide detailed updates to the Court about the status of their discussions and potential resolution of this matter.

I. **REQUEST FOR A FURTHER 21-DAY STAY OF LITIGATION TO ALLOW FOR ONGOING DISCUSSIONS BETWEEN THE PARTIES**

As indicated in the parties' Stipulation and Proposed Order Regarding a Stay of Further Proceedings on Plaintiffs' Motion to Compel (Dkt. 363), since the previous Case Management Conference, the parties have engaged in good-faith discussions concerning the potential resolution of this case. Conversations have taken place and will continue to take place between counsel representing the parties and between Plaintiffs' counsel and Census Bureau personnel. These discussions have been fruitful and parties have largely reached agreement on key portions of Plaintiffs' claims. For example:

(1) **Presidential Memorandum.** On January 20, 2021, President Biden signed Executive Order 13986, which revoked Executive Order 13880 ("Collecting Information About Citizenship Status in Connection With the Decennial Census") and the Presidential Memorandum of July 21, 2020 ("Excluding Illegal Aliens

from the Apportionment Base Following the 2020 Census"). Exec. Order No. 13986, 86 Fed. Reg. 7015 (Jan. 25, 2021). Consistent with Executive Order 13986, the tabulation of total population by States based on 2020 Census data and described by 13 U.S.C. § 141(b), and the P.L. 94-171 Redistricting Summary Data File based on 2020 Census data and described by 13 U.S.C. § 141(c), will not include or otherwise incorporate any information on citizenship or immigration status, nor will such counts or data products be affected by any information on citizenship or immigration status.

(2) **Processing Timeline.** The Census Bureau is scheduled to release the results of the 2020 Census by April 30, 2021. As in prior censuses, the Census Bureau may wish to release the results a short period before the scheduled release date. However, the Census Bureau will not under any circumstances report the results of the 2020 Census to the Secretary of the Department of Commerce, the President, and Congress, before April 16, 2021. This schedule is equivalent to the COVID-19 plan timeline for data processing sought by Plaintiffs' Second Amended Complaint.

The parties have memorialized these two resolved issues into the attached stipulation and proposed order seeking to extend the stay.

The parties are continuing to engage in good faith discussions regarding resolving the remaining issues in this case, in whole or in part, including (a) data processing steps being taken and that should appropriately be taken, and (b) identification and appropriate rectification of potential field operation/data collection quality issues (if any). These discussions are ongoing, and the parties believe that it is in the best interests of the parties and the public to stay further proceedings in this case to allow those discussions to continue. The proposed stay would apply to any outstanding obligations to the Court, as well as to all outstanding discovery (*see* below regarding the requested additional stay of further proceedings related to Plaintiffs' Motion to Compel).

The parties agree that nothing in this Joint Case Management Statement or in the representations made by either party during their ongoing discussions shall apply to change or limit Defendants' obligations to respond to information requests from Congress, the Office of Inspector General, or the Government Accountability Office.

The parties therefore request a stay of all proceedings and obligations not otherwise specifically addressed in this Case Management Statement until February 26, 2021. The parties request that the Court continue the Case Management Conference currently scheduled for Friday, February 5, 2021, until Friday, February 26, 2021.

## II.  REQUEST FOR A FURTHER 21-DAY STAY OF FURTHER PROCEEDINGS CONCERNING PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS

On January 28, 2021, the Magistrate Judge panel granted Plaintiffs' Renewed Motion to Compel and deferred ruling on their Motion for Sanctions (Dkt. 462). On January 30, 2021, the parties filed a stipulation requesting a stay of further proceedings on the motion to compel for seven days on the basis of the parties' ongoing discussions and their intent to resolve the outstanding data issues without further court intervention (Dkt. 463). The Court granted the requested stay (Dkt. 464), and during the five days that have so far elapsed, the parties have made progress towards resolving the issues addressed in the Plaintiffs' motion. The parties continue to agree that it is in the best interest of both the parties and the public to focus their efforts on their ongoing discussions and the provision by Defendants of targeted information requested by Plaintiffs. For these reasons, the parties propose a further stay of 21 days for proceedings related to Plaintiffs' motion to compel, to be coextensive with the requested stay of the case as a whole.

## III.  EXPIRATION OF THE REQUESTED STAY

Defendants acknowledge and represent that, should the parties not reach resolution (or request an additional stay) and the case restarts once the 21-day stay is lifted (under the exact same schedule currently in place, continued by 21 days), Defendants will not resist or challenge any of their discovery obligations or depositions as a result of the scheduling stays in this case,

1 | but Defendants reserve their rights to assert the objections that they would have had in the
2 | normal course.
3 |     The parties propose providing a Joint Case Management Statement two business days
4 | before the conclusion of the proposed 21-day stay, should the Court enter a stay.

