[Counsel identified on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al., | CASE NO. 5:20-cv-05799-LHK |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| WYNN COGGINS, et al., | |
| Defendants. | |

1  Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation, and respectfully request that the Court issue the following order:

WHEREAS, on January 15, 2021, the Court entered the parties' Stipulation and Order Regarding Census and Population Counts and 21-Day Stay of Proceedings ("January 15 Stipulation and Order"), ECF No. 456;

WHEREAS, the January 15 Stipulation and Order provided for a 21-day stay of this case, beginning January 15, 2021 and ending February 5, 2021;

WHEREAS, the parties have engaged in good-faith discussions concerning the potential resolution of this case, and the parties have reached agreement on key portions of Plaintiffs' claims;

WHEREAS, the parties believe that the public interest would be served by staying all proceedings in this litigation for 21 additional days while the parties continue their discussions concerning the potential resolution of this case;

WHEREAS, Plaintiffs are amenable to a 21-day stay, based on Defendants' express acknowledgments and representations below, provided to ensure that Plaintiffs are not prejudiced in any way by a stay.

NOW, THEREFORE, DEFENDANTS HEREBY REPRESENT AND STIPULATE AS FOLLOWS:

1.  On January 20, 2021, President Biden signed Executive Order 13986, which revoked (a) Executive Order 13880 ("Collecting Information About Citizenship Status in Connection With the Decennial Census") and (b) the Presidential Memorandum of July 21, 2020 ("Excluding Illegal Aliens from the Apportionment Base Following the 2020 Census").  Exec. Order No. 13986, 86 Fed. Reg. 7015 (Jan. 25, 2021).  Consistent with Executive Order 13986, the tabulation of total population by States based on 2020 Census data and described by 13 U.S.C. § 141(b), and the P.L. 94-171 Redistricting Summary Data File based on 2020 Census data and described by 13 U.S.C. § 141(c), will not include or otherwise incorporate any

information on citizenship or immigration status, nor will such counts or data products be affected by any information on citizenship or immigration status.

2. The Census Bureau is currently scheduled to release the results of the 2020 Census by April 30, 2021. As in prior censuses, the Census Bureau may wish to release the results a short period before the scheduled release date. However, the Census Bureau will not under any circumstances report the results of the 2020 Census to the Secretary of the Department of Commerce, the President, and Congress, before April 16, 2021. This schedule is equivalent to the COVID-19 plan timeline for data processing sought by Plaintiffs' Second Amended Complaint.

FURTHER, THE PARTIES JOINTLY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

1. That the Court enter a 21-day stay of this case, effective beginning February 5, 2021 and ending on February 26, 2021, with any deadlines currently due February 5, 2021 becoming due on February 26, 2021, and all other deadlines commensurately shifted;

2. That the Court enter a 21-day stay of proceedings related to Plaintiffs' Renewed Motion to Compel, *see* ECF Nos. 462, 463, 464, to be coextensive with the requested stay of the case as a whole;

3. That the Court continue the Case Management Conference currently scheduled for Friday, February 5, 2021, until Friday, February 26, 2021;

4. That, should the parties not reach earlier resolution, the case shall restart on February 26, 2021 under the same schedule currently in place; and

5. Defendants will not, on the grounds of any stay, resist or challenge Plaintiffs taking any of the depositions currently noticed or producing any of the documents and materials Defendants currently are obligated to produce, but Defendants may assert the objections that they would have had in the normal course.

