[Counsel identified on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>GINA RAIMONDO, et al.,[1]<br><br>　　　　　　　　　　Defendants. | CASE NO.  5:20-cv-05799-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Commerce Gina Raimondo is automatically substituted as a Defendant in her official capacity for former Acting Secretary of Commerce Wynn Coggins.

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation, and respectfully request that the Court issue the following order:

WHEREAS, on February 24, 2021, the Court entered the parties' Stipulation and Order ("February 24 Stipulation and Order"), ECF No. 471;

WHEREAS, the February 24 Stipulation and Order provided for a 21-day stay of this case, beginning February 26, 2021 and ending March 19, 2021;

WHEREAS, the parties have continued to engage in good-faith discussions concerning the potential resolution of this case, and the parties have reached agreement on key portions of Plaintiffs' claims as further described in the accompanying Joint Case Management Statement;

WHEREAS, the parties believe that the public interest would be served by staying all proceedings in this litigation for 14 additional days while the parties continue their discussions concerning the potential resolution of this case.

THE PARTIES JOINTLY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

1. That the Court enter a 14-day stay of this case, effective beginning March 19, 2021 and ending on April 2, 2021, with any deadlines currently due March 19, 2021 becoming due on April 2, 2021, and all other deadlines commensurately shifted;

2. That the Court enter a 14-day stay of proceedings related to Plaintiffs' Renewed Motion to Compel, *see* ECF Nos. 462, 463, 464, to be coextensive with the requested stay of the case as a whole;

3. That the Court continue the Case Management Conference currently scheduled for Friday, March 19, 2021, until Friday, April 2, 2021;

4. That the parties file a Joint Case Management Statement on April 1, 2021, for a Further Case Management Conference on April 2, 2021 at 10:00 a.m. PT;

5. That, should the parties not reach earlier resolution, the case shall restart on April 2, 2021 under the same schedule currently in place,

6. Defendants will not, on the grounds of any stay, resist or challenge Plaintiffs taking any of the depositions currently noticed or producing any of the documents and materials Defendants currently are obligated to produce, but Defendants may assert the objections that they would have had in the normal course.

Dated: March 17, 2021

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

*Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP*

| | |
|---|---|
| Dated: March 17, 2021 | By: /s/ Jon M. Greenbaum<br>Jon M. Greenbaum (Bar No. 166733)<br>jgreenbaum@lawyerscommittee.org<br>Ezra D. Rosenberg (*pro hac vice*)<br>erosenberg@lawyerscommittee.org<br>Ajay Saini (*pro hac vice*)<br>asaini@lawyerscommitee.org<br>Maryum Jordan (Bar No. 325447)<br>mjordan@lawyerscommittee.org<br>Pooja Chaudhuri (Bar No. 314847)<br>pchaudhuri@lawyerscommittee.org<br>**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Telephone:  202.662.8600<br>Facsimile:  202.783.0857<br><br>*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*<br><br>Wendy R. Weiser (*pro hac vice*)<br>weiserw@brennan.law.nyu.edu<br>Thomas P. Wolf (*pro hac vice*)<br>wolft@brennan.law.nyu.edu<br>Kelly M. Percival (*pro hac vice*)<br>percivalk@brennan.law.nyu.edu<br>**BRENNAN CENTER FOR JUSTICE**<br>120 Broadway, Suite 1750<br>New York, NY 10271<br>Telephone: 646.292.8310<br>Facsimile: 212.463.7308<br><br>*Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation*<br><br>Mark Rosenbaum (Bar No. 59940)<br>mrosenbaum@publiccounsel.org<br>**PUBLIC COUNSEL**<br>610 South Ardmore Avenue<br>Los Angeles, California 90005<br>Telephone:  213.385.2977<br>Facsimile:  213.385.9089 |

