[Counsel identified on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL URBAN LEAGUE, et al.,<br><br>                              Plaintiffs,<br>            v.<br><br>GINA RAIMONDO, et al.,<br><br>                              Defendants. | CASE NO.  5:20-cv-05799-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation, and respectfully request that the Court issue the following order:

WHEREAS, on March 17, 2021, the Court entered the parties' Stipulation and Order ("March 17 Stipulation and Order"), ECF No. 475;

WHEREAS, the March 17 Stipulation and Order provided for a 14-day stay of this case, beginning March 19, 2021 and ending April 2, 2021;

WHEREAS, the parties have continued to engage in good-faith discussions concerning the potential resolution of this case, and the parties have reached agreement on key portions of Plaintiffs' claims as further described in the accompanying Joint Case Management Statement;

WHEREAS, the parties have made significant progress towards reaching a resolution, including the exchange of additional information and draft proposals, and believe they are now on track to finalizing an agreement in principle over the next few weeks, which would then need final approval by the Department of Justice. The parties believe that the public interest would be served by staying all proceedings in this litigation for 14 additional days while the parties continue these discussions.

THE PARTIES JOINTLY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

1. That the Court enter a 14-day stay of this case, effective beginning April 2, 2021 and ending on April 16, 2021, with any deadlines currently due April 2, 2021 becoming due on April 16, 2021, and all other deadlines commensurately shifted;

2. That the Court enter a 14-day stay of proceedings related to Plaintiffs' Renewed Motion to Compel, *see* ECF Nos. 462, 463, 464, to be coextensive with the requested stay of the case as a whole;

3. That the Court continue the Case Management Conference currently scheduled for Friday, April 2, 2021, until Friday, April 16, 2021;

4. That the parties file a Joint Case Management Statement on April 15, 2021, for a Further Case Management Conference on April 16, 2021 at 2:00 a.m. PT, where the parties will update the Court with specifics as to any resolution reached or in process of being reached;

5. That, should the parties not reach earlier resolution, the case shall restart on April 16, 2021 under the same schedule currently in place,

6. Defendants will not, on the grounds of any stay, resist or challenge Plaintiffs taking any of the depositions currently noticed or producing any of the documents and materials Defendants currently are obligated to produce, but Defendants may assert the objections that they would have had in the normal course.

Dated: April 1, 2021                                                LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
    Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Facsimile: 202.637.2201

| | | |
|---|---|---|
| 1 | | *Attorneys for Plaintiffs National Urban League; League of Women Voters; Black Alliance for Just Immigration; Harris County, Texas; King County, Washington; City of San Jose, California; Rodney Ellis; Adrian Garcia; and the NAACP* |
| 4 | Dated: April 1, 2021 | By: /s/ Jon M. Greenbaum |
| | | Kristen Clarke (*pro hac vice*) |
| | | kclarke@lawyerscommittee.org |
| | | Jon M. Greenbaum (Bar No. 166733) |
| | | jgreenbaum@lawyerscommittee.org |
| | | Ezra D. Rosenberg (*pro hac vice*) |
| | | erosenberg@lawyerscommittee.org |
| | | Ajay Saini (*pro hac vice*) |
| | | asaini@lawyerscommitee.org |
| | | Maryum Jordan (Bar No. 325447) |
| | | mjordan@lawyerscommittee.org |
| | | Pooja Chaudhuri (Bar No. 314847) |
| | | pchaudhuri@lawyerscommittee.org |
| | | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW** |
| | | 1500 K Street NW, Suite 900 |
| | | Washington, DC 20005 |
| | | Telephone: 202.662.8600 |
| | | Facsimile: 202.783.0857 |
| | | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |
| | | Wendy R. Weiser (*pro hac vice*) |
| | | weiserw@brennan.law.nyu.edu |
| | | Thomas P. Wolf (*pro hac vice*) |
| | | wolft@brennan.law.nyu.edu |
| | | Kelly M. Percival (*pro hac vice*) |
| | | percivalk@brennan.law.nyu.edu |
| | | **BRENNAN CENTER FOR JUSTICE** |
| | | 120 Broadway, Suite 1750 |
| | | New York, NY 10271 |
| | | Telephone: 646.292.8310 |
| | | Facsimile: 212.463.7308 |
| | | *Attorneys for Plaintiffs National Urban League; City of San Jose, California; Harris County, Texas; League of Women Voters; King County, Washington; Black Alliance for Just Immigration; Rodney Ellis; Adrian Garcia; the NAACP; and Navajo Nation* |

