1    [Counsel identified on signature pages]

2

3

4

5

6

7

8

9

10

11                      UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15   NATIONAL URBAN LEAGUE, et al.,          CASE NO.  5:20-cv-05799-LHK

16                          Plaintiffs,       **JOINT CASE MANAGEMENT**
                    v.                        **STATEMENT**
17
     GINA RAIMONDO, et al.,                   Date:   April 16, 2021
18                                            Time:   10:00 a.m. PST
                            Defendants.       Place:  Courtroom 8
19                                            Judge:  Hon. Lucy H. Koh

20

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rule 16-10(d) and the Court's April 2, 2021 Order (Dkt. 480), the
2   parties to this action, by their respective counsel, respectfully submit the following Joint Case
3   Management Statement in anticipation of the Further Case Management Conference scheduled
4   for April 16, 2021 at 10:00 a.m.  The parties have negotiated an agreement in principle for
5   resolution of this matter, but still need a short amount of time for all parties to obtain approval of
6   that agreement in principle. The parties believe they are likely to obtain final approvals within 7
7   days, and thus request a further 7-day stay of the case.  Additionally, in light of the agreement in
8   principle, Defendants also request a further 7-day stay of further proceedings on Plaintiffs'
9   Motion to Compel and for Sanctions, currently stayed until April 16, 2021, pursuant to the
10  Court's April 2, 2021 Order (Dkt. 480).

11  The parties propose that the case management conference scheduled for April 16, 2021,
12  be continued to April 23, 2021, although the parties will alert the court if they are able to obtain
13  final approvals before that date.

## I.   REQUEST FOR A FURTHER 7-DAY STAY OF LITIGATION TO ALLOW FOR FINAL APPROVALS OF AGREEMENT IN PRINCIPLE AMONG THE PARTIES

17  After diligently and actively working towards reaching a resolution of this matter, the
18  parties have negotiated an agreement in principle, subject to final approval by plaintiffs and the
19  Department of Justice.  *See generally* 28 C.F.R. Subpart Y (setting forth Department of Justice
20  settlement authority).  The parties believe that it is in the best interests of the parties and the
21  public to stay further proceedings in this case to allow for these approvals, which the parties
22  anticipate will allow for a resolution of this case. The proposed 7-day stay would apply to any
23  outstanding obligations to the Court, including Plaintiffs' Renewed Motion to Compel and
24  deferred ruling on their Motion for Sanctions (Dkt. 462), as well as to all outstanding discovery.

25  The parties agree that nothing in this Joint Case Management Statement or in the
26  representations made by either party during their ongoing discussions shall apply to change or
27  limit Defendants' obligations to respond to information requests from Congress, the Office of
28  Inspector General, or the Government Accountability Office.

1    The parties therefore request a stay of all proceedings and obligations not otherwise

2 specifically addressed in this Case Management Statement until April 23, 2021.  The parties

3 request that the Court continue the Case Management Conference currently scheduled for Friday,

4 April 16, 2021, until Friday, April 23, 2021.

5 **2.     EXPIRATION OF THE REQUESTED STAY**

6    Defendants acknowledge and represent that, should the parties not reach resolution (or

7 request an additional stay) and the case restarts once the 7-day stay is lifted (under the exact

8 same schedule currently in place, continued by 7 days), Defendants will not resist or challenge

9 any of their discovery obligations or depositions as a result of the scheduling stays in this case,

10 but Defendants reserve their rights to assert the objections that they would have had in the

11 normal course.

12    The parties propose providing a Joint Case Management Statement on April 22, 2021, at

13 2:00 p.m. PDT, the day before the conclusion of the proposed 7-day stay, should the Court enter

14 a stay.

