1  [Counsel identified on signature pages]

2

3

4

5

6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15  NATIONAL URBAN LEAGUE, et al.,        CASE NO.  5:20-cv-05799-LHK

16                        Plaintiffs,     **STIPULATION AND [~~PROPOSED~~]
                                          ORDER**
16              v.

17  GINA RAIMONDO, et al.,

18                        Defendants.

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action, by their respective counsel, respectfully submit the following Joint Stipulation, and respectfully request that the Court issue the following order:

WHEREAS, on April 2, 2021, the Court partially entered the parties' Stipulation and Order ("April 2 Stipulation and Order"), ECF No. 475;

WHEREAS, the April 2 Stipulation and Order provided for a 14-day stay of this case, beginning April 2, 2021 and ending April 16, 2021;

WHEREAS, the parties have negotiated an agreement in principle subject to final approval by the Department of Justice and Plaintiffs; and

WHEREAS, the parties believe that the public interest would be served by staying all proceedings in this litigation for 7 additional days while the parties seek to obtain these approvals.

THE PARTIES JOINTLY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

1. That the Court enter a 7-day stay of this case, effective beginning April 16, 2021 and ending on April 23, 2021, with any deadlines currently due April 16, 2021 becoming due on April 23, 2021, and all other deadlines commensurately shifted;

2. That the Court enter a 7-day stay of proceedings related to Plaintiffs' Renewed Motion to Compel, *see* ECF Nos. 462, 463, 464, to be coextensive with the requested stay of the case as a whole;

3. That the Court continue the Case Management Conference currently scheduled for Friday, April 16, 2021, until Friday, April 23, 2021;

4. That the parties file a Joint Case Management Statement by 2:00 p.m. PDT on April 22, 2021, for a Further Case Management Conference on April 23, 2021 at 2:00 a.m. PDT, when the parties anticipate being in a position to discuss with the Court the specifics of any resolution on which approvals have been obtained;

5. That, should the parties not reach earlier resolution, the case shall restart on April 23, 2021 under the same schedule currently in place,

6.  Defendants will not, on the grounds of any stay, resist or challenge Plaintiffs taking any of the depositions currently noticed or producing any of the documents and materials Defendants currently are obligated to produce, but Defendants may assert the objections that they would have had in the normal course.

Dated: April 15, 2021

LATHAM & WATKINS LLP

By: /s/ Sadik Huseny
        Sadik Huseny

Sadik Huseny (Bar No. 224659)
sadik.huseny@lw.com
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
Amit Makker (Bar No. 280747)
amit.makker@lw.com
Shannon D. Lankenau (Bar. No. 294263)
shannon.lankenau@lw.com
**LATHAM & WATKINS** LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415.391.0600
Facsimile:  415.395.8095

Melissa Arbus Sherry (*pro hac vice*)
melissa.sherry@lw.com
Richard P. Bress (*pro hac vice*)
rick.bress@lw.com
Anne W. Robinson (*pro hac vice*)
anne.robinson@lw.com
Tyce R. Walters (*pro hac vice*)
tyce.walters@lw.com
Gemma Donofrio (*pro hac vice*)
gemma.donofrio@lw.com
Christine C. Smith (*pro hac vice*)
christine.smith@lw.com
**LATHAM & WATKINS** LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone:  202.637.2200
Facsimile:  202.637.2201

*Attorneys for Plaintiffs National Urban League;*
*League of Women Voters; Black Alliance for*
*Just Immigration; Harris County, Texas; King*
*County, Washington; City of San Jose,*
*California; Rodney Ellis; Adrian Garcia; and*
*the NAACP*

Dated: April 15, 2021

By: /s/ Jon M. Greenbaum

Kristen Clarke (*pro hac vice*)
kclarke@lawyerscommittee.org
Jon M. Greenbaum (Bar No. 166733)
jgreenbaum@lawyerscommittee.org
Ezra D. Rosenberg (*pro hac vice*)
erosenberg@lawyerscommittee.org
Ajay Saini (*pro hac vice*)
asaini@lawyerscommitee.org
Maryum Jordan (Bar No. 325447)
mjordan@lawyerscommittee.org
Pooja Chaudhuri (Bar No. 314847)
pchaudhuri@lawyerscommittee.org
**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  202.662.8600
Facsimile:  202.783.0857

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Wendy R. Weiser (*pro hac vice*)
weiserw@brennan.law.nyu.edu
Thomas P. Wolf (*pro hac vice*)
wolft@brennan.law.nyu.edu
Kelly M. Percival (*pro hac vice*)
percivalk@brennan.law.nyu.edu
**BRENNAN CENTER FOR JUSTICE**
120 Broadway, Suite 1750
New York, NY 10271
Telephone: 646.292.8310
Facsimile: 212.463.7308

*Attorneys for Plaintiffs National Urban League;
City of San Jose, California; Harris County,
Texas; League of Women Voters; King County,
Washington; Black Alliance for Just
Immigration; Rodney Ellis; Adrian Garcia; the
NAACP; and Navajo Nation*

