UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL URBAN LEAGUE; et al., | No.    20-16868 |
| Plaintiffs-Appellees, | D.C. No. 5:20-cv-05799-LHK<br>Northern District of California,<br>San Jose |
| v. | |
| WILBUR L. ROSS, in his official capacity as Secretary of Commerce; et al., | ORDER |
| Defendants-Appellants, | |
| and | |
| STATE OF LOUISIANA; STATE OF MISSISSIPPI, | |
| Intervenor-Defendants. | |

Appellants' unopposed motion for voluntary dismissal of this appeal

(Docket Entry No. 66) is granted.  This appeal is dismissed.  *See* Fed. R. App.

P. 42(b).

All pending motions are denied as moot.

MN/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Matthew Narensky
Deputy Clerk
Ninth Circuit Rule 27-7