Dated: February 3, 2021

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095
Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

| | | |
|---|---|---|
| 1 | Dated: February 3, 2021 | By: /s/ Jon M. Greenbaum |

Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org
Ajay Saini (*pro hac vice*)
asaini@lawyerscommitee.org
Maryum Jordan (Bar No. 325447)
mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005

| | |
|---|---|
| | Telephone: 213.385.2977<br>Facsimile: 213.385.9089<br><br>*Attorneys for Plaintiff City of San Jose*<br><br>Doreen McPaul, Attorney General<br>dmcpaul@nndoj.org<br>Jason Searle (*pro hac vice*)<br>jasearle@nndoj.org<br>**NAVAJO NATION DEPARTMENT OF JUSTICE**<br>P.O. Box 2010<br>Window Rock, AZ 86515<br>Telephone: (928) 871-6345<br><br>*Attorneys for Navajo Nation* |
| Dated: February 3, 2021 | By: /s/ Danielle Goldstein<br>Michael N. Feuer (Bar No. 111529)<br>mike.feuer@lacity.org<br>Kathleen Kenealy (Bar No. 212289)<br>kathleen.kenealy@lacity.org<br>Danielle Goldstein (Bar No. 257486)<br>danielle.goldstein@lacity.org<br>Michael Dundas (Bar No. 226930)<br>mike.dundas@lacity.org<br>**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**<br>200 N. Main Street, 8th Floor<br>Los Angeles, CA 90012<br>Telephone: 213.473.3231<br>Facsimile: 213.978.8312<br><br>*Attorneys for Plaintiff City of Los Angeles* |
| Dated: February 3, 2021 | By: /s/ Michael Mutalipassi<br>Christopher A. Callihan (Bar No. 203010)<br>legalwebmail@ci.salinas.ca.us<br>Michael Mutalipassi (Bar No. 274858)<br>michaelmu@ci.salinas.ca.us<br>**CITY OF SALINAS**<br>200 Lincoln Avenue<br>Salinas, CA 93901<br>Telephone: 831.758.7256<br>Facsimile: 831.758.7257<br><br>*Attorneys for Plaintiff City of Salinas* |
| Dated: February 3, 2021 | By: /s/ Rafey S. Balabanian<br>Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com |

| | |
|---|---|
| 1 | Lily E. Hough (Bar No. 315277) |
| 2 | lhough@edelson.com |
|   | **EDELSON P.C.** |
| 3 | 123 Townsend Street, Suite 100 |
|   | San Francisco, CA 94107 |
| 4 | Telephone: 415.212.9300 |
|   | Facsimile: 415.373.9435 |
| 5 | |
|   | Rebecca Hirsch (*pro hac vice*) |
| 6 | rebecca.hirsch2@cityofchicago.org |
|   | **CORPORATION COUNSEL FOR THE** |
| 7 | **CITY OF CHICAGO** |
|   | Celia Mexa |
| 8 | Stephen J. Kane |
|   | 121 N. LaSalle Street, Room 600 |
| 9 | Chicago, IL 60602 |
|   | Telephone: (312) 744-8143 |
| 10 | Facsimile: (312) 744-5185 |
| 11 | |
|   | *Attorneys for Plaintiff City of Chicago* |

Dated: February 3, 2021                    By: /s/ Donald R. Pongrace
Donald R. Pongrace (*pro hac vice*)
dpongrace@akingump.com
Merrill C. Godfrey (Bar No. 200437)
mgodfrey@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

*Attorneys for Plaintiff Gila River Indian Community*

Dated: February 3, 2021                    By: /s/ David I. Holtzman
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

| | | |
|---|---|---|
| DATED: February 3, 2021 | | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>AUGUST E. FLENTJE<br>Special Counsel to the Assistant<br> Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br>/s/ Zachary A. Avallone<br>ZACHARY A. AVALLONE<br>KERI L. BERMAN<br>ELLIOTT M. DAVIS<br>STEPHEN EHRLICH<br>JOHN ROBINSON<br>JORDAN VON BOKERN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division - Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 514-2705<br><br>*Attorneys for Defendants* |

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: February 3, 2021                              **LATHAM & WATKINS LLP**

By: */s/ Sadik Huseny*
       Sadik Huseny