| | | |
|---|---|---|
| 1 | Dated: February 3, 2021 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: /s/ Sadik Huseny<br>    Sadik Huseny |
| 4 | | Sadik Huseny (Bar No. 224659)<br>sadik.huseny@lw.com |
| 5 | | Steven M. Bauer (Bar No. 135067)<br>steven.bauer@lw.com |
| 6 | | Amit Makker (Bar No. 280747)<br>amit.makker@lw.com |
| 7 | | Shannon D. Lankenau (Bar. No. 294263)<br>shannon.lankenau@lw.com |
| 8 | | **LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000 |
| 9 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 10 | | Facsimile: 415.395.8095<br>Melissa Arbus Sherry (*pro hac vice*) |
| 11 | | melissa.sherry@lw.com<br>Richard P. Bress (*pro hac vice*) |
| 12 | | rick.bress@lw.com<br>Anne W. Robinson (*pro hac vice*) |
| 13 | | anne.robinson@lw.com<br>Tyce R. Walters (*pro hac vice*) |
| 14 | | tyce.walters@lw.com<br>Gemma Donofrio (*pro hac vice*) |
| 15 | | gemma.donofrio@lw.com<br>Christine C. Smith (*pro hac vice*) |
| 16 | | christine.smith@lw.com<br>**LATHAM & WATKINS LLP** |
| 17 | | 555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004 |
| 18 | | Telephone: 202.637.2200<br>Facsimile: 202.637.2201 |
| 19 | | |
| 20 | | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 21 | | |
| 22 | | |
| 23 | Dated: February 3, 2021 | By: /s/ Jon M. Greenbaum |
| 24 | | Kristen Clarke (*pro hac vice*)<br>kclarke@lawyerscommittee.org |
| 25 | | Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org |
| 26 | | Ezra D. Rosenberg (*pro hac vice*)<br>erosenberg@lawyerscommittee.org |
| 27 | | Ajay Saini (*pro hac vice*)<br>asaini@lawyerscommitee.org |
| 28 | | Maryum Jordan (Bar No. 325447) |

mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

|   |   |   |
|---|---|---|
| 1 |  | Doreen McPaul, Attorney General |
| 2 |  | dmcpaul@nndoj.org |
|   |  | Jason Searle (*pro hac vice*) |
| 3 |  | jasearle@nndoj.org |
|   |  | **NAVAJO NATION DEPARTMENT OF** |
| 4 |  | **JUSTICE** |
|   |  | P.O. Box 2010 |
| 5 |  | Window Rock, AZ 86515 |
|   |  | Telephone: (928) 871-6345 |
| 6 |  |  |
| 7 |  | *Attorneys for Navajo Nation* |
| 8 | Dated: February 3, 2021 | By: /s/ Danielle Goldstein |
|   |  | Michael N. Feuer (Bar No. 111529) |
| 9 |  | mike.feuer@lacity.org |
|   |  | Kathleen Kenealy (Bar No. 212289) |
| 10 |  | kathleen.kenealy@lacity.org |
|   |  | Danielle Goldstein (Bar No. 257486) |
| 11 |  | danielle.goldstein@lacity.org |
|   |  | Michael Dundas (Bar No. 226930) |
| 12 |  | mike.dundas@lacity.org |
|   |  | **CITY ATTORNEY FOR THE CITY OF** |
| 13 |  | **LOS ANGELES** |
|   |  | 200 N. Main Street, 8th Floor |
| 14 |  | Los Angeles, CA 90012 |
|   |  | Telephone: 213.473.3231 |
| 15 |  | Facsimile: 213.978.8312 |
| 16 |  | *Attorneys for Plaintiff City of Los Angeles* |
| 17 | Dated: February 3, 2021 | By: /s/ Michael Mutalipassi |
|   |  | Christopher A. Callihan (Bar No. 203010) |
| 18 |  | legalwebmail@ci.salinas.ca.us |
|   |  | Michael Mutalipassi (Bar No. 274858) |
| 19 |  | michaelmu@ci.salinas.ca.us |
| 20 |  | **CITY OF SALINAS** |
|   |  | 200 Lincoln Avenue |
| 21 |  | Salinas, CA 93901 |
|   |  | Telephone: 831.758.7256 |
| 22 |  | Facsimile: 831.758.7257 |
| 23 |  | *Attorneys for Plaintiff City of Salinas* |
| 24 | Dated: February 3, 2021 | By: /s/ Rafey S. Balabanian |
| 25 |  | Rafey S. Balabanian (Bar No. 315962) |
|   |  | rbalabanian@edelson.com |
| 26 |  | Lily E. Hough (Bar No. 315277) |
|   |  | lhough@edelson.com |
| 27 |  | **EDELSON P.C.** |
|   |  | 123 Townsend Street, Suite 100 |
| 28 |  | San Francisco, CA 94107 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