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Plaintiff City of San Jose* |
| 2 |   | Doreen McPaul, Attorney General |
|   |   | dmcpaul@nndoj.org |
| 3 |   | Jason Searle (*pro hac vice*) |
| 4 |   | jasearle@nndoj.org |
|   |   | **NAVAJO NATION DEPARTMENT OF** |
| 5 |   | **JUSTICE** |
|   |   | P.O. Box 2010 |
| 6 |   | Window Rock, AZ 86515 |
|   |   | Telephone: (928) 871-6345 |
| 7 |   |   |
| 8 |   | *Attorneys for Navajo Nation* |
| 9 | Dated: March 17, 2021 | By: /s/ Danielle Goldstein |
|   |   | Michael N. Feuer (Bar No. 111529) |
| 10 |   | mike.feuer@lacity.org |
|   |   | Kathleen Kenealy (Bar No. 212289) |
| 11 |   | kathleen.kenealy@lacity.org |
|   |   | Danielle Goldstein (Bar No. 257486) |
| 12 |   | danielle.goldstein@lacity.org |
|   |   | Michael Dundas (Bar No. 226930) |
| 13 |   | mike.dundas@lacity.org |
|   |   | **CITY ATTORNEY FOR THE CITY OF** |
| 14 |   | **LOS ANGELES** |
| 15 |   | 200 N. Main Street, 8th Floor |
|   |   | Los Angeles, CA 90012 |
| 16 |   | Telephone: 213.473.3231 |
|   |   | Facsimile: 213.978.8312 |
| 17 |   |   |
|   |   | *Attorneys for Plaintiff City of Los Angeles* |
| 18 |   |   |
| 19 | Dated: March 17, 2021 | By: /s/ Michael Mutalipassi |
|   |   | Christopher A. Callihan (Bar No. 203010) |
| 20 |   | legalwebmail@ci.salinas.ca.us |
|   |   | Michael Mutalipassi (Bar No. 274858) |
| 21 |   | michaelmu@ci.salinas.ca.us |
|   |   | **CITY OF SALINAS** |
| 22 |   | 200 Lincoln Avenue |
|   |   | Salinas, CA 93901 |
| 23 |   | Telephone: 831.758.7256 |
|   |   | Facsimile: 831.758.7257 |
| 24 |   |   |
| 25 |   | *Attorneys for Plaintiff City of Salinas* |
| 26 | Dated: March 17, 2021 | By: /s/ Rafey S. Balabanian |
|   |   | Rafey S. Balabanian (Bar No. 315962) |
| 27 |   | rbalabanian@edelson.com |
|   |   | Lily E. Hough (Bar No. 315277) |
| 28 |   | lhough@edelson.com |

**EDELSON P.C.**
123 Townsend Street, Suite 100
San Francisco, CA 94107
Telephone: 415.212.9300
Facsimile: 415.373.9435

Celia Meza
Acting Corporation Counsel
Rebecca Hirsch *(pro hac vice)*
rebecca.hirsch2@cityofchicago.org
Stephen J. Kane
stephen.kane@cityofchicago.org
**CITY OF CHICAGO DEPARTMENT OF LAW**
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Telephone: (312) 744-8143
Facsimile: (312) 744-5185

*Attorneys for Plaintiff City of Chicago*

Dated: March 17, 2021

By: /s/ Donald R. Pongrace
Donald R. Pongrace (*pro hac vice*)
dpongrace@akingump.com
Merrill C. Godfrey (Bar No. 200437)
mgodfrey@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K St., N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: 202-887-4288

*Attorneys for Plaintiff Gila River Indian Community*

Dated: March 17, 2021

By: /s/ David I. Holtzman
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
Jacqueline N. Harvey
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

| | |
|---|---|
| DATED: March 17, 2021 | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>AUGUST E. FLENTJE<br>Special Counsel to the Assistant<br> Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br><u>/s/ Zachary A. Avallone</u><br>ZACHARY A. AVALLONE<br>KERI L. BERMAN<br>ELLIOTT M. DAVIS<br>STEPHEN EHRLICH<br>JOHN ROBINSON<br>JORDAN VON BOKERN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division - Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 514-2705<br><br>*Attorneys for Defendants* |

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: March 17, 2021                    **LATHAM & WATKINS LLP**

By: <u> /s/ Sadik Huseny </u>
         Sadik Huseny

**[PROPOSED] ORDER**

The stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: March 17, 2021

*Lucy H. Koh*
Lucy H. Koh
United States District Judge