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: April 1, 2021            By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: April 1, 2021            By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

| | | |
|---|---|---|
| 1 | Dated: April 1, 2021 | By: /s/ Rafey S. Balabanian |
| 2 | | Rafey S. Balabanian (Bar No. 315962)<br>rbalabanian@edelson.com |
| 3 | | Lily E. Hough (Bar No. 315277)<br>lhough@edelson.com |
| 4 | | **EDELSON P.C.**<br>123 Townsend Street, Suite 100 |
| 5 | | San Francisco, CA 94107<br>Telephone: 415.212.9300 |
| 6 | | Facsimile: 415.373.9435 |
| 7 | | Celia Meza |
| 8 | | Acting Corporation Counsel<br>Rebecca Hirsch *(pro hac vice)* |
| 9 | | rebecca.hirsch2@cityofchicago.org<br>Stephen J. Kane |
| 10 | | stephen.kane@cityofchicago.org<br>**CITY OF CHICAGO DEPARTMENT OF** |
| 11 | | **LAW**<br>121 N. LaSalle Street, Room 600 |
| 12 | | Chicago, IL 60602<br>Telephone: (312) 744-8143 |
| 13 | | Facsimile: (312) 744-5185 |
| 14 | | *Attorneys for Plaintiff City of Chicago* |
| 15 | Dated: April 1, 2021 | By: /s/ Donald R. Pongrace |
| 16 | | Donald R. Pongrace (*pro hac vice*)<br>dpongrace@akingump.com |
| 17 | | Merrill C. Godfrey (Bar No. 200437)<br>mgodfrey@akingump.com |
| 18 | | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 19 | | 2001 K St., N.W.<br>Washington, D.C. 20006 |
| 20 | | Telephone: (202) 887-4000<br>Facsimile: 202-887-4288 |
| 21 | | |
| 22 | | *Attorneys for Plaintiff Gila River Indian Community* |
| 23 | Dated: April 1, 2021 | By: /s/ David I. Holtzman |
| 24 | | David I. Holtzman (Bar No. 299287)<br>David.Holtzman@hklaw.com |
| 25 | | **HOLLAND & KNIGHT LLP**<br>Daniel P. Kappes |
| 26 | | Jacqueline N. Harvey<br>50 California Street, 28th Floor |
| 27 | | San Francisco, CA 94111<br>Telephone: (415) 743-6970 |
| 28 | | Fax: (415) 743-6910 |

|   |   |
|---|---|
|   | *Attorneys for Plaintiff County of Los Angeles* |
| DATED:  April 1, 2021 | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>AUGUST E. FLENTJE<br>Special Counsel to the Assistant<br>  Attorney General<br><br>ALEXANDER K. HAAS<br>Branch Director<br><br>BRAD P. ROSENBERG<br>Assistant Branch Director<br><br>/s/ Zachary A. Avallone<br>ZACHARY A. AVALLONE<br>KERI L. BERMAN<br>ELLIOTT M. DAVIS<br>STEPHEN EHRLICH<br>JOHN ROBINSON<br>JORDAN VON BOKERN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division - Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>Telephone: (202) 514-2705<br><br>*Attorneys for Defendants* |

## **ATTESTATION**

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: April 1, 2021

**LATHAM & WATKINS** LLP

By:  */s/ Sadik Huseny*
        Sadik Huseny

**[PROPOSED] ORDER**

The stipulation is GRANTED.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Lucy H. Koh
United States District Judge