15

16 Dated: April 15, 2021                    LATHAM & WATKINS LLP

17                                 By: /s/ Sadik Huseny
                                     Sadik Huseny
18

19                                 Sadik Huseny (Bar No. 224659)
                                   sadik.huseny@lw.com
20                                 Steven M. Bauer (Bar No. 135067)
                                   steven.bauer@lw.com
21                                 Amit Makker (Bar No. 280747)
                                   amit.makker@lw.com
22                                 Shannon D. Lankenau (Bar. No. 294263)
                                   shannon.lankenau@lw.com
23                                 **LATHAM & WATKINS LLP**
                                   505 Montgomery Street, Suite 2000
24                                 San Francisco, CA 94111
                                   Telephone:  415.391.0600
25                                 Facsimile:  415.395.8095

26                                 Melissa Arbus Sherry (*pro hac vice*)
                                   melissa.sherry@lw.com
27                                 Richard P. Bress (*pro hac vice*)
                                   rick.bress@lw.com
28                                 Anne W. Robinson (*pro hac vice*)
                                   anne.robinson@lw.com

1    Tyce R. Walters (*pro hac vice*)
     tyce.walters@lw.com
2    Gemma Donofrio (*pro hac vice*)
     gemma.donofrio@lw.com
3    Christine C. Smith (*pro hac vice*)
     christine.smith@lw.com
4    **LATHAM & WATKINS** LLP
     555 Eleventh Street NW, Suite 1000
5    Washington, D.C. 20004
     Telephone:  202.637.2200
6    Facsimile:  202.637.2201

7    *Attorneys for Plaintiffs National Urban League;*
     *League of Women Voters; Black Alliance for*
8    *Just Immigration; Harris County, Texas; King*
     *County, Washington; City of San Jose,*
9    *California; Rodney Ellis; Adrian Garcia; and*
     *the NAACP*

10   Dated: April 15, 2021        By: /s/ Jon M. Greenbaum
                                      _____
11                               Kristen Clarke (*pro hac vice*)
                                 kclarke@lawyerscommittee.org
12                               Jon M. Greenbaum (Bar No. 166733)
                                 jgreenbaum@lawyerscommittee.org
13                               Ezra D. Rosenberg (*pro hac vice*)
                                 erosenberg@lawyerscommittee.org
14                               Ajay Saini (*pro hac vice*)
                                 asaini@lawyerscommitee.org
15                               Maryum Jordan (Bar No. 325447)
                                 mjordan@lawyerscommittee.org
16                               Pooja Chaudhuri (Bar No. 314847)
                                 pchaudhuri@lawyerscommittee.org
17                               **LAWYERS' COMMITTEE FOR CIVIL**
                                 **RIGHTS UNDER LAW**
18                               1500 K Street NW, Suite 900
19                               Washington, DC 20005
                                 Telephone:  202.662.8600
20                               Facsimile:  202.783.0857

21                               *Attorneys for Plaintiffs National Urban League;*
                                 *City of San Jose, California; Harris County,*
22                               *Texas; League of Women Voters; King County,*
                                 *Washington; Black Alliance for Just*
23                               *Immigration; Rodney Ellis; Adrian Garcia; the*
                                 *NAACP; and Navajo Nation*
24
25                               Wendy R. Weiser (*pro hac vice*)
                                 weiserw@brennan.law.nyu.edu
26                               Thomas P. Wolf (*pro hac vice*)
                                 wolft@brennan.law.nyu.edu
27                               Kelly M. Percival (*pro hac vice*)
                                 percivalk@brennan.law.nyu.edu
28                               **BRENNAN CENTER FOR JUSTICE**

120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League;*
*City of San Jose, California; Harris County,*
*Texas; League of Women Voters; King County,*
*Washington; Black Alliance for Just*
*Immigration; Rodney Ellis; Adrian Garcia; the*
*NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org
**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF**
**JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: April 15, 2021             By: /s/ Danielle Goldstein
                                  Michael N. Feuer (Bar No. 111529)
                                  mike.feuer@lacity.org
                                  Kathleen Kenealy (Bar No. 212289)
                                  kathleen.kenealy@lacity.org
                                  Danielle Goldstein (Bar No. 257486)
                                  danielle.goldstein@lacity.org
                                  Michael Dundas (Bar No. 226930)
                                  mike.dundas@lacity.org
                                  **CITY ATTORNEY FOR THE CITY OF**
                                  **LOS ANGELES**
                                  200 N. Main Street, 8th Floor
                                  Los Angeles, CA 90012
                                  Telephone: 213.473.3231
                                  Facsimile: 213.978.8312

                                  *Attorneys for Plaintiff City of Los Angeles*

1

Dated: April 15, 2021

By: /s/ Michael Mutalipassi

2

Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us

3

Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us

4

**CITY OF SALINAS**
200 Lincoln Avenue

5

Salinas, CA 93901
Telephone: 831.758.7256

6

Facsimile: 831.758.7257

7

*Attorneys for Plaintiff City of Salinas*

8

Dated: April 15, 2021

By: /s/ Rafey S. Balabanian

9

Rafey S. Balabanian (Bar No. 315962)
rbalabanian@edelson.com

10

Lily E. Hough (Bar No. 315277)
lhough@edelson.com

11

**EDELSON P.C.**
123 Townsend Street, Suite 100

12

San Francisco, CA 94107
Telephone: 415.212.9300

13

Facsimile: 415.373.9435

14

Celia Meza

15

Acting Corporation Counsel
Rebecca Hirsch (*pro hac vice*)

16

rebecca.hirsch2@cityofchicago.org
Stephen J. Kane

17

stephen.kane@cityofchicago.org
**CITY OF CHICAGO DEPARTMENT OF**

18

**LAW**
121 N. LaSalle Street, Room 600

19

Chicago, IL 60602
Telephone: (312) 744-8143

20

Facsimile: (312) 744-5185

21

*Attorneys for Plaintiff City of Chicago*

22

Dated: April 15, 2021

By: /s/ Donald R. Pongrace

23

Donald R. Pongrace (*pro hac vice*)
dpongrace@akingump.com

24

Merrill C. Godfrey (Bar No. 200437)
mgodfrey@akingump.com

25

**AKIN GUMP STRAUSS HAUER & FELD**
**LLP**

26

2001 K St., N.W.
Washington, D.C. 20006

27

Telephone: (202) 887-4000
Facsimile: 202-887-4288

28

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Plaintiff Gila River Indian Community* |
| 2 | Dated: April 15, 2021 | By: /s/ David I. Holtzman |
| 3 |   | David I. Holtzman (Bar No. 299287) David.Holtzman@hklaw.com |
| 4 |   | **HOLLAND & KNIGHT LLP** Daniel P. Kappes |
| 5 |   | Jacqueline N. Harvey 50 California Street, 28th Floor |
| 6 |   | San Francisco, CA 94111 Telephone: (415) 743-6970 |
| 7 |   | Fax: (415) 743-6910 |
| 8 |   | *Attorneys for Plaintiff County of Los Angeles* |
| 9 |   |   |
| 10 | DATED:  April 15, 2021 | BRIAN M. BOYNTON Acting Assistant Attorney General |
| 11 |   | AUGUST E. FLENTJE |
| 12 |   | Special Counsel to the Assistant  Attorney General |
| 13 |   |   |
| 14 |   | ALEXANDER K. HAAS Branch Director |
| 15 |   |   |
| 16 |   | BRAD P. ROSENBERG Assistant Branch Director |
| 17 |   | /s/ Zachary A. Avallone |
| 18 |   | ZACHARY A. AVALLONE KERI L. BERMAN |
| 19 |   | ELLIOTT M. DAVIS STEPHEN EHRLICH |
| 20 |   | JOHN ROBINSON JORDAN VON BOKERN |
| 21 |   | Trial Attorneys |
| 22 |   | U.S. Department of Justice Civil Division - Federal Programs Branch |
| 23 |   | 1100 L Street, NW |
| 24 |   | Washington, D.C. 20005 Telephone: (202) 514-2705 |
| 25 |   | *Attorneys for Defendants* |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

1

## **ATTESTATION**

2      I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this

3  document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred

4  in this filing.

5  Dated: April 15, 2021                              **LATHAM & WATKINS** LLP

6                                                      By:  _/s/ Sadik Huseny_

7                                                            Sadik Huseny

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28