Mark Rosenbaum (Bar No. 59940)
mrosenbaum@publiccounsel.org

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PUBLIC COUNSEL**
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  213.385.2977
Facsimile:  213.385.9089

*Attorneys for Plaintiff City of San Jose*

Doreen McPaul, Attorney General
dmcpaul@nndoj.org
Jason Searle (*pro hac vice*)
jasearle@nndoj.org
**NAVAJO NATION DEPARTMENT OF JUSTICE**
P.O. Box 2010
Window Rock, AZ 86515
Telephone: (928) 871-6345

*Attorneys for Navajo Nation*

Dated: April 15, 2021        By: /s/ Danielle Goldstein
Michael N. Feuer (Bar No. 111529)
mike.feuer@lacity.org
Kathleen Kenealy (Bar No. 212289)
kathleen.kenealy@lacity.org
Danielle Goldstein (Bar No. 257486)
danielle.goldstein@lacity.org
Michael Dundas (Bar No. 226930)
mike.dundas@lacity.org
**CITY ATTORNEY FOR THE CITY OF LOS ANGELES**
200 N. Main Street, 8th Floor
Los Angeles, CA 90012
Telephone: 213.473.3231
Facsimile: 213.978.8312

*Attorneys for Plaintiff City of Los Angeles*

Dated: April 15, 2021        By: /s/ Michael Mutalipassi
Christopher A. Callihan (Bar No. 203010)
legalwebmail@ci.salinas.ca.us
Michael Mutalipassi (Bar No. 274858)
michaelmu@ci.salinas.ca.us
**CITY OF SALINAS**
200 Lincoln Avenue
Salinas, CA 93901
Telephone: 831.758.7256
Facsimile: 831.758.7257

*Attorneys for Plaintiff City of Salinas*

| | | |
|---|---|---|
| 1 | Dated: April 15, 2021 | By: /s/ Rafey S. Balabanian |
| 2 | | Rafey S. Balabanian (Bar No. 315962) |
| | | rbalabanian@edelson.com |
| 3 | | Lily E. Hough (Bar No. 315277) |
| | | lhough@edelson.com |
| 4 | | **EDELSON P.C.** |
| | | 123 Townsend Street, Suite 100 |
| 5 | | San Francisco, CA 94107 |
| | | Telephone: 415.212.9300 |
| 6 | | Facsimile: 415.373.9435 |

7
Celia Meza
Acting Corporation Counsel
8
Rebecca Hirsch *(pro hac vice)*
rebecca.hirsch2@cityofchicago.org
9
Stephen J. Kane
stephen.kane@cityofchicago.org
10
**CITY OF CHICAGO DEPARTMENT OF**
**LAW**
11
121 N. LaSalle Street, Room 600
12
Chicago, IL 60602
Telephone: (312) 744-8143
13
Facsimile: (312) 744-5185

14
*Attorneys for Plaintiff City of Chicago*

15
Dated: April 15, 2021
By: /s/ Donald R. Pongrace
16
Donald R. Pongrace *(pro hac vice)*
dpongrace@akingump.com
17
Merrill C. Godfrey (Bar No. 200437)
mgodfrey@akingump.com
18
**AKIN GUMP STRAUSS HAUER & FELD**
**LLP**
19
2001 K St., N.W.
Washington, D.C. 20006
20
Telephone: (202) 887-4000
Facsimile: 202-887-4288
21

22
*Attorneys for Plaintiff Gila River Indian*
*Community*

23
Dated: April 15, 2021
By: /s/ David I. Holtzman
24
David I. Holtzman (Bar No. 299287)
David.Holtzman@hklaw.com
25
**HOLLAND & KNIGHT LLP**
Daniel P. Kappes
26
Jacqueline N. Harvey
50 California Street, 28th Floor
27
San Francisco, CA 94111
Telephone: (415) 743-6970
28
Fax: (415) 743-6910

*Attorneys for Plaintiff County of Los Angeles*

DATED:  April 15, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel to the Assistant
  Attorney General

ALEXANDER K. HAAS
Branch Director

BRAD P. ROSENBERG
Assistant Branch Director

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE
KERI L. BERMAN
ELLIOTT M. DAVIS
STEPHEN EHRLICH
JOHN ROBINSON
JORDAN VON BOKERN
Trial Attorneys
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 514-2705

*Attorneys for Defendants*

## ATTESTATION

I, Sadik Huseny, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: April 15, 2021

**LATHAM & WATKINS LLP**

By:   /s/ Sadik Huseny
      Sadik Huseny

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

The stipulation is GRANTED except that the Further Case Management Conference is continued to April 23, 2021 at 10:00 a.m. Pacific Time.

**IT IS SO ORDERED.**

DATED: April 15, 2021

_Lucy H. Koh_

Lucy H. Koh
United States District Judge