|   |   |   |
|---|---|---|
| 1 |   | Telephone: 415.212.9300 |
| 2 |   | Facsimile: 415.373.9435 |
| 3 |   | Rebecca Hirsch (*pro hac vice*) |
|   |   | rebecca.hirsch2@cityofchicago.org |
| 4 |   | **CORPORATION COUNSEL FOR THE CITY OF CHICAGO** |
| 5 |   | Celia Mexa |
|   |   | Stephen J. Kane |
| 6 |   | 121 N. LaSalle Street, Room 600 |
|   |   | Chicago, IL 60602 |
| 7 |   | Telephone: (312) 744-8143 |
|   |   | Facsimile: (312) 744-5185 |
| 8 |   |   |
| 9 |   | *Attorneys for Plaintiff City of Chicago* |
| 10 | Dated: February 3, 2021 | By: /s/ Donald R. Pongrace |
|   |   | Donald R. Pongrace (*pro hac vice*) |
| 11 |   | dpongrace@akingump.com |
|   |   | Merrill C. Godfrey (Bar No. 200437) |
| 12 |   | mgodfrey@akingump.com |
|   |   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 13 |   | 2001 K St., N.W. |
| 14 |   | Washington, D.C. 20006 |
|   |   | Telephone: (202) 887-4000 |
| 15 |   | Facsimile: 202-887-4288 |
| 16 |   | *Attorneys for Plaintiff Gila River Indian Community* |
| 17 |   |   |
| 18 | Dated: February 3, 2021 | By: /s/ David I. Holtzman |
|   |   | David I. Holtzman (Bar No. 299287) |
| 19 |   | David.Holtzman@hklaw.com |
|   |   | **HOLLAND & KNIGHT LLP** |
| 20 |   | Daniel P. Kappes |
|   |   | Jacqueline N. Harvey |
| 21 |   | 50 California Street, 28th Floor |
|   |   | San Francisco, CA 94111 |
| 22 |   | Telephone: (415) 743-6970 |
|   |   | Fax: (415) 743-6910 |
| 23 |   |   |
| 24 |   | *Attorneys for Plaintiff County of Los Angeles* |
| 25 |   |   |
| 26 | Dated:  February 3, 2021 | BRIAN M. BOYNTON |
|   |   | Acting Assistant Attorney General |
| 27 |   |   |
| 28 |   | AUGUST E. FLENTJE |
|   |   | Special Counsel to the Assistant |

|     |     |
| --- | --- |
| 1   | Attorney General |
| 2   | ALEXANDER K. HAAS |
| 3   | Branch Director |
| 4   | BRAD P. ROSENBERG |
|     | Assistant Branch Director |
| 5   |     |
| 6   | /s/ Zachary A. Avallone |
|     | ZACHARY A. AVALLONE |
| 7   | KERI L. BERMAN |
|     | ELLIOTT M. DAVIS |
| 8   | STEPHEN EHRLICH |
|     | JOHN ROBINSON |
| 9   | JORDAN VON BOKERN |
|     | Trial Attorneys |
| 10  | U.S. Department of Justice |
| 11  | Civil Division - Federal Programs Branch |
|     | 1100 L Street, NW |
| 12  | Washington, D.C. 20005 |
|     | Telephone: (202) 514-2705 |
| 13  |     |
|     | *Attorneys for Defendants* |

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: February 3, 2021        **LATHAM & WATKINS LLP**

By: /s/ Sadik Huseny
    Sadik Huseny

**[PROPOSED] ORDER**

The stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____        _____
                                     Lucy H. Koh
                                     